IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE ST. JUDE MEDICAL, INC., :
SILZONE HEART VALVES PRODUCTS :
LIABILITY LITIGATION : MDL DOCKET NO. 1396

**PRETRIAL ORDER NO. 29**

The parties having stipulated thereto, it is hereby ordered:

1. The deadline for completion of generic fact discovery set forth in Pretrial Order No. 16 and extended by Pretrial Order Nos. 22, 24, 26 and 28 is extended to April 5, 2004.

2. The deadlines to complete medical examinations and case-specific fact discovery set forth in paragraph I(D) and I(E) of Pretrial Order No. 20 and extended by Pretrial Order Nos. 22, 24, 26 and 28 are extended to May 5, 2004.

3. The deadline to complete mandatory mediations set forth in paragraph I(F) of Pretrial Order No. 20 and extended by Pretrial Order Nos. 22, 24, 26 and 28 is extended to September 6, 2004.

4. The deadline for disclosure of plaintiff's case specific experts set forth in paragraph I(G) of Pretrial Order No. 20 and extended by Pretrial Order Nos. 22, 24, 26 and 28 is extended to June 5, 2004.



DOCSLA-15396497.1-DSTANLEY

FILED DEC 8 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______

5. The deadline for disclosure of defendants' case specific experts set forth in paragraph I(H) of Pretrial Order No. 20 and extended by Pretrial Order Nos. 22, 24, 26 and 28 is extended to July 5, 2004.

6. The deadline for disclosure of supplemental case specific experts set forth in paragraph I(I) of Pretrial Order No. 20 and extended by Pretrial Order Nos. 22, 24, 26 and 28 is extended to August 5, 2004.

7. The deadline for filing the remand report set forth in paragraph II(A) of Pretrial Order No. 20 is extended to September 5, 2004.

8. The deadline for Plaintiff's Identification of Generic Expert Witnesses set forth in paragraph III(A) of Pretrial Order No. 21 and extended by Pretrial Order Nos. 23, 24, 26 and 28 is extended to April 1, 2004.

9. The deadline for Defendants' Identification of Generic Expert Witnesses set forth in paragraph III(B) of Pretrial Order No. 21 and extended by Pretrial Order Nos. 23, 24, 26 and 28 is extended to May 1, 2004.

10. The deadline for submission of a joint list of experts who qualify for generic depositions as set forth in paragraph III(C) of Pretrial Order No. 21 and extended by Pretrial Order Nos. 23, 24, 26 and 28 is extended to two (2) weeks after the deadline for Defendants' Identification of Generic Expert Witnesses as newly established by this Pretrial Order.

IT IS SO ORDERED:

John R. Tunheim [signature]

Honorable John R. Tunheim

ENTERED: December 8, 2003



DOCSLA-15396497.1-DSTANLEY