**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

MDL No. 01-1396 (JRT/FLN)

IN RE: ST. JUDE MEDICAL, INC.
SILZONE HEART VALVES
PRODUCTS LIABILITY LITIGATION

**ORDER APPOINTING SPECIAL MASTER FOR DOCUMENT REVIEW**

J. Gordon Rudd, Jr. and Charles S. Zimmerman, ZIMMERMAN REED, P.L.L.P., 651 Nicollet Mall, Suite 501, Minneapolis, MN 55402; Steven E. Angstreich, Michael Coren, and Carolyn Lindheim, LEVY, ANGSTREICH, FINNEY, BALDANTE, RUBENSTEIN & COREN, P.C., Woodcrest Pavilion, Suite 100, 10 Melrose Avenue, Cherry Hill, NJ 08003; James T. Capretz, CAPRETZ & ASSOC., 5000 Birch Street, Suite 2500, West Tower, Newport Beach, CA 92660; and Joe D. Jacobson, GREEN, SCHAAF & JACOBSON, P.C., 7733 Forsyth, Suite 700, St. Louis, MO 63105; Patrick J. Murphy, BOCHANIS MURPHY LEGAL ASSOCIATES, 844 East Saraha Avenue, Las Vegas, NV 89104, for plaintiffs.

Tracy J. Van Steenburgh, HALLELAND, LEWIS, NILAN, SIPKINS & JOHNSON, 600 Pillsbury Center South, 220 So. Sixth Street, Minneapolis, MN 55402; David E. Stanley and Steven M. Kohn, REED SMITH CROSBY HEAFEY LLP, 355 South Grand Ave., Suite 2900, Los Angeles, CA 90071; Steven M. Kohn, REED SMITH CROSBY HEAFEY LLP, 1999 Harrison Street, Suite 2600, Oakland, CA 94612, for defendant.

The parties have asked the Court to appoint a Special Master to review plaintiffs' request to compel production of documents on defendant's privilege log. On April 4, 2003 the Court appointed Richard B. Solum as Special Master for the deposition of James Ladner. The Court now expands Mr. Solum's appointment pursuant to Rule 53(a)

FILED DEC 18 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______

of the Federal Rules of Civil Procedure to include the review of disputed documents on defendant's privilege log.

The Special Master shall keep a record of all decisions he makes during the document review. When the review is concluded he shall compile his decisions in a report pursuant to Rule 53(e)(1) of the Federal Rules of Civil Procedure. The Special Master shall file such report with the Clerk and serve the report upon the parties pursuant to Rule 53(c)(1).

Within 10 days after being served with notice of the filing of the report, either party may serve written objections to the report upon the other party and the Clerk of Court. The party opposing an objection shall have 10 days from the date of being served with the objections to file a response. A party's written objections may not exceed 15 pages in total length. A party's response may not exceed 15 pages in total length. Objections shall be prepared as prescribed in Rule 53(e)(2) of the Federal Rules of Civil Procedure. The Court will then rule upon any objections pursuant to Rule 53(e)(2).

DATED: December 18, 2003
at Minneapolis, Minnesota.

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge