# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| In re: St. Jude Medial, Inc. Silzone Heart Valves Products Liability Litigation, | **COURT MINUTES** |
| | BEFORE: John R. Tunheim |
| | U.S. District Judge |
| Plaintiff, | |
| | Case No: 01-1396 JRT |
| v. | Date: February 12, 2004 |
| | Deputy: Lou Jean M. Gleason |
| , | Court Reporter: Lorilee Fink |
| | Time Commenced: 10:30 a.m. |
| Defendant. | Time Concluded: 12:20 p.m. |
| | Time in Court: 1 Hours & 50 Minutes |

Hearing on: **Status Conference** (see attached minute sheet)

## APPEARANCES:

Plaintiff: James Capretz, Steven Angstreich, Gordon Rudd, Jr., Charles Zimmerman, Joe Jacobson, and Patrick Murphy
Defendant: Steven Kohn, David Stanley, Tracy Van Steenburgh, and Liz Porter

## PROCEEDINGS:

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED:

9 **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
9 Written order forthcoming.

s/Lou Jean M. Gleason
Calendar Clerk