# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | | |
|---|---|---|
| In re: St. Jude Medical, Inc. Silzone Heart Valves Products Liability Litigation, | ) | **COURT MINUTES** |
| | ) | BEFORE: John R. Tunheim |
| | ) | U.S. District Judge |
| Plaintiff, | ) | |
| | ) | Case No: 01-1396 JRT |
| v. | ) | Date: February 24, 2004 |
| | ) | Deputy: Lou Jean M. Gleason |
| , | ) | Court Reporter: Karen Grufman |
| | ) | Time Commenced: 4:10 p.m. |
| Defendant. | ) | Time Concluded: 4:40 p.m. |
| | ) | Time in Court: 0 Hours & 30 Minutes |

Hearing on: **Telephone Conference**

**The Court Ordered a 45-day stay of discovery starting on February 25, 2004. All ten depositions must be scheduled within 45 days following the stay or within 90-days of February 25, 2004.**

APPEARANCES:

Plaintiff: Steven E. Angstreich, J. Gordon Rudd, Jr., Michael R. Small
Defendant: Steven M. Kohn, David E. Stanley, Tracy J. Van Steenburgh, and Liz Porter

PROCEEDINGS:

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED:

9 **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
9 Written order forthcoming.

s/Lou Jean M. Gleason
Calendar Clerk