IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE ST. JUDE MEDICAL, INC.,           :
SILZONE HEART VALVES PRODUCTS           :
LIABILITY LITIGATION                    :       MDL DOCKET NO. 01-1396

## PRETRIAL ORDER NO. 30

The parties having stipulated thereto, it is hereby ordered:

1.     The Court and the parties agree that a settlement/mediation program established and directed by this Court may assist in the settlement of individual MDL cases.  The program may also assist with narrowing or resolving issues relating to class actions, preparation for trial, and trial of cases to be transferred back to transferor courts.  This Court therefore establishes the St. Jude Medical Silzone Heart Valve MDL Settlement and Mediation Program ("Settlement Program").

2.     The Court authorizes the creation of an "End Game Committee" whose function, in part, is to develop and implement the Settlement Program.  Each side shall select three attorneys and possible alternates to participate on the End Game Committee.

3.     John W. Carey, Esq. is appointed under Rule 53 of the Federal Rules of Civil Procedure as Special Master to administer the Settlement Program and to serve as a mediator.  Special Master Carey and members of the End Game Committee shall

promptly develop and implement the Settlement Program, subject to approval by the Court. The initial focus of the Settlement Program will be on the individual cases in the MDL. Thereafter, the Settlement Program may be expanded to include class action issues, if appropriate. Special Master Carey shall make periodic reports to the Court regarding the progress of the Settlement Program.

      4.   The scope of Special Master Carey's authority shall extend to all transferred MDL cases and to federal cases awaiting to be transferred, and to any other St. Jude Medical Silzone Heart Valve case or claim voluntarily submitted for settlement and/or mediation under this Settlement Program.

**IT IS SO ORDERED**:                                                  s/John R. Tunheim
                                                               John R. Tunheim
                                                               UNITED STATES DISTRICT JUDGE

ENTERED: March 1, 2004