# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | | |
|---|---|---|
| In re: St. Jude Medical, Inc. Silzone Heart Valves Products Liability Litigation, | ) | **COURT MINUTES** |
| | ) | BEFORE: John R. Tunheim |
| | ) | U.S. District Judge |
| Plaintiff, | ) | |
| | ) | Case No: 01-1396 JRT |
| v. | ) | Date: March 18, 2004 |
| | ) | Deputy: Lou Jean M. Gleason |
| , | ) | Court Reporter: Ron Moen |
| | ) | Time Commenced: 11:15 a.m. |
| Defendant. | ) | Time Concluded: 12:05 p.m. |
| | ) | Time in Court: 0 Hours & 50 Minutes |

Hearing on: **Status Conference** - see attached minutes

APPEARANCES:

Plaintiff: James Capretz, Steven Angstreich, Gordon Rudd, Jr., Bucky Zimmerman, Joe Jacobson, Patrick Murphy

Defendant: Steven M. Kohn, David E. Stanley, Tracy J. Van Steenburgh, and Liz Porter

s/Lou Jean M. Gleason
Calendar Clerk