The Court held a status conference on March 18, 2004.

The Court began by discussing the mediation-related issues. The parties have met with Special Master Carey, and have begun to schedule mediations beginning in April. When possible, the mediations will take place in Minnesota. The majority of plaintiffs in the MDL have agreed to participate in this mediation process. Plaintiffs' steering committee ("PSE") is following up on those plaintiffs who have not yet signed up for a mediation date. St. Jude Medical clarified that although many plaintiffs have signed up for mediation dates, there might be cases in which St. Jude does not think mediation is appropriate. Upon identifying individual cases that St. Jude Medical determines should not be mediated, St. Jude Medical shall promptly inform the Court and the plaintiffs.

The parties could not reach agreement on how the Special Master would be compensated. The Court ordered that the parties will share expenses, and that St. Jude Medical will reimburse plaintiffs in cases in which there is a successful medication.

The Court also addressed briefing issues in the two outstanding motions, (1) plaintiff's motion for reconsideration and (2) defendant's motion to decertify. The Court will permit St. Jude Medical to file a reply (not a sur-reply) in the decertification motion.

The outstanding motions will be argued on the same day. The Court set a hearing date of April 14, 2004. Since the status conference, that date has been changed, and the new date will be announced as soon as it is determined.

The parties updated the Court on the status of the privilege log, currently under advisement by Special Master Solum.

The parties also updated the Court as to the status of discovery. Discovery was stayed for 45 days following the last status conference. In relation to the stay, the Court also ordered several depositions to be scheduled. It appears that nearly all of those depositions have been scheduled.

St. Jude Medical indicated that it intends to file a request to file a motion for interlocutory appeal of the preemption issue. The Court will permit the filing of the motion for interlocutory appeal, and the motion for interlocutory appeal will be addressed at the same time as the additional outstanding motions.

The Court also addressed a new putative class action complaint that was filed in Ramsey County and removed to this Court. Plaintiffs' attorneys in that case have moved to remand the case to Minnesota State Court. The parties have agreed that St. Jude Medical need not file a response pending the motion for remand, and the Court approved that course of action.

The Court heard updates on the status of the Canadian litigation, and the Ramsey County litigation.

The next status conference will be scheduled as soon after April 14, 2004 as the parties are available. The Court intends to hear argument on all outstanding motions on the day of the next status conference.