# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | | |
|---|---|---|
| In re: St. Jude Medical, Inc. Silzone Heart Valves Products Liability Litigation, Plaintiff, v. , Defendant. | ) | **COURT MINUTES**<br>BEFORE: John R. Tunheim<br>U.S. District Judge<br><br>Case No: 01-1396 JRT<br>Date: April 29, 2004<br>Deputy: Lou Jean M. Gleason<br>Court Reporter: Kristine Mousseau<br>Time Commenced: 9:45 a.m.<br>Time Concluded: 12:15 p.m.<br>Time in Court: 2 Hours & 30 Minutes |

APPEARANCES:

Plaintiff: James Capretz, Steven Angstreich, Gordon Rudd, Jr., David Cialkowski, Mike Coren and Patrick Murphy

Defendant: Steven M. Kohn, Mike Nilan, James Martin, Steven Boranian, and Liz Porter

Hearing on: _Plaintiffs' motion for reconsideration of de-certification of predicate injury required for medical monitoring [Docket no. 269]; Defendant's motion to exclude certain states [Docket no. 277]; Defendant's motion for decertification of the consumer fraud class [Docket no. 279]; Defendant's moiton for interlocutory appeal re: preemption [Docket no. 289]; and Plaintiffs' proposed class notice and Defendant's motion to stay class notice [Docket no. 294] **were all taken under advisement.**

s/Lou Jean M. Gleason
Calendar Clerk

M:\templates\cv-motion - Art III.wpt Form Modified: 2/12/04