# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| In re: St. Jude Medical, Inc. Silzone Heart Valves Products Liability Litigation, ) ) ) Plaintiff, ) ) v. ) ) ) , ) ) Defendant. ) ) ) | **COURT MINUTES** BEFORE: John R. Tunheim U.S. District Judge |

| | |
|---|---|
| Case No: | 01-1396 JRT |
| Date: | April 29, 2004 |
| Deputy: | Lou Jean M. Gleason |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 12:15 p.m. |
| Time Concluded: | 12:45 p.m. |
| Time in Court: | 0 Hours & 30 Minutes |

Hearing on: **Status Conference** - see attached minutes

APPEARANCES:

    Plaintiff:    James Capretz, Steven Angstreich, Gordon Rudd, Jr., David Cialkowski, Mike Coren and Patrick Murphy

    Defendant:    Steven M. Kohn, James Martin, Mike Nilan, Steven Boranian, and Liz Porter

    s/Lou Jean M. Gleason
    Calendar Clerk