The Court heard argument on two pending motion and held a status conference on April 29, 2004.

The Court heard argument on plaintiff's motion for reconsideration and defendant's motion to decertify the consumer fraud class (as well as to remove certain states from the class). Also pending is defendant's motion for permission to file an interlocutory appeal, which was submitted on the papers. The parties also discussed the status of the proposed class notice. The Court will take up the issue of class notice after ruling on the pending motions.

The Court then turned to the status conference, and heard updates on the status of the MDL discovery.

The parties discussed the on-going mediations. The Court requested that the Court be kept apprised of settlement negotiations, and will address additional shifting of fees and expenses if necessary.

The Court heard updates on the Ramsey County litigation and Canadian litigation.

The next status conference was scheduled for June 22, 2004 at 9:30 a.m.