## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2004, I caused the following documents:

Letter dated May 19, 2004 from David E. Stanley submitting additional authority

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Steven E Angstreich**
  sangstreich@levyangstreich.com
- **James T Capretz**
  jcapretz@capretz.com jtc@capretz.com
- **Carolyn Lindheim**
  clindheim@levyangstreich.com
- **Michael T Nilan**
  mnilan@halleland.com NGordon@halleland.com
- **J Gordon Rudd**
  jgr@zimmreed.com
- **Tracy J Van Steenburgh**
  tvan@halleland.com LClark@halleland.com
- **Charles S Zimmerman**
  csz@zimmreed.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

**Joe D.Jacobson**
Green Schaaf & Jacobson
7733 Forsyth Ste 700
St Louis, MO 63105

**Patrick Murphy**
Murphy Law Office
844 E Sahara Ave
Las Vegas, NV 89104

Dated: May 21, 2004

**s/ Tracy J. Van Steenburgh**
Tracy J. Van Steenburgh Bar Number 141173
Attorney for Defendant
Halleland Lewis Nilan Sipkins & Johnson, P.A.
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
Telephone: (612) 338-1838
Fax: (612-338-7858
E-mail: Tvan@halleland.com