IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE ST. JUDE MEDICAL, INC., :
SILZONE HEART VALVES PRODUCTS :
LIABILITY LITIGATION : MDL DOCKET NO. 1396

**PRETRIAL ORDER NO. 32**

The parties having stipulated thereto, it is hereby ordered:

1. The deadline for completion of generic fact discovery set forth in Pretrial Order No. 16 and extended by Pretrial Order Nos. 22, 24, 26, 28, 29 and 31 is extended to August 20, 2004.

2. The deadlines to complete medical examinations and case-specific fact discovery set forth in paragraph I(D) and I(E) of Pretrial Order No. 20 and extended by Pretrial Order Nos. 22, 24, 26, 28, 29 and 31 are extended to September 6, 2004.

3. The deadline for disclosure of plaintiff's case specific experts set forth in paragraph I(G) of Pretrial Order No. 20 and extended by Pretrial Order Nos. 22, 24, 26, 28, 29 and 31 is extended to September 15, 2004.

4. The deadline for disclosure of defendants' case specific experts set forth in paragraph I(H) of Pretrial Order No. 20 and extended by Pretrial Order Nos. 22, 24, 26, 28, 29 and 31 is extended to October 15, 2004.

5. The deadline for disclosure of supplemental case specific experts set forth in paragraph I(I) of Pretrial Order No. 20 and extended by Pretrial Order Nos. 22, 24, 26, 28, 29 and 31 is extended to November 19, 2004.

6. The deadline for filing the remand report set forth in paragraph II(A) of Pretrial Order No. 20 and extended by Pretrial Order Nos. 22, 24, 26, 28, 29 and 31 is extended to December 20, 2004.

7. The deadline for Plaintiff's Identification of Generic Expert Witnesses set forth in paragraph III(A) of Pretrial Order No. 21 and extended by Pretrial Order Nos. 23, 24, 26, 28, 29 and 31 is extended to July 16, 2004.

8. The deadline for Defendants' Identification of Generic Expert Witnesses set forth in paragraph III(B) of Pretrial Order No. 21 and extended by Pretrial Order Nos. 23, 24, 26, 28, 29 and 31 is extended to August 17, 2004.

9. The deadline for submission of a joint list of experts who qualify for generic depositions as set forth in paragraph III(C) of Pretrial Order No. 21 and extended by Pretrial Order Nos. 23, 24, 26, 28, 29 and 31 is extended to two (2) weeks after the deadline for Defendants' Identification of Generic Expert Witnesses as newly established by this Pretrial Order.

IT IS SO ORDERED:

s/John R. Tunheim
Honorable John R. Tunheim

ENTERED: June 9, 2004