IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE ST. JUDE MEDICAL, INC., :
SILZONE HEART VALVES PRODUCTS :
LIABILITY LITIGATION : MDL DOCKET NO. 1396

**PRETRIAL ORDER NO. 33**

1. Pretrial Order No. 18 provides that the Court shall establish an insured interest bearing account to receive and disburse funds pursuant to that order.

2. The Court hereby establishes the St. Jude Medical MDL Escrow Account, Eagle Valley Bank Account No. 700000545, to receive and disburse funds pursuant to Pretrial Order No. 18.

3. The Court appoints David E. Stanley as the sole escrow agent for the St. Jude Medical Escrow Account. Pursuant to Pretrial Order No. 18, no party or attorney, including Mr. Stanley, shall have any individual right to any of these funds except to the extent of amounts directed to be disbursed to such person by order of the Court.

IT IS SO ORDERED:

s/John R. Tunheim
Honorable John R. Tunheim

ENTERED: June 9, 2004



DOCSLA-15429822.1-DSTANLEY