IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE ST. JUDE MEDICAL, INC., :
SILZONE HEART VALVES PRODUCTS :
LIABILITY LITIGATION : MDL DOCKET NO. 01-1396 JRT

**PRETRIAL ORDER NO. 34**

The parties having stipulated thereto, it is hereby ordered:

The deadline for Plaintiff's Identification of Generic Expert Witnesses set forth in Pretrial Order No. 32 is July 16, 2004. The deadline for St. Jude Medical's Identification of Generic Expert Witnesses is August 17, 2004. The parties have agreed that these deadlines apply only to the identification of generic expert witnesses and their general area of expertise and not to the exchange of generic expert reports pursuant to FRCP 26. The parties have also agreed that the deadline for Plaintiff's production of generic expert reports pursuant to FRCP 26 will be November 5, 2004 and that the deadline for St. Jude Medical's production of generic expert reports pursuant to FRCP 26 will be December 6, 2004.

IT IS SO ORDERED:

s/John R. Tunheim
John R. Tunheim
United States District Judge

ENTERED: June 21, 2004



DOCSLA-15431158.1-DSTANLEY