# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| In re: St. Jude Medical, Inc. Silzone Heart Valves Products Liability Litigation, Plaintiff, v. Defendant. | **COURT MINUTES**<br>BEFORE: John R. Tunheim<br>U.S. District Judge |

| | |
|---|---|
| Case No: | 01-1396 JRT |
| Date: | June 22, 2004 |
| Deputy: | Lou Jean M. Gleason |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 9:20 a.m. |
| Time Concluded: | 9:45 p.m. |
| Time in Court: | 0 Hours & 25 Minutes |

Hearing on: **Status Conference**

The Court first heard updates on the mediation. A number of cases have been settled, and the Court encourages the parties to continue their good faith efforts to settle appropriate cases.

The parties raised a dispute regarding four depositions; the four individuals have been deposed in related litigation. The Court will permit each of the four witnesses to be deposed for a total of four hours per witness, assuming that all transcripts have been made available at least two weeks before the deposition. If the transcripts are not timely made available, the Court will entertain a motion for additional time to depose.

The parties also raised a dispute regarding an interrogatory served by plaintiffs to which defendant objects. The Court will entertain briefing on this issue, with plaintiffs brief being served within 10 days, and St. Jude Medical's response 10 days thereafter.

The Court heard updates on the Canadian Litigation and the Ramsay County Litigation.

The next status conference is scheduled for Wednesday, Aug. 11, 2004 at 9:00 a.m.

## APPEARANCES:

Plaintiff: James Capretz, Steven Angstreich, Gordon Rudd, Jr., and Jennifer Wensick
Defendant: Steven M. Kohn, David Stanley, Tracy Van Steenburgh, and Liz Porter

s/Lou Jean M. Gleason
Calendar Clerk