**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **IN RE ST. JUDE MEDICAL, INC.** | : | |
| **SILZONE HEART VALVES** | : | |
| **PRODUCTS LIABILITY** | : | **MDL DOCKET NO. 1396** |
| **LITIGATION** | : | |

**MOTION TO COMPEL ST. JUDE TO ANSWER PLAINTIFFS' THIRD SET OF INTERROGATORIES AND SEVENTH REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT (MERITS PHASE)**

**TO:** DEFENDANT ST. JUDE MEDICAL, INC., AND ITS COUNSEL OF RECORD, STEVEN M. KOHN, REED SMITH CROSBY HEAFEY, 1999 HARRISON STREET, OAKLAND, CALIFORNIA, 94612; DAVID E. STANLEY, REED SMITH CROSBY HEAFEY, 355 SOUTH GRAND AVENUE, SUITE 2900, LOS ANGELES, CA 90071; AND, TRACY VAN STEENBURGH, HALLELAND, LEWIS NILAN, SIPKINS & JOHNSON, 220 SOUTH SIXTH STREET, SUITE 600, MINNEAPOLIS, MINNESOTA 55402.

PLEASE TAKE NOTICE, the undersigned will bring the following motion on for hearing before this Court at United States District Court House, 300 South Fourth Street, Minneapolis, Minnesota, before the Honorable Judge John R. Tunheim.

**MOTION**

Plaintiffs move this Honorable Court under the Federal Rules of Civil Procedure for an Order:

1. Overruling Defendant, St. Jude's Objections to Plaintiffs' Third Interrogatories and Seventh Request for Production to Defendant (Merits Phase); and

2. Compelling Defendant to fully and completely answer and provide responsive documents to Plaintiffs' Third Interrogatories and Seventh Request for Production to Defendant (Merits Phase) within ten (10) days of the date of Order.

This motion is based upon the file, record, and proceedings herein, and upon plaintiffs' memorandum and affidavit.

A proposed form of Order is annexed hereto.

Respectfully submitted,

**ZIMMERMAN REED, P.L.L.P.**

DATED: July 1, 2004

BY: s/ J. Gordon Rudd, Jr.
CHARLES S. ZIMMERMAN
J. GORDON RUDD, JR.
DAVID M. CIALKOWSKI
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
(612) 341-0400

**LEVY, ANGSTREICH, FINNEY, BALDANTE, RUBENSTEIN & COREN, P.C.**
STEVEN E. ANGSTREICH
MICHAEL COREN
CAROLYN C. LINDHEIM
Woodcrest Pavilion, Suite 100
Ten Melrose Avenue
Cherry Hill, New Jersey 08003
(856) 424-8967

**CAPRETZ & ASSOCIATES**
JAMES T. CAPRETZ
5000 Birch Street, Suite 2500
West Tower
Newport Beach, CA 92660
(949) 724-3000

**GREEN, SCHAAF &
JACOBSON, P.C.**
JOE D. JACOBSON
7733 Forsyth, Suite 700
St. Louis, MO 63105
(314) 862-6800

**KELLOG & SIGELMAN**
DANIEL SIGELMAN
DEBORAH M. SCHECHTER
1742 N. Street, N.W.
Washington, DC20036
(202) 223-9880

Counsel for Plaintiffs