**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **IN RE ST. JUDE MEDICAL, INC.** | : | |
| **SILZONE HEART VALVES** | : | |
| **PRODUCTS LIABILITY** | : | **MDL DOCKET NO. 1396** |
| **LITIGATION** | : | |

**AFFIDAVIT OF J. GORDON RUDD, JR., IN SUPPORT OF MOTION TO COMPEL ST. JUDE TO ANSWER PLAINTIFFS' THIRD SET OF INTERROGATORIES AND SEVENTH REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT (MERITS PHASE)**

**STATE OF MINNESOTA )**
**)ss.**
**COUNTY OF HENNEPIN)**

J. Gordon Rudd, Jr., being duly sworn upon oath, deposes and says:

1. I am an attorney at the law firm of Zimmerman Reed, P.L.L.P. I represent the Plaintiffs in the above-referenced matter and submit this Affidavit in support of MDL PSC's Motion to Compel St. Jude to Answer Plaintiffs' Third Set of Interrogatories and Seventh Request for Production of Documents to Defendant (Merits Phase).

2. Attached as Exhibit A is a true and correct copy of Defendant's Response to Plaintiff's Third Interrogatories and Seventh Request for Production to Defendant (Merits Phase).

3. Attached as Exhibit B is a true and correct copy of excerpts from the Deposition of Robert W. M. Frater, M.D.

FURTHER YOUR AFFIANT SAYETH NOT.

s/ J. Gordon Rudd, Jr.
J. Gordon Rudd, Jr.

Subscribed and sworn to before me
this 1st day of July, 2004.

_______________________________
Notary Public