**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2004, I caused the following documents:

1. Motion to Compel St. Jude to Answer Plaintiffs' Third Set of Interrogatories and Seventh Request for Production of Documetns to Defendant (Merits Phase);
2. Memorandum of Law in Support of MDL PSC's Motion to Compel St. Jude Answer Plaintiffs' Third Set of Interrogatories and Seventh Request for Production of Documents (Merits Phase);
3. Affidavit of J. Gordon Rudd, Jr., in Support of Motion to Compel St. Jude to Answer Plaintiffs' Third Set of Interrogatories and Seventh Reqeust for Production of Documetns to Defendant (Merits Phase); and
4. Proposed Order Granting the MDL Plaintiffs' Sterring Committee's Motion to Compel St. Jude to Answer Plaintiffs' Third Set of Interrogatories and Seventh Request for Production of Documetns to Defendant (Merits Phase).

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Steven E Angstreich
sangstreich@levyangstreich.com

James T Capretz
jcapretz@capretz.com jtc@capretz.com

Carolyn Lindheim
clindheim@levyangstreich.com

Michael T Nilan
mnilan@halleland.com NGordon@halleland.com

J Gordon Rudd
jgr@zimmreed.com

Tracy J Van Steenburgh
tvan@halleland.com LClark@halleland.com

Charles S Zimmerman
csz@zimmreed.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Michael J Beck
Room G-255 N Lobby
Clerk of the Panel
Thurgood Marshall Federal Judiciary Bldg
One Columbus Circle NE
Washington, DC 20002-8004

Joe D Jacobson
Green Schaaf & Jacobson
7733 Forsyth Ste 700
St Louis, MO 63105

Tony Jensen
Capretz & Assoc
5000 Birch St Ste 2500
Newport Beach, CA 92660

Patrick Murphy
Murphy Law Office
844 E Sahara Ave
Las Vegas, NV 89104

Dated: July 1, 2004

s/ J. Gordon Rudd, Jr.
J. Gordon Rudd, Jr.