IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

IN RE: : MDL DOCKET NO. 1396
ST. JUDE MEDICAL, INC., : (Videotaped)
SILZONE HEART VALVE PRODUCTS : Deposition of:
LIABILITY LITIGATION, : DR. ROBERT W.M.
: FRATER
:
:
:
- - - - - - - - - - - - - -

TRANSCRIPT of the stenographic notes of the proceedings in the above-entitled matter, as taken by and before LINDA M. HOFFMANN, a Certified Shorthand Reporter and Notary Public, held at the office of REED SMITH, LLP, 599 Lexington Avenue, New York, New York, on Friday, May 14, 2004, commencing at 9:00 in the forenoon.

(Frater 1, Curriculum Vitae of Robert W.M. Frater, M.D., is marked for identification.)

THE VIDEOGRAPHER: Good morning. My name is Ron Holt, and I'm employed by Nationwide Video Productions, located in Roseland, New Jersey.

The date today is May 14th, 2004, and the time is now approximately nine o'clock a.m.

This deposition is being held in the office of ReedSmith, located at 599 Lexington Avenue, New York City, New York, and the caption of this case is Re: St. Jude Medical Incorporated.

The name of the witness is Robert Frater. And at this time the attorneys will identify themselves and the parties they represent, after which our court reporter, Linda Hoffmann, will swear in the witness and we can proceed.

MR. COREN: Good morning, I'm Michael Coren. I represent a number of the plaintiffs in the matter In Re: Silzone Products Liability action.

MR. KOHN: I'm Steven Kohn. I represent St. Jude Medical.

R O B E R T W. M. F R A T E R, address, 17 Gladwin Place, Bronxville, New York, 10708, having been duly sworn by the Notary, testifies as follows:

DIRECT EXAMINATION BY MR. COREN:

A. Yes.
Q. And what was the issue of adding the bleeding? Was that to include it and lump that together in there or no?
A. Bleeding is a complication of the use of anticoagulation for mechanical valves. If you just look at the thrombosis and embolism as a complication, you omit a secondary consequence of the tendency for mechanical valves to have thrombus and embolus. So it seems reasonable to add that at least as a risk that patients must experience if they're going to use a mechanical valve.
Q. And was all this gathered so that one -- as a mechanism of analyzing the differences between valve types?
A. The experience of the patient is what the importance is to that.
Q. Agreed. But one of the things that one is looking like in determining the experience of the patient is that you're putting a valve, be it tissue or mechanical, in someone. Correct?
A. Yes.
Q. Okay. So this was a mechanism so that you could gather information into a format so that one may compare the experiences of a group of

patients with one type of valve versus another, and then draw conclusions therefrom. Right?

A. That is one of the reasons, yes.

Q. And as a matter of fact, manufacturers use that, for example, your company would utilize that information. They would gather the rates of thrombus, embolism, explant, death, of various St. Jude valves for marketing purposes. Correct?

A. Well, yes.

Q. Okay. And that's important to know. If you've got a valve that has a better TE profile, thromboembolism profile than, say, a CarboMedics heart valve, that is something that the company wants to make known to surgeons, and that surgeons want to know. Correct?

A. Yes, and in fact, this was not written from a commercial part of view. This was an academic article.

Q. Um-hum. I understand that. But basically, you would agree that there is methodology from which one can compute the TE incidents rates, the paravalvular incidence rates, and explant rates. Things of that sort?

A. Yes.

Q. And once again, that is important

information for a responsible company to know regarding their profits. Correct?

A. Yes.

Q. And would you agree that St. Jude knows those particular rates for its valves?

A. Yes.

Q. And that as Medical Director, that's information that you're -- that's known to you?

A. Yes.

Q. Okay. Now, I would like to get back t -- and I apologize we digressed somewhat -- to your curriculum vitae. I would like to get back to that.

Could you outline for us just briefly your education from medical school forward, sir.

A. I went to medical school at the University of Cape Town, starting in 1947, graduating in 1952. Internship at Groote Schurre Hospital, 1953. Research job in the Department of Surgery at the University of Cape Town, 1954. Went to London to do the basic science course for the Royal College of Surgeons Fellowship, and that was in '54. Did a job in London in the emergency room, which is a necessary job for the final taking of the Fellowship at the College of Surgeons.

Went to the Mayo Clinic. Spent six

hand, I said myself earlier that if in a particular patient you have an episode of thromboembolism, you examine the anticoagulant level of that patient, and if you think it is lower than it might be, you raise it a bit; and indeed, you may add antiplatelet agents. This is a normal medical practice.

Q. From wearing your hat now as Medical Director of the Cardiac Surgery Division, are you aware of what the breakdown of how many valves were implanted in the aortic position and how many were -- on a percentage terms, not the number, and how many were in the mitral position?

A. I don't know the exact number. More in the aortic than the mitral for sure.

Q. Yeah. According to certain documents, and I could pull them out if you want, there was a suggestion in a report to the -- for example, a report to the Australian government that 57 percent worldwide were planted in the aortic position, and 43 percent in the mitral position. Does it sound about right to you?

A. Could be.

Q. Earlier we spoke about that there are incident rates associated with the -- with the valves for valve thrombosis, TE, perivalvular leakage,

bleeding, endocarditis. Do you know what the linearized event rates for the St. Jude valves are. And breaking it down for the aortic position and the mitral position, what the rates are for valve necrosis TE, those numbers?

MR. KOHN: Let me object to the form. What study are we talking about now? Conventional valves?

MR. COREN: What the rates the company maintains are for. I want to know if the Medical Director knows that.

MR. KOHN: Go ahead and answer if you can.

Q. For example, in the atrial position, do you know what the linearized event rate for valve necrosis is?

A. The mitral position. That's the sort of stuff I would look up. And I'll look it up in model studies. There may be an average of all the studies. I'm not sure what it is. It certainly depends on where you're using the valve.

Q. When you say it depends where you're using the valve, are you referring to the aortic position versus the mitral?

A. And I'm also referring to geographic

use, in terms of the difference between the Bronx and Minnesota.

Q. But you have seen that the company has published linearized rates?

A. Yes, they have developed such information from literature surveys.

Q. So if we asked you in interrogatory, that could be information you could provide us with through the company?

A. I'm sure.

MR. COREN: Okay. Thank you, Doctor.

THE WITNESS: Thank you.

MR. KOHN: We're done?

MR. COREN: Yeah.

THE VIDEOGRAPHER: We are at the end of tape number five. That concludes the deposition for today, and the time is now approximately 5:55 p.m.

(The deposition is concluded at 5:55 p.m.)