**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **IN RE ST. JUDE MEDICAL, INC.** | : | |
| **SILZONE HEART VALVES** | : | |
| **PRODUCTS LIABILITY** | : | **MDL DOCKET NO. 1396** |
| **LITIGATION** | : | |

**CERTIFICATE OF CONFERENCE**

Pursuant to the requirements of Federal Rule of Civil Procedure 37(a)(2) and Local Rule of the United States District Court for the District of Minnesota 37.1, the undersigned certifies that a member of the Plaintiffs' Steering Committee has, in good faith, conferred with Defendant in an effort to resolve the issues which are the subject of the accompanying motion without Court action. The issue was also raised by Plaintiffs' Steering Committee at the June 22, 2004, Status Conference. Those attempts have been unsuccessful and Plaintiffs and the Class now bring their motion before the Court.

**ZIMMERMAN REED, P.L.L.P.**

DATED: July 2, 2004

BY: s/ J. Gordon Rudd, Jr.
CHARLES S. ZIMMERMAN
J. GORDON RUDD, JR.
DAVID M. CIALKOWSKI
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
(612) 341-0400

**LEVY, ANGSTREICH, FINNEY, BALDANTE, RUBENSTEIN & COREN, P.C.**
STEVEN E. ANGSTREICH
MICHAEL COREN
CAROLYN C. LINDHEIM
Woodcrest Pavilion, Suite 100
Ten Melrose Avenue
Cherry Hill, New Jersey 08003
(856) 424-8967

**CAPRETZ & ASSOCIATES**
JAMES T. CAPRETZ
5000 Birch Street, Suite 2500
West Tower
Newport Beach, CA 92660
(949) 724-3000

**GREEN, SCHAAF & JACOBSON, P.C.**
JOE D. JACOBSON
7733 Forsyth, Suite 700
St. Louis, MO 63105
(314) 862-6800

**KELLOG & SIGELMAN**
DANIEL SIGELMAN
DEBORAH M. SCHECHTER
1742 N. Street, N.W.
Washington, DC20036
(202) 223-9880

Counsel for Plaintiffs