IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE ST. JUDE MEDICAL, INC. | : | |
| SILZONE® HEART VALVE PRODUCTS | : | |
| LIABILITY LITIGATION | : | MDL DOCKET NO. 1396 |

**MOTION TO PROTECT CONFIDENTIALITY OF DISCOVERY MATERIAL DISCLOSED IN MR. GOVE'S DEPOSITION**

TO: MDL PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

**MOTION**

Defendant St. Jude Medical, Inc. moves this Honorable Court under the Federal Rule of Civil Procedure 26(c) for an Order:

1. Upholding the confidential designation of discovery material disclosed in Mr. Gove's deposition.

Defendant St. Jude Medical certifies that it has met and conferred with MDL Plaintiffs' counsel regarding this issue.

Dated: July 22, 2004

HALLELAND LEWIS NILAN
SIPKINS & JOHNSON, P.A.

By: s/Tracy J. Van Steenburgh
Michael T. Nilan, Reg. No. 79224
Tracy J. Van Steenburgh, Reg. No. 141173
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
Telephone: (612) 338-1838

Attorneys for Defendant St. Jude Medical, Inc.

Of counsel:

Steven M. Kohn, Esq.
REED SMITH CROSBY HEAFEY, L.L.P.
1999 Harrison Street
Oakland, CA 94612
Telephone: (510) 763-2000