IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE ST. JUDE MEDICAL, INC. :
SILZONE® HEART VALVE PRODUCTS :
LIABILITY LITIGATION : MDL DOCKET NO. 1396

**NOTICE OF MOTION TO PROTECT CONFIDENTIALITY OF DISCOVERY MATERIAL DISCLOSED IN MR. GOVE'S DEPOSITION**

TO: MDL PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, the undersigned will bring a motion on for hearing before this Court at United States District Court House, 300 South Fourth Street, Minneapolis, Minnesota, before the Honorable John R. Tunheim, at the next Status Conference to be held on August 11, 2004, at 9:00 a.m.

Dated: July 22, 2004

HALLELAND LEWIS NILAN
SIPKINS & JOHNSON, P.A.

By: s/Tracy J. Van Steenburgh

Michael T. Nilan, Reg. No. 79224
Tracy J. Van Steenburgh, Reg. No. 141173
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
Telephone: (612) 338-1838

Attorneys for Defendant St. Jude Medical, Inc.

Of counsel:

Steven M. Kohn, Esq.
REED SMITH CROSBY HEAFEY, L.L.P.
1999 Harrison Street
Oakland, CA 94612
Telephone: (510) 763-2000