**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

IN RE ST. JUDE MEDICAL, INC., :
SILZONE HEART VALVES PRODUCTS :
LIABILITY LITIGATION : MDL DOCKET NO. 1396

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO PROTECT CONFIDENTIALITY OF DISCOVERY MATERIAL DISCLOSED IN MR. GOVE'S DEPOSITION**

**FILED UNDER SEAL**

**CONFIDENTIAL**

TO BE FILED UNDER SEAL PURSUANT TO ORDER OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA – MDL 1396

This envelope contains CONFIDENTIAL information that is protected by a STIPULATED PROTECTIVE ORDER. This envelope is not to be opened, and its contents may not be revealed without Order of this Court.

CONFIDENTIAL discovery material filed under seal shall be available to the Court and counsel of record for Plaintiffs of St. Jude Medical.

Dated: July 22, 2004

HALLELAND LEWIS NILAN
SIPKINS & JOHNSON, P.A.
Tracy J. Van Steenburgh, Reg. No. 141173
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
(612) 338-1838

ATTORNEYS FOR ST. JUDE MEDICAL, INC.