IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE ST. JUDE MEDICAL, INC. :
SILZONE® HEART VALVE PRODUCTS :
LIABILITY LITIGATION : MDL DOCKET NO. 1396

**DECLARATION OF DAVID E. STANLEY IN SUPPORT OF DEFENDANT ST. JUDE MEDICAL'S MOTION TO PROTECT CONFIDENTIALITY OF DISCOVERY MATERIAL DISCLOSED IN MR. GOVE'S DEPOSITION**

I, David E. Stanley, declare as follows:

1. I am an attorney with the law firm of Reed Smith, LLP and counsel for Defendant St. Jude Medical, Inc. (St. Jude Medical) in the above-captioned action. I have personal knowledge of all facts stated in this Declaration and could and would testify competently to these facts if called as a witness.

2. Peter Gove, who is St. Jude Medical's Vice President, Corporate Relations, was deposed in this matter on April 28, 2004, in Minneapolis, Minnesota.

3. On May 14, 2004, our office received a copy of the transcript of Peter Gove's deposition. Under Pretrial Order No. 4/5, St. Jude Medical then had 30 days to designate all or a portion of the deposition testimony as confidential.

4. On June 14, 2004, my law partner Steven Kohn, sent a letter to plaintiff's counsel designating the entire deposition testimony as confidential under Pretrial Order No. 4/5. A true and correct copy of this letter is attached as Exhibit A to this Declaration.

5. On June 15, 2004, Plaintiffs' counsel Mr. Angstreich responded by letter stating that Plaintiffs objected to the designation of the entire testimony as confidential, and thus initiated the meet and confer process. A true and correct copy of this letter is attached as Exhibit B to this Declaration.

6. On June 29, 2004, Mr. Kohn continued to meet and confer by letter and narrowed the confidential designation to portions of Mr. Gove's deposition testimony. A true and correct copy of this letter is attached as Exhibit C to this Declaration.

7. On June 30, 2004, Mr. Angstreich responded by letter. In that letter, he states that plaintiffs have not taken issue with the confidential designation of the documents. However, they do not agree with St. Jude Medical's assessment that the deposition testimony should be protected. Mr. Angstreich further states that the parties failed to reach any agreement regarding the confidential designation of the deposition testimony. A true and correct copy of this letter is attached as Exhibit D to this Declaration.

8. Exhibit E (filed under seal) to this Declaration in support of Defendant's Motion to Protect Confidentiality Of Discovery Materials Disclosed in Mr. Gove's Deposition is an index that identifies page and line number the portions of Mr.

Gove's deposition testimony that St. Jude Medical designates as confidential, the bases for the designations, and a brief description the confidential testimony.

9. St. Jude Medical made similar confidentiality designations in a related Silzone® state court matter. In that state court action, a Stipulation and Order was in place that mirrored the Protective Order granted in this matter. On June 4, 2002, St. Jude Medical brought a motion in Minnesota State Court to protect the confidential designation of various documents produced during discovery. That motion was heard by Judge Dovre Bjorkman and a true and correct copy of Judge Bjorkman's order and memorandum, dated August 6, 2002, is attached as Exhibit F to this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 22, 2004.

s/David E. Stanley
David E. Stanley