IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE ST. JUDE MEDICAL, INC. :
SILZONE® HEART VALVE PRODUCTS :
LIABILITY LITIGATION : MDL DOCKET NO. 1396

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2004, I caused the following documents:

1. Notice of Motion to Protect Confidentiality of Discovery Material Disclosed in Mr. Gove's Deposition;
2. Motion to Protect Confidentiality of Discovery Material Disclosed in Mr. Gove's Deposition;
3. Declaration of David E. Stanley in Support of Defendant St. Jude Medical's Motion to Protect Confidentiality of Discovery Material Disclosed in Mr. Gove's Deposition;

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Steven E Angstreich sangstreich@levyangstreich.com

James T Capretz jcapretz@capretz.com, jtc@capretz.com

Carolyn Lindheim clindheim@levyangstreich.com

J Gordon Rudd jgr@zimmreed.com, jlt@zimmreed.com

Richard B Solum solum.rick@dorsey.com

Charles S Zimmerman csz@zimmreed.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Joe D. Jacobson, Esq.
Green Schaaf & Jacobson
7733 Forsyth, Suite 700
St. Louis, MO 63105

Patrick Murphy, Esq.
Murphy Law Office
844 E Sahara Ave
Las Vegas, NV 89104

Dated: July 22, 2004

HALLELAND LEWIS NILAN
SIPKINS & JOHNSON, P.A.

By: s/Tracy J. Van Steenburgh
Tracy J. Van Steenburgh, Reg. No. 141173
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
Telephone: (612) 338-1838

Attorneys for Defendant St. Jude Medical, Inc.