Re: *MDL-1396: St. Jude Heart Valve Litigation*
Our File No.: 50402-0001

**AFFIDAVIT OF SERVICE**

STATE OF MINNESOTA )
)ss.
COUNTY OF HENNEPIN )

Leigh A. Clark, of the City of Minneapolis, County of Hennepin, in the State of Minnesota, being duly sworn, says that on the 22nd day of July, 2004 she served the annexed:

1. Memorandum of Law in Support of Motion to Protect Confidentiality of Discovery Material Disclosed in Mr. Gove's Deposition (filed under seal);
2. Affidavit of Peter Gove with exhibit (filed under seal);
3. Exhibit E to Declaration of David E. Stanley (filed under seal); and
4. Proposed Order

on the attorneys in this action by enclosing a copy thereof, enclosed in an envelope, directed to said attorneys at their last known addresses, as follows:

***Via Messenger***
J. Gordon Rudd Jr., Esq.
Zimmerman Reed
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402

***Via Overnight Courier***
Joe D. Jacobson, Esq.
Green Schaaf & Jacobson
7733 Forsyth, Suite 700
St. Louis, MO 63105

***Via Overnight Courier***
Steven E. Angstreich, Esq.
Levy Angstreich Finney Baldante Rubenstein & Coren
10 Melrose Avenue, Suite 100
Cherry Hill, NJ 08003

***Via Overnight Courier***
James T. Capretz, Esq.
Capretz & Associates
5000 Birch Street, Suite 2500
Newport Beach, CA 92660

***Via Overnight Courier***
Patrick Murphy, Esq.
Murphy Law Office
844 E Sahara Ave
Las Vegas, NV 89104

s/Leigh A. Clark
Leigh A. Clark

Subscribed and sworn to before me
this 22nd day of July, 2004.

s/Naomi E. Gordon
Notary Public

DN: 226552