STATE OF MINNESOTA

COUNTY OF HENNEPIN

**AFFIDAVIT OF SERVICE**

**METRO LEGAL SERVICES**

Eric Lappegard, being duly sworn, on oath says: that on the 22nd day of July, 2004, at 4:36 p.m. (s)he served the attached Memorandum of Law in Support of Motion to Protect Confidentiality of Discovery Material Disclosed in Mr. Gove's Deposition; Affidavit of Peter Gove with exhibit; Exhibit E to Declaration of David E. Stanley; and Proposed Order upon J. Gordon Rudd, Jr., Esq. therein named, personally at 651 Nicollet Mall, #500, Minneapolis, County of Hennepin, State of Minnesota, by handing to and leaving with Lisa Ingmanson, receptionist, an expressly authorized agent for service for said J. Gordon Rudd, Jr., Esq., a true and correct copy thereof.

Subscribed and sworn to before me,
July 23, 2004.

Rose Batsell
Notary Public

ROSE BATSELL
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

Re: 50402-1