**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **IN RE ST. JUDE MEDICAL, INC. SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION** | : : : : | **MDL DOCKET NO. 1396** |

**AFFIDAVIT OF J. GORDON RUDD, JR., IN OPPOSITION TO DEFENDANT SJM'S MOTION TO PROTECT CONFIDENTIALITY OF DISCOVERY MATERIAL DISCLOSED IN DEPOSITION OF PETER GOVE**

**STATE OF MINNESOTA )**
**)ss.**
**COUNTY OF HENNEPIN)**

J. Gordon Rudd, Jr., being duly sworn upon oath, deposes and says:

1. I am an attorney at the law firm of Zimmerman Reed, P.L.L.P. I represent the Plaintiffs in the above-referenced matter and submit this Affidavit in opposition to Defendant SJM's Motion to Protect Confidentiality of Discovery Material Disclosed in Deposition of Peter Gove.

2. Attached as Exhibit A is a true and correct copy of a chart entitled, "Plaintiffs' Response to Exhibit "E" to the Declaration of David Stanley.

FURTHER YOUR AFFIANT SAYETH NOT.

s/ J. Gordon Rudd, Jr.
J. Gordon Rudd, Jr.

Subscribed and sworn to before me
this 3rd day of August, 2004.

s/Notary Public
Notary Public