**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2004, I caused the following documents:

1. Plaintiffs' Opposition to Defendant SJM's Motion to Protect Confidentiality of Discovery Material Disclosed in Deposition of Peter Gove; and
2. Affidavit of J. Gordon Rudd, Jr., Opposition to Defendant SJM's Motion to Protect Confidentiality of Discovery Material Disclosed in Deposition of Peter Gove.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Steven E Angstreich sangstreich@levyangstreich.com

James T Capretz jcapretz@capretz.com, jtc@capretz.com;achu@capretz.com

Joe D Jacobson jacobson@stlouislaw.com, jdjacobson@sbcglobal.net

Steven M Kohn skohn@reedsmith.com,
msabraw@reedsmith.com;bgthompson@reedsmith.com

Carolyn Lindheim clindheim@levyangstreich.com

Michael T Nilan mnilan@halleland.com, NGordon@halleland.com

J Gordon Rudd jgr@zimmreed.com, jlt@zimmreed.com

Richard B Solum solum.rick@dorsey.com

David E Stanley dstanley@reedsmith.com, dlevenstein@reedsmith.com

Tracy J Van Steenburgh tvan@halleland.com, LClark@halleland.com

Charles S Zimmerman csz@zimmreed.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage prepaid, to the following non-ECF participants:

Michael J Beck
Room G-255 N Lobby
Clerk of the Panel

Thurgood Marshall Federal Judiciary Bldg
One Columbus Circle NE
Washington, DC 20002-8004

Tony Jensen
Capretz & Assoc
5000 Birch St Ste 2500
Newport Beach, CA 92660

Patrick Murphy
Murphy Law Office
844 E Sahara Ave
Las Vegas, NV 89104

Dated: August 3, 2004

s/ J. Gordon Rudd, Jr.
J. Gordon Rudd, Jr.