IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE ST. JUDE MEDICAL, INC. | : | |
| SILZONE® HEART VALVE PRODUCTS | : | MDL DOCKET NO. 1396 |
| LIABILITY LITIGATION | : | |

**DECLARATION OF STEVEN M. KOHN IN SUPPORT OF DEFENDANT ST. JUDE MEDICAL'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL ST. JUDE MEDICAL TO ANSWER PLAINTIFFS' THIRD SET OF INTERROGATORIES AND SEVENTH REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT (MERITS PHASE)**

I, Steven M. Kohn, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration and would and could competently testify to those facts if called as a witness.

2. Marked and attached hereto as Exhibit A is a true and correct copy of pages 10 through 14 of the final version of the deposition transcript of Dr. Robert W.M. Frater, M.D., which deposition was taken on May 14, 2004. The line and pagination of the final version is slightly off from the interim copy attached as Exh. B to the Affidavit of Mr. Rudd.

3. Marked and attached hereto as Exhibit B is a true and correct copy of an article co-written by Dr. Frater entitled "Proposal for Reporting Thrombosis, Embolism and Bleeding After Heart Valve Replacement," which was published in the March 1994 edition of *The Journal of Heart Valve Disease*.

4. In my representation of St. Jude Medical in this litigation, I have had occasion to review many documents, including those St. Jude Medical has submitted to the FDA. The only incident rates for complications St. Jude Medical calculates and submits to the FDA each year based on the Medical Device Reports it submits to the FDA, as referred to in fn 3 of page 3 of plaintiffs' Motion to Compel, are merely a calculation of the number of complications reported divided by the estimated number of valves implanted. These are not linearized rates.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 14th day of July, 2004, in Oakland, California.

Steven M. Kohn