IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE ST. JUDE MEDICAL, INC. :
SILZONE® HEART VALVE PRODUCTS :
LIABILITY LITIGATION : MDL DOCKET NO. 1396

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2004, I caused the following documents:

1. Defendant St. Jude Medical's Opposition To Plaintiffs' Motion To Compel St. Jude Medical To Answer Plaintiffs' Third Set Of Interrogatories And Seventh Request For Production Of Documents To Defendant (Merits Phase);
2. Declaration of Steven M. Kohn in Support of Defendant St. Jude Medical's Opposition to Plaintiffs' Motion to Compel St. Jude Medical to Answer Plaintiffs' Third Set of Interrogatories and Seventh Request for Production of Documents to Defendant (Merits Phase);
3. Declaration of Robert W. M. Frater, M.D. in Support of Defendant St. Jude Medical's Opposition to Plaintiffs' Motion to Compel St. Jude Medical to Answer Plaintiffs' Third Set of Interrogatories and Seventh Request for Production of Documents to Defendant (Merits Phase);

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Steven E Angstreich sangstreich@levyangstreich.com

James T Capretz jcapretz@capretz.com, jtc@capretz.com;achu@capretz.com

Joe D Jacobson jacobson@stlouislaw.com, jdjacobson@sbcglobal.net

Carolyn Lindheim clindheim@levyangstreich.com

J Gordon Rudd jgr@zimmreed.com, jlt@zimmreed.com

Richard B Solum solum.rick@dorsey.com

Charles S Zimmerman csz@zimmreed.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Joe D. Jacobson, Esq.
Green Schaaf & Jacobson
7733 Forsyth, Suite 700
St. Louis, MO 63105

Patrick Murphy, Esq.
Murphy Law Office
844 E Sahara Ave
Las Vegas, NV 89104

Dated: August 10, 2004

HALLELAND LEWIS NILAN
SIPKINS & JOHNSON, P.A.

By: s/Tracy J. Van Steenburgh
Tracy J. Van Steenburgh, Reg. No. 141173
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
Telephone: (612) 338-1838

Attorneys for Defendant St. Jude Medical, Inc.