# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| In re: St. Jude Medical, Inc. Silzone Heart Valves Products Liability Litigation,<br><br>Plaintiff,<br><br>v.<br><br>Defendant. | **COURT MINUTES**<br>BEFORE: John R. Tunheim<br>U.S. District Judge<br><br>Case No: 01-1396 JRT<br>Date: August 11, 2004<br>Deputy: Lou Jean M. Gleason<br>Court Reporter: Kristine Mousseau<br>Time Commenced: 9:13 a.m.<br>Time Concluded: 10:25 p.m.<br>Time in Court: 1 Hours & 12 Minutes |

Hearing on: **Status Conference**

The Court first heard updates on the mediation. A number of cases have been settled and 39 are still pending. The Court heard updates on the Canadian Litigation and the Ramsay County Litigation.

The Court heard argument on Plaintiffs' Motion to compel St. Jude Medical Inc. to Respond to Discovery [Docket No. 315] and Ordered the parties to meet and confer regarding any additional studies or trials that involve other heart valves that St. Jude Medical may have access to. If there exists such studies they shall be produced to Plaintiffs. The parties are to report back to the Court within ten days.

The Defendant's moved to have their motion to protect the confidentiality of discovery material disclosed in Mr. Gove's Deposition [Docket No. 324] to be resolved by Special Master Solum. Over Plaintiffs' disagreement, the Court Ruled that Special Master Solum shall review the documents and prepare a recommendation to the parties that they then may object to and the Court will make the final ruling. An Order shall be filed in this regard.

The parties also raised a dispute regarding class notice. The Court will rule on the class notice issue after the 8th Circuit decides the pending motions it now has before it. The Court will allow each side to supplement their previous briefs on class notice after the 8th Circuit has made its decision.

The next status conference is scheduled for Wednesday, **Oct. 6, 2004 at 9:00 a.m.**

APPEARANCES:

Plaintiff: James Capretz, Steven Angstreich, Gordon Rudd, Jr., and Jennifer Wensick
Defendant: Steven M. Kohn, David Stanley, Tracy Van Steenburgh, and Liz Porter

s/Lou Jean M. Gleason
Calendar Clerk