UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL FILE NO. 03-2498JRT

| | |
|---|---|
| PATRICIA A. KENNEDY,<br><br>Plaintiff,<br><br>v.<br><br>ST. JUDE MEDICAL, INC.<br><br>Defendant. | MDL Docket No. 1396<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff, by and through her attorneys, stipulates to a dismissal without prejudice of this action pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Costs will be borne by the party incurring the same.

This the 23 day of July, 2004.

s/
PATRICIA A. KENNEDY

JONES MARTIN PARRIS & TESSENER
LAW OFFICES, PLLC

BY: s/
Gregory M. Martin
North Carolina State Bar No. 10420
Coleman M. Cowan
North Carolina State Bar No. 21997
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603
(919) 821-0005
Attorneys for Plaintiff

CONSENTED TO:

SMITH MOORE LLP

BY: s/
J. Donald Cowan, Jr.
North Carolina State Bar No. 0968
2800 Two Hannover Square
Raleigh, NC 27601
(919) 755-8700
Attorneys for St. Jude Medical, Inc.

**CERTIFICATE OF SERVICE**

This is to certify that the undersigned has this date served the foregoing STIPULATION OF DISMISSAL to all other parties to this cause by depositing a copy hereof; postage prepaid in the United States Mail properly addressed to:

J. Donald Cowan, Jr., Esq.
Smith Moore, L.L.P.
Post Office Box 27525
Raleigh, North Carolina 27601

This the 23 day of July, 2004.

s/
Coleman M. Cowan