IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE ST. JUDE MEDICAL, INC., :
SILZONE HEART VALVES PRODUCTS :
LIABILITY LITIGATION : MDL DOCKET NO. 01-1396

**PRETRIAL ORDER NO. 35**

The parties having stipulated thereto, it is hereby ordered:

1. The deadline for completion of generic fact discovery set forth in Pretrial Order No. 16 and extended by Pretrial Order Nos. 22, 24, 26, 28, 29, 31 and 32 is extended to October 20, 2004.

2. The deadlines to complete medical examinations and case-specific fact discovery set forth in paragraph I(D) and I(E) of Pretrial Order No. 20 and extended by Pretrial Order Nos. 22, 24, 26, 28, 29, 31 and 32 are extended to November 5, 2004.

3. The deadline for disclosure of plaintiff's case specific experts set forth in paragraph I(G) of Pretrial Order No. 20 and extended by Pretrial Order Nos. 22, 24, 26, 28, 29, 31 and 32 is extended to November 15, 2004.

4. The deadline for disclosure of defendants' case specific experts set forth in paragraph I(H) of Pretrial Order No. 20 and extended by Pretrial Order Nos. 22, 24, 26, 28, 29, 31 and 32 is extended to December 15, 2004.

5. The deadline for disclosure of supplemental case specific experts set forth in paragraph I(I) of Pretrial Order No. 20 and extended by Pretrial Order Nos. 22, 24, 26, 28, 29, 31 and 32 is extended to January 19, 2005.

6. The deadline for filing the remand report set forth in paragraph II(A) of Pretrial Order No. 20 and extended by Pretrial Order Nos. 22, 24, 26, 28, 29, 31 and 32 is extended to February 21, 2005.

IT IS SO ORDERED:

s/John R. Tunheim
Honorable John R. Tunheim
United States District Court

ENTERED: August 12, 2004