CAPRETZ & ASSOCIATES

Lawyers

www.capretz.com
JCapretz@capretz.com

James T. Capretz

August 24, 2004

Denise - Docketing Clerk for
The Honorable John R. Tunheim
United States District Court
District of Minnesota
300 South Fourth Street, Room 13-E
Minneapolis, MN 55415

*Re:* *St. Jude Heart Valve Litigation MDL No. 1396*

Dear Denise:

Pursuant to the telephone call between you and Paula, of our office, we are submitting this request that Tony Jensen's name be removed from the court's service list for our office as he is no longer an employee of this firm. He is not in the electronic system but is added at the end with manual service and follow-up letters to sign up for electronic service.

If you have any questions, please feel free to call. Thank you for your assistance.

Sincerely,

James T. Capretz of
CAPRETZ & ASSOCIATES

JTC:pw

S:\DOCS\8080-05 ST. JUDE MDL\Correspondence\Denise - Docketing Clk for Judge Tunheim frm jtc 8-24-04.wpd

SCANNED
AUG 2 6 2004
U.S. DISTRICT COURT MPLS