01-md-1396 JRT/FLN

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 04-2855

| | | |
|---|---|---|
| In Re: | * | |
| | * | |
| St. Jude Medical, Inc., Silzone Heart Valve Products Liability Litigation, | * | Petition for Writ of Mandamus or Prohibition or other Extraordinary Relief |
| | * | |
| Petitioner. | * | |
| | * | |

## JUDGMENT

St. Jude Medical's petition for a writ of mandamus or prohibition or other extraordinary relief has been considered by the court and is denied. The clerk of court is directed to return the 22 volumes of Appendix to St. Jude. The motion to seal portions of the Appendix is denied as moot. (5360-010199)

September 2, 2004

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
SEP 07 2004
U.S. DISTRICT COURT MPLS

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

September 2, 2004

Mr. Eric John Magnuson
RIDER & BENNETT
Suite 2000
333 S. Seventh Street
Minneapolis, MN 55402

Re: 04-2855 In re: St. Jude

Dear Counsel:

Enclosed is a copy of an order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

(5009-010199)

Sincerely,

Michael E. Gans
Clerk of Court

paw

Enclosure(s)

cc: Honorable John R. Tunheim, U.S. District Judge
Steven M. Kohn
James C. Martin
Lisa Marie Baird
Michael T. Nilan
Tracy J. Steenburgh
Steven E. Angstreich
Michael Coren
James T. Capretz
Anthony Chu
J. Gordon Rudd Jr.
Joe D. Jacobson
Patrick Murphy
Richard Sletten, Clerk

District Court/Agency Case Number(s): 01-MD-1396 JRT/FLN