**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| IN RE: ST. JUDE MEDICAL, INC., | : | MDL No. 01-1396 (JRT/FLN) |
| SILZONE HEART VALVES PRODUCTS | : | |
| LIABILITY LITIGATION | : | |

**NOTICE OF CHANGE OF LAW FIRM NAME**

Please note that the name of the law firm of Class Plaintiff Counsel Daniel W. Sigelman has changed to Law Offices of Daniel W. Sigelman, P.L.L.C. All further pleadings, orders and notices sent to Mr. Sigelman should be addressed as follows:

Daniel W. Sigelman
Law Offices of Daniel W. Sigelman, P.L.L.C.
1742 N Street, N.W.
Washington, D.C. 20036
Tel: (202) 223-9880
Fax: (202) 223-9449

Respectfully submitted,

Dated: September 9, 2004

s/ J. Gordon Rudd, Jr.

J. Gordon Rudd, Jr.
Zimmerman Reed, P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Tel: (612) 341-0400
Fax: (612) 341-0844