Thu Sep 9 15:45:53 2004

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 400 276535
Cashier joanf

Check Number: 170272

| DO Code | Div No |
|---|---|
| 4641 | 4 |

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:086900 | N | 2 | 105.00 |
| 2:510000 | N | 2 | 150.00 |

Total Amount $ 255.00

RIDER BENNET LLP 01-MD-1396 JRT/FLN I
N RE ST JUDE

APPEAL iN RE: ST JUDE MEDICAL INC

n

SCANNED
SEP 10 2004
U.S. DISTRICT COURT MPLS

RIDER BENNETT
Attorneys at Law
A Limited Liability Partnership

333 South Seventh Street
Suite 2000
Minneapolis, MN 55402

Telephone • 612 • 340 • 8900
Fax • 612 • 340 • 7900
www.riderlaw.com

RECEIVED
BY U.S. MAIL
2004 SEP -9 AM 9:03
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

Eric J. Magnuson
(612) 340-7928
ejmagnuson@riderlaw.com

September 8, 2004

Richard B. Sletten, Clerk of Court
United States District Court
District of Minnesota
300 South Fourth Street
Suite 202
Minneapolis, MN 55415

Re: In re St. Jude Medical, Inc. Silzone Heart Valve Products Liability Litigation
Our File No.: 8728/R29191
District Court File No.: 01-1396 (JRT/FLN)

Dear Sir or Madam:

By order dated September 2, 2004, the United States Court of Appeals for the Eighth Circuit has granted our petition for permission to appeal the district court's class certification order under Federal Rule of Civil Procedure 23(f). We have enclosed our docket fee of $255.

Very truly yours,

RIDER BENNETT, LLP

By ______________________
Eric J. Magnuson

EJM/lms
Enclosures

cc: All Counsel of Record
Michael E. Gans, Clerk of Court

**SERVICE LIST**

| | |
|---|---|
| Steven E. Angstreich, Esq.<br>Levy, Angstreich, Finney, Baldante, et al.<br>Woodcrest Pavilion, Suite 100<br>10 Melrose Avenue<br>Cherry Hill, NJ 08003 | Co-Lead Counsel for Plaintiffs/Appellees |
| James T. Capretz, Esq.<br>Capretz & Associates<br>5000 Birch Street, Suite 2500<br>West Tower<br>Newport Beach, CA 92660 | Co-Lead Counsel for Plaintiffs/Appellees |
| Patrick Murphy, Esq.<br>Murphy Law Office<br>4765 South Durango Drive, Suite 200<br>Las Vegas, NV 89147 | State Liaison Counsel |
| J. Gordon Rudd, Jr., Esq.<br>Zimmerman Reed L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN 55402 | Liaison Counsel for Plaintiffs/Appellees |
| Steven M. Kohn<br>James C. Martin<br>Steven J. Boranian<br>REED SMITH,LLP<br>1999 Harrison Street, Suite 2400<br>Oakland, CA 94612 | Counsel for Defendant/Appellant |
| Michael T. Nilan<br>Tracy J. Van Steenburgh<br>Halleland, Lewis, Nilan, Sipkins & Johnson, P.A.<br>600 Pillsbury Center South<br>220 South Sixth Street<br>Minneapolis, MN 55402 | Counsel for Defendant/Appellant |
| Eric J. Magnuson<br>Rider Bennett, LLP<br>333 South Seventh Street, Suite 2000<br>Minneapolis, MN 55402 | Counsel for Defendant/Appellant |