# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

FILED
ST. PAUL, MN
SEP - 2 2004
MICHAEL E. GANS
CLERK

No. 04-8009

Lester Grovatt, et al.

Respondents,

v.

St. Jude Medical, Inc.,

Petitioner.

Petition for Permission to Take an Interlocutory Appeal from the United States District Court for the District of Minnesota

ORDER

St. Jude Medical's petition for permission to appeal the district court's class certification order pursuant to Federal Rule of Civil Procedure 23(f) has been considered by the court and is granted. Petitioner's motion to file an overlength petition is granted. Respondents' motion to file an overlength response is granted. Petitioner's motion to file a reply is granted. Respondents' motion to strike petitioner's reply brief is denied. Medtronic, Inc.'s motion for leave to file an amicus brief is denied. Respondents' motion to strike Medtronic, Inc.'s motion for leave to file an amicus brief is denied as moot. The clerk is directed to transfer the case to appeal number 04-3117 on the general docket.

September 2, 2004

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit