IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE ST. JUDE MEDICAL, INC., :
SILZONE HEART VALVES PRODUCTS :
LIABILITY LITIGATION : MDL DOCKET NO. 01-1396

**PRETRIAL ORDER NO. 36**

On September 2, 2004, the United States Court of Appeals for the Eighth Circuit granted St. Jude Medical's petition to appeal this Court's class certification order pursuant to Federal Rule of Civil Procedure 23(f). In light of this decision and based upon the stipulation of the parties, it is hereby ordered:

1. All discovery and pretrial deadlines relating to the Amended Consolidated class action are hereby stayed until further order of this Court.

2. All issues with respect to class notice as it pertains to the Amended Consolidated Class action are stayed until further order of this Court.

3. Discovery in the individual actions shall continue in accordance with Pretrial Order No. 35.

**IT IS SO ORDERED**:

s/John R. Tunheim
Honorable John R. Tunheim

ENTERED: September 29, 2004



DOCSLA-15447053.1-DSTANLEY