**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **IN RE: ST. JUDE MEDICAL, INC., SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION** | : | **MDL DOCKET NO. 1396** |
| **THIS DOCUMENT RELATES TO ALL CASES** | : | |

**<u>AGENDA</u>**

**October 5, 2004, 11:00 a.m.**
**Telephonic Status Conference**

1. Report on status of the 8th Circuit Appeal;

2. Update on discovery deadlines and discussion of what is stayed by PTO 36 and what will be proceeding as scheduled;

3. Report on Deposition Schedule and Progress;

4. Reports on Canadian litigation and Ramsey County litigation;

5. Discussion of court instructions for enforcing respective parties' rights with discovery involving specific cases;

   a. Plaintiff's Notice of Deposition of Joseph Graham, M.D. in the Sliger case.

   b. Plaintiffs' failure to respond to case specific written discovery in the Wood, Jones and Maronen cases.

   c. Resolution of Plaintiffs Meaux, Van Gilder and Darley claims for further responses to interrogatories and Motion to Produce Documents.

6. Proposed expansion of Interrogatories available to plaintiffs in case-specific cases.

7. Update on status of mediations.