**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2004, I caused the following documents:

Proposed Agenda

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Steven E Angstreich sangstreich@levyangstreich.com

James T Capretz jcapretz@capretz.com, jtc@capretz.com;achu@capretz.com

Joe D Jacobson jacobson@stlouislaw.com, jdjacobson@sbcglobal.net

Steven M Kohn skohn@reedsmith.com, msabraw@reedsmith.com;bgthompson@reedsmith.com

Carolyn Lindheim clindheim@levyangstreich.com

Michael T Nilan mnilan@halleland.com, NGordon@halleland.com

J Gordon Rudd jgr@zimmreed.com, jlt@zimmreed.com

Richard B Solum solum.rick@dorsey.com

David E Stanley dstanley@reedsmith.com, dlevenstein@reedsmith.com

Tracy J Van Steenburgh tvan@halleland.com, LClark@halleland.com

Charles S Zimmerman csz@zimmreed.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage prepaid, to the following non-ECF participants:

Michael J Beck
Room G-255 N Lobby
Clerk of the Panel
Thurgood Marshall Federal Judiciary Bldg
One Columbus Circle NE
Washington, DC 20002-8004

Patrick Murphy
Murphy Law Office
844 E Sahara Ave
Las Vegas, NV 89104

Dated: October 5, 2004

s/ J. Gordon Rudd, Jr.
J. Gordon Rudd, Jr.