# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| In re: St. Jude Medical, Inc. Silzone Heart Valves Products Liability Litigation, Plaintiff, v. Defendant. | **COURT MINUTES**<br>BEFORE: John R. Tunheim<br>U.S. District Judge |

| | |
|---|---|
| Case No: | 01-1396 JRT |
| Date: | October 5, 2004 |
| Deputy: | Lou Jean M. Gleason |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 11:10 a.m. |
| Time Concluded: | 11:40 p.m. |
| Time in Court: | 0 Hours & 30 Minutes |

Hearing on: **Status Conference via telephone**

The parties discussed the status of the pending 8th Circuit Appeal, discovery deadlines, deposition schedule and progress, Canadian Litigation and the Ramsay County Litigation and updates on the mediation. A number of cases have been settled and 26 are still pending.

The Court heard argument on issues regarding various case specific discovery issues. The parties are to submit letter briefs to the Court with letter responses due within ten days after receipt of the initial briefs. Due to time constraints, a separate telephone hearing may be necessary regarding an additional deposition of Joseph Graham, M.D.

Plaintiffs' counsel requested an expansion of generic interrogatories in case-specific cases. The Court ruled that ten additional interrogatories may be requested. Any additional interrogatories may be requested on a case by case basis.

The next status conference is scheduled for Tuesday, **November 16, 2004 at 9:30 a.m.**

APPEARANCES:

Plaintiff: James Capretz, Steven Angstreich, and Gordon Rudd, Jr.
Defendant: Steven M. Kohn, David Stanley, Tracy Van Steenburgh, and Liz Porter

s/Lou Jean M. Gleason
Calendar Clerk