UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LESTER GROVATT, BEATRICE BAILEY, JOSEPH N. SANCHEZ LEVY D. REDDEN and BONNIE SLIGER, | |
| Plaintiffs, | MDL NO, 01-1396-(JRT/FLN) |
| vs. | |
| ST. JUDE MEDICAL INC., | |
| Defendant. | |

**MOTION FOR SUBSTITUTION OF PARTY**

COMES NOW Edward A. Sliger, personal representative of the estate of Bonnie L. Sliger, pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, and for his motion for substitution of party states as follows:

1. Plaintiff Bonnie L. Sliger died on August 24, 2004.

2. Edward A. Sliger is the duly appointed personal representative of the estate of Bonnie L. Sliger. Attached hereto as Exhibit "A" are Letters Testamentary issued by the Circuit Court of Jefferson County, Missouri, Probate Division, appointing Edward A. Sliger as the personal representative of Bonnie Sliger's estate.

3. Edward A. Sliger, as personal representative of the estate of Bonnie L. Sliger, seeks an order of this court appointing him to serve as named plaintiff as substitute for Bonnie L. Sliger, deceased.

WHEREFORE, Edward A. Sliger, personal representative of the estate of

Bonnie L. Sliger, prays for an order of this court directing that he be substituted as plaintiff in this matter in place of Bonnie L. Sliger, deceased, and for such other and further orders as the court deems just and proper in the premises.

GREEN, SCHAAF & JACOBSON, P.C.

By: /s/ David T. Butsch
Joe D. Jacobson
David T. Butsch
Attorneys for Plaintiff Bonnie Sliger
7733 Forsyth Blvd., Suite 700
Clayton, Missouri 63105
PHONE: 314-862-6800
FAX: 314-862-1606

CERTIFICATE OF SERVICE

The undersigned certifies that on October 11, 2004, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following named counsel of record:

David E. Stanley
REED, SMITH, CROSBY, HEAFEY
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Steven E. Angstreich
Levy, Angstreich, Finney,
Baldante, et al
Woodcrest Pavilion, Ste. 100
10 Melrose Avenue
Cherry Hill, NJ 08003

Tracy J. Van Steenburgh
Nilan, Sipkins & Johnson
600 Pillsubury Center South
2200 South Sixth Street
Minneapolis, MN 55402-4501

The undersigned certifies that on the same date true and complete copies of the foregoing were served by mailing the same by U.S. Mail, first-class postage prepaid, this 11th day of October, 2004, to each of the following named non-participants in Electronic Case Filing: None.

/s/ David T. Butsch