**IN THE CIRCUIT COURT OF THE TWENTY-THIRD JUDICIAL CIRCUIT OF MISSOURI AT HILLSBORO, JEFFERSON COUNTY, MISSOURI DIVISION TWO**

IN THE MATTER OF THE ESTATE OF
BONNIE L SLIGER,
Deceased Estate No. CV404-0439

**AMENDED LETTERS TESTAMENTARY**
**(Independent)**

The State of Missouri to all persons to whom these presents shall come, greeting:

KNOW YE, that whereas Bonnie L Sliger, who died testate on August 24, 2004, leaving a Last Will and Testament which has in the form of law been exhibited, proved and recorded and having, at the time of death, property in this State which may be lost, destroyed or diminished in value if speedy care be not taken of the same; to the end, therefore, that said property may be collected, preserved and disposed of according to law, we do hereby appoint Edward Allen Sliger, Personal Representative to take possession and control of all property owned by said decedent at the time of decedent's death, except the exempt property of the surviving spouse or unmarried minor children, with full power and authority to secure and dispose of said property according to law, and collect all moneys due said decedent and in general to do and perform all other acts and things which are required by law.

The Personal Representative may administer the estate independently, without adjudication, order or direction of the Probate Division of the Circuit Court.

IN TESTIMONY WHEREOF, I, Clerk of the Probate Division of the Circuit Court, in and for the County and State aforesaid, have hereunto signed my name and affixed the seal of said Court on September 28, 2004.

*Seal*

**Howard Wagner, Circuit Clerk**

By: Donna Humphrey
Deputy Clerk

problti vp

EXHIBIT
tabbies
A

STATE OF MISSOURI )
)SS
COUNTY OF JEFFERSON )

I, Howard Wagner, Clerk of the Circuit Court in and for the County of Jefferson and State of Missouri aforesaid, hereby certify that the foregoing is a true copy from the record as the same appears in my office and that Edward A Slinger is still the duly qualifying and acting Personal Representative of the estate of Bonnie L Sliger, Deceased.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal of this Court on September 29, 2004.

Howard Wagner, Circuit Clerk

By: Donna Humphrey
Deputy Clerk

probcer