UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LESTER GROVATT, BEATRICE BAILEY, JOSEPH N. SANCHEZ LEVY D. REDDEN and BONNIE SLIGER, Plaintiffs, | ) MDL NO, 01-1396-(JRT/FLN) |
| vs. | ) |
| ST. JUDE MEDICAL INC., Defendant. | ) |

**SUGGESTION OF DEATH**

COMES NOW David T. Butsch, counsel for Plaintiff Bonnie Sliger, and hereby suggests upon the record, pursuant to Federal Rule of Civil Procedure 25(a)(1), the death of Plaintiff Bonnie Sliger during the pendancy of this action.

GREEN, SCHAAF & JACOBSON, P.C.

By: /s/ David T. Butsch

Joe D. Jacobson
David T. Butsch
Attorneys for Plaintiff Bonnie Sliger
7733 Forsyth Blvd., Suite 700
Clayton, Missouri 63105
PHONE: 314-862-6800
FAX: 314-862-1606

CERTIFICATE OF SERVICE

The undersigned certifies that on October 11, 2004, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following named counsel of record:

David E. Stanley
REED, SMITH, CROSBY, HEAFEY
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Steven E. Angstreich
Levy, Angstreich, Finney,
Baldante, et al
Woodcrest Pavilion, Ste. 100
10 Melrose Avenue
Cherry Hill, NJ 08003

Tracy J. Van Steenburgh
Nilan, Sipkins & Johnson
600 Pillsubury Center South
2200 South Sixth Street
Minneapolis, MN 55402-4501

The undersigned certifies that on the same date true and complete copies of the foregoing were served by mailing the same by U.S. Mail, first-class postage prepaid, this 11th day of October, 2004, to each of the following named non-participants in Electronic Case Filing: None.

/s/ David T. Butsch