IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE ST. JUDE MEDICAL, INC., :
SILZONE HEART VALVES PRODUCTS :
LIABILITY LITIGATION : MDL DOCKET NO. 01-1396

**PRETRIAL ORDER NO. 38**

The parties having stipulated thereto, it is hereby ordered:

1. The deadline for completion of generic fact discovery set forth in Pretrial Order No. 16 and extended by Pretrial Order Nos. 22, 24, 26, 28, 29, 31, 32, 34 and 35 is extended to December 20, 2004.

2. The deadline to complete case-specific fact discovery set forth in paragraph I(D) and I(E) of Pretrial Order No. 20 and extended by Pretrial Order Nos. 22, 24, 26, 28, 29, 31, 32, 34 and 35 is extended to January 14, 2005.

3. The deadline for disclosure of plaintiff's case specific experts set forth in paragraph I(G) of Pretrial Order No. 20 and extended by Pretrial Order Nos. 22, 24, 26, 28, 29, 31, 32, 34 and 35 is hereby vacated in light of the agreement by the parties that such disclosures should occur after individual cases are remanded to their home jurisdictions.

4. The deadline for disclosure of defendants' case specific experts set forth in paragraph I(G) of Pretrial Order No. 20 and extended by Pretrial Order Nos. 22, 24, 26, 28, 29, 31, 32, 34 and 35 is hereby vacated in light of the agreement by the parties

that such disclosures should occur after individual cases are remanded to their home jurisdictions.

5. The deadline for disclosure of supplemental case specific experts set forth in paragraph I(I) of Pretrial Order No. 20 and extended by Pretrial Order Nos. 22, 24, 26, 28, 29, 31, 32, 34 and 35 is hereby vacated in light of the agreement by the parties that such disclosures should occur after individual cases are remanded to their home jurisdictions.

6. The deadline for filing the remand report set forth in paragraph II(A) of Pretrial Order No. 20 and extended by Pretrial Order Nos. 22, 24, 26, 28, 29, 31, 32, 34 and 35 is extended to October 1, 2005.

IT IS SO ORDERED:

s/John R. Tunheim
Honorable John R. Tunheim

ENTERED: October 29, 2004