# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

In re: St. Jude Medical, Inc. Silzone Heart Valves Products Liability Litigation,

Plaintiff,

v.

Defendant.

**COURT MINUTES**
BEFORE: John R. Tunheim
U.S. District Judge

| | |
|---|---|
| Case No: | 01-1396 JRT |
| Date: | November 16, 2004 |
| Deputy: | Lou Jean M. Gleason |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 10:36 a.m. |
| Time Concluded: | 11:00 a.m. |
| Time in Court: | 0 Hours & 30 Minutes |

Hearing on: **Status Conference via telephone**

The parties reported that briefing in defendant's appeal to the Eighth Circuit should be complete by December 6, 2004. The Minnesota Chamber of Commerce and the Products Liability Advisory Council have requested permission to file amicus briefs.

The Court heard updates on the status of discovery, which is continuing. Discovery in the *Sliger* case will be extended an additional 90 days.

The Court also received an update on the status of mediation of the individual cases. Twenty-one individual cases are still pending. Of those, six will not be set for mediation. Four are currently set for mediation and either have been or will be scheduled. Attempts at mediation were not successful in ten cases, but discussions are continuing in six. One case is the subject of a motion to dismiss.

With respect to the Canadian Litigation, the parties informed the Court that they are still waiting for a decision on defendant's request for permission to appeal. A class has been certified and is moving forward in Quebec.

Approximately twenty-five cases are still pending in Ramsey County. The case previously set for trial in March 2005 has been rescheduled for fall 2005.

The next status conference is set for **Thursday, December 16, 2004 at 9:30 a.m.** At that time, the Court will also hear argument on St. Jude's motion to dismiss in the *Jones* case.

APPEARANCES:

Plaintiff: James Capretz, Steven Angstreich, and Gordon Rudd, Jr., Joe Jacobson
Defendant: Steven M. Kohn, David Stanley, Tracy Van Steenburgh, and Liz Porter

s/Lou Jean M. Gleason
Calendar Clerk