IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE ST. JUDE MEDICAL, INC.,   :
SILZONE HEART VALVES PRODUCTS   :
LIABILITY LITIGATION            :   MDL DOCKET NO. 01-1396

# PRETRIAL ORDER NO. 39

The parties having stipulated thereto, it is hereby ordered:

1.  The deadline for completion of generic fact discovery set forth in Pretrial Order No. 16 and extended by Pretrial Order Nos. 22, 24, 26, 28, 29, 31, 32, 34, 35 and 38 is extended to February 21, 2005.

2.  The deadline to complete case-specific fact discovery set forth in paragraph I(D) and I(E) of Pretrial Order No. 20 and extended by Pretrial Order Nos. 22, 24, 26, 28, 29, 31, 32, 34, 35 and 38 is extended to March 15, 2005.

IT IS SO ORDERED:                      s/John R. Tunheim
                                       Honorable John R. Tunheim

ENTERED: January 1, 2005

- 1 -

DOCSLA-15453369.1 1/1/05 3:51 PM