# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| In re: St. Jude Medical, Inc. Silzone Heart Valves Products Liability Litigation, | **COURT MINUTES** |
| | BEFORE: John R. Tunheim |
| | U.S. District Judge |
| Plaintiff, | |
| | Case No: 01-1396 JRT |
| v. | Date: January 20, 2005 |
| | Deputy: Sarah E. Bagwell |
| | Court Reporter: Kristine Mousseau |
| Defendant. | Time Commenced: 12:55 p.m. |
| | Time Concluded: 1:15 p.m. |
| | Time in Court: 25 Minutes |

Hearing on: **Status Conference**

The Court held a status conference on January 20, 2005 at 12:30 p.m.

The parties reported that briefing in defendant's appeal to the Eighth Circuit has been completed, and the parties are waiting to be assigned a date for argument.

The parties have agreed to extend certain discovery deadlines, and will submit proposed pretrial orders to the Court. Specifically, the parties propose that the deadline for generic fact discovery be extended to April 1, 2005, for generic expert discovery be extended to May 15, 2005, and for case specific discovery be extended to May 15, 2005.

St. Jude renewed its motion to dismiss the *Jones* case. To date, the plaintiff's counsel in that case has not responded to St. Jude's motion. The Court will contact the plaintiff's counsel and then make a ruling.

The Court was informed that a plaintiff in Arkansas contacted plaintiffs' counsel to ask about the procedure for securing an early remand. The Court advised that if the plaintiff wishes an early remand, the Court will consider such a motion. However, the Court noted that early remand is generally appropriate only in exceptional circumstances, such as where a plaintiff's health is deteriorating.

The Court received an update on the status of pending cases. Four class actions and twenty-one individual cases are still pending in the MDL. Twenty-eight state cases are still pending. Three of the MDL cases and seven of the state cases are set for mediation this month.

With respect to the Canadian Litigation, the parties informed the Court that they are still waiting for a decision on defendant's request for permission to appeal. Class notice has been sent out in the Quebec action.

The next status conference is set for Wednesday, March 30, 2005. Time to be determined.

## APPEARANCES:

Plaintiff: James Capretz, Steven Angstreich, J. Gordon Rudd, Jr., Joe Jacobson and Patrick Murphy

Defendant: Steven M. Kohn, David Stanley, Tracy Van Steenburgh and Liz Porter

s/ Sarah E. Bagwell
Calendar Clerk