**Tracy J. Van Steenburgh**
**Direct Dial: 612.573.2904**
**Email: tvan@halleland.com**

January 26, 2005

***Via ECF Electronic Filing***

Sarah Bagwell, Clerk
The Honorable John R. Tunheim
United States District Court
U.S. Courthouse, Room 13E
300 South Fourth Street
Minneapolis, MN 55415

Re: *MDL 1396 St. Jude Heart Valve Litigation*
Our File No.: 50402-0001

Dear Ms. Bagwell:

I am writing to follow up on a request from the Court relative to the status of two motions that had been referred to Special Master Solum. Specifically, the Court requested information as to the status of the following:

1. 07/01/2004315 Motion to Compel SJM to Respond to Discovery: The motion was resolved between the parties and thus no report was issued by Special Master Solum.

2. 07/22/2004324 Motion for Order to Protect Confidentiality of Discovery Material Disclosed in Mr. Gove's Deposition: Plaintiffs agreed to defer having Special Master Solum decide the motion.

Very truly yours,

s/Tracy J. Van Steenburgh

Tracy J. Van Steenburgh

TJV/lac
cc: J. Gordon Rudd, Jr., Esq.
Steven E. Angstreich, Esq.
Jim Capretz, Esq.
Joe D. Jacobson, Esq.
Patrick Murphy, Esq.
Steven M. Kohn, Esq.
David E. Stanley, Esq.