**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| IN RE: ST. JUDE MEDICAL, INC., | : | MDL No. 01-1396 (JRT/FLN) |
| SILZONE HEART VALVES PRODUCTS | : | |
| LIABILITY LITIGATION | : | |

**NOTICE OF CHANGE OF LAW FIRM NAME**

Please note that the name of the law firm of Class Plaintiff Counsel Daniel W. Sigelman has changed to Cohen, Milstein, Hausfeld & Toll, P.L.L.C. All further pleadings, orders and notices sent to Mr. Sigelman should be addressed as follows:

Daniel W. Sigelman
Cohen, Milstein, Hausfeld & Toll, P.L.L.C
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
e-mail: dsigelman@CMHT.com
Ph. (202) 408-4600
Fax (202) 408-4699

Respectfully submitted,

Dated: February 2, 2005

s/J. Gordon Rudd, Jr.
J. Gordon Rudd, Jr.
Zimmerman Reed, P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Tel: (612) 341-0400
Fax: (612) 341-0844