**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **IN RE: ST. JUDE MEDICAL, INC., SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION** | : | **MDL DOCKET NO. 1396** |
| **THIS DOCUMENT RELATES TO ALL CASES** | : | |

# AGENDA

**March 30, 2005, 12:30 p.m.**
**Status Conference (Telephonic)**

1. Status of 8th Circuit Appeal;
2. Status of Discovery;
3. Class request for additional time for Barbara Illingworth Deposition;
4. SJM Request for dismissal of Jacqueline Jones v. St. Jude Medical case;
5. Updated SJM Silzone Status Report on Individual Case Claims;
6. Report on Canadian and Ramsey County Litigation.
7. Set a date/time for next conference.

S:\DOCS\8080-05 ST. JUDE MDL\Pleadings\MDL Agenda for Stat Conf.