IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE ST. JUDE MEDICAL, INC.,<br>SILZONE® HEART VALVES PRODUCTS<br>LIABILITY LITIGATION | :<br>:<br>: | MDL DOCKET NO. 1396 |

**AGENDA**

**(May 4, 2005 Status Conference)**

I. Status of Matters Pending Before the Eighth Circuit

II. Status of Mediations

III. Proposed Pretrial Orders No. 44 and 45

IV. Status of Ramsey County and Canadian Cases

Dated: May 2, 2005

ZIMMERMAN REED, P.L.L.P

By: s/J. Gordon Rudd, Jr.

J. Gordon Rudd, Jr., No. 222082
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402

PLAINTIFFS' LIAISON COUNSEL

Dated: May 2, 2005

CAPRETZ & ASSOCIATES

By: s/James T. Capretz
James T. Capretz
5000 Birch Street, Suite 2500
Newport Beach, CA 92660

CO-LEAD COUNSEL FOR PLAINTIFFS

Dated: May 2, 2005

LEVY, ANGSTREICH, FINNEY
BALDANTE, RUBENSTEIN & COREN, P.C.

By: s/Steve. E/ Angstreich
Steven E. Angstreich
10 Melrose Avenue, Suite 100
Cherry Hill, NJ 08003

CO-LEAD COUNSEL FOR PLAINTIFFS

Dated: May 2, 2005

REED SMITH LLP

By: s/David E. Stanley
David E. Stanley
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

COUNSEL FOR DEFENDANT
ST. JUDE MEDICAL, INC.