IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE ST. JUDE MEDICAL, INC.,          :
SILZONE HEART VALVES PRODUCTS          :
LIABILITY LITIGATION                   :          MDL DOCKET NO. 1396

## PRETRIAL ORDER NO. 42

1.      The deadline for completion of generic fact discovery set forth in Pretrial

Order No. 16 and extended by Pretrial Order Nos. 22, 24, 26, 28, 29, 31, 32, 34, 35, 38

and 39 is extended to May 2, 2005.

2.      The deadline to complete case-specific fact discovery set forth in paragraph

I(D) and I(E) of Pretrial Order No. 20 and extended by Pretrial Order Nos. 22, 24, 26, 28,

29, 31, 32, 34, 35, 38 and 39 is extended to June 15, 2005.

IT IS SO ORDERED:

ENTERED: May 31, 2005
at Minneapolis, Minnesota                          _____s/John R. Tunheim_____
                                                           JOHN R. TUNHEIM
                                                    United States District Judge

- 1 -