IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE ST. JUDE MEDICAL, INC., | : | |
| SILZONE HEART VALVES PRODUCTS | : | |
| LIABILITY LITIGATION | : | MDL DOCKET NO. 1396 |

**PRETRIAL ORDER NO. 42**

1. The deadline for completion of generic fact discovery set forth in Pretrial Order No. 16 and extended by Pretrial Order Nos. 22, 24, 26, 28, 29, 31, 32, 34, 35, 38 and 39 is extended to May 2, 2005.

2. The deadline to complete case-specific fact discovery set forth in paragraph I(D) and I(E) of Pretrial Order No. 20 and extended by Pretrial Order Nos. 22, 24, 26, 28, 29, 31, 32, 34, 35, 38 and 39 is extended to June 15, 2005.

IT IS SO ORDERED:

ENTERED: May 31, 2005
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge