IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE ST. JUDE MEDICAL, INC., | : | |
| SILZONE HEART VALVES PRODUCTS | : | |
| LIABILITY LITIGATION | : | MDL DOCKET NO. 1396 |

### PRETRIAL ORDER NO. 43

This stipulated Order supercedes Pretrial Order No. 41, which governed the procedures for discovery of expert witnesses who will be offering opinions on issues of general applicability that will be relevant to the cases pending in this MDL (hereinafter "generic experts").

The parties having stipulated thereto, it is hereby ordered and adjudged:

1.  By June 15, 2005, Plaintiffs shall identify all generic experts the plaintiffs intend to offer and shall produce Rule 26(a) (2) reports of those generic experts.

2.  By July 21, 2005, Defendants shall identify all generic experts they intend to offer and produce the Rule 26(a)(2) reports of those generic experts.

3.  By August 15, 2005, Plaintiffs shall identify all generic experts they intend to offer in rebuttal and produce the Rule 26(a)(2) reports of those generic experts.

4.  Depositions of designated generic experts shall take place between September 1, 2005 and December 1, 2005. The depositions of Plaintiffs' generic experts shall proceed and be completed before the depositions of Defendants' generic experts.

5.       All documents, articles, data compilations and other material on which a generic expert relied in formulating his or her opinion shall be produced no later than ten (10) days in advance of a generic expert's deposition.

6.       Depositions of generic experts shall be limited to fourteen (14) hours.

7.       Daubert motions pertaining to generic expert testimony may be filed no later than thirty (30) days after all expert depositions have been completed. Oppositions to Daubert motions pertaining to generic expert testimony are due thirty (30) days after such motions have been filed. Reply briefs are due fifteen (15) days after the oppositions have been filed.

IT IS SO ORDERED:

ENTERED: May 31, 2005
at Minneapolis, Minnesota

                                        s/John R. Tunheim
                                        JOHN R. TUNHEIM
                                        United States District Judge