IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE ST. JUDE MEDICAL, INC., :
SILZONE HEART VALVES PRODUCTS :
LIABILITY LITIGATION : MDL DOCKET NO. 1396

**PRETRIAL ORDER NO. 44**

1. The deadline for completion of generic fact discovery set forth in Pretrial Order No. 16 and extended by Pretrial Order Nos. 22, 24, 26, 28, 29, 31, 32, 34, 35, 38, 39 and 42 is extended to July 5, 2005.

2. The deadline to complete case-specific fact discovery set forth in paragraph I(D) and I(E) of Pretrial Order No. 20 and extended by Pretrial Order Nos. 22, 24, 26, 28, 29, 31, 32, 34, 35, 38, 39 and 42 is extended to August 15, 2005.

IT IS SO ORDERED:

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

ENTERED: May 31, 2005
at Minneapolis, Minnesota