# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

In re: St. Jude Medical, Inc. Silzone Heart Valves Products Liability Litigation,

Plaintiff.

**COURT MINUTES**
BEFORE: John R. Tunheim
U.S. District Judge

| | |
|---|---|
| Case No: | 01-1396 JRT |
| Date: | March 30, 2005 |
| Deputy: | Sarah E. Bagwell |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 12:35 p.m. |
| Time Concluded: | 1:15 p.m. |
| Time in Court: | 40 minutes |

Telephonic Hearing on: **Status Conference**

The Court held a telephonic status conference on March 30, 2005 at 12:30 p.m.

The parties reported that briefing in defendant's appeal to the Eighth Circuit has been completed, and the parties are waiting to be assigned a date for argument.

St. Jude renewed its motion to dismiss the *Jones* case. To date, the plaintiff's counsel in that case has not responded to St. Jude's motion. The Court will contact the plaintiff's counsel and then make a ruling.

The Court received an update on the status of pending cases. Four class actions and twenty-one individual cases are still pending in the MDL. Twenty-eight state cases are still pending.

With respect to the Canadian Litigation, the parties informed the Court that they are still waiting for a decision on defendant's request for permission to appeal. Class notice has been sent out in the Quebec action.

The next status conference is set for Wednesday, May 4, 2005 at 1:30 p.m.

APPEARANCES:

Plaintiff: James Capretz, Steven Angstreich, J. Gordon Rudd, Jr., Joe Jacobson and Patrick Murphy

Defendant: Steven M. Kohn, David Stanley, Tracy Van Steenburgh and Liz Porter

s/ Sarah E. Bagwell
Calendar Clerk