# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | | |
|---|---|---|
| In re: St. Jude Medical, Inc. Silzone Heart Valves Products Liability Litigation, Plaintiff, Defendant. | ) | **COURT MINUTES**<br>BEFORE: John R. Tunheim<br>U.S. District Judge |

| | |
|---|---|
| Case No: | 01-1396 JRT |
| Date: | May 4, 2005 |
| Deputy: | Sarah E. Bagwell |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 1:38 p.m. |
| Time Concluded: | 2:05 p.m. |
| Time in Court: | 27 minutes |

Hearing on: **Status Conference**

The Court held a status conference on May 4, 2005 at 1:30 p.m.

The parties reported that briefing in defendant's appeal to the Eighth Circuit has been completed, and the parties are waiting to be assigned a date for argument.

The parties reported on the status of mediations.

The parties have agreed on further extensions of discovery and will submit proposed Pretrial Orders.

The Court received an update on the status of pending cases. Four class actions and twenty-one individual cases are still pending in the MDL. Twenty-eight state cases are still pending.

With respect to the Canadian Litigation, the parties informed the Court that Class notice has been sent out in the Quebec action.

The next status conference is scheduled telephonically for Wednesday, July 15, 2005 at 10:30 a.m.

APPEARANCES:

Plaintiff: James Capretz, Steven Angstreich, J. Gordon Rudd, Jr., Joe Jacobson and Patrick Murphy and Joe D. Jacobson (telephonically)
Defendant: Steven M. Kohn and David Stanley

s/ Sarah E. Bagwell
Calendar Clerk