**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **IN RE: ST. JUDE MEDICAL, INC., SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION** | : | **MDL DOCKET NO. 1396** |
| **THIS DOCUMENT RELATES TO ALL CASES** | : | |

**AGENDA**

**July 15, 2005, 10:30 a.m.**
**Status Conference (Telephonic)**

1. Status of Litigation:
   (a) 8th Circuit Court of Appeals
   (b) Report on Mediation Program
   (c) Report on Pending MDL and State Court Claims

2. Discovery dispute re: leaflet mobility answers to interrogatories and re: SAS format;

3. Status of Ramsey County and Canadian Cases; and

4. Set date and time for next status conference.