# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | | |
|---|---|---|
| In re: St. Jude Medical, Inc. Silzone Heart Valves Products Liability Litigation, | ) | **COURT MINUTES** |
| | ) | BEFORE: John R. Tunheim |
| | ) | U.S. District Judge |
| Plaintiff, | ) | |
| | ) | Case No: 01-1396 JRT |
| v. | ) | Date: July 15, 2005 |
| | ) | Deputy: Sarah E. Bagwell |
| | ) | Court Reporter: Kristine Mousseau |
| Defendant. | ) | Time Commenced: 10:45 a.m. |
| | ) | Time Concluded: 11:20 p.m. |
| | ) | Time in Court: 35 Minutes |

Hearing on: **Status Conference**

The Court held a telephonic status conference on July 15, 2005 at 10:30 a.m.

The parties reported that briefing in defendant's appeal to the Eighth Circuit has been completed, and the parties are awaiting a ruling.

The parties reported on the mediation program and the status of cases pending in the MDL and the Minnesota State Court, County of Ramsey.

Discussion was held regarding a discovery dispute re: leaflet mobility answers to interrogatories and re: SAS format. The parties will submit a joint letter to the Court (within two weeks) detailing attempts to resolve the interrogatory issue. The parties will attempt to redact the personal identifiers contained within the discovery in the SAS format. If this proves insufficient, the parties shall report to the Court.

With respect to the Canadian Litigation, the parties informed the Court that class notice has been sent out in the Ontario action and several depositions have been scheduled.

Discussion was held regarding the Sutcliffe case (01-1581). The Court declined to hear the plaintiff's motion related to the Medicare lien and directed that the issue be raised in a separate proceeding to which Medicare is a party.

The next telephonic status conference is set for Friday, September, 16, 2005 at 10:30 CST.

## APPEARANCES:

Plaintiff: James Capretz, Steven Angstreich, J. Gordon Rudd, Jr., Joe Jacobson and Michael Small.

Defendant: Steven M. Kohn, David Stanley, Tracy Van Steenburgh and Liz Porter.

s/ Sarah E. Bagwell
Calendar Clerk