**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **IN RE: ST. JUDE MEDICAL, INC., SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION** | : | **MDL DOCKET NO. 1396** |
| **THIS DOCUMENT RELATES TO ALL CASES** | : | |

**Status Conference (Telephonic)**
**November 3, 2005 - 2:00 p.m.(cst)**

# AGENDA

1. Ruling of 8th Circuit Court of Appeal and Discussion of Briefing Schedule on Consumer Class;

2. Schedule for Expert Reports;

3. Report on Mediation Program:

   Identify number of cases in mediation/negotiation;
   Identify cases with no agreement to mediate/negotiate;

4. Report on Pending MDL and State Court Litigation;

5. Status of Ramsey County and Canadian Litigation;

6. Set date and time for next status conference.

S:\DOCS\8080-05 ST. JUDE MDL\Pleadings\MDL Agenda for Stat Conf.