# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

In re: St. Jude Medical, Inc. Silzone Heart Valves Products Liability Litigation,

**COURT MINUTES**
BEFORE: John R. Tunheim
U.S. District Judge

| | |
|---|---|
| Case No: | 01-1396 JRT |
| Date: | November 3, 2005 |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 2:15 p.m. |
| Time Concluded: | 2:50 p.m. |
| Time in Court: | 35 minutes |

Hearing on: **Status Conference**

The Court held a telephonic status conference on November 3, 2005 at 2:15 p.m.

The parties discussed the 8th Circuit Court of Appeals decision. Briefing Schedule on Consumer Class set. Written order to issue.

The parties reported on the mediation program and the status of cases pending in the MDL and the Minnesota State Court, County of Ramsey.

Discussion was held regarding limited discovery in light of the 8th Circuit Court of Appeals decision. Parties are directed to meet and confer regarding requests. Parties will seek guidance from the Court if necessary.

With respect to the Canadian Litigation, the parties informed the Court several depositions have been taken and several are scheduled.

The next telephonic status conference is set for Thursday, January 12, 2006 at 2:00 p.m. CST. Parties will initiate the call.

APPEARANCES:

Plaintiff: James Capretz, Steven Angstreich, J. Gordon Rudd, Jr., and Patrick Murphy.
Defendant: Steven M. Kohn, Tracy Van Steenburgh, Liz Porter and Steve Burenich.

s/ Sarah E. Bagwell
Calendar Clerk