# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 04-3117

| | |
|---|---|
| In re: St. Jude Medical, Inc., Silzone Heart Valve Products Liability Litigation. | 01-MD-1396 JRT/FLN |
| | Appeal from the United States District Court for the District of Minnesota. |
| Lester Grovatt; Beatrice Bailey; Levy D. Redden; Bonnie L. Sliger; Joe W. Sanchez, on behalf of themselves and all others similarly situated, | |
| Appellees, | |
| v. | |
| St. Jude Medical, Inc., | |
| Appellant, | |
| Product Liability Advisory Council, Incorporated; Minnesota Chamber of Commerce, | |
| Amicus on behalf of Appellant. | |

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

(5172-010199)

October 12, 2005

ORDER ENTERED IN ACCORDANCE WITH OPINION

Michael E. Gans

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

BY: Michael E. Gans

SCANNED
NOV - 8 2005
U.S. DISTRICT COURT MPLS

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

November 3, 2005

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Re: 04-3117 Lester Grovatt vs. St. Jude Medical

Dear Clerk:

The mandate of this Court is being sent to the clerk of the district court, together with a receipt. The clerk of the district court is requested to sign, date, and return the receipt to this office.

Any district court records in this court's possession will be returned shortly.

(5175-010199)

Sincerely,

Michael E. Gans
Clerk of Court

cmd

Enclosure

(LETTER FOR INFORMATIONAL PURPOSES ONLY)

---

cc: Honorable John R. Tunheim
J. Gordon Rudd Jr.
James T. Capretz
Anthony Chu
Steven E. Angstreich
Michael Coren
Joe D. Jacobson
Eric John Magnuson

Michael T. Nilan
James C. Martin
Steven M. Kohn
Steven J. Boranian
Jordan Bernard Cherrick
William Christopher Dunning
Hugh F. Young Jr.
Sarah L. Brew
Clifford M. Greene
Prentiss Cox
Scott L. Nelson
Robert Kinney Shelquist

District Court/Agency Case Number(s): 01-MD-1396 JRT/FLN