# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 04-3117

| | | |
|---|---|---|
| Lester Grovatt, et al., | * | 01-MD-1396 JRT/FLN |
| Appellees, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota |
| St. Jude Medical, Inc., | * | |
| Appellant. | * | |

Appellant shall recover from the appellees the sum of $9,504.00 as taxable costs on appeal.

The clerk of the United States District Court is directed to place these costs in the previously issued mandate.

(5232-010199)

November 23, 2005

Order Entered Under Rule 27B(a):

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

BY: Michael E. Gans

SCANNED
NOV 25 2005
U.S. DISTRICT COURT MPLS

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

RECEIVED BY U.S. MAIL NOV 28 2005 U.S. DIST COURT MINNEAPOLIS, MN

November 23, 2005

Mr. Steven J. Boranian
REED & SMITH
Suite 200
Two Embarcadero Center
San Francisco, CA 94120

Re: 04-3117 Lester Grovatt vs. St. Jude Medical

Dear Counsel:

Enclosed is a copy of an order entered today in the above case.

(5009-010199)

Sincerely,

Michael E. Gans

Michael E. Gans
Clerk of Court

cmd

Enclosure(s)

cc: J. Gordon Rudd Jr.
James T. Capretz
Anthony Chu
Steven E. Angstreich
Michael Coren
Joe D. Jacobson
Eric John Magnuson
Michael T. Nilan
James C. Martin
Steven M. Kohn
Jordan Bernard Cherrick
William Christopher Dunning
Hugh F. Young Jr.
Sarah L. Brew
Clifford M. Greene
Prentiss Cox
Scott L. Nelson
Robert Kinney Shelquist
Richard Sletten, Clerk

District Court/Agency Case Number(s): 01-MD-1396 JRT/FLN