**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| IN RE ST. JUDE MEDICAL, INC., | : | |
| SILZONE HEART VALVES PRODUCTS | : | |
| LIABILITY LITIGATION | : | MDL DOCKET NO. 01-1396 |

**PRETRIAL ORDER NO. 50**

This Pre-Trial Order addresses several scheduling issues arising from the Order issued by the United States Court of Appeals for the Eighth Circuit. The parties have agreed as follows:

**Class Certification Briefing**

Plaintiffs will file and serve their brief regarding remanded issues by January 10, 2006.

Defendants will file and serve their brief regarding remanded issues by March 10, 2006.

Plaintiffs will file and serve their reply brief by March 24, 2006.

**Plaintiffs' Request for Additional Discovery**

During the telephonic status conference, Plaintiffs requested leave to serve additional discovery regarding contracts utilized by St. Jude for the sale of the Silzone valves. The Court instructed Plaintiffs to serve a request for production of documents regarding forum selection clauses in contracts regarding the Silzone valve. If a dispute

exists with regard to the request, the parties are instructed to meet and confer. If the issue cannot be resolved informally, the parties are directed to contact the Court for a telephonic hearing on the issue.

**IT IS SO ORDERED:**

Dated: December 14, 2005
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge