**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **IN RE: ST. JUDE MEDICAL, INC., SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION** | : | **MDL DOCKET NO. 1396** |
| **THIS DOCUMENT RELATES TO ALL CASES** | : | |

**Status Conference (Telephonic)**
**January 12, 2006 - 2:00 p.m.(cst)**

**AGENDA**

1. Report on Class Certification briefing;

2. Schedule for Expert Reports;

3. Report on Mediation Program:

   Identify number of cases in mediation/negotiation;
   Identify cases with no agreement to mediate/negotiate;

4. Report on Pending MDL and State Court Litigation;

5. Status of Ramsey County and Canadian Litigation;

6. Set date and time for next status conference.

DN: 275173