**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| IN RE: ST. JUDE MEDICAL, INC., | : | MDL No. 01-1396 (JRT/FLN) |
| SILZONE HEART VALVES PRODUCTS | : | |
| LIABILITY LITIGATION | : | |
| | : | |

**PLAINTIFFS' RENEWED MOTION**
**TO CERTIFY CONSUMER PROTECTION CLASS**

**TO:** DEFENDANT ST. JUDE MEDICAL, INC., AND ITS COUNSEL OF RECORD, STEVEN M. KOHN, REED SMITH CROSBY HEAFEY, 1999 HARRISON STREET, OAKLAND, CALIFORNIA, 94612; DAVID E. STANLEY, REED SMITH CROSBY HEAFEY, 355 SOUTH GRAND AVENUE, SUITE 2900, LOS ANGELES, CA 90071; AND, TRACY VAN STEENBURGH, HALLELAND, LEWIS NILAN, SIPKINS & JOHNSON, 220 SOUTH SIXTH STREET, SUITE 600, MINNEAPOLIS, MINNESOTA 55402.

PLEASE TAKE NOTICE, the undersigned will bring the following motion on for hearing before this Court at United States District Court House, 300 South Fourth Street, Minneapolis, Minnesota, before the Honorable Judge John R. Tunheim.

**MOTION**

Plaintiffs move this Honorable Court under the Federal Rules of Civil Procedure for an Order certifying a nationwide consumer protection class under Minnesota's consumer protection statutes and the Private Attorney General Act.

This motion is based upon the file, record, and proceedings herein, and upon plaintiffs' memorandum and affidavit.

Respectfully submitted,

**ZIMMERMAN REED, P.L.L.P.**

Dated: January 10, 2006

s/David M. Cialkowski

CHARLES S. ZIMMERMAN
J. GORDON RUDD, JR.
DAVID M. CIALKOWSKI
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
(612) 341-0400

**LEVY, ANGSTREICH, FINNEY, BALDANTE, RUBENSTEIN & COREN, P.C.**
STEVEN E. ANGSTREICH
MICHAEL COREN
CAROLYN C. LINDHEIM
Woodcrest Pavilion, Suite 100
Ten Melrose Avenue
Cherry Hill, New Jersey 08003
(856) 424-8967

**CAPRETZ & ASSOCIATES**
JAMES T. CAPRETZ
5000 Birch Street, Suite 2500
West Tower
Newport Beach, CA 92660
(949) 724-3000

**GREEN, SCHAAF & JACOBSON, P.C.**
JOE D. JACOBSON
7733 Forsyth, Suite 700
St. Louis, MO 63105
(314) 862-6800

**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C**
DANIEL W. SIGELMAN
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Ph. (202) 408-4600

Counsel for Plaintiffs