# Alaska

## ALASKA

| | Did SJM's conduct violate the consumer protection law? | Private cause of action? | Scienter requirement? | Individual Reliance? | Does the law prohibit material omissions? |
|---|---|---|---|---|---|
| MN | Yes | Yes | No | No | Yes |
| AK | Yes<br>Alask. Stat. §45.50.471(b)(4); (6); (11); (12) | Yes[1] | No[2] | No[3] | Yes[4] |

**Are there any true conflicts of substantive law?**

No.

---

[1] Alask. Stat. §45.50.531.

[2] State of Alaska v. O'Neill Investigations, Inc., 609 P.2d 520, 535 (1980) ("Intent to deceive need not be proved").

[3] State of Alaska v. O'Neill Investigations, Inc., 609 P.2d 520, 535 (1980) ("Actual injury as a result of the deception is not required. All that is required is a showing that the acts and practices were capable of being interpreted in a misleading way."); Odom v. Fairbanks Memorial Hospital, 999 P.2d 123, 131 (2000).

[4] Alask. Stat. §45.50.471(b)(12) (omission).

# ALASKA STATUTE

ALASKA STATUTES
Title 45. Trade and Commerce.
Chapter 50. Competitive Practices and Regulation of Competition.
Article 3. Unfair Trade Practices and Consumer Protection.

**Sec. 45.50.471 Unlawful acts and practices.**

(a) Unfair methods of competition and unfair or deceptive acts or practices in the conduct of trade or commerce are declared to be unlawful.

(b) The terms "unfair methods of competition" and "unfair or deceptive acts or practices" include, but are not limited to, the following acts:

***

(4) representing that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities that they do not have or that a person has a sponsorship, approval, status, affiliation, or connection that the person does not have;

***

(6) representing that goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another;

***

(11) engaging in any other conduct creating a likelihood of confusion or of misunderstanding and which misleads, deceives or damages a buyer or a competitor in connection with the sale or advertisement of goods or services;

(12) using or employing deception, fraud, false pretense, false promise, misrepresentation, or knowingly concealing, suppressing, or omitting a material fact with intent that others rely upon the concealment, suppression or omission in connection with the sale or advertisement of goods or services whether or not a person has in fact been misled, deceived or damaged;

**Sec. 45.50.531 Private and class actions.**

(a) A person who suffers an ascertainable loss of money or property as a result of another person's act or practice declared unlawful by AS 45.50.471 may bring a civil action to recover for each unlawful act or practice three times the actual damages or $500, whichever is greater. The court may provide other relief it considers necessary and proper. Nothing in this subsection prevents a person who brings an action under this subsection from pursuing other remedies available under other law, including common

law.

***

**Sec. 45.50.535 Private injunctive relief.**

(a) Subject to (b) of this section and in addition to any right to bring an action under AS 45.50.531 or other law, any person who was the victim of the unlawful act, whether or not the person suffered actual damages, may bring an action to obtain an injunction prohibiting a seller or lessor from continuing to engage in an act or practice declared unlawful under AS 45.50.471.

***

**Sec. 45.50.537 Attorney fees, costs, and damages.**

(a) In an action brought by a private person under AS 45.50.471 - 45.50.561, a prevailing plaintiff shall be awarded costs as provided by court rule and full reasonable attorney fees at the prevailing reasonable rate.

***

**Sec. 45.50.545 Interpretation.**

In interpreting AS 45.50.471 due consideration and great weight should be given the interpretations of 15 U.S.C. 45(a)(1) (§ 5(a)(1) of the Federal Trade Commission Act).

***

**Sec. 45.50.561 Definitions.**

(a) In AS 45.50.471 - 45.50.561

***

(11) "knowingly" means actual awareness of the falsity or deception, but actual awareness may be inferred where objective manifestations indicate that a person acted with actual awareness;

***

(b) AS 45.50.471 - 45.50.561 may be cited as the Alaska Unfair Trade Practices and Consumer Protection Act.