# California

**CALIFORNIA**

| | Did SJM's conduct violate the consumer protection law? | Private cause of action? | Scienter requirement? | Individual Reliance? | Does the law prohibit material omissions? |
|---|---|---|---|---|---|
| MN | Yes | Yes | No | No | Yes |
| CA | Yes Cal. Civ. Code § 1770(a)(5) & (7); Cal. Bus. & Prof. Code §§ 17200, 17500 | Yes[1] | No[2] | No [3] | Yes[4] |

**Are there any true conflicts of substantive law?**

No.

---

[1] See, e.g., Stop Youth Addiction, Inc. v. Lucky Store, Inc., 17 Cal. 4th 553, 562, 950 P.2d 1086, 1091-92 (1998); Allied Grape Growers v. Bronco Wine Co., 203 Cal. App. 3d 432, 452 (1988).

[2] Cal. Civ. Code § 1770(a); Cal. Bus. & Prof. Code § 17200. The false advertising law requires that a defendant know, or with the exercise of reasonable care should know, that statements are untrue or misleading. Cal. Bus. & Prof. Code § 17500.

[3] Cal. Civ. Code § 1770(a); Committee on Children's Television, Inc. v. General Foods Corp., 35 Cal. 3d 197, 211, 673 P.2d 660, 668 (1983)(Cal. Bus. & Prof. Code §§ 17200, 17500); Allied Grape, 203 Cal. App. 3d at 452. (Cal. Bus. & Prof. Code § 17200); Anunziato v. eMachines, 2005 WL 3263892, *2-4 (C.D. Cal. 2005).

[4] See, e.g., Arizona Cartridge Remanufacturers Ass'n, Inc. v. Lexmark Int'l., Inc., 421 F.3d 981, 985-86 (9th Cir. 2005) (failure to disclose relevant information, which failure renders statements likely to mislead or deceive a customer, actionable under Cal. Bus. & Prof. Code §§ 17200 & 17500). California's unfair competition law parallels section 5 of the FTC Act (15 U.S.C. § 45(a)) in language and purpose, and federal interpretations of the Act are therefore regarded as "more than ordinarily persuasive." Cel-Tech Communications, Inc. v. Los Angeles Cellular Telephone Co., 20 Cal.4th 163, 185, 973 P.2d 527, 543 (1999). Section 5 of the FTC Act covers omissions. See Simeon Management Corp. v. F.T.C., 579 F.2d 1137, 1145 (9th Cir. 1978). See also F.T.C. v. World Travel Vacation Brokers, Inc., 861 F.2d 1020, 1029 (7th Cir. 1988); F.T.C. v. Wilcox, 926 F. Supp. 1091, 1098 (S.D. Fla. 1995). Materially misleading omissions in consumer communications thus likewise violate California's unfair competition law.

Moreover, the California Supreme Court has specifically confirmed the logic of applying forum legal protections to out-of-state plaintiffs on the basis that other states have no rational interest in denying their citizens such protections as against forum state defendants. Hurtado v. Superior Court, 11 Cal. 3d 574, 580-82 (1974); see also Downing v. Abercrombie & Fitch, 265 F.3d 994, 1006-07 (9th Cir 2001).

## California Civil Code Sections

West's Annotated California Codes
Civil Code
Division 3. Obligations
Part 4. Obligations Arising from Particular Transactions
➡ Title 1.5. Consumers Legal Remedies Act
Chapter 1. General Provisions

### § 1750. Citation

This title may be cited as the Consumers Legal Remedies Act.

* * *

### § 1752. Cumulative remedies; class actions

The provisions of this title are not exclusive. The remedies provided herein for violation of any section of this title or for conduct proscribed by any section of this title shall be in addition to any other procedures or remedies for any violation or conduct provided for in any other law.

Nothing in this title shall limit any other statutory or any common law rights of the Attorney General or any other person to bring class actions. Class actions by consumers brought under the specific provisions of Chapter 3 (commencing with Section 1770) of this title shall be governed exclusively by the provisions of Chapter 4 (commencing with Section 1780); however, this shall not be construed so as to deprive a consumer of any statutory or common law right to bring a class action without resort to this title. If any act or practice proscribed under this title also constitutes a cause of action in common law or a violation of another statute, the consumer may assert such common law or statutory cause of action under the procedures and with the remedies provided for in such law.

