# Delaware

**DELAWARE**

| | Did SJM's conduct violate the consumer protection law? | Private cause of action? | Scienter requirement? | Individual Reliance? | Does the law prohibit material omissions? |
|---|---|---|---|---|---|
| MN | Yes | Yes | No | No | Yes |
| DE | Yes<br>6 Del. Code § 2513(a) | Yes[1] | No[2] | No[3] | Yes[4] |

**Are there any true conflicts of substantive law?**

No.

---

[1] Young v. Joyce, 351 A.2d 857, 859 (Del. 1975).

[2] Del. Code § 2513(a) (omitting intent requirement for misrepresentations, and requiring only "intent that others rely" with respect to omissions); Stephenson v. Capano Dev., Inc., 462 A.2d 1069, 1074 (Del. 1983); Brandywine Volkswagen, Ltd. v. State, 312 A.2d 632, 634 (Del. 1973); Pack & Process, Inc. v. Celotex Corp., 503 A.2d 646, 658 (Del. Super. 1985).

[3] Del. Code § 2513(a) (acts remain unlawful "whether or not any person has in fact been misled, deceived or damaged thereby"); Stephenson, 462 A.2d at 1074; S & R , L.P. v. Shell Oil Company, 725 A.2d 431, 440 (Del. Super. 1998).

[4] Del. Code § 2513(a) (specifically including "concealment, suppression, or omission of any material fact"); see also Brandywine, 312 A.2d at 634 (holding that a failure to disclose can constitute a misrepresentation).

DELAWARE CODE ANNOTATED
TITLE 6. COMMERCE AND TRADE
SUBTITLE II. OTHER LAWS RELATING TO COMMERCE AND TRADE
CHAPTER 25. PROHIBITED TRADE PRACTICES
SUBCHAPTER II. CONSUMER FRAUD

**§ 2513 Unlawful practice.**

(a) The act, use or employment by any person of any deception, fraud, false pretense, false promise, misrepresentation, or the concealment, suppression, or omission of any material fact with intent that others rely upon such concealment, suppression or omission, in connection with the sale, lease or advertisement of any merchandise, whether or not any person has in fact been misled, deceived or damaged thereby, is an unlawful practice.

* * *

# Delaware

**DELAWARE**

| | Did SJM's conduct violate the consumer protection law? | Private cause of action? | Scienter requirement? | Individual Reliance? | Does the law prohibit material omissions? |
|---|---|---|---|---|---|
| MN | Yes | Yes | No | No | Yes |
| DE | Yes<br>6 Del. Code § 2513(a) | Yes[1] | No[2] | No[3] | Yes[4] |

**Are there any true conflicts of substantive law?**

No.

---

[1] Young v. Joyce, 351 A.2d 857, 859 (Del. 1975).

[2] Del. Code § 2513(a) (omitting intent requirement for misrepresentations, and requiring only "intent that others rely" with respect to omissions); Stephenson v. Capano Dev., Inc., 462 A.2d 1069, 1074 (Del. 1983); Brandywine Volkswagen, Ltd. v. State, 312 A.2d 632, 634 (Del. 1973); Pack & Process, Inc. v. Celotex Corp., 503 A.2d 646, 658 (Del. Super. 1985).

[3] Del. Code § 2513(a) (acts remain unlawful "whether or not any person has in fact been misled, deceived or damaged thereby"); Stephenson, 462 A.2d at 1074; S & R , L.P. v. Shell Oil Company, 725 A.2d 431, 440 (Del. Super. 1998).

[4] Del. Code § 2513(a) (specifically including "concealment, suppression, or omission of any material fact"); see also Brandywine, 312 A.2d at 634 (holding that a failure to disclose can constitute a misrepresentation).

DELAWARE CODE ANNOTATED
TITLE 6. COMMERCE AND TRADE
SUBTITLE II. OTHER LAWS RELATING TO COMMERCE AND TRADE
CHAPTER 25. PROHIBITED TRADE PRACTICES
SUBCHAPTER II. CONSUMER FRAUD

**§ 2513 Unlawful practice.**

(a) The act, use or employment by any person of any deception, fraud, false pretense, false promise, misrepresentation, or the concealment, suppression, or omission of any material fact with intent that others rely upon such concealment, suppression or omission, in connection with the sale, lease or advertisement of any merchandise, whether or not any person has in fact been misled, deceived or damaged thereby, is an unlawful practice.

*   *   *