# District of Columbia

## DISTRICT OF COLUMBIA

| | Did SJM's conduct violate the consumer protection law? | Private cause of action? | Scienter requirement? | Individual Reliance? | Does the law prohibit material omissions? |
|---|---|---|---|---|---|
| MN | Yes | Yes | No | No | Yes |
| DC | Yes<br>D.C. Code §28-3904(e), (f) | Yes[1] | No[2] | No[3] | Yes[4] |

**Are there any true conflicts of substantive law?**

No.

---

[1]D.C. Code 28- 3905(k)(1, 2). *See* Independent Communications Network v. MCI Telecommunications Corp., 657 F.Supp. 785, 787 (D.D.C.1987). Slaby v. Fairbridge, 3 F.Supp.2d 22 (D.D.C. 1998)

[2]The statute does not have a knowledge requirement, and no authority for generally grafting such requirement onto the statute was found.

[3]D.C. Code § 28-3904 (violation exists "whether or not any consumer is in fact misled"). Cf. Osbourne v. Capital City Mrtg. Corp., 727 A.2d 322 (D.C. 1999) (burden of proof for intentional misrepresentation is the same as common law).

[4]D.C. Code § 28-3904(f) (unlawful trade practice includes failure to state a material fact). A material omission that has a tendency to mislead is actionable. Alicke v. MCI Communications Corp., 111 F.3d 909 (C.A.D.C. 1997); Williams v. Purdue Pharma Co., 297 F.Supp.2d 171 (D.D.C. 2003) .

District of Columbia Official Code 2001 Edition Currentness
Division V. Local Business Affairs
Title 28. Commercial Instruments and Transactions. (Refs & Annos)
Subtitle II. Other Commercial Transactions.
Chapter 39. Consumer Protection Procedures.

**→§ 28-3904. Unlawful trade practices.**

It shall be a violation of this chapter, whether or not any consumer is in fact misled, deceived or damaged thereby, for any person to:

* * *

(d) represent that goods or services are of particular standard, quality, grade, style, or model, if in fact they are of another;

(e) misrepresent as to a material fact which has a tendency to mislead;

(f) fail to state a material fact if such failure tends to mislead;

* * *

DISTRICT OF COLUMBIA OFFICIAL CODE 2001 EDITION
DIVISION V. LOCAL BUSINESS AFFAIRS
TITLE 28. COMMERCIAL INSTRUMENTS AND TRANSACTIONS.
SUBTITLE II. OTHER COMMERCIAL TRANSACTIONS.
CHAPTER 39. CONSUMER PROTECTION PROCEDURES.

## →§ 28-3905. Complaint procedures.

* * *

(k)(1) A person, whether acting for the interests of itself, its members, or the general public, may bring an action under this chapter in the Superior Court of the District of Columbia seeking relief from the use by any person of a trade practice in violation of a law of the District of Columbia and may recover or obtain the following remedies:

(A) treble damages, or $1,500 per violation, whichever is greater, payable to the consumer;

(B) reasonable attorney's fees;

(C) punitive damages;

(D) an injunction against the use of the unlawful trade practice;

(E) in representative actions, additional relief as may be necessary to restore to the consumer money or property, real or personal, which may have been acquired by means of the unlawful trade practice; or

(F) any other relief which the court deems proper.

(2) The remedies or penalties provided by this chapter are cumulative and in addition to other remedies or penalties provided by law. Nothing in this chapter shall prevent any person who is injured by a trade practice in violation of a law of the District of Columbia within the jurisdiction of the Department from exercising any right or seeking any remedy to which the person might be entitled or from filing any complaint with any other agency.

* * *