# Kentucky

## KENTUCKY

| | Did SJM's conduct violate the consumer protection law? | Private cause of action? | Scienter requirement? | Individual Reliance? | Does the law prohibit material omissions? |
|---|---|---|---|---|---|
| MN | Yes | Yes | No | No | Yes |
| KY | Yes<br>KRS § 367.170 | Yes[1] | No[2] | No[3] | Yes[4] |

**Are there any true conflicts of substantive law?**

No.

---

[1] KRS § 367.220(1).

[2] See generally Sparks v. Re/Max Allstar Realty, Inc., 55 S.W.3d 343, 348 (Ky. App. 2000) (plaintiff need not prove intent; intentional, unconscionable, or grossly negligent acts sufficient to state claim under Act).

[3] KRS § 367.170 does not require reliance. Cf. Telecom Directories, Inc. v. Commonwealth, 833 S.W.2d 848, 850 (Ky. App. 1991) (plaintiffs need not prove deception).

[4] See Smith v. General Motors Corp. 979 S.W.2d 127, 130-31 (Ky. App. 1998) (denying summary judgment because fact-finder could reasonably conclude that non-disclosure in connection with vehicle sale constituted a false, misleading, or deceptive act under KRS 367.170).

Baldwin's Kentucky Revised Statutes Annotated
Title XXIX. Commerce and Trade
→ Chapter 367. Consumer Protection

**367.110 Definitions**

As used in KRS 367.170 to 367.300:

(1) "Person" means natural persons, corporations, trusts, partnerships, incorporated or unincorporated associations, and any other legal entity.

(2) "Trade" and "commerce" means the advertising, offering for sale, or distribution of any services and any property, tangible or intangible, real, personal or mixed, and any other article, commodity, or thing of value, and shall include any trade or commerce directly or indirectly affecting the people of this Commonwealth.

* * *

**367.120 Legislative intent; title**

(1) The General Assembly finds that the public health, welfare and interest require a strong and effective consumer protection program to protect the public interest and the well-being of both the consumer public and the ethical sellers of goods and services; toward this end, a Consumers' Advisory Council and a Division of Consumer Protection of the Department of Law are hereby created for the purpose of aiding in the development of preventive and remedial consumer protection programs and enforcing consumer protection statutes.

(2) KRS 367.110 to 367.300 may be cited as the "Consumer Protection Act."

* * *

**367.170 Unlawful acts**

(1) Unfair, false, misleading, or deceptive acts or practices in the conduct of any trade or commerce are hereby declared unlawful.

(2) For the purposes of this section, unfair shall be construed to mean unconscionable.

* * *

**367.220 Action for recovery of money or property; when action may be brought**

(1) Any person who purchases or leases goods or services primarily for personal, family or household purposes and thereby suffers any ascertainable loss of money or property, real or personal, as a result of the use or employment by another person of a method, act or practice declared unlawful by KRS 367.170, may bring an action under the Rules of Civil Procedure in the Circuit Court in which the seller or lessor resides or has his principal place of business or is doing business, or in the Circuit Court in which the purchaser or lessee of goods or services resides, or where the transaction in question occurred, to recover actual damages. The court may, in its discretion, award actual damages and may provide such equitable relief as it deems necessary or proper. Nothing in this subsection shall be construed to limit a person's right to seek punitive damages where appropriate.

* * *