# Nebraska

**NEBRASKA**

| | Did SJM's conduct violate the consumer protection law? | Private cause of action? | Scienter requirement? | Individual Reliance? | Does the law prohibit material omissions? |
|---|---|---|---|---|---|
| MN | Yes | Yes | No | No | Yes |
| NE | Yes | Yes[1] | No[2] | No[3] | Yes[4] |

[1] Neb. Rev. Stat. Ann. § 59-1609; Id. at § 87-303(a).

[2] Id. at § 87-303(a).

[3] The statute does not require reliance on its face, and no authority grafting such a requirement on the statute was found.

[4] In the absence of direct Nebraska authority, Nebraska courts require adherence to federal decisional law with regard to its consumer protection act. "[A]ny provision of Chapter 59 shall follow the construction given to the federal law by the federal courts." Neb. Rev. Stat. Ann. § 59-829. Under Neb. Rev. Stat. Ann. § 59-1602, "[u]nfair methods of competition and unfair or deceptive acts or practices in the conduct of any trade or commerce shall be unlawful." The federal law counterpart to this statute is substantively identical: "Unfair methods of competition in or affecting commerce, and unfair or deceptive acts or practices in or affecting commerce, are hereby declared unlawful." 15 U.S.C.A. § 45(a)(1). Federal decisional law includes material omissions as violations of section 45(a). "In order to establish that an act or practice is deceptive [under § 45(a)], the FTC must establish that the representations, ***omissions***, or practices likely would mislead consumers, acting reasonably, to their detriment." F.T.C. v. World Travel Vacation Brokers, Inc., 861 F.2d 1020, 1029 (7th Cir. 1988) (emphasis added); see also F.T.C. v. Wilcox, 926 F. Supp. 1091, 1098 (S.D. Fla. 1995) ("In order to establish that an act or practice is deceptive, the FTC must establish that the representations, ***omissions***, or practices likely would mislead consumers, acting reasonably, to their detriment."). Thus, material omissions stand as violations of Nebraska's Consumer Protection Act. Furthermore, Nebraska's Uniform Deceptive Trade Practices Act states, "Sections 87-301 to 87-306 shall be construed to effectuate their general purpose to make uniform the law of those states which enact them." Neb. Rev. Stat. Ann. § 87-305. It also states, "Sections 87-301 to 87-306 do not apply to: (1) Conduct in compliance with the orders or rules of, or a statute administered by, a federal, state, or local governmental agency ...." Id. at § 87-304(a)(1). Taken together, Nebraska's legislature mandates that its courts avoid creating conflict with other deceptive trade practices statutes where there is none while indicating that any act that does not comply with federal deceptive trade law is fair game under Nebraska's law. Because material omissions stand as violations under both the FTC Act and her sister jurisdictions, Nebraska courts would clearly recognize material omissions as deceptive conduct under Chapter 87.

| | | | | | |
|---|---|---|---|---|---|
| | Neb. Rev. Stat. §§ 59-1602; 87-302 (a)(5), (7); 87-303.01(1) | | | | |

**Are there any true conflicts of substantive law?**

No.

NEBRASKA REVISED STATUTES OF 1943
CHAPTER 59. MONOPOLIES AND UNLAWFUL COMBINATIONS
ARTICLE 8. UNLAWFUL RESTRAINT OF TRADE

**→§ 59-829. Antitrust action; construction; federal law.**

When any provision of sections 59-801 to 59-831 and sections 84-211 to 84-214 or any provision of Chapter 59 is the same as or similar to the language of a federal antitrust law, the courts of this state in construing such sections or chapter shall follow the construction given to the federal law by the federal courts.

NEBRASKA REVISED STATUTES OF 1943
CHAPTER 59. MONOPOLIES AND UNLAWFUL COMBINATIONS
ARTICLE 16. CONSUMER PROTECTION ACT

**→§ 59-1602. Unfair competition; practices; unlawful.**

Unfair methods of competition and unfair or deceptive acts or practices in the conduct of any trade or commerce shall be unlawful.

NEBRASKA REVISED STATUTES OF 1943
CHAPTER 59. MONOPOLIES AND UNLAWFUL COMBINATIONS
ARTICLE 16. CONSUMER PROTECTION ACT

## →§ 59-1609. Civil action for damages.

Any person who is injured in his or her business or property by a violation of sections 59-1602 to 59-1606, whether such injured person dealt directly or indirectly with the defendant, or any person so injured because he or she refuses to accede to a proposal for an arrangement which, if consummated, would be in violation of sections 59-1603 to 59-1606, may bring a civil action in the district court to enjoin further violations, to recover the actual damages sustained by him or her, or both, together with the costs of the suit, including a reasonable attorney's fee, and the court may in its discretion, increase the award of damages to an amount which bears a reasonable relation to the actual damages which have been sustained and which damages are not susceptible of measurement by ordinary pecuniary standards; except that such increased award for violation of section 59-1602 shall not exceed one thousand dollars. For the purpose of this section, person shall include the counties, the municipalities, and all political subdivisions of this state.

Whenever the State of Nebraska is injured by reason of a violation of sections 59-1603 to 59-1606, it may sue therefor in the district court to recover the actual damages sustained by it and to recover the costs of the suit including a reasonable attorney's fee.

NEBRASKA REVISED STATUTES OF 1943
CHAPTER 87. TRADE PRACTICES
ARTICLE 3. DECEPTIVE TRADE PRACTICES
(A) UNIFORM DECEPTIVE TRADE PRACTICES ACT

**→§ 87-302. Deceptive trade practices; enumerated.**

(a) A person engages in a deceptive trade practice when, in the course of his or her business, vocation, or occupation, he or she:

* * *

(5) Represents that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities that they do not have or that a person has a sponsorship, approval, status, affiliation, or connection that he or she does not have;

* * *

(7) Represents that goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another;

* * *

NEBRASKA REVISED STATUTES OF 1943
CHAPTER 87. TRADE PRACTICES
ARTICLE 3. DECEPTIVE TRADE PRACTICES
(A) UNIFORM DECEPTIVE TRADE PRACTICES ACT

**→§ 87-303.01. Unconscionable act or practice; violation; determination.**

(1) An unconscionable act or practice by a supplier in connection with a consumer transaction shall be a violation of sections 87-301 to 87-306.

* * *

NEBRASKA REVISED STATUTES OF 1943
CHAPTER 87. TRADE PRACTICES
ARTICLE 3. DECEPTIVE TRADE PRACTICES
(A) UNIFORM DECEPTIVE TRADE PRACTICES ACT

**→§ 87-304. Applicability of sections.**

(a) Sections 87-301 to 87-306 do not apply to:

(1) Conduct in compliance with the orders or rules of, or a statute administered by, a federal, state, or local governmental agency;

* * *

NEBRASKA REVISED STATUTES OF 1943
CHAPTER 87. TRADE PRACTICES
ARTICLE 3. DECEPTIVE TRADE PRACTICES
(A) UNIFORM DECEPTIVE TRADE PRACTICES ACT

**→§ 87-305. Sections, how construed.**

Sections 87-301 to 87-306 shall be construed to effectuate their general purpose to make uniform the law of those states which enact them.