# New York

**NEW YORK**

| | Did SJM's conduct violate the consumer protection law? | Private cause of action? | Scienter requirement? | Individual Reliance? | Does the law prohibit material omissions? |
|---|---|---|---|---|---|
| MN | Yes | Yes | No | No | Yes |
| NY | Yes<br>N.Y. G.B.L. § 349(a) | Yes[1] | No[2] | No[3] | Yes[4] |

**Are there any true conflicts of substantive law?**

No.

---

[1] N.Y. G.B.L. § 349(h).

[2] Stutman v. Chemical Bank, 731 N.E.2d 608, 612 (N.Y. 2000); Oswego Laborers' Local 214 Pension Fund v. Marine Midland Bank, N.A., 647 N.E.2d 741, 745 (N.Y. 1995).

[3] Pelman ex rel. Pelman v. McDonald's Corp., 396 F.3d 508, 511 (2d Cir. 2005); Stutman, 731 N.E.2d at 612.

[4] "Whether a representation ***or an omission***, the deceptive practice must be 'likely to mislead a reasonable consumer acting reasonably under the circumstances.'" Stutman, 731 N.E.2d at 611-12 (quoting Oswego Laborers' Local 214 Pension Fund, 647 N.E.2d at 745)) (emphasis added).

MCKINNEY'S CONSOLIDATED LAWS OF NEW YORK ANNOTATED
GENERAL BUSINESS LAW
**CHAPTER 20 OF THE CONSOLIDATED LAWS**
**ARTICLE 22-A--CONSUMER PROTECTION FROM DECEPTIVE ACTS AND PRACTICES**

## →§ 349. Deceptive acts and practices unlawful

(a) Deceptive acts or practices in the conduct of any business, trade or commerce or in the furnishing of any service in this state are hereby declared unlawful.

* * *

(h) In addition to the right of action granted to the attorney general pursuant to this section, any person who has been injured by reason of any violation of this section may bring an action in his own name to enjoin such unlawful act or practice, an action to recover his actual damages or fifty dollars, whichever is greater, or both such actions. The court may, in its discretion, increase the award of damages to an amount not to exceed three times the actual damages up to one thousand dollars, if the court finds the defendant willfully or knowingly violated this section. The court may award reasonable attorney's fees to a prevailing plaintiff.