# Ohio

## OHIO

| | Did SJM's conduct violate the consumer protection law? | Private cause of action? | Scienter requirement? | Individual Reliance? | Does the law prohibit material omissions? |
|---|---|---|---|---|---|
| MN | Yes | Yes | No | No | Yes |
| OH | Yes<br>Ohio Rev. Code §1345.02 (A), (B)(1)- (B)(2) | Yes[1] | No[2] | No[3] | Yes[4] |

**Are there any true conflicts of substantive law?**

No.

[1]Ohio Rev. Code §1345.09. See, e.g., Parker v. I&F Insulation Co., 730 N.E.2d 972 (2000).

[2]Ohio Rev. Code § 1345.09(F)(2), § 1345.01(E).

[3]Ohio Rev. Code § 1345.09(D).

[4]See, e.g. Delahunt v. Cytodyne Technologies, 241 F.Supp. 2d 827 (S.D. Ohio 2003).

BALDWIN'S OHIO REVISED CODE ANNOTATED
TITLE XIII. COMMERCIAL TRANSACTIONS
CHAPTER 1345. CONSUMER SALES PRACTICES
UNFAIR, DECEPTIVE, OR UNCONSCIONABLE ACTS OR PRACTICES

## →1345.01 Definitions

As used in sections 1345.01 to 1345.13 of the Revised Code:

* * *

(E) "Knowledge" means actual awareness, but such actual awareness may be inferred where objective manifestations indicate that the individual involved acted with such awareness.

* * *

BALDWIN'S OHIO REVISED CODE ANNOTATED
TITLE XIII. COMMERCIAL TRANSACTIONS
CHAPTER 1345. CONSUMER SALES PRACTICES
UNFAIR, DECEPTIVE, OR UNCONSCIONABLE ACTS OR PRACTICES

## →1345.02 Unfair or deceptive acts or practices

(A) No supplier shall commit an unfair or deceptive act or practice in connection with a consumer transaction. Such an unfair or deceptive act or practice by a supplier violates this section whether it occurs before, during, or after the transaction.

(B) Without limiting the scope of division (A) of this section, the act or practice of a supplier in representing any of the following is deceptive:

(1) That the subject of a consumer transaction has sponsorship, approval, performance characteristics, accessories, uses, or benefits that it does not have;

(2) That the subject of a consumer transaction is of a particular standard, quality, grade, style, prescription, or model, if it is not;

* * *

BALDWIN'S OHIO REVISED CODE ANNOTATED
TITLE XIII. COMMERCIAL TRANSACTIONS
CHAPTER 1345. CONSUMER SALES PRACTICES
UNFAIR, DECEPTIVE, OR UNCONSCIONABLE ACTS OR PRACTICES

**→1345.09 Consumer's relief; intervention by attorney general; attorney's fee**

For a violation of Chapter 1345. of the Revised Code, a consumer has a cause of action and is entitled to relief as follows:

(A) Where the violation was an act prohibited by section 1345.02 or 1345.03 of the Revised Code, the consumer may, in an individual action, rescind the transaction or recover his damages.

* * *

(D) Any consumer may seek a declaratory judgment, an injunction, or other appropriate relief against an act or practice that violates this chapter.

* * *

(F) The court may award to the prevailing party a reasonable attorney's fee limited to the work reasonably performed, if either of the following apply:

* * *

(2) The supplier has knowingly committed an act or practice that violates this chapter.

BALDWIN'S OHIO REVISED CODE ANNOTATED
TITLE XLI. LABOR AND INDUSTRY
CHAPTER 4165. DECEPTIVE TRADE PRACTICES

## →4165.02 Deceptive trade practices

(A) A person engages in a deceptive trade practice when, in the course of the person's business, vocation, or occupation, the person does any of the following:

* * *

(7) Represents that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities that they do not have or that a person has a sponsorship, approval, status, affiliation, or connection that the person does not have;

* * *

(9) Represents that goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another;

* * *