# Rhode Island

## RHODE ISLAND

| | Did SJM's conduct violate the consumer protection law? | Private cause of action? | Scienter requirement? | Individual Reliance? | Does the law prohibit material omissions? |
|---|---|---|---|---|---|
| MN | Yes | Yes | No | No | Yes |
| RI | Yes<br>R.I. Gen. Laws<br>§ 6-13.1-2,<br>6-13.1-1(5)(E)(L)<br>(M)(N) | Yes[1] | No[2] | No[3] | Yes[4] |

**Are there any true conflicts of substantive law?**

No.

[1]R.I. Gen. Laws § 6-13.1-5.2(a) and (b).

[2]The statute does not require scienter on its face, and no other authority for grafting such a requirement on the statue was found.

[3]The statute does not require reliance on its face, and no other authority for grafting such a requirement on the statue was found. Id.

[4]Rhode Island Consumer Protection Act is modeled on the FTC Act.

GENERAL LAWS OF RHODE ISLAND ANNOTATED, 1956
TITLE 6. COMMERCIAL LAW -- GENERAL REGULATORY PROVISIONS
CHAPTER 13.1. DECEPTIVE TRADE PRACTICES

**→6-13.1-1. Definitions. --**

As used in this chapter:

* * *

(5) "Unfair methods of competition and unfair or deceptive acts or practices" means any one or more of the following:

* * *

(v) Representing that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities that they do not have or that a person has a sponsorship, approval, status, affiliation, or connection that he or she does not have;

* * *

(vii) Representing that goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another;

* * *

(xii) Engaging in any other conduct that similarly creates a likelihood of confusion or of misunderstanding;

(xiii) Engaging in any act or practice that is unfair or deceptive to the consumer;

(xiv) Using any other methods, acts or practices which mislead or deceive members of the public in a material respect;

* * *

GENERAL LAWS OF RHODE ISLAND ANNOTATED, 1956
TITLE 6. COMMERCIAL LAW -- GENERAL REGULATORY PROVISIONS
CHAPTER 13.1. DECEPTIVE TRADE PRACTICES

**→6-13.1-2. Unlawful acts or practices. --**

Unfair methods of competition and unfair or deceptive acts or practices in the conduct of any trade or commerce are declared unlawful.

GENERAL LAWS OF RHODE ISLAND ANNOTATED, 1956
TITLE 6. COMMERCIAL LAW -- GENERAL REGULATORY PROVISIONS
CHAPTER 13.1. DECEPTIVE TRADE PRACTICES

**6-13.1-5.2. Private and class actions. --**

(a) Any person who purchases or leases goods or services primarily for personal, family, or household purposes and thereby suffers any ascertainable loss of money or property, real or personal, as a result of the use or employment by another person of a method, act, or practice declared unlawful by § 6-13.1-2, may bring an action under Rules of Civil Procedure in the superior court of the county in which the seller or lessor resides, is found, has his or her principal place of business, or is doing business, or in the superior court of the county as is otherwise provided by law, to recover actual damages or two hundred dollars ($200), whichever is greater. The court may, in its discretion, award punitive damages and may provide other equitable relief that it deems necessary or proper.

(b) Persons entitled to bring an action under subsection (a) of this section may, if the unlawful method, act, or practice has caused similar injury to numerous other persons similarly situated and if they adequately represent the similarly situated persons, bring an action on behalf of themselves and other similarly injured and situated persons to recover damages as provided for in subsection (a) of this section. In any action brought under this section, the court may in its discretion order, in addition to damages, injunctive or other equitable relief.

* * *