# South Carolina

## SOUTH CAROLINA

| | Did SJM's conduct violate the consumer protection law? | Private cause of action? | Scienter requirement? | Individual Reliance? | Does the law prohibit material omissions? |
|---|---|---|---|---|---|
| MN | Yes | Yes | No | No | Yes |
| SC | Yes<br>S.C. Code<br>§ 39-5-20(a) | Yes[1] | No[2] | No[3] | Yes[4] |

**Are there any true conflicts of substantive law?**

No.

---

[1] S.C. Code Ann. § 39-5-140(a).

[2] S.C. Code Ann. § 39-5-20(a) (containing no scienter requirement); Inman v. Ken Hyatt Chrysler Plymouth, Inc., 363 N.E.2d 691, 692 (S.C. 1988) (noting that intent to deceive is not required under § 39-5-20).

[3] S.C. Code Ann. § 39-5-20(a) (containing no reliance requirement); Inman, 363 S.E.2d at 692 (requiring merely "capacity to deceive").

[4] Johnson v. Collins Entertainment Co., Inc., 564 S.E.2d 653, 666 (S.C. 2002) (describing omission as an "inherent misrepresentation").

Code of Laws of South Carolina 1976 Annotated
Title 39. Trade and Commerce
Chapter 5. Unfair Trade Practices
Article 1. General Provisions

**§ 39-5-20. Unfair methods of competition and unfair or deceptive acts or practices unlawful; application of interpretations of Federal act.**

(a) Unfair methods of competition and unfair or deceptive acts or practices in the conduct of any trade or commerce are hereby declared unlawful.

(b) It is the intent of the legislature that in construing paragraph (a) of this section the courts will be guided by the interpretations given by the Federal Trade Commission and the Federal Courts to § 5(a) (1) of the Federal Trade Commission Act (15 U.S.C. 45(a)(1)), as from time to time amended.

* * *

**§ 39-5-140. Actions for damages.**

(a) Any person who suffers any ascertainable loss of money or property, real or personal, as a result of the use or employment by another person of an unfair or deceptive method, act or practice declared unlawful by § 39-5-20 may bring an action individually, but not in a representative capacity, to recover actual damages. If the court finds that the use or employment of the unfair or deceptive method, act or practice was a willful or knowing violation of § 39-5-20, the court shall award three times the actual damages sustained and may provide such other relief as it deems necessary or proper. Upon the finding by the court of a violation of this article, the court shall award to the person bringing such action under this section reasonable attorney's fees and costs.

* * *