# Washington

**WASHINGTON**

| | Did SJM's conduct violate the consumer protection law? | Private cause of action? | Scienter requirement? | Individual Reliance? | Does the law prohibit material omissions? |
|---|---|---|---|---|---|
| MN | Yes | Yes | No | No | Yes |
| WA | Yes<br>Wash. Rev. Code §19.86.020 | Yes[1] | No[2] | No[3] | Yes[4] |

**Are there any true conflicts of substantive law?**

No.

---

[1] Wash. Rev. Code § 19.86.090.

[2] A defendant's good faith is not a defense to a prosecution for an unfair trade practice. Tradewell Stores v. T.B.&M, 500 P.2d 1290 (Wash. App. 1972); Washington v. A.N.W. Seed Corp., 802 P.2d 1353 (Wash. 1991); Watkins v. Peterson, 57 F.Supp. 2d 1102 (E.D. Wash. 1999).

[3] A plaintiff need not prove reliance to establish an unfair trade practice. Washington v. Williams Chrysler Plymouth, 553 P.2d 423 (Wash. 1976); Testo v. Russ Dunmire Olds, 554 P.2d 349 (Wash. App. 1976).

[4] Failure to disclose known defect in goods constitutes an unfair trade practice. Griffith v. Centex Real Estate, 969 P.2d 486 (Wash. App. 1998).

TITLE 19. BUSINESS REGULATIONS -- MISCELLANEOUS
CHAPTER 19.86. UNFAIR BUSINESS PRACTICES -- CONSUMER PROTECTION

*Rev. Code Wash. (ARCW) § 19.86.090* (2005)

§ 19.86.090. Civil action for damages -- Treble damages authorized -- Action by governmental entities

Any person who is injured in his or her business or property by a violation of *RCW 19.86.020*, *19.86.030*, *19.86.040*, *19.86.050*, or *19.86.060*, or any person so injured because he or she refuses to accede to a proposal for an arrangement which, if consummated, would be in violation of *RCW 19.86.030*, *19.86.040*, *19.86.050*, or *19.86.060*, may bring a civil action in the superior court to enjoin further violations, to recover the actual damages sustained by him or her, or both, together with the costs of the suit, including a reasonable attorney's fee, and the court may in its discretion, increase the award of damages to an amount not to exceed three times the actual damages sustained: PROVIDED, That such increased damage award for violation of *RCW 19.86.020* may not exceed ten thousand dollars: PROVIDED FURTHER, That such person may bring a civil action in the district court to recover his or her actual damages, except for damages which exceed the amount specified in *RCW 3.66.020*, and the costs of the suit, including reasonable attorney's fees. The district court may, in its discretion, increase the award of damages to an amount not more than three times the actual damages sustained, but such increased damage award shall not exceed the amount specified in *RCW 3.66.020*. For the purpose of this section "person" shall include the counties, municipalities, and all political subdivisions of this state.

Whenever the state of Washington is injured by reason of a violation of *RCW 19.86.030*, *19.86.040*, *19.86.050*, or *19.86.060*, it may sue therefor in the superior court to recover the actual damages sustained by it and to recover the costs of the suit including a reasonable attorney's fee.

TITLE 19. BUSINESS REGULATIONS -- MISCELLANEOUS
CHAPTER 19.86. UNFAIR BUSINESS PRACTICES -- CONSUMER PROTECTION

*Rev. Code Wash. (ARCW) § 19.86.020* (2005)

§ 19.86.020. Unfair competition, practices, declared unlawful

Unfair methods of competition and unfair or deceptive acts or practices in the conduct of any trade or commerce are hereby declared unlawful.