IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE ST. JUDE MEDICAL, INC. | : | |
| SILZONE HEART VALVES | : | |
| PRODUCTS LIABILITY | : | MDL DOCKET NO. 1396 |
| LITIGATION | : | |

**AFFIDAVIT OF DAVID M. CIALKOWSKI IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION**

**STATE OF MINNESOTA )**
**)ss.**
**COUNTY OF HENNEPIN)**

David M. Cialkowski., being duly sworn upon oath, deposes and says:

I am an attorney at the law firm of Zimmerman Reed, P.L.L.P. I represent the Plaintiffs in the above-referenced matter and submit this Affidavit in support of Plaintiffs' Renewed Motion to certify consumer protection class.

1. Attached as Exhibit 1 is a true and correct copy of the Declaration of Steven E. Angstreich, dated January 9, 2006.

2. Attached as Exhibit 2 is a true and correct copy of the Declaration of Eric G. Butchart and "Interim Medical Report on the Follow-Up Requirements of Patients with St. Jude Silzone Prosthetic Heart Valves" prepared by Eric G. Butchart, FRCS, FETCS, FESC.

3. Attached as Exhibit 3 are true and correct copies of the document Bates numbered SJM0120028308-311MDL.

4. Attached as Exhibit 4 is a true and correct copy of documents Bates numbered SJM0330071486-87MDL.

5. Attached as Exhibit 5 is a true and correct copy of excerpts from the Deposition of Gary Lee Grunkemeier, taken March 31, 2005.

6. Attached as Exhibit 6 is a true and correct copy of the document Bates numbered SJM0120030384-85MDL.

7. Attached as Exhibit 7 are true and correct copies of the document Bates numbered SJM2210489954-55MDL.

8. Attached as Exhibit 8 are true and correct copies of the document Bates numbered SJM0700124795-808MDL.

9. Attached as Exhibit 9 is a true and correct copy of excerpts from the Deposition of Alan Flory, taken November 12 and 13, 2002.

10. Attached as Exhibit 10 are true and correct copies of excerpts from the Deposition of Karen Tweden, taken January 31, 2003, and February 14, 2003.

11. Attached as Exhibit 11 are true and correct copies of excerpts from the Deposition of Jonas Runquist, taken December 11, 2002.

12. Attached as Exhibit 12 is a true and correct copy of the Declaration of John Wilson, dated May 13, 2003.

13. Attached as Exhibit 13 is a true and correct copy of the Declaration of Kevin Healy, dated May 13, 2003.

14. Attached as Exhibit 14 is a true and correct copy of the document Bates numbered SJM0710151372-73MDL.

15. Attached as Exhibit 15 is a true and correct copy of the document Bates numbered SJM2380548923-33MDL.

16. Attached as Exhibit 16 is a true and correct copy of the document Bates numbered SJM057012704MDL.

17. Attached as Exhibit 17 is a true and correct copy of the document Bates numbered SJM4090705696-729MDL.

18. Attached as Exhibit 18 are true and correct copies of the document Bates numbered SJM0280063542-44MDL.

19. Attached as Exhibit 19 is a true and correct copy of the document Bates numbered SJM02080064749MDL.

20. Attached as Exhibit 20 is a true and correct copy of the document Bates numbered SJM0250060082-91.

21. Attached as Exhibit 21 is a true and correct copy of the Deposition of Dan Langanki, taken April 27, 2004.

22. Attached as Exhibit 22 is a true and correct copy of the document Bates numbered SJM780679588-89MDL.

23. Attached as Exhibit 23 is a true and correct copy of the document Bates numbered SJM0120029998-30000MDL.

24. Attached as Exhibit 24 is a true and correct copy of the document Bates numbered SJM0390087615-16.

25. Attached as Exhibit 25 is a true and correct copy of the document Bates numbered SJM0120030950MDL.

26. Attached as Exhibit 26 are true and correct copies of excerpts from the Deposition of William R. Holmberg, taken March 19, 2002, and September 3, 2004.

27. Attached as Exhibit 27 are true and correct copies of excerpts from the Deposition of Donald Guzik, taken October 15, 2002, and October 16, 2002.

28. Attached as Exhibit 28 are true and correct copies of excerpts from the Deposition of Denise Johnson, taken August 20, 2002.

