# Exhibit 1

# Exhibit 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**IN RE ST. JUDE MEDICAL, INC., SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION** : : : **MDL DOCKET NO. 1396**

**DECLARATION OF STEVEN E. ANGSTREICH**
**RE: SJM INVENTORY AND CONSIGNMENT CONTRACTS**

Steven E. Angstreich, Esquire, being of legal age states the following:

1. I have been appointed co-lead counsel of the MDL 1396 Plaintiff's Steering Committee, and in such capacity am generally familiar with the facts and circumstances of this matter. I make this Declaration on the basis of first hand information and knowledge or upon examination of the business records of St. Jude Medical, Inc. ("SJM") that have been provided to the MDL 1396 PSC during discovery.

2. At the direction of the Court, St. Jude has produced to the PSC two CD-ROMs containing 264 sales, inventory or consignment contracts SJM had entered with hospitals and clinics relating to the sale of Silzone coated heart valves that are the subject of this matter. The two CD-ROMs have been designated as "SJM CD #118" and "SJM CD #119".

3. I have personally reviewed all of the sales, inventory and consignment contracts that appear on the two referenced CD -ROMS.

4. The contracts clearly appear to be based upon a template or form that contains consistent sales terms and conditions. Among the terms and conditions which consistently appear in these contracts is a choice of law selection provision.

5. It appears from review and analysis of all the contracts provided that in the base form or template that SJM. uses for these agreements there is a choice of law term that provides for Minnesota law to be the governing law.

6. The following table provides the results of my analysis. Approximately 83% of SJM's medical contracts with hospital and clinic purchasers contain a provision in which Minnesota law was selected as the governing law:

| Analysis of Contracts on SJM CD 118 | | |
|---|---|---|
| Forum Selected | Number of contracts | Percent |
| Other than Minnesota | 44 | 16.7% |
| Minnesota | 218 | 82.6% |
| No state selected | 2 | 0.8% |

7. My analysis further determined that in numerous instances where jurisdiction other than Minnesota was selected, most often the word "Minnesota" was stricken or crossed off in the form and the other state written instead.

8. In July, 2005 SJM produced to the MDL 1396 PSC an Excel data file denominated as by document control or "Bates" No. "0745309.xls". This data file contains an updated (purportedly as of July 2005) electronic version of SJM's Field Investigation Reports (FERs) that involve its Silzone product lines. The PSC has performed an analysis of the FERs contained in this data file to gather and list every FER that was associated with a injury or explant related adverse event incident report in a patient implanted with a Silzone Master Series valve (which FERs are denominated by St. Jude in its FER system by the prefix initials "RTS"). The results of this analysis found that out of 430 FERS for Master Series with Silzone cuffs contained in this July, 2005 dataset, 393 FERs were associated with adverse injury or explant incidents.

**I declare under penalty of perjury that the foregoing statements are true and correct.**

Dated: 1/9/06

STEVEN E. ANGSTREICH