general, irregular metal surfaces were more thrombogenic than smooth highly polished metal surfaces, some or all of the relative thromboresistance of the latter being conferred by the stearate polish itself.[17] Hence, based on experimental work performed 30 years before the Silzone valve was introduced, it could have been anticipated that an irregular silver surface in contact with the blood stream would be potentially thrombogenic, i.e. prone to thrombus deposition.

2. **Thromboembolism**

Thromboembolism is a common complication after valve replacement. The true burden of thromboembolism is probably underestimated as many emboli are 'silent', travelling to organs or parts of the body which do not give rise to symptoms. The emboli which most frequently give rise to symptoms are those which travel to the brain or the eye where, according to their size, they cause transient or permanent neurological or visual defects. However, a study involving patients with the standard St. Jude valve has shown, using CT scans of the brain, that at least half of cerebral embolism is also clinically 'silent' at the time of the event.[18] The concern is that multiple small cerebral infarcts will eventually lead to cognitive impairment and multi-infarct dementia.

Thromboembolism is multifactoral and can arise from sources other than the prosthesis. Although always reported as thromboembolic events as recommended by the reporting guidelines, some of these events will be due to in-situ thrombosis of a cerebral artery or to other mechanisms. Of those that are truly embolic, the source of the embolus will vary. Emboli may originate from thrombus on atheromatous lesions in the aorta or carotid arteries or from intracardiac thrombus in the left atrium or left ventricle as well as from thrombus on the prosthesis itself. If the patient has no aortic or carotid atheroma and has normal left atrial and left ventricular function with no evidence of thrombus in those chambers, it is much more likely that the embolus has originated from the prosthesis.

Excessive thrombus which builds up on the sewing ring, especially if it has no firm attachment, is prone to embolise. The potential for thrombus to embolise is determined by several factors including size, stabilisation, adherence, flow conditions and level of anticoagulation. In the case of the Silzone valve the toxic effect of silver on platelets and red cells, as described above, is likely to lead to a larger, less cohesive and less adherent thrombus which will be more prone to embolise. Increasing intensity of anticoagulation reduces the adherence of thrombus to artificial surfaces and a change in flow conditions, such as a sudden increase in cardiac output associated with exertion, may act as the trigger for a piece of thrombus to break off. This may explain the embolism hazard associated with the first few postoperative months, as the patient's level of activity gradually increases.

In almost all reported valve series, thromboembolism occurs more frequently after mitral valve replacement[1] and this is true for the Silzone valve also. This is probably because the lower flow conditions in the left atrium allow more thrombus to accumulate on the sewing ring of a mitral prosthesis than an aortic prosthesis. If a <u>large</u> piece of thrombus embolises it is more likely to cause a stroke than a TIA. Thus, as with valve thrombosis, a higher incidence of stroke with Silzone is more frequently a mitral problem.

In the Cardiff Embolic Risk Factor Study (CERFS), major thromboembolic events causing strokes occurred in the first 3 postoperative months following Silzone MVR at a significantly greater frequency than with the standard St. Jude valve in the mitral position.[14]

The Silzone TE rates in the CERFS appear higher than in the AVERT study[13] and St. Jude's Top Account Study (Appendix 3), particularly in the mitral position, although statistically there is no significant difference between the TE rates, as the 95% confidence intervals from the AVERT study overlap the TE rate from the CERFS analysis (Fig. 2).




*Fig. 2.* In this comparison of mitral thromboembolic rates between the standard SJM valve (green) and the Silzone valve (red), the 95% confidence intervals of the AVERT Silzone data overlap those of the CERFS and CLR (Cardiff Late Review). The Objective Performance Criterion (OPC) is shown in grey. Literature average rate is derived from Ref. 20.

There are two possible explanations for this apparent difference if it is real: data collection methods and surgical technique. The methods of data collection and analysis of thromboembolism in the AVERT study have the potential to underestimate TE rates (vide infra). The Top Accounts Study collected data retrospectively which also tends to underestimate the true incidence. In contrast, the CERFS was a research study devoted entirely to thromboembolism with prospective follow-up.

Differences in surgical technique in MVR may also have played a part. In the CERFS, most mitral prostheses were implanted with continuous sutures and no pledgets, whereas in the other two studies it is likely that interrupted sutures and pledgets were used. Multiple uncoated suture knots and pledgets would have provided Silzone-free surfaces to which thrombus could adhere, thus possibly reducing the risk of embolism to some extent (vide supra).

