carried out on all patients who die with a Silzone valve in situ. Only then will the true incidence of complications become apparent, including that of tumour development.

## LONG-TERM INDEPENDENT DATA COLLECTION

According to St. Jude's own records, approximately 36,000 Silzone valves have been implanted worldwide, but the only database which has accrued data in more than small numbers of patients is the AVERT study and that is limited to only 403 Silzone patients, as enrolment was stopped in January 2000 when the Silzone valve was withdrawn from the market. Taking all Silzone publications into account, only about 2% of patients with Silzone valves have been studied and reported in the medical literature. There are several reasons why large scale independent data collection is necessary in patients with Silzone valves:

1. Correspondence between St. Jude employees and the AVERT investigators suggests that St. Jude Medical is far too closely involved with the AVERT study for it to be truly independent (Appendix 3).

2. There are concerns that many patients in the AVERT study have been lost to follow-up or have refused follow-up echocardiography. The methodology of data collection on thromboembolism was flawed, as detailed earlier in this report. Echocardiographic data are also incomplete, limited to TTE, limited to a single examination in most patients, and of poor quality in a high proportion of patients (Appendix 3).

3. Because of its relatively small numbers due to the study being terminated prematurely, and because so many events were removed from analysis following adjudication, the AVERT study almost certainly has insufficient statistical power to compare rates for many types of event between the Silzone valve and the standard St. Jude valve. This is particularly the case for thrombosis and thromboembolism in the mitral position where numbers of patients are too small to conclude, on conventional statistical grounds, that no difference exists between the two prostheses. Therefore, much larger numbers of patients are required to compare event rates between the two prostheses. Clearly, randomisation will now be impossible but it should be

possible to assemble a control group of matched standard St. Jude valve patients for comparison, matching by approximate date of operation, age, sex, risk factors, etc. Statistical advice will be necessary to determine the correct methodology and to identify the number of patients required for such a comparison.

4. A large database would enable much more accurate event rates to be calculated and hazard function curves to be created which would provide much needed guidance on which patients require increased surveillance and for how long it should be continued.

5. Stratification of patients according to their risk of particular complications would enable some patients to be reassured that their Silzone valve is no longer a threat to their well-being. On the other hand, for those patients identified as still at risk of various complications, better guidance for further management should emerge. Ultimately, both patients and the physicians caring for them should benefit enormously from the increased knowledge that a large database would provide.

6. Because there is no long-term study on the effects of implanted silver on human tissue available, a compelling need exists to document these effects, not only for the health and safety of Silzone patients, but to determine in general the toxic effects of long-term silver implantation in humans.

The organisation of a large independent database would inevitably be complex but is feasible and practical and not unprecedented in pharmaceutical trials. Having defined the number of patients required with statistical advice, participating centres would need to be recruited which were representative of the worldwide distribution of Silzone valves. Considerable staffing and resources would be required to collect the data, and data management and analysis would need to be centralised.

Data which would need to be collected include the following:

1. Basic patient demographics and the indication for the original Silzone valve implantation.

2. Operative data from the Silzone valve implantation, including surgical approach (full sternotomy, lateral thoracotomy, minimal access, port access, robotic, etc.), valve site, valve size, type of implantation (intra-annular or supra-annular), type of chordal preservation if performed (MVR only), suture technique and post-implantation echo data (with image quality assessment).

3. Baseline data on co-morbidities and risk factors to allow risk profiling, as discussed in the section of this report devoted to risk stratification for thromboembolism. In terms of blood tests, these should include those mentioned in Table 4. This would allow validation of the proposed risk scoring system.

4. All the complications normally reported after prosthetic heart valve replacement, i.e. valve thrombosis, thromboembolism, bleeding, excess pannus formation, paravalvular leak, endocarditis (both culture positive and culture negative) and excessive haemolysis.

5. Full drug history, including specific anticoagulant drug and specific antiplatelet drug (if used) and all cardiac-related medication. Although warfarin is the commonest drug used for oral anticoagulation with a 'medium' length of action, some countries use the long-acting phenprocoumon (e.g. Germany and Netherlands) whilst others use the short-acting acenocoumarol (e.g. France, Italy and Spain).

