## CURRENTLY AVAILABLE MECHANICAL VALVES

| | AVR | | | MVR | | |
|---|---|---|---|---|---|---|
| | lowest rate | highest rate | OPC | lowest rate | highest rate | OPC |
| valve thrombosis | 0.0 (0.0) | 0.5 (0.5) | 0.8 | 0.0 (0.0) | 0.51 (0.45) | 0.8 |
| thromboembolism | 0.0 (0.62) | 5.9 (4.48) | 3.0 | 0.21 (0.21) | 7.53 (7.15) | 3.0 |
| bleeding | 0.0 (0.21) | 7.58 (7.58) | 3.5 | 0.06 (0.17) | 9.25 (9.25) | 3.5 |
| paravalvular leak | 0.0 (0.0) | 2.75 (0.33) | 1.2 | 0.0 (0.0) | 2.08 (1.52) | 1.2 |
| endocarditis | 0.08 (0.08) | 1.26 (1.10) | 1.2 | 0.0 (0.0) | 1.06 (0.56) | 1.2 |

OPC = objective performance criteria

Numbers in brackets represent event rates for SJM standard valves

Data from Grunkemeier et al. Curr. Probl Cardiol 2000; 25: 73-156

# TABLE 2

## REPORTED LINEARISED LATE EVENT RATES (%/YR) OF ST. JUDE SILZONE VALVES AVR

| | OPC | STANDARD SJM | | SILZONE | | | |
|---|---|---|---|---|---|---|---|
| | | Literature average | AVERT | AVERT | TAS | CERFS | CLR |
| Valve thrombosis | 0.8 | 0.15 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 (0.36) |
| All TE | 3.0 | 1.58 | 1.4 | 2.6 | 2.09 | 3.9 | 4.67 |
| Stroke | | | 0.0 | 0.4 | | 0.0 | 1.44 |
| TEB | | 3.05 | 2.8 | 6.5 | 5.75 | 8.8 | 6.11 |
| Endocarditis | 1.2 | 0.40 | 1.0 | 1.9 | 0.52 | 0.0 | 0.0 |
| Major PVL | 1.2 | 0.17 | 0.0 | 3.5 | 0.52 | 1.0 | 0.36 |
| All events | | 3.62 | 4.7 | 11.9 | 6.79 | 8.8 | 6.47 |

TAS = Top Account Study, CERFS = Cardiff Embolic Risk Factor Study, CLR = Cardiff Late Review, OPC = Objective Performance Criterion, AVR = aortic valve replacement, TE = thromboembolism, TEB = thrombosis, embolism and major bleeding combined event rate (TEB is thought to provide a better index of thrombogenicity as it takes into account the effect of higher anticoagulation intensity used to lower thrombosis and TE rates). The figures in brackets in the CLR column (0.36) represents the incidence of sewing ring thrombus on TEE.

## TABLE 3

## REPORTED LINEARISED LATE EVENT RATES (%/yr) OF ST. JUDE SILZONE VALVES
## MVR AND DVR

| | OPC | STANDARD SJM | | SILZONE | | | |
|---|---|---|---|---|---|---|---|
| | | Literature average | AVERT | AVERT | TAS | CERFS | CLR |
| Valve thrombosis (MVR) | 0.8 | 0.17 | 0.0 | 1.0 | 2.37 | 4.18 | 1.55(4.66) |
| Valve thrombosis (DVR) | 0.8 | | 0.0 | 5.3 | | | |
| All TE (MVR) | 3.0 | 2.45 | 3.8 | 9.0 | 6.51 | 12.6 | 10.88 |
| All TE (DVR) | 3.0 | | 3.3 | 7.9 | | | |
| Stroke (MVR) | | | 0.8 | 3.0 | | 10.5 | 7.77 |
| Stroke DVR) | | | 0.0 | 2.7 | | | |
| TEB (MVR) | | 3.88 | 4.6 | 16.0 | 11.84 | 18.88 | 14.69 |
| TEB (DVR) | | | 3.3 | 21.1 | | | |
| Endocarditis (MVR) | 1.2 | 0.22 | 3.3 | 3.3 | 0.59 | 2.1 | 0.78 |
| Endocarditis (DVR) | 1.2 | | 0.0 | 0.0 | | | |
| Major PVL (MVR) | 1.2 | 0.33 | 1.5 | 7.0 | 1.78 | 0.0 | 0.78 |
| Major PVL (DVR) | 1.2 | | 0.0 | 5.3 | | | |

