# Exhibit 3

**Review of Pre-clinical Data from St Jude's Product Dossier relating to Assessment of Biological Safety of the Silzone Coating.**

This review is based on the opinions of MDA toxicologists and an independent toxicology expert contracted by MDA to examine relevant aspects of the product dossier. It summarises the views of an MDA toxicologist in the light of St Jude's response to the independent toxicology report commissioned by MDA.

1. Pre-clinical animal studies:
Short Term (5 week) and Long-term (10 week) Sheep Studies

St Jude conclude that that animal tests carried out in line with accepted ISO standards (ISO 5840) and FDA guidance provided substantial evidence that the valve was safe when used as intended. Although valuable data on certain aspects of biological performance can be obtained from such tests, the primary aim of testing under ISO 5840 (see Annex A of the standard) is the evaluation of performance characteristics in the short term and not to investigate toxicity.

The short term mitral valve study in 4 sheep assessed tissue response in comparison with uncoated cuffs. While the degree of foreign body giant cell and fibrous tissue in-growth were similar with control and coated material at 5 weeks, there were changes in the nature of the pannus formed, suggesting greater maturity on coated material. Pannus on coated samples was characterised by more regularly orientated fibroblasts forming a lamellar pattern. The long-term mitral study, in 6 sheep (3 controls) over 10 weeks revealed similar findings, with slightly thinner formation in coated cuffs, characterised by a thin, highly organised, non-vascularised lamellar pattern. Overgrowth was seen with one coated cuff.

Although these limited studies provided some reassurance that tissue response was acceptable, there is insufficient data to conclude that the response was similar for the control and coated material, and little significance was attached to the differences noted in pannus formation. The limitations of this sort of study,.as acknowledged in ISO 5840, preclude the conclusion that the studies provide "substantial evidence that the Silzone valve is safe when used as intended". The work could be used as part of a justification for moving on to a clinical evaluation but, because of the difficulties in extrapolating from the sheep model, it does not provide evidence for long-term safety or performance in man. In particular, there is no guarantee that thromboembolic complications would be evident from the sheep model or would be picked up by histology at the intervals investigated, which were typically shorter than the implant duration associated with the reported embolic complications (up to 3 months).

In summary, these tests are not considered an adequate basis for the conclusion reached by St Jude. A more realistic conclusion would be that they provide evidence of acceptable short term performance in a widely accepted animal model.

2. Systemic toxicity

The conclusion reached in the 52 week sheep Study (Ogle et al[1]) on *blood* silver levels is clearly valid, but it is important to note that the concentration of elemental silver *in heart tissue* increased throughout the implantation period (see Figure 1, below), and a steady state was not reached. The silver concentration reached (0.06mg/g, as elemental silver) needs to be considered in relation to the concentration range considered to be bactericidal, as toxic effects have been associated with bactericidal silver ion concentrations (Hemmerlein[2] et al).

The conclusions on the mechanism of action, metabolism, toxicity and elimination, make no mention of speciation, which is critical to any correlation between antimicrobial activity and toxicity. Although the mechanism of the antibacterial action of silver is not clear, the general view is that ionic species are responsible for activity. Williams[3] et al noted that silver ions were the important factor with silver sulfadiazine, where DNA binding had a role. With other silver compounds, respiratory inhibition by silver ions may be important (Bragg, cited by Williams). Bacteriostatic or bactericidal properties of silver-nylon cloth or femoral pins are related to the concentration of silver ions (Deitch; Colmano; Becker; Webster; Spadero; Tsai; Chu; Falone; all cited by Williams).

The information provided supports the conclusion that systemic toxicity is unlikely to be a problem, but the main concern is over the potential for local effects. Good information is lacking on:

- the local effects of silver (elemental or ionic) on tissue,
- its concentration in cells growing in proximity to the implant,
- its effect on bacterial growth in patients, and
- its effect on blood clotting in patients.

Such information is essential for predicting activity and toxicity.

3. Coagulation cascade, clot formation and thrombus

Inter-species differences make extrapolation of conclusions about coagulation from sheep to man problematic, and study design is critical to the ability of any animal study to be predictive of such effects. From the information provided by St Jude, it is not possible to conclude that the lack of observed incidents of thrombus or clot formation in animal work is indicative of a suitable response in man.

The findings of the 5 month sheep study comparing performance of 3 biological valves are cited as evidence of a desired local response. The findings quoted relate to inflammatory reactions in sheep, which indicated a similar degree of fibroblast in-growth in Silzone coated and uncoated cuffs. Coagulatory effects and the possibility of later embolic events are not addressed.

These studies provide a basic level of reassurance over *in vivo* performance, that might be appropriate as a basis for a decision to move on to a more comprehensive (clinical) evaluation of thrombogenicity.

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

## 4. Summary

The biological activity of Silver is poorly characterised and it is not possible reliably to predict the effects in man of the presence of silver in the vicinity of a healing response. Specifically:

- the lack of characterisation of local silver levels and speciation do not permit an adequate assessment of local toxicity;
- an evaluation of effects on cell growth and function, in response to the anticipated silver exposure, is lacking;
- the data do not provide adequate assurance on the question of the effects of silver on clot and thrombus formation;
- there are inadequate data on long term histology upon which to base an assessment of basic tissue response.

It is recognised that difficulties in extrapolation from animal models to man limit the ability to predict tissue responses in humans from experimental data, and that some aspects of performance and safety can only be assessed during clinical use. However these fundamental aspects of the biological response to silver should have been clarified by pre-clinical testing before any human implantation. Additionally, a clinical investigation, capable of assessing these aspects of the biological response should have been carried out before marketing of the valve.

Figure 1:




**Figure 1 : Periprosthetic tissue silver concentration (data from Ogle *et al*)**

References:

1 – "Systemic Silver Evaluation: A Study of Silzone Heart Valve"; Mathew F Ogle, J Douglas Cameron, Richard W Bianco et al,

2 – "In Vitro Cytotoxicity of Silver-impregnated Collagen Cuffs Designed to Decrease Infection in Tunneled Catheters"; Jeffrey B Hemmerlein, MD, Scott O Trerotola,MD, et al. Radiology 1997 204:363-367.

3 – "The Biocompatibility of Silver"; Rachel, L Williams, Patrick J Doherty et al. Critical Reviews in Biocompatibility Volume 5 Issue 3 (1989).

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER