# Exhibit 4

Toxicological Asessment
June 1999

**St Jude Medical ® Mechanical Heart Valve SJM ® Masters Series with Silzone ™ Coating**

We have examined the dossier and attachments and some of the scientific literature available concerning the product. Some data relevant to toxicological asessment are missing, in particular :-

1) there is no estimate of the total amount of silver on each valve cuff ,ie the "dose" .

2) the data on sheep with implanted valves quotes silver levels with the same figures , sometimas as blood levels and sometimes as plasma levels. Since 90% of the silver in blood is bound to red cells . the difference is crucial. both figures cannot be true.

3) it is not clear how the fabric is coated after assembly. Is each thread coated on one side only , by the beam , or is there some way of coating all round the fabric without 'blind ' spots. If there are areas of fabric that are not coated , then how does cell growth in vitro or in implants in vivo , respond to this margin ? Do cells look the same , in the coated and the uncoated areas?. A diagram would be helpful.

4) leachability studies into calf serum were of interest, but not a realistic answer to the question of how much silver would be systemically available. in that silver is mainly bound to red cells. and might well be affected by cellular action at the surface after implanting.

However , on balance ,the dossier gives reassuring data.and with some additional information should become satisfactory regarding the question of systemic silver toxicity following valve implant.

However, the local effects of the silver on cells growing in proximity to the implant, on bacterial growth in patients , and on blood clotting in patients are much more uncertain.

The dossiers supplied describe the manufacturing process, physico-chemical properties, biological effects and clinical efficacy of heart valves and other implants coated with a thin film of silver. The purpose of the <1 micron thick ( 0.4u nominal)silver coating on the sewing cuff of the SJM heart valve is to reduce bacterial colonisation of the implant and hence the incidence and morbidity associated with Prosthetic Valve Endocarditis. The propensity, of coating the Dacron felt sewing cuff with silver, to reduce bacterial colonisation is convincingly demonstrated by *in vitro* microbiological assays. Accordingly the Silzone™ coated heart valve is considered to be a combination device in which the silver coating of the sewing cuff acts adjunctively to assist the valve's function. Thus the toxicity of silver and the biological effects, local and distant , of the silver coated sewing cuff ,require separate consideration.

**Silver toxicity:** The toxicity of silver is well documented due to its widespread and long term industrial use and hence detailed occupational exposure in man. In brief, the lowest level of human toxicity to silver is reported to occur when the whole blood silver concentration reaches 300 ppb. In this respect the leachability study reported on pages 11-12 of SJM's "U.K. Product Dossier" are somewhat naive in that foetal calf serum rather than human plasma was employed. Furthermore the leachability of silver from the "device" into this medium has clearly saturated the experimental system employed after 2 to 3 days of exposure. It is also noteworthy that in a study in the 1960's only 4 ppb of a human whole blood silver concentration of 24 ppb is

associated with serum (Patty Industrial Hygene and Toxicology 1981 , vol 2A p1891 ). Therefore it is reassuring to note that the whole blood silver levels in 25 kg sheep receiving a Silzone™ coated heart valve never exceeded 35 ppb over a 10 week period of study [Tweden *et al* J. Heart Valve Dis 6 553-561 (1997)].while human implantation led to silver values of 22ug/l or less in whole blood.in a study of 38patients. However the question remans .that we cannot tell if there is continuing uptake of silver from the device, with rapid deposition in tissues.such as kidney. and consequent low blood levels. If the total amount of silver ion the device is around 10mg. as seems to be indicated .but never stated. then this would be a safe dose. Information on this point would be helpful.

**Biocompatibility of silver coated (SPI- Argent™) Dacron Felt Sheets also referred to as Dacron Velour:** Published standards (American Society for Testing Materials F-748-87 and British Standards Institute BS/5736 Part 1) underlie the need for a customised approach to select tests on the basis of what is already known of the chemistry and biological effects of the materials to be employed in medical devices. Accordingly the range of tests for devices contacting both blood and tissue should include cell culture cytotoxicity, intramuscular implantation. blood compatibility/haemolysis, acute systemic toxicity, subdermal irritation, sensitisation. pyrogenicity, mutagenicity and carcinogenicity. However for each device testing will depend on the likely duration of tissue contact . the type of tissue and the "intensity of exposure" including the surface area of contact or quantity of leachables. It is therefore noted that SJM have sponsored all of the aforementioned standard studies except for carcinogenicity bioassays and that all of these appear to have been performed satisfactorily to GLP standards.

The question of clot and thrombus formation at the site of the implanted cuff is not fully explored. There are no standard tests , since the cuff needs to be fixed into place by overgrowth of fibrous and endothelial cells, which involves attachment of platelets and protein to the fabric as a starting matrix. However .platelet activation should not be so strong as to provoke a cascade of clotting-thrombus formation.The studies presented suggest that the coated fibres are less likely to provoke large scale platelet adhesion than the conventional fibres. This issue can only be fully decided in clinical trials, which are underway.

It is notable that there do not seem to be thorough studies of the effect of the implant on blood coagulation cascade,nor are there in vitro studies of incubation of clotting factors with the felt to see if there is interaction.

The effect of the silver on cell growth and function is only dealt with in a superficial way in standard cytotoxicity tests. Is there increased cell turnover in the pannus surrounding the felt? Do the cells next to the silver coated fibres accumulate metallothionein or do the suffer injury, and loss of function? Do those cells die and fall off , to be rapidly replaced? What is the mechanical strength and adhesion to the felt ,of the pannus in comparison with control? The safety of the device will depend on such factors.

**Conclusion:** There is no general toxicological objection to the continued use of the St Jude Medical ® Mechanical Heart Valve SJM ® Masters Series with Silzone ™ Coating on the basis of our knowledge of systemic toxicity of silver. However the local cellular and haematological effects are not clear, and have not been thoroughly investigated.