# Exhibit 6

Date: 18 July 1996
Location: SJM Laboratory
Present: K. Tweden, PhD, JD Cameron, M.D.

Specimen: KTMV-2

Clinical History: Mitral valve replacement in an adult sheep to investigate impregnation of a substance in the sewing cuff. The surgery was performed at the University of Minnesota. The animal died unexpectedly, approximately 3 days before the body was found. The animal was refrigerated until the heart could be removed, grossly sectioned and fixed in formalin.

Gross Description: The assembled heart tissue as received in formalin weighs 559 grams. There is a moderate amount of epicardial fibrous reaction. The cut and natural surfaces of the heart, chambers, and outflow tracts are unremarkable. No focal areas of tissue softening can be identified. The right and left ventricular cavities appear to be somewhat dilated.

The mitral valve is in place. Clotted blood can be identified on the atrial surface of the valve in the region of a peripheral dehiscence of the sewing cuff. The reactive fibrous tissue about the sewing cuff appears irregular and reddish-brown. The ventricular surface of the valve is unremarkable except for the area of dehiscence of the sewing cuff.

Tissue peripheral to the valve was removed. An attempt was made to remove tissue in the region of the sewing cuff by sectioning tangential to the metal portions of the ring. However, extensive tissue fragmentation was encountered. It was decided to cold saw the valve before sampling any additional soft tissue.

The sections will be embedded in plastic and stained with hematoxylin-eosin and Toluidine blue.
Written: 1 August 1996, JDC

Microscopic Description:

KTMV-2 Septum. The specimen consists of uniform cardiac muscle. Multiple encysted parasites are present. There is no inflammatory infiltrate. Only minimal autolysis is present.

KTMV-2 UN1: The specimen is from the mitral root. Synthetic material is present and invested in fibrin clot and extravasated red blood cells. No surface particulate material can be identified. Reactive fibroblasts, lymphocytes, and plasma cells are present. The fibrous tissue does not extend into the region of the clot-embedded synthetic material. The cardiac muscle is unremarkable. Rod-shaped bacteria are present (post-mortem proliferation).

KTMV-2 UN2: The specimen consists of synthetic material in clotted blood. No cardiac muscle can be identified. On one side of the dacron (ink dot) fibrous tissue interdigitates with the most peripheral dacron strands. Occasional inflammatory cells are present in the more central areas of the synthetic material. No granulomatous inflammatory infiltrate can be identified.

KTMV-2 C1: The specimen consists of cardiac muscle, clot-embedded synthetic material, and reactive fibrous tissue. Extensive areas of black particulate material are present in the reactive fibrous tissue but not in the immediate region of the synthetic fibers. The reactive fibrous tissue extends to but not into the synthetic fibers. The remainder of the tissue is similar to the previous specimens.

KTMV-2 C2: The specimen is similar to C2 except that less black particulate material is found in the surrounding fibrous reactive tissue.

Location: i/kst/path/ktmv2.doc

Summary:

1. A clot was present limiting mobility of the adjacent valve leaflet.
2. A perivalvular dehiscence was present
3. Synthetic material was encased in clot
4. Fibrous tissue extended near but not into the dacron in Block UN2 but not among the dacron fibers.
5. Black particulate material was present in the surrounding fibrous tissue but not among the dacron fibers.

Submitted 1 August 1996
J. Douglas Cameron, M.D.

Location: i/kst/path/ktmv2.doc

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER