# Exhibit 7

# Confidential

From: Holmberg, Bill R

To: Ogle, Matthew F

CC:

BCC:

Subject: Silzone Summary

Date: 7/6/2000 12:29:37 PM

---

Attachments:

silzonestudies.doc

---

Matt,

Attached is a file I put together. I believe we have done this before as well. I will look for the other files tomorrow morning. See you then.

Bill

| Timeframe | Location | Description | Comments |
|---|---|---|---|
| Spring 96 | U of M | 3 - ½ & ½ polyester cuff implants. (half of cuff treated, other half standard) One early death. Other two sacrificed at 4 weeks. | Early death had valve thrombosis. Thrombus was half on treated and half on untreated. No correlation to death could be drawn. All valves showed a favorable tissue response to treated half. Results published in ASAIO. |
| Spring 96 | Loma Linda | 4 – ½ & ½ cuffs implanted. 2 polyester and 2 Teflon. All four animals sacrificed at 4/5 weeks. | All valves showed a favorable tissue response to treated half. Results published in ASAIO. |
| Fall 96 | Loma Linda | 9 implants. 6 with a treated cuff and 3 controls. All nine sheep sacrificed at 10 weeks. | Complete healing occurred in all sheep. No statistical difference in healing, but treated cuffs appeared favorable. Results summarized in history file, and published in Journal of Heart Valve Disease. |
| 97? | U of M | Tailor annuloplasty ring implants. | Need to search on this. |
| Fall 97 | U Conn | Human platelet study. In vitro evaluation of human platelets on treated and control samples. | Platelets behaved differently on the treated samples then the controls. This led to speculation that perhaps this could explain favorable tissue response. Abstract published and presented at Society of Bio Materials. |
| 96 | SJM | In vitro evaluation of human fibroblast cells on response to silver concentrations. | Results showed fibroblast cells had a high tolerance to the silver. Performed by Sheila Kelly and published with the animal work in the Journal of Heart Valve Disease. |
| 97 | Biosurge | Epic (stented tissue valve) valve study. XX implants sacrificed at 20 weeks. | Results showed no difference in tissue response. |
| 97 | Biosurge | Epic valve study. XX implants sacrificed at 50 weeks. | Results showed no difference in tissue response. |
| 97 | U of M | Regent | Need more info |
| 98 | U of M | Duo (TSPV w/ silzone). XX implant sacrificed | |

| | | | |
|---|---|---|---|
| | | at 20 weeks. | |
| | | | |
| | | | |