# Exhibit 8

# AB Cuff Design Review
# October 24, 1996

## Presented by
## AB Cuff Project Team

(B. Holmberg, J. Runquist, J. Rolbiecki, J. Hodges, L. Mueller,
C. Roos, R. Merten, S. Mulvaney , K. Tweden)



CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

SJM0700124795MDL

# Design Input

- Anti-Bacterial/Microbial Properties
- In-Vitro Efficacy
- Biocompatable
- Long-Term Effects Understood
- Tissue Ingrowth Not Jeopardized

AB Cuff Design Review, October 24, 1996

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

# Product Description

- Application of Spire's Technology
- Master's Series Valve with Silzone
- Same as Master's Series Valve
- Utilizes a Different Fabric PN
  - Meadox Fabric coated by Spire
- Next Generation Package
- "Silver" Package Labeling

titanium - imbeded
platinum
Ag - coated
thickness
4,000 Angstroms

AB Cuff Design Review, October 24, 1996

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

# Biological
# Safety and Efficacy Testing

- SAFETY TESTING
  - Steam Sterilization using pre-vacuum cycle    sterilization x4 done
  - Endotoxin/ Bioburden
  - Biocompatibility
- EFFICACY TESTING
  - Dow/ Corning Shake Flask
  - NYS63
  - Parallel Streak

AB Cuff Design Review, October 24, 1996

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

# Efficacy Testing

- Literature search performed to identify organisms commonly associated with endocarditis
- Search conducted to determine applicable test procedures from pharmaceutical and textile industries
- Information obtained at "Surfaces in Biomaterials" conference confirmed applicability of testing performed



CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER
SJM0700124799MDL

# Material Testing

- Total of 5 processing runs at Spire
  (One initial, 3 "validation" runs & one with Tissue Fabric)
- Looked at Standard R.I.
  Visual, Coarses/wales, burst, thickness, etc.
- Coating Adhesion
- Multiple Sterilizations
- Results - Same as existing fabric
- Spire Confident With Processing
- Silver Content

in Accelerated aging chambers will be completed in 4 weeks

AB Cuff Design Review, October 24, 1996

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

# Corrosion Testing

- Galvanic Testing
  - Same Methods as in Master's
    - Results:
      - Corrosion of Fabric 5-95 Angstroms/yr.
      - Rate Decreases Rapidly
      - Consultant & Lab "acceptable"
      - Prudent to do additional tests
- Additional Tests:
  - Completed
  - Verbal "Looks Good"

AB Cuff Design Review, October 24, 1996

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

# Ag Chemical Species

- Metallic Ag, Ag salts (nitrate, sulfadiazine, acetate), AgO
- IBAD results in metallic Ag coating embedded into materials (probably thin layer of AgO on surface)
- Metallic Ag does NOT ionize as readily as Ag salts (lower amts of Ag in blood and tissues)
- Ionization necessary for Ag activity (toxicity)

gets its antibacterial properties by ionizing

Allergy ⇒ allergic to silver jewelry

AB Cuff Design Review, October 24, 1996

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

# Ag Toxicity Cont.

- Toxicity in kidney, liver, neurologic tissues
- Ag toxicity attributed to ability to form stable complexes with proteins & thereby disrupt life processes.

binds to membranes of bacteria ? protein / prevents nutrients from getting into the cells & kills them

AB Cuff Design Review, October 24, 1996

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

# Ag Fate in Vivo Cont.

- Long term implants
  - Ag wire in frontal bone 40 yrs
  - Tissue blackened around wire 2mm
  - Ag particles found in basement membrane of vessel walls, in conn. tissue matrix
  - disrupts biosynthesis of conn. tissue (our animal work did not show this, low level of ionization)



CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

SJM0700124804MDL

# Animal Studies for AB Cuff

## Study Design

- Model: Sheep, mitral valve replacement, 1/2 coat/1/2 uncoated cuff
- Duration: 4-5 w (10 d early death)
- Centers: U of MN (3 Dacron), LL (4 Dacron, 2 Teflon)
- Analysis: gross, histologic, blood work

AB Cuff Design Review, October 24, 1996

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

# Animal Studies for AB Cuff (cont.2)

- Histology (Dacron Polyester):
  - » No extracellular Ag identified at 30 d
  - » 10 d specimen see Ag particulates at cardiac tissue interface for coated specimen

• Teflon

- Gross: As polyester
- Histology: Appears to promote tissue ingrowth without inflammation

AB Cuff Design Review, October 24, 1996

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

# Reg Assessment - Export Req'ts

- Need "valid marketing authorization" from "listed nation"
- Regulatory will obtain formal Dutch approval
- The Netherlands are considered a "listed nation"
- Regulatory must submit letter to HHS notifying of intent to export non-approved device from U.S.
- Product must be labeled "for export only"

AB Cuff Design Review, October 24, 1996

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

# Proposed Next Steps

- Follow up and Complete:
  - Outside Verification of Ag tests
  - Complete testing of Loma Linda Animals
  - Compile Formal Reports, Micro, Animal, etc..
  - Internal Documentation Requirements
- Limited, Controlled Market Release
  - Validation on Clinical Units
  - Limited Centers and Units
  - Patient Follow Up
- Int'l Release, Unregulated Countries
  - Assess Patient Follow Up & Long Term Study

AB Cuff Design Review, October 24, 1996

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER