# Exhibit 9

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

-------------------------

| | | |
|---|---|---|
| IN RE: | : | MDL DOCKET NO. 1396 |
| ST. JUDE MEDICAL, INC., | : | (Videotaped) |
| SILZONE HEART VALVE PRODUCTS | : | Deposition of: |
| LIABILITY LITIGATION | : | ALAN FLORY, DVM |
| ------------------------- | : | Volume I |

TRANSCRIPT of the stenographic notes of the proceedings in the above-entitled matter, as taken by and before, BARBARA J. CAREY, a Registered Professional Reporter and Notary Public of the State of Minnesota, held at the offices of ZIMMERMAN & REED, 651 Nicollet Mall, Suite 501, Minneapolis, Minnesota on Tuesday, November 12, 2002, commencing at 8:13 a.m.

were given reviews for all surviving animals in the short-term study. There was one animal that died within a week of implant, which they probably didn't get because it was not sufficient time for the animal to be evaluated.
But other than that, I think they were given all the -- the reports.
Q What do you mean "sufficient time for the animal to be evaluated"?
A The animal -- that particular animal was -- had a leak and was discharged; went to the farm and within a week was dead. The healing for a mechanical valve takes approximately six weeks. That's what we were looking at for the study.
So any time you run these studies, you're going to have some animals that because of the operative procedure, because they're physically compromised are -- are going to die. You expect that, and that we fortunately only had one animal that did that, but it happened within a week.
Q Right. Okay.
A That's the only one that I know that probably wasn't give -- given to them, but I think the reports were all given to them, other --
Q And have you reviewed Spire's master file that

Q It's 300 of something?
A I can't even recall.
Q 300 of something?
A Right. And we were at levels of 30 or less, so --
Q And that's in blood, correct?
A Serum.
Q In serum, right.
A Yes.
Q Okay.
A Not in whole blood.
Q Okay. And -- and you're saying the target organ toxicity for that 300 is what?
A That's in serum. That -- that was in serum.
Q But the target organ toxicity for which that is the threshold, that 300 whatever it is, is what?
A That was -- again, I'd have to read the article. That -- that was the level at which people started to exhibit signs of silver toxicity; in other words, the discoloration of the skin, et cetera.
Q All right. And at what level is silver toxic to proximal annular tissue, for example?
A I can't give you a level. That's why we did the animal study; to see if, for the Silzone valve,

we were reaching that point where we were causing cytotoxicity around the -- the -- the cuff.
Q All right.
A And I can't tell you what it is. I can tell you that in the animals, we didn't reach it because they -- they healed comparably to the uncoated valve.
Q To your knowledge, did St. Jude ever investigate the toxic threshold or the level for any kind of significant toxicity for the effects of silver on proximal annular tissue?
A I don't know how you'd do that.
Q All right. And by the way, what's --
A So no, I -- I -- I don't know of a silver challenge or any -- is that what you're talking about? It's elemental silver. It's 100 percent. So what we put in should have been the -- the -- theoretically, the biggest challenge that the tissue annulus is going to see. I don't know whether there's another model. I don't know of any.
Q This 300 units of whatever --
A Serum.
Q -- that you said, that's for systemic toxicity, correct?

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

-------------------------

IN RE: : MDL DOCKET NO. 1396

ST. JUDE MEDICAL, INC., : (Videotaped)

SILZONE HEART VALVE PRODUCTS: Deposition of:

LIABILITY LITIGATION : ALAN FLORY, DVM

------------------------- : Volume II

TRANSCRIPT of the stenographic notes of the proceedings in the above-entitled matter, as taken by and before, BARBARA J. CAREY, a Registered Professional Reporter and Notary Public of the State of Minnesota, held at the offices of ZIMMERMAN & REED, 651 Nicollet Mall, Suite 501, Minneapolis, Minnesota on Wednesday, November 13, 2002, commencing at 8:42 a.m.

BY MR. ANGSTREICH:
Q Do -- have you read Ogle's study recently?
A I have, but not recently.
Q I see. It goes on to say, "...toxic effects have been associated with bacteriocidal silver ion concentrations (Hemmerlein)," H-E-M-M-E-R-L-E-I-N.
Did you read Hemmerlein when you saw this report from the MDA?
A I did not.
Q Did you ask anybody what Hemmerlein's analysis was?
A No. But I'm assuming Mr. Guzik did, since he was the one responding to this.
Q But you don't know?
A I don't know.
Q Sitting here today, you don't know whether or not the analysis by MDA as to the elemental silver levels being -- were toxic or not, is that correct?
You have no personal knowledge of that?
A I personally don't, no.
Q Okay.
A Mr. Ogle and Mr. Guzik -- Mr. Ogle was the primary scientist on this, and Mr. Guzik was the

person responding to the letter. So they would be the most appropriate people to have evaluated this.

Q Okay. Do you know what the toxic threshold level for silver is in annular tissue?

A I do not.

Q Do you know what speciation is, S-P-E-C-I-A-T-I-O-N?

A As it's referred to here, it's the type of organism that's causing the infection, the way he's using it here.

Q So it says, "The conclusions on the mechanism of action, metabolism, toxicity, and elimination make no mention of speciation, which is critical to any correlation between antimicrobial activity and toxicity."

Is that a correct statement?

A That's a correct statement, and --

Q And is that a correct criticism of Ogle's analysis?

A In all of our reports to FDA and to the other regulatory bodies, we never claimed to impact all organisms, and we never impacted -- claimed to impact all organisms at the same level. So yes, it is a relevant statement in terms of how well