# Exhibit 10

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
* * *
------------------------
IN RE: : MDL DOCKET NO.: 1396
St. Jude Medical, Inc.,: (Videotaped)
Silzone Heart Valve : DEPOSITION OF:
Products Liability : KATHERINE TWEDEN, Ph.D.
Litigation, :
------------------------

TRANSCRIPT of the stenographic notes of the proceedings in the above-entitled matter, as taken by and before REBECCA L. KLANDERUD, a Certified Shorthand Reporter, held at the law offices of HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A., 600 Pillsbury Center South, 220 South Sixth Street, Minneapolis, Minnesota 55402-4501 on Friday, January 31, 2003, commencing at 9:00 a.m.

Q. All right. And there were extensive areas of black particulate matter, is that correct?
A. That's what he writes, yes.
Q. Okay. What as that?
A. That is the silver.
Q. All right. So the silver was seen in extensive areas of black particulate matter, correct?
A. The silver has a black look to it because it reacts with sulfides -- sulfurs in the body. And the way the coating is applied, it's a line-of-sight coating. They made the cuff material, and then coated it, and then rolled it up into a tight cuff. So you have a flat tube of material, you coat it, and then the people who make the cuff actually roll it into a cuff.
So that -- in a section, because the polyester cuff itself is very complex, three dimensionally essentially, it's knitted, woven. It's actually -- parts of it are pulled out to give it a bigger surface area to promote clot investment. And so when you make a section through it, you'll see sideway slices of the polyester. You'll see cross-sections of the

polyester. And since the silver is on the very outside, you'll see that in different places all over.

Q. But there was extensive area of black particulate matter which was silver in the tissue, correct?

A. There -- there was silver, you know, all over in that forming tissue as expected.

Q. Okay. And did you see extensive areas of black particulate matter in the tissue of other animals in this study?

A. We saw literally or I should say more or less the same amount of silver, and I -- you know, should point out, again, this was the first mechanical heart valve explant that Dr. Cameron had seen. And in addition to that, it was the first metal coated -- not -- silver coated polyester fabric he had ever seen, and I think his use of the word extensive is just a matter of semantics. But again, throughout all the explants, not only the four to five-week explants but the ten-week explants, we saw the same amount of silver.

Q. Why was Dr. Cameron involved with this project since he had no experience with such a

summary of studies?
A. Uh-huh.
Q. And the location was the University of Minnesota, correct?
A. Yes.
Q. And he's describing that there were three one-half and one-half polyester cuff implants, half of cuff treated, other half standard?
A. Yes.
Q. That's describing the KTMV animals at the University of Minnesota in this study, correct?
A. That's correct.
Q. And there was one early death --
A. Yes.
Q. -- correct?
A. Yes.
Q. That would be KTMV-2, correct?
A. Uh-huh.
Q. And do you see over in comments, it says: Early death had valve thrombosis. Thrombus was half on treated and half on untreated?
A. I see that.
Q. Okay. To your knowledge, aside from

this document, do you recall anywhere else where anyone at St. Jude stated that this animal had valve thrombosis and had thrombus?

A. Not to my knowledge. And then again, even in Dr. Cameron's report, he talks about a clot so. . .

Q. All right. So -- and so you --

A. And that's an important distinction.

Q. So based on anything that's ever been told you, you didn't know that someone other than what's written in Dr. Cameron's review at St. Jude regarded this animal as having a thrombotic event?

MR. GATTONI: Objection, form.

THE WITNESS: We regarded the animal as again it was a technical failure at implant, caused a dehiscence equally on the coated and uncoated side, and the animal lived for a period of time. And it is logical that a large dehisced area would cause thrombus. I mean that would be an outcome of the failure of the sutures to keep the sewing cuff tight to the annulus.

BY MR. SIGELMAN:

Q. All right. And is this the first time that you've ever seen or heard anything to the effect that even years after this animal died, it

BY MR. SIGELMAN:
Q. Dr. Tweden, you've been handed what's been marked as Exhibit Number 11.
A. Uh-huh.
Q. It's an August 21, 1996 letter from Mr. Holmberg to Piran Sioshansi?
A. Uh-huh.
Q. Have you seen this before, Doctor?
It was copied to you.
A. Yeah. I see it's copied to me, uh-huh.
Q. And in the letter, he says: We are seeing a significant amount of silver migration in the animal study.
A. Uh-huh.
Q. Do you recall receiving this letter?
A. I don't have a strong recollection of it. But, you know, I'm copied on it, so I'm sure Bill made sure I got it.
Q. And this letter was written a little more than a month after the pathology review on KTMV-2, correct?
A. Uh-huh.
Q. And at that review, extensive areas of black particulate matter, which you've identified as silver, were noted, correct?

