# Exhibit 12

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**IN RE ST. JUDE MEDICAL, INC., :**
**SILZONE HEART VALVES PRODUCTS :**
**LIABILITY LITIGATION : MDL DOCKET NO. 1396**

**DECLARATION OF GREGORY JOHN WILSON, B.SC., M.SC., M.D.,**

I, Gregory John Wilson, B.SC., M.SC., M.D., being of legal age set and state:

1. My name is Gregory John Wilson, B.SC., M.SC., M.D.

2. I have knowledge and experience of the matters stated in this declaration, except where I have been informed by others, in which case I have indicated the source of the information, and I believe it to be true.

3. All opinions that I express in this declaration are held and offered by me within a reasonable degree of certainty within my field of expertise, cardiovascular pathology.

4. As described below, I am a pathologist at The Hospital for Sick Children in Toronto. An extensive portion of my practice relates to applied cardiovascular research relevant to cardiac surgery and includes the development and improvement of cardiovascular prosthetic devices, including prosthetic heart valves.

5. In this declaration, I will:

   a. Describe premarket sheep implant studies featuring use of Silzone-coated heart valve sewing rings, the results of which St. Jude Medical (SJM) submitted in an incomplete, inaccurate, false, and/or misleading way to the United States Food and Drug Administration (FDA) in connection with the Premarket Approval (PMA) Supplement it submitted to the FDA to obtain approval to market its Masters Series Heart Valve with Silzone.

   b. Describe and review adverse pathology findings associated with use of Silzone from

an additional pre-clinical sheep implant study involving use of SJM's Epic valve, another replacement heart valve with a Silzone-coated sewing ring, which MDL PSC counsel ("PSC counsel") has informed me were not disclosed to the FDA.

**BACKGROUND, QUALIFICATIONS, AND DESCRIPTION OF MATERIALS REVIEWED**

6. I attained a B.Sc. degree with honours in Electrical Engineering at the University of Manitoba in 1969. I earned a M.Sc. degree in Physiology as a Rhodes Scholar at Oxford University in 1972 and a M.D. degree at McMaster University in Hamilton, Ontario, in 1975.

7. I am an Anatomic Pathologist and have practiced my specialty at The Hospital for Sick Children in Toronto since 1981. I am also Board-Certified in Anatomic Pathology in the United States of America.

8. In my pathology practice, as well as in my career in medical research, I have placed primary emphasis on the cardiovascular system and in particular on the heart, heart valves, including prosthetic heart valve replacements, and blood vessels, including prosthetic blood vessel replacements.

9. I also have worked with the Division of Cardiovascular Surgery at the Toronto General Hospital, in the area of applied cardiovascular research relevant to cardiac surgery, including the development and improvement of cardiovascular prosthetic devices.

10. Since 1992, I have been appointed Professor in the Department of Pathology (now Department of Laboratory Medicine and Pathobiology) of the University of Toronto with cross-appointments to the Departments of Surgery and Physiology.

11. I am a Senior Scientist in the Research Institute of The Hospital for Sick Children, with a cross-appointment to the Research Institute at the Toronto General Hospital. Since 1981, I have continuously held peer-reviewed grant support for laboratory-based experimental research, primarily from the Heart and Stroke Foundation of Ontario and the Medical Research Council of Canada (now the Canadian Institutes of Health Research). I have a total exceeding 160 publications (published papers) largely relating to this body of research.

12. I also have 20 years of accumulated experience in industry-sponsored research in which I developed projects on cardiovascular prosthetic devices and performed animal implant evaluation studies, including pathology studies on the explanted devices, resulting in submissions to regulatory authorities, including the FDA, for permission to implant these devices in human patients.

13. Attached as Exhibit "A" is a copy of my curriculum vitae.

14. I have reviewed a large volume of materials furnished me by the PSC Counsel that were produced in the SJM Silzone lawsuits in the Federal MDL and State courts, as well as materials developed in the prosecution of the Canadian Silzone litigation that Canadian Plaintiffs' counsel have provided to me. Such materials include, but are not limited to, the PMA Supplement for the Silzone heart valve and related correspondence, including SJM's December 19, 1997, Amendment to that Supplement; original histology glass slides obtained from the heart valves implanted into the sheep in the sheep implant studies SJM included in that Supplement; necropsy and pathology reports and other raw data from SJM's preclinical studies; publications authored by SJM personnel and others addressing preclinical sheep studies sponsored by SJM; excerpts of deposition testimony taken from former SJM employees furnished me by PSC counsel; and various internal SJM records.

## THE 4-5 WEEK SHORT-TERM PREMARKET SHEEP STUDIES OF THE SILZONE HEART VALVE

15. In 1996, SJM sponsored 4-5 week studies in 7 sheep at two centers: Loma Linda University and the University of Minnesota. Four sheep received St. Jude mechanical heart valves implanted in the mitral position at Loma Linda (LL) designated as KTMV-LL-1, 2, 3 and 4. The three sheep receiving St. Jude mechanical heart valves in Minneapolis were designated KTMV-1, 2 and 3. Dr. J. Douglas Cameron, a consulting pathologist, examined and reported on the histological sections from these 7 valves. All pathology in these studies was completed between July and October 1996.

16. Of fundamental importance to the success of heart valve replacement surgery is the secure attachment of the mechanical heart valve to the surrounding tissues of the heart. To achieve this, all mechanical heart valves in clinical use require a sewing ring (or cuff) surrounding the mechanical heart valve mechanism.

17. One-half of the sewing cuff of each implanted valve was coated with Silzone, while the other half was left uncoated. This had the advantage of comparing the tissue response of the same animal to both Silzone-coated and non-Silzone-coated material.

