# Exhibit 14

## SUMMARY OF HEMOLYSIS TESTING ISSUE

1) **The initial failure of the hemolysis test for the Epic covered stent has been traced to the silver coating.**

Component testing of all covered stent materials was conducted that isolated the cause of hemolysis to the Spire coated fabric. Further testing of coated and uncoated Bard and Meadox fabrics isolated the cause of the hemolysis failures to the coating itself.

2) **All previous product validations, which incorporated the Spire coating, have passed hemolysis testing. However, recent testing of clinical devices pulled from stores have resulted in some failures of the hemolysis test.**

The individual coated fabric component had not been previously tested by SJM for hemolysis. Regulatory submissions incorporated data from Spire indicating the coating was non-hemolytic and data from SJM indicating the complete, finished device was non-hemolytic.

Results from recent testing of the Silzone MHV have shown an increase in the hemolysis level from the original validation (1.36% → 5%).

Results from recent testing of the Tailor ring are inconclusive. Three clinical TAR's tested at Viromed, which performed the original validation work, resulted in a 46.8% hemolysis level. Three additional clinical TAR's tested at Namsa, which has performed all of the hemolysis work to investigate the Epic situation, resulted in a 2% level. The original validation work for TAR resulted in a 3.16% hemolysis level.

Further investigations are being conducted to assess test facility variance in hemolysis levels. After this answer has been obtained, work will be performed to determine if the drift seen for the Silzone MHV was related to the product or test method.

3) **Review of data from the Silzone MHV and Epic sheep studies does not indicate any clinical significance from hemolysis *in vivo*.**

Per our biocompatibility consultant, the endpoints which would be effected by increased *in vivo* hemolysis would be abnormal liver histopathologies and increased reticulocyte levels. Neither of these endpoints were abnormal as documented in the sheep studies.



CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

4) **A protocol to assess the clinical relevance of hemolysis levels and a protocol to construct a Ag+/ hemolysis dose response curve have been written.**

The hemolysis test method is typically performed by extracting a single device in 10 - 20 mls of saline and then exposing the device and extract to rabbit blood in a test tube. The percent hemolysis of the exposed RBC's is measured through spectrophotometry. Due to the low extraction volume used in the standard test procedure, the silver concentrations of the extracts are much higher than would be seen with an implanted device.

The "clinically relevant dilution" protocol will extract a single device in 20mls, 400mls and 4000mls of saline. The 4000ml endpoint was chosen to represent the average blood volume of a small adult.

3WK

The "dose response curve" protocol evaluate the hemolysis level caused by the following known doses of silver: 0, 20, 50, 100, 300, 750 and 1200 ppb. Data from the clinically relevant protocol may then be superimposed on the dose response curve to determine a correlation between the studies. Additionally, clinical blood silver levels can be used with the curve to infer that *in vivo* hemolysis is not an issue.

5) **Regulatory concerns: Epic Canadian submission, Japanese Silzone MHV hemolysis failure.**



CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER