# Exhibit 16

Project No.____
Book No.____

TITLE ____

From Page No.__

Cuff study

| Sample | Ag(ppb) |
|---|---|
| Size 23 #1 | 19110.00 |
| Size 23 #2 | 19700.00 |
| Size 25 #1-1 | 21070.00 |
| Size 25 #1-2 | 19510.00 |
| Size 25 #2-1 | 13170.00 |
| Size 25 #2-2 | 13770.00 |
| AVE | 17721.6667 |

| | | Cuff | | ANN | | |
|---|---|---|---|---|---|---|
| | mm | Ag (ppb) | %retained | weight | Ag (ppb) | Ag(microg/g) |
| SJ #1 | 25 | 12030.00 | 67.88 | 84.18 | BDTL | NA |
| SJ #2 | 25 | 15570.00 | 87.86 | 69.26 | 18.25 | 6.59 |
| SJ #3 | 23 | 9899.00 | 55.86 | 29.64 | 7.56 | 6.38 |
| SJ #4 | 25 | 16700.00 | 94.23 | 60.55 | 24.36 | 10.06 |
| SJ #5 | 23 | 12960.00 | 73.13 | 39.24 | 16.72 | 10.65 |
| SJ #6 | 25 | 11.13 | 0.06 | 46.78 | BDTL | NA |
| SJ #7 | 25 | 3.22 | 0.02 | 44.50 | BDTL | NA |
| SJ #8 | 25 | 15770.00 | 88.99 | 48.01 | 88.14 | 45.90 |
| SJ #9 | 23 | BDTL | NA | 119.95 | BDTL | NA |

| | liver | | | Kidney | | |
|---|---|---|---|---|---|---|
| | wieght | Ag (ppb) | Ag(microg/g) | weight | Ag (ppb) | Ag(microg/g) |
| SJ #1 | 26.52 | BDT | #VALUE! | 27.64 | BDT | #VALUE! |
| SJ #2 | 53.92 | 38.84 | 18.01 | 32.81 | BDT 21.62 | #VALUE! |
| SJ #3 | 136.58 | 116.30 | 21.29 | 37.92 | BDT24.55 | #VALUE! |
| SJ #4 | 107.4 | 69.01 | 16.06 | 44.15 | 28.14 | 15.93 |
| SJ #5 | 33.44 | 42.31 | 31.63 | 30.48 | 34.39 | 28.21 |
| SJ #6 | 107.2 | 26.83 | 6.26 | 144.90 | 26.83 | 4.63 |
| SJ #7 | 109.51 | 32.07 | 7.32 | 148.69 | BDT | #VALUE! |
| SJ #8 | 111.21 | 88.73 | 19.95 | 34.54 | 27.20 | 19.69 |
| SJ #9 | 78.63 | BDT | #VALUE! | 169.77 | 32.50 | 4.79 |

| | liver | | | Kidney | | |
|---|---|---|---|---|---|---|
| | wieght | Ag (ppb) | Ag(microg/g) | weight | Ag (ppb) | Ag(microg/g) |
| SJ #1 | 26.52 | 25.00 | 23.57 | 27.64 | 25.00 | 22.61 |
| SJ #2 | 53.92 | 38.84 | 18.01 | 32.81 | 25.00 | 19.05 |
| SJ #3 | 136.58 | 116.30 | 21.29 | 37.92 | 25.00 | 16.48 |
| SJ #4 | 107.4 | 69.01 | 16.06 | 44.15 | 28.14 | 15.93 |
| SJ #5 | 33.44 | 42.31 | 31.63 | 30.48 | 34.39 | 28.21 |
| SJ #6 | 107.2 | 26.83 | 6.26 | 144.90 | 26.83 | 4.63 |
| SJ #7 | 109.51 | 32.07 | 7.32 | 148.69 | 25.00 | 4.20 |
| SJ #8 | 111.21 | 88.73 | 19.95 | 34.54 | 27.20 | 19.69 |
| SJ #9 | 78.63 | 25.00 | 7.95 | 169.77 | 32.50 | 4.79 |

To Page No.____

| Witnessed & Understood by me, | Date | Invented by | Date |
|---|---|---|---|
| 10577 1 8 MAY '97 | | Recorded by Mathew F. Cye | 27May97 |

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER