# Exhibit 17

E Ranger Anti $Ca^{2+}$ (#1)

Project No.

Book No.

5

Page No.

31 Oct 96

Calcification screening protocol

Intro

This experiment is design to give us an initial look at the calcification effect Ranger coated fabric has on Porcine aortic root ~~and leaflet~~ when implanted in rats.

Process

Amy Studer obtained processed TSPV I valves with the sinus area intact (not cut out). She processed them on September 13 1996 as indicated in her lab book on page 95 and mimicked below.

- She placed Ranger coated fabric around the outside perimeter of the valve (unsutured in the valves that were utilized).
- Valves were placed in 0.5% Glutaraldhyde buffered in HEPES and stored on the benchtop.

On October 30, 9 whole leaflets and 9 aortic root/coated fabric samples with size of ~ 1 $cm^2$ were aseptically cut, sutured together (silver side out with one exception), and placed in 4° saline overnight. On October 31, these samples were placed Subdermal in rats (See Brian Williams ~~Matt Ogle~~ notebook #387 p. 50). Root/fabric samples are to be placed with the fabric pressed against the animals cavity (in contrast to the skin). After 21 days, rats are to be sacrificed and samples retrieved and analyzed for $Ca^{2+}$ and via ICP and histology techniques.

21 Nov 96 Samples were retrieved today. ~~So~~ 3 samples were gathered ~~and~~ (in that including silzon fabric) and placed in 10% formlin. The remaining sample we dried down for $Ca^{2+}$ analyzer.

Observations: Our tissue/silver samples looked good. They felt pliable and did not show any visable signs of calcification.

To Page No. 7

| Witnessed & Understood by me. | Date | Invented by | Date |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | 31 Oct 96 |

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

Richards Run on TS PV Fabric

pire

# PROCESS/INSPECTION CERTIFICATE

BIOMATERIAL SURFACE TREATMENTS

| | |
|---|---|
| ustomer: St. Jude Medical Inc. | Date: 9/11/96 |
| roduct Manager: R Bricault Request #: | Purchase Order: P65311 |
| roject Engineer: H. Karimy | Job Number: P0569 |
| echnician: JA, MG | Work Order: 27173 |
| rocess: Spi-Argent | Run Number: |

ESCRIPTION:

16 customer supplied polyester fabric tubing lengths received Spi-Argent processing on the outside surface per process spec. SPP-5327. Since this material is different from that described in SPP-5327 the process can not be certified.

One 28 mm tube length was not processed due to shortage of fixturing.

SPECTION NOTES:

2 28mm lengths have a dark spot toward one end. Parts pass adhesion test and mean thickness of Spi-Argent coating is 3,948 A.

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER SJM4090705697MDL

Biocore Fabric

Project No.______
Book No.______ 6

Page No.__

1 Nov 96 Today we recived 1 yd of 25 mm and 33 mm fabric. This is to be sent to Spire for coating. The bill it is to mail to Spire on 20 Nov 96. The

2 Dec 96 Recieved the above fabric from Spire and with the SPI-Argent coating. The 25 mm fabric will be shiped to Newcore today ~~on~~ for valve fabrication.

**spire**

# PROCESS/INSPECTION CERTIFICATE

BIOMATERIAL SURFACE TREATMENTS

| | | | |
|---|---|---|---|
| Customer: | St. Jude Medical Center | Date: | 12/9/86 |
| Product Manager: | M. Little Request #: | Purchase Order: | P69357 |
| Project Engineer: | H. Karimy | Job Number: | PO 612 |
| Technician: | JPA/MG | Work Order: | 35548 |
| Process: | Spi-Argent | Run Number: | 461204O1 SJM |

**DESCRIPTION:**

2 customer supplied polyester samples received Spi-Argent processing. Samples were cut in half to facilitate proper processing length.

No. 9

**INSPECTION NOTES:**

Treatment is uniform & adherent

E Ranger Anti $Ca^{2+}$ #1

Project No.

Book No. 7

Page No. 5

26 Nov 96.

Data for $Ca^{2+}$ analyze.

| Sample ID | wt (mg) |
|---|---|
| Z1 | 29.39 |
| Z2 | 27.56 |
| Z3 | 31.04 |
| Z4 | 23.66 |
| Z5 | 24.39 |
| Z6 | 21.48 |
| Z7 | 32.43 |
| Z8 | 27.53 |
| Z9 | 23.19 |
| Z10 | 25.16 |

1 ml of conc Nitric Acid was added to the above vials and placed at 108°C over night.

~~Nov 96~~ p.l.

Nov 96

Vials were diluted with 2.3% Nitric Acid (no trace metals) to a total volume of 25 ml / vial for ICP analysis.

(J. KALGREEN)

To Page No. 8

Witnessed & Understood by me, Date

Invented by Date

Dec 96

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

Project No.______
Book No.______

TLE ______

om Page No.__

1 Dec 96 Info on the TSPV Green 1-5 can be found in Matt Ogle lab book # 407 p 63

Slizone 21day Ratsubdermal
12/9/96 control is normal for aortic root

| TSPV | | | Aluminum | | Calcium | | Phosphorus | |
|---|---|---|---|---|---|---|---|---|
| I.D.# | Type | weight | ppm | mg/g | ppm | mg/g | ppm | mg/g |
| Green-1 | Root | 23.66 | 0.03 | 0.04 | 70.80 | 74.81 | 34.20 | 36.14 |
| Green-2 | Root | 25.60 | 0.05 | 0.05 | 72.97 | 71.26 | 34.74 | 33.93 |
| Green-3 | Root | 22.77 | 0.05 | 0.05 | 46.76 | 51.34 | 23.50 | 25.80 |
| Green-4 | Root | 26.21 | 0.05 | 0.04 | 71.42 | 68.12 | 34.32 | 32.74 |
| Green-5 | Root | 12.44 | 0.04 | 0.08 | 41.81 | 84.02 | 20.59 | 41.38 |
| | | | average = | **0.05** | average= | **69.91** | average= | **34.00** |
| | | | St. Dev. = | 0.02 | St. Dev. = | 10.71 | St. Dev. = | 5.06 |

| Silzone | | | Aluminum | | Calcium | | Phosphorus | |
|---|---|---|---|---|---|---|---|---|
| I.D.# | Type | weight | ppm | mg/g | ppm | mg/g | ppm | mg/g |
| z-1 | Root | 29.39 | 0.04 | 0.03 | 47.25 | 40.19 | 23.06 | 19.62 |
| z-2 | Root | 27.56 | 0.04 | 0.03 | 59.69 | 54.15 | 28.22 | 25.60 |
| z-3 | Root | 31.04 | 0.02 | 0.02 | 59.24 | 47.71 | 28.74 | 23.15 |
| z-4 | Root | 23.60 | 0.04 | 0.04 | 39.89 | 42.26 | 19.76 | 20.93 |
| z-5 | Root | 24.39 | 0.03 | 0.03 | 50.38 | 51.64 | 23.85 | 24.45 |
| z-6 | Root | 21.48 | 0.03 | 0.04 | 48.12 | 56.01 | 22.98 | 26.75 |
| z-7 | Root | 32.43 | 0.04 | 0.03 | 72.16 | 55.63 | 33.15 | 25.56 |
| z-8 | Root | 27.53 | 0.03 | 0.03 | 49.43 | 44.89 | 23.68 | 21.50 |
| z-9 | Root | 23.19 | 0.03 | 0.04 | 70.68 | 76.20 | 33.63 | 36.25 |
| z-10 | Root | 25.16 | 0.03 | 0.03 | 56.87 | 56.51 | 27.16 | 26.99 |
| | | | average = | **0.03** | average= | **52.52** | average= | **25.08** |
| | | | St. Dev. = | 0.01 | St. Dev. = | 9.70 | St. Dev. = | 4.42 |

The above results demonstrate that porcine aortic root showed favorable results in 21 day rats.

To Page No.__

| Witnessed & Understood by me, | Date | Invented by | Date |
|---|---|---|---|
| [signature] | 11/12/96 | [signature] | 11 Dec 96 |

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER 

Project No.______
Book No.______

TITLE Pro Core Fabric / Valves

From Page No. 6

2 Jan 97 Recived ≈ 6 meter of 33 mm and 2 meters of 25 mm Dacron. (This was recived before Xenasy)

Inventory of Silzone treated Biocor Valves.

| Type of Biocore Stented valve | Position | Valve size (mm) | Serial # | Date Recived | Status of valve | Comments |
|---|---|---|---|---|---|---|
| Porcine | Aortic | 25 | 47.210 | 09 Jan 97 | Bill M | Silver Fabric is inverted |
| " | " | " | 47.211 | 09 Jan 97 | Dan L | Silver Fabric is inverted |
| " | " | " | 47.212 | 09 Jan 97 | Dan L | Silver Fabric is inverted |
| " | " | " | 47.213 | 09 Jan 97 | Dan L | Silver Fabric is inverted |
| Pericardial | Aortic | 25 | 5170 | 09 Jan 97 | Dan L | Silver Fabric is inverted |
| " | " | " | 5171 | 09 Jan 97 | Dan L | Silver Fabric is inverted |
| " | " | " | 5172 | 09 Jan 97 | Dan L | Silver Fabric is inverted |
| " | " | " | 5173 | 09 Jan 97 | Dan L | Silver Fabric is inverted |
| Porcine | Mitral | 33 | 47.214 | 09 Jan 97 | Dan L | Silver Fabric is inverted |
| " | " | " | 47.215 | 09 Jan 97 | Dan L | Silver Fabric is inverted |
| " | " | " | 47.216 | 09 Jan 97 | Bill M | Silver Fabric is inverted |
| " | " | " | 47.217 | 09 Jan 97 | Dan L | Silver Fabric is inverted |

To Page No.

