# Exhibit 18

**DESIGN HISTORY FILE INDEXING GUIDE**

**PLEASE FILL OUT FOR EACH DOCUMENT**

| | | | |
|---|---|---|---|
| **File Category** | (please circle below) | **Date** 5·8·97 | 11/17 |
| **Project Number** | 115000<br>100160 | **Project Name** | SILZONE |
| **Subject** | WASH OUT STUDY | | |
| **Sent to File By** | DAN LANGANKE | | |
| **Comments** | | | |

**Design History File Document Categories**

1. **Transition Documents:**
   - A. CRS
   - B. PRR
   - C. DRS
   - D. DVR
   - E. PBP
   - F. MRA
   - G. IMRA
   - H. LIMRA
   - I. CTA
   - J. MWA
   - K. DIR*
   - L. DTP**

   * Design Input Requirements
   **Design Transfer Plan

1.1 **Pre-1994 Projects**

2. **Schedules/Project Plan**
   - A. Initial Plan
   - B. Final Plan
3. **Specifications**
   - A. Product
   - B. Vendor (statements of work prepared for contract work)
4. **Drawings**
   - A. Preliminary Design Records
   - B. Working Drawings
   - C. Parts Lists, Bills Of Material
5. **Testing/Analyses** (circled)
   - A. Protocols
   - B. Data
   - C. Data Analysis Reports (circled)
   - D. Verification/Qualification Reports
   - E. Animal Evaluations
   - F. FMECAs
   - G. Clinical Trials
6. **Communications**
   - A. Meetings Minutes, i.e., Project Design Reviews, Project Mtngs., Meeting Agendas
   - B. Management/Coordination Memos
   - C. Telephone Logs
   - D. Written Correspondence (Letters)
7. **Background Information**
   - A. Literature Search
   - B. Model Studies
   - C. Patent
8. **Capital Equipment Authorization/Purchase Orders**
9. **Contracts**
   - A. Non-disclosure Agreements
   - B. Consulting Agreements
   - C. Research Agreements
   - D. License & Supplies Agreements
   - E. Other Legal Issues
10. **Regulatory Information**
11. **Miscellaneous and Media**
    - A. Videotapes
    - B. Photographs
12. **Packaging**
13. **Financials**
14. **Market Research**

**NOTE:** These categories represent typical confidential information and must be handled in accordance with SJM policies. Documents under Document Control revision control, which is internal to SJM, need not be included in the Design History Files, but should be referenced.

**600219, REV E**



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

The following is a synopsis of the Silzone Wash Out study. A detail description is found in notebook # 394, p 16.

Mechanical Valve Silzone Wash Out Study

Purpose:

This study will look at the effect blood plasma and saline has on Silzone treated fabric with and without pyrolytic carbon. Three Silzone groups and two control group will be placed in either a dynamic plasma or saline environment for 7 days. Samples will be pulled at time intervals and analyzed for silver via ICP techniques.

Supplies:

- Meadox Double velour 30 mm Dacron Lot #121941
- Aged and unaged Ag coated fabric representing ~ 1/8 of the mechanical valve size 17mm
- 2 Ag coated 17mm valves (S/N 8 and 9)
- 2 uncoated 17mm valves (S/N 8 and 9)
- Sterilization pouches
- Fetal Bovine Serum HyClone lot # AFB4881
- Shaking water bath set at 37° C
- Containers suitable for ICP analysis
- Dulbecco's Phosphate Buffer Saline (GibcoBRL Lot # 12P5467)

The sample groups are as follows.

| **Group ID** | # of Serum Samples | # of Saline Samples |
|---|---|---|
| 1. Uncoated Fabric | 2 | 2 |
| 2. Ag Coated Fabric | 2 | 2 |
| 3. Aged Ag Coated Fabric | 2 | 2 |
| 4. Control Valves | 2 | |
| 5. Ag Valves | 2 | |

This **procedure** is done under aseptic techniques with no antibiotics.

1. Weigh the fabric samples and place in sterilization pouch.
2. Place the valves in sterilization pouches.
3. Autoclave the samples (40 min at 121°C).
4. Gather 6 sterile containers that contain 500 ml of sterile Dulbecco's Phosphate Buffer Saline.
5. Gather 10 500 ml containers of sterile serum.
6. Asepticly take 5 ml from each of the 16 containers for baseline data.
7. Asepticly place one sample from each group in serum and the other in saline (See above chart).
8. Place all 16 containers on shaker bath (37° C and 100 RPMs).



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

9. Asepticly take 5 ml aliquots from each sample at time periods of 0.2, 1, 2, 3, 4, and 7 days and place in a sealed container and submit for ICP.

Results:







8 May 97

Dan Langanki

SJM0280063544MDL

CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

Sheet1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Method is found in notebook # 394 p 16 | | | | | | | |
| Samples analysed by MFOgle and can fond in his notebook # 407 p. 22 | | | | | | | |
| | | | | | | | |
| **Saline Study** | | | **SERUM Study** | | | | |
| | | | BDT (<25 ppb) | | | | |
| **Sample** | **raw (ppb)** | | **Sample** | **raw (ppb)** | | **Sample** | **raw (ppb)** |
| | | | | | | | |
| C-C 0 | BDT | | C-A 0 | BDT | | UAg-A 0 | BDT |
| C-C 0.2 | BDT | | C-A 0.2 | BDT | | UAg-A 0.2 | 25.96 |
| C-C 1 | BDT | | CA 1 | BDT | | UAg-A 1 | 107.10 |
| C-C 2 | BDT | | CA-2 | BDT | | UAg-A 2 | 189.40 |
| C-C 3 | BDT | | CA-3 | BDT | | UAg-A 3 | 301.20 |
| C-C 4 | BDT | | CA-4 | BDT | | UAg-A 4 | 306.50 |
| C-C 7 | BDT | | CA-7 | BDT | | UAg-A 7 | 395.80 |
| | | | | | | | |
| C-D 0 | BDT | | C-B 0 | BDT | | UAg-B 0 | BDT |
| C-D 0.2 | BDT | | C-B 0.2 | BDT | | UAg-B 0.2 | 30.82 |
| C-D 1 | BDT | | C-B 1 | BDT | | UAg-B 1 | 104.10 |
| C-D 2 | BDT | | C-B 2 | BDT | | UAg-B 2 | 187.40 |
| C-D 3 | BDT | | C-B 3 | BDT | | UAg-B 3 | 308.40 |
| C-D 4 | BDT | | C-B 4 | BDT | | UAg-B 4 | 347.00 |
| C-D 7 | BDT | | C-B 7 | BDT | | UAg-B 7 | 528.40 |
| | | | | | | | |
| AAg-C 0 | BDT | | CV-A 0 | BDT | | AAg-A 0 | BDT |
| AAg-C 0.2 | 31.38 | | CV-A 0.2 | BDT | | AAg-A 0.2 | 34.90 |
| AAg-C 1 | 68.99 | | CV-A 1 | BDT | | AAg-A 1 | 73.47 |
| AAg-C 2 | 122.7 | | CV-A 2 | BDT | | AAg-A 2 | 173.30 |
| AAg-C 3 | 128 | | CV-A 3 | BDT | | AAg-A 3 | 253.70 |
| AAg-C 4 | 164.1 | | CV-A 4 | BDT | | AAg-A 4 | 322.70 |
| AAg-C 7 | 177.7 | | CV-A 7 | BDT | | AAg-A 7 | 281.40 |
| | | | | | | | |
| AAg-D 0 | BDT | | CV-B 0 | BDT | | AAg-B 0 | BDT |
| AAg-D 0.2 | BDT | | CV-B 0.2 | BDT | | AAg-B 0.2 | 42.80 |
| AAg-D 1 | 55.98 | | CV-B 1 | BDT | | AAg-B 1 | 116.00 |
| AAg-D 2 | 80.31 | | CV-B 2 | BDT | | AAg-B 2 | 192.60 |
| AAg-D 3 | 97.33 | | CV-B 3 | BDT | | AAg-B3 | 254.70 |
| AAg-D 4 | 128.3 | | CV-B 4 | BDT | | AAg-B 4 | 254.20 |
| AAg-D 7 | 148.5 | | CV-B 7 | BDT | | AAg-B 7 | 463.20 |
| | | | | | | | |
| UAg-C 0 | BDT | | SV-A 0 | BDT | | | |
| UAg-C 0.2 | BDT | | SV-A 0.2 | 54.40 | | | |
| UAg-C 1 | 47.43 | | SV-A 1 | 183.70 | | | |
| UAg-C 2 | 72.73 | | SV-A 2 | 296.00 | | | |
| UAg-C 3 | 99.49 | | SV-A 3 | 392.40 | | | |
| UAg-C 4 | 113.6 | | SV-A 4 | 393.00 | | | |
| UAg-C 7 | 158.4 | | SV-A 7 | 384.70 | | | |
| | | | | | | | |
| UAg-D 0 | BDT | | SV-B 0 | BDT | | | |
| UAg-D 0.2 | 44.92 | | SV-B 0.2 | 42.08 | | | |
| UAg-D 1 | 55.27 | | SV-B 1 | 158.20 | | | |
| UAg-D 2 | 70.08 | | SV-B 2 | 301.70 | | | |
| UAg-D 3 | 108 | | SV-B 3 | 281.70 | | | |
| UAg-D 4 | 127.7 | | SV-B 4 | 349.50 | | | |
| UAg-D 7 | 162.4 | | SV-B 7 | 219.20 | | | |

CV = Control valve
SV = Silver valve



SJM0280063545MDL

CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER