# Exhibit 20

ST. JUDE MEDICAL
HEART VALVE DIVISION

# ~~VALIDATION~~ Verification MGO. 26 Jan 98
# APPROVAL FORM

PROTOCOL ☐

REPORT ☒

APPROVALS

| Function | Designee | Date Approved |
|---|---|---|
| Originator: | Matthew G. G[illegible] | 23 Jan 98 |
| Design: | Donny Lazarski | 23 Jan 98 |
| Quality Systems: | | |
| Operations: | | |
| Regulatory Affairs: | [illegible signature] | 3 Feb 98 |
| Other: | | |

| Validation Title: | Number: |
|---|---|
| | |

100273 Rev A

## SJM Epic™ Silver Washout Study Final Report

### 1.0 Purpose:

To conduct an *in vitro* study to determine the extent of leaching and potential migration of silver into the bioprosthetic tissue of the SJM Epic™ valve.

### 2.0 Applicable Documents:

| | |
|---|---|
| 690060 | TP, Analysis of Silver by ICP |
| BN-10-B2 | Biocor® Physician's Manual |
| 650424 | Biocor Ethanol treatment procedure |

### 3.0 Summary/Conclusions:

The extent of silver leaching into the bioprosthetic tissue of the SJM Epic™ valve was approximately 16-30µg/g of dry tissue in the aortic wall and 15-25µg/g of dry tissue in the leaflets. These levels are 3 times baseline. The silver leaching into the bovine sera was equivalent to that of the SJM Masters Series™ with Silzone at similar time points. Based on this testing, it is expected that the silver leaching levels seen *in vivo* will mimic those of the Masters Series™.

### 4.0 Test Procedure/Requirements

Baseline testing:

Tissue and storage solution will be obtained from a single valve and analyzed for silver concentrations. Fetal bovine serum (FBS) will be assayed for silver concentration.

**Testing Matrix**

| TIME POINTS (DAYS) | SILVER IN FBS | SILVER IN LEAFLET, PERICARDIUM AND ROOT TISSUE |
|---|---|---|
| Baseline | X | X |
| 1 | X | |
| 2 | X | |
| 4 | X | |
| 7 | X | |
| 10 | X | |
| 14 | X | X |

**Supplies:**

- 4-Biocor® porcine valves, ethanol treated, with Silzone coated fabric.
- 2-Biocor® porcine valves, with standard fabric.
- 0.9% sterile saline (Baxter lot # G928424)
- 6 - 500 ml bottles of Fetal Bovine Serum (FBS) ( HyClone lot # AFH5538)
- Shaking water bath set at 37° C and ~ 100 RPM
- 25 ml Vari-clean vials (Pierce lot# 97032767)
- Sterile forceps
- Sterile beakers
- Sterile scissors
- Laminar flow hood
- Sterile pipetman pipets (5 ml size)
- P-5000 pipetman pipet

| Group ID | Valve Serial # | Type | Processing Date |
|---|---|---|---|
| 1. 25-mm Porcine Biocor Valve | 47.693 | Control | Feb-97 |
| 2. 25-mm Porcine Biocor Valve | 47.695 | Control | Feb-97 |
| 3. 25-mm Epic Valve | 49.113 | Test | 18-July Notebook # 420 p99 |
| 4. 25-mm Epic Valve | 49.114 | Test | 18-July Notebook # 420 p99 |
| 5. 29-mm Epic Valve | 49.127 | Test | 18-July Notebook # 420 p99 |
| 6. 29-mm Epic Valve | 49.133 | Test | 18-July Notebook # 420 p99 |

**Leaching Study Protocol**:

1. Remove one Epic valve (serial # 49.113) and obtain the following for baseline data.
   - All 3 leaflets.
   - Three (3) samples each of root and pericardium tissue. Each tissue sample has a wet weight greater than 50 mg. Submit all tissue samples for silver analysis.

1. Aseptically obtain a 5ml aliquot of the storage solutions from each of the 5 valve jars. Submit for silver analysis.

2. Perform the standard physician's rinse on all 5 valves. The standard physician's rinse consists of rinsing 3X for 15 minutes with 500 mL of sterile saline.

3. Aseptically remove 5 mls of FBS from each serum bottle. Perform analysis for silver baseline reading.

4. Aseptically add one rinsed valve (removed from the holder) to each of the five sterile containers of FBS.

5. Place containers on shaker table at 37° C and ~100 RPM.

6. Aseptically remove 5-ml aliquots of FBS from each sample container at time points 1, 2, 4, 7, 10 and 14 days and submit for silver analysis.

7. At 14 day time points, remove valves from FBS. Excise leaflets and root tissue. Submit leaflet, bovine pericardium and root samples for silver analysis.

4.1 Results and Discussion

The silver levels found in the sera and tissue are found in the following tables. The attached graph summaries a visual representation of comparisons of EPIC, Masters Series, and control washout studies in sera.

Table 1.

**Silver found in the Sera.**

| | CONTROL | | | | | total body | |
|---|---|---|---|---|---|---|---|
| Days | valve 1 | valve 2 | Ave | S.D. | | Ave | S.D. |
| 0 | 3.83 | 3.88 | 3.85 | 0.03 | | 0.70 | 0.01 |
| 1 | 4.22 | 3.99 | 4.11 | 0.16 | | 0.75 | 0.03 |
| 2 | 4.05 | 4.40 | 4.23 | 0.25 | | 0.77 | 0.04 |
| 4 | 4.55 | 4.47 | 4.51 | 0.06 | | 0.82 | 0.01 |
| 7 | 4.57 | 4.82 | 4.69 | 0.18 | | 0.85 | 0.03 |
| 10 | 4.93 | 5.07 | 5.00 | 0.10 | | 0.91 | 0.02 |
| 14 | 4.88 | 4.57 | 4.72 | 0.22 | | 0.86 | 0.04 |
| | TREATED | | | | | total body | |
| Days | valve 4 | valve 5 | valve 6 | Ave | S.D. | Ave | S.D. |
| 0 | 4.20 | 4.29 | 4.02 | 4.17 | 0.14 | 0.76 | 0.03 |
| 1 | 90.64 | 101.40 | 87.06 | 93.03 | 7.46 | 16.91 | 1.36 |
| 2 | 134.90 | 137.30 | 161.40 | 144.53 | 14.66 | 26.28 | 2.66 |
| 4 | 161.50 | 186.30 | 161.30 | 169.70 | 14.38 | 30.85 | 2.61 |
| 7 | 318.10 | 252.30 | 307.70 | 292.70 | 35.37 | 53.21 | 6.43 |
| 10 | 590.80 | 808.30 | 533.90 | 644.33 | 144.82 | 117.14 | 26.33 |
| 14 | 900.50 | 878.90 | 660.50 | 813.30 | 132.77 | 147.86 | 24.14 |

All values in table are in **ppb of Silver**

*Total body numbers were calculated by the method below.*
*Test volume = 0.5 L*
*Total body blood volume (x) % composition of sera (0.55)= 5.0 L (0.55)=2.75L*
*calculation of the correction factor 0.5 L/2.75L =0.182 which was multiplied by the ppm averages*

CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER SJM0250060086MDL

Table 2.

**Silver found in Masters Series™ in vitro study conducted in FBS**

**Reference Masters Series™ Project File**

**Masters SeriesTM**

| *Days* | Valve 1 | Valve 2 | Valve 3 | Ave | S.D. |
|---|---|---|---|---|---|
| *0* | 0.00 | 0.00 | 0 | 0.00 | 0.00 |
| *0.2* | 25.96 | 30.82 | 28.39 | 29.61 | 2.43 |
| *1* | 107.10 | 104.10 | 105.6 | 104.85 | 1.50 |
| *2* | 189.40 | 187.40 | 188.4 | 187.90 | 1.00 |
| *3* | 301.20 | 308.40 | 304.8 | 306.60 | 3.60 |
| *4* | 306.50 | 347.00 | 326.75 | 336.88 | 20.25 |
| *7* | 395.80 | 528.40 | 462.1 | 495.25 | 66.30 |

Table 3.

**Silver found in EPIC tissue**

* Below the limit of quantitation for this method.

Tissue 14 day of washout in FBS Silver

**#1** QL 25 ppb > QL *

| Leaflet | wt (mg) | ppb | microg/g | | Root | wt (mg) | ppb | microg/g | |
|---|---|---|---|---|---|---|---|---|---|
| #1 | 19.90 | 8.93 | *11.22* | * | #1 | 56.38 | 8.42 | *3.74* | * |
| #2 | 32.10 | 8.61 | *6.70* | * | #2 | 46.51 | 8.64 | *4.65* | * |
| #3 | | | | | #3 | 27.71 | 8.08 | *7.29* | * |

**#2**

| Leaflet | wt (mg) | ppb | microg/g | | Root | wt (mg) | ppb | microg/g | |
|---|---|---|---|---|---|---|---|---|---|
| #1 | 7.46 | 8.64 | *28.97* | * | #1 | 15.98 | 8.16 | *12.77* | * |
| #2 | 35.41 | 9.27 | *6.54* | * | #2 | 39.66 | 8.56 | *5.40* | * |
| #3 | 32.45 | 8.74 | *6.74* | * | #3 | | | | |

**#3**

| Leaflet | wt (mg) | ppb | microg/g | | Root | wt (mg) | ppb | microg/g | |
|---|---|---|---|---|---|---|---|---|---|
| #1 | 12.19 | 7.64 | *15.66* | * | #1 | 57.41 | 67.47 | *29.38* | |
| #2 | 27.66 | 15.78 | *14.26* | * | #2 | 83.57 | 61.78 | *18.48* | |
| #3 | | | | | #3 | | | | |

**#4**

| Leaflet | wt (mg) | ppb | microg/g | | Root | wt (mg) | ppb | microg/g | |
|---|---|---|---|---|---|---|---|---|---|
| #1 | 61.82 | 50.15 | *20.28* | | #1 | 22.51 | 20.97 | *23.29* | * |
| #2 | 25.04 | 24.86 | *24.82* | * | #2 | 78.25 | 72.68 | *23.22* | |
| #3 | | | | | #3 | 16.40 | 19.83 | *30.23* | * |

**#5**

| Leaflet | wt (mg) | ppb | microg/g | | Root | wt (mg) | ppb | microg/g | |
|---|---|---|---|---|---|---|---|---|---|
| #1 | 32.04 | 17.83 | *13.91* | * | #1 | 43.94 | 49.75 | *28.31* | |
| #2 | 67.90 | 35.00 | *12.89* | | #2 | 86.84 | 58.14 | *16.74* | |
| #3 | | | | | #3 | 25.85 | 16.76 | *16.21* | * |

Discussion:

The data when corrected for body volume (Table 1.) shows that release levels at two weeks (150ppb) are below the toxic level of 300ppb (Deitch EA, et al 1989, *J.Trauma* 29: 430-434). Also, in comparison to the Master's series washout (Table 2.), the EPIC valve showed a very similar profile. At 7 days the Master's series exhibited a higher approximate release of Ag than exhibited by the EPIC valve. It is expected that a continuation of the Master's series to 10 days would result in a release of Ag very similar to that of the EPIC valve at ten days.

The graph suggests a continual upward trend, but this leaching is not characteristic of that seen in sheep studies (5 month GLP submission study conducted at Biosurge, analysis done by SJM; see appendix 1) due to several factors. First the entire surface area is not exposed in the sheep. Secondly the healing response of the *in vivo* subject decreases potential leaching by forming a pannus overgrowth. Finally, the animal body is capable of eliminating excess silver before levels reach the levels seen in this study. (Boosalis MG, et al 1987, Surgery 101(1):40-43).

The release into the tissue (Table 3.) showed trace concentrations. Since there is no known reported toxicity levels for valvular tissue, comparison cannot be directly determined.


Silver Serum Washout Studies
Silver vs. Days
EPIC
Masters
Control
PPB of AG in Bovine Serum
0
100
200
300
400
500
600
700
800
900
Days
0
10
20

**Appendix 1**

Study comparison between the EPIC valve GLP 5 month sheep study and the Masters Series™ 4 week and 10 week sheep studies.




CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER SJM0250060091MDL