IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

-------------------------

IN RE: : MDL DOCKET NO. 1396

ST. JUDE MEDICAL, INC., : (Videotaped)

SILZONE HEART VALVE PRODUCTS: Deposition of:

LIABILITY LITIGATION : DANNY LANGANKI

-------------------------

TRANSCRIPT of the stenographic notes of the proceedings in the above-entitled matter, as taken by and before, BARBARA J. CAREY, a Registered Professional Reporter and Notary Public of the State of Minnesota, held at the offices of HALLELAND & LEWIS, 220 South Sixth Street, Suite 600, Minneapolis, Minnesota on April 27, 2004, commencing at 9:04 a.m.

Q Were you the author of that discussion in this document?
A Well, it was either Matt or myself.
Q All right. You might have been the author of it, correct?
A Correct.
Q Looking at the last paragraph of that discussion, it states, "The release into the tissue showed trace concentrations." Did I read that correctly?
A You did.
Q And the next sentence says, "Since there is no reported toxicity levels for valvular tissue, comparison cannot can directly determined." Did I read that correctly?
A You did.
Q Did you write that?
A I do not recall.
Q Okay. You may have?
A I may have.
Q So is it true that you may have written a sentence that contained the following proposition: "There is no known reported toxicity levels for valvular tissue"?
A It is possible that I would have wrote that,

correct.
Q And that refers to levels of silver, correct?
A It doesn't explicitly say that, but one would elude that that is true.
Q Well, it's talking about release into the tissue showing trace concentrations. We're talking about --
A In Tissue 3. Where is 3 here?
Q Table 3. Table 3 is on the prior page. Silver found in Epic tissue.
A Clearly, that is true.
Q So is it a true statement as far as you know that there is no known reported toxicity levels for valvular tissue?
A As far as I'm aware.
Q Okay. So we don't know, for example, whether a particular level that's reported, say, of silver in annular tissue around the heart valve is or is not toxic, correct?
A I don't believe there's any published data on that. However, that's -- this is part of the pathology proceedings, you know.
Q So you can't just look at the actual concentrations or quantity of silver in the valvular or annular tissue and, on the basis of

looking at that, say that that's not toxic, that that doesn't exceed some threshold of toxicity.

A I don't recall seeing any conclusive data on that.

Q Okay. So you can't assume that it's not toxic just looking at the values, correct?

A Correct, at these values here.

Q And you'll agree with me that you could have a level of silver in the blood that's not toxic, which at a comparable concentration in the tissue might be toxic?

MR. GATTONI: Objection; form, calls for speculation.

THE WITNESS: Yeah, I'm -- I'm not an expert at this. But clearly, that -- that is true.

BY MR. SIGELMAN:

Q Okay. Something can be systemically nontoxic in the blood and still be locally toxic to tissue, correct?

MR. GATTONI: Objection, form.

THE WITNESS: Yeah, I'm not an expert at this. I can't fathom seeing that, but nevertheless, I have no evidence in saying that it's not true.