# Exhibit 22

# CONFIDENTIAL

**From:** Matthew F. Ogle
**To:** Matthew F. Ogle; Bill R. Holmberg
**CC:**
**BCC:**
**Subject:** fabric analysis
**Date:** 7/8/1997 10:39:00 AM

---

**Attachments:**
ab2.xls

---

Bill whats up with those silzone shirts??
Here is the data.

| Fabric Analysis | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 7/2/1997 | | | | *Silver* | | *Titanium* | | *Palladium* | |
| **Size** | **Lot** | **Sample #** | **Weight** | *ppm* | *mg/g* | *ppm* | *mg/g* | *ppm* | *mg/g* |
| 18mm | 1 | 1 | 186.56 | 50.165 | **9.88** | 2.02 | **0.40** | 5.025 | **0.99** |
| 18mm | 1 | 2 | 172.81 | 49.754 | **9.80** | 2.579 | **0.51** | 8.917 | **1.76** |
| 18mm | 1 | 3 | 178.37 | 50.099 | **9.87** | 2.599 | **0.51** | 8.987 | **1.77** |
| 18mm | 2 | 1 | 192.24 | 16.809 | **3.31** | 0.9717 | **0.19** | 2.059 | **0.41** |
| 18mm | 2 | 2 | 166.47 | 16.867 | **3.32** | 0.9251 | **0.18** | 1.883 | **0.37** |
| 18mm | 2 | 3 | 177.48 | 17.781 | **3.50** | 0.9484 | **0.19** | 2.016 | **0.40** |
| 18mm | 3 | 1 | 183.71 | 26.417 | **5.20** | 1.431 | **0.28** | 4.445 | **0.88** |
| 18mm | 3 | 2 | 188.14 | 28.322 | **5.58** | 1.526 | **0.30** | 4.594 | **0.90** |
| 18mm | 3 | 3 | 185.30 | 29.508 | **5.81** | 1.554 | **0.31** | 4.493 | **0.88** |
| | | | | | | | | | |
| 24mm | 1 | 1 | 371.48 | 81.027 | **15.96** | 2.813 | **0.55** | 10.82 | **2.13** |
| 24mm | 1 | 2 | 340 | 80.909 | **15.93** | 2.873 | **0.57** | 9.75 | **1.92** |
| 24mm | 1 | 3 | 343.43 | 65.362 | **12.87** | 3.088 | **0.61** | 6.235 | **1.23** |
| 24mm | 2 | 1 | 342.92 | 31.352 | **6.17** | 1.645 | **0.32** | 3.747 | **0.74** |
| 24mm | 2 | 2 | 332.63 | 30.864 | **6.08** | 1.685 | **0.33** | 3.935 | **0.77** |
| 24mm | 2 | 3 | 346.65 | 29.258 | **5.76** | 1.717 | **0.34** | 3.713 | **0.73** |
| 24mm | 3 | 1 | 356.11 | 73.092 | **14.39** | 4.147 | **0.82** | 10.51 | **2.07** |
| 24mm | 3 | 2 | 330.88 | 29.408 | **5.79** | 1.722 | **0.34** | 3.69 | **0.73** |
| 24mm | 3 | 3 | 358.9 | 77.453 | **15.25** | 4.336 | **0.85** | 10.49 | **2.07** |
| | | | | | | | | | |
| 28mm | 1 | 1 | 507.83 | 52.02 | **10.24** | 2.493 | **0.49** | 6.377 | **1.26** |
| 28mm | 1 | 2 | 443.00 | 46.08 | **9.07** | 2.429 | **0.48** | 5.648 | **1.11** |
| 28mm | 1 | 3 | 473.12 | 46.56 | **9.17** | 2.371 | **0.47** | 5.606 | **1.10** |
| 28mm | 2 | 1 | 461.43 | 79.96 | **15.75** | 3.702 | **0.73** | 12.54 | **2.47** |
| 28mm | 2 | 2 | 465.17 | 80.66 | **15.88** | 3.744 | **0.74** | 12.24 | **2.41** |
| 28mm | 2 | 3 | 464.66 | 77.69 | **15.30** | 3.73 | **0.73** | 12.04 | **2.37** |
| 28mm | 3 | 1 | 510.68 | 115.69 | **22.78** | 4.647 | **0.92** | 14.36 | **2.83** |
| 28mm | 3 | 2 | 461.51 | 113.79 | **22.41** | 4.474 | **0.88** | 14.02 | **2.76** |
| 28mm | 3 | 3 | 462.25 | 113.94 | **22.44** | 4.693 | **0.92** | 14.54 | **2.86** |



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER SJM3780679589MDL