# Exhibit 23

**DESIGN HISTORY FILE INDEXING GUIDE**

**PLEASE FILL OUT FOR EACH DOCUMENT**

| | | | |
|---|---|---|---|
| **File Category** | (please circle below) | **Date** | 11/17 |
| **Project Number** | | **Project Name** | SILZONE |
| **Subject** | | | |
| **Sent to File By** | | | |
| **Comments** | | | |

## Design History File Document Categories

1. **Transition Documents:**
   - A CRS
   - B PRR
   - C DRS
   - D DVR
   - E PBP
   - F MRA
   - G. IMRA
   - H. LIMRA
   - I. CTA
   - J. MWA
   - K. DIR*
   - L. DTP**

   * Design Input Requirements
   **Design Transfer Plan

1.1 **Pre-1994 Projects**

2. **Schedules/Project Plan**
   - A Initial Plan
   - B Final Plan
3. **Specifications**
   - A Product
   - B Vendor (statements of work prepared for contract work)
4. **Drawings**
   - A Preliminary Design Records
   - B Working Drawings
   - C Parts Lists, Bills Of Material
5. **Testing/Analyses**
   - A Protocols
   - B Data
   - C Data Analysis Reports
   - D Verification/Qualification Reports
   - E Animal Evaluations
   - F FMECAs
   - G Clinical Trials
6. **Communications**
   - A. Meetings Minutes, i.e., Project Design Reviews, Project Mtngs., Meeting Agendas
   - B. Management/Coordination Memos
   - C. Telephone Logs
   - D. Written Correspondence (Letters)
7. **Background Information**
   - A. Literature Search
   - B. Model Studies
   - C. Patent
8. **Capital Equipment Authorization/Purchase Orders**
9. **Contracts**
   - A. Non-disclosure Agreements
   - B Consulting Agreements
   - C Research Agreements
   - D. License & Supplies Agreements
   - E Other Legal Issues
10. **Regulatory Information**
11. **Miscellaneous and Media**
    - A Videotapes
    - B. Photographs
12. **Packaging**
13. **Financials**
14. **Market Research**

NOTE: These categories represent typical confidential information and must be handled in accordance with SJM policies. Documents under Document Control revision control, which is internal to SJM, need not be included in the Design History Files, but should be referenced

**600219, REV E**

**DESIGN HISTORY FILE INDEXING GUIDE**

**PLEASE FILL OUT FOR EACH DOCUMENT**

| | | | |
|---|---|---|---|
| **File Category** | (please circle below) | **Date** | 11/7 |
| **Project Number** | | **Project Name** | SILZONE |
| **Subject** | | | |
| **Sent to File By** | | | |
| **Comments** | | | |

## Design History File Document Categories

1. **Transition Documents:**
   - A CRS
   - B PRR
   - C DRS
   - D DVR
   - E PBP
   - F MRA
   - G. IMRA
   - H. LIMRA
   - I CTA
   - J MWA
   - K. DIR*
   - L. DTP**

   * Design Input Requirements
   **Design Transfer Plan

1.1 **Pre-1994 Projects**

2. **Schedules/Project Plan**
   - A Initial Plan
   - B Final Plan
3. **Specifications**
   - A Product
   - B Vendor (statements of work prepared for contract work)
4. **Drawings**
   - A Preliminary Design Records
   - B Working Drawings
   - C Parts Lists, Bills Of Material
5. **Testing/Analyses**
   - A Protocols
   - B Data
   - C Data Analysis Reports
   - D Verification/Qualification Reports
   - E Animal Evaluations
   - F FMECAs
   - G Clinical Trials
6. **Communications**
   - A. Meetings Minutes, i.e., Project Design Reviews, Project Mtngs., Meeting Agendas
   - B. Management/Coordination Memos
   - C. Telephone Logs
   - D. Written Correspondence (Letters)
7. **Background Information**
   - A. Literature Search
   - B. Model Studies
   - C. Patent
8. **Capital Equipment Authorization/Purchase Orders**
9. **Contracts**
   - A. Non-disclosure Agreements
   - B. Consulting Agreements
   - C. Research Agreements
   - D. License & Supplies Agreements
   - E. Other Legal Issues
10. **Regulatory Information**
11. **Miscellaneous and Media**
    - A. Videotapes
    - B Photographs
12. **Packaging**
13. **Financials**
14. **Market Research**

NOTE: These categories represent typical confidential information and must be handled in accordance with SJM policies. Documents under Document Control revision control, which is internal to SJM, need not be included in the Design History Files, but should be referenced

**600219, REV E**

Sheet1

**Fabric Analysis**

7/2/97

| Size | Lot | Sample # | mg Weight | Silver ppm | Silver mg/g | Titanium ppm | Titanium mg/g | Palladium ppm | Palladium mg/g |
|---|---|---|---|---|---|---|---|---|---|
| 18mm | 1 | 1 | 186 56 | 50.165 | **9.88** | 2.02 | **0.40** | 5.025 | **0.99** |
| 18mm | 1 | 2 | 172.81 | 49 754 | **9.80** | 2 579 | **0.51** | 8.917 | **1.76** |
| 18mm | 1 | 3 | 178 37 | 50.099 | **9.87** | 2.599 | **0.51** | 8.987 | **1.77** |
| 18mm | 2 | 1 | 192 24 | 16.809 | **3.31** | 0.9717 | **0.19** | 2.059 | **0.41** |
| 18mm | 2 | 2 | 166.47 | 16.867 | **3.32** | 0.9251 | **0.18** | 1.883 | **0.37** |
| 18mm | 2 | 3 | 177.48 | 17.781 | **3.50** | 0.9484 | **0.19** | 2.016 | **0.40** |
| 18mm | 3 | 1 | 183.71 | 26.417 | **5.20** | 1.431 | **0.28** | 4.445 | **0.88** |
| 18mm | 3 | 2 | 188.14 | 28.322 | **5.58** | 1.526 | **0.30** | 4.594 | **0.90** |
| 18mm | 3 | 3 | 185.30 | 29.508 | **5.81** | 1.554 | **0.31** | 4.493 | **0.88** |
| | | | | | | | | | |
| 24mm | 1 | 1 | 371 48 | 81.027 | **15.96** | 2.813 | **0.55** | 10.82 | **2.13** |
| 24mm | 1 | 2 | 340 | 80.909 | **15.93** | 2.873 | **0.57** | 9.75 | **1.92** |
| 24mm | 1 | 3 | 343 43 | 65.362 | **12.87** | 3.088 | **0.61** | 6.235 | **1.23** |
| 24mm | 2 | 1 | 342 92 | 31 352 | **6.17** | 1.645 | **0.32** | 3.747 | **0.74** |
| 24mm | 2 | 2 | 332 63 | 30.864 | **6.08** | 1.685 | **0.33** | 3.935 | **0.77** |
| 24mm | 2 | 3 | 346 65 | 29.258 | **5.76** | 1.717 | **0.34** | 3.713 | **0.73** |
| 24mm | 3 | 1 | 356.11 | 73.092 | **14.39** | 4.147 | **0.82** | 10.51 | **2.07** |
| 24mm | 3 | 2 | 330 88 | 29.408 | **5.79** | 1.722 | **0.34** | 3.69 | **0.73** |
| 24mm | 3 | 3 | 358.9 | 77.453 | **15.25** | 4.336 | **0.85** | 10.49 | **2.07** |
| | | | | | | | | | |
| 28mm | 1 | 1 | 507.83 | 52.02 | **10.24** | 2.493 | **0.49** | 6.377 | **1.26** |
| 28mm | 1 | 2 | 443 00 | 46 08 | **9.07** | 2.429 | **0.48** | 5.648 | **1.11** |
| 28mm | 1 | 3 | 473.12 | 46.56 | **9.17** | 2.371 | **0.47** | 5.606 | **1.10** |
| 28mm | 2 | 1 | 461.43 | 79.96 | **15.75** | 3.702 | **0.73** | 12.54 | **2.47** |
| 28mm | 2 | 2 | 465.17 | 80.66 | **15.88** | 3.744 | **0.74** | 12.24 | **2.41** |
| 28mm | 2 | 3 | 464 66 | 77.69 | **15.30** | 3.73 | **0.73** | 12.04 | **2.37** |
| 28mm | 3 | 1 | 510 68 | 115.69 | **22.78** | 4 647 | **0.92** | 14.36 | **2.83** |
| 28mm | 3 | 2 | 461.51 | 113.79 | **22.41** | 4.474 | **0.88** | 14.02 | **2.76** |
| 28mm | 3 | 3 | 462 25 | 113.94 | **22.44** | 4.693 | **0.92** | 14 54 | **2.86** |



SJM0120030000MDL