# Exhibit 24

ST. JUDE MEDICAL

**Date:** 08 June, 1999

**To:** Don Guzik

**From:** Bill Holmberg

**Subject:** **Silzone Questions from the UK**

Upon further review of the questions from the UK there seems to be a need for more clarification on exactly what there questions and concerns are. To address their four (4) numbered questions I suggest the following:

1. The estimate of total silver in the sewing cuff is less then 50 mg. This is based on an analysis of various coating runs to determine the amount of silver by surface area. The analysis showed variability by run as well as size. Typically the smaller diameter tubes would contain the largest "density" of silver. Based on the processing this makes sense. To determine the worst case scenario, we took the greatest density found and applied it to the largest amount of fabric that would be used in a valve. Thus the 50 mg of silver would be in a 33mm Mitral Expanded cuff valve that had no fabric trimmed during the manufacturing process, utilizing a fabric that had the largest density of silver. The likelihood of such of valve is slim. A more realistic value would be around 17 mg of silver. This is based on average "density" data provided by Spire Corporation. Obviously, a smaller valve size would have a correspondingly lower amount of silver.
2. The question regarding silver values in sheep being reported as blood levels at some times and plasma levels other times. I not sure where this information is coming from. There is a statement in the published article on the shorter animal study as blood serum levels. Where the article from the ten week study simply says blood levels. Perhaps this is confusing. The fact is this. All silver concentrations from animals at Loma Linda came from whole blood. This would represent all the animals from the ten week study. It would also represent 2 of the 4 animals from the shorter study. It is possible that the other animals from the shorter study from the U of M were spun down to plasma. Nonetheless the short study was not a GLP study, simply a feasibility study. In addition, we are not aware that we would see a large difference between whole blood and plasma results. I would stick with the results from the longer study.
3. The fabric is coated prior to valve assembly in the tubular format. The fabric is placed on a mandrel and rotated in the chamber. The process is a line of sight coating so yes there are some blind spots as well as spots that may not receive as much silver as other areas. This occurs where the fabric threads are in contact with the mandrel or are shielded from the beam by other thread in the knit pattern. Bill Mirsch should be providing information on what the cells look like in the different areas.

NO! guarantee Vapor DEPOSITION.

1511

4. What is the question that they are getting at? ~~It is~~ local response or something to due with long term leaching? They question the calf serum experiment (again a quick & dirty feasibility study). Yet this experiment would show nothing regarding local response. As far as longer term issues go, the proof is with the longer term animal work. It sounds as if they are concerned that the silver continues to be released but is not seen because it is accumulating in the liver and/or kidneys. In order for it to get to the kidneys, it must get into the bloodstream. The blood analysis shows that this release tapers off significantly. In addition, published reports indicate that 90% of the silver is excreted. The published reports on toxicity of 300 ppb are not local concentrations. The publications state that toxicity may occur when levels in the blood are 300 ppb for extended periods of time. Not a one instant shot at this level. Of further value is the comprehensive work that Matt Ogle has compiled of all the animals that have received an implant utilizing the Silzone coating (valves, rings, Epic, etc.) This data includes animals that have gone out to 12 months. No signs of toxicity were noted, both local and systemic.

They talk much about the coagulation cascade, clot formation and thrombus and that it is not well studied. The fact is that this was looked at in numerous animal studies. Not only has it been studied in around 70 sheep in the valve replacement model, but in over a hundred small animals in a subcutaneous model. All results have shown no adverse sign of thrombus and clot formation. Is there rapid turnover of cells with respect to Silzone? How does one study that? What is the adhesion of the pannus? Healing and fibrous tissue ingrowth would be in indicator of this. Again all the animal work (as reviewed by an outside pathologist) has shown equivalence in these areas.

Without the ability of performing numerous implants in humans and explanting the valves at various time intervals, these questions may not be able to be answered. For the sake of science perhaps the UK would be interesting in signing up to this study.

CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER