# Exhibit 25

Bill- Looks like the attached invoices are for your project.
Avrom

CENTER FOR BIOMATERIALS
OF THE UNIVERSITY OF CONNECTICUT HEALTH CENTER

Tel. (203) 679-3743
Fax: (203) 679-1370

October 23, 1997

Dr. Avrom M. Brendzel
→ Dr. William Holmberg
St. Jude Medical, Inc.
One Lillehei Plaza
St. Paul, MN 55117

Dear Avrom and Bill:

I look forward to visiting you early in December to discuss findings with respect to studies of thrombosis on SJM valves implanted in sheep, and platelet interactions with silver treated sewing ring fabrics. At that time I will provide you with a detailed report, since to do so now would be premature as studies are still ongoing.

I enclose several items.

An invoice and explanation of billing.

For Avrom, I enclose a copy of the standard "clinical" research agreement for UCHC, along with the business card for William Tomlinson (860-679-3993), director of the Office of Research and Sponsored Programs.

For Bill, I enclose a series of 4 digital micrographs showing the contiguity of the silver coating on the sewing ring of the first such valve sent to me. In this series of 4 images, the same region is observed at incrementally higher magnifications of 30x, 250x, 1000x and 5000x. You should be able to find the same sample region going from micrograph to micrograph, except perhaps for the 30 x image.

The sample was not conductively coated for SEM (which is the usual standard practice) and was imaged at an accelerating voltage of 2 keV. At this low voltage, surface sensitivity is enhanced and there is good contrast between the silver coated and uncoated regions. To interpret the micrographs, the dark regions (obvious only in the 1000x and 5000x images only) indicate the lack of silver coating. The 5000x image shows that Spires' line-of-sight coating method leaves the underside of fibers without a silver coating.

The fabric samples not attached to the valve do not appear to show nearly as much uncoated regions. (Images to be provided later) As we discussed in Madison, this suggests that twisting of the fabric when attaching to the sewing ring exposes non-silver coated regions.

I look forward to discussing these ongoing projects work with you in detail in December.

Sincerely,

Steven Goodman

Steven L. Goodman, Ph.D.