# Exhibit 26

WILLIAM R. HOLMBERG, P.E.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

-----------------------------------------------------

IN RE ST. JUDE MEDICAL, INC.,SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION MDI DOCKET NO. 1396

-----------------------------------------------------

DEPOSITION

The following is the deposition of WILLIAM R. HOLMBERG, P.E., taken before Patricia K. Carl, RPR, Notary Public, pursuant to Notice of Taking Deposition, at the Law Offices of Halleland, Lewis, 600 Pillsbury Center, Minneapolis, Minnesota, commencing at approximately 1:10 p.m., March 19, 2002.

* * * * *

WILLIAM R. HOLMBERG, P.E.

of the device that all of the silver could be removed." Do you see that?

A. I see that.

Q. Was that your conclusion or somebody else's conclusion?

A. That was the conclusion based on the initial corrosion testing that was performed.

Q. As an engineer did you make that calculation and determination or did somebody else as part of the team give you that information?

MS. KWUON: Objection as to form.

BY MR. ANGSTREICH:

Q. Do you know?

A. I believe I made that calculation.

Q. Now, the palladium and/or titanium could be exposed. Where was the palladium and/or titanium?

A. The Spire Corporation process consists of, and I don't recall -- the Spire process consists of three components, the SPI-ARGENT technology, their patented technology that they call SPI-ARGENT which we were applying to our product consists of three components, titanium, palladium and silver, and it's essentially laid --

WILLIAM R. HOLMBERG, P.E.

Q. With the silver on top?

A. With the silver on top.

Q. What comes next?

A. I haven't studied the Spire process. I believe the first layer is titanium followed by palladium followed by silver.

Q. And if the silver was removed and the palladium exposed, did anybody do any testing on what the ramifications of palladium would be in the body?

A. I believe we did some literature searches on that.

Q. Yes. What did you find?

A. That at low levels, that there isn't going to be a problem.

Q. Did you do any testing in vitro?

MS. KWUON: Objection as to form.

THE WITNESS: I do not recall testing of specific to palladium.

BY MR. ANGSTREICH:

Q. So is it fair to say then St. Jude at the time that this project was going forward did not know through animal or human testing what the effect would be if the silver disappeared or was removed either from flaking or corrosion or leaching and

WILLIAM R. HOLMBERG

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - -x
In Re: Saint Jude Medical Inc.,:
Silzone Heart Valves Products : MDL:
Liability Litigation : 01-CV-023
- - - - - - - - - - - - - - - - -x

DEPOSITION OF WILLIAM R. HOLMBERG

Washington, DC

Friday, September 3, 2004

REPORTED BY:

VICKY WILSON

WILLIAM R. HOLMBERG

THE WITNESS: It is -- I'm not saying it's impossible but to take and intentionally remove the silver from the coated fabric and only remove the silver and then measure how much that is should be a difficult test.

BY MR. SIGELMAN:

Q. And did you ever find that there was a lack of silver in the -- any of the fabric of the sewing cuffs?

A. When you say, "a lack of silver," did you say -- are you saying there is no silver there at all? I'm not aware of any situation where we saw no silver.

Q. Did you see pockets where there were -- there was a lack of silver, like, in the fibers?

A. The process itself is a line of sight process and the fabric is a three-dimensional multi- woven fabric so you have got a woven fabric and so you would expect that on the inside diameter or the inside diameter of the fabric tube, you would not see -- theoretically couldn't see a coating in those areas.

Q. Did your company ever study whether