# Exhibit 28

STATE OF MINNESOTA DISTRICT COURT

COUNTY OF RAMSEY SECOND JUDICIAL DISTRICT

PERSONAL INJURY
(Product Liability)

- - - - - - - - - - - - - - - - - -

John R. Snider, Norma J.
Harris and William B. Laye,

Plaintiffs,

v.

St. Jude Medical, Inc.,

Defendant.

- - - - - - - - - - - - - - - - - -

DEPOSITION OF DENISE H. JOHNSON

VOLUME II, PAGES 311 - 406

August 20, 2002

(The following is the continued deposition of DENISE H. JOHNSON, taken pursuant to Notice of Taking Deposition, at the offices of Robins, Kaplan, Miller & Ciresi, LLP, Attorneys at Law, 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, Minnesota, commencing at approximately 9:09 o'clock a.m., August 20, 2002.)

P.O. BOX 18188, MINNEAPOLIS, MN 55418 1-800-553-1953



10:08:31 30th information.
10:08:33 A. Okay.
10:08:34 Q. Okay? And 63; correct?
10:08:37 A. Yes.
10:08:41 Q. So as of --
10:08:48 As of June 30th of 1999, based on the
10:08:52 information St. Jude submitted to the English
10:08:55 government, St. Jude had reported to it 11 explants
10:09:02 of silzone valves where there was a paravalvular leak
10:09:07 and also some indication of endocarditis; correct?
10:09:10 A. Yes.
10:09:22 Q. Now I want you to go back to the incidence
10:09:26 information that St. Jude submitted for the year 1998
10:09:30 on the Masters Series valve.
10:09:35 MS. STEENBURGH: Counsel, could you
10:09:36 identify the document or exhibit number?
10:09:39 MR. O'FALLON: Sure, which has been
10:09:52 previously marked as Plaintiffs' Exhibit No. 7.
10:09:56 MS. STEENBURGH: Thank you.
10:09:57 Q. And again, if you go to those handwritten
10:10:01 numbers on the bottom of that page -- on the bottom
10:10:03 of that document, if you go to page 217, out of
10:10:15 30,000 Masters Series valves implanted in 1998 there
10:10:19 had been only three explantations; correct?
10:10:27 A. Yes.