# Exhibit 30

# CONFIDENTIAL

**From:** Hosek, Roy C
**To:** Braunsky, Jane
**CC:** Wallner, Maggie A; Illingworth, Barbara L; Bergman, Darrin J; 'Franssen-Brader, Dickey'; Mirsch, Bill; Schroeder, Richard F; Schultz, Monica M; Declercq, Veronique
**BCC:**
**Subject:** Silzone - Butchart Thrombosis Concerns, Response
**Date:** 10/20/1998 9:11:27 PM

---

**Attachments:**

---

Jane,

Welcome back. We (Barb, Darrin, Maggie and I) have met to discuss the Mr. Butchart concerns regarding thrombosis with the Silzone valve. Our consensus is that we should ask Butchart for his ideas regarding an appropriate study to investigate thrombosis. After all, he is an expert on the subject as well as a surgeon. We would like to invite him to Minnesota, where he could talk to SJM scientists as well as U of Minnesota (Bianco) people and potentially some experts in the field like a Dr. Schoen (who just gave a seminar for our R&D group). It was thought that we could ask him to present his preliminary data (from the early TE study) while he was here.

We would like to get Mr. Butchart to consider the details of a potential study that would be clinically relevant. By doing so, he could help us construct a good study, or at worst realize how difficult such a design would be… Answering questions such as these would be appropriate:

* Dogs v. pigs for the appropriate thrombosis model?
* Valves required, or Silzone coated dacron in the aorta close enough?
* The number of animals required to be significant?
* A yes/no endpoint to be considered, or a scaled (quantified) endpoint?
* Etc.

I know Butchart is busy, especially as his center is one surgeon under-staffed. What are the odds he would take us

up on an offer to visit?

I'm out of the office until Thursday. Let's talk then, when I'll fill you in on the details of our discussions. Thanks.

Roy