# Exhibit 31

**Mirsch, Bill**

**From:** Braunsky, Jane
**Sent:** Tuesday, October 27, 1998 1:44 PM
**To:** Healy, Steven J
**Cc:** Wallner, Maggie A; Illingworth, Barbara L; Bergman, Darrin J; Mirsch, Bill; Franssen-Brader, Dickey; Hosek, Roy C; Jaksha, Kaaren A; Hopson, Thomas; Whitley, Eileen
**Subject:** Mr. Burchart's visit on Nov. 11th

Dear Steve:

This is in response to our conversation regarding the visit from Mr. Eric Burchart to SJM in St. Paul on November 11, 1998 to discuss issues related to Silzone. He is very interested in meeting with Dr. Bianco, Dr. F. Schoen and the SJM engineers in setting up an in-vivo animal (dog/pig) protocol to study Silzone and thrombogenicity in lieu of the recent patient complications noted in his embolic risk factor study using the Silzone valve. The following is a quick review of the situation in Wales regarding the embolic risk factor study:

51 patients received Silzone valves between the end of 1997 and July 1998. Of these 51 patients, 5 have now suffered serious cerebrovascular events with permanent deficits. CT scans on all patients excluded intracerebral hemmorhage as a cause. A 6th patient complained of sudden onset of ataxia (loss of balance) on the 10th postoperative day making it impossible for her to walk unaided. This symptom has persisted but is gradually improving and the physicians are awaiting further neurological investigation and echo assessment of the prosthesis. This could possibly represent a 6th event. This is in contrast to the remaining 324 patients in the embolic risk factor study who between them have suffered 4 cerebrovascular events over a 3 year period. The following table includes additional information on the above noted Silzone patients:

| Date of Operation | Surgeon | Valve | Date of event | Neurological Description | TEE findings | Action |
|---|---|---|---|---|---|---|
| April 4, 98 | FM | MVR 29 | June 16, 98 | Hemiplegia | TEE refused | |
| April 27, 98 | EGB | MVR 29 | July 7, 98 | Hemiplegia | TEE normal (6weeks later) | |
| June 1, 98 | EGB | MVR 29 | July 6, 98 | Cerebellar syndrome | Gross thrombus covering sewing cuff. | EXPLANT |
| June 23, 98 | ENPK | AVR 21 | June 27, 1998 | Hemianopia and loss of memory. | TEE initially refused. Now booked for Oct. 29, 98. | |
| July 13, 98 | EGB | MVR 27 | Sept. 10, 98 | Hemiplegia | Multiple clots on sewing cuff. | Resoultion with hirudin. Still in hospital under onservation. |

Mr. Butchart is very concerned at what appears to be a serious problem, especially as it does not appear to be mirrored by similar experience in other centers. He has suggested that we engage in in-vivo animal testing in dogs or pigs to help answer the questions related to silver and thrombogenicity. Hence, he has agreed to visit SJM in St. Paul prior to his committments in New Orleans starting on November 12th in order to discuss appropriate actions with other scientists and engineers.

As he will arrive on the evening of November 10th, we would like for either you or Terry Shepherd to take him for dinner (he knows both of you and will feel quite comfortable).

I will work with Kaaren Jaksha in making all necessary hotel arrangements and transportation for Mr. Butchart. I have also asked Roy Hosek (with copy message to Maggie Wallner) to set up the meeting on the 11th to include Dr. Bianco, Dr. Schoen, Bill Mirsh, Barb Illingworth and Darrin Bergman. Once I receive the agenda from Roy, I will forward to Mr. Butchart's attention.

Details/actions:
Mr. Butchart will arrive in Minneapolis on Tuesday, November 10 at 17:39 on NW 139 (from Chicago). Kaaren will make a hotel reservation and transportation arrangements for airport pickup and any additional transportation needs on the 10th and 11th. Terry or Steve to take Mr. Butchart out for dinner on the evening of the 10th. Roy and Maggie to make all arrangements for the meeting on the 11th and send agenda to me in Brussels. I will forward the information to Mr. Butchart in Wales with appropraite local contact names and information. I will confirm all details with Mr. Butchart prior to his departure from Europe and send to appropraite personnel in St. Paul.

Please let me know if you have additional quesitons as this point and I appreciate your attention in this matter.

Kind regards,

Jane



CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER