# Exhibit 32

ST. JUDE MEDICAL

February 19, 1997

Mr. E. G. Butchart
Consultant Cardiac Surgeon
University Hospital of Wales
Heath Park
Cardiff CF 4 4XW U.K.

Dear Mr. Buchart:

Thank you for the opportunity to meet with you during the STS meeting in San Diego. We enjoyed the evening very much and hope that you and Mrs. Butchart did also. Your study entitled *The Investigation of Increased Thrombotic and Embolic Risk After Heart Valve Replacement* is of great interest to us and we hope that we can include the St. Jude Medical® mechanical heart valve SJM® Masters Series with Silzone within the study as soon as possible.

We understand that you prefer not to compare differences in valve performance or valve-related complications across manufacturers. Our primary interest is in the comparison of SJM® mechanical heart valves with standard versus Silzone sewing cuffs. Therefore, we respectfully request that an analysis be performed to compare valve performance (e.g., complications and subclinical anomalies) in patients with these two types of sewing cuffs.

In order to obtain sufficient numbers for comparison, we believe that all patients who are candidates for participation in the study should receive the SJM® Masters Series Valve with Silzone. It did not appear that your patients were randomized in the original protocol, and therefore we hope that sequential enrollment with the SJM® Masters Series Valve with Silzone would be possible. We would appreciate your views on this.

Please let us know if we can be of any assistance as you proceed with the study. Again, it was a pleasure to meet you at the STS meeting. We hope to see you again soon.

Best personal regards,

Alan Flory, D.V.M.
Director of Clinical and Regulatory Affairs

Monica Schultz
Post-Approval and Outcome Study Supervisor

*cc:* *Joel Becker*
*Jane Braunsky*
*Thomas Hobson*

St. Jude Medical, Inc. One Lillehei Plaza St. Paul, Minnesota 55117 U.S.A. 612/483-2000 Fax 612/482-8318

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER