# Exhibit 33

ST. JUDE MEDICAL
HEART VALVE DIVISION

20 YEARS

Our Ref: TH/fj

14 July 1997

Mr E Butchart
Consultant Cardiothoracic Surgeon
University Hospital of Wales
Heath Park
Cardiff
CF4 4XW

Dear Mr Butchart

I am writing to you regarding the indemnity agreement that you and I discussed recently at the Bioprosthetic meeting. The agreement has now been reviewed by all the necessary parties at St Jude Medical. You will find my signature attached and hopefully this will allow us to move forward with the clinical trial, as discussed. Please find attached the original agreement as I have made a copy for my file. I look forward to discussing this with you upon my return to the UK on 28 July.

As I understand, August will be the earliest point at which the Silzone valve will be released. I am sure Jane Braunsky will be in touch with you, keeping you updated on the availability of the Silzone valve. In the meantime, if I can be of further assistance, please do not hesitate to contact me.

Thank you very much for your support of St Jude Medical. We look forward to working with you in the future.

Yours sincerely

Thomas Hopson
Director of Sales - Valve Division
ST JUDE MEDICAL UK LTD

Attached:

St. Jude Medical HEART VALVE DIVISION
St. Jude Medical U.K. Limited
Bow Court, Fletchworth Gate, Coventry CV5 6SP
Tel: (01203) 716226 Freephone: 0800 585116 Emergency no: (01426) 842279 Fax no: (01203) 716212

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

ST. JUDE MEDICAL
HEART VALVE DIVISION

20 YEARS

Our Ref: TH/fj

14 July 1997

Mr E Butchart
Consultant Cardiothoracic Surgeon
University Hospital of Wales
Heath Park
Cardiff
CF4 4XW

Dear Mr Butchart

I am writing to you regarding the indemnity agreement that you and I discussed recently at the Bioprosthetic meeting. The agreement has now been reviewed by all the necessary parties at St Jude Medical. You will find my signature attached and hopefully this will allow us to move forward with the clinical trial, as discussed. Please find attached the original agreement as I have made a copy for my file. I look forward to discussing this with you upon my return to the UK on 28 July.

As I understand, August will be the earliest point at which the Silzone valve will be released. I am sure Jane Braunsky will be in touch with you, keeping you updated on the availability of the Silzone valve. In the meantime, if I can be of further assistance, please do not hesitate to contact me.

Thank you very much for your support of St Jude Medical. We look forward to working with you in the future.

Yours sincerely

Thomas Hopson
Director of Sales - Valve Division
**ST JUDE MEDICAL UK LTD**

Attached:

St. Jude Medical HEART VALVE DIVISION
St. Jude Medical U.K. Limited
Bow Court, Fletchworth Gate, Coventry CV5 6SP
Tel: (01203) 716226 Freephone: 0800 585116 Emergency no: (01426) 842279 Fax no: (01203) 716212

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER
SJM1290299171MDL