# Exhibit 34

ST. JUDE MEDICAL
HEART VALVE DIVISION

20 YEARS

Mr. E. G. Butchart
Consultant Cardiac Surgeon
University Hospital of Wales
Heath Park
Cardiff CF 4 4XW U.K.

Brussels, 17 April 1997

DATE CORRECTED

Dear Mr. Butchart:

It was a pleasure speaking with you last week. We have made arrangements to send the agreed upon funding of £21,000 for the Embolic Risk Factor Study to the Heart Research Fund for Wales No. 2 Account as per your request. You will receive a confirmation letter from Thomas Hopson at the SJM Coventry office when this has been completed.

In addition to the issues of funding, you also requested further information regarding the SJM® Masters Series Heart valve with Silzone™ Coating and related information to present to your hospital's Ethics Review Committee. Attached, you will find this additional information. Please let me know if you need any further documentation.

We should be able to start implanting the SJM® Masters Series with Silzone™ Coating at the end of July, 1997.

If you should have any questions or further needs, please feel free to contact me in Brussels. I look forward to meeting with you in the very near future.

Best personal regards,

Jane Braunsky
St. Jude Medical in Brussels

cc: *Roger Osborne*
*Thomas Hopson*
*Joel Becker*



CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER