# Exhibit 35

# End of month report - January 1998

## STUDIES UP & RUNNING

### X-Cell

**Glenfield Hospital** - X-Cell **(Protocol 939.1 - 11/1/94)**

Principle Investigator: Mr T Spyt, still no involvement from Mr Hickey.
FDA study site, sequential enrolment study.
Outstanding payments for 1st to 3rd quarter have now been paid (14th November). Terry McGee from the bloods department is unhappy as the money has been going to the trust and not the department. I have tried to help him rectify this by identifying X-Cell patients. Unfortunately Mr Spyts team are continuing to take study blood samples on patients who were never enrolled in the study, these need to be paid for. I have suggested (as I have in the past) that this problem lies with Mr Spyt and not SJM as we have clearly identified the 40 enrolled patients.
*No issues here at the moment.*

**London Whitechapel Group** - X-Cell vs. Carpentier Edwards Standard **(Protocol 945 - 1/11/94)**

Principle Investigator: Mr Lewis Co-Investigators: Mr Woods, Mr Rees, Mr Edmondson, Mr Youhana, Mr Magee, Mr Walesby
Now that Mr Lewis is no longer working here Mr Uppal is taking over the funding. Outstanding payments for 1st to 3rd quarter have now been paid (14th November). Mary has had trouble getting the echoes read so we have sent Marlys the hospital echo report only - it hasn't be transcribed onto the SJM CRF's.
*Have an appointment in February with Mr Uppal & Mary to discuss the future of the study. Hopefully we will be able to close it as Mary leaves in April.*

### Toronto SPV

**Royal Brompton Hospital & Harefield Hospital** - TSPV vs. Homograft

Principle Investigator: Professor Yacoub, Co-investigator: Mr Pepper.
FDA study site, comparative study.
Still haven't heard what hours Derek has settled on - there was talk he was only going to work one day a week. There is still a load of completed CRF's waiting to be signed at Harefield (registrar has left and no one has taken his place). Outstanding payments have now been made for 1st to 3rd quarter.
*Al informs me that his contract here runs out at the end of February. He is hoping that the marketing dept will take over funding it. He has apparently spoken to Mr Pepper about the study who feels that it is so difficult to get echoes etc. done that it may be better to miss out the haemodynamic follow-up and just carry out a basic one. I am not having much luck getting hold of Derek McKee to find out what his position is at present.*

**Royal Brompton Hospital** - Toronto SPV

Principle Investigator: Mr Moat
To be a marketing study, US funded (Peggy Malikowski)
Mr Moat informed Pat and myself that the study has now commenced. I have been given copies of a protocol, ethics committee approval and their CRF. I have sent these to Peggy and Veronique. My only concern is that they enrol the patients pre-op and carry out an MRI scan to determine size of valve. If this patient is not suitable then they do not get entered into the next bit of the trial. Who is going to pay for the original MRI? I have suggested that SJM do not intend to do this. I am awaiting a fee agreement from Peggy.
*Had an appointment with Mr Moat & Pat. Mr Moat seems to be having problems with Mark Kon (SHO running study) and not many suitable AVR patients. He still wants to do study and hopes to move forward with it.*

**Edinburgh Royal Infirmary** - Investigating the Compliance of the Aortic Root Following TSPV Implant

Principle Investigator: Mr Mankad, Co-investigator: Dr Sutherland.
No news.



CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER SJM1100252773

SJM1100252773MDL

*I have asked Mr Mankad to contact me when convenient - have called 3 times and haven't had a reply yet.*

**Guy's/St. Thomas's Hospital** - TSPV vs. Carpentier Edwards Pericardial Valve
Principle Investigator: Mr Blauth, Co-investigator: Dr Chambers.
Study started in August '95. Marketing study funded by SJM USA & UK.
37 enrolled, 28 implants to date (12 TSPV, 16 CE), 4 deaths, 2 of each. It turned out that SJM hadn't paid the £2660 in May as we had lead Dr Chambers to believe. This has now been settled (14th November).
*39 enrolled, 30 implants to date (13 TSPV, 17 CE), 4 deaths, 2 of each, a further 9 enrolled. Helen Rimmington has sent me updated echoes which I have forwarded to Peggy & Monica.*

**Killingbeck Hospital** - Invitro analysis of TSPV
Principle Investigator: Mr Waterson
Tried to see Mr Waterson in Dublin ~ I do get the feeling he is avoiding SJM.
*No Change.*

**Western Infirmary - Glasgow** - TSPV vs. Carpentier Edwards Supra Annular Valve
Principle Investigator: Mr Berg Co-Investigators: Mr MacArthur
Marketing study to be funded by SJM UK & US (was Brussels).
Mr Berg has now been paid and wrote a letter of thanks. I will continue to follow-up here. ? still whether they will want to add more patients after the poster presentation by Eddie McLaulin at Copenhagen. It was suggested by someone that they should study more patients.
*I presume it is time to knock this one off the list however I will keep in touch and follow-up.*

**Wythenshaw** - TSPV
Principle Investigator: Mr Hooper Co-Investigators: Mr Campbell, Mr Deiraniya, Mr Rahman, Mr Odom, Mr Keenan.
Gus Tang has left Wythenshaw, I still do not know who his replacement is.
*Gus has been replaced with a Mr Woo (? spelling). I have not been able to make contact yet but will arrange to meet up with him and try and talk to Mr Hooper re where the study is going.*

## SJM Biocor Valve

**Southampton General Hospital** - Biocor
Principle Investigator: Mr S Livesey Co-Investigators: Mr M Haw, Mr S Allen
Funded by: Brussels (Ron Byron)
Marketing study - Observational, Prospective Assessment of the SJM Biocor Bioprosthesis in Patients requiring Valve Replacement.
10 implants to date. I still haven't heard back from Veronique yet regarding reimbursement for CRF's. Theatre Sisters were under the impression that they only had to implant 10 valves not the agreed 20. Eileen and myself will talk to Mr Haw and Mr Livesey about this.
*A cross charge has now been sent to Richard and a letter to accompany it from James Ladner to reimburse. Eileen was asked to remove all Biocor stock from shelves which she has done. We are therefore closing the study other than follow-up on enrolled patients.*

## CAVG

**St George's Hospital**
Principle Investigator: Prof. Treasure, Co-investigator: Mr Murday.
Enrolment now complete, follow-up to continue.
Veronique has asked Richard to reimburse for completed CRF's that she has received.
*No Change.*

## HP Valves

**Guy's Hospital** - The Standardisation of Sizing in Mechanical Replacement Heart Valves in the Aortic Position
Principle Investigator: Dr John Chambers
Still waiting to hear if we can fund the £5,000.
*We can fund £5,000 - need to get details from Dr Chambers of which account.*



CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER SJM1100252774

SJM1100252774MDL

**Bristol Royal Infirmary** - SJM Standard vs. Carbomedics Standard valve
Principle Investigator: Professor Angelini Co-Investigators: Mr A Bryan, Mr Dhasmana, Mr Hutter
Eileen has spoken to Mr Bryan and suggested that we meet up. I hope to get him to look at some preliminary data.
*No change.*

**University Hospital of Wales** - SJM Standard vs. Medtronic Hall vs. Ultracor valve - looking at embolic risk factors
Principle Investigator: Mr Butchart
Eileen has seen Mr Butchart he is looking for more funding to support his study. Eileen has therefore cc.mailed Jane Braunsky to put her in the picture.
*I understand that Mr Butchart has stopped enrolling patients for this comparative trial and is only using SJM Silzone valve for the study. Thomas has offered him the funding for the Silzone multicentre co-ordinator.*

### SJM Seguin Annuloplasty Ring

**Walsgrave Hospital** - QUASAR study
Principle Investigator: Mr Patel
Funded by: Brussels via IMOR
Not sure how many further implants there are. I am going to collect next lot of CRF's on 19th December. Fred Sorenson has let Philippe know what SJM owe Mr Patel for completed CRF's. Philippe is in the US for 3 weeks so Fred has to wait to be paid by SJM then he can issue a cheque for Mr Patel. I have suggested that they aim for 19th Dec then I can take this in.
*Went through all CRF's for missing or incorrect data (also had a list from IMOR) - Ira seems to have got in a pickle with all the dates on the forms therefore I am trying to make an appointment to spend the day correcting forms. Still haven't received any new CRF's.*

## <u>STUDIES WAITING TO START/PROPOSED FOR 1997</u>

### Toronto SPV

**Glenfield Hospital** - TSPV vs. Medtronic Freestyle
Principle Investigator: Mr Gallianani Co-Investigator's: Mr Firmin, Mr Sosnowski, Mr Leverment, Mr Hickey
Have done nothing with Mr Sosnoski after finding out that none of them get on together. Will await new appointment with Mr Gallianani!
*Pat & myself have had 2 meetings with Mr Sosnowski and Dr Keel. They the protocol approved by their ethics committee. I am not sure they have thought out how they are going to run the study and what the split will be of valve manufacturers. I wonder if they are keeping their options open to see how much money they are going to get. We have £6,000 available for this year. we have asked them to put in writing the cost per patient. Pat intends to collect letter in the first week of February.*

**Walsgrave Hospital** - TSPV
Principle Investigator: Mr Rosin Co-Investigator's: Mr Patel
Pat tried to make an appointment with Mr Rosen but he is away for 2 weeks.
*No change.*

### SJM Biocor Valve

**Derriford Hospital** - Biocor with Silzone
Principle Investigator: Mr Lewis, Co-investigator: Mr Allen, Mr Kuo.
There has been talk of Mr Lewis doing some of the initial work with the Biocor and applied Silzone. I am not sure how far we have got, I think that the animal work has been done. If this goes ahead we will require not only ethics committee approval but MDA approval too as it will not have the CE mark. Steve Healey has been involved in this.
*My impression is that none of the LIMRA studies will be going ahead in the UK.*



CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER SJM1100252775

SJM1100252775MDL

## SJM Mechanical Valve

**Silzone Multicentre Trial - (Protocol B978 - August 1997)**
Involving a number of centres in the UK. UHW will co-ordinate the study and house the co-ordinator. Logistics not been discussed yet and need some considerable thought before going ahead to ensure it runs smoothly and produces some excellent data.

**Derriford Hospital** - SJM Mechanical vs. Carbomedics valve
Principle Investigator: Mr Lewis, Co-investigator: Mr Allen, Mr Kuo.
Had a further visit to all surgeons. It has become clear that Mr Kuos end points on the study are slightly different to ours and those of Mr Lewis. Mr Lewis is aware of this and says that he will discuss this further with Mr Kuo and ensure the protocol is written in the way that he would like the study to run. I have requested some costings of a nurse and have sent the business manager some job descriptions. I have arranged for Marie Humphreys (BMC) to visit in December. The purpose will be to demonstrate the CoagUchek and to give Mr Lewis and the other surgeons information on trials that have been carried out in order to validate the machine. BMC have agreed to lend 10 machines. SJM will fund strips (depending on number/cost once protocol has been finalised).
*Visited Derriford at beginning of January. Jame Kuo has done very little with the protocol, much to the annoyance of Mr Lewis. We sat done with all surgeons, plus the research registrar who is going to oversee the nurse. We made quite a bit of progress and Mr Lewis was going to ensure that a protocol will be sent to us by the time he returns from the STS. The person initially going to sort out employing the research nurse is no longer in that position so we have made contact with the replacement who feels that it will not be difficult to fill such a position very quickly (within 1 month). She is going to sort out advertising etc. Mr Allen and Mr Lewis are still very enthusiastic about the study and want to see it in place by April. They have made the decision to go ahead with a comparative mortality/morbidity study initally to get it off the ground then to add in the CoagUchek arm of the study.*

**Hammersmith Hospital** - SJM Mechanical vs. Carbomedics valve
Principle Investigator: Professor Taylor, Co-investigator: Mr P Smith, Mr Ratnatunga.
Eileen has visited the Hammersmith to find that they have stopped implanting the SJM valve. I have filled Eileen in on the history here she will discuss it with Thomas and act accordingly.
*Eileen and Thomas visited Mr Smith. The intention is to get the Hammersmith involved in the Silzone multicentre trial. I now have the finalised protocol and have sent it to Eileen (29/01/98) to take in.*

**Leeds University** - Invitro study with SJM Masters, ATS, CMI
Principle Investigator: Mr Fisher
Don't know anything about this at all. Apparently arranged by Joel Becker and Mike Gerrard. We don't even have a protocol!
*I am told that this study has died therefore I will remove it from the list.*

**Queen Elizabeth Hospital - Birmingham** - Top Hat vs. SJM AEHPJ
Principle Investigator: Mr Graham
Introduced Eileen to Mr Graham - no mention of the study. Mr Graham is extremely busy at present as well.
*Eileen hopes to do something like involving them in the silzone multicentre trial therefore I shall remove this study from the list.*



CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER SJM1100252776

SJM1100252776MDL