# Exhibit 36

ST. JUDE MEDICAL
HEART VALVE DIVISION

For Jane & Veronique's review.

**DATE:** 06/10/98

**TO:** Steve Healy

**FROM:** Monica Schultz

**SUBJECT:** **Summary of Mr. Butchart's study**

Title
*The Investigation of Thrombotic and Embolic Risk after Heart Valve Replacement*

Valves Used in Study* → Parallel was discontinued
Medtronic Hall, Ultracor, Medtronic Parallel, SJM HP, SJM Masters Series Valve w/ Silzone™ coating
NOTE: To my knowledge, they are now implanting the Silzone-coated valves exclusively.
→ the addition of Silzone was an attachment to the original study in order to compare 100 Silzone pts. to 100 Masters pts.

Sample Size
No number stated, but would like to obtain 400 patient years of follow-up at two years.

Interim analysis expected: 3Q or 4Q 1998.

Rationale
Thromboembolism is a serious complication in-patients with mechanical heart valves. Although once attributed entirely to clots originating from the artificial valve, it is now known that many clots do not originate from the valve itself and that some patients are more prone to form clots than others. Mr. Butchart's project attempts to unravel the mechanisms involved in clot formation and to identify the most useful tests, which can be used to predict susceptibility to TE.

Mr. Butchart has identified some hemostatic abnormalities associated with arterial disease and he is wondering whether they act independently or synergistically with the thrombogenic effect of the mechanical valve. The study gives SJM an opportunity to investigate the anti-thrombogenic properties of the Masters Series Valve with Silzone™ coating.

Hypotheses
1. Thrombotic events occurring during long-term follow-up in-patients with prosthetic valves and stable hemodynamics are triggered by acute "thrombophilia." Their occurrence can be predicted from a combination of tests of prothrombotic function.

If above true, then secondary hypothesis is:

2. Antithrombotic therapy specific to the abnormalities identified by the tests with predictive value should diminish the risk of thrombosis.

Follow-Up
See attached for details of tests and follow-up schedule.

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER