# Exhibit 38

## Goodband, Sarah

**From:** Osborne, Roger
**Sent:** 16 August 1999 14:40
**To:** Healy, Steven J
**Cc:** Gerard, Roland; Goodband, Sarah; Flory, Alan R; Gove, Peter L; Fraser, Fiona; McCullough, Joe
**Subject:** Peer Review Of UHW Results

Steve,
I am very pleased to report I spoke with Jules Dussek, the President of the Society of Cardiothoracic Surgeons of Great Britain and Ireland, this morning and got his unequivocal support to try and resolve the question of the validity of the UHW findings.

I was very specific in emphasising that we need independent assessment that could be passed to the MDA.
The focus was on avoiding unnecessary scare-mongering which only feeds the press and frightens patients.
He was extremely sympathetic, and agreed to approach a number of UK surgeons through his office as President.
His first choice is Tom Treasure (a very good, unbiased surgeon) second is Bruce Keogh (his hospital is biased to CMI, but I doubt he would allow that to cloud his own conclusions) and lastly Ken Taylor (He has, in the passed had Baxter associations - perhaps Fiona could comment if this is unwise)

We agreed the Society would have a contribution from SJM, thus avoiding any innuendo that we paid for the results.
Obviously we will reimburse any legitimate expenses.

I am to write to Jules in his official capacity, sending the letter to his home to avoid any postal delays.
We should include all data that we have at our disposal regarding the UHW findings. (I'll need that being sent by DHL ASAP)

I would appreciate someone from your side defining the question for the reviewer, but would suggest something unambiguous, on the lines ---- "Based on the information provided what conclusions or inference can be derived from the results, and is there any justification in questioning the patient selection or definition of terminology used in the individual findings"

There is, of course, the risk the reviewer will find in favour of Butchart. I take it that this is an accepted risk? We have little to loose now.

Jules is aware of the surgeon, the centre and that the MDA is currently considering a warning letter.

Call if you need further comment.

(With the new internal structure now in place, I assume you wish me to continue to work on this?)

Cheers
Roger



CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER