# Exhibit 39

## Goodband, Sarah

**From:** Franssen-Brader, Dickey
**Sent:** 23 August 1999 15:05
**To:** Ladner, James W; Flory, Alan R; Guzik, Don S; Gerard, Roland; Osborne, Roger; Fraser, Fiona; Goodband, Sarah
**Subject:** RE: Letter to President of Society/Attorney-Client Privileged

Please find attached our suggestion for the letter to the British Society. Roland, Roger and I feel that the letter should be copied to Allen Kent and during Steve's conversation with the MDA tomorrow he should mention that we have decided to move forward with the request for an independent review and have sent this letter to the Society.

DussekFinal.doc

If the letter can be sent by FedEx to Roger today, he will then courier it to Dr Dussek on the same day. This could possibly mean a Wednesday delivery of the letter to the Society.

Dickey

-----Original Message-----
**From:** Ladner, James W
**Sent:** Friday, August 20, 1999 1:20 AM
**To:** Flory, Alan R; Guzik, Don S; Franssen-Brader, Dickey; Gerard, Roland; Osborne, Roger; Fraser, Fiona; Goodband, Sarah
**Subject:** Letter to President of Society/Attorney-Client Privileged

Attached please find a rough draft of the letter we discussed the other day.

This version may be a little over the top, but I believe it is important to emphasize that we are looking to do the right thing and that patient safety is our primary concern.

I believe that Al (as the chief clinical and regulatory person for the HVD) should be the one to sign it and that it could be delivered with a brief cover note by Roger. Don would be my other suggestion.

<< File: Dussek.doc >>



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER SJM1290299393MDL

*Draft: 8/23/99 2:58 a58/p58*

Mr. Julian Dussek
President
Society of Cardiothoracic Surgeons of Great Britain and Ireland
Tebolds
The Street
Plaxtol
Nr. SevenOaks
Kent
TN15 0ZJ

August 23, 1999

**Re: Independent Assessment of Clinical Data**

Dear Mr. Dussek:

I understand from my colleague, Roger Osborne, that you would be willing to help arrange an independent assessment of certain clinical data on behalf of the Society of Cardiothoracic Surgeons of Great Britain and Ireland. It would be our intention to present this assessment to the Medical Device Agency (MDA).

As Roger probably explained to you, a surgeon has reported an unusually high rate of thromboembolic events (TE) in his population implanted with our St. Jude Medical mechanical valve with Silzone™ coating to the MDA.
The surgeon in question implanted approximately 50 of these valves in the context of a clinical study. He claims TE events occurred in 14 and are directly associated with the Silzone valve.

After receiving this report we undertook to re-examine data generated for this valve at other clinical sites. Only one other unusual study showed any adverse finding, and this was on 8 postmortem cases in Canada. We also asked a number of centres to make additional follow-ups of patients involved at their locations in order to determine in a clinically rigorous way whether their results corresponded with those of this surgeon. Our findings do not support the conclusions of this surgeon.

We are eager to ensure that we are not missing something in our examination of these reported events, and to ensure that we are doing the right thing with respect to physicians and patients. Furthermore, the MDA has informed us that it is considering sending out a "warning letter" to cardiologists and cardiothoracic surgeons in the U.K. regarding the

use of the Silzone, despite the contradictions provided in a significant body of research (see summary attached) which has already been presented to them.

We are grateful that the Society would be willing to undertake the independent assessment of the surgeons findings. We assume that the Society could, should it feel compelled, arrange to examine the medical records and audit reports concerning these data reported by the surgeon, either through the MDA or through the surgeon directly.

Our primarily interest is in the Society determining what conclusions or inferences can be derived from the available data, and whether, in the Society's opinion, there is any justification, in this instance, to issue an advisory notice about the potential risk of TE associated with a specific heart valve.

It goes without question St. Jude Medical would wish the Society and the reviewing parties to remain impartial. Expenses associated to the evaluation of the data and any attributed charges will be paid directly to the Society, and be a matter of open record. Please advise the estimated total costs.

I would like to thank you for considering our request. I am sure you will understand that this evaluation should be performed as soon as possible and remain at your disposal to answer any questions you may have.

You can reach me via fax at 651/_______ and via telephone at 651/___________.
I look forward to hearing from you.

Sincerely,

A. F.

## Addendum

To the extent that the Society is interested in examining data generated at other sites, whether for comparison purposes or otherwise, we are attaching a list of the other sites from which data is available. We have also listed a physician contact person at each site or data center in the event that the Society might wish to discuss or compare results with them.

### Attachment

[Include list of centers which have data regarding Silzone patients, including number of patients and approximate length of follow-up. Also include information about contact person (telephone, fax, e-mail).]