# Exhibit 40

August 25, 1999

**Hand Delivered**

Jules Dussek
President
Society of Cardiothoracic Surgeons of Great Britain and Ireland
Teolds
The Street
Plaxtol
Nr. SevenOaks
Kent
TN15 0ZJ

**Re: Independent Assessment of Clinical Data**

Dear Mr. Dussek:

I understand from my colleague, Roger Osborne, that you would be willing to help arrange an independent assessment of certain clinical data on behalf of the Society of Cardiothoracic Surgeons of Great Britain and Ireland. I am writing you with further specifics concerning the examination we are seeking. It would be our intention to present this assessment to the Medical Device Agency (MDA), as well as use it for purposes of our own quality review.

**Overview of Requested Assessment**
As Roger probably explained to you, a surgeon in Cardiff has reported an unusually high rate of thromboembolic events (TE) in his population implanted with our St. Jude Medical mechanical valve with Silzone™ coating. As we understand it, the physician in question has implanted approximately 50 of these valves and has reported TE events with 14 patients which he believes are directly associated with the valve. We have not received reports with this same pattern at other sites using our valve with the Silzone coating, including other surgeons at the Cardiff Hospital.

As I presume you know, we pride ourselves on being a responsible company and go to great lengths to assure that the products we manufacture and sell are safe and effective. This quest for safety and quality assurance, motivated by our concern for patients and our desire to continually improve medical care, is engrained in the culture of our company. It is against this background that we would like the Society to undertake an examination of the data mentioned above.


CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

After receiving the reports of the TE events reported by the surgeon in question, we undertook to re-examine data generated for the valve with Silzone coating at other clinical sites. We also asked a number of medical centers to make additional follow-ups of patients involved at their locations in order to determine whether their results matched those of the surgeon in question or the pattern that had been observed in our clinical studies. In addition, SJM is sponsoring an international, multicenter, randomized comparison of our standard mechanical heart valve and the valve with Silzone coating. Per protocol, the data from this trial are being collected and reviewed by an independent Data Coordinating Center at the University of Pittsburgh.

We have been providing data about our valve with Silzone coating, including that generated in the re-examinations mentioned above, to the MDA and other regulatory authorities around the world. To date, the only noteworthy report besides the Cardiff experience came from a single center in Canada which had a number of valve explants due to endocarditis. We are continuing to work with this center to determine if patient selection, changes in antibiotic protocol, etc., may have contributed to these explants, or if the overall rate is higher than that for our standard valves at this center.

**Information We Have Concerning Events To Be Reviewed**
We do not have primary information or source material concerning the events reported by the Cardiff surgeon in question at the present time. We do have brief summaries, a copy of which is attached here, and the reports we generated as part of our device reporting system.

**Background Concerning The Requested Assessment**
We are eager to ensure that we are not missing something in our examination of the reported events identified above, and to ensure that we are doing the right thing with respect to physicians and their patients. Furthermore, the MDA has informed us that it is considering sending out a letter to cardiologists and cardiothoracic surgeons in the U.K. regarding the valve in question.

We disagree with the MDA that such a letter would be appropriate given the data we have obtained and reviewed and the input provided to us by the AVERT Data Safety Monitoring Board. However, we desire an examination of the data reported by the surgeon in question by an independent body such as the Society to understand whether we are missing something and why the findings at other sites appear to differ from the results obtained by the surgeon in question.

As mentioned, one concern we have is that a letter may inappropriately alarm patients and physicians based primarily on data that seems to conflict so markedly with findings from a host of other sites and centers around the world. I imagine you can appreciate our concern.

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

**Obtaining Further Information Concerning the Data To Be Reviewed**
We presume that the Society could arrange to examine the medical records concerning the events reported by the surgeon in question either through the MDA or through the surgeon directly. Although we have not received one, we also presume that the MDA has generated an audit report concerning the data generated by the surgeon in question to determine whether the study methodology, implementation, assumptions and conclusions are scientifically justified. Obtaining such a report from the MDA may assist and help expedite the Society's examination of the data at issue.

**Focus of the Review**
As intimated above, we are primarily interested in the Society determining what conclusions or inferences can be derived from the available data generated by this surgeon, and whether, in the Society's opinion, there is any justification, to issue an advisory notice about the potential risk of TE associated with the valve.

To the extent that the Society is interested in examining data generated at other sites, whether for comparison purposes or otherwise, we are attaching a list of the other sites from which data is available. We have also listed a physician contact person at each site or data center in the event that the Society might wish to discuss or compare results with them.

It goes without question that St. Jude Medical would wish the Society and the reviewing party or parties to remain impartial. Expenses associated with the evaluation of the data and any attributed charges would be paid directly to the Society and be a matter of open record. Please advise us of the estimated costs for this examination.

I would like to thank you for considering our request. I am sure you understand that we would like this assessment to be performed as soon as possible. I remain at your disposal to answer any question you have. You can reach me via fax at 651-490-4409 and via telephone at 651-481-7704. In addition, if more convenient for you, my e-mail address is aflory@sjm.com.

I look forward to hearing from you.

Sincerely,

Alan R. Flory, D.V.M.
Vice President, Clinical and Regulatory Affairs

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

**Attachment**

(Centers which have data regarding implants of valves with Silzone coating)

A. **Original Clinical Study Centers**

The original clinical study sites enrolled 78 patients from two sites in Germany, one Swiss site and one site in the Netherlands. The original clinical data has been updated recently and the results of the updated analyses have been submitted by the researchers for publication.

Major Investigators:

Professor A. Brutel de la Riviére, M.D.
St. Antonius Ziekenhuis
Netherlands
30 Patients
Phone: 31-30-25-06179

Professor Thierry Carrel
Insellpital Bern
Switzerland
30 Patients
Phone: 41-31-632-23-76

B. **Artificial Valve Endocarditis Reduction Trial (AVERT)**

This is an international, multicenter, randomized trial of Silzone versus non-Silzone coated SJM mechanical valves. Currently, approximately 540 patients have been enrolled in the trial. Per protocol, the AVERT Data Coordinating Center is not able to provide all available data immediately to us. However, they have provided certain limited information to us, including the conclusions the AVERT Data Safety Monitoring Board reached concerning the experience reported by the surgeon in Cardiff.

Principle Investigators:

Professor Thierry Carrel
Insellpital Bern
Switzerland
Phone: 41-31-632-23-76

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

SJM0570130320MDL

CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

Dr. Hartzell Schaff
Mayo Clinic
Rochester, Minnesota
USA
Phone: 507-284-2511

Coordinator, Data Coordinating Center:

Dr. Richard Holubkov
University of Pittsburgh
Pittsburgh, PA
USA
Phone: 412-648-1302

C. **Survey of Certain Accounts In Canada**

Martin Goldbach, M.D.
London Hospital,
London, Ontario
Canada
50 Patients
Phone: 519-672-3300

Eric Jamieson, M.D.
University of British Columbia
Vancouver, British Columbia
Canada
81 Patients
Phone: 604-879-8715

D. **GELIA (German Experience with Low Intensity Anticoagulation) Study**
This study includes more than 2500 standard St. Jude Medical valves and 81 St. Jude Medical valves with Silzone coating.

Investigator:
Professor Dieter Horstkotte, M.D.
Germany
Phone: 49-573-1970

E. **St. Jude Medical Regent® valve study**
This is a prospective, observational clinical trial being conducted in the U.S., Canada and Germany. A total of 100 patients have been enrolled in this trial, with an average follow-up of 3.3 months.

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

**Attachment**

(Summary data for Cardiff cases)

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

SJM0570130322MDL

CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER