# Exhibit 41

# ST. JUDE MEDICAL, INC.

## FACSIMILE COVER SHEET

Number of pages being sent (including cover page): 15
Date: November 29, 1999

| TO: DOYLE GANTT | FROM: AL FLORY |
|---|---|
| Direct Dial:<br>Facsimile: (301) 594-3076 | St. Jude Medical, Inc.<br>One Lillehei Plaza<br>St. Paul, Minnesota 55117<br>Direct Dial: (651) 481-7704<br>Facsimile: (651) 490-4409 |

Hello Doyle:

The full Society report which we discussed will follow. It just came in via fax last Friday, consequently I haven't had much chance to look it over. Also, the quality of the fax is not great, however, Mr. Dussek will be sending a clean copy via mail.

Call if you have questions.

Best regards,

Al Flory

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE AND THOSE PROPERLY ENTITLED TO ACCESS TO THE INFORMATION AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND/OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS TRANSMISSION IS NOT THE INTENDED OR AN AUTHORIZED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY UNAUTHORIZED DISTRIBUTION, DISSEMINATION, OR DUPLICATION OF THIS TRANSMISSION IS PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE OR FACSIMILE. THANK YOU.



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

# EXTERNAL REVIEW OF THROMBO-EMBOLIC EVENTS REPORTED IN ST. JUDE MEDICAL HEART VALVES IMPLANTED IN PATIENTS IN UNIVERSITY HOSPITAL OF WALES, CARDIFF


Reviewers:

Professor Ken Taylor
BHF Professor of Cardiac Surgery
Hammersmith Hospital
London

Mr Andrew Murday
Consultant Cardiothoracic Surgeon
St George's Hospital
London

Statistician:

Dr Rumana Omar
Lecturer in Medical Statistics
Imperial College School of Medicine
Hammersmith Hospital
London


November 1999
kmt/sc



SJM0330072541MDL

CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

## Introduction

The reviewers received a request on 13 September 1999 from Mr Jules Dussek, President of the Society of Cardiothoracic Surgeons of Great Britain and Ireland (SCTS), to carry out an external review of data gathered and reported by Mr Eric Butchart and colleagues at the University Hospital of Wales, Cardiff. (See Appendices 1 and 2.)

The remit for the review was to assess whether the Cardiff data were significant and to suggest other appropriate investigations that would assist St Jude in evaluating (specifically) the Silzone-coated version of the St Jude Medical Heart Valve.

## Conduct of Review

The proposed format was initially discussed by Prof Taylor (KMT) and Mr Murday (AJM). This was as follows.

1. KMT contacted Mr Butchart (EB) to confirm the willingness of EB and colleagues in Cardiff to allow and participate in the proposed review process.

2. KMT asked EB to have a computer disk containing the full Cardiff database containing 167 patients records sent to the statistician Dr Rumana Omar (RO) at Hammersmith Hospital. The 167 patients comprised 116 patients implanted with the standard St Jude Medical Heart Valve (SJM) and 51 patients implanted with the silver-impregnated sewing ring variant - referred to in this report as the Silzone Valve (SZ).

Note: Although EB and colleagues had obtained data on 24 additional patients implanted with the SZ valve, the reviewers considered it invalid and inappropriate to include these patients in the statistical analysis. The 167 patients had all been enrolled prospectively into the Embolic Risk Factor Study (ERFS) being carried out at the cardiac unit at Cardiff. By contrast, the additional SZ patients (n = 24) had been selected and included in some of EB's analyses retrospectively.

3. A mutually convenient date was identified (4 November 1999) for KMT and AJM to visit Cardiff to review:-

   - case notes from all patients with reported thrombo-embolic (TE) events.
   - a random sample of case notes (10%) from those patients implanted with SJM or SZ valves who had been reported as not having had a TE event post-implant.

4. The reviewers met on two occasions - October 1 at Hammersmith Hospital, and October 28 at St George's Hospital - together with Dr Omar to review progress and prepare for the visit to Cardiff on November 4, 1999.





CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

5. Following the Cardiff visit on November 4, the reviewers and statistician prepared a preliminary Executive Summary of the principal findings of the external review. See Appendix 3. This was sent to Mr Jules Dussek on November 8, 1999, prior to the preparation of the full report.

Review Findings

1. *Were the thrombo-embolic events reported by the Cardiff group true events?*

The reviewers have adhered to the definitions of reportable TE events which have been adopted internationally and published concurrently in the major international cardiothoracic surgical journals. Reference: Guidelines for reporting morbidity and mortality after cardiac valvular operations. Edmunds et al; JTCVS 1996; 112: 708-711.

The review of the medical records of all patients with TE events reported by the Cardiff group was as follows:-

| Patient Identifier No. | Valve | Reported by Cardiff | Confirmed by Review |
|---|---|---|---|
| 1344 | SZ | Yes | Yes |
| 1351 | SZ | Yes | Yes |
| 1352 | SZ | Yes | Yes |
| 1359 | SZ | Yes | Yes |
| 1367 | SZ | Yes | Yes |
| 1374 | SZ | Yes | Yes |
| 1375 | SZ | Yes | Yes |
| 1022 | SJM | Yes | No |
| 1237 | SJM | Yes | Yes |

More details on these individual cases can be seen in Appendix 4.

The TE event reported in patient 1022 was not confirmed by the reviewers' examination of the medical records. This patient (woman aged 46 years, mitral valve replacement with a SJM valve) had been reported as a peripheral vascular embolic event post-operatively on the basis of post-op claudication. In fact, the patient had pre-op claudication, and, when vascular exploration surgery was undertaken after the assumed TE event, the patient was found to have a congenitally absent superficial femoral artery.

Cardiff had reported a total of 9 TE events in 167 patients (7 in SZ valves and 2 in SJM valves). The reviewers confirmed 8 TE events in the 167 patients (7 in the 51 SZ patients and 1 in the 116 SJM valve patients).





CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

2. *Had the Cardiff group failed to detect additional TE events in the patients reported as having no TE events?*

Following statistical advice, the reviewers assessed the medical records of a random sample of 10% of the SJM valve patients and 10% of the Z valve patients reported by the Cardiff group as having had no post-op TE event.

This amounted to 10 SJM patients and 5 SZ patients' medical records being reviewed.

The patient identifier numbers were as follows:-

SJM Valve group:

1028, 1046, 1101, 1193, 1233, 1252, 1254, 1277, 1310, 1341

SZ Valve group:

1335, 1341, 1343, 1368, 1357

The reviewers confirmed the Cardiff group's findings that none of the patients in this 10% random sample had evidence of a post-op TE event.

3. *Were the SZ and SJM patient groups comparable?*

Although all 167 patients included in the external review analyses were recruited prospectively into the Embolic Risk Factor Study being conducted at Cardiff, there was not true randomisation of the patients to receive either a SJM or a SZ valve by all of the implanting surgeons.

Despite this, independent statistical comparison of patient demographics, valve characteristics and risk factors for thrombo-embolism are in general not significantly different between the SZ and SJM groups.

Patients in the SJM group were on average older (65 vs 61 years), more were male, more had mitral replacements, more had concurrent CABG - relative to the patients in the SZ group. The prevalence of arterial hypertension (25% vs 23%) and diabetes (10% vs 6%) was also slightly higher in the SJM group. (See Appendix 5.) The reviewers do believe that, despite the broad comparability in the patients in the SJM and SZ groups, differences do exist between the SJM and SZ patient groups in relation to:-

- timing of the valve replacement surgery
- length and completeness of follow-up

Timing of valve replacement surgery

The standard SJM valve group of patients had their valve replacement in the period mid-1995 to end-1997. Implantation of the SZ valves began in the last quarter of 1997 and continued to end-August 1998. (See Appendix 6 : photocopy of Cardiff data). The reasons for this difference is readily explained by the fact that SZ valves were not available when the Embolic Risk Factor





CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

Study was begun in Cardiff in 1995, and were introduced into the ERFS much later.

Length and completeness of follow-up

As can be seen from the graph in Appendix 6, the lengths of follow-up for the two patient groups are substantially different. In addition, the completeness of follow-up in the SZ group is considerably lower than in the SJM group.

Our independent statistical review of the patient years of follow-up gives results of 264.92 patient years for the SJM group compared to 31.15 patient years for the SZ group.

Note: We have considered follow-up to be complete only if one of the following conditions is satisfied:-

- a post-op TE event occurred
- the patient died post-op
- the patient's status was known at the cut-off date determined in the study protocol (31 August 1999)

4. *Were the reportable thrombo-embolic event rates significantly different between SZ and SJM valves?*

(a) Estimated Crude TE event rates

| Valve type | No. of events | Person years | Rate | 95% CI |
|---|---|---|---|---|
| SJM | 1 | 264.92 | 0.38 | 0.05-2.27 |
| SZ | 7 | 31.15 | 22.47 | 10.71-47.13 |

(b) Wilcoxon test for equality of survival functions (stratified by age)

| | Events | |
|---|---|---|
| Valve type | Observed | Expected |
| SJM | 1 | 5.38 |
| SZ | 7 | 2.62 |
| TOTAL | 8 | 8.00 |

p-value = 0.0005

These statistical analyses have been carried out independently of the Cardiff analyses. As stated in the section on the conduct of the external review, we have analysed only the 167 patients enrolled prospectively into the ERF study (116 SJM and 51 SZ).





CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

We draw attention to the fact that crude rates are imprecisely estimated and that both the p-value and the 95% Confidence Intervals should be interpreted with caution due to the small number of TE events reported, and the incompleteness of follow-up, present in both groups, but higher in the SZ group.

In a preliminary attempt to carry out some formal sensitivity analysis, we have re-analysed the data, making the assumptions:-

- that follow-up was complete for all patients to the cut-off date of 31 August 1999
- that no additional TE events occurred in either the SJM or SZ patients.

This re-analysis gives the following results:-

| Valve type | No. of events | Person years | Rate | 95% CI |
|---|---|---|---|---|
| SJM | 1 | 333.57 | 0.30 | 0.04-2.21 |
| SZ | 7 | 64.00 | 10.94 | 5.21-22.94 |

REVIEWERS SUMMARY AND RECOMMENDATIONS

1. Independent external review confirmed the Cardiff data for 8 of the reported thrombo-embolic events occurring post-operatively following implantation of standard SJM or Silzone treated heart valves.

   The ninth TE event reported by Cardiff was considered by the reviewers not to be a true event and was removed from the statistical analyses.

2. Independent review confirmed (by random sampling technique) that the Cardiff data had not failed to include additional TE events in the non-event patients.

3. Reviewers excluded from their analyses the 24 additional SZ patients who were added to the Cardiff data analysis retrospectively and analysed only the 116 SJM and 51 SZ patients who had been prospectively entered into the selection process and study protocols of the Embolic Risk Factor Study.

4. Independent statistical analysis of the data did not reveal major comparability differences in the SJM and SZ patient groups with respect to patient demographics, valve implant site, or risk factors for TE events. If anything, TE risk was very slightly increased in the standard SJM group.

5. Differences did exist, however, between the SJM and SZ patient groups with respect to the timing of valve replacement surgery and the completeness of follow-up. SJM patients had longer and more complete follow-up than the SZ patients.





CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

6. The crude event rates for thrombo-embolism were substantially higher in the SZ group (22.47 with 95% CI : 10.71 - 47.13) compared to the SJM group (0.38 : CI 0.05 - 2.27).

Wilcoxon test for equality of survival functions showed a highly significant difference in observed events between the groups with a p-value = 0.0005.

Although the issues of small numbers of events and the incompleteness of follow-up mean that the confidence intervals and p-value should be interpreted with caution, the reviewers believe that the results of the Cardiff study do indicate that the thrombo-embolic event rates associated with SZ valves (implanted in the mitral position in particular) were unacceptably high. Even when the statistical data were re-analysed making the assumption that all 167 patients did have complete follow-up and that no further TE events occurred up to the study cut-off date (31/8/99) the crude TE event rates are still markedly increased in the SZ group (10.94 : CI 5.21 - 22.94) compared to the standard SJM (0.30 : CI 0.04 - 2.21).

The reviewers consider that these high reported TE event rates in the SZ patients raise valid concerns. We believe that the following recommendations regarding possible further investigations may be helpful in further defining the extent of this problem.

## RECOMMENDATIONS FOR FURTHER DATA ANALYSIS

- The Cardiff study can be improved by extending the follow-up of patients, for example to December 1999, and ensuring complete follow-up for patients from date of surgery to date of death, embolic event, emigration or study cut-off date. However, the ability to draw general conclusions from these results will continue to be limited due to the small number of events observed and the fact that all results are based on data from one hospital.

- It is possible to conduct a cohort study of all St Jude valve patients who underwent surgery within the time frame of June 1997 - June 1999 and follow the patients to December 1999. It would be possible to identify the patients through the UK Heart Valve Registry. Data would be needed to be abstracted from the clinical records of the patients and reviewed by two independent reviewers to establish the occurrence of an embolic event. To estimate a relative risk of 4 with an 80% power, assuming a 2% prevalence of embolism in the SJM group, a minimum of 500 patients (250 in each group) will be required.

- Alternatively, it is possible to conduct a case control study where cases are all patients who have suffered an embolic event. Controls can be selected at random on a 4:1 ratio, matching on age, valve position and any other risk factors that are considered to be important. However, if we assume a prevalence of 2% for embolism in the SJM group, to





CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

*External Review of thrombo-embolic events reported in patients implanted with St Jude Medical heart valves in University Hospital of Wales - Cardiff*

<u>Executive Summary</u>

**1. Review**

- Case note review by KMT and AJM of all reported TE events (n = 9) and a 10% sample of non-event patients (n = 15).
- Independent data analysis by Dr Rumana Omar of the 116 SJM and 51 SZ patients in the ERFS (Embolic Risk Factor Study).

**2. Findings**

- Cardiff reported TE events in 7 of 51 SZ patients and 2 of 116 SJM patients. Reviewers agree with the 7 SZ events, but conclude that 1 of the reported TE events in the SJM group was <u>not</u> a true TE event.
- 10% sampling of non-event cases revealed no missed / non reported actual TE events.

**3. Preliminary Statistical Analysis**

- Crude TE event rates : in SZ group = 22.47 (C.I. 10.71-47.13)
  : in SJM group = 0.38 (C.I. 0.05-2.27)
- Wilcoxon test for equality of survivor function, stratified by age.

| | Observed | Expected |
|---|---|---|
| SZ | 7 | 2.62 |
| SJM | 1 | 5.38 |

p-value = 0.0005

In view of small numbers and incomplete follow-up in the 2 groups, the p-value and confidence intervals should be interpreted with caution.

Professor KM Taylor
and Mr A J Murday
8 November 1999



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

estimate an odds ratio of 4 with 80% power will require a minimum of 35 to 40 embolic event cases. Therefore it would be necessary to extend the study cut-off date for the Cardiff study and also recruit patients from other hospitals. The UK Heart Valve Registry will provide a useful resource to identify these patients. It may be necessary to restrict the recruitment of cases and controls to St Jude valve patients only.

- It is cheaper and less time consuming to conduct a case control study although a cohort study may produce more reliable results.

Professor KM Taylor

Mr A Murday

November 1999
kmt/sc



SJM0330072549MDL

CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

APPENDIX 4

**Case Record details of 9 patients reported by Cardiff as post-operative thrombo-embolic events**

| Patient Identifier No. | Gender | Age | Position | Type | TE event |
|---|---|---|---|---|---|
| 1344 | F | 48 | MVR | SZ | CVA |
| 1361 | F | 44 | MVR | SZ | Fem.Embolus |
| 1352 | F | 48 | MVR | SZ | CVA |
| 1359 | F | 63 | MVR | SZ | V.Thrombosis |
| 1367 | M | 70 | AVH+CABG | SZ | CVA |
| 1374 | F | 70 | MVR | SZ | CVA |
| 1375 | F | 62 | MVR/AVR | SZ | CVA |
| 1022 | M | 46 | MVR | SJM | Fem.Embolus |
| 1237 | M | 76 | AVR(+CABG) | SJM | CVA |





CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

| | | | | |
|---|---|---|---|---|
| SJM | 69 (59.5) | 35 (30.2) | 12 (10.3) | 116 |

**Arterial Hypertension**

| Valve type | Yes (%) | No (%) | Missing (%) | Total |
|---|---|---|---|---|
| SZ | 12 (23.5) | 39 (76.5) | 0 | 51 |
| SJM | 29 (25.0) | 86 (74.1) | 1 (0.9) | 116 |

**Diabetes**

| Valve type | Yes (%) | No (%) | Total |
|---|---|---|---|
| SZ | 3 (5.9) | 48 (94.1) | 51 |
| SJM | 12 (10.3) | 104 (89.7) | 116 |

**Concurrent CABG**

| Valve type | Yes (%) | No (%) | Total |
|---|---|---|---|
| SZ | 9 (17.6) | 42 (82.4) | 51 |
| SJM | 37 (31.9) | 79 (68.1) | 116 |



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

APPENDIX 5

**Patient characteristics by valve type**

Gender

| Valve Type | Male (%) | Female (%) | Total |
|---|---|---|---|
| SZ | 21 (41.2) | 30 (58.8) | 51 |
| SJM | 59(50.9) | 57(49.1) | 116 |

Valve Position

| Valve type | Aortic (%) | Mitral (%) | Others (%) | Total |
|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | 51 |

SJM0330072552MDL

CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

**Regression Analysis**

An exponential regression analysis was performed to obtain crude and adjusted estimates of relative risk for embolism. Exponential regression model assumes that the incidence rate of the embolism is constant over time. This assumption may not be realistic. More sophisticated models such as the Cox model which does not require this assumption, could not be fitted due to the small number of events observed. These analyses were performed using the statistical software STATA. The crude estimate of relative risk comparing SZ to SJM valves was 52.6 (95%CI: 6.4 to 432.9) and the estimate of relative risk adjusted for other potential risk factors for embolism was 139.8 (95% CI: 9.1 - 2142.2). The confidence intervals are extremely wide and the estimates of relative risk are unstable due to the small number of events observed. Moreover the confidence intervals rely on large sample properties. Hence the results need to be interpreted with caution.

**Table Results from exponential regression models**

| Variables | Relative risk | 95% CI |
|---|---|---|
| Age at implant (in years) | 0.96 | 0.90 - 1.03 |
| Valve type: | | |
| SJM (baseline) | 1.00 | |
| SZ | 52.6 | 6.4 - 432.9 |

**Including other potential risk factors in the model**

| Variables | Relative risk | 95% CI |
|---|---|---|
| Age at implant (in years) | 0.94 | 0.85 - 1.03 |
| Gender: | | |
| Male (baseline) | 1.00 | |
| Female | 0.65 | 0.06 - 7.09 |
| Arterial Hypertension: | | |
| No (baseline) | 1.00 | |
| Yes | 2.07 | 0.25 17.18 |
| Diabetes | | |
| No (baseline) | 1.00 | |
| Yes | 10.41 | 1.79 - 60.58 |
| Valve position: | | |
| Aortic (baseline) | 1.00 | |
| Mitral | 15.88 | 1.53 - 164.31 |
| Others | 8.62 | 0.37 - 198.48 |
| Valve type: | | |
| SJM (baseline) | 1.00 | |
| SZ | 139.77 | 9.12 - 2142.16 |

Exact Log Rank Test (appropriate when the number of events is small) was performed using the statistical software STAT EXACT. The results obtained were in line with those presented from the Wilcoxon test (4b).



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

TOTAL P.05

# SJM - SILZONE vs. STANDARD

## FOLLOW-UP




SJM0330072554MDL

CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER