# Exhibit 42

# In The Matter Of:

*John R. Snider, et al v.*
*St. Jude Medical, Inc.*

---

*Monica M. Schultz*
*Vol. 2, September 14, 2002*

---

*CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER*

*Stirewalt & Associates*
*MINNEAPOLIS, MN USA 55418*
*(800) 553-1953*

*Original File 2SCHULTZ.ASC, 385 Pages*
*Min-U-Script® File ID: 4023850154*

**Word Index included with this Min-U-Script®**

Page 436

A: Correct.
Q: Did you ever get the ten hospitals you'd hoped for?
A: No, we did not.
Q: You only got seven; right?
A: Actually we — we — I believe the final number was eight, though they didn't reach all 50 patients. Not all of them reached all 50 patients.
Q: What was the eighth hospital?
A: I can't remember.
Q: Okay. Hopital Laval is included in the Top 10 Survey. Was Hopital Laval implanting Masters Series with Silzone valves in addition to Regent valves?
A: I don't know.
Q: You wouldn't put Regent valves in this particular study; would you?
A: I don't know. I don't — It would be not my intent to, I would want Masters Series valves. But the primary criteria for a hospital would be a top account that they would implant exclusively Silzone so we would know there was no patient-selection bias, and that those patients were implanted for at least three months.
Q: Okay. How many of these top accounts are in the United States?

Page 437

A: St. Thomas, William Beaumont. Those two.
Q: Okay. St. Thomas is where?
A: That's Dr. Petracek, St. Thomas Hospital, I believe it's Nashville. I could check with — again with the clinical department on that.
(Plaintiffs' Exhibit 98 marked for identification.)
BY MR. O'FALLON:
Q: Plaintiffs' Exhibit 98 is a document entitled "Top 10 Silzone Survey." Is this a listing of all the explants in the Top 10 survey?
A: I don't know if it's a listing of all the explants. It appears to be a listing of explants, yes.
Q: The number is 347; correct?
A: The number of patients at the time that were reviewed in the Top 10 Silzone are three — is 347.
Q: Okay. Is that the final number that was ultimately included in the Top 10 Survey?
A: I would have to look at the final report.
Q: Okay. This indicates ten explants; correct?
A: Correct.
Q: Six of those explants are due to paravalvular leak; correct?
A: Yes, that is what this states.

Page 438

Q: Three of the explants are due to thrombosis or some other thromboembolic event; correct?
A: I have, yeah, two thrombosis, one CVA.
Q: And one explant is due to endocarditis; correct?
A: Correct.
(Plaintiffs' Exhibit 99 marked for identification.)
BY MR. O'FALLON:
Q: Plaintiffs' Exhibit 99 is a document Bates stamp numbered SJM 0320069068 through 69; correct?
A: Correct.
Q: And this is an e-mail back and forth, but it's entitled at the top "Monica Schultz"; correct?
A: Correct. It is from my e-mail system.
Q: And looking on February 21st of 2000, the second one down, it appears that you sent an e-mail to Gary Grunkemeier concerning the St. — forwarding the St. Jude reports; correct?
A: Correct.
Q: You say, "Hi Gary. This e-mail is only for your information - no more work (at least for now). The data coordinating site for the 'top survey' project forwarded the database to the University of Minnesota biostatistics department. Attached is a preliminary report"; correct?

Page 439

A: Correct.
Q: And then you tell him a little bit, you kind of talk a little bit personally; correct?
A: Correct.
Q: He says in response to you, "Thanks for the report. I had done much the same thing already and got the same results." The TE and thrombosis rates don't look so good, especially the mitral position - in the range of Eric B's results; correct?
A: Correct.
Q: He's referring to Dr. Butchart's — Mr. Butchart's results; correct?
A: Correct.
Q: So it appears that the Top 10 Survey showed a TE and thrombosis rate consistent with Mr. Butchart's results; correct?
A: I would have to look at that, but Dr. Grunkemeier definitely did not — did not think they looked good. And I think — I was going to — At this time it was after the recall. One of the things, though, I did not do with him was thinking about doing it site by site versus — Eric Butchart got his results at one site. I was wondering how Dr. Grunkemeier had also done his report so — But, you're right, the conclusions, as he stated, are

Page 440

similar to.
Q: So the concerns that Mr. Butchart expressed starting in October of '98 were ultimately confirmed in a survey that St. Jude did of seven or eight of its top implanting centers throughout the world; correct?
A: The results were similar, yes.
(Recess taken from 3:26 to 3:34 p.m.)
(Plaintiffs' Exhibit 100 marked for identification.)

BY MR. O'FALLON:

Q: I've marked as Plaintiffs' Exhibit 100 a document Bates stamp numbered SJM 1500339714SN through 727SN. Have you seen this document previously?
A: Yes, I have.
Q: What is this?
A: This I believe was a presentation, I can't remember to whom or where, I think just to provide to my boss, in regards to the Top Accounts Survey Summary of what information we had.
Q: Okay. I see indications in here of percent per patient year as calculations. What I don't see are patient years and what the follow-up was. Do you recall what the follow-up was on this?

Page 441

A: No, I do not. These — Well I can't remember who the statistics were done by again, if the biostatistics department did this or not.
Q: Over at the University of Minnesota?
A: Right.
Q: Let's look on page 717SN. It states the total valves explanted were ten out of 347; correct?
A: Correct.
Q: And the valves explanted due to PV leak were six out of 347; correct?
A: Correct.
Q: What was the total incidence of PV leak independent of explant; do you know? Or was that followed?
A: PV leak was followed, symptomatic PV leak, but I don't know. We'd have to look at the summary.
Q: And again we don't know what the expected rate of explant due to PV leak would be; right?
A: Correct.
Q: We know that the —
And this is not given as a number per patient year; correct?
A: Correct. It's a straight percent.
Q: Okay. Again looking on page 718SN, this is basically similar to the information we've looked at

Page 442

previously indicating ten explants; correct?
A: Correct.
Q: Here we now appear to have two explants due to embolism or thrombosis; correct?
A: Correct.
Q: Six explants due to paravalvular leak; correct?
A: Correct.
Q: And two explants due to endocarditis; correct?
A: Correct.
Q: Why don't you compare this quickly with Plaintiffs' Exhibit 98.
A: Okay.
Q: Can you tell which ones changed? Do we have one thrombosis being changed to an endocarditis?
A: Let me see. I'm just matching up by "days to explant."
MS. VAN STEENBURGH: Umm-hmm.
A: So eight is PV leak, PV leak. (Witness reviewing exhibits.)
Q: You know, it looks like the CVA —
A: (Witness reviewing exhibit.)
MS. VAN STEENBURGH: Yeah, it looks like it.
A: Yes. The on — The —
It appears that number 2 on document 100, dates

Page 443

to explant 67, that in the one document it was CVA, and then in this particular document [Ex. 98] it has been changed to endocarditis.
Q: Okay. Let's look on the next page, 719SN.
MS. VAN STEENBURGH: Again on Exhibit 100?
MR. O'FALLON: Yes.
Q: This is linearized rate comparison paravalvular leak, and this is percent per patient year. Again, how do they come up with a number of .52 for the aortic valve on the top accounts; any idea?
A: I don't know if that came from a different database or if it came from the biostatistics department. I mean, it would have to be N over patient years.
Q: Okay. So somewhere somebody has patient years; correct?
A: Correct. That was definitely collected.
Q: And as you sit here today you don't have any idea what that number was?
A: I cannot remember.
Q: For the top accounts the mitral is 1.78; correct?
A: Rate per patient year, yes. That is what this states.
Q: And again your Top 10 Survey is a retrospective

Page 444

survey; correct?
A: Correct. The patients are contacted at one point in time to evaluate their status at that time.
Q: Okay. And you basically sent them or mailed them some kind of a survey, correct, or the center did?
A: The center contacted them, yes. I should say the implanting center, the center at which they were implanted at was responsible for contacting them.
Q: Look on page 721SN. Again using a percent per patient year, the thromboembolism in the Top 10 account was very high; correct?
MS. VAN STEENBURGH: Object to form.
A: It was 2.09 for the aortic valves, and in the mitral valves 6.51 percent per patient year.
Q: Okay. In the aortic valve it was 20 times higher than the observed rate of thromboembolism in the AVERT conventional valve; correct?
A: Point 1 — It appears so, yes. From .1 to 2.09.
Q: It was a little over two times higher than the thromboembolism rate in the AVERT Silzone study; correct?
A: Yes, I'm sorry. The AVERT Silzone linearized rate is .8, and the top accounts the linearized rate for thromboembolism is 2.09 for aortic valves.

Page 445

Q: And for mitral valves the top account showed a thromboembolism rate roughly five times higher than the rate for thromboembolism in the AVERT conventional valve; correct?
A: The AVERT conventional showed a linearized rate of 1.3 percent per patient year for the mitral valves, while the top accounts showed a linearized rate of 6.51 percent per patient year, yes.
Q: Do you recall whether there were any paravalvular leaks in the Top 10 accounts?
A: I should just say it was — yeah, the conventional versus. I'm sorry.
Q: Do you recall any paravalvular leaks —
A: Umm-hmm.
Q: — monitored in the Top 10 account that did not result in explant?
A: Without having the full documents in front of me I would not like to state one way or the other. I'm just going through here. I'm looking at document 720. PV leak zero, one, two, three, four, five, six — (Witness reviewing exhibit.) I guess I would like to look at the documents more thoroughly, or have the database, or someone run the database numbers for me to be able to tell.
Q: Do you have this database somewhere in St. Jude?

Page 446

A: No, I do not. It was kept by Cardiac Surgical Research Associates.
Q: Are they still following this information?
A: No, they are not. I mean it's — it's done. The Silzone survey accounts is completed.
Q: When did it stop?
A: I believe that this was the final report, and I don't know this date, but around the time of the voluntary recall we decided the decision had been made.
Q: Why hasn't it been published?
A: I suppose that would be a determination of all the investigators. No one really wanted to take the — the lead on it. Usually an investigator will take the lead of compiling the information and working with it, but there was no —
Q: Did St. Jude ask anybody to take the lead to get this information published?
A: The purpose of this particular study was to provide very quick information, what we were hoping was going to be quick information, to see if any of the experience at these sites was similar to Mr. Butchart's or Dr. Butany's.
Q: Okay.
A: So the — the intention was never to publish, it

Page 447

was to gather very quick information.
Q: Okay. And where was this information presented, this Top Accounts Survey Summary, was this —
MS. VAN STEENBURGH: Object to form.
A: I believe this was shared with the regulatory agencies.
Q: Okay. But it's never been shared generally with the medical public?
MS. VAN STEENBURGH: Object to form.
A: After the recall, no. It was — It was ready after the voluntary recall, and at that point everyone looked towards AVERT for the most complete information.
(Plaintiffs' Exhibit 101 marked for identification.)
BY MR. O'FALLON:
Q: Plaintiffs' Exhibit 101 is a document Bates stamp numbered SJM 1790422104SN through 105SN. Do you recognize this document?
A: I recognize it is an e-mail, and one of the e-mails in here is to me.
Q: Okay. The first e-mail, or it's hard for me to tell which one is first and which one is second, but there's a — Well I guess it isn't.
A: The bottom one's first. It's the same, it's

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
MDL DOCKET NO. 1396

---------------------------------X
IN RE: ST. JUDE MEDICAL, INC., : VIDEOTAPED &
: VIDEOCONFERENCED
SILZONE HEART VALVES PRODUCTS : DEPOSITION OF
: MONICA SCHULTZ
LIABILITY LITIGATION :
:
:
---------------------------------X

T R A N S C R I P T of the stenographic notes of LISA FORLANO, a Notary Public and Certified Shorthand Reporter of the State of New Jersey, Certificate No. XIO1143, taken at the offices of Levy, Angstreich, Finney, Baldante, Rubenstein & Coren, Esquires, 1616 Walnut Street, 5th Floor, Philadelphia, on Thursday, October 20, 2005, commencing at 10:19 a.m.

requested that, yes.
Q And you did it without Mr. Butchart's knowledge, correct?
A I do not know. I truly do not know if that was the case or not.
Q And that peer review was performed, wasn't it?
A I believe there was a report back from the society, yes.
Q And that peer review confirmed his findings, didn't it?
MR. COHEN: Objection.
THE WITNESS: They confirmed the counts, yes. So they confirmed.
BY MR. SIGELMAN:
Q They didn't find any deficiencies in his methodology, did they?
A I do not know. I would have to have their letter in front of me, but I know that they confirmed the counts of what he had reported in regards to I think the strokes. I'm not quite sure for the others.
Q Did St. Jude, to your knowledge, ever make public that it requested peer review of Mr. Butchart's findings?
A Not to my knowledge. I wouldn't -- I don't know.

Q Did it ever make public that the -- that peer review was indeed conducted and confirmed his findings?

MR. COHEN: Objection.

THE WITNESS: I -- I do not know.

BY MR. SIGELMAN:

Q As you sit here, you can't cite a single instance where that was the case, fair?

A Can you repeat the question one more time? I'm sorry.

Q Can you cite a single instance in which St. Jude publicly disclosed that peer reviewed that it had requested of Mr. Butchart's findings had indeed confirmed those findings?

A I cannot here recall, no. I cannot recall an instance.

Q Now, if you would turn to Exhibit 122. Are you there?

A Yes, I am.

Q You received, according to this e-mail from Jane Braunsky, this memorandum or e-mail on or about December 11 of 1998, unless that's the European way of doing it, then it would be November 12 of 1998.

Do you recall receiving this?

A No, I do not, but my name was on it, so I must

have received it.
Q You don't have any reason to believe you didn't receive it and read it, correct?
A Correct.
Q Do you have a recollection of reading this e-mail with respect to a report from Mr. Butchart of an explant he did on a patient who had a thromboembolic event?
A Could I take a moment and just review the document real quick since this is not one that I've reviewed in my preparation.
Q Surely. All right. If it will help you, I'm primarily going to ask you about the second paragraph on the first page or the paragraph that's numbered number two.
A Okay.
Q My question is do you recall reading that Mr. Butchart had reported that when he explanted this valve that he was able to wipe off the thrombus very easily and that the ingrowth, the tissue ingrowth was poor?
A I don't recall that, but I just got through the first page. I just want to put it in context with the entire memo. Sorry, I'm slow at reading sometimes.

Q That's my only question. Did you have a recollection that at some point Mr. Butchart reported poor tissue ingrowth in a patient who experienced a thromboembolic event and whose Silzone valve was explanted?

A I do recall his concerns with poor tissue ingrowth, yes.

Q Now, if you could turn to Exhibit 24.

This is a memorandum or e-mail to you from Dr. Flory and others dated June 8, 1999. You wrote this, didn't you?

A I did. I'm just going to read it -- is it okay if I just read it real quick. I'm sorry, its hard for me to listen while I'm reading it.

Q Okay. I'm just going to ask you about the first paragraph.

MR. COHEN: Let me just interpose an objection here. If she is going to be shown a document I think it is only fair that she has a chance to read it.

MR. SIGELMAN: I'm not denying her the chance to read it. I'm trying to tell her what I'm going to focus on and if she feels in order to answer the question, she needs to look at other matters in the document, she is free to do that.

explants. He had issues with or he was concerned about an explant and he was concerned about thromboembolic events. Maybe I'm thinking too specifically of looking at the case.
Q And you do have a recollection that he complained of lack of ingrowth in an explanted patient?
A I wish I could see the documents again. I apologize. I do remember the piece about wiping the thrombus off the valve. I would just trust myself more if I could see it again.
Q We could look at it, but I think the record will speak for itself?
A Okay, thank you.
Q Now, did you ever note reports of lack of ingrowth with other explanted Silzone valves?
A There was a report from -- from again I'm thinking of the a AVERT Study from Dr. Stumpe and Dr. Schoen.
Q Dr. who?
A Stumpe, he was the -- in Sion, Switzerland.
Q Yes.
A And he had an explant.
Q What was the first time that you noted reports of lack of ingrowth with explanted Silzone valves

after you heard about Mr. Butchart's reported experience?
A I cannot recall.
Q Well, you mentioned -- let me ask you this, did you ever become concerned about reports of lack of ingrowth associated with explanted Silzone valves?
A I personally am concerned with any concern that a physician brings to us, so yes, they brought that concern, yes, I'm concerned.
Q Okay. And you remained concerned about that throughout the end at least of 1999, right?
A I personally did, yes.
Q And you mentioned Dr. Swanson. You were apprised of an explant from Dr. Swanson who is one of the clinical investigators in AVERT at St. Vincent's hospital in Portland, Oregon in October of 1999, weren't you?
A I apologize. I cannot -- I was apprised, but I can't say yes to the date because I don't know exactly when the date was, but yes, I was apprised.
Q And he reported a lack of ingrowth associated with a valve dehiscence, correct?
A Correct.
Q And a dehiscence is what?
A It's when the cuff of the valve becomes --

there's a space between the valve and the tissue. It should be very closely sewn to the tissue and a dehiscence is when that starts coming apart.
Q And the sutures he reported pulled easily away from the valve anulus, correct?
A I cannot recall his exact description. Do you have a document there because I'd be happy to look at it.
Q Let's look at Document 56 so at least we get the time frame correct.
A Okay.
Q This is an e-mail that you wrote -- in fact, it's more than one e-mail, dated October 26, 1999 and down at the bottom of the first page of the e-mail you report what you learned from Dr. Swanson or at least from his site, correct?
A Correct.
Q And by this time you'd already heard of Mr. Butchart's case, correct?
A Yes.
Q Did you think about Mr. Butchart at all in the context of receiving this report?
A I was concerned with Dr. Swanson's concern. I mean Mr. Butchart I'm sure was in the background, but I was more -- I just wanted to get more information

from Dr. Swanson.
Q When you say he was in the background, did you think about the fact that Mr. Butchart had claimed that there had been lack of ingrowth in one of his explant patients when you got a report of lack of ingrowth from Dr. Swanson?
A Yes.
Q And did that increase your index of concern at that moment?
A It increased my curiosity, I guess I should say, to get more information.
Q And you forwarded this on to Dr. Hartzell Schaff, correct?
A Yes.
Q And he was the principal investigator, one of two principal investigators in AVERT, right?
A Yes.
Q He's a cardiothoracic surgeon at the Mayo Clinic in Rochester, Minnesota, correct?
A Yes.
Q And Dr. Schaff told you that this is making him feel a bit paranoid. Do you recall that?
A I have to look --
Q That's on Exhibit 56.
A Okay, 56.

Q Do you see where he says learning of each valve problem makes me a bit paranoid?
A Yes.
Q But then he said but the real issue is frequency, correct?
A Yes.
Q So at this time, as far as you were concerned, the issue would be whether it was a more frequent problem with the Silzone valve than non Silzone, correct?
A More frequent problem, yes.
Q When I say problem, I'm referring to the lack of tissue ingrowth that may lead to explant in some instances, correct?
A Can you repeat the question? You were saying -- I'm sorry.
Q The concern would be whether lack of tissue ingrowth leading to explant was more frequently occurring with the Silzone valve than non Silzone valves, correct?
A Yes.
Q And so the focus was on incidences or frequency, correct?
A Yes.
Q And around this time you got some more bad

news about tissue ingrowth in explants, didn't you?
A Can you refresh my memory? I'm sorry. I don't know what you're referring to.
Q Have you ever heard of Dr. DelRizzo?
A Yes. A Canadian site.
Q He was in Winnipeg, correct?
A Correct.
Q He was not an AVERT investigator, was he?
A No, he was not.
Q But somehow you heard about a case that he reported where there was a lack of tissue ingrowth, correct?
A I do recall that, yes.
Q And that was right around the time that you were dealing with the news from Portland and Dr. Swanson, correct?
A I apologize, I cannot recall the time frame.
Q All right. How about if we try Exhibit 26.
A Okay.
Q Perhaps, 126, I apologize. I can't read my own writing.
You see the e-mail on the bottom part of this first page from you to Hartzell Schaff again dated October 30, 1999, just a few day ass that we looked at and you're reporting preliminarily on an non explanted

valve on a none reported site in Winnipeg from Dr. DelRizzo, are you not?
A Yes, I am.
Q And you said it's bad news, didn't you?
A Yes. I was concerned about that. But there was good news right under that.
Q Well, but we're talking about the bad news. The bad news was that in this explanted case there was no tissue ingrowth in about 40 percent of the cuff, correct?
A That is what it states here, yes. And again, that was being forwarded to the Data Safety Monitoring Board.
Q So you were quite concerned about this problem at this point, correct?
A I wanted it reported and as you said previously, the concern is in regards to the frequency because it occurs in all types of valves, so again we were getting reports of the Silzone valves. We needed to make certain what was that compared to in the conventional cuff in AVERT and that's why that information was reported to the DSMB.
Q But at this point you were getting worried, weren't you?
A I was concerned, yes.

Q All right. Now, you in fact were concerned that some of this information could end up completely subverting the AVERT Study?

A I think I was concerned about enrollment within the AVERT Study, yes.

Q You were concerned that this information could sabotage the AVERT Study and possibly end it?

A I was concerned --

Q Yes or no?

A No. I was concerned in getting that information to the Data Safety Monitoring Board so they can make a determination if the study should continue or not.

Q But you had no concerns that you might be finding information that could sabotage the AVERT Study and ultimately result in a recommendation for its termination?

A No. I was not concerned about that. I was concerned about rumors not being substantiated by data. That was the role of the DSMB, to get all of those pieces of information so that they could make their determination.

Q Well, in Exhibit Number 63, on the PS of this e-mail about the bad news. It's the same e-mail about bad news with Dr. DelRizzo. You say you're not trying

to dig up all this negative information to sabotage
the AVERT Study. You were concerned, were you not,
that this information could possibly subvert the
study?
A As I read this, I'm just having the
opposite -- what I was saying was, I apologize, I'm
not trying to cherry pick my information that I'm
giving to the DSMB. I just wanted to report all
events. It's not as though I'm trying -- the way I
communicated this and I remember it, is that you know
what, I'm just not trying to get one report here and
one report here and one report here to sabotage
anything. I just want the DSMB to have all the
information they possibly can to make a decision if
the study should continue or not.
Q Did you speak with anyone at St. Jude about
your concerns with reference to the reports of lack of
ingrowth in explanted valves that you were receiving
at this time?
A Yes.
Q Who did you talk to about it?
A Dr. Flory.
Q Anyone else?
A I'm sure there were other people, but he is
the person I remember most. He would be the first

A I think I was just trying to put a call out to get any reports of explants directly to me so I could give them to the DSMB.

Q And were you putting out a call to get reports of tissue findings associated with explants?

A At that point, no. I mean if there were tissue findings, that would be wonderful. We would definitely want that for substantiating information. We definitely requested that from Dr. Butany. That would be fantastic information to have. Unfortunately, many of the sites did not have it.

Q At this time was your concern about the frequency of explant increasing?

A I couldn't tell if the frequency was increasing compared to the conventional valve. That was the big question, so --

Q Did you become increasingly concerned that it might?

A Yes.

Q All right.

Now, which surgeons' concerns were you worried that you had exacerbated?

A I can't remember. That might be just a general statement.

Q Was there any surgeon who reflected having

exacerbated concerns after you spoke with them?
A No, not that I can remember. I think just if someone is suddenly going out and asking, hey, give me every information on your explants that you possibly can, people may be wondering why because explants happen to all valves. So I was --
Q I'm sorry.
A Go ahead, I'm sorry.
Q In the next paragraph you say I'm concerned that if the DSMB suggests stopping enrollment, we'll never find out if Silzone is effective or not. I read that correctly, did I not?
A Yes, you did.
Q You were concerned at this point that what you were learning and what was being reported to you might ultimately lead the DSMB to recommend cessation of enrollment in AVERT, correct?
A That's a concern with every single DSMB meeting because that's their purpose for any study I've ever worked on the question is is the study going to continue or is it not.
Q Is that a yes or a no to my question?
A So yes.
Q Please try to answer my question and then if you want to give any explanatory information that you

believe is responsive, then do it, okay?
A Okay.
Q So at this point the information that you were getting about explants in conjunction with tissue findings of lack of ingrowth had reached the point where you were actually thinking of the possibility that it could lead the DSMB to recommend termination of enrollment in the AVERT Study, correct?
A Yes. Whenever I call a DSMB meeting for any study I work on, that is their role and that's a possibility.
Q And the DSMB meeting was going to primarily focus even on November on thromboembolic events associated with the Silzone valve, correct?
A Correct.
Q But at this point you were getting concerned that explants might lead the DSMB to recommend termination of enrollment in the AVERT Study, right?
A I can't remember if it's explants. I mean I'm forwarding the explanted information so that the DSMB has all the information, but, the second bullet has to do with stopping the study in general, which could be for TE, it could be for any reason that they feel poses a threat to patient safety.
Q But in the previous paragraph where you're

recollection of an explant occurring on December 21, 1999 that you learned about in January 6?
A No, I can't recall exact dates.
Q Now, were you in on the conference call with the DSMB on January 20 of 2000?
A I was in at the beginning of the conference call and then we're locked out as they deliberate.
Q Did you hear anything about the DSMB deliberations from Dr. Holubkov or anyone attending the deliberations themselves?
A I only heard the conclusions of the DSMB.
Q Did you hear anything with reference to the basis upon which they rendered their conclusions?
A No, I did not. Again, I just heard the conclusions.
Q And you don't know what statistical analysis was given to the DSMB?
A I did receive a copy of the DSMB binder prior to the DSMB meeting, so I did see what University of Pittsburgh had provided to them.
Q I presume you're talking about Exhibit 136?
A Yes, this looks like that exhibit.
Q And do you recall that concerns about lack of tissue ingrowth were specifically called to the DSMB's attention in advance of that meeting?

A I do remember earlier I was trying to compile information for them, so I do believe that they did receive information regarding that, that lack of tissue ingrowth, specifically Dr. Stumpe's case and I cannot recall if there was another one.
Q Do you recall that it was specifically brought to their attention that several explanted cases reported observations of less than expected endothelial covering on the explanted valve?
A I cannot recall.
Q Well, look at Exhibit 136, GRUNK, page 1202. It's fairly early on in the exhibit. I'm looking at the very end of that page. See where it says informally we note that several explanted cases reported thrombosis, several reported concomitant suspected endocarditis and several reported observations of less than expected endothelial covering on the explanted valve.
I've read that correctly, right?
A Yes, you did.
Q And you see the first part of that paragraph says detailed patient specific information and then in brackets in capital letters it says: This section is perhaps the most critical for your clinical review.
So what was being brought to their attention

A I've got it.
Q It's AVERT, additional information and I'm not going to ask you about anything here except the very last sentence or two sentences of the exhibit. Let me ask you, did you draft this document?
A I don't remember drafting this document.
Q When you say you don't remember, are you saying you definitely didn't or you may have and you don't recall?
A I just can't recall.
Q All right. You might have?
A Yeah, I might have. I just can't remember if I did or not.
Q Okay. Do you recall reading this document which states we do not have histopathology reports on all the AVERT explants. However, the SJM's main concern are reports of lack of tissue ingrowth.
Do you recall reading that?
A I do not. I don't -- I had not reviewed this and I don't -- I don't know what the purpose of this document is or who the audience is, but obviously it contradicts my previous statement.
Q Did SJM or St. Jude, to your knowledge and recollection ever publicly state in connection with its recall of the Silzone valve that its main concern

was the lack of tissue ingrowth?
A Not to my knowledge, no.
MR. SIGELMAN: We can take a break now.
SPECIAL MASTER: We've got 140 minutes left and I did add a couple on, Dan.
MR. SIGELMAN: Okay. Thank you very much. How about so we don't have indigestion we do it a little more than five minutes, but it doesn't have to be extremely lengthy. You just tell me -- the witness, because you're the one that's having to do the heavy lifting here, how long do you want?
THE WITNESS: I'm fine. Whatever is good for everyone, as long as I don't have to eat on camera.
SPECIAL MASTER: Ten to fifteen minutes?
MR. SIGELMAN: Sure, that's great. Let's just say 15 and be human.
VIDEO OPERATOR: Going off the record at 12:28 (1:28.)
(Lunch recess.)
VIDEO OPERATOR: We're back on. The time is 1:04. (2:04.)
BY MR. SIGELMAN:

going to tell him because it was deemed to be
proprietary?
A Well, because I didn't know because Spire
Corporation I don't think was telling us. I don't
know what those --
Q But assured him that the other two metals are
pier and noble and therefore inert, correct?
A That is why I am passing on the information
that I learned from R & D and regulatory.
Q And to your knowledge, was that the case?
Were both of those metals inert?
A I do not know.
Q Weren't you told after the recall by Barbara
Illingworth that one of those metals was definitely
not inert?
A I do not recall. Again, if you have an
e-mail, that would be great.
Q Well, let me ask you this, the other two
metals were titanium and palladium, correct?
A I cannot recall. Palladium sounds familiar,
but again, I just can't recall.
Q Let's go to Exhibit 116, which is an e-mail to
you from Barbara Illingworth dated April 12, 2000.
This would be after the recall, correct?
A Correct.

Q This was at a time when you were all trying to figure out why this did this happen, why did we see this increase with Silzone in explants, correct?
A That is correct.
Q She tell us about 25 percent of the weight of the Silzone coating is palladium and then she says that she did a literature search and found 54 references to palladium allergies since 1996. You didn't tell Dr. Schaff that, did you back in 1998?
A No, I was not aware of this information of this literature review.
Q In fact, do you know if your company even did a literature review of the other two metals making up Silzone prior to the recall of the silzone valve?
A I do not know.
Q Don't you think this is the kind of information that your company should have done before it put the valve on the market as opposed to after it was removed from the market?
MR. COHEN: Objection.
THE WITNESS: They may have done it before. Again, I don't know if they had conducted it or not.
BY MR. SIGELMAN:
Q Do you believe it would have been responsible

for the company to have done it before it put it on the market?

MR. COHEN: Objection.

THE WITNESS: I would have to see what information was provided from Spire Corporation to St. Jude Medical to determine if a literature review would even be required and I think that would be the expertise of the R & D individuals.

BY MR. SIGELMAN:

Q And then she goes down and she says also the gross appearance of such a valve would be similar to that of sterile endocarditis. She is talking about palladium allergy based on a review of the literature. Is that how you understand that?

A I do not know if she is basing this on review of the literature or if it's her own opinion.

Q Well, sterile endocarditis by the way, what is that?

A Again, you probably should be asking a clinician, but I believe it is -- what looks like endocarditis, but when it is actually cultured it comes up culture negative where they can't necessarily identify a microbe because which could be quite common because usually patients are put some sort of antibiotic when it is discovered that they have

endocarditis.
Q Endocarditis is an infection?
A That is correct.
Q It is caused by a microorganism or a fungi, correct?
A I believe there is a fungal in endocarditis.
Q And to confirm the diagnosis of infectious endocarditis one has to have a positive finding on a culture, correct, of a microorganism?
A I'd refer to Dr. Steckelberg on that. Actually there's several criteria involved and I don't recall them all, but I would refer back to the AVERT protocol or to Dr. Steckelberg in order to make that response.
Q Well, you did hear, did you not that many people were saying that what they found with the silzone valve was something that looked like endocarditis, it was often in conjunction with a paravalvular leak, but when they actually did the culture, they couldn't identify any offending microorganism, correct?
A I know that that is a possibility, yes. I don't remember who -- I'd have to look at the documentation to who was reporting that.
Q But the term sterile endocarditis was quite

frequently used in describing what people had reported with the silzone valve, correct? That was the terminology that people used?
A Yes and for conventional valves, also. For both because once again if you're suspected endocarditis you start antibiotics and that would mask any culture that you would take so it's very difficult to actually -- that's why we brought Dr. Steckelberg on board to, you know, diagnose endocarditis.
Q Do you know whether St. Jude ever publicly told the medical community either before the recall or after that Silzone was 25 percent palladium by weight?
A I do not remember and I don't remember at all. I don't know if that happened or not.
Q Can you recall a single instance in which your company told the public, the surgical community that Silzone consisted of any metal other than silver?
A I cannot recall.
Q And it would be fair to say that you don't have any specific recollection of your company ever stating that palladium was a central ingredient in the silzone valve in that it had been associated with sterile endocarditis or something that looked like sterile endocarditis?
A I cannot recall.

Franssen-Brader and Professor Brutel he might have preferred that we write it, it would save him time. We would do drafts for him and he could communicate us to versus it takes time to put together the table and the data and he may have felt he didn't have that time.

Q If his article didn't acknowledge that the drafts had been written in whole or in part by St. Jude personnel, do you think that was appropriate?

A I don't know. I mean sometimes it's appropriate, sometimes not. Usually -- it depends on how much -- how much I think actual thought process in terms of analysis and things are contributing to it. So I would have to go back. I can't recall. Even if his final paper did include that or not.

Q Now, at some point the top account study revealed high thromboembolic and thrombosis rates, didn't it?

A I can't recall. I'd have to see that data.

Q When you say you can't recall, you were asked about that at your first deposition in Silzone case, right?

A Yes, that was three years ago or two years ago, so if it says it --

Q You said you just reviewed those deposition

transcripts.
A I skimmed those.
Q Do you recall --
A I believe --
Q Do you recall Dr. Grunkmeier telling you that the TE and thrombosis rates don't look too good especially in the mitral position in the rates of Eric Butchart's results, do you recall that?
A Yes, I do.
Q And you commented sadness, right?
A Do you have that e-mail? I'm sorry, I can't recall that exact e-mail.
Q I probably do. 74 is the exhibit number.
And your comment about sadness is on the second page of the e-mail?
A All the thrombosis occurred at one site.
Q But you said that was sad, correct?
A Well, I do think it's sad.
Q And did you report the results of the top account study to the FDA?
A I cannot recall. You would have to ask Al Flory.
Q To your knowledge, were the results of the top account study ever made publicly available by St. Jude?