# Exhibit 43

# CONFIDENTIAL

**From:** Grunkemeier, Gary
**To:** 'MSchultz@sjm.com'
**CC:**
**BCC:**
**Subject:** St. Jude Reports{F}
**Date:** 2/22/2000 12:55:30 PM

---

**Attachments:**

---

Thx. Do you agree with the idea of putting BOTH event-free curves (OBS, MAX
fu) in the figs?

-----Original Message-----
From: MSchultz@sjm.com [mailto:MSchultz@sjm.com]
Sent: Tuesday, February 22, 2000 12:49 PM
To: GGrunkemeier@providence.org
Subject: RE: St. Jude Reports

St. Vincent is site 09. Providence Hospital is site 08.

-----Original Message-----
From: Grunkemeier, Gary
[mailto:GGrunkemeier@providence.org]
Sent: Tuesday, February 22, 2000 2:52 PM
To: 'MSchultz@sjm.com'
Subject: RE: St. Jude Reports

OK. Can you tell me what the AVERT ID for our hospital (St. Vincent) is?

-----Original Message-----
From: MSchultz@sjm.com [mailto:MSchultz@sjm.com]
Sent: Tuesday, February 22, 2000 12:46 PM
To: GGrunkemeier@providence.org
Subject: RE: St. Jude Reports

Al's been talking about getting his bike out to train for Cycle Oregon since

Christmas. I think you can count on Terry and Al to bike it
again this
year. . .

I dropped it off in his mailbox. . .

-----Original Message-----
From: Grunkemeier, Gary
[mailto:GGrunkemeier@providence.org]
Sent: Tuesday, February 22, 2000 2:45 PM
To: 'MSchultz@sjm.com'
Subject: RE: St. Jude Reports

Thx.

-----Original Message-----
From: MSchultz@sjm.com [mailto:MSchultz@sjm.com]
Sent: Tuesday, February 22, 2000 12:40 PM
To: GGrunkemeier@providence.org
Subject: RE: St. Jude Reports

Yup - I'll go get it and bring it to him.

-----Original Message-----
From: Grunkemeier, Gary
[mailto:GGrunkemeier@providence.org]
Sent: Tuesday, February 22, 2000 2:40 PM
To: 'MSchultz@sjm.com'
Subject: RE: St. Jude Reports

i just sent a fax for Al to your # - his does not work for
me. is that ok?

-----Original Message-----
From: MSchultz@sjm.com [mailto:MSchultz@sjm.com]
Sent: Tuesday, February 22, 2000 12:34 PM
To: GGrunkemeier@providence.org
Subject: RE: St. Jude Reports

I know. Sadness. But all the thromboses occurred at one
site. I think the

TEs were more evenly, spread, though.

M

-----Original Message-----
From: Grunkemeier, Gary
[mailto:GGrunkemeier@providence.org]
Sent: Tuesday, February 22, 2000 2:20 PM
To: 'MSchultz@sjm.com'
Subject: RE: St. Jude Reports

Thanks for the report. I had done much the same thing already, and got the same results. The TE and thrombosis rates don't look too good, esp. the mitral position - in the range of Eric B.'s results...

-----Original Message-----
From: MSchultz@sjm.com [mailto:MSchultz@sjm.com]
Sent: Monday, February 21, 2000 5:45 PM
To: GGrunkemeier@providence.org
Subject: FW: St. Jude Reports

Hi Gary. This email is only for your information - no more work (at least for now). The data coordinating site for the "top survey" project forwarded the database to the U of Minnesota biostatistics department. Attached is a preliminary report.

Hope your getting at least some free time these days. I took the day off and visited a local stable. Ran with the horses up and down the fences. They had a beautiful Arabian, a couple Trekehners (sp?) and a Swedish Warmblood (BIG horse). Feeling a bit guilty, but it was worth it.

Talk to ya later,

Monica

> -----Original Message-----
> From: Petersen, Becky [mailto:Bpetersen@csa-heart.com]
> Sent: Monday, February 21, 2000 5:20 PM
> To: 'Monica Schultz'
> Subject: FW: St. Jude Reports
>
> Monica,
>
> Here is the file....I let messages with Al and you. We can talk tomorrow
> morning. Pat will not be in the office until later in the day and I have
> to be at the big "M" for a meeting from 8:30 - 12:30. I can be reached by
> pager if you like. I will take the report with me so will have it for
> reference.
>
> Becky
>
> -----Original Message-----
> From: Bruce Lindgren [SMTP:bruce@biostat.umn.edu]
> Sent: February 21, 2000 4:57 PM
> To: Petersen, Becky
> Subject: Re: St. Jude Reports
>
> Becky,
>
> Here is the same report I just sent you with the 95% CI for the linearized
> rates included.
>
> Bruce
>
> On Mon, 21 Feb 2000, Petersen, Becky wrote:
>
> > Bruce,
> >
> > Pat has to leave the office this afternoon, can you please e-mail me
> with
> > the results so that we get it to St. Jude. Thank you.
> >
> > Becky

> > <<>>