# Exhibit 44

**Division of Cardiovascular Surgery**
**Toronto General Hospital**
**Mechanical Valve Randomized Controlled Trial**
**Interim Report**

<u>Overview</u>

1. Analytic Strategy:

   a) Compare St. Jude (SJ) to Carbomedics (CM) for all sites combined, for baseline demographics (Tables 1 and 2), hospital outcomes (Table 3) and time-related outcomes (Table 3 and 4, Figures 1 - 6)

   b) Repeat analysis for site-specific, time-related outcomes (Tables 3 and 4, Figures 11 - 13);

   c) Divide the whole sample into two cohorts: those patients who were randomized during the time period in which the Silzone model was used (Silzone Era) and those patients who were randomized outside of the Silzone Era (NON-Silzone Era).

   d) Compare SJ to CM for Silzone Era and NON-Silzone Era (Figures 7 - 10);

   e) Compare St. Jude valve models: Silzone vs Conventional (Table 5).

   f) Multivariable Cox regression which included the following variables in the model(s): valve site, randomized group, Silzone model, age, sex, LV Grade, NYHA, surgical priority, CABG surgery, previous cardiac surgery, CHF, and preoperative stroke or TIA.

2. This is an interim report therefore the Haybittle-Peto technique was used to protect the final alpha of 0.05. This technique assigns a very stringent alpha level (e.g., $P<0.01$) to all but the final analysis. In this report, P values are given in the figures but only P values *approaching* statistical significance are reported in the Tables. Contingency table analysis was used to compare baseline demographic data (chi square) and Kaplan-Meier analysis was used to compare time-related events.

3. The randomization was well balanced except for the variable "Preoperative Stroke/TIA" (Table 1). The St. Jude group had almost twice the prevalence of preoperative strokes/TIA's compared to the Carbomedics group. Five year freedom from thromboembolic events (TE) was 83 ± 3% in patients with no history of preoperative stroke/TIA and 86 ± 5% in patients with such a history.

4. There were no structural valve failures over the follow-up period.



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER
SJM1380319269MDL

5. In the analysis of time-related outcomes (Table 4), only freedom from thromboembolic events for a) all sites combined, and b) the mitral valve site, approached statistical significance. Figure 5 depicts TE's for the CM group (each event is marked by a solid square). Figure 6 depicts TE's for the SJ group. It appears that the CM group has a biphasic hazard of TE: early increased hazard of TE followed by a period of reduced hazard (up to 3 years), and then a second period of increased hazard. This biphasic hazard pattern has been reported by Blackstone et al. The SJ group however, appears to have a sustained period of increased hazard up to 3 years.

6. The comparison of CM to SJ during the Silzone and NON-Silzone eras is both interesting and confusing. Results are essentially identical for the two groups for valve-related mortality or morbidity. However, if you examine the 18 month freedom from valve-related mortality or morbidity: in the NON-Silzone era (Figure 7) it is approximately 85% whereas in the Silzone era, it is only 70% for both groups (Figure 8). There is a difference in freedom from thromboembolic events between the CM and SJ groups during the NON-Silzone era (Figure 9). The two groups appear to be equivalent for freedom from TE in the Silzone era (Figure 10). These results should be cautiously interpreted due to the relatively short follow-up period for the Silzone era patients. It is quite possible, that as follow-up progresses for patients randomized during the Silzone era, the two curves in Figure 10 will diverge.

7. There was a statistically significant (p=0.008) difference between the Silzone model and the conventional St. Jude model for freedom from perivalvular leak (Table 5). Once again, due to small numbers and quite disparate lengths of follow-up, these estimates may be quite unstable and should be interpreted with caution.

8. Results of the multivariable Cox regressions are contained in Table 6. The models were re-run with "Silzone model" both in and out of the list of predictor variables. There are still too few events to have adequate power for multivariable modeling, therefore, the interpretation "caution" bears repeating. Valve model or randomized group (CM or SJ) were not independent predictors in any model.



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

SJM138031927OMDL

**Table 1:** **Demographics: All Sites Combined**

| Variable | CM | SJ |
|---|---|---|
| N | 226 | 258 |
| Site: AV<br>MV<br>DV | 76 (34)<br>101 (45)<br>49 (22) | 81 (31)<br>111 (43)<br>66 (26) |
| NON Silzone Era<br>Silzone Era | 152 (67)<br>74 (33) | 182 (71)<br>76 (29) |
| Age | 58 ± 11 (29 - 83) | 58 ± 11 (24 - 79) |
| Months Followed | 28 ± 18 (0.1 - 66) | 27 ± 19 (0.1 - 63) |
| Female | 113 (50) | 127 (49) |
| NYHA: III<br>IV | 96 (42)<br>54 (24) | 125 (49)<br>45 (18) |
| LV Grade: 3<br>4 | 31 (14)<br>2 (0.9) | 36 (14)<br>9 (3.5) |
| CABG | 56 (25) | 64 (25) |
| Timing: Same-Hosp<br>Urgent | 51 (23)<br>8 (3.5) | 50 (19)<br>5 (1.9) |
| CHF | 153 (68) | 170 (66) |
| Ascending Ao Sx | 7 (3.1) | 12 (4.7) |
| Any Redo | 57 (25) | 70 (27) |
| Hx Preop Stroke/TIA | 18 (8) | 37 (14)<br>* p=0.03 |

Continuous variables are presented as the mean ± 1 standard deviation
Categorical variables are presented as the frequency, followed by percent frequency in parentheses.



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER
SJM1380319271MDL

Table 2: St. Jude Valve Models

| Variable | Conventional | Silzone |
|---|---|---|
| AV | 55 | 26 |
| MV | 78 | 33 |
| DV | 49 | 17 |

Table 3: Outcomes

| Variable | CM | SJ |
|---|---|---|
| Operative Mortality | 5 (2.2) | 7 (2.7) |
| Periop Stroke | 5 (2.2) | 1 (0.4) |
| Total Deaths | 15 (6.6) | 16 (6.3) |
| Thromboembolic events:<br>AV<br>MV<br>DV | 15 (6.6)<br>4/76 (5.3)<br>7/101 (6.9)<br>4/49 (8.2) | 29 (11.2)<br>6/81 (7.4)<br>6/111 (5.6)<br>2/66 (3.2) |
| Thrombosis:<br>AV<br>MV<br>DV | 8 (3.7)<br>1 (1.4)<br>4 (4.0)<br>4 (8.7) | 10 (4.0)<br>2 (2.5)<br>6 (5.6)<br>2 (3.2) |
| Reoperation:<br>AV<br>MV<br>DV | 8 (3.6)<br>2 (2.7)<br>5 (5.0)<br>1 (2.1) | 5 (2.0)<br>2 (2.5)<br>1 (0.9)<br>1 (1.6) |
| PVL:<br>AV<br>MV<br>DV | 11 (5.0)<br>3 (4.1)<br>4 (4.0)<br>4 (8.7) | 10 (4.0)<br>3 (3.8)<br>6 (4.7)<br>2 (3.2) |

Redone on next page

Continuous variables are presented as the mean ± 1 standard deviation
Categorical variables are presented as the frequency, followed by percent frequency in parentheses.
For time-related outcomes: these results are the total number of events over the entire follow-up period.



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER
SJM1380319272MDL

**Table 3:** **Outcomes**

| Variable | CM | SJ |
|---|---|---|
| Operative Mortality | 5 (2.2) | 7 (2.7) |
| Periop Stroke | 5 (2.2) | 1 (0.4) |
| Total Deaths | 15 (6.6) | 16 (6.3) |
| Thromboembolic events: | 15 (6.6) | 29 (11.2) |
| AV | 4/76 (5.3) | 6/81 (7.4) |
| MV | 7/101 (6.9) | 15/111 (14) |
| DV | 4/49 (8.2) | 8/66 (12) |
| Thrombosis: | 8 (3.7) | 10 (4.0) |
| AV | 1 (1.4) | 2 (2.5) |
| MV | 4 (4.0) | 6 (5.6) |
| DV | 3 (6.5) | 2 (3.2) |
| Reoperation: | 8 (3.6) | 5 (2.0) |
| AV | 2 (2.7) | 3 (3.8) |
| MV | 5 (5.0) | 1 (0.9) |
| DV | 1 (2.1) | 1 (1.6) |
| PVL: | 11 (5.0) | 10 (4.0) |
| AV | 3 (4.1) | 3 (3.8) |
| MV | 4 (4.0) | 5 (4.7) |
| DV | 4 (8.7) | 2 (3.2) |

Continuous variables are presented as the mean ± 1 standard deviation
Categorical variables are presented as the frequency, followed by percent frequency in parentheses.
For time-related outcomes: these results are the total number of events over the entire follow-up period.



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER
SJM1380319273MDL

Table 4: Five Year Actuarial Results

| Variable | CM | SJ |
|---|---|---|
| Survival: | 89 ± 3 | 85 ± 5 |
| AV | 94 ± 4 | 98 ± 1 |
| MV | 88 ± 5 | 86 ± 7 |
| DV | 85 ± 7 | 78 ± 8 |
| VR Mort/Morb: | 61 ± 8 | 62 ± 6 |
| AV | 68 ± 9* | 71 ± 7 |
| MV | 66 ± 7 | 62 ± 9 |
| DV | 67 ± 9 | 54 ± 12 |
| Thromboembolic events: | 89 ± 3 | 79 ± 5† |
| AV | 88 ± 7 | 87 ± 5 |
| MV | 90 ± 4 | 73 ± 8‡ |
| DV | 88 ± 6 | 82 ± 6 |
| Thrombosis: | 93 ± 3 | 95 ± 2 |
| AV | 98 ± 2 | 95 ± 3 |
| MV | 92 ± 4 | 93 ± 3 |
| DV | 89 ± 6 | 97 ± 2 |
| Freedom from - Reoperation: | 95 ± 2 | 97 ± 1 |
| Major Bleeding: | 93 ± 6 | 95 ± 2 |
| Hemolysis: | 99 ± 1 | 98 ± 1 |
| Perivalvular Leak: | 91 ± 3 | 92 ± 3 |
| Valve-related Mortality: | 98 ± 1 | 97 ± 2 |
| Structural Valve Dysfunction | 100 | 100 |

Results are presented as the cumulative probability at 5 years ± 1 standard error.
VR Mort/Morb= Valve-related mortality or morbidity (TE, thrombosis, PVL, PVE, bleeding, hemolysis, reoperation, SVD)
* Cumulative probability to 4 years
† P=0.066
‡ P=0.09



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

**Table 5:** **St Jude Valve Models: Actuarial Results Truncated to 18 Months**

| Variable | Conventional | Silzone |
|---|---|---|
| Survival | 98 ± 1 | 94 ± 3 |
| VR Mort/Morb | 84 ± 3 | 68 ± 16 |
| Reoperation | 99 ± 1 | 95 ± 3* |
| Thromboembolism | 92 ± 2 | 89 ± 4 |
| Thrombosis | 97 ± 1 | 93 ± 3† |
| Perivalvular Leak | 99 ± 1 | 77 ± 17‡ |

Numbers are small in the Silzone group and follow-up is quite short, therefore, these estimates are not very stable. Estimates were the same for non-truncated analysis.

* P=0.006
† P=0.09
‡ P=0.008

**Table 6:** **Multivariable Cox Proportional Hazard Models**

Variables submitted: Valve site, randomized group, Silzone model, age, sex, LV Grade, NYHA, surgical priority, CABG surgery, previous cardiac surgery, CHF, and preoperative stroke or TIA.

| Outcome | Predictors: Risk Ratios (95% CI) |
|---|---|
| Survival | Age: 1.066 (1.02, 1.11) |
| Free From Valve-related mortality | No predictors |
| Free From Valve-related mortality or morbidity | No predictors |
| Free From Thromboembolic event | CABG surgery: 1.911 (1.03, 3.54) |
| Free From Thrombosis | LV Grade: 0.407 (0.18, 0.90)<br>Surgical priority: 2.208 (1.09, 4.48) |
| Free From Perivalvular leak | No predictors |
| Free From Reoperation | NYHA: 0.487 (0.31, 0.77) |

*J.Ivanov 1999 11 10*

CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER
SJM1380319275MDL


Mechanical Valve Study: Interim Analysis
All Sites Combined
Survival (%)
100
90
80
70
60
50
0
12
24
36
48
60
Follow-up Months
89±3%
85±5%
p=0.91
CM
SJ
ji 1999 11 10

Fig 1


Mechanical Valve Study: Interim Analysis
All Sites Combined
VR Mort/Morb (%)
100
90
80
70
60
50
40
30
20
10
0
0
12
24
36
48
60
Follow-up Months
61±8%
62±2%
p=0.9
CM
SJ
ji 1999 11 10

Fig 2


Mechanical Valve Study: Interim Analysis
All Sites Combined
100
90
80
70
60
50
40
30
20
10
0
TE (%)
0
12
24
36
48
60
Follow-up Months
89±3%
79±5%
p=0.066
CM
SJ
ji 1999 11 10

Fig 3


Mechanical Valve Study: Interim Analysis
All Sites Combined
100
90
80
70
60
50
40
30
20
10
0
Free From PVL (%)
0
12
24
36
48
60
Follow-up Months
91±3%
92±3%
p=0.64
CM
SJ
ji 1999 11 10

Fig 4




Fig 5




Fig 6

CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER




Fig 7




Fig 8

CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

Mechanical Valve Study: Interim Analysis
NON-Silzone Era




- ↓ perioperative stroke.

*ji 1999 11 10*

Fig 9

Mechanical Valve Study: Interim Analysis
SILZONE ERA




*ji 1999 11 10*

Fig 10

CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

Mechanical Valve Study: Interim Analysis
AORTIC VALVES




ji 1999 11 10

Fig 11

Mechanical Valve Study: Interim Analysis
MITRAL VALVES




ji 1999 11 10

Fig 12

CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

Mechanical Valve Study: Interim Analysis
DOUBLE VALVES




ji 1999 11 10

Fig 13