# Exhibit 45

# CONFIDENTIAL

**From:** Ivanov, Joan
**To:** 'mschultz@sjm.com'
**CC:**
**BCC:**
**Subject:** try again.
**Date:** 11/15/1999 11:10:20 AM

---

**Attachments:**
INTERIM.DOC

---

Monica;

Here are the corrected tables. Please insert these into
your interim report
and discard the previous.

Thanks
Joan

<<INTERIM.DOC>>

***************************************************
Joan Ivanov, RN, MSc
Nurse Epidemiologist, Cardiovascular Surgery
Toronto General Hospital, ccrw 4 - 803
200 Elizabeth Street, Toronto, ON, M5G 2C4
Tel: (416) 340-3832 Fax: (416) 340-3803
Business Email: joan.ivanov@uhn.on.ca
<mailto:joan.ivanov@uhn.on.ca>
Personal Email: joanivanov@hotmail.com
<mailto:joanivanov@hotmail.com>

**Table 3:** **Outcomes**

| Variable | CM | SJ |
|---|---|---|
| Operative Mortality | 5 (2.2) | 7 (2.7) |
| Periop Stroke | 5 (2.2) | 1 (0.4) |
| Total Deaths | 15 (6.6) | 16 (6.3) |
| Thromboembolic events: | 15 (6.6) | 29 (11.2) |
| AV | 4/76 (5.3) | 6/81 (7.4) |
| MV | 7/101 (6.9) | 15/111 (14) |
| DV | 4/49 (8.2) | 8/66 (12) |
| Thrombosis: | 8 (3.7) | 10 (4.0) |
| AV | 1 (1.4) | 2 (2.5) |
| MV | 4 (4.0) | 6 (5.6) |
| DV | 3 (6.5) | 2 (3.2) |
| Reoperation: | 8 (3.6) | 5 (2.0) |
| AV | 2 (2.7) | 3 (3.8) |
| MV | 5 (5.0) | 1 (0.9) |
| DV | 1 (2.1) | 1 (1.6) |
| PVL: | 11 (5.0) | 10 (4.0) |
| AV | 3 (4.1) | 3 (3.8) |
| MV | 4 (4.0) | 5 (4.7) |
| DV | 4 (8.7) | 2 (3.2) |

Continuous variables are presented as the mean ± 1 standard deviation
Categorical variables are presented as the frequency, followed by percent frequency in parentheses.
For time-related outcomes: these results are the total number of events over the entire follow-up period.



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER SJM2370538404MDL

**Table 5:** **St Jude Valve Models: Actuarial Results Truncated to 18 Months**

| Variable | Conventional | Silzone |
|---|---|---|
| Survival | 98 ± 1 | 94 ± 3 |
| VR Mort/Morb | 84 ± 3 | 68 ± 16 |
| Reoperation | 99 ± 1 | 95 ± 3* |
| Thromboembolism | 92 ± 2 | 89 ± 4 |
| Thrombosis | 97 ± 1 | 93 ± 3† |
| Perivalvular Leak | 99 ± 1 | 77 ± 17‡ |

Numbers are small in the Silzone group and follow-up is quite short, therefore, these estimates are not very stable. Estimates were the same for non-truncated analysis.

* P=0.006
† P=0.09
‡ P=0.008

**Table 6:** **Multivariable Cox Proportional Hazard Models**

Variables submitted: Valve site, randomized group, Silzone model, age, sex, LV Grade, NYHA, surgical priority, CABG surgery, previous cardiac surgery, CHF, and preoperative stroke or TIA.

| **Outcome** | **Predictors: Risk Ratios (95% CI)** |
|---|---|
| Survival | Age: 1.066 (1.02, 1.11) |
| Free From Valve-related mortality | No predictors |
| Free From Valve-related mortality or morbidity | No predictors |
| Free From Thromboembolic event | CABG surgery: 1.911 (1.03, 3.54) |
| Free From Thrombosis | LV Grade: 0.407 (0.18, 0.90)<br>Surgical priority: 2.208 (1.09, 4.48) |
| Free From Perivalvular leak | No predictors |
| Free From Reoperation | NYHA: 0.487 (0.31, 0.77) |


CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER SJM2370538405MDL