# Exhibit 46

# CONFIDENTIAL

**From:** Joan Ivanov
**To:** MSchultz@sjm.com
**CC:** tirone.david@uhn.on.ca
**BCC:**
**Subject:** Contract
**Date:** 12/13/1999 8:14:32 PM

---

**Attachments:**

---

Monica;

I've looked at the contract and it seems OK to me except for the paragraph on "Non-Compete". I don't understand it. Could you please explain it to me in english?

Did I understand it correctly that you wish me to bill back to November 1st, 1999? Would this include the interim report for the RCT or do you just want bills relating to the Silzone survey (all patients)?

I have started the analysis of all the Silzone patients at TGH compared to the combined SJ conventional plus CM group. Monica, it doesn't look good for the Silzone group... Silzone is an independent predictor of reoperation and perivalvular leak. Depending on modelling strategy; e.g., using propensity scores or not; Silzone is also an independent predictor of thromboembolic events, thrombosis and valve-related mortality and morbidity.
As soon as I have this complete, I will email you the Powerpoint file, hopefully by the end of the week.

Wish I had better news for you,

Joan

*******************************************
Joan Ivanov RN, MSc
Nurse Epidemiologist, Cardiovascular Surgery
The Toronto General Hospital, ccrw 4 - 803
200 Elizabeth St, Toronto, ON, M5G 2C4
T: 416-340-3832, F: 416-340-3803
Business Email: joan.ivanov@uhn.on.ca
Personal Email: joanivanov@hotmail.com

Get Your Private, Free Email at http://www.hotmail.com