# Exhibit 47

STATE OF SOUTH CAROLINA

COUNTY OF GREENVILLE

IN THE COURT OF COMMON PLEAS

DAVID MICHAEL BRIDGES and )BONNIE BRIDGES, his spouse, )
) No. 2001-CP-23-4773 Plain
vs. ) )
ST. JUDE MEDICAL, INC., et al., ) )
Defendants. ) )
)JANICE SPAIN as personal )
representative of SARA YVONNE )PAIGE, deceased, )
) No. 2001-CP-23-4970 Plain
) vs. )
)ST. JUDE MEDICAL, INC., )
et al., ) Defendants. )
)

DEPOSITION OF

JAGDISH BUTANY, MBBS, MS, FRCPC

VOLUME I (Pages 1 - 344)

April 26, 2002

REPORTED BY: SANDRA MacNEIL, CSR 9013 JOB #01-119412

had told me that she wasn't involved with mechanical valves, she was only involved with the stentless valve. So I did definitely talk to Roy.

Q So did you talk to that lady first, or did you talk to Dr. Hosek first?

A I can't remember. It probably would be more or less the same time, but in any case, her answer was she didn't deal with mechanical valves.

Q And what month was this in 1998?

A It's hard for me to pin down a month. It's definitely October/November. It may have been September.

Q And did you meet at all with anyone from St. Jude in the year 1998 about the Silzone valve?

A I think I did. I unfortunately have diffi -- I don't have a record of that. I'm having difficulty finding any log of that. I am reasonably sure that we met in November, in the first week or early second week of November, at Minneapolis.

Q All right.

A For sure we met in January of '99.

Q Right.

A I thought we'd met twice. It's I guess possible that I'm totally, totally mistaken.

Q Well, I'm having the same difficulty, because I

was under the impression that you may have met in November 1998, and so far I haven't seen any records of it.

A I'm -- for whatever reason, November '98 sticks in my mind, that it was on or about the 7th, 8th of November, just before the American Heart Association meeting of that year.

Q All right. And whose suggestion was it to meet in November of 1998?

A Me and Roy Hosek. I said, look, guys, I've got this many valves, and once again, has anybody else been having this difficulty? They said no.

Q And with whom did you meet at St. Jude's headquarters in Minneapolis in November of 1998?

A Again, it's difficult for me to recall exactly. I believe I met Roy, Al Flory, and I think Steve Healy, also, and some of the others. My -- I could be mistaken about it. I unfortunately have no paper trail of it.

Q Certainly. And at some point you decided to record in writing some of your findings and conclusions, fair?

A Yes, sir.

Q And when was the very first time that you did that with respect to the explants that you had seen with the Silzone valve?

Q And then you had a column for number of explanted during the period of more than one month being seven; is that correct?

A Yes, sir.

Q And then down below that, it says all explanted valves -- says the St. Jude Medical-Silver valve had significantly more explanted valves in its 1.5 year employment than the St. Jude Medical --

That was probably the conventional valve it's comparing there?

A Yes, sir.

Q -- for similar time periods; is that correct?

A Yes.

Q And you had a statistical "P" value for each of the two time periods that were used for the historical control for the conventional valve, correct?

A Yes, sir.

Q And one "P" value was "P" equals 0.181, correct?

A 0.0181.

Q Right. 0.0181.

A Yeah.

Q All right. And that's highly statistically significant, correct?

A It is statistically significant, yes.

Q And what does it mean, just in lay terms, that you had a statistically significant result for that period?

A It means that this, the -- this could not have occurred by chance alone. That's my understanding.

Q When you say "this" could not have occurred, what is "this"?

A The number of SJM-Silver valves being explanted in this period as compared to the two 18-month periods that go before that.

Q All right.

A Couldn't just be a -- it's unlikely to be a chance occurrence. It is significant. Anything that's less than 0.05 is significant. If your "P" value is greater than that, then it's almost -- most likely a reflection of a couple of things. One, that the numbers you're dealing with are too small, or the numbers that you're comparing are inappropriate -- and I couldn't explain how they're inappropriate -- or that it may still be a chance occurrence.

Q All right. And then you had a "P" value for the second one-and-a-half-year interval of data applicable to the St. Jude conventional valve, correct?

A Yes, sir.

Q And your "P" value there was 0.0162.

A Yes, sir.
Q Was that statistically significant?
A Yes, sir.
Q And what would that mean?
A The same as before.
Q When -- could you just explain that?
A That this is unlikely to be a chance occurrence.
Q All right. So for both of the 1.5 year periods where you were comparing the explant rate for the Silzone valve versus the St. Jude conventional valve, you had statistically significant results; that is, it was statistically significantly more frequent to have an explant of the St. Jude Silzone valve than an explant of the conventional valve without the silver coating, correct?
A Yes.
Q And as you recall, it may well have been that you generated this particular finding in 1998; is that correct?
A It may be, yes.
Q And at some point you shared this statistical finding with St. Jude; is that fair?
A I think so, yes.
Q All right.

A Not sure -- I'm not sure, pardon me, --
Q You're not sure.
A -- that we actually gave this particular sheet, but we gave a version of the abstract to them.
Q Okay. Did you tell St. Jude that -- whether you gave them the sheet or not, either in late 1998 or very early 1999, that you'd done some statistical analysis which showed that indeed the rate of explants for the St. Jude Silzone valve was statistically significantly more frequent than the rate of explants for conventional St. Jude valves without the silver coating?
A I'm not sure I verbalized it.
Q You're not sure.
A No.
Q Why wouldn't you have told them that?
A The reason would be that I think I showed it to them in writing in the abstract.
Q Okay. So let me just get this straight. Either you showed it to them in writing or you told them, but one way or another you let them know that there was this statistical association?
A I believe so, yes.
Q I mean, you wanted to involve them --
A Absolutely.

marked as Exhibit 13, and will you agree with me that this is a version of this same abstract, now put on the form for the Society of Thoracic Surgeons?

A Yes.

Q And do you see Joan Ivanov, statistician, written in hand down below?

A Yeah.

Q She was a nurse who also acted as an epidemiologist at Toronto General Hospital?

A Yes.

Q And this was faxed, wasn't it?

A Yes.

Q And it was faxed from pathology in your hospital, correct?

A Yep.

Q Is that your fax number up there?

A Yeah, it is.

Q Do you think you faxed this to somebody?

A Probably to Joan Ivanov.

Q To Joan Ivanov.

A I think.

Q It's cut off, but up there at the top it says 29-99, but we don't know what month, right?

A 29 dash -- yeah.

Q Okay. So it was faxed to somebody on the 29th

of some month in 1999.
A Yep.
Q Right?
A Yep.
Q Let's go to the next page, which is the next consecutively marked Bates page. You see at the top there's a fax legend --
A Yep.
Q -- where someone received it?
A Yep.
Q And what's the date?
A July 29, 1999.
Q Okay. It says underneath that "fax" what?
A Louann Carpenter.
Q Okay. And who is Louann Carpenter?
A I don't know.
Q Louann Carpenter, do you know, is an employee of St. Jude?
A I can't recollect that she is.
Q Do you know where the number 651 area code is?
A I presume it's Minneapolis.
Q You think so?
A I don't think -- I don't know so, but I presume so.
Q Would you agree with me that the document that

Q -- that you were going to send to the Society of Thoracic Surgeons, correct?
A Yes, sir. Yep.
Q So this particular abstract at page 0042 of Exhibit No. 4 was the one that you were working on at the time that you spoke with --
A Yes.
Q -- Dr. Hosek on or about May 6th of 1999?
A Yes, sir. I think this would be the one. That's the only time I would have said that I couldn't afford to go to the meeting.
Q Okay. And in this abstract you indicate that the Silzone explants --
A Significantly more than SJM in the preceding two 18-month periods.
Q And that's with respect to what? Explant?
A Yes. SJM being the SJM standard valves.
Q All right. And again, you said that it may not be appropriate for redo valve surgery?
A Yes.
Q And do you have any reason to believe that you didn't fax that particular abstract to Dr. Hosek --
A No.
Q -- in May of 1999?
A I may have. I can't be sure.