# Exhibit 48

# CONFIDENTIAL

**From:** Braunsky, Jane
**To:** Wallner, Maggie A; Hosek, Roy C; Schultz, Monica M
**CC:** Healy, Steven J; Shepherd, Terry L; Whitley, Eileen; Becker, Joel; Hopson, Thomas; Flory, Alan R
**BCC:**
**Subject:** Mr. Butchart
**Date:** 12/11/1998 5:39:56 AM

---

**Attachments:**

---

Dear all:

Thomas and I met with Mr. Butchart last evening as a follow up to his visit to St. Paul in November. The good news is that he was very content with regards to having Dr. Schoen involved in the conversation and felt that a good plan was discussed on how to move forward with his concerns. He indicated that the tour of Woodridge was very interesting and was fascinated at how fragile graphite is without the pyrolytic carbon. He also commented that the meeting agenda met with his expectations and was quite happy with the forward type thinking.

There were a couple of areas of interest with regard to Silzone/TE and tissue ingrowth that he continues to "mull" in his mind as potential causes for increased events:

#1. He was concerned about the response from K. Tweden regarding the "water absorption" characteristics between Silzone coated fabric and non-Silzone coated fabric on the sewing cuff. I apologise for not identifying the proper term for this type of test "hydrophobicity?". He indicated that there apparently is a difference and perhaps that may contribute to the events noted in his study.

#2. He still feels that blood and platelets could regard Silzone as a smooth type metal surface (much as one envisions tissue growing on Pyrolytic carbon) with the result of poor tissue ingrowth or latent tissue ingrowth leading to the events noted in his study. He felt this to be the case with regards to the valve he explanted. He noted that the thrombus was as easily wiped from the Silzone fabric as one would expect to wipe a thrombus from

the carbon surface.

Mr. Butchart has been in contact with an old scientist/physician colleague who has done a great deal of investigation into biocompatibility issues related to materials used on heart valves. He indicated that his colleague believes that all metals are thrombogenic. I will send information regarding gold and its application for thrombogenicity (including existing patents) to Mr. Butchart's attention. He indicated that this would be interesting for him.

The bad news is that Mr. Butchart informed us that an additional two patients were identified as having thromboembolic events, making a total of 7 definite events and 1 probable event out of 50 total Silzone patients. I will forward the details to the attention of Monica Schultz.

Mr. Butchart is very willing to consult with SJM regarding the follow-up evaluation needed for looking at a relatively large number of early clinical patient outcomes (TE related in particular) in the following centers: Bern, Nieuwegein and Canada. He suggested that this telephone call take place on Tuesday, December 15, 1998 at 16:15 (Cardiff time) or 10:15 (St. Paul time). This information will be forwarded to the appropriate personnel.

Finally, we discussed Mr. Butchart's plan for publication of the thromboembolic risk factor study and the issues related to Silzone. At this point, he feels that it will take a minimum of six months (assuming the assistance of G. Grunkemeier) in order to input the remaining information into the database, identify how to analyze the data and finally, crunch the numbers. It will take additional months to write the manuscript. He indicated that nothing would be put in writing regarding the Silzone valve without the prior input of St. Jude Medical. Mr. Butchart reiterated his understanding that this is a very sensitive issue and that it is too soon to "jump to any conclusions" regarding this technology.

Mr. Butchart is obviously not going to implant additional Silzone valves at this time. He is pleased with how SJM is responding to his concerns and is willing to work with us on the thrombogenicity issues.

If you have any questions, please do not hesitate contacting me.

Kind regards,

Jane