# Exhibit 49

# CONFIDENTIAL

**From:** Schaff, Hartzell V., M.D.
**To:** 'Schultz, Monica M'
**CC:**
**BCC:**
**Subject:** Explanted valve - St. Vincent's{F}
**Date:** 10/26/1999 6:40:07 PM

---

**Attachments:**

---

Dear Monica,

I will try to call Dr. Swanson tomorrow. Do you know your schedule in
Atlanta yet? I will be staying at the Omni and arrive on Saturday. Hope
that we can meet for an evening.

Learning of each valve problem makes me a bit paranoid. As you know each
valve ever used has had the problems that have been reported with Silzone,
but the real issue is frequency.

Hartzell

-----Original Message-----
From: Schultz, Monica M [mailto:MSchultz@sjm.com]
Sent: Tuesday, October 26, 1999 2:11 PM
To: 'Hartzell Schaff, M.D.'; 'Richard Holubkov, Ph.D.'
Cc: Flory, Alan R; 'Betsy Block, R.N.'
Subject: Explanted valve - St. Vincent's

Dear Dr. Schaff and Rich -

I just received a report of an explanted Silzone valve in the AVERT study.

Surgeon: Dr. Swanson 503-297-1419
Center: St. Vincent's - Portland, OR
Concern: Valve dehiscence - sutures pulled easily from native annulus

Rich, op notes & documentation will be faxed to you for the DSMB meeting.
If possible, I'd like to get a copy for SJM's medical device reporting
records.

Dr. Schaff, could you call Dr. Swanson to obtain more information? I think
it important that we be able to supply the DSMB with as much info as
possible. I'll also supply him with your number, too.

With best regards,

Monica