# Exhibit 50

# CONFIDENTIAL

**From:** Schultz, Monica M
**To:** Declercq, Veronique
**CC:**
**BCC:**
**Subject:** Non-AVERT site explant report{F}
**Date:** 10/30/1999 6:08:28 PM

---

**Attachments:**
Preliminary Documentation for Explanted 29MECS.doc

---

Hi Veronique!
Could you please forward the attached report to Prof. Carrel for the DSMB meeting? Also, could you let me know if there is a number where Intercall can call out to him? It would save phone costs. Just leave it on my voicemail, because I probably won't be in the office on Monday morning.

Kind regards,
Monica

-----Original Message-----
From: Schultz, Monica M
Sent: Saturday, October 30, 1999 11:55 AM
To: 'Hartzell Schaff, M.D.'
Subject: Non-AVERT site explant report

Dear Dr. Schaff -

Attached is a preliminary report of an explanted valve at a non-AVERT site (Health Sciences Center - Winnipeg). At the Canadian Cardiovascular meeting last week, I heard of this explant and contacted Dr. Del Rizzo for more information. He was unable to fax me additional documentation, but I wrote this preliminary report and he has approved its use for presentation to the DSMB.

Bad news: No tissue ingrowth in about 40% of the cuff
Good news: According to Dr. Del Rizzo, the site has done 153 cases and had two explants and one reop. . .(those numbers sounded almost too good to me.)

Have a good weekend. I hope it doesn't rain for Halloween.

Best regards,

Monica