# Exhibit 51

# CONFIDENTIAL

**From:** Schultz, Monica M
**To:** 'Hartzell Schaff, M.D.'
**CC:** Flory, Alan R; 'Gary Grunkemeier, Ph.D.'
**BCC:**
**Subject:** Re mortality rates{F}
**Date:** 2/25/2000 2:20:30 PM

---

**Attachments:**

---

Dear Dr. Schaff,

Gary brings up an excellent point below. Should the white paper include a section with qualitative info, such as quotes from some of the operative reports?

Monica

-----Original Message-----
From: Grunkemeier, Gary
[mailto:GGrunkemeier@providence.org]
Sent: Friday, February 25, 2000 4:14 PM
To: 'Holubkov, Rich'; 'MSchultz@sjm.com'
Cc: Grunkemeier, Gary
Subject: RE: Re mortality rates

I certainly agree with Rich's last sentence.

Which brings up this:

With the meager and uncertain follow-up we have to work with I would really
be scared statistically to hang my hat on one or two barely significant
p-values, especially when we have generated so many, and when the hypothesis
was suggested by the data.

BUT, there is something qualitative about the leaks, as well as the (barely)
quantitative support we are giving to the difference (between Silzone and
not). And that is the op notes of the explanting surgeons,

who were often
surprised at the lack of endothelial covering, apparent
inflammatory
reaction, etc. And I am sure these facts are also what
swayed and convinced
the DSMB. Now, in this white paper, are we going to divulge
this crucial
info at all, or leave everyone thinking the decision to
suspend enrollment
was driven soley by data?

Gary

-----Original Message-----
From: Holubkov, Rich [mailto:holubkov@edc.gsph.pitt.edu]
Sent: Friday, February 25, 2000 1:56 PM
To: 'MSchultz@sjm.com'
Cc: Gary Grunkemeier (E-mail)
Subject: RE: Re mortality rates

I dunno either at this moment in time (too much number-
crunching
today).....I think we need to each sit down with the latest
version of the
paper and read it for consistency and completeness. Please
do add these
(exact?) CI's to the paper if you think it's appropriate; I
do think the
body of the text should lean towards being more descriptive
and less
statistics-intensive.

Rich

-------------------------------------------------------

Richard Holubkov, PhD
University of Pittsburgh/GSPH
holubkov@edc.gsph.pitt.edu
(412)648-1302 Fax (412)624-3775

-----Original Message-----
From: MSchultz@sjm.com [mailto:MSchultz@sjm.com]
Sent: Friday, February 25, 2000 3:48 PM
To: GGrunkemeier@providence.org; kennard@edc.gsph.pitt.edu;
MSchultz@sjm.com

Cc: holubkov@edc.gsph.pitt.edu
Subject: RE: Re mortality rates

At this point, I doubt my judgement on ANYTHING. I defer (as I should have
done in the past) to you three. Whatever you want is fine with me.

M

-----Original Message-----
From: Grunkemeier, Gary [mailto:GGrunkemeier@providence.org]
Sent: Friday, February 25, 2000 3:48 PM
To: 'Kennard, Lisa'; Monica Schultz (E-mail)
Cc: Holubkov, Rich
Subject: RE: Re mortality rates

of course for completeness we COULD add conf int for the early %'s - but I
do not think those matter as much, does anyone?

-----Original Message-----
From: Kennard, Lisa [mailto:kennard@edc.gsph.pitt.edu]
Sent: Friday, February 25, 2000 1:45 PM
To: Monica Schultz (E-mail)
Cc: Gary Grunkemeier (E-mail); Holubkov, Rich
Subject: Re mortality rates

Obviously I should have gone home directly from the dentists

<<death-rates.doc>>