# Exhibit 52

# CONFIDENTIAL

**From:** Grunkemeier, Gary
**To:** 'MSchultz@sjm.com'
**CC:**
**BCC:**
**Subject:** Graphs for max potentia follow-up{F}
**Date:** 2/25/2000 2:25:14 PM

---

**Attachments:**

---

How about - using maximum only in the KM curves, and saying this is the best case. I think we make the point in the text that of the two max fu is probably closer to the truth. Just use max throughout and say it is our best estimate, but also somewhat optimistic. Max fu is the only one i have used to compute lin rates - but the obs fu is there if anyone wants to do their own calc.

Now another point, this follows from my last remark about op notes which i responded to the whole team, but this is for you only. I just called Jeff Swanson, whose patient had the leak at our hosp and asked him what the valve looked like. He said there was no endothelization of the sewing ring, or just a little bit in one place. I said, have you seen anything like this with other valves. He said, "no, in fact after i took it out i called betsy block and said i will not use this valve again." [He thinks some pts may be allergic (or something like that) to silver, but this patient tested negative for reactivity to silver.] This is the important, tho anecdotal, piece that is missing from the white paper so far.

-----Original Message-----

From: MSchultz@sjm.com [mailto:MSchultz@sjm.com]
Sent: Friday, February 25, 2000 1:57 PM
To: GGrunkemeier@providence.org
Subject: RE: Graphs for max potentia follow-up

Thanks. . . I hope they transfer to the paper okay.

Now, you tell me, which of three choices below do you prefer? (I've been too opinionated lately and its gotten me in trouble)

1. Paper includes KM curves for observational fu and KM curves for Max fu (unfortunatley, I think it's too late to do both on same curve - alot of formatting time. . . and Lisa just had a root canal)

2. Paper includes percentages/CI in Appendix I for Max f.u. & obs follow-up

3. Both (1) and (2) above

Monica

-----Original Message-----
From: Grunkemeier, Gary [mailto:GGrunkemeier@providence.org]
Sent: Friday, February 25, 2000 3:49 PM
To: 'MSchultz@sjm.com'
Subject: RE: Graphs for max potentia follow-up

those slides look very good.

-----Original Message-----
From: MSchultz@sjm.com [mailto:MSchultz@sjm.com]
Sent: Friday, February 25, 2000 1:34 PM
To: GGrunkemeier@providence.org
Subject: FW: Graphs for max potentia follow-up

As usual, forgot to attach.

-----Original Message-----
From: Schultz, Monica M

Sent: Friday, February 25, 2000 3:32 PM
To: 'Grunkemeier, Gary'
Subject: RE: Graphs for max potentia follow-up

You were right. Definitely right. But the slide seemed so busy at the time. Attached are the KM curves for obs follow-up as they now stand (look at it for format only because I'm still filling in the numbers)

If I can get the info for the legend, I'd be more than happy to format the same for the Max KM curves that Lisa already has completed. Then maybe you wouldn't have to do the tables. Would that be a compromise that would save some time for you??

Sorry to be so indecisive. I just feel guilty for creating all this work at the last minute.

Monica
-----Original Message-----
From: Grunkemeier, Gary [mailto:GGrunkemeier@providence.org]
Sent: Friday, February 25, 2000 3:32 PM
To: 'MSchultz@sjm.com'
Subject: RE: Graphs for max potentia follow-up

You know my thinking, should have put both f-up methods on each KM curve...

-----Original Message-----
From: MSchultz@sjm.com [mailto:MSchultz@sjm.com]
Sent: Friday, February 25, 2000 1:26 PM
To: GGrunkemeier@providence.org
Subject: RE: Graphs for max potentia follow-up

HI Gary,

I think that would be good to do. I would like to have the white paper out

to the investigators by Wednesday (march 1). I would still like to include
the max pot. KM curves, since I thought the investigators might like a
Powerpoint presentation to present to their colleagues. Then they'd have
both and could choose what to use. Hopefully it wouldn't be overkill to do
both.

Monica
-----Original Message-----
From: Grunkemeier, Gary [mailto:GGrunkemeier@providence.org]
Sent: Friday, February 25, 2000 3:19 PM
To: 'MSchultz@sjm.com'
Subject: RE: Graphs for max potentia follow-up

Monica,

You could see the approximate numbers in Figure 1, they are pretty low.

It looks like today I will not have time to expand the Appendix to include
all the percentages, rates, confidence intervals etc. as I suggested.
Should I try to get it done over the weekend? What is your final deadline?

gg
-----Original Message-----
From: MSchultz@sjm.com [mailto:MSchultz@sjm.com]
Sent: Friday, February 25, 2000 1:11 PM
To: GGrunkemeier@providence.org; holubkov@edc.gsph.pitt.edu; kennard@edc.gsph.pitt.edu
Subject: Graphs for max potentia follow-up

I know I"m eating my words on this. But as I'm formatting the KM curve
legends, the n at 6 and 12 months are dismal. Now I'm wondering if we
should also include the max pot. follow-up grids. I can put

them in another
appendix.

I'm just worried that the observed graphs will get
criticized for the low
denominators. I know you guys have been trying to tell me
this all along
but I was stupid (as usual).

Would it be okay to add the same legend to the max
potential KM curves? If
I can get the numbers, I can format it.

Sorry to be such a pain.

Monica