# Exhibit 53

# CONFIDENTIAL

**From:** Grunkemeier, Gary
**To:** 'MSchultz@sjm.com'
**CC:**
**BCC:**
**Subject:** Graphs for max potentia follow-up{F}
**Date:** 2/25/2000 2:31:54 PM

---

**Attachments:**

---

yes, i went thru those op notes once and found 5 that spoke to this phenom.
p A197 is the most dramatic.

-----Original Message-----
From: MSchultz@sjm.com [mailto:MSchultz@sjm.com]
Sent: Friday, February 25, 2000 2:24 PM
To: GGrunkemeier@providence.org
Subject: RE: Graphs for max potentia follow-up

The DSMB has a great description from Dr. Stumpf on p. A197 that discusses
the same phenomenon. If I could get a few quotes from the op notes. . .

M

-----Original Message-----
From: Grunkemeier, Gary
[mailto:GGrunkemeier@providence.org]
Sent: Friday, February 25, 2000 4:25 PM
To: 'MSchultz@sjm.com'
Subject: RE: Graphs for max potentia follow-up

How about - using maximum only in the KM curves, and saying this is the best
case. I think we make the point in the text that of the two max fu is
probably closer to the truth. Just use max throughout and say it is our
best estimate, but also somewhat optimistic. Max fu is the only one i have

used to compute lin rates - but the obs fu is there if anyone wants to do
their own calc.

Now another point, this follows from my last remark about op notes which i
responded to the whole team, but this is for you only. I just called Jeff
Swanson, whose patient had the leak at our hosp and asked him what the valve
looked like. He said there was no endothelization of the sewing ring, or
just a little bit in one place. I said, have you seen anything like this
with other valves. He said, "no, in fact after i took it out i called betsy
block and said i will not use this valve again." [He thinks some pts may be
allergic (or something like that) to silver, but this patient tested
negative for reactivity to silver.] This is the important, tho anecdotal,
piece that is missing from the white paper so far.

-----Original Message-----
From: MSchultz@sjm.com [mailto:MSchultz@sjm.com]
Sent: Friday, February 25, 2000 1:57 PM
To: GGrunkemeier@providence.org
Subject: RE: Graphs for max potentia follow-up

Thanks. . . I hope they transfer to the paper okay.

Now, you tell me, which of three choices below do you prefer? (I've been too
opinionated lately and its gotten me in trouble)

1. Paper includes KM curves for observational fu and KM curves for Max fu
(unfortunatley, I think it's too late to do both on same curve - alot of
formatting time. . . and Lisa just had a root canal)

2. Paper includes percentages/CI in Appendix I for Max f.u. & obs follow-up

3. Both (1) and (2) above

Monica

-----Original Message-----
From: Grunkemeier, Gary
[mailto:GGrunkemeier@providence.org]
Sent: Friday, February 25, 2000 3:49 PM
To: 'MSchultz@sjm.com'
Subject: RE: Graphs for max potentia follow-up

those slides look very good.

-----Original Message-----
From: MSchultz@sjm.com [mailto:MSchultz@sjm.com]
Sent: Friday, February 25, 2000 1:34 PM
To: GGrunkemeier@providence.org
Subject: FW: Graphs for max potentia follow-up

As usual, forgot to attach.

-----Original Message-----
From: Schultz, Monica M
Sent: Friday, February 25, 2000 3:32 PM
To: 'Grunkemeier, Gary'
Subject: RE: Graphs for max potentia follow-up

You were right. Definitely right. But the slide seemed so busy at the time. Attached are the KM curves for obs follow-up as they now stand (look at it for format only because I'm still filling in the numbers)

If I can get the info for the legend, I'd be more than happy to format the same for the Max KM curves that Lisa already has completed. Then maybe you wouldn't have to do the tables. Would that be a compromise that would save some time for you??

Sorry to be so indecisive. I just feel guilty for creating

all this work at
the last minute.

Monica
-----Original Message-----
From: Grunkemeier, Gary
[mailto:GGrunkemeier@providence.org]
Sent: Friday, February 25, 2000 3:32 PM
To: 'MSchultz@sjm.com'
Subject: RE: Graphs for max potentia follow-up

You know my thinking, should have put both f-up methods on
each KM curve...

-----Original Message-----
From: MSchultz@sjm.com [mailto:MSchultz@sjm.com]
Sent: Friday, February 25, 2000 1:26 PM
To: GGrunkemeier@providence.org
Subject: RE: Graphs for max potentia follow-up

HI Gary,

I think that would be good to do. I would like to have the
white paper out
to the investigators by Wednesday (march 1). I would still
like to include
the max pot. KM curves, since I thought the investigators
might like a
Powerpoint presentation to present to their colleagues.
Then they'd have
both and could choose what to use. Hopefully it wouldn't be
overkill to do
both.

Monica
-----Original Message-----
From: Grunkemeier, Gary
[mailto:GGrunkemeier@providence.org]
Sent: Friday, February 25, 2000 3:19 PM
To: 'MSchultz@sjm.com'
Subject: RE: Graphs for max potentia follow-up

Monica,

You could see the approximate numbers in Figure 1, they are pretty low.

It looks like today I will not have time to expand the Appendix to include
all the percentages, rates, confidence intervals etc. as I suggested.
Should I try to get it done over the weekend? What is your final deadline?

gg
-----Original Message-----
From: MSchultz@sjm.com [mailto:MSchultz@sjm.com]
Sent: Friday, February 25, 2000 1:11 PM
To: GGrunkemeier@providence.org;
holubkov@edc.gsph.pitt.edu;
kennard@edc.gsph.pitt.edu
Subject: Graphs for max potentia follow-up

I know I"m eating my words on this. But as I'm formatting the KM curve
legends, the n at 6 and 12 months are dismal. Now I'm wondering if we
should also include the max pot. follow-up grids. I can put them in another
appendix.

I'm just worried that the observed graphs will get criticized for the low
denominators. I know you guys have been trying to tell me this all along
but I was stupid (as usual).

Would it be okay to add the same legend to the max potential KM curves? If
I can get the numbers, I can format it.

Sorry to be such a pain.

Monica