# Exhibit 54

# CONFIDENTIAL

**From:** Schultz, Monica M
**To:** 'Hartzell Schaff, M.D.'
**CC:**
**BCC:**
**Subject:** DSMB meeting
**Date:** 10/31/1999 2:46:41 PM

---

**Attachments:**

---

Dear Dr. Schaff,

Joy of joys, my remote finally works and I have the luxury of pestering you on the weekends. As the meeting approaches tomorrow, I thought I'd torture you with nervous purging:

* I'm concerned that in my zealousness to obtain info on the reported explants, I have exacerbated surgeons' concerns. However, as I've forwarded valves, echos, and supporting documentation to either you, Dr. Titus, or our field experience support staff, each can cite a non-Silzone valve in which they have seen similar characteristics. (Unless Dr. Swanson's and Dr. DelRizzo's report are the exception(s)).

* I'm concerned that if the DSMB suggests stopping enrollment, we'll never find out if Silzone is effective or not. The decision needs to be reported to all regulatory agencies, and they will most likely interpret it as a reason to pull the product off the market.

I'm thankful that this study has a DSMB to make these kind of decisions. . .
Anyhow, thanks for hanging in there. I hope this study angst will resolve itself tomorrow. . . Dr. Peduzzi (the statistician) will not attend but has written a report on the significance (or nonsignificance) of the occurrence of TEs and explants. I just wish I knew what was in it . .

Best regards,

M