# Exhibit 55

# AVERT: Additional Information

**1. What were some of the characteristics of those patients who had explants due to PV leak?**

The table below provides some of the pertinent patient characteristics. Preliminary analysis of pre-operative and operative factors was done by the Data Coordinating Center (DCC)to determine predictive factors of explant. Over 200 factors were examined and thus far no predictive factors have been identified.

| | Site ID | Days from Implant to Explant | Days from Dx to Explant | Valve Position | Age | Gender |
|---|---|---|---|---|---|---|
| | | | | | | |
| 1 | 05 | 77 | 2 | M | 59 | F |
| 2 | 09 | 78 | 13 | A | 31 | M |
| 3 | **06*** | **101** | **4** | **M** | **43** | **F** |
| 4 | 23 | 112 | 9 | M | 70 | F |
| 5 | 23 | 133 | 1 | A | 43 | M |
| 6 | 02 | 168 | 15 | M | 67 | F |
| 7 | 27 | 190 | 8 | Double | 64 | M |
| 8 | 09 | 286 | 16 | A | 62 | M |
| 9 | 06 | 386 | 4 | A | 66 | M |

*Patient in bold had the conventional valve.

**2. Did any of these patients have preoperative endocarditis?**
The documentation currently available indicates that these patients did not have preoperative endocarditis.

**3. Did any of these patients have previous explants for paravalvular leak?**
No. However, one patient in the Silzone group did have a previously explanted conventional SJM valve. This explant was due to valve thrombosis and was replaced by the Silzone valve in the AVERT study, which was subsequently also explanted.

**4. Paravavular leak is an event related to surgical technique. Why did you pull the Silzone coated valves off the market when the problem is related to surgical technique?**

A: SJM believes that these explants are not related to surgical technique for two reasons.

a. The AVERT study is randomized. The same surgeons implanted both conventional and Silzone coated valves. Therefore, if this were an issue with surgical technique, one would expect that a similar number of events would occur in the control arm of the study.

b. The University of Pittsburgh analyzed the data for "clustering" of events. That is, they examined whether the explants for PV leaks were evenly distributed among all AVERT sites or clustered at one or two sites. The eight explants in the Silzone group due to paravalvular leak occurred at six different sites. This information suggests some association with the Silzone coating, not surgical technique. We have not been able to determine to date why this association exists.

**5. Do you have any descriptions of histopathology examinations?**

We do not have histopathology reports on all the AVERT explants. However the SJM's main concern are reports of lack of tissue ingrowth.

## AVERT: Additional Information

**6. When will data be available on other complications found in the AVERT study?**

The AVERT DCC at the University of Pittsburgh is currently working with Gary Grunkemeier, Ph.D. to provide further information. SJM will provide further information as it becomes available. At this point there are no complications that show a statistically significant difference between the two arms of the study other than explant due to paravalvular leak.