# Exhibit 57

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **IN RE ST. JUDE MEDICAL, INC.** | : | |
| **SILZONE HEART VALVES** | : | |
| **PRODUCTS LIABILITY** | : | **MDL DOCKET NO. 1396** |
| **LITIGATION** | : | |

**DECLARATION OF CHARLES H. GOLDSMITH, PH.D.**

I, Charles H. Goldsmith, Ph.D. being of legal age do set down and state the following:

1. I am a Professor Emeritus of clinical epidemiology and biostatistics at McMaster University. I was also formerly the Head of the Biostatistics at Father Sean O'Sullivan Research Centre at St. Joseph's Healthcare Centre in Hamilton, Ontario. I have been engaged in research, teaching, and consulting in the fields of biostatistics and epidemiology for many years. My credentials, honors and publications are set forth in the *curriculum vitae* attached to this declaration [Tab A], which I confirm is current as of this document's date.

2. I have been jointly retained as a consultant and expert witness by the Plaintiffs' Steering Committee of MDL No. 1396 (*In Re St. Jude Medical, Inc. Silzone Heart Valves Product Liability Litigation* ["***MDL 1396***"] ) and the class counsel in the Canadian certified class action pending in the Ontario Superior Court of Justice styled *Andersen v. St. Jude Medical, Inc.*, Court file No. 00-CV-195906CP ["***Andersen***"].

3. Attached are true and correct copies of my reports and affidavits I have prepared for submission in *Andersen*:

   3.1. February 25, 2003 Affidavit of Charles H. Goldsmith in *Andersen, including report dated February 22, 2003* [Tab B];

3.2. April 17 ,2003 Affidavit of Charles Goldsmith filed in *Andersen* [Tab C];

3.3. At the request of Plaintiffs counsel in both matters, I have prepared an analysis on when the difference between the number of explants occurring in the AVERT study's conventional cuffed valve cohort and the Silzone cuffed cohorts became statistically significant. Attached as Tab D are true and correct copies of my reports on this analysis.

3.4. Upon my learning that the AVERT investigators had not prepared a coding manual or bible, which in my view was a significant omission in the operation of the AVERT study, I prepared one based on the annotated coding forms I was told served as the key to the dataset and my independent analysis of the Excel format versions of the Avert data set that had been provided to the MDL PSC by St. Jude. A true and correct copy of this coding bible is attached as Tab E. During this task I found a number of anomalous or un-documented entries in the data set which I complied and through the MDL PSC forwarded to AVERT's Data Coordinator at University Of Pittsburgh for explanation or resolution. AVERT's responses to these have been incorporated into this attached coding bible.

4. I adopt and reaffirm the forgoing reports and affidavits. They, together with this declaration, serve as my report setting forth my expert opinions within a reasonable degree of scientific certainty in my field of expertise and the basis and reasons therefore regarding the hazards and risks associated with St. Jude's Silzone coated prosthetic valves. I note, however, that I am in the processes of analyzing the current AVERT data set that was produced only recently in its native SAS format by AVERT's counsel. I understand that this version purports to be a full and complete current version except for the redaction of patient identifier information such as names and initials. I reserve the right to amend, clarify or supplement my opinions based on that analysis as well as upon

any other data or information I subsequently receive.

5. The compensation I have received for the preparation of my declarations and report is $ 7590.00. I charge at the rate of $375 (CND) per hour for deposition and trial testimony plus my expenses.

6. My curriculum vitae contains a listing of all the publications I have authored in the last ten years.

7. I have not testified in any trials or at the depositions during the past four (4) years:

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Dated: 2005-11-22

Charles H Goldsmith PhD

Charles H. Goldsmith, Ph.D.