# Exhibit 58

STATE OF MINNESOTA DISTRICT COURT

COUNTY OF RAMSEY SECOND JUDICIAL DISTRICT

PERSONAL INJURY
(Product Liability)

- - - - - - - - - - - - - - - - - - - - - - - - - - -

In Re: St. Jude Silzone Case No. 62-C9-02-7324

Heart Valve Litigation

- - - - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF BARBARA L. ILLINGWORTH

VOLUME I, Pages 1 - 306

October 25, 2002

(The following is the deposition of BARBARA L. ILLINGWORTH, taken pursuant to Notice of Taking Deposition, at the offices of Robins, Kaplan, Miller & Ciresi, LLP, 2800 LaSalle Plaza, 800 LaSalle Avenue, in the city of Minneapolis, state of Minnesota, commencing at approximately 9:07 o'clock a.m., October 25, 2002.)

correct?
A. That is the data that I have discussed in this memo, yes.
Q. Right. Under Staph epi you showed a decrease for the Dacron from 10 to the 6th to 500 organisms by day three; correct?
A. Just -- (Witness reviewing exhibit.)
I think that it's becoming a little confusing because -- Okay, right. So that the initial Dacron one was for 14 days where I was -- that's -- that's what it says. The answer to your question is yes, that's what it says, and that's -- that's the data.
Q. And then in addition to the three days there was a review at 14 days; correct?
A. That's right.
Q. And there was no further decrease beyond the 500 organisms at day three; correct?
A. Okay, yes.
Q. And in the Staph epi Silzone versus Dacron --
A. Umm-hmm.
Q. -- everything was explanted at three days; correct?
A. That's correct.
Q. And there there was no difference in the organisms that were extracted in any of the samples,

about 500 per fabric sample?
A. About, yes. That's what it says, although, you know, I don't remember from my memory.
Q. And then it says, "Histology shows significantly less inflammatory response." Do you see that?
A. Yes.
Q. What does that mean, "histology shows significantly less inflammatory response"?
A. It means that when I took the samples where I didn't -- where I wasn't able to count a difference in microorganisms by pummeling them with the stomacher and, you know, and measuring them, yet when I looked at the samples there was a -- a difference in the inflammatory response.
Q. Difference between what?
A. Whereas -- Whereas for the control samples there was an inflammatory response for both Dacron and for Silzone with no bacteria present, when I added the microorganisms then the Dacron samples had like necrotic areas, a very pronounced inflammatory response; whereas the Silzone, while it did have more of an inflammatory response than the control samples without, you know, organisms added, yet it was significantly -- significantly less than when -- than the Dacron plus bacteria.

show that.
Q. It didn't show --
It showed a difference between them; is that what you're saying?
A. No, I'm not saying that either.
Q. All right. Listen to my question very carefully.
In the method you and Katherine --
A. Oh, "in the method." That method --
MR. FREEMAN: Let him ask his question, please.
THE WITNESS: I'm sorry, you're right. I'm jumping ahead.
Q. In the method that Katherine Tweden used in the experiment that was done before you were involved and the method you used in the rabbit subdermal study that you were involved with, the method showed no difference in the number of bacteria on the Silzone versus the uncoated Dacron fabric; correct?
A. Correct.
Q. In the guinea pig experiment using Staph epi, using the method you used to count organisms there was no difference between the Dacron and the Silzone coated fabric with regard to the number of organisms counted; correct?

A. It was the same method, and you are correct.
Q. With regard to the Pseudomonas, using the same method?
A. That's correct.
Q. You were able to determine that there was a difference that you said was significantly fewer on the Silzone compared to the Dacron; correct?
A. Correct.
Q. Now Staph epi is the most common organism causing prosthetic valve endocarditis; correct?
A. Early endocarditis I think correct. Late endocarditis might not be true.
Q. If you turn to the second-to-the-last page of this exhibit, --
A. Umm-hmm.
Q. -- it refers to the mitral valve replacement in sheep study as of that time; correct?
A. Correct.
Q. And there you were using Staph epi as the organism and it was chosen specifically because it was the most causative agent of prosthetic valve endocarditis; correct?
A. Early endocarditis certainly.
Q. It doesn't say "early endocarditis" in your memo; does it?

all the valves but at an earlier stage than had been seen in the 14 day; right?
A. That's correct.
Q. And there was no difference in terms of the amount of inflammation between the Silzone coated and the non-Silzone coated fabric; correct?
A. That's correct.
Q. And then it says you implanted two Silzone valves for 14 days to see if -- if infection that you had seen in the 14-day Dacron would be resolved with the Silzone; correct?
A. That's correct.
Q. And -- And you found that it was not, and that there was no difference there between the Silzone and the Dacron; correct?
A. That's correct.
Q. And based upon those results, under "Future Work" you write, "The work to date either indicates that Silzone is not effective in fighting infections in prosthetic mitral valves, or that it is effective and we have not yet determined the optimum conditions to demonstrate efficacy. For the present we will assume it is possible to demonstrate efficacy and modify the model to do so." Correct?
A. That's correct.

Q. And that's a true statement; correct?
A. That's a true statement.
Q. And did you in fact modify the model and continue on with this study?
A. I did.
Q. And did you ever establish a difference in the sheep valve replacement model between Silzone and Dacron?
A. What I did next was work with Dacron trying to find -- I mean you can get penicillin to grow on a -- you can get -- you can get -- not penicillin, but you can get bacteria to grow on a penicillin tablet. You can overwhelm any antibacterial. What I began to do was use smaller and smaller and smaller numbers of bacteria, trying to find out where I would -- where I would, you know, start to not be overwhelming -- where I would be getting 50 percent infection rates instead of a hundred percent, say. And we -- I took it down to about 10 organisms per valve and -- and I got an infection there too, and at that point I stopped.
Q. Ten organisms?
A. Yeah. Although I'll grant you it's difficult, you know, to be certain with such small numbers. And I got an infection. And at that point I decided to

method to quantify bacteria involved in infections of foreign bodies with complex structures." Do you see that?

A. I do remember that, and yes, I see it.

Q. Now in the earlier rabbit model study that was done the assumption you made that the degree of inflammation is proportional to the number of viable microorganisms was not borne out; correct?

A. That study was, I felt, inconclusive.

Q. But it didn't bear -- the results of that didn't bear out that the degree of acute inflammation was proportional to the number of viable microorganisms present; correct?

A. I felt that there was something wrong with the method that was being used to extract the organisms and that it didn't reflect what was really present.

Q. And it really wasn't borne out by the earlier guinea pig study with Staph epi either; correct?

A. That's correct.

Q. And when you say there's no other reliable method to quantify bacteria, there were methods to quantify, it was your opinion they were not reliable; is that correct?

A. There are --

There are a lot of cell dyes that could be used