# Exhibit 60

# Questions and Answers - SJM® Masters Series valve with Silzone™ coating

Safety:

Q: Can patients become toxic to silver?

A: Silver is a proven antimicrobial agent that has been used for medicinal purposes for hundreds of years. High levels of silver can cause toxic reactions in humans, however, so devices and medications that contain silver must be carefully designed so as to avoid silver toxicity syndrome. The symptoms of silver toxicity are argyria (blue skin pigmentation), leukopenia, and toxicity to kidney, liver and neurologic tissues.

Normal serum levels of silver in healthy humans range from **two to ten parts per billion** (ppb) due to natural intake from foods and fluids. More than 90% of the silver ingested is transported through the blood by high molecular weight proteins, processed by the liver, and excreted in the bile and later the feces. The remaining silver, below 300 ppb, can be safely absorbed by the body.

The lowest level reported for silver toxicity in humans is 300 ppb. Silver toxicity is caused by high levels of silver ions. Metallic (elemental) silver is highly inert and ionizes very slowly in humans. In contrast, silver salts, found in silver nitrates and silver sulfadiazine cream, ionize much more readily. As a result, metallic silver is considered to be non-toxic in humans and silver salts more cytotoxic.

To ensure the safety and integrity of the Silzone™ coating, St. Jude Medical conducted testing to determine silver levels post-implant. Twenty patients received SJM® Masters Series valves with Silzone™ coating. Blood samples for silver concentrations were drawn pre-operatively and at twenty-four and seventy-two hours postoperative at one of two labs. Blood samples were then drawn at discharge and again at thirty and sixty days postoperative. Silver levels were consistently well below the lowest toxic levels reported in humans, by as much as two orders of magnitude.

Results of the samples are outlined below:

| Sample | Average silver level per patient (ppb) Lab A (detects >2 ppb) | n | Average silver level per patient (ppb) Lab B (detects >.3 ppb) | n |
|---|---|---|---|---|
| Pre-operative | <2.0 | 10 | <.30 | 10 |
| 24 hours | 2.4 | 10 | 1.22 | 10 |
| 72 hours | 3.0 | 10 | 1.64 | 9 |
| Pre-discharge | 2.5 | 10 | 1.93 | 10 |
| 30 days | 2.0 | 9 | 1.55 | 10 |
| 60 days | 2.4 | 9 | 1.81 | 10 |

These data indicate that the Silzone™ coating on the sewing cuff is safe and has no systemic adverse effects.

Q: Will the coating wear off?

A: No, the coating is permanent. Silver is impregnated into each individual strand of fabric on the valve's sewing cuff using a patented ion beam assisted deposition (IBAD) process developed by the Spire Corporation. The result is a permanent, high quality silver surface that is durable, biocompatible, and uniformly coated. IBAD is a novel process that produces exceptional, ultra-adherent coatings.

To ensure the safety and integrity of the product, testing was completed to demonstrate minimal leaching of silver from the Silzone™ coated sewing cuff fabric when exposed to simulated *in vivo* conditions. Leaching is the dissolving or removal of silver from the sewing cuff.



CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

SJM0130032296MDL

*In Vitro Dynamic Serum Testing*

To simulate the *in vivo* leach rate of the Silzone™ coating, testing was conducted in an *in vitro* environment designed to represent normal human body temperature and blood flow. Two 17 mm valves with uncoated cuffs and two 17 mm valves with Silzone™ coated cuffs were exposed to 495 ml fetal bovine serum for seven days at 37°C with rotation at 100 rpm. Five ml samples of the serum were subjected to elemental analysis for silver pre-exposure and six hours, one day, two days, three days, four days, and seven days post-exposure. Elemental analysis was performed using an ion coupled plasma atomic emission spectrometer.

With a detection level of 25 ppb, tests results showed that approximately 2% of the silver is cumulatively released from the cuff within seven days. Silver levels reached a plateau at that stage. The maximum silver lost in this test translated to a 5.5 ppb serum silver level, well below toxic concentrations of 300 ppb. Normal serum levels of silver in healthy humans range from **two to ten parts per billion** (ppb). These results show that the Silzone™ coating is tightly adherent when challenged dynamically in serum.

Q: Does silver affect pyrolitic carbon in any way?

A: No, the Silzone™ coating is applied to the polyester fabric used in SJM Masters Series valves before valve assembly, so the carbon is not involved as silver is applied to the fabric. Assembly testing on several hundred valves has confirmed that the addition of silver to the sewing cuff does not change the assembly process. Since the silver is permanently impregnanted into the sewing cuff fabric, it does not wear off with handling or use. The permanence of the Silzone™ coating has been well documented by Spire Corporation and confirmed in animal and human testing of blood silver levels performed by St. Jude Medical.

Q: Does silver effect the rings and spring in any way (corrosion)?

A: No. An independent third-party lab tested Silzone™ coated valves to determine if any corrosion between the silver coating and the rotational rings and spring would occur. They concluded that the silver and the rings spring were compatible metals and that the addition of metallic silver to the valve's cuff does not cause galvanic corrosion with rings and springs.

Q: Does MRI affect the function of the valve?

Short A: No, the SJM® Masters Series valve with Silzone™ coating is MRI-compatible.

Long A: One of the many design requirements of the new SJM® Masters Series valve with Silzone™ coating is that the materials, including the metallic coating, be compatible with MRI testing. When determining the safety of MRI on implantable devices, there are four important technical issues that can affect the patient directly: (i) distortion of the MRI image, (ii) the potential for physical movement or dislodgement of the prosthesis, (iii) heating of the prosthesis, and (iv) electrical voltages induced by the MRI magnet. All four of these potential hazards have been researched through an engineering analysis and a literature review.

The findings are as follows:

- The rotation mechanism of the SJM® Masters Series valve includes metal components that can cause minor MRI image artifact or distortion. Image distortion is not uncommon with prosthetic heart valves and produces no harmful effects to the patient.
- Addition of the non-ferromagnetic silver coating on the sewing cuff of the SJM® Masters Series valve with Silzone™ coating does not increase MRI image distortion.
- There is no evidence to indicate the presence of any kind of hazard to the patient caused by movement of the prosthesis, an increase in temperature of the prosthesis, or the voltage induced by the MRI.

In summary, the engineering analysis, both quantitatively and qualitatively, as well as the literature review, indicate that there is no evidence contra-indicating MRI for patients with an implanted SJM® Masters Series valve with Silzone™ coating, specific to patient hazards.

Q: How do I know if a patient is allergic to the Silzone™ valve?

A: Patients must be asked about silver allergies before implantation of the SJM® Masters Series valve with Silzone™ coating. The SJM® Masters Series valve with Silzone™ coating is contra-indicated in patients



CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

with known allergies to silver. Allergies to metallic silver are extremely rare.

Q: Do I need to test patients preoperatively for silver allergies?
A: No. Allergies to metallic silver are extremely rare. As with pharmaceuticals and other medical devices, pre-operative allergy testing is not mandatory before use.

Q: Are there any contraindications to Silzone™?
A: Yes, the SJM® Masters Series valve with Silzone™ coating is contra-indicated in patients with known allergies to silver.

Implantability

Q: Will silver change the implantability of the valve?
A: No, the Silzone™ coating creates no noticeable change in the handling of the sewing cuff fabric. Surgeons involved with the animal implants as well as the initial human implants were surveyed on the handling characteristics of the Silzone™ coated sewing cuff. All involved indicated that handling and ease of suturing was equivalent to that of uncoated cuffs. Listed below are two survey questions and the responses:

- *Please describe the ease in which the needle and suture penetrated through the sewing cuff.*

| | |
|---|---|
| Easy: | 9 responses |
| Meets needs: | 5 responses |
| Difficult: | 0 responses |

- *How does this cuff's implant characteristics compare to other valves you implant?*

| | |
|---|---|
| Better: | 0 responses |
| Same: | 14 responses |
| More difficult: | 0 responses |

Q: These valves don't have suture markers.
A: The Silzone™ coating covers up the black suture markers on the sewing cuff of the SJM® Masters Series valve. Instead, suture indicators have been added to the blue plastic holder rotator packaged with each aortic Silzone™ valve. Three indents in the aortic holder rotator serve to guide surgeons in placement of sutures. (Please be aware that in order to be prepared for launch, some Silzone™ valves were packaged before the new aortic holder rotators with suture indicators were available.)

For mitral Silzone™ valves, the two suture protrusions on the valve's holder rotator and the two pivot guards serve as suture indicators. They divide the sewing cuff into four equal quadrants for even placement of sutures.

Q: How does Silzone™ affect tissue ingrowth?
A: Surgeons have come to expect the rapid yet controlled endothelial ingrowth that is characteristic of the St. Jude Medical® heart valve polyester sewing cuff. The addition of the Silzone™ coating does not inhibit this ingrowth in any way. The Silzone™ coated sewing cuff allows for the same rapid, yet controlled, tissue ingrowth over the entire sewing cuff, minimizing the prosthetic blood area exposure to blood.

In fact, tissue ingrowth may be healthier with the addition of the Silzone™ coating. Preliminary animal studies suggest that pannus has greater organization at an earlier stage on the Silzone™ coated sewing cuff than on the uncoated sewing cuff. More organized, yet controlled, pannus creates fewer uneven surfaces and less vegetation which may minimize the formation of thrombus. This makes the Silzone™ coated sewing cuff potentially more resistant to thrombosis and infection. This may lead to lower rates of thrombus and thromboembolism.



CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

Thromboresistance

Q: Does Silzone™ improve the valve's thromboresistance?

A: It may, but this has yet to be proven. Preliminary animal studies suggest that pannus has greater organization at an earlier stage on the Silzone™ coated sewing cuff than on the uncoated sewing cuff. More organized, yet controlled, pannus creates fewer uneven surfaces and less vegetation which may minimize the formation of thrombus. This makes the Silzone™ coated sewing cuff potentially more resistant to thrombosis and infection. This may lead to lower rates of thrombus and thromboembolism.

Product Development

Q: What about sutures and pledgets?

A: St. Jude Medical is actively working on the production of pledgets and sutures with Silzone™ coating. We expect these products to be available in 1998.

Q: What other products will have Silzone™ coating?

A: St. Jude Medical intends to apply Silzone™ coating to a variety of heart valve products, including pledgets, suture, annuloplasty rings, tissue valves, patches, etc.

Q: Why did you just do this now?

A: Although silver has been a known antimicrobial for hundreds of years, only recently has a company developed a method of applying silver permanently to various substrates. The Spire Corporation's patented ion beam assisted deposition (IBAD) process impregnates silver into each individual strand of fabric on the valve's sewing cuff. The result is a permanent, high quality silver surface that is durable, biocompatible, and uniformly coated. IBAD is a novel process that produces exceptional, ultra-adherent coatings.

Q: Why didn't we use gold instead of silver?

A: Although gold also possesses some antimicrobial properties, it is not as widely effective as silver.

Product Design

Q: Did you change anything with the design of the valve?

A: The SJM® Masters Series valve with Silzone™ coating is identical to the original SJM® Masters Series valve, with the exception of the silver coating on the sewing cuff. The only difference is that SJM sends polyester tubes to Spire Corporation for coating before using this fabric in assembling a valve.

Q: How is this product differentiated from other products on the shelf?

A: Silzone™ valves have distinct silver labels on the outer box and inner package for easy identification.

Q: Why are you only coating the sewing cuff and not the entire valve?

A: In a high percentage of prosthetic valve endocarditis, the infection starts in the sewing cuff of the mechanical valve. With its silver-coated sewing cuff, the SJM® Masters Series valve with Silzone™ coating is intended to protect the heart valve patient against infection. Also, application of silver to the carbon components would interfere with the functioning of the valve.

Efficacy

Q: Endocarditis is not an issue at my hospital.

A: Yes, it is true that endocarditis is not the most frequently-discussed complication for prosthetic heart valve patients given its lower incidence than some other complications. However, despite decades of medical progress in this area, prosthetic valve endocarditis is still considered the most dangerous complication of valve replacement. Three to six percent of heart valve patients will experience prosthetic valve infection at some time. Afflicted patients typically experience very high rate of morbidity and mortality. Early PVE, occurring within 60 days after valve replacement, has associated mortality of 30-80%. Late PVE occurs more than 60 days postoperatively and often results in mortality rates of 20-40%. Given the morbidity and mortality of PVE, its prevention is imperative.

Current attempts at prevention have been largely unsuccessful. The standard of care for patients undergoing valve repair or replacement is prophylactic antibiotics post-surgery to reduce or eliminate the



CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

potential of a patient acquiring an infection. In addition to prophylactic antibiotics, some surgeons elect to rinse the annulus with an antibiotic solution prior to placing a prosthetic valve. Others may soak the valve in antibiotic solution prior to implantation. No studies have been published which indicate how effective these prophylactic procedures are in reducing or preventing infective endocarditis.

Q: I want proof this will reduce endocarditis.

A: The SJM® Masters Series valve with Silzone™ coating is intended to protect the heart valve patients against infection. It has not yet been proven to reduce endocarditis. St. Jude Medical is working on animal challenge studies to show *in vivo* effectiveness, and the Company is also conducting a large worldwide prospective randomized trial between uncoated Masters Series valves and Silzone™ coated valves. In the meantime, *in vitro* studies have shown the Silzone™ coating to be more than 99% effective in reducing microorganisms on contact. The Silzone™ coating is effective *in vitro* against a wide variety of microorganisms, including bacteria and fungi which commonly cause endocarditis. Given the severity of PVE and the ineffectiveness of antibiotics in treating it, wouldn't you like extra protection for your patients provided by the Silzone™ coating?

Underlying Science

Q: How is the silver activated/how does the silver work?

A: The exact antimicrobial mechanisms of silver are not entirely understood. The general clinical explanation for the biochemical interaction of silver in the body is as follows: After implantation, the silver in the valve's sewing cuff interacts with the bloodstream, an electrolytic solution. This causes the silver to change chemical states. The silver molecule ionizes and releases an electron into the bloodstream. The remaining silver ion is positively charged and attractive to microorganisms. It binds with the microorganism's DNA, preventing reproduction. In this way, silver is bacteriostatic (blocks the growth and multiplication of bacteria). The silver ion also binds with sulfydyl groups preventing the organism from getting proteins necessary for its survival. This activity is bactericidal (kills bacteria on contact)

Q: Does the silver leach into the annulus and bloodstream?

A: Metallic silver applied with the IBAD process has demonstrated outstanding adhesion and extremely low leaching rates. To ensure the safety and integrity of the product, testing was completed to demonstrate minimal leaching of silver from the Silzone™ coated sewing cuff fabric when exposed to simulated *in vivo* conditions. Leaching is the dissolving or removal of silver from the sewing cuff. The maximum silver lost in this test translated to a 5.5 ppb serum silver level, well below toxic concentrations of 300 ppb. Normal serum levels of silver in healthy humans range from **two to ten parts per billion** (ppb). These results show that the Silzone™ coating is tightly adherent and minimally leaching.

Q: Is Silzone™ an antibiotic?

A: No. Silzone™ is an antimicrobial agent but not an antibiotic. Antibiotics did not meet St. Jude Medical's design criteria when developing an antimicrobial sewing cuff for the SJM® Masters Series valve. Antibiotics dissipate from the application site and are only effective in the short term, while the Silzone™ coating is permanent and long-term. Also, patients develop immunities to antibiotics. Silver, on the contrary, has broad spectrum effectiveness, and no known microorganisms develop resistances to it.

Q: What you really want is an antibiotic...

A: Actually, antibiotics did not meet St. Jude Medical's design criteria when developing an antimicrobial sewing cuff for the SJM® Masters Series valve. Antibiotics dissipate from the application site and are only effective in the short term, while the Silzone™ coating is permanent and long-term. Also, patients develop immunities to antibiotics. Silver, on the contrary, has broad spectrum effectiveness, and no known microorganisms develop resistances to it. The Silzone™ coating is permanently impregnated into the sewing cuff of the valve to protect patients from microbial infection.

Applications

Q: Should only use this on patients with native valve endocarditis?

A: Prosthetic valve endocarditis can affect any valve recipient, not just those who present for surgery with native valve endocarditis. Since it is impossible to predict which patients may contract PVE, wouldn't the SJM® Masters Series valve with Silzone™ coating be a worthwhile investment for all your mechanical



CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

**valve patients?**

Q: But in acute endocarditis we only use allografts...
A: There is no consensus among clinicians on the replacement prosthesis of choice for the treatment of endocarditis. Many, like you, prefer allografts for the treatment of cardiovascular infections. However, as you may know, allografts are technically demanding to implant and only a limited supply of a few size options are available. Allografts are also prone to structural failure due to calcification. In cases where the endocarditis is not acute or an allograft is not available, the SJM® Masters Series valve with Silzone™ coating may provide the same level of comfort and infection-protection you receive with allografts.

Q: I already prophylactically treat my patients/valves with antibiotics.
A: Yes, prophylactic treatment with antibiotics is quite common. However, no studies have been published which indicate how effective these prophylactic procedures are in reducing or preventing infective endocarditis. As stated in one recent study on antibiotic use in endocarditis patients, low blood flow at the interface between the prosthesis and the valve annulus prevents adequate contact with the antibiotic present in the blood serum. Since the sewing cuff is the typical site for microbial colonization, this reduces the effectiveness of antibiotics. The Silzone™ coating is permanently impregnated into the sewing cuff of the valve to protect patients from microbial infection.

One attempt by a hospital to impregnate an antibiotic into the sewing cuff of a valve was reported in the literature. French et al. at The Prince Charles Hospital in Queensland, Australia performed a study in which the sewing cuff of the SJM valve was passively impregnated with rifampicin and implanted into a goat aorta. Antistaphylococcal activity in the Dacron material was assessed at regular intervals up to 5 days post implantation. The investigators found that the antistaphylococcal activity was negligible after 4 days.

Q: It's so expensive, I'm hesitant...
A: While there is a slight premium for the SJM® Masters Series valve with Silzone™ coating, the cost of PVE is extremely high. For patients with PVE, a combined medical and surgical management is regarded as the treatment of choice. It is estimated that the weighted average cost of care for a patient who acquires prosthetic valve endocarditis is $36,216 ($17,982 for medical management, $60,000 for surgical management) per episode. Compared to the risk and cost of just one case of PVE, the SJM® Masters Series valve with Silzone™ coating can be a wise and cost effective investment.

Q: Is the Silzone™ coating protective against early and/or late PVE?
A: The Silzone™ coating is in contact with the bloodstream until tissue endothelialization occurs. Therefore, Silzone™ coating is presumed to be effective against any microorganisms carried in the bloodstream which interact with the sewing cuff. The Silzone™ coating is believed to retain its bactericidal properties even after tissue endothelialization has occurred. Should any microorganism penetrate through tissue to contact the Silzone™ coated sewing cuff, the antimicrobial effect of the coating is expected to resist infection. Since the Silzone™ coating is permanent, it is expected to retain its antimicrobial properties throughout the lifetime of a patient.

<u>Competition</u>

Q: Does Carbomedics/Sorin/ATS/Medtronic also have this feature?
A: No, no other prosthetic valve on the market today offers antimicrobial protection.

Q: Won't our competitors copy us?
A: Yes, we would expect they will try. However, CMI was rumored to be working with BSI, a biomaterials company, on surface modifications of sewing cuff fabrics to bind antibiotics to the cuff. Such a bonding, however, would most likely leach off the sewing cuff and be considered an antibiotic. The bonding would then require extensive and time-consuming testing and approvals. In contrast, silver is not an antibiotic and remains permanently on the sewing cuff. St. Jude Medical will be able to receive quicker regulatory approvals as a result.

Q: What patent protection do we have?
A: St. Jude Medical, Inc. has many levels of patent protection on the use of silver and other metals with heart valve products. Patents to date or in process include:



**CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER**

| | |
|---|---|
| *Spire Corporation:* | Patents on ion beam assisted deposition (IBAD) process. Other companies have IBAD technology (originally developed for military uses) but would have difficulty getting around Spire's patents. |
| *St. Jude Medical, Inc.:* | Patents pending on the use of silver and other metals for heart valve repair and replacement products, including valves, rings, grafts, sutures, pledgets, etc. This includes many processes of applying the silver, not just the IBAD process. |



CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER