# Exhibit 61





CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

## Targeting

The Silzone™ valve will be targeted toward all cardiac surgeons for use in all patients requiring heart valve replacement.

We will initially target:

- Scientific Advisory Board members
- Competitive accounts
- Accounts considering use of competitive valves

After this initial period, we will then target all cardiovascular surgeons for prophylactic use of the Silzone™ valve in all patients requiring heart valve replacement.

## Product Claims

The initial claims for the product will be as follows:

- Resistant to bacterial attachment
- Resistant to bacterial colonization

These claims have been approved by the FDA. We cannot claim that the product reduces the incidence of endocarditis until, and if, clinical studies are completed that support such claims. For now, product literature is designed to lead the surgeon to his own conclusion:

| | |
|---|---|
| *SJM Claim:* | Silzone™ kills a wide variety of microorganisms on contact, *in vitro*, including those which frequently cause prosthetic valve endocarditis. |
| *Inference but **not an SJM Claim:*** | Silzone™ reduces the incidence of prosthetic valve endocarditis. |

The FDA requires a disclaimer to be included in all written materials which mention Silzone™ as follows:

> The trademark "Silzone" represents a proprietary metallic silver coating which is applied to the valve sewing cuff. **No clinical studies have been performed to evaluate the effect of the Silzone™ coating on reducing the incidence of endocarditis.**



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

## Features and Benefits Summary

| FEATURE | BENEFIT |
|---|---|
| Silzone™ coating | - Permanent/minimally leaching<br>- Biocompatible/non-toxic<br>- Kills microorganisms on contact<br>- No effect on tissue ingrowth<br>- Established tissue response<br>- Uniform<br>- No effect on handling |
| Rotatable design | - Greater ease of implantation<br>- Reduced potential for interference of leaflet mobility |
| Radiopaque | - Enhance visualization on a flat chest X-ray and during cinefluoroscopy |
| MRI compatible | - Patient safety and convenience |
| Suture indicators on valve holder rotator | - Provide precise guidance for more accurate placement of sutures |
| St. Jude Medical® heart valve | - Implantability: Upstream pivot axis design<br>Pivot guards for pivot protection<br>Lowest profile and greatest clearance<br><br>- Hemodynamics: 85° opening angle<br>Short travel arc<br>Increased orifice-to-annulus ratio<br>Lower pressure gradients and less energy loss<br>Greater effective orifice area<br><br>- Thromboresistance: Pivot design (active and passive washing)<br>85° opening angle<br>Biocompatible pyrolytic carbon<br>Polyester sewing cuff (ingrowth characteristics)<br>Lower anticoagulation levels required<br><br>- Durability: Pyrolytic carbon<br>Pivot design (even distribution of wear)<br>Flat-on-flat leaflet contact<br>800,000 implants<br>20+ years of clinical history |



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

*Feature:* Silzone™ coating

*Benefit:* Biocompatible/non-toxic

Silver, a proven antimicrobial agent, has been used for medicinal purposes for hundreds of years. Silver is presently used on a wide array of implantable devices including suture coatings, dental amalgams, orthopedic products, intravenous and urologic catheters, and vascular grafts. Nonmedical uses include the use of silver salts as a drinking water disinfectant.

Normal serum levels of silver in healthy humans range from **two to ten parts per billion** (ppb) due to natural intake from foods and fluids. More than 90% of the silver ingested is transported through the blood by high molecular weight proteins, processed by the liver, and excreted in the bile and later the feces. The remaining silver, below 300 ppb, can be safely absorbed by the body.

The lowest level reported for silver toxicity in humans is 300 ppb. Silver toxicity is caused by high levels of silver ions. Metallic (elemental) silver is highly inert and ionizes very slowly in humans. In contrast, silver salts, found in silver nitrates and silver sulfadiazine cream, ionize much more readily. As a result, metallic silver is considered to be non-toxic in humans and silver salts more cytotoxic.

As part of St. Jude Medical's Limited International Market Release (LIMRA), twenty patients received SJM® Masters Series valves with Silzone™ coating. Blood samples for silver concentrations were drawn pre-operatively and at twenty-four and seventy-two hours postoperative at one of two labs. Blood samples were then drawn at discharge and again at thirty and sixty days postoperative. Silver levels were consistently well below the lowest toxic levels reported in humans, by as much as two orders of magnitude.

Complete results of the samples are outlined below:

| Sample | Average silver level per patient (ppb) Lab A (detects >2 ppb) | n | Average silver level per patient (ppb) Lab B (detects >.3 ppb) | n |
|---|---|---|---|---|
| Pre-operative | <2.0 | 10 | <.30 | 10 |
| 24 hours | 2.4 | 10 | 1.22 | 10 |
| 72 hours | 3.0 | 10 | 1.64 | 9 |
| Pre-discharge | 2.5 | 10 | 1.93 | 10 |
| 30 days | 2.0 | 9 | 1.55 | 10 |
| 60 days | 2.75 | 9 | 1.81 | 10 |

These data indicate that the Silzone™ coating on the sewing cuff is safe and has no systemic adverse effects.



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

*Feature:* Silzone™ coating

*Benefit:* Kills microorganisms on contact *in vitro*

Silzone™ coating may protect the valve's sewing cuff from infection. It has been shown to be more than 99% effective in reducing microorganisms *in vitro*. The IBAD process creates a surface that kills, on contact, a wide range of bacterial and fungal strains. Silzone™ has been shown to be effective against major microbial strains including:

*Staphylococcus epidermidis*
*Staphylococcus aureus*
*Antibiotic-resistant Staphylococcus aureus*
*Klebsiella pneumoniae*
*Escherischia coli*
*Pseudomonas aeruginosa*
*Candida albicans*
*Streptococcus pyogenes*
*Candida tropicales*
*Staphylococcus mitis*
*Aspergillus niger*



Uncoated



Coated

Silzone™ coating is believed to retain its bactericidal properties even after tissue endothelialization has occurred. Should any microorganism penetrate through tissue to contact the Silzone™ coated sewing cuff, the antimicrobial effect of the coating is expected to resist infection. Since the Silzone™ coating is permanent, it is expected to retain its antimicrobial properties throughout the lifetime of a patient.

SJM0130032120MDL

CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

*Feature:* Silzone™ coating

*Benefit:* No effect on tissue ingrowth

Surgeons have come to expect the rapid yet controlled endothelial ingrowth that is characteristic of the St. Jude Medical® heart valve polyester sewing cuff. The addition of the Silzone™ coating does not inhibit this ingrowth in any way. The Silzone™ coated sewing cuff allows for the same rapid, yet controlled, tissue ingrowth over the entire sewing cuff, minimizing the prosthetic blood area exposure to blood.



Left half coated, right half uncoated

After being implanted in the mitral position in sheep for 30 days, there was equal tissue ingrowth on both the Silzone™ coated sewing cuff and the uncoated sewing cuff.



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

# Testing

The Silzone™ coated fabric and assembled valve were subject to rigorous physical, *in vitro*, animal, and clinical testing to assure the efficacy and integrity of the design. Testing included:

- Material tests (coated fabric)
  - -Confirm that addition of silver does not degrade the polyester.
  - -Ensure that cuff with Silzone™ coating is within SJM specifications.
- Assembly tests (assembled valve)
  - -Confirm that assembled valve is within SJM specifications.
  - -Ensure that Silzone™ is not adversely affected by the assembly process.
- *In vitro* and *in vivo* tests
  - -Show antimicrobial safety and efficacy of Silzone™ coated sewing cuff.

## Product Design Testing

**Material Tests (coated fabric)**

Purpose = - Confirm that the addition of Silzone™ coating doesn't degrade the polyester
- Ensure that the cuff with Silzone™ coating is within SJM cuff specifications

*Material Verification:* Measured the thickness and strength of the coated polyester.
Result = Confirmed the integrity, thickness, and knit of the polyester were unchanged with the application of Silzone™ coating.

*Adhesion Testing:* Analyzed the adhesiveness of Silzone™ coating to polyester.
Result = By using a special ultra-adhesive tape, SJM engineers tried to remove the Silzone™ coating from the polyester fabric. They could pull polyester fibers from the cuff but could not remove the Silzone™ coating itself.

*Surface Analysis:* Gain a better understanding of the chemistry of the Silzone™ coating.
Result = Confirmed that oxygen does not readily bond with the Silzone™ coating and thereby cause oxidation.



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

going.

NARRATOR
In this hall-stopper call, Margret Williamson quickly focused on what she thought would be Dr. Bergin's primary need. Then, she introduced the product that addressed that need. Given the limited amount of time she had, she wanted to pique enough interest to gain her objective — an appointment to discuss the topic in more detail. By doing this, she has ensured herself of having an interested audience during that meeting.

Note that none of the sales representatives claimed that Silzone™ reduces endocarditis. This cannot be claimed! The FDA has approved two statements about Silzone™:

- Silzone™ is resistant to microbial attachment and colonization *in vitro*, and
- Silzone™ is more than 99% effective *in vitro* in killing microorganisms commonly known to cause prosthetic valve endocarditis.

It is imperative that you stick to these claims and these claims only. You can make a good selling argument with them.

In the final section of this Applications Tape, I'm going to review some of the most effective tips that representatives who have been selling Silzone™ valve have developed.

The first tip is *always* close on the use of Silzone™ coated valves for *all* patients, not just those who present a risk for prosthetic valve endocarditis or for use in native valve endocarditis patients. Since there is no way to predict which patients will experience post-operative infection, the potential protection from Silzone™ is applicable to all cases. As the research states, the medical and financial catastrophe posed by prosthetic valve endocarditis is so extreme, prevention in *every* patient is an imperative.

A second tip is to position to the surgeon that he or she has nothing to lose and everything to gain from using Silzone™ coated valves in all patients. The valve is the same except for the coating; the implantation is just as easy; it comes in all Masters Series sizes, the marked and indented rotator holder assists in implantation — and the coating is an advantage no other mechanical valve offers. As one successful representative stated, using the Silzone™ coated valve is a "no-brainer" for the surgeon.

Third, find out from colleagues or office staff if the surgeon on whom you are calling has ever experienced a prosthetic valve endocarditis case. Even a single experience, with its associated mortality and/or cost, will make the physician receptive to your presentation.





CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER




Figure 1. Photographs (Top Panels) and Radiographs (Bottom Panels) of Commonly Used Prosthetic Valves.



SJM0130032212MDL

CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

TABLE 2. CHARACTERISTICS OF VARIOUS PROSTHETIC VALVES.

| VALVE TYPE | DURABILITY | EFFECTIVE ORIFICE AREA* | | THROMBOGENICITY† |
|---|---|---|---|---|
| | | AORTIC | MITRAL | |
| | | $cm^2$ | | |
| Caged-ball | Excellent | 1.2–1.6 | 1.4–3.1 | ++++ |
| Single-tilting-disk | Good to excellent | 1.5–2.1 | 1.9–3.2 | +++ |
| Bileaflet-tilting-disk | Excellent | 2.4–3.2 | 2.8–3.4 | ++ |
| Heterograft bioprosthesis | Fair | 1.0–1.7 | 1.3–2.7 | + to ++ |
| Homograft bioprosthesis | Good | 3.0–4.0 | Not available | – |

*The normal orifice area is 3.0 to 4.0 $cm^2$ for an aortic valve and 4.0 to 6.0 $cm^2$ for a mitral valve.

†A single plus sign denotes minimal thrombogenicity, and four plus signs maximal thrombogenicity.

characteristics of a preexisting murmur. Mechanical valves produce crisp and high-pitched opening and closing sounds, whereas bioprosthetic valves produce sounds that are similar in quality to those of a native valve. With a caged-ball valve, the opening sound is louder than the closing sound; the opposite is true with a tilting-disk valve. The normal and abnormal auscultatory findings for each type of prosthetic valve and for aortic and mitral locations are shown in Figure 2.

In patients in whom prosthetic-valve dysfunction is suspected, several imaging methods may be used to assess the function of the valve. Cinefluoroscopy is a simple, rapid, inexpensive, and frequently neglected technique for evaluating prosthetic-valve function. Although it cannot be used to visualize the leaflets of bioprosthetic valves, it is very useful for assessing the structural integrity of mechanical valves. Diminished motion of the disk or poppet suggests obstruction of the valve from thrombus or ingrowth of tissue, whereas excessive tilt ("rocking") of the base ring is consistent with partial dehiscence of the valve.[9-11] Cinefluoroscopy is particularly useful for detecting separation of the outlet strut of the Bjork–Shiley tilting-disk valve before complete fracture occurs.[12]

Two-dimensional transthoracic echocardiography can be used to assess sewing-ring stability and leaflet motion of bioprosthetic valves, but mechanical valves are often difficult to visualize because of intense echo reverberations from the metal. Since transesophageal echocardiography provides an unobstructed view of the atria and the mitral valve and a higher-resolution image than that obtained with transthoracic echocardiography,[13,14] transesophageal echocardiography should be performed in a patient in whom dysfunction of a prosthetic mitral valve is suspected. However, transesophageal echocardiography is limited in its ability to detect aortic prosthetic-valve obstruction or regurgitation, especially when a mitral prosthesis is present.[15,16] Doppler echocardiography is often helpful in identifying prosthetic-valve obstruction as well as valvular or paravalvular regurgitation.[17,18] The recipient of a prosthetic valve should undergo transthoracic echocardiography before hospital discharge to provide base-line data with which future echocardiograms — performed if prosthetic-valve dysfunction is suspected — can be compared.[19]

Magnetic resonance imaging (MRI) can be performed safely in patients with prosthetic heart valves,[20-22] except those with a Pre 6000 Starr–Edwards caged-ball prosthesis (available from 1960 to 1964). However, MRI has not been found to be useful in assessing prosthetic-valve structure. With gradient-echo MRI, one can detect prosthetic-valve regurgitation and distinguish it from paravalvular leakage.[23] Since MRI is more expensive and time-consuming than echocardiography, it should be used only when prosthetic-valve regurgitation or paravalvular leakage is suspected but not adequately visualized by echocardiography.

With cardiac catheterization, one can measure the transvalvular pressure gradient, from which the effective orifice area can be calculated. In addition, one can visualize and quantify valvular or paravalvular regurgitation. A catheter can be passed safely through the orifice of a bioprosthesis without adverse hemodynamic effects. However, it may become entrapped in the orifice of a tilting-disk valve, requiring immediate surgical removal, or cause substantial valvular regurgitation if placed through the orifice of a caged-ball valve. Since catheterization is invasive, it is indicated only when the information obtained by noninvasive methods is inconclusive.

## POTENTIAL COMPLICATIONS AND THEIR MANAGEMENT

### Valve Thrombosis

Prosthetic-valve thrombosis has a reported incidence of 0.1 to 5.7 percent per patient-year.[24,25] The major contributing factors are inadequate anticoagulant therapy[26] and mitral location of the prosthesis.[27] Valve thrombosis occurs with similar frequency in patients with bioprosthetic valves and those with mechanical valves who are receiving adequate anticoagulant therapy.[28] Likewise, in patients receiving adequate anticoagulation, the incidence of valve thrombosis is similar with caged-ball, single-tilting-disk, and bileaflet-tilting-disk valves.[27,29]

Valve thrombosis may be manifested clinically as pulmonary congestion, poor peripheral perfusion, or



SJM0130032213MDI

CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

Case 0:01-md-01396-JRT-FLN Document 410-67 Filed 01/10/2006 Page 12 of 29



| Type of Valve | Aortic Prosthesis | | Mitral Prosthesis | |
|---|---|---|---|---|
| | Normal Findings | Abnormal Findings | Normal Findings | Abnormal Findings |
| Caged-Ball (Starr–Edwards) |   | Aortic diastolic murmur Decreased intensity of opening or closing click |   | Low-frequency apical diastolic murmur High-frequency holosystolic murmur |
| Single-Tilting-Disk (Bjork-Shiley or Medtronic–Hall) |   | Decreased intensity of closing click |   | High-frequency holosystolic murmur Decreased intensity of closing click |
| Bileaflet-Tilting-Disk (St. Jude Medical) |   | Aortic diastolic murmur Decreased intensity of closing click |   | High-frequency holosystolic murmur Decreased intensity of closing click |
| Heterograft Bioprosthesis (Hancock or Carpentier–Edwards) |   | Aortic diastolic murmur |   | High-frequency holosystolic murmur |

**Figure 2. Auscultatory Characteristics of Various Prosthetic Valves in the Aortic and Mitral Positions, with Schematic Diagrams of Normal Findings and Descriptions of Abnormal Findings.**

The caged-ball aortic prosthesis produces a loud opening click (OC) after the first heart sound ($S_1$) and a less prominent closing click (CC); an early-to-mid-peaking systolic ejection murmur (SEM) is audible, along with multiple systolic clicks (broken lines) of the bouncing poppet within the cage. $P_2$ denotes the pulmonic component of the second heart sound. The caged-ball mitral prosthesis produces a loud opening click after the second heart sound ($S_2$). An early-to-mid-systolic ejection murmur, usually loudest at the left sternal border, is caused by turbulent flow in the left ventricular outflow tract. The aortic single-tilting-disk valve has a louder closing click than opening click. An early-to-mid-peaking systolic ejection murmur is usually best heard at the base and often radiates to the carotid arteries. A soft diastolic murmur (DM) may be noted in an occasional patient. The mitral single-tilting-disk valve has a louder closing click than opening click. A low-frequency diastolic rumbling murmur, which represents turbulent flow across the open valve, is usually audible. The aortic bileaflet-tilting-disk prosthetic valve produces a loud closing click. An early-to-mid-peaking systolic ejection murmur is best heard at the base and often radiates to the carotid arteries. A diastolic murmur is not audible. The mitral bileaflet-tilting-disk valve has auscultatory characteristics similar to those of the mitral single-tilting-disk valve. The aortic heterograft bioprosthesis has a closing sound (AC) similar to that of a normal valve. An early-to-mid-peaking systolic ejection murmur is audible and often radiates to the carotid arteries. The mitral heterograft bioprosthesis has a closing sound (MC) that may be indistinguishable from a normal first heart sound; an opening sound (MO) is usually audible after the second heart sound, as is an early-to-mid-systolic ejection murmur, representing turbulent flow in the left ventricular outflow tract. A low-frequency diastolic rumbling murmur may also be audible at the apex.

systemic embolization. Typically, patients have acute hemodynamic deterioration requiring immediate medical attention, but they occasionally have a more insidious onset and longer duration of symptoms (weeks to months).[30] Physical examination may reveal a decreased intensity of one or both metallic clicks or the presence of a new murmur. Decreased movement of the disk or poppet can be seen on cinefluoroscopy or echocardiography, and an increased transvalvular pressure gradient, a reduced orifice area, or valvular regurgitation can be detected with Doppler echocardiography or catheterization.

Once the diagnosis of valve thrombosis has been established, intravenous heparin therapy should be initiated promptly. If the thrombus is less than 5 mm in diameter on echocardiography and is not obstructing the valve, the patient can be treated with anticoagulation alone.[31] The presence of a thrombus 5 mm or more in diameter is usually associated with a complicated course, so more aggressive therapy (valve replacement or fibrinolysis) is warranted. The mortality rate associated with surgical therapy for valve obstruction is approximately 15 percent,[32-34] but it may be substantially higher for emergency operations in patients with hemodynamic instability.[34,35] Valve replacement is preferred to thrombecto-



SJM0130032214MDL

CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

Case 0:01-md-01396-JRT-FLN Document 410-67 Filed 01/10/2006 Page 13 of 29



my because it has a lower incidence of recurrent thrombosis.[33] In patients with prosthetic-valve thrombosis, thrombolytic therapy has a success rate of 70 percent and a mortality rate of 9 to 10 percent.[36-40] It is more effective for aortic-valve thrombosis than for mitral-valve thrombosis[36] and more effective for patients who have had symptoms for less than two weeks.[40] Since thrombolytic therapy carries a considerable risk of embolization (up to 19 percent),[36] it should be reserved for critically ill patients whose operative risk is high. It is not recommended for hemodynamically stable patients who have a relatively low risk of operative mortality; these patients should undergo valve replacement.

#### Embolization

In patients with mechanical valves, the incidence of major embolization (resulting in death or a persistent neurologic deficit) is roughly 4 percent per patient-year in the absence of antithrombotic therapy, 2 percent per patient-year with antiplatelet therapy, and 1 percent per patient-year with warfarin therapy,[27] with the majority of embolizations manifesting as cerebrovascular events.[25,41] The risk of embolization is increased with mitral-valve prostheses, caged-ball valves, and multiple prosthetic valves.[27,42] Other variables that increase the risk of systemic embolization in patients with prosthetic valves include atrial fibrillation, an age of more than 70 years, and depressed left ventricular systolic function.[41] The risk of systemic embolization in patients with bioprosthetic valves is similar to that in patients with mechanical valves who are receiving adequate warfarin therapy.[5,28]

The possibility of prosthetic-valve endocarditis and thrombosis should be ruled out in patients with embolization. Anticoagulation therapy should be discontinued in patients with cerebral embolization; if there is no evidence of intracerebral hemorrhage, it can be reinstituted 72 hours later.[43,44] If the patient has intracerebral bleeding, extensive cerebral infarction, or persistently elevated systemic arterial pressure, anticoagulant therapy should be delayed for at least 7 to 10 days. Systemic embolization to other organs is treated with long-term anticoagulant therapy.

#### Structural Failure of Tilting-Disk Valves

In general, structural failure of mechanical prosthetic valves is rare. However, in 1986 the Bjork–Shiley convexoconcave single-tilting-disk valve was withdrawn from use after reports of fracture of the valve ring strut, resulting in dislodgment and embolization of the disk. The estimated incidence is less than 0.5 percent per patient-year for the model with a 60-degree opening angle and 2 percent or less per patient-year for the model with a 70-degree opening angle.[45] The highest incidence occurs in patients less than 50 years old and in those with large prosthetic valves (at least 29 mm in diameter).[46] Therefore, prophylactic valve replacement is recommended in patients less than 50 years old who have valves with a 70-degree opening angle and a diameter of 29 mm or more.[45,47]

Strut fracture usually results in the abrupt onset of dyspnea, loss of consciousness, or cardiovascular collapse due to embolization of the disk and acute severe valvular regurgitation. Opening and closing clicks are absent on cardiac auscultation, and cinefluoroscopy may demonstrate the absence of the strut and the radiopaque disk marker within the base ring of the valve. Patients with strut fracture of an aortic prosthesis die within minutes, but those with strut fracture of a mitral prosthesis may survive long enough to undergo valve replacement.[48] Since surgery offers the only hope for survival, it should be performed immediately in patients with strut fracture. Cineradiographic imaging can be used to identify patients who have outlet-strut separation without complete strut fracture[12]; the prosthetic valve should be replaced in these patients.

#### Structural Failure of Bioprosthetic Valves

About 30 percent of heterograft bioprosthetic valves and 10 to 20 percent of homograft valves require replacement within 10 to 15 years because of structural failure.[3,4,49-51] Most patients whose valves fail have severe regurgitation due to a tear or rupture of one or more of the valve cusps, which have become calcified and rigid; a few patients have severe valvular stenosis.[5,52] The incidence of bioprosthetic-valve failure is particularly high in patients less than 40 years old (Table 3) and in those with mitral prostheses.[5,49-51] Patients with bioprosthetic-valve failure usually note the gradual onset of dyspnea and other symptoms of heart failure. Bioprosthetic-valve regurgitation or stenosis can be detected by auscultation, and the magnitude of valve dysfunction can be assessed by echocardiography or catheterization.

#### Hemolysis

Although subclinical intravascular hemolysis — as evidenced by increased serum lactate dehydrogenase concentrations, decreased serum haptoglobin concentrations, and reticulocytosis — is noted in most patients with a normally functioning mechanical prosthetic valve, severe hemolytic anemia is uncommon[53-55] and suggests paravalvular leakage due to partial dehiscence of the valve or infection. Patients with a caged-ball valve or with multiple prosthetic valves have an increased incidence and severity of hemolysis.[56,57] Since the decreased blood viscosity and increased cardiac output associated with anemia may increase the magnitude of hemolysis, patients with hemolytic anemia should be treated with iron and folate supplements or blood transfusion, and those



SJM0130032215MDL

CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

TABLE 3. HETEROGRAFT VALVE FAILURE 10 YEARS AFTER VALVE REPLACEMENT ACCORDING TO THE PATIENT'S AGE AT THE TIME OF IMPLANTATION.*

| PATIENT'S AGE (YR) | PERCENT WITH VALVE FAILURE AFTER 10 YEARS |
|---|---|
| <40 | 42 |
| 40–49 | 30 |
| 50–59 | 21 |
| 60–69 | 15 |
| ≥70 | 10 |

*Data are from Grunkemeier et al.[49]

with paravalvular leakage and severe or intractable hemolysis should have their valves replaced or repaired. In patients with a contraindication to reoperation, beta-adrenergic blockers may reduce the magnitude of hemolysis.[58]

#### Paravalvular Regurgitation

Paravalvular regurgitation is an infrequent complication of valve replacement. Although it occasionally results from improper implantation of a valve, it is most often caused by prosthetic-valve endocarditis.[59] Thus, in patients with paravalvular regurgitation, blood should be obtained for culture to exclude the possibility of valve infection. With mild or moderate paravalvular leakage, patients may be asymptomatic and may have only a mild hemolytic anemia. They can be observed carefully with serial echocardiographic examinations. Patients with severe paravalvular leakage usually have symptoms of heart failure or severe anemia and should be treated with surgical repair or replacement of the valve.

#### Endocarditis

Prosthetic-valve infection occurs at some time in 3 to 6 percent of patients.[60-62] So-called early endocarditis (occurring less than 60 days after valve replacement) usually results from perioperative bacteremia arising from skin or wound infections or contaminated intravascular devices. The most common organisms are *Staphylococcus epidermidis*, *S. aureus*, gram-negative bacteria, diphtheroids, and fungi. Mycobacteria and legionella are occasionally causative. Late prosthetic-valve endocarditis (occurring more than 60 days postoperatively) is usually caused by the organisms responsible for native-valve endocarditis, most often streptococci. However, *S. epidermidis* is a common causative organism up to 12 months after surgery. The risk of endocarditis is similar for mechanical and bioprosthetic valves.[5,60,63]

In patients who have prosthetic-valve endocarditis, fever is the most common symptom. Unexplained fever in a patient with a prosthetic valve should be presumed to be due to endocarditis until proved otherwise. In addition, a new or changing murmur, systemic embolization, or congestive heart failure is present in 30 to 70 percent of affected patients.[61,62] Patients with early endocarditis rarely have peripheral signs (e.g., Roth's spots, Osler's nodes, or Janeway's lesions), but they often present with poor peripheral perfusion, rapid hemodynamic deterioration, or new conduction abnormalities.

Since the bacteremia associated with endocarditis is continuous, the causative organism can be isolated by routine culture of blood in more than 90 percent of patients.[61] However, the results of blood cultures may be negative if the patient has recently received antibiotics or if the organism is fastidious (e.g., the HACEK [haemophilus–actinobacillus–cardiobacterium–eikenella–kingella] group or fungi) or requires special culture techniques (e.g., rickettsia, fungi, mycobacteria, and legionella). Consequently, blood obtained for culture should be retained in the laboratory for at least three weeks, and appropriate serologic and culture techniques should be used if an organism is not identified initially.[61]

Echocardiography is useful for assessing valve function and detecting complications associated with endocarditis. Transthoracic echocardiography allows the assessment of valvular hemodynamics and chamber dimensions, but intense reverberations from the metallic structures limit its ability to detect prosthetic-valve endocarditis, especially in the mitral valve. Transesophageal echocardiography is superior for detecting paravalvular abscess or leakage, valve dehiscence, and small vegetations (1 to 2 mm in diameter)[14,64-66]; however, it may not allow visualization of the anterior aspect of a prosthetic aortic valve or a complete assessment of its function. Consequently, both transthoracic and transesophageal echocardiography should be performed in patients with suspected prosthetic-valve endocarditis. Although a negative transesophageal study makes endocarditis unlikely, a second examination should be considered if clinical suspicion is high, particularly in patients who present early after the onset of symptoms.[65,67]

The mortality associated with prosthetic-valve endocarditis is 30 to 80 percent for the early form[68-71] and 20 to 40 percent for the late form.[71-73] It is particularly high in patients with "complicated" prosthetic-valve endocarditis (manifested by a new or changing murmur, new or worsening heart failure, persistent fever, or new conduction abnormalities), staphylococcal infection, neurologic complications, or azotemia.[68,69,73,74]

About half the patients with streptococcal prosthetic-valve endocarditis are cured by parenteral antibiotics.[75] After antimicrobial therapy has been initiated, weekly blood samples should be obtained for





CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

culture until one month after the completion of therapy. Surgery is indicated if blood-culture results are not negative after three to five days of appropriate antimicrobial therapy or if infection recurs after the cessation of therapy.[61,75] Infection with an organism other than streptococcus usually requires valve replacement for cure. In patients with heart failure, valve obstruction, recurrent embolization, myocardial abscess, fungal infection, new electrocardiographic conduction abnormalities, or persistent bacteremia despite antimicrobial therapy, valve replacement should be performed promptly even if the course of antibiotic therapy is incomplete, since delay increases the risk of such serious complications as valve dehiscence, systemic embolization, renal failure, and death.[61]

There is uncertainty over whether warfarin therapy should be continued in patients with prosthetic-valve endocarditis. Although some studies demonstrate a reduced incidence of cerebral embolization when warfarin is continued,[76] others fail to show this.[77] Continued warfarin use has been associated with an increased risk of intracranial hemorrhage in some studies[78] but not others.[77] We recommend continued warfarin treatment for patients with prosthetic-valve endocarditis. If a cerebrovascular complication occurs, warfarin should be discontinued; if there is no evidence of intracerebral hemorrhage or hemorrhagic infarction, it can be resumed 72 hours later.

Given the morbidity and mortality associated with prosthetic-valve endocarditis, its prevention is imperative. Regular dental care and education concerning antibiotic prophylaxis[79] are essential for patients with prosthetic valves. When intravascular devices or indwelling catheters are required, regular replacement and strict attention to sterile technique during insertion minimize the risk of bacteremia.

## ANTITHROMBOTIC THERAPY IN PATIENTS WITH PROSTHETIC VALVES

Because of the risk of thromboembolism, patients with mechanical prosthetic valves require long-term anticoagulant therapy, which should be initiated as soon as possible after valve replacement (preferably within 6 to 12 hours). The efficacy of anticoagulant therapy was previously assessed with use of the prothrombin time, but variability in the sensitivity of the thromboplastin reagent prevented its standardization, so comparing results from different periods or laboratories was problematic. The prothrombin time is now converted to an international normalized ratio (INR), according to the formula INR=(patient's prothrombin time/mean normal prothrombin time)$^{ISI}$, where ISI is the international sensitivity index, a comparison of the responsiveness of each laboratory's thromboplastin reagent to that of a reference reagent (established by the World Health Organization), which is arbitrarily assigned an ISI of 1.0.

In patients with mechanical prosthetic valves, oral anticoagulant therapy reduces the incidence of thromboembolism and increases the risk of hemorrhage. Although the overall incidence of adverse events (thromboembolic or hemorrhagic) is lowest when the INR is from 2.5 to 4.9, some patients at high risk for thromboembolic complications benefit from more intense anticoagulation,[42,80] whereas others require less intense therapy. For example, in those with a caged-ball valve or more than one mechanical prosthetic valve, the incidence of adverse events is lowest when the INR is from 4.0 to 4.9. Conversely, adverse events are infrequent when the INR is only 2.0 to 2.9 in patients with bileaflet-disk valves and 3.0 to 3.9 in those with single-tilting-disk valves. Patients who are more than 70 years old have an increased incidence of bleeding complications when the INR exceeds 3.9, whereas younger patients generally tolerate more intensive anticoagulant therapy without increased complications. In short, the intensity of anticoagulant therapy should be individualized according to the patient's age, the type and position of the valve, and the number of prosthetic valves (Table 4).

Since patients with heterograft bioprosthetic valves have an increased incidence of thromboembolism during the first three months after valve replacement, such patients should receive low-intensity anticoagulant therapy (target INR, 2.0 to 3.0) during this time.[81,82] Continued anticoagulant therapy is indicated for those with atrial fibrillation, left atrial thrombus, previous systemic embolization, or severe left ventricular dysfunction. For patients with heterograft bioprosthetic valves who are in sinus rhythm, 325 mg of aspirin per day may offer protection against thromboembolism.[83] Anticoagulation or antiplatelet therapy is unnecessary in patients with homograft bioprostheses.

Antiplatelet drugs have been administered with warfarin in an attempt to reduce the incidence of thromboembolic events without increasing the risk of bleeding. Although some studies have suggested that dipyridamole reduces the incidence of thromboembolism when given with warfarin,[84,85] others have failed to confirm this.[86] Aspirin (500 mg daily) combined with warfarin therapy (target INR, 2.6 to 7.5) is associated with an increased incidence of gastrointestinal bleeding (requiring transfusion or hospitalization) without a lower incidence of systemic embolization than that with warfarin therapy alone.[85] Aspirin (500 to 1000 mg daily) combined with lower-intensity warfarin (target INR, 1.8 to 2.3) is associated with a reduced incidence of systemic embolization, but the incidence of gastrointestinal bleeding is still higher than with lower-intensity warfarin therapy alone.[87,88]

Better results have been obtained when lower-



SJM0130032217MDL

CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

TABLE 4. RECOMMENDED ANTITHROMBOTIC THERAPY FOR PATIENTS WITH PROSTHETIC HEART VALVES.

| PATIENT'S LEVEL OF RISK | VALVE TYPE | RECOMMENDED INR | ANTIPLATELET THERAPY |
|---|---|---|---|
| Low | Mechanical | | |
| | Caged-ball | 4.0–4.9 | Not indicated |
| | Single-tilting-disk | 3.0–3.9 | Not indicated |
| | Bileaflet-tilting-disk | 2.5–2.9 | Not indicated |
| | More than one prosthesis | 4.0–4.9 | Not indicated |
| | Bioprosthetic | | |
| | Heterograft | 2.0–3.0 (for 1st 3 mo) | Aspirin (325 mg/day) optional after warfarin therapy |
| | Homograft | Not indicated | Not indicated |
| High* | Mechanical | 3.0–4.5 | Aspirin (80–160 mg/day) |
| | Bioprosthetic | | |
| | Heterograft | 2.0–3.0 | Not indicated |
| | Homograft | 2.0–3.0 | Not indicated |

*Patients at high risk are those with atrial fibrillation, previous systemic embolization, left atrial thrombus, or severe left ventricular dysfunction.

dose aspirin (100 mg daily) is combined with warfarin (target INR, 3.0 to 4.5) in patients with mechanical heart valves or bioprosthetic valves who have atrial fibrillation or have had previous systemic embolization.[89] As compared with warfarin alone, lower-dose aspirin plus warfarin is associated with a marked reduction in the incidence of systemic embolization or death, an increased incidence of minor bleeding (epistaxis, hematuria, and bruising), and a similar incidence of gastrointestinal or other major bleeding. Whether the combination of aspirin (100 mg daily) and lower-intensity anticoagulant therapy (target INR, 2.0 to 3.0) can further reduce the incidence of bleeding complications is unknown. In short, the addition of aspirin to warfarin in patients with prosthetic valves offers additional protection against thromboembolism at the risk of more frequent bleeding complications. Therefore, its use should be reserved for patients with a history or a high risk of systemic embolization or other conditions in which it is indicated (e.g., coronary artery or peripheral vascular disease).

The management of anticoagulation in patients with prosthetic valves who are undergoing noncardiac surgery is controversial. For minor procedures in which blood loss is expected to be minimal and easily managed (e.g., dental procedures), anticoagulant therapy can be continued. For major procedures in which substantial blood loss is expected or could have an adverse effect, continued anticoagulation will lead to excessive perioperative bleeding and morbidity, and warfarin should be discontinued several days preoperatively. Although the risk of thromboembolism increases when anticoagulant therapy is briefly discontinued,[90] the magnitude of the increase is uncertain: some studies suggest that thromboembolic events occur frequently in patients with prosthetic mitral valves,[91] whereas others report that they are uncommon.[92,93] In patients with tilting-disk aortic valves, we recommend that warfarin be discontinued three to five days before major noncardiac surgery and resumed promptly thereafter. In patients with caged-ball prosthetic valves, mechanical mitral valves, atrial fibrillation, left atrial thrombus, previous systemic embolization, or severe left ventricular dysfunction, warfarin should be discontinued three to five days preoperatively and intravenous heparin should be administered until two to four hours before surgery. Postoperatively, heparin treatment should be resumed when it is considered safe and should be continued until effective anticoagulation is achieved with oral therapy.

Since the incidence of a thromboembolic complication is increased in pregnant women with prosthetic valves,[94,95] adequate anticoagulant therapy is particularly important in this group. Warfarin use in the first trimester of pregnancy is associated with a high incidence of embryopathy and fetal death.[96,97] Warfarin should therefore be discontinued when a patient is attempting to become pregnant or when pregnancy is detected, and twice-daily subcutaneous heparin should be administered until delivery; the activated partial-thromboplastin time six hours after injection should be greater than two times the control value.[98] Alternatively, the physician may choose to give heparin until the 13th week of pregnancy, switch to warfarin until the middle of the third trimester, and then discontinue warfarin and resume heparin until delivery.[95] Since low-dose aspirin (150 mg or less daily) is safe for mother and child,[99] it can be used in conjunction with anticoagulant therapy in women at high risk for thromboembolism.



SJM0130032218MDL

CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

## REFERENCES

1. Cobanoglu A, Fessler CL, Guvendik L, Grunkemeier G, Starr A. Aortic valve replacement with the Starr-Edwards prosthesis: a comparison of the first and second decades of follow-up. Ann Thorac Surg 1988;45:248-52.
2. Schoevaerdts JC, Buche M, el Gariani A, et al. Twenty years' experience with the model 6120 Starr-Edwards valve in the mitral position. J Thorac Cardiovasc Surg 1987;94:375-82.
3. Yacoub M, Rasmi NRH, Sundt TM, et al. Fourteen-year experience with homovital homografts for aortic valve replacement. J Thorac Cardiovasc Surg 1995;110:186-94.
4. O'Brien MF, Stafford EG, Gardner MAH, et al. Allograft aortic valve replacement: long-term follow-up. Ann Thorac Surg 1995;60:Suppl:S65-S70.
5. Bloomfield P, Wheatley DJ, Prescott RJ, Miller HC. Twelve-year comparison of a Bjork-Shiley mechanical heart valve with porcine bioprostheses. N Engl J Med 1991;324:573-9.
6. Gray RJ, Chaux A, Matloff JM, et al. Bileaflet, tilting disc and porcine aortic valve substitutes: in vivo hydrodynamic characteristics. J Am Coll Cardiol 1984;3:321-7.
7. McAnulty JH, Morton M, Rahimtoola SH, Kloster FE, Ahuja N, Starr AE. Hemodynamic characteristics of the composite strut ball valve prostheses (Starr-Edwards track valves) in patients on anticoagulants. Circulation 1978;58:Suppl I:I-159–I-161.
8. Smith ND, Raizada V, Abrams J. Auscultation of the normally functioning prosthetic valve. Ann Intern Med 1981;95:594-8.
9. Czer LSC, Matloff J, Chaux A, DeRobertis M, Yoganathan A, Gray RJ. A 6 year experience with the St. Jude medical valve: hemodynamic performance, surgical results, biocompatibility and follow-up. J Am Coll Cardiol 1985;6:904-12.
10. Vogel W, Stoll HP, Bay W, Fröhlig G, Schieffer H. Cineradiography for determination of normal and abnormal function in mechanical heart valves. Am J Cardiol 1993;71:225-32.
11. Green CE, Glass-Royal M, Bream PR, Soto B, Elliott LP. Cinefluoroscopic evaluation of periprosthetic cardiac valve regurgitation. AJR Am J Roentgenol 1988;151:455-9.
12. O'Neill WW, Chandler JG, Gordon RE, et al. Radiographic detection of strut separations in Bjork–Shiley convexo-concave mitral valves. N Engl J Med 1995;333:414-9.
13. Khandheria BK, Seward JB, Oh JK, et al. Value and limitations of transesophageal echocardiography in assessment of mitral valve prostheses. Circulation 1991;83:1956-68.
14. Daniel WG, Mugge A, Grote J, et al. Comparison of transthoracic and transesophageal echocardiography for detection of abnormalities of prosthetic and bioprosthetic valves in the mitral and aortic positions. Am J Cardiol 1993;71:210-5.
15. Mohr-Kahaly S, Kupferwasser I, Erbel R, et al. Value and limitations of transesophageal echocardiography in the evaluation of aortic prostheses. J Am Soc Echocardiogr 1993;6:12-20.
16. Karalis DG, Chandrasekaran K, Ross JJ Jr, et al. Single-plane transesophageal echocardiography for assessing function of mechanical or bioprosthetic valves in the aortic valve position. Am J Cardiol 1992;69:1310-5.
17. Burstow DJ, Nishimura RA, Bailey KR, et al. Continuous wave Doppler echocardiographic measurement of prosthetic valve gradients: a simultaneous Doppler-catheter correlative study. Circulation 1989;80:504-14.
18. Kapur KK, Fan P, Nanda NC, Yoganathan AP, Goyal RG. Doppler color flow mapping in the evaluation of prosthetic mitral and aortic valve function. J Am Coll Cardiol 1989;13:1561-71.
19. Acquired valvular heart disease. In: Feigenbaum H. Echocardiography. 5th ed. Philadelphia: Lea & Febiger, 1994:239-349.
20. Soulen RL, Budinger TF, Higgins CB. Magnetic resonance imaging of prosthetic heart valves. Radiology 1985;154:705-7.
21. Randall PA, Kohman LJ, Scalzetti EM, Szeverenyi NM, Panicek DM. Magnetic resonance imaging of prosthetic cardiac valves in vitro and in vivo. Am J Cardiol 1988;62:973-6.
22. Shellock FG, Curtis JS. MR imaging and biomedical implants, materials, and devices: an updated review. Radiology 1991;180:541-50.
23. Deutsch HJ, Bachmann R, Sechtem U, et al. Regurgitant flow in cardiac valve prostheses: diagnostic value of gradient echo nuclear magnetic resonance imaging in reference to transesophageal two-dimensional color Doppler echocardiography. J Am Coll Cardiol 1992;19:1500-7.
24. Metzdorff MT, Grunkemeier GL, Pinson CW, Starr A. Thrombosis of mechanical cardiac valves: a qualitative comparison of the Silastic ball valve and the tilting disc valve. J Am Coll Cardiol 1984;4:50-3.
25. Edmunds LH Jr. Thromboembolic complications of current cardiac valvular prostheses. Ann Thorac Surg 1982;34:96-106.
26. Ryder SJ, Bradley H, Brannan JJ, Turner MA, Bain WH. Thrombotic obstruction of the Björk-Shiley valve: the Glasgow experience. Thorax 1984;39:487-92.
27. Cannegieter SC, Rosendaal FR, Briet E. Thromboembolic and bleeding complications in patients with mechanical heart valve prostheses. Circulation 1994;89:635-41.
28. Hammermeister KE, Sethi GK, Henderson WG, Oprian C, Kim T, Rahimtoola S. A comparison of outcomes in men 11 years after heart-valve replacement with a mechanical valve or bioprosthesis. N Engl J Med 1993;328:1289-96.
29. Butchart EG. Thrombosis, embolism, and bleeding. In: Bodnar E, Frater R, eds. Replacement cardiac valves. New York: McGraw-Hill, 1992:77-98.
30. Kontos GJ Jr, Schaff HV, Orszulak TA, Puga FJ, Pluth JR, Danielson GK. Thrombotic obstruction of disc valves: clinical recognition and surgical management. Ann Thorac Surg 1989;48:60-5.
31. Gueret P, Vignon P, Fournier P, et al. Transesophageal echocardiography for the diagnosis and management of nonobstructive thrombosis of mechanical mitral valve prosthesis. Circulation 1995;91:103-10.
32. Husebye DG, Pluth JR, Piehler JM, et al. Reoperation on prosthetic heart valves: an analysis of risk factors in 552 patients. J Thorac Cardiovasc Surg 1983;86:543-52.
33. Martinell J, Jiménez A, Rábago G, Artiz V, Fraile J, Farré J. Mechanical cardiac valve thrombosis: is thrombectomy justified? Circulation 1991;84:Suppl III:III-70–III-75.
34. Bortolotti U, Milano A, Mazzucco A, et al. Results of reoperation for primary tissue failure of porcine bioprostheses. J Thorac Cardiovasc Surg 1985;90:564-9.
35. Blackstone EH, Kirklin JW. Death and other time-related events after valve replacement. Circulation 1985;72:753-67.
36. Roudaut R, Labbe T, Lorient-Roudaut MF, et al. Mechanical cardiac valve thrombosis: is fibrinolysis justified? Circulation 1992;86:Suppl II:II-8–II-15.
37. Vasan RS, Kaul U, Sanghvi S, et al. Thrombolytic therapy for prosthetic valve thrombosis: a study based on serial Doppler echocardiographic evaluation. Am Heart J 1992;123:1575-80.
38. Kurzrok S, Singh AK, Most AS, Williams DO. Thrombolytic therapy for prosthetic cardiac valve thrombosis. J Am Coll Cardiol 1987;9:592-8.
39. Silber H, Khan SS, Matloff JM, Chaux A, DeRobertis M, Gray R. The St. Jude valve: thrombolysis as the first line of therapy for cardiac valve thrombosis. Circulation 1993;87:30-7.
40. Reddy NK, Padmanabhan TNC, Singh S, et al. Thrombolysis in left-sided prosthetic valve occlusion: immediate and follow-up results. Ann Thorac Surg 1994;58:462-71.
41. Burchfiel CM, Hammermeister KE, Krause-Steinrauf H, et al. Left atrial dimension and risk of systemic embolism in patients with a prosthetic heart valve. J Am Coll Cardiol 1990;15:32-41.
42. Cannegieter SC, Rosendaal FR, Wintzen AR, van der Meer FJM, Vandenbroucke JP, Briet E. Optimal oral anticoagulant therapy in patients with mechanical heart valves. N Engl J Med 1995;333:11-7.
43. Sherman DG. Cardiac embolism: the neurologist's perspective. Am J Cardiol 1990;65:32C-37C.
44. Cerebrovascular diseases. In: Adams RD, Victor M. Principles of neurology. 5th ed. New York: McGraw-Hill, 1993:669-748.
45. Birkmeyer JD, Marrin CAS, O'Connor GT. Should patients with Björk-Shiley valves undergo prophylactic replacement? Lancet 1992;340:520-3.
46. van der Graaf Y, de Waard F, van Herwerden LA, Defauw J. Risk of strut fracture of Bjork-Shiley valves. Lancet 1992;339:257-61.
47. van der Meulen JHP, Steyerberg EW, van der Graaf Y, et al. Age thresholds for prophylactic replacement of Björk-Shiley convexo-concave heart valves: a clinical and economic evaluation. Circulation 1993;88:156-64.
48. Lindblom D, Bjork VO, Semb BKH. Mechanical failure of the Bjork-Shiley valve: incidence, clinical presentation, and management. J Thorac Cardiovasc Surg 1986;92:894-907.
49. Grunkemeier GL, Jamieson WRE, Miller DC, Starr A. Actuarial versus actual risk of porcine structural valve deterioration. J Thorac Cardiovasc Surg 1994;108:709-18.
50. Gallo I, Ruiz B, Nistal F, Duran CMG. Degeneration in porcine bioprosthetic cardiac valves: incidence of primary tissue failures among 938 bioprostheses at risk. Am J Cardiol 1984;53:1061-5.
51. Jones EL, Weintraub WS, Craver JM, et al. Ten-year experience with the porcine bioprosthetic valve: interrelationship of valve survival and patient survival in 1,050 valve replacements. Ann Thorac Surg 1990;49:370-84.
52. Schoen FJ, Hobson CE. Anatomic analysis of removed prosthetic heart valves: causes of failure of 33 mechanical valves and 58 bioprostheses, 1980 to 1983. Hum Pathol 1985;16:549-59.
53. Crexells C, Aerichide N, Bonny Y, Lepage G, Campeau L. Factors influencing hemolysis in valve prosthesis. Am Heart J 1972;84:161-70.
54. Jegaden O, Eker A, Delahaye F, et al. Thromboembolic risk and late survival after mitral valve replacement with the St. Jude Medical valve. Ann Thorac Surg 1994;58:1721-8.



SJM0130032219MDL

CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

55. Ibrahim M, O'Kane H, Cleland J, Gladstone D, Sarsam M, Patterson C. The St. Jude Medical prosthesis: a thirteen-year experience. J Thorac Cardiovasc Surg 1994;108:221-30.
56. Falk RH, Mackinnon J, Wainscoat J, Melikian V, Bignell AHC. Intravascular haemolysis after valve replacement: comparative study between Starr-Edwards (ball valve) and Björk-Shiley (disc valve) prosthesis. Thorax 1979;34:746-8.
57. Skoularigis J, Essop MR, Skudicky D, Middlemost SJ, Sareli P. Frequency and severity of intravascular hemolysis after left-sided cardiac valve replacement with Medtronic Hall and St. Jude Medical prostheses, and influence of prosthetic type, position, size and number. Am J Cardiol 1993;71:587-91.
58. Okita Y, Miki S, Kusuhara K, Ueda Y, Tahata T, Yamanaka K. Propranolol for intractable hemolysis after open heart operation. Ann Thorac Surg 1991;52:1158-60.
59. Jindani A, Neville EM, Venn G, Williams BT. Paraprosthetic leak: a complication of cardiac valve replacement. J Cardiovasc Surg 1991;32:503-8.
60. Calderwood SB, Swinski LA, Watermaux CM, Karchmer AW, Buckley MJ. Risk factors for the development of prosthetic valve endocarditis. Circulation 1985;72:31-7.
61. Threlkeld MG, Cobbs CG. Infectious disorders of prosthetic valves and intravascular devices. In: Mandell GL, Bennett JE, Dolin R, eds. Mandell, Douglas and Bennett's principles and practice of infectious diseases. 4th ed. Vol. 1. New York: Churchill Livingstone, 1995:783-93.
62. Wilson WR, Danielson GK, Giuliani ER, Geraci JE. Prosthetic valve endocarditis. Mayo Clin Proc 1982;57:155-61.
63. Grover FL, Cohen DJ, Oprian C, Henderson WG, Sethi G, Hammermeister KE. Determinants of the occurrence of and survival from prosthetic valve endocarditis: experience of the Veterans Affairs Cooperative Study on Valvular Heart Disease. J Thorac Cardiovasc Surg 1994;108:207-14.
64. Pedersen WR, Walker M, Olson JD, et al. Value of transesophageal echocardiography as an adjunct to transthoracic echocardiography in evaluation of native and prosthetic valve endocarditis. Chest 1991;100:351-6.
65. Lowry RW, Zoghbi WA, Baker WB, Wray RA, Quinones MA. Clinical impact of transesophageal echocardiography in the diagnosis and management of infective endocarditis. Am J Cardiol 1994;73:1089-91.
66. Daniel WG, Mügge A, Martin RP, et al. Improvement in the diagnosis of abscesses associated with endocarditis by transesophageal echocardiography. N Engl J Med 1991;324:795-800.
67. Sochowski RA, Chan KL. Implication of negative results on a monoplane transesophageal echocardiographic study in patients with suspected infective endocarditis. J Am Coll Cardiol 1993;21:216-21.
68. Yu VL, Fang GD, Keys TF, et al. Prosthetic valve endocarditis: superiority of surgical valve replacement versus medical therapy only. Ann Thorac Surg 1994;58:1073-7.
69. Wolff M, Witchitz S, Chastang C, Regnier B, Vachon F. Prosthetic valve endocarditis in the ICU: prognostic factors of overall survival in a series of 122 cases and consequences for treatment decision. Chest 1995;108:688-94.
70. Keys TF. Early-onset prosthetic valve endocarditis. Cleve Clin J Med 1993;60:455-9.
71. Gagliardi C, Di Tommaso L, Mastroroberto P, Stassano P, Spampinato N. Bioprosthetic valve endocarditis: factors affecting bad outcome. J Cardiovasc Surg 1991;32:800-6.
72. Leport C, Vilde JL, Bricaire F, et al. Fifty cases of late prosthetic valve endocarditis: improvement in prognosis over a 15 year period. Br Heart J 1987;58:66-71.
73. Tornos P, Sanz E, Permanyer-Miralda G, Almirante B, Planes AM, Soler-Soler J. Late prosthetic valve endocarditis: immediate and long-term prognosis. Chest 1992;101:37-41.
74. Calderwood SB, Swinski LA, Karchmer AW, Watermaux CM, Buckley MJ. Prosthetic valve endocarditis: analysis of factors affecting outcome of therapy. J Thorac Cardiovasc Surg 1986;92:776-83.
75. Baumgartner WA, Miller DC, Reitz BA, et al. Surgical treatment of prosthetic valve endocarditis. Ann Thorac Surg 1983;35:87-104.
76. Wilson WR, Geraci JE, Danielson GK, et al. Anticoagulant therapy and central nervous system complications in patients with prosthetic valve endocarditis. Circulation 1978;57:1004-7.
77. Davenport J, Hart RG. Prosthetic valve endocarditis 1976-1987: antibiotics, anticoagulation, and stroke. Stroke 1990;21:993-9.
78. Carpenter JL, McAllister CK. Anticoagulation in prosthetic valve endocarditis. South Med J 1983;76:1372-5.
79. Dajani AS, Bisno AL, Chung KJ, et al. Prevention of bacterial endocarditis: recommendations by the American Heart Association. JAMA 1990;264:2919-22.
80. Saour JN, Sieck JO, Mamo LAR, Gallus AS. Trial of different intensities of anticoagulation in patients with prosthetic heart valves. N Engl J Med 1990;322:428-32.
81. Heras M, Chesebro JH, Fuster V, et al. High risk of thromboemboli early after bioprosthetic cardiac valve replacement. J Am Coll Cardiol 1995;25:1111-9.
82. Turpie AGG, Gunstensen J, Hirsh J, Nelson H, Gent M. Randomised comparison of two intensities of oral anticoagulant therapy after tissue heart valve replacement. Lancet 1988;1:1242-5.
83. Nunez L, Aguado MG, Larrea JL, Celemin D, Oliver J. Prevention of thromboembolism using aspirin after mitral valve replacement with porcine bioprosthesis. Ann Thorac Surg 1984;37:84-7.
84. Sullivan JM, Harken DE, Gorlin R. Pharmacologic control of thromboembolic complications of cardiac-valve replacement. N Engl J Med 1971;284:1391-4.
85. Chesebro JH, Fuster V, Elveback LR, et al. Trial of combined warfarin plus dipyridamole or aspirin therapy in prosthetic heart valve replacement: danger of aspirin compared with dipyridamole. Am J Cardiol 1983;51:1537-41.
86. Groupe de recherche P.A.C.T.E. Prevention des accidents thrombo-emboliques systemiques chez les porteurs de protheses valvulaires artificielles. Coeur 1978;9:915-69.
87. Altman R, Boullon F, Rouvier J, Raca R, de la Fuente L, Favaloro R. Aspirin and prophylaxis of thromboembolic complications in patients with substitute heart valves. J Thorac Cardiovasc Surg 1976;72:127-9.
88. Dale J, Myhre E, Storstein O, Stormorken H, Efskind L. Prevention of arterial thromboembolism with acetylsalicylic acid: a controlled clinical study in patients with aortic ball valves. Am Heart J 1977;94:101-11.
89. Turpie AGG, Gent M, Laupacis A, et al. A comparison of aspirin with placebo in patients treated with warfarin after heart-valve replacement. N Engl J Med 1993;329:524-9.
90. Eckman MH, Beshansky JR, Durand-Zaleski I, Levine HJ, Pauker SG. Anticoagulation for noncardiac procedures in patients with prosthetic heart valves: does low risk mean high cost? JAMA 1990;263:1513-21.
91. Katholi RE, Nolan SP, McGuire LB. Living with prosthetic heart valves: subsequent noncardiac operations and the risk of thromboembolism or hemorrhage. Am Heart J 1976;92:162-7.
92. Stein PD, Alpert JS, Copeland J, Dalen JE, Goldman S, Turpie AGG. Antithrombotic therapy in patients with mechanical and biological prosthetic heart valves. Chest 1992;102:Suppl:445S-455S.
93. Tinker JH, Tarhan S. Discontinuing anticoagulant therapy in surgical patients with cardiac valve prostheses: observations in 180 operations. JAMA 1978;239:738-9.
94. Sareli P, England MJ, Berk MR, et al. Maternal and fetal sequelae of anticoagulation during pregnancy in patients with mechanical heart valve prostheses. Am J Cardiol 1989;63:1462-5.
95. Hanania G, Thomas D, Michel PL, et al. Pregnancy and prosthetic heart valves: a French cooperative retrospective study of 155 cases. Eur Heart J 1994;15:1651-8.
96. Iturbe-Alessio I, del Carmen Fonseca M, Mutchinik O, Santos MA, Zajarias A, Salazar E. Risks of anticoagulant therapy in pregnant women with artificial heart valves. N Engl J Med 1986;315:1390-3.
97. Hall JG, Pauli RM, Wilson KM. Maternal and fetal sequelae of anticoagulation during pregnancy. Am J Med 1980;68:122-40.
98. Ginsberg JS, Hirsh J. Use of antithrombotic agents during pregnancy. Chest 1995;108:Suppl:305S-311S.
99. CLASP (Collaborative Low-dose Aspirin Study in Pregnancy) Collaborative Group. CLASP: a randomised trial of low-dose aspirin for the prevention and treatment of pre-eclampsia among 9364 pregnant women. Lancet 1994;343:619-29.



MASSACHUSETTS MEDICAL SOCIETY REGISTRY ON CONTINUING MEDICAL EDUCATION

To obtain information about continuing medical education courses in New England, call between 9 a.m. and 12 noon, Monday through Friday, (617) 893-4610, or in Massachusetts, 1-800-322-2303, ext. 1342.






CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

Razzouk AJ, Izutani H, Xu H, Gundry SR, Bailey LL. Silver coated sewing cuff of prosthetic heart valve - is it a safe source of antimicrobial activity? Poster presentation, 4th International Symposium on Modern Concepts in Endocarditis and Cardiovascular Infections, La Marive Yverdun-Les-Bains, May 1997.

Summary: Results of animal testing on safety of silver coating on valve cuffs

Key selling points:

- In vitro studies show >99% reduction in bacterial counts on direct contact with coated fabric (see Figure 1). *Silzone kills microorganisms on contact in vitro.*
- Blood silver levels peak within days and always remain several orders of magnitude below toxic (see chart). *Silzone™ is safe and non-toxic.*
- Tissue ingrowth is equivalent on coated vs. uncoated valves (see Figure 2). *Silzone™ does not interfere with the tissue ingrowth characteristics of the sewing cuff.*
- Fibrous reaction to the coated cuff is well-organized and pannus formation is thinner and smoother than on the uncoated cuff (see Figure 4). *Silzone™ produces a healthier healing response and pannus formation vs. uncoated cuffs.*
- No complications or adverse events were associated with the Silzone™ valve. *The Silzone™ valve is a safe and functional prosthesis.*



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

# SILVER COATED SEWING CUFF OF PROSTHETIC HEART VALVE— IS IT A SAFE SOURCE OF ANTIMICROBIAL ACTIVITY?

Razzouk AJ*, Izutani H*, Xu H*, Gundry SR*, Bailey LL*, Holmberg W**, Tweden K**

## BACKGROUND

[illegible]



Coated Non-Coated

FIGURE 1

[illegible]

## PURPOSE

[illegible]

## METHODS

[illegible]

TABLE 1
Characteristics of valves implanted in the mitral position.

| Animal # | Valve Size | Silver Coating | Cuff Material |
|---|---|---|---|
| Phase I | | | |
| SJV 1-1 | 23 | + (half coated) | Polyester |
| SJV 1-2 | 25 | + | PTFE |
| SJV 1-3 | 25 | + | Polyester |
| SJV 1-4 | 25 | + | PTFE |
| Phase II | | | |
| SJV 2-1 | 25 | + (whole ring) | Polyester |
| SJV 2-2 | 25 | + " | Polyester |
| SJV 2-3 | 23 | + " | Polyester |
| SJV 2-4 | 25 | - " | Polyester |
| SJV 2-5 | 23 | + " | Polyester |
| SJV 2-6 | 25 | - (no coating) | Polyester |
| SJV 2-7 | 25 | - " | Polyester |
| SJV 2-8 | 25 | + (whole ring) | Polyester |
| SJV 2-9 | 23 | - (no coating) | Polyester |

TABLE 2
Operative Data

| | | |
|---|---|---|
| Cardiopulmonary Bypass Time: | Mean ± SD | 70.8 ± 13.5 min |
| | Range | 56-90 min |
| Aortic Cross-Clamp Time | Mean ± SD | 40.5 ± 6.8 min |
| | Range | 32-54 min |

## RESULTS

TABLE 3
Complete Blood Work [illegible]

[illegible]

BLOOD SILVER CONCENTRATION FOLLOWING VALVE IMPLANTATION



SILVER CONCENTRATIONS IN ORGANS




GROSS PATHOLOGY OF IMPLANTED MITRAL VALVE PROSTHESIS

| | Coated (N=6) | Non-Coated (N=3) |
|---|---|---|
| Vegetations | 0 | 0 |
| Thrombosis | 0 | 0 |
| Dehiscence | 0 | 0 |
| Abnormal Mobility of Leaflets | 1* | 0 |

[illegible]



1/2 and 1/2 Coated Non-Coated

FIGURE 2

MICROSCOPIC EVALUATION OF ORGANS

| | KIDNEY | | LIVER | | SPLEEN | | LUNGS | |
|---|---|---|---|---|---|---|---|---|
| | Coated | Non-Coated | Coated | Non-Coated | Coated | Non-Coated | Coated | Non-Coated |
| [illegible] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| [illegible] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| [illegible] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

[illegible]



Coated LIVER Non-Coated

Coated KIDNEY Non-Coated

FIGURE 3

[illegible]

MICROSCOPIC EXAMINATION (Histopathology) OF IMPLANTED VALVE PROSTHESIS

[illegible]



Coated Non-Coated

FIGURE 4

[illegible]

## CONCLUSIONS

- Blood silver levels peak within days but always remain well below toxic levels. Silver coating of the SJV cuff is not associated with any systemic adverse effects or end-organ damage.
- The silver coating of SJV cuff does not interfere with the local inflammatory tissue response; in fact, fibrous reaction to the coated cuff is well organized and pannus formation on the inflow surface is thin and smooth.
- A St. Jude Medical valve with a silver coated sewing cuff is a safe and functional prosthesis in the mitral position.

## CLINICAL IMPLICATIONS

[illegible] of a silver coating to the sewing cuff of SJV could have [illegible] effect and thus reduce the incidence of prosthetic [illegible]

Affiliations:
* Loma Linda University Medical Center
** St. Jude Medical, Inc.



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

Tweden KS, Cameron JD, Razzouk AJ, Bianco RW, Holmberg WR, Bricault RJ, Barry JE, Tobin E. Silver modification of polyethylene terephthalate textiles for antimicrobial protection. ASAIO Journal 1997; 43: M475-M481.

Summary: Results of *in vitro* and 5-week animal testing

Key selling points:

- Good data on incidence of PVE:

| | |
|---|---|
| Mortality for early PVE: | 74% per patient-year |
| Mortality for late PVE: | 43% per patient-year |
| Occurrence of PVE: | 1-4% per patient-year |
| Risk of recurrent PVE: | 15% per patient-year |

- Proof source for the sewing cuff as the most frequent site of PVE infection. *The sewing cuff is where protection is needed.*
- Proof source for use of silver in medical applications. *Silver is a proven, effective antimicrobial agent.*
- Detail on how silver works: kills microorganisms directly and also prevents microbial replication. *Silver is a proven, effective antimicrobial agent.*
- Toxic level for silver in humans = 300 parts per billion. *In vitro* and animal testing shows silver leaching with Silzone™ well below toxic levels. *Silzone™ is safe and non-toxic.*
- Difficulties with other applications of antibiotics to valves. Antibiotics are short-term, difficult to dose, etc. *Silver is a more effective antimicrobial agent on valves than antibiotics.*
- *In vitro* studies show >97% reduction in bacterial counts on direct contact with coated fabric. *Silzone™ kills microorganisms on contact in vitro, including microorganisms commonly known to cause PVE.* Microorganisms studied were *S. epidermidis, S. pyogenes, C. albicans, P. aeruginosa, S. aureus.*
- More mature, more advanced, thinner pannus with the silver coated vs. uncoated valves shown in animal explants. "Fully organized pannus would provide protection from cuff-associated thrombosis and infection." *Silzone™ produces a healthier healing response and pannus formation vs. uncoated cuffs.*



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

*13015

# Silver Modification of Polyethylene Terephthalate Textiles for Antimicrobial Protection

KATHERINE S. TWEDEN,* J. DOUGLAS CAMERON,† ANEES J. RAZZOUK,§ RICHARD W. BIANCO,‡ WILLIAM R. HOLMBERG,* RAYMOND J. BRICAULT,¶ JOHN E. BARRY,¶ AND ERIC TOBIN¶

The safety and *in vitro* effectiveness of applying silver to polyethylene terephthalate fabric mechanical heart valve (MHV) sewing cuffs for the prevention of prosthetic valve endocarditis (PVE) were evaluated. PVE is an infrequent but grave complication of cardiac surgery associated with mortality rates potentially exceeding 50%. A poor response to antibiotic therapy is partly responsible for the high mortality rates. Silver is a well known antimicrobial agent with broad effectiveness. Preliminary *in vitro* microbial challenge studies of the coated fabric using the New York State 63 bacteriostatic test and Dow Corning Shake Flask test showed a ≥97% reduction for most organisms tested. Sheep mitral valve replacement studies suggest

From *St. Jude Medical, St. Paul, and †Hennepin County Medical Center, and ‡University of Minnesota, Minneapolis, Minnesota, §Loma Linda University School of Medicine, Loma Linda, California, and ¶Spire Corporation, Bedford, Massachusetts.

Reprint requests: Katherine S. Tweden, PhD, St. Jude Medical, Inc., One Lillehei Plaza, St. Paul, MN 55117.



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

**Table 1. Contact Angle Analysis of Silver Modified PET: Mean (SD)**

| Sample (n) | $\gamma_c$ (dyne/cm) | $\gamma_p$ (dyne/cm) | $\gamma_d$ (dyne/cm) | Water Contact (°) |
|---|---|---|---|---|
| PET (n = 2) | 35.6 (0.4) | 10.0 (1.3) | 28.1 (1.1) | 70 (1) |
| PET/Ag (n = 2) | 30.7 (0.4) | 6.9 (0.7) | 24.2 (0.9) | 94 (0.8) |

**comparable tissue ingrowth of uncoated and coated fabric with a more organized, thinner pannus formed on silver coated fabric. Low levels of silver were present in the serum at all time periods. These results indicate MHVs with silver coated cuffs may provide additional protection against PVE. *ASAIO Journal* 1997; 43:M475–M481.**

Infective endocarditis involving prosthetic valves is an infrequent but grave complication following heart valve replacement surgery, associated with high morbidity and mortality rates despite aggressive antimicrobial therapy and surgical intervention. Mortality rates have been reported to be as high as 74%/no pt yr for early onset prosthetic valve endocarditis (PVE), which occurs within 2 months post implantation, and 43%/pt yr for late onset PVE.[1,2] The higher mortality rate for early onset PVE is due to infection with more virulent organisms, a "non endothelialized" sewing cuff, and other aspects of incomplete healing in the early post operative period.[2] The occurrence of PVE overall ranges from 1 to 4%/pt yr.[1,2] Recurrent PVE is an even greater risk and has been reported to be as high as 15%/pt yr.[2] Thrombotic complications concurrent with PVE have been reported to range from 13% for staphylococcus infections to 90% for fungal infections.[3] The valve sewing cuff has been found to be the most frequent site of infection.[1]

An aortic valve allograft is the preferred prosthesis for surgically treating aortic valve endocarditis.[1] Biologic tissue appears to be less prone to reinfection relative to synthetic prosthetic material and appears to limit the spread of infection.[1,4] However, disadvantages of allografts include increased technical difficulty with implantation, limited availability, limited sizes, and structural failure due to calcification. In addition, infected native mitral valves often have to be replaced with a bioprosthetic or mechanical valve because a mitral valve allograft is not readily available.[1]

Silver has been used to reduce the incidence of infection since the 19th century when it became routine to apply silver nitrate solution to newborn eyes for the prevention of ophthalmia neonatorium (gonorrhea).[5] More recently, silver nitrates and silver sulfadiazine cream are used for cutaneous infections, especially those associated with thermal wounds, because of their broad spectrum antimicrobic properties.[6] With respect to medical devices, silver has shown promise in reducing infections caused by catheters and their subcutaneous cuffs in both intravenous and urologic applications,[7,8] sutures,[9] dental amalgams,[10] vascular grafts,[11] and orthopedic devices.[12]

This study was designed to determine the safety and *in vitro* efficacy of ion beam assisted deposition (IBAD) silver coated polyethylene terephthalate (PET) fabric for use in the sewing cuffs of the St. Jude Medical mechanical heart valve (MHV) SJM Masters Series prosthesis (SJM Masters Series valve) for the inhibition of PVE and as an alternative to the allograft heart valve, which is in limited supply.

**Table 2. Atomic Concentrations (%) of Silver Modified PET: Mean (SD)**

| Sample | C | O | Ag | Cl |
|---|---|---|---|---|
| PET | 70.1 | 29.9 | — | — |
| PET/Ag (n = 2) | 55.1 (6.2) | 8.5 (2.7) | 35.8 (2.5) | 1.3* |

* Detected in one sample only.

## Materials and Methods

### *Fabric Modification*

PET fabric (Meadox double velour, uncrimped, scoured, and heat set (Meadox Medicals, Oakland, NJ) was coated with metallic silver using the patented IBAD SPI-ARGENT process developed by Spire Corporation (Bedford, MA). A nominal 3,000 Å thick coating has been engineered to substantially mediate silver release, yet provide an adherent, long-lasting antimicrobial surface. Film PET (Mylar; DuPont, Wilmington, DE) was also coated for surface analysis studies. Clinical grade, 25 mm SJM Masters Series valve prostheses with half coated and half uncoated PET polyester sewing cuffs were used for the mitral valve replacement model. With this cuff configuration, internal controls were established in each animal. All materials were sterilized using steam for 40 min at 121°C, 17 psi.

### *Microorganisms*

*Staphylococcus epidermidis* ATCC 29886, *Streptococcus pyogenes* ATCC 8668, *Candida albicans* ATCC 10231, *Pseudomonas aeruginosa* ATCC 9027, and *Staphylococcus aureus* ATCC 6538 were used to test the *in vitro* efficacy of the silver coated fabric. All test organisms were prepared by inoculating nutrient broth with stock cultures and incubating for 24 hr at 20–25°C for *C. albicans* and 30–35°C for the other organisms. The microbial suspension was then refrigerated at 2–8°C until use to prevent further growth.

### *Surface Analysis*

The surface chemistry and energy of uncoated and silver coated PET film were analyzed using X-ray photoelectron spectroscopy (XPS) and contact angle analysis. Contact angle analysis was performed with a Rame–Hart contact angle goniometer using the method of advancing contact angles. The critical surface tension ($\gamma_c$) and dispersive and polar components of the surface free energy ($\gamma_d$ and $\gamma_p$, respectively) were calculated by the methods of Zisman[13] and Kaelble.[14] XPS was performed using a Perkin Elmer model 5400 XPS spectrometer



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER



**Figure 4.** Mechanical heart valve at 5 weeks: gross macrograph (Ag = coated half) (**a**); representative hematoxylin and eosin histology of uncoated cuff (**b**) showing immature pannus, ×125; uncoated cuff (**c**) showing areas of calcification (C), ×125; coated cuff (**d**), 125×. Arrows illustrate pannus thickness. P, polyethylene terephthalate.

ingested or absorbed is excreted in the bile,[5] which, in this case, would result in a residual 5.5 ppb serum silver level.

Representative gross macrographs and histology from the CVR study are shown in **Figure 4**. The gross reaction to the cuff was similar for both the uncoated and the coated halves (**Figure 4a**). Grossly, the pannus was >75% healed at the 4 to 5 week time period. Histopathologic analyses showed that the degrees of foreign body giant cell (FBGC) response and fibrous integration of the two halves were similar (**Figure 4**), with an average score of 1.25 (FBGC) and 1.6 (fibrous integration) on a scale of 0–4, 0 being none and 4 being marked. Also, there was a suggestion that pannus maturity was more advanced on the silver coated side than the uncoated side. The pannus in the control areas was characterized by randomly oriented, "activated fibroblasts" forming a non lamellar pattern (**Figure 4b**). Dystrophic calcification was found in control areas only (**Figure 4c**). The pannus in coated areas was characterized by regularly oriented "mature fibroblasts" forming a lamellar pattern (**Figure 4d**). The mean pannus thickness of the uncoated half was 400 ± 291 $\mu m$ compared with 269 ± 235 $\mu m$ for the silver coated half. Serum silver levels are shown in **Figure 5**. A slight peak is suggested at two weeks, after which it dropped to below quantitation by death (4–5 weeks).




**Figure 5.** Serum silver levels in sheep with mechanical heart valves with half coated and half uncoated polyethylene terephthalate sewing cuffs.

## Discussion

Silver salts and colloidals have a broad spectrum and long history as antimicrobials. However, silver must be carefully administered to avoid silver toxicity syndrome manifested as argyria (blue skin pigmentation), leukopenia, and kidney, liver, and neurologic tissue toxicity. The lowest serum level reported for this syndrome is 300 ppb.[16] Promising results have been published on the use of metallic silver and silver oxide coatings on various devices for the prevention of device associated infection.[8,17] Silver in these forms ionizes slowly providing protection against silver toxicity while offering surface contact antimicrobial benefits. Our *in vivo* CVR and *in vitro* leach studies indicate silver ionization from PET fabric to be far below toxic levels. Surface chemical analysis of the coating confirms the presence of a metallic silver state, with a thin layer of organic contaminant on the outermost surface. The XPS profile, together with the more hydrophobic and nonpolar nature of the coated surface, suggest that the IBAD process may have facilitated a surface coating of PET fragments with its hydrophobic groups (benzyl or methyl) outermost.

Our results support the broad spectrum antimicrobial activ-

SJM0130032226MDL

CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

ity of IBAD silver that others have reported for silver in general. IBAD silver inhibited the colonization on contact of gram positive organisms, a gram negative organism, and a fungus, all of which are implicated in PVE. Silver is postulated to inhibit microorganisms by binding to microbial DNA and subsequently preventing replication and by binding to the sulfhydryl groups of key metabolic enzymes resulting in denaturation and inactivation of those enzymes.[18,19] Although silver ion is considered one of the most potent heavy metal inhibitors of enzymes and microorganisms, its toxicity to higher organisms and humans is small because of its slow absorption and ease of reaction with chloride ion, proteins, and sulfhydryl groups.[19]

Metallic silver has been reported to be relatively nontoxic and inert to mammalian tissues, which is confirmed in this study. Tissue ingrowth was not inhibited in this application, and there was a suggestion that pannus organization was more advanced on the silver coated fabric. A fully organized pannus would provide protection from cuff associated thrombosis and infection. The relative blood compatibility of silver is supported in this study and by other groups who have reported on its use in intravenous catheter and vascular graft applications.[7,11,20] Bambauer *et al.*[20] reported a decrease in platelet attachment and thrombus formation on silver coated silicone rubber catheters for dialysis applications. Silver has also been shown to adsorb high levels of albumin, which perhaps contributes to its relatively good blood compatibility.[21]

The heart valve prosthesis sewing cuff evaluated is designed to aggressively promote tissue ingrowth with its rough, double velour texture. However, the rough morphology and the PET polymer itself are highly attractive to microorganisms involved in endocarditis as supported by the clinical finding that infection begins in the sewing cuffs of MHV prostheses.[2] It has been suggested that most contamination leading to early onset PVE occurs intraoperatively.[2] One group found that 52% of valve prostheses and 64% of the myocardia had positive cultures prior to closure of the wound in a study of 66 patients undergoing open heart surgery.[22] Adhesion mediated infections have proven to be so resistant to both host defenses and medical management with antibiotics that PVE of MHVs, in particular, usually results in the prosthesis having to be removed and replaced.[2] Therefore, it is critical to prevent the infectious organism from adhering to or propagating on the device in the first place.

Some surgeons dip MHVs in antibiotics to lessen the perioperative contamination.[22] However, the drug is rapidly eluted from the prosthesis into the blood and surrounding tissue. Methods to stabilize the antibiotic on prostheses using surfactants also result in relatively fast elution.[23] Other approaches to reducing microbial colonization of medical devices have included coating with drugs to reduce inflammation and surface modification with nonadhesive materials such as silicone, polytetrafluoroethylene, and hydrogels.[24-26] Antibiotic and other drug therapies pose difficulties in dosing appropriately to maximize efficacy and minimize toxicity. Passive coatings aimed at preventing protein and cellular attachment have been shown to be inevitably ineffective.[27]

This study showed that IBAD silver coating for a MHV sewing cuff was tightly adherent and low leaching inhibited colonization of the fabric by microorganisms implicated in PVE (and may therefore provide added protection from intraoperative contamination), and facilitated controlled tissue ingrowth and incorporation. These data support further investigation into the benefits of providing a MHV prosthesis with an antimicrobial silver modified sewing cuff as an additional option to the cardiac surgeon for the treatment of native valve endocarditis (NVE) or prosthetic valve endocarditis (PVE).

## Acknowledgment

The authors thank Sheila Kelly for performing the scanning electron microscopy studies, Dan Langanki for performing the *in vitro* washout study, and Matt Ogle for performing the elemental analysis.

## References

1. Lytle BW, Priest BP, Taylor PC, *et al.*: Surgery for acquired heart disease. Surgical treatment of prosthetic valve endocarditis. *J Thorac Cardiovasc Surg* 111: 198–210, 1996.
2. Cowgill LD, Addonizio VP, Hopeman AR, Harken AH: A practical approach to prosthetic valve endocarditis. *Ann Thorac Surg* 43: 450–457, 1987.
3. Edmunds LH: Thrombotic and bleeding complications of prosthetic heart valves. *Ann Thorac Surg* 44: 430–445, 1987.
4. Pansini S, di Summa M, Patane F, Foresennati PG, Serra M, Del Ponte S: Risk of recurrence after reoperation for prosthetic valve endocarditis. *J Heart Valve Dis* 6: 84–87, 1997.
5. Perrelli G, Piolatto G: Tentative reference values for gold, silver and platinum: literature data analysis. *Sci Total Environ* 120: 93–96, 1992.
6. Fox CL, Modak SM: Mechanism of silver sulfadiazine action on burn wound infections. *Antimicrob Agents Chemother* 5: 582–588, 1974.
7. Jansen B, Rinck M, Wolbring P, Strohmeier A, Jahns T: In vitro evaluation of the antimicrobial efficacy and biocompatibility of a silver-coated central venous catheter. *J Biomater Appl* 9: 55–70, 1994.
8. Liedberg H, Lundeberg T: Assessment of silver-coated urinary catheter toxicity by cell culture. *Urol Res* 17: 359–360, 1989.
9. Gravens DL, Margraf HW, Butcher HR, Ballinger WF: The antibacterial effect of treating suture with silver. *Surgery* 73: 122–127, 1973.
10. Kaga M, Seale NS, Hanawa T, Ferracaone JL, Waite DE, Okabe T: Cytotoxicity of amalgams, alloys, and their elements and phases. *Dent Mater* 7: 68–72, 1991.
11. Kinney EV, Bandyk DF, Seabrook GA, Kelly HM, Towne JB: Antibiotic-bonded PTFE vascular grafts: the effect of silver antibiotic on bioactivity following implantation. *J Surg Res* 50: 430–435, 1991.
12. Cannas M, Tobin EJ, Sioshansi P, Masse A, Rizzo E: Bacterial colonization of silver modified pin surfaces for external fixation: in vitro preliminary observations. Fifth World Biomater Congress Trans, p. 163, 1996.
13. Zisman WA: Relation of the equilibrium contact angle to liquid and constitution. *Adv Chem Ser* 43: 1–51, 1970.
14. Kaelble DH: Dispersion-polar surface tension properties of organic solids. *J Adhesion* 2: 66–81, 1970.
15. Irwin ED, Clack R, Lang G, *et al.*: Long-term evaluation of prosthetic mitral valves in sheep. *J Invest Surg* 6: 133–141, 1993.
16. Wan AT, Conyers RAJ, Coombs CJ, Masterton JP: Determination of silver in blood, urine, and tissues of volunteers and burn patients. *Clin Chem* 37: 1683–1687, 1991.
17. Riley DK, Classen DC, Stevens LE, Burke JP: A large randomized clinical trial of a silver-impregnated urinary catheter. *Am J Med* 98: 349–356, 1995.
18. Grier N: Silver and its compounds, in Block SS (ed), *Disinfection, Sterilization and Preservation*, Philadelphia, Lea & Febiger, 1977, pp. 395–407.
19. Petering HG: Pharmacology and toxicology of heavy metals: silver. *Pharmacol Ther* [A] 1: 127–130, 1976.
20. Bambauer R, Mestres P, Schiel R, Sioshansi P: New surface-treatment technologies for catheters used for extracorporeal detoxification methods. *Dialysis Transplant* 24: 228–237, 1995.
21. Williams RL, Doherty PJ, Vince DG, Grashoff GJ, Williams DF: The biocompatibility of silver. *CRC* 5: 221–243, 1989.



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

Table 3. Microbial Challenges: Mean % Reduction

| Organism | NYS63 | | Dow Shake | |
|---|---|---|---|---|
| | PET | PET/Ag | PET | PET/Ag |
| *S. epidermidis* | NR | 99.0 (1.9) | 12.5 (17.7) | 97.1 (3.3) |
| *S. pyogenes* | NR | 99.7 (0.3) | NR | 68.5 (43.8) |
| *S. aureus* | NR | 98.2 (1.2) | NR | 96.7 |
| *C. albicans* | 29.2 (1.8) | 99.5 (0.3) | NR | 98.6 (1.7) |

NR, no reduction.

(PHI, Eden Prairie, MN) with monochromatic Al Kα x-ray radiation. Average depth of penetration was 60 Å and the take-off angle was 65°. Depth profiling to 40 Å depth was also performed using a 4 KeV $Ar^+$ ion beam at a sputter rate for silver of 32 Å/min.

### In Vitro *Efficacy*

*In vitro* efficacy of the silver coated fabric was assessed using the New York State (NYS) 63 test for bacteriostatic activity, the Dow Corning Shake Flask test, and a static incubation test. Each assay was repeated on two separate days. The NYS63 test method for bacteriostatic activity consisted of incubating $2 \times 10^4$ to $1 \times 10^5$ CFU of *S. aureus, S. pyogenes, C. albicans,* or *S. epidermidis* in a humidified atmosphere with 1 in squares of uncoated and coated fabric at 37°C for 24 hr. The samples were diluted with 99 ml of Letheen Broth and vigorously shaken for 1 min. Serial dilutions were plated on nutrient agar, incubated again for 24–48 hr, and counted. The percent reduction of each organism was determined. Five replicates were done in each assay.

Dow Shake Flask test consisted of inoculating 70 ml of Kayser-Roth phosphate buffer with 5 ml of $1-2 \times 10^4$ CFU/ml *S. aureus, S. pyogenes, C. albicans,* or *S. epidermidis,* placing 0.75 g of uncoated or coated fabric in the suspension, and shaking vigorously for 1 hr in a wrist action shaker (Burrell Scientific, Pittsburgh, PA) at 37°C. Aliquots of solutions are plated into petri dishes and incubated for at least 24 hr and then counted. A percent reduction was calculated. An initial count was obtained before the samples were added.

A final bioactivity assay consisted of incubating $1 \times 1$ $cm^2$ pieces of coated and uncoated fabric for 48 hr at 30–35°C in 10 ml of tryptic soy broth inoculated with 10–100 CFU of either *S. aureus, P. aeruginosa,* or *S. epidermidis.* Specimens were rinsed in saline, fixed in 2% buffered glutaraldehyde, serially dehydrated with ethanol, dried with hexamethyldisilazane, coated with a gold palladium film, and imaged using scanning electron microscopy (Hitachi 450; Hitachi, Tokyo, Japan) to assess the nature of organism interaction with the fabric.

### *Silver Leaching*

The leach rate of silver from fabric sewing cuffs was tested *in vitro* in serum. Two 17 mm valves with uncoated cuffs and two 17 mm valves with coated cuffs were exposed to 495 ml fetal bovine serum (Hyclone Laboratories, Logan, UT) for 7 days at 37°C with rotation at 100 rpm (Environ Shaker; Lab-Line, Melrose Park, IL). Five milliliter samples of the serum were subjected to elemental analysis for silver pre-exposure and at 5 hr, 1, 2, 3, 4, and 7 days post exposure. Elemental analysis was performed using an inductively coupled plasma atomic emission spectrometer (Atom Scan 16: Thermo Jarrell Ash, Franklin, MA). Standard curves were prepared using 10,000 ppm NIST Silver in 14% nitric acid. The range was from 0 to 500 ppb. All samples were lyophilized and then hydrolyzed in 17.5% nitric acid at 115°C for 24 hr. The samples were diluted to 14% nitric acid before analysis. The quantitation limit was 25 ppb.

### *Cardiac Valve Replacement (CVR) Model*

All animal care complied with the Principles of Laboratory Animal Care and The Guide for the Care and Use of Laboratory



**Figure 1.** Scanning electron micrographs of *S. epidermidis* reaction to uncoated fabric (a) and silver coated fabric (b). Original magnification ×5,000. Magnification bar = 2.5 μm.

SJM0130032228MDL

CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER



**Figure 2.** Scanning electron micrographs of *P. aeruginosa* reaction to uncoated fabric (**a**) and silver coated fabric (**b**). Original magnification ×5,000. Magnification bar = 2.5 μm.

Animals (NIH Publication No. 82-23, 1985). All protocols were approved by the facility's animal care committee. SJM Masters Series valves with half silver coated and half uncoated PET cuffs were implanted in the mitral position of four Suffolk sheep, each weighing ~25 kg. The native mitral valve was either left intact or the anterior leaflet was removed. No anticoagulants were given postoperatively. Prophylactic antibiotics were given for 7–10 days postoperatively. The valves were sutured into the annulus using interrupted horizontal mattress sutures of 3-0 Tevdek (Deknatel) with or without Teflon felt reinforcing pledgets. Serum samples were prepared from whole blood drawn pre-implantation, 1, 2, and 3 weeks post operatively, and pre-sacrifice and assayed for silver using elemental analysis as described above. The silver quantitation limit was 12.5 ppb. Values that fell below this limit were assigned the value 12.5 ppb. Four to five weeks after implantation, the valves were explanted after the animals were systemically anticoagulated with 300 units heparin/kg body wt and killed. Pre-operative, intraoperative, and postoperative techniques and husbandry methods are described in detail elsewhere.[15] Explanted valves were fixed in McDowell–Trump fixative after rinsing with 0.1 *M* phosphate buffer and analyzed macroscopically and histologically for tissue reaction. Silver




**Figure 3.** Cumulative and incremental *in vitro* leaching of silver from mechanical heart valves with ion bean assisted deposition silver coated cuffs in serum. Error bars are SEMs. *Value went negative and was assigned 0.

coated and uncoated sewing cuff histology samples were retrieved 45° from the two seams. The thickness of the tissue (pannus) covering the sewing cuffs was measured using a calibrated reticle.

## Results

Surface energy and XPS measurements are shown in **Tables 1** and **2**. Modification of the PET film with IBAD silver resulted in a surface with increased hydrophobicity, decreased $\gamma_c$, and decreased polarity. XPS results show a surface that is predominantly C, Ag, and O. Analysis of the oxygen surface chemistry shows the oxygen is bound to C and not Ag. Depth profiling shows that both C and O drop off after no more than 16 Å is removed (data not shown).

The results of the NYS63 and Dow Shake Flask tests are shown in **Table 3**. The mean percent reduction of organisms on the silver coated fabric in the static NYS63 test ranged from 98.2% for *S. aureus* to 99.7% for *S. pyogenes* compared with little to no reduction with the uncoated fabric. The Dow Shake test showed a mean reduction that ranged from 68.5% for *S. pyogenes* to 98.6% for *C. albicans* for silver coated fabric compared with little to no reduction with the uncoated fabric. *S. pyogenes'* apparent need to be in prolonged direct contact with silver to achieve inhibition may explain the difference in reduction in the Dow Shake test compared to the NYS63 test. The scanning electron microscopic analysis of uncoated and silver coated fabric incubated with microorganisms indicated that there were fewer organisms attached and less colonization of the bacteria on the silver coated fabric than the uncoated control for both *S. epidermidis* and *P. aeruginosa* (**Figures 1** and **2**). The silver coating on the fabric also inhibited the accumulation of *S. aureus;* most bacteria were attached as singlets or doublets (data not shown).

Cumulative and incremental *in vitro* silver leaching data are shown in **Figure 3**. The results show that ~2% of the silver is released from the cuff in serum within 7 days and the release has reached a plateau. The incremental release data show that the majority of the silver was released in the first 3 days. No silver was detected in uncoated controls, as anticipated. The maximum level of silver detected in the serum was 387 ppb (data not shown), which corresponds to 55 ppb in an adult human of normal blood volume (5 L). Ninety percent of silver



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

22. Kluge RM, Calia FM, McLaughlin JS, Hornick RB: Source of contamination in open heart surgery. *JAMA* 230: 1415–1418, 1974.
23. Trooskin SZ, Donetz AP, Harvey RA, Greco RS: Prevention of catheter sepsis by antibiotic bonding. *Surgery* 97: 547–551, 1985.
24. Farber BF, Wolff AG: The use of nonsteriodal antiinflammatory drugs to prevent adherence of *S. epidermidis* to medical polymers. *J Infect Dis* 166: 861–865, 1992.
25. López-López G, Pascual A, Martinez-Martinez L, Perea EJ: Effect of a siliconized latex urinary catheter on bacterial adherence and human neutrophil activity. *Diagn Microbiol Infect Dis* 14: 1–6, 1991.
26. Cox AJ, Millington RS, Huskins DWL, Sutton TM: Resistance of catheters coated with a modified hydrogel to encrustation during an in vitro test. *Urol Res* 17: 353–356, 1989.
27. Gristina AG: Biomaterial-centered infection: microbial adhesion versus tissue integration. *Science* 237: 1588–1595, 1987.




CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

Tweden KS, Cameron JD, Razzouk AJ, Holmberg WR, Kelly SJ. Biocompatibility of silver modified polyester for antimicrobial protection of prosthetic valves. Journal of Heart Valve Disease Sept 1997; 6 (5): 553-561.

Summary: Additional *in vitro* safety and efficacy results and 10-week animal study results

Key selling points:

- More good data on incidence of PVE:
  - Mortality for early PVE: 30-80% per patient-year
  - Mortality for late PVE: 20-40% per patient-year
  - Occurrence of PVE: 1-4% per patient-year
- Proof source for the sewing cuff as the most frequent site of mechanical PVE infection. *The sewing cuff is where protection is needed.*
- Proof source for use of silver in medical applications. *Silver is a proven, effective antimicrobial agent.*
- *In vitro* studies show >96% reduction in bacterial counts on direct contact with coated fabric. *Silzone™ kills microorganisms on contact in vitro, including microorganisms commonly known to cause PVE.* Microorganisms studied were *A. niger, E. coli, S. marcescens, C. tropicalis, S. mitis, S. bovis.*
- Detail on how silver works: kills microorganisms directly and also prevents microbial replication. *Silver is a proven, effective antimicrobial agent.*
- Toxic level for silver in humans = 300 parts per billion. *In vitro* and animal testing shows silver leaching with Silzone™ well below toxic levels. *Silzone™ is safe and non-toxic.*
- Pannus organized more quickly and was thinner overall on the silver coated vs. uncoated cuffs as shown in animal explants. "A thinner cuff is compatible with a milder thrombotic response to the cuff." *Silzone™ produces a healthier healing response and pannus formation vs. uncoated cuffs.*
- Establishes connection with Bambauer results on reduction in bacterial colonization and thrombus.



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER