# Exhibit 62

***In Vitro* Dynamic Serum Testing**

To simulate the *in vivo* leach rate of the Silzone™ coating, testing was conducted in an *in vitro* environment designed to represent normal human body temperature and blood flow. Two 17 mm valves with uncoated cuffs and two 17 mm valves with Silzone™ coated cuffs were exposed to 495 ml fetal bovine serum for seven days at 37°C with rotation at 100 rpm. Five ml samples of the serum were subjected to elemental analysis for silver pre-exposure and six hours, one day, two days, three days, four days, and seven days post-exposure. Elemental analysis was performed using an ion coupled plasma atomic emission spectrometer.

With a detection level of 25 ppb, tests results showed that approximately 2% of the silver is cumulatively released from the cuff within seven days. Silver levels reached a plateau at that stage. The maximum silver lost in this test translated to a 5.5 ppb serum silver level, well below toxic concentrations of 300 ppb. Normal serum levels of silver in healthy humans range from **two to ten parts per billion** (ppb). These results show that the Silzone™ coating is tightly adherent when challenged dynamically in serum.

Q: Does silver affect pyrolitic carbon in any way?

A: No, the Silzone™ coating is applied to the polyester fabric used in SJM Masters Series valves before valve assembly, so the carbon is not involved as silver is applied to the fabric. Assembly testing on several hundred valves has confirmed that the addition of silver to the sewing cuff does not change the assembly process. Since the silver is permanently impregnanted into the sewing cuff fabric, it does not wear off with handling or use. The permanence of the Silzone™ coating has been well documented by Spire Corporation and confirmed in animal and human testing of blood silver levels performed by St. Jude Medical.

Q: Does silver effect the rings and spring in any way (corrosion)?

A: No. An independent third-party lab tested Silzone™ coated valves to determine if any corrosion between the silver coating and the rotational rings and spring would occur. They concluded that the silver and the rings/spring were compatible metals and that the addition of metallic silver to the valve's cuff does not cause galvanic corrosion with rings and springs.

Q: Does MRI affect the function of the valve?

Short A: No, the SJM® Masters Series valve with Silzone™ coating is MRI-compatible.

Long A: One of the many design requirements of the new SJM® Masters Series valve with Silzone™ coating is that the materials, including the metallic coating, be compatible with MRI testing. When determining the safety of MRI on implantable devices, there are four important technical issues that can affect the patient directly: (i) distortion of the MRI image, (ii) the potential for physical movement or dislodgement of the prosthesis, (iii) heating of the prosthesis, and (iv) electrical voltages induced by the MRI magnet. All four of these potential hazards have been researched through an engineering analysis and a literature review.

The findings are as follows:

- The rotation mechanism of the SJM® Masters Series valve includes metal components that can cause minor MRI image artifact or distortion. Image distortion is not uncommon with prosthetic heart valves and produces no harmful effects to the patient.

- Addition of the non-ferromagnetic silver coating on the sewing cuff of the SJM® Masters Series valve with Silzone™ coating does not increase MRI image distortion.

- There is no evidence to indicate the presence of any kind of hazard to the patient caused by movement of the prosthesis, an increase in temperature of the prosthesis, or the voltage induced by the MRI.

In summary, the engineering analysis, both quantitatively and qualitatively, as well as the literature review, indicate that there is no evidence contra-indicating MRI for patients with an implanted SJM® Masters Series valve with Silzone™ coating, specific to patient hazards.

Q: How do I know if a patient is allergic to the Silzone™ valve?

A: Patients must be asked about silver allergies before implantation of the SJM® Masters Series valve with Silzone™ coating. The SJM® Masters Series valve with Silzone™ coating is contra-indicated in patients



CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

with known allergies to silver. Allergies to metallic silver are extremely rare.

Q: Do I need to test patients preoperatively for silver allergies?
A: No. Allergies to metallic silver are extremely rare. As with pharmaceuticals and other medical devices, pre-operative allergy testing is not mandatory before use.

Q: Are there any contraindications to Silzone™?
A: Yes, the SJM® Masters Series valve with Silzone™ coating is contra-indicated in patients with known allergies to silver.

Implantability

Q: Will silver change the implantability of the valve?
A: No, the Silzone™ coating creates no noticeable change in the handling of the sewing cuff fabric. Surgeons involved with the animal implants as well as the initial human implants were surveyed on the handling characteristics of the Silzone™ coated sewing cuff. All involved indicated that handling and ease of suturing was equivalent to that of uncoated cuffs. Listed below are two survey questions and the responses:

- *Please describe the ease in which the needle and suture penetrated through the sewing cuff.*

| | |
|---|---|
| Easy: | 9 responses |
| Meets needs: | 5 responses |
| Difficult: | 0 responses |

- *How does this cuff's implant characteristics compare to other valves you implant?*

| | |
|---|---|
| Better: | 0 responses |
| Same: | 14 responses |
| More difficult: | 0 responses |

Q: These valves don't have suture markers.
A: The Silzone™ coating covers up the black suture markers on the sewing cuff of the SJM® Masters Series valve. Instead, suture indicators have been added to the blue plastic holder rotator packaged with each aortic Silzone™ valve. Three indents in the aortic holder rotator serve to guide surgeons in placement of sutures. (Please be aware that in order to be prepared for launch, some Silzone™ valves were packaged before the new aortic holder rotators with suture indicators were available.)

For mitral Silzone™ valves, the two suture protrusions on the valve's holder rotator and the two pivot guards serve as suture indicators. They divide the sewing cuff into four equal quadrants for even placement of sutures.

Q: How does Silzone™ affect tissue ingrowth?
A: Surgeons have come to expect the rapid yet controlled endothelial ingrowth that is characteristic of the St. Jude Medical® heart valve polyester sewing cuff. The addition of the Silzone™ coating does not inhibit this ingrowth in any way. The Silzone™ coated sewing cuff allows for the same rapid, yet controlled, tissue ingrowth over the entire sewing cuff, minimizing the prosthetic blood area exposure to blood.

In fact, tissue ingrowth may be healthier with the addition of the Silzone™ coating. Preliminary animal studies suggest that pannus has greater organization at an earlier stage on the Silzone™ coated sewing cuff than on the uncoated sewing cuff. More organized, yet controlled, pannus creates fewer uneven surfaces and less vegetation which may minimize the formation of thrombus. This makes the Silzone™ coated sewing cuff potentially more resistant to thrombosis and infection. This may lead to lower rates of thrombus and thromboembolism.



CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

SJM0130032298MDL