# Exhibit 63

**Harvard Medical School**

**Brigham and Women's Hospital**

**Frederick J. Schoen, M.D., Ph.D.**
*Professor of Pathology*

*Vice Chairman, Department of Pathology*

*Director, Cardiac Pathology*

*Department of Pathology*
*Brigham and Women's Hospital*
*75 Francis Street*
*Boston, Massachusetts 02115*

*(617) 732-5709*
*Fax: (617) 232-9820*
*FJSCHOEN@BICS.BWH.HARVARD.EDU*

March 10, 1997

Katherine S. Tweden, Ph.D.
Senior Research Scientist
St. Jude Medical, Inc.
One Lillehei Plaza
St. Paul, MN 55117

Dear Katherine,

I've reviewed two specimens of transected sheep hearts containing St. Jude Medical Masters Series mitral mechanical heart valves, labeled SJII-8, and SJII-9 (our CP-8946 and CP-8947, respectively).

Specimen SJII-8 has a near-anatomic orientation of the valve with the anterior pivot region pointed toward the anterior commissure between the anterior and posterior mitral leaflets. The native mitral valve and its apparatus are maintained intact in the left ventricle; there is no evidence of interference of the motion of the prosthetic valve hemileaflets by the retained valve fragments. There is considerable pannus overgrowth that extends up along the inside of both pivot guards and fixes/immobilizes the involved valve hemileaflet, but this appears to have no relationship to the anterior mitral leaflet. Thrombus beyond the edge of the orifice on the inflow aspect appears to be a consequence of the pannus. Two rather prominent, green suture knots are directly adjacent to the pivot guards and other sutures around the orifice in the area of the incorporated hemileaflet are covered by neointima. While the relationship between the sutures and the pannus is uncertain, no other cause for excessive tissue overgrowth is apparent. There is also a small amount of thrombus on the outflow surface of the valve prosthesis near the pivot points.

Specimen SJII-9 has the valve oriented in an anti-anatomic position, with a pivot region directed only slightly posterior to the center of the anterior mitral leaflet. The mitral valve and submitral apparatus are intact and do not appear to interfere with the motion of the hemileaflets. Excessive pannus extends only slightly (0.5 mm) beyond the lip of the orifice, but is relatively uniform in thickness around the inflow aspect of the sewing ring and does not appear to be interfering with hemileaflet motion. There is no apparent thrombus associated with either inflow or outflow aspects of the valve. The cause of the extension of the pannus over the lip is not apparent, but it does not seems to be related to the retention of the mitral valve or the submitral apparatus.

In neither case can I find a relationship between the excessive pannus and either the retention of the mitral leaflets and other portions of the mitral valve apparatus distal to the valve or the orientation of the prosthetic valve. I shall be pleased to discuss these issues in more detail.

Sincerely,

Frederick J. Schoen

Frederick J. Schoen, M.D., Ph.D.

FJS:cd

SJM3.CON