# Exhibit 64

TO: KATHERINE TWEDEN 697-2090

Author: FJSCHOEN@BICS.BWH.HARVARD.EDU at SJM-INTERNET-GATEWAY
Date: 7/29/97 2:03 PM
Priority: Normal
TO: Bill R. Holmberg at TECHNOLOGY
TO: holmberg@BICS.BWH.HARVARD.EDU at SJM-INTERNET-GATEWAY
Subject: Animal Study

---------------------------------- Message Contents ----------------------------------

Dr. Schoen,

I am trying to contact you on behalf of Katherine Tweden. Katherine had sent two specimens of transected sheep hearts containing St Jude Medical mechanical valves in March of this year to you for review. One specimen had excessive pannus overgrowth which impeded one of the valve leaflets. Two prominent suture knots were directly adjacent to the pivot guards.

Upon your review you stated "While the relationship between the sutures and the pannus is uncertain, no other cause for the excessive tissue overgrowth is apparent."

Katherine is preparing a manuscript for publication in the Journal of Heart Valve Disease. This animal work is part of the manuscript. She would like to state that the cause of the overgrowth is uncertain, but the long suture tails and knots are a probable cause. She would like to mention in the manuscript that you have reviewed this specimen.

Katherine is no longer with St. Jude Medical, but would like to know if it would be okay to use your name in the manuscript regarding this. If you could let us know it would be greatly appreciated. You may contact me by email "holmbwr@sjm.com", fax (612 481 7676), or phone (612 481 7654). You could also contact Katherine by phone (612 697 2093) or fax (612 697 2030).

Thank you for your assistance regarding this.

Regards,

Bill Holmberg
Project Engineer

---

Message above sent by holmberg, bill r. <holmbwr@sjm.com> on TUE JUL 29,1997 2:46 PM.
Reply by Frederick J. Schoen, M.D., Ph.D. follows:

---

I prefer not to be quoted word-for-word, but it is acceptable to mention in an Acknowledgement that " the gross specimen(s) was (were) reviewed by Dr. Frederick J. Schoen, Brigham & Women's Hospital and Harvard Medical School, Boston". Thanks. Best wishes.

Copied from letter by: holmberg, bill r. <holmbwr@sjm.com>

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER