# Exhibit 66

## Features and Benefits

*Feature:* Silzone™ coating

*Benefit:* Permanent/minimally leaching

Silver is impregnated into each individual strand of fabric on the valve's sewing cuff using a patented ion beam assisted deposition (IBAD) process developed by the Spire Corporation. The result is a permanent, high quality silver surface that is durable, biocompatible, and uniformly coated. IBAD is a novel process that produces exceptional, ultra-adherent coatings.

To ensure the safety and integrity of the product, testing was completed to demonstrate minimal leaching of silver from the Silzone™ coated sewing cuff fabric when exposed to simulated *in vivo* conditions. Leaching is the dissolving or removal of silver from the sewing cuff.

*In Vitro Dynamic Serum Testing*
To simulate the *in vivo* leach rate of the Silzone™ coating, testing was conducted in an *in vitro* environment designed to represent normal human body temperature and blood flow. Two 17 mm valves with uncoated cuffs and two 17 mm valves with Silzone™ coated cuffs were exposed to 495 ml fetal bovine serum for seven days at 37°C with rotation at 100 rpm. Five ml samples of the serum were subjected to elemental analysis for silver pre-exposure and six hours, one day, two days, three days, four days, and seven days post-exposure. Elemental analysis was performed using an ion coupled plasma atomic emission spectrometer.

With a detection level of 25 ppb, tests results showed that approximately 2% of the silver is cumulatively released from the cuff within seven days. Silver levels reached a plateau at that stage. The maximum silver lost in this test translated to a 5.5 ppb serum silver level, well below toxic concentrations of 300 ppb. Normal serum levels of silver in healthy humans range from **two to ten parts per billion** (ppb).




These results show that the Silzone™ coating is tightly adherent when challenged dynamically in serum.

SJM0130032118BR

CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER