# Exhibit 67

Next, do not be put off by the lack of human clinical studies. First, that situation will be addressed shortly. Mention the large worldwide randomized prospective clinical study St. Jude is conducting. Use this as an example of St. Jude's commitment to and belief in the technology. In some geographies, the fact that the Mayo Clinic will serve as the lead investigative site is impressive. Second, you can use it to your advantage by pointing out the "leading edge" nature of the technology. Third, focus on the *in vitro* and animal studies. The magnified scanning electron microscope photos have proven to be very effective. Fourth, reference the published studies by Bambauer showing *in vivo* effectiveness of the silver coating with catheters. While the Silzone™ coating on our valve may be new, silver as an antimicrobial agent is widely used and clinically proven.

Before we close, here's one technical point to remember: refer to Silzone™ as a *permanent, minimally leaching* coating. Thanks to Spire's proprietary technology, the coating leaches very minimally, enough to create the antimicrobial effect, but so very slowly that the coating will last a lifetime. It is important to understand that some leaching is required to be effective but that the Silzone™ coating is permanent and biocompatible.

Finally, stress the unique, differentiated nature of the Silzone™ coating. We are offering a truly distinct advantage over competitors. This is not a me-too feature - it's a clearly revolutionary improvement in heart valve technology, and we are way ahead of our competitors. Use Silzone™ to leverage the Masters Series line to surgeons using competitive mechanical valves. You heard an example of this in the second episode.

Remember, additional sales aids and materials, including a comprehensive Q&A sheet and an annotated review of the available literature, are available through the Marketing Department. This is the end of his tape. Good selling and thanks for listening.

END





CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER