# Exhibit 68

ST. JUDE MEDICAL

9059411863

115CCC
6,D

August 21, 1996

Piran Sioshansi, Ph. D.
Vice President, Biomaterials
Spire Corporation
One Patriots Park
Bedford, MA 01730-2396

Dear Dr. Sioshansi:

Based on testing we have performed, we have developed some concerns of the SPI-ARGENT™ coating on our cuff fabric. When immersed in blood or saline, some of the silver is being converted to silver chloride. When coupled with the components of the valve, a galvanic cell is created. These are things we discussed in our initial visit to Spire, but were assured should not be a problem. We now have two large concerns: leaching and corrosion.

*Leaching*
We are seeing a significant amount of silver migration in the animal study. Although we have not quantified it yet, it appears that the silver is leaching at a greater rate than expected. Can you provide more specifics on the tests Spire has performed regarding leaching? Did you look at interactions with body chemistry? Any information you can provide on this will be helpful.

*Corrosion*
The corrosion rate, when coupled with other valve components, of the silver is estimated at 200-400 Angstroms per year. With the silver corroding at these rates, it is likely during the life of the device that all of the silver could be removed. If this happens, the palladium and or titanium could be exposed. With the exposure of these materials, the galvanic couples would change. Is it possible to get samples of fabric without silver? We may need to test fabric with the titanium and palladium only, as well as, fabric with only titanium.

These issues are likely to slow down or may even stop this project if not addressed properly. Your assistance in helping us address these issues will be greatly appreciated. Please give me a call at (612)-481-7654 to further discuss.

Sincerely,

William R. Holmberg

William R. Holmberg
Project Engineer

cc: Katherine Tweden





CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER