# Exhibit 69

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

IN RE:

ST. JUDE MEDICAL, INC., : MDL DOCKET NO. 1396
SILZONE HEART VALVES PRODUCTS : DEPOSITION OF:
LIABILITY LITIGATION : RAYMOND J. BRICAULT
(VOLUME I)

TRANSCRIPT of the stenographic notes of the proceedings in the above-entitled matter, as taken by and before MELANIE L. GIAMARCO, a Registered Professional Reporter, Certified Realtime Reporter, held at the law offices of Melick, Porter and Shea, 28 State Street, Boston, Massachusetts, on Thursday, August 8, 2002, commencing at 9:42 a.m.

A. Well, stainless steel has more than one component, but clearly, the concern was, would it affect the silver, in this particular case.

Q. And what did you do to find out?

A. May I read this?

Q. You don't remember this letter. I'm talking about your conversation with Mr. Holmberg when you discussed the galvanic cell issue. What did you do to get to the bottom of it?

A. At that point in time, he had called, he had a series of questions on this general subject matter. I can't remember a specific portion of the conversation, but it would have been an open technical dialogue on what affects it.

Q. And would you have taken it the next step to determine what the ramifications were with respect to the process?

A. If we had agreed as part of that conversation that Spire would do that, we would have. But in this particular case, I believe he was going to continue his studies.

Q. He was going to do that, okay.

In the letter to Dr. Sioshansi, he says, "These are things we discussed in our initial visit to Spire, but were assured should not be a problem. We

now have two large concerns: leaching and corrosion."
Now, since you don't recall seeing this letter, in the conversation that you had with Mr. Holmberg, did he qualify these subjects, leaching and corrosion, as large concerns with you, or to you?
A. He certainly discussed them as concerns.
Q. Well, looking at his letter of August 21, 1996, where he described them as, "We now have two large concerns," would that be in a similar context as he described them to you in your telephone conversation?
A. Other than to tell you I remember them being concerns, I couldn't qualify them as large or small, just concerns.
Q. Did Dr. Sioshansi come to you and say, Ray, we just -- I just got this letter from Bill Holmberg, and he has two large concerns, what do you think we should do about it? Those words or words of similar import?
A. I don't remember a specific conversation, but I'm sure that occurred. I have reasonable --
Q. Why are you sure that occurred?
A. With any, any concern a customer would raise, it would be something we would discuss internally.
Q. For the purpose of addressing the concern?