# Exhibit 70

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - - -

IN RE ST. JUDE MEDICAL, INC.,SILZONE HEART VALVES PRODUCTS

MDL DOCKET NO. 1396LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION

The following is the deposition of LAXMI PERI, taken before Jean F. Soule, Notary Public, Registered Professional Reporter, pursuant to Notice of Taking Deposition, at 600 Pillsbury Center South, 220 South Sixth Street, Minneapolis, Minnesota, commencing at 9:15 a.m., Tuesday, March 5, 2002.

* * *

A. The Silzone had the conventional looked. It was white fabric, and the Silzone had the silver color to it.

Q. Now, when these are assembled, are they manually assembled or are they all done via machines and human hands never touched them?

A. The valve fabrication involves a variety of processes, and some of them have equipment, some of them involve equipment, and -- and most of the operations involve a lot of handling and hand sewing, those types of operations.

Q. When people were handling the Silzone components, were there times that you noticed that the silver was coming off onto their hands or gloves? Did you observe that, sir?

A. Yeah.

Q. Well, just tell us what you saw in that regard.

A. I have not seen it myself, but after handling a series of Silzone valves, there would be some kind of a color on the gloves.

Q. And the color would be a silverish color?

A. Correct.

Q. To your knowledge, was there ever any