# Exhibit 71

*Feature:* Silzone™ coating

*Benefit:* Uniform, dense coating

The IBAD process produces exceptionally high-quality coatings that are dense, well-formed, and evenly distributed. The ion bombardment that is part of the coating process does not leave any gaps or holes in the surface. The uniformity of the coating, even at a microscopic level, enhances its biocompatibility and reliability.




*Cross section of a single strand of fabric on the Silzone™ coated sewing cuff.*

*Silver Atoms*

*Energetic Ions*



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

## Silver

The R&D team settled on elemental (metallic) silver as the microbial agent of choice. Silver, chemical element Ag,:

- Is a proven antimicrobial agent
- Has broad spectrum effectiveness
- Has no known microorganisms which are resistant to it
- Has been used for medicinal purposes for hundreds of years
- Has been shown to reduce infections when coated on catheters and their subcutaneous cuff, sutures, vascular grafts, and orthopedic devices.

*How does it work?*

The exact antimicrobial mechanisms of silver are not completely understood. However, it has been shown that silver is both:

- **bacteriostatic** = kills bacteria on contact
- and **bactericidal** = blocks the growth and multiplication of bacteria.

*In vitro* studies suggest that silver works by combining with a bacterium's DNA and preventing the organism from getting proteins necessary for its survival.

Note that silver is presently used on a wide array of implantable devices including:

- suture coatings,
- dental amalgams,
- orthopedic products,
- intravenous and urologic catheters,
- and vascular grafts.

Nonmedical uses include the use of silver salts as a drinking water disinfectant.

Normal serum levels of silver in healthy humans range from **two to ten parts per billion (ppb)** due to natural intake from foods and fluids. More than 90% of the silver ingested is transported through the blood by high molecular weight proteins, processed by the liver, and excreted in the bile and later the feces. The remaining silver, below 300 ppb, can be safely absorbed by the body.

The lowest level reported for silver toxicity in humans is **300 ppb**. Silver toxicity is caused by high levels of silver ions. Metallic (elemental) silver is highly inert and ionizes very slowly in humans. In contrast, silver salts, found in silver nitrates and silver sulfadiazine cream, ionize considerably more readily. As a result, metallic silver is considered to be non-toxic in humans.

Silver poisoning can result in **argyria**, in which the skin becomes dark bluish-gray due to the accumulation of the metal in the tissues. Argyia is extremely rare. Between 1921-1930, 42 cases of argyia were reported. in contrast, 3.7 million prescriptions for silver were written in 1927 alone.



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

## Ion Beam Assisted Deposition (IBAD) Process

St. Jude Medical partnered with an expert in application/coating technology, **Spire Corporation** of Bedford, Massachusetts, to apply silver to the valve sewing cuff. Spire has over ten years of experience in developing coating processes.

SJM entered into an agreement with Spire to impregnate polyester and PTFE cuff materials with silver. The agreement includes exclusivity for SJM to Spire's technology for all products related to heart valve disease. Mechanical heart valves are the first products to be introduced incorporating this new technology.

Spire uses a patented ion beam assisted (IBAD) process of applying metallic silver onto any substrate. When applying silver to the sewing cuff fabric, the IBAD process creates a dense layer of silver that is:

- permanent,
- durable,
- biocompatible,
- completely uniform throughout.

The IBAD process coats **each individual strand of fabric,** rather than just coating the surface. Although Silzone™ has been trademarked as a "coating," the IBAD process really **impregnates** the cuff fabric with silver.




*Cross section of a single strand of fabric on the Silzone™ coated sewing cuff.*



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER