# Exhibit 72

Tweden KS, Cameron JD, Razzouk AJ, Bianco RW, Holmberg WR, Bricault RJ, Barry JE, Tobin E. Silver modification of polyethylene terephthalate textiles for antimicrobial protection. ASAIO Journal 1997; 43: M475-M481.

Summary: Results of *in vitro* and 5-week animal testing

Key selling points:

- Good data on incidence of PVE:

| | |
|---|---|
| Mortality for early PVE: | 74% per patient-year |
| Mortality for late PVE: | 43% per patient-year |
| Occurrence of PVE: | 1-4% per patient-year |
| Risk of recurrent PVE: | 15% per patient-year |

- Proof source for the sewing cuff as the most frequent site of PVE infection. *The sewing cuff is where protection is needed.*

- Proof source for use of silver in medical applications. *Silver is a proven, effective antimicrobial agent.*

- Detail on how silver works: kills microorganisms directly and also prevents microbial replication. *Silver is a proven, effective antimicrobial agent.*

- Toxic level for silver in humans = 300 parts per billion. *In vitro* and animal testing shows silver leaching with Silzone™ well below toxic levels. *Silzone™ is safe and non-toxic.*

- Difficulties with other applications of antibiotics to valves. Antibiotics are short-term, difficult to dose, etc. *Silver is a more effective antimicrobial agent on valves than antibiotics.*

- *In vitro* studies show >97% reduction in bacterial counts on direct contact with coated fabric. *Silzone™ kills microorganisms on contact in vitro, including microorganisms commonly known to cause PVE.* Microorganisms studied were *S. epidermidis, S. pyogenes, C. albicans, P. aeruginosa, S. aureus.*

- More mature, more advanced, thinner pannus with the silver coated vs. uncoated valves shown in animal explants. "Fully organized pannus would provide protection from cuff-associated thrombosis and infection." *Silzone™ produces a healthier healing response and pannus formation vs. uncoated cuffs.*



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

Case 0:01-md-01396-JRT-FLN Document 410-78 Filed 01/10/2006 Page 3 of 3





Figure 4. Mechanical heart valve at 5 weeks: gross macrograph (Ag = coated half) (a); representative hematoxylin and eosin histology of uncoated cuff (b) showing immature pannus, ×125; uncoated cuff (c) showing areas of calcification (C), ×125; coated cuff (d), 125×. Arrows illustrate pannus thickness. P, polyethylene terephthalate.

ingested or absorbed is excreted in the bile,[5] which, in this case, would result in a residual 5.5 ppb serum silver level.

Representative gross macrographs and histology from the CVR study are shown in **Figure 4**. The gross reaction to the cuff was similar for both the uncoated and the coated halves (**Figure 4a**). Grossly, the pannus was >75% healed at the 4 to 5 week time period. Histopathologic analyses showed that the degrees of foreign body giant cell (FBGC) response and fibrous integration of the two halves were similar (**Figure 4**), with an average score of 1.25 (FBGC) and 1.6 (fibrous integration) on a scale of 0–4, 0 being none and 4 being marked. Also, there was a suggestion that pannus maturity was more advanced on the silver coated side than the uncoated side. The pannus in the control areas was characterized by randomly oriented, "activated fibroblasts" forming a non lamellar pattern (**Figure 4b**). Dystrophic calcification was found in control areas only (**Figure 4c**). The pannus in coated areas was characterized by regularly oriented "mature fibroblasts" forming a lamellar pattern (**Figure 4d**). The mean pannus thickness of the uncoated half was 400 ± 291 μm compared with 269 ± 235 μm for the silver coated half. Serum silver levels are shown in **Figure 5**. A slight peak is suggested at two weeks, after which it dropped to below quantitation by death (4–5 weeks).




Figure 5. Serum silver levels in sheep with mechanical heart valves with half coated and half uncoated polyethylene terephthalate sewing cuffs.

### Discussion

Silver salts and colloidals have a broad spectrum and long history as antimicrobials. However, silver must be carefully administered to avoid silver toxicity syndrome manifested as argyria (blue skin pigmentation), leukopenia, and kidney, liver, and neurologic tissue toxicity. The lowest serum level reported for this syndrome is 300 ppb.[16] Promising results have been published on the use of metallic silver and silver oxide coatings on various devices for the prevention of device associated infection.[8,17] Silver in these forms ionizes slowly providing protection against silver toxicity while offering surface contact antimicrobial benefits. Our *in vivo* CVR and *in vitro* leach studies indicate silver ionization from PET fabric to be far below toxic levels. Surface chemical analysis of the coating confirms the presence of a metallic silver state, with a thin layer of organic contaminant on the outermost surface. The XPS profile, together with the more hydrophobic and nonpolar nature of the coated surface, suggest that the IBAD process may have facilitated a surface coating of PET fragments with its hydrophobic groups (benzyl or methyl) outermost.

Our results support the broad spectrum antimicrobial activ-

SJM0130032226B

CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER