# Exhibit 73

potential of a patient acquiring an infection. In addition to prophylactic antibiotics, some surgeons elect to rinse the annulus with an antibiotic solution prior to placing a prosthetic valve. Others may soak the valve in antibiotic solution prior to implantation. No studies have been published which indicate how effective these prophylactic procedures are in reducing or preventing infective endocarditis.

Q: I want proof this will reduce endocarditis.

A: The SJM® Masters Series valve with Silzone™ coating is intended to protect the heart valve patients against infection. It has not yet been proven to reduce endocarditis. St. Jude Medical is working on animal challenge studies to show *in vivo* effectiveness, and the Company is also conducting a large worldwide prospective randomized trial between uncoated Masters Series valves and Silzone™ coated valves. In the meantime, *in vitro* studies have shown the Silzone™ coating to be more than 99% effective in reducing microorganisms on contact. The Silzone™ coating is effective *in vitro* against a wide variety of microorganisms, including bacteria and fungi which commonly cause endocarditis. Given the severity of PVE and the ineffectiveness of antibiotics in treating it, wouldn't you like extra protection for your patients provided by the Silzone™ coating?

Underlying Science

Q: How is the silver activated/how does the silver work?

A: The exact antimicrobial mechanisms of silver are not entirely understood. The general clinical explanation for the biochemical interaction of silver in the body is as follows: After implantation, the silver in the valve's sewing cuff interacts with the bloodstream, an electrolytic solution. This causes the silver to change chemical states. The silver molecule ionizes and releases an electron into the bloodstream. The remaining silver ion is positively charged and attractive to microorganisms. It binds with the microorganism's DNA, preventing reproduction. In this way, silver is bacteriostatic (blocks the growth and multiplication of bacteria). The silver ion also binds with sulfydyl groups preventing the organism from getting proteins necessary for its survival. This activity is bactericidal (kills bacteria on contact)

Q: Does the silver leach into the annulus and bloodstream?

A: Metallic silver applied with the IBAD process has demonstrated outstanding adhesion and extremely low leaching rates. To ensure the safety and integrity of the product, testing was completed to demonstrate minimal leaching of silver from the Silzone™ coated sewing cuff fabric when exposed to simulated *in vivo* conditions. Leaching is the dissolving or removal of silver from the sewing cuff. The maximum silver lost in this test translated to a 5.5 ppb serum silver level, well below toxic concentrations of 300 ppb. Normal serum levels of silver in healthy humans range from **two to ten parts per billion** (ppb). These results show that the Silzone™ coating is tightly adherent and minimally leaching.

Q: Is Silzone™ an antibiotic?

A: No. Silzone™ is an antimicrobial agent but not an antibiotic. Antibiotics did not meet St. Jude Medical's design criteria when developing an antimicrobial sewing cuff for the SJM® Masters Series valve. Antibiotics dissipate from the application site and are only effective in the short term, while the Silzone™ coating is permanent and long-term. Also, patients develop immunities to antibiotics. Silver, on the contrary, has broad spectrum effectiveness, and no known microorganisms develop resistances to it.

Q: What you really want is an antibiotic...

A: Actually, antibiotics did not meet St. Jude Medical's design criteria when developing an antimicrobial sewing cuff for the SJM® Masters Series valve. Antibiotics dissipate from the application site and are only effective in the short term, while the Silzone™ coating is permanent and long-term. Also, patients develop immunities to antibiotics. Silver, on the contrary, has broad spectrum effectiveness, and no known microorganisms develop resistances to it. The Silzone™ coating is permanently impregnated into the sewing cuff of the valve to protect patients from microbial infection.

Applications

Q: Should only use this on patients with native valve endocarditis?

A: Prosthetic valve endocarditis can affect any valve recipient, not just those who present for surgery with native valve endocarditis. Since it is impossible to predict which patients may contract PVE, wouldn't the SJM® Masters Series valve with Silzone™ coating be a worthwhile investment for all your mechanical





CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER