# Exhibit 75

*SJM® Masters Series valve with Silzone™ coating*

Silzone™

## Silzone Training

- One-shot comprehensive training
- FDA review of all written materials

*SJM® Masters Series valve with Silzone™ coating*

- Situational Analysis
- Review of Endocarditis
- Design Input and Development Process
- Testing
- Product Strategy
- Features and Benefits
- Launch Plan
- Common Objections

## Overall Objectives

- Per Strategic Plan, products are to be sought after that:
  - Address the diagnosis, treatment, or management of heart valve disease
  - Leverage our franchise and strategic relationships
- Maintain leadership position worldwide by:
  - Creating new products as defense against patent expiration
  - Maintain SJM's barrier to entry versus competitors

## Product Life Cycle




## Situational Analysis: International Success to Date




CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

## Situational Analysis: U.S. Market




## Situational Analysis: U.S. Market

- CarboMedics:
  - Prioritizing SJM knock-off valve development
  - Rumors of development work on antibiotic cuff but no visible progress
  - Continuing consignment/pricing pressure
- ATS: Increased number of IDE sites
- Monostrut valve: Recently FDA approved
- On-X valve: First U.S. implants have occurred
- Mira valve: Seeking IDE approval




## So what…
### *An unmet critical clinical need*

Current technologies are ineffective and the disease is dangerous…

"The occurrence of PVE is such a catastrophe that logic would appear to indicate the strongest attempt to try to avoid it."

B. Lytle

## *Endocarditis Defined*

- Inflammation of the valvular and parietal endocardium caused by infection
- Bacterial endocarditis caused by:
  - Bacteria
  - Fungi
  - Viruses
- Can occur whenever bacteria circulate in the bloodstream

## *Endocarditis Terminology*

- Bacteria:
  - A group of microorganisms all of which have a distinct nuclear membrane and have a cell wall of unique composition.
- Fungus:
  - A simple plant that lacks the green pigment chlorophyll.
- Microorganism/microbe:
  - Any organisms too small to be visible to the naked eye.
  - Includes bacteria, fungi, viruses, etc.



CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

## *Prosthetic Valve Endocarditis*

- Microbial infection of prosthetic heart valves
- Characterized by two forms:
  - Early PVE
  - Late PVE
- Infection usually begins in the valve's sewing cuff
- Develops in 3-6% of prosthetic heart valve patients
- Linearized incidence rate = <1% per patient year post-op

## *Prosthetic Valve Endocarditis*

- Early PVE: Less than 60 days post op
  - Mortality 30-80%
  - Results from perioperative bacteria (skin, wound infections, contaminated devices)
    - Staph. epidermidis
    - Staph. aureus
    - Fungi

## *Prosthetic Valve Endocarditis*

- Late PVE: Greater than 60 days post op
  - Mortality 20-40%
  - Results from organisms also responsible for native valve endocarditis
    - Streptococci
    - Staph. Epidermidis
    - Fungi
    - Others

## Current Treatment Options

- Prophylaxis
  - Current standards for prophylaxis include antibiotic therapy pre/post op
  - Rinse annulus in antibiotics
  - Soak valve in antibiotics
- No studies have been published which indicate how effective these procedures are in reduction/prevention of endocarditis

## Current Treatment Options

- Medical Treatment
  - 4-6 weeks of antibiotic therapy
    - Effective in 43% of cases
- Surgical
  - Includes debridement, repair or replacement
    - Required in 57% of Cases
  - If valve replaced, options include:
    - Allografts (in aortic position if available)
    - Bioprosthesis
    - Mechanical heart valve

## *Cost of Treatment*

- Weighted average cost for one PVE case

→ $36,216

- Average cost composed of

→ $17,982 for medical management

→ $60,000 for surgical managment

Source: Caro et al 1996



CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

SJM0700125068MDL

## Technology - Product Objectives

- Develop a product that protects patients against prosthetic valve endocarditis
- Antimicrobial Treatment
- Effective
- Permanent
- Safe

## Technology - Product Objectives

- Same Manufacturing Process
- No Changes to the Valve Design
- No Special Handling
  - -Same Sizing
  - -Same Package
  - -No Special Preparation

## Technology - Other Approaches

- Current Approaches for Infection Prevention
  - Antibiotics
  - Non-adhesive coatings (silicone, PTFE, hydrogels)
  - Anti-inflammatory drugs

Drugs wash out, Coatings fail early

Not Permanent, Effective?

## Technology - Silver

- Silver
  - NOT AN ANTIBIOTIC
  - Shown to have broad spectrum effectiveness, few microorganisms develop resistance
  - Used as an antimicrobial for hundreds of years
  - Shown to reduce infections when coated on catheters and their subcutaneous cuffs, sutures, vascular grafts, orthopedic devices

## Technology - Silver

- Silver Mechanism - How Does It Work?
  - Bacteriostatic- Binds with DNA of cell to prevent replication of the organism.
  - Bactericidal - Binds with metabolic proteins to "starve" or kill the cell.

## Technology - Silver

•Silver Toxicity

- Normal Silver levels. 2-10 ppb
- Silver Toxicity at levels >300 ppb
- Argyria - Blue tinge to skin & eye tissue
- Toxicity in kidney and liver tissues
- Metallic silver is considered inert & non-toxic

4

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

## *In vitro* Efficacy



Staphylococcus

- Qualitative Testing
- Quantitative Testing
  - NYS63
  - Dow Shaker
- Tested multiple organisms commonly associated with endocarditis

## *In vitro* Efficacy

*S. epidermidis*

*P. aeruginosa*



Control Treated

## *In vitro* Efficacy

*A. Niger*

*C. Tropicalis*



Control Treated

## Animal Testing

- Purpose:
  - Quantify release of silver into the bloodstream
  - Evaluate tissue response to silver coating
  - Identify any potential complications

## Animal Testing

- Methods:
  - Sheep Model
  - Mitral Valve Replacement
  - 16 Total Implants
  - 10 Week Follow Up
  - Sacrifice
    - Organs analyzed
    - Tissue response

## Animal Testing - Silver Concentrations




CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

## Technology

- Partnered with Expert in Application Technology
  - Spire Corporation - Bedford, Massachusetts - USA
  - Over ten (10) years experience
  - Other Medical Devices in use with Spire Technology
    - Orthopedic Fixation Pins
    - Central Venous Catheters

## Product Technology - Silver Treatment

**ION BEAM ASSISTED DEPOSITION (IBAD)**



## Product Technology - Silver Treatment

- Application of metallic silver
- Silver is embedded into sewing cuff fabric
- Permanent, minimally leaching, very adherent coating

## Silzone Production

- SJM obtains tubes of polyester from manufacturer
- SJM send polyester tubes to Spire Corporation
- Spire coats polyester with silver using IBAD
- Coated polyester is sent back to SJM
- SJM cuts tubes to proper length for cuffs
- Cuff manufactured by SJM in normal fashion

## Product Technology - Silver Treatment



Standard Valve



SJM Masters Series Valve with Silzone™

## Testing

- Material tests (coated fabric)
  - Confirm that the addition of Silzone doesn't degrade the polyester
  - Ensure that cuff with Silzone coating is within SJM specifications
- Assembly tests (assembled valve)
  - Confirm that the assembled valve is within SJM specifications
  - Ensure that the Silzone™ coating is not adversely affected by the assembly process
- *In vitro & In vivo* tests
  - Show antimicrobial effectiveness and safety of Silzone™ coated sewing cuff

## Animal Testing - Valve Explants



5 Week 1/2 and 1/2 | 10 Week Control | 10 Week Treated

## Animal Testing - Histology Sewing Cuff



Control, 100x | Treated, 100x

## Animal Testing - Histology

MICROSCOPIC EXAMINATION (Histopathology)
OF IMPLANTED VALVE PROSTHESIS

| | Coated (N=6) | Non-Coated (N=3) | P |
|---|---|---|---|
| Foreign body response | 2.50 | 2.67 | NS |
| Fibrous tissue integration | 2.75 | 2.17 | NS |
| Pannus thickness inflow surface (μm) | 0.312 | 0.572 | NS |

## Technology - Silver

- Egyptians, Alexander the Great
- Middle Ages
- 1884
- 1893 - onward
- 1950s
- 1968
- 1980s

- Quality of Water
- Salts - Epilepsy
- $AgNO_3$ Eyedrops
- Profusion of silver for many purposes
- Antibiotics
- Silver sulfadiazine (SSD)
- Medical Devices

## Technology - Silver

### Silver Toxicity

- Between 1921-1930, 42 cases of Argyria reported
- 3.7 million prescriptions for silver in 1927 alone
- Related to dose, form of silver, metabolism of the subject
- Mean dose causing argyria was 156 grams
- Lowest dose causing argyria was 1.4 grams

## *In vitro* Efficacy



## *In vitro* Efficacy

Percent (%) Reduction of Organisms




## Animal Testing - Organ Response

**Silver Concentrations (ug/g)**

| | Mitral Annulus | Liver | Kidney |
|---|---|---|---|
| Coated | 6.01 | 6.13 | 4.44 |
| Control | N/D | 2.02 | 0.99 |

## Animal Testing - Organ Histology




Control, 100x Treated, 100x

## *In vivo* Efficacy

- Purpose
  - Determine ability of Silzone to kill &/or inhibit bacteria in subcutaneous in vivo model
  - Analyze tissue response of inoculated treated and control fabric

## *Gross Macrographs -Efficacy*

**Inoculated w/ *S. epidermidis*** **Uninoculated**



Control Treated Control Treated

## *Histology - Efficacy*

**Uninoculated** **Inoculated w/ *S. epidermidis***



Control Treated Control Treated



CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

*Infection Scores*

*Statistically significant difference (student's t-test)

## Animal Efficacy Testing

- Guinea pig subdermal implants of inoculated fabric

→ Silzone clears 94% of *p. aeruginosa* 3 days post-implant

Organisms Recovered (thousands)




## Clinical Assessment - Objectives

- Verify human reaction to silver in sewing cuff is similar to animals (no issues).
  - Perform in controlled setting.
    - » Limited patient and center enrollment
  - Monitor silver concentrations over time.
  - Monitor complications.
  - Follow a minimum of 20 patients for 2 months.

## LIMRA - Human Safety

- Purpose: Measure silver concentrations in HUMAN PATIENTS, assure that silver coating is non-toxic
- First implant of Silzone valve = January 1997
- Two locations = The Netherlands, Germany
- Study population = 20 patients
- Completed July 1997
- Results:
  - Blood silver levels all very low
  - Silver levels mimic animal results
  - Four patients who had pre-operative endocarditis included in twenty patients

## Clinical Assessment - Sliver Concentrations

Silver Concentrations in Blood Serum
(Average: 32 patients)




## Clinical Assessment - Sliver Concentrations

Silver Concentrations in Blood Serum
(Average: 32 patients)




/

## Clinical Assessment -Handling Response

Needle & Suture Penetration:

| | |
|---|---|
| Easy | 14 |
| Meets needs | 14 |
| Difficult | 0 |

Implant Characteristics:

| | |
|---|---|
| Better | 0 |
| Same | 28 |
| More difficult | 0 |

## Conclusions

- Silver technology is effective against organisms common to PVE (*in vitro*)
- Silver concentrations well below toxic levels - no systemic adverse affects and end organ damage
- Tissue response not adversely affected
- No adverse complications identified
- Shows promise in treating PVE

## Product Strategy

- Branding

Silzone™

St. Jude Medical® mechanical heart valve
SJM® Masters Series with Silzone™ coating

## Product Positioning

- *The SJM® Masters Series valve with Silzone™ coating, used prophylactically, provides the most advanced antimicrobial protection available for valve patients within the unique, trusted design of the St. Jude Medical® mechanical heart valve SJM® Masters Series valve.*

## Product Claims

- Initial product claims:
  - Resistant to microbial attachment
  - Resistant to microbial colonization
- SJM selling story:

→ *SJM Claim:*

- Silzone™ kills many microorganisms on contact, including *S. epidermidis* and *S. aureus*, which frequently cause prosthetic valve endocarditis.

→ *Inference but not an SJM claim:*

- Silzone™ reduces the incidence of prosthetic valve endocarditis.

*Feature:* Silzone™ Coating

*Benefit:* Non-toxic

| Sample | Average silver level per patient (ppb) Lab A (detects >2 ppb) | n | Average silver level per patient (ppb) Lab B (detects >3 ppb) | n |
|---|---|---|---|---|
| Preoperative | <20 | 10 | <30 | 10 |
| 24 hours | 24 | 10 | 1.22 | 10 |
| 72 hours | 3 | 10 | 1.64 | 9 |
| Predischarge | 25 | 10 | 1.93 | 10 |
| 30 days | 2 | 9 | 1.55 | 10 |
| 60 days | 24 | 9 | 1.81 | 10 |



CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

## Common Objections/Issues

- Can patients become toxic to the Silzone™ valve?
- Will the coating wear off?
- Does silver affect the carbon or rings/spring in any way?
- Does Silzone™ affect MRI?
- Are there any contraindications to Silzone™?
- Do I need to test patients pre-operatively for silver allergies?
- Will silver change the implantability of the valve?
- These valves don't have suture markers.
- Will the Silzone™ inhibit tissue ingrowth?
- Does Silzone™ affect the patient's anticoagulation regimen?
- What about sutures and pledgets?

## Common Objections/Issues

- Why didn't you do this years ago?
- Endocarditis is not an issue at my hospital.
- I want proof this will reduce prosthetic valve endocarditis.
- How exactly does the silver work?
- Does the silver leach into the annulus/bloodstream?
- What you really want is an antibiotic...
- Should I only use this with patients with native/PV endocarditis?
- But in acute endocarditis we only use allografts...
- Won't our competitors copy us?

## Conclusion: Sales Message

Bacteria Causes Endocarditis

Endocarditis Is Bad

Silzone™ Stops Bacteria

Silzone™ Is the Treatment of Choice for All Valve Procedure Patients

## LIMRA - Human Safety

- Purpose: Measure silver concentrations in HUMAN PATIENTS, assure that silver coating is non-toxic
- First implant of Silzone valve = January 1997
- Two locations = The Netherlands, Germany
- Study population = 20 patients
- Completed July 1997
- Results:
  - Blood silver levels all very low
  - Silver levels mimic animal results
  - Four patients who had pre-operative endocarditis included in twenty patients

## Product Positioning

- *The SJM® Masters Series valve with Silzone™ coating, used prophylactically, provides the most advanced antimicrobial protection available for valve patients within the unique, trusted design of the St. Jude Medical® mechanical heart valve SJM® Masters Series valve.*

## Targeting

- Initial target:
  - Scientific Advisory Board members
  - Competitive accounts
  - Accounts considering other valves
- Full target:
  - All cardiovascular surgeons for prophylactic use in all patients requiring valve replacement



ATTORNEY-CLIENT OR WORK PRODUCT PRIVILEGED - OR CONFIDENTIAL OR PROPRIETARY

## FDA Disclaimer

- All written materials must be clearly labeled with:

The trademark "Silzone" represents a proprietary metallic silver coating which is applied to the valve sewing cuff. No clinical studies have been performed to evaluate the effect of the Silzone™ coating on reducing the incidence of endocarditis.

## Patent Protection

- Spire Corporation:
  - Patents on IBAD process
- St. Jude Medical:
  - Patents pending on use of silver as antimicrobial agent
  - Applies to heart valve repair and replacement products and accessories including valves, rings, sutures, pledgets, etc.

## Features and Benefits Summary

- Silzone™ coating:
  - Permanent/minimally leaching
  - Biocompatible/non-toxic
  - Kills microorganisms on contact *in vitro*
  - No effect on tissue ingrowth
  - Established tissue response
  - Uniform
  - No effect on handling of sewing cuff
- Rotatable design
- Radiopaque rotation ring
- MRI compatible
- Suture indicators on rotators
- St. Jude Medical® mechanical heart valve features

*Feature:* Silzone™ Coating

*Benefit:* Minimally leaching



*Feature:* Silzone™ Coating

*Benefit:* Kills microorganisms on contact *in vitro*



Uncoated



Coated

*Feature:* Silzone™ Coating

*Benefit:* No effect on tissue ingrowth



Uncoated
10 week sheep explant



Coated
10 week sheep explant



ATTORNEY-CLIENT OR WORK PRODUCT PRIVILEGED - OR CONFIDENTIAL OR PROPRIETARY

SJM0700125077MDL

*Feature:* Silzone™ Coating

*Benefit:* Established tissue response



Control, 100x



Treated, 100x

*Feature:* Silzone™ Coating

*Benefit:* Uniform, dense coating

*Benefit:* No effect on handling

*Feature:* Rotatable design

*Benefit:* Ease of implantation

*Feature:* Radiopaque

*Benefit:* Enhanced visualization

*Feature:* MRI compatible

*Benefit:* Patient safety and convenience

*Feature:* Suture indicators on holder rotator

*Benefit:* Guiding suture placement



*Feature:* St. Jude Medical mechanical valve

*Benefit:* Trusted design and performance



## U.S. Launch Plan

- Submitted to FDA as PMA Supplement on May 14, 1997
- Approval received March 24, 1998
- 3500+ units currently in inventory
- Product configurations:
  - AS, MS, AHPS, AECS, MECS
- All Silzone valves are rotatable
  - Dropped the "J" and added "S"

## Packaging

- Silzone only packaged in next generation package
  - Current inventory with "collar" design
  - Hinged design for all subsequent units
- Distinct silver labels on box and trays
- Five year shelf life
- Can be resterilized once
- Compatible with all existing sizer sets and accessories

## Pricing

- $300 premium above list/contract price for Masters Series
  - 6% increase in price
  - Discounting by as much as $200 per valve permitted with RD approval
  - Premiums of less than $100 must be approved by RD and Steve Healy

## Inventory Management

- All inventory upgrades to Silzone must be immediate.
  - Outgoing Silzone sets will be billed immediately, credits issued upon return of existing inventory.
- Need billable P.O.s for all orders

## If hospital has consigned inventory...

- Send Silzone valves in, return existing inventory immediately
- When Silzone valve get implanted, hospital gets billed at premium price

## If hospital has eval inventory...

- Evaluation agreements need to be closed out prior to Silzone shipments
- Silzone valves purchased by hospital
- No new evaluation agreements



ATTORNEY-CLIENT OR WORK PRODUCT PRIVILEGED - OR CONFIDENTIAL OR PROPRIETARY

## If hospital owns their inventory...

- Can upgrade to Silzone at a premium
- Must return existing inventory immediately
- Per Region Director's discretion, can waive the premium for the upgraded inventory units only
- When they use and replenish a Silzone unit, hospital will be billed at the premium
- Sales rep must prepare account for premium charge

## Sky Inventory Management

- Can stock Silzone at Skys but...
- Must maintain the total number of units at the Sky site by returning one valve for each Silzone valve going to Sky

## Promotional Support

- Training manual
- Specifications sheet
- Technical papers
- Blow-up photos
- Advertising in U.S journals starting in June
- Scripted sales presentation and cassette tape
- Updated mechanical valve wall chart and spec sheet
- Booth graphics
- Sales demos and swatches
- Pieces to come:
  - Brochure
  - Slide set

## Proof Sources

- Vlessis/Grunkemeier review of endocarditis
- Vongpatanasin review of endocarditis
- Razzouk poster on animal safety results
- Tweden paper from Journal of ASAIO
- Tweden paper from Journal of HVD
- Bricault abstract on in vitro effectiveness
- Caro paper on cost of endocarditis
- Bambauer papers on effectiveness on coated catheters
- French paper on short-term activity of antibiotic impregnation
- Actis Dato Letter to the Editor on failure of antibiotic soaking

## Publication Strategy

- LIMRA results (Brutel, submitted to EACTS 1998 for presentation)
- Case study on Silzone valve (Carrel, 1998 letter to the editor)
- Animal efficacy studies (Bianco, late 1998)
- Endocarditis model study (Bianco, late 1998)
- Randomized multi-center study of complication rates (AVERT study)
  - Publish protocol in late 1998
  - Publish interim results in 1999
  - Final final results in 2002
- TE complications comparison with uncoated valves (Butchart, 1999)

## What's CMI Doing about Silzone?

- Have worked with biomaterials company on binding antibiotics to the cuff
- Prioritizing SJM knock-off over antibiotic cuff
- Attacking Silzone:
  - Only effective when bacteria come in contact
  - Bacteria live in a biofilm which protects them them from antimicrobials, including antibiotics
  - Bacteria on the rest of the valve not affected
  - Silver is old technology - replaced by antibiotics
  - No published *in vivo* efficacy data



ATTORNEY-CLIENT OR WORK PRODUCT PRIVILEGED - OR CONFIDENTIAL OR PROPRIETARY

Conclusion: Future Activities...

- Application to other valve-related products:
  - Suture
  - Pledgets
  - Tailor annuloplasty ring (fall 1998)
  - Seguin annuloplasty ring (1998)
  - Epic valve (1998)
  - Regent valve (1998)
  - Patches (1999)
  - TSPV II (1999)

ATTORNEY-CLIENT OR WORK PRODUCT PRIVILEGED - OR CONFIDENTIAL OR PROPRIETARY