# Exhibit 76

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>ST. JUDE MEDICAL, INC.<br>SILZONE HEART VALVES PRODUCTS<br>LIABILITY LITIGATION | MDL DOCKET NO. 1396 |

AFFIDAVIT OF JOSEPH E. GRAHAM, M.D.

Joseph E. Graham, M.D. hereby declares, under penalty of perjury, as follows:

1. This declaration is based on my personal knowledge, and I am competent to testify to the same.

2. I am a physician licensed to practice medicine in the State of Missouri. I specialize in the field of cardiothoracic surgery. I am a board certified as a thoracic surgeon certified by the American Board of Thoracic Surgery. I am also board certified as a surgeon certified by the American Board of Surgery. My office address is 10004 Kennerly Road, St. Louis, Missouri 63128.

3. Ms. Bonnie L. Sliger is one of my surgical patients. On August 10, 1999, I performed mitral valve replacement surgery on Ms. Sliger. At that time, I implanted a St. Jude Silzone mitral heart valve.

4. Following the surgical procedure of August 10, 1999, I continued to follow Ms. Sliger as a patient. During this follow up period, specialized testing revealed that Ms. Sliger developed paravalvular leakage which affected her health.

5. On August 29, 2000, I performed explant surgery, removing Ms. Sliger's St. Jude Silzone valve and replacing the St. Jude valve with a porcine mitral valve.

6. In my capacity as a cardiothoracic surgeon, I implanted approximately fifty (50) St. Jude Silzone artificial heart valves in my patients prior to withdrawal of the Silzone valve from the United States market.

7. I used the St. Jude Silzone valve in these approximately fifty surgeries because of its asserted anti-bacterial and anti-infection properties. My understanding at the time I implanted the St. Jude Silzone valve into Ms. Sliger in August, 2000 was that the Silzone valve had anti-infection properties. My understanding in this regard came in significant part from statements made to me by a sales representative of St. Jude Medical. The St. Jude Medical representative informed me that the Silzone valve was an improvement over the existing St. Jude Master Series valve because the Silzone coating on the valve sewing cuff would greatly reduce the incidence of post-surgery infection. I accepted these statements because of my familiarity with medical literature that suggested that elemental silver had an antibiotic effect under certain circumstances. If the St. Jude Silzone valve did not have anti-bacterial and anti-infection properties, there would have been no reason to use that valve in preference to the less expensive St. Jude Master Series.

8. As a cardiothoracic surgeon with extensive experience in heart valve replacement surgery, I noted at the time of these surgeries that Silzone valves differed from other mechanical heart valves. The surface of the sewing cuff was different. The

sewing cuff on the Silzone valve obviously contained metal which could be felt when passing a needle through it.

Joseph E. Graham, M.D.

State of Missouri )
County of St. Louis ) ss:

On this 31st day of July, in the year 2002, before me, a Notary Public in and for said state, personally appeared Joseph E. Graham, M.D., known to me to be the person who executed the within Affidavit, and acknowledged to me that he executed the same for the purposes therein stated.

Notary Public

(seal)
My commission expires:

DEBORAH ANN MANN
Notary Public - Notary Seal
STATE OF MISSOURI
ST. LOUIS COUNTY
MY COMMISSION EXP. DEC. 7,2002