# Exhibit 79

# Confidential

From: King, Tina M

To: Guzik, Don S; Vetter, Paul J; Flory, Alan R; Finucane, Hallie A; Elgin, Robert S; Mirsch, Bill; Holmberg, Bill R

CC: Chase, Tim J; Healy, Steven J

BCC:

Subject: recent silzone letter

Date: 10/1/1999 1:27:54 PM

---

Attachments:

docletter.doc

---

Per Steve's request, attached is a copy of the "dear doctor" letter that was sent out to our sales representatives in response to the Butchardt silzone abstract.
Tina King

DATE

Doctor X
Hospital
City

Dear Doctor X:

I am writing to you to address a recent presentation on Silzone® coating at the XXIst Congress of the European Society of Cardiology held August 28-September 1, 1999 in Barcelona, Spain. I also wanted to share with you the results of other studies involving the St. Jude Medical Mechanical heart valve with Silzone® coating.

At the recent European Cardiology meeting, Mr. Butchart, a surgeon at a hospital in Cardiff, Wales, reported on his experience with the St. Jude Medical Masters Series valve with Silzone® coating in 51 patients. In his abstract he reports an unusually high rate of thromboembolic events in patients that received the valve with Silzone® coating as compared to a cohort of patients that received valves without the Silzone® coating. It is our understanding that this same data will be presented at the American Heart Association meeting this November.

Mr. Butchart's data has been reviewed by the Medical Device Agency (MDA) in the United Kingdom in addition to an independent data safety monitoring board (DSMB) established to monitor the Artificial Valve Endocarditis Reduction Trial (AVERT), and St. Jude Medical, Inc. The DSMB concluded their review of all available information with the unanimous recommendation that the AVERT study proceed as planned and stated that presently they have "no reservations concerning thromboembolic event rates." Furthermore, the DSMB recommended the formation of an Events Adjudication Committee to specify events that are valve-related versus those that are most likely due to concomitant morbidities.

Mr. Butchart's data is in direct contrast to the data that we have received from multiple other Silzone® coating studies. To date, there have been over 30,000 implants of the St. Jude Medical mechanical heart valve with Silzone® coating and 869 of those patients have been closely monitored through various studies. The follow up times in these 869 patients ranges from three months to 2 years and **there has not been an increased rate of complications with the Silzone® valve in this much larger patient population.**

The most prominent of these studies is the AVERT study. As the largest prospective, randomized heart valve study in history, the AVERT study is designed to evaluate *in vivo* the efficacy of the Silzone® coating versus standard non-coated sewing cuffs. The intention of this study is to determine whether there is a 50% reduction in prosthetic valve endocarditis with valves having Silzone® coating, which would be a clinically significant advance. A total of 4,400 heart valve patients will be enrolled at 19 centers in North America and Europe. All adverse events are monitored closely. To date, nearly 700 patients have been enrolled in the AVERT study. The University of Pittsburgh Epidemiology Data Coordinating Center, a third party monitor and

manager of the AVERT study, reports no difference between the Silzone® and non-Silzone® cohorts with regards to reported thromboembolic events.

St. Jude Medical has been diligent in communicating all the of the clinical information that has been collected to the relevant regulatory agencies in the world, including the MDA (United Kingdom), FDA (United States) Canadian Health Protection Branch and TUV Product Services (Europe) and will continue to provide them information as we collect it.

We continue to be confident in the performance of the St. Jude Medical mechanical heart valve with Silzone® coating. If you have any further questions regarding this issue, please feel free to contact us.

Sincerely yours,

Steven J. Healy
President, St. Jude Medical Heart Valve Division