# Exhibit 80

ST. JUDE MEDICAL

File: Silzone

To: US and Canadian Sales Force
SJME Sales Force (via Jane Braunsky)
Asia Pacific and EEMEA Sales Forces (via Terry Ajamil)
Latin America Sales Force (via Cara Engler)
St. Paul Marketing, Clinical, Regulatory, Development

From: Roy Hosek

Date: 11 May, 1999

Subject: **SILZONE UPDATE**

---

Attached is a market update pertaining to our experience with the Silzone™ cuffed valves.

Please contact me (or Jane Braunsky in SJME) with questions or concerns. Good selling!

Roy

# *SILZONE UPDATE*

11 May, 1999

## A. IMPLANT STATUS

Over 28,000 Silzone coated valves have been implanted worldwide.

- CE Mark: September 97, Canadian approval: October 97, FDA approval: April 98

A large percentage of the SJM mechanical valves currently being implanted all over the world have Silzone coating:

- Canada: 68%, Europe: 34%, US: 29%

## B. FIELD SURVEILLANCE

- ***AVERT* study.**
  - Randomized patient enrollment is currently over 400 implants at the 17 participating North American and European centers.
  - The results have been and will continue to be closely scrutinized monthly by the University of Pittsburgh for all complications – no problems have been identified.
    - The AVERT *Data Safety Monitoring Board (DSMB),* after meeting in late April, unanimously recommended that the study continue unaltered. The Board reviewed the early AVERT data, the Silzone data from our comprehensive FER system, and the specific reports from the non-AVERT European center that was concerned about TE. See the attached letter.
    - The DSMB consists of a cardiovascular surgeon, a cardiologist, an infectious disease specialist, and a statistician. None are unaffiliated with SJM, the University of Pittsburgh, or any AVERT implant center. They will meet on a regular basis to monitor the study as independent professionals.

- **Additional follow-up.**
  As good stewards of a new technology, St. Jude Medical has initiated follow-up above and beyond that required by any regulatory body.
    - The first Silzone patients were followed at three Centers that have been implanting the new cuff as long as anyone in the world (two in Europe, one in Canada). These three Centers adopted the Silzone coated valve as their exclusive offering, and the patients followed were consecutive, so no selection bias was possible.
    - No clinical complications beyond normal rates have been identified by this retrospective follow-up, which involved 50, 30, and 30 patients at the three centers.

- ***Field Experience Reporting (FER)* – the routine St. Jude Medical field surveillance system.**
  The rates of the various complications (as per the Edmund's guidelines) reported with the 28.000 Silzone valves have been similar to those reported with other SJM mechanical valve offerings, taking into account the early life cycle stage of the Silzone products. Both endocarditis and non-endocarditis (such as TE) complications are monitored.

## C. POTENTIAL BIASES

In the early stages of a technology's life cycle, several biases may affect its perceived safety and/or efficacy. These biases as they relate to the initial launch of the Silzone coated cuff:

### *1. Selection Bias*

In light of its premium price, we are aware that a number of surgeons have reserved the use of the Silzone coated cuff for only the most severe cases. These are the cases which would be expected to have the largest number of complications, regardless of which type of cuff is used. Evaluating the Silzone coated cuff under these conditions provides the technology with a severe challenge. Even if the coating prevented endocarditis that would have developed in some of these higher risk patients, the overall rate reported for Silzone may be higher than the baseline of routine cases, and therefore look negative when in fact it was beneficial. Unfortunately this selection bias can also be subconscious, and very difficult to quantify.

### *2. Increased Vigilance*

Surgeons may be sensitized to look for complications more closely because they are using a valve with the new technology. Complications that quickly resolve and may have been forgotten with the traditional SJM cuffs may now be identified and recorded. The AVERT principal investigators struggled with this obvious bias as they tried to estimate the rate of baseline endocarditis likely to be encountered. They chose 1.0% per patient year for early PVE, and 0.5% for late PVE. These rates are higher than suggested by the literature, partly because the investigators thought the clinicians in the study would have an increased vigilance for endocarditis, and would not miss even the least severe of cases. See the AVERT protocol JHVD article for the details. Our competitors try to hyper-sensitize our customers to the potential for Silzone complications, planting seeds of doubt about the technology so that single reports of problems take on greater significance in the minds of our surgeons.

## D. RUMORS

Q: *I've heard SJM has received reports of dramatically more endocarditis with Silzone valves... ?*

A: Unlike what has been extensively rumored by the competitors, St. Jude Medical has *not* received such an increase in endocarditis reports with the Silzone cuff as compared to the uncoated cuff. This is particularly impressive because of the known selection bias occurring with cases that receive the valve. The company has always stated that at a certain bacterial load, the Silzone cuff will be overwhelmed and will show growth similar to that seen with the uncoated cuff. Cases of active endocarditis are far more likely to have very large bacterial numbers than are routine replacements, so selection bias could be expected to affect endocarditis reports. There is no basis, whether clinical or *in vitro*, to believe that Silzone will ever promote bacterial growth.

Q: *I've heard SJM has received a lot of reports of TE from the United Kingdom... ?*

A: All the reports in question are from one surgeon at one center. This surgeon's definition of TE appears to be different than that of the Edmund's guidelines. He has implanted a total of 51 Silzone coated valves, out of the over 26,000 implanted worldwide, yet has reported over half of the total TE in the SJM database. The AVERT *Data Safety Monitoring Board* reviewed the case reports in question, then recommended the study continue unaltered while simultaneously suggesting an *Events Adjudication Board* be created to interpret all such situations. The British regulatory authorities are also fully aware of these cases.

Q: *I've heard SJM has received a lot of reports of pannus overgrowth from Canada... ?*

A: The center was mistaken in their identification of the valves initially in question. That has since been corrected. Currently we have received reports of two cases of possible excessive pannus with SJM valves – one with a Silzone coated cuff, one with an uncoated model. We are currently investigating both.