# Exhibit 81

ST. JUDE MEDICAL

**Date:** 10Dec96

**To:** AB Cuff Project File

**From:** Bill Holmberg

**Subject:** **Spire Master File Info**

Attached is the safety and efficacy testing information that Spire Corporation has provided us. They have indicated that this information is part of the Master File they sent to the FDA.



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

## BACKGROUND AND DEVICE DESCRIPTION

Central venous catheters are indispensable tools in modern medicine. They are used for a variety of purposes, from quick delivery of nutrient fluids and medications (e.g. chemotherapy) to accurate measurement of central venous pressure. Despite their utility, a variety of complications are associated with their use, such as air embolisms, catheter related sepsis, clot formation at the catheter tip, cardiac arrhythmia, and injury to peripheral nerves or blood cells.[1] The most common of these complications is catheter related sepsis (CRS),[2] which occurs at a rate of 6 to 38 per 1000 catheter days, with a mortality rate of 10 to 20%.[3] The classically accepted cause of CRS is bacterial migration and colonization along the catheter from the skin entry site.[4] This is supported by the fact that most bacteria found to cause CRS, such as the Staphylococcus species, commonly populate the skin.[5]

Many techniques have been suggested for limiting CRS. These range from using different catheter materials to more frequent replacement of the catheters or more comprehensive training for administering personnel. Four of the more promising techniques, considering efficacy and ease of application, are replacement of the catheter at frequent intervals, use of semi-transparent dressings, application of topical antibiotics, and insertion of a subcutaneous cuff.

Replacing the catheter at frequent intervals during treatment is a potential solution to CRS.[6] Unfortunately, since there is no way to make a diagnosis before removing the catheter, this often results in removal of sterile catheters. Furthermore, since additional catheterization is potentially traumatic, doctors prefer to avoid it. Replacing the catheter with a new one over a guidewire eliminates the necessity of additional catheterization, but, despite one promising study,[7] there are not presently enough data to verify that this technique reduces infection.

Since CRS is believed to be caused by migration of bacteria from the skin, it was thought that the use of wound dressings and topical antibiotics would reduce CRS. Opsite™, a clear, adhesive-backed membrane dressing which has been shown to discourage bacterial growth, was studied by Murphy and Lipman as a dressing material.[8] While this has proved somewhat effective in reducing insertion site colonization and infection,[9] its use has been associated with wound and system infection outbreaks, and it is still considered experimental. Topical antibiotics have also been used at the catheter insertion site, but results of these studies have been conflicting. In a few cases, there were actual increases of some bacterial and fungal strains with the use of certain antibiotics.

Perhaps the most promising technique investigated thus far for reducing CRS is the application of a subcutaneous cuff. The cuff is made of a porous material such as polyethylene terephthalate (e.g. Dacron®) and is placed around the catheter in the subcutaneous tissue such that tissue may grow into it. The ingrown tissue anchors the catheter in place and serves as a barrier to bacterial migration from the skin. Dacron® polyester cuffs have been used as bacterial barriers for many years on devices such as Hickman® and Broviac® catheters. These cuffed catheters have been very successful in reducing infection, with incidence of infection reportedly down to one case per patient-year.[10]

Despite their success, another cuff, the VitaCuff®, was developed to further improve catheter performance. This cuff is made of silicone elastomer which incorporates a collagen sponge which has silver distributed throughout its matrix and is a part of the Vitaguard® Percutaneous Infection Control Kit (Vitaphore Corporation). The silver is meant to act as an antimicrobial agent to further reduce the incidence of infection associated with catheter use. The ability of the VitaCuff® to reduce infection was demonstrated in two significant studies, by Maki[10] and by Flowers,[11] in which rates of 1.0% and 0% were seen when using the cuff compared to 3.7% and 13.8%, respectively, without it. The infection resistance provided by the silver is partially due to its ability to leach, which, unfortunately, is also the primary drawback of the VitaCuff® in that the coating is effective for a limited period of time, on the order of 4-6 weeks, or until the collagen sponge is totally absorbed.

CONFIDENTIAL

SJM0280063489MDL

CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

The Spi-Cuff™ combines the technologies of the polyester cuffs, found on the Hickman® and Broviac® catheters, and the VitaCuff®. The Spi-Cuff™ consists of polyester (polyethylene terephthalate) felt or velour coated with a silver-based thin film using ion beam assisted deposition (IBAD). The porous materials allow tissue ingrowth in the manner of the subcutaneous cuffs on the Hickman and Broviac catheters, securing the catheter in place and helping reduce bacterial migration. The silver-based coating provides an additional barrier to microbial migration, as in the VitaCuff®, but the cuff will not degrade giving it a longer time of effectiveness. The Spi-Cuff™ thereby enhances the performance of the catheter by further minimizing the possibility that the catheter will become microbially compromised or that a pathway will develop for microbial invasion of the patient.

The IBAD process combines evaporation with concurrent ion beam bombardment, producing highly adherent films. A vapor flux of atoms is generated (evaporation) and deposited on a substrate. Simultaneously, ions are extracted from a plasma and accelerated into the growing film at energies of several hundred to several thousand electron volts (ion beam bombardment). These gas ions are not reactive and therefore only provide energy to the growing film, enhancing adhesion but not remaining in the substrate or film. The entire thickness of the layer is nominally 1 μm.

The velour and felt materials can be provided in any configuration described in the sell sheets found in Appendix 1. The choice of velour or felt is left to the customer. The Spi-Cuff™ can be sold as individual units or in standard sizes according to the needs of the customer as described in the sell sheets.

*References*

1. J.K. Takasugi and T.X. O'Connell, "Prevention of Complications in Permanent Central Venous Catheters," Surg Gynecol Obstet, 167(1), 6-11 (1988).
2. C. Putterman, "Central Venous Catheter Related Sepsis: A Clinical Review," Resuscitation, 20, 1-16 (1990).
3. B.M. Farr, "Vascular Catheter-Related Infections," Curr Opin Infec Dis, 3, 513-516 (1990).
4. F. Bozzetti, G. Terno, E. Caverini, F. Baticci, D. Scarpa, and A. Pupa, "Pathogenesis and Predictability of Central Venous Catheter Sepsis," Surgery, 91, 383-389 (1987).
5. M. Pollack, P. Charache, R.E. Neiman, M.P. Tett, S.A. Reinhardt, and P.H. Hardy, "Factors Influencing Colonization and Antibiotic Resistance Pattern of Gram-Negative Bacteria in Hospital Patients," Lancet, 2, 668-671 (1972).
6. A.A. Hampton and R.J. Sheretz, "Vascular Access Infection in Hospitalized Patients," Surg Clin NA, 68, 57-71 (1988).
7. F. Bozzetti, G. Terno, G. Bofanti, *et al.*, "Prevention and Treatment of Central Venous Catheter Sepsis by Exchange via a Guidewire: A Prospective Controlled Study," Ann Surg, 198, 48-52 (1983).
8. M.O. Murphy and T.O. Lipman, "Central Venous Catheter Care in Parenteral Nutrition: A Review," J.P.E.N., 11, 190-201 (1987).
9. J.M. Conly, K. Grieves, and B. Peters, "A Prospective, Randomized Study Comparing Transparent and Dry Gauze Dressings for Central Venous Catheters," J Infec Dis, 159, 310-319 (1989).
10. D.G. Maki, L. Cobb, J.K. Garman, *et al.*, "An Attachable Silver-Impregnated Cuff for Prevention of Infection with Central Venous Catheters: A Prospective Randomized Multicenter Trial," Am J Med, 85, 307-14 (1988).
11. R.H. Flowers, K.J. Schwenzer, R.F. Kopel, *et al.*, "Efficacy of an Attachable Subcutaneous Cuff for the Prevention of Intravascular Catheter-Related Infection," JAMA, 261(6), 878-83 (1989).

CONFIDENTIAL

SJM0280063490MDL

CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL

The safety and effectiveness of the Spi-Cuff™ have been demonstrated in a series of *in vitro* and *in vivo* tests using uncoated polyester (Dacron®, polyethylene terephthalate), the same material found on the Hickman and Broviac catheters, as the control where applicable. Safety has been demonstrated through tests of leachability, toxicity (*in vitro* and *in vivo*), pyrogenicity, mutagenicity, and *in vitro* hemolysis. Efficacy of the Spi-Cuff™ and the uncoated polyester has been shown in a 30-day rabbit muscle implantation test. Also, ethylene oxide residues were found to be within acceptable limits after sterilization with ethylene oxide. (Tests other than the leachability test were conducted at North American Science Associates, Inc. (NAmSA).) Finally, *in vitro* antimicrobial tests were conducted to determine if the silver-based coating could provide additional safety against infection. Test methods and results are shown on the following pages and are summarized below. For the purposes of testing, the Spi-Cuff™ sample was often referred to as Spi-Argent™ on Dacron®; the controls, materials equivalent to the cuff materials used on the Hickman and Broviac catheters as cuffs, were referred to as control or uncoated/untreated Dacron®. (Spi-Argent™ is Spire's proprietary process of depositing a silver-based coating onto any substrate.)

Leachability of the coating was tested in Ringer's solution at room temperature. Four (1 cm x 1 cm) samples; one Spi-Cuff™ felt, one Spi-Cuff™ velour, one control felt, and one control velour; were placed in 4 vials with 50 ml of Ringer's Solution each. Samples were agitated daily and left in solution for one week. The solutions were then evaluated using graphite furnace atomic absorption spectroscopy for presence of titanium, palladium, and silver. The results show that very small amounts of silver and palladium are released from the samples, on the order of 0.1 ppm for both the felt and the velour, and the release of Ti was less than the detection limits of the equipment. The next step in evaluation of the coating would be to determine the effect this release has on tissue.

The toxicity of the Spi-Cuff™, therefore, was evaluated *in vitro* and *in vivo*. Three tests of toxicity were conducted, a cytotoxicity test, an intracutaneous toxicity test, and an acute systemic injection test. In the cytotoxicity test, mouse fibroblast cells were exposed to extracts of the coated materials and evaluated for cytotoxic effect. In the intracutaneous test (USP), rabbits were injected intracutaneously with extracts of the test material into five separate sites and evaluated for tissue reaction. The acute systemic injection test (USP) consisted of injecting mice with extracts of the test article and monitoring the mice for weight, etc. In all cases, the Spi-Cuff™ was found to be acceptable; there were no signs of toxicity.

Other aspects of biocompatibility to be evaluated were the potential of the Spi-Cuff™ to cause fever (i.e. pyrogenicity), to cause mutagenic changes (and potentially cancer), and to destroy red blood cells. The equivalent of ten units, one unit being a cuff 0.75 cm wide and long enough to fit a 9 FR catheter, was used to evaluate the potential of the Spi-Cuff™ to be pyrogenic in a test which conforms to USP guidance. Three rabbits were injected with a non-pyrogenic saline exposed to the test sample. Temperature rises of the rabbits were found to be minimal, and the Spi-Cuff™ was determined to be non-pyrogenic. The potential mutagenicity of the Spi-Cuff™ was evaluated using the traditional Ames Test using a saline extract of the test article. Histidine-dependent strains of *Salmonella typhimurium* were placed in a histidine-deficient medium with the saline extract of the test article, a positive control, or a negative control. The rate of mutation to non-histidine dependent organisms was determined for the organisms exposed to the saline extract of the material and compared to the reversion rate of the organisms exposed to the positive and negative controls. The test article did not cause mutagenic changes in the organism used. Finally, a Spi-Cuff™ sample was extracted in a saline solution in order to facilitate hemolysis testing. Rabbit blood was exposed to the test extract and positive and negative controls and evaluated for lysis. The test sample was considered non-hemolytic.

Success of any subcutaneous cuff relies on its ability to elicit a fibrous tissue response. Spire conducted a 30-day rabbit muscle implantation study to determine if the tissue response to the Spi-Cuff™ would be similar to that of the untreated polyester control. The test also served as a good indication of longer term biocompatibility. Samples of Spi-Cuff™ and control polyester were implanted intramuscularly in rabbits,



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL

and the areas surrounding the implants were evaluated for tissue reaction. Results indicated that the test samples elicited very similar responses to those of the polyester controls (i.e. the cuff materials used on the Hickman and Broviac catheters).

A brief additional test was conducted on samples sterilized with ethylene oxide. Residues of ethylene oxide after sterilization were found to be minimal (less than 3 ppm) and well within the limit acceptable to tissue. The residue limits provided by the testing facility (NAmSA) are shown after the ethylene oxide residual test summary.

Additional information was collected on the effect of the coating on bacteria and fungi. A protocol developed at Dow Corning was used to determine the effect of the Spi-Cuff™ samples on *Staphylococcus epidermidis* (a common skin bacteria) and *Candida albicans* (a fungus), organisms typically implicated in causing catheter-related infection. These organisms were exposed to the test and control samples of polyester for one hour as an indication of *in vivo* antimicrobial activity immediately after placement. Plate counts of the organisms were made before and after exposure and compared. The Spi-Cuff™ sample was found to be effective against both of these infection-causing organisms. Another test was conducted which examined the effectiveness of a coated, flat silicone rubber sample, which permits easy evaluation in direct contact tests, after extended periods in saline. (The coating on the silicone rubber is made the same way but with slightly less silver than the coatings on the Spi-Cuff™.) These samples were tested using a direct inoculation method in which the bacteria, *Staphylococcus aureus*, were rolled on the control and coated samples after predetermined soak times in saline, 0 to 6 weeks, and evaluated for viability. The coated samples demonstrated 100% inhibition of bacteria after 6 weeks in saline.

Spi-Cuff™ has been shown to be minimally leaching, non-toxic, non-pyrogenic, non-mutagenic, and non-hemolytic. It was found to be fully biocompatible after 30 days in the rabbit, a common test of biocompatibility. In addition, it elicited a tissue response very similar to that of the control polyester, implying that the Spi-Cuff™ can be expected to behave similarly *in vivo* to subcutaneous cuffs. In short, the Spi-Cuff™ has been shown to be safe and effective and equivalent to those subcutaneous cuffs used on the Hickman and Broviac catheters since prior to May, 1976.



CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

NORTHERN ANALYTICAL LABORATORY INC
23 Depot Street, Merrimack, New Hampshire 03054
Phone (603) 429-9500
FAX (603) 429-9471

CONFIDENTIAL

April 7, 1993

Mr. Doug Ferguson
Spire Corporation
One Patriots Park
Bedford, MA 01730-2369

Dear Mr. Ferguson:

I have listed below the results of our analyses on the Ringer's solutions you sent to us recently.

| Sample | Pd, ppm | Ag, ppm | Ti, ppm |
|---|---|---|---|
| Felt | 0.12 | 0.12 | <0.03 |
| Felt Control | <0.01 | <0.007 | <0.03 |
| Velour | 0.07 | 0.15 | <0.03 |
| Velour Control | <0.01 | <0.007 | <0.03 |

If there are any question please feel free to call.

Sincerely,

Fredric D. Leipziger

FDL/jrd

SJM0280063493MDL

CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER