# Exhibit 82

SILZONE LAUNCH - 1997

**OPS BUILD**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Per Month | 300 | 600 | 1100 | 700 | 750 | 700 | 400 |
| Build-up to June | 500 | | | | | | |
| Cumulative | 800 | 1400 | 2500 | 3200 | 3950 | 4650 | 5050 |

**SJME - UNITS AVAILABLE FOR LAUNCH**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Per Month | 600 | 600 | 1100 | 300 | 50 | 400 | 100 |
| Cumulative | 600 | 1200 | 2300 | 2600 | 2650 | 3050 | 3150 |

*Launch with AHPS and MECS*

3350

**U.S. and CANADA- UNITS AVAILABLE FOR LAUNCH**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Per Month | 0 | 0 | 0 | 400 | 700 | 300 | 300 |
| Cumulative | 0 | 0 | 0 | 400 | 1100 | 1400 | 1700 |

*Launch with AS, AHPS and MECS*

*45% mitral, 55% aortic (50/50 AHPS and AS) based on historical data and Masters sales*

**JAPAN - UNITS AVAILABLE FOR REGULATORY STUDY**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Per Month | 200 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cumulative | 200 | 200 | 200 | 200 | 200 | 200 | 200 |

*Launch with AS and MECS*

**TOTAL ALLOCATED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Per Month | 800 | 600 | 1100 | 700 | 750 | 700 | 400 |
| Cumulative | 800 | 1400 | 2500 | 3200 | 3950 | 4650 | 5050 |

**EUROPEAN SILZONE UNITS REQUESTED**

| | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|
| Sales | 0 | 219 | 319 | 416 | 417 | 416 | 417 | 2204 |
| Consignment | 200 | 200 | 180 | 300 | 300 | 100 | 100 | 1,380 |
| Warehouses | 500 | 0 | 0 | 0 | 0 | 0 | 0 | 500 |
| Total | 700 | 419 | 499 | 716 | 717 | 516 | 517 | 4084 |
| Cumulative | 700 | 1119 | 1618 | 2334 | 3051 | 3567 | 4084 | |

**U.S. and CANADA SILZONE UNITS REQUESTED**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sales | 0 | 0 | 0 | 0 | 0 | 68 | 78 | 146 |
| Consignment | 0 | 0 | 0 | 0 | 0 | 240 | 240 | 480 |
| Warehouses | 0 | 0 | 0 | 400 | 760 | 30 | 0 | 1,190 |
| Total | 0 | 0 | 0 | 400 | 760 | 338 | 318 | 1816 |
| Cumulative | 0 | 0 | 0 | 400 | 1160 | 1498 | 1816 | |

*Warehouses: 600 for Skys, 500 for St. Paul, 90 for Canada*

4/2/97 10:20 AM

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

**Estimated Product Release Schedule - Mechanical Valves**

| Product | U.S. | Canada | SJME | Latin America | Asia Pacific | Australia/ New Zealand | Japan |
|---|---|---|---|---|---|---|---|
| Masters Standard Expanded | 1997 Q4 | 1997 Q4 | 1997 Q4 | 1997 Q4 | 1997 Q4 | 1997 Q2 | 1997 Q4 |
| **Silzone** | **1997 Q4** | **1997 Q4** | **1997 Q3** | **1998 Q3** | **1998 Q3** | **1998 Q3** | **1998 Q3** |
| Masters PTFE | 1997Q4 | 1998 Q2 | 1998 Q2 | - | 1998 Q2 | - | 1998 Q2 |
| CAVGJ | 1998 Q1 | 1998 Q1 | 1999 Q2 | 1999 Q2 | 1999 Q2 | 1999 Q2 | 1999 Q2 |
| SHIP | 1998 Q3 | 1998 Q3 | 1998 Q1 | 1999 Q2 | 1999 Q2 | 1999 Q2 | 1999 Q2 |

**1997 Strategic Plan: Silzone Estimated Build Requirements**

| | 1997 | 1998 |
|---|---|---|
| Sales | 1,451 | 4,333 |
| Consignment | 1,910 | 3,000 |
| Other Inventory Stocking | 2,485 | 1,500 |
| Total Build Requirements | 5,846 | 8,833 |

4/2/978:21 AM

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

**Clarification of Marketing Strategy for Silzone - Worldwide**
**April 2, 1997**

This plan is a clarification of the marketing strategy developed for the SJM® Masters Series with Silzone™ valve. The purpose of this clarification is to provide a rational for ***initial prioritization of the limited number of SJM® Masters Series with Silzone ™ valves*** that will be available throughout the world wide launch of the product. The launch is expected to begin in limited numbers in August 1997 and go through 1998. At that time, the product will have been launched to all markets world wide.

The Silzone product will serve multiple purposes to competitively position St. Jude Medical for the future.

- It allows an additional tool to make the SJM valve patent expiration a non event.
- It allows St. Jude Medical a unique product offering, a barrier to entry for valve competitors.
- It also presents an opportunity to differentiate between current St. Jude Medical valve products, IE. Nonrotatable and Masters Series .
- It provides a potential solution to one of the primary complications occurring with prosthetic heart valves, endocarditis, thromboembolism, hemorrhage.

Due to the limited number of Silzone valves available during the initial launch, the following positioning and pricing guidelines should be met when introducing the product to the various countries and markets throughout the world.

SAB members

**Customer Target**

The SJM® Masters Series with Silzone™ valve should **initially** be targeted toward total competitive accounts, or those accounts that are considering the use of other mechanical valves. This valve allows a presentation on unique features that no other competitive valve can offer.

**Pricing**
A pricing strategy was determined by completing a financial analysis of the cost of the product, market research, and intended product positioning.

1. In February 1996, 45 surgeons were phone interviewed. Twenty of these participants were from the U.S., 15 from Europe, 10 from Japan. 84% of the participants stated that they would pay more for a valve with an antibiotic impregnated cuff in comparison to a standard MHV. The responses to the product varied, however, the majority stated that they would pay 5% to 10% more. Or $100 -$200 more, with 4 participants stating they would pay $500 - $1000 more.

2. This product is intended to be positioned as a premium product, and differentiated between our Masters Series product lines. Premium products are considered to posses higher value for the customers. One method of communicating a higher value in the customer's mind is to price the product at a higher level.

3. A financial analysis was done at the beginning of this project to determine cost of goods, potential increase in ASPs and potential increase in revenue. For 1997, the additional cost of goods is $55. With unit volume increases, the additional cost of per unit in 1998 is estimated to be $10.

- $664 Cost of Masters Series (Cost of manufacture)
- Cost to manufacture Silzone valve is $719
- $1500 Transfer price to SJME

Based on the above mentioned financial analysis, market research, and intended positioning of the Silzone valve, the following is a recommended pricing strategy:

- There should be a range of $100 - $200 premium placed on the Silzone valve product.
- Pricing in countries with regulatory concerns will be evaluated on a case by case basis ?
- In the United States, a sales compensation plan will be devised and presented to the compensation committee.

The above guidelines will be distributed to each country manager and region director. As stated above, It is imperative that guidelines be adhered to in order to appropriately allocate the limited number of units available in 1997, as well as 1998.

Priority for units will be given to countries where the Company can achieve higher ASPs, increase market share taking competitive business, or have study centers having a clear study objective or regulatory necessity. IE. Japan

Range set between countries and WW marketing (US or SJME).

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

**Suggested Geography Pricing Premiums for the SJM® Masters Series with Silzone™ Technology**

| Geography/Country | Suggested Price Premium |
|---|---|
| United States | $200 |
| Canada | $200 — ? |
| Western Europe* | $125 - $200, except France & Belgium |
| EEMEA* | $100 - $300 |
| Latin America | $100 |
| Japan | -- (Reg. Prevents charging a premium) |
| Australia/New Zealand | $125 - $150 |
| China | $100 |
| India | $25 — (55) |
| Hong Kong | $100 |
| Korea, Taiwan | $150 -$200 |
| Malaysia | $100 |
| Singapore, Phillipines, Indonesia | 0-$50 60 |

* Jane B. Is working out the appropriate ASPs per country

What do appropriate country people say?

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

worldwide

96 or 97 # - update

**Situation Analysis**

***Market Description***

Currently the worldwide heart valve market is 218,000 units with an annual growth rate of 4%. The breakdown of valve types is 74% mechanical (168,720), 21% tissue (45,780) and 5% repair (10,900). St. Jude Medical is currently the worldwide leader of heart valves with 40% market share (54% of worldwide mechanical valve market). In an effort to maintain our share in major markets and continue to grow our share in emerging markets, our strategy has been to "provide the best solutions for heart valve disease."[1] The ability to continue to differentiate our products within the marketplace will allow us to keep the competition at bay and to ~~eventually~~ tier our product line to offer different product configurations to different markets depending upon their specific needs. Offering a product that is rotatable with a cuff that incorporates permanent antimicrobial properties will allow SJM to once again change the playing field.

Studies have shown that prosthetic valve infection occurs at some time in 3 to 6 percent of heart valve patients.[1] Prosthetic valve endocarditis is catagorized in two forms, early and late. Early proshetic valve endocarditis occurs within 60 days of valve implantation. Late prosthetic valve endocarditis occurs more than 60 days postoperatively. The mortality rates associated with prosthetic valve endocarditis is 30 to 80percent for early form and 20 to 40 percent for the late form.[1]

Patients that are diagnosed with endocarditis may be treated medically and/or surgically depending on the specific patient's situation. A combined medical and surgical management is regarded as the treatment of choice for PVE.[2] It is estimated that the weighted average cost of care for a patient who acquires endocarditis is $36,216 ($17,982 medical management - $60,000 surgical management) per episode.[3]

Selection of a replacement valve is patient dependent and in many cases depends on the extent of involved tissue. Mechanical valves, tissue valves, allograft and Annuloplasty rings are all potential options. In the aortic position, involvement of the aortic root, or active endocarditis at the time of operation may indicate that an allograft valve be the valve of choice.[4] For patients with a remote episode of endocarditis, an allograft is not predicted to prevent recurrent endocarditis, because its beneficial effects are confined to the early phase.[4] A recent article indicates that patients who received a SJM mechanical heart valve were at a lower constant phase risk for recurrent or prosthetic valve endocarditis than patients who received a Carpentier-Edwards xenograft valve. [4]

The current standard of care for patients undergoing valve repair or replacement surgery is prophylactic antibiotics post-surgery to reduce or eliminate the potential of a patient acquiring an infection. In addition to prophylactic antibiotics, some surgeons elect to rinse the annulus with an antibiotic solution prior to placing a prosthetic valve. Others may soak the valve in antibiotic solution prior to implantation. No studies have been published to indicate that this impacts the



CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

short or long term outcome of these patients.

## Trends

### *Economic*

The health care environment worldwide is rapidly changing with a major focus on economics. The ability to improve patient outcomes, reduce length of stay and long term complications are highly desirable from both the payor and the providers perspective. Capitation agreements continue to be an emerging force encouraging providers to assess all costs associated with the care of the patient. Payers want to make sure they are able to cover their costs and retain a profit. They are looking not only at the cost of in-patient but the cot of the total care required for the patient. The ability to increase the quality of life for patients while reducing the overall cost of care is a top priority for all the players involved.

Dr. Caro's study on the cost of complications published in 1996 revealed that the average cost of treating endocarditis in the United States was $36.216. often times at a much higher cost if reoperation is performed. Besides the long term management of embolism. treatment of endocarditis cost more than other valve complications.[3]

### *Demographic*

All patients who have a heart valve replacement are at risk for endocarditis. It is estimated that 3 to 6 percent will occur at some time in patient with prosthetic heart valves.[1] In addition, patients that have other cardiac problems are also at risk for endocarditis. Certain congenital heart defects are strongly associated with increased risk for endocarditis.[2] Other cardiac diseases such as Ischemic heart disease or non-specified murmurs may predispose patients to endocarditis.[5]

Native valve endocarditis may be a risk factor for developing PVE, however, there are conflicting reports in the varuos journals.[2]

People undergoing immunosuppressive drug therapy and I.V. drug abusers are also at a higher risk for endocarditis.[5]

### *Legal & Regulatory*

In some countries the regulatory environment continues to be a challenge. The FDA review times for PMA supplements are currently averaging 180 days. In 1998. European Community (EC) will require that all medical devices contain the CE Mark prior to selling the product within the EC. This will require longer lead times to begin marketing products within the EC. Other emerging markets are in the process of developing their own regulatory requirements.



CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

SJM0130033345MDL

As soon as the necessary information is available for a product dossier, a dossier will be submitted to the FDA for a PMA supplement. Once the FDA has the information, it is expected to take 6 months for review and approval. As soon as the FDA submission is completed, a product dossier for CE mark will be submitted to the notified body. After submission, it is expected the notified body will take 3 months before approval will be granted. The focus of regulatory submission will then change to obtain the various Asia Pacific market approvals needed. IE Japan, Taiwan, Korea, Australia.

A patent application is currently in process that addresses the use of silver for heart valve replacement and repair.

***Competition***

- Update with CMS

Currently some mechanical heart valve manufacturers (CarboMedics, Sorin, Baxter) coat their sewing cuffs with carbon. The coating is intended to increase the thromboresistance of the cuff during the immediate post operative period.

At this time, no, prosthetic valve (tissue or mechanical) incorporates a sewing cuff that is permanently impregnated with antibiotic or antimicrobial properties. There have been at least one report of an attempt by a hospital to impregnate a antibiotic into the sewing cuff. French et al. at The Prince Charles Hospital in Queensland, Australia performed a study in which the sewing cuff of the SJM valve was passively impregnated with rifampicin and implanted into a goat aorta. Antistaphylococcal activity in the Dacron material was assessed at regular intervals up to 5 day post implantation. The investigators found that the Antistaphylococcal activity was negligible after 4 days.[6]

**Product Segmentation Strategies**

- overall comm. plan for silzone → SJH

**Product Description**

St. Jude Medical has entered into an agreement with Spire Corp. To impregnate our polyester and PTFE cuff materials with Spi-Argent I silver. The agreement includes exclusivity to this technology for mechanical, tissue, and repair products. At this time, this plan will focus on the mechanical heart valve segment of the market.

Spi-Argent I utilizes silver as its active ingredient and its patents are focused on the application process, not on the silver itself. Silver and silver components have and continue to be used extensively in medicine. The effect of silver and its compounds on the body, how it is disposed of, and where it accumulates in the body have been examined carefully by investigators. While there have been a couple incidents of silver toxicity in a human, silver is reported to be safe when used in moderate amounts. While the incidence of endocarditis is low, use of this silver coating may reduce the patients chances of acquiring endocarditis.

Infrequent



CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

HP masters MEC ?

The intent of the silver impregnated fabric is to incorporate it into our SJM® Masters Series valves. Initially, this will be available in one aortic and one mitral model. As the market begins to adopt the product, other cuff configurations will incorporate the silver coating. This will support our strategy of developing a premium product line that continues to raise the performance bar for mechanical heart valves and will allow us to grow our worldwide market share.

**Market Research**

Market research was performed to obtain reactions to the concept of an antimicrobial agent permanently impregnated sewing cuff of a valve. This research was done in two ways: a focus group and a phone survey of 45 cardiac surgeons throughout the world.

***Telephone Survey***

The telephone survey had a positive undertone to the technology and provided the following information:

1. The perceived benefits of the technology include the reduction or prevention of endocarditis and a decrease in valve re-operations.
2. The concerns with the technology included the possibility of the patient developing an immunity over time and the potential for side effects, and adverse and allergic reactions to the antibiotic.
3. The patient population appropriate for this technology would include those patients who have developed endocarditis and/or all mechanical heart valve patients.
4. The evidence required to convince the surgeons to utilize the product included long term clinical in-vivo studies averaging two to ten years in length and clinical papers from peers with in-vitro data.
5. The impregnated cuff concept was perceived to be more valuable than a standard mechanical heart valve. 84% of respondents said that they would pay more for a mechanical heart valve with this technology, with 38% saying they would be willing to pay as much as 5% - 10% more for the product.

***Focus Group***

The focus group mimicked most of the information that was discovered in the phone survey. What was evident throughout all the market research, is that some surgeons would be willing to evaluate the product without a significant amount of information. Late adopters will hold out until in-vivo clinical data is available to support the cost and use of a product such as this.

**Customer Segmentation**

At the time of launch, there will be limited human clinical data on the use of silver and the SJM valve will be available. This limited data will be captured in a LIMRA, with the intent to prove



Publication Strategy

CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

SJM0130033347MDL

the safety of silver no the sewing cuff. Animal testing will be completed to show tissue ingrowth characteristics and a long tem study that will evaluate the efficacy of the technology. In addition, Dow Shaker Tests will be performed with various organisms documenting silvers effectiveness against each. Our claims on the product will be focused primarily on the anti-microbial/bacterial properties of the silver. Other animal studies will look to challenge the properties of silver, assuming appropriate models can be identified.

*Early Adopters*

Plan ?

Our initial target audience for this product will be the "early adopters." With limited clinical data at the time of launch, it will be important for us to identify these early adopters to begin to establish the product. Development of clinical studies to substantiate that the product does not have adverse effects, and hopefully long term, may reduce the incidence of endocarditis will be important. Establishing these surgeons as KOL's and encouraging *in-vitro* and *in-vivo* testing to be presented at major meetings will be critical in establishing the product in the marketplace.

→ SAB

*Fast Followers*

This surgeon population will need to have evidence that the product is being utilized by some key opinion leaders within the cardiac surgical community. The need for some published animal or other in-vitro data will help support the conversion of this surgical group.

*Late Adopters*

This audience will require clinical data that documents that the product actually reduces the incidence of endocarditis and/or does not adversely affect the patient in any way. Efforts will be made up front to establish clinical studies that can provide the appropriate clinical information to this surgeon population in the years to come.

Plan

**Product Strategies & Objectives**

WW

In concert with the company's mission to provide the best solutions for heart valve disease, the antimicrobial impregnated sewing cuff will continue to support our position in the marketplace. The ability to develop a premium product line that is differentiated from our standard line of mechanical heart valves will allow us to offer products that meet the specific geographic needs and gain share in markets we have not been able to make great strides in. With this technology, our primary objective is to aid in growing our worldwide mechanical heart valve market share of 54% over the next 5 years.

*Product*

The silver impregnated cuff will be incorporated into the SJM® Masters Series valves only. Initially the product will be available in one aortic and one mitral model with the intent to roll it



CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

into all other cuff configurations as the product is accepted into the marketplace. At the time of the initial product lunch, limited *in vitro* information will be available to support the product. Animal studies at the University of Minnesota and Loma Linda Medical Center are currently under development that will address tissue ingrowth characteristics and safety data that is necessary to support our PMA and CE Mark submissions. Other studies to quantify its potential effects will be pursued once the product is available for sale.

***Product Positioning***

how do #'s tie with earlier #'s?

While the incidence of endocarditis is low (<1%/patient year), the mortality rate is quite high for patients that develop endocarditis. The intent would be to position this product for patients at risk of and/or those that currently have native or prosthetic endocarditis. Eventually we would like to see the product implanted in all patients requiring valve replacement, since all patients with a prosthetic heart valve are at risk for endocarditis.

***Product Claims***

See Jonas's write-up

The initial claims for the product will be similar to the following:

- Prevention/reduction of bacterial colonization
- Prevention/reduction of bacterial migration

These claims have been dictated by preliminary correspondence with the FDA. As clinical studies are completed to support additional claims, the above claims would be broadened.

***Price***

Preliminary market research has been completed with 45 surgeons worldwide (20 U.S., 15 Europe, and 10 Japan) which indicate that 84% (38:15 U.S., 13 Europe, 10 Japan) of respondents said they would pay more for a mechanical heart valve with an antibiotic impregnated cuff in comparison to a standard mechanical heart valve. With this in mind, it is our intent to premium price the product by approximately $100 U.S., allowing us to maintain our current gross profit numbers.

? $200.00

***Promotion***

The focus of our promotional efforts on this product will include the permanent antimicrobial properties as well as the features of the SJM® Masters Series. At least initially, this will be a concept sell and will require a strong communication plan to support. The need for *in vitro* and *in vivo* data will be necessary eventually to obtain buy in from those customers outside of the early adopters. Clinical articles on the efficacy of silver will be essential. A specific communication plan will be developed for this product enhancement.

is this done?



CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

Review with Dorhey

***Distribution***

97

The distribution for this product will be our current SJM valve division distribution network that is currently in place. The intent is to begin in non-regulated countries in late 1996 and follow with U.S. and CE Mark approval 3 to 6 months after entering the non-regulated countries.

Our target audience would initially focus on key opinion leaders that are early adopters to act as spokesmen for the technology. From there, competitive accounts and those customers that are on the fence would be our next target. solidification of our existing franchise would also be an important target audience for us.

— Goals for Silzone – MV

– What are the strategys

– " " " Tactics

– Timing – which countrys when?

– Swaps, Evals?

– Sales Script

You need to make a presentation before 3-4 docs –

"you say" . . .

"and we" . . .

Positioning of silzone versus future competition

– body won't build up immune response

– kills on contact



CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

SJM0130033350MDL

## REFERENCES


1. Vongpatanasin, Hillis, Lange, "Review Article, Prothstic Heart Valves" The New England Journal of Medicine 1996: 335 (6): 407-16.

2. Fowler, Durack Dphil, "Infective endocarditis" Current Opinion in Cardiology 1994: 9: 389-400.

3. Caro, Migliaccio-Walle, O'Brien, "The cost of treating heart valve related complications" J Heart Valve Disease 1996;5"122-127.

4. Agihotir, McGiffin, Galbraith, O'Brien, "The prevalence of infective endocarditis after aortic valve replacement" J Thorac Cardiovasc Surg 1995; 110:1708-24.

5. Nissen, Nielse, Frederiksen, Hellberg, Nielsen, "Native Valve infective endocarditis in the general population: a 10-year survey of the clinical picture during the 1980's.

6. French, Wilson, Wong, Smith, O'Brien, "Rifampicin antibiotic impregnation of the St. Jude Medical mechanical valve sewing ring: A weapon against endocarditis", J Thorac Cardiovasc Surg 1996: 112:248-52.

7. Lytle, Priest, Taylor, Loop Sapp, Steward, McCarthy, Muehrcke, Cosgrove, "Surgical Treatment of prosthetic valve endocarditis" J Thorac Cardiovasc Surg 1996: 111:198-210




CONFIDENTIAL OR PROPRIETARY-SUBJECT TO PROTECTIVE ORDER

SJM0130033351MDL