# Exhibit 83

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: | : MDL DOCKET NO. 1396 |
| ST. JUDE MEDICAL, INC., | : (Videotaped) |
| SILZONE HEART VALVE PRODUCTS | : Deposition of: |
| LIABILITY LITIGATION, | : PETER SPADARO |
| | : |
| | : |
| | : |
| | : |

\- - - - - - - - - - - - -

TRANSCRIPT of the stenographic notes of the proceedings in the above-entitled matter, as taken by and before LINDA M. HOFFMANN, a Certified Shorthand Reporter and Notary Public, held at the office of REED SMITH, LLP, 599 Lexington Avenue, New York, New York, on Thursday, May 13, 2004, commencing at 9:48 in the forenoon.

Q. Did you believe that to be the case?
A. Yes.
Q. Okay. And in connection with the sales of the Silzone valve, there was a premium for that valve. Correct?
A. Yes.
Q. Higher in Canada and Europe than in the United States?
A. Higher in, percentage higher or dollar?
Q. Dollar higher.
A. No.
Q. Was the fact that the numbers were different the conversion?
MR. STANLEY: Object to the form.
Q. Do you understand my question?
A. I do. You know, the selling price in Canada and Europe are significantly lower than they are in the United States.
Q. In comparison to U.S. dollars?
A. Yes.
Q. Okay. But the numbers are higher?
A. I'm not -- I'm not following.
Q. Okay. With the Canadian conversion rate of, let's say, 75 cents U.S. to one dollar Canadian, a $300 -- a 300 Canadian dollar premium compared to a

$200 U.S. premium is a higher number, but a lower -- let me do it in a correct way.

A $300 Canadian premium versus a $250 U.S. premium is a lower actual price but a higher number?

A. Correct.

Q. Okay. That's what I was trying to get.

MR. STANLEY: That is the smoking gun.

MR. ANGSTREICH: Okay. It's coming. It's coming.

Q. Okay. Now, in order to convince your customers to pay this premium, what did you tell them?

A. We told them, you know, that this was an innovation that we had been working on to address a very serious issue within the cardiac surgery marketplace, and that the process by which we incorporated the Silzone coating necessitated us to seek a premium for that product.

Q. And I take it that your customers asked you why pay the premium?

A. Some did, yes.

Q. All right. Did any of your sales reps tell you that they were getting resistance from the customers about this premium?

A. Yes.
Q. All right. And do you remember who told you that?
A. I don't.
Q. And do you remember what the -- what the message was that was coming back to you?
A. That they didn't feel they should pay a premium for the product.
Q. And were you given a do's and don'ts list by anybody in discussing Silzone?
A. Not in that form.
Q. Wasn't there a letter from Mr. Hosek to you and others that identified literature that you could and couldn't share with your customers?
A. Yes.
Q. All right. Did you view that as a do's and don't?
A. Subjectively could, you know, could be either way.
Q. Well, did you share that letter from Mr. Hosek with your staff?
A. Yes.
Q. Did your staff have all of the materials that were included in Mr. Hosek's letter?
A. Yes.

of your selling program. Correct?

A. Correct.

Q. Okay. And you were aware that the incidence of paravalvular endocarditis was approximately two to four percent of all patients implanted with mechanical valves?

A. I remember it being a little higher, but in that range.

Q. Okay. And do you have a recollection of your customers asking you specifically if you could quantify the potential?

MR. STANLEY: Object to form.

A. I don't have a recollection of that.

Q. Okay. Now, let's go back to the memo, the series of E-mails. And let's take a look at this.

On the first page, the E-mail from Mr. Sportsman to you and -- I take it that's Mr. Healy, the Steve?

A. Steve Garhan.

Q. Oh, Steve Garhan, I'm sorry, and to the other three --

A. Right.

Q. -- regional --

A. Directors.

Q. -- directors, is dated April 8, 1998. And the FDA approval was only about a week or two before. Correct?
A. Correct.
Q. Okay. He says in paragraph number one, "I am convinced our customers are expecting price separation and will pay the $300. Customers that are sold on the benefit of Silzone will pay the premium."
Did you understand what he meant by that?
A. Yes.
Q. What was the benefit, and how would they get sold on it?
A. The benefit was the potential assistance in treating patients -- or the potential to inhibit the incidence of endocarditis.
Q. And how would you be able to sell them on that potential?
A. Well, obviously, data is the most compelling way to do that.
Q. Did you have data?
A. Not at that time.
Q. So when he said, "customers that are sold on the benefit," did you talk to him and Say, "Marc, how are we going to sell these people on