# Exhibit 84

Author: Steven G. Garhan at sjm-usa
Date: 4/8/98 2:05 PM
Priority: Normal
TO: Art W. Roberts at SJM2000
TO: Peter L. Spadaro at SJM2000
TO: Marc R. Sportsman at SJM2000
Subject: Re: Silzone Sales Update

-------------------------------- Message Contents --------------------------------

Good afternoon Gentlemen:

Marc and Artie, in response to your messages regarding Silzone pricing. I would agree with Mr. Sportsman that a premium for the Silzone valve could be a valuable tool for all of us. Not only as a way to create badly needed revenues but as Marc described, leverage for future negotiations.

I look forward to seeing all of you next week in MSP.

SG

Reply Separator

Subject: Silzone Sales Update
Author: Marc R. Sportsman at SJM2000
Date: 4/8/98 9:38 AM

ARTIE, PETER, AND STEVE:

I WOULD LIKE TO SEE $300.00 PREMIUM ATTACHED TO THE SILZONE VALVE.

1. I AM CONVINCED OUR CUSTOMERS ARE EXPECTING PRICE SEPARATION AND WILL PAY THE $300.00. CUSTOMERS THAT ARE SOLD ON THE BENEFIT OF SILZONE WILL PAY THE PREMIUM.

2. IT WILL BE OF GREAT BENEFIT IN ACCOUNTS WITH CONTRACTS.

3. I WELCOME THE CHALLENGE THAT THE US SALES FORCE CAN ACHIEVE SIMILAR CONVERSION RATES WHILE INCREASING OUR ASPs AND OVERALL REVENUE.

4. THE MIDWEST REGION NEEDS ALL THE HELP IT CAN GET FROM THE PREMIUM.

5. IF NECESSARY, WE CAN MODIFY THE AMOUNT OF PREMIUM PRICING DURING NEGOTIATIONS. PERHAPS WE CAN GET STANDARDIZATION, OR LONG TERM COMMITMENTS, OR INCREASED USE OF OUR OTHER PRODUCTS IF WE REDUCE THE PREMIUM FOR THE SILZONE VALVE. IT COULD BE A VALUABLE TOOL.

SEE YOU ALL IN THE TWIN CITIES.

MARC

Forward Header

Subject: Silzone Sales Update
Author: Art W. Roberts at SJM2000
Date: 3/31/98 5:59 PM

Hey Guys

I'm as excited as the next guy regarding Silzon but in Canada (I don't know about Europe) they have not gotten a premium for the Silzon. What are the expectations in the States ?? We should talk before the MPLS meeting.

awr

______________________ Forward Header ______________________

Subject: Silzone Sales Update
Author: Steven J. Healy at SJM2000
Date: 3/19/98 9:12 AM

Gentlemen,
Below please find signs of good thing to come!
SJ Healy

______________________ Forward Header ______________________

Subject: Silzone Sales Update
Author: Elizabeth B. Burnett at SJM2000
Date: 3/19/98 9:02 AM

To all:

Sales of the Silzone mechanical valve are progressing superbly...here are the updated sales and percentage mix numbers as of February month end:

| | | |
|---|---|---|
| SJME: | Total Silzone sales since launch = | 2159 |
| | Silzone as percent of February MV mix = | 22% |
| Canada: | Total Silzone sales since launch = | 441 |
| | Slzone as percent of February MV mix = | 64% |

Total Silzone sales = 2600

The Silzone valve was launched in unregulated Asian markets March 1, and we are planning to launch in Latin America in April. U.S. approval is close and launch is planned for May 1.

Kind regards,

Elizabeth