# Exhibit 85

ST. JUDE MEDICAL
HEART VALVE DIVISION




Silzone®

*THE TRADEMARK "SILZONE" REPRESENTS A PROPRIETARY METALLIC SILVER COATING WHICH IS APPLIED TO THE SEWING CUFF. NO CLINICAL STUDIES HAVE BEEN COMPLETED TO EVALUATE THE EFFECT OF SILZONE® COATING ON REDUCING THE INCIDENCE OF ENDOCARDITIS.

1. Brutel de la Riviere A, Bimbaum DE, Hacker R. First Clinical Experience with Mechanical Heart Valves with Silver-Coated Sewing Cuffs. Abstract presented at the World Symposium on Heart Valve Disease, London, UK, June 11-14, page 255. 2. Walther T, Gebauer A, Kohler J, Falk V, Langebartels G, Rauch T, Dagge, Autschbach R, Mohr FW. First Experimental and Clinical Evaluation of a New Low-Profile Bileaflet Aortic Valve. Abstract presented at the World Symposium on Heart Valve Disease, London, UK, June 11-14, 1999, page 65. 3. Hensens A, Markou T, Vrandecic M. First Clinical Experience with the St. Jude Medical Epic Valve with Antimicrobial and Anticalcification Treatments. Abstract presented at the World Symposium on Heart Valve Disease, London, UK, June 11-14, 1999, page 60. CAUTION: FEDERAL LAW RESTRICTS THIS DEVICE TO SALE BY OR ON THE ORDER OF A PHYSICIAN OR PROPERLY LICENSED PRACTITIONER. Refer to the physician's manual provided with each device for detailed instructions for use, warnings, precautions and possible adverse device effects. THIS DEVICE MAY NOT BE COMMERCIALLY AVAILABLE IN THE UNITED STATES OR IN OTHER INTERNATIONAL MARKETS PENDING REGULATORY REVIEW AND APPROVAL. St. Jude Medical, SJM and Silzone are registered trademarks of St. Jude Medical, Inc. U.S. Patent #5,895,419; foreign patents pending. ©1999 St. Jude Medical, Inc. All rights reserved. Printed in the USA. 0899200400EN

VISIT OUR WEBSITE AT http://www.sjm.com Customer Service USA (800) 544-1664 (651) 490-4410 Customer Service Europe 32-2-774-68-11.

SJM4070702255MDL