# Exhibit 86

# CONFIDENTIAL

**From:** Jane Braunsky
**To:** Monica M. Schultz
**CC:** Roy C. Hosek; Maggie A. Wallner; Veronique Declercq
**BCC:**
**Subject:** Brutel abstract for eacts
**Date:** 7/1/1998 2:12:00 AM

---

**Attachments:**

---

Dear Monica:

Dr. Brutel just received a notice from EACTS that his abstract was not accepted (no specific reason given). I suggest that we get the technical writer to take another stab at writing the paper and get it ready for the JHVD. The overall message of this paper should of course be that Silzone is safe, minimal leaching does indeed occur, the randomized study will prove or disprove the use of the valve in reducing PVE and perhaps influence thrombogenicity (use Goodman).

Please let me know what you think?

Kind regards,

Jane