# Exhibit 87

# Exhibit 87

# Confidential

From: Schultz, Monica M

To: Braunsky, Jane; Declercq, Veronique; Flory, Alan R

CC: Mirsch, Bill; Kelly, Sheila J; Holmberg, Bill R

BCC:

Subject: Prof. Brutel's paper

Date: 5/24/1999 4:06:16 PM

---

Attachments:

Brutelpaper2.doc

---

Here's the third draft. Thank you for everyone's comments & assistance w/ references.

Some notes:

1. I used the term "elemental" silver instead of "metallic" to remain consistent with our earlier literature.

2. I left "XX" follow-up in the hopes that sites may complete their long-term follow-up prior to the presentation and paper due date.

3. Upon rechecking the data forms, only 2 cases of endocarditis could be confirmed as "active." One was classified as "inactive." Two were very vague. I am sorry to say that the number of endocarditis cases (3) are now different than in the abstract (5). I'd appreciate advice on this.

4. References of Sioshansi and Bambauer have been removed due to new

shortened, MUCH more succinct description of IBAD process (thanks Bill H.!)

5. References of Perelli, Harvey, Haynes, and Liedberg added to support normal & toxic levels of silver, cytotoxicity stuff,etc. (thanks Sheila!)

6. I'd like to find a spot for the Rungby and Deitch references, so I'm hanging on to those. Jane, you can erase them from your version if you want a more professional version to go to the investigators (last 2 on the reference sheet).

7. Graphs & tables updated (thanks to Sharla W.)

8. In regards to LV function info, stenosis, regurg, etc. This info was never collected - and I doubt we will be able to collect it in time for the paper. Again, the purpose of the study was to obtain silver levels - we tried to edit data collection down to the bare minimum. Let me know if you need a letter to address this with Prof. Brutel.

9. I tried a version with an appendix that described Silzone coating, but it left very little in the body of the paper. So, with Bill's shortened version, I left as is.

Thank you for everyone's help on this. Jane & Veronique, let me know comments of any comments. I'm hoping we can provide an electronic version to Prof. Brutel soon so he can begin to tweek it according to his preferences.

With kind regards,

Monica