# Exhibit 88

# CONFIDENTIAL

**From:** Schultz, Monica M
**To:** King, Tina M; Carpenter, Louann M.; 'Vicki Schuman'
**CC:** Zak, Michelle L; 'Vicki Schuman'
**BCC:**
**Subject:** Need estimating guidance{F}
**Date:** 12/8/1999 7:28:46 AM

**Attachments:**

Dear Tina and Louann,

Here are the comments from Vicki, our technical writer, on the case study of the 43 year old patient with endocarditis (sorry - I didn't keep the cover sheet, so I'm not quite certain of the author)

Tina, did the author ever respond to your question regarding what made the paper "stand out" (ie. technique, paients preop factors, etc.)?

Let me know, and then I think we can respond to the questions below to see if we would like to pursue this case study.

Thanks!

Monica

-----Original Message-----
From: vicki l schuman [mailto:vlschuman@uswest.net]
Sent: Wednesday, December 08, 1999 12:14 AM
To: Michelle Zak; Monica Schultz
Subject: Need estimating guidance

Hi Michelle and Monica,
I've been working on my estimate for the short communication and need some overall guidance from you before I proceed further.

After reading the article, these are my general impressions and comments.

* To me the paper feels like it needs editing/rewriting. I believe it more clearly needs to indicate where it is going. Currently this critical indication is in the last sentence of the article.

* I think the role of silver needs to be introduced up front. Only one word is mentioned in the Materials section and then the last half of the Discussion focuses on this important aspect of the case.

* I think both the Introduction and Discussion have tangents that either should be eliminated or explained. The Discussion also seems to reintroduce the concepts from the Introduction and uses valuable space in a short article.

* I would also create a separate Results section, as is usually used. This would also help highlight the positive outcome of the study, as opposed to the usual high morbidity/mortality.

* With respect to length, Monica has indicated this should be a short communication, three pages double-spaced maximum. If we adhere to this requirement initially, the article would need to be shortened. We could also submit it in the length that we want and see whether the editors trim it. Which approach would you prefer?

* In response to my e-mail question, Monica indicated we may need to add an abstract (no problem) and references. Any information on these yet?

* There are also opportunities for light editing. For example, three consecutive paragraphs start with the word silver.

At this point, my fundamental questions are:
1) Do you agree with my views? and 2) Which approach do you want to take? In this situation, do you do a significant rewrite or just polish lightly and let the paper go? I'm sure this can also depend on the author.

I hope you can let me know how you would like to proceed in this case. I'm eager to work with you in whichever approach you prefer.
Thanks very much,
Vicki