# Exhibit 89

SILZONE

File:
Silzone

# First Clinical Experience with a Mechanical Valve with Silver Coating

DRAFT 6

8 June 1999

* Prof. A. Brutel de la Rivière, M.D.[a], Prof. Dr. med. Dietrich E. Birnbaum, M.D.[b], Prof. Dr. med. R. Hacker, M.D.[c]

*This study was sponsored by St. Jude Medical, Inc. and conducted at St. Antonius Ziekenhuis[a] in the Netherlands, Universitätklinikum Regensburg[b] and Herz- und Gefässchirurgie Bad Neustadt[c] in Germany.

Confidential - Property of St. Jude Medical, Inc.
f:\monica\papers\brutelpaper.doc

## ABSTRACT

The interface between the annulus and sewing cuff is the infectious center of prosthetic valve endocarditis (PVE). To decrease the incidence of PVE, the sewing cuff of the St. Jude Medical® (SJM) mechanical heart valve was permanently coated with elemental silver (Silzone® Coating). In vitro data have supported the anti-microbial efficacy of the coating. To study adverse effects of the silver coating in humans, blood serum silver levels were determined (by graphite furnace atomic absorption spectrometry) before (baseline) and after operation at five intervals: day 1, day 3, discharge, one month, and two months. From January 28 to August 7, 1997, 38 patients (71% male) underwent surgical implant of a SJM® Masters Series Valve with Silzone® coating for the aortic valve (n=29), the mitral valve (n=6), and both valves (n=3). Nine patients (24%) had concomitant procedures performed. Two patients (5%) presented with native active valve endocarditis and two patients with a history of endocarditis (5%). There was no hospital mortality, nor valve-related hospital morbidity. Blood silver concentrations peaked shortly after surgery and then decreased during the post-operative period. Average levels were consistently below 4 parts per billion (ppb). Levels below 10 ppb are considered normal. Follow-up was 95% complete. There were no recurrent, or new cases of endocarditis. The clinical data indicate that the SJM® Masters Series with Silzone® coating performs well. No adverse effects of silver coating could be detected.

## ULTRA-MINI ABSTRACT

Thirty-eight patients were studied for adverse effects of the permanent silver coating on the St. Jude Medical mechanical heart valve. Blood serum silver remained far below toxic levels through two months follow-up. No adverse effects of silver coating could be detected.

**BACKGROUND**

Throughout the early years of heart valve surgery, the occurrence of prosthetic valve endocarditis (PVE) usually resulted in fatality. Despite decades of medical progress in this area, PVE is still considered a dangerous complication of valve replacement despite its low incidence. Reported incidence ranges between 0.1% - 1.0% per patient year, and varies according to valve position, valve type, and timing of onset.[1] Mechanical heart valve infection usually begins in the sewing cuff and progresses to the point at which it causes paravalvular leaks. The infection may then invade the myocardium, leading to the development of ring abscesses. Additional complications associated with PVE include embolic events, neurological abnormalities, mycotic aneurysms and heart failure.

Although reported rates of PVE vary throughout the world, overall estimates are that 3 to 6 percent of patients will experience prosthetic valve infection at some time.[2] Afflicted patients typically experience high rates of morbidity and mortality, ranging from 20-80 percent.[2] Therefore, the threat of PVE continues to introduce uncertainty into the long-term results of valve replacement, for both mechanical and bioprosthetic valves.

Current treatment options consist of antibiotic therapy and surgery. Medical and surgical therapy are also used successfully in combination. However, antibiotic treatments involve long-term therapy and require regular patient monitoring to ensure complete coverage, and surgery for PVE is technically difficult and involves considerable risk of morbidity and mortality for the patient.[1] Prevention is obviously the more desirable alternative. Prevention methods fall into four categories: pre-operative, usually consisting of cleansing, shaving and pre-operative IV antibiotics; intraoperative efforts aimed at preventing contamination of the prosthetic device; postoperative management including antibiotics, and technical modification of the prosthetic valve, including antibiotic- and antimicrobial-treated sewing rings and valve pledgets.

Among the recent approaches to prevention, St. Jude Medical has developed the SJM® Masters Series valve with Silzone® Coating. The valve incorporates elemental silver into the sewing ring as a natural protective barrier against bacteria. Results of *in vitro* bacteriostatic activity tests showed a 96-99% reduction in bacterial counts on direct contact with the silver coated fabric of the prosthetic valve.[3, 4, 5]

Silver is a well-known anti-microbial agent with broad effectiveness. Silver is presently used on a wide array of medical instruments, including orthopedic products, catheters and wound closure devices to minimize the incidence of infections. Silver has also been used successfully as an infection-resistant coating for catheters.[6] *In vivo* studies demonstrate that silver-coated materials can encourage wound healing and reduce inflammation.[5,7,8,9] Although silver is 10-fold more toxic for bacterial cells than for human cells,[10,11] devices and medications containing silver must be carefully designed to avoid silver toxicity.

Silver toxicity syndrome has been reported to occur at levels as low as 300 ppb and presents as argyria (blue skin pigmentation) , leukopenia and toxicity to kidney, liver and neurologic tissues.[5] Normal levels of silver in healthy humans range from 2-10 ppb due to natural intake from foods and fluids.[12] More than 90% of the silver ingested is transported through the blood by high molecular weight proteins, processed by the liver and excreted in the bile and later the feces.[13] Silver toxicity is caused by high levels of silver ions. Elemental silver is highly inert and ionizes very slowly in humans.[11] In contrast, silver salts, found in silver nitrates and silver sulfadiazine cream, releases silver ions more readily.[14] As a result, elemental silver is considered to be non-toxic in humans and silver salts are more cytotoxic.[15]

The SJM® Masters Series valve with Silzone® coating consists of the original SJM Masters series valve design with the addition of a silver coating applied to the sewing cuff. Other critical components of the device, including carbon leaflets, orifice and leaflet function are identical to the SJM Masters Series valve. The valve is pictured in Figure 1.

The cuff material used in the SJM Masters Series valve with Silzone® Coating is the same polyester fabric as that used in the SJM® Masters Series heart valve, except that it has been coated with SPI-ARGENT™, a patented elemental silver coating that imparts bactericidal and fungistatic properties to medical devices. Silzone® coating is an impregnation of elemental silver into the sewing cuff fabric, and forms a permanent, durable, biocompatible, uniform coating that incorporates a proven, highly effective antimicrobial agent in *in vitro* tests.

The silver treatment is applied via Ion Beam Assisted Deposition (IBAD) technology developed by Spire Corporation (Bedford, Massachusetts USA) and creates an "actively sterile" surface that kills bacteria on contact. The IBAD process is a physical vapor deposition process that uses an ion beam to assist the deposition. The addition of the ion beam actually creates an impregnation of the silver into the heart valve sewing cuff. The process is performed in a high vacuum, at low processing temperatures. This results in a treatment that coats the individual fibers that make up the sewing cuff. Porosity of the cuff as well as integrity of the polymer fibers are not adversely affected. The treatment is a uniform, dense, coating of elemental silver that is permanently impregnated in the sewing cuff.

Animal studies have demonstrated minimal leeching of silver from the Silzone® coated cuffs.[16] The purpose of the current study was to measure the blood serum silver levels in patients implanted with the SJM® Masters Series valve with Silzone® coating.

## METHODS

This was a prospective, observational study that tracked both blood serum silver concentrations and adverse events. The study took place at three centers and consisted of 38 patients. Following the requirements of the protocol, approved by ethical committees of the participating centers, 3 ml blood samples were taken from the patients at the following intervals:

1. Prior to surgery
2. Day 1 post-op
3. Day 3 post-op
4. Discharge day
5. One month post-op
6. Two months post-op

The blood samples were refrigerated (2°C-10°C) until analysis could be completed. Blood serum silver levels were determined by graphite furnace atomic absorption spectrometry at two independent laboratories listed in Table 1. Long-term follow-up was conducted via phone calls to the patient and/or the patient's following physician. Adverse events were defined in accordance with Edmunds et.al.[17]

Patients were operated on from January 28 to August 7, 1997. In total, 38 patients underwent implantation of a SJM® Masters Series Valve with Silzone™ Coating for the aortic valve (n=29), the mitral valve (n=6), and both valves (n=3). Patients' medical histories are depicted in Figure 2. Figures 3 &4 depict valve sizes implanted.

A summary of patients' pre-operative and operative characteristics is depicted in Table 2. The majority of patients (71%) were male and over half of the recipients had a pre-operative New York Heart Association (NYHA) class of III or IV. Nine patients (24%) had at least one concomitant procedure performed. Five patients received a coronary artery bypass, one patient received an aortic arch plasty, and three patients received a double valve replacement (both valves were SJM® Masters Series valves with Silzone™ coating). Of special interest are two patients who had active endocarditis at the time of implant and two patients with a history of endocarditis.

**RESULTS**

Follow-up was 95% complete with a mean follow-up interval of 1.7 years (range 0.1 - 2.3 years). Long-term follow-up indicates that the majority of patients are in NYHA functional class I. (Figure 5 )

Blood silver concentrations were determined by two independent test laboratories. Test laboratories utilized by each study center, method of analysis and level of sensitivity are depicted in Table 1. Sensitivity of tests varied between labs. However, regardless of the sensitivity of the test, blood serum silver concentrations were well within normal range for all patients. Normal blood silver concentrations are considered to be below 10 ppb.[10] The lowest level reported for silver toxicity in humans is 300 ppb.[11,12] For all patients followed in this study, blood serum silver concentrations did not exceed 22 ppb and levels decreased following discharge. Patients with higher serum silver concentrations were double valve implant recipients. The average and range of blood serum silver concentrations at each follow-up visit are depicted in Figures 6 - 8.

Adverse events are listed in Tables 3 and 4. Specific non-valve related adverse events are listed consist of 10 early complications and one late complication. Atrial fibrillation/flutter was the most common, occurring in seven patients within 30 days of implant. One patient suffered a bleeding event, and there were five deaths. Two patients died of other cardiac related causes (one cardiac arrest and one cardiac failure). Three patients died of other causes.

Two patients presented with active endocarditis at the time of implant and two patients had a history of endocarditis. All patients who presented with endocarditis at implant were in either NYHA class I or II at the two year follow-up. There were no recurrent cases of endocarditis.

**CONCLUSION**

The primary objective of this study was to monitor blood serum silver concentrations to verify that they remained within normal levels after implantation of the SJM® Masters Series Valve with Silzone® coating. Secondary objectives were to track complications. Blood silver concentrations peaked shortly after surgery and then decreased during the post-operative period. Blood serum silver concentrations remained well within normal range for all patients through two months follow-up. Average levels were consistently below 4 ppb. Normal blood silver concentrations are considered to be below 10 ppb.[10] The lowest level reported for silver toxicity in humans is 300 ppb.[11,12] For all patients followed in this study, blood serum silver concentration levels did not exceed 22 ppb.

Data collected indicate that the SJM® Masters Series Valve with Silzone® coating appears to perform well. No valve-related complications occurred and blood silver concentrations remained well within normal range for all patients. No adverse effects of the silver coating could be detected. All patients who presented with active endocarditis pre-operatively were in either NYHA class I or II postoperatively with no recurrence of infection as of the two year follow-up. A multi-center randomized trial, the Artificial Valve Endocarditis Reduction Trial (AVERT)[18], is currently under way to evaluate the long term effectiveness of this technology in reducing the incidence of prosthetic valve endocarditis.

**Figure 1. SJM® Masters Series Valve with Silzone® Coating**

(photo)

DRAFT 6

**Table 1. Test Laboratories**

| Study Center | Test Laboratory | Method Used | Sensitivity Level |
|---|---|---|---|
| St. Antonius Ziekenhuis | TNO<br>Utrechtseweg 48<br>3700 AJ Zeist | graphite furnace atomic absorption | <0.3 ppb |
| Rhön Klinikum<br><br>Universität Klinikum Regensburg | Dr. med. R. Latza & Partner<br>Blucherstrasse 47 A<br>66386 St. Ingbert-Rohrbach | same as above | <2 ppb |

(parts per billion (ppb) = μg/L)

**Table 2. Preoperative and Operative Characteristics**

| Variable | N | Mean/% | SD | Min | Max |
|---|---|---|---|---|---|
| Age at implant (years) | 38 | 60.3 | 9.9 | 25 | 77 |
| Gender (%) | | | | | |
| - male | 27 | 71% | | | |
| - female | 11 | 29% | | | |
| Etiology and pathology (%)* | | | | | |
| - calcification | 23 | 60% | | | |
| - rheumatic fever | 7 | 16% | | | |
| - endocarditis | 4 | 10% | | | |
| - congenital | 5 | 13% | | | |
| - structural deterioration | 4 | 10% | | | |
| - unknown | 5 | 13% | | | |
| NYHA Class | | | | | |
| - I | 3 | 8% | | | |
| - II | 11 | 29% | | | |
| - III | 20 | 53% | | | |
| - IV | 4 | 10% | | | |
| Patients with concomitant procedures* | 9 | 24% | | | |
| - aortic arch plasty | 1 | 3% | | | |
| - coronary artery bypass | 5 | 13% | | | |
| - intra-aortic balloon pump | 1 | 3% | | | |
| - double valve implantation | 3 | 8% | | | |
| Cardiopulmonary bypass time (minutes) † | | | | | |
| - all patients | 37 | 101 | 42 | 54 | 208 |
| - patients with concomitant procedures | 8 | 144 | 36 | 109 | 208 |
| - patients without concomitant procedures | 29 | 89 | 37 | 54 | 185 |
| Aortic cross clamp time (minutes) † | | | | | |
| - all patients | 37 | 69 | 34 | 26 | 153 |
| - patients with concomitant procedures | 8 | 105 | 29 | 74 | 153 |
| - patients without concomitant procedures | 29 | 60 | 28 | 26 | 140 |

* Patients may appear in more than one category.
† Data not submitted for one patient.

**Figure 2. Medical History***




*Patients may appear in more than one category.

**Figures 3 & 4. Valve Size (n=38)**







* Numbers above include three double valve replacements

DRAFT 6

**Figure 5. New York Heart Association (NYHA) Functional Class by Visit**



**Table 3. Summary of Non-Valve Related Adverse Event**

| Adverse Event | Number of Early Events (≤30 days) | Number of Late Events (>30 days) |
|---|---|---|
| Cardiac arrhythmia | 7 | 1 |
| Minor transient cerebral embolism | 1 | 0 |
| Non-valve related heart failure | 1 | 0 |
| MI/VF/AF/restenosis/occlusion of graft | 1 | 0 |
| Death (all causes) | 0 | 5 |
| *Other cardiac* | | *2* |
| 1 heart failure | | |
| 1 cardiac arrest | | |
| *Other cause* | | *3* |
| 1 suicide | | |
| 1 brain tumor | | |
| 1 abdominal aneurysm | | |

**Table 4. Summary of Valve Related Adverse Events**

| Complication | Number of Early Events (≤30 days) | Number of Late Events (>30 days) |
|---|---|---|
| Bleeding Event | 0 | 1 |

Confidential - Property of St. Jude Medical, Inc.
f:\monica\papers\brutelpaper.doc

SJM0440096365MDL

**Figure 6: Distribution of Blood Serum Silver Concentrations**



DRAFT 6

**Figure 7: Distribution of Blood Serum Silver Concentrations**



DRAFT 6

**Figure 8: Distribution of Blood Serum Silver Concentrations**



## REFERENCES

[1] Vlessis AA, Khaki A, Grunkemeier GL, Hui-Hua L, Starr A. Risk, diagnosis and management of prosthetic valve endocarditis: a review. *J Heart Valve Dis*, 1997; 6:443-65.

[2] Vongpatanasin W, Hillis LD, Lange RA. Prosthetic heart valves: review article. *N Engl J Med*, 1996; 335: 407-16.

[3] Razzouk AJ, Izutani H, Xu H, Gundry SR, Bailey LL. Silver coated sewing cuff of prosthetic heart valve - is it a safe source of antimicrobial activity? Poster presentation, 4th International Symposium on Modern Concepts in Endocarditis and Cardiovascular Infections, La Marive Yverdun-Les-Bains, May, 1997.

[4] Tweden KS, Holmberg WR, Sioshansi P, Bricault RJ, Barry JE, Tobin EJ, et al. Silver coating of cardiovascular textiles for antimicrobial protection. Abstract presented at 43rd Annual ASAIO Conference, Atlanta, May, 1997.

[5] Tweden KS, Cameron JD, Razzouk AJ, Holmberg WR, Kelly SJ. Biocompatibility of silver-modified polyester for antimicrobial protection of prosthetic valves. *J Heart Valve Dis*, 1997; 6: 553-61.

[6] Bambauer R, Mestres P, Schiel R, Sioshansi P. New surface-treatment technologies for catheters used for extracorporeal detoxification methods. *Dialysis and Transplant*, 1995; 24:228-37.

[7] Janse B, Rinck M, Wolbring P, Strohmeier A, Jahns T. In vitro evaluation of antimicrobial efficacy and biocompatibility of a silver coated central venous catheter. *J Biomater. App.* 1994; 9: 55-70.

---

[8]Chu CC, Tsai WC, Yao JY, Chiu SS. Newly made antibacterial braided nylon sutures. In vitro qualitative and in vivo preliminary biocompatibility study. *J Biomed. Mat. Res.* 1987; 21: 1281-1300.

[9]Kathuria P, Moore HL, Mehrotra R, Prowant BF, Khanna R, Twardowski ZJ. Evaluation of healing and external tunnel histology of silver-coated peritoneal catheters in rates. *Adv. Perit. Dial.* 1996; 12: 203-208.

[10]Chambers CW, Proctor CM, Kabler PW. Bactericidal effect of low concentrations of silver. J. Amer. Waterworks Assn. 1962: 206-216.

[11]Wan AT, Conyers RAJ, Coombs CJ, Masterton JP. Determination of silver in blood, urine, and tissues of volunteers and burn patients. *Clin Chem* 1991; 37: 1683-1687.

[12]Perrelli G, Piolatto G. Tentative reference values for gold, silver and platinum: literature data analysis. *The Science of the Total Environment* 1992, 120:93-96.

[13]Harvey SC. Antiseptics and disinfectants; Fungicides; ectoparasiticides. In: Gillman AG, Goodman LS, Rall TW, Furad F (ed.) Goodman and Gillman's The Pharmacological Basis of Therapeutics. Seventh edition. Macmillan, New York, 1980: 966-981.

[14]Haynes JL, Schulte TH. Antibacterial silver surfaces - an assessment of needs and opportunities for clinical devices. Abstract - proceedings of International Conference on Au andAg in Medicine, 1987, p. 331.

[15]Liedberg H, Lundeberg T. Assessment of silver-coated urinary catheter toxicity by cell culture. Urol Research, 1989, 17:359-360.

[16]Ogle MF, Cameron JD, Bianco RW, Lirtzman RA, Razzouk A, Schroeder RF, Mirsch M "Systemic Silver Evaluation: A study of Silzone™ heart valves" *Presented at the Society For Biomaterials National Meeting* Providence RI, April 28-May 2, 1999

[17] Edmunds LH, Clark RE, Cohn LH, Grunkemeier GL, Miller DC, Weisel RD. Guidelines for Reporting Morbidity and Mortality after Cardiac Valvular Operations. *J Thorac Cardiovasc Surg* 1996;112:708-711.

[18] Schaff HV, Carrel T, Steckelberg JM, Grunkemeier GL, Holubkov R. Artificial Valve Endocarditis Reduction Trial (AVERT): Protocol of a Multicenter Randomized Trial. Journal of Heart Valve Disease 1999: 8:131-139.