# Exhibit 90

# CONFIDENTIAL

**From:** Braunsky, Jane
**To:** Schultz, Monica M; Holmberg, Bill R; Mirsch, Bill
**CC:** Declercq, Veronique
**BCC:**
**Subject:** Manuscript and slides for Brutel{F}
**Date:** 5/19/1999 2:29:46 PM

---

**Attachments:**
Brutelpaper.doc
silzone38.PPT

---

Dear Monica:
The answer to questions #4 is yes, Dr. Brutel would prefer an appendix.....

To Bill Holmberg: Dear Bill,
Can you please look at page 6 regarding the IBAD process. Brutel feels that this section is very long and has too many details for surgeons to care or understand. Could you give it a go and shorten this section to include a true description of the process without losing the intended audience - the surgeon?

To Bill Mirsch: Dear Bill,
Can you please review this and give your thoughts and input. I am particularily interested in the following items:
Page two: the page indicated silver atoms (Brutel doesn't like this). Can we just put elemental silver as opposed to silver atoms?
We need to use either ppb or ug/l when describing the blood serum concentrations throughout. Which would be most appropraite and is there a nice way of inserting a statement that ppb=ug/L?
Page 5. Again, we need to be consistent throughout the manuscript regarding metallic silver or elemental silver. Which would be most appropriate?

Note for all:
This is the manuscript that is required for the world congress meeting in London. As Dr. Brutel is going on holiday in 1.5 weeks, I need to get an updated manuscript to his attention ASAP. We are waiting for some information

from Germany and Holland and we can perhaps include up to a 2 year follow-up status on the LIMRA patients.

Thanks for your help and please call me on my mobile if you have any questions. Again, I would appreciate your comments (as usual) yesterday.

I guess that means I owe you guys a awful lot of beers?

Jane

-----Original Message-----
From: Schultz, Monica M
Sent: vrijdag 14 mei 1999 16:41
To: Braunsky, Jane; Declercq, Veronique
Cc: Flory, Alan R; Hosek, Roy C; Franssen-Brader, Dickey
Subject: Slides

Dear Veronique and Jane,

Whew! Here are the first drafts. They still need alot of work, but they should give Prof. Brutel a framework for his presentation and paper. Some comments and questions:

1. Adverse events numbers are awaiting completion of follow-up for German sites, and the remaining six patients at Prof. Brutel's site.

2. The data was collected under the old Edmunds (1989 definitions). I thought for this presentation we should classify them according to the new definitions (1996). Cardiac arrhythmias are excluded from the 1996 def - would Prof. Brutel like a separate slide on cardiac arrhythmias?

3. I am working with Sharla to add a Box & Whisker plot to express the ranges of blood silver concentration levels across the time periods.

4. The intro of the paper is a bit commercial. Would Prof. Brutel prefer that I refer to Silzone as a "silver coating" and add an appendix with the manufacturer and trademark info?

I think that's it. I'll keep working on it. Let me know your comments!

With best regards,

Monica