# Exhibit 91

# CONFIDENTIAL

**From:** Braunsky, Jane
**To:** Schultz, Monica M
**CC:** Declercq, Veronique
**BCC:**
**Subject:** Manuscript and slides for Brutel{F}
**Date:** 5/21/1999 1:05:30 PM

---

**Attachments:**
Brutelpaper.doc
silzone38.PPT

---

Dear Monica:

Please note the manuscript and changes below. We urgently need you:
* to verify the # of endocarditis patients at time of implant (paper says 5 patients and slides and table say 6).
* When speaking about ug/L and ppb, we are going with ppb (see manuscript) and please adapt to slides
* Have Michelle Zak check if Silzone is a trademark or registered name and change in the slides and manuscript appropriately.
* Note that until you guys decide to put in short or long term complications, we have changed the text to read simply complications.
* also note that we are using metallic as opposed to atomic or elemental in describing silver coating
* Veronique will fill you in about at least one graphic.
* What are we doing with the mixed disease, stenosis, regurgitant and LV function information that we will get next week? Brutel needs to know!

Please get this completed and sent to us no later than Monday, 9:00 am your time. This is a hot issue as we still need input from Germany......

Thanks,

Jane

-----Original Message-----

From: Holmberg, Bill R
Sent: vrijdag 21 mei 1999 5:26
To: Braunsky, Jane
Subject: FW: Manuscript and slides for Brutel

Jane,

I have modified the manuscript. Please see attached file. As far as elemental vs metallic and ug/l vs. ppb, I think both can be interchangeable. Technically ug/l might be better but using ppb shouldn't be a problem. Let me know if you need anything more.

Bill

-----Original Message-----
From: Braunsky, Jane
Sent: Wednesday, May 19, 1999 7:30 AM
To: Schultz, Monica M; Holmberg, Bill R; Mirsch, Bill
Cc: Declercq, Veronique
Subject: FW: Manuscript and slides for Brutel

Dear Monica:
The answer to questions #4 is yes, Dr. Brutel would prefer an appendix.....

To Bill Holmberg: Dear Bill,
Can you please look at page 6 regarding the IBAD process. Brutel feels that this section is very long and has too many details for surgeons to care or understand. Could you give it a go and shorten this section to include a true description of the process without losing the intended audience - the surgeon?

To Bill Mirsch: Dear Bill,
Can you please review this and give your thoughts and input. I am particularily interested in the following items:
Page two: the page indicated silver atoms (Brutel doesn't like this). Can we just put elemental silver as opposed to silver atoms?
We need to use either ppb or ug/l when describing the blood serum concentrations throughout. Which would be most appropraite and is there a nice way of inserting a statement that ppb=ug/L?
Page 5. Again, we need to be consistent throughout the manuscript regarding metallic silver or elemental silver.

Which would be most appropriate?

Note for all:
This is the manuscript that is required for the world congress meeting in London. As Dr. Brutel is going on holiday in 1.5 weeks, I need to get an updated manuscript to his attention ASAP. We are waiting for some information from Germany and Holland and we can perhaps include up to a 2 year follow-up status on the LIMRA patients.

Thanks for your help and please call me on my mobile if you have any questions. Again, I would appreciate your comments (as usual) yesterday.

I guess that means I owe you guys a awful lot of beers?

Jane

-----Original Message-----
From: Schultz, Monica M
Sent: vrijdag 14 mei 1999 16:41
To: Braunsky, Jane; Declercq, Veronique
Cc: Flory, Alan R; Hosek, Roy C; Franssen-Brader, Dickey
Subject: Slides

Dear Veronique and Jane,

Whew! Here are the first drafts. They still need alot of work, but they should give Prof. Brutel a framework for his presentation and paper. Some comments and questions:

1. Adverse events numbers are awaiting completion of follow-up for German sites, and the remaining six patients at Prof. Brutel's site.

2. The data was collected under the old Edmunds (1989 definitions). I thought for this presentation we should classify them according to the new definitions (1996). Cardiac arrhythmias are excluded from the 1996 def - would Prof. Brutel like a separate slide on cardiac arrhythmias?

3. I am working with Sharla to add a Box & Whisker plot to express the ranges of blood silver concentration levels across the time periods.

4. The intro of the paper is a bit commercial. Would Prof. Brutel prefer that I refer to Silzone as a "silver coating"

and add an appendix with the manufacturer and trademark info?

I think that's it. I'll keep working on it. Let me know your comments!

With best regards,

Monica