# Exhibit 92

# CONFIDENTIAL

**From:** Ogle, Matthew F
**To:** Declercq, Veronique
**CC:**
**BCC:**
**Subject:** Brutel paper{F}
**Date:** 11/9/1999 3:37:04 PM

---

**Attachments:**

---

There seems to be a paragraph missing if you refer to the Draft # 9, page 5 third paragraph.....
Silver is presently used on a wide array of medical instruments, including orthopedic products, catheters and wound closure devices to minimize the incidence of infections. Silver has also been used successfully as an infection-resistant coating for catheters.8,9, In vivo studies demonstrate that silver-coated materials can encourage wound healing and reduce inflammation.4,10,11 However, in vivo evidence for Silzone coating in particular has been conflicted, and recently published papers have shown both effective and ineffective results.12,13 This could be due to a variety of variables including the amount the concentration of bacteria introduced to the test subject, the animal model, and/or the method of detection, though the topic remains controversial.14
I don't know why she deleted this???
Please call me with questions. (651)-490-4361
I will try and find out.

Matt
-----Original Message-----
From: Declercq, Veronique
Sent: Tuesday, November 09, 1999 5:11 AM
To: Schultz, Monica M
Cc: Ogle, Matthew F
Subject: FW: Brutel paper

Dear Monica

I checked the new version of the paper and I could not retrieve the references for articles 11,12,13,14 in the text.

Matt, as I understood that Monica is in Atlanta, may I kindly ask your input with this matter before sending this paper out to Professor Brutel

Thanks a lot in advance for your help.

With kind regards

Veronique

-----Original Message-----
From: Schultz, Monica M
Sent: maandag 8 november 1999 17:42
To: Franssen-Brader, Dickey
Cc: Declercq, Veronique; Flory, Alan R; King, Tina M; Ogle, Matthew F; Kelly, Sheila J; Carpenter, Louann M.
Subject: Brutel paper

Hokey dokey. I think my temper tantrum is finished. Attached is the paper.

Many many many thanks to:

Veronique - for telling me my changes were on the WRONG version (ack!)

Matt - for checking all the references, and reminding me that I needed to delete his reference because it's an abstract (sadness)

I also deleted Tweden's abstract, so we only have her one paper referenced.

That's it. Thanks for all your help and putting up with my outbursts.

Best regards,

Monica

<< File: Brutelfinal.doc >>