# Exhibit 94

# CONFIDENTIAL

**From:** Schultz, Monica M
**To:** Franssen-Brader, Dickey
**CC:** Kelly, Sheila J; Ogle, Matthew F; Declercq, Veronique; Flory, Alan R; Carpenter, Louann M
**BCC:**
**Subject:** Brutel paper - revisions
**Date:** 11/8/1999 2:59:12 PM

---

**Attachments:**
Brutelpaper9a.doc

---

Dear Dickey -

Don't faint! Yes! Attached is the Brutel paper. Keep your fingers crossed that the following changes are satisfactory:

1. Sheila Kelly and Matt gave me references (as well as wording) to explain the possible mechanisms by which silver is effective. You will see the addition of three references: Grier, Bragg and Schreur. Added paragraph is on page 5.

2. I deleted the Tweden and Haynes abstracts (Dr. Bodnar wanted only published papers).

3. For in vivo evidence, I added Dan Langanki's paper (thank you again Sheila and Matt)

4. To make certain we were fair I added the negative papers: Darouiche, Costerton, and Kjaergard. (I made certain to counter those papers with Illingworth's and Carrel's. . . by the way, Carrel is the only reference I forgot to take home with me, so you'll see that I still need to fill in the detail under #23 in the bibliography. Feel free to fill it in if you have a copy handy, otherwise I'll do it once I get to the office).

5. I added the reason for death in the text of the paper. I noticed that the reasons were listed for the cardiac-related deaths, but the non-cardiac related ones were only listed in the table. Perhaps that's what Dr. Bodnar meant when he said add more detail - to put it in the text. . . .

Finally, my footnote software-thingy wasn't working well (or I was doing something wrong) so I made the changes by hand. I almost screamed when I lost all but four references about two hours ago (luckily, of course, I have 8 earlier versions of the paper on my computer.)

Anyhow, sorry to babble. Take a careful read-through and let me know what you think, but I feel we have tackled Dr. Bodnar's major concerns.

Dickey, thanks for your patience. I know it's been a long wait.

With best regards,

Monica