# Exhibit 98

# We couldn't make a more compelling argument.





It's all on paper. More than 800 peer reviewed articles confirm the clinical history and low complication rates of the St. Jude Medical® mechanical heart valve.

Made to last a lifetime, St. Jude Medical® heart valves are designed for uncompromised durability and performance.

It starts with the highest levels of quality and efficiency at our Woodridge Carbon Technology Center, the world's largest producer of pyrolytic carbon for mechanical valves.

You'll find it in the St. Jude Medical® mechanical heart valve SJM® Masters Series valve with Silzone® coating* – the only mechanical valve with a silver-impregnated cuff shown to be resistant to microbial attachment and colonization *in vitro*.[1]

For over 20 years, surgeons have turned to St. Jude Medical® heart valves for optimal thromboresistance, hemodynamics, ease of implantability and longevity. But don't take just our word for it. Take theirs. Call 612-490-4410 in the U.S. and Canada or 32 2 774-68-11 in Europe for clinical articles on the world's most trusted family of mechanical heart valves.

ST. JUDE MEDICAL
HEART VALVE DIVISION

Visit our Website at http://www.sjm.com

CAUTION: FEDERAL LAW RESTRICTS THIS DEVICE TO SALE, DISTRIBUTION AND USE BY OR ON THE ORDER OF A PHYSICIAN. THIS DEVICE MAY NOT BE COMMERCIALLY AVAILABLE IN THE UNITED STATES OR IN OTHER INTERNATIONAL MARKETS PENDING REGULATORY REVIEW AND APPROVAL. Refer to the physicians manual provided with each device for detailed instructions for use, warnings, precautions and possible adverse ...

*THE TRADEMARK "SILZONE" REPRESENTS A PROPRIETARY METALLIC SILVER COATING WHICH IS APPLIED TO THE VALVE SEWING CUFF. NO CLINICAL STUDIES HAVE BEEN PERFORMED TO EVALUATE THE EFFECT OF SILZONE™ COATING ON REDUCING THE INCIDENCE OF ENDOCARDITIS.

**Corporate Headquarters** St. Paul, Minnesota 55117 USA ... **European Headquarters** Brussels, Belgium ... **Asian Headquarters** Kowloon, Hong Kong ...
SJM and St. Jude Medical are registered trademarks of St. Jude Medical, Inc. ... All rights reserved.
**Reference** 1. ... J Heart Valve Dis 1997; 6: 653-657

SJM4070702249MDL