# Exhibit 104

# FEDERAL TRADE COMMISSION

WASHINGTON, D. C. 20580

OFFICE OF PUBLIC INFORMATION

## FACT SHEET

## STATE LEGISLATION TO COMBAT UNFAIR TRADE PRACTICES

November, 1973

Forty-four states have enacted laws more or less like the Federal Trade Commission Act to prevent deceptive and unfair trade practices.

The states not having such laws are Alabama, Georgia, Mississippi, Nebraska, Tennessee, and West Virginia. Consumer complaint clearing houses to facilitate the taking of action under existing laws, and possibly to recommend new legislation, have been established in Alabama, Georgia, and Tennessee.

To aid states in drafting legislation to prevent deceptive and unfair trade practices, the Federal Trade Commission has set forth three alternate forms of coverage:

*ALTERNATE FORM NO. 1*

- Utilizes broad language from Section 5 of the Federal Trade Commission Act to prevent "unfair methods of competition and unfair or deceptive acts or practices" in trade or commerce
  *13 STATES*
  Connecticut, Florida, Hawaii, Illinois, Louisiana, Maine, Massachusetts, Montana, North Carolina, South Carolina, Vermont, Washington, and Wisconsin

*ALTERNATE FORM NO. 2*

- Reaches all forms of deceptive trade practices
  *13 STATES*
  Arizona, Arkansas, California, Delaware, Iowa, Kansas, Kentucky, Maryland, Minnesota, Missouri, New Jersey, New York, and North Dakota

*ALTERNATE FORM NO. 3*

- Itemizes deceptive practices, usually with a "catch-all" clause to reach other forms of deception
  *16 STATES*
  Alaska, Colorado, Idaho, Indiana, Michigan, Nevada, New Hampshire, New Mexico, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Dakota, Texas, Virginia, and Wyoming

The *Uniform Consumer Sales Practices Act*, developed by the National Conference of Commissioners on Uniform State Laws, is

- Similar in deceptive practice coverage to Alternate Form No. 3 above, but extends also to unconscionable consumer sales practices. It has been adopted in
  *2 STATES*
  Ohio and Utah

The 44 state laws mentioned above contain authorization for the administering or enforcement official to conduct investigations and to issue cease and desist orders or obtain court injunctions to halt the use of deceptive or unfair trade practices.

*Restitution* may be obtained by the administering or enforcement official on behalf of aggrieved consumers in

*36 STATES*

Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, Florida, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maryland, Massachusetts, Missouri, Montana, Nevada, New Jersey, New York, North Carolina, North Dakota, Ohio, Oregon, Rhode Island, South Carolina, South Dakota, Texas, Utah, Vermont, Virginia, Washington, Wisconsin, and Wyoming

*Civil Penalties* for an initial violation may be assessed in

*21 STATES*

Alaska, Arizona, California, Connecticut, Hawaii, Kansas, Kentucky, Minnesota, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Oregon, South Carolina, South Dakota, Texas, Vermont, Washington, and Wisconsin

*Class Actions* by consumers are authorized in

*12 STATES*

Alaska, California, Connecticut, Indiana, Massachusetts, Missouri, Ohio, Oregon, Rhode Island, Texas, Utah, and Wyoming

*Private Actions* by consumers, sometimes including minimum recovery of $100 or $200, sometimes including double, treble or punitive damages, and usually including costs and attorney fees, are authorized in

*31 STATES*

Alaska, California, Colorado, Connecticut, Hawaii, Idaho, Indiana, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Minnesota, Missouri, Montana, New Hampshire, New Jersey, North Carolina, Ohio, Oregon, Rhode Island, South Carolina, South Dakota, Texas, Utah, Vermont, Virginia, Washington, Wisconsin, and Wyoming

**Rules and Regulations**

Authority for issuance of rules and regulations to implement deceptive, unfair or unconscionable trade practices statutes is contained in the laws of

*23 STATES*

Alaska, Connecticut, Florida, Idaho, Illinois, Iowa, Kansas, Louisiana, Maine, Massachusetts, Minnesota, Montana, New Hampshire, New Jersey, New Mexico, North Dakota, Ohio, Oregon, South Carolina, South Dakota, Utah, Vermont, and Wisconsin

*Rule-Making Authority* varies from state to state. It is vested in the attorney general, with the following exceptions

Wisconsin – Department of Agriculture
Montana and Utah – Department of Business Regulation
Alaska, Minnesota, and Ohio – Department of Commerce
Connecticut – Department of Consumer Protection
Florida – Department of Legal Affairs (attorney general), with concurrence of a majority of the Cabinet
Louisiana – Director of Consumer Protection in the Governor's Office, with the concurrence of the attorney general and the Consumer Advisory Board

*Enforcement* of deceptive and unfair trade practice laws through court action is vested in the attorney general, with the following provisos and exceptions:

| | |
|---|---|
| Arizona, California, Colorado, Florida, Kansas, Kentucky, Michigan, Minnesota, New Mexico, Oregon, South Carolina, South Dakota, Texas, Virginia, and Wisconsin | District, county or city attorneys share enforcement responsibility with attorney general |

Louisiana – attorney general shares enforcement responsibility with the director of consumer protection in the Governor's Office and the district attorneys

Connecticut – Department of Consumer Protection or the attorney general
Ohio and Utah – Department of Commerce or the attorney general
Montana – Department of Business Regulation or the county attorneys
Nevada – Department of Commerce, attorney general or the district attorneys
Hawaii – Director of consumer protection in the Governor's Office

For further information contact:

Mr. Gale P. Gotschall
Counsel for Federal-State Cooperation
Federal Trade Commission
Washington, D.C. 20580

Telephone (202) 962-4315