# Exhibit 110

# Law by source: Uniform laws

*4/2003*

## Uniform Business and Financial Laws Locator

This locator links to state statutes which correspond to Uniform Laws in the subject areas of business and finance. In cases where the text of the Uniform Law, as originally promulgated, is available on the Net it also links to it.

*Locators are also available for the Uniform Commercial Code, Uniform Probate Code, Uniform Code of Evidence and uniform family, and matrimonial laws. If you are unclear about what Uniform Laws are see the LII "Uniform Laws" page.*

### Table of Uniform Laws Covered in This Locator

- Uniform Arbitration Act
- Uniform Common Interest Ownership Act
- Uniform Common Trust Fund Act
- Uniform Condominium Act
- Uniform Construction Lien Act (no cites)
- Uniform Consumer Credit Code (1968 Act)
- Uniform Consumer Sales Practices Act
- Uniform Custodial Trust Act
- Uniform Deceptive Trade Practices Act (1968 Act)
- Uniform Division of Income for Tax Purposes Act
- Uniform Dormant Mineral Interests Act
- Model Employment Termination Act (no cites)
- Uniform Federal Lien Registration Act
- Uniform Federal Tax Lien Registration Act
- Uniform Fiduciaries Act
- Uniform Franchise and Business Opportunities Act (no cites)
- Uniform Fraudulent Conveyance Act
- Uniform Fraudulent Transfer Act
- Model Land Sales Practices Act
- Uniform Land Security Interest Act
- Uniform Limited Liability Company Act
- Uniform Limited Partnership Act
- Uniform Management of Institutional Funds Act
- Uniform Partnership Act
- Uniform Planned Community Act
- Uniform Principal and Income Act (1962 Act)
- Uniform Prudent Investor Act
- Model Real Estate Cooperative Act
- Model Real Estate Time-Share Act
- Uniform Reciprocal Transfer Tax Act
- Uniform Residential Landlord and Tenant Act
- Uniform Securities Act (1956 Act)
- Uniform Act for Simplification of Fiduciary Security Transfers
- Uniform State Antitrust Act
- Uniform Supervision of Trustees for Charitable Purposes Act
- Uniform Trade Secrets Act
- Uniform Trustees' Powers Act
- Uniform Trusts Act

### Uniform Arbitration Act (1955) (original text, as revised)

- Alaska
- Arizona - §§ 12-1501 to 12-1518
- Arkansas - Ark. Code, Title 16, Subtitle 7, Ch. 108, Subchapter 2, §§ 201 to 207.
- Colorado - C.R.S., Title 13, Contracts and Agreements, Art. 22, Part 2, §§ 201 to 223
- Delaware - Del.Code, Title 10,
- Kansas - §§ 5-401 to 5-422
- Kentucky (PDF)
- Maine
- Maryland - Md. Code, Courts and Judicial Proceedings, Title 3, Subtitle 2, §§ 3-201 to 3-235
- Massachusetts
- Michigan
- Minnesota - §§ 572.08 to
- Pennsylvania
- South Carolina
- South Dakota
- Tennessee - Tenn. Code, Title 29, Ch.5, Part 3, §§ 301 to 320
- Texas
- Utah
- Vermont
- Virginia - §§ 8.01-581.01 to

### Uniform Consumer Credit Code (1968 Act or 1974 Act)

- Colorado (features of both Acts) - §§ 5-1-101 to 5-9-103
- Idaho (1974 Act) - §§ 28-41-101 to 28-49-107
- Indiana (1968 Act)
- Iowa (1974 Act) - I.C.A. §§ 537.1101 to 537.7103
- Kansas (1974 Act) - §§ 16a-1-101 to 16a-9-102
- Maine (1974 Act)
- Oklahoma (1968 Act) - 14A §§ 1-101 to 9-101
- South Carolina (1968 Act) - §§ 37-1-101 to 37-6-415
- Utah (1968 Act)
- Wisconsin (1968 Act) - §§ 421.101 to 427.105
- Wyoming (1968 Act)

### Uniform Consumer Sales Practices Act

- Kansas - §§ 50-623 to 50-679a
- Ohio - R.C. §§ 1345.01 to 1345.13
- Utah

### Uniform Custodial Trust Act (original text)

- Alaska
- Arkansas - Ark. Code, Title 28, Subtitle 5, Ch. 72, Subchapter 4, §§ 401 to 422
- Colorado - Colorado Statutes, Title 15, Fiduciary, Art. 1.5
- Hawaii - §§ 554B-1 to 554B-22
- Idaho
- Louisiana - §§ 9:2260.1 to 9:2260.21
- Massachusetts
- Minnesota
- Missouri - §§ 404.400 to 404.650
- Nebraska - §§ 30-3501 to 30-3522
- New Mexico - §§ 45-7-501 to 45-7-522
- North Carolina - §§ 33B-1 to 33B-22
- Rhode Island
- Virginia - §§ 55-34.1 to 55-34.19
- Wisconsin - §§ 880.81 to 880.905

### Uniform Deceptive Trade Practices Act (1964 Act or 1966 Revision) (original text - 1966 Revision)

- Colorado (1966 Revision) - §§ 6-1-101 to 6-1-115
- Delaware (1964 Act) - Del. Code, Title 6, Subtitle II, Ch. 25, Subchapter 3, §§ 2531-2536
- Georgia (1966 Revision) - §§ 10-1-370 to 10-1-375
- Hawaii (1966 Revision) - §§481A-1 to 481A-5
- Illinois (1964 Act)
- Maine (1964 Act)
- Minnesota (1966 Revision) - §§ 325D.43 to 325D.48
- Nebraska (1966 Revision) - §§ 87-301 to 87-306
- New Mexico (1966 Revision) - N.M. Statutes, Chapter 57, Art. 12
- Ohio (1966 Revision) - Ohio Revised Code, Title 41, Ch. 4165
- Oklahoma (1964 Act) - 78 §§ 51 to 55
- Oregon (1966 Revision) - §§ 646.605 to 646.656

### Uniform Division of Income for Tax Purposes Act (original text)