**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

IN RE ST. JUDE MEDICAL, INC., :
SILZONE HEART VALVES PRODUCTS :
LIABILITY LITIGATION : MDL DOCKET NO. 01-1396

**ORDER**

The above-entitled matter came before the undersigned Judge of the District Court on Plaintiffs' Motion for leave to exceed the word limitations imposed by L.R. 7.1(c) for their renewed motion for certification of the consumer protection class

Based upon all the files, records and proceedings herein, it is hereby ordered that Plaintiffs' motion to exceed the word limitations on their memorandum supporting their renewed motion for certification of the consumer protection class is hereby **GRANTED**. The Court accepts Plaintiffs' Memorandum as submitted. In the future, Counsel is directed to seek leave of the Court prior to the filing of memoranda containing a word count in excess of those imposed by the Local Rules.

Dated: January 13, 2006
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge