# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | | |
|---|---|---|
| In re: St. Jude Medical, Inc. Silzone Heart Valves Products Liability Litigation, | ) | **COURT MINUTES**<br>BEFORE: John R. Tunheim<br>U.S. District Judge<br><br>Case No: 01-1396 JRT<br>Date: January 20, 2006<br>Court Reporter: Kristine Mousseau<br>Time Commenced: 1:10 p.m.<br>Time Concluded: 1:25 p.m.<br>Time in Court: 15 minutes |

Hearing on: **Status Conference**

The Court held a telephonic status conference on January 20, 2006 at 1:00 p.m. CST.

The parties discussed the Class Certification briefing. Counsel are directed to contact Judge Tunheim's Chambers to schedule a hearing date for the motion in early April.

The parties reported on the mediation program and the status of cases pending in the MDL and the Minnesota State Court, County of Ramsey.

With respect to the Canadian Litigation, the parties informed the Court trial is scheduled for mid to late 2007.

The next telephonic status conference is set for Wednesday, March 15, 2006 at 2:00 p.m. CST. Parties will initiate the call. Should the need for an in-person status conference arise, parties are directed to contact Chambers.

APPEARANCES:

Plaintiff: James Capretz, Steven Angstreich, Patrick Murphy and Robert Roundtree.
Defendant: Steven M. Kohn, David Stanley and Liz Porter.

s/ Sarah E. Bagwell
Calendar Clerk