**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| IN RE ST. JUDE MEDICAL, INC., | : | |
| SILZONE HEART VALVES PRODUCTS | : | |
| LIABILITY LITIGATION | : | MDL NO. 01-1396 |

**PRETRIAL ORDER NO. 51**

This stipulated Order supersedes Pretrial Order No. 49, which governed the procedures for discovery of expert witnesses who will be offering opinions on issues of general applicability that will be relevant to the cases pending in this MDL (hereinafter "generic experts").

The parties having stipulated thereto, it is hereby ordered and adjudged:

1. By February 14, 2006, Defendants shall identify all generic liability experts they intend to offer and produce the Rule 26(a)(2) reports of those generic experts.

2. By March 4, 2006, Plaintiffs shall identify all generic liability experts they intend to offer in rebuttal and produce the Rule 26(a)(2) reports of those generic experts.

3. Depositions of designated generic liability experts shall take place between March 14, 2006 and June 13, 2006. The depositions of Plaintiffs' generic liability experts shall proceed and be completed before the depositions of Defendants' generic liability experts.

4. All documents, articles, data compilations and other material on which a generic liability expert relied in formulating his or her opinion shall be produced no later than ten (10) days in advance of a generic expert's deposition.

5. Depositions of generic liability experts shall be limited to fourteen (14) hours.

6. Daubert motions pertaining to generic liability expert testimony may be filed no later than thirty (30) days after all generic liability expert depositions have been completed. Oppositions to Daubert motions pertaining to generic liability expert testimony are due thirty (30) days after such motions have been filed. Reply briefs are due fifteen (15) days after the oppositions have been filed.

7. A new schedule for the designation and discovery of generic damage experts shall be established, if necessary, following the court's decision on the continued viability of the UDAP class in light of the recent 8th Circuit opinion.

Dated: January 23, 2006
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge