IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE ST. JUDE MEDICAL, INC. | : | |
| SILZONE® HEART VALVES PRODUCTS | : | |
| LIABILITY LITIGATION | : | MDL DOCKET NO. 1396 |

**DEFENDANT ST. JUDE MEDICAL, INC.'S MOTION FOR PERMISSION TO EXCEED WORD LIMIT**

Defendant St. Jude Medical, Inc. hereby moves the Court for entry of an Order for permission to exceed the word limitations imposed by District Court of Minnesota Local Rule 7.1(c) for its Opposition to Plaintiffs' Renewed Motion for Class Certification. This brief contains 16,119 words, counted through Microsoft Word's word count function.

Plaintiffs' Motion and St. Jude Medical's opposition address complex issues involving Rule 23 and the Constitution. St. Jude Medical believes that the extra length is necessary and helpful to resolution of the motion, and that good cause exists to exceed the page limitation.

Respectfully submitted,

Dated: March 17, 2006

HALLELAND LEWIS NILAN & JOHNSON PA

By: s/Tracy Van Steenburgh
Tracy J. Van Steenburgh #141173
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402
(612) 338-1838

REED SMITH LLP
Steven M. Kohn
James C. Martin
Steven J. Boranian
1999 Harrison Street, Suite 2400
Oakland, CA 94612
(510) 763-2000

Attorneys for Defendant St. Jude Medical, Inc.