IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE ST. JUDE MEDICAL, INC. | : | |
| SILZONE® HEART VALVES PRODUCTS | : | |
| LIABILITY LITIGATION | : | MDL DOCKET NO. 1396 |

**DEFENDANT ST. JUDE MEDICAL, INC.'S NOTICE OF MOTION FOR PERMISSION TO EXCEED WORD LIMIT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that as soon as the matter can be heard, before the Honorable John R. Tunheim, Defendant St. Jude Medical, Inc. will move the Court for an Order for permission to exceed the word limitations imposed by District Court of Minnesota Local Rule 7.1(c) for its Opposition to Plaintiffs' Renewed Motion for Class Certification.

Respectfully submitted,

Dated: March 17, 2006

HALLELAND LEWIS NILAN & JOHNSON PA

By: s/Tracy Van Steenburgh
Tracy J. Van Steenburgh #141173
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402
(612) 338-1838

REED SMITH LLP
Steven M. Kohn
James C. Martin
Steven J. Boranian
1999 Harrison Street, Suite 2400
Oakland, CA 94612
(510) 763-2000

Attorneys for Defendant St. Jude Medical, Inc.