IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE ST. JUDE MEDICAL, INC. | : | |
| SILZONE® HEART VALVES PRODUCTS | : | |
| LIABILITY LITIGATION | : | MDL DOCKET NO. 1396 |

**AFFIDAVIT OF TRACY J. VAN STEENBURGH IN SUPPORT OF ST. JUDE MEDICAL'S OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Tracy J. Van Steenburgh, after being duly sworn upon oath, states as follows:

1. I am a shareholder in the law firm of Halleland Lewis Nilan and Johnson, P.A., attorneys for Defendant St. Jude Medical, Inc. I make this Affidavit in support of St. Jude Medical, Inc.'s Opposition to Plaintiffs' Renewed Motion For Class Certification.

2. Attached as Exhibit A is a true and correct copy of the opinion in *Pecarina v. Tokai Corp.*, No. CIV 01-1655, 2002 WL 1023153 (D. Minn. May 20, 2002).

3. Attached as Exhibit B is a true and correct copy of the opinion in *Scally v Norwest Mortgage Inc.*, No. C4-02-2181, 2003 WL 22039526 (Minn. Ct. App. Sept. 2, 2003).

4. Attached as Exhibit C is a true and correct copy of the opinion in *Norwood v. Raytheon Co.*, No. EP-04-CA-127-PRM, 2006 WL 267335 (W.D. Tex. Jan. 17, 2006).

5. Attached as Exhibit D is a true and correct copy of the opinion in *Zutz v. Case Corp.*, No. Civ. 02-1776, 2003 WL 22848943 (D. Minn. Nov. 21 2003).

6. Attached as Exhibit E is a true and correct copy of the opinion in *Hoyt Contr. Co. v. Alside Inc.*, No. 4-75 Civ. 257, 1980 WL 1807 (D. Minn. Jan. 21, 1980).

7. Attached as Exhibit F is a true and correct copy of the opinion in *Rowlette & Assocs. v. Calphalon Corp*., No. No. C8-99-1667, 2000 WL 385502 (Minn. Ct. App. Apr. 18, 2000).

8. Attached as Exhibit G is a true and correct copy of the opinion in *Dodds v. St. Jude Medical, Inc*., Court File C3-04-10616, C3-04-1619 (Minn. Dist. Ct. Oct. 20, 2005).

9. Attached as Exhibit H is a true and correct copy of Defendant St. Jude Medical, Inc.'s 50 State Consumer Protection Survey.

10. Attached as Exhibit I are true and correct copies of excerpts from the Disclosure Statement For Judith Jones, M.D., Ph.D., dated February 13, 2006.

11. Attached as Exhibit J are true and correct copies of excerpts from the Disclosure Statement For Melvin D. Cheitlin, M.D., dated February 2006.

12. Attached as Exhibit K are true and correct copies of excerpts from the Disclosure Statement For Jack Hirsh, M.D., dated February 13, 2006.

13. Attached as Exhibit L are true and correct copies of excerpts from the Deposition of Lester Grovatt, dated December 18, 2001.

14. Attached as Exhibit M are true and correct copies of excerpts from the Deposition of Dr. Joseph Coselli, dated August 5, 2004.

15. Attached as Exhibit N are true and correct copies of excerpts from the Deposition of Dr. Taro Yokoyama, dated October 14, 2004.

16. Attached as Exhibit O is a true and correct copy of the Declaration of Dr. Angelo Vlessis, dated March 15, 2006.

17. Attached as Exhibit P is a true and correct copy of excerpts from the Deposition of Dr. Carlton Sheely, dated June 21, 2004.

18. Attached as Exhibit Q is a true and correct copy of the Declaration of Dr. Bradford Blakeman, dated March 15, 2006.

19. Attached as Exhibit R is a true and correct copy of the Declaration of Dr. Michael Reardon, dated February 2, 2006.

20. Attached as Exhibit S is a true and correct copy of the Declaration of Dr. Damus, dated March 15, 2006.

21. Attached as Exhibit T are true and correct copies of excerpts from the Deposition of Bonnie Sliger, dated March 29, 2002.

22. Attached as Exhibit U are true and correct copies of excerpts from the Deposition of Levy Redden, dated March 26, 2002.

23. Attached as Exhibit V is a true and correct copy of the opinion of *Tuttle v. Lorillard Tobacco Company*, No. CIV 99-1550, 2003 WL 1571584 (D. Minn. March 2, 2003).

24. Attached as Exhibit W is a true and correct copy of the opinion of *Gamradt v. Federal Laboratories*, No. CIV 02-816, LEXIS 16187 (D. Minn. September 2, 2003).

25. Attached as Exhibit X is a true and correct copy of the opinion of *Factor VIII or IX Concentrate Blood Products Litigation*, No. MDL 986, WL 497785 (N.D. Ill. March 1, 2005).

26. Attached as Exhibit Y is a true and correct copy of the opinion of *Vitanza v. Wyeth, Inc.*, 2006 WL 462470 (N.J. Super. January 24, 2006).

27. Attached as Exhibit Z is a true and correct copy of *Vadino v. American Home Products Corp., et al*, No. MID-L 425-98, (N.J. Super. January 25, 1999).

Further affiant sayeth not.

Dated: March 17, 2006

HALLELAND LEWIS NILAN & JOHNSON PA

By: s/Tracy Van Steenburgh

Tracy J. Van Steenburgh #141173
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402
(612) 338-1838

Attorneys for Defendant St. Jude Medical, Inc.

Subscribed and sworn to before me
this 17th day of March, 2006.

s/Mari Johnson
Notary Public