# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

COPY

| | | |
|---|---|---|
| IN RE ST. JUDE MEDICAL, INC. | : | |
| SILZONE® HEART VALVES PRODUCTS | : | MDL NO. 01-1396 (JRT/FLN) |
| LIABILITY LITIGATION | : | |

**DEFENDANT ST. JUDE MEDICAL, INC.'S DISCLOSURE STATEMENT FOR JUDITH K. JONES. M.D., Ph.D.**

Defendant St. Jude Medical, Inc. ("St. Jude Medical") serves its Disclosure Statement, and Witness Report of Dr. Judith Jones pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

## Table of Contents

Page

A. INTRODUCTION ..... 2
B. SUMMARY OF OPINIONS ..... 3
C. BACKGROUND AND QUALIFICATIONS ..... 9
D. BACKGROUND RATES FOR COMPLICATIONS WITH MECHANICAL HEART VALVES ..... 12
E. CAUSATION AND RISK ASSESSMENT ..... 15
1. The Prospective Randomized Controlled Study ..... 15
2. Historically Controlled Prospective Studies ..... 17
3. Case Reports and Case Series ..... 17
4. Statistical Significance ..... 18
F. THE ARTIFICIAL VALVE ENDOCARDITIS REDUCTION TRIAL (AVERT) ..... 19
1. The Early Reports From AVERT ..... 20
2. The Latest Data From AVERT ..... 22
3. Analysis Of The Latest AVERT Data ..... 23
a. The Risk of Major Paravalvular Leak (PVL) ..... 26
b. The Risk Of Explant ..... 28
c. The Risk of Minor Paravalvular Leak (PVL) ..... 28
d. The Risk of Prosthetic Valve Endocarditis (PVE) ..... 29
e. The Risk of Any Thromboembolic Event ..... 29
f. The Risk of Stroke ..... 31
g. The Risk of Valve Thrombosis ..... 31
h. The Risk of Bleeding ..... 32
i. The Risk of Myocardial Infarction (Heart Attack) ..... 33
j. The Risk of Death ..... 33
k. The Risk of All Complications Combined ..... 33
4. The AVERT Echocardiography Study Shows No Evidence Of Increased Risk Of Paravalvular Leak For Silzone Valves ..... 34

a. The AVERT Echocardiography Data ..... 34
b. Dr. Butchart's Criticisms of the Echocardiography Study Are Unfounded ..... 36
(1) Recruitment ..... 37
(2) Transthoracic Echocardiography (TTE) ..... 38
5. The AVERT Data Show That Suture Technique Is An Independent Risk Factor For Major Paravalvular Leak ..... 39
G. DR. SACKETT'S AND DR. GOLDSMITH'S OPINIONS REGARDING AVERT ..... 40
H. THE CARDIFF EMBOLIC RISK FACTOR STUDY (CERFS) DOES NOT PROVIDE RELIABLE DATA SUPPORTING A LONG-TERM INCREASED RISK FOR PATIENTS IMPLANTED WITH THE SILZONE VALVE ..... 43
1. The CERFS Results Do Not Show An Increased Long-Term Risk For Silzone Valve Recipients ..... 44
2. CERFS Does Not Provide Data Of Significant Quality For Assessing Causation Regarding The Silzone Valve ..... 46
I. THE ADDITIONAL DATA RELIED ON BY DR. BUTCHART AND DR. WILSON DO NOT SUPPORT THEIR CONCLUSIONS OF A HIGHER RISK OF COMPLICATIONS FOR SILZONE VALVE RECIPIENTS ..... 48
1. Dr. Butchart's Cardiff Late Review ..... 49
2. Dr. Grubitzsch's Single Case Report of Cancer ..... 50
3. The Top Accounts Survey ..... 51
4. Field Experience Reports (FERs) ..... 52
5. Dr. Butchart's Use Of A Literature Average To Compare Performance Of The Silzone Valve ..... 53
6. Dr. Butchart and Dr. Wilson Do Not Fairly Consider The Many Smaller Studies Reporting Positive Results For The Silzone Valve ..... 54
J. THERE IS NO RELIABLE SCIENTIFIC EVIDENCE TO SUPPORT ANY THEORY THAT SILZONE HAS CAUSED WIDESPREAD HARM THAT WARRANTS INCREASED MONITORING OF SILZONE VALVE RECIPIENTS ..... 56

K. DR. BUTCHART'S MONITORING PROTOCOL BASED ON HIS UNTESTED RISK SCORING SYSTEM IS NOT APPROPRIATE FOR THE POPULATION OF SILZONE VALVE RECIPIENTS .................... 58

L. DR. BUTCHART'S PROPOSED EPIDEMIOLOGICAL STUDY OF SILZONE VALVE RECIPIENTS IS SERIOUSLY FLAWED AND NOT WARRANTED .................... 61

M. CONCLUSION .................... 64

N. COMPENSATION .................... 64

O. OTHER EXPERT TESTIMONY .................... 64

I, Judith K. Jones, M.D., Ph.D., declare as follows:

## A. INTRODUCTION

1. I am a pharmacoepidemiologist, clinical pharmacologist and an internist. I am President and Founder of The Degge Group, Ltd., a research and consulting company specializing in epidemiological studies and regulatory evaluation of drug and medical product safety. I am also Adjunct Professor in the School of Public Health at The George Washington University in Washington, D.C., Adjunct Professor of Epidemiology in the School of Public Health at the University of Michigan, in Ann Arbor, Michigan, and Adjunct Professor of Pharmacology at Georgetown University School of Medicine. I am board-certified in Internal Medicine, with specialties in clinical pharmacology and geriatrics, and have completed a fellowship in cardiovascular research. As such, I have knowledge of the matters deposed to herein except when I have been informed by others, in which case I have indicated the source of the information and believe it to be true.

2. I have reviewed the November 29, 2005 Declaration of Dr. Eric G. Butchart, the November 20, 2005 Declaration of Dr. David L. Sackett, the November 17, 2005 Declaration of Dr. Gregory John Wilson, and the November 22, 2005 Declaration of Dr. Charles H. Goldsmith, Ph.D., along with the attachments to those declarations.

3. In this report, I will discuss certain epidemiological and medical issues regarding the St. Jude Medical Silzone-coated mechanical heart valve and respond to certain statements in the declarations of Dr. Butchart, Dr. Sackett, Dr. Goldsmith, and Dr. Wilson. More specifically, I will:

(a) Describe my background and qualifications.

(b) Explain the epidemiological and scientific approach to causation and risk assessment, including the relevance of different types of studies and reports.

(c) Review data available from the Artificial Valve Endocarditis Reduction Trial ("AVERT") and other data regarding the St. Jude Medical Silzone-coated mechanical valve and demonstrate that there is no epidemiological or scientific basis for concluding that Silzone poses any long-term increased risk for complications in Silzone valve recipients. Accordingly, there is no scientific support for additional or more intensive monitoring for patients with Silzone valves.

(d) Respond to and comment on the reliability of the opinions of Dr. Butchart, Dr. Sackett, Dr. Wilson, and Dr. Goldsmith concerning the alleged harm caused by the Silzone valve and the additional monitoring and treatment of Silzone valve recipients they have proposed.

4. The opinions discussed below are based upon the epidemiological and medical literature, my analysis of the clinical trial data and other studies conducted with Silzone valve recipients, and my regulatory and medical experience. Attached hereto as Appendix 1 is a list of materials that were made available for my review. The opinions set forth in this Declaration are ones that I hold to a reasonable degree of medical and scientific certainty.

## B. SUMMARY OF OPINIONS

5. The following is a summary of my opinions, each of which is discussed in detail below:

(a) **Complications Associated With Mechanical Heart Valves:** All mechanical valve recipients, regardless of the make or model of their mechanical heart valve, face an increased risk of a number of well known complications, including paravalvular leak (leaks around the sewing ring), thromboembolic events (blood clotting events), prosthetic valve endocarditis (infection), valve thrombosis (clotting on the valve), hemorrhage (bleeding events), and myocardial infarction (heart attacks). Consequently, there is a background rate for these complications that is independent of any that can be associated with the Silzone valve and must be taken into account when assessing whether Silzone has caused any harm or increased risk for Silzone valve recipients.

(b) **Reliability of Epidemiological Data:** There are a variety of types of scientific data used by epidemiologists to evaluate the cause of an injury or disease in a group of individuals. The most reliable source of data for addressing the issue of whether Silzone has caused an increased risk in the population of patients implanted with the Silzone valve is the prospective randomized clinical trial known as the Artificial Valve Endocarditis Reduction Trial ("AVERT"). Furthermore, the best data currently available from AVERT is the latest and most comprehensive data from the July 15, 2005 AVERT database closure, rather than the early, November 2000 data relied on by Dr. Butchart.

(c) **Probability of Major Paravalvular Leak in AVERT:** The latest AVERT data indicate that in the early follow-up period in AVERT, most significantly in the first year, AVERT patients with Silzone valves had a somewhat higher rate of major paravalvular leak (paravalvular leak that led to explant, death, or reoperation) than patients with non-Silzone valves. However, the lifetable method of statistical analysis demonstrates that, beyond two years after implantation, the probability of Silzone AVERT patients experiencing major paravalvular leak -- the complication that led to the Silzone valve recall -- is low and is not statistically

different from those with non-Silzone valves. Accordingly, the AVERT data do not provide any evidence that Silzone has caused any long-term increased risk of major paravalvular leak for Silzone valve recipients, all of whom had their Silzone valves implanted more than six years ago.

(d) **Probability of Thromboembolic Events in AVERT:** The latest data from AVERT likewise demonstrate no evidence of a long-term increased risk of thromboembolic events in AVERT Silzone valve recipients compared to the patients with non-Silzone valves. The lifetable method demonstrates that there is no statistically significant difference in the rate of patients experiencing thromboembolic events between Silzone and non-Silzone valve recipients. The same is true when examining the number of patients who have been implanted with mitral valves. Further, there is no significant difference between valve types when comparing linearized rates of the total number of thromboembolic events (which do not take into account changes in rates over time). Although there is a small statistically significant difference between valve types in the linearized rates of thromboembolic events in all mitral valve recipients in AVERT, that increase is again, an early one. Beyond two years after implantation, there is no evidence in AVERT that Silzone has caused an increased risk of thromboembolic events in patients with Silzone valves, whether they have mitral or aortic valves.

(e) **Probability of Valve Thrombosis in AVERT:** There is also no evidence in AVERT of a significantly increased rate of patients with Silzone valves experiencing valve thrombosis compared to non-Silzone valve recipients. Further, the valve thrombosis rate in Silzone valve recipients has been very low and includes only three patients reporting valve thrombosis in the Silzone patients in the trial. There is, therefore, no evidence in AVERT that Silzone has caused any increased rate of valve thrombosis in Silzone valve recipients.

(f) **Probability of Bleeding Events in AVERT:** Likewise, there is no evidence of a significantly increased rate of Silzone patients experiencing a bleeding event in AVERT compared to those with non-Silzone valves. Indeed, the number of patients reporting a bleeding event in AVERT is almost identical in each arm of the trial. The same is true for bleeding events in all AVERT patients implanted with a mitral valve. As such, there is no evidence in AVERT that Silzone has caused an increased risk of experiencing bleeding events in Silzone valve recipients, mitral or aortic.

(g) **Probability of Other Heart Valve-Related Complications in AVERT:** There is also no evidence in the latest AVERT data of any statistically significant difference in the rates of patients experiencing any of the other complications followed by AVERT between valve types, which include minor paravalvular leak, prosthetic valve endocarditis, uninfected explant without major paravalvular leak, myocardial infarction, and death. Accordingly, the AVERT data do not provide evidence that Silzone has caused an increased risk of these complications in patients with Silzone valves.

(h) **Overall Complication Rate in AVERT:** Due to their age and generally poor health, a considerable percentage of all mechanical heart valve recipients, regardless of valve type, can be expected to experience a variety of complications. Nevertheless, the latest AVERT data show that the overall rate of patients experiencing complications in AVERT has been low and not significantly different between patients with Silzone and non-Silzone valves.

(i) **Paravalvular Leak By Echocardiography in AVERT:** In 2000, the AVERT investigators began using echocardiography (which can detect minor asymptomatic paravalvular leak) to evaluate the presence of paravalvular leak in the AVERT patients remaining in the study. The latest data from the AVERT echocardiography study show no

significant differences between Silzone and non-Silzone valve recipients in the frequency or severity of paravalvular leak by echocardiography. Specifically, the echocardiographers (who were blinded to valve type) found at least equivocal findings in 11.6 percent of the non-Silzone valve recipients versus 14.9 percent in the patients with Silzone valves. As such, the echocardiography data do not provide evidence of an increased risk of paravalvular leak due to Silzone in patients implanted with the Silzone valve. Although Dr. Butchart is critical of the AVERT echocardiography study, the echocardiography results in his Cardiff Late Review (although it is a smaller and less reliable data source than AVERT) show even less minor paravalvular leak with the Silzone valve, specifically 5.8 percent of Silzone valve recipients, with no minor paravalvular leak in the mitral and double valve recipients.

(j) **The Cardiff Embolic Risk Factor Study (CERFS):** The Cardiff Embolic Risk Factor Study (CERFS) directed by Dr. Butchart does not provide evidence that Silzone valve recipients, mitral or aortic, are at an increased long-term risk of experiencing thromboembolic events. The results from CERFS showed only an early increase of major thromboembolic events (within the first three months) and only in the group of combined mitral and double valve recipients. There were no significant differences in any other complications reported by the authors, including minor thromboembolic events, paravalvular leak, bleeding events, endocarditis, and death. There are substantial limitations with the CERFS data due to the design of the study, and its data are of much lower quality than the prospective, randomized controlled, multi-center data provided by AVERT. Nevertheless, the published data from CERFS, point only to an *early* increased risk of thromboembolic events in mitral valve recipients and do not provide evidence of an increased long-term risk for Silzone valve recipients, mitral or aortic.

(k) **Increased Monitoring Is Unnecessary:** There is no statistically significant difference between the rates of AVERT patients experiencing the complications seen in Silzone and non-Silzone patients, except for early major paravalvular leak. The statistically significant difference in the number of thromboembolic events reported in AVERT mitral valve recipients is also an early phenomenon. Beyond two years, there is no longer a statistically significant difference in the prevalence of major paravalvular leak or mitral valve thromboembolic events, and the probability of any complications in AVERT patients with Silzone valves is low. As all Silzone valve recipients have now had their valves implanted for more than six years, the evidence from AVERT does not support any argument for more aggressive monitoring of patients with Silzone valves for any complications.

(l) **The Epidemiological Study Proposed by Dr. Butchart:** The data from the AVERT prospective randomized multi-center clinical trial provide the highest quality scientific evidence to evaluate whether Silzone increases the risks of complications. The epidemiological study proposed by Dr. Butchart, on the other hand, would suffer from so many methodological difficulties that it would not improve the quality of data available to evaluate the performance of the Silzone valve. Importantly, the difficulties associated with retrospective data collection and the unavoidable selection bias that would be encountered today, over six years after the recall of the Silzone valve, would seriously undermine the quality of the data collected from any such study. Accordingly, the considerable resources that would be required to conduct Dr. Butchart's proposed study are not warranted and would not benefit the treatment or monitoring of Silzone valve recipients.

(m) **Causation Must Be Based on Individual Patient Factors:** The complications discussed throughout this declaration occur in recipients of every type of mechanical heart valve. It is often impossible to know why one of these events occurred in a

particular individual. As a result, an assessment of causation in a particular individual would require an in depth review of his or her medical history, as well as consideration of numerous issues related to that person's surgical and post-surgical treatment.

**(n) The Opinions of Dr. Butchart, Dr. Sackett, Dr. Wilson, and Dr. Goldsmith Regarding The Alleged Risks Associated With The Silzone Valve:** Regardless of the unwarranted criticisms of AVERT by Dr. Butchart, Dr. Sackett, and Dr. Goldsmith, AVERT remains the most reliable source of data concerning the performance of the Silzone valve. The evidence in AVERT indicates neither that Silzone valve recipients are at an increased long-term risk of complications nor that all AVERT Silzone valve recipients have experienced any harm from the Silzone valve. As there is no other scientifically valid source of evidence to the contrary, Dr.Butchart's and Dr. Wilson's opinions that all Silzone valve recipients have experienced harm from Silzone and are at an increased risk of experiencing complications are without scientific support.

## C. BACKGROUND AND QUALIFICATIONS

6. I obtained my M.D. with honors from Baylor College of Medicine in Houston, Texas, had an internal medicine internship at Presbyterian St. Lukes Hospital in Chicago, and completed a medicine residency at the University of California, San Francisco Hospital. I then obtained a Ph.D. in pharmacology at the University of California, San Francisco, and was both a Clinical Pharmacology and Research Fellow in the Cardio-Vascular Research Institute at the University of California, San Francisco. I have been Board-Certified in Internal Medicine since 1976.

7. I have a clinical interest in geriatric populations (the most likely individuals to require prosthetic heart valves), and was Medical Director of the Center on Aging

and Associate Clinical Professor of Medicine/Geriatrics at Georgetown University School of Medicine in Washington, D.C. from 1985-89. I maintained a private practice in Internal Medicine/Geriatrics from 1973-78 and from 1985-89.

8. I have been an Adjunct Professor of Pharmacology at Georgetown University School of Medicine since 1986; Adjunct Professor in the School of Public Health at The George Washington University since 1991; and Adjunct Professor of Epidemiology in the School of Public Health at the University of Michigan in Ann Arbor, Michigan since 1998.

9. My experience with the United States Food and Drug Administration (FDA) began in 1973, when I served for five years as a member of one of the FDA's OTC (over-the-counter) Drug Advisory Committees. In 1978, I became Director of the Division of Drug & Biological Experience (now the Office of Drug Safety) at the FDA, and for the next five years, I was responsible for administering the FDA's Drug Postmarketing Surveillance Program. The FDA Postmarketing Surveillance Program processed and monitored spontaneous reports of adverse events associated with drugs. In this position, I administered a Pharmacoepidemiology Program to gather data in order to determine if marketed drugs were safe as labeled. A major task in this undertaking was to recommend changes in product labeling and work with the reviewing Divisions to effect labeling updates, based upon post-marketing surveillance and epidemiological analysis of reported adverse effects. I also served as Special Assistant to the Director of the Office of Biometrics & Epidemiology at the FDA for one and a half years.

10. From 1978-85, I was the U.S. Representative to the World Health Organization (WHO) Collaborating Center for International Drug Monitoring, and from 1981-84 served as the Chairman of the steering committee for the WHO Collaborating Center for International Drug Monitoring.

11. More recently, reflecting a long-standing career interest in drug and medical product adverse effects, I formed and head a research and consulting company, The Degge Group, Ltd. This company specializes in epidemiological studies and regulatory evaluation of drug, biological, and medical device safety, and advises manufacturers on the appropriate management of the safety issues of their products, including regulatory actions and product labeling. I also head an organization, the Pharmaceutical Education and Research Institute (PERI) that educates personnel in the pharmaceutical and other medical products industry on the appropriate development, regulatory management, marketing and postmarketing surveillance of medical products. I oversee the curriculum development and also teach regularly in PERI courses.

12. I am past president of the International Society for Pharmacoepidemiology. I served as a member of the National Institute of Health (NIH)'s Epidemiology and Disease Control 2 (EDC2) study section that reviews epidemiology grant proposals for five years (1991-95) on additional ad hoc sessions in epidemiology. Recently, I served as a reviewer for the NIH special emphasis panel (SEP) for NIH's Pharmacogenetics Research Network and Knowledge Base study section. I have also served on the U.S. Veterans Administration Epidemiology Study Section for three years (1999-2001) as well as on several other special study sections for the Agency for Health Research & Quality.

13. From 1990-98, I was North American Editor of Pharmacoepidemiology and Drug Safety, a peer-reviewed journal devoted to analyzing and interpreting data on populations of people exposed to drugs and other medical products. I have sat on the Editorial Boards of Clinical Pharmacy, Drug Information Journal, and Pharmaceutical Medicine, and served as an editorial reviewer/consultant to AMA Drug Evaluations, Chest, Pharmacotherapy, American Public Health Association Journal, American Society of Clinical Pharmacology &

Therapeutics, American Academy of Family Physicians, and the Annals of Internal Medicine. I have reviewed many studies on the cutting edge of understanding adverse effects of drugs and medical devices, and determined whether or not those studies merited publication.

14. I have published more than 50 peer-reviewed journal articles, editorials and book chapters, as well as more than 20 publications from proceedings of symposia and scientific meetings, on evaluating causation of suspected adverse reactions to medical products. A detailed review of my education, training, professional experience, appointments, awards and publications is contained in my curriculum vitae attached hereto as Exhibit A.

## D. BACKGROUND RATES FOR COMPLICATIONS WITH MECHANICAL HEART VALVES

15. Despite improvements in heart valve technology and the benefits provided by prosthetic heart valves, recipients of all types of mechanical heart valves are prone to experiencing a variety of well-known complications, including prosthetic valve endocarditis (PVE), paravalvular leak (PVL), valve thrombosis[1], thromboembolism[2], and hemorrhage (bleeding events). The existence of these risks is well-recognized in the medical community and regulatory agencies such as the Food and Drug Administration (FDA).

16. In order to quantify the incidence of the complications associated with mechanical heart valves, a number of leading scientists in this field[3] have devised what are known as Objective Performance Criteria (OPC). The OPC are estimates of the background

---

[1] Thrombosis or thrombus refers to a blood clot.

[2] Thromboembolism refers to the formation of clots and release of clots into the blood stream. Any time a foreign surface is placed in the blood flow, the body tends to lay down clots. After implantation of any mechanical heart valve, there are two areas of interface: the sewing cuff and the valve itself. Both are a potential breeding ground for clots, which may break away and create a blockage elsewhere in the body or interfere with the operation of the heart valve itself.

[3] Gersh B.J., et al., Issues Concerning the Clinical Evaluation of New Prosthetic Heart Valves, *Journal of Thoracic and Cardiovascular Surgery*, 91:460-466(1986); Grunkemeier G.L., et al., Prosthetic Heart Valve Performance: Long Term Follow-up, *Current Problems in Cardiology* 17:331-406(1992).

rates for known complications for all mechanical heart valves (i.e., the expected rate of occurrence of these known complications in the general mechanical heart valve patient population, regardless of manufacturer and model). They are based on extensive review and analysis of published articles in peer-reviewed journals, involving over 10,000 patients and 45,000 valve years of experience. The FDA has adopted the OPC to allow for a method of evaluating the performance of mechanical heart valves that provides an objective standard that can be used in place of a randomized control group. While such a comparison does not provide the same quality of data as from a randomized clinical trial, like AVERT, the OPC nevertheless provide useful information for evaluating valve performance.

17. The linearized OPC background complication rates for late events (either post 30 or 60 days) associated with mechanical heart valves are as follows:[4]

| Complications with Mechanical Heart Valves | Percent Per Patient Year[5] |
|---|---|
| Major paravalvular leak (i.e., requires surgical intervention) | 0.6%[6] |
| All paravalvular leak | 1.2% |
| Endocarditis: based on blood cultures, clinical signs, and/or histological[7] evidence at reoperation or autopsy. Includes thrombosis, embolus or leak associated with active infection. | 1.2% |
| Thromboembolism: neurological deficit or peripheral arterial embolus that occurs after the immediate perioperative period. Excludes septic | 3.0% |

[4] The OPC rates are based on late events, which are those that occur after 30 days, except for prosthetic valve endocarditis, which include only those endocarditis events that occur more than 60 days after implantation.

[5] One patient-year refers to one valve implanted in a patient for one year.

[6] 0.6 percent per patient year means for each year a patient has the valve in place, he or she has a 0.6 percent chance of developing major PVL.

[7] Histology refers to tissue structure or organization.

| Complications with Mechanical Heart Valves | Percent Per Patient Year[5] |
|---|---|
| and hemorrhagic emboli. | |
| Valve Thrombosis:[8] any thrombus on the valve in the absence of infection that occludes part of the blood flow path or that interferes with function of the valve. | 0.8% |
| All Hemorrhage: bleeding that causes death, stroke, operation, hospitalization or transfusion, whether or not the patient is taking anticoagulant or antiplatelet drugs. | 3.5% |
| Major Hemorrhage | 1.5% |

18. Although Dr. Butchart is critical of the practice of combining performance data from valves in both the aortic and mitral positions, he does not acknowledge that this is precisely what the developers of the OPC did in creating these standards – standards endorsed by the medical and regulatory communities, as well as Dr. Butchart in his Declaration. Nevertheless, it is widely recognized that some mechanical heart valve complications occur at different rates, depending on whether the valve is in the aortic or mitral position. For example, as Dr. Butchart acknowledges at p. 20 of his Declaration, thromboembolic events generally occur at a significantly higher rate in patients with all types of mechanical heart valves in the mitral position. Accordingly, if the OPC rate for thromboembolic events had been based on only mitral valve performance, it would be substantially higher than the actual combined rate used by the FDA and the medical community. As such, it is not reasonable to select the higher risk group of mitral valve recipients from a patient population and compare that performance with the lower mitral and aortic based OPC, as Dr. Butchart has done.

[8] Thrombosis refers to the presence of a thrombus or clot.

19. Similarly, the OPC rates are based on event rates in patients with a single mechanical valve. Accordingly, comparing data that combines both single valve recipients and double valve recipients (who are at a greater risk of complications because of the extra valve) should take into account that the combined group is at a higher risk of experiencing complications, solely due to the inclusion of the double valve recipients. Again, Dr. Butchart has not taken this into account in his use of the OPC in his Declaration.

## E. CAUSATION AND RISK ASSESSMENT

20. Epidemiology is the study of the distribution and causes of diseases and injuries in human populations, and is a fundamental science of public health. Epidemiologists study the frequencies and types of injuries and illnesses in groups of people, as well as the factors that influence the distribution of those illnesses and injuries. There are a variety of types of epidemiological evidence that can be used to evaluate a particular injury or disease. It is important to recognize, however, that the weight and significance of these types of evidence vary considerably. Some of those types of evidence are as follows:

### *1. The Prospective Randomized Controlled Study*

21. The strongest type of evidence for assessing causation and risk in a group of individuals is a study that is prospective, randomized, and uses concurrent controls. The prospective randomized controlled study follows patients forward in time in order to test a hypothesis regarding whether the agent being studied (e.g., a medical device) has a higher risk of an outcome event by comparing two randomized groups of subjects, one exposed to the particular agent and a comparable group that has not (the control group).[9] The scientist then

[9] In comparison, retrospective studies look backwards in time and attempt to collect information about events in the past, either through medical records or patient memory. Because medical records can be missing or incomplete in recording complications, and because memory fades with time and can be biased by the occurrence of later events, retrospective studies are inherently less reliable than prospective studies.

determines if there are any differences in the rate of the outcome event (e.g., a complication) between the two groups that would indicate an association (either positive or negative) between the agent and the outcome event.

22. The randomized selection of study subjects compensates for any selection bias that can adversely affect the results of a trial. Selection bias usually occurs as a result of either improper procedures for the initial selection of subjects in study or the influence of factors that affect continued participation in a study. The consequence of selection bias is that the characteristics of the subjects unduly influence the results of the study, independent of the particular agent being studied, making it difficult to assess the true impact that agent may have had on the results. Randomizing the patients in each group is the best method to ensure that any known or unknown factors do not improperly influence the results from one of the groups.

23. In addition, a scientific assessment of causation must take into account all potential causes of any observed increased risk of a particular outcome. This is especially true where the outcome event is one that all individuals under study are at risk of experiencing. For example, in a study of valve complications associated with the Silzone valve, the presence of a variety of well-recognized complications faced by all mechanical heart valve recipients must be taken into account. The best method for making this assessment is provided by a study with a randomized control group.

24. The Artificial Valve Endocarditis Reduction Trial ("AVERT") (discussed in detail below) sponsored by St. Jude Medical to evaluate its Silzone valve, is a prospective

randomized concurrently controlled clinical trial, and is the best evidence available to evaluate any risks associated with the Silzone valve.[10]

### 2. *Historically Controlled Prospective Studies*

25. In a historically controlled prospective study, the study investigators follow a group of subjects over time and record designated outcome events, e.g., adverse events, in patients with a medical device, but there is no concurrent control group of patients with which to compare their results. The results are compared to historical controls, which are groups that had been followed at some point in the past. Historical controls have a number of problems because of known and unknown medical factors that can vary over time. Historical controls do not provide the reliability that concurrent controls do because of the many factors that can change over time and cause differences between the early group and the late group that are entirely independent of the agent being studied. The Cardiac Embolic Risk Factor Study (CERFS) directed by Dr. Butchart is a study that used historical controls, as discussed below.

### 3. *Case Reports and Case Series*

26. A case report is an anecdotal account that a particular condition occurred in one or more individuals with a given characteristic. Case reports include published accounts in the medical literature of individual cases, as well as more informal accounts of a patient's or group of patients' experience. A case series is a collection of anecdotal case reports regarding a given condition, and likewise provide little in the way of substantial evidence.

27. Case reports and case series provide relatively weak evidence because neither includes appropriate control groups with which to compare the individuals in the case

---

[10] Nevertheless, a randomized, controlled clinical study does not, by itself, provide a valid basis to determine causation in a specific individual. The ultimate determination of causation depends on the individual's unique personal and environmental factors.

report or series. Without a control group the scientist cannot determine whether the reported event is associated with a given characteristic or some other factor. Because case reports and case series lack controls, they can only be legitimately considered as support for a hypothesis for research, not causation. Case reports simply do not provide an adequate scientific basis from which to make valid scientific conclusions about causation. Dr. Butchart's Cardiff Late Review, discussed below, is a case series.

#### *4. Statistical Significance*

28. Another important concept in the scientific assessment of causation is statistical significance. Before placing any significance on any differences found between two groups studied, the scientist must determine whether the findings are real differences or merely random occurrences. Statistical significance is a standard tool used to express the likelihood that any observed differences could have occurred as a result of chance alone. If the likelihood of chance is very low (5% or less), the results are statistically significant, and any noted differences are probably true. On the other hand, if chance cannot be sufficiently ruled out, the differences are not statistically significant. In such cases, the results do not provide convincing or valid evidence that any observed differences are meaningful or true.

29. In a study of a medical device, unless the occurrence of any adverse event is statistically significantly higher in the exposed subjects than in the control group, the study provides no evidence of an increased risk of the adverse event associated with the medical device. As such, such study results would not provide scientifically valid support that the medical device caused the adverse event.

30. It is not scientifically valid to place "clinical significance" on study results that do not reach statistical significance, as Dr. Butchart has done in his Declaration. A

difference cannot be clinically or practically significant if there is no convincing evidence that it actually exists, rather than merely resulting from chance (which is, by definition, the case if the differences do not reach statistical significance). Dr. Butchart, however, ignores this fundamental principle. For example, he acknowledges that the early AVERT rates did not find a statistically significant difference between valve types for bleeding events, which means that chance cannot be ruled out as the cause of these relatively small differences. Nevertheless, Dr. Butchart improperly proceeds to assume "that these differences did not occur 'by chance'" when he places clinical significance on these bleeding results. See Declaration of Dr. Butchart at p. 24. Dr. Butchart's misuse of the concept of clinical significance is contrary to valid scientific methodology, as well as misleading. Such an approach is not generally accepted in the medical and scientific community as a means of establishing medical causation and I am aware of no peer reviewed journal that would accept such an approach for this purpose.

31. Medical history is replete with examples in which medical practice has been led astray when borderline elevated rates that were not statistically significant were used as if they reflected true rates. Statistically significant results in randomized clinical trials are the basis for scientific, evidence-based medicine. While some differences can be statistically significant without being large enough to reach clinical significance, differences cannot be *clinically* significant without first being *statistically* significant.

## F. THE ARTIFICIAL VALVE ENDOCARDITIS REDUCTION TRIAL (AVERT)

32. It is my understanding that St. Jude Medical sponsored a multinational prospective randomized clinical trial known as the Artificial Valve Endocarditis Reduction Trial (AVERT) that began in July 1998. The aim of the AVERT investigators was to compare patients' experience with the Silzone valves to a control group of patients implanted with non-

Silzone valves. To that end, they enrolled a total of 807 patients in AVERT in 19 centers in North America and Europe, with 403 patients receiving Silzone valves and 404 patients receiving non-Silzone valves.

33. The primary aim of the AVERT investigators was to evaluate the efficacy of the Silzone valve in reducing the incidence of endocarditis. A secondary goal that was present at the outset of the trial was the evaluation of any adverse events associated with mechanical heart valve implantation, and the investigators expected that the "extensive database developed for the trial [would] also provide important information on practice patterns and outcomes of prosthetic valve replacement in North America and Europe."[11]

34. The design of AVERT was intended to minimize the possibility of selection bias that would have resulted if the choice of valve for each patient had been based on the patient's risk factors. In order to accomplish this, randomization procedures were put in place evenly to distribute known and unknown risks between the Silzone and non-Silzone groups of patients. As such, it is the best scientific evidence available to evaluate whether Silzone increases the risks of the complications at issue in this action. Indeed, plaintiffs' expert, Dr. David Sackett stated in his December 3, 2001 declaration sworn in the *Andersen* case that "the highest quality scientific evidence on the efficacy and safety of the Silzone heart valve comes from the AVERT trial."

### *1. The Early Reports From AVERT*

35. In January 2000, AVERT investigators reported a small but statistically significant increased incidence of valve explant due to PVL in the Silzone patient group as

[11] Schaff, et al., Artificial Valve Endocarditis Reduction Trial (AVERT): Protocol of a Multicenter Randomized Trial, *Journal of Heart Valve Disease* 8:2,131 at 138 (1999).

compared to the patients with non-Silzone valves. I am informed and believe that enrollment in AVERT was suspended on January 21, 2000, and St. Jude Medical recalled its unimplanted inventory of Silzone valves on that same day. Despite the suspension in enrollment, AVERT has continued to follow the patients enrolled in the trial at that time.

36. The AVERT investigators had intended to enroll 4,400 patients in this study because they had determined that this large number would be necessary to make the subtle determination of whether Silzone was effective in reducing the incidence of endocarditis. Although AVERT enrollment fell short of the goal of 4,400 subjects (which would prevent drawing legitimate conclusions of the efficacy of Silzone in reducing endocarditis) the 807 patients that were enrolled in the study provided a large collection of mechanical valve recipients - much larger than most mechanical heart valve trials - from which legitimate and substantial conclusions can be based regarding the rates at which this population has experienced adverse events.

37. In January 2001, the AVERT investigators presented their analysis of the early AVERT data at the Thirty-Seventh Annual Meeting of the Society of Thoracic Surgeons.[12] Based on 542 patient-years of follow-up data, the AVERT investigators concluded: "Continued follow-up of AVERT supports the conclusion that the Silzone prosthesis has increased risk of PVL resulting in increased rates of reoperation, but overall survival is similar in the two groups."[13]

38. In March 2002, Dr. Hartzell V. Schaff and certain other AVERT investigators published an analysis of all events reported to the AVERT Coordinating Center as

[12] Schaff, H.V., et al., Paravalvular leak and other events in Silzone-coated mechanical heart valves: a report from AVERT, Presented at the Thirty-seventh Annual Meeting of The Society of Thoracic Surgeons, New Orleans, LA, Jan 29–31, 2001.
[13] *Id.*

of November 30, 2000.[14] Based on AVERT data from November 2000, Dr. Schaff, et al., reported a relatively low, but statistically significant increase in the rate of major PVL (PVL that results in explant, reoperation, or death) in the Silzone arm of AVERT compared to the non-Silzone arm. They did not report any statistically significant differences in the rates between groups of Silzone and non-Silzone valve patients in any of the other categories of complications monitored by AVERT, including thromboembolic events, death, bleeding, heart attacks, and PVE.

39. Dr. Schaff, et al., noted that an important limitation of this report was the limited amount of follow-up time (804 total patient-years) in the data from November 30, 2000.[15] Indeed, they acknowledged that it was "possible that findings after the 1-year time point, including the constant risk of major PV leak" may change with more long-term follow-up.[16]

### 2. *The Latest Data From AVERT*

40. On July 15, 2005, AVERT collected the latest set of follow-up data that include an additional approximately 2,794 years of follow-up beyond the data analyzed by Dr. Schaff, et al., in their March 2002 paper (and extensively relied on by Dr. Butchart in his Declaration).[17] In addition, a number of the events reported as cases of PVE, thromboembolic events, valve thrombosis, and PVL have been reviewed in a process known as *adjudication*, during which the accuracy of the initial diagnoses are evaluated. As a result of the adjudications, a number of adverse events initially reported as PVE, thromboembolic events, and PVL for both Silzone and non-Silzone valve recipients have been reclassified because they did not meet the

[14] Schaff, H.V., et al., Paravalvular Leak and Other Events in Silzone-Coated Mechanical Heart Valves: A Report From AVERT, *Annals of Thoracic Surgery* 73:785 (2002).
[15] *Id.* at 791.
[16] *Id.*
[17] Dr Butchart's exclusive reliance on the early AVERT data, and his corresponding failure to consider the additional 2,794 years of follow-up, represents a major flaw in his analysis and makes his approach invalid for purposes of assessing current risk of complications in the Silzone patient population.

criteria for these events. Although Dr. Butchart is critical of the adjudication of thromboembolic event data in AVERT, adjudication is a common component of well-run clinical trials. I do not believe that confirming the accuracy of reported events in the thromboembolic adjudication process, particularly where the adjudicators were blinded as to the type of valve at issue, has compromised the AVERT thromboembolic event data, it has substantially enhanced the scientific validity of that data.

### *3. Analysis Of The Latest AVERT Data*

41. In their March 2002 paper, Dr. Schaff, et al., used an external comparison analysis to estimate any risk posed by the Silzone valve, in which they calculated the "linearized" rate of complications. This method of risk estimation is based on cumulative rates of complications during the follow-up period and does not differentiate between rates of complications in different time periods or the presence of multiple events in the same patient. This method assumes that a complication rate observed shortly after implantation will continue at that same rate on into the future and does not recognize that the complication rate can change (increase or decrease) dramatically over time.

42. It is, however, well-recognized that the rates of complications associated with mechanical heart valves can and do change over time. In order to determine whether rates of early complications have held constant over time in AVERT, it would be necessary to also consider the amount of time after implantation each adverse event occurred and how long each event-free patient has been followed. This type of statistical analysis would estimate the likelihood that any patient with a Silzone valve will experience an adverse event at any point in time after receiving a mechanical heart valve. The branch of statistics designed to address the risk in this manner is known as *survival analysis*. (The name came about because the relevant event is often death, but it is equally well applied to the first occurrence of any adverse event).

43. In addition, linearized event rates are problematic in analyzing events that recur in the same patient. If the individual who experiences a particular event is thereafter at a greater risk of experiencing additional occurrences of the same event, that individual can unduly skew the linearized rate analysis. As Dr. Butchart explained in his Declaration, "[a] further problem with linearized rates is that patients who have multiple events because of their own particular risk factors may contribute excessively to the calculated event rate applied to the prosthesis." Declaration of Dr. Butchart at p. 12-13. Likewise, the published guidelines for reporting prosthetic heart valve complications caution that linearized event rates "should be considered only approximate" where the risk of recurrent events is the same as for initial events (which is often not the case)."[18] As the occurrence of an initial thromboembolic event increases the risk of subsequent events in prosthetic heart valve recipients, using linearized rates to evaluate thromboembolic events can be problematic.

44. One widely accepted method of survival analysis used by epidemiologists and others in the medical and scientific communities to take possible changes in rates into account is the *life table method* (again, the name deriving from its common use when the event is death, but equally valid for other events). The life table is a simple tabular arrangement of data and calculations that provide, among other things, an estimate of the risk of an adverse event during any specified time interval after an event (in this case valve implantation).[19]

---

[18] Edmunds, L.H., et al., Guidelines for Reporting Morbidity and Mortality After Cardiac Valvular Operation. *Annals of Thoracic Surgery.* 62: 932 (1996).

[19] The exact methodology of hazard estimation involves calculating for each time interval (a) the number of patients alive at the start of the interval and free from the particular complication being studied, (b) the number of people who experienced the particular complication during the time interval, and (c) the number of people who were not followed for the full interval, with half of these subtracted from the number alive at the start of the interval to estimate the number of patients at risk for the complication. The number of events is then divided by the number of patients at risk to obtain the hazard estimate. Here, I have used time after implantation of valves in 6-month intervals. In addition, for the open-ended interval (30 or more months post implant), the average monthly hazard rate was calculated by dividing the number of events occurring at or beyond 30 months by the total the number of person-months of observation at or beyond 30 months post-implant. The six-month hazard rate was then calculated

45. This method is particularly appropriate for assessing the long-term risk of patients currently implanted with Silzone valves because all Silzone patients (whether in the AVERT study or not) were implanted before January 21, 2000 (the date of the recall), and no new patients will be implanted with Silzone valves in the future. Since all Silzone patients have now been implanted for more than six years, the most relevant data in assessing any future risk faced by Silzone patients is not the *early, short-term* patient experience, but rather the *later, long-term* experience with the valve. For example, the best way to assess the risk faced by a patient that has had a Silzone valve for five years is to examine the other patients who have had the valve for longer than five years and see what their experience has been. The life table method allows the epidemiologist to examine both the short-term and long-term experience of Silzone valve recipients to determine what the early complication rates were and whether the early complication rates have held constant over time.

46. I have used the life table method on the latest AVERT data to do the following:

- analyze complication rates for Silzone and conventional valve patients, in one-year intervals,
- determine whether, and if so, how the rates change over time after implantation, and
- compare the rates between Silzone and conventional valve patients.

47. As I explain in detail below, this analysis demonstrates that the short-term, one-year event rates published by the AVERT investigators (and used by Dr. Butchart and Dr. Sackett as the basis for their contention that all patients with Silzone valves continue to be at

---

as six times the monthly hazard rate. The cumulative survival, standard errors, and confidence intervals for hazard and survival rates for the 30+ month interval were calculated in the same way as for the other intervals.

increased risk for adverse events) have not held constant with the passage of time. As a result, the post-one-year risk estimates from the January 2001 AVERT abstract cited by Dr. Sackett, which imply that the average rate in the first year will be constant forever afterwards, are much greater than the actual post-one-year experiences of AVERT patients. Likewise, the early November 2000 data on which Dr. Butchart bases many of his opinions, do not demonstrate that current Silzone valve recipients, all of whom have now been implanted with their Silzone valves for more than six years, are at any continuing increased risk of complications.

48. The survival analysis of the July 15, 2005 AVERT data described below produced definite and sound conclusions of statistical significance and clearly demonstrate that that the long-term data regarding major PVL are statistically inconsistent with any early increased risk seen in the short-term data. In other words, the risk estimates by Dr. Sackett and Dr. Butchart that are based on the short-term data from AVERT seriously overstate the actual long-term experience of AVERT Silzone valve recipients and the current risk of complications faced by those patients. Furthermore, there is no evidence in AVERT to suggest that a heretofore unseen increased rate in long-term complications will arise in the population of Silzone valve recipients.

### a. The Risk of Major Paravalvular Leak (PVL)

49. The July 15, 2005 AVERT data show that in the early follow-up period in AVERT, patients with Silzone valves had a small but statistically significant higher rate of major PVL (PVL leading to explant, death, or reoperation) than patients with non-Silzone valves. Specifically, patients with Silzone valves experienced major PVL at the rate of 2.6 percent versus 0.8 percent for non-Silzone valve patients during the first year after implant.[20]

[20] This difference was not significant for those AVERT patients who received only aortic valves.

50. The life table method demonstrates, however, that this rate declined substantially afterwards. As a result, the statistically significant higher rate of major PVL in Silzone patients that was observed early in AVERT is no longer present after patients have been implanted for two years. Indeed, at two years and beyond, there is no statistically significant difference between the probability that Silzone patients will experience major PVL versus those with non-Silzone valves, and is very low for both valve types.[21] (See table attached hereto as Exhibit B). Specifically, there have been only three major PVL events post-two years of valve implantation in each arm of the trial, which indicates a similar rate of longer-term major PVLs in the two groups.

51. Furthermore, the post-two year experience with the Silzone valve in AVERT has demonstrated an annual rate of major PVL of 0.28 percent (95% CI 0.06% - .83%), a rate that is less than half of the OPC of 0.6 percent per patient year.

52. As all patients with Silzone valves have now been implanted for more than six years, there is no evidence in AVERT that Silzone patients are at any greater long-term risk for major PVL than non-Silzone valve patients. Furthermore, as the risk for major PVL has changed over time, one important factor in an analysis of the cause of major PVL in a specific Silzone valve patient is the amount of time that passed between implantation and the occurrence of the major PVL. To the extent that an individual experienced major PVL beyond two years after implantation, the AVERT data do not support an association between Silzone and that individual's major PVL.

[21] This is true whether one examines all valves, just aortic valves (with or without concomitant mitral valve replacement), or just mitral valves (with/without concomitant aortic valve replacement).

**b. The Risk Of Explant**

53. While the latest AVERT data indicate that the rate of patients undergoing explantation as a result of any complication is greater in the Silzone arm of AVERT, this is primarily due to the increased rate of major PVL (which, by definition, includes explants caused by PVL). Without the increased rate of major PVL, the AVERT results demonstrate that there is no statistically significant difference in the rate of explant in the absence of infection between the valve types. Furthermore, because the rate of major PVL decreased significantly during the first two years after implantation, as explained above, even without excluding the increased rate of major PVL, the difference in the rate of all explants in the absence of infection is no longer statistically significant between valve types beyond two years. (See table attached hereto as Exhibit C). Accordingly, the rate of explants in AVERT does not indicate an increased risk of any complication other than that already indicated by the results for early major PVL.

**c. The Risk of Minor Paravalvular Leak (PVL)**

54. Unlike major PVL, there was no early statistically significant difference in the rates of patients experiencing minor PVL (signs or symptoms of PVL that are not serious enough to have led to explant, reoperation, or death) between AVERT Silzone and non-Silzone valve recipients.[22] Furthermore, beyond three years after implantation, there has been only one patient experiencing minor PVL in each arm of AVERT. Accordingly, the AVERT data provide strong evidence that there is no increased risk of minor PVL posed by the Silzone valve. (See table attached hereto as Exhibit D).

[22] These AVERT data regarding minor PVL do not include reports of PVL that were diagnosed by echocardiography alone pursuant to the echocardiography protocol instituted after the recall of the valve, as discussed below.

### d. The Risk of Prosthetic Valve Endocarditis (PVE)

55. The latest AVERT data continues to belie the notion that Silzone poses an increase in the risk of PVE in AVERT patients with the Silzone valve. The updated AVERT data show there is no statistically significant difference for PVE after implantation between the Silzone and non-Silzone arms of the trial. In fact, beyond two years, those with Silzone valves have experienced a lower rate of PVE than those with conventional valves (2 Silzone vs. 3 conventional). (See table attached hereto as Exhibit E). Likewise, the linearized rate of late PVE is merely 0.41 percent (95% CI 0.17% - 0.85%) per patient year, which is well below the OPC of 1.2 percent.

### e. The Risk of Any Thromboembolic Event

56. As discussed above, Dr. Schaff and other AVERT investigators reported in their March 2002 paper that the AVERT results did not demonstrate any statistically significant differences in the rates of thromboembolic events between Silzone and conventional valve patients. The July 15, 2005 AVERT data also show that there is no evidence of a difference in the rate of patients experiencing thromboembolic events for the two types of valves. In fact, after the first two years of valve implantation in AVERT, there have been more non-Silzone patients reporting thromboembolic events than those with Silzone valves (14 non-Silzone versus 13 Silzone). (See table attached hereto as Exhibit F). Therefore, there is no evidence in AVERT that that there is a statistically significant difference in the overall rate of patients experiencing a thromboembolic event between Silzone and non-Silzone valve recipients.

57. The life table method demonstrates that this remains true for all mitral valve recipients, which include those who received only a mitral valve and those who received both a mitral and an aortic valve. There is no statistically significant difference between the rates of all AVERT mitral valve recipients who have experienced a thromboembolic event between

Silzone and non-Silzone valve recipients. Moreover, post-two years of implantation, there has been a greater number of non-Silzone mitral valve recipients in AVERT who have experienced a thromboembolic event than in those with the Silzone valve (7 non-Silzone versus 5 Silzone) (See table attached hereto as Exhibit G). Likewise, there is no statistically significant difference between valve types in the AVERT aortic valve recipients who have experienced a thromboembolic event (See table attached hereto as Exhibit H).

58. Furthermore, the linearized rate of all late thromboembolic events in Silzone valve recipients is 2.75 percent (95% CI 2.03% - 3.64%) per patient year, which is below the OPC of 3.0 percent.[23] In addition, a significant number of the thromboembolic events in AVERT Silzone valve recipients (44 %) were transient ischemic attacks, which, by definition, resolved within 24 hours without lasting effects.

59. While there is a statistically significant difference in the linearized thromboembolic event rates between AVERT Silzone and non-Silzone mitral valve recipients, that difference is due to multiple events that occurred early and in a relatively small number of patients.[24] A total of seven Silzone mitral valve recipients experienced multiple late thromboembolic events, including one patient who reported six thromboembolic events.[25] As Dr. Butchart explained in his Declaration, "[a] further problem with linearized rates is that patients who have multiple events because of their own particular risk factors may contribute excessively to the calculated event rate applied to the prosthesis." Declaration of Dr. Butchart at

---

[23] As discussed above, it is unreasonable to compare thromboembolic rates in only mitral valve recipients to the OPC, as Dr. Butchart has done, because the OPC rates combine the performance of both aortic and mitral valves, while mitral valves are subject to a higher risk of thromboembolic events.

[24] There is, however, no statistically significant difference between Silzone and non-Silzone valve recipients in the number of patients who have experienced multiple thromboembolic events, for both all valve recipients and only those who received mitral valves.

[25] The six events in this one patient has an unduly large impact on the linearized rate of thromboembolic events in AVERT patients with Silzone mitral valves, as this patient contributed 19.4 percent of all thromboembolic late events in Silzone mitral valve recipients in AVERT.

p. 11-12. This appears to have been the case with AVERT Silzone mitral valve recipients. Furthermore, the early increased thromboembolic linearized event rate for AVERT Silzone mitral valve recipients is no longer present beyond two years after implantation ($p = 0.27$) and does not indicate a long-term increased risk for Silzone mitral valve recipients.[26]

**f. The Risk of Stroke**

60. Likewise, the July 15, 2005 AVERT data do not indicate a statistically significant difference in the rates of patients experiencing a stroke, a type of thromboembolic event, between recipients of Silzone and non-Silzone valves. In addition, the number of patients reporting a stroke event in AVERT patients implanted two years or more is the same – five events in each arm of the trial. (See table attached hereto as Exhibit I).

61. Also, like the analysis of all thromboembolic events above, there is no statistically significant difference in the number of AVERT Silzone and non-Silzone patients with mitral valves (single mitral and double valve recipients) who have experienced a stroke. Indeed, the total number of mitral valve recipients who have experienced a stroke is the same for each arm of the trial (6 non-Silzone and 6 Silzone). Accordingly, there is no evidence of a higher rate of Silzone mitral valve recipients experiencing a stroke in AVERT.

**g. The Risk of Valve Thrombosis**

62. The latest AVERT data also provides no evidence that there is a statistically significant difference in the rates of patients experiencing valve thrombosis between valve types. While there have been a greater number of patients experiencing valve thrombosis

[26] The p-value is a measure of the weight of the evidence from a sample population. It is used to determine whether a statistical inference is valid and will range between 0 and 1. The closer the value is to 0, the stronger the evidence inferred from the sample data. Scientists generally consider the results to be statistically significant if the p-value is 0.05 or less.

in the Silzone arm of the trial (3 Silzone versus 0 non-Silzone), the rate of patients experiencing thrombosis has been exceedingly low in AVERT. (See table attached hereto as Exhibit J). Furthermore, the linearized rate of late valve thrombosis events in AVERT Silzone valve recipients is only 0.17 percent per patient year (95% CI 0.04% - 0.50%), which is less than one-fourth of the OPC rate. Even if only Silzone mitral valves are analyzed, the linearized rate is a very low 0.45 percent per patient year (95% CI 0.04% - 0.50%). Accordingly, Dr. Butchart's assertion that the AVERT results indicate a high rate of valve thrombosis in Silzone patients is patently incorrect.[27]

**h. The Risk of Bleeding**

63. Because all patients implanted with mechanical heart valves are required to take blood thinning medication, they all face the risk of experiencing a bleeding event. Analysis of the AVERT data demonstrates, however, that the incidence of bleeding events in AVERT Silzone valve recipients is well below the OPC of 3.5 percent, as the linearized rate of late bleeding events is merely 2.40 percent (95% CI 1.73% - 3.25%) per patient year. There is also no evidence in AVERT of an increased rate of patients experiencing a bleeding event because there is no statistically significant difference between valve types in the number of AVERT patients reporting bleeding events. Indeed, those numbers are almost identical (55 non-Silzone versus 57 Silzone)[28] (See table attached hereto as Exhibit K). The same is true for bleeding event in all AVERT patients implanted with a mitral valve (29 non-Silzone versus 27 Silzone).

[27] Even though Dr. Butchart's suggestion that thromboembolic events and valve thrombosis events should be analyzed together is not consistent with the Edmunds valve complication reporting guidelines, adding the three patients who experienced valve thrombosis to those who with thromboembolic events would still not produce any statistically significant difference between the two groups.

[28] Not only is Dr. Butchart incorrect in claiming that there are high bleeding rates in AVERT Silzone valve recipients, he is also wrong in speculating that the phantom excess bleeding rates may be caused by higher intensity anticoagulation in the patients with Silzone valves. The latest data demonstrate very similar anticoagulation patterns between the two groups with no significant difference between Silzone and non-Silzone valve recipients at the time of bleeding events.

**i. The Risk of Myocardial Infarction (Heart Attack)**

64. The latest AVERT data also provides no evidence that there is a statistically significant difference in the rates of patients experiencing a myocardial infarction between recipients of Silzone and non-Silzone valves. The rate of AVERT patients experiencing a myocardial infarction has been low for both arms of the trial (4 Silzone versus 1 non-Silzone) and there have not been any patients reporting a myocardial infarction beyond three years after implantation. (See table attached hereto as Exhibit L).

**j. The Risk of Death**

65. Because heart valves are implanted into patients with a host of medical problems, many of whom are elderly, death is not unexpected in either the non-Silzone or Silzone population. However, the latest AVERT data shows that there is no statistically significant difference between the rates of death for the Silzone and non-Silzone valves, and therefore, no evidence that Silzone valve recipients face any greater risk of death than those with non-Silzone valves. (See table attached hereto as Exhibit M).

**k. The Risk of All Complications Combined**

66. Similarly, given the advanced age and serious medical problems in the AVERT population, there is an expected high background rate of a wide variety of complications that are both related and unrelated to their mechanical heart valves. Nevertheless, when analyzing the number of patients that have experienced any complication in AVERT, there is no evidence of any statistically significant difference between the Silzone valve and non-Silzone valve recipients. In fact, the overall rate of patients reporting an adverse event in AVERT has been quite comparable between the two arms of the trial. (See table attached hereto as Exhibit N).

67. A survival analysis shows that when all adverse events (including PVL, death, PVE, valve thrombosis, thromboembolism, myocardial infarctions, and bleeding) are combined, the estimated "all-event-free" percentage at five years is 60.5 percent for Silzone (95% CI = 55.5% - 65.5%) and 65.5 percent for non-Silzone valve patients (95% CI = 60.6 – 70.4%). There is no statistically significant difference (p = 0.15) between the two event-free survival curves for all complications combined.

### *4. The AVERT Echocardiography Study Shows No Evidence Of Increased Risk Of Paravalvular Leak For Silzone Valves*

#### a. The AVERT Echocardiography Data

68. After the enrollment in AVERT was suspended, the AVERT investigators began a program of echocardiography examination in order to assess the incidence and prevalence of PVL in the AVERT patients remaining in the study. The results of this echocardiography study provide the most reliable estimate of the prevalence of PVL in the AVERT Silzone valve recipients who did not experience the early major PVL that led to the recall of the valve.[29]

69. As reported in 2004 by Dr. Davila-Roman, et al., in this peer-reviewed study, of the 678 patients eligible in AVERT, 575 (85 %) had at least one transthoracic echocardiogram by June 30, 2002, with a mean follow-up of 23 months after implantation. This included 285 Silzone valve recipients and 290 non-Silzone valve recipients. The echocardiograms were then analyzed by echocardiographers who were blinded to valve type, and the echocardiographic data were then sent to the AVERT Data Coordinating Center at the University of Pittsburgh for statistical analysis.

[29] Davila-Roman, V., et al., Prevalence and severity of paravalvular regurgitation in the Artificial Valve Endocarditis Reduction Trial (AVERT) echocardiography study, *Journal of the American College of Cardiology*. 44:7, 1467-72 (2004).

70. The results of this study showed that there were no statistically significant differences between Silzone and non-Silzone valve recipients in the prevalence or severity of PVL. These investigators found either definite or possible PVL in 10.9 percent of Silzone valve recipients and 8.3 percent of those with non-Silzone valves. Looking at mitral valve recipients only, the percentages of definite or possible PVL were almost identical (15.1 % non-Silzone versus 15.3 % Silzone). Despite the high incidence of early explants due to PVL in the Silzone arm of the trial, this intermediate follow-up "shows that among patients with study valves in place, there are no significant differences by valve type in the prevalence or severity of [PVL] in either the aortic or mitral valve positions."[30]

71. The AVERT investigators have continued to gather echocardiography data from AVERT patients since the publication of the Davila-Roman, et al., study. According to the echocardiography results in the latest AVERT data, 631 of the 678 AVERT patients initially available for this study (93 percent) have undergone at least one echocardiogram for this study. Slightly more than half of those patients (322) have had two or more echocardiograms.

72. The latest echocardiography data continue to show that there is no statistically significant difference between valve types in the prevalence or severity of PVL by echocardiography. There are no statistically significant differences when comparing findings of possible or definite PVL (9.7 % in non-Silzone patients versus 13.4 % in Silzone patients). If the cases in which the echocardiographers could not rule out PVL are included in this analysis the percentage of any PVL findings is more similar between valve types (11.6% non-Silzone versus 14.9% Silzone). There is, likewise, no statistically significant difference when comparing possible or definite findings of PVL in mitral valve recipients (13.4% non-Silzone versus 19.4% Silzone). Again, if the cases in which the echocardiographers could not rule out PVL are

[30] *Id.* at 1472.

included in this mitral valve analysis, the percentage of any PVL findings is also more similar and not statistically significant (17.9% non-Silzone versus 21.8% Silzone).

73. The results are also significant because the prevalence of PVL is lower than prevalences typically found in other studies where the investigators have performed echocardiography on entire populations of patients implanted with a variety of prosthetic heart valves. For example, in an echocardiography study of patients with prosthetic aortic valves authored by Dr. L.S. Rallidis and others, the authors reported finding PVL in 47.6 percent of patients in the early post-operative period alone.[31] Like the AVERT investigators, however, these authors found that their longer-term data showed that these leaks tended to remain unchanged, suggesting that "an early detection of paravalvular aortic leak represents a nonprogressive lesion and that the majority of patients will remain asymptomatic for many years, able to lead a normal life unless they become infected."[32]

**b. Dr. Butchart's Criticisms of the Echocardiography Study Are Unfounded**

Dr. Butchart is critical of the AVERT echocardiography study, primarily in the recruitment of patients for the study and the use of transthoracic echocardiography (TTE) instead of the more sensitive transesophageal echocardiography (TEE). As discussed below, in my opinion these criticisms are unfounded. However, it is interesting to note that the echocardiography results in Dr. Butchart's Cardiff Late Review (a smaller and less reliable data source than AVERT, as discussed below) found a substantially lower percentage of minor PVL than reported in the AVERT echocardiography study, even though TEE was used for that review. Specifically, there were findings of minor paravalvular leak in only 5.8 percent of Silzone valve

[31] Rallidis, L.S., et al., Natural History of early aortic paraprosthetic regurgitation: a five-year follow-up, *American Heart Journal*, 138:L 351-7 (1999).
[32] *Id.* at 7.

recipients (3 of 52 patients), with no minor paravalvular leaks in the mitral and double valve recipients.

**(1) Recruitment**

74. I see no merit in Dr. Butchart's criticism of the echocardiography study on the grounds that it did not include those AVERT patients whose valves had been explanted or had died. The adverse event information regarding explanted and deceased patients had already been captured pursuant to the original AVERT protocol and the increased rate in early major PVL had already been reported. The focus of this study was on the risk of PVL in those patients that had not already experienced major PVL, so excluding those patients did not prejudice this study in any respect.

75. Likewise, it is not a legitimate criticism that the AVERT investigators did not include patients who refused to consent to undergoing echocardiography for this research. Obviously, it would have been unethical to force those patients to undergo echocardiography against their will. Furthermore, there is no basis for an argument that this exclusion introduced any bias in favor of the Silzone valve or against finding PVL in these patients. Indeed, if the exclusion of patients who did not agree to an echocardiogram introduced any bias at all, it is my opinion that this volunteer bias more than likely biased the results toward findings of higher rates of PVL in the remaining group. Those patients who declined an echocardiogram were more likely to have been free of any symptoms of PVL that would have motivated them to seek an echocardiogram at AVERT's expense. As a result, if there was any bias resulting here, it was toward a population that was more likely to have experienced PVL.[33]

---

[33] I note that, similarly, Dr Butchart did not include patients with previous valve replacement and those who were unwilling to give informed consent in his Cardiff Embolic Risk Factor Study. Ionescu, A., et al., Incidence of embolism and paravalvular leak after St. Jude Silzone valve implantation: experience from the Cardiff Embolic Risk Factor Study *Heart*, 89:1055-1061 (2003).

76. Furthermore, it is my opinion that there has been no significant difference between the arms of the trial in the number of patients who were not included in the echocardiography study. Based on the recent data, the number of AVERT patients in each arm of the trial who did not undergo echocardiography is very similar and amount to 89 non-Silzone valve recipients versus 87 Silzone. The remaining 315 non-Silzone valve recipients and the 316 Silzone valve recipients also provide similar numbers of subjects and a substantial number of subjects to evaluate the prevalence of PVL in this population.[34] Accordingly, Dr. Butchart's assertion that the recruitment of patients for the AVERT echocardiography study provides a basis for ignoring those results is simply unfounded.

### (2) Transthoracic Echocardiography (TTE)

77. Similarly, it is not a valid criticism of this study that the investigators used TTE, rather than transesophageal echocardiography (TEE) to determine the presence of PVL. The authors acknowledged that TEE is a more sensitive method of detecting PVL around mitral valves, but stated that it was not used because of its "semi-invasive nature."[35] First, it is highly likely that requiring patients to undergo a TEE, which involves placing a transducer down the patient's esophagus and requires local anesthesia, would have further reduced the number of AVERT participants who agreed to participate in this study. In contrast, the TTE used by the AVERT investigators involves merely placing a transducer on the patient's chest. The use of TTE in echocardiography studies is not uncommon and the AVERT investigators' use of TTE here is an entirely valid method of conducting this study.

---

[34] This was also true for the data relied on by Davila-Roman, et al., in their paper which included 290 non-Silzone valve recipients and 285 participants with Silzone. The number of patients not included was also substantially the same in the Silzone and non-Silzone groups (114 non-Silzone versus 118 Silzone).

[35] Davila-Roman, V., et al., *Prevalence and severity of paravalvular regurgitation in the Artificial Valve Endocarditis Reduction Trial (AVERT) echocardiography study*, Journal of the American College of Cardiology 44:7, 1467 at. 1472 (2004).

78. Furthermore, I note that Davila-Roman, et al., included not only "definite" diagnoses of PVL in their analysis, but also diagnoses of "possible" PVL as well. The inclusion of possible PVL diagnoses, as well as the cases in which they could not rule out PVL, would likely compensate for some of the reduced sensitivity associated with TTE in detecting PVL.

79. Moreover, the use of TTE in this study had virtually no impact on the most significant aspect of this study – the comparison of the instances of PVL seen between the Silzone and non-Silzone valve recipients. Since the method used to detect PVL was the same for both arms of the trial, the use of TTE in no way invalidates these results comparing the two valve types, which showed no statistically significant difference in the prevalence of PVL.

### 5. *The AVERT Data Show That Suture Technique Is An Independent Risk Factor For Major Paravalvular Leak*

80. At the time that enrollment in AVERT was suspended on January 21, 2000, the AVERT investigators were unable to identify any particular variable that was associated with major PVL in AVERT patients, other than the Silzone valve. However, Dr. Lars Englberger and other AVERT investigators recently published an updated analysis of the risk factors for major PVL seen in the AVERT trial which indicates that the suture technique used by the patient's surgeon has a significant impact on the risk of major PVL. [36]

81. In this peer-reviewed paper, Dr. Englberger, et al., explained that the AVERT study "identifies use of implant suture technique without pledget reinforcement as an independent risk factor for major PVL events."[37] The latest AVERT data now demonstrate that suture technique is a significant independent risk factor for major PVL (p= 0.005) and that the

[36] Englberger, L., et al., Importance of implant technique on risk of major paravalvular leak (PVL) after St. Jude Medical mechanical heart valve replacement: a report from the Artificial Valve Endocarditis Reduction Trial (AVERT), *European Journal of Cardio-Thoracic Surgery*, 28:838-843 (2005).
[37] *Id.* at 841.

surgeon's decision not to use pledgets during surgery increases the patient's risk of major PVL. Therefore, surgical technique must be taken into consideration in determining the cause of major PVL occurring in any particular Silzone valve recipient.

82. Furthermore, these results contradict Dr. Butchart's unsupported hypothesis that the use of pledgets increases the risk of major PVL by forcing the sewing ring into firmer contact with the heart tissue.[38] To the contrary, the AVERT data show that the surgeon's use of pledgets when implanting the valve has a protective effect against major PVL.[39]

83. Likewise, unlike the earlier data that suggested that the use of the Heartport technique, urgent surgery, and hypertension also impacted the rate of major PVL, the later data published by Dr. Englberger, et al., demonstrate that there is no longer evidence that these factors increase the risk of major PVL. Accordingly, Dr. Butchart's reliance on the earlier data as a basis for advocating greater monitoring for these individuals is not supported by the latest AVERT data.

## G. DR. SACKETT'S AND DR. GOLDSMITH'S OPINIONS REGARDING AVERT

84. In their declarations, Dr. Sackett and Dr. Goldsmith argue that, even though AVERT no longer demonstrates an increased risk to Silzone valve patients, the data should be ignored because it fails to conclusively prove that Silzone valves do not pose any greater risk of harm than non-Silzone valves. But in fact, AVERT supplies strong evidence that Silzone does not pose any long-term increased risk of harm for patients implanted with the Silzone valve.

---

[38] *Id.* at 842.
[39] *Id.*

85. AVERT provides the best data available to assess any alleged risks associated with the Silzone valve. Neither Dr. Sackett nor Dr. Goldsmith disputes this fact. Nevertheless, like all clinical studies in which there are a limited number of subjects under observation, exactly precise risk estimates cannot be determined. This does not mean; however, that the data showing an absence of any significant number of long-term adverse events or any significant differences between valve types should be ignored. This is particularly true when the magnitude of these uncertainties is relatively small, and has been getting smaller as more follow-up data has become available with each additional collection of AVERT data.

86. As such, the relevant issue is not whether the AVERT adverse event rates are precisely equivalent between valve types, but rather, whether there is any evidence in AVERT that Silzone valve recipients are currently at a greater risk of complications than recipients of non-Silzone valves. There is no such evidence in the latest AVERT results.

87. Even though Dr. Sackett is faced with the absence of any evidence in AVERT that there is a greater ongoing danger to Silzone valve recipients as compared with non-Silzone valve recipients, he curiously continues to argue that there is nevertheless cause for alarm. In order to do so, he has resorted to elaborate statistical power calculations in an attempt to show that that the lack of any long-term differences between adverse event rates for Silzone and conventional patients should be ignored. While a power analysis is a well-established part of *designing* a clinical trial, it is not a particularly enlightening tool for retrospectively analyzing the results of a trial. The result of a power analysis is, as the name implies, a "power level," which is itself a characteristic of the clinical trial, and not directly related to the real issue: the actual measured degree of any true risk. The power issues raised by Dr. Sackett and Dr. Goldsmith do not change the fact that the AVERT data is the best evidence available for evaluating the long-

term risk faced by Silzone valve recipients. Likewise, the risk assessment for PVE provided by Dr. Sackett is inappropriate and misleading.

88. A much more useful tool in analyzing the results of a clinical trial is the concept of confidence intervals. Confidence limits (which are the low and high boundaries denoting confidence intervals) convey the degree of precision in an estimate by expressing the range within which the true value can be stated to lie, with some specified degree of statistical likelihood. A 95 percent confidence interval is a standard used in scientific research, and provides a range of values within which we can be 95 percent certain that the true result lies. I have given 95 percent confidence intervals around each of the risk estimates provided regarding the complications in AVERT. Those estimates, along with their 95 percent confidence intervals, are the best evidence on which to objectively evaluate the true risk for any adverse event allegedly associated with the Silzone valve, and Dr. Sackett and Dr. Goldsmith do not contend otherwise.

89. As time has passed and more follow-up has been obtained on the AVERT patients, the confidence intervals have become narrower, with the resulting upper confidence limits becoming closer to the observed event rates. This indicates that these estimates are becoming more precise with more follow-up. Thus, while AVERT already provides sufficiently precise estimates to show that the true long-term risk of the complications followed, it will provide even more precise estimates over time as more data are acquired.

90. In addition, Dr. Goldsmith has included with his Declaration a number of emails and tables regarding various statistical calculations concerning valve explant rates in AVERT. Based on those calculations, Dr. Goldsmith concluded that the suspension of enrollment in AVERT was "delayed" beyond the point at which there was a statistically

significant difference in valve explant rates between valve types. A fundamental but incorrect assumption in arriving at this conclusion is that the AVERT Data Safety Monitoring Board ("DSMB") had immediate access to the information for each explant from the 19 centers around the world and was able to immediately assess the impact of each explant on the AVERT complication rates. That is not a reasonable assumption for AVERT or any other clinical trial that has a scope similar to AVERT, particularly in 1999 when electronic data transmission capabilities were not as advanced or available as they are today. Accordingly, Dr. Goldsmith's post hoc analysis is an exercise in unfounded speculation concerning a scenario that did not and could not have existed.

91. Furthermore, Dr. Goldsmith did not include any individualized assessment of the explants in his statistical analysis – which would have been an important consideration for the AVERT DSMB. An example of why this assessment is important would be cases of valves explanted due to prosthetic valve endocarditis. As discussed above, an explant that is the result of prosthetic valve endocarditis is not considered to have been a valve related complication under the Edmunds valve reporting complication guidelines. Without any assessment of the cause of the explants analyzed, Dr. Goldsmith's statistical analysis, even assuming that he has used appropriate methodology, does not provide relevant information for assessing the actions of the AVERT DSMB.

## H. THE CARDIFF EMBOLIC RISK FACTOR STUDY (CERFS) DOES NOT PROVIDE RELIABLE DATA SUPPORTING A LONG-TERM INCREASED RISK FOR PATIENTS IMPLANTED WITH THE SILZONE VALVE

92. The Cardiff Embolic Risk Factor Study (CERFS) refers to a clinical trial at the University Hospital of Wales in Cardiff directed by Dr. Butchart.[40] The primary goal of

---

[40] Ionescu, A. et al. Incidence of embolism and paravalvular leak after St. Jude Silzone valve implantation: experience from the Cardiff Embolic Risk Factor Study. *Heart,* 89: 1055-1061 (2003).