CERFS was to "identify patient characteristics at the time of surgery which would predict thromboembolism during long-term follow-up."[41] Declaration of Dr. Butchart at p. 102. From the adverse events reported from this study, the authors compared the experience of 116 non-Silzone patients, implanted at his center between 1995 and 1997, with 51 Silzone valve recipients implanted later at his center between 1997 and 1998. The Silzone valve recipients included only 13 patients who received a mitral valve, and another six patients who had double valve replacements.

### *1. The CERFS Results Do Not Show An Increased Long-Term Risk For Silzone Valve Recipients*

93. The CERFS data did not indicate a significant increased rate of major PVL, minor PVL, major bleeding events, death, or endocarditis in these patients, although Dr. Butchart does not appear to place significant importance on these findings. Likewise, the authors did not find any significantly increased rate of minor thromboembolic events, paravalvular leak, bleeding events, endocarditis, and death, regardless of valve position. Indeed, the authors reported five times as many TIAs in the non-Silzone patients than in the Silzone valve recipients (30 non-Silzone versus 6 Silzone), which is a difference that is substantially larger than the difference in sample sizes. Further, the authors found no increased rate of major thromboembolic events in the Silzone aortic valve recipients.

94. The authors' only significant reported finding was a significantly increased *early* rate of major thromboembolism in the Silzone mitral and double valve

---

[41] In my opinion it is unreasonable of Dr. Butchart to disregard the AVERT complication rate data in favor of the CERFS data simply because the *primary* aim of AVERT was not to collect a wide variety of adverse event data from the AVERT patients. Although not primary, one of the initial goals of AVERT was to collect adverse event data. Moreover, Dr. Butchart does not apply the same standard to his own study. Similar to AVERT, the primary aim of CERFS was not to compare adverse event rates between Silzone and non-Silzone valve recipients, but to evaluate patient risk factors for thromboembolic events.

recipients.[42] As stated above, this is based on a combined sample size of less than 20 mitral and double valve recipients.

95. Although Dr. Butchart now places great significance on the rate of valve thrombosis in the Silzone valve recipients in CERFS, in the CERFS paper, he and the other authors did not provide event rates for valve thrombosis in these patients or a comparison of valve thrombosis between valve types. Dr. Butchart states that he has seen only two cases of valve thrombosis on explant of a Silzone valve, and one of those cases was complicated by endocarditis. Declaration of Dr. Butchart at p. 17. According to the Edmunds reporting guidelines for heart valve complications, a patient with endocarditis should not be counted as a case of valve thrombosis.[43]

96. Furthermore, although the mean follow-up on the CERFS Silzone valve patients was three years, there were no additional major thromboembolic events in any of the Silzone valve recipients beyond three months. Consistent with this data, the authors stated that "[t]he increased major thromboembolic risk seems to be an early phenomenon (less than three months after placement) and so patients who have now had a Silzone valve implanted for several years may not be at higher risk."[44]

[42] In the published CERFS results, there is no reference to the "TEB" or thrombogenicity index (combining valve thrombosis, thromboembolic events, and bleeding events) that Dr. Butchart puts forth in his Declaration. From an epidemiological standpoint, it would be inappropriate to rely heavily on a combination of dependent events, such as valve thrombosis and thromboembolism. Because these events are not entirely independent - valve thrombosis can cause thromboembolism - combining them together would unfairly magnify any small differences that may exist between valve types, particularly in a small study like CERFS. Furthermore, combining events that each has numerous confounding factors, such as those in Dr. Butchart's TEB index, lessens the reliability of the data to support any conclusions regarding causation.

[43] Edmunds, L., et al., Guidelines for reporting morbidity and mortality after cardiac valvular operation. *Annals of Thoracic Surgery.* 62: 932-935 (1996).

[44] Ionescu, A. et al. Incidence of embolism and paravalvular leak after St. Jude Silzone valve implantation: experience from the Cardiff Embolic Risk Factor Study. *Heart,* 89: 1055 p.1058 (2003).

97. Consequently, even if one were to rely on the published data from the CERFS study (which is not warranted here), those data do not demonstrate any evidence that Silzone has caused a long-term risk in patients with the Silzone valve, even for thromboembolic events in Silzone mitral valve recipients.

### 2. *CERFS Does Not Provide Data Of Significant Quality For Assessing Causation Regarding The Silzone Valve*

98. There are a number of limitations with the CERFS study that would make it inappropriate to rely heavily on this data in a scientific assessment of any risks that may be associated with the Silzone valve, including (1) the patients enrolled in this study were not randomized, (2) the data come from only one center, (3) the number of patients is small (only 13 mitral valve recipients), and (4) it uses historical rather than concurrent controls. In such a small study, a very small number of events can dramatically impact the results. Accordingly, any bias that may have occurred due to lack of randomization, center-specific practices at Cardiff that may have influenced outcomes, or changes in practices or patient populations during the different time periods the Silzone and non-Silzone valves were implanted may well have impacted these results in a manner entirely independent of the Silzone valve itself.

99. The authors acknowledged these limitations in the study, including that CERFS "was a non-randomized study which used non-contemporaneous controls, and the numbers are relatively small."[45] They further acknowledged that a study such as his was "fraught with methodological difficulties" because of the "major impact" that patient variables such as valve position and the presence of embolic risk factors have on the incidence of thromboembolic events in mechanical valve recipients.[46]

[45] *Id.* at 1060.
[46] *Id.* at 1055.

100. Importantly, however, Dr. Butchart did not acknowledge that one of the more significant problems with CERFS is the manner in which historical controls were used. In CERFS, an earlier group of non-Silzone patients were used that that included almost three and a half times more total follow-up time than the CERFS Silzone group (153 Silzone patient-years versus 529 non-Silzone patient-years) and more than four times the follow-up for mitral and double valve recipients (203 non-Silzone versus 49 Silzone). It is, however, well-recognized that the risk of thromboembolic events is greater in the early months after implantation, which Dr. Butchart generally acknowledged at p. 12 of his Declaration. Because of this decline in risk, the CERFS historical control group of non-Silzone valve recipients was at a lower risk of experiencing thromboembolic events solely due to the greater length of time that they had been implanted with their valves.

101. Dr. Butchart also generally acknowledged that differences in follow-up times can invalidate linearized rate comparisons based on clinical trial results: "Hence, linearised rates from a small series with a short follow-up are not comparable to linearised rates from a lager series with long follow-up."[47] Nevertheless, Dr. Butchart never acknowledged that is exactly what they did in CERFS. As a result, the comparison of the substantially earlier experience of the Silzone valve recipients with the longer experience of the non-Silzone valve patients provides little support for Dr. Butchart's conclusions. Accordingly, it would not be appropriate to rely on the small, single center study data from CERFS when data from the far larger and randomized collection of prospective multi-center data from AVERT is available.

102. Lastly, Dr. Butchart has not provided sufficient data to allow for a complete evaluation of the results of his CERFS study, either in his published paper or in his Declaration. Significantly, Dr. Butchart has not reported the number of adverse events by valve

[47] *Id.*

position and has not provided any linearized rates for the non-Silzone valve recipients in CERFS. In addition, Dr. Butchart has failed to include confidence intervals for the linearized rates of Silzone valve recipients, which is contrary to standard statistical methodology. I reserve the right to comment further on the complication rates indicated by Dr. Butchart's CERFS data, both in his published paper and as indicated in the tables in his Declaration, after the additional data regarding his study are provided.

## I. THE ADDITIONAL DATA RELIED ON BY DR. BUTCHART AND DR. WILSON DO NOT SUPPORT THEIR CONCLUSIONS OF A HIGHER RISK OF COMPLICATIONS FOR SILZONE VALVE RECIPIENTS

103. In addition to relying on the early and outdated data from AVERT and the data from CERFS, much of the information concerning the Silzone valve relied upon by Dr. Butchart and Dr. Wilson is considered by scientists and epidemiologists to be evidence that is of much lower quality than the randomized controlled clinical study data from AVERT. As discussed above, the use of such information, including case reports and series, FERs, and individual patients' medical records and pathology reports, to form opinions about medical causation or risk assessment is not generally accepted in the scientific community. Indeed, there is a large body of medical literature that cautions against the use of such data.[48] Under the circumstances here, the reliance on such information does not provide a scientifically reasonable basis on which to draw conclusions regarding causation and the Silzone valve.

---

[48] Jones, J. K., Determining Causation from Case Reports. in Strom, B. L., ed. Pharmacoepidemiology, pp. 275-288 (1989); Miwa, L.J., et al., Value of Epidemiologic Studies in Determining the True Incidence of Adverse Events: The NSAID Story. *Archives of Internal Medicine*, 157:2129-21361997; Sachs, R. M., et al., An Evaluation of Spontaneous Adverse Drug Reaction Monitoring Systems. *American Journal of Medicine* 81 (suppl 5B): 49-55 (1986); Meyboom, R.H.B., Causality Assessment Revisited, *Pharmacoepidemiology and Drug Safety* 7: S63-S65 (1998); FDA Working Group. PhRMA/FDA/AASLD Drug-Induced Hepatology White Paper: Postmarketing Considerations. p. 3 (November 2000); Goldman, S.A., et al., *The clinical impact of adverse event reporting*. FDA MedWatch Continuing Education Article (1996).

### *1. Dr. Butchart's Cardiff Late Review*

104. Despite the data and statements in Dr. Butchart's 2003 paper regarding CERFS indicating the lack of evidence of an increased long-term risk with the Silzone valve, in 2004 Dr. Butchart attempted to evaluate all of 83 patients at University Hospital of Wales who had been implanted with a Silzone valve. This review included some of the CERFS patients as well as additional patients who were excluded from CERFS. A retrospective analysis was done of the available records of the Silzone valve recipients who were deceased. Although Dr. Butchart has provided limited data and information regarding his Cardiff Late Review, the data from that review appear to be of little value in comparison to data from AVERT in determining risk and causation concerning the Silzone valve.

105. The resulting Cardiff Late Review is merely a case series that, as discussed above, does not provide a scientific or sound basis for conclusions regarding causation. Any conclusions drawn from the Cardiff Late Review data would suffer from the fact that these patients are not randomized. In fact, the Cardiff Late Review is likely subject to a volunteer bias. Not all of Dr. Butchart's patients consented to participate in his review. Those patients that did consent to do so were more likely as a group to have had complications that would have motivated them to participate. The resulting volunteer bias likely predisposed this group to an adverse result. Another source of bias is that, unlike the AVERT echocardiography study, the echocardiography in the Cardiff Late Review was done by an echocardiographer who was not blinded to valve type. Furthermore, Dr. Butchart does not provide information regarding the presence of any risk factors in these patients that may have increased their risk of thromboembolic events independent of their Silzone valves.

106. Moreover, although it is not clear how many of the patients in CERFS were also included in the Cardiff Late Review, some of the CERFS patients are included in both

collections of data. As a result, it appears that Dr. Butchart has included some of the same events in CERFS patients in calculating the linearized event rates in his Declaration for both CERFS and the Cardiff Late Review. It would therefore not be appropriate to consider the data from the Cardiff Late Review as independent evidence on the complication rates seen in Dr. Butchart's Silzone valve recipients because some of those events were already included in the CERFS data.

107. Furthermore, the data provided regarding these patients is incomplete so that it difficult to analyze the experience of these patients. Again, Dr. Butchart has not given confidence intervals for his linearized rate estimates.

108. I also note that although this review was conducted in 2004, these results have not been published or submitted for peer review, nor has Dr. Butchart published an updated analysis of his CERFS patients in order to revise the statements in his CERFS paper indicating doubt about the presence of any long-term risk faced by Silzone valve recipients.

109. Accordingly, as presented by Dr. Butchart, the data from the Cardiff Late Review does not provide scientifically valid evidence on which to assess the complication rates in Silzone valve recipients or any risk of complications faced by that population. I reserve the right to comment further on the complication rates indicated by Dr. Butchart's Cardiff Late Review after the data for this review are provided.

***2. Dr. Grubitzsch's Single Case Report of Cancer***

110. Dr. Butchart relies on extremely unconvincing evidence to support his "suspicion" that Silzone may cause cancer. Dr. Butchart points to the lone report in the medical

literature of a tumor that developed near a patient's Silzone valve.[49] This case report does not provide a scientific basis on which to make valid conclusions as to cause and effect relationships with Silzone. Accordingly, contrary to Dr. Butchart's assertions, this single instance of cancer among the approximately 36,000 Silzone valve recipients worldwide does not provide valid scientific evidence that Silzone increases the risk of cancer or that any additional monitoring for cancer risks are warranted for Silzone valve recipients.[50]

### *3. The Top Accounts Survey*

111. I am informed and believe that the Top Accounts Survey collected information on approximately the first 50 patients implanted at seven of the 10 centers with the largest numbers of implants of Silzone valves in 1999. Patients were surveyed by nursing personnel by the telephone without a review of medical records or interview of treating physicians. It did not involve any control group, concurrent or historical. Accordingly the Top Accounts Survey had a number of significant limitations, including limited follow-up, no controls, self-reporting, lack of medical record review, and no physician involvement. It was merely an uncontrolled survey based on limited patient history data. As such, it did not provide high quality data on which it would be scientifically valid to base determinations of causation.

112. Furthermore, Dr. Butchart misstated the results of the Top Accounts Survey concerning valve thrombosis. Specifically, on p. 18 of his Declaration, Dr. Butchart states that valve thrombosis rates were higher in the Silzone valve than in the standard valve for this study, when there were in fact no standard valves in this study. Likewise, there were significant variations in the rates reported by the individual centers in the Top Accounts Survey.

[49] Grubitzsch, H., et al., Sarcoma associated with silver coated mechanical heart valve prosthesis. *Annals of Thoracic Surgery* 72:1739-40 (2001).

[50] Although this report was published approximately five years ago, there have been no additional reports of cancer in the medical literature that would provide any support for the theory that Silzone may increase the risk of cancer.

113. In addition, the data for the Top Accounts Survey was collected over six years ago and therefore represents the early experience with the Silzone valve in these patients. It is, therefore, inappropriate to use this early data to characterize the long-term risk for Silzone valve recipients who have all been implanted for at least six years.

*4. Field Experience Reports (FERs)*

114. I am informed and believe that St. Jude Medical Field Experience Report Department records and investigates reports of a device complaint or adverse experience from the field. While Field Experience Reports (FERs) provide some information concerning the rates of reported of adverse events, they do not provide data of sufficient quality that would provide a sound basis for determining causation.

115. FERs are merely anecdotal reports of individual patient's medical experience that provide little in the way of sound evidence concerning any risk posed by a medical device, such as the Silzone valve. There are a variety of biases inherent in attempting to determine event rates from FERs which, in combination with the limited information provided in these reports, make an accurate assessment of event rates extremely difficult.

116. Furthermore, although Dr. Butchart points to St. Jude Medical's FERs of thromboembolic events as evidence of an increased risk for the Silzone valve, I have reviewed

recent data regarding the number of thromboembolic events and do not see any cause for alarm. The FER data I have been provided are as follows:

**St. Jude Medical Thromboembolic Event FERs**

| Time From Implant | No. of FERs |
|---|---|
| Year 0-1 | 59 |
| Year 1-2 | 18 |
| Year 2-3 | 2 |
| Year 3-4 | 4 |
| Years 4 + | 1 |
| Total | 84 |

117. Again, FER reports provide little in the way of reliable evidence regarding causation. However, I do not see that seven reports of thromboembolic events from Silzone valve recipients that occurred in the period after two years of implantation when there were approximately 36,000 Silzone valves implanted worldwide indicate any reason to be concerned about thromboembolic events in these patients.

### 5. *Dr. Butchart's Use Of A Literature Average To Compare Performance Of The Silzone Valve*

118. Dr. Butchart also compares the early AVERT data, the CERFS results, and the Cardiff Late Review to an average of complication rates for the St. Jude Medical standard valve (Dr. Butchart's Tables 2 and 3) reported by Dr. Gary Grunkemeier and other authors.[51] Dr. Grunkemeier's paper, however, is an analysis of valve performance based on published studies that included follow-up as long as 20 years – much longer than the follow-up in the studies to which Dr. Butchart compares those rates. As discussed, comparing heart valve complication rate

[51] Grunkemeier, G., et al., "Our complication rates are lower than theirs": Statistical critique of heart valve comparisons. *Journal of Thoracic and Cardiovascular Surgery* 125:290 (2003).

data of significantly different follow-up time is not a particularly useful comparison due to the changes in complication rates and other factors over time.

119. Further, the authors of this paper warned that the "findings of this study must be viewed with caution" because of the "statistical limitations of combining and comparing diverse valve series."[52] Indeed, they explained that "[w]ith so many factors able to influence the results from different centers, it is difficult to combine analyses across different studies on the basis of published results."[53]

120. Likewise, Dr. Butchart has stated that it is not "meaningful to attempt meta-analyses [analyses combining the results of relevant studies] on published series, which differ widely in their methods of data collection and in their patient populations, for the purposes of either comparing one prosthesis with another or comparing one antithrombotic regime with another." In light of the reservations expressed by Dr. Grunkemeier, et al., and Dr. Butchart himself, it appears that Dr. Butchart has placed undue importance on the combined complication rates in the paper by Dr. Grunkemeier, et al.

### *6. Dr. Butchart and Dr. Wilson Do Not Fairly Consider The Many Smaller Studies Reporting Positive Results For The Silzone Valve*

121. While Dr. Butchart and Dr. Wilson have placed substantial importance on the CERFS single-center, non-randomized study, they have largely ignored or improperly rejected the positive results for the Silzone valve from other small and single center studies. Although these studies do not provide data of the quality and strength of the AVERT data, if one considers the results of certain single center studies that find an increased risk with the Silzone

[52] *Id.* at 297.
[53] *Id.* at 299.

valve, an unbiased risk assessment should also include those studies that do not find any such increased risk.

122. For example, investigators from the Katholieke Universiteit in Belgium reported that in a randomized study of 95 mechanical valve recipients at their facility, "no differences were detected in the incidence of PVL between Silzone-coated and uncoated mechanical SJM valves."[54]

123. Likewise, physicians at the General Hospital Wels in Australia studied an early series of patients with Silzone heart valves and found that the Silzone valve "performs well, with no adverse effects of the silver coating being detected."[55] Specifically, there were no cases of major paravalvular leak and a low stroke rate for these patients. These physicians referenced Dr. Butchart's data from Cardiff, noting that "[d]ata from another study indicated an increased rate of cerebral thromboembolic events (at only one center) following implantation of Silzone-coated SJM Masters valves. In the present study, the stroke rate was 1.6% during the follow-up period, and thus our data do not support the findings of the Cardiff team."[56]

124. Dr. Butchart ignores the results favorable to the Silzone valve reported by these authors and improperly attempts to calculate a linearized rate of thromboembolic events in this study's mitral valve recipients without knowing the number of patient years of follow-up for these patients. This is clearly a speculative calculation. Furthermore, Dr. Butchart has improperly portrayed the rate from this calculation. Although Dr. Butchart acknowledges at p. 12 of his Declaration that the complication valve complication reporting guidelines require that

[54] Herijgers, P., et al., Silzone Coating and Paravalvular Leak: An Independent, Randomized Study, *Journal of Heart Valve Disease,* 10:712 (2001).
[55] Auer, J., et al., Early Investigation of Silver-Coated Silzone Heart Valves Prosthesis in 126 Patients, *Journal of Heart Valve Disease,* 10:717 at 721 (2001).
[56] Id. at 722.

linearized rates are to be "used from 31 days onwards for 'late' events," he improperly included an early (occurring within 30 days) stroke event in his linearized event rate calculation. Accordingly, Dr. Butchart has used a methodology that is not scientifically valid in order to present an inflated rate of thromboembolic events in these mitral valve patients.

## J. THERE IS NO RELIABLE SCIENTIFIC EVIDENCE TO SUPPORT ANY THEORY THAT SILZONE HAS CAUSED WIDESPREAD HARM THAT WARRANTS INCREASED MONITORING OF SILZONE VALVE RECIPIENTS

125. As demonstrated above, neither the latest AVERT data nor any other evidence relied on by Dr. Butchart, Dr. Sackett, and Dr. Wilson, provide scientifically valid evidence that all Silzone valve recipients have experienced harm or that they face a continuing increased risk of complications.

126. There is simply no statistical support in the AVERT data for their opinions that all recipients of Silzone valves have suffered harm. Rather than a widespread and continuing increased rate of complications with the Silzone valve that one would expect if Silzone had caused pervasive harm, the AVERT data simply do not demonstrate any such increase.. The lack of any widespread or consistent increase in complications experienced by patients with Silzone valves compared with non-Silzone valves is strong evidence that Silzone has not caused any long-term harm to Silzone valve recipients.

127. Likewise, there is no scientific or statistical support for their opinions that all persons who have Silzone mechanical heart valves are at an increased risk of heart-valve-related complications. Again, the extensive and continuing increased rate of complications that would be expected from any such increased risk is not demonstrated by the AVERT data. There is no evidence in AVERT of a continuing increased risk of any complication in Silzone valve

recipients compared to those with non-Silzone valves after two years. Similarly, although CERFS provided much less reliable data than AVERT, there is no evidence in CERFS of a long-term increased risk of complications faced by Silzone valve recipients.

128. Nevertheless, Dr. Butchart and Dr. Wilson have consistently ignored data indicating good performance of the Silzone valve and portrayed Silzone event rates in a manner that inappropriately indicates an unfounded increased risk for those patients.

129. Likewise, Dr. Butchart and Dr. Wilson do not appear to have appropriately considered the many well-recognized individual risk factors having nothing to do with Silzone that cause PVL, thromboembolic events, and other complications in all recipients of mechanical valves. As evidenced by the background rate for these complications, it is likely that substantial numbers of Silzone valve recipients would have experienced complications for reasons that are independent of Silzone. Dr. Butchart has acknowledged that many thromboembolic and bleeding events after heart valve replacement "are almost certainly not prosthesis-related and simply part of the background incidence of stroke, TIA and major bleeding in the general population."[57] Nevertheless, in their declarations, Dr. Butchart and Dr. Wilson improperly point only to Silzone as the cause of the complications experienced in Silzone valve recipients.

130. In the absence of evidence of an increased risk of complications, the substantial increased medical monitoring urged by Dr. Butchart is not warranted for Silzone valve recipients.

---

[57] Butchart, E., et al., A New Scoring System to Determine Thromboembolic Risk After Heart Valve Replacement. *Circulation* 108 (Supl.II):68 (2003).

## K. DR. BUTCHART'S MONITORING PROTOCOL BASED ON HIS UNTESTED RISK SCORING SYSTEM IS NOT APPROPRIATE FOR THE POPULATION OF SILZONE VALVE RECIPIENTS

131. As a corollary to his unfounded theory of an increased risk of complications in by Silzone mitral valve recipients, Dr. Butchart has proposed a complicated and intensive protocol of heightened monitoring for virtually all Silzone valve recipients. In my opinion, there is no valid scientific evidence indicating that Dr. Butchart's monitoring protocol is appropriate for patients with Silzone valves.

132. Dr. Butchart's monitoring protocol is based on an elaborate risk scoring system that he has created in order to purportedly quantify the risk faced by each Silzone valve recipient so that they can be directed to the proper monitoring regimen. The basis for Dr. Butchart's risk scoring system is the data from the CERFS trial.[58]

133. Significantly, and as Dr. Butchart has acknowledged, his risk scoring system is largely untested and experimental: "However, the scoring system proposed here needs to be tested further in other large prosthetic valve databases before introduction to clinical practice."[59] I am not aware of any additional data or testing that would warrant imposing such an extensive monitoring regimen involving the invasive testing urged by Dr. Butchart. In his recommendations regarding his proposed epidemiological study, Dr. Butchart again admits that his risk scoring system has not been proven to be accurate or predictive:

> Baseline data on co-morbidities and risk factors to allow risk profiling, as discussed in the section of this report devoted to risk stratification for thromboembolism. In terms of blood tests, these should include those mentioned in Table 4. **This would allow validation of the proposed risk scoring system.** Declaration of Dr. Butchart at p. 78. (emphasis added).

[58] *Id.*
[59] *Id.* at II-73.

134. In my opinion, it is not appropriate to impose Dr. Butchart's experimental monitoring protocol and unvalidated risk scoring system on Silzone valve recipients in order to test his theories concerning thromboembolic risk factors. I therefore agree with Dr. Butchart's statement that his risk scoring system is not appropriate for clinical practice.

135. It also appears that the Dr. Butchart has created a treatment protocol with such a low threshold for increased and invasive monitoring that the vast majority of patients willing to undergo the increased monitoring would, according to his protocol, undergo additional monitoring.

136. Furthermore, the method that Dr. Butchart has proposed to determine each Silzone valve recipient's risk score on p. 109 of his Declaration is not consistent with his CERFS research. Although Dr. Butchart found that many of his risk factors have a dramatically greater or lesser impact depending on whether the patient has an aortic or mitral/double valve, his risk scoring system does not reflect those differences. Rather, Dr. Butchart would assign the same increased risk score for the presence of his identified risk factors in a patient irrespective of the type of valve (aortic or mitral) implanted, and even where his research showed that the specific type of valve implanted in the patient did not increase thromboembolic risk. Examples of these factors include the following:

- Although Dr. Butchart found that diabetes and systemic hypertension were more predictive of thromboembolic events in aortic valve recipients, Dr. Butchart would assign the same risk score for the presence of these factors, regardless of whether a patient has a mitral/double or aortic valve.

- Similarly, Factor VII resistance to warfarin, raised Factor VIII, and raised fibrinogen increased the thromboembolic risk "only or mainly" in mitral/double valve recipients.[60] Nevertheless, aortic valve recipients would be assigned the same risk score as those with mitral/double valves recipients under Dr. Butchart's protocol.

- Previous mitral valvulotomy and increased platelet volume was found to increase the risk of thromboembolic events only in mitral valve recipients, however, Dr. Butchart would assign an increased risk score to these factors in aortic valve recipients as well.

- Conversely, Dr. Butchart found that raised eosenophil count and post-operative infection increased the risk of thromboembolic events only in aortic valve recipients, but would also assign an increased risk score for the presence of the factors in mitral/double valve recipients.

137. Moreover, the CERFS data did not show an increased thromboembolic risk related to cigarette smoking and the study did not address how some other commonly accepted risk factors for thromboembolism may combine with his identified thromboembolic risk factors. Dr. Butchart nevertheless assigns specific risk scores to each of these factors in the risk scoring system he has proposed for Silzone valve recipients. In addition, while Dr. Butchart's study showed only that the presence of three or four coronary artery bypass grafts (CABG) increases the risk of thromboembolic events, his risk scoring protocol would assign an increased risk merely for the presence of any CABG.

---

[60] *Id.* at II-73.

138. Further, Dr. Butchart has proposed a monitoring protocol that includes increased monitoring for aortic Silzone valve recipients for thromboembolic events, when he has not pointed to any evidence, not even unsound evidence, that demonstrates an increased risk of thromboembolic events in patients with aortic Silzone valves as compared to those with non-Silzone valves.

139. Implementation of Dr. Butchart's risk scoring system would generally and improperly increase the perceived risk faced by virtually all Silzone valve recipients, without the valid scientific evidence to support such an alleged increased risk. Indeed, this increased alleged risk is not only based on Dr. Butchart's largely untested theories regarding thromboembolic risk factors, but is also largely inconsistent with his own research. Accordingly, I do not believe that Dr. Butchart's experimental monitoring protocol and risk scoring system is supported by sufficient scientific research to warrant subjecting Silzone valve recipients to such increased and invasive monitoring. In my opinion, each Silzone valve recipient, who is already subject to the increased monitoring that all mechanical valve recipients require, should be treated according to each patient's individual physician's best judgment.

## L. DR. BUTCHART'S PROPOSED EPIDEMIOLOGICAL STUDY OF SILZONE VALVE RECIPIENTS IS SERIOUSLY FLAWED AND NOT WARRANTED

140. The data from the AVERT prospective randomized multi-center clinical trial, is the best scientific evidence available to evaluate whether Silzone increases the risks of the complications at issue in this action. Nevertheless, Dr. Butchart advocates discarding the AVERT data and has proposed a complex and far-reaching program of data collection in order to create a database for another long-term epidemiological study of Silzone valves.

141. As an initial matter, an additional large clinical study to assess the performance of the Silzone valve is not necessary. AVERT has provided a substantial collection of high-quality data that provides definite and sound bases for evaluating any risks associated with the Silzone valve, and there is no evidence in AVERT of any such long-term risk.

142. Furthermore, the fact that only a small percentage of recipients of Silzone valves have been involved in a published research study does not warrant the large study proposed by Dr. Butchart. Regardless of the drug or medical device on the market, it is customary that only a small percentage of the patients receiving the drug or medical device ever take part in formal studies.

143. More importantly, adding the poor quality study proposed by Dr. Butchart will not improve the quality of data available to evaluate the performance of the Silzone valve. It simply would not be possible to design and conduct an epidemiologic study today that would provide data of comparable quality to that of AVERT. There would be no research benefit to conducting additional monitoring of non-AVERT Silzone valve recipients because such monitoring would not provide data that is as scientifically reliable and valid as that already being provided by AVERT. Significantly, the difficulties in avoiding selection bias would be insurmountable today, over six years after the recall of the Silzone valve.

144. Furthermore, although Dr. Butchart is critical of the reliability of retrospective data collection methods, this is exactly what he proposes to do on a worldwide basis for his proposed study.[61] A significant portion of his study involves retrospective collection of data from medical records and patients' memories. His study would necessarily

[61] "It has been shown that retrospective data collection (for example, with a questionnaire sent to patients at the end of a ten year period) can seriously underestimate the true incidence of complications, because patients tend to forget relatively minor events such as transient ischaemic attacks (TIAs) and some bleeding episodes." Declaration of Dr. Butchart at p. 11.

have to account for at least six years of follow-up data that has not been collected regarding any group of Silzone valve recipients. There would be many inherent biases in evaluating what outcome data could be obtained. Even in the patients' medical records, since this data would not have been recorded according to any standardized reporting criteria, it would be difficult to compare and it is doubtful that the data could be meaningfully adjudicated.

145. It is also highly unlikely that this type of study would be able to collect sufficient information regarding individual patients that would make this effort worthwhile. For example, Dr. Butchart proposes obtaining a "full drug history" for each subject. While, the patients' complete drug history would be very important information necessary to evaluate the patients' individual risk factors, it would be unlikely that the complete drug history could be obtained during the at least six years of implantation before the study would begin. Practically, this would entail collection of data from multiple medical records (inpatient, outpatient and pharmacy records, if all were available), as well as directly from patients who might also be consuming over the counter medication drugs such as aspirin that could modify the risk of some events (e.g., thromboembolism).

146. Obviously, the difficulties in obtaining information from any matched control group would be just as substantial for non-Silzone valve recipients. As discussed, however, as the control group could not be randomized, it would be extremely difficult to account for all of the known factors that may bias the results, and impossible to account for such unknown factors.

147. It is my opinion that the considerable resources that would be necessary to even attempt to collect the data proposed by Dr. Butchart is simply not warranted in light of the dubious information and study results that this effort would provide.

## M. CONCLUSION

69. In summary, using a life table approach to analyze the risk of complications for patients with Silzone valves demonstrates that the rate of complications seen in the Silzone valve recipients in AVERT has been low and quite comparable to patients with the non-Silzone valve. Even for the complication that led to the recall of the Silzone valve, major PVL, beyond two years after implantation there is no evidence in AVERT indicating that Silzone AVERT patients are at an increased risk of experiencing major PVL. Contrary to the assertions of Dr. Butchart, Dr. Sackett, and Dr. Wilson, there is no reliable scientific evidence that Silzone valve patients are at any long-term increased risk of complications and the AVERT data is strong evidence to the contrary. Accordingly, neither the AVERT data nor any other clinical study data warrant the extensive, but experimental and untested, monitoring protocol advocated by Dr. Butchart.

## N. COMPENSATION

148. I charge $500 an hour for consultation and deposition preparation, deposition testimony, and trial testimony. My firm, The Degge Group, has received $101,450.00 for consultation in this and other Silzone matters.

## O. OTHER EXPERT TESTIMONY

149. Below is a list of all of the cases in which I have testified in depositions during the previous four years. I have not testified at trial during that time.

| *DATE* | *CASE* | *LOCATION OF COURT* |
|---|---|---|
| 4/2/02 | *Siniard v. Schering Corp.* | Arlington, VA (Atlanta, GA) |
| 11/17/04 | *Baker v. Wyeth* | Fairfax County, VA |
| 11/17/04 | *McNeil v. Wyeth* | US District Court, Northern District of TX (Dallas, TX) |
| 1/20/05 | *Nelson v. Matrixx* | Superior Court of California, |

| | | |
|---|---|---|
| | *Initiatives, Inc., et al* | County of Los Angeles – Southwest, Redondo Beach |
| 1/25/05 | *Moeltner v. G.D. Searle* | Washington, D.C. |
| 2/18/05<br>3/18/05 | *In re: Paxil Litigation* | U.S. District Court for the Central District of California |
| 12/28/05 | *Radke v. Dr. Reddy's Laboratories, Ltd., et al* | US District Court for the Western District of Washington |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 13, 2006.

Judith K. Jones, M.D., Ph.D.

# EXHIBIT A

***Judith Karen Jones, M.D., Ph.D. FISPE***

*The Degge Group, Ltd.*
*1616 N. Ft. Myer Drive, Suite 1430*
*Arlington, VA 22209, U.S.A.*

*TEL: 703-276-0067*
*FAX: 703-276-0069*

*E-MAIL: jkjones@deggegroup.com*

***CURRENTLY LICENSED TO PRACTICE IN:*** Virginia, California

***SPECIALTY BOARD CERTIFICATION:*** Internal Medicine, October 1976

***OTHER SPECIALTIES:*** Clinical Pharmacology, Geriatrics, Pharmacoepidemiology

***EDUCATION AND EXPERIENCE:***


- Education, Undergraduate and Graduate Programs - page 2
- Undergraduate and Graduate Medical Education - page 2
- Faculty Appointments - page 2
- Professional Experience
  - Clinical Pharmacology/Pharmacoepidemiology - page 3
  - Clinical Practice - page 4
  - Hospital Appointments - page 5
- University/Government Services - Committees
  - Current Active Committees, Scientific Advisory Board or Study Sections - page 6
  - Committees During Practice/Teaching - page 7
  - Committees During FDA Service - page 8-9
  - Editorial Activities - page 10
- Honors - page 10
- Community and Public Service Activities - page 11
- Membership in Professional and Honor Societies - page 11

***PUBLICATIONS:*** - pages 12-25

***EDUCATION, UNDERGRADUATE AND GRADUATE PROGRAMS***

| INSTITUTION | DATES OF ATTENDANCE | DEGREES EARNED | DATES |
|---|---|---|---|
| Baylor University | 1959-1962 | B.A. cum laude | 1962 |
| Baylor College of Medicine | 1962-1966 | M.D. with honor | 1966 |
| Univ. of California San Francisco | 1968-1973 | Ph.D. (Pharmacology) | 1973 |

***UNDERGRADUATE AND GRADUATE MEDICAL EDUCATION (in addition to above)***

| INSTITUTION | POSITION | DATES |
|---|---|---|
| John F. Kennedy School of Government, Harvard University | Participant, Course for Senior Government Managers | August 1-21, 1982 |
| Univ. of California San Francisco, Cardio-Vascular Research Institute | Research Fellow, Endocrine Transport Laboratory | Jan 1970-July 1973 |
| | Fellow, Clinical Pharmacology | July 1968-Jan 1970 |
| Univ. of California San Francisco Hospitals | Medical Resident | July 1967-June 1968 |
| Presbyterian St. Luke's Hospital, Chicago (Now Rush Medical School) | Straight Medical Internship | July 1966-June 1967 |
| Harvard University | Undergraduate | 1961-Summer |

***FACULTY APPOINTMENTS***

| INSTITUTION | POSITION | DATES |
|---|---|---|
| Georgetown University School of Medicine Washington, DC | Medical Director, The Center on Aging | 1987-1989 |
| | Associate Clinical Professor of Medicine/Geriatrics | 1985-1991 |
| | Associate Clinical Professor of Family & Community Medicine | 1985-1991 |
| | Adjunct Professor of Pharmacology | 1987-Present |
| The George Washington University Washington, DC | Adjunct Professor, School of Public Health | 1991-Present |

***FACULTY APPOINTMENTS (continued)***

| INSTITUTION | POSITION | DATES |
|---|---|---|
| Univ. of Michigan<br>Ann Arbor, MI | Adjunct Professor of Epidemiology,<br>School of Public Health Summer Sessions<br>Department of Epidemiology | 1998-Present |
| Univ. of the Pacific<br>School of Pharmacy | Adjunct Professor of Clinical Pharmacology | 1974-1983 |
| Presbyterian Hospital<br>Pacific Medical Center<br>San Francisco, CA | Chief, Division of Pharmacology | 1974-1978 |
| Univ. of California<br>San Francisco, Dept. of<br>Medicine & Ambulatory<br>and Community Medicine | Assistant Clinical Professor | 1974-1978 |

***PROFESSIONAL EXPERIENCE (including hospital appointments)***

| DESCRIPTION | DATES |
|---|---|

**CLINICAL PHARMACOLOGY / PHARMACOEPIDEMIOLOGY**

| | |
|---|---|
| *President and Chief Executive Officer*<br>The Degge Group, Ltd.<br>Drug Safety Research & Information, Arlington, VA<br>Consulting activities in the U.S. and internationally that relate to adverse drug reactions (ADRs) and pharmacoepidemiology - including setting up programs to monitor ADRs, comply with regulations, product liability issues, analyzing data on studies of drug effects, develop Risk Management programs and establishing data bases for drug monitoring. | 1988-Present |
| *Principle, Drug Safety Consulting (individual consultancy)* | July 1985-June-1988 |
| *President, Pharmaceutical Education and Research Institute (PERI)*<br>Preceded by serving as *Director of Education 1989-95*<br><br>Pharmaceutical Education and Research Institute (PERI) Initially started by PhRMA provides diversified training programs to the scientists and staff of the pharmaceutical industry. | 1996-Present |
| *Sr. Vice-President R&D*<br>Health Information Designs, Value Health Arlington, VA<br>Served as medical director of large, multifaceted drug utilization review program (1989-1990) and in research projects utilizing the COMPASS multi-state Medicaid data base. (Part time position) | 1989-1992 |

***PROFESSIONAL EXPERIENCE (Continued)***

| DESCRIPTION | DATES |
|---|---|
| **CLINICAL PHARMACOLOGY/PHARMACOEPIDEMIOLOGY (Continued)** | |
| *Lecturer* - 4th Year Clinical Pharmacology Course<br>Georgetown University School of Medicine | Fall 1985-Present |
| *Special Assistant to the Director*, Office of & Biometrics,<br>Center for Drugs & Biologics, FDA<br>(part-time, focus on special projects in pharmacoepidemiology). | 1983 -1985 |
| *Director*, Division of Drug Experience,<br>Center for Drugs and Biologics, FDA<br>(e.g., headed FDA's intramural and extramural Programs for Adverse Reactions, Drug Utilization and Postmarketing Surveillance) | Aug 1978-Nov 1983 |
| *Chief*, Division of Clinical Pharmacology<br>Presbyterian Hospital, Pacific Medical Center, San Francisco, CA | July 1974-July 1978 |
| *Consultant* to the FDA as a member of one of<br>the Over-The-Counter Drug Review panels. | July 1973-July 1978 |
| *Clinical Pharmacologist* in the National Heart Lung Blood<br>Institute funded PARIS (Prevention of Acute Respiratory Distress Syndrome) project, Pacific Medical Center [a multidisciplinary teaching-research project directed to hospitals in Northern California]. | April 1975-Aug 1978 |
| *Coordinator and Lecturer*<br>Courses in pharmacology for Rehabilitation Counselors for The State of California Department of Rehabilitation. | Mar 1976-Nov 1976 |
| *Consultant/expert witness* for the California State<br>Department of Justice relating to misprescribing. | 1976-1977 |
| *Consultant* to California Blue Cross-Blue Shield<br>Relating to matters of drug data and reimbursements in the California Medicaid records. | 1977-1978 |
| *Coordinator* of Presbyterian Hospital<br>Clinical Pharmacy Program for the University of the Pacific School of Pharmacy, and co-advisor to Univ. of the Pacific School of Pharmacy graduate students in Pharmacology (projects in drug utilization). | Sept 1974-Aug 1978 |

| ***PROFESSIONAL EXPERIENCE (Continued)*** | |
|---|---|
| DESCRIPTION | DATES |

***CLINICAL PHARMACOLOGY/PHARMACOEPIDEMIOLOGY* (Continued)**

| | |
|---|---|
| *Developer*, with two colleagues of Continuing Education organization (IDEA) for pharmacists | Mar 1973-Dec 1973 |

***CLINICAL PRACTICE***

| | |
|---|---|
| Private Practice of Internal Medicine/Geriatrics<br>Georgetown University Medical Clinic and Hospital | July 1985-July 1989 |
| Presbyterian Hospital - Pacific Medical Center | July 1975-July 1978 |
| Laguna Honda Hospital (Geriatric/Rehab) | Sept 1973-July1978 |

***HOSPITAL APPOINTMENTS***

| | |
|---|---|
| Georgetown University Hospital | July 1985-1990 |
| Wisconsin Avenue Nursing Home<br>Associate Medical Director (as part of Georgetown Univ. contract for Medical Administrative Services). | July 1985-1990 |
| Univ. of California, San Francisco, Ambulatory<br>Medicine Clinic (part-time faculty teaching). | 1974-1978 |
| Presbyterian Hospital, San Francisco<br>Chief of Clinical Pharmacology and Active Medical Staff member. | 1974-1978 |
| Presbyterian Hospital, San Francisco, Employee<br>Health and Occupational Medicine Clinic, part-time. | 1974-1978 |
| Childrens Hospital, San Francisco<br>Associate Medical Staff. | 1974-1978 |
| Laguna Honda Hospital, City of San Francisco<br>Geriatric and Rehabilitation Hospital-Staff Specialist Physician, part-time. | 1973-1978 |
| University of California, San Francisco<br>Hypertension Clinic, part-time. | 1973-1974 |
| Garden Sullivan Rehabilitation Hospital<br>Associate Staff. | 1974-1978 |
| Planned Parenthood Oakland and San Francisco Clinics<br>Part-time staff physician. | Aug 1974-Feb 1975 |

## *UNIVERSITY/GOVERNMENT/FOUNDATION COMMITTEES*

| DESCRIPTION | DATES |
|---|---|

### *COMMITTEES, SCIENTIFIC ADVISORY BOARD OR STUDY SECTIONS*

| | |
|---|---|
| Executive Committee & Founder, the International Medical Benefit Risk Foundation - RAD-AR, Geneva, Switzerland | 1991-1996 |
| Commissioner<br>Prescription Drug Payment Review Commission under the Medicare Catastrophic Care legislation (later rescinded)<br>Office of Technology Assessment Congress of United States | 1989 |
| U. S. Pharmacopoeia (USP) | |
| Therapeutic Decision-Making Committee | 2001-Present |
| Drug Utilization Review Member, U.S. Pharmacopoeia (USP) Convention General Committee on Revision, & | 1990-2000 |
| Chair, USP Advisory Panel on Drug Utilization Review | 1990-1996 |
| Joint Commission on Accreditation of Hospitals: Committee on Hospital Drug Use Indicators | 1990-1995 |
| Epidemiology Study Section, National Institutes of Health | 1990 (ad hoc) & 1991-1995 |
| Epidemiology Study Section, Veterans Health Administration | late 1990's |
| AHRQ Study Sections (three different sessions) | 1990's-2003 |
| NIH-Child Health & Development Study Sections on Pediatric Pharmacology Research Units (two sessions) | Late 1990's –early 2000's |
| NIH Sarcoma Progress Review Group (helped set agenda for sarcoma research to meet 2015 goals | 2003-2004 |
| Center for Scientific Review, NIH: Genes, Genomics, and Genetics Integrated Review Group Study Section | December 2004, March 2005 |

***CURRENT ACTIVE COMMITTEES (continued)***

| DESCRIPTION | DATES |
|---|---|
| ***COMMITTEES DURING PRACTICE/TEACHING*** | |
| **Geriatrics** | |
| Ad Hoc Committee on Geriatrics, Georgetown University | 1985-1989 |
| Executive Committee Georgetown Center on Aging | 1987-1989 |
| Georgetown Hospital Geriatric Special Care Unit Patient Care Committee | July 1987-1989 |
| Georgetown IAIMS Committee for Computer Applications in the Medical Center | 1988-1989 |
| **Presbyterian Hospital, Pacific Medical Center** | |
| Infection Control Committee | 1974-1978 |
| Chairman, | July 1975-July 1978 |
| Drug Audit Committee | 1975-1978 |
| Chairman, | July 1975-July 1978 |
| Pharmacy and New Drugs Committee | 1974-1978 |
| Medical Record and Audit | 1975-1978 |
| Department of Medicine Executive Committee | 1975-1978 |
| Research Review Committee | 1976-1978 |
| **University of California San Francisco** | |
| Pharmacy and Therapeutics Committee | 1975-1978 |
| Clinical Faculty Association Board | 1977-1978 |
| **Childrens Hospital, San Francisco** | |
| Pharmacy and Therapeutics Committee | 1976-1978 |
| **Laguna Honda Hospital** | |
| Utilization Review Committee | 1974-1976 |
| **San Francisco Medical Society** | |
| San Francisco Medical Society on Alcohol and Drug Abuse | July 1973-1978 |

***UNIVERSITY/GOVERNMENT/FOUNDATION COMMITTEES (Continued)***

| DESCRIPTION | DATES |
|---|---|

***COMMITTEES DURING FDA SERVICE (1978-85)***

| | |
|---|---|
| **International Committees** | |
| U.S. Representative to the World Health Organization (WHO) Collaborating Center for International Drug Monitoring. | 1978-1985 |
| Chairman, Steering Committee for the WHO Collaborating Center for International Drug Monitoring, Uppsala, Sweden. | 1981-1984 |
| **Inter-Agency Committees** | |
| Darvon Task Force (FDA, NIH, ADAMHA) Committee to examine needs for further research relating to the drug's abuse and role in drug-associated deaths. | 1979-1980 |
| White House Task Force on Physician Prescribing [White House coordinated effort with FDA, the Drug Enforcement Agency (DEA), and the National Institute of Drug Abuse (NIDA) to study problems of prescribing]. | 1980 |
| Drug Abuse Warning Network (DAWN) Management Group [Committee of NIDA, DEA, and FDA to oversee the revision and restructuring of this national drug abuse data resource]. | 1980-1983 |
| Task Force/Peer Review Group on Antibiotics in Feeds [Participants: FDA's Bureaus of Veterinary Drugs, Human Drugs and Biologics, Center for Disease Control, NIH recommending policy and research on this issue]. | 1980-1981 |
| NIH National Cooperative Gallstone Study Committee. | 1980 |
| National Institute of Drug Abuse Committee To review contracts for medical examiner network. | 1981 |
| FDA-Department of Commerce Experimental Technology Incentives Program Cooperative Group to Study Postmarketing Surveillance: Project Advisory Group. | 1978-1982 |
| NIH Office of Medical Applications of Research Committee Plan Consensus Conference on Analgesics and Renal Disease, held February 1983. | 1982-1983 |

## *UNIVERSITY/GOVERNMENT/FOUNDATION COMMITTEES (Continued)*

| DESCRIPTION | DATES |
|---|---|

### *COMMITTEES DURING FDA SERVICE (1978-85)*

**Intra-Agency or Bureau/Center Committees**

| | |
|---|---|
| IND/NDA (Investigational New Drug/New Drug Application) | 1980- 1983 |
| Regulation Rewrite Task Force and Steering Committee. | |
| Contracts and Grants Review Committee. | 1978-1980 |
| Medical Officer Evaluation Committee. | 1982-1983 |
| Multiple Special Task Forces on Special Problems, including: | 1978-1983 |

- Darvon and Petition for removal from market
- Bendectin and Birth Defects
- Butyl Nitrite - illicit use
- Nitrous oxide - illicit use
- Erythromycin and liver damage
- Scheduled Drugs status
- Drugs and Aging
- Phenylpropanolamine - abuse
- Benzyl alcohol
- Phenylbutazone

***EDITORIAL ACTIVITIES***

| DESCRIPTION | DATES |
|---|---|
| North American Editor, Pharmacoepidemiology and Drug Safety | 1990-1998 |
| Editorial Board | 1998-present |
| Editorial Board, Clinical Pharmacy | 1981-1988 |
| Editorial Board, Drug Information Journal | 1981-1986 |
| Editorial Board, Pharmaceutical Medicine | 1988-1992 |
| Rotating Editor, A.P.W.I. Newsletter | 1988-1993 |
| Editorial Reviewer/Consultant to: | |
| - AMA DRUG EVALUATIONS, 4-6th Editions | |
| - Chest | 1979-1980 |
| - Pharmacotherapy | 1983-1988 |
| - American Public Health Association Journal | 1979-1988 |
| - American Society of Clinical Pharmacology & Therapeutics | 1985-Present |
| - American Academy of Family Physicians (AAFP Home Study Self-Assessment Program) | 1985 |
| - Annals of Internal Medicine | 1988-Present |
| - Journal of the American Medical Association | 1990-Present |

***HONORS***

| DESCRIPTION | DATES |
|---|---|
| Best Student in Pathology - Baylor College of Medicine | 1966 |
| Best Student Senior Thesis in Medicine - Baylor College of Medicine | 1966 |
| Award of Merit, FDA Benzyl Alcohol Working Group | 1983 |
| Award of Merit, FDA Phenylbutazone/Oxyphenbutazone Imminent Hazard Petition Response Team | 1985 |
| Donald E. Franke Award, Drug Information Association | 1987 |
| Henry W. Elliott Distinguished Service Award- American Society for Clinical Pharmacology & Therapeutics (ASCPT) | 2001 |

### *COMMUNITY AND PUBLIC SERVICE ACTIVITIES*

| DESCRIPTION | DATES |
|---|---|
| **San Francisco** | |
| United Bay Area Crusade: Budget Committee on Drug Treatment and Volunteer Programs | 1974-1976 |
| Planned Parenthood Medical Advisory Committee | Mar 1976-Jul 1978 |
| Bay Area Big Sisters | 1972-1978 |
| Friends of the Commission on the Status of Women Board of Directors | 1976-1978 |
| **Washington, D.C. Area** | |
| Great Falls Citizens Assn.- member | 1983-1984 |
| Great Falls Arts Assn. - member/contributor | 1984-1987 |
| Texas Instruments Professional Users Group | 1984-1988 |
| Washington Evolutionary Systems Society - member | 1987-Present |
| Alexandria Citizens Association-member | 1990-Present |
| North Old Town (Alexandria) Citizens Assoc | 2000-Present |
| Board of Directors | 2000-2001 |

### *MEMBERSHIP IN PROFESSIONAL AND HONOR SOCIETIES*

| DESCRIPTION | DATES |
|---|---|
| The Academy of Medicine of Washington, District of Columbia | 2002-Present |
| American Society for Clinical Pharmacology and Therapeutics (ASCPT) | 1982-Present |
| Chair, Subsection on Pharmacoepidemiology | 1984-1989 |
| Vice Chair, Subsection on Pharmacoepidemiology | 1989-1995 |
| Board of Directors | 1992-2001 |
| Chair, Membership Committee | 1997-2002 |
| American Association of Pharmaceutical Physicians | 1993-Present |
| Board of Directors | 1993-1997 |
| International Society for Pharmacoepidemiology | 1989-Present |
| President | 1991-1992 |
| Board of Directors | 1989-1991 |
| VP Finance | 2002-2004 |
| Finance Committee | 2001-Present |
| Drug Information Association | 1970-Present |
| President | 1982 |
| Vice President | 1979 |
| Board of Directors | 1979-1983 |
| Alpha Omega Alpha Honorary Medical Society | 1966-Present |
| Sigma XI Honorary Scientific Society | 1973-Present |
| American Geriatrics Society | 1987-1996 |
| ASTM (Assn. for Standardized Methods and Materials) Member Committee on Computerized Systems | 1986-Present |
| American Medical Women's Association National Liaison to American Women in Science | 1966-1979 |
| American Medical Women's Association, Northern Calif. | 1968-1978 |
| Vice President | 1977-1978 |
| American Women in Science | 1973-1980 |
| San Francisco Medical Society | 1974-1978 |
| California and American Medical Assns. | 1974-1978 |
| American Medical Association | 1975-Present |
| The Executive Committee (TEC | 1997-2002 |
| National Association of Women Business Owners | 1992-1995 |

***PUBLICATIONS***

***PAPERS AND BOOK CHAPTERS***

1. Jones, J.K., Graham, D.Y., and Brown, H. "Diagnosis of protein-losing enteropathy." Rec. Adv. Gastroent, 1967; 2:350-353.

2. Jones, J.K., Ismail-Beigi, F. and Edelman, I.S. "Rat liver adenyl cyclase activity in various thyroid states." J. Clin. Invest, 1972; 51:2498-2501.

3. Jones, J.K., and Edelman, I.S. "Effects of prostaglandin $E_1$ and arginine vasotocin on sodium transport and adenyl cyclase activity in developing tadpole skin." Adv. Biosc, 1972; 9:201-203.

4. Jones, J.K. Development of Sodium Transport and Neurohypophysial Hormone Response in Tadpole Ventral Skin. Ph.D. Thesis. University of California, San Francisco, 1973.

5. Shirachi, D.Y., and Jones, J.K. "A master of science degree in (clinical) pharmacology at the University of the Pacific." Am. J. Pharmaceut. Ed, 1976; 40:424-426.

6. Jones, J.K. Drug Interactions. American College of Physicians Self-Learning Series, American College of Physicians, Philadelphia, 1977.

7. Jones, J.K. "Drugs and Medicines." Chapter in The Good Housekeeping Family Medical Guide. Hearst Books, New York, 1979; pp 700-737.

8. Jones, J.K. "Assessment of adverse drug reactions in the hospital setting: considerations." Hosp. Formulary, 1979; 14:769-776.

9. Jones, J.K., Temple, R.J. and Crout, J.R. "Adverse Effects of Newly Marketed Drugs." The New England Journal of Medicine, 1979; Vol. 300 No. 18 pp 1046-1047.

10. Gallagher, K., and Jones, J.K. "Furosemide-induced ototoxicity." Ann. Int. Med, 1979; 91(5):744-745.

11. Jones, J.K. "Channels of drug information." Drug Information Journal, 1979; 13(1):26-30.

12. Jones, J.K. The Good Housekeeping Guide to Medicines and Drugs. Hearst Books, New York, 1977. (Book, 288 pages). Second Edition published as Good Housekeeping Family Guide to Medications, 1980 (347 pages).

13. Jones, J.K. "Do OTC's Act Mainly as Placebos? Yes." Chapter in Controversies in Therapeutics. L. Lasagna (Ed.), W.B. Saunders, New York, 1980; pp 26-31.

14. Elzarian, E.J., Shirachi, D.Y., and Jones, J.K. "Educational approach to promoting optimal laxative use in long-term care patients." J.Chron. Dis, 1980; 33:613-626.

***PUBLICATIONS PAPERS AND BOOK CHAPTERS (CONTINUED)***

15. Jones, J.K. "Broader Uses of Post-Marketing Surveillance." Chapter in Drug Development, Regulatory Assessment and Post Marketing Surveillance. Velo, G. and Wardell, W. (Eds.), Plenum Press, New York-London, 1981; pp 203-216.

16. Jones, J.K. "National/International Systems for Postmarketing Surveillance." Chapter in Drug Development, Regulatory Assessment and Post Marketing Surveillance. Velo, G. and Wardell, W. (Eds.), Plenum Press, New York-London, 1981; pp 233-240.

17. Jones, J.K. "Joint Commission on Prescription Drug Use." Chapter in Drug Development, Regulatory Assessment and Post Marketing Surveillance. Velo, G. and Wardell, W. (Eds.), Plenum Press, New York-London, 1981; pp 191-200.

18. Jones, J.K. "Suspected drug-induced hepatic reactions reported to the FDA's adverse reaction system: an overview." Seminars in Liver Disease, 1981;1(2):157-167.

19. Forbes, M.B., Burke, L.B., and Jones, J.K. "Need for uniform data elements in hospital drug use review." Am. J. Hosp. Pharm, 1981; 38:711-715.

20. Jones, J.K. "Adverse drug reactions in the community health setting: approaches to recognizing, counseling and reporting." Family and Comm. Health, 1982; 5(2):58-67.

21. Jones, J.K. "Post-marketing surveillance, annual reports and long-term follow-up." Drug Information Journal, 1982; 16:87-92.

22. Van De Carr, S.W., Kennedy, D.L., Rosa, F.W., Anello, C., and Jones, J.K. "Relationship of oral contraceptive estrogen dose to age." Am. J. Epidemiol, 1983; 117(2):153-159.

23. Khalsa, J., Graham, C.Y., and Jones, J.K. "Cimetidine-associated alopecia." Int. J. Derm, 1983; 22:202-204.

24. Kennedy, D.L., Forbes, M.B., Baum, C., and Jones, J.K. "Antibiotic use in U.S. hospitals in 1981." Am. J. Hosp Pharm, 1983; 40:797-801.

25. Baum, C., Forbes, M.B., Kennedy, D.L., and Jones, J.K. "Patient drug profiles and medical records as sources of hospital drug use information." Am. J. Hosp. Pharm, 1983; 40:2191-2193.

26. Jones, J.K., and Kennedy, D.L. "Data sources and methods for ascertaining human exposure to drugs." J. Toxicol.-Clin. Toxicol, 1984; 21:237-251.

27. Baum, C., Kennedy, D.L., Forbes, M.B., and Jones, J.K. "Drug use in the United States in 1981." J. Am. Med. Assoc, 1984; 251:1293-1297.

***PUBLICATIONS PAPERS AND BOOK CHAPTERS (CONTINUED)***

28. Jones, J.K. "Post-Marketing Surveillance (PMS): A Description of the U.S. Approach and Some Considerations for a General Program of Post-Marketing Surveillance." Chapter in Social and Clinical Pharmacology, J. Alloza (Ed.), 1984; pp 14-24.

29. Jones, J.K. "Application of Methods" Demonstration Case. Drug Information Journal, 1984; Vol. 18, pp. 255-257.

30. Jones, J.K., Dreis, M., Pearson, K.C. "Summary of Applications." Drug Information Journal, 1984; Vol. 18, pp. 319-322.

31. Baum, C., Kennedy, D.L., Forbes, M.B., and Jones, J.K. "Drug use and expenditures in 1982." J. Am. Med. Assoc., 1985; 253(3):382-386.

32. Jones, J.K. "Adverse drug reaction considerations in geriatric drug research." Drug Information Journal, 1985; 19(4):459-468.

33. Jones, J.K. "Foreword and Acknowledgements." Drug Information Journal, 1985; Vol. 19, pp. 205-206.

34. "International Adverse Reaction Surveillance." Proceedings of the Drug Information Association Workshop, Oct. 18-20, 1984. J.K. Jones, Guest Editor. Drug Information Journal, 1985; 19:205-393.

35. Jones, J.K., Faich, G.A., and Anello, C. "Post-Marketing Surveillance in the General Population - the U.S.A." In Monitoring for Drug Safety, 2nd Edition. William H. Inman (Ed.), MTP Press Limited, Lancaster, U.K., 1985; Chapter 12, pp. 153-163.

36. Strom, B.K., Tamragouri, Ravikiran N., Morse, M.L., Lazar, E.L., West, S.L., Stolley, P.D., and Jones, J.K. "Oral Contraceptives and Other Risk Factors for Gallbladder Diseases." Clin. Pharm. Ther, 1986; 39:335-341.

37. Jones, J.K., Herman, R.L. "Foreword and Introduction." Drug Information Journal, 1986; Vol. 20, pp. 383-384.

38. Jones, J.K. "Discussion Panel: Model 3 - Stevens-Johnson Syndrome." Drug Information Journal, 1986; Vol. 20, pp. 503-504.

39. Jones, J.K. "Discussion Panel: The Future of Causality Assessment: Is It Wise: Will It Help? What Effect Could It Have on the Analysis of Clinical Trial Data or in Pharmacoepidemiology." Drug Information Journal, 1986; Vol. 20, pp. 551-562.

40. Carson, J.L., Strom, B.L., Morse, M.L., West, S.L., Soper, K.A., Stolley, P.D. and J.K. Jones, "The Relative Gastrointestinal Toxicity of the Nonsteroidal Anti-inflammatory Drugs." Arch. of Int. Med., 1987; 147:1054-1059.

42. Lane, D.A., Kramer, M.S., Hutchinson, T.A., Naranjo, C., and Jones, J.K., "The Causality Assessment of Adverse Drug Reactions Using a Bayesian Approach." Pharmaceut. Med., 1987: 2; 265-283.

***PUBLICATIONS PAPERS AND BOOK CHAPTERS (CONTINUED)***


43. Jones, J.K., "A Bayesian Approach to Causality Assessment," Psychopharmacology Bulletin, 1987:23(3); 395-399.

44. Jones, J.K., "Definition of Events Associated with Drugs: Regulatory Perspectives." The Journal of Rheumatology, 1988:15;14-19.

45. Jones, J.K., "Introduction, Synopsis and Concluding Remarks." Session II: Drug Utilization and Adverse Effects in the Elderly. Journal of Geriatric Drug Therapy Vol. 2(2/3) 1987/88: 51-54.

46. Jones, J.K., "Drugs in the Elderly," Book chapter in, Reichel, W., ed. Clinical Aspects of Aging-3, Williams & Wilkins, Baltimore, 1988; 41-60.

47. Jones, J.K., "Inpatient Data Bases," Chapter 17 in Pharmacoepidemiology, B.L. Strom (ed.), Churchill Livingstone, New York, 1989; pp 213-227.

48. Jones, J.K., "Determining Causation From Case Reports," Chapter 21 in Pharmacoepidemiology, B.L. Strom (ed.), Churchill Livingstone, New York, 1989; 275-288.

49. Jones, J.K., ed., International Drug Benefit/Risk Assessment Data Resource Handbooks, Vol's I (U.S., Canada), II (U.K.), III (Germany, Switzerland, The Netherlands), IV (Japan-in preparation), Pharma Corporation & The Degge Group, Ltd., Washington, D.C., 1988-89.

50. Jones, J., "Adverse Drug Reaction monitoring in Pharmacoepidemiology in the United States", Comprehending the Importance of Undesired Effects of Drugs, Ferber, H., Grosdanoff, P., Kraupp, O., Lehnert, T., Schutz, W., Walter D. Gruyter, New York, 1990, pp 341-346.

51. Jones, J., "Pharmacoepidemiology - History, Current Status, Potential for Worldwide Collaboration", Essay: Japan Pharmaceutical Monthly, 1991; 33:27-34.

52. Jones, J.K., "A view from the Drug Utilization Review Management Organization Sector", Clin.Pharm.Ther., 1991; 50(suppl):620-625.

53. Jones, J.K., "Panel II. Application: The application of criteria to data", Clin.Pharm.Ther., 1991; 50(suppl):629-632.

54. Jones, J.K., "International Data Bases for the Study of Drug Risk", Book chapter in, Ferrán, JR Dal Ré, JL, Lardinois, R.(Eds.) Communication in Pharmaceutical Medicine: A Challenge for 1992, JR Prous Science Publishers, Barcelona, 1991, pp.183-191.

55. Jones, J.K., "12. Categories of Risk and Worldwide Resources", Chapter 12 in Dinkel, R., Horisberger, B., Tolo, K.W.(Eds.) Improving Drug Safety - A Joint Responsibility, Springer-Verlag, Berlin, Heidelberg, 1991; pp 65-74.

***PUBLICATIONS PAPERS AND BOOK CHAPTERS (CONTINUED)***

69. Jones, J.K., "Determining Causation from Case Reports" in Strom, B.L. ed. Pharmacoepidemiology, 2nd ed., Strom, B.L., (ed.), J. Wiley & Sons, Chichester, 1994; pp. 365-378.

70. Jones, J.K., Gable, C.B., Kennedy, C., Rajan, M., "Chronic Sinusitis: Temporal Occurrence and Relationship to Medical Claims for Upper Respiratory Infections and Allergic Rhinitis", Pharmacoepidemiology and Drug Safety, 1994;3:337-349.

71. Jones, J.K., Miwa, L.J., Mann, R.D., "Identifying Resources for Assessing Use and Effects of Pharmaceuticals and Other Medical Products in the European Community", European Medicines Research, Fracchia G.N. (ed.), IOS Press, 1994; pp. 391-407.

72. Jones, J.K., Gorkin, L., Lian, J.F., Staffa, J.A., Fletcher, A.P., "Discontinuation of and changes in treatment after start of new courses of antihypertensive drugs: a study of a United Kingdom population", British Medical Journal, 1995; 311:293-295.

73. Staffa, J.A., Jones, J.K., Gable, C.B., Verspeelt, J.P., Amery, W.K., "Risk of Selected Serious Cardiac Events among New Users of Antihistamines." Clinical Therapeutics, 1995; 17(6):1062-1077.

74. Kurata, J.H., Overhage, M., Gabrieli, E., Jones, J.K., "International Data Standards for Hospital-Based Drug Surveillance." MD Computing, 1995; 12(1): 50-57.

75. Dai, W.S., Xue, S., Yoo, K., Jones, J.K., LaBraico, J. "An Investigation of the Safety of Midazolam Use in Hospital." Pharmacoepidemiology and Drug Safety, 1997; 6(2):79-87.

76. Rossiter, L.F., Whitehurst-Cook, M.Y., Small, R.E., Shasky, C., Penberthy, L., Okasha, A., Green, J., Ibrahim, I., Bovbjerg, V.E., Jones, J.K., Thomas, S. "Incentives and Delegated Authority: The Next Models of Medicaid and Managed Care." Health Care Financing Review, 1997.

76. Miwa, L.J., Jones, J.K., Pathiyal, A., Hatoum, H. "Value of Epidemiologic Studies in Determining the True Incidence of Adverse Events: The NSAID Story." Archives of Internal Medicine, 1997; 157:2129-2136.

77. Pathiyal, A., Hylan, T.R., Quik, R., Jones, J.K. "Antidepressant use and resource utilization in the general practitioner setting in the Netherlands." Pharmacoepidemiol Drug Safety, 1998; 7:253-260.

78. Miwa, L.J., Jones, J.K. "Adverse Drug Reactions Attributed to Ibuprofen: Effects Other Than Gastrointestinal," Ibuprofen: A Critical Bibliographic Review, Rainsford, K.D. (ed), Taylor and Francis, Ltd., 1999; pp. 497-538.

79. Isacsson, G., Boethius, G., Henriksson, S., Jones, J.K., Bergman, U. "Selective Serotonin Reuptake Inhibitors have Broadened the Utilization of Antidepressant Treatment in Accordance with Recommendations: Findings from a Swedish Prescription Database." Journal of Affective Disorders; 1999; 53: 15-22.

***PUBLICATIONS PAPERS AND BOOK CHAPTERS (CONTINUED)***

80. Suarez A P, Staffa JA, Fletcher P, Jones JK. "Reasons for Discontinuation of Newly Prescribed Antihypertensive Medications: Methods of a Pilot Study Using Computerized Patient Records". Pharmacoepidemiology and Drug Safety. 2000; 9 ( 5): 405-416.

81. Jones, Judith K. MD, PhD. Mary Alice Dragone. Patricia J. Bush. Sharmila Kamani. "An Interactive CD-Rom to Provide Information on Leukemia to Children and Their Families". The Patients Network. 2000; 5 (3):19-20.

82. Jones, J.K., "Determining Causation from Case Reports" in Strom, B.L. ed. Pharmacoepidemiology, 3rd ed., Strom, B.L., (ed.), J. Wiley & Sons, Chichester, 2000; pp. 525-538.

83. Slough, Candice L., Miday, Robert K. Zorich, Nora L. and Jones, Judith K. Postmarketing surveillance of New Food Ingredients: Design and Implementation of the Program for the Fat Replacer Olestra. Regulatory Toxicology and Pharmacology 2001; 33:218-223.

84. Roswell R, Van Diepen LR, Jones JK, Hicks WE. "Adverse Drug Reactions" The Lancet. 2001. Feb 17; 357.

85. Jones J. K.; Guo J. J Fife D., Curkendall S., Goehring E., and Shannon M. "Pharmacies as Potential Intervention Points: Cisapride and Contraindicated Drugs", JAMA 2001; 286, (13):1607-1609

86. Jones, J. K., "The Role of Data Mining Technology for Identifying Signals of Possible Adverse Drug Reactions: Value and Limitations." Current Therapeutic Research 2001; 62 (9): 664-672.

87. Jones, J.K., "Pharmacogenetics and pharmacoepidemiology", Pharmacoepidemiology and Drug Safety 2001; 10:457-461.

88. Dragone, Mary Alice, Bush, Patricia L., Jones, Judith K., Bearison, David L., Kamani, Sharmila. Development and evaluation of an interactive CD-RIM for children with leukemia and their families. Patient Education and Counseling 2002; 46:297-307.

89. Bartels SJ; Horn SD; Smout RJ; Dums AR; Flaherty E; **Jones JK**; Monane M; Taler GA; Voss AC. Agitation and depression in frail nursing home elderly patients with dementia: treatment characteristics and service use. Am J Geriatr Psychiatry 2003 Mar-Apr;11(2):231-8.

90. Guo, Jeff J., Curkendall, S, Jones, Judith K., Fife, Daniel, Goehring, E. She, Dewei. Compliance with Label Changes of Cisapride and Contraindicated Drugs Pharmacoepidemiology and Drug Safety 2003; 12: 295-302.

91. Jones, J.K. "Spontaneous Reports Cannot Serve as a Basis for Comparison of Two Drugs". The American Journal of Cardiology 2003; 92: 1141-1142.

92. Curkendall, S.M., Mo, J., Glasser, D.B., Stang, M.R., Jones, J.K. "Cardiovascular Disease in Patients with Schizophrenia in Saskatchewan, Canada". Journal of Clinical Psychiatry 2004; 65: 715-720.

***PUBLICATIONS PAPERS AND BOOK CHAPTERS (CONTINUED)***

93. Curkendall SM; Deluise C; Jones JK; Lanes S; Stang MR; Goehring E; She D. Cardiovascular Disease in Patients with Chronic Obstructive Pulmonary Disease, Saskatchewan Canada Cardiovascular Disease in COPD Patients. Ann Epidemiol 2005 Jul 20; p S1047-2797.

94. Van Ganse E, Jones JK, Moore N, Le Parc JM, Wall R, Schneid, H. "A large simple clinical trial prototype for assessment of OTC drug effects using patient-reported data." Pharmacoepidemiology and Drug Safety 2005;14: 249-255.

***PUBLICATIONS FROM PROCEEDINGS OF SYMPOSIA/MEETINGS***

1. Jones, J.K. "Sources of Information on Foreign Drugs". Proceedings, International Symposium on Drug Information Resources: Selection and Uses, November 12, 1981, J.M. Rosenberg and H.L. Kirschbaum (Eds.), Arnold and Marie Schwartz College of Pharmacy, 1982; pp. 36-41.

2. Jones, J.K. "Terms used in Indicating Causal Relationship: Session Summary". In Assessing Causes of Adverse Drug Reactions. Proceedings of the Morges Symposium on Adverse Reaction Causality, June, 1982, J. Venulet, G.-C. Berneker, A.G. Ciucci (Eds.), Academic Press, London, 1982; pp. 19-46.

3. Jones, J.K., Van de Carr, S.W., Zimmerman, H., and LeRoy, A., "Hepatotoxicity associated with phenothiazines." Psychopharm. Bull, 1983; 19(1):24-27.

4. Jones, J.K. "Adverse Reaction Surveillance in the United States: 1983." Proceedings, Bundesgesundheitsamt Symposium on Adverse Reaction Monitoring, June 24, 1983, Berlin, F.R.G. (speech in English, published in German: "Erfahrungen mit der Erfassung von Uner Wunschten Artzneimittelwirkungen in der USA", BGA Schrifter Artaneimittelsicherheit, 1/83, MMV Medizin Verlag Munchen).

5. Jones, J.K., Van de Carr, S.W., Rosa, F.W., Morse, L. and LeRoy, A. "Medicaid Drug-Event Data: an Emerging Tool for Evaluation of Drug Risk." In Drug Utilization Studies: Implications for Medical Care, Proceedings from ANIS Symposium, Sanga Saby, Sweden, June, 1982. Acta Med. Scand. Suppl, 1984; 683:127-134.

6. Jones, J.K. "Regulatory Use of Adverse Reactions." Chapter in Detection and Prevention of Adverse Drug Reactions, 1983 International Symposium, Stockholm, Sweden, Skandia International Symposia, Almquist and Wiksall International, Stockholm, 1984; pp. 203-214.

7. Jones, J.K. "Uses of Drug-Event Assessment." Proceedings of the Drug Information Association Workshop on Drug Event Association, Crystal City, VA, November, 1983. Drug Information Journal, 1984; 18:233-240.

8. Jones, J.K. "Drug Event Associations: a View of the Current Status - Epilogue." Proceedings of the Drug Information Association Workshop on Drug Event Association, Crystal City, VA, November, 1983. Drug Information Journal, 1984; 18:331-337.

***PUBLICATIONS FROM PROCEEDINGS OF SYMPOSIA/MEETINGS (Continued)***

9. Morse, L., LeRoy, A., Strom, B., and Jones, J.K. "Medical Pharmacological Analysis and Surveillance System." In: S. Walker and A. Goldberg (Eds.) Monitoring for Adverse Drug Reactions, Proceedings of a Symposium of the Center for Medical Research and Drug Monitoring, London, October, 1983, M.T.P. Press, Limited., Lancaster, U.K., 1984.

10. Moore, S. and Jones, J.K. "Adverse Reaction Surveillance in the Geriatric Population: A Preliminary View." From DIA's workshop Geriatric Drug Use - Clinical and Social Perspectives, Moore, S.R., Teal, T.W. (eds.), Pergamon Press, Elmsford, New York, 1985; pp 70-77.

11. "The Future of Adverse Drug Reaction Diagnosis: Computers, Clinical Judgement and the Logic of Uncertainty." Proceedings of the Drug Information Association Workshop, Arlington, VA, February, 1986; J.K. Jones & R.L. Herman (Guest Eds.). Drug Information Journal, 1986; 20(4): 383-578.

    a. Jones, J.K.,"Epidemiologic Perspective on Causality Assessment for Drug Associated Events." Drug Information Journal, 1986; 20(4):413-422.
    b. Jones, J.K. "Evaluation of a Case of Stevens-Johnson Syndrome." Drug Information Journal, 1986; 20(4):487-501.
    c. Kramer, M.S., Hutchinson, T.A., Lane, D.A., Jones, J.K. and Naranjo, C.A. "A Bayesian Approach to Causality Assessment for Adverse Drug Reactions: Analysis of a Case of Exfoliative Dermatitis." Drug Information Journal, 1986; 20(4):523-533.

12. Naranjo, C., Jones, J., Editors, Idiocyncratic Adverse Drug Reactions: Impact on Drug Development and Clinical Use After Marketing, Proceedings of the Satellite Symposium to the IV World Conference on Clinical Pharmacology and Therapeutics, Mannheim-Heidlelberg, July 29-30, 1989.

13. Shimizu, N., Tanaka, Y., Jones, J., Taylor, D. eds. Improving Drug Safety: The Assessment, Management and Communication of the Therapeutic Benefits and Risks of Pharmaceutical Products, The Official Proceedings for the RAD-AR Symposium, Tokyo 1989. Pharma International Inc., Tokyo, 1989.

14. Jones, J., "Inventory of Data Resources" from Improving Drug Safety: The Assessment, Management and Communication of the Therapeutic Benefits and Risks of Pharmaceutical Products, The Official Proceedings for the RAD-AR Symposium, Tokyo 1989. Pharma International Inc., Tokyo, 1989, pp. 136-140.

15. Naranjo, C., Jones, J., Lasagna, L., Lewandowski, G., Speilberg, S., Stephens, M., Wiholm, B., "The Impact of Drug Discontinuations: Medical, Social, Pharmaceutical, Legal, etc." from Idiosyncratic Adverse Drug Reactions: Impact on Drug Development and Clinical Use After Marketing, Proceedings of the Satellite Symposium to the IV World Conference on Clinical Pharmacology and Therapeutics, Mannheim-Heidlelberg, July 29-30, 1989.