***PUBLICATIONS FROM PROCEEDINGS OF SYMPOSIA/MEETINGS (Continued)***

16. Jones, JK., "Epidemiologic Approaches to Idiosyncratic Reaction", from Idiosyncratic Adverse Drug Reactions: Impact on Drug Development and Clinical Use After Marketing, Proceedings of the Satellite Symposium to the IV World Conference on Clinical Pharmacology and Therapeutics, Mannheim-Heidlelberg, July 29-30, 1989..

17. Jones, J.K., "The Context of Determining Causality in Overall Risk Assessment:. In, Velo, G. & Strom, B. Postmarketing Surveillance and Pharmacoepidemiology. Plenum Press, New York, 1992, pp. 103-113.

18. Jones, J.K., "Pharmacoepidemiology: Its Application to Drug Development and Relevance to Eastern Europe". Symposium Proceedings on Drug Development in Eastern Europe, Budapest, Hungary, April 1991, In Ornskov, F. & Dukes, G. The Pharmaceutical Industry in an Extended Europe, IBC Technical Services Ltd., Information Press, Oxford, U.K. 1992.

19. Jones, J.K., "Drug withdrawal: Natural Drug Adaptation, and the Assessment, Prevention and Management of Drug Withdrawal", Proceedings of the XIV French Pharmacovigilance Conference in Paris, November 26 & 26, 1992; Therapie, 1993; 48:429-431.

20. Jones, J.K., "Recognizing, assessing and reporting Adverse Events: Barriers and incentives." Proceedings of a MedWatch Conference in Washington, D.C. , January 21 & 22, 1994; Drug and Device Induced Disease: Developing a Blueprint for the Future; 1994; pp. 58-62f.

21. Floor, M.K., Jones, J.K., Devlies, J., "MEDIDOC--A Computerized Patient Record for Primary Care. Requirements and Benefits of a CPR in the Context of Disease Prevention and Health Promotion," Health Tactics in the 21st Century IHEA Tokyo Conference 1994 in Tokyo, May 12-21, 1994, pp. 351-355.

***LETTERS TO THE EDITOR***

1. Schroff, A.P. and Jones, J.K. "Reactions to Povidone Iodine Preparations. J. Am. Med. Assoc, 1980; 243:230.

1. Schroff, A.P. and Jones, J.K. "Standards for Levothyroxin Preparations. J. Am. Med. Assoc, 1980; 244: 658-659.

3. Graham, C.F., Turner, W.F. and J.K. Jones. "Lidocaine-propranolol interactions." N. Eng. J. Med., 1980; 304(21):1301.

4. Graham, C.F., Gallagher, K., Jones, J.K. "Acute Colitis with Methyldopa." N. Eng. J. Med, 1981; 304:1044.

5. Jones, J.K. "Assessing Adverse Drug Experiences. "Annals of Internal Medicine, January, 1988; 108:1.

6. Jones, J.K., Curkendall, S., Goehring, E. "Responsibilities of Physicians and Pharmacists in Preventing Drug Interactions.: J. Am. Med. Assoc, 2002,

7. Jones JK. Spontaneous reports cannot serve as a basis for comparison of two drugs. Am J Cardiol 2003 Nov 1;92(9):1141-2.

8. Strauss A; Lawrence Gould A; Nelsen LM; Wiholm BE; Jones JK Public-released version of the Adverse Event Reporting System (AERS) database. Clin Ther 2005 Mar;27(3):355-7;

***EDITORIALS***

1. Temple, R.J., Jones, J.K., and J.R. Crout. "Adverse effects of newly marketed drugs." N. Eng. J. Med., 1979; 300 (18): 1046-47.

2. Jones, J.K. "Criteria for journal reports of suspected adverse drug reactions." (Editorial) Clin. Pharm, 1982; 1:554-555.

3. Jones, J.K., Kennedy, D.L., Piper, J.M., and Rosa, F.W. "Judging risks versus benefits of oral contraceptives." Clin. Pharm, 1984; 3:521-522.

4. Jones, J.K., "Assessing Potential Risk of Drugs: The Elusive Target", Annals of Internal Medicine, October, 1992; 117(8):691-692.

***ABSTRACTS AND POSTERS***

1. Jones, J.K., Engelman, and Melmon, K.L., "Characterization of the Oxygen Response in Human Umbilical Arteries." J. Clin. Invest, 1969; 48:42A. (Abstract and presentation from the podium).

2. Jones, J.K., Guevara, A., Engelman, E., and Melmon, K.L., "Studies of the Oxygen Response in Human Umbilical Arteries in vitro," The Pharmacologist, 1970; 12:263. (Abstract and presentation from the podium).

3. Jones, J.K., "FDA's Spontaneous Reaction Reports Data: Use in Post Marketing Surveillance." Clin. Pharm. Ther, 1980; 27:262. (Abstract and paper presented from podium).

4. Anello, C., Jones, J.K., Rossi, A.C., Kennedy, D.L., "Recent Advances in Case Control Methodology Applied to the Post Marketing Surveillance of Drugs." Clin. Pharm. Ther, 1980; 27:244. (Abstract and paper presented from podium).

5. Jones, J.K., Burke, L., Rossi, A.C., Knapp, D., and Zax, B., "Methods for Risk Assessment for Drugs." First International Congress of Clinical Pharmacology, London, August, 1980. (Poster Presentation).

6. Forbes, M.B., Kennedy, D.L., and Jones, J.K., "Drug Prescribing in Hypertension: A National Overview." National Conference on High Blood Pressure Control, New York, NY, 1981. (Poster Presentation).

7. Kennedy, D.L., Burke, L., Forbes, M.B., and Jones, J.K., "The United States Food and Drug Administration's Research in Drug Utilization." Conference of the WHO Regional Office for Europe Drug Utilization Research Group, Korcula, Yugoslavia, April, 1981. (Poster Presentation).

8. Forbes, M.B., Kennedy, D.L., Jones, J.K., Pratter, F.E., and Luciani, T.W., "A National System for Collecting Hospital Drug Use Data - Trial Methodology and Preliminary Observations." American Society of Hospital Pharmacists Annual Meeting, Baltimore, MD, June, 1982. (Poster Presentation).

***ABSTRACTS AND POSTERS (Continued)***

9. Baum, C., Forbes, M.B., Kennedy, D.L., and Jones, J.K., "Physician Compliance with National Guidelines for Stepped Care Therapy." National Conference on High Blood Pressure Control, Washington, D.C., April, 1983. (Poster Presentation).

10. Strom, B.L., Tamragouri, R.N., Morse, L., Lazar, E.L., West, S.L., Stolley, P., and Jones, J.K., "Oral Contraceptives and Gallbladder Disease: Validation of a Computerized Data Base." American Society for Clinical Pharmacology and Therapeutics Annual Meeting, Atlanta, GA, March, 1984. (Poster Presentation).

11. Lane, D., Naranjo, C.A., Hutchinson, T., Kramer, M. and J.K. Jones, "A Bayesian Method for Assessing the Causality of Adverse Drug Reactions (ADRs)." Poster and abstract, American Society of Clinical Pharmacology & Therapeutics, March, 1986. Clin. Pharm. Ther., 1986; 39(2):205.

12. Earll, J., Jones, J.K., Harvey, J., Li., T., Schaefer, S., Beary, J. and A. Shea, "Economic Impact and Cost of Health Care Provided By University General Medicine Staff Affiliated With Nursing Home." Clinical Research, 1987; 35(1):130A (abstract).

13. Staffa, JA, Newschaffer, C, Miller, V, Jones, JK, Progesterone and Breast Cancer: A Worldwide Survey of Epidemiological Data (Abst. and Poster) J. Clin. Res. Pharmacoepidemiol. 1991; 5:131-196; p. 186-187.

14. Jones, J.K., Naranjo, C.A., Lanctôt, K.L., "Impact of Quality of Information on Bayesian Estimates of Rare Drug-Induced Diseases." American Society for Clinical Pharmacology and Therapeutics, February, 1992; PI-22.

15. Jones, J.K., Gable, C., Floor, M., Staffa, J.A., Rajan, M., "An International Survey of Data Resources for Pharmacoepidemiology." American Society for Clinical Pharmacology and Therapeutics, August, 1992.

16. Gable, C.B., Jones, J.K., Floor, M., Staffa, J., "The Role of Episode Analysis in Pharmacoepidemiology." American Society for Clinical Pharmacology and Therapeutics, August, 1992.

17. Floor, M.K., Jones, J.K., Devlies, J., "MEDIDOC: -- a Computerized Patient Record for Primary Care. Requirements and Benefits of a CPR in the Context of Disease Prevention and Health Promotion." IHEA Tokyo Conference, 1994, pp.351-355.

18. Thomas, S.D., Jones, J.K., Shasky, C.A., Bovbjerg, V.E., Rossiter, L.F., The Degge Group, Ltd., Arlington, VA. "Needs Assessment Protocols for Outcomes Intervention Programs: The Virginia Health Outcomes Partnership (VHOP) Experience." American College of Epidemiology, 1996.

***ABSTRACTS AND POSTERS (Continued)***

19. Pathiyal, A., Hylan, T., Quik, R., Jones, J.K. "Examining the Management of Depression in Primary Care Using the MediPlus[R] Database in The Netherlands." 13th International Conference on Pharmacoepidemiology, Lake Buena Vista, Florida, 1997 (pending).

20. Mardis, A., Jones, J.K., Rosenfeld, S., Suarez, A., Warshow, M., Staffa, J.A. "Validation of the Diagnosis of Aplastic Anemia in Medicaid Claims Data." 13th International Conference on Pharmacoepidemiology, Lake Buena Vista, Florida, 1997.

21. Jones, J.K., Miwa, L.J., Staffa, J.A., Pathiyal, A., Schwamlein, C. "Neuroleptic Use and Indications in U.K." American Society for Clinical Pharmacology and Therapeutics Annual Meeting, San Antonio, Texas, 1999.

22. J.K. Jones, MD, PhD,1 E. Van Ganse, MD, PhD, N. Moore, MD, J.M. LeParc, MD, R. Wall, H.Schneid, MD, F. Verriere, MD, and F. Pelen, MD. "Patterns of Use of Analgesics in the Pain Study", 2000 Annual Meeting of the American Society for Clinical Pharmacology and Therapeutics, Los Angeles, California, 2000.

23. J.K. Jones, MD, PhD, Hans Mosberg, MD, Paul Waymack, MD, and Michele Sullivan, DPM. "The UNOS Database: Value for Assessment of Drug-Associated Events", 2000 Annual Meeting of the American Society for Clinical Pharmacology and Therapeutics, Los Angeles, California, 2000.

24. J.K. Jones, MD, PhD, Jeff J. Guo, Daniel Fife, Marj Shannon, Suellen Curkendall and Earl Goehring. "Pharmacies as Potential Intervention Points: Cisapride and Contraindicated Drugs", 16th International Conference on Pharmacoepidemiology, Barcelona, Spain, 2000.

25. Wayne A. Ray, K. Arnold Chan, Nancy Dreyer, Judith K. Jones, Evelyn Rodriguez, Paul Stang, Samy Suissa. "Multi-database Pharmacoepidemiologic Studies", 16th International Conference on Pharmacoepidemiology, Barcelona, Spain, 2000.

26. Amishi Gandhi, Dewei She, Sheryl L. Happel Lewis, Deborrah A. Gouin and J.K. Jones. "An On-Line Directory of Database Profiles for Pharmacoepidemiology, Outcomes, and Other Population-Based Research", 16th International Conference on Pharmacoepidemiology, Barcelona, Spain, 2000.

27. J.K. Jones, Susan Horn, Randy Smout, Steve Bartels, Mark Monane, Ellen Flaherty and George Taler. "Prescribing and Outcomes for Elderly Nursing Home Patients with Congestive Heart Failure", 16th International Conference on Pharmacoepidemiology, Barcelona, Spain, 2000.

28. Nicholas D. Moore, Eric Van Ganse, Jean-Marie LePard, J.K. Jones, Richard Wall, Helene Schneid and Francois Verriere. "Risk Factors for Significant Adverse Events in the PAIN Study", 16th International Conference on Pharmacoepidemiology, Barcelona, Spain, 2000.

***ABSTRACTS AND POSTERS (Continued)***

29. Eric Van Ganse, J.K. Jones, N. Moore, J-M. Le Parc, R. Wall, H. Schneid, F. Verriere. "Use of Patient-Recorded Data in Safety Studies" Seventh World Conference on Clinical Pharmacology and Therapeutics. Florence, Italy, July 2000.

30. J.K. Jones. "Large Simple Trials: A US Solution" Seventh World Conference on Clinical Pharmacology and Therapeutics., Florence, Italy, July, 2000.

31. Curkendall S, Jones JK, Dieck G, Goehring E, She D, Mo J. "Fluoroquinolones and Risk of Liver Injuries: Comparison of trovafloxacin, ciprofloxacin and levofloxacin." 17th International Conference of Pharmacoepidemiology. Toronto, Canada. August 23 - 26, 2001

# EXHIBIT B

# PROBABILITY OF MAJOR PARAVALVULAR LEAK*

| Time Interval | Subjects at Start | Event During | Subjects At Risk | Probability Of Event | Probability No Event | Low 95% CI Prob Event | High 95% CI Prob Event |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| **Major Paravalvular Leak - Silzone** | | | | | | | |
| 0--12 | 403 | 10 | 381.0 | 2.6% | 97.4% | 1.26% | 4.83% |
| 12--24 | 349 | 4 | 344.5 | 1.2% | 98.8% | 0.32% | 2.97% |
| 24--36 | 336 | 1 | 329.0 | 0.3% | 99.7% | 0.01% | 1.69% |
| 36--48 | 321 | 0 | 313.5 | 0.0% | 100.0% | 0.00% | 0.96% |
| 48--60 | 306 | 2 | 263.5 | 0.8% | 99.2% | 0.09% | 2.74% |
| 60 ++ | 219 | 0 | 109.5 | 0.0% | 100.0% | 0.00% | 2.74% |
| | | | | | | | |
| **Major Paravalvular Leak - Conventional** | | | | | | | |
| 0--12 | 404 | 3 | 381.0 | 0.8% | 99.2% | 0.16% | 2.30% |
| 12--24 | 355 | 0 | 351.5 | 0.0% | 100.0% | 0.00% | 0.85% |
| 24--36 | 348 | 1 | 338.5 | 0.3% | 99.7% | 0.01% | 1.65% |
| 36--48 | 328 | 1 | 321.5 | 0.3% | 99.7% | 0.01% | 1.73% |
| 48--60 | 314 | 1 | 278.5 | 0.4% | 99.6% | 0.01% | 2.00% |
| 60 ++ | 242 | 0 | 121.0 | 0.0% | 100.0% | 0.00% | 2.48% |
| | | | | | | | |

* Does not include cases of prosthetic valve endocarditis.

# EXHIBIT C

# PROBABILITY OF EXPLANT FOR OTHER THAN MAJOR PARAVALVULAR LEAK*

| Time Interval | Subjects at Start | Event During | Subjects At Risk | Probability Of Event | Probability No Event | Low 95% CI Prob Event | High 95% CI Prob Event |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| **Explant For Other Than Major Paravalvular Leak - Silzone** | | | | | | | |
| 0--12 | 403 | 3 | 379.5 | 0.8% | 99.2% | 0.16% | 2.31% |
| 12--24 | 353 | 0 | 347.0 | 0.0% | 100.0% | 0.00% | 0.86% |
| 24--36 | 341 | 1 | 334.0 | 0.3% | 99.7% | 0.01% | 1.67% |
| 36--48 | 326 | 0 | 318.0 | 0.0% | 100.0% | 0.00% | 0.94% |
| 48--60 | 310 | 0 | 266.0 | 0.0% | 100.0% | 0.00% | 1.13% |
| 60++ | 222 | 0 | 111.0 | 0.0% | 100.0% | 0.00% | 2.70% |
| | | | | | | | |
| **Explant For Other Than Major Paravalvular Leak - Conventional** | | | | | | | |
| 0--12 | 404 | 0 | 380.0 | 0.0% | 100.0% | 0.00% | 0.79% |
| 12--24 | 356 | 0 | 352.5 | 0.0% | 100.0% | 0.00% | 0.85% |
| 24--36 | 349 | 0 | 339.5 | 0.0% | 100.0% | 0.00% | 0.88% |
| 36--48 | 330 | 1 | 324.0 | 0.3% | 99.7% | 0.01% | 1.72% |
| 48--60 | 317 | 1 | 280.5 | 0.4% | 99.6% | 0.01% | 1.99% |
| 60++ | 243 | 0 | 121.5 | 0.0% | 100.0% | 0.00% | 2.47% |
| | | | | | | | |

* Does not include cases of prosthetic valve endocarditis.

# EXHIBIT D

# PROBABILITY OF MINOR SYMPTOMATIC PARAVALVULAR LEAK*

| Time Interval | Subjects at Start | Event During | Subjects At Risk | Probability Of Event | Probability No Event | Low 95% CI Prob Event | High 95% CI Prob Event |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| **Minor PVL - Silzone** | | | | | | | |
| 0--12 | 403 | 10 | 378.5 | 2.6% | 97.4% | 1.27% | 4.86% |
| 12--24 | 344 | 3 | 338.5 | 0.9% | 99.1% | 0.18% | 2.59% |
| 24--36 | 330 | 1 | 323.0 | 0.3% | 99.7% | 0.01% | 1.72% |
| 36--48 | 315 | 0 | 307.0 | 0.0% | 100.0% | 0.00% | 0.98% |
| 48--60 | 299 | 1 | 258.0 | 0.4% | 99.6% | 0.01% | 2.16% |
| 60 ++ | 216 | 0 | 108.0 | 0.0% | 100.0% | 0.00% | 2.77% |
| | | | | | | | |
| **Minor PVL - Conventional** | | | | | | | |
| 0--12 | 404 | 4 | 380.5 | 1.1% | 98.9% | 0.29% | 2.69% |
| 12--24 | 353 | 2 | 349.0 | 0.6% | 99.4% | 0.07% | 2.07% |
| 24--36 | 343 | 0 | 333.5 | 0.0% | 100.0% | 0.00% | 0.90% |
| 36--48 | 324 | 1 | 317.0 | 0.3% | 99.7% | 0.01% | 1.76% |
| 48--60 | 309 | 0 | 274.0 | 0.0% | 100.0% | 0.00% | 1.09% |
| 60 ++ | 239 | 0 | 119.5 | 0.0% | 100.0% | 0.00% | 2.51% |
| | | | | | | | |

* Does not include cases of prosthetic valve endocarditis.

# EXHIBIT E

# PROBABILITY OF PROSTHETIC VALVE ENDOCARDITIS*

| Time Interval | Subjects at Start | Event During | Subjects At Risk | Probability Of Event | Probability No Event | Low 95% CI Prob Event | High 95% CI Prob Event |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| **Endocarditis - Silzone** | | | | | | | |
| 0--12 | 403 | 8 | 380.5 | 2.1% | 97.9% | 0.91% | 4.14% |
| 12--24 | 350 | 0 | 344.0 | 0.0% | 100.0% | 0.00% | 0.87% |
| 24--36 | 338 | 0 | 331.5 | 0.0% | 100.0% | 0.00% | 0.90% |
| 36--48 | 325 | 1 | 317.0 | 0.3% | 99.7% | 0.01% | 1.76% |
| 48--60 | 308 | 1 | 264.5 | 0.4% | 99.6% | 0.01% | 2.11% |
| 60 ++ | 220 | 0 | 110.0 | 0.0% | 100.0% | 0.00% | 2.72% |
| | | | | | | | |
| **Endocarditis - Conventional** | | | | | | | |
| 0--12 | 404 | 1 | 380.5 | 0.3% | 99.7% | 0.01% | 1.46% |
| 12--24 | 356 | 1 | 352.5 | 0.3% | 99.7% | 0.01% | 1.58% |
| 24--36 | 348 | 0 | 338.5 | 0.0% | 100.0% | 0.00% | 0.89% |
| 36--48 | 329 | 0 | 322.0 | 0.0% | 100.0% | 0.00% | 0.93% |
| 48--60 | 315 | 2 | 278.5 | 0.7% | 99.3% | 0.09% | 2.59% |
| 60 ++ | 240 | 1 | 120.5 | 0.8% | 99.2% | 0.02% | 4.62% |
| | | | | | | | |

* Includes cases of PVE that, in the adjudication process, have either been confirmed or could not be ruled out, as well as any suspected cases of PVE that have not yet been adjudicated.

# EXHIBIT F

# PROBABILITY OF ANY THROMBOEMBOLISM*

| Time Interval | Subjects at Start | Event During | Subjects At Risk | Probability Of Event | Probability No Event | Low 95% CI Prob Event | High 95% CI Prob Event |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| **Thromboembolism - Silzone** | | | | | | | |
| 0--12 | 403 | 25 | 381.5 | 6.6% | 93.4% | 4.24% | 9.67% |
| 12--24 | 335 | 4 | 329.0 | 1.2% | 98.8% | 0.33% | 3.11% |
| 24--36 | 319 | 5 | 312.5 | 1.6% | 98.4% | 0.52% | 3.73% |
| 36--48 | 301 | 4 | 293.5 | 1.4% | 98.6% | 0.37% | 3.49% |
| 48--60 | 282 | 3 | 244.0 | 1.2% | 98.8% | 0.25% | 3.59% |
| 60 ++ | 203 | 1 | 102.0 | 1.0% | 99.0% | 0.02% | 5.46% |
| | | | | | | | |
| **Thromboembolism - Conventional** | | | | | | | |
| 0--12 | 404 | 17 | 381.5 | 4.5% | 95.5% | 2.60% | 7.13% |
| 12--24 | 342 | 5 | 339.5 | 1.5% | 98.5% | 0.48% | 3.44% |
| 24--36 | 332 | 5 | 324.0 | 1.5% | 98.5% | 0.50% | 3.60% |
| 36--48 | 311 | 4 | 304.5 | 1.3% | 98.7% | 0.36% | 3.36% |
| 48--60 | 294 | 5 | 259.0 | 1.9% | 98.1% | 0.63% | 4.51% |
| 60 ++ | 219 | 0 | 109.5 | 0.0% | 100.0% | 0.00% | 2.74% |
| | | | | | | | |

* Does not include cases of prosthetic valve endocarditis.

# EXHIBIT G

# PROBABILITY OF ANY THROMBOEMBOLISM IN ALL MITRAL VALVE RECIPIENTS*

| Time Interval | Subjects at Start | Event During | Subjects At Risk | Probability Of Event | Probability No Event | Low 95% CI Prob Event | High 95% CI Prob Event |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| **Thromboembolism - Silzone** | | | | | | | |
| 0--12 | 164 | 13 | 151.0 | 8.6% | 91.4% | 4.58% | 14.72% |
| 12--24 | 125 | 3 | 123.0 | 2.4% | 97.6% | 0.50% | 7.13% |
| 24--36 | 118 | 2 | 114.5 | 1.7% | 98.3% | 0.21% | 6.31% |
| 36--48 | 109 | 2 | 106.0 | 1.9% | 98.1% | 0.23% | 6.82% |
| 48--60 | 101 | 1 | 88.0 | 1.1% | 98.9% | 0.03% | 6.33% |
| 60 ++ | 74 | 0 | 37.0 | 0.0% | 100.0% | 0.00% | 8.10% |
| | | | | | | | |
| **Thromboembolism - Conventional** | | | | | | | |
| 0--12 | 169 | 8 | 158.0 | 5.1% | 94.9% | 2.19% | 9.98% |
| 12--24 | 139 | 1 | 138.5 | 0.7% | 99.3% | 0.02% | 4.02% |
| 24--36 | 137 | 3 | 134.0 | 2.2% | 97.8% | 0.46% | 6.54% |
| 36--48 | 128 | 2 | 125.5 | 1.6% | 98.4% | 0.19% | 5.76% |
| 48--60 | 121 | 2 | 110.5 | 1.8% | 98.2% | 0.22% | 6.54% |
| 60 ++ | 98 | 0 | 49.0 | 0.0% | 100.0% | 0.00% | 6.11% |
| | | | | | | | |

* Does not include cases of prosthetic valve endocarditis.

# EXHIBIT H

# PROBABILITY OF ANY THROMBOEMBOLISM IN AORTIC VALVE RECIPIENTS*

| Time Interval | Subjects at Start | Event During | Subjects At Risk | Probability Of Event | Probability No Event | Low 95% CI Prob Event | High 95% CI Prob Event |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| **Thromboembolism - Silzone** | | | | | | | |
| 0--12 | 239 | 12 | 230.5 | 5.2% | 94.8% | 2.69% | 9.09% |
| 12--24 | 210 | 1 | 206.0 | 0.5% | 99.5% | 0.01% | 2.70% |
| 24--36 | 201 | 3 | 198.0 | 1.5% | 98.5% | 0.31% | 4.43% |
| 36--48 | 192 | 2 | 187.5 | 1.1% | 98.9% | 0.13% | 3.85% |
| 48--60 | 181 | 2 | 156.0 | 1.3% | 98.7% | 0.16% | 4.63% |
| 60 ++ | 129 | 1 | 65.0 | 1.5% | 98.5% | 0.04% | 8.57% |
| | | | | | | | |
| **Thromboembolism - Conventional** | | | | | | | |
| 0--12 | 235 | 9 | 223.5 | 4.0% | 96.0% | 1.84% | 7.64% |
| 12--24 | 203 | 4 | 201.0 | 2.0% | 98.0% | 0.54% | 5.10% |
| 24--36 | 195 | 2 | 190.0 | 1.1% | 98.9% | 0.13% | 3.80% |
| 36--48 | 183 | 2 | 179.0 | 1.1% | 98.9% | 0.14% | 4.04% |
| 48--60 | 173 | 3 | 148.5 | 2.0% | 98.0% | 0.42% | 5.90% |
| 60 ++ | 121 | 0 | 60.5 | 0.0% | 100.0% | 0.00% | 4.95% |
| | | | | | | | |

* Does not include cases of prosthetic valve endocarditis.

# EXHIBIT I

# PROBABILITY OF STROKE*

| Time Interval | Subjects at Start | Event During | Subjects At Risk | Probability Of Event | Probability No Event | Low 95% CI Prob Event | High 95% CI Prob Event |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| **Stroke - Silzone** | | | | | | | |
| 0--12 | 403 | 7 | 379.0 | 1.8% | 98.2% | 0.74% | 3.81% |
| 12--24 | 348 | 1 | 341.5 | 0.3% | 99.7% | 0.01% | 1.63% |
| 24--36 | 334 | 2 | 327.5 | 0.6% | 99.4% | 0.07% | 2.21% |
| 36--48 | 319 | 1 | 311.0 | 0.3% | 99.7% | 0.01% | 1.79% |
| 48--60 | 302 | 1 | 260.0 | 0.4% | 99.6% | 0.01% | 2.14% |
| 60 ++ | 217 | 1 | 109.0 | 0.9% | 99.1% | 0.02% | 5.11% |
| | | | | | | | |
| **Stroke - Conventional** | | | | | | | |
| 0--12 | 404 | 5 | 381.0 | 1.3% | 98.7% | 0.43% | 3.06% |
| 12--24 | 353 | 0 | 349.5 | 0.0% | 100.0% | 0.00% | 0.86% |
| 24--36 | 346 | 2 | 337.5 | 0.6% | 99.4% | 0.07% | 2.14% |
| 36--48 | 327 | 2 | 320.5 | 0.6% | 99.4% | 0.08% | 2.25% |
| 48--60 | 312 | 1 | 276.0 | 0.4% | 99.6% | 0.01% | 2.02% |
| 60 ++ | 239 | 0 | 119.5 | 0.0% | 100.0% | 0.00% | 2.51% |
| | | | | | | | |

* Does not include cases of prosthetic valve endocarditis.

# EXHIBIT J

# PROBABILITY OF VALVE THROMBOSIS*

| Time Interval | Subjects at Start | Event During | Subjects At Risk | Probability Of Event | Probability No Event | Low 95% CI Prob Event | High 95% CI Prob Event |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| **Valve Thrombosis - Silzone** | | | | | | | |
| 0--12 | 403 | 3 | 379.0 | 0.8% | 99.2% | 0.16% | 2.31% |
| 12--24 | 352 | 0 | 345.5 | 0.0% | 100.0% | 0.00% | 0.87% |
| 24--36 | 339 | 0 | 332.0 | 0.0% | 100.0% | 0.00% | 0.90% |
| 36--48 | 325 | 0 | 317.0 | 0.0% | 100.0% | 0.00% | 0.95% |
| 48--60 | 309 | 0 | 265.0 | 0.0% | 100.0% | 0.00% | 1.13% |
| 60 ++ | 221 | 0 | 110.5 | 0.0% | 100.0% | 0.00% | 2.71% |
| | | | | | | | |
| **Valve Thrombosis - Conventional** | | | | | | | |
| 0--12 | 404 | 0 | 380.0 | 0.0% | 100.0% | 0.00% | 0.79% |
| 12--24 | 356 | 0 | 352.5 | 0.0% | 100.0% | 0.00% | 0.85% |
| 24--36 | 349 | 0 | 339.5 | 0.0% | 100.0% | 0.00% | 0.88% |
| 36--48 | 330 | 0 | 323.0 | 0.0% | 100.0% | 0.00% | 0.93% |
| 48--60 | 316 | 0 | 279.5 | 0.0% | 100.0% | 0.00% | 1.07% |
| 60 ++ | 243 | 0 | 121.5 | 0.0% | 100.0% | 0.00% | 2.47% |
| | | | | | | | |

* Does not include cases of prosthetic valve endocarditis.

# EXHIBIT K

# PROBABILITY OF BLEEDING

| Time Interval | Subjects at Start | Event During | Subjects At Risk | Probability Of Event | Probability No Event | Low 95% CI Prob Event | High 95% CI Prob Event |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| **Bleeding - Silzone** | | | | | | | |
| 0--12 | 403 | 28 | 382.0 | 7.3% | 92.7% | 4.87% | 10.59% |
| 12--24 | 333 | 8 | 327.5 | 2.4% | 97.6% | 1.05% | 4.81% |
| 24--36 | 314 | 8 | 307.5 | 2.6% | 97.4% | 1.12% | 5.13% |
| 36--48 | 293 | 5 | 286.5 | 1.7% | 98.3% | 0.57% | 4.07% |
| 48--60 | 275 | 2 | 234.5 | 0.9% | 99.1% | 0.10% | 3.08% |
| 60 ++ | 192 | 6 | 99.0 | 6.1% | 93.9% | 2.22% | 13.19% |
| | | | | | | | |
| **Bleeding - Conventional** | | | | | | | |
| 0--12 | 404 | 31 | 384.0 | 8.1% | 91.9% | 5.49% | 11.46% |
| 12--24 | 333 | 6 | 329.5 | 1.8% | 98.2% | 0.67% | 3.96% |
| 24--36 | 320 | 8 | 311.5 | 2.6% | 97.4% | 1.11% | 5.06% |
| 36--48 | 295 | 0 | 288.5 | 0.0% | 100.0% | 0.00% | 1.04% |
| 48--60 | 282 | 5 | 249.5 | 2.0% | 98.0% | 0.65% | 4.68% |
| 60 ++ | 212 | 5 | 108.5 | 4.6% | 95.4% | 1.50% | 10.75% |
| | | | | | | | |

# EXHIBIT L

# PROBABILITY OF HEART ATTACK

| Time Interval | Subjects at Start | Event During | Subjects At Risk | Probability Of Event | Probability No Event | Low 95% CI Prob Event | High 95% CI Prob Event |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| **Heart Attack - Silzone** | | | | | | | |
| 0--12 | 403 | 2 | 378.5 | 0.5% | 99.5% | 0.06% | 1.91% |
| 12--24 | 352 | 0 | 345.5 | 0.0% | 100.0% | 0.00% | 0.87% |
| 24--36 | 339 | 2 | 332.0 | 0.6% | 99.4% | 0.07% | 2.18% |
| 36--48 | 323 | 0 | 315.0 | 0.0% | 100.0% | 0.00% | 0.95% |
| 48--60 | 307 | 0 | 263.5 | 0.0% | 100.0% | 0.00% | 1.14% |
| 60 ++ | 220 | 0 | 110.0 | 0.0% | 100.0% | 0.00% | 2.72% |
| | | | | | | | |
| **Heart Attack - Conventional** | | | | | | | |
| 0--12 | 404 | 1 | 380.0 | 0.3% | 99.7% | 0.01% | 1.47% |
| 12--24 | 355 | 0 | 351.5 | 0.0% | 100.0% | 0.00% | 0.85% |
| 24--36 | 348 | 0 | 338.5 | 0.0% | 100.0% | 0.00% | 0.89% |
| 36--48 | 329 | 0 | 322.0 | 0.0% | 100.0% | 0.00% | 0.93% |
| 48--60 | 315 | 0 | 278.5 | 0.0% | 100.0% | 0.00% | 1.08% |
| 60 ++ | 242 | 0 | 121.0 | 0.0% | 100.0% | 0.00% | 2.48% |
| | | | | | | | |

# EXHIBIT M

# PROBABILITY OF DEATH

| Time Interval | Subjects at Start | Event During | Subjects At Risk | Probability Of Event | Probability No Event | Low 95% CI Prob Event | High 95% CI Prob Event |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| **Death - Silzone** | | | | | | | |
| 0--12 | 403 | 21 | 392.0 | 5.4% | 94.6% | 3.32% | 8.19% |
| 12--24 | 360 | 6 | 355.0 | 1.7% | 98.3% | 0.62% | 3.68% |
| 24--36 | 344 | 3 | 340.5 | 0.9% | 99.1% | 0.18% | 2.57% |
| 36--48 | 334 | 9 | 331.5 | 2.7% | 97.3% | 1.24% | 5.15% |
| 48--60 | 320 | 15 | 281.0 | 5.3% | 94.7% | 2.99% | 8.80% |
| 60 ++ | 227 | 7 | 117.0 | 6.0% | 94.0% | 2.41% | 12.33% |
| | | | | | | | |
| **Death - Conventional** | | | | | | | |
| 0--12 | 404 | 27 | 394.5 | 6.8% | 93.2% | 4.51% | 9.96% |
| 12--24 | 358 | 4 | 356.0 | 1.1% | 98.9% | 0.31% | 2.88% |
| 24--36 | 350 | 7 | 347.0 | 2.0% | 98.0% | 0.81% | 4.16% |
| 36--48 | 337 | 10 | 333.0 | 3.0% | 97.0% | 1.44% | 5.52% |
| 48--60 | 319 | 6 | 285.0 | 2.1% | 97.9% | 0.77% | 4.58% |
| 60 ++ | 245 | 5 | 125.0 | 4.0% | 96.0% | 1.30% | 9.33% |
| | | | | | | | |

# EXHIBIT N

# PROBABILITY OF ANY ADVERSE EVENT

| Time Interval | Subjects at Start | Event During | Subjects At Risk | Probability Of Event | Probability No Event | Low 95% CI Prob Event | High 95% CI Prob Event |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| **Any AE - Silzone** | | | | | | | |
| 0--12 | 403 | 88 | 399.5 | 22.0% | 78.0% | 17.67% | 27.14% |
| 12--24 | 308 | 20 | 306.5 | 6.5% | 93.5% | 3.99% | 10.08% |
| 24--36 | 285 | 15 | 282.0 | 5.3% | 94.7% | 2.98% | 8.77% |
| 36--48 | 264 | 13 | 262.5 | 5.0% | 95.0% | 2.64% | 8.47% |
| 48--60 | 248 | 17 | 218.0 | 7.8% | 92.2% | 4.54% | 12.49% |
| 60 ++ | 171 | 11 | 91.0 | 12.1% | 87.9% | 6.03% | 21.63% |
| | | | | | | | |
| **Any AE - Conventional** | | | | | | | |
| 0--12 | 404 | 74 | 397.0 | 18.6% | 81.4% | 14.64% | 23.40% |
| 12--24 | 316 | 16 | 314.0 | 5.1% | 94.9% | 2.91% | 8.27% |
| 24--36 | 296 | 16 | 293.0 | 5.5% | 94.5% | 3.12% | 8.87% |
| 36--48 | 274 | 12 | 272.0 | 4.4% | 95.6% | 2.28% | 7.71% |
| 48--60 | 258 | 14 | 231.0 | 6.1% | 93.9% | 3.31% | 10.17% |
| 60 ++ | 190 | 6 | 98.0 | 6.1% | 93.9% | 2.25% | 13.33% |
| | | | | | | | |

# APPENDIX 1

## APPENDIX 1
## INDEX OF DOCUMENTS AND MATERIALS PROVIDED FOR REVIEW BY DR. JUDITH JONES

- Product Dossier – PMA Submission 810002
- Recall Letters
- White Paper
- AVERT protocol
- STS Abstract
- Heart Valve Guidance
- 1998 & 1999 Annual Reports to FDA
- Andersen vs. St. Jude Medical, Inc. Responding Motion Record of the Defendants
- Affidavit of Dr. Frater
- AVERT DSMB Meeting Reports
  AVERT Recruitment/Event Reports
- Report to Management / FER Monthly Summaries
- Database of SJM FER data with Complaint & Failure Codes
- Estimated Total Number of Silzone and Conventional Valves Implanted
- Affidavit of Brenda Hollingsworth and Exhibits (from Andersen vs. SJM)
- SJM Journey to the Heart Video
- SOP – Inst. FER Examination
- SOP – Inst. FER Handling
- Volume One – Regent PMA
- Timeline of Clinical Experiences
- Spreadsheet providing description of the database fields for the FER database previously provided
- Artificial Valve Endocarditis Reduction Trial (AVERT) Echo Study Preliminary Data Analysis January 25, 2002
- AVERT Protocol
- FER files and data
- Regent PMA Submission
- Feb. 2002 AVERT Date Enumerations
- AVERT Echo Data Report and Computer Fields
  Date of Report: 01/25/02
  Echo Study Preliminary Data Analysis)
- Chart –Pre-recall Silzone Implants and FERs for each institution in Canada and US by complaint.
- Regent PMA Submissions
  Amendment to PMA Sections #246, 247, 248, 249 and #250
- Affidavits and Declarations of Dr. Tyers, Dr. Wilson, Dr. Goldsmith, and Dr. Sackett
- AVERT database information
- Cited Articles from the Interim Medical Report on the Follow-up Requirement of Patients with St. Jude Medical Silzone Prosthetic Heart Valves by Dr. Butchart

Various medical articles, including but not limited to the following:


- Aagaard, Jan et al. 2001. *Acute Endocarditis Treated with Radical Debridement and Implantation of Mechanical or Stented Bioprosthetic Devices.* Ann Thorac Surg 71:100-4.
- Alexiou, Christos et al. 2000. *Surgical Treatment of Infective Mitral Valve Endocarditis: Predictors of Early and Late Outcome.* ICR Publishers 9:327-334
- Anker, Erik et al. 1981. *Surgical Treatment of Bacterial Endocarditis.* Acta Med Scand 209: 285-288.
- Bertrand, Silvie et al. 2000. *Preliminary Experience with Silzone™-Coated St. Jude Medical Valves in Acute Infective Endocarditis.* ICR Publishers 9:131-134.
- Blackstone, Eugene et al. 1985. *Death and Other Time-Related Events After Valve Replacement.* Circulation, Vol. 72, No. 4:753-767
- Bodnar, Endre. 2000. *Editorial: The Silzone Dilemma – What Did We Learn?* ICR Publishers 9:170-173
- Brutel de la Riviere, Aart et al. 2000. *First Clinical Experience with a Mechanical Valve with Silver Coating.* ICR Publishers 9:123-130
- Carrel, Thierry et al. 1998. *Definitive Cure of Recurrent Prosthetic Endocarditis Using Silver-Coated St. Jude Medical Heart Valves: A Preliminary Case Report.* ICR Publishers 7: 531-533
- Castillo, JC et al. 2000. *Long Term Outcome of Infective Endocarditis in Patients Who Were Not Drug Addicts: a 10-year study.* Heart 83:525-530.
- Croft, Charles et al. 1983. *Analysis of Surgical Versus Medical Therapy in Active Complicated Native Valve Infective Endocarditis.* American Journal of Cardiology 51:1650-1655
- D'Agostino, Richard S. et al. 1985. *Valve Replacement in Patients with Native Valve Endocarditis: What Really Determines Operative Outcome?* Annuals of Thoracic Surgery, Vol. 40, 5:429-438
- David, Tirone et al. 1990. *Heart Valve Operations in Patients with Active Infective Endocarditis.* The Society of Thoracic Surgeons, 49:701-705.
- Dodge, A. et al. 1995. *Surgery in Native Valve Endocarditis: Indications, Results and Risk Factors.* Eur J. Cardio-Thorac Surg 9:330-334
- Gordon, Steve et al. 2000. *Early Onset Prosthetic Valve Endocarditis: The Cleveland Clinic Experience 1992-1997.* Ann Thorac Surg 69:1388-392
- Guerra, JM. et al. 2001. *Long Term Results of Mechanical Prostheses for Treatment of Active Infective Endocarditis.* Heart 86:63-68
- Heiro, Maija et al. 2000. *Neurologic Manifestations of Infective Endocarditis a 17-Year Experience in a Teaching Hospital in Finland.* Arch Intern Med, Vol 160, 2781-2787
- Isotalo, Philip et al. 2001. *Prosthetic Valve Fungal Endocarditis Due to Histoplasmosis.* Can J Cardiol, Vol. 17, No. 3:297-303
- Ivert, Torbjorn et al. 1984. *Prosthetic Valve Endocarditis.* Circulation 69, Vol. 2:223-232.
- Knosalla, C. et al. 2000. *Surgical Treatment of Active Infective Aortic Valve Endocarditis with Associated Periannual Abscess – 11 Year Results.* European Heart Journal Vol. 21, Issue 6:490-497.
- Langley, Stephen et al. 2000. *Aortic Valve Replacement for Endocarditis: Determinants of Early and Late Outcome.* ICR Publishers 9:697-704
- Lau, Jeffrey et al. 1980. *Operative Techniques in Infective Endocarditis.* The Annuals of Thoracic Surgery, Vol 32, No. 4:351-356
- Lemma, M. et al. 2000. *Active Native Bacterial Endocarditis. Preliminary Results After Valve*

*Replacement Using Silver-Coated St. Jude Medical Heart Valves (Silzone).* Cor Europaeum 8:115-118.

- Lewis, Basil S. 1982. *Cardiac Operation During Active Infective Endocarditis, Results of Aortic, Mitral, and Double Valve Replacement in 94 Patients.* J. Thorac Cardiovasc Surg. 84:579-584.
- Lund, Ole. 2000. *Standard Aortic St. Jude Valve at 18 Years: Performance Profile and Determinants of Outcome.* Ann Thorac Surg. Vol. 69:1459-65.
- Mansur, Alfredo et al. 2001. *Relapses, Recurrences, Valve Replacements , and Mortality During the Long-Term Follow-up After Infective Endocarditis.* American Heart Journal, Vol. 141, No. 1:78-86.
- Masters, Roy G. et al. 2001. *Comparative Clinical Outcomes with St. Jude Medical, Medtronic Hall and CarboMedics Mechanical Heart Valves.* The Journal of Heart Valve Disease 10:403-409.
- Moon, Marc R. et al. 2001. *Treatment of Endocarditis With Valve Replacement: The Question of Tissue Versus Mechanical Prosthesis.* Ann Thorac Surg. 71:1164-1171.
- Mueller F. et al. 2001. *Prosthetic Endocarditis and Paravalvular Leakage After Implantation of Silzone® Mechanical Valves.* Abstract from www.ctsnet.org/7971
- Netzer, R. et al. 2001. *Citation: European Heart Journal Vol. 22, Abstr. Supplemental.* Abstract fromwww.excerptamedica.com
- Renzulli, Attilio et al. 2001. *Recurrent Infective Endocarditis: A Multivariate Analysis of 21 Years of Experience.* Ann Thorac Surg. 72:39-43.
- Salas, Maribel et al. 1999. *Confounding by Indication: An Example of Variation in the Use of Epidemiologic Terminology.* American Journal of Epidemiology, Vol. 149, No. 11:981-983.
- Schoen, Frederick et al. 1989. *Interventional and Surgical Cardiovascular Pathology, Clinical Correlations and Basic Principles.* W.B. Saunders Company. Pp 108-171.
- Seipelt, et al. 2001. *SJM "Silzone" Valve for Active Endocarditis.* Ann Thorac Surg. 72:758-763.
- Seipelt, Ralf et al. 2001. *The St. Jude "Silzone" Valve: Midterm Results in Treatment of Active Endocarditis.* Ann Thorac Surg. 72:758-63.
- Sweeney, Michael S. et al. 1985. *Comparison of Bioprosthetic and Mechanical Valve Replacement for Active Endocarditis.* J. Thorac Cardiovasc Surg 90:676-680.
- Yee, Edward et al. 1988. *Reparative Approach for Right-Sided Endocarditis, Operative Considerations and Results of Valvuloplasty.* 96:133-40.
- Edmunds, Henry et al. 1996. *Guidelines for Reporting Morbidity and Mortality After Cardiac Valvular Operations.* Ann Thorac Surg. 62:932-935.
- Johnson and Sapirstein. 1994. *FDA's Requirements for In-Vivo Performance Data for Prosthetic Heart Valves.* ICR Publishers. Vol. 3, No. 4:350-355.
- Grunkemeier et al. 1998. *Clinical Performance of Prosthetic Heart Valves.* Chapter 67 from Hurst's The Heart
- Aprill, 2000 21 CFR CH I §803.1 Subpart A, FDA, HHS
  *General Provisions*
- April 1, 2000 21 CFR CH I §803.10 FDA, HHS
  *General description of reports required from user facilities, importers, manufacturers*
- April 1, 2000 21 CFR CH I §803.50 Subpart E, FDA, HHS

*Individual adverse event reports; manufacturers*

- April 1, 2000 21 CFR CH I §820.180 Subpart M, FDA, HHS
  *Records and General Requirements*
- Abascal, Vivian. 1998. *Calcium Antagonists and Mortality Risk in Men and Women with Hypertension in the Framingham Heart Study.* AMA Abstract
- 12/8/99 AP Health Headlines
  *Enzyme Cure for Autism May Not Work*
- 12/8/99 AP Health Headlines
  *Drugs Recently Pulled Off Market*
- Gasse, Christiane. 2000. *Risk of Suicide Among Users of Calcium Channel Blockers: Population Based, Nested Case-Control Study.* BMJ 320: 1251.
- Hayes, Thomas. 1998. *The Food and Drug Administration's Regulation of Drug Labeling, Advertising, and Promotion: Looking Back and Looking Ahead.* Clinical Pharmacology & Therapetics 63: 607-616.
- Weiss, S.R. 1998. *Cancer Recurrences and Second Primary Cancers After Use of Antihistamines or Antidepressants.* Clinical Pharmacology & Therapeutics 63: 594-599.
- *5/98 Council Directive 93/42/EEC of 14 June 1993 Concerning Medical Devices*
- Curran, Charles. 1993. *An Index of United States Federal Regulations and Guidelines Which Cover Safety Surveillance of Medical Devices.* Drug Information Journal 32: 313-321.
- Gharaibeh, Munir. 1998. *Adverse Drug Reactions: A Review.* Drug Information Journal 32: 323-338.
- 6/30/96 Epilepsia, Vol. 37, No. 10
  Derby, Laura. 1996. *Sudden Unexplained Death Among Subjects with Refractory Epilepsy.* Epilepsia 37: 931-935.
- 11/2/98 FDA – Center for Devices and Radiological Health
  *SMDA to FDAMA: Guidance on FDA's Transition Plan for Existing Postmarket Surveillance Protocols*
- 4/14/99 FDA – Center for Devices and Radiological Health
  *Regulation of Medical Devices: Background Information for International Officials*
- 6/16/99 FDA – Center for Devices and Radiological Health
  *Final Report of a Study to Evaluate the Feasibility and Effectiveness of a Sentinel Reporting System for Adverse Event Reporting of Medical Advice Use in User Facilities*
- 1/24/00 FDA – Center for Devices and Radiological Health
  *Guidance on Medical Device Tracking*
- 12/1/00 FDA – Center for Devices and Radiological Health
  *Medical Device Reporting for Manufacturers*
- 12/1/00 FDA – Center for Devices and Radiological Health
  *The Role of Clinical Data in Postmarket Surveillance of Cardiovascular Devices*
- 9/30/99 FDA – Center for Drug Evaluation and Research
  *Postmarketing Surveillance and Epidemiology: Human Drugs*
  *Enforcement of the Postmarketing Adverse Drug Experience*
  *Reporting Regulations*
- 5/99 FDA – Health & Human Services
  *Managing the Risks from Medical Product Use*
  *Creating a Risk Management Framework*

- 12/15/99 FDA Intranet Website
  *Panel Says FDA Must Improve Tracking of Injuries, Deaths From Drugs*
- 1/8/98 FDA *Minimizing Medical Product Errors A Systems Approach*
- 5/9/97 Federal Register Online via GPO Access
  FDA – *International Conference on Harmonization; Good Clinical Practice: Consolidated Guideline; Notice of Availability*
- 8/31/98 Federal Register Online via GPO Access
  FDA – *Global Harmonization Task Force: Draft Documents on Adverse Event and Vigilance Reporting of Medical Device Events; Availability*
- 6/25/97 Federal Register, Vol. 62, No. 122, FDA HHS
  *Postmarketing Expedited Adverse Experience Reporting for Human Drug and Licensed Biological Products; Increased Frequency Reports*
- 10/8/98 Federal Register, Vol. 63, No. 195, FDA HHS
  *List of Drug Products That Have Been Withdrawn or Removed From the Market for Reasons of Safety or Effectiveness*
- 1/26/00 Federal Register, Vol. 65, No. 17, FDA HHS
  *Medical Device Reporting: Manufacturer Reporting, Importer Reporting, User Facility Reporting, Distributor Reporting*
- 4/25/00 Federal Register, Vol. 65, No. 80, FDA HHS
  *Medical Devices; Device Tracking*
- 1/97 GAO
  *Medical Device Reporting – Improvements Needed in FDA's Systems for Monitoring Problems with Approved Devices*
- 2/9/00 GAO
  *Adverse Events – Surveillance Systems for Adverse Events and Medical Errors*
- Brewer, Timothy. 1999. *Postmarketing Surveillance and Adverse Drug Reactions, Current Perspectives and Future Needs.* JAMA 281: 824-829.
- 4/1/98 JAMA, April 1, 1998, Vol. 279, No. 13
  Rosenberg, Lynn. 1998. *Calcium Channel Blockers and the Risk of Cancer.* JAMA 279: 1000-1004.
- Spring 1999 Medical Device Reporting – User Facility Reporting
  Gardner, Susan. *Medical Surveillance Network (MeDSuN)*
- 10/96 MedWatch Continuing Education Article
  FDA – *Center for Drug Evaluation and Research*
  *The Clinical Impact of Adverse Event Reporting*
- 9/97 MedWatch Continuing Education Article
  FDA and University of the Health Sciences
  *Improving Patient Care by Reporting Problems with Medical Devices*
- 11/14/97 Morbidity and Mortality Weekly Report
  *Cardiac Valvulopathy Associated with Exposure to Fenfluramine or Dexfenfluramine: U.S. Dept. of Health and Human Services Interim Public Health Recommendations, November 1997*
- Racoosin, J.A. 2001. *Mortality in Antiepileptic Drug Development Programs.* Neurology 56: 514-519.
- Stevenson, L.W. 1998. *Inotropic Therapy for Heart Failure.* New England Journal of

Medicine 339: 1848-1850.

- Jick, Hershel. 1996. *The Risk of Myocardial Infarction Associated with Antihypertensive Drug Treatment in Persons with Uncomplicated Essential Hypertension.* Pharmacotherapy 16: 321-326.
- 11/6/00 Reuters Health Website
  *FDA Warns Consumers About Cold, Diet Drugs*
- 4/17/01 Reuters Health Website
  *St. John's Wort Not So Great for Depression: Study*
- 7/6/96 The Lancet Vol. 348
  *The SWORD of Damocles*
- 4/15/00 The Lancet Vol. 355
  *Sleep Attacks (Sleep Episodes) with Pergolide*
- *12/8/99 Vigabatrin (Sabril) and Visual Field Defects*
- *2/12/01 Presentation by Peter Honig on Post-Marketing State of the Art and Issues Defined (Postmarketing Surveillance)*
- *2/12/01 Pre-Clinical Issues in Drug Development* by Francois Ballet, M.D. (Liver Induced Liver Toxicity)
- *2/12/01 Drug-Induced Liver Injury: A National and Global Problem* printed from www.fda.gov
- Nelson, Robert C. 1991. *Drug Safety, Pharmacoepidemiology, and Regulatory Decision Making* Chapter 15, pp. 289-308 in Hartzema, et al. (eds). Pharmacoepidemiology. Harvey Whitney Books Co. Cincinnati, OH
- Tilson, Hugh H. 1991. *Pharmacoepidemiology: The Future* Chapter 19, pp. 344-356 in Hartzema, A.G. et al. (eds). Pharmacoepidemiology. Harvey Whitney Books Co., Cincinnati, OH.
- National Academy Press. 1997; Committee on Halcion: An *Assessment of Data Adequacy and Confidence Halcion An Independent Assessment of Safety and Efficacy Data*
- MedWatch Continuing Education Article. 1996. Center for Drug Evaluation and Research, Food & Drug Administration *The Clinical Impact of Adverse Event Reporting*
- Gross, Thomas P. 1996. *Medical Device Vigilance at FDA* Information Exchange for Medical Devices: 17-24.
- Castro, Frank P.1997. *An Analysis of Food and Drug Administration Medical Device Reports Relating to Total Joint Components.* Journal of Arthroplasty 12: 765-771.
- Gardener, S. 1999. *Designing a Medical Device Surveillance Network.* Report to Congress.

- Rossi, Allen, 1987. *Ulcerogenicity of Piroxicam: An Analysis of Spontaneously Reported Data.* BMJ 294: 147-150.
- Federal Register Online via GPO Access. 1997.*FDA – Postmarketing Expedited Adverse Experience Reporting for Human Drug and Licensed Biological Products; Increased Frequency Reports*
- Glynn, Simone. 1993. *The "Weber" Effect.* Manuscript
- Rossi, Allen C. 1988. *The Importance of Adverse Reaction Reporting by Physicians – Suprofen and the Flank Pain Syndrome.* JAMA 259: 1203-1204.
- Brown, Lori et al., Public Health Reports. 1998. *Silicone Gel Breast Implant Adverse Event Reports to the Food & Drug Administration 1984-1995*

- Weber, J.C.P. 1984. *Epidemiology of Adverse Reactions to Nonsteroidal Antiinflammatory Drugs.* Advances in Inflammation Research 6: 1-7.
- Dept. of Health & Human Services, Public Health Services, Food & Drug Administration. 1996. *Medical Device Reporting: An Overview*
- Brewer, Timothy, 1999. *Postmarketing Surveillance and Adverse Drug Reactions.* JAMA 281: 824-829.
- Berlin, Jesse. 1999. *The Role of Meta-Analysis in the Regulatory Process for Foods, Drugs and Devices.* JAMA 281: 830-834.
- US Dept. of Health & Human Services / FDA. 1997. *Guidance for Industry / Providing Clinical Evidence of Effectiveness for Human Drug and Biological Products*
- US Dept. of Health & Human Services / FDA. 1999. *Guidance for Industry and FDA Reviewers on Evidence Models for the Least Burdensome Means to Market*
- Temple, Robert, 1999. *Meta-Analysis and Epidemiologic Studies in Drug Development and Postmarketing Surveillance.* JAMA 281: 841-844.
- Kessler, Larry Sc.D., Office of Surveillance and Biometrics, CDRH, FDA
- *Postmarket Surveillance: Recent Trends and Changing Expectations*
- Rallidis et al 1999. *Valvular and Congenital Heart Disease.* American Heart Journal, Vol. 138, No. 2, MD Consult – Journal Article.
- Skudicky et al 1993. *Prevalence and Clinical Significance of Mild Paraprosthetic Ring Leaks and Left Atrtial Spontaneous Echo Contrast Detected on Transesophageal Echocardiography Three Months After Isolated Mitral Valve Replacement With a Mechanical Prosthesis.* The American Journal of Cardiology, Vol. 72, pp. 848-850.
- Murthy Circulation1998. Abstract. *Natural History of Small Paravalvular Regurgitation Following Prosthetic Valve Replacement.* #464.
- Chambers et al 1989. *Colour Flow Doppler Mapping in the Assessment of Prosthetic Valve Regurgitation.* Br. Heart Journal 62:1-8.
- Nihoyannopoulos et al 1992. *Doppler Haemodynamic Profiles of Clinically and Echocardiographically Normal Mitral and Aortic Valve.* European Heart Journal 13:348-355.
- O'Rourke et al 2001. *Outcome of Mild Periprosthetic Regurgitation Detected by Intraoperative Transesophageal Echocardiography.* Journal of American College of Cardiology. Vol. 38, No. 1:163-166.
- Auer, J. et al. 2001. Early investigation after valve replacement with silver-coated Silzone™ prosthetic heart valves. J. Heart Valve Dis. 10: 717-723.
- Herijgers, P. et al. 2001. Silzone™ coating and paravalvular leak: an independent randomized study. J. Heart Valve Dis. 10: 712-716.
- Houel, R. et al. 2001. Silzone™-coated St. Jude Medical valve: a safe valve. J. Heart Valve Dis. 10: 724-727.
- Grunenfelder, J. et al. 2001. Long-term results and determinants of mortality after surgery for native and prosthetic valve endocarditis. J. Heart Valve Dis. 10: 694-702.
- Auer, JW. 2001. *Early Investigation of Silver-coated Silzone Heart Valves Prosthesis in 126 Patients.* Journal of Heart Valve Disease 10: 717-723.
- Herijgers, P. 2001. *Silzone Coating and Paravalvular Leak: An Independent Randomized Study.* Journal of Heart Valve Disease 10: 712-716.
- Bertrand, S. 2000. *Preliminary Experience with Silzone-Coated St. Jude Medical Valves in Acute Infective Endocarditis.* Journal of Heart Valve Disease 9: 131-134.

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH, LLP, 1999 Harrison Street, Oakland, CA 94612. On February 14, 2006, I served the following document(s) by the method indicated below:

**DEFENDANT ST. JUDE MEDICAL, INC.'S DISCLOSURE STATEMENT FOR JUDITH K. JONES, M.D., PH.D.**

☐ by transmitting via facsimile on this date from fax number (213) 457-8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☒ by transmitting via email to the parties at the email addresses listed below:

**PLEASE SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on February 14, 2006, at Oakland, California.

Tina Brennan

Tina Brennan

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

SERVICE LIST

Steven E. Angstreich, Esq.
Carolyn Lindheim
Levy, Angstreich, Finney,
Baldante, et al.
Woodcrest Pavilion, Suite 100
10 Melrose Avenue
Cherry Hill, NJ 08003
Email: sangstreich@levyangstreich.com;
clindheim@levyangstreich.com

James T. Capretz, Esq.
Capretz & Associates
5000 Birch Street, Suite 2500
West Tower
Newport Beach, CA 92660
Email: jcapretz@capretz.com

Charles S. Zimmerman, Esq.
J. Gordon Rudd, Jr., Esq.
Zimmerman Reed, L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Email: csz@zimmreed.com;
jgr@zimmreed.com; jlt@zimmreed.com

Tracy J. Van Steenburgh, Esq.
Halleland, Lewis, Nilan, Sipkins & Johnson
600 Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-4501
Email: tvan@halleland.com;
lclark@halleland.com

Joe Jacobson, Esq.
Green, Schaaf & Jacobson, P.C.
7733 Forsyth Boulevard, Suite 700
St. Louis, MO 63105
Email: jacobson@stlouislaw.com;
jdjacobson@sbcglobal.net

Richard B. Solum, Esq.
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Email: solum.rick@dorsey.com

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.