* * *

### § 1760. Construction and application

This title shall be liberally construed and applied to promote its underlying purposes, which are to protect consumers against unfair and deceptive business practices and to provide efficient and economical procedures to secure such protection.

**§ 1761. Definitions**

As used in this title:

(a) "Goods" means tangible chattels bought or leased for use primarily for personal, family, or household purposes, including certificates or coupons exchangeable for these goods, and including goods which, at the time of the sale or subsequently, are to be so affixed to real property as to become a part of real property, whether or not severable therefrom.

* * *

(c) "Person" means an individual, partnership, corporation, limited liability company, association, or other group, however organized.

(d) "Consumer" means an individual who seeks or acquires, by purchase or lease, any goods or services for personal, family, or household purposes.

(e) "Transaction" means an agreement between a consumer and any other person, whether or not the agreement is a contract enforceable by action, and includes the making of, and the performance pursuant to, that agreement.

* * *

**§ 1770. List of proscribed practices**

(a) The following unfair methods of competition and unfair or deceptive acts or practices undertaken by any person in a transaction intended to result or which results in the sale or lease of goods or services to any consumer are unlawful:

* * *

(5) Representing that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities which they do not have or that a person has a sponsorship, approval, status, affiliation, or connection which he or she does not have.

* * *

(7) Representing that goods or services are of a particular standard, quality, or grade, or

that goods are of a particular style or model, if they are of another.

* * *

## California Bus. & Prof. Code Sections

West's Annotated California Codes
Business and Professions Code
Division 7. General Business Regulations
Part 2. Preservation and Regulation of Competition
➡ Chapter 5. Enforcement

### § 17200. Unfair competition; prohibited activities

As used in this chapter, unfair competition shall mean and include any unlawful, unfair or fraudulent business act or practice and unfair, deceptive, untrue or misleading advertising and any act prohibited by Chapter 1 (commencing with Section 17500) of Part 3 of Division 7 of the Business and Professions Code.

### § 17201. Person

As used in this chapter, the term person shall mean and include natural persons, corporations, firms, partnerships, joint stock companies, associations and other organizations of persons.

West's Annotated California Codes
Business and Professions Code
Division 7. General Business Regulations
Part 3. Representations to the Public
Chapter 1. Advertising
➡ Article 1. False Advertising in General

## § 17500. False or misleading statements; penalty

It is unlawful for any person, firm, corporation or association, or any employee thereof with intent directly or indirectly to dispose of real or personal property or to perform services, professional or otherwise, or anything of any nature whatsoever or to induce the public to enter into any obligation relating thereto, to make or disseminate or cause to be made or disseminated before the public in this state, or to make or disseminate or cause to be made or disseminated from this state before the public in any state, in any newspaper or other publication, or any advertising device, or by public outcry or proclamation, or in any other manner or means whatever, including over the Internet, any statement, concerning that real or personal property or those services, professional or otherwise, or concerning any circumstance or matter of fact connected with the proposed performance or disposition thereof, which is untrue or misleading, and which is known, or which by the exercise of reasonable care should be known, to be untrue or misleading, or for any person, firm, or corporation to so make or disseminate or cause to be so made or disseminated any such statement as part of a plan or scheme with the intent not to sell that personal property or those services, professional or otherwise, so advertised at the price stated therein, or as so advertised. Any violation of the provisions of this section is a misdemeanor punishable by imprisonment in the county jail not exceeding six months, or by a fine not exceeding two thousand five hundred dollars ($2,500), or by both that imprisonment and fine.

* * *

## § 17506. Person defined

As used in this chapter, "person" includes any individual, partnership, firm, association, or corporation.

* * *

**§ 17508. Claims based on factual, objective or clinical evidence, comparisons with other brands or products, or based on fact**

(a) It shall be unlawful for any person doing business in California and advertising to consumers in California to make any false or misleading advertising claim, including claims that (1) purport to be based on factual, objective, or clinical evidence, that (2) compare the product's effectiveness or safety to that of other brands or products, or that (3) purport to be based on any fact.

* * *