29. Attached as Exhibit 29 are true and correct copies of the document Bates numbered SJM2210487918-20MDL.

30. Attached as Exhibit 30 is a true and correct copy of the document Bates numbered SJM4050688076-77MDL.

31. Attached as Exhibit 31 is a true and correct copy of the document Bates numbered SJM0320070559MDL.

32. Attached as Exhibit 32 is a true and correct copy of the document Bates numbered SJM0610135439MDL.

33. Attached as Exhibit 33 is a true and correct copy of the document Bates numbered SJM1290299171MDL.

34. Attached as Exhibit 34 is a true and correct copy of the document Bates numbered SJM1290299176MDL.

35. Attached as Exhibit 35 are true and correct copies of the document Bates numbered SJM1100252773-775MDL.

36. Attached as Exhibit 36 is a true and correct copy of the document Bates numbered SJM1440327379MDL.

37. Attached as Exhibit 37 is a true and correct copy of the document Bates numbered SJM0090024287MDL.

38. Attached as Exhibit 38 is a true and correct copy of the document Bates numbered SJM1390319505MDL.

39. Attached as Exhibit 39 is a true and correct copy of the document Bates numbered SJM1290299393-96MDL.

40. Attached as Exhibit 40 is a true and correct copy of the document Bates numbered SJM0570130317.

41. Attached as Exhibit 41 are true and correct copies of the document Bates numbered SJM0330072540-54MDL.

42. Attached as Exhibit 42 are true and correct copies of excerpts from the Deposition of Monica Schultz, taken September 14, 2002, and taken October 20, 2005.

43. Attached as Exhibit 43 are true and correct copies of the document Bates numbered SJM2370539323-27MDL.

44. Attached as Exhibit 44 is a true and correct copy of the document Bates numbered SJM1380319269MDL.

45. Attached as Exhibit 45 are true and correct copies of the document Bates numbered SJM2370538403-405MDL.

46. Attached as Exhibit 46 is a true and correct copy of the document Bates numbered SJM2370538532-33MDL.

47. Attached as Exhibit 47 are true and correct copies of excerpts from the Deposition of Jagdish Butany, taken April 26, 2002.

48. Attached as Exhibit 48 is a true and correct copy of the document Bates numbered SJM3250665770-72MDL.

49. Attached as Exhibit 49 is a true and correct copy of the document Bates numbered SJM2370538327-28MDL.

50. Attached as Exhibit 50 is a true and correct copy of the document Bates numbered SJM4050687055-56MDL.

51. Attached as Exhibit 51 is a true and correct copy of the document Bates numbered SJM2370540138-40MDL.

52. Attached as Exhibit 52 is a true and correct copy of the document Bates numbered SJM2370539445-49MDL.

53. Attached as Exhibit 53 is a true and correct copy of the document Bates numbered SJM2370539454-58MDL.

54. Attached as Exhibit 54 is a true and correct copy of the document Bates numbered SJM2370538612-13MDL.

55. Attached as Exhibit 55 is a true and correct copy of the document Bates numbered SJM2370541242-43MDL.

56. Attached as Exhibit 56 are true and correct copies of the Declaration of David L. Sackett, dated April 22, 2002; and the Affidavits of David L. Sacket, dated February 27, 2003, and April 16, 2003, in Anderson v. St. Jude Medical, File No. 00-CV-195906CP, Superior Court of Ontario.

57. Attached as Exhibit 57 is a true and correct copy of the Affidavit of Charles H. Goldsmith, dated February 25, 2003.

58. Attached as Exhibit 58 are true and correct copies of excerpts from the Deposition of Barbara Illingworth, taken October 25, 2002.

59. Attached as Exhibit 59 are true and correct copies of excerpts from the Depositions of Steven J. Healy, taken October 24, 2002, and August 31, 2004.

60. Attached as Exhibit 60 is a true and correct copy of the document Bates Numbered SJM0130032296-302MDL.

61. Attached as Exhibit 61 is a true and correct copy of the document Bates Numbered SJM0032099-286MDL.

62. Attached as Exhibit 62 is a true and correct copy of the document Bates Numbered SJM0130032297-98.

63. Attached as Exhibit 63 is a true and correct copy of the document Bates numbered SJM0120030377-78MDL.

64. Attached as Exhibit 64 is a true and correct copy of the document Bates numbered SJM0120028757MDL.

65. Attached as Exhibit 65 is a true and correct copy of the document Bates Numbered SJM0130032296-302MDL.

66. Attached as Exhibit 66 is a true and correct copy of the document Bates numbered SJM0130032118BR.

67. Attached as Exhibit 67 is a true and correct copy of the document Bates numbered SJM0130032181BR.

68. Attached as Exhibit 68 is a true and correct copy of the document Bates numbered SJM0280064749MDL.

69. Attached as Exhibit 69 are true and correct copies of excerpts from the Deposition of Raymond J. Bricault, taken August 8, 2002.

70. Attached as Exhibit 70 are true and correct copies of excerpts from the Deposition of Laxmi Peri, taken March 5, 2002.

71. Attached as Exhibit 71 is a true and correct copy of the document Bates numbered SJM0130032132-33MDL.

72. Attached as Exhibit 72 is a true and correct copy of the documents Bates numbered SJM013003223BR and SJM0130032226BR.

73. Attached as Exhibit 73 is a true and correct copy of the document Bates numbered SJM0130032300BR.

74. Attached as Exhibit 74 are true and correct copies of excerpts from the Deposition of Roy Hosek, taken October 30, 2002.

75. Attached as Exhibit 75 is a true and correct copy of the document Bates numbered SJM0700125066-81MDL.

76. Attached as Exhibit 76 is a true and correct copy of the Affidavit of Joseph E. Graham, dated July 31, 2002.

77. Attached as Exhibit 77 are true and correct copies of excerpts from the Deposition of Terry L. Shepherd, taken January 28, 2005.

78. Attached as Exhibit 78 is a true and correct copy of the document Bates numbered SJM0090024287-88MDL.

79. Attached as Exhibit 79 are true and correct copies of the documents Bates numbered SJM2210487918-20MDL.

80. Attached as Exhibit 80 are true and correct copies of the document Bates Numbered SJM0880197150-197153MDL.

81. Attached as Exhibit 81 are true and correct copies of the documents Bates numbered SJM0280063488-93.

82. Attached as Exhibit 82 are true and correct copies of the document Bates Numbered SJM0130033339-51.

83. Attached as Exhibit 83 are true and correct copies of excerpts from the Deposition of Peter Spadaro, taken May 13, 2004.

84. Attached as Exhibit 84 is a true and correct copy of the document Bates Numbered SJM0880197554-55MDL.

85. Attached as Exhibit 85 is a true and correct copy of the document Bates numbered SJM4070702255MDL.

86. Attached as Exhibit 86 is a true and correct copy of the document Bates numbered SJM3250664548MDL.

87. Attached as Exhibit 87 is a true and correct copy of the document Bates numbered SJM2210487684-86MDL.

88. Attached as Exhibit 88 is a true and correct copy of the document Bates numbered SJM2370538901-03MDL.

89. Attached as Exhibit 89 is a true and correct copy of the document Bates numbered SJM0440096349-71MDL.

90. Attached as Exhibit 90 is a true and correct copy of the document Bates numbered SJM4050686867-69MDL.

91. Attached as Exhibit 91 is a true and correct copy of the document Bates numbered SJM4050687721-24MDL.

92. Attached as Exhibit 92 is a true and correct copy of the document Bates numbered SJM4050687060-61MDL.

93. Attached as Exhibit 93 is a true and correct copy of the document Bates numbered SJM4050687766-67MDL.

94. Attached as Exhibit 94 is a true and correct copy of the document Bates numbered SJM4050687838-39MDL.

95. Attached as Exhibit 95 are true and correct copies of excerpts from the Deposition of Robert W. M. Frater, taken May 14, 2004.

96. Attached as Exhibit 96 is a true and correct copy of Ferris, Baker Watts, Inc. v. Deutsche Bank Securities Ltd., Nos. 02-3682, 02-4845, 2004 WL 2501563 (D. Minn. Nov. 5, 2004).

97. Attached as Exhibit 97 is a true and correct copy of SJM's Transfer Motion in Grovatt v. St. Jude Medical, No. 00-CV-2657 (D. NJ June 4, 2004).

98. Attached as Exhibit 98 is a true and correct copy of the document Bates numbered SJM40702249MDL.

99. Attached as Exhibit 99 is a true and correct copy of Bunnion v. Consolidated Rail Corp., 1998 WL 372644 (E.D. Pa. 1998).

100. Attached as Exhibit 100 is a true and correct copy of Brief of Amicus Curiae the State of Minnesota in Support of Affirming the District Court and in Support of Respondents Grovatt, et al., in In re St. Jude Medical Inc. Silzone Heart Valve Products Liability Litigation, No. 04-3117 (8th Cir.).

101. Attached as Exhibit 101 is a true and correct copy of Diversified Business Investments Inc., v. Fisher, No. C3-91-182, 1991 WL 162984 (Minn. Ct. App., Aug 27, 1991).

102. Attached as Exhibit 102 is a true and correct copy of FTC Press release, dated July 7, 1966.

103. Attached as Exhibit 103 is a true and correct copy of the uniform law, as presented by FTC letter, dated April 14, 1966.

104. Attached as Exhibit 104 is a true and correct copy of the FTC Fact Sheet, dated November 1973.

105. Attached as Exhibit 105 is a true and correct copy of Committee on Suggested State Legislation of t he Council of State Governments, 1970 Suggested State Legislation: Unfair Trade Practices and Consumer Protection Act (1970).

106. Attached as Exhibit 106 is a true and correct copy of Uniform Deceptive Trade Practices Act: 1966 Revision, National Conference of Commissioners on Uniform State Laws.

107. Attached as Exhibit 107 is a true and correct copy of In re Lutheran Brotherhood Var. Ins. Prod. Co., Sales Practices Litig., 2004 U.S. Dist. LEXIS 7789 (D. Minn. April 28, 2004)

108. Attached as Exhibit 108 is a true and correct copy of Fluck v. Jacobson Machine Works, Inc., 1999 WL 153789.

109. Attached as Exhibit 109 is a true and correct copy of Financial Software Sys., Inc. v. First Union Nat'l Bank, 1999 WL 1241088 (E.D. Pa. 1999).

110. Attached as Exhibit 110 is a true and correct copy of an excerpt from Legal Information Institute, listing states enacting a version of the UDTPA.

FURTHER YOUR AFFIANT SAYETH NOT.

s/David M. Cialkowski
David M. Cialkowski

Subscribed and sworn to before me
this 10th day of January, 2006.

s/Julie L. Tinkham
Notary Public