Recently an up-dated review has been performed of all 83 patients with Silzone valves implanted in Cardiff and the relationship between complications and risk factors identified.[19] Details of this review are provided in Appendix 1 and in Tables 2, 3, 5, 6, and 8. Rather than falling with additional follow-up years as expected, the TE rate following AVR actually rose slightly from 3.9%/yr to 4.7%/yr, whilst the TE rate following MVR and DVR fell slightly from 12.6%/yr to 10.9%/yr. Thus both aortic and mitral TE rates remain substantially above average rates for the St. Jude standard valve in the literature (1.4%/yr and 2.45%/yr respectively[20] – see Tables 2 and 3).

The reported linearised thromboembolic rates from the AVERT study[13] are shown in Tables 2 and 3 and mitral thromboembolic rates from this study and the Cardiff experience are compared to literature reports for the SJM standard valve and other prostheses in Fig. 3.




*Fig. 3.* Comparison of Silzone mitral thromboembolic rates to reported series of other prosthetic valves in the literature including the standard SJM valve, showing the large differences between Silzone and all other types of prosthesis: SE = Starr Edwards, BS = Bjork Shiley, MH = Medtronic Hall, SJ = St. Jude standard, HC = Hancock, CE = Carpentier Edwards (data from Grunkemeier GL et al: Atlas of Heart Diseases, Vol. 11, 1997).

Although apparently not reaching statistical significance, the linearised rate of late thromboembolic events following MVR in the AVERT study is higher for the Silzone valve in comparison to the standard St. Jude valve – 9.0%/yr (CI 4.5 – 16.5) versus 3.8%/yr (CI 1.5 – 8.4), corroborating my own findings.[14] A similar trend is evident for the double valve replacements. In the Discussion, the authors seek to minimise the problem, stating, "*In the AVERT trial, linearized rates of thromboembolic complications were higher in patients with Silzone prostheses compared with standard valves, but the excess number of events were largely multiple transient neurological deficits.*" In fact, TIA rates were very similar but the stroke rate following MVR was 3.75 times higher in the Silzone patients (3.0%/yr versus 0.8%/yr). Similarly, following DVR the stroke rates were 2.7%/yr versus 0.0%/yr. RIND (reversible ischaemic neurological deficit) was also more frequent in Silzone patients, 2.0%/yr and 2.7%/yr after MVR and DVR respectively in contrast to zero for both among the standard valve patients. Although not acknowledged in the manuscript, 2-year freedom from RIND was significantly worse among Silzone patients (p = 0.017) on Kaplan-Meier analysis (Appendix 3).

Thus, the excess number of thromboembolic events in the Silzone patients cannot be dismissed as being of minor importance. Indeed the AVERT investigators acknowledge that "*It is possible that the same mechanism of impaired healing of the sewing ring that leads to PV leakage also leads to increased exposure of thrombogenic surface in some patients*", and furthermore recommend a higher level of anticoagulation plus an antiplatelet agent for Silzone patients[13] (see pages 60 and 63).

In my opinion, the differences in thromboembolism in the AVERT study are <u>clinically</u> significant if not statistically significant, especially when taken in conjunction with the reported bleeding events. Although the text of the AVERT paper states that "*early and late bleeding complications were similar for the two groups of patients*", the rate of bleeding events after Silzone MVR was considerably higher: 6%/yr (CI 2.5 – 12.4) for Silzone versus 0.8%/yr (CI 0.1 – 3.6) for the standard valve. A similar trend is evident for the double

valve replacements (7.9%/yr versus 0.0%/yr) and to a lesser extent for the aortic valve replacements (3.5%/yr versus 1.4%/yr). Assuming that the patient populations in the two groups were similar in terms of risk factors as the AVERT paper implies ("*medical and surgical history was comparable*"), and that these differences did not occur 'by chance', there are only two logical explanations for the higher bleeding rate which is most marked in the mitrals and doubles. Either patients with a Silzone prosthesis were maintained at a higher intensity of anticoagulation or received additional antiplatelet therapy with aspirin because of a perceived higher risk of thromboembolism (as recommended by the AVERT investigators) or a disproportionate number of cerebrovascular events of uncertain aetiology were classified as intracerebral haemorrhage rather than ischaemic stroke. Neither explanation diminishes concern about the thrombogenicity of the Silzone valve particularly in the mitral position, as the combined rate of thromboembolism and bleeding (which some authors have suggested should be used as a measure of prosthesis thrombogenicity)[21-23] is 15%/yr in comparison to 4.6%/yr for the standard valve after mitral valve replacement. The double valve replacements show the same trend: 15.8%/yr versus 3.3%/yr. Adding valve thrombosis rates also to thromboembolic and bleeding rates for an overall index of thrombogenicity (TEB index) yields 16.0%/yr versus 4.6%/yr for the mitral patients and 21.1%/yr versus 3.3%/yr for the double valve patients (Table 3). Although never tested for statistical significance in the AVERT analysis, it is very likely that these huge differences would be highly significant.

A subanalysis of thromboembolism in the AVERT study by Holubkov et al, submitted to the American Heart Association as an abstract (Appendix 3), concluded that Silzone did not increase thromboembolic risk, but the analysis was severely blunted by amalgamating the aortic and the much higher mitral thromboembolic data together into a composite rate. No separate analysis of the two valve positions, as recommended by the reporting guidelines, was performed.

A further more detailed analysis carried out by the same authors was prepared for publication, with the rather tendentious title "*Silzone valves are not associated with elevated rates of thromboembolism*", but does not appear to have been published (Appendix 3). Although this analysis stratifies the AVERT patients according to valve position, the conclusion stated in the title is based on the finding that the $2^1/_3$ times higher rate of thromboembolism and the $6^2/_3$ times higher rate of stroke in the Silzone mitral patients in comparison to the standard valve failed to reach conventional statistical significance. However, the authors do not provide the number of patient-years of follow-up for each valve position to enable statistical power calculations to be made, and it is likely that the numbers are too small to draw the conclusion that no difference exists between the Silzone valve and the St. Jude standard valve. Although the authors state "*for external comparison the OPC proposed by the FDA is 3.0%/yr for late events*", they do not acknowledge that the 95% confidence interval for mitral TE (3.5 – 9.6%/yr) does not include this value.

An earlier publication from the AVERT study showed that significant differences in antithrombotic management existed between the European and North American trial centres.[24] For example, in Europe 57.3% of patients received heparin postoperatively prior to commencing oral anticoagulants in comparison to 30.5% of patients in North America ($p < 0.001$) and in Europe no patients received aspirin in addition to anticoagulation whilst in North America 54.6% of patients received aspirin ($p < 0.001$). Holubkov et al found that early heparinisation reduced thromboembolic risk, apparently in both groups of patients, but no analysis was reported on the effect of aspirin therapy, or whether the use of aspirin therapy differed between Silzone and standard valve patients in the North American patients who constituted 55% of the total.

There are fundamental concerns with publications relating to thromboembolism from the AVERT database. The original trial was set up to investigate the effect of the Silzone coating on the incidence of prosthetic endocarditis, rather than thromboembolism. As a consequence of this:

1. Data collection on thromboembolism was rather haphazard, as explained by Holubkov in slides presented at an AVERT investigators' meeting in January 2003 (Appendix 3). According to the transcript of the slide presentation, "*some patients had only in-hospital information, some were contacted at 3 months or 6 months and some of the earlier cases had 1 year follow-up.*" The number of patients who had "*only in-hospital information*" (presumably meaning no follow-up information) was not stated.

2. Adjudication of thromboembolic events and valve thrombosis was not part of the original trial protocol and only began retrospectively after the Silzone valve was recalled in 2000. Original information on events was of variable quality and in one fifth of cases (21%) insufficient information was available to adjudicate the events, leading to the classification "unknown" (Appendix 3). In the early stages of the adjudication process, some thromboembolic events were excluded from analysis as 'non-valve-related' if the patient was in atrial fibrillation or had a low INR. This contravenes the reporting guidelines.[4] It is not clear whether these events were ever reinstated (Appendix 3).

3. The method used to calculate event rates was to assume that if an event had not been reported to the trial centre on the date of analysis, the patient was event-free. This method is known to underestimate event-rates as acknowledged by Holubkov in his slide presentation of January 2003: "*This approach may slightly underestimate rates, since there is a possibility that for a small number of patients, we will be informed of such events in the future.*" In fact, some events did only come to light later and were therefore not included in event calculations.

4. Completeness of follow-up was not stated in the AVERT paper of 2002. Nor has it been stated in any other paper submitted for publication.

Thus the methodology of data collection and adjudication, the method of event rate calculation, and the lack of any statement about completeness of follow-up all cast doubt on the reliability of the data already published by the AVERT investigators in 2002. An independent analysis of the AVERT database is currently being performed and once it is available I will comment on this in an addendum to my report.

Like the AVERT study, unpublished data from St. Jude's 'Top Accounts' Study also show a higher than expected thromboembolic rate in the mitral position, 6.5%/yr, for the Silzone valve, even with retrospective data collection, which usually underestimates event rates (Appendix 3). For comparison, a recent literature review, using pooled data from 11 publications with 21,553 patient-years of follow-up, yielded an average thromboembolic rate of 2.45%/yr (range 0.3 – 5.1%/yr) for the standard St. Jude valve in the mitral position (Table 3).[20]

St. Jude's Field Experience Reports confirm a high level of concern about thromboembolism in their Silzone prosthesis (Appendix 3).

Other published studies reporting on their thromboembolic experience after Silzone valve implantation include four very small series with short follow-up published in the Journal of Heart Valve Disease, and one 'letter to the editor' published in the Annals of Thoracic Surgery.

In a paper apparently 'ghost-written' by St. Jude employees, Brutel et al reported 38 patients (6 mitrals and 3 doubles) from 3 centres with a mean follow-up of 1.7 years.[25] They documented one TIA in the first 30 days, and two cardiac deaths during follow-up: one sudden death and one death from heart failure (neither apparently investigated). No stratification was made according to valve position and the conclusion asserted that *"there were no*

*valve-related complications"*, presumably on the basis that the TIA and the uninvestigated cardiac deaths could be ignored. This contravenes the reporting guidelines which state that both TIA and undiagnosed sudden death should be included as valve-related events.[4]

Auer et al analysed 126 patients (29 mitrals and 3 doubles) with a mean follow-up of 1.1 years and total follow-up of 137.4 years Among the mitrals there were two strokes and one TIA.[26] The thromboembolic rate was not stratified by valve position, but apportioning follow-up years approximately to valve position according to the proportion of mitral valves in the study (29 ÷ 126 x 137.4 = 31.6), the thromboembolic rate would have been approximately 9.5%/yr., almost identical to the AVERT study.

Houel, Kirsch, Hillion and Loisance retrospectively reported on 111 patients who received Silzone valves; 67 AVR, 35 MVR and 9 DVR.[27] Of the AVR patients, 4 died in hospital and the remaining 63 were followed up for a total of 93 follow-up years. Among the 35 MVR patients, no hospital deaths were reported in the text but only 29 patients entered follow-up, yielding 50.5 follow-up years. The survival curves suggest that 6 MVR patients did in fact die in the first 30 days (a mortality rate of 17%). No information was provided about these deaths or the 9 double valve patients. They reported two TIAs among the aortics (2.2%/yr) and one TIA among the mitrals (2.0%/yr). One mitral patient and two aortic patients died from intracerebral haemorrhage. This paper, senior authored by one of the editors of the Journal of Heart Valve Disease, with the tendentious title (considering the small experience with short follow-up), "*Silzone-coated St. Jude Medical valve: a safe valve*", also attempted to discredit the results of the Cardiff Embolic Risk Factor Study on the grounds that the Silzone valve in this study had been compared to a "*historic group of non-coated SJM valves*" with data collected retrospectively. In fact data on both non-coated and Silzone valves were collected prospectively and the two groups were consecutive, the proposed comparison being agreed with St. Jude Medical in advance.

Stalenhoef et al retrospectively analysed two consecutive groups (101 standard valves and 113 Silzone valves, 30 mitral, 5 double) by telephone contact.[28] There were 107.7 follow-up years for the Silzone valve. Neither thromboembolism nor follow-up years were stratified by valve position. There were two cerebrovascular events and a valve thrombosis in one Silzone mitral patient (classified as one event) and one other cerebrovascular event (valve position not specified). E-mail contact with the senior author has established that the second event also occurred in a mitral patient. Assuming proportionate follow-up years for mitrals of 30 ÷ 113 x 107.7 = 28.6, the mitral thromboembolic rate would be approximately 7.0%/yr, consistent with other reports.

The 'letter to the editor' written by Horstkotte compared 81 Silzone patients and 81 'matched' patients with standard valves, both groups taken from the GELIA study in Germany which randomised SJM patients to different levels of anticoagulation.[29] No information was provided on the 81 Silzone patients in terms of valve position or risk factors, nor whether the 81 patients represented all the Silzone valves in the GELIA study or a selected group. Most importantly, however, it was not mentioned that the GELIA study protocol **specifically excluded from analysis all events from the first 3 months**, the period of highest risk with the Silzone valve. Very little relevance can therefore be ascribed to the finding that no thromboembolic events were recorded in either group.

Grunkemeier and Wu have recently examined all published studies reporting thromboembolic events with the Silzone valve, but their analysis of these reports was blunted by amalgamating aortic and mitral thromboembolic rates into one combined rate, even when the authors had stratified them by valve position.[5] This form of analysis contravenes the reporting guidelines (as acknowledged by the authors), as it artificially diminishes the incidence and importance of the complications in the mitral position as explained earlier. The authors acknowledged the early hazard of Silzone-related events in the first 3 months, identified by the Cardiff Embolic Risk Factor Study.

Grunkemeier and Wu's analysis concludes that reports on thromboembolism are contradictory but in fact by examining mitral events separately, there seems remarkable consistency between reports with sufficient data, as detailed above, almost all pointing towards an increased risk of thromboembolism with the Silzone valve particularly in the mitral position, at least in the early postoperative months. Indeed the linearised rates of mitral thromboembolism in these studies are not only higher than the literature average for the St. Jude standard valve (2.45%/yr. – vide supra)[20] but are also consistently at or above the upper end of the range of rates reported in the literature for all other prostheses (Table 1)[1] and therefore well above the average thromboembolic rate for all mitral prostheses, and more than twice the Objective Performance Criterion for thromboembolism after mitral valve replacement (3%/yr.)[2] The linearised rate of thromboembolism after MVR in the AVERT study was 9.0%/yr, three times the OPC.[13] Indeed, if the Silzone prosthesis had been a completely new prosthetic heart valve, it is very doubtful that it would have been approved by the FDA on the basis of the thromboembolic rates reported in the AVERT study.

Although the caveats about interpreting thromboembolic rates mentioned earlier must be borne in mind (in particular that the number of follow-up years is relatively small) the high thromboembolic rates with the Silzone valve, especially when taken in conjunction with high rates of valve thrombosis in the mitral position, in my opinion strongly indicate that the Silzone coating is more thrombogenic than an uncoated sewing ring. As explained earlier, this is consistent with experiments performed more than 35 years ago, showing that silver in contact with the blood stream is potentially thrombogenic.[15,16]

Whether the risk of thromboembolism will diminish with time remains to be seen with longer term follow-up in larger numbers of patients. The experience with the Silzone valve in Cardiff suggests that the risk remains higher than the literature average for the standard SJM valve at least up to 7 years (see Appendix 1 and Tables 2 and 3). The requirement for further data acquisition

from independent long-term follow-up with detailed risk stratification is essential to guide further management of Silzone patients. This issue is addressed later in this report.

The Silzone valve was withdrawn from the market in January 2000. Thus all living patients are at least five and a half years post-implantation. For patients who have suffered a thromboembolic event since implantation and for patients who subsequently develop an event in the future, further management issues will arise.

My own published research in Cardiff has shown that many patient risk factors are additive in their effect (Fig. 4)[30] and that Silzone patients suffering events had several risk factors (see Appendix I and Table 8).[19] However, in this study, involving several other prostheses (St. Jude standard, Medtronic Hall, Ultracor and Carpentier Edwards Perimount), the Silzone prosthesis itself was the strongest independent predictor of thromboembolism in the mitral position on multivariate analysis. This means that, despite the presence of their own risk factors, some mitral patients may not have suffered an event if they had had a different prosthesis. It also appeared that the Silzone valve was interacting with and magnifying the effect of other risk factors.




*Fig. 4.* Graph showing freedom from thromboembolism in the CERFS according to number of patient risk factors. These data are based on several different types of prosthesis, including both the standard SJM and Silzone valves, as explained in the text.

3. **Tissue Overgrowth (Pannus)**

As described above, the normal situation after valve replacement is for a thin covering of fibrous tissue to grow over the surface of the sewing ring, stopping short of the mechanism. Excessive tissue overgrowth is known as pannus formation. Pannus which grows beyond the sewing ring can narrow the orifice and interfere with the mechanism of the prosthesis, either preventing full opening or full closing or both. It can be multifactoral in its aetiology and can predispose to valve thrombosis, with which it may co-exist. Indeed, some pannus may result from 'organisation' of thrombus, the term used for the pathological process whereby a blood clot is gradually transferred into fibrous tissue. It is most often a late phenomenon occurring after several years but has been reported in the literature with other types of prosthesis as early as a

few weeks after valve replacement. Its occurrence is therefore not unique to the Silzone valve, and indeed has been reported with the standard SJM valve, particularly in the aortic position (vide infra).

The true incidence of pannus formation with the Silzone valve is unknown because unless it causes prosthesis malfunction or is associated with thrombosis and embolism or is seen at explantation for another reason, it will go undetected clinically, although it may sometimes be evident on transoesophageal echocardiography. Its presence can also be inferred by limitation of full leaflet movement on cinefluoroscopy (Fig. 5) often in association with raised transprosthetic gradients. **Consistent** loss of the normal leaflet travel angle (between closed and open position) of ≥ 10° loss of travel on serial examinations is highly suspicious. Asynchronous closure of the two leaflets in the mitral position (i.e. one leaflet closing before the other) is not uncommon and is not necessarily pathological.

**OPENING AND CLOSING ANGLES OF ST. JUDE MEDICAL VALVES**




| | SIZE 19 – 25 mm | 27 – 33 mm |
|---|---|---|
| A = opening angle | 10° | 10° |
| B = closing angle | 120° | 130° |
| C = travel angle for each leaflet | 55° | 60° |

*Fig. 5.* Diagram showing the normal opening and closing angles for the SJM prosthesis, both standard and Silzone. Interference with leaflet travel can result in either incomplete opening (opening angle > 10°) leading to stenosis, or incomplete closing (closing angle < 120° or 130°, depending on size) leading to regurgitation. Data from SJM product literature and Montorsi P et al. *Am J Card Imaging* 1996:**10**:29-41.

The pathological experience reported by Butany[31] and the review of 54 explanted Silzone valves performed by Wilson (Appendix 3) suggests that pannus formation is a much more early and more frequent phenomenon with the Silzone valve than it is with all other prostheses, in which it most often occurs as a late phenomenon. The individual response to Silzone seems to vary considerably with some patients forming exuberant pannus, whilst other patients form no tissue covering of the sewing ring at all. The review of Wilson (Appendix 3) indicates that approximately 44% of explanted Silzone valves show excessive pannus formation on at least part of the circumference (Fig. 6). Given that silver is known to be a thrombogenic surface, as explained in the section on valve thrombosis, it is likely that much of the Silzone-related pannus originates in thrombus.




*Fig. 6.* Excessive pannus overgrowth on the sewing ring of a Silzone aortic prosthesis 2½ years after implantation. Courtesy of Dr. Gregory Wilson

The variable response to Silzone suggests either variation in the coating process (or the rate of leaching as seen in St. Jude's animal experiments – Appendix 3) or variation in patient response. Uneven coating of the fabric, as identified by Wilson in some Silzone-coated sewing cuffs (Appendix 3), could conceivably result in locally higher or lower concentrations of silver and of other constituents. More rapid leaching or embolisation of silver from the sewing ring into blood for whatever reason (e.g. younger, fitter patients with higher cardiac outputs) might allow a more normal healing process in some patients. Alternatively, the explanation for variation in response may lie in the patient's own reaction to Silzone. Individuals more prone to thrombotic complications because of their own risk factors (as explained above) may form more thrombus in response to Silzone and hence more pannus when the thrombus becomes 'organised' into fibrous tissue. Also, it is well known that some individuals generate a more exuberant fibrous reaction to injury, thrombus and foreign material and are more prone to disease processes involving excess production of fibrous tissue, e.g. keloid, scleroderma, uterine fibroids, neurofibromas, etc. All of these conditions for example are more common in people of African origin. The possibility also remains that an allergic reaction in some patients accounts for differences in response to Silzone. Although patients with known silver allergy were apparently excluded from the AVERT study this may not have been the case in other patients.

The Silzone coating process involved two other metals apart from silver; titanium and palladium. True allergy to silver is thought to be quite rare, most cases of allergy to silver jewellery for example being due to nickel allergy. Titanium has been used for many years in prosthetic materials without problems, but allergy to palladium, which is closely related to nickel, has been increasingly recognised in recent years, most often in relation to dental implants. Most patients who are allergic to palladium are also allergic to nickel. However, skin-testing of Silzone patients in the CERFS revealed no instances of allergy to silver or palladium. It is doubtful therefore whether skin-testing would be useful as a screening test for patients at higher risk of complications.

Whatever the aetiology, pannus formation tends to be progressive so that, even if it is asymptomatic and not interfering with occluder movement when first detected, regular monitoring with transoesophageal echocardiography and cinefluoroscopy will be required to assess its progress. This is particularly the case for a bileaflet valve like the St Jude valve, in which pannus may initially interfere with only one leaflet, delaying the onset of symptoms. A series from Japan has highlighted this phenomenon, identifying significant leaflet restriction (opening angle ≥ 20°, equivalent to ≥ 10° loss of travel angle in each leaflet or asymmetric restriction adding up to ≥ 20° – see Fig. 5) on cinefluoroscopy in standard aortic St. Jude valves in 29.6% of asymptomatic patients.[32] Doppler-derived peak velocities and peak pressure gradients in some of these patients were significantly higher than in patients with normally functioning prostheses. Patients undergoing reoperation demonstrated pannus as the cause. More recently the same authors have reported an association between restricted leaflet movement and higher counts of high intensity transient signals (HITS) on transcranial Doppler, suggesting that HITS counts may be useful for monitoring purposes.[33] However, this remains to be confirmed in other studies before it could be recommended as a follow-up technique.

The St. Jude valve may be particularly prone to the problem of tissue ingrowth in the aortic position, because in this position the pivot guard projects into the left ventricle where it may come into contact with annular or ventricular tissue or indeed pledgets if supra-annular implantation has been used. Subannular pledgets have been identified as a predisposing factor for pannus leading to significant subvalvular stenosis with other types of prosthesis.[34] Interestingly, in the literature, average valve thrombosis rates for the standard St. Jude valve in the aortic position are higher than for the Carbomedics valve (a bileaflet valve without a projecting pivot guard), whereas in the mitral position (where the pivot guard projects freely into the left atrium without tissue contact), the standard St. Jude valve has, on average, lower valve thrombosis rates than Carbomedics.[20]

In the late review of Silzone valves implanted in Cardiff (see Appendix 1 and Table 7), asymmetric leaflet movement ($\geq 5^{\circ}$ loss of movement in at least one leaflet)was identified on cinefluoroscopy in 27.3% of aortic patients, a very similar percentage to the Japanese series referred to above, although they used a different definition (see above). Patients with this abnormality require particularly close follow-up (vide infra) and some may ultimately require re-operation, if leaflet restriction progresses.

4. **Paravalvular Leak**

A paravalvular leak occurs when part of the sewing ring of the prosthesis becomes detached from the patient's own tissues. Surgical factors which can contribute to paravalvular leak include incomplete decalcification of the annulus leaving a rough, irregular surface to which the sewing ring cannot conform and exposing the suture material to sharp edges of calcium which may erode the suture over time. Other surgical factors which can predispose to paravalvular leak are inaccurate suture placement, insufficiently tightened continuous sutures rather than interrupted sutures, supra-annular implantation rather than intra-annular implantation, and oversizing the prosthesis. Sewing ring factors which can contribute to paravalvular leak include the shape and stiffness of the fabric. Narrow stiff sewing rings are more likely to permit paravalvular leak than large softer sewing rings which can more easily conform to residual irregularities in the annulus.

In the case of the Silzone valve, the important additional factor is the silver coating of the sewing ring. Silver has been shown to be toxic to tissues and in particular inhibits the growth of fibroblasts[8-10] which are very important for the normal healing process of the sewing ring. Silver leaches out into the tissues of the annulus and induces an intense inflammatory reaction. St. Jude's own studies in a chronic sheep model showed a progressive increase in the silver content of annular tissues at least up to one year after implantation with no steady state reached (Appendix 3). Silver content of the annular tissues also varied considerably from one animal to another. If this variability also occurs