6. All INR values should be recorded during follow-up, together with the method used for monitoring (e.g. private physician, nurse practitioner, anticoagulation clinic, patient self-monitoring, etc.).

7. TTE, TEE and cinefluoroscopy findings at each examination should be documented.

8. For patients undergoing explantation of their Silzone valve, the reason for explantation and the operative details and findings should be recorded, particularly findings in relation to the sewing ring, for example, degree of tissue coverage and attachment, extent of pannus formation, extent of thrombus formation, and extent of paravalvular leak. The prosthesis should be photographed in situ and after explantation and retained for independent pathological examination and measurement of residual silver content. Any annular tissue removed as part of the normal debridement process prior to the implantation of another prosthesis should be retained for quantitative analysis of silver content.

9. Ideally, post-mortem examination should be mandatory in all patients who die with a Silzone valve still in situ. Relatives should certainly be advised to request it. This recommendation applies particularly to patients whose death is unexpected or unwitnessed, or who die from 'heart failure' without the benefit of prior investigation. Only then will the true incidence of Silzone-related complications be accurately documented. Post-mortem examination would also allow annular tissue samples to be taken for quantitative analysis of silver content and histological examination to detect early malignant change. In this way the long-term effects of silver on human tissue can be properly evaluated.

**PATIENT AND PHYSICIAN INFORMATION BOOKLETS**

In the AVERT study the incidence of all valve-related complications was 11.9%/year for AVR and 26.3%/year for MVR in Silzone valve patients, in comparison to 4.7%/year and 9.4%/year respectively in standard valve patients.[13] Based on these data, the Silzone prosthesis exposes patients to a higher risk of valve-related complications than the standard uncoated St. Jude valve. Patients with Silzone prostheses therefore not only need special follow-up arrangements as described in this report, but they also require detailed information about their specific risk of the various complications, how these should be monitored and what measures they can take themselves to reduce the risk of complications. These should include:

1. Advice on the importance of strict anticoagulation control. This should include education about anticoagulation, drug interactions and the advantages of self-management.

2. The avoidance of anticoagulation interruption except under controlled hospital conditions, as explained in this report.

3. The importance of diet, risk factor modification and a healthy lifestyle in reducing the impact of risk factors for thromboembolism.

4. The avoidance or reduction wherever possible of trigger factors for thromboembolism, e.g. the avoidance of dehydration and the prompt treatment of all infections.

5. Prophylactic measures to reduce the risk of endocarditis.

6. The significance of new symptoms and the importance of reporting these promptly.

All of this information could, and in my opinion should, be made available to patients in the form of a small booklet. A better understanding of possible complications and how to

prevent them by a combination of prophylactic measures and heightened monitoring should provide reassurance to patients rather than alarming them. A corresponding guide for physicians, necessarily more detailed and scientific, should also be made available to all physicians caring for Silzone patients, so that they are fully informed of the problems associated with the Silzone prosthesis and the additional measures necessary to reduce risks.

**CONCLUSION**

In the absence of sufficient good quality data to accurately define the long-term risk of the Silzone valve over and above that of the standard St. Jude valve, and given that approximately 36,000 patients received a prosthesis which, on currently available evidence, has already exposed them to a higher risk of complications, I have erred on the side of caution in making recommendations for more intensive follow-up and management. I believe that these patients who have received a defective prosthesis, now withdrawn from the market, deserve the best possible care in order to reduce the risk of valve thrombosis and thromboembolism and to detect, as early as possible, valve thrombosis, paravalvular leak, excess pannus formation and endocarditis before these complications lead to progressive deterioration with increased operative risk at re-operation or worse still to irreversible deterioration and death. For this reason, the recommendations are for much more intensive follow-up than the 'average' prosthetic valve patient with greater use of TEE and cinefluoroscopy and more intensive, risk-stratified antithrombotic management. I have also emphasised the need for large scale, accurate, independent data collection during long-term follow-up to guide future management.



Eric G. Butchart FRCS FETCS FESC
Consultant Cardiothoracic Surgeon

November 29, 2005

**REFERENCES**


1. Grunkemeier GL, Li HH, Naftel DC, Starr A, Rahimtoola SH. Long-term performance of heart valve prostheses. *Curr Probl Cardiol* 2000;**25**:73-156.

2. Office of Device Regulation. Replacement Heart Valve Guidance. US Department of Health and Human Services, Food and Drug Administration Center for Devices and Radiological Health, October 1994.

3. International Standard: Cardiovascular implants – cardiac valve prostheses. ISO 5840, 2005.

4. Edmunds LH Jr, Clark RE, Cohn LH, Grunkemeier GL, Miller DC, Weisel RD. Guidelines for reporting morbidity and mortality after cardiac valvular operations. *Ann Thorac Surg* 1996:**62**:932-5.

5. Grunkemeier GL, Wu YX. The Silzone effect: how to reconcile contradictory reports? *Eur J Cardiothorac Surg* 2004;**25**:371-5.

6. Tweden KS, Cameron JD, Razzouk AJ, Holmberg WR, Kelly SJ. Biocompatibility of silver-coated polyester for antimicrobial protection of prosthetic heart valves. *J Heart Valve Dis* 1997;**6**:553-61.

7. Schaff H, Carrel T, Steckelberg JM, Grunkemeier GL, Holubkov R. Artificial Valve Endocarditis Reduction Trial (AVERT): protocol of a multicenter randomized trial. *J Heart Valve Dis* 1999;**8**:131-9.

8. Ellender G, Ham KN. Connective tissue responses to some heavy metals. III Silver and dietary supplements of ascorbic acid. Histology and ultrastructure. *Br J Exp Path* 1989;**70**:21-39.

9. McCauley RL, Linares HA, Pelligrini V et al. In vitro toxicity of topical antimicrobial agents to human fibroblasts. *J Surg Res* 1989;**46**:267-74.

10. Hemmerlein JB, Trerotola SO, Kraus MA et al. In vitro cytotoxicity of silver-impregnated collagen cuffs designed to decrease infection in tunnelled catheters. *Radiology* 1997;**204**:363-7.

11. Kraft CN, Hansis M, Arens S et al. Striated muscle microvascular response to silver implants: a comparative in vivo study with titanium and stainless steel. *J Biomed Mater Res* 2000;**49**:192-9.

12. Garner M, Reglinski J, Smith EW, Stewart MJ. The interaction of colloidal metals with erythrocytes. *J Inorg Biochem* 1994;**56**:283-90.

13. Schaff HV, Carrel TP, Jamieson WRE et al. Paravalvular leak and other events in Silzone-coated mechanical heart valves: a report from AVERT. *Ann Thorac Surg* 2002;**73**:785-92.

14. Ionescu A, Payne N, Fraser AG, Giddings J, Grunkemeier GL, Butchart EG. Incidence of embolism and paravalvular leak after St. Jude Silzone valve implantation: experience from the Cardiff Embolic Risk Factor Study. *Heart* 2003;**89**: 1055-61.

15. Sawyer PN, Srinivsan S, Wesolowski SA et al. Development and in vivo evaluation of metals for heart valve prostheses. *Trans Am Soc Artif Intern Organs* 1967;**13**:124-30.

16. Lee ME, Murakami T, Stanczewski B et al. Etiology of thrombus formation on prosthetic metal heart valves. *J Thorac Cardiovasc Surg* 1972;**63**:809-19.

17. Baier RE, Dutton RC, Gott VL. Surface chemical features of blood vessel walls and of synthetic materials exhibiting thromboresistance. In Blank M (ed): Surface Chemistry of the Biological System. New York, Plenum Press. 1970; 236-60.

18. Acar J, Iung Boissel JP et al. AREVA: Multicenter randomized comparison of low-dose versus standard-dose anticoagulation in patients with mechanical prosthetic heart valves. *Circulation* 1996;**94**:2107-12.

19. Butchart EG, Nair R, Ionescu A et al. Risk scoring predicts patients at higher risk of thromboembolic complications after valve replacement. *J Heart Dis* 2005;**4**:138.

20. Grunkemeier GL, Wu YX. "Our complication rates are lower than theirs": statistical critique of heart valve comparisons. *J Thorac Cardiovasc Surg* 2003;**125**:290-300.

21. Edmunds LH Jr. Thrombotic and bleeding complications of prosthetic heart valves. *Ann Thorac Surg* 1987;**44**:430-45.

22. Bodnar E. A critical assessment of thrombosis and embolism reporting methods. In Butchart EG, Bodnar E (Eds). *Current Issues in Heart Valve Disease: Thrombosis, Embolism and Bleeding.* ICR Publishers, London, 1992;476-84.

23. Akins CW. Results with mechanical cardiac valvular prostheses. *Ann Thorac Surg* 1995;**60**:1836-44.

24. Engelberger L, Carrel T, Schaff HV, Kennard ED, Holubkov R. Differences in heart valve procedures between North American and European centers: a report from the Artificial Valve Endocarditis Reduction Trial (AVERT). *J Heart Valve Dis* 2001;**10**: 562-71.

25. Brutel de la Riviere A, Dossche KME, Birnbaum DE, Hacker R. First clinical experience with a mechanical valve with silver coating. *J Heart Valve Dis* 2000;**9**: 123-30.

26. Auer J, Berent R, Ng CK et al. Early investigation of silver-coated Silzone heart valves prosthesis [sic] in 126 patients. *J Heart Valve Dis* 2001;**10**:717-23.

27. Houël R, Kirsch M, Hillion ML, Loisance D. Silzone-coated St. Jude Medical Valve: a safe valve. *J Heart Valve Dis* 2001;**10**:724-7.

28. Stalenhoef JE, Mellema EC, Veeger NJGM, Ebels T. Thrombogenicity and reoperation of the St. Jude Medical Silzone valve: a comparison with the conventional St. Jude Medical valve. *J Heart Valve Dis* 2003;**12**:635-9.

29. Horstkotte D, Bergemann R. Thrombogenicity of the St. Jude Medical prosthesis with and without Silzone-coated sewing cuffs (letter to the Editor). *Ann Thorac Surg* 2001; **71**:1065.

30. Butchart EG, Ionescu A, Payne N, Giddings J, Grunkemeier GL, Fraser AG. A new scoring system to determine thromboembolic risk after heart valve replacement. *Circulation* 2003;**108**(Suppl.II):68-74.

31. Butany J, Scully HE, VanArsdell G, Leask R. Prosthetic heart valves with silver-coated sewing cuff fabric: early morphological features in two patients. *Can J Cardiol* 2002;**18**:733-8.

32. Aoyagi S, Nishimi M, Kawano H et al. Obstruction of St. Jude Medical valves in the aortic position: significance of a combination of cineradiography and echocardiography. *J Thorac Cardiovasc Surg* 2000;**120**:142-7.

33. Hiratsuka R, Fukunaga S, Tayama E et al. High-intensity transient signals due to prosthetic valve obstruction: diagnostic and therapeutic implications. *Ann Thorac Surg* 2004;**77**:1615-21.

34. Weinstein G, Franzone AJ, Stertzer SH, Walsh E. Subvalvular stenosis of aortic prostheses. *J Thorac Cardiovasc Surg* 1974;**68**:17-20.

35. Tozzi P, Al-Darweesh A, Vogt P, Stumpe F. Silver-coated prosthetic heart valve: a double-bladed weapon. *Eur J Cardiothorac Surg* 2001;**19**:729-31.

36. Davila-Roman VG, Waggoner AD, Kennard ED et al. Prevalence and severity of paravalvular regurgitation in the AVERT echocardiography study. *JACC* 2004;**44**: 1467-72.

37. Rallidis LS, Moyssakis IE, Ikonomidis I, Nihoyannopoulos P. Natural history of early aortic paraprosthetic regurgitation: a five year follow-up. *Am Heart J* 1999;**138**:351-7.

38. O'Rourke DJ, Palac RT, Malenka DJ et al. Outcome of mild periprosthetic regurgitation detected by intraoperative transoesophageal echocardiography. JACC 2001;**38**:163-6.

39. Movsowitz HD, Shah SI, Ioli A et al. Long-term follow-up of mitral paraprosthetic regurgitation by transesophageal echocardiography. *J Am Soc Echocardiogr* 1994;**7**: 488-92.

40. Ellender G, Ham KN. Silver wire implant of 40 years' duration: influence on local tissues. *J Oral Implantology* 1989;**15**:47-51.

41. Costerton JW, Cheng KJ, Geesey GG et al. Bacterial biofilms in nature and disease. *Ann Rev Microbiol* 1987;**41**:435-64.

42. Ikonomidis JS, Kratz JM, Crumbley AJ et al. Twenty year experience with St. Jude Medical mechanical valve prosthesis. *J Thorac Cardiovasc Surg* 2003;**126**:2022-31.

43. Butany JW, Leask R, Ivanow J, David TE. Silzone coated sewing rings increase risk of prosthetic valve dehiscence and pannus formation. Abstract presented at the Society for Heart Valve Disease. www.shvd.org/file/6822_1.htm

44. Cook G, Costerton JW, Darouiche RO. Direct confocal microscopy studies of the bacterial colonization in vitro of a silver-coated heart valve sewing cuff. *Antimicrobial Agents* 2000;**13**:169-73.

45. Schierholz JM, Wachol-Drewek Z, Lucas LJ, Pulverer G. Activity of silver ions in different media. *Zent Bakteriol* 1998;**287**:411-20.

46. Schierholz JM, Rump AFE, Pulverer G, Beuth J. Anti-infective catheters: novel strategies to prevent nosocomial infections in oncology. *Anticancer Research* 1998; **18**:3629-38.

47. Anderson JM, Schoen FJ. Interactions of blood with artificial surfaces. In Butchart EG, Bodnar (Eds). *Current Issues in Heart Valve Disease: Thrombosis, Embolism and Bleeding.* London, ICR Publishers, 1992;160-71

48. Hyde JAJ, Darouiche RO, Costerton JW. Strategies for prophylaxis against prosthetic valve endocarditis: a review article. *J Heart Valve Dis* 1998;**7**:316-26.

49. Steffensen IL, Mesna OJ, Andruchow E et al. Cytotoxicity and accumulation of Hg, Ag, Cd, Cu, Pb and Zn in human peripheral T and B lymphocytes and monocytes in vitro. *Gen Pharmacol* 1994;**25**:1621-33.

50. Seipelt RG, Vazquez-Jimenez JF, Seipelt IM et al. The St. Jude Silzone valve: midterm results in treatment of active endocarditis. *Ann Thorac Surg* 2001;**72**:758-63.

51. Oppenheimer BS, Oppenheimer ET, Danishefsky I, Stout AP. Carcinogenic effect of metals in rodents. *Cancer Res* 1956;**16**:439-41.

52. Furst A, Schlauder MC. Inactivity of two noble metals as carcinogens. *J Environ Pathol Toxicol* 1977;**1**:51-7.

53. Schmahl D, Steinhoff D. Versuche zur krebserzeugung mit kolloidalen silber- und goldlösungen an ratten. *Zeitschrift für Krebsforschung* 1960;**63**:586-91.

54. Grubitzsch H, Wollert HG, Eckel L. Sarcoma associated with silver coated mechanical heart valve prosthesis. *Ann Thorac Surg* 2001;**72**:1739-40.

55. ACC/AHA Task Force on Practice Guidelines. ACC/AHA Guidelines for the Management of Patients with Valvular Heart Disease. *JACC* 1998;**32**:1486-1588.

56. Butchart EG, Gohlke-Barwolf C, Antunes MJ et al. Recommendations for the management of patients after heart valve surgery. *Eur Heart J* 2005; **26**:2463-2471.

57. ACC/AHA Task Force on Practice Guidelines. ACC/AHA Guidelines for the clinical application of echocardiography. *Circulation* 1997;**95**:1686-1744.

58. Bach DS. Transesophageal echocardiographic (TEE) evaluation of prosthetic valves. *Cardiol Clin* 2000;**18**:751-71.

59. Daniel WG, Mugge A, Grote J et al. Comparison of transthoracic and transesophageal echocardiography for detection of abnormalities of prosthetic and bioprosthetic valves in the mitral and aortic positions. *Am J Cardiol* 1993;**71**:210-15

60. Daniel WG, Erbel R, Kasper W et al. Safety of transesophageal echocardiography: a multicenter survey of 10,419 examinations. *Circulation* 1991;**83**:817-21.

61. Montorsi P, De Bernardi F, Muratori M et al. Role of cine-fluoroscopy, transthoracic and transesophageal echocardiography in patients with suspected prosthetic heart valve thrombosis. *Am J Cardiol* 2000;**85**:58-64.

62. Goldberg L, Bortz P, Mekel J. Echocardiographic evaluation of bileaflet mechanical prosthetic valves. *Cardiovasc J S Africa* 2001;**12**:215-22.

63. Butchart EG. Thrombogenicity, thrombosis and embolism. In Butchart EG, Bodnar E (Eds): *Current Issues in Heart Valve Disease: Thrombosis, Embolism and Bleeding*. London, ICR Publishers, 1992;172-205.

64. Salem DN, Stein PD, Al-Ahmad A et al. Antithrombotic therapy in valvular heart disease – native and prosthetic. *Chest* 2004;**126**(Suppl.):457S-482S.

65. Butchart EG, Moreno de la Santa P, Rooney SJ, Lewis PA: The role of risk factors and trigger factors in cerebrovascular events after mitral valve replacement: implications for antithrombotic management. J Card Surg 1994;**9**(Suppl):228-236.

66. Butchart, EG: Fibrinogen and leukocyte activation - the keys to understanding prosthetic valve thrombosis? J. Heart Valve Dis 1997;**6**:9-16.

67. Palareti G, Leali N, Manotti C et al. Bleeding complications of oral anticoagulant treatment: an inception-cohort, prospective collaborative study (ISCOAT). *Lancet* 1996;**348**:423-8.

68. Taylor TN, Davis PH, Torner JC et al. Lifetime cost of stroke in the United States. *Stroke* 1996;**27**:1459-66.

69. Cannegieter SC, Rosendaal FR, Wintzen AR et al. Optimal oral anticoagulant therapy in patients with mechanical heart valves. *N Engl J Med* 1995;**333**:11-17.

70. Gadisseur AP, Breuking-Engbers WG, van der Meer FJ et al. Comparison of the quality of oral anticoagulant therapy through patient self-management of oral anticoagulation. *Arch Intern Med* 2003;**163**:2639-46.

71. Weitz JI, Hirsh J, Samama MM. New anticoagulant drugs. *Chest* 2004;**126**:265S-286S.

72. Barbetseas J, Nagueh SF, Pitsavos C et al. Differentiating thrombus from pannus formation in obstructed mechanical prosthetic valves: an evaluation of clinical, transthoracic an transesophageal echocardiographic parameters. *JACC* 1998;**32**: 1410-17.

73. Roudaut R, Lafitte S, Roudaut M et al. Fibrinolysis of mechanical heart valve thrombosis. *JACC* 2003;**41**:653-8.

74. Tong AT, Roudaut R, Ozkan M et al. Transoesophageal echocardiography improves risk assessment of thrombolysis of prosthetic valve thrombosis: results of the international PRO-TEE Registry. *JACC* 2004;**43**:77-84.

75. Ionescu A, Moreno de la Santa P, Butchart EG, Fraser AG. High inter-centre variability in reporting mobile echoes on prosthetic heart valves: urgent need for consensus. *Eur Heart J* 1997;**18**:137.

76. Task Force on Infective Endocarditis of the European Society of Cardiology. Guidelines on prevention, diagnosis and treatment of infective endocarditis. *Eur Heart J* 2004;**25**:267-76.

77. Dajani AS, Taubert KA, Wilson W et al. Prevention of bacterial endocarditis. Recommendations by the American Heart Association. *JAMA* 1997;**277**:1794-1801.

78. Jacob S, Tony AT. Role of echocardiography in the diagnosis and management of infective endocarditis. *Curr Opin Cardiol* 2002;**17**:478-85.

79. Durak DT, Lukes AS, Bright DK (Duke Endocarditis Service). New criteria for diagnosis of infective endocarditis: utilization of specific echocardiographic findings. *Am J Med* 1994;**96**:200-9.