TAS = Top Account Study, CERFS = Cardiff Embolic Risk Factor Study, CLR = Cardiff Late Review, OPC = Objective Performance Criterion, MVR = mitral valve replacement, DVR = double valve replacement, TE = thromboembolism, TEB = thrombosis, embolism and major bleeding combined event rate (TEB is thought to provide a better index of thrombogenicity as it takes into account the effect of higher anticoagulation intensity used to lower thrombosis and TE rates). The figure in brackets in the CLR column (4.66) represents the incidence of sewing ring thrombus on TEE

# TABLE 4

## RISK FACTORS INCREASING THE RISK OF THROMBOEMBOLISM

### CLINICAL

**Previous TE event**

**Systemic hypertension**

**Diabetes**

**Concomitant CABG**

**Previous cancer history**

**Previous mitral valvotomy**

**Postoperative infection**

## LABORATORY

**Chronic Chlamydia pneumoniae infection**

**Increased mean platelet volume**

**Raised eosinophil count**

**Factor VII 'resistance' to warfarin**

**Raised fibrinogen**

**Raised reticulocyte count**

**The greater the number of risk factors, the larger the risk**

**From Butchart et al, Circulation 2003; 108: (Suppl II): 68-74**

# TABLE 5

## RISK FACTOR MODIFICATION TO REDUCE THROMBOEMBOLIC RISK

| | MODIFIABLE RISK FACTORS | ACTION REQUIRED |
|---|---|---|
| CERFS | Systemic hypertension | Good blood pressure control |
| | Diabetes | Good diabetic control |
| | Chronic Chlamydial infection | Antibiotic treatment |
| | Increased mean platelet volume | Consider antiplatelet drug |
| | Raised eosinophil count | Investigate and treat cause e.g. allergic conditions, parasites, suspected malignant disease |
| | Factor VII 'resistance' to warfarin | Monitor Factor VII level in addition to INR to optimise warfarin dose |
| | | Reduce fat intake / statin therapy |
| | Raised fibrinogen | Investigate and treat cause, e.g. chronic infection, chronic inflammation, dental disease |
| | Raised reticulocyte count | Investigate cause of increased haemolysis (including TEE) and treat cause |
| OTHER STUDIES | Atrial fibrillation | Conversion to sinus rhythm pharmacologically or electrically |
| | Cigarette smoking | Stop smoking |
| | Poor left ventricular function/ NYHA class IV / heart failure | Optimise drug treatment including ACE-inhibitors |
| | Hypercholesterolaemia* | Statin therapy – anti-inflammatory and anti-thrombotic effects beneficial also |
| | Obesity* | Reduce weight. Increase exercise |
| | Pulmonary infection * ‡ (as an acute trigger factor) | Treat pulmonary infections promptly and vigorously |

* identified as risk factors for stroke in general, through prothrombotic and/or atherogenic mechanisms

‡ indirect evidence in prosthetic heart valve patients also

# TABLE 6A

## CAUSES OF DEATH IN PATIENTS WITH SILZONE VALVES

### AVR - 9/50 deaths. Late death rate 2.5%/yr

| Patient & FU yrs. | Risk Score | PM | Non-valve-related death | Probable valve-related death | Definite valve-related death |
|---|---|---|---|---|---|
| JS 0.0 | – | YES | Low CO | | |
| IE 0.0 | – | YES | GI bleed | | |
| GH 0.08 | – | NO | | | |
| GD 0.25 | – | | | | |
| VM 1.58 | 2 | NO | | Rapid onset CHF. AVgr 30 with EF 20%. Very suspicious of prosthetic obstruction | |
| SF 1.83 | 5 | NO | GI bleed | [but also in CHF ? cause] | |
| DT 2.67 | 2 | NO | | Mod AR + AVgr 53 ? thrombosis ? pannus † CHF and MOF | |
| KD 4.67 | – | YES | Traumatic ICH | | |
| WJ 4.83 | 3 | NO | | severe CHF due to PVL – also had ca prostate | |

PM = post-mortem examination, CO = cardiac output, CHF = congestive heart failure, AVgr – aortic valve gradient, MOF = multiorgan failure, PVL = paravalvular leak, PVD = peripheral vascular disease

## TABLE 6B

## CAUSES OF DEATH IN PATIENTS WITH SILZONE VALVES

**MVR - 8/24 deaths. Late death rate 5.6%/yr**

| Patient & FU yrs. | Risk Score | PM | Non-valve-related death | Probable valve-related death | Definite valve-related death |
|---|---|---|---|---|---|
| EN 0.0 | – | NO | Low CO | | |
| ALJ 0.0 | – | YES | Low CO | | |
| CE 0.0 | 4 | NO | Ischaemic leg due to PVD | | |
| VD 0.08 | 3 | NO | | | |
| RE 0.33 | 3 | NO | | CHF, never investigated | |
| MO 0.5 | 4 | NO | | | Valve thrombosis + PVE + Low CO following re-operation |
| AB 4.5 | 2 | NO | | | |
| OW 6.17 | 4 | NO | | Stroke, following period of anticoagulation interruption | |

# TABLE 6C

## CAUSES OF DEATH IN PATIENTS WITH SILZONE VALVES

**DVR - 3/9 deaths. Late death rate 5.0%/yr**

| Patient 7 FU yrs. | Risk Score | PM | Non-valve-related death | Probable valve-related death | Definite valve-related death |
|---|---|---|---|---|---|
| KJ 0.0 | – | YES | Low CO | | |
| ED 1.0 | 4 | NO | | | |
| ME 2.08 | | | | | |

# TABLE 7

## ECHOCARDIOGRAPHIC AND CINEFLUOROSCOPIC FINDINGS in patients attending for the Cardiff 'late review'

| | AVR n = 33 | MVR n = 13 | DVR n = 6 |
|---|---|---|---|
| Thrombus on sewing ring | 3.0% | 30.8% | 0.0% |
| Asymmetric / restricted leaflet movement * | 27.3% | 0.0% | 16.7% (AVR only) |
| Minor PVL | 9.1% | 0.0% | 0.0% |

* $\geq$ 5° loss of travel angle in one or both leaflets

**Mitral patients with sewing ring thrombus detected on TEE were all asymptomatic at the time of late review in 2004, although one patient had multiple small cerebral infarcts on CT scan and subsequently had his prosthesis explanted after suffering a major stroke, and another subsequently developed TIAs and then suffered a stroke (see Appendix 1).**

**The high incidence of abnormal leaflet movement among aortic patients may be simply indicative of a wider problem with all St. Jude valves in the aortic position. See text for further discussion.**

## TABLE 8

### RELATION OF RISK SCORE TO TE EVENTS AND ABNORMAL ECHOCARDIOGRAPHIC AND CINEFLUOROSCOPIC FINDINGS

### (CERFS SILZONE PATIENTS ONLY)

| RISK SCORE | NO. OF PATIENTS | NO. OF PATIENTS WITH ANY TE EVENT AND/OR SEWING RING THROMBUS AND/OR ASYMMETRIC LEAFLET MOTION | PERCENTAGE | 5-YEAR FREEDOM FROM MAJOR TE |
|---|---|---|---|---|
| 0 | 5 | 1 | 20% | 100% |
| 1 | 9 | 2 | 22% | 86% |
| 2 | 9 | 4 | 44% | 78% |
| 3 | 15 | 6 | 40% | 83% |
| 4 | 8 | 6 | 75% | 71% |
| 5 | 5 | 5 | 100% | 40% |
| | | | | * |

* Logrank $p < 0.05$

## APPENDIX 1

Between September 1997 and October 1998, 83 patients received one or more Silzone valves at the University Hospital of Wales, Cardiff (50 AVR, 24 MVR, 9 DVR). Of these 83 patients, 51 agreed to participate in a research study, the Cardiff Embolic Risk Factor Study (CERFS) which had also recruited patients with other types of prosthetic valve. Other prosthetic valves included in the CERFS were standard St. Jude, Medtronic Hall, Ultracor and Carpentier Edwards Perimount.

Rather than comparing one prosthesis with another, the primary aim of the CERFS was to identify patient characteristics at the time of surgery which would predict thromboembolism during long-term follow-up. Over 300 variables were recorded for each patient including clinical risk factors, echocardiographic measurements, transcranial Doppler, and a large number of blood tests (haematology, biochemistry and microbiology), many not performed on a routine basis.

Analysis of this large database revealed that certain risk factors were indeed predictive of later thromboembolic events (Table 4) and that these risk factors were additive in their effect, enabling a risk scoring system to be developed. The greater the number of risk factors in any given patient, the higher the risk of suffering an event during follow-up (see fig. 4). The results of this analysis were published in Circulation in 2003.[26]

The risk scoring system was predictive of future events whether applied to all patients in the database, Silzone patients only or non-Silzone patients only. However, it was clear that patients with Silzone valves were at higher risk than the other patients and, on multivariate analysis, the presence of a Silzone valve in the mitral position was the strongest predictor of thromboembolism, ahead of other risk factors in the scoring system. This prompted the publication of a comparison between the Silzone valve and the standard St. Jude valve.[14]

All patients in the CERFS, including the Silzone patients, received more detailed follow-up in the first year after surgery with additional blood tests, echocardiography and transcranial Doppler. Patients with Silzone valves who had not agreed to participate in the CERFS received routine follow-up.

In view of on-going concern about the long-term safety of the Silzone valve, it was considered prudent to recall all living patients with Silzone valves for clinical, echocardiographic (TTE and TEE) and cinefluoroscopic assessment. Of the original 83 patients (i.e. participants and non-participants in the CERFS), 20 had died (6 in the early postoperative period and 14 late deaths), 2 had received Medtronic Hall valves following explantation of their Silzone valves, 4 patients could not be contacted, 4 declined follow-up (but provided information over the telephone) and one 84-year-old lady was suffering from dementia in a nursing home. The remaining 52 patients attended for detailed assessment between July and November 2004 (the majority in July and August). Echocardiographic studies were carried out by an experienced senior cardiologist with extensive experience in echocardiographic evaluation of prosthetic heart valves, Dr. Alan G Fraser, currently the President of the European Association of Echocardiography.

Longest follow-up (FU) was 6.8 years and a total of 407.33 FU years were available for analysis (AVR 278.67 FU years, MVR 88.59 FU years, DVR 40.07 FU years), including follow-up years contributed by deceased patients prior to their death. Event rates are included in Tables 2 and 3 in the column CLR (Cardiff Late Review) to facilitate comparison with the literature and other studies. MVR and DVR were amalgamated for event calculations in view of the relatively small number of FU years in each.

The University Hospital of Wales (UHW) medical records of all 20 patients who had died were reviewed. However, many patients died at other hospitals or at home. The causes of death, where known, are summarised in Tables 6A, 6B and 6C. Late death rates are included for each valve position. The late death rates in MVR and DVR are similar to those reported in the AVERT study, rather higher than rates for the standard valve. Among the AVR deaths, 4 of 7 late deaths were probably valve-related but the patients died in other hospitals or other departments of UHW and no autopsies were performed. At the time of writing, information on 5 late deaths is incomplete due to deaths at home or to missing records from other hospitals still being sought.

Abnormal echocardiographic and/or cinefluoroscopic findings revealed by the recall of the Silzone patients are summarised in Table 7. It is important to stress that the sewing

ring thrombus identified on mitral Silzone prostheses was only evident on TEE in 3 out of 4 patients.

Only patients who had been participants in the CERFS had calculated risk scores. These were correlated with events and abnormal findings and the results are shown in Table 8 and graphically in Figs. 2 and 3.

Since the late review was carried out, patients with identified abnormalities on TEE or cinefluoroscopy have been followed up more closely with repeat examinations and closer anticoagulation supervision.

Of the 4 patients with sewing ring thrombus, two have had progression of the thrombosis and a third has suffered a TIA and a stroke.

1) One patient, a retired physician, had suffered two probable TIAs in 2002 and CT scan of the brain in 2005 showed multiple cerebral infarcts (Fig. 10).



*Fig. 10.* CT scan of brain with arrows showing the sites of three of the larger cerebral infarcts. Note that these images need to be printed at high resolution or viewed on-screen in order to see the areas of infarction clearly.

He had his thrombus treated initially with higher intensity anticoagulation and subsequently intravenous hirudin (an antithrombin), with incomplete resolution. He was reluctant to undergo reoperation and was discharged on higher intensity anticoagulation. Unfortunately he subsequently developed two subdural haematomas within a month of each other (both evacuated at another hospital) and then suffered a large ischaemic stroke. His

thrombosed prostheses was explanted at that hospital and the operative photographs (Fig. 11) demonstrate a combination of pannus and thrombus on the prosthesis. The surgeon commented that the prosthesis was exceptionally easy to remove as the sewing ring had no firm attachment to the annulus, being held in place largely by the pannus overgrowth from the left atrial wall. The patient has spent 7 months in hospital and has been left profoundly disabled by a dense hemiplegia and grossly impaired vision.



*Fig. 11.* The left-hand photograph shows the prosthesis being explanted. The overgrowth of pannus from the left atrial wall (which has been incised) can be clearly seen, together with fresh pink thrombus around the margins of the mechanism. The right-hand photograph shows the explanted valve. The arrow points to an area of the silver-coated sewing ring which is still exposed to the bloodstream, where it has been the site of repeated thrombus formation.

2) The second patient had an apparent initial response to higher intensity anticoagulation with no obvious thrombus seen on TEE in December 2004. She has remained asymptomatic, but recently her husband has noticed that the valve sounds are less crisp and repeat TEE has shown recurrence of thrombus, on this occasion larger and more mobile than before. She is scheduled for reoperation and explantation of the Silzone prosthesis.

3) The third patient suffered a transient neurological event and transient visual loss in December 2004 and a stroke in August 2005. A CT scan at another hospital showed three cerebral infarcts. Repeat TEE has shown suspicion of thrombus at one hinge point of the mitral prosthesis and thrombus in the left atrial appendage. Anticoagulation intensity has been increased. She

remains under close observation and may need reoperation, but she is elderly and frail and reoperation would carry a high risk.

4) The fourth patient remains asymptomatic with no definite thrombus on recent repeat TEE, although leaflet motion looks abnormal with leaflets opening in two phases, full leaflet opening occurring only during the boost of atrial systole, suggesting the possibility of impingement on thrombus or pannus. She also remains under close observation.

APPENDIX 2




N.B. It should be emphasised that participation in the protocols is entirely voluntary and that the claimant can exit the protocol at any stage if he/she wishes


PROTOCOL A
claimant wishes to have further investigation
claimant does not wish further investigation
EXIT AND RETURN TO ROUTINE FOLLOW-UP
clinical history/exam and blood tests from protocol A1 to determine risk score
risk score 0 or 1 and claimant does not wish to proceed
risk score 0 or 1 and no echo studies performed since operation
risk score ≥ 2
TTE/TEE + cinefluoroscopy
unless already performed since operation with negative findings
TTE/TEE mainly to exclude PVL
NO THROMBUS NO PVL
NORMAL FINDINGS
RESTRICTED LEAFLET MOVEMENT
THROMBUS ON PROSTHESIS
PVL
protocol G
protocol D
protocol E
protocol F

# PROTOCOL $A_1$

## DETERMINATION OF RISK SCORE

| Risk Score | Score |
|---|---|
| MVR or DVR | 1 |
| Atrial fibrillation | 2 |
| Left ventricular ejection fraction < 25% and / or NYHA class IV / heart failure | 2 |
| Previous TE event | 2 |
| Diabetes | 2 |
| Previous cancer history | 2 |
| Previous closed mitral valvotomy | 2 |
| Chronic Chlamydia pneumoniae infection | 2 |
| Factor VII 'resistance' to warfarin (insufficient fall in Factor VII despite therapeutic INR) * | 2 |
| Concomitant CABG | 1 |
| Persistent cigarette smoking | 1 |
| Systemic hypertension (uncontrolled) | 1 |
| Increased mean platelet volume * | 1 |
| Raised fibrinogen level * | 1 |
| Raised eosinophil count * | 1 |
| Raised reticulocyte count * | 1 |

SCORE IS DETERMINED BY ADDING POSITIVE FACTORS

* upper limit of normal defined by local laboratory


PROTOCOL B
claimant has suffered one or more events suspicious of TE
claimant has developed new cognitive dysfunction since recovery from operation
TTE/TEE + cinefluoroscopy
CT or MRI scan of brain and neurological opinion
NORMAL FINDINGS
RESTRICTED LEAFLET MOVEMENT
THROMBUS ON PROSTHESIS
MULTIPLE SMALL CEREBRAL INFARCTS
Determine Risk Score (see Protocol A) and treat modifiable risk factors
YES but normal prosthetic findings
NO
protocol E
protocol F
no other reason for enhanced follow-up
investigate for non-prosthetic sources of embolism
EXIT AND RETURN TO ROUTINE FOLLOW-UP
negative
positive
protocol D
treat source


PROTOCOL C
claimant has failed to improve since operation or has developed new symptoms suggestive of prosthesis malfunction
TTE/TEE + cinefluoroscopy
NORMAL FINDINGS FOR PROSTHESIS
RESTRICTED LEAFLET MOVEMENT
THROMBUS ON PROSTHESIS
PVL
protocol E
protocol F
protocol G
investigate other causes of symptoms
treat appropriately
risk score 0 or 1 no H/O embolism
also H/O embolism
risk score ≥ 2
EXIT AND RETURN TO ROUTINE FOLLOW-UP
protocol B
protocol D




* N.B. antiplatelet drugs increase the risk of bleeding


PROTOCOL E
N.B. Restricted leaflet movement may be due to a small thrombus rather than pannus
restricted movement progressing on serial cinefluoroscopy despite optimization of anticoagulation
Evidence of significant restricted leaflet movement
Associated symptoms, e.g. incr. SOB TE event(s)
TEE evidence of thrombus or pannus
NO
YES
YES
NO
E1
Doppler evidence of high gradient / reduced valve area
YES
NO
E1
CONSIDER SURGERY DEPENDING ON EXTENT OF OBSTRUCTION
optimization of anticoagulation (see protocol D)
re-assess in one month and every 6 months if no progression or movement normalizes
moderate/severe
mild/moderate
surgery advisable depending on patient co-morbidities




* N.B. risk of embolism and bleeding ‡ or CT/MRI evidence of cerebral infarction


PROTOCOL G
PVL on TTE/TEE
claimant is asymptomatic, PVL is minor and there is no haemolytic anaemia
PVL is small but claimant has haemolytic anaemia not responding to medical Rx
PVL is haemodynamically significant and claimant is symptomatic
annual FBC and TTE/TEE for 2 years
PVL progresses and becomes symptomatic or causes haemolytic anaemia not responding to medical Rx
CONSIDER SURGERY
PVL remains unchanged and there is no haemolytic anaemia
EXIT AND RETURN TO ROUTINE FOLLOW-UP

**APPENDIX 3**

The following unpublished documents have been supplied to me in confidence by Messrs. Levy, Angstreich, Finney, Baldante and Coren, PC in the USA and Messrs. Lerner in Canada, to facilitate the preparation of my report.

1. Declaration of Dr. Suzanne Parisian, dated May 2003, concerning the antimicrobial testing carried out by St. Jude Medical (SJM), the results of Dr. Goodman's studies on the potential thrombogenicity of Silzone, and data from Field Experience Reports.

2. Field Experience Reports submitted to SJM, reporting complications of the Silzone prosthesis.

3. The unpublished paper of Steven Goodman et al entitled "*Platelet interaction with silver treated sewing cuff fabric of mechanical heart valves: potential effects on tissue ingrowth and healing".*

4. The results of SJM's 'Top Accounts Study'.

5. e-mail from Lisa Kennard to Richard Holubkov attaching Kaplan-Meier analyses, January 16, 2001.

6. Subanalysis of thromboembolism in the AVERT study by Holubkov et al, submitted to an American Heart Association meeting as an abstract, and a further more detailed (unpublished) paper entitled "*Silzone valves are not associated with elevated rates of thromboembolism*".

7. Presentations given at the AVERT investigators meeting in January 2003.

8. AVERT adjudication data.

9. The analysis of explanted Silzone valves performed by Dr. Gregory Wilson.

10. Declaration of Dr. Gregory Wilson dated May 2003, concerning SJM's sheep experiments.

11. Declaration of Kevin Healy, PhD, dated May 2003, concerning issues of silver toxicity and the variability of leaching of silver from the Silzone coating.

12. Various relevant e-mail correspondence between SJM employees with regard to Silzone complications.

13. Various relevant e-mail correspondence between SJM employees and AVERT investigators.

14. Presentations given at the AVERT co-ordinators' meeting, January 2005, identifying missing follow-up data.