A. That's right.

Q. Do you have a recollection of going to Mr. Holmberg and telling him that you disagreed; that you did not see a significant amount of silver migration in this study?

A. You know, again, going back to where we were in the project at this time, that we had not -- none of us had seen what silver coated to polyester looks like in a tissue section. I mean from the medical literature, we had a sense that there would be interaction with local tissues because, you know, all metals ionized. We knew that this metal would react with sulfhydryl groups.

I think, you know, as we went, we gained greater understanding, and this was early in our -- really our learning phase of: What is silver going to look like in the tissue? What are the expectations? And putting this into context, you know, the KTMV-2 animal with what we saw on the -- in the additional, you know, six animals, short duration, and then another nine animals long duration, there was a -- not a significant amount of silver and did not see, you know, adverse tissue ingrowth, any lack of tissue ingrowth based

eighteen, about seven and a half, a little over twenty-four, sixteen point seven --

A. Yeah.

Q. -- in all of the other animals, and you have eighty-eight in animal number eight --

A. Yeah.

Q. -- correct?

A. But again, it's appropriate to use that final column.

Q. Okay. And then you have seventeen, correct?

A. That's right.

Q. And the next nearest number is four which is less than one fourth of that, correct?

A. Yes, uh-huh.

Q. All right.

A. Uh-huh.

Q. So you'll agree with me that there was considerably more silver found for animal number eight in the heart annulus in this particular study than for any other animal in this study, correct?

A. That is more silver.

Q. Okay. All right. And did anyone provide this information to Dr. Schoen when he was

fibroblasts or in the cells that we've been looking at in these studies, is that correct?
A. The cells in the, you know, in the heart annulus, right, and the cells in the in-vitro assay, correct.
Q. You talked about a three hundred part per billion toxicity threshold for blood?
A. Uh-huh.
Q. You didn't have a comparable toxicity threshold for silver in annular tissue, correct?
"Yes" or "no?"
MR. GATTONI: Objection, form.
THE WITNESS: Through our medical research, you know, the literature and our bench-top, we did not come across any numbers like that.
BY MR. SIGELMAN:
Q. Uh-huh.
A. But again --
Q. All right. Thank you.
Now --
A. -- the ingrowth was the issue in the evaluation.
Q. Well, I'm just asking you about the annular tissue toxicity threshold level.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
* * *
------------------------
IN RE: : MDL DOCKET NO.: 1396
St. Jude Medical, Inc.,: (Videotaped)
Silzone Heart Valve : DEPOSITION OF:
Products Liability : KATHERINE TWEDEN, Ph.D.
Litigation, :
------------------------

VOLUME II

TRANSCRIPT of the stenographic notes of the proceedings in the above-entitled matter, as taken by and before REBECCA L. KLANDERUD, a Certified Shorthand Reporter, held at the law offices of HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A., 600 Pillsbury Center South, 220 South Sixth Street, Minneapolis, Minnesota 55402-4501 on Friday, February 14, 2003, commencing at 9:00 a.m.

Q. Have you seen this document before?
A. I may have, but I don't -- there's many documents that looked like this, so I don't recall.
Q. You received a lot of NAmSA test results when you were at St. Jude, correct?
A. St. Jude received a lot. Me specifically, I was generally not the contact person, but. . .
Q. But with respect to Silzone, I presume that you were given the opportunity to review a number of the in-vitro efficacy studies that were performed for St. Jude by NAmSA?
A. Yes.
Q. Do you have a recollection of reviewing the Dow Corning corporate test method data that's in Exhibit Number 56 that were generated --
A. Uh-huh.
Q. -- on or about April 10 of 1996?
A. Did I review this?
Q. Yes.
A. Do I recall reviewing this?
Q. Yes.
A. It looks vaguely familiar.
Q. And the first entry, for example --

A. Uh-huh.
Q. -- is for a Silzone-coated fabric that was subjected to a NAmSA efficacy study, correct?
A. Say that again.
The first sample?
Q. The first entry, the staphylococcus epidermidis?
A. Oh, that first row?
Q. Yes.
A. Silver-coated fabric, yes.
Q. All right.
A. Uh-huh.
Q. And staphylococcus epidermidis is the most common source of endocarditis, is it not?
A. To my understanding, it is one of the most common.
Q. All right. And in this particular assay, the percent reduction for the staphylococcus epidermidis was only 47.37 percent, correct?
A. I see that.
Q. And did you publish this data in any of your papers?
A. Well, in looking at this data, again -- well, it's not a GLP study.

Q. How do you know that?
A. It doesn't say that it's a GLP.
Q. Does it have to say it's a GLP study --
A. Yes, it does.
Q. -- to be a GLP study?
A. Yes, it does.
And then also, from the time period that this was done, that would have been right as we -- I was coming back from maternity leave, and St. Jude was really starting to really investigate for themselves the coating. And then also looking at even staph pyogenes, which is rows three and four, you've got a -- kind of a nonsensical number with the control fabric. So that sheds -- that sheds doubt on this whole assay. And my recollection from what Spire had presented to us at this time is that they had much higher numbers.
Q. All right.
MR. SIGELMAN: Move to strike as nonresponsive.
BY MR. SIGELMAN:
Q. Do you recall my question?
MR. GATTONI: Don't be offended by that objection.
THE WITNESS: Okay.

BY MR. SIGELMAN:
Q. Do you recall my question?
I just asked you a simple question: Did you publish this data, or didn't you?
A. I don't know. Looking at this data, I would say that I probably didn't --
Q. All right.
A. -- because it doesn't look --
Q. Thank you. Thank you.
A. -- reliable.
Q. And did anyone at St. Jude ever write any document stating it wasn't reliable?
A. I don't know.
Q. Did NAmSA produce generally unreliable data for you?
A. You know, with any given experiment, there's going to be, you know, days where the experiment didn't work. I mean that's just the nature of conducting scientific experiments, and that's why we have controls.
With this particular experiment, they didn't do it under good laboratory practices which could have instituted some degree of being less careful. But again, you have to look at the data as a whole. The control fabric in line four

doesn't make any sense either, so I would have -- looking at this, I would have recommended that, you know, let's repeat this assay and see if these are reproducible results.

Q. All right. Now, by the way though, there's nothing on the document that says it's not a GLP study, correct?

A. To be a GLP study, it has to say it on the document.

Q. It has to say it on every single page?

A. Well, this is -- it certainly has to say it on the cover page and this is the -- you've got the -- attention, Connie Roos, St. Jude Medical. This is the first page.

Q. When did NAmSA start doing GLP studies of the efficacy of the Silzone fabric --

A. Uh-huh, I don't know. I don't know.

Q. Now, let me hand you the next Exhibit.

* * *

(Whereupon, Deposition Exhibit Number 57 was marked for identification.)

* * *

MR. GATTONI: Counsel, is that a duplicate?

THE WITNESS: No. It's different.

opinion.

MR. GATTONI: Sure it is.

MR. SIGELMAN: And I certainly will not stipulate to that.

* * *

(Whereupon, Deposition Exhibit Number 59 was marked for identification.)

* * *

BY MR. SIGELMAN:

Q. Dr. Tweden, I've had the court reporter hand to you what's been marked as Exhibit 59 I believe.

A. Okay. Yes.

Q. And it's an assessment of antibacterial activity on textile materials, parallel streak method?

A. Uh-huh, yes.

Q. And this particular assay was conducted in November of 1996.

Did you have an opportunity when you were at St. Jude to review this document?

A. I may have.

Q. All right.

A. I may have reviewed it. I just don't recall because they all look very much the same.

Q. All right. And if you go to page five of the report -- it says page five of seven -- which is 152043, you'll see results there, correct?
A. 152043. Yes, yes.
Q. And in this particular test, the staphylococcus aureus with the treated sample had no zone of inhibition, correct?
A. It says no zone/inhibition of growth under the sample. Yes.
Q. So there was no zone --
A. Yes, no zone.
Q. -- outside, you know --
A. Right.
Q. -- away from the fabric?
A. That's right.
Q. All right.
A. That's right.
Q. And there was also no zone, for example, with respect to candida albicans which is a fungus, is it not?
A. Yes. That's right, uh-huh.
Q. And all of these are organisms that could possibly cause endocarditis, fair?
A. Yes, uh-huh.

Q. And that's why they were being tested, correct?

A. Yes, uh-huh.

Q. And for example, the candida albicans fabric not only had no zone of inhibition, but there was absolutely no inhibition of the growth --

A. Uh-huh.

Q. -- under the sample, correct?

A. That's right. Yes. But that does not tell you what's on the sample itself.

MR. SIGELMAN: Move to strike as non-responsive, at least that last sentence.

BY MR. SIGELMAN:

Q. Let me ask you, Doctor --

A. Uh-huh.

Q. -- to your knowledge, did you ever publish these data anywhere, "yes" or "no?"

A. I did not -- I did not publish parallel streak data.

Q. All right. Now, the last time we met, we looked at a literature review that you authored dated December 7, 1996.

Do you remember that?

A. Yes, uh-huh.

Q. -- clarification just make as a separate Exhibit right now your silver modification article.

A. Uh-huh.

* * *

(Whereupon, Deposition Exhibit Number 61 was marked for identification.)

* * *

BY MR. SIGELMAN:

Q. The court reporter's handed what's been marked as Exhibit 61 which is the silver modification document --

A. Right.

Q. -- or article?

A. Uh-huh.

Q. Would it be fair to say that if you didn't publish the streptococcus pyogenes data in either Exhibit 52 or Exhibit 61, you didn't publish it?

MR. GATTONI: Objection, form.

THE WITNESS: There were, you know, many abstracts published that would -- I just can't recall.

BY MR. SIGELMAN:

Q. Okay. You don't have any distinct

recollection --
A. No.
Q. -- that you did publish those data?
A. Uh-uh.
Q. And under that, there's a May 21, 1996 set of tests in Exhibit Number 60 --
A. Uh-huh.
Q. -- for the parallel streak?
A. Right.
Q. For example, streptococcus pyogenes, no zone, no inhibition for treated.
A. Uh-huh.
Q. And there's is a control there, correct?
A. Right.
Q. And candida albicans, no zone, no inhibition, the same as the --
A. Right, uh-huh.
Q. -- untreated control, correct?
A. Right.
Q. And you didn't publish those data to the best of your recollection?
A. No. I did not publish any parallel streak data.
Q. When you say you didn't publish any

parallel streak data, that would also include the data on the next page from the test conducted apparently on November 27, 1996 --
A. Uh-huh.
Q. -- showing no zone of inhibition for staphylococcus aureus and for candida albicans, no zone and no inhibition, right?
A. I didn't publish any parallel streak data.
Q. All right.
A. That's right.
Q. Now, did NAmSA to your recollection ever tell you that they had not adequately developed their method to do either the Dow Corning test, the NYS63 bacteriostatic test, or the parallel streak test?
A. Tell me?
Q. Yes.
A. Specifically?
Q. Right.
A. No, uh-uh.
Q. Now, did you yourself, Dr. Tweden, make the decision whether the methods used by NAmSA had reached the point where they were adequate?
Was that -- did that fall to you in the

BY MR. SIGELMAN:
Q. Dr. Tweden, we're back on the record.
A. Uh-huh.
Q. Did your data support the proposition that Silzone coating is more than ninety-nine percent effective in reducing microbial attachment and colonization in vitro?
MR. GATTONI: Objection, form.
THE WITNESS: Did my data?
BY MR. SIGELMAN:
Q. Yes.
A. I mean you mean the data that was presented in the manuscripts?
Q. Yes.
A. It was -- you know, as I indicated, you know, in the discussion of the manuscript, in one case, it varied from ninety-eight to ninety-five. And in another case, we were down to sixty-eight for the staph pyogenes, up to ninety-eight, so it was variable.
Q. Okay. So it would be a fair statement that it didn't support the statement that Silzone was ninety-nine percent or more than ninety-nine percent effective in reducing microbial attachment in colonization in vitro?

A. This particular data does not (witness indicating).

Q. All right. When you say this particular data, the data --

A. Yeah. This is a --

Q. -- for Exhibit Number 61?

A. This 61, right.

Q. What about the data for Exhibit number 52 which is your other publication?

Did that support the proposition that Silzone coating is more than ninety-nine percent effective in reducing microbial attachment in colonization in vitro?

A. What Exhibit is that?

Q. Number 52 which is your other publication.

A. Uh-huh. Here it is.

That varied from eighty-seven to almost one hundred percent --

Q. So --

A. -- so it's a range.

Q. -- again, those data didn't support that statement, correct?

A. That's right.

Q. All right. Now, St. Jude examined

that a person involved with CC Technologies, namely Dr. Agrawal, had stated in the August 1996 time frame that: It is considered that the silver chloride salt will eventually lose adherence and dislodge from the fabric substrate, exposing the underlining of palladium and titanium?

A. Well, it's my understanding that this testing led to Bill's letter.

Q. All right.

A. So there would have -- there would have been some discussion about that.

Q. So there was discussion that eventually there may be corrosion of the Silzone coating to the point where palladium and titanium that were in the undersurface of that silver substrate would be exposed, correct?

A. Yes.

Q. And was there concern about that at all, the exposure of palladium and titanium?

A. Well, I would say that Bill's letter to the Spire people would -- would be evidence that he wanted to have that addressed.

Q. Now, you said that there wasn't alarm though, is that right?

A. I don't recall -- I don't recall a huge

amount of alarm. Certainly they were going to discuss it, and Bill's letter is stated using strong language.

Q. Was there any alarm?

You said there wasn't strong alarm I believe.

A. Well, yes.

Q. Was there any alarm?

A. Well, absolutely. He was getting to the bottom of this.

Q. So someone was alarmed?

A. He was going to investigate, you know, if this corrosion was real, what did that mean for the coating technology?

Q. Was someone on the AB cuff team alarmed at that time about the corrosion issue?

MR. GATTONI: Objection, form.

THE WITNESS: You know, I can only speak for myself. I don't know what other people were feeling, but the letter from Bill suggests he wanted to understand this better.

BY MR. SIGELMAN:

Q. Were you getting memos at that time from other members of the AB cuff team?

A. Regarding. . .

Q. Regarding what was being found and studied with respect to Silzone?

A. There were certainly, you know, meeting minutes every week, a standard operating procedure.

Q. All right. Meeting summaries for example?

A. Yes.

Q. All right.

A. Yes.

Q. Let me hand you what the court reporter will mark as the next Exhibit.

* * *

(Whereupon, Deposition Exhibit Number 67 was marked for identification.)

* * *

MR. SIGELMAN: I don't have an extra copy of this one.

MR. GATTONI: Okay. I can take a look at it first.

THE WITNESS: Uh-huh.

MR. SIGELMAN: Sure.

MR. GATTONI: Thank you.

MR. SIGELMAN: Sorry about that.

MR. GATTONI: That's all right.

A. Yes, she did.
Q. Did you find her a competent scientist?
A. Yes.
Q. You respected her abilities?
A. Yes.
Q. All right.
* * *
(Whereupon, Deposition Exhibit Number 68 was marked for identification.)
* * *
BY MR. SIGELMAN:
Q. Dr. Tweden, you've been handed what the court reporter has marked as Exhibit 68, is that correct?
A. Yes, 68.
Q. And it's a memo --
A. Uh-huh.
Q. -- or an e-mail dated April 12th, 2000?
A. Uh-huh.
Q. I presume you haven't seen this, is that right?
A. No.
Q. All right.
A. Uh-huh.
Q. Was it true that the weight of the

Silzone coating consists of about twenty-five percent palladium?
A. You know, I don't recall, but that's --
Q. Do you have any reason --
A. -- that's what she says in here.
Q. Do you have any reason to disagree with the proposition that about twenty-five percent of the weight of the Silzone coating was palladium?
A. No.
Q. And of course it was an inner layer in the Silzone coating?
A. Yes.
Q. All right. And did you know that the literature, at least as of April of 2000, revealed at least fifty-four references to palladium allergy since 1986?
A. That's what it says here.
Q. Is that something of which you were aware?
A. Was I aware of that?
Q. Yes.
A. No.
Q. And were you aware of the gross appearance of such a valve according to -- well, let me ask you this: Were you aware of any data

that would indicate that as a consequence of palladium allergy, the appearance of a valve, if palladium were exposed, would be similar to that of sterile endocarditis?

A. No, I wasn't, and I don't -- I don't really understand what that means.

Q. Do you know what sterile endocarditis means?

A. I don't know for sure what that means.

Q. Have you ever heard the term sterile endocarditis?

A. I don't recall that.

Q. Have you ever heard of anyone stating that the Silzone valve caused sterile endocarditis?

A. No.

Q. Did Dr. Butany state that he found that the valve was associated with an exceptionally high rate of sterile endocarditis in his explants?

A. I don't know.

Q. Are you aware of any reports associating use of the Silzone heart valve with an appearance of endocarditis which was not associated, upon performance of laboratory tests, with any observable bacterial infection?