18. Five of these sheep KTMV-LL-1, KTMV-LL-3, KTMV-1, KTMV-2, and KTMV-3 received valves with Dacron polyester sewing cuffs. According to SJM, the cuffs of two others were made of Teflon. Because the sewing cuff of the Silzone valve for which SJM sought FDA approval consisted of Dacron, for present purposes, I will focus, as did SJM, on the experiences of the five sheep implanted with Dacron-cuffed valves.

19. In an August 30, 1996, letter (039954-6.tif), Mr. Jonas Runquist of SJM sent a letter to the FDA in which he summarized the findings of SJM's recently completed short-term sheep studies:

> In addition to the literature search, SJM has performed "short term" animal studies in sheep with the SJM mechanical heart valve with the silver coated anti-microbial sewing cuff. These preliminary studies have already confirmed the excellent healing response of the sewing cuff coated with silver. Thrombus formation on the silver coated sewing cuff appeared identical to the non-silver coated controls and tissue in-growth at 30 days was excellent.

20. In a similar vein, at pages 17-18 (003264-5.tif.) of its May 14, 1997, cover letter summarizing the highlights of its PMA Supplement for the Silzone valve (003243-003269.tif), SJM conveyed the following to the FDA regarding its short-term sheep studies:

> The short term animal studies performed on the Masters Series mechanical heart valve with Silzone confirmed the following:
>
> - Excellent healing response of the sewing cuff with Silzone
> - Superior pannus organization observed in the sewing cuffs with Silzone as compared to the sewing cuff without Silzone
> - Undetectable levels of silver in the blood

> The conclusions reached from the short term animal studies are that the tissue response to the Masters Series mechanical heart valve with Silzone are similar to the tissue response to the Masters Series mechanical heart valve (without Silzone). These tests provide evidence that the Masters Series mechanical heart valve with Silzone is safe for its intended use.

21. SJM included as Attachment 15 to the PMA Supplement it filed with the FDA in May 1997 pathology reports on four of the five animals in the short-term studies.

22. On December 15, 1997, FDA wrote SJM denying approval of the PMA Supplement for a number of reasons, one of which was that the "results of the 4 week implantation study provided in appendix 15 have not been completely reported." Noting that there had been "4 implants" (i.e., four sheep implanted), the FDA requested, among other things, "gross photographs and representative micrographs." (293071-4.tif)

23. SJM responded to FDA's "not-approvable" letter with a December 19, 1997, Amendment to its PMA Supplement, which sought to address FDA's concerns, including those directed to missing records from its short-term studies. See relevant excerpts from this submission at136792-136824.tif. In its cover letter, SJM, for the first time, told the FDA that those studies actually involved ***five***, not four animals, with Dacron sewing cuffs. The previously unmentioned fifth "animal designated as KTMV-2," SJM explained, "was an early death and the cause of the death was unknown." No other information was furnished regarding KTMV-2, and, to my knowledge, SJM never again mentioned this animal to the FDA.

24. In its December 1997 Amendment, SJM indicated that it had already provided FDA "pathology reports" for the other four animals with Dacron sewing cuffs in Attachment 15 of its May 1997 PMA Supplement. SJM furnished no additional documentation concerning the short-term studies other than a paper by SJM research scientist Katherine Tweden which it stated was included as Attachment 1 to its Amendment and which, it implied, was responsive to FDA's request for additional information regarding the studies:

> This paper has been published in the Journal of the American Society of Artificial and Internal Organs (ASAIO) (ASAIOJ 1997; Vol. 43: pp 475-481) The paper by Dr. Tweden provides a detailed description of the study design, a summary of methods used, data regarding silver leaching,

initial blood analysis, and representative gross macrographs and histology sections obtained from the 4 week study. . .

25. It is important, in my opinion, to understand some contextual subtleties relating to the December 15, 1997, and December 19, 1997, letters. First, the FDA did not inquire about KTMV-2, because it was unaware of its existence. In the May 1997 PMA Supplement submission, SJM only mentioned and furnished pathology reports for four sheep that had been studied. Second, it is clear that FDA requested gross and microscopic pathology photographs on all animals in the studies. SJM did not provide these as requested, but instead appended the published ASAIO paper, which only included ***selected*** gross and microscopic photographic images. Third, SJM dismissed KTMV-2 as an "early death", the cause of which was "unknown". Records I have reviewed state that KTMV-2 died approximately 10 days after implantation. In sheep implants of prosthetic heart valves, it is generally known that early deaths, within days to a few weeks of surgery, may occasionally occur and are not necessarily device-related. In stating that KTMV-2 was an early death whose cause was unknown, SJM conveyed the false impression that the death was plainly not related to the device and need be of no further concern to the FDA.

26. It has been my experience that the FDA expects that in an animal study of a new implanted device or modified device, such as a prosthetic heart valve that can lead to device-related complications causing death, every reasonable effort will be made to ascertain whether an animal's death is linked to the performance of the device.

27. Early postoperative deaths having no plausible relationship to a device may still have no obvious cause. In my opinion, it would have been reasonable for the FDA to assume that in this initial, very small study of a novel new incorporation of silver into a permanently implantable, life-sustaining device that SJM had done a thorough and competent investigation and found absolutely no evidence that could even remotely suggest a device-related complication.

28. SJM's PMA Supplement Amendment of December 19, 1997, mentions none of the

documentation that had been generated following explantation of the valve from KTMV-2 after its death, including gross photographs and a pathology report prepared by Dr. Douglas Cameron, a consulting pathologist to SJM.

29. Had SJM provided the gross photographs at autopsy of the valve from KTMV-2, as the FDA requested for all animals in the studies, the FDA could have learned of the existence of a site of paravalvular leak at the edge of the valve's sewing ring. Exhibit "B" (651850.tif and 651856.tif) presents two similar photographs of the valve showing this paravalvular leak. One of the photographs features a spatula pointing to the site of the leak. In the other, a hypodermic needle demonstrating the leak has been passed through it. While the hole at the edge of the sewing ring may not seem large compared to the orifice of the valve through which blood normally flows, very substantial amounts of blood can pass through the paravalvular leak when the pressure in the left ventricle on the other side of the valve is much higher than it is in the left atrium. This high left ventricular to left atrial pressure differential occurs with every heart beat. A paravalvular leak of this size is quite sufficient to have caused or at least materially contributed to the death of KTMV-2 approximately 10 days after implantation. In fact, I note that former SJM research scientist, Dr. Katherine Tweden, testified that "I think you could say it [the dehiscence giving rise to this leak] would likely caused the death. . ." of KTMV-2. (Tweden dep., p. 95)

30. The paravalvular leak was a device-related complication because it was directly related to the successful functioning of the device.[1] Given the known toxicity of silver as revealed in the published scientific literature prior to 1996, one reasonable possibility that required exhaustive investigation at this very critical early stage in SJM's development of the Silzone heart valve was that the paravalvular leak resulted from toxic injury to adjacent tissue induced by the silver coating of the sewing ring.

31. Central to an understanding of the significance of the fate of KTMV-2 is Dr.Cameron's

---

[1]This does not necessarily mean that it was a complication related to a device design.

histopathology report (030384-5.tif). In this report, he remarked in the sections taken through the silver coated sewing cuff and adjacent cardiac tissues that:

> extensive areas of black particulate material are present in the reactive fibrous tissue but not in the immediate region of the synthetic fibers. The reactive fibrous tissue extends to but not into the synthetic fibers.

He stated that one of the two sections showed less black particulate material than the other. In his gross description he noted that "extensive tissue fragmentation was encountered" when "an attempt was made to remove tissue in the region of the sewing cuff".[2] These observations suggest that silver particles had detached from the sewing ring because the silver coating on the surface of the polyester fibers is black. Significantly, SJM employees, including Dr. Tweden, the senior research scientist on SJM's Silzone project team who was at Dr. Cameron's pathology review of KTMV-2, have identified the black particulate matter as silver. Dr. Cameron's descriptive phrase "tissue fragmentation" provokes questions about toxic damage from the silver. Had this report been provided to the FDA, together with the gross photographs of this valve at autopsy, it is entirely reasonable, if not highly probable, that FDA would have been asking more questions of SJM, satisfactory answers to which it would have required before approving SJM's PMA Supplement for the Silzone valve. In my opinion, the disclosure of either or both the gross photographs and Cameron's pathology report on KTMV-2 would very likely have provoked much greater FDA scrutiny into the potentially toxic effects of the Silzone coating. It is my opinion, to a reasonable degree of medical and scientific certainty, that SJM's withholding of Dr. Cameron's pathology report on KTMV-2 and the gross photographs of KTMV-2 showing the paravalvular leak, constituted a material omission relevant to an evaluation of the safety of the Silzone coating.

32. According to Dr. Cameron, the paravalvular leak suffered by KTMV-2 resulted from a "dehiscence" of the valve or separation of the valve's sewing ring from the surrounding tissues of the heart. His report on KTMV-2 refers to "a peripheral dehiscence of the sewing

---

[2]He did not relate these observations to the paravalvular leak.

cuff" By definition, dehiscence refers to one or more sutures tearing out of the tissue. Logically, the term "dehiscence" implies that the suture(s) that the surgeon placed in the tissue subsequently tore through and out of the tissue, which, in turn, implies a weakness in the tissue. This is different from a paravalvular leak opening up because of excessive distance between the suture attachments of the sewing ring around part of the ring's circumference.

33. In addition to the paravalvular leak, Dr. Cameron's pathology report on KTMV-2 notes thrombus limiting the mobility of a leaflet. I have stated in paragraph 28 that the paravalvular leak was sufficient to have caused or at least materially contributed to the death of KTMV-2. This is also true of the leaflet immobility. I note, in fact, that Dr. Tweden testified that this could actually have caused the death of KTMV-2. (Tweden dep., pp. 114-5) Although I cannot state which of these two factors caused the death, it is my opinion, to a reasonable degree of medical and scientific certainty, that both the paravalvular leak and the leaflet immobilization by thrombus contributed to the death and together were sufficient to have caused the death, and that this death was caused by the implanted device.

34. The AB (antibacterial) Cuff Project Team at SJM interpreted the "extensive areas of black particulate material" reported by Dr. Cameron from KTMV-2 as silver particulates that separated from the cuff, as recorded in the AB [antibacterial] Cuff Design Review of October 24, 1996 (124795-124808.tif), that refers at p. 124795.tif to "10 [day] specimen see Ag [silver] particulates at cardiac tissue interface for coated specimen." Such a separation of silver particulates in this one case within 10 days of implantation suggests a major problem, be it a design defect or, at the very least, a quality control shortcoming relating to adherence of the silver coating. The attention Dr. Cameron's pathology review drew to silver separation from the coating also raises questions **of** whether the silver SJM added to its device was acting as a drug.

35. As I noted earlier, in Mr. Runquist's August 30, 1996, letter to FDA and again in its May 1997 PMA Supplement for the Silzone valve, SJM emphasized to the FDA the "excellent

healing response" to the Silzone sewing cuff revealed in the short-term studies.

36. In the complex environment of flowing blood in the body, where the platelets play an important role and are replenished by further blood flow, the initial biological reaction to the surface of the implanted sewing ring is the formation of a "thrombus", which is a combination predominantly of red blood cells, the coagulation protein fibrin and platelets. Through the natural healing process, which normally occurs in, on and around the sewing ring of a mechanical heart valve, the surface thrombus is replaced with a tissue covering which usually is quite stable. This tissue is known as "pannus". To reinforce its message of "excellent healing", in the PMA Supplement, SJM additionally impressed on the FDA the "superior pannus organization observed in the sewing cuffs as compared to the sewing cuff without Silzone". Suffice it to say that an animal that may well have died from a paravalvular leak caused by a peripheral dehiscence is hardly consistent with an "excellent healing response". Just based on the available written and photograph record on KTMV-2, these assurances to the FDA are misleading at best and blatantly false at worst.

37. The ASAIO paper by Tweden, et al. entitled, "Silver Modification of Polyethylene Tetrephthalate Textiles for Antimicrobial Protection", that SJM brought to FDA's attention in its December 1997 Amendment and appended as Attachment 1 to that submission (136807-813.tif) continues and, in fact, enlarges on, SJM's claims of superior healing with SJM's new silver coating. Ideally, the pannus should be quite thin (about 1 mm). The paper's abstract summarizes the study results as showing "comparable tissue ingrowth of uncoated and coated fabric with a more organized, thinner pannus that formed on silver coated fabric." The clear impression given in the abstract is superior healing with silver. The Results section of the paper (at p. M479) provides more detail on this superior healing, illustrated by Figure 4, panels (b), (c) and (d), including the following:

> Also, there was a suggestion that pannus maturity[3] was more advanced in the silver coated side than the uncoated side. The pannus in the control areas was characterized by randomly oriented, "activated fibroblasts"[4] forming a non-lamellar[5] pattern. (Figure 4b). Dystrophic calcification[6] was found in control areas only (Figure 4c). The pannus in coated areas was characterized by regularly oriented "mature fibroblasts" forming a lamellar pattern (Figure 4d). The mean pannus thickness of the uncoated half was "400±235/μm compared with 269±235/μm for the silver coated half.

38. The ASAIO paper by Tweden, et al. comprising Attachment 1 to SJM's December 19, 1997, Amendment perpetuates the fiction that the short-term studies only involved four sheep. It mentions nothing about the death of a sheep with peripheral dehiscence whose reactive fibrous tissue is permeated with extensive areas of black particulate material. It is abundantly clear that the other four animals SJM has identified with Dacron sewing cuffs--KTMV LL-1, KTMV LL-3, KTMV-1 and KTMV-3--are the subject of the ASAIO paper. Based on my review of the histopathology of all sections obtained from the sewing rings of the 4 valves which remained implanted 4 to 5 weeks in these 4 sheep, I conclude, to a reasonable degree of medical and scientific certainty, that all of the claims of superior healing with silver advanced in the ASAIO paper are false. The pannus on the silver-coated fabric was ***not*** "more organized" or thinner in any meaningful way. The statement that "dystrophic calcification was found in the control [i.e., non-Silzone] areas only" is false. Dystrophic calcification was also present in relation to the silver-coated fabric.

39. Regarding the issue of pannus maturity and "activated fibroblasts" forming a non-lamellar pattern in control areas, there is no practical difference in the pannus morphology observed

---

[3]Pannus maturity refers to completeness in healing of the pannus through which what was originally sewing ring thrombus is transformed into fibroconnective tissue that is contiguous and integrated into the connective tissue surrounding the valve.

[4]Fibroblasts are fibroconnective cells which produces collagen, a structural protein that provides the strength of the pannus.

[5]Lamellar refers to tissue organized in an orderly fashion in layers. Non-lamellar implies a more random disorganized arrangement of tissue.

[6]Dystrophic calcification usually refers to calcium build-up sufficient to be visible under the microscope in dead cells. It is usually a marker of previous cell necrosis or death.

between the silver-coated and control (non-silver-coated) regions sampled. I searched to find the so-called "immature pannus" pictured in Figure 4b in the ASAIO paper and did see areas of incomplete healing in some sections of pannus formed on the control regions sampled. However, I also found examples of equally incomplete healing in the pannus on some of the Silzone regions sampled. Needless to say, SJM's selective presentation is extremely misleading.

40. To investigate the claim that dystrophic calcification only appeared in control areas, I quantified both the amount of cell necrosis (without obvious dystrophic calcification) and dystrophic calcification in the 4 sewing cuff sections from each of the 4 valves from KTMV LL-1, KTMV LL-3, KTMV 1, and KTMV 3. I included cell necrosis in my examination because it is a precursor of dystrophic calcification. These values are tabulated in Exhibit "C". Examination of these values reveals highly variable results for both necrosis and calcification from section-to-section and animal-to-animal. There is no statistically significant difference in the amount of necrosis or dystrophic calcification between the Silzone-coated and non-Silzone-coated (control) groups. Notably, the two cases with the greatest amount of dystrophic calcification are from the Silzone-coated regions of the cuffs in KTMV LL-1 and KTMV LL-3, as documented in Exhibit "C".

41. In summary, SJM inaccurately, incompletely and untruthfully represented in its submissions to the FDA significant gross and microscopic findings from studies of its first implantation of Silzone-coated valves into the cardiac tissue of living beings that raise grave questions about the safety of Silzone.

**THE 10-WEEK PREMARKET SHEEP STUDY**

42. SJM also sponsored a ten-week premarket study of Silzone-coated valves in 9 sheep, which was performed at Loma Linda University from November 1996 to April 1997. Each sheep received a St. Jude Masters Series mechanical heart valve implanted in the mitral position.

In 6 of the sheep (Nos. 1, 2, 3, 4, 5, and 8), the polyester sewing ring was Silzone-coated; the remaining 3 sheep (Nos. 6, 7, and 9) received otherwise identical but uncoated valves designated as controls for comparison. At several intervals, blood samples were obtained from the sheep and analyzed for the presence of silver. After 10 weeks, the sheep were euthanized, the hearts containing the valves were removed, the valves were examined grossly, and histology was obtained from the sewing rings. In addition, tissue specimens from the annular tissues surrounding the valves and from the kidneys, livers and spleens from these sheep were analyzed for the presence of silver. Histological sections from these organs were also obtained.

43. SJM summarized some of the results of this study in a 19-page report[7] submitted to the FDA as attachment 16 to its May 14, 1997, PMA Supplement for the Silzone valve (003563-3581.tif).

44. Of particular relevance to the 10-week sheep study is sheep No. 8. Its explanted heart was remarkable for substantial pannus overgrowth and thrombus sufficient to immobilize one of the two leaflets of the valve occluder mechanism. This is a severe device-related complication, and one which has the potential to prove fatal. In fact, in a December 11, 1996, failure mode and analysis summary, SJM entertained as a possible failure mode of the Silzone valve that the "silver coating results in excessive tissue ingrowth" because the "coating changes tissue ingrowth characteristics" and the effect of such failure is that "pannus interferes with leaflets or valve function." (028816-820.tif and especially at p. 028829.tif).

45. The development of pannus overgrowth and thrombus in one of merely six animals implanted with a Silzone valve in the 10-week study may not be coincidental, as a Canadian pathologist, Dr. Jagdish Butany, in 1998, not long after FDA approved the Silzone valve, began observing excessive amounts of pannus and associated thrombus on Silzone valves explanted from patients at Toronto General Hospital. (Butany dep., pp. 73 and 87) He testified that he

[7]These included pages I, II, III, IV and 1 to 15 inclusive.

"seldom if ever saw this much tissue overgrowth" before. (Butany dep., p. 103)

46. Unlike the findings in KTMV-2 from the 5 week sheep study, SJM disclosed this result to the FDA in its initial May 14, 1997, submission. However, the way in which SJM handled this pannus overgrowth problem was exceedingly misleading.

47. SJM sent the explanted sheep heart (designated SJM II-8) containing the Silzone valve for gross examination to Dr. Fred Schoen, a Harvard Medical School pathologist. In a March 4, 1997, letter (030001.tif), Dr. Tweden requested Dr. Schoen's "opinion about the origin of the pannus and thrombus in valve SJM II-8." Upon examining the valve, Dr. Schoen wrote Dr. Tweden a description of the excessively thick pannus which he agreed immobilized "the involved valve hemileaflet". In a March 10, 1997, letter (030377-8.tif), he observed that:

> Two rather prominent green suture knots are directly adjacent to the pivot guards and other sutures around the orifice in the area of the incorporated hemileaflet are covered by neointima. While the relationship between the sutures and pannus is uncertain, no other cause for excessive tissue overgrowth is apparent.

On page 10 of the 19-page report on the study SJM submitted to the FDA on May 14, 1997, SJM summarizes Dr. Schoen's assessment as follows: "Briefly, Schoen concluded that excessively long suture tails contributed to the pannus overgrowth." This misrepresents what Dr. Schoen said in his March 10, 1997, correspondence. According to Dr. Schoen, "the relationship between the sutures and pannus is uncertain. . ." Furthermore, SJM offered no explanation whatsoever as to how the long suture tails would provoke such an extensive pannus build-up. Also, in the PMA Supplement it filed in May 1997, SJM did not disclose the observation of thrombus in addition to pannus. Either pannus or thrombus, or both in combination, can immobilize the valve's leaflet and thereby impede valve function. Even if leaflet immobilization were entirely due to pannus, thrombus could lead to the additional complication of thromboembolism, making the initial non-disclosure to the FDA of thrombus significant. Exhibit "D" (651988.tif) shows the gross appearance of the Silzone valve from SJM II-8, revealing both pannus and thrombus.

48. In its May 14, 1997, cover letter summarizing its PMA supplement, SJM told the FDA that all the animals survived the length of the 10-week study "without obvious complications". (003265.tif) Jonas Runquist, the SJM employee who wrote that letter, testified that he was telling the FDA here that there had been no complications, whether or not deemed to be device-related (Runquist dep., p. 274). The excessive pannus build-up and thrombus in SJM II-8 was a device-related complication severe enough to immobilize a valve leaflet. Thus, this statement to the FDA was false.

49. A further aspect of the excessive pannus build-up of SJM II-8 is the quantification of the concentration of silver present in heart tissue adjacent to the valve sewing ring. This measurement was performed in relation to all of the 6 Silzone coated valves in this study, and the individual results were tabulated and averaged by SJM. These tabulated results, under the heading "Heart Annulus" are presented at 003541.tif. Most striking in these tabulated data is the silver concentration in SJM II-8 of 17.33 µg/g wet weight, almost three times the average of 6.01 µg/g, and more than four times the next highest silver concentration of 4.02 µg/g in SJM II-5. In its earlier summary tabulations of these data on page 12 of Attachment 16 to the Supplement at 003530.tif, SJM presented the mean level of 6.01 µg/g and stated to the FDA:

> The coated samples are higher than the controls. This was expected and is not a large concern.

It is noteworthy that in this summary SJM did *not* disclose the silver concentrations for the individual Silzone valves, but only the mean wet weight concentration of 6.01 µg/g and the mean dry weight concentration of 15.91 µg/g. SJM's failure to disclose the silver level results for SJMII-8 in its 19-page summary report of the 10 week sheep study(Attachment 16 to the PMA Supplement submitted May 14, 1997) was misleading. SJM never did anything to draw the FDA's attention to the co-occurrence of high annular silver concentration and the excessive pannus build-up in SJM II-8. Had this information been made apparent to the FDA in the summary, I am confident, to a reasonable degree of scientific and medical certainty, that

the FDA would at least have questioned SJM about this issue in its "not approvable" letter of December 15, 1997.

50. In its December 19, 1997, Amendment to its PMA Supplement for the Silzone valve, SJM emphasized that it was including as Attachment 2 to this amendment a recently published "second paper by Dr. Katherine Tweden et al" that "discusses the 10 week animal study described" in the PMA Supplement. See 136794.tif. "Dr. Tweden," SJM continued, "provides a complete summary of the study design, the methods used as well as a summary of the results and conclusions obtained from this investigation." That paper, entitled, "Biocompatibility of Silver-Modified Polyester for Antimicrobial Protection of Prosthetic Valves", *The Journal of Heart Valve Disease* 1997; 6:553-561, (the Heart Valve Disease paper) is at 136816-825.tif.

51. The abstract of the Heart Valve Disease paper trumpeted the conclusion that "uncoated or coated polyester sewing cuffs showed comparable tissue ingrowth and mature pannus with a suggestion of a thinner pannus on the silver-coated fabric." In the Conclusions section at the end of the abstract, the authors stated that "these current results, together with earlier data, suggest that [the] silver coating on polyester facilitates healing . . ." The clear impression left by the abstract is superior healing with silver.

52. In its Results section, this paper re-presented claims of superior healing from the ASAIO paper on the 4-5 week study, and extended them to the 10-week study, notwithstanding that "one valve with a coated cuff showed pannus overgrowth sufficient to immobilize one leaflet" [of the occluder mechanism of the valve] (page 556).

> . . . These studies suggested that the pannus organized more quickly and was thinner overall on the coated cuffs than on the uncoated cuffs and that fibrous tissue integration was more advanced in the silver-coated cuff, *i.e.*, a more mature state of tissue reaction, as discussed below. Histopathologic characteristics are shown in Table II. The foreign body giant cell response was shown to be similar for both cuffs. There was a suggestion that the fibrous tissue integration was more advanced in the silver-coated cuff. The results also suggested that pannus thickness was thinner on the coated cuffs. Histologic sections of the sewing cuffs of the valves shown in Figs. 3a and 3b are shown in Fibs. 3c and 3d,

> respectively. A thicker, more random, lamellar pannus is seen in the uncoated cuff (Fig. 3c) compared with the more organized pannus over the coated cuff (Fig. 3d). The coated cuff pannus was characterized by a think highly organized, non-vascularized lamellar pattern. (page 557 J Heart Valve Disease 6(5):553-61, 1977.)

53. Based on my examination of all the histological sections of the sewing rings from both the coated and uncoated sewing ring cuffs at both 4-5 and 10 weeks reported in this paper, it is my opinion, to a reasonable degree of medical and scientific certainty, that these claims are false. The pannus was ***not*** "more organized" or thinner in any meaningful way on the silver coated fabric at either 4-5 or 10 weeks. Fibrous tissue integration was ***not*** more advanced in the silver-coated cuff. Uncoated cuffs did ***not*** show thicker, more random (in reference to orientation of collagen) pannus compared to thinner, more organized non-vascularized pannus over the coated cuffs.

54. To some extent, the authors' claims are rebutted by their own presentation of the data. In Table II (top right, page 557) the authors state that their quantitative assessment of foreign body response, fibrous tissue integration and pannus thickness shows no statistically significant differences for these three healing parameters.

55. Histology sections and the blocking diagrams of the valve sewing rings implanted for 10 weeks, which I have reviewed, reveal SJM's assertions that Silzone promotes superior pannus formation to be completely insupportable. The authors state in the paper's materials and methods section that "sewing cuff histology samples were retrieved 90° away from the pivot guards." This statement implies at least two tissue samples were obtained from each valve sewing ring, since there are two pivot guards for each valve and 360° around the full circumference of the valve. In fact, the blocking diagrams show that ***only one*** histological section was taken from the pannus for each valve, and the location of this section in relation to the pivot guards varied from one valve to another. Areas of "thin" or "thick" pannus were marked on the blocking diagrams. Sometimes the one section for a particular sewing ring was taken from a "thick" area; on other occasions the one section was taken from a "thin" area.

***That only one section was taken for each sewing ring renders the scientific validity of this 10-week study fatally deficient.*** Minimally acceptable procedures called for sampling both the thinnest and thickest areas and preferably the thinnest, thickest and a typical area or, alternatively, several areas (at least 4 per sewing ring as was done in the 4-5 week study) at fixed locations relative to some landmarks (*e.g.*, the pivot guards). Casually and unsystematically taking one section without referring to any landmark not only invites bias but is obviously inadequate to obtain a balanced, fair evaluation of healing.[8] SJM's claim that this study shows that Silzone promotes thinner, more mature and organized, and generally superior pannus formation is simply untrue.

56. The paper additionally misrepresents pannus thickness differences between control and Silzone-coated sewing rings in the photomicrographs it presents in Figure 3 (p. 558). Panels 3c (bottom, left: control) and 3d (bottom, right: silver coated) were published to show control pannus nearly four times thicker than recorded with Silzone-coated cuffs. I have located the particular histology sections from which these photomicrographs were obtained.[9] They represent the thickest pannus seen in any control and the thinnest pannus seen in any silver coated sewing ring.[10] Such highly selective presentation of the extremes falsely represents the effects of Silzone on healing.

57. In a statement encompassing both the 4-5 week and the 10-week sheep studies, the paper also falsely declares that "In no case in the ten valves implanted with either half-coated or fully coated cuffs was excessive thrombosis seen to be associated with the coating on the sewing cuff"[11] (136821.tif). The ten valves that are referenced include SJM II-8 which Dr. Tweden,

---

[8]Taking several histological sections for each sewing ring would not have even been significantly more expensive since multiple sections could have been processed in one cassette.

[9]Panel 3c is from sheep SJM II-7; panel 3d is from sheep SJM II-1.

[10]I measured this at 0.15 mm in SJM II-1.

[11]"Thrombosis" refers to the process of thrombus formation in which red blood cells and platelets become stuck together in a meshwork of strands of the protein fibrin, formed by the interaction of several proteins known as coagulation (clotting) factors, and with platelets participating in the process. All this occurs in flowing blood.

the lead author, sent to Dr. Schoen for his opinion on the origin of the pannus and thrombus. Although the paper disclosed the excessive pannus on this valve, the thrombus was not. Exhibit "D" shows the thrombus on this valve, which was excessive. Furthermore, limiting the statement to 10 Silzone coated valves (4 from the 4 to 5 week sheep study and 6 from the 10-week sheep study) avoids the fifth valve from the 4 to 5 week sheep study that had been implanted into KTMV-2. Dr. Cameron's pathology report on KTMV-2 indicated excessive thrombus limited the mobility of this valve's leaflet which, Dr. Tweden herself testified, could actually have caused the sheep's death, as I earlier remarked. There clearly was excessive thrombosis in KTMV-2.

**THE EPIC STUDY**

58. Implants of heart valve prostheses with Silzone coated sewing rings in sheep did ***not*** cease with the10-week study completed by May 1997. Silzone valves were again implanted into sheep in a study of the Silzone-coated Epic valve that began in June 1997 and saw its last Silzone sewing ring explant in October 1998. These heart valve implants into the mitral position in sheep were performed at the facilities of BioSurg, Inc. in Winters, California, under contract with SJM.

59. Almost all of the heart valves implanted in the Epic study were St. Jude Biocor heart valve bioprostheses; that is, tissue valves in which the leaflets of the valve came from a chemically processed pig aortic valve. The sewing ring of all of the Biocor valves was made of polyester, some of which were Silzone-coated and others of which were conventionally coated. The Silzone Biocor valves were designated as Epic™ valves. The Biocor non-Silzone-coated valves served as controls.

60. A total of 18 Epic valves and 12 controls were implanted in sheep in the Epic study. The study was divided into two components: the BioSurg SJM-05-97 study with 26 valves, including 14 Silzone Biocor valves and 12 controls; and the BioSurg SJM-05-98 study with

4 additional Silzone Biocor valves.[12] The original study design involved a 20-week implant duration, which is standard for the use of this juvenile sheep model to evaluate dystrophic calcification in bioprosthetic heart valves. However, some of the sheep were followed well beyond 20 weeks, with the intent of one-year follow-up. One purpose of this longer follow-up was to examine the loss of silver from the Silzone coated sewing rings.

61. I have examined the records of the Epic study that SJM has produced in this litigation. These include records of the valve implants and explants (after euthanasia of the animal or the animal's unscheduled death) the BioSurg necropsy reports including gross examination of the valve, histopathology reports from IDEXX Veterinary Services Inc.[13] as well as available pathology reports from Dr. Cameron on the valves (which did not include all of the valves), only about half of which contained a histopathology component, which consisted of a microscopic examination of a single section from an undisclosed location of the sewing ring of each valve.

62. Of the 14 sheep with Epic valves in the 05-97 component of the study, 4 had para-annular leaks. These cases were:

> 14N5 at 20 weeks follow-up with several small para-annular leaks;
>
> 1597 at 355 days follow-up with three para-annular leaks, one less than 1 mm in diameter, one about 3 mm in diameter and one larger leak, greater then 3 mm in diameter "with apparent tears" in the tissue;
>
> 3N7 at 158 days follow-up with "several significant periannular leaks" of which two para-annular leaks in the same area measured "approximately 2.0 and 3.5 mm in diameter, respectively"; and
>
> 22N7 at 20 weeks follow-up with several small para-annular leaks.

63. Of the **four** additional animals implanted with Epic valves in the 05-98 component of the study, two (859 and 861) showed para-annular leaks. Of the 18 Silzone-coated valves

---

[12]The study also included two non-Silzone-coated Baxter Bioprosthetic heart valves, implanted as a different type of control. These were paid little attention in the reporting of the study and are irrelevant to this declaration.

[13]IDEXX is a West Sacramento, California, business specializing in veterinary pathology.

implanted in the entire study (05-97 and 05-98 combined) there were two surgical deaths with no necropsy (sheep 197 and 597), leaving 16 Silzone-coated valves. ***Of these 16 Silzone-coated valves, 6 showed para-annular leaks.*** Furthermore, an Epic animal, sheep 1597, followed longer than any sheep in this, or, to my knowledge, any SJM-sponsored Silzone animal study, died at 355 days, shortly before the scheduled 52-week euthanasia. ***This Silzone valve had the largest para-annular leak of all the valves, and it is almost certain that the paravalvular leakage caused the death of this sheep.***[14] ***Significant para-annular leaks were also noted in the Epic valve in sheep 3N7 with one of the leaks 3.5 mm in diameter, and two 3mm para-annular leaks were reported for the Epic valve in sheep 861.*** These leaks did not cause the deaths of these sheep.

64. By contrast with the foregoing, my review of the records revealed that for the 12 Biocor Non-Silzone control valves, one (sheep 11N7) was an early post-surgical death at 4 days with no significant valve related pathology at necropsy, and one (sheep 282) of the remaining 11 controls showed three paravalvular leak sites when explanted at 283 days follow-up. One of these leaks was small, less than 1mm in diameter but the other two were larger, both at 3 mm or greater in largest dimension. The gross examination of the valve section of the necropsy report for sheep 282 states "Two were significant and 3 mm or greater and the third, 1mm". The only other control valve showing para-annular leaks was in sheep 87, which was euthanized at 20 weeks follow-up. The gross examination of the valve in the necropsy report

[14]The gross necropsy findings indicated: a) "the entire left and right bronchi contained reddish-white foamy material indicative of pulmonary edema"; and b) "the left atrium and left ventricle were dilated and enlarged". When paravalvular leaks cause substantial regurgitation of blood around the valve prosthesis sewing ring, the left ventricle and left atrium enlarge and with increasing leakage of blood across the valve from the left ventricle to the left atrium the pressure in the left atrium increases, is transmitted through the pulmonary veins to the capillaries on the alveoli (air sacs) in the lungs and, if high enough, causes fluid and red blood cells to pass from the capillaries in to the air sacs causing acute reddish-white foamy pulmonary edema. Significantly, examination of the leaflet tissues showed no abnormality to suggest regurgitation across the valve leaflets. ***Thus, one must reasonably conclude that the death of sheep 1597 was device-related and due to para-annular leaks around the Silzone-coated sewing ring.***

identified several para-annular leaks 1 to 3 mm in diameter.[15]

65. It is clear from the BioSurg records that there were more paravalvular leaks around the Silzone-coated than the control valves, and the leaks were a more severe problem with Silzone, almost certainly resulting in the death of one of the six sheep with a Silzone-coated valve with para-annular leakage but in neither of the two controls with para-annular leakage. The existence of all 6 of the para-annular leaks in the Silzone coated valves was documented before November 1998, and necropsy on the device-related death of sheep 1597 occurred on July 19, 1998. It is my opinion, to a reasonable degree of medical and scientific certainty, that the data available to SJM revealing a disturbingly high incidence of paravalvular leaks in sheep implanted with Epic valves, including clinically significant leaks likely causing death, was material to an assessment of the safety of the Masters Series valve with Silzone, a prosthesis which, like the Epic valve, had a Silzone sewing ring.[16]

66. By the autumn of 1998, the Epic necropsy results I have reviewed were available to SJM, and it was well aware of clinical problems with the Silzone-coated Masters series valves, particularly through Dr. Jagdish Butany, the cardiovascular pathologist in Toronto who has

---

[15] I examined Dr. Cameron's pathology reports in relation to the issue of paravalvular (para-annular) leaks. His gross descriptions of the valves available to me do not include the Epic valves from sheep 859, 861, and 1597, all of which the BioSurg necropsy records reported to have paravalvular leaks. His gross descriptions do not systematically address the issue of paravalvular leaks. While he does report paravalvular leaks for the Epic valve in sheep 22N7, he does not mention paravalvular leaks, whether present or absent, for 3N7 (Epic) or either 87 or 282 (Biocor controls). The BioSurg necropsy reports describe leaks in these animals. The BioSurg necropsy reports notes "several small para-annular leaks" for the Epic valve from 14N5; Dr. Cameron states "no para-annular leaks". This is the only report from Dr. Cameron that specifically disagrees with a BioSurg necropsy report regarding paravalvular leak. Paravalvular leaks of a few millimeters or less in size, while they can be functionally significant, can be easily overlooked on direct gross examination. However, once specifically looked for and identified with the specimen in hand, they are quite characteristic. In other words, they could be missed in an examination not focusing on their presence or absence (false negative), but I would not expect a hole at the edge of the sewing ring, once it is seen, to be reported present when it was not (false positive). Therefore, I accept that the paravalvular (para-annular) leaks described in the BioSurg necropsy reports were, indeed, present, with the possible exception of sheep 14N5, an animal which Dr. Cameron has specifically described as without leaks. It is clear that Dr. Cameron did not particularly focus on paravalvular leaks, because in the case of the Epic valve from sheep 22N5, for which he documents leaks, he did not choose to take any histological sections to investigate the cause of the leakage, whereas he took numerous sections from the valve leaflets, including additional sections beyond the standard ones, to study abnormal findings.

[16] While the Biocor valve prosthesis is not identical to the Masters Series prosthesis for which SJM's PMA supplement was obtained, regarding paravalvular leaks, it is the sewing ring that matters. As both the Epic and Masters Series valve with Silzone had Silzone-coated sewing rings, the findings of paravalvular leak in the Epic valves are directly relevant to the Masters Series valve with Silzone.

testified about the details of his communications, which included face-to-face meetings with SJM personnel, in the summer to autumn of 1998, concerning his pathology observations on multiple clinical cases with Silzone valve removal due primarily to paravalvular leak, including valve dehiscence. It is incredible that SJM would not have seen the connection between the para-annular leaks with Silzone clinically and in the Epic study.

67. By October 1998, SJM had also learned that the clinical investigator and cardiothoracic surgeon it had commissioned to study whether Silzone induced strokes and other troubling thromboembolic events Mr. Eric Butchart of Cardiff, Wales had encountered an alarmingly high incidence of such complications in that very study. In addition, Mr. Butchart informed St. Jude during that period that he had found no tissue ingrowth on the one valve that had been explanted from one of his Silzone study patients who had suffered a thromboembolic event. Mr. Butchart told SJM that he strongly suspected that the Silzone coating was adversely affecting tissue ingrowth, which, in turn, placed patients at higher risk of stroke and other embolic events.

68. In the December 11, 1996, failure mode and analysis summary I mentioned earlier, SJM recognized before the Epic study was even begun and well before it received profoundly disturbing reports from Mr. Butchart and Dr. Butany that one possible "failure mode" of the Silzone valve was that the "silver coating results in inadequate tissue ingrowth" by "changing tissue ingrowth characteristics", all of which may result in excessive thrombus [i.e., thromboembolic events] or P.V. [paravalvular] leak." See 028816-820.tif and especially at 028829.tif. As SJM entered its developmental testing of the Silzone heart valve it knew that thromboembolic events and paravalvular leaks could conceivably emanate from the same source toxic injury to adjacent heart tissue induced by its new silver coating resulting in lack of ingrowth and frustrated healing. It is my opinion, to a reasonable degree of medical and scientific certainty, that the the Epic animal study results in late 1998 were material to what SJM was learning from Dr. Butany and Mr. Butchart

69. Based on the foregoing, it is my opinion, to a reasonable degree of medical and scientific certainty within my fields of expertise, that SJM presented to the FDA and the medical. profession a materially false and misleading view of the safety and efficacy of the Masters Series valve with Silzone.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 13, 2003 Gregory John Wilson

Gregory John Wilson, B.SC., M.SC., M.D.