Witnessed & Understood by me, 105771 6 JUN '97

Date

Invented by

Recorded by

Date [illegible]

TLE Buffer Effects on Silver Coated Fabric

Project No.____
Book No.____

om Page No.__ 10 Jan 97

Buffer effects on Silver coated fabric.

Intro:

This will give us a quick look at what effects different buffers have on silver coated fabric. Five different buffers (HEPES, Citrate, Phosphate, Bicarbonate and Biocore buffer), will be created and silver coated fabric introduced.

Procedure:

A. Create four 0.05 M buffer solutions for groups 1-4 below by adding each of the following reagents to 100 ml of 0.5% Glutaraldhyde in saline. The Biocor storage solution stand alone and is self explanatory.

1) HEPES (Acid Free - Ultrapure Lot # F12723) - Add 1.19g and pH to 7.4
2) Citric Acid ($C_6H_8O_7*H_2O$ - Sigma Lot # 30H0628) - Add 1.05 g and pH to 6.5
3) Phosphate ($Na_2HPO_4$ - CMS Chempure Lot # M284KTCN) - Add 0.71 g and pH to 7.4
4) Bicarbonate ($NaHCO_3$ - Fisher Lot # 914828) - Add 0.42 g pH to 7.4
5) Biocore - to a 1 liter solution of ~~X~~ 3% (v/v) Formaldehyde in saline add
   - 0.20 g $MgSO_4$ - Sigma Lot # 105H1214
   - 0.46 g $KHCO_3$ -Sigma Lot # 46H0293
   - 0.70 g $NaHCO_3$ -See above
   - 0.80 g $Na_2SO_4$ -Sigma Lot # 35H08341
   - 0.90 g $NaH_2PO_4*H_2O$
   - pH at 7.4

B. Produce
1) ten ~ 3 cm long silver coated 28 mm TSPV fabric cylinders (the ones Rich coated)
2) ten completed 23 mm TSPV I training valve rinsed in 100 ml saline / valve (this training valve comes without the Dacron fabric).
3) Place one cylinder over each valve. This will give an n of 2.

C. Combine steps A and B by placing ~ 40 ml of the above buffers in a TSPV jar along with the tissue-Ag fabric construct. Mark appropriately.

D. Place on benchtop.

27 March 97 Checked in on valves. There was no visual evidence of blackening or oxidation.

To Page No.___

| Witnessed & Understood by me, | Date | Invented by [signature] | Date 10 Jan 97 |
|---|---|---|---|

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER SJM4090705702MDL

E Silzon Valve / fabric Inventory

Project No.
Book No.

11

Page No. 9

31-Jan-97

Inventory of Silzone treated Biocor valves.

| Type of Biocore Stented valve | Position | Valve size (mm) | Serial # | Date Recived | Status of valve | Comments |
|---|---|---|---|---|---|---|
| Porcine | Aortic | 25 | 47.210 | 09 Jan 97 | Bill M | Silver Fabric is inverted |
| " | " | " | 47.211 | 09 Jan 97 | Dan L | Silver Fabric is inverted |
| " | " | " | 47.212 | 09 Jan 97 | Dan L | Silver Fabric is inverted |
| " | " | " | 47.213 | 09 Jan 97 | Dan L | Silver Fabric is inverted |
| Pericardial | Aortic | 25 | 5170 | 09 Jan 97 | Dan L | Silver Fabric is inverted |
| " | " | " | 5171 | 09 Jan 97 | ~~Dan L~~ Sheila K | Silver Fabric is inverted |
| " | " | " | 5172 | 09 Jan 97 | Dan L 3 March 97 | Silver Fabric is inverted **Used for Demo** |
| " | " | " | 5173 | 09 Jan 97 | Dan L | Silver Fabric is inverted |
| Porcine | Mitral | 33 | 47.214 | 09 Jan 97 | Dan L | Silver Fabric is inverted |
| " | " | " | 47.215 | 09 Jan 97 | Dan L | Silver Fabric is inverted |
| " | " | " | 47.216 | 09 Jan 97 | Bill M | Silver Fabric is inverted |
| " | " | " | 47.217 | 09 Jan 97 | Dan L | Silver Fabric is inverted |
| Porcine | Aortic | 25 | 47.383 | 29 Jan 97 | Dan L | Clinical Valve- This one has a slight fabric tear near the commissure |
| Pericardial | Aortic | 25 | 5209 | 29 Jan 97 | Dan L | Clinical Valve |
| Pericardial | Mitrial | 33 | 5210 | 29 Jan 97 | ~~Dan L~~ | Clinical Valve → Bill has the valve |

To Page No. 12

| essed & Understood by me, | Date | Invented by | Date |
|---|---|---|---|
| | | [signature] | 31 Jan 97 |

Recorded by

pire

# PROCESS/INSPECTION CERTIFICATE

BIOMATERIAL SURFACE TREATMENTS

ustomer: St. Jude Medical, Inc.
Date: 1/24/97
roduct Manager: John Barry Request #:
Purchase Order: P69719
roject Engineer: H. Karimy
Job Number: P0624
echnician: MG/JA
Work Order: 32865
rocess: Spi-Argent
Run Number: P7012301.SJM

ESCRIPTION:

6 customer supplied dacron tubes (grafts) received Spi-Argent 5327 processing. This work could not be certified since this is a non-production evaluation.

See Notes for 31 Jan 97 DL.

NSPECTION NOTES:

Treatment is uniform + adherent.

Packed By: SJS 1/24/97
Inspected By: SJS 1/24/97

Shipment Type, Partial:
Complete: Fed Ex P-1 1/24/97

SJM4090705704MDL

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

Project No.________
Book No.________ 12

Page No.___

Jan 97 - Recived 4 ~~coated~~ packages that each contained ½ meter of 25 mm (spire calls it 22 mm) from spire. Also recived 11 packages that each contained ½ meter of 33 (spire call 26 mm) from spire

Dave E will take these down to Newcore Feb 8

Feb 97 - Gave Dave E 2 meters of each of 25 and 33 mm coated fabric to construct as many porcine and pericardium (in equal amounts) as he can get. This leave us 3.5 meters of 33 mm Silzon coated fabric.

To Page No. 13

essed & Understood by me, | Date | Invented by | Date

Recorded by

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

Project No.______
Book No.______

13

.E______

n Page No.__

6 Feb 96 - I gave Dave an ~~additional~~ additional 2.5 meters of 33? along w/ a memo (Dave-6.doc)

.5 meter package

Spire Corporation/One Patriots Park
Bedford, Massachusetts 01730-2396/USA

Customer: ST Jude
P.O. #: P69574 Run #: P7012301 55m
Part #: 300135-006 26 mm
Control/Lot #: 70-013-4 Quantity: 1

Spire Corporation/One Patriots Park
Bedford, Massachusetts 01730-2396/USA

Customer: ST Jude
P.O. #: P69574 Run #: P7012301 55m
Part #: 300135-006 26 mm
Control/Lot #: 70-013-4 Quantity: 1

Spire Corporation/One Patriots Park
Bedford, Massachusetts 01730-2396/USA

Customer: ST Jude
P.O. #: P69574 Run #: P7012301 55m
Part #: 300135-006 26 mm
Control/Lot #: 70-013-4 Quantity: 1

Spire Corporation/One Patriots Park
Bedford, Massachusetts 01730-2396/USA

Customer: ST Jude
P.O. #: P69574 Run #: P7012301 55m
Part #: 300135-006 26 mm
Control/Lot #: 70-013-4 Quantity: 1

To Page No.____

nessed & Understo

Date

Spire Corporation/One Patriots Park

Bio Core Solution Prep

Project No.

Book No.

14

Page No.

Feb ~~98~~ 97 DL

Micro needed some 10% Formalized Balance solution From Bio core document # PQ 09-08 section 3.5, the following solution was made.

0.40 g $MgSO_4$ Sigma lot 105H1214
0.92 g $KHCO_3$ Sigma lot 46H0293
DL ~~X~~
1.4 g $NaHCO_3$ Fisher lot 9050891
1.6 g $Na_2SO_4$ Sigma lot 35H08341
1.8 g $NaH_2PO_4 \cdot H_2O$ Fisher lot 854132
13.4 g NaCl Fisher lot 912944

540 ml of 37% Formaldehyde. Chempure Lot # M D9K PME

Combine and bring volume to 2 l pH 7.4 ± .2

Feb 97

the above recipe was mimiced to produce an additional 2 l to further process biocore tissue. The only exception was Fisher NaCl lot # was 964733

To Page No.

| ...essed & Understood by me. | Date | Invented by | Date |
|---|---|---|---|
| | | [signature] | 28 Feb 97 |

10577 6 JUN '97

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

E Bio core Fabric

Project No.______
Book No.______



Page No.__

March 97 Received Fabric
- March 97 - Obtained First Article inspection report Filed under fabric




21 March 97
Sent all but 1 meter of 23 to spire

To Page No.______

| Witnessed & Understood by me, | Date | Invented by [signature] | Date 10 March 97 |
|---|---|---|---|

Wash out study (mech valve) Project No.____ Book No.____ 16

Page No.__

March '97

Mechanical Valve Silzone Wash Out Study

Purpose:

This study will look at the effect blood plasma and saline has on Silzone treated fabric with and without pyrolytic carbon. Three Silzone groups and two control group will be placed in dynamic plasma or saline environment for 7 days. Serum and saline samples will be pulled at time intervals and analyzed for silver via ICP techniques.

Supplies:

- Meadox Double velour 30 mm Dacron Lot #121941
- Aged and unaged Ag coated fabric representing ~ 1/8 of the mechanical valve size 17mm (See Bill Homberg →
- 2 Ag coated 17mm valves (S/N 8 and 9)
- 2 uncoated 17mm valves (S/N 8 and 9)
- Sterilization pouches
- Fetal Bovine Serum HyClone lot # AFB4881
- Shaking water bath set at 37° C
- Containers suitable for ICP analysis
- Dulbecco's Phosphate Buffer Saline GibcoBRL lot # 1125467



spire Spire Corporation/One Patriots Park Bedford, Massachusetts 01730-2396/USA

Customer: St. Jude Medical Inc.
P.O. #: P64233 Run #: 4605220151M
Part #: 301677-302 20mm
Control/Lot #: 073140 Quantity: 1

The sample groups are as follows.

| Group ID | Code | # of Serum Samples A | B | # of Saline Samples (Dulbecco's Phosphate Buffer Saline) |
|---|---|---|---|---|
| 1. Uncoated Fabric | C | 2 | | C 2 2 |
| 2. Ag Coated Fabric | UAg | 2 | " | " 2 " |
| 3. Aged Ag Coated Fabric | AAg | 2 | " | " 2 " |
| 4. Control Valves | CV | 2 | " | total of 16 samples |
| 5. Ag Valves | SV | 2 | " | |

This **procedure** is done under aseptic techniques with no antibiotics.

1. Weigh the fabric samples and place in sterilization pouch.
2. Place the valves in sterilization pouches.
3. Autoclave the samples (use standard mechanical valve guidelines). 40 min at 121°C
4. Create 6 sterile containers that contain 500 ml of sterile saline (Dulbecco's Phosphate Buffer Saline)
5. Gather 10 500 ml containers of sterile serum.
6. Aseptically take 5 ml from each of the 16 containers for baseline data.
7. Aseptically place one sample from each group in serum and the other in saline (See above chart).
8. Place all 16 containers on shaker bath at 37°C and 100 RPM's
9. Aseptically Take 5 ml aliquots from each sample at time periods of 6 hours, 1, 2, 3, 4, and 7 days and place in a sealed container and submit for ICP.

to Page 17.

Witnessed & Understood by me, 10577 | Date 6 JUN '97 | Invented by [signature] | Date 17 March 97 | Recorded by

Project No.______
Book No.______ 17

E Con't

Page No. 16

A-B = Serum    C-D = Saline

Wts of [illegible] which have [illegible] been coated / aged

| | A | B | C (wt in mg) | D |
|---|---|---|---|---|
| [illegible]rol (C) | 57.0 | 45.8 | 47.8 | 58.5 |
| [illegible]ged Ag (AAg) | 45.1 | 55.3 | 53.0 | 49.2 |
| Aged Ag (UAg) | 43.7 | 46.2 | 44.9 | 45.1 |

(ex) AAg - D

each of the above 12 samples with the addition of the four whole valve were placed in paper peel pouches and sterilized for 40 min at 121 °C.

March 97

Steps 4 - 9 (from the prior page) was done. 0 and 5 hrs samples were taken. Samples were then dried down and place in frig.

March Step # 9 was done for 1 day

March " " " " " 2 "

March " " " " " 3 "

Cloudyness appeared in all samples expect the CV-A and CV-B. These cloudy sample were plated out and given to micro for incubation

March Step # 9 was done for 4 Day

March " " " " 7 Day. The plates that were incubated on 20 March were all negative.

All samples taken at step [illegible] were dried down immediately after drawn. This include the valves when study was finished.

To Page No. 20

[illegible]nessed & Understood by me, | Date | Invented by [signature] | Date 24 March 97

Recorded by

[illegible]



CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

Biocore Fabric

Project No.______
Book No.______

18

Page No.__

L March Recived the bellow fabric

vcor Industrial S/A

Postal, 106 - CEP. 30161-970- Belo Horizonte-MG-Brasil-Fax:55.31 2861688-Tel:55.31 2895200

COMMERCIAL INVOICE

a
o
JDE MEDICAL, INC.
illehei Plaza
ul, Minnesota - 55117

Richard Schurder
612 483 2000

Marcação dos Volumes
Marks: BRASIL NEWCOR

| | | | |
|---|---|---|---|
| e nº EXP-072/97 | Data / Date MARCH 04,1997 | Seu Número / Your Order nº 0010015231700 158000 | Condições / Terms 30 DAYS |
| a FEDEX - C.O: FRITZ | Porto de Embarque / Shipment from BELO HORIZONTE | | Porto de Destino / Destination ST. PAUL |
| nte / Exportador, acturer / Exporter, OR INDUSTRIA /NEWCOR INDUSTRIAL | | Estado Produtor / Made in MINAS GERAIS | País Origem / Origin BRASIL |

| TIDADE / NTITY | MODELO / MODEL | TAM. / SIZE | DESCRIMINAÇÃO / DESCRIPTION | UNITÁRIO / UNIT | TOTAL / US$ |
|---|---|---|---|---|---|
| ıter (from next page) | | | | | |
| :9 | – | 21MM | TUBULAR KNITTED DACRON ✓ | | |
| )1 | – | 23MM | TUBULAR KNITTED DACRON ✓ | | |
| )7 +4 su | – | 25MM | TUBULAR KNITTED DACRON ✓ | | |
| )1 | – | 27MM | TUBULAR KNITTED DACRON ✓ | | |
| )1 | – | 29MM | TUBULAR KNITTED DACRON ✓ | | |
| )6 | – | 31MM | TUBULAR KNITTED DACRON ✓ | | |
| )1 | – | 33MM | TUBULAR KNITTED DACRON ✓ | | |
| | | ~~35MM~~ | ~~TUBULAR KNITTED DACRON~~ Did not recive any | [illegible] | 3,720.00 |

Direct Dial:
Facsimile: (512) 490 [illegible]

SJM - Biocor

Direct Dial: 011-55-31-289-5200
Facsimile: 011-55-31-286-1688

was inspected for courses, wales, diameter, thickness, and total wales, the file is kept in my desk under "fabric".

March 97 Fabric shiped to Spire for coating.

To Page No.

| ssed & Understood by me, | Date | Invented by | Date 21 March 97 |
|---|---|---|---|

TLE Big core Fabric

Project No.______

Book No.______

'om Page No.__

April 97 Dave E dropped off 5 meters each of 27 (~~[illegible]~~), 29 and 33 mm (see below).




To Page No.____

| Witnessed & Understood by me, | Date | Invented by | Date |
| --- | --- | --- | --- |
| | | Recorded by | |

ppm

Final volume of acid

$$\frac{38.53 \text{ mg As}}{1000 \text{ ml}} (25 \text{ ml}) \Big/ \frac{23.85 \text{ mg As}}{\text{Fabric}} = \frac{.040 \text{ mg As}^+}{\text{mg coated Fabric}}$$

Sample (wt)

$$PPM \times 10^{-3} = PPB = \frac{mg\ As^+}{l} 10^{-3}$$

② (obtain (value (PPB))

$$\frac{mg\ As^+}{l} 10^{-3} (0.5\ l) = mg\ As^+$$

0

.0495 — 2

.0490 — 6

.0485 — 2

.480 — 3

.475 — 4

.47 — 2

SJM4090705713MDL

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

Project No.______
E ________________ Book No.______ 20

n Page No. 17

April 97

3 ml of $H_2O$ was added to each sample this was followed by the addition of 1 ml ~~concentration~~ concentrated Nitric acid (trace metal) fisher lot # 1141. ~~This was~~ There ~~ft~~ 112 samples were then placed in on 110° Oven over-night. [inserted: sealed and]

~~the 5 valves of 27 and 29 mm were sent out to Burt Spire so they could fill up their way~~ OL

OL 2 April 97

| | ~~CV-A(g) CV-B (g)~~ | SV-A (g) | SV-B (g) |
|---|---|---|---|
| wt of whole valve | | 1.5247 | 1.5697 |
| " " Fabric | | .1873 | .2052 |
| " " valve component | | 1.3322 | 1.3626 |

April Matt Ogle ran the samples. data is on page 22. Refrence Matts Notebook # 407 p 92.

mount of $Ag^+$ ~~found~~ found on fabric (Pre-incubation) = $\frac{\text{~~38.53~~ optained ppm } (mg/1000\ ml)(\text{final volume})}{\text{Sample wt (mg of Ag Fabric)}}$ = $\frac{38.53\ mg\ Ag^+/1000\ ml\ (25\ [illegible])}{23.85\ mg\ Ag}$

In Serum = $\frac{\text{obtained value (~~[illegible]~~ PPB)}}{\text{Volume of serum or saline}}$ = $\frac{mg\ Ag^+\ 10^{-3}}{l}$ = $mg\ Ag^+$ = ~~0.40~~ 0.c 40[illegible] / mg Coated Fa[illegible]

this value goes from 0.500 → 0.475 l

To Page No. 22

Witnessed & Understood by me, | Date | Invented by [signature] [signature] | Date 15 April 97

0577 [illegible]

Residual Ag found in Leaflets and Roots

Project No.____
Book No.____ 2

Page No.__

April 97

Purpose: We are interested the the amount of Ag. We received short leaflets off the sewing cuffs from NewCore valves (i.e. silver side in). 2 pe of the porcine in which the fabric was inverted ~~valves were potted~~ leaflets were dissected, solution drawn, and analysed for Ag via ICP.

Three leaflet from each valve were excised and lypolized over night. They were then placed in 4 ml of a 17.5% $HNO_3$ and placed in 110° oven over night. There dry wt follow

| | | wt (mg) |
|---|---|---|
| Leaf 33 | A | 25.72 |
| | B | 19.01 |
| | C | 9.91 |
| Root 33 | A | 46.08 |
| | B | 34.55 |
| | C | 30.58 |
| Peri 33 | A | 13.42 |

| | | wt (mg) |
|---|---|---|
| Leaf 25 | A | 25.34 |
| Leaf 25 | B | 24.08 |
| | C | |
| Root 25 | A | 34.75 |
| | B | 63.49 |
| | C | 42.59 |
| Peri 25 | A | 18.10 |

Results: The chart illustrates the results. Matt's work can be found in his labbook # 407 p. 94.

Tissue valve leaflet | Matt did the analytical work.

| Valve # | Sample | Type | weight (mg) | AG ppb | Ag (mg/g) | Avg |
|---|---|---|---|---|---|---|
| 25 | A | peri | 18.10 | 52.79 | 23.89 | |
| 33 | A | peri | 13.42 | 25.00 | 8.39 | |
| 25 | A | Leaflet | 25.34 | 25.00 | 15.84 | |
| 25 | B | Leaflet | 24.08 | 41.13 | 24.76 | 20.30 |
| 33 | A | Leaflet | 25.72 | 44.59 | 28.67 | |
| 33 | B | Leaflet | 19.01 | 39.29 | 18.67 | 19.18 |
| 33 | C | Leaflet | 9.91 | 41.13 | 10.19 | |
| 25 | A | ROOT | 34.75 | 141.90 | 123.28 | |
| 25 | B | ROOT | 63.49 | 36.47 | 57.89 | 69.58 |
| 25 | C | ROOT | 42.59 | 25.90 | 27.58 | |
| 33 | A | ROOT | 46.08 | 76.40 | 88.01 | |
| 33 | B | ROOT | 34.55 | 43.29 | 37.39 | 53.94 |
| 33 | C | ROOT | 30.68 | 47.49 | 36.42 | |

To Page No. 22

Witnessed & Understood by me, | Date | Invented by [signature] | Date 15 April 97

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

Project No.________
Book No.________ 22

.E

n Page No. 20

April 97. Below is the raw data and graphs representing the data.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| samples analysed by MFOgle | | | | | | Serum | |
| Saline Study | | | SERUM Study | | | | |
| | | | BDT (<25 ppb) | | | | |
| Sample | raw (ppb) | | Sample | raw (ppb) | | Sample | raw (ppb) |
| C-C 0 | BDT | | C-A 0 | BDT | | UAg-A 0 | BDT |
| C-C .2 | BDT | | C-A 0.2 | BDT | | UAg-A 0.2 | 25.96 |
| C-C .1 | BDT | | CA 1 | BDT | | UAg-A 1 | 107.10 |
| C-C 2 | BDT | | CA-2 | BDT | | UAg-A 2 | 189.40 |
| C-C 3 | BDT | | CA-3 | BDT | | UAg-A 3 | 301.20 |
| C-C 4 | BDT | | CA-4 | BDT | | UAg-A 4 | 306.50 |
| C-C 7 | BDT | | CA-7 | BDT | | UAg-A 7 | 395.80 |
| | | | | | | | |
| C-D 0 | BDT | | C-B 0 | BDT | | UAg-B 0 | BDT |
| C-D 0.2 | BDT | | C-B 0.2 | BDT | | UAg-B 0.2 | 30.82 |
| C-D 1 | BDT | | C-B 1 | BDT | | UAg-B 1 | 104.10 |
| C-D 2 | BDT | | C-B 2 | BDT | | UAg-B 2 | 187.40 |
| C-D 3 | BDT | | C-B 3 | BDT | | UAg-B 3 | 308.40 |
| C-D 4 | BDT | | C-B 4 | BDT | | UAg-B 4 | 347.00 |
| C-D 7 | BDT | | C-B 7 | BDT | | UAg-B 7 | 528.40 |
| | | | | | | | |
| AAg-C 0 | BDT | | CV-A 0 | BDT | | AAg-A 0 | BDT |
| AAg-C 0.2 | 31.38 | | CV-A 0.2 | BDT | | AAg-A 0.2 | 34.90 |
| AAg-C 1 | 68.99 | | CV-A 1 | BDT | | AAg-A 1 | 73.47 |
| AAg-C 2 | 122.7 | | CV-A 2 | BDT | | AAg-A 2 | 173.30 |
| AAg-C 3 | 128 | | CV-A 3 | BDT | | AAg-A 3 | 253.70 |
| AAg-C 4 | 164.1 | | CV-A 4 | BDT | | AAg-A 4 | 322.70 |
| AAg-C 7 | 177.7 | | CV-A 7 | BDT | | AAg-A 7 | 281.40 |
| | | | | | | | |
| AAg-D 0 | BDT | | CV-B 0 | BDT | | AAg-B 0 | BDT |
| AAg-D 0.2 | BDT | | CV-B 0.2 | BDT | | AAg-B 0.2 | 42.80 |
| AAg-D 1 | 55.98 | | CV-B 1 | BDT | | AAg-B 1 | 116.00 |
| AAg-D 2 | 80.31 | | CV-B 2 | BDT | | AAg-B 2 | 192.60 |
| AAg-D 3 | 97.33 | | CV-B 3 | BDT | | AAg-B3 | 254.70 |
| AAg-D 4 | 128.3 | | CV-B 4 | BDT | | AAg-B 4 | 254.20 |
| AAg-D 7 | 148.5 | | CV-B 7 | BDT | | AAg-B 7 | 463.20 |
| | | | | | | | |
| UAg-C 0 | BDT | | SV-A 0 | BDT | | | |
| UAg-C 0.2 | BDT | | SV-A 0.2 | 54.40 | | | |
| UAg-C 1 | 47.43 | | SV-A 1 | 183.70 | | | |
| UAg-C 2 | 72.73 | | SV-A 2 | 296.00 | | | |
| UAg-C 3 | 99.49 | | SV-A 3 | 392.40 | | | |
| UAg-C 4 | 113.6 | | SV-A 4 | 393.00 | | | |
| UAg-C 7 | 158.4 | | SV-A 7 | 384.70 | | | |
| | | | | | | | |
| UAg-D 0 | BDT | | SV-B 0 | BDT | | | |
| UAg-D 0.2 | 44.92 | | SV-B 0.2 | 42.08 | | | |
| UAg-D 1 | 55.27 | | SV-B 1 | 158.20 | | | |
| UAg-D 2 | 70.08 | | SV-B 2 | 301.70 | | | |
| UAg-D 3 | 108 | | SV-B 3 | 281.70 | | | |
| UAg-D 4 | 127.7 | | SV-B 4 | 349.50 | | | |
| UAg-D 7 | 162.4 | | SV-B 7 | 219.20 | | | |







Notes: Sera pulled more $Ag^+$ than Saline.
Ag Fabric found in valves retained more Ag than Agsheet Fabric.

To Page No.____

| nessed & Understood by me, | Date | Invented by | Date |
|---|---|---|---|
| | | [signature] | 15 Apr '97 |

H0577 6 JUN '07

Recorded by

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

SJM4090705716MDL

LE Biocor/Silzone Anti Ca2+ Study    Project No.______ Book No.______    23

From Page No. 22 P.C.

# Biocor / Silzone Anticalcification Study

PURPOSE:

This study is intended to evaluate several types of bioprosthetic tissue associated with the Silzone treatment by assessing their ability to resist calcification in a rat subdermal model. This study will be composed of three test specimens comprising 1)porcine aortic leaflet, 2) root and 3) Bovine pericardium. Some tissue will be treated with an antiminerilization treatment (Ethanol / Propylene Glycol).

MATERIALS:

- Silzone treated Dacron (Biocor) (lot # 70-0137, Spire run # P>012361 SJM
- Dacron (~~Lot #~~ Biocor lot 706061 - 23 mm
- Biocor processed Bovine pericardium, Porcine Root and Porcine Leaflet
- Sterile 8mm Biopsy Punch
- 99+ % Propylene Glycol in which was Sterilized with a 0.22 µm cellulose acetate filter (Corning # 25942-500)
- 95 % EtOH (Warum Chemical 96L17-27)
- Sterile Saline (Baxter lot # G918318)
- ~~Formaldehyde~~ SJK 29May97
- ~~0.3%~~ (v/v) Biocor storage solution

3.7% To produce 1 liter solution, combine

TFK 30May97

  * 0.20 g $MgSO_4$ - Sigma Lot # 105H1214
  * 0.46 g $KHCO_3$ -Sigma Lot # 46H0293
  * 0.70 g $NaHCO_3$ - Fisher Lot # 914828)
  * 0.80 g $Na_2SO_4$ -Sigma Lot # 35H08341
  * 0.90 g $NaH_2PO_4*H_20$ Fisher lot # 854132
  * 6.7 g $NaCl_2$ Fisher Lot # 912944
  * Add 81.0 ml of 37% Formaldehyde (Champure lot # H129)

Fill to ~950 ml

  * pH at 7.4

Fill to 1000 ml

- Needles and Needle Holders
- 14 Jars and Lids
- Non-absorbable Suture of varying colors (Sterile)
- Scissors
- Scalpels
- 20 Juvenile Male Rats
- Sterilization pouches
-

To Page No. 24

Witnessed & Understood by me, | Date | Invented by [signature] | Date 26 May 97

Project No.______

.E ______ Book No.______

n Page No. 23

**APPLICABLE DOCUMENTS:**

690100, TP, Mettler AE163 Analytical Balance
690094, TP, Speed Vac with Lyophilizer
690134, TP, Analysis of Calcium, Phosphorus and Aluminum in Porcine Aortic Tissue
690133, TP, ICP-AES AtomScan 16

**METHOD/PROCEDURE:**

This chart outlines the groups of this study

| Group ID | Silzone on Fabric | Anti-calcific Agents | Type of Biocor tissue. | Suture Marker color |
|---|---|---|---|---|
| 1. | + | None | Porcine Leaflet | Green ← ~~Red~~ JK |
| 2. | + | " | Pericardium | Blue JK |
| 3. | + | " | Porcine Root | Black JK |
| 4. | - | " | Porcine Leaflet | Green ← ~~Red~~ JK |
| 5. | - | " | Pericardium | Blue JK |
| 6. | - | " | Porcine Root | Black JK |
| 7. | + | 99+ % Prop Gly | ~~Porcine Leaflet~~ → Peri | White |
| 8. | - | " | ~~Porcine Leaflet~~ → Peri | White |
| 9. | + | 95% ETOH | Porcine Leaflet | Red ← ~~Green~~ JK |
| 10. | + | " | Pericardium | Yellow JK |
| 11. | + | " | Porcine Root | Tan ← ~~Black - White~~ JK |
| 12. | - | " | Porcine Leaflet | Red ← ~~Green~~ JK |
| 13. | - | " | Pericardium | Yellow JK |
| 14. | - | " | Porcine Root | Tan ← ~~Black - White~~ JK |

The above 10 groups will be processed as illustrated by the following flow chart:




To Page No. 25

| ...essed & Understood by me. | Date | Invented by [signature] Recorded by | Date 26 May 95 |
|---|---|---|---|

Project No.______
Book No.______

E______ 25

n Page No. 24

A) Prepare 56 samples each of Silver coated and uncoated fabric with dimensions of 2 X 2 cm. Place fabric in sterilization pouches and sent to Quality Sterilization Services for ETO sterilization.

B) From tissue obtained from Biocor, create pericardium and leaflet tissue samples by the following.
   a) Excise out 48 leaflets and create 6 groups of 8.
   b) Punch out 32 8mm disk of Porcine Root and create 4 groups of 8
   c) Punch out 32 8mm disk of Pericardium and create 4 groups of 8.

C) Prepare Tissue samples for groups 7-14 only as follows.
   a) Groups 7-8
      Place 16 leaflets in 1000 ml of sterile (0.2 micron) 99+% propylene glycol for 7-10 days. Rinse in 100 ml sterile saline/group and rehydrate in 100 ml sterile saline/group for 24 hrs.
   b) Groups 9-14
      Place 16 leaflets, 16 porcine roots and 16 pericardium samples in 100 ml of 95% EtOH for 24 hours. Rinse in 100 ml sterile saline/group and place in 100 ml sterile saline/group for > 24 hours.

D) Create 56 Silzone coated and 56 uncoated Dacron envelopes (see below Drawing). Place one tissue sample in each envelope in fulfilling all fourteen groups with N = 8. Note that there are 2 sides that need suturing. ID each group with the appropriate color as listed above. See that at least one suture passes through the tissue sample.



F. Place each group in ~ 40 ml of Biocor Storage solution for > 24 hours.

G. Rinse in 100 ml sterile saline/group and transport samples in 100 ml sterile saline/group just prior to implant

To Page No. 26

| nessed & Understood by me, | Date | Invented by | Date |
| --- | --- | --- | --- |
| | | [signature] | 26 May 97 |

Recorded by

Project No.

Book No.

2(

_E

m Page No. 25

**Rat Sub-dermal implant:**

One of each of the sample types will be placed subcutaneously in the backs of juvenile male rats.

Following the 21 day implant period, the tissue samples will be harvested, placed in 0.9% saline and transported to SJM for analysis.

Each tissue samples will first be sectioned in half. (Leaflets are to be sectioned radially). One half of the tissue samples will be cleaned of host tissue and placed in a 0.9% saline solution and forward for elemental analysis (calcium and phosphorous) utilizing ICP-AES. The second half will be place in 10% formalin and forwarded to American Histo Labs for histological sample preparation utilizing von Kossa, Movat Pentachrome and H&E stains.

**Evaluation:**

Following the completion of this study, each set of data will be statistically evaluated to determine what differences exist between the test and control groups. Results will then be forwarded to the project files.

Aseptically ~~rinsed~~ [SJK 30May97] rinsed ~~16~~ 18 [SJK 30May97] leaflet/root pieces (Biocor processed) 3x with sterile saline. Placed samples into sterile filtered [SJK 30May97] polypropylene glycol. Placed on shaker table. [signature] 20May97

Aseptically rinsed Biocor processed pericardium pieces & 16 leaflet/root pieces 3x with sterile saline.

Sterile filtered 1L of 95% EtOH. Placed pericardium + root/leaflets into ethanol. Placed on shaker table. [signature] 27May97

Rinsed all samples (polyol + etoH) 3x with sterile saline initial list, 15min soak + 24hr. soak

To Page No. 27

Witnessed & Understood by me, | Date | Invented by | Date

[illegible] 6 JUN '97

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER SJM4090705720MDL

Project No.______
Book No.______ 27

.E____________________________________________

n Page No. 26

SK 29 May 97
~~After 3~~
Prepared Biocor storage sol'n as per pg 23 of this notebook (#394). 4L prepared [signature] 29 May 97

Removed samples from saline & placed in Biocor storage solution.
AJ Kelly 29 May 97

Began suturing Aldzone & control "envelopes". Groups 1, 2, 9, 12, 4, 5, 11 & 14 sutured. (Dan C, Frank & Shenk K.
AJ Kelly 05 Jun 97

Prepared 99% polyol / pericardium samples - filtered / filter of polyol & added Biocor processed pericardium (placed on shaker table at 100 RPM).

Sutured groups 6, 10, 12 & 13 into control & Aldzone envelopes
AJ Kelly 06 Jun 97

Rinsed polyol / pericardium samples with 0.9% saline 1 initial rinse, 1 for 15 mins, 1 for ≈ 72 hrs (over weekend)
AJ Kelly 13 Jun 97

Transferred pericardium to Biocor storage solution
AJ Kelly 16 Jun 97

Sutured groups 7 & 8. Note all groups placed in 50cc centrifuge tubes containing Biocor storage solution
AJ Kelly 17 Jun 97

Rinsed samples 2x with 0.9% saline, 15 min saline rinse & stored in saline for rat implant

To Page No. 28

| ...essed & Understood by me, | Date | Invented by | Date |
|---|---|---|---|
| | | | |

Project No.____
TLE____ Book No.____ 2

om Page No. 27

Samples sent to Kimmey for implant - transported by Amy Walsh - SM 19 Jun 97 Samples will be implanted 04 per rat over the next 2 days Jun 19 & 20.

19 Jun 97

Today the first group was explanted. Matt O and myself observed equal amounts of pannus on both silzone and control samples. When pulling the fabric from the tissue, there was some tissue (pannus) in which seemed to grow into the matrix of the fabric making a good bond between the two layers.

10 July

The remaining sample were decapsulized and given to Matt O for hydrolizer and ICP work.

11 July

Matt O recorded the data in his notebook # 430 page 32. The following page is a ~~fro~~ synopsis of matts data.

To Page No. 28

| Witnessed & Understood by me. | Date | Invented by | Date 13 Aug 97 |
|---|---|---|---|

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER SJM4090705722MDL






CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

Project No.______
Book No.______ 2

TITLE

From Page No. 28

Data:

21 DAYS
17JUL97
Control

| I.D.# | ID | weight | Silver ppm | Silver mg/g | Calcium ppm | Calcium mg/g | Phosphorus ppm | Phosphorus mg/g |
|---|---|---|---|---|---|---|---|---|
| 1 | Pen-Prop Gly-N | 3.25 | 0.02 | 0.19 | 0.08 | 0.61 | 0.18 | 1.36 |
| 2 | Pen-Prop Gly-N | 6.63 | 0.02 | 0.07 | 0.11 | 0.41 | 0.39 | 1.47 |
| 3 | Pen-Prop Gly-N | 0.67 | 0.02 | 0.73 | 0.01 | 0.50 | 0.11 | 4.23 |
| 4 | Pen-Prop Gly-N | 3.56 | 0.02 | 0.13 | 0.10 | 0.73 | 0.23 | 1.59 |
| 5 | Pen-Prop Gly-N | 2.09 | 0.02 | 0.24 | 0.07 | 0.78 | 0.22 | 2.68 |
| 6 | Pen-Prop Gly-N | 5.29 | 0.02 | 0.10 | 0.12 | 0.54 | 0.38 | 1.79 |
| 7 | Pen-Prop Gly-N | 2.46 | 0.06 | 0.78 | 0.06 | 0.65 | 0.17 | 1.72 |
| 8 | Pen-Prop Gly-N | 4.11 | 0.03 | 0.17 | 0.12 | 0.71 | 0.29 | 1.73 |
| | Ave | | | 0.30 | | 0.62 | | 2.07 |
| | Std | | | 0.266027 | | 0.126132 | | 0.958697 |

Control

| I.D.# | ID | weight | Silver ppm | Silver mg/g | Calcium ppm | Calcium mg/g | Phosphorus ppm | Phosphorus mg/g |
|---|---|---|---|---|---|---|---|---|
| 1 | Pen-EtOH-N | 6.89 | 0.05 | 0.16 | 0.08 | 0.29 | 0.61 | 2.22 |
| 2 | Pen-EtOH-N | 5.76 | 0.05 | 0.23 | 0.06 | 0.27 | 0.53 | 2.32 |
| 3 | Pen-EtOH-N | 5.07 | 0.06 | 0.30 | 0.05 | 0.22 | 0.31 | 1.53 |
| 4 | Pen-EtOH-N | 8.53 | 0.07 | 0.21 | 0.15 | 0.43 | 0.52 | 1.53 |
| 5 | Pen-EtOH-N | 3.74 | | 0.00 | 0.10 | 0.69 | 0.26 | 1.76 |
| 6 | Pen-EtOH-N | 6.00 | | 0.00 | 0.09 | 0.38 | 0.36 | 1.48 |
| 7 | Pen-EtOH-N | 5.80 | | 0.00 | 0.09 | 0.39 | 0.42 | 1.80 |
| 8 | Pen-EtOH-N | 3.41 | | 0.00 | 0.08 | 0.59 | 0.28 | 2.03 |
| | Ave | | | 0.11 | | 0.41 | | 1.84 |
| | Std | | | 0.126532 | | 0.160541 | | 0.324485 |

| I.D.# | ID | weight | Silver ppm | Silver mg/g | Calcium ppm | Calcium mg/g | Phosphorus ppm | Phosphorus mg/g |
|---|---|---|---|---|---|---|---|---|
| 1 | Root Control-N | 21.35 | 0.03 | 0.04 | 38.98 | 45.64 | 19.09 | 22.35 |
| 2 | Root Control-N | 14.69 | 0.04 | 0.07 | 24.96 | 42.48 | 12.39 | 21.09 |
| 3 | Root Control-N | 20.77 | 0.02 | 0.03 | 28.74 | 34.59 | 14.48 | 17.43 |
| 4 | Root Control-N | 15.26 | 0.03 | 0.05 | 29.09 | 47.66 | 14.55 | 23.84 |
| 5 | Root Control-N | 27.21 | 0.04 | 0.03 | 36.07 | 33.14 | 18.29 | 16.80 |
| 6 | Root Control-N | 12.47 | 0.04 | 0.09 | 25.21 | 50.54 | 12.73 | 25.52 |
| 7 | Root Control-N | 21.89 | 0.05 | 0.05 | 42.08 | 48.06 | 21.16 | 24.17 |
| 8 | Root Control-N | 23.50 | 0.04 | 0.04 | 33.95 | 36.12 | 16.92 | 18.00 |
| | Ave | | | 0.05 | | 42.28 | | 21.15 |
| | Std | | | 0.020441 | | 6.78773 | | 3.370665 |

Control

| I.D.# | ID | weight | Silver ppm | Silver mg/g | Calcium ppm | Calcium mg/g | Phosphorus ppm | Phosphorus mg/g |
|---|---|---|---|---|---|---|---|---|
| 1 | Leaf Control-N | 5.70 | 0.04 | 0.17 | 2.78 | 12.19 | 1.89 | 8.28 |
| 2 | Leaf Control-N | 13.07 | 0.04 | 0.08 | 38.58 | 73.79 | 19.68 | 37.64 |
| 3 | Leaf Control-N | 5.06 | 0.04 | 0.19 | 3.48 | 17.11 | 2.19 | 10.75 |
| 4 | Leaf Control-N | 8.19 | 0.03 | 0.11 | 19.95 | 60.90 | 10.45 | 31.90 |
| 5 | Leaf Control-N | 3.18 | 0.04 | 0.28 | 8.75 | 68.60 | 4.57 | 35.69 |
| 6 | Leaf Control-N | 3.09 | 0.04 | 0.32 | 2.49 | 20.17 | 1.55 | 12.54 |
| 7 | Leaf Control-N | 2.16 | 0.03 | 0.36 | 0.40 | 4.67 | 0.39 | 4.48 |
| 8 | Leaf Control-N | 2.29 | 0.03 | 0.38 | 0.12 | 1.31 | 0.28 | 3.04 |
| | Ave | | | 0.24 | | 32.37 | | 18.07 |
| | Std | | | 0.114464 | | 30.18531 | | 14.5516 |

| I.D.# | ID | weight | Silver ppm | Silver mg/g | Calcium ppm | Calcium mg/g | Phosphorus ppm | Phosphorus mg/g |
|---|---|---|---|---|---|---|---|---|
| 1 | Pen Control-N | 1.99 | 0.02 | 0.23 | 0.16 | 2.00 | 0.23 | 2.92 |
| 2 | Pen Control-N | 3.87 | 0.02 | 0.13 | 0.10 | 0.62 | 0.28 | 1.81 |
| 3 | Pen Control-N | 3.65 | 0.02 | 0.15 | 0.16 | 1.10 | 0.29 | 1.96 |
| 4 | Pen Control-N | 2.16 | 0.02 | 0.20 | 0.11 | 1.24 | 0.22 | 2.58 |
| 5 | Pen Control-N | 7.10 | 0.02 | 0.07 | 0.15 | 0.53 | 0.52 | 1.84 |
| 6 | Pen Control-N | 7.26 | 0.02 | 0.07 | 0.15 | 0.53 | 0.58 | 2.01 |
| 7 | Pen Control-N | 5.71 | 0.02 | 0.10 | 0.11 | 0.48 | 0.43 | 1.89 |
| 8 | Pen Control-N | 5.28 | 0.03 | 0.12 | 0.13 | 0.62 | 0.45 | 0.72 |
| | Ave | | | 0.13 | | 0.89 | | 1.97 |
| | Std | | | 0.056847 | | 0.530221 | | 0.641508 |

| I.D.# | ID | weight | Silver ppm | Silver mg/g | Calcium ppm | Calcium mg/g | Phosphorus ppm | Phosphorus mg/g |
|---|---|---|---|---|---|---|---|---|
| 1 | Leaf EtOH-N | 3.76 | 0.03 | 0.17 | 0.10 | 0.68 | 0.31 | 2.08 |
| 2 | Leaf EtOH-N | 2.83 | 0.03 | 0.24 | 0.07 | 0.62 | 0.25 | 2.21 |
| 3 | Leaf EtOH-N | 4.57 | 0.03 | 0.14 | 0.11 | 0.62 | 0.30 | 1.62 |
| 4 | Leaf EtOH-N | 4.54 | 0.02 | 0.12 | 0.19 | 1.05 | 0.47 | 2.61 |
| 5 | Leaf EtOH-N | 4.06 | 0.02 | 0.15 | 0.11 | 0.68 | 0.37 | 2.29 |
| 6 | Leaf EtOH-N | 2.53 | 0.02 | 0.21 | 0.08 | 0.78 | 0.22 | 2.13 |
| 7 | Leaf EtOH-N | 4.47 | 0.03 | 0.14 | 0.07 | 0.41 | 0.35 | 1.95 |
| 8 | Leaf EtOH-N | 3.85 | 0.03 | 0.21 | 0.11 | 0.69 | 0.37 | 2.43 |
| | Ave | | | 0.17 | | 0.69 | | 2.17 |
| | Std | | | 0.041716 | | 0.178769 | | 0.300335 |

| I.D.# | ID | weight | Silver ppm | Silver mg/g | Calcium ppm | Calcium mg/g | Phosphorus ppm | Phosphorus mg/g |
|---|---|---|---|---|---|---|---|---|
| 1 | Root EtOH-N | 28.95 | 0.02 | 0.02 | 44.72 | 35.62 | 21.70 | 18.74 |
| 2 | Root EtOH-N | 12.67 | 0.02 | 0.04 | 26.07 | 50.64 | 12.67 | 24.61 |
| 3 | Root EtOH-N | 14.94 | 0.03 | 0.05 | 17.58 | 29.42 | 8.95 | 14.98 |
| 4 | Root EtOH-N | 11.50 | 0.02 | 0.05 | 10.42 | 22.65 | 5.48 | 11.92 |
| 5 | Root EtOH-N | 15.45 | 0.02 | 0.03 | 32.77 | 44.36 | 15.67 | 21.49 |
| 6 | Root EtOH-N | 20.19 | 0.02 | 0.02 | 14.05 | 17.40 | 7.38 | 9.14 |
| 7 | Root EtOH-N | 16.75 | 0.02 | 0.03 | 15.51 | 23.15 | 7.89 | 11.76 |
| 8 | Root EtOH-N | 16.72 | 0.02 | 0.03 | 24.02 | 35.92 | 12.02 | 17.97 |
| | Ave | | | 0.03 | | 32.77 | | 16.33 |
| | Std | | | 0.010381 | | 11.59275 | | 5.311021 |

21 DAYS
17JUL97
Sitzone

| I.D.# | ID | weight | Silver ppm | Silver mg/g | Calcium ppm | Calcium mg/g | Phosphorus ppm | Phosphorus mg/g |
|---|---|---|---|---|---|---|---|---|
| 1 | Peri-Prop-S | 4.55 | 0.07 | 0.41 | 0.13 | 0.69 | 0.32 | 1.76 |
| 2 | Peri-Prop-S | 3.45 | 0.10 | 0.75 | 0.06 | 0.45 | 0.24 | 1.72 |
| 3 | Peri-Prop-S | 3.87 | 0.10 | 0.65 | 0.07 | 0.45 | 0.18 | 1.17 |
| 4 | Peri-Prop-S | 2.89 | 0.09 | 0.77 | 0.06 | 0.52 | 0.19 | 1.67 |
| 5 | Peri-Prop-S | 2.20 | 0.09 | 1.04 | 0.04 | 0.44 | 0.18 | 2.01 |
| 6 | Peri-Prop-S | 3.30 | 0.10 | 0.75 | 0.07 | 0.55 | 0.30 | 2.26 |
| 7 | Peri-Prop-S | 3.69 | 0.07 | 0.50 | 0.06 | 0.43 | 0.18 | 1.22 |
| 8 | Peri-Prop-S | 1.82 | 0.08 | 1.05 | 0.02 | 0.23 | 0.11 | 1.53 |
| | Ave | | | 0.74 | | 0.47 | | 1.67 |
| | Std | | | 0.228564 | | 0.129524 | | 0.369229 |

Sitzone

| I.D.# | ID | weight | Silver ppm | Silver mg/g | Calcium ppm | Calcium mg/g | Phosphorus ppm | Phosphorus mg/g |
|---|---|---|---|---|---|---|---|---|
| 1 | Peri-EtOH-S | 6.36 | 0.21 | 0.83 | 0.14 | 0.55 | 0.24 | 0.94 |
| 2 | Peri-EtOH-S | 7.62 | 0.23 | 0.76 | 0.13 | 0.42 | 0.41 | 1.36 |
| 3 | Peri-EtOH-S | 6.90 | 0.24 | 0.87 | 0.16 | 0.57 | 0.40 | 1.44 |
| 4 | Peri-EtOH-S | 5.92 | 0.20 | 0.66 | 0.15 | 0.65 | 0.38 | 1.62 |
| 5 | Peri-EtOH-S | 5.02 | 0.10 | 0.49 | 0.13 | 0.65 | 0.36 | 1.78 |
| 6 | Peri-EtOH-S | 5.83 | 0.09 | 0.37 | 0.11 | 0.45 | 0.44 | 1.87 |
| 7 | Peri-EtOH-S | 5.80 | 0.17 | 0.74 | 0.09 | 0.40 | 0.27 | 1.16 |
| 8 | Pen-EtOH-S | 5.48 | 0.07 | 0.30 | 0.18 | 0.81 | 0.27 | 1.22 |
| | Ave | | | 0.65 | | 0.56 | | 1.42 |
| | Std | | | 0.231569 | | 0.140504 | | 0.320594 |

| I.D.# | ID | weight | Silver ppm | Silver mg/g | Calcium ppm | Calcium mg/g | Phosphorus ppm | Phosphorus mg/g |
|---|---|---|---|---|---|---|---|---|
| 1 | Root Control-S | 19.80 | 0.73 | 0.93 | 40.73 | 51.43 | 19.52 | 24.65 |
| 2 | Root Control-S | 14.23 | 0.55 | 0.97 | 28.12 | 49.40 | 13.98 | 24.56 |
| 3 | Root Control-S | 26.50 | 0.58 | 0.54 | 27.16 | 25.62 | 13.89 | 13.10 |
| 4 | Root Control-S | 13.35 | 0.36 | 0.67 | 17.72 | 33.18 | 8.92 | 16.69 |
| 5 | Root Control-S | 10.36 | 0.45 | 1.08 | 21.18 | 51.11 | 10.55 | 25.46 |
| 6 | Root Control-S | 24.48 | 0.78 | 0.79 | 52.91 | 54.03 | 25.67 | 26.22 |
| 7 | Root Control-S | 13.02 | 0.44 | 0.85 | 12.75 | 24.48 | 6.671 | 12.81 |
| 8 | Root Control-S | 21.52 | 0.67 | 0.78 | 35.39 | 41.11 | 17.16 | 19.93 |
| | Ave | | | 0.83 | | 41.30 | | 20.43 |
| | Std | | | 0.170694 | | 12.07799 | | 5.59995 |

Sitzone

| I.D.# | ID | weight | Silver ppm | Silver mg/g | Calcium ppm | Calcium mg/g | Phosphorus ppm | Phosphorus mg/g |
|---|---|---|---|---|---|---|---|---|
| 1 | Leaf Control-S | 1.36 | 0.12 | 2.25 | 0.22 | 4.02 | 0.43 | 7.91 |
| 2 | Leaf Control-S | 0.89 | 0.13 | 3.54 | 4.32 | 121.43 | 2.34 | 65.76 |
| 3 | Leaf Control-S | 6.03 | 0.28 | 1.18 | 0.33 | 1.35 | 0.85 | 3.54 |
| 4 | Leaf Control-S | 5.20 | 0.29 | 1.40 | 0.25 | 1.18 | 0.79 | 3.78 |
| 5 | Leaf Control-S | 0.97 | 0.12 | 3.02 | 0.27 | 8.85 | 0.50 | 12.89 |
| 6 | Leaf Control-S | 2.57 | 0.17 | 1.63 | 1.30 | 12.64 | 1.22 | 11.88 |
| 7 | Leaf Control-S | 6.94 | 0.47 | 1.71 | 3.88 | 13.99 | 2.82 | 10.15 |
| 8 | Leaf Control-S | 3.02 | 0.15 | 1.27 | 0.39 | 3.19 | 0.70 | 5.77 |
| | Ave | | | 2.00 | | 20.58 | | 15.21 |
| | Std | | | 0.867638 | | 41.03816 | | 20.72484 |

| I.D.# | ID | weight | Silver ppm | Silver mg/g | Calcium ppm | Calcium mg/g | Phosphorus ppm | Phosphorus mg/g |
|---|---|---|---|---|---|---|---|---|
| 1 | Pen Control-S | 4.93 | 0.08 | 0.41 | 0.07 | 0.34 | 0.36 | 1.82 |
| 2 | Peri Control-S | 2.24 | 0.09 | 0.98 | 0.05 | 0.53 | 0.21 | 2.34 |
| 3 | Peri Control-S | 5.47 | 0.08 | 0.38 | 3.85 | 17.58 | 2.19 | 10.00 |
| 4 | Pen Control-S | 5.79 | 0.07 | 0.30 | 0.08 | 0.36 | 0.34 | 1.45 |
| 5 | Peri Control-S | 4.88 | 0.08 | 0.41 | 0.07 | 0.34 | 0.28 | 1.42 |
| 6 | Pen Control-S | 5.99 | 0.06 | 0.25 | 0.06 | 0.24 | 0.23 | 0.97 |
| 7 | Peri Control-S | 8.70 | 0.05 | 0.14 | 5.63 | 16.18 | 3.06 | 8.78 |
| 8 | Pen Control-S | 7.16 | 0.20 | 0.69 | 0.15 | 0.53 | 0.48 | 1.69 |
| | Ave | | | 0.45 | | 4.51 | | 3.56 |
| | Std | | | 0.269117 | | 7.644975 | | 3.634478 |

| I.D.# | ID | weight | Silver ppm | Silver mg/g | Calcium ppm | Calcium mg/g | Phosphorus ppm | Phosphorus mg/g |
|---|---|---|---|---|---|---|---|---|
| 1 | Leaf EtOH-S | 3.59 | 0.24 | 1.70 | 0.16 | 1.13 | 0.49 | 3.42 |
| 2 | Leaf EtOH-S | 5.67 | 0.66 | 2.92 | 0.19 | 0.82 | 0.63 | 2.76 |
| 3 | Leaf EtOH-S | 2.56 | 0.20 | 1.93 | 0.11 | 1.04 | 0.34 | 3.30 |
| 4 | Leaf EtOH-S | 3.62 | 0.31 | 2.16 | 0.09 | 0.65 | 0.43 | 2.94 |
| 5 | Leaf EtOH-S | 0.98 | 0.12 | 3.10 | 0.07 | 1.82 | 0.22 | 5.60 |
| 6 | Leaf EtOH-S | 3.12 | 0.11 | 0.92 | 0.11 | 0.84 | 0.40 | 3.17 |
| 7 | Leaf EtOH-S | 1.76 | 0.14 | 2.02 | 0.07 | 0.99 | 0.35 | 4.91 |
| 8 | Leaf EtOH-S | 3.55 | 0.26 | 1.84 | 0.12 | 0.82 | 0.34 | 2.41 |
| | Ave | | | 2.08 | | 1.01 | | 3.56 |
| | Std | | | 0.689656 | | 0.359029 | | 1.107785 |

| I.D.# | ID | weight | Silver ppm | Silver mg/g | Calcium ppm | Calcium mg/g | Phosphorus ppm | Phosphorus mg/g |
|---|---|---|---|---|---|---|---|---|
| 1 | Root EtOH-S | 22.04 | 0.52 | 0.60 | 22.04 | 25.00 | 10.75 | 12.19 |
| 2 | Root EtOH-S | 21.23 | 0.56 | 0.66 | 30.05 | 42.45 | 17.05 | 20.08 |
| 3 | Root EtOH-S | 25.17 | 0.67 | 0.67 | 21.38 | 21.24 | 10.77 | 10.70 |
| 4 | Root EtOH-S | 15.34 | 0.49 | 0.79 | 18.53 | 30.20 | 9.08 | 14.80 |
| 5 | Root EtOH-S | 20.59 | 0.57 | 0.70 | 25.18 | 30.57 | 12.37 | 15.02 |
| 6 | Root EtOH-S | 28.22 | 0.67 | 0.60 | 27.54 | 24.40 | 13.20 | 11.69 |
| 7 | Root EtOH-S | 24.64 | 0.47 | 0.47 | 37.36 | 37.60 | 17.59 | 17.70 |
| 8 | Root EtOH-S | 19.59 | 0.48 | 0.61 | 42.85 | 54.68 | 19.67 | 25.10 |
| | Ave | | | 0.64 | | 33.27 | | 15.91 |
| | Std | | | 0.092207 | | 11.1499 | | 4.867871 |

To Page No. 30

| Witnessed & Understood by me. | Date | Invented by | Date |
|---|---|---|---|
| | | [signature] | 17 Aug 97 |

Project No.____
_E________________________ Book No.____ 3

m Page No.__

Conclusions:

Silver had little or no effect on calcification. Control leaflet numbers were ~~a~~ less than 50% of expected values.- maybe the fabric served as a barrier.

To Page No. __

| tnessed & Understood by me, | Date | Invented by | Date 13 Aug 97 |
|---|---|---|---|

.E SJM Epic Silver Washout Study Project No.______ Book No.______ 31

n Page No.__

SJM Epic™ Silver Washout Study

1.0 **Purpose:**

To conduct and in vitro study to determine the extent of leaching and potential migration of silver into the bioprosthetic tissue of the SJM Epic™ valve.

2.0 **Applicable Documents:**

| | |
|---|---|
| 690060 | TP, Analysis of Silver by ICP |
| BN-10-B2 | Biocor® Physician's Manual |
| MP 650424 | Biocor Ethanol treatment procedure |

3.0 **Background**

Endocarditis is a rare but serious complication of valve replacement surgery. Silver has long been known for its antimicrobial properties. Coating the Biocor® porcine valve fabric with silver is an attempt to reduce the incidence of valve related endocarditis.

Prosthetic valve calcification is one of the major causes of tissue valve failure. 95% ethanol is a potential anti-calcification agent that will be used on the leaflets of Biocor® porcine valves with Spi-Argent™ coated fabric.

This verification will determine if the silver on Spi-Argent™ coated fabric leaches into the FBS or the porcine tissue.

4.0 **Test Procedure/Requirements**

Baseline testing:

Tissue and storage solution will be obtained from a single valve and analyzed for silver concentrations. Fetal bovine serum will be assayed for silver concentration.

To Page No. 32

| ıessed & Understood by me. | Date | Invented by | Date 10 Nov 03 |
|---|---|---|---|

Project No.______
E ______ Book No.______ 32

Page No. 31

TESTING MATRIX

| TIME POINTS (DAYS) | SILVER IN FBS | SILVER IN LEAFLET OR ROOT TISSUE |
|---|---|---|
| Baseline | X | X |
| 1 | X | |
| 2 | X | |
| 4 | X | |
| 7 | X | |
| 10 | X | |
| 14 | X | X |

Supplies:

- 4-SJM Epic™ porcine valves, ethanol treated, with Silzone coated fabric.
- 2-Biocor® porcine valves, with standard fabric.
- 0.9% sterile saline (Baxter lot # G928424)
- 6 - 500 ml bottles of Fetal Bovine Serum (FBS) ( HyClone lot # AFH5538)
- Shaking water bath set at 37° C and ~ 100 RPM
- 25 ml Vari-clean vials (Pierce Lot # 97032767)
- Sterile forceps
- Sterile beakers
- Sterile scissors
- Laminar flow hood
- Sterile pipetman pipets (5 ml size)
- P-5000 pipetman pipet

| Group ID | Valve Serial # | Final Processing Date |
|---|---|---|
| 1. 25-mm Porcine Biocor | 47.693 | Feb-97 |
| 2. 25-mm Porcine Biocor | 47.695 | Feb-97 |
| 3. 29-mm Epic | 49.127 | 18-July Notebook #420 p99 |
| 4. 25-mm Epic | 49.114 | 18-July Notebook #420 p99 |
| 5. 29-mm Epic | 49.133 | 18-July Notebook #420 p99 |
| Baseline 25-mm Epic | 49.113 | 18-July Notebook #420 p99 |

To Page No. 32

| ...essed & Understood by me, | Date | Invented by: [signature] | Date 16 Nov '97 |
|---|---|---|---|

Project No.________
E ________ Book No.________ 33

Page No. 32

Leaching study protocol

1. Remove one Epic valve (serial # 49.113) and obtain the following for baseline data.
   - All 3 leaflets.
   - Three (3) samples each of root and pericardium tissue. Each tissue sample has a wet weight greater that 50 mg.

   Submit all tissue samples for silver analysis.

2. Aseptically obtain a 5 ml aliquot of the storage solutions from each of the 5 valve jars. Submit for silver quantitation.

3. Perform the standard physician's rinsed on all 5 valves.

4. Aseptically remove 5 mls of FBS from each serum bottle. Analyze for silver baseline reading.

5. Aseptically add one rinsed valve (removed from the holder) to each of the five sterile containers of FBS.

6. Place containers on shaker table at 37° C and ~100 RPM.

7. Aseptically remove 5 ml aliquots of FBS from each sample container at time points 1, 2, 4, 7, 10 and 14 days and analyze for silver.

8. At the 14 day time points, remove valves from FBS. Excise leaflets and root tissue. Submit leaflet, bovine pericardium and root samples for silver analysis.

5.0 Sample Requirements

Group 1: 4-Ethanol treated Biocor® porcine valves
Group 2: 2- Biocor® porcine valves with standard

6.0 Results

Silver levels found in FBS will be presented as follows.

- Plotted against time
- Correlated to body mass and toxic levels – Literature cites human toxic level of 300 ppb (Deitch EA, al 1989, *J Trauma* 29: 430-434)

To Page No. 34

| essed & Understood by me, | Date | Invented by | Date 10 Nov 97 |
|---|---|---|---|

Project No._______

.E ____________________________ Book No._______ 34

n Page No. 33

10 Nov 97
All bat values recived the physicians rinse. this included 3 rinses of 500 ml saline/valve. Each valve was placed ~~a~~ in 500 ml FBS, capped, and placed on a shaker bath (≈100 RPM ≈ 37°C)

Base line Data
- 5 ml of FBS was obtained from each container prior to valve placement.
- 5 ml of storage soln was obtained and submited for As analysis.
- Valve # 49.113 was removed and ~~tissue~~ ~~ant~~ leaflet, pericardium, and root was used for base line data.

11 Nov 97
5 ml of FBS was obtained from each of the five groups. Samples were submited for As analysis.

12 Nov " (see above)

14 Nov "

17 Nov "

24 Nov " Leaflet and root / Peri sample were harvested and submited for ICP.
S. Kelly are to use the valves for microbial challenge.

To Page No.____

Witnessed & Understood by me. | Date | Invented by [signature] | Date 24 Nov 97

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER SJM4090705729MDL