**SAN FRANCISCO GENERAL HOSPITAL SERVICE:**

Committee for Expanded Role of Registered Nurse,
Chairman, 1976, 1977.
CPR Certification for San Francisco General Hospital,
Chairman, 1977.
Advisory Committee on the Future of San Francisco General
Hospital, 1978.
Subcommittee for Educational Programs, 1978-79.
Ad Hoc Committee for Arthritis Research Laboratory, 1979.
Advisory Committee, Rosalind Russell Arthritis Center, 1980
Committee on By-Laws, 1980-1990
Executive Committee, 1980-1990
Emergency Room Advisory Committee, 1993
Faculty in Monday Morning Cardiology Clinic 1998-present
Faculty attendee in Weekly Catheterization Conference

**HONORS & AWARDS:**

U.S. Army Commendation Medal, 1964; 1968.
U.S. Army "A" Prefix in Cardiology, 1971.
U.S. Army Meritorious Service Medal, 1971.
U.S. Army Institute of Dental Research, WRAMC, Certificate of Achievements, 1972.
U.S. Army Legion of Merit Medal, 1974.
Academic Senate Distinction in Teaching Award, University of California,
San Francisco, School of Medicine, 1978-79.
Outstanding Faculty Teaching Award, Senior Students, University of California, San Francisco, School of Medicine, 1980, 1983, 1984, 1986.
Nominee, Kaiser Award for Excellence in Teaching, University of California,
San Francisco, School of Medicine, 1989,1992, 1994.
Laureate Award, Army Chapter of the American College of Physicians, 1989.
Nominee, UCSF School of Medicine, Class of 1993, for Stimulating Lecture Series and for Outstanding Lecture, 1991.
Nominee, UCSF School of Medicine, Class of 1996, for Outstanding Lecture Series, 1994.
Nominee, UCSF School of Medicine, Class of 1995, for Teaching Award, 1995.
Excellence in Teaching Award for 1994-95, Clinical Fellows of the University of
California, San Francisco, 1995.
Gifted Teachers Award, American College of Cardiology, 1995.
Cited among Bay Area's best physicians, San Francisco Focus magazine, 1997.
Master Award – University of Miami School of Medicine – May 1997.
Outstanding Teacher Award 1998-1999 UCSF Cardiology Fellows.
Awarded the title "Master of the American College of Cardiology" (MACC) – 1998.
Awarded Distinguished Fellow 0f the Society of Geriatric Cardiology.
Special Recognition Award – Laennec Society of the AHA Council on Clinical
Cardiology –Nov,1999.
Cardiology Faculty Special Award – 8 Nov., 2004

John J. Sampson Award for Distinction in Cardiology – AHA – Western States Affiliate – 28 April, 2005

**SOCIETIES:**

American College of Cardiology, Master (MACC)
Governor, U.S. Army, 1968-73.
Budget & Finance Committee, 1973-74.
Self-Evaluation Committee, 1976-77; 1978-79.
Governor, Northern California, 1978-81.
Scientific Program Committee, Annual Scientific Sessions, 1978; Co-Chairman, 1984; 1985.
Liaison Committee on Educational Programs, 1983-84.
Long-Range Planning Committee, 1983.
ACC/AHA Committee to Develop Guidelines for Emergency Room Chest Pain Management, 1990-91.
Bethesda Conference #23, "Access to Cardiovascular Care," Conference Chairman 1991-92.
Learning Center Committee, 1990-96; Ex Officio Member.
Self-Study Educational Materials Committee, 1990-96; Chairman, 1994-96.
Research in Continuing Medical Education Committee, 1988-94; Chairman, 1991-94.
Training Directors Committee, Ex Officio Member, 1991-96.
Ad Hoc Task Force on Basic Cardiovascular Services Package, 1992-94; Board of Trustees, 1993-96; Assistant Secretary, 1993-95.
Educational Programs Committee, Ex Officio Member, 1993-94.
Ad Hoc Procedural Training Committee, 1993-present.
ACC/AHA Task Force on the Assessment of Diagnostic and Therapeutic Cardiovascular Procedures, 1994-95.
Bethesda Conference #26, "Medicine and Science in Sports and Exercise": Chairman, Task Force 2: Acquired Valvular Heart Disease, 1993-94; Treasurer, 1995-96; Budget, Finance, and Investment Committee, 1995-96.
ACC/AHA Task Force on Practice Guidelines, 1995-99.
ACC/AHA Committee to Revise the 1990 Echocardiography Guidelines, Chairman, 1995-present.
Audit Committee, Chair, 1996-97.
Nominating Committee, Member, 1997-99.
American College of Cardiology, California Chapter
Nominating Committee, Chairman, 1991-93
Member of the Task Force on Board Effectiveness 1999-2000
Member of the Task Force on Board of Trustees Assessment and Development.
Treasurer of the Trustee of the American College of Cardiology 1995-96
Trustee of the American College of Cardiology 1997-2002

American College of Physicians, Fellow (FACP)

American Federation for Clinical Research

American Heart Association

Council on Clinical Cardiology, Fellow
Governor, U.S. Army, 1971-74.
Program Committee, 1982-85.
Executive Committee, 1983.
Committee on Cardiovascular Disease in the Elderly, 1990-present;
Vice Chair, 1996-97; Chairman 1997-99.
Laennec Society Executive Committee, 1991-95;
Vice Chair, 1991-95.
Chair 1995-1996

Committee on Postgraduate Education, 1986-88.
Nominating Committee, 1996-98.
Publications Committee, 1983-present.
Council on Cardiovascular Disease in the Young Writing Group, 1984-present.
Annual Scientific Programs Committee, 1986-present.
Task Force on Application of the AHA Mission to the Elderly, 1989-90.
Member of the Executive Committee of the Council on Clinical Cardiology 1994-1998
Member of the Acute Event Strategic Group Committee 1998-2000]
Chair of Scientific Program " Do Existing Databases Hold Answers to Clinical Questions in Geriatric Cardiovascular Disease and Stroke?" 1998-2000
Meeting held January 27-30, 2000 in Washington, D.C.

California Heart Association
Scientific Sessions for Physicians Committee, 1978.
Alternate Delegate, 1979-present.
Scientific Programs Committee, 1980-81; 1981-82; 1983-84; 1985-86; 1987-88.
Annual Scientific Advisory Board, Chairman, 1987-present.
North Peer Review Subcommittee, 1990-91.

San Francisco Heart Association

Vice President, 1977.
Professional Education Council, Chairman, 1976-77.
Nominating and Awards Committee, 1978.
Board of Governors, 1979-present.
Executive Committee, 1979-present.
Annual Physicians' Symposium Planning Committee, Chairman, 1979; 1984-85.
Scientific Programs Committee, 1980-present.
John J. Sampson Postgraduate Symposium Planning Committee, 1991-1992.

Association of Military Surgeons of the United States

Alpha Omega Alpha (AOA)

Western Association of Physicians

Council on Geriatric Cardiology, Nominating Committee,
Chairman, 1988.
One of the founders – 1988
Member of the Board of Directors 1988 – present
President 1995

**EXTRAMURAL SERVICE:**

National Institutes of Health:
Liaison Member, Study Section on Cardiovascular and Pulmonary Research "A", U.S. Army Medical Department, 1971-74.
Member, Hypertension Information & Education Advisory Committee, 1972-74.

Consultant to the Surgeon General for Cardiovascular Disease, 1974-1990.
Coordinating Committee on Geriatric Curriculum & Program, 1979

Advisory Committee, Posthospital Supports Study, 1980-present.

Food & Drug Administration, Circulatory Devices Panel, 1980-'84
Chairman, 1980-84.

10th World Congress of Cardiology, Scientific Planning Committee, 1982-86.

Ticlopidine Safety Committee, Syntex Corp., 1985-1990.

Consultant to the Surgeon General, Ad Hoc Committee
Evaluating Over-40 Coronary Artery Screening Program
for the U.S. Army, 1985

Ad Hoc Review, 1998-Present
State of California, Statewide Health & Planning, Technical
Advisory Committee-

American Board of Internal Medicine
Subspecialty Board on Cardiovascular Disease, 1988-95;
Member, Board of Directors, 1992-95.
Chair, 1991-1995
Internal Medicine Examination Writing Committee, 1993, 1994.
Member of the Committee performing Hospital Visits for the ABIM 1994-present

ACGME (Accreditation Council for Graduate Medical Education,

Board of Appeals for Internal Medicine Subspecialty of Cardiovascular Diseases, Panel Member, 1987-94,Health Planning, Freestanding Cardiac Catheterization Pilot Project, 1990-

GUSTO (Global Utilization of Streptokinase and tPA for Occluded Coronary Arteries), Data and Safety Monitoring Committee, 1990-94.

GUSTO-2, Data and Safety Monitoring Committee, 1994-1995

Merck & Co Inc., MK-383 (tirofiban) PTCA/Atherectomy Study, Consultant, Safety Committee, 1995

GUSTO-III, Data and Safety Monitoring Board, 1995-

Futura Media Services, Inc, CME Advisory Board, 1997-present.
Organizer of the "New World of Cardiology" Meetings, 1997, 1998, 1999
Chair of the American Geriatrics Society's Meeting " Integrating Geriatrics into Cardiology: held at Banff, Canada in 1996
Member of "Cardiovascular Breakthroughs Expert Panel:" held at RAND March 10, 2000

Scientific Consultant to Pfizer - Sildenafil

Scientific Consultant to Lilly - Cialis

**RESEARCH:**

AIDS and Heart Disease: Incidence and Etiology. Principal Investigator. Funded by the National Institutes of Health, 1988-93.

Amlodipine Study of the Angina Population (ASAP). Funded by Pfizer Labs, 1993-present.

Effects of ACE-Inhibitor and Vasodilation Therapy on Patients with Moderate to Severe Aortic Regurgitation as Measured by Magnetic Resonance Imaging. Funded by Merck & Co., 1993-present.

Mechanism by Which Afterload Reduction Reduces Regurgitant Fraction. Funded by Merck & Co., 1993-present.

Evaluation of Losartan in the Elderly (ELITE). Funded by Merck & Co., 1994-95.

**EDITORIAL POSITIONS:**

American Heart Journal, Reviewer, 1980-present; Editorial Board, 1996-present.

American Journal of Cardiology, Reviewer, 1980-present.

American Review of Respiratory Diseases, Consultant, 1976.

Archives of Internal Medicine, Reviewer

Cardiology Drug Facts, (St. Louis: Lippincott; E.A. Amsterdam, editor), Editorial Panel, 1989.

Cardiology in Review, Associate Editor, 1993-2000.

Cardiovascular Drugs and Therapy, Reviewer, 1988-present.

Catheterization and Cardiovascular Diagnosis, Reviewer; Consultant, 1979.

Chest, Consultant 1976; Reviewer 1980-present.

Circulation, Associate Editor, 1978-83; Reviewer, 1980-present.

Journal of Acquired Immune Deficiency Syndromes, Reviewer, 1988-present.

Journal of Clinical and Basic Cardiology, Editorial Board, 1998.

Journal of Heart Valve Disease, Scientific Advisory Board, 1992-2001.

Journal of the American College of Cardiology, Reviewer, 1983-present; Associate Editor, 1992-2002

Journal of the American Medical Association (JAMA), Reviewer - present 1980-present; Editor, "Clinical Cardiology" feature, 1983-85.

New England Journal of Medicine, Reviewer, 1980-present.

Present Concepts in Internal Medicine, U.S. Army, Letterman General Hospital, Editor, 1969.

Preventive Cardiology, Editorial Board Member, 1997-present.

PROBE: Diagnostic & Management Challenges in Cardiology, Editorial Review Panel, 1983-present.

Western Journal of Medicine, Reviewer, 1980-present.

Current Cardiology Reports, Guest Editor "Congenital Heart Disease" Jan 2002.

Cardiology Today, Editorial Board 1999 – present

Yearbook of Cardiology , Editor 2002 - present

## BIBLIOGRAPHY

## ARTICLES


Chandler BF, Meroney WH, Czarnecki SW, Herman RH, Cheitlin MD, Goldbaum LR, Hernson EG Jr: *Artificial hemodialysis in management of gluthethimide intoxication.* J Am Med Assoc 1959;170:914-917.

Cheitlin MD, Sullivan BH Jr: *Hepatic cirrhosis due to sarcoidosis.* Med Ann DC 1959;28:506-509.

Cheitlin MD, Bernstein R, Langdon EA: *Varying responses to radioactive iodine (I-131) therapy in hyperthyroid patients.* Ann Intern Med 1960;52:349-361.

Cheitlin MD, Sullivan BH Jr, Myers JE Jr, Hench RF: *Portal hypertension in hepatic sarcoidosis.* Gastroenterology 1960;38:60-69.

Bernstein R, Crozier D, Cheitlin MD, Langdon EA: *The fractional radioiodine (I-131) uptake test as a measure of thyroid function.* Med Ann DC 1961;30:586-591.

Cheitlin MD, Kamin EH, Wilkes DJ: *Midesophageal diverticulum. Report of a case with fistulous connection with the superior vena cava.* Arch Intern Med 1961;107:252-259.

Cheitlin MD: *Antegrade aortography.* Northwest Med 1964;63:691-697.

Cheitlin MD, Carter PB: *Takayashu's disease. Unusual manifestations.* Arch Intern Med 1965;116:283-288.

Funk DD, Hamlin WB, Cheitlin MD, Johnson WP: *Bacterial endocarditis with ventricular aneurysm formation six years following mitral commissurotomy: report of an unusual occurrence.* Dis Chest 1965;47:452-456.

Keller HI, Cheitlin MD: *The occurrence of mild coarctation of the aorta (pseudocoarctation) and coarctation in one family.* Am Heart J 1965;70:115-118.

Moore RD, Wahl WH, Cheitlin MD: *Primary aldosteronism due to adrenal cortical adenoma with hypertension of less than six months duration. A case report.* Pacif Med Surg 1965;73:43-47.

Walker WJ, Garcia-Gonzales E, Hall RJ, Czarnecki SW, Franklin RB, Das SK, Cheitlin MD: *Interventricular septal defect. Analysis of 415 catheterized cases, ninety with serial hemodynamic studies.* Circulation 1965;31:54-65.

Cheitlin MD, Serfas LS, Sbar SS, Glasser SP: *Tuberculous pericarditis: is limited pericardial biopsy sufficient for diagnosis? Report of two cases.* Am Rev Respir Dis 1968;98:287-291.

Glasser SP, Cheitlin MD, Serfas LS, Sbar SS: *Isolated massive chylopericardium.* Am Heart J 1968;75:663-672.

Martin LW, Cheitlin MD, Orbison JA: *Double-outlet right ventricle.* Hawaii Med J 1968;28:105-114.

Cheitlin MD: *Exercise electrocardiography: review of its role in the diagnosis of coronary heart disease.* Present Concepts Intern Med 1969;2:31-77.

Cheitlin MD: *Treatment of cardiogenic shock.* Present Concepts Intern Med. 1970;3:173-196.

Katz HP, Cheitlin MD, Wasser AH, Flair RC: *Observation on the pulse wave velocity and tissue biopsy in children with diabetes mellitus.* Johns Hopkins Med J 1970;127:336-343.

Cheitlin MD: *Measurements of ventricular function in arteriosclerotic heart disease.* Present Concepts Intern Med 1971;4:293-310.

Nagle JP, Cheitlin MD, McCarty RJ: *Corrected transposition of the great vessels without associated anomalies: report of a case with congestive failure at age 45.* Chest 1971;60:367-370.

Nagle JP, McCarty RJ, Cheitlin MD: *Young men with myocardial infarction.* Military Med 1971;136:331-335.

Sampson JJ, Cheitlin MD: *Pathophysiology and differential diagnosis of cardiac pain.* Prog Cardiovasc Dis 1971;13:507-531.

Steelman RB, White RS, Hill JC, Nagle JP, Cheitlin MD: *Midsystolic clicks in arteriosclerotic heart disease. A new facet in the clinical syndrome of papillary muscle dysfunction.* Circulation 1971;44:503-515.

Brundage BH, Gomez AC, Cheitlin MD, Gmelich JT: *Systemic artery to pulmonary vessel fistulas: report of two cases and a review of the literature.* Chest 1972;62:19-23.

Cheitlin MD, Hastings JE: *The current status of coronary arteriography.* Med Ann DC 1972;41:441-447.

Glasser SP, Cheitlin MD, McCarty RJ, Haas JH, Hall RJ, Mullins CE: *Thirty-two cases of interventricular septal defect and aortic insufficiency. Clinical, hemodynamic and surgical features.* Am J Med 1972;53:473-480.

McConahay DR, Martin CM, Cheitlin MD: *Resting and exercise systolic time intervals. Correlations with ventricular performance in patients with coronary artery disease.* Circulation 1972;45:592-601.

Brouillard RP, Bedynek JL Jr, Cheitlin MD, D'Ambrosio U: *Tachy-brady syndrome following open heart surgery.* Chest 1973;63:442-444.

Brundage BH, Cheitlin MD: *Left ventricular angiography as a function test.* Chest 1973;64:70-74.

Davia JE, Cheitlin MD, Bedynek JL: *Sinus venosus atrial septal defect: analysis of fifty cases.* Am Heart J 1973;85:177-185.

Golden MS, Pinder T Jr, Anderson WT, Cheitlin MD: *Fatal pulmonary hemorrhage complicating use of a flow-directed balloon-tipped catheter in a patient receiving anticoagulant therapy.* Am J Cardiol 1973;32:865-867.

Anderson WT, Brundage BH, Cheitlin MD: *Vectorcardiographic changes following coronary artery bypass surgery.* Am Heart J 1974;87:421-427.

Brundage BH, Cheitlin MD: *Ventricular function curves from the cardiac response to angiographic contrast: a sensitive detector of ventricular dysfunction in coronary artery disease.* Am Heart J 1974;88:281-288.

Cheitlin MD: *The physician and hypertension.* JAMA 1974;228:1249-1250.

Cheitlin MD, De Castro CM, McAllister HA: *Sudden death as a complication of anomalous left coronary origin from the anterior sinus of Valsalva. A not-so-minor congenital anomaly.* Circulation 1974;50:780-787.

Davia JE, Golden MS, Price HL, Hastings JE, Cheitlin MD: *Pulmonary varix: a diagnostic pitfall.* Circulation 1974;49:1011-1012.

Davia JE, Hallal FJ, Cheitlin MD, Gregoratos G, McCarty R, Foote W: *Coronary artery disease in young patients: arteriographic and clinical review of 40 cases aged 35 and under.* Am Heart J 1974;87:689-696.

Frederiksen RT, Cheitlin MD, Ferguson DR: *The treatment of angina pectoris with alpha methyldopa.* Am Heart J 1974;88:47-50.

Anthony CL Jr, McAllister HA Jr, Cheitlin MD: *Spontaneous graft closure in anomalous origin of the left coronary artery.* Chest 1975;68:586-588.

Cheitlin M: *Antihypertensive therapy: lessons learned from the National High Blood Pressure Education Program.* Compr Ther 1975;1(2):34-38.

Cheitlin MD: *Infectious pericarditis.* [editorial] West J Med 1975;122:323-324.

Cheitlin MD, Davia JE, de Castro CM, Barrow EA, Anderson WT: *Correlation of "critical" left coronary artery lesions with positive submaximal exercise tests in patients with chest pain.* Am Heart J 1975;89:305-310.

Cheitlin MD, DeCastro CM, Knowles DM, Fenoglio JJ, McAllister HA: *Heart neoplasm: clinical pathologic conference.* Am Heart J 1975;90:248-254.

Cheitlin MD, McAllister HA, de Castro CM: *Myocardial infarction without atherosclerosis.* JAMA 1975;231:951-959.

Davia JE, Cheitlin MD, de Castro CM, Lawless O, Niemi L: *Absence of echocardiographic abnormalities of the anterior mitral valve leaflet in rheumatoid arthritis.* Ann Intern Med 1975;83:500-502.

Hall RJ, Bristow D, Cheitlin MD, Hultgren HN, Kouchoukos N, McAllister H Jr: *Valvular heart disease. Task Force VI.* Am J Cardiol 1975;36:617-620.

Abbott JA, Cheitlin MD: *The nonspecific camel-hump sign.* JAMA 1976;235:413-414.

Cheitlin MD: *Aortic stenosis: early recognition and treatment.* Prim Cardiol 1976;2:39ff.

Kessler KM, Foianni JE, Davia JE, Anderson WT, Pfuetze K, Pinder T, Cheitlin MD: *Tricuspid insufficiency due to nonpenetrating trauma.* Am J Cardiol 1976;37:442-444.

Abbott JA, Tedeschi MA, Cheitlin MD: *Graded treadmill stress testing. Patterns of physician use and abuse.* West J Med 1977;126:173-178.

Brundage BH, Anderson WT, Davia JE, Cheitlin MD, DeCastro CM: *Determinants of left ventricular function following aorto-coronary bypass surgery.* Am Heart J 1977;93:687-697.

Cheitlin MD: *Coarctation of the aorta.* Med Clin North Am 1977;61:655-673.

Davia JE, Fenoglio JJ, DeCastro CM, McAllister HA Jr, Cheitlin MD: *Quadricuspid semilunar valves.* Chest 1977;72:186-189.

Fenoglio JJ Jr, McAllister HA Jr, DeCastro CM, Davia JE, Cheitlin MD: *Congenital bicuspid aortic valve after age 20.* Am J Cardiol 1977;39:164-169.

Rolston WA, Hirschfeld DS, Emilson BB, Cheitlin MD: *Echocardiographic appearance of ruptured aortic cusp.* Am J Med 1977;62:133-138.

Sperling DC, Cheitlin M, Sullivan RW, Smith A: *Pulmonary arteriovenous fistulas with pulmonary hypertension.* Chest 1977;71:753-757.

Abbott JA, Cousineau M, Cheitlin M, Thomas AN, Lim RC Jr: *Late sequelae of penetrating cardiac wounds.* J Thorac Cardiovasc Surg 1978;75:510-518.

Cheitlin MD, Fenoglio JJ Jr, McAllister HA Jr, Davia JE, DeCastro CM: *Congenital aortic stenosis secondary to dysplasia of congenital bicuspid aortic valves without commissural fusion.* Am J Cardiol 1978;42:102-107.

Peters RW, Norman A, Parmley WW, Emilson BB, Scheinman MM, Cheitlin M: *Effect of therapy with methylprednisolone on the size of myocardial infarcts in man.* Chest 1978;73:483-488.

Bharati S, Bauernfeind R, Scheinman M, Massie B, Cheitlin M, Denes P, Wu D, Lev M, Rosen KM: *Congenital abnormalities of the conduction system in two patients with tachyarrhythmias.* Circulation 1979;59:593-606.

Cheitlin MD: *Acute mitral and aortic insufficiency.* Prim Cardiol Clin 1979;2:24-30.

Cheitlin MD: *Mitral valve prolapse. Key references.* Circulation 1979;59:610-612.

Cheitlin MD: *Thromboembolic studies in the patient with the prolapsed mitral valve. Has Salome dropped another veil?* [editorial] Circulation 1979;60:46-47.

Cheitlin MD, Abbott JA: *The internist's role in the recognition and management of cardiovascular trauma.* Med Clin North Am 1979;63:201-221.

Cheitlin MD, Bulger JJ, Brundage BH, Rahimtoola SH, Ullyot DJ: *Valvular heart disease. Clinical forum.* Prim Cardiol 1979;5:42ff.

Cheitlin MD, Gertz EW, Brundage BH, Carlson CJ, Quash JA, Bode RS Jr: *Rate of progression of severity of valvular aortic stenosis in the adult.* Am Heart J 1979;98:689-700.

Greenberg DI, Davia JE, Fenoglio J, McAllister HA, Cheitlin MD: *Dissecting aortic aneurysm manifesting as acute pericarditis.* Arch Intern Med 1979;139:108-109.

Arnold SB, Byrd RC, Meister W, Melmon K, Cheitlin MD, Bristow JD, Parmley WW, Chatterjee K: *Long-term digitalis therapy improves left ventricular function in heart failure.* N Eng J Med 1980;303:1443-1448.

Cheitlin MD: *The intramural coronary artery: another cause for sudden death with exercise?* [editorial] Circulation 1980;62:238-239.

Cheitlin MD, Robinowitz M, McAllister H, Hoffman JIE, Bharati S, Lev M: *The distribution of fibrosis in the left ventricle in congenital aortic stenosis and coarctation of the aorta.* Circulation 1980;62:823-830.

Scheinman MM, Remedios P, Cheitlin MD, Peters RW, Holford N, Desai J, Abbott JA: *Effects of antiarrhythmic drugs on atrioventricular conduction in patients with acute myocardial infarction.* Circulation 1980;62:20-28.

Cheitlin MD: *Digitalis in CHF: how effective? how safe?* Mod Med 1981 (Feb-Mar), 31-38.

Cheitlin MD, Byrd RC: *The click-murmur syndrome. A clinical problem in diagnosis and treatment.* JAMA 1981;245:1357-1361.

Chun PKC, Davia JE, Cheitlin MD, Green DC, Bowen TE, Brott WH: *Giant coronary pseudoaneurysm. Five-year follow-up after bypass grafting.* J Thorac Cardiovasc Surg 1981;81:92-95.

Hubbell G, Cheitlin MD, Rapaport E: *Presentation, management, and follow-up evaluation of infective endocarditis in drug addicts.* Am Heart J 1981;102:85-94.

Werner JA, Cheitlin MD, Gross BW, Speck SM, Ivey TD: *Echocardiographic appearance of the Chiari network: differentiation from right-heart pathology.* Circulation 1981;63:1104-1109.

Cheitlin MD: *Cardiovascular trauma. Key references. Part I.* Circulation 1982;65:1529-1532.

Cheitlin MD: *Cardiovascular trauma. Key references. Part II.* Circulation 1982;66:244-247.

Chun PKC, Gertz E, Davia JE, Cheitlin MD: *Coronary atherosclerosis in mitral stenosis.* Chest 1982;81:36-41.

Cheitlin MD, Hayes J: *Left bundle branch block.* Hosp Med 1983;19:189ff.

Warnowicz MA, Parker H, Cheitlin MD: *Prognosis of patients with acute pulmonary edema and normal ejection fraction after acute myocardial infarction.*Circulation 1983;67:330-334.

Wolk PJ, Cheitlin MD: *An illustrated guide to cardiac abnormalities.*Consultant 1983;23:195ff.

Cheitlin MD: *Managing heart failure.* Hosp Med 1984 (Dec), 12-31.

Cheitlin MD: *Nontransmural and transmural MI: important clinical differences.* J Cardiovasc Med 1984;6:471-485.

Cheitlin MD, Byrd RC: *Prolapsed mitral valve: the commonest valve disease?* Curr Prob Cardiol 1984;8(10):1-54.

Cheitlin MD, Mills J: *Infective endocarditis: Is cardiac catheterization usually needed before cardiac surgery?* [editorial] Chest 1984;86:4-6.

Cheitlin MD, Santos AD: *Understanding the enigma of mitral valve prolapse.* Fam Med Rep 1984;2:9ff.

Cooke M, Wolk PJ, Cheitlin MD: *Mediastinal tumor causing continuous murmur.* Am Heart J 1984;107:1282-1284.

Davia JE, Green DC, Cheitlin MD, DeCastro C, Brott WH: *Anomalous left coronary artery origin from the right coronary sinus.* Am Heart J 1984;108:165-166.

Higgins CB, Byrd BF 3d, Farmer DW, Osaki L, Silverman NH, Cheitlin MD: *Magnetic resonance imaging in patients with congenital heart disease.* Circulation 1984;70:851-960.

Wolk PJ, Cheitlin MD: *The chest X-ray in cardiac disease: general principles.* Prim Card 1984;(Suppl 1):31ff.

Cheitlin MD, Bonow RO, Parmley WW, Roberts WC, Swan HJ, Williams JF Jr: *Cardiovascular*

*abnormalities in the athlete: recommendations regarding eligibility for competition. Task Force II: Acquired valvular heart disease. 16th Bethesda Conference.* J Am Coll Cardiol 1985;6:1209-1214.

Greenberg B, Massie B, Thomas D, Bristow JD, Cheitlin M, Broudy D, Szlachcic J, Krishnamurthy G: *Association between the exercise ejection fraction response and systolic wall stress in patients with chronic aortic insufficiency.* Circulation 1985;71:458-465.

Massie BM, Kramer BL, Loge D, Topic N, Greenberg BH, Cheitlin MD, Bristow JD, Byrd RC: *Ejection fraction response to supine exercise in asymptomatic aortic regurgitation: relation to simultaneous hemodynamic measurements.* J Am Coll Cardiol 1985;5:847-855.

Cheitlin MD: *Congenital heart disease in the adult.* Mod Concepts Cardiovasc Dis 1986;55:20-24.

Didier D, Higgins CB, Fisher MR, Osaki L, Silverman NH, Cheitlin MD: *Congenital heart disease: gated MR imaging in 72 patients.* Radiology 1986;158:227-235.

Dohrmann ML, Cheitlin MD: *Cardiogenic syncope. Seizure versus syncope.* Neurol Clin 1986;4:549-562.

Szlachcic J, Massie BM, Greenberg B, Thomas D, Cheitlin M, Bristow JD: *Intertest variability of echocardiographic and chest X-ray measurements: implications for decision making in patients with aortic regurgitation.* J Am Coll Cardiol 1986;7:1310-1317.

Cheitlin MD: *Digitalis: is it useful in congestive heart failure in patients in normal sinus rhythm?* Cardiology 1987;74:376-86.

Cheitlin MD: *The timing of surgery in mitral and aortic valve disease.* Curr Probl Cardiol 1987;12:69-149.

Cornyn JW, Massie BM, Greenberg B, Loge DL, Thomas D, Bristow JD, Cheitlin M, Krishnamurthy G: *Reproducibility of rest and exercise left ventricular ejection fraction and volumes in chronic aortic regurgitation.* Am J Cardiol 1987;59:1361-1365.

Buckley MJ, Cheitlin MD, Goldman L, Kaplan JA, Kouchoukos NT: *Cardiac surgery and noncardiac surgery in elderly patients with heart disease.* J Am Coll Cardiol 1987;10:35A-37A.

Rahimtoola SH, Cheitlin MD, Hutter AM Jr: *Cardiovascular disease in the elderly. Valvular and congenital heart disease.* J Am Coll Cardiol 1987;10:60A-62A.

Sechtem U, Sommerhoff BA, Markiewicz W, White RD, Cheitlin MD, Higgins CB: *Regional left ventricular wall thickening by magnetic resonance imaging: evaluation in normal persons and patients with global and regional dysfunction.*Am J Cardiol 1987;59:145-151.

Silver MD, Cheitlin MD: *How preoperative factors translate into surgical risk.* Consultant 1987;27:139-50.

Strunk BL, Cheitlin MD, Stulbarg MS, Schiller NB: *Right-to-left interatrial shunting through a patent foramen ovale despite normal intracardiac pressures.* Am J Cardiol 1987;60:413-415.

Cheitlin MD: *The aggressive war on acute myocardial infarction: is the blitzkrieg strategy changing?* [editorial] JAMA 1988;260:2894-2896.

Cheitlin MD: *Finding the high-risk patient with coronary artery disease.* JAMA 1988;259:2271-2277.

Cheitlin MD: *Non-Q-wave infarction: diagnosis, prognosis, and treatment.* Adv Intern Med 1988;33:267-294.

Greenberg B, Massie B, Bristow JD, Cheitlin M, Siemienczuk D, Topic N, Wilson RA, Szlachcic J, Thomas D: *Long-term vasodilator therapy of chronic aortic insufficiency. A randomized double-blinded,placebo-controlled clinical trial.* Circulation 1988;78:92-103.

Lam D, Cheitlin MD, Popper RW, Szarnicki RJ: *Rapid development of biventricular heart failure in corrected transposition of the great arteries during pregnancy.* Am Heart J 1988;116:1111-1115.

Sechtem U, Pflugfelder PW, Cassidy MM, White RD, Cheitlin MD, Schiller NB, Higgins CB: *Mitral or aortic regurgitation: quantification of regurgitant volumes with cine MR imaging.* Radiology 1988;167:425-430.

White RD, Cassidy MM, Cheitlin MD, Emilson B, Ports TA, Lim AD, Botvinick EH, Schiller NB, Higgins CB: *Segmental evaluation of left ventricular wall motion after myocardial infarction: magnetic resonance imaging versus echocardiography.* Am Heart J 1988;115:166-175.

White RD, Holt WW, Cheitlin MD, Cassidy MM, Ports TA, Lim AD, Botvinick EH, Higgins CB: *Estimation of the functional and anatomical extent of myocardial infarction using magnetic resonance imaging.* Am Heart J 1988;115:740-748.

Wilson RA, Greenberg BH, Massie BM, Bristow JD, Cheitlin M, Siemienczuk D, Krishnamurthy GT, Thomas D: *Left ventricular response to submaximal and maximal exercise in asymptomatic aortic regurgitation.* Am J Cardiol 1988;62:606-610.

Bouchard A. Yock P, Schiller NB, Blumlein S, Botvinick EH, Greenberg B, Cheitlin M, Massie: *Value of color Doppler estimation of regurgitant volume in patients with chronic aortic insufficiency.* Am Heart J 1989;117:1099-1105.

Cheitlin MD: *Mitral valve prolapse.* Curr Opin Cardiol 1989;4:198-205.

Cheitlin, MD: *Pharmacologic management of heart failure: state of the art.* Choices Cardiol 1989;3:21-22.

Cheitlin MD: *Severe aortic stenosis in the sick octogenarian. A clear indicator for balloon valvuloplasty as the initial procedure.* [comment] Circulation 1989;80:1906-1908.

Cheitlin MD: *The spectrum of cardiovascular disease in the elderly.* [editorial] Int J Cardiol 1989;22:283-288.

Deedwania P, Cheitlin M, Das S, Pool P, Singh J, Pasternak R, Carabello B: *Double-blind crossover comparison of amlodipine at three dose levels and placebo in chronic stable angina.* Am Heart J 1989;118:1132-1133.

Himelman RB, Dohrmann M, Goodman P, Schiller NB, Starksen NF, Warnock M, Cheitlin MD: *Severe pulmonary hypertension and cor pulmonale in the acquired immunodeficiency syndrome.* Am J Cardiol 1989;64:1396-1399.

Krumholz HM, Cheitlin MD: *Cardiac disease in persons with acquired immunodeficiency syndrome.* Choices in Cardiol 1989;3:249-252.

MacGregor JS, Cheitlin MD: *Diagnosis and management of infective endocarditis.* Texas Heart Inst J 1989;16:230-238.

Pflugfelder PW, Landzberg JS, Cassidy MM, Cheitlin MD, Schiller NB, Auffermann W, Higgins CB: *Comparison of cine MR imaging with Doppler echocardiography for the evaluation of aortic regurgitation.* AJR 1989;152:729-735.

Siemienczuk D, Greenberg B, Morris C, Massie B, Wilson RA, Topic N, Bristow JD, Cheitlin M: *Chronic aortic insufficiency: factors associated with progression to aortic valve replacement.* Ann Intern Med 1989;110:587-592.

Cheitlin MD: *Mitral valve repair: procedure of choice for mitral regurgitation.* Council Clin Cardiol Newsletter, 1990(Winter):3-10.

Don BR, Sebastian A, Cheitlin M, Christiansen M, Schambelan M: *Pseudohyperkalemia caused by fist clenching during phlebotomy.* N Engl J Med 1990;322:1290-1292.

Greenberg B, Siemienczuk D, Massie B, Morris C, Wilson R, Topic N, Bristow JD, Cheitlin M: *Chronic aortic valve insufficiency: identifying patients at risk for progression to surgery.* Cardiol Board Rev 1990;7:23-36.

Siegel D, Cheitlin MD, Black DM, Seeley D, Hearst N, Hulley SB: *Risk of ventricular arrhythmias in hypertensive men with left ventricular hypertrophy.* Am J Cardiol 1990;65:742-747.

Winters WL Jr, McIntosh HD, Cheitlin MD, Elon R, Graboys TB, King SB 3d, Murdaugh C, Orentlicher D, Ports TA, Rainer WG, Rapaport E, Rial WY, Saunders E, Ullyot DJ, Weg JG: *The relation of cardiovascular specialists to patients, other physicians and physician-owned organizations. Task Force II: Ethics in Cardiovascular Medicine.* J Am Coll Cardiol 1990;16:11-16.

Cheitlin MD: *The internist's role in the management of the patient with traumatic heart disease.* Cardiol Clin 1991;9:675-688.

Cheitlin MD: *Myocardial contusion.* Curr Prac Emerg Med 1991;108-112.

Cheitlin MD: *Valvular heart disease: management and intervention. Clinical overview and discussion.* Circulation 1991;84:I-259--I-264.

Cheitlin MD, Byrd R, Benowitz N, Liu E, Modin G: *Amiloride improves hemodynamics in patients with chronic congestive heart failure treated with chronic digoxin and diuretics.* Cardiovasc Drugs Ther 1991;5:719-725.

Kuecherer HF, Kee LL, Modin G, Cheitlin MD, Schiller NB: *Echocardiography in serial evaluation of left ventricular systolic and diastolic function: importance of image acquisition, quantitation, and physiologic variability in clinical and investigational applications.* J Am Soc Echo 1991;4:203-214.

Wilson R, Perlmutter N, Jacobson N, Siemienczuk D, Szlachcic J, Bristow JD, Cheitlin M, Massie B, Greenberg B: *Effects of long-term vasodilator therapy on electrocardiographic abnormalities in chronic aortic regurgitation.* Am J Cardiol 1991;68:935-939.

Brenner LD, Caputo GR, Mostbeck G, Steiman D, Dulce M, Cheitlin MD, O'Sullivan M, Higgins CB: *Quantification of left to right atrial shunts with velocity- encoded cine nuclear magnetic resonance imaging.* J Am Coll Cardiol 1992;20:1246-1250.

Cheitlin MD: *23rd Bethesda Conference. American College of Cardiology. Access to cardiovascular care. Introduction and general principles.* J Am Coll Cardiol 1992;19:1441-1448.

Dulce MC, Mostbeck GH, O'Sullivan M, Cheitlin M, Caputo GR, Higgins CB: *Severity of aortic regurgitation: interstudy reproducibility of measurements with velocity-encoded cine MR imaging.* Radiology 1992;185:235-240.

Landzberg JS, Pflugfelder PW, Cassidy MM, Schiller NB, Higgins CB, Cheitlin MD: *Etiology of the Austin Flint murmur.* J Am Coll Cardiol 1992;20:408-413.

Nauman D, Greenberg B, Massie B, Bristow JD, Cheitlin M: *Effects of stopping long-term vasodilator therapy in patients with chronic aortic insufficiency.* Chest 1992;102:720- 724.

Siegel D, Cheitlin MD, Seeley DG, Black DM, Hulley SB: *Silent myocardial ischemia in men with systemic hypertension and without clinical evidence of coronary artery disease.* Am J Cardiol 1992;70:86-90.

Siegel D, Hulley SB, Black DM, Cheitlin MD, Sebastian A, Seeley DG, Hearst N, Fine R: *Diuretics, serum and intracellular electrolyte levels, and ventricular arrhythmias in hypertensive men.* J Am Med Assoc 1992;267:1083-1089.

Wilson RA, McDonald RW, Bristow JD, Cheitlin M, Nauman D, Massie B, Greenberg B: *Correlates of aortic distensibility in chronic aortic regurgitation and relation to progression to surgery.* J Am

Coll Cardiol 1992;19:733-738.

Brown DL, Sather S, Cheitlin MD: *Reversible cardiac dysfunction associated with foscarnet therapy for cytomegalovirus esophagitis in an AIDS patient.* Am Heart J 1993;125:1439-1441.

Cheitlin MD: *Should an asymptomatic patient with hemodynamically severe aortic stenosis ever have aortic valve surgery?* Cardiol Rev 1993;1:334-349.

Chu E, Cheitlin MD: *Diagnostic considerations in patients with suspected coronary artery anomalies.* Am Heart J 1993;126:1427-1438.

Deedwania PC, Cheitlin MD, Das SK, Pool PE, Singh JB, Pasternak RC: *Amlodipine once a day in stable angina: double-blind crossover comparison with placebo.* Clin Cardiol 1993;16:599-602.

Dulce MC, Duerinckx AJ, Hartiala J, Caputo GR, O'Sullivan M, Cheitlin MD, Higgins CB: *MR imaging of the myocardium using nonionic contrast medium: signal-intensity changes in patients with subacute myocardial infarction.* AJR 1993;160:963-970.

Braunwald E, Jones RH, Mark DB, Brown J, Brown L, Cheitlin MD, Concannon CA, Cowan M, Edwards C, Fuster V, Goldman L, Green LA, Grines CL, Lytle BW, McCauley KM, Mushlin AI, Rose GC, Smith EE 3d, Swain JA, Topol EJ, Willerson JT: *Diagnosing and managing unstable angina. Agency for Health Policy and Research.* Circulation 1994;90:613-622.

Cheitlin MD: *Afterload reduction in chronic aortic regurgitation: going in the right direction?* [editorial] J Heart Valve Dis 1994;3:497-499.

Cheitlin MD: *Melvin D. Cheitlin on the possibility of interventional cardiology "Board Certification".* Cardio 1994;11:54ff.

Cheitlin MD, Douglas PS, Parmley WW: *Recommendations for determining eligibility for competition in athletes with cardiovascular abnormalities. 26th Bethesda Conference. Task Force 2: Acquired Valvular Heart Disease.* J Am Coll Cardiol 1994;24:874-880;
Med Sci Sports Exercise 1994;26(Suppl 10):S254-S260.

Langdon LO, Cheitlin MD: *Downsizing cardiology. Getting the process started.* [editorial] Circulation 1994;90:1101-1102.

Lin M, Chiang HT, Lin SL, Chang MS, Chiang BN, Kuo HW, Cheitlin MD: *Vasodilator therapy in chronic asymptomatic aortic regurgitation: enalapril versus hydralazine therapy.* J Am Coll Cardiol 1994;24:1046-1053.

MacGregor JS, Cavero PG, McCluskey ER, Cheitlin MD: *Percutaneous valvuloplasty to relieve stenosis of a bioprosthetic tricuspid valve in a patient with bacterial endocarditis.* Am Heart J 1994;128:199-202.

MacGregor JS, Cheitlin MD: *The first year after the acute MI: it is important to identify patients at high risk so that special diagnostic tests can be performed to determine appropriate therapy.* Emerg

Med October 1994;17-20;22;27.

Ritchie JL, Cheitlin MD, Hlatky MA, Ryan TJ, Williams RG: *Profile of the cardiovascular specialist: trends in needs and supply and implications for the future. 25th Bethesda Conference. Task Force 5: Future Personnel Needs for Cardiovascular Health Care.* J Am Coll Cardiol 1994;24:313-321.

Ardehali A, Segal J, Cheitlin MD: *Coronary blood flow reserve in acute aortic regurgitation.* J Am Coll Cardiol, 1995;25:1387-1392.

Cheitlin MD: *Commentary for identification of high-risk patients with hypertrophic cardiomyopathy.* Cardiol Rev 1995;3:51-52.

Cheitlin MD: *Should ultrafast computed tomography be used as a screening test for coronary artery disease: a response.* Cardiol Rev 1995;3:224-225.

Cheitlin MD, Langdon LO: *Certification in interventional cardiology: how far have we come? What remains to be done?* [editorial] J Interven Cardiol 1995;8:339-341.

Fitzgerald PJ, Ports TA, Cheitlin MD, Magilligan DJ, Tyrrell JB: *Intracardiac pheochromocytoma with dual coronary blood supply: case report and literature review.* Cardiovasc Surg 1995;3:557-561.

Heidenreich PA, Eisenberg MJ, Kee LL, Somelofski CA, Hollander H, Schiller NB, Cheitlin MD: *Pericardial effusion in AIDS. Incidence and survival.* Circulation 1995;92:3229-3234.

Lin M, Yang YF, Chiang HT, Chang MS, Chiang BN, Cheitlin MD: *Reappraisal of continuous positive airway pressure therapy in acute cardiogenic pulmonary edema. Short-term results and long-term follow-up.* Chest 1995;107:1379-1386.

Skorton DJ, Cheitlin MD, Freed MD, Garson A Jr, Pinsky WW, Sahn DJ, Warnes CA: *Guidelines for training in adult cardiovascular medicine. Core Cardiology Training Symposium (COCATS). Task Force 9: Training in the Care of Adult Patients with Congenital Heart Disease.* J Am Coll Cardiol 1995;25:31-33.

Zipes DP, DiMarco JP, Gillette PC, Jackman WM, Myerburg RJ, Rahimtoola SH, Ritchie JL, Cheitlin MD, Garson A Jr, Gibbons RJ, et al: *Guidelines for clinical intracardiac electrophysiological and catheter ablation procedures. A report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines (Committee on Clinical Intracardiac Electrophysiologic and Catheter Ablation Procedures), developed in collaboration with the North American Society of Pacing and Electrophysiology.* J Am Coll Cardiol 1995;26:555-573.

Alpert JS, Cheitlin MD: *Update in cardiology.* [erratum in Ann Intern Med 1996;125:428]. Ann Intern Med 1996;125:40-46.

Ardehali A, Segal J, Cheitlin MD: *An improved valve-spreading catheter for producing reversible graded acute aortic regurgitation.* Cardiology 1996;87:276-278.

Benowitz NL, Zevin S, Carlsen S, Wright J, Schambelan M, Cheitlin M: *Orthostatic hypertension due to vascular adrenergic hypersensitivity*. Hypertension 1996;28:42-46.

Blake-Imada LM, Cheitlin MD: *Plasma Lipid Reduction and Regression of Coronary Artery Disease*. Resident & Staff Physician 1996;42:82-85.

Cheitlin MD: *Coronary bypass surgery in the elderly*. Clin Geriatr Med 1996;12:195-205.

Cheitlin MD: *Management of valve disease in the elderly*. Am J Geriatr Cardiol 1996;5:65-67,88.

Cheitlin MD: *Section editor's comments* (to Somerville J: *The adult with surgically corrected congenital heart disease: long-term care*). Cardiol Rev 1996;4:64f.

Downing SM, Norcini JJ Jr, Kangilaski R, Popp RL, Cheitlin MD: *Still-frame simulations of cardiac motion studies: validity evidence from the Cardiovascular Disease Certification Examination*. Academic Med 1996;71(Suppl 1):S43-S45.

Cheitlin MD: Significant valve disase in the Octogenarian – When is intervention warranted? AM J Geriatr Cardiol 2000;9(suppl):33-39.

Braunwald E, Antman EM, Beasley JW, Califf Rm, Cheitlin MD, Hochman JS, Jones RH, Kereiakes D, Kupersmith J, Levin TN, Pepine CJ, Schaeffer JW, Smit EE III, Steward DE, Theroux P. ACC/AHA Guidelines for the Management of Patients with Unstable Angina and Non-ST-Segment Elevation Myocardial Infarction: a report of the American College of Cardiology/American Heart Association Task Force on Practical guidelines (Committee on the Management of Patients with Unstable Angina). J Am Coll Cardiol 2000;36:970-1062.

Eagle KA, Brundage BH, Chaitman BR, Ewy GA, Fleisher LA, Hertzer NR, Leppo JA, Ryan T, Schlant RC, Spencer WH 3d, et al: *Guidelines for perioperative cardiovascular evaluation for noncardiac surgery. Report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines (Committee on Perioperative Cardiovascular Evaluation for Noncardiac Surgery).* Circulation 1996;93:1278-1317; J Am Coll Cardiol 1996;27:910-948.

Globits S, Blake L, Bourne M, Fujita N, Duerinckx A, Szolar D, Cheitlin M, Higgins CB: *Assessment of hemodynamic effects of angiotensin-converting enzyme inhibitor therapy in chronic aortic regurgitation by using velocity-encoded cine magnetic resonance imaging*. Am Heart J 1996;131:289-293.

Applegate WB, Rich MW. Cheitlin MD: *Integrating geriatrics into cardiology training programs*. [editorial] J Am Geriatr Soc 1997;45:641-642.

Cheitlin MD: *Bad news for couch potatoes!* [comment] Cardiol Rev 5:170f, 1997.

Cheitlin MD, Alpert JS, Armstrong WF, Aurigemma GP, Beller GA, Bierman FZ, Davidson TW, Davis JL, Douglas PS, Gillam LD, et al: *ACC/AHA Guidelines for the Clinical Application of Echocardiography. A report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines (Committee on Clinical Application of Echocardiography). Developed in collaboration with the American Society of Echocardiography.* Circulation 1997;95:1686-1744; J Am Coll Cardiol 1997;29:862-879.

Gibbons RJ, Balady GJ, Beasley JW, Bricker JT, Duvernoy WF, Froelicher VF, Mark DB, Marwick TH, McCallister BD, Thompson PD Jr, et al: *ACC/AHA guidelines for exercise testing: executive summary. A report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines (Committee on Exercise Testing).* Circulation 1997;96:345-354; J Am Coll Cardiol 1997;30:260-311.

Michaels AD, Lederman RJ, MacGregor JS, Cheitlin MD: *Cardiovascular involvement in AIDS.* Curr Probl Cardiol 1997;22:109-148.

Taylor AJ, Byers JP, Cheitlin MD, Virmani R: *Anomalous right or left coronary artery from the contralateral coronary sinus: "high-risk" abnormalities in the initial coronary artery course and heterogeneous clinical outcomes.* Am Heart J 1997;133:428-435.

Cheitlin MD: *Finding 'just the right moment' for operative intervention in the asymptomatic patient with moderate to severe aortic regurgitation.* [editorial; comment] Circulation 1998;97:518-520.

Gregoratos G, Cheitlin MD, Freedman RA, et al: *ACC/AHA guidelines for implantation of cardiac pacemakers and antiarrhythmia devices. A report of the American College of Cardiology / American Heart Association Task Force on Practice Guidelines (Committee on Pacemaker Implantation).* J Am Coll Cardiol 1998;31:1175-1209.

Hutter AM Jr, Alpert JS, Cheitlin MD, Crawford MH, Fye WB, Garson A Jr, Ullyot DJ: *Access to cardiovascular care and related issues: Ad Hoc Task Force on Access to Cardiovascular Care. American College of Cardiology.* J Am Coll Cardiol 1998;31:485-486.

Moser M, Cheitlin MD, Gifford R. Related Articles
Treatment of High Blood Pressure in the Elderly: A Position Paper from the Society of Geriatric Cardiology. Am J Geriatr Cardiol. 1998 Jul;7(4):41-42.

Cheitlin MD: *Pacemaker lead removal: an increasingly complicated skill.* [review] Cardiology in Review 1998;6:155.

Rich MW, Cheitlin MD, Hazzard WR, Alpert JS: *Integration of geriatrics into cardiology fellowship training programs. A joint position paper from the American Geriatrics Society and the Society of Geriatric Cardiology.* Am J Geriatr Cardiol 1998;7(4):52-53.

Rich MW, Hazzard WR, Cheitlin MD, Alpert JS: *Integration of geriatrics into cardiology fellowship training programs: a joint position paper from the American Geriatrics Society and the Society of Geriatric Cardiology.* J Am Geriatr Soc 1998;46:921.

Cheitlin M, Conti CR, Perloff JK, O'Connor DL: *The art of auscultation.* Patient Care 1998;32(20):35-48 passim.

Cheitlin MD, Hutter AM Jr, Brindis RG, et al: *Use of sildenafil (Viagra) in patients with cardiovascular disease.* Circulation 1999;99:168-177.

Cheitlin MD, Gerstenblith G, Hazzard WR, Pasternak R, Fried LP, Rich MW, Krumholz HM, Peterson E, Reves JG, McKay C, Saksena S, Shen WK, Akhtar M, Brass LM, Biller J.
Database Conference January 27-30, 2000, Washington D.C.--Do existing databases answer clinical questions about geriatric cardiovascular disease and stroke?
Am J Geriatr Cardiol. 2001 Jul-Aug;10(4):207-23.

Cheitlin MD. Obesity is bad: but what should the definition be, and when is it bad?
Cardiol Rev. 2001 Jul-Aug;9(4):208-9.

Cheitlin MD, Gerstenblith G, Hazzard WR, Pasternak R, Fried LP, Rich MW, Krumholz HM, Peterson E, Reves JG, McKay C, Saksena S, Shen WK, Akhtar M, Brass LM, Biller J. AHA Conference Proceedings: Do existing databases hold the answers to clinical questions in geriatric cardiovascular disease and stroke? Executive Summary. Database Conference, January 27-30, 2000. Washington, DC, USA.
Circulation. 2001 Aug 14;104(7):E39.

Cheitlin MD, Khayam-Bashi H. Biomarkers of Myocardial Infarction: Finding the Right Cut-off Point. Cardiol Rev. 2001 Nov-Dec;9(6):323-4.

Cheitlin MD. Surgery for Chronic Aortic Regurgitation: When Should It Be Considered? AM Fam Physician 2001; 64:1709-14.

Cheitlin MD. Surgery for Chronic Mitral Regurgitation: Determining the Optimal Time for Intervention. Cardiology in Review 2001; 9:144-145.

Cheitlin MD. Congenital Heart Disease: Clinical Trials Report. Current Cardiology Reports. 2002; 4:49-53.

Cheitlin MD. A primary reader for the initiate to molecular cardiology (molecular cardiology for dummies). Cardiol Rev. 2002 Jan-Feb;10(1):34.

Braunwald E, Antman EM, Beasley JW, Califf RM, Cheitlin MD, Hochman JS, Jones RH, Kereiakes D, Kupersmith J, Levin TN, Pepine CJ, Schaeffer JW, Smith EE 3rd, Steward DE, Theroux P, Alpert JS, Eagle KA, Faxon DP, Fuster V, Gardner TJ, Gregoratos G, Russell RO, Smith SC Jr. Related Articles
ACC/AHA guidelines for the management of patients with unstable angina and non-ST-segment elevation myocardial infarction. A report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines (Committee on the Management of Patients With Unstable Angina).
J Am Coll Cardiol. 2000 Sep;36(3):970-1062.

Cheitlin MD.
Can clinical evaluation differentiate diastolic from systolic heart failure? If so, is it important?
Am J Med. 2002 Apr 15;112(6):496-7.

Braunwald E, Antman E, Beasley J, Califf R, Cheitlin M, Hochman J, Jones R, Kereiakes D, Kupersmith J, Levin T, Pepine C, Schaeffer J, Smith E, Steward D, Theroux P, Gibbons R, Antman E, Alpert J, Faxon D, Fuster V, Gregoratos G, Hiratzka L, Jacobs A, Smith S. ACC/AHA 2002 guideline update for the management of patients with unstable angina and non-ST-segment elevation myocardial infarction-summary article. A report of the American College of Cardiology/American Heart Association task force on practice guidelines (Committee on the Management of Patients With Unstable Angina).
J Am Coll Cardiol. 2002 Oct 2;40(7):1366.

Braunwald E, Antman EM, Beasley JW, Califf RM, Cheitlin MD, Hochman JS, Jones RH, Kereiakes D, Kupersmith J, Levin TN, Pepine CJ, Schaeffer JW, Smith EE 3rd, Steward DE, Theroux P, Gibbons RJ, Alpert JS, Faxon DP, Fuster V, Gregoratos G, Hiratzka LF, Jacobs AK, Smith SC Jr. ACC/AHA guideline update for the management of patients with unstable angina and non-ST-segment elevation myocardial infarction--2002: summary article: a report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines (Committee on the Management of Patients With Unstable Angina).
Circulation. 2002 Oct 1;106(14):1893-900.

Cheitlin MD. Cardiovascular Physiology – Changes with Aging. Am J Geriatr Cardiol 2003; 12:9-13.

Cheitlin MD. Pathophysiology of Valvular Aortic Stenosis in the Elderly . Am J Geriatr Cardiol 2003;12:173-177.

Cheitlin MD. Should the Patient With Coronary Artery Disease Use Sildenafil? Prev Cardiol 2003; 6:161-165.

Cheitlin MD. Sexual Activity and Cardiovascular Disease. Am J Cardiol 2003; 92(Suppl):3M-8M.

Cheitlin MD. Proflies in Cardiology. Elliot Rapaport. Clin Cardiol. 2003 Aug;26(8):396-7.

Cheitlin MD, Armstrong WF, Aurigemma GP, Beller GA, Bierman FZ, Davis JL, Douglas PS, Faxon DP, Gillam LD, Kimball TR, Kussmaul WG, Pearlman AS, Philbrick JT, Rakowski H, Thys DM, Antman EM, Smith SC Jr, Alpert JS, Gregoratos G, Anderson JL, Hiratzka LF, Hunt SA, Fuster V, Jacobs AK, Gibbons RJ, Russell RO; American College of Cardiology; American Heart Association; American Society of Echocardiography. ACC/AHA/ASE 2003 guideline update for the clinical application of echocardiography: summary article: a report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines (ACC/AHA/ASE Committee to Update the 1997 Guidelines for the Clinical Application of Echocardiography).
Circulation. 2003 Sep 2;108(9):1146-62.

Cheitlin MD, Armstrong WF, Aurigemma GP, Beller GA, Bierman FZ, Davis JL, Douglas PS, Faxon DP, Gillam LD, Kimball TR, Kussmaul WG, Pearlman AS, Philbrick JT, Rakowski H, Thys DM.

ACC/AHA/ASE 2003 guideline update for the clinical application of echocardiography--summary article: a report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines (ACC/AHA/ASE Committee to Update the 1997 Guidelines for the Clinical Application of Echocardiography).
J Am Coll Cardiol. 2003 Sep 3;42(5):954-70.

Cheitlin MD, Armstrong WF, Aurigemma GP, Beller GA, Bierman FZ, Davis JL, Douglas PS, Faxon DP, Gillam LD, Kimball TR, Kussmaul WG, Pearlman AS, Philbrick JT, Rakowski H, Thys DM, Antman EM, Smith SC Jr, Alpert JS, Gregoratos G, Anderson JL, Hiratzka LF, Faxon DP, Hunt SA, Fuster V, Jacobs AK, Gibbons RJ, Russell RO; ACC; AHA; ASE.
ACC/AHA/ASE 2003 Guideline Update for the Clinical Application of Echocardiography: summary article. A report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines (ACC/AHA/ASE Committee to Update the 1997 Guidelines for the Clinical Application of Echocardiography).
J Am Soc Echocardiogr. 2003 Oct;16(10):1091-110.

Kloner RA, Brindis RG, Cheitlin MD, Kuritzky L, Miller TA, Padma-Nathan H, Rosen RC. Roundtable discussion: tadalafil study group. Am J Cardiol. 2003;92:58M-65M.

Cheitlin MD. Sexual activity and cardiovascular disease.
Am J Cardiol. 2003 Nov 6;92(9A):3M-8M.

Kloner RA, Brindis RG, Cheitlin MD, Kuritzky L, Miller TA, Padma-Nathan H, Rosen RC. Roundtable discussion: tadalafil study group.
Am J Cardiol. 2003 Nov 6;92(9A):58M-65M.

Cheitlin MD.Stress echocardiography in mitral stenosis: when is it useful?
J Am Coll Cardiol. 2004;43:402-4.

Cheitlin MD. Erectile dysfunction: the earliest sign of generalized vascular disease?
J Am Coll Cardiol. 2004 Jan 21; 43(2): 185-6.

Popp RJ, Smith SC Jr, Adams RJ, Antman EM, Kavey RE, DeMaria AN, Ohman EM, Pitt B, Willerson JT, Bellande BJ, Fonarow GC, Nishimura RA, Shah PM, Hirshfeld JW Jr, Messer JV, Peterson ED, Prystowsky EN, Anderson JL, Cheitlin MD, Goldstein LB, Grant AO, Beller GA, Hines EF Jr, Livingston DW, McEntree CW; American College of Cardiology Foundation; American Heart Association.ACCF/AHA consensus conference report on professionalism and ethics. Circulation. 2004;110:2506-49.

Bonow RO, Zipes DP, Anderson JL, Cheitlin MD, Goldstein LB, Grant AO, Faxon D, Lima JA, Robertson RM.Task force 5: Expert testimony and opinions.
J Am Coll Cardiol. 2004;44:1747-9.]

Bonow RO, Cheitlin MD, Crawford MH, Douglas PS.
Task Force 3: valvular heart disease.
J Am Coll Cardiol. 2005 Apr 19;45(8):1334-40.

Cheitlin MD. PDE5 Inhibitors: Two new drugs and cardiovascular uses beyond erectile dysfunction. Cardiology Review. 2005; 2:18- 22.

Cheitlin MD. Asymptomatic adult patients with aortic stenosis: should they ever have aortic valve replacement? Am Heart Hosp J. 2005 Fall;3(4):243-6.

Cheitlin MD. Sexual activity and cardiac risk. Am J Cardiol. 2005 Dec 26;96(12 Suppl 2):24-8.

## ABSTRACTS

Sampson JJ, Elevitch FR, Cheitlin MD, Nagle JP, Foote WC, Sweatman TW: *Activity differences of serum enzymes in venous, cardiac, and arterial blood. Significance in myocardial infarction.* Cardiovasc Res 1970;4:S-273.

Anderson WT, Brundage BH, Cheitlin MD: *Vectorcardiographic changes following saphenous vein bypass graft.* Am J Cardiol 1973;31:116.

Davia J, Lawless O, Niemi L, Cheitlin MD: *Absence of echocardiographic abnormalities of the anterior mitral valve leaflet in patients with rheumatoid arthritis.* Circulation 1974;50:III-221.

Davia JE, Barrow E, DeCastro C, Cheitlin MD: *Identification of critical coronary artery lesions by submaximal exercise testing.* Am J Cardiol 1974;33:133.

DeCastro CM, Fenoglio JJ, Davia JE, Cheitlin MD, McAllister HA: *The bicuspid aortic valve after age 20.* Circulation 1975;51-52:II-79.

Abbott JA, Tedeschi M, Cheitlin MD: *Is treadmill stress testing aptly applied to patient management?* Clin Res 1976;24:107A.

Frommer PL, Doft BH, Blackshear PL Jr, Labarthe DR, Castle CH, Nobel JJ, Cheitlin MD, Rahmoeller GA, Feinleib M, Gear AS Jr, Shekelle RB, Geddes LA, Schoenberger JA: *Automated blood pressure devices for mass screening. Report of the Task Force.* Bethesda: National Heart and Lung Institute, 1976. p. 42.

Abbott J, Cousineau M, Cheitlin MD, Thomas A: *Late sequelae of penetrating cardiac wounds.* Clin Res 1977;25:86A.

Abbott JA, Thomas AN, Cousineau M, Cheitlin MD, Lim RC Jr: *Late sequelae of penetrating cardiac wounds.* Samson Thoracic Surg Program, 3rd Ann Meeting, 1977. p. 48.

Cheitlin MD, Fenoglio JJ, McAllister HA, DeCastro CM, Davis JE: *Congenital aortic stenosis without commissural fusion due to the dysplastic bicuspid valve.* Am J Cardiol 1977;39:306.

Cheitlin MD, Gertz EW, Brundage B, Quash J, Bode R: *The rate of progression of aortic stenosis in adults.* Am J Cardiol 1977;39:299.

Carlson CJ, Cheitlin MD, Rapaport E: *Immediate changes in ventricular function due to renografin.* Federation Proc 1978;37:920.

Cheitlin MD, Robinowitz M, McAllister H, Hoffman S, Bharati S, Lev M: *The distribution of fibrosis in left ventricle in congenital aortic stenosis and coarctation of the aorta.* Circulation 1978;58:II-243.

Rosen K, Bharati S, Bauernfeind R, Scheinman M, Cheitlin MD, Denes P, Wu D, Lev M: *Congenital abnormalities of the conduction system in two patients with recurrent tachyarrhythmia.* Clin Res

1978;26:485A.

Byrd R, Arnold S, Meister W, Cheitlin MD, Bristow D, Chatterjee K: *Hemodynamic improvement at rest and exercise with chronic digoxin in heart failure.* American Heart Association, 52nd Scientific Sessions, 1979:II-75.

Morelli RL, Carlson CJ, Byrd RC, Rapaport E, Cheitlin MD: *Reinfection endocarditis in intravenous drug abusers.* Clin Res 1981;29:224A.

Wolff L, Cheitlin MD, Brundage BH, Lipton MJ: *Does akinesia differ from dyskinesia in its effect on left ventricular function?* Clin Res 1981;29:252A.

Byrd RC, Cheitlin MD, Newlands J, Petru MA: *Improved hemodynamics from amiloride in patients with stable congestive heart failure on chronic digoxin and diuretics.* J Am Coll Cardiol 1984.

Greenberg B, Massie B, Bristow JD, Cheitlin MD, Broudy D, Kramer B, Krishnamurthy G, Cox D, Loge D, Thomas D: *Association between echocardiographic variables in the exercise ejection fraction response in aortic insufficiency.* Clin Res 1984;32:70A.

Kramer B, Massie B, Topic N, Cheitlin MD, Greenberg B, Bristow JD, Byrd R, Loge D: *Abnormal exercise responses in asymptomatic aortic regurgitation.* Circulation 1984.

Massie B, Greenberg B, Cheitlin MD, Thomas D, Bristow JD: *Inter-test variability of echo and X-ray measurements: implications for decision making in patients with valvular regurgitation.* Clin Res 1984;32:71A.

Massie B, Kramer B, Topic N, Greenberg B, Loge D, Cheitlin MD, Bristow JD, Byrd R: *Exercise hemodynamic responses in asymptomatic aortic regurgitation.* Clin Res 1984;32:71A.

Morelli RL, Cheitlin MD, Rapaport E, Byrd R: *Successful revascularization by intracoronary streptokinase in acute myocardial infarction when intravenous streptokinase fails.* Clin Res 1984;32:10A.

Cheitlin M, Byrd R, Newlands J, Benowitz N, Modin G: *Improved hemodynamic and positive inotropic effect of amiloride in chronic congestive heart failure patients on chronic digoxin and diuretics.* Geneva, Switzerland: Cardiovascular Pharmacotherapy International Symposium, 1985. # 897.

Greenberg B, Massie B, Broudy D, Bristow JD, Cheitlin MD, Thomas D, Siemienczuk D, Topic N: *Resting end-systolic wall stress is related to exercise performance in aortic insufficiency.* Anaheim: American Heart Association, 34th Annual American Heart Association Scientific Sessions, 1985.

Cheitlin MD, Bristow JD, Massie B, et al: *Correlation of physical findings in aortic insufficiency with hemodynamic severity.* J Am Coll Cardiol 1986;7:115A.

Cheitlin MD, Bristow JD, Thomas D, Krishnamurthy G, Topic N, et al: *Intraobserver variability of findings on cardiac physical examination in aortic insufficiency.* Atlanta: American College of

Cardiology, 35th Annual Scientific Sessions, 1986.

Massie B, Greenberg B, Cheitlin MD, Bristow JD, Siemienczuk D, Loge D, Wilson R, Krishnamurthy G, Thomas D: *Chronic hydralazine therapy for aortic insufficiency.* Circulation 1986;74:II-55.

Wilson RA, Greenberg BH, Massie B, Bristow JD, Cheitlin MD, et al: *Response to submaximal and maximal exercise in aortic insufficiency.* J Am Coll Cardiol 1986;7:172A.

Greenberg B, Massie B, Bristow D, Cheitlin M, Siemienczuk D, Topic N, Wilson R, Thomas D: *Factors influencing the response to long-term arterial dilator therapy for aortic insufficiency.* Circulation 1987;76:IV-516.

Landzberg JS, Pflugfelder PW, Cassidy MM, Schiller NB, Cheitlin MD: *On the etiology of the Austin-Flint murmur.* Circulation 1987;76:IV-316.

Pflugfelder PW, Landzberg JS, Cassidy MM, Cheitlin MD, Auffermann W, Higgins CB: *Comparison of cine magnetic resonance imaging with Doppler echocardiography for the evaluation of aortic regurgitation.* Circulation 1987;76:IV-31.

Holt WW, Wolfe C, Pflugfelder P, Auffermann W, Buser P, Wagner S, Cheitlin MD, Higgins CB: *Quantitation of left ventricular function by cine MR: wall stress measurement in normal and cardiomyopathic subjects.* San Francisco: Society of Magnetic Resonance in Medicine, 7th Annual Meeting, 1988.

Jacobson N, Perlmutter N, Wilson R, Siemienczuk D, Szlachcic J, Topic N, Bristow JD, Cheitlin MD, Massie B, Greenberg B: *Chronic hydralazine therapy leads to improvement in electrocardiographic abnormalities in patients with chronic aortic insufficiency.* Clin Res 1988;36:108A.

Magno J, Margaretten W, Cheitlin MD: *Myocardial involvement in acquired immunodeficiency syndrome: incidence in a large autopsy study.* Atlanta: American College of Cardiology, 37th Annual Scientific Sessions, 1988.

Perlmutter N, Wilson R, McDonald R, Greenberg B, Nguyen L, Jacobson N, Siemienczuk D, Massie B, Cheitlin M: *Relationship of aortic compliance and left ventricular performance in patients with chronic aortic insufficiency.* Clin Res 1988;36:113A.

Siegel D, Cheitlin M, Black D, Emilson B, Fine R, Hulley S: *Left ventricular mass index as a predictor of ventricular arrhythmias in hypertensive men.* Clin Res 1988;36:141A.

Siemienczuk D, Greenberg B, Morris C, Topic N, Wilson RA, Bristow JD, Cheitlin M, Massie B: *Factors associated with progression to aortic valve replacement in chronic aortic insufficiency.* Clin Res 1988;36:114A.

Carey K, Lim AD, Modin GW, Cheitlin MD: *Comparison of rate-limited delayed stress thallium-201 scintigraphy after myocardial infarction.* Circulation 1989;80:II-308.

Siemienczuk D, Greenberg B, Morris C, Wilson R, Massie B, Topic N, Bristow JD, Cheitlin M: *Abrupt cessation of hydralazine in chronic aortic insufficiency does not result in clinical deterioration.* Circulation 1989;80:II-529.

Cheitlin MD, Schiller NB, Kee L, Kuecherer HF, Hollander H, Chernoff DN, French D, Tremblay T, Modin GW: *Longitudinal echocardiographic AIDS project: effect of substance abuse on left ventricular function.* San Francisco: 6th International Conference on AIDS, 1990.

Brenner LD, Steiman D, Caputo GR, Mostbeck GH, Cheitlin MD, Higgins CB: *Velocity-encoded cine MR measurement of left-to-right shunts and pulmonary blood flow in patients with congenital heart disease.* Circulation 1991;84:II-352.

Caputo GR, Steiman D, Funari M, Foster E, O'Sullivan M, Cheitlin M, Higgins CB: *Quantification of aortic regurgitation by velocity encoded cine MR.* Circulation 1991;84:II-203.

Galli FC, Cheitlin MD: *Pericardial disease in AIDS: frequency of tamponade and therapeutic and diagnostic use of pericardiocentesis.* J Am Coll Cardiol 1992;19:226A.

Lin M, Yang YF, Chiang HT, Lee D, Kuo HW, Cheitlin MD: *Pretreatment serum hyponatremia as prognostic indicator correlated with activation of renin-angiotensin-aldosterone-system, and its modification by enalapril in patients with severe chronic heart failure.* J Am Coll Cardiol, in press.

## BOOK CHAPTERS

Parmley LF Jr, Cheitlin MD: *Traumatic heart disease.* In: Fowler NO (ed): Cardiac Diagnosis and Treatment. Hagerstown, MD: Harper and Row, 1976.

Cheitlin MD: *Bacterial prophylaxis in patients with the click-murmur syndrome.* In: Rapaport E (ed): Current Controversies in Cardiovascular Disease. Philadelphia: Saunders, 1980. p. 434-440.

Cheitlin MD, Turley K: *Dissection of the aorta.* In: Rapaport E (ed): Cardiology Update: Reviews for Physicians. New York: Elsevier-North Holland, 1981. p. 65-98.

Cheitlin MD, Turley K: *Dissection of the aorta.* In: Rapaport E (ed): Cardiology Update: Reviews for Physicians. New York: Elsevier-North Holland, 1982. p. 65-105.

Abbott JA, Cheitlin MD: *Cardiac emergencies.* In: Mills J, Ho MT, Trunkey DD (eds): Current Emergency Diagnosis and Treatment. Los Altos, CA: Lange Medical, 1983. p. 447-485.

Cheitlin MD: *Evaluation of devices for the prevention of sudden death: study design for safety and efficacy of the devices.* In: Morganroth J, Moore EN (eds): Sudden Cardiac Death and Congestive Heart Failure: Diagnosis and Treatment. Boston: Nijhoff, 1983. p. 221-226.

Trunkey DD, Cheitlin MD: *Chest trauma.* In: Mills J, Ho MT, Trunkey DD (eds): Current Emergency Diagnosis & Treatment. Los Altos, CA: Lange Medical, 1983. p. 241-250.

Cheitlin MD: *Management of the asymptomatic patient with coronary artery disease.* In: Fortuin NJ (ed): Current Therapy in Cardiovascular Disease, 1984-1985. Philadelphia: Decker, 1984.

Cheitlin MD, Abbott JA: *The internist's role in the recognition and management of cardiovascular trauma.* In: Scheinman MM (ed): Cardiac Emergencies. Philadelphia: Saunders, 1984.

Cheitlin MD, Abbott JA: *Cardiac emergencies.* In: Mills J, Ho MT, Salber PR, Trunkey DD (eds): Current Emergency Diagnosis & Treatment. 2nd ed. Los Altos, CA: Lange Medical, 1985. p. 483-522.

Trunkey DD, Cheitlin MD: *Chest trauma.* In: Mills J, Ho MT, Salber PR, Trunkey DD (eds): Current Emergency Diagnosis & Treatment. 2nd ed. Los Altos, CA: Lange Medical, 1985. p. 249-259.

Cheitlin MD, Morelli RL: *Infective endocarditis.* In: Rakel RE, ed. Conn's Current Therapy, 1986: Latest Approved Methods of Treatment for the Practicing Physician. [38th ed.] Philadelphia: Saunders, 1986. p. 213-220.

Cheitlin MD: *The adult with surgically corrected congenital heart disease: the unnatural history.* In: Parmley WW, Chatterjee K, Cheitlin MD, et al. (eds): Cardiology. v.2. Philadelphia: Lippincott, 1987ff. ch. 54. p. 1-15.

Cheitlin MD: *Cardiovascular injury as the internist sees it.* In: Parmley WW, Chatterjee K, Cheitlin MD,

et al. (eds): Cardiology. v.2. Philadelphia: Lippincott, 1987ff. ch. 66. p. 1-23.

Cheitlin MD: *The chest X-ray film and the diagnosis of heart disease.* In: Parmley WW, Chatterjee K, Cheitlin MD, et al. (eds): Cardiology. v.1. Philadelphia: Lippincott, 1987ff. ch. 38. p. 1ff.

Cheitlin MD: *Coronary arterial anomalies.* In: Parmley WW, Chatterjee K, Cheitlin MD, et al. (eds): Cardiology. v.2. Philadelphia: Lippincott, 1987ff. ch. 55. p. 1-14.

Cheitlin MD: *Myocardial contusion.* In: ML Callaham, ed. Current Therapy in Emergency Medicine. Toronto; Philadelphia: Decker, 1987. p. 134-137.

Cheitlin MD, Byrd RC: *Acquired mitral valve disease.* In: Greenberg BH, Murphy E (eds): Valvular Heart Disease. Littleton, MA: PSG, 1987. p. 92-122.

Cheitlin MD, Byrd RC: *Endocarditis.* In: Greenberg BH, Murphy E (eds): Valvular Heart Disease. Littleton, MA: PSG, 1987. p. 992-1022.

Cheitlin MD, Finkbeiner WE: *Cardiac anatomy.* In: Parmley WW, Chatterjee K, Cheitlin MD, et al. (eds): Cardiology. v.1. Philadelphia: Lippincott, 1987ff. ch. 1. p. 1-19.

Cheitlin MD, Rapaport E: *Interatrial septal defect in the adult.* In: Parmley WW, Chatterjee K, Cheitlin MD, et al. (eds): Cardiology. v.2. Philadelphia: Lippincott, 1987ff. ch. 57. p. 1-9.

Cheitlin MD: *Coronary arterial anomalies: clinical and angiographic aspects.* In: Virmani R, Forman MB (eds): Nonatherosclerotic Ischemic Heart Disease. New York: Raven Press, 1989. p. 125-151.

Cheitlin MD, Virmani R: *Myocardial infarction in the absence of coronary atherosclerotic disease.* In: Virmani R, Forman MB (eds): Nonatherosclerotic Ischemic Heart Disease. New York: Raven Press, 1989. p. 1-30.

Virmani R, Rogan K, Cheitlin MD: *Congenital coronary artery anomalies: pathologic aspects.* In: Virmani R, Forman MB (eds): Nonatherosclerotic Ischemic Heart Disease. New York: Raven Press, 1989. p. 153-183.

Cheitlin MD: *Myocardial contusion.* In: Callaham ML (ed): Current Practice of Emergency Medicine. 2d ed. Philadelphia: Decker, 1991. p. 108-112.

Cheitlin MD, Ardehali A: *Acute valvular regurgitation.* In: Chatterjee K, Parmley WW, Cheitlin MD, et al. (eds): Cardiology. An Illustrated Text/Reference. 2d ed. v.1. Philadelphia: Lippincott, 1991. ch. 29. p. 1-13.

Cheitlin MD, Finkbeiner WE: *Cardiac anatomy.* In: Chatterjee K, Parmley WW, Cheitlin MD, et al. (eds): Cardiology. An Illustrated Text/Reference. 2d ed. v.1. Philadelphia: Lippincott, 1991. ch. 1. p. 1-19.

Mann CK, Cheitlin M: *Coronary episode (heart attack) as result of physical trauma.* In: Proof of Facts.

Rochester: Lawyers for Cooperative Publishing, 1991. p. 241-317.

Abbott JA, Cheitlin MD: *Cardiac arrhythmias.* In: Saunders CE, Ho MT (eds). Current Emergency Diagnosis and Treatment. 4th ed. Norwalk, CT: Appleton & Lange, 1992. p. 486-523.

Cheitlin MD, Abbott JA: *Cardiac emergencies.* In: Saunders CE, Ho MT (eds): Current Emergency Diagnosis and Treatment. 4th ed. Norwalk, CT: Appleton & Lange, 1992. p. 468-485.

Cheitlin MD, Trunkey DD: *Chest trauma.* In: Saunders CE, Ho MT (eds): Current Emergency Diagnosis and Treatment. 4th ed. Norwalk, CT: Appleton & Lange, 1992. p. 266-277.

Cheitlin MD: *AIDS and the cardiovascular system.* In: Schlant RC, Alexander RW, O'Rourke RA, et al. (eds): The Heart, Arteries, and Veins. 8th ed. New York: McGraw-Hill, 1994. p. 1953-1960.

Cheitlin MD: *Cardiac involvement in HIV disease.* In: Cohen PT, Sande MA, Volberding PA, et al. (eds): The AIDS Knowledge Base. A Textbook on HIV Disease from the University of California, San Francisco, and San Francisco General Hospital. 2d ed. Boston: Little, Brown, 1994.

Cheitlin MD: *Cardiac involvement in the patient with AIDS.* In: Broder S, Merigan TC Jr, Bolognesi B, eds. Textbook of AIDS Medicine. Baltimore: Williams & Wilkins, 1994. p. 609-615.

Figueredo V, Cheitlin MD: *Risk stratification.* In: Julian DG, Braunwald E: Management of Acute Myocardial Infarction. London; Philadelphia: Saunders, 1994. p. 361-391.

MacGregor JS, Cheitlin MD: *Cardiac tumors; cardiac manifestations of endocrine, collagen vascular, and HIV disease; and traumatic injury of the heart.* In: Hutton JJ, Kohler PO, O'Rourke RA, Reynolds HY, Samuels MA, Sande MA, Trier JS, Zvaifler NJ (eds): Internal Medicine. 4th ed. St. Louis: Mosby, 1994. p. 323-329.

Cheitlin MD: *Cardiovascular complications of HIV infection.* In: Sande MA, Volberding PA (eds): The Medical Management of AIDS. 4th ed. Philadelphia: Saunders, 1995. p. 332-344.

Cheitlin MD: *Cardiovascular involvement of acquired immunodeficiency syndrome (AIDS).* In: Schlant RC, Alexander RW (eds): Hurst's The Heart, 8th Edition, Companion Handbook. [3d ed.] New York: McGraw Hill, 1995. p. 309-315.

Cheitlin MD, Sande MA: *Cardiovascular involvement in the acquired immunodeficiency syndrome.* In: Willerson JT, Cohn JN (eds): Cardiovascular Medicine. New York: Churchill Livingstone, 1995. p. 1703-1714.

Cheitlin MD: *Aortic distensibility: does it have a role in the progression of aortic regurgitation?* In: Boudoulas H, Toutouzas PK, Wooley CF (eds): Functional Abnormalities of the Aorta. Armonk, NY: Futura, 1996. p. 321-332.

Cheitlin MD: *Cardiovascular disease and HIV infection.* In: Crowe S, Hoy J, Mills J (eds): Management of the HIV-Infected Patient. Cambridge, UK; New York: Cambridge University Press, 1996. p. 166-173.

Cheitlin MD: *The chest radiograph in the adult patient.* In: Skorton DJ, Schelbert HR, Wolf GL, Brundage BH (eds): Marcus Cardiac Imaging: A Companion to Braunwald's Heart Disease. 2d ed. v.1. Philadelphia: Saunders, 1996. p. 126-143.

Cheitlin MD: *Congenital heart disease, including unrepaired lesions in the adult.* In: Alpert JS (ed): Cardiology for the Primary Care Physician. St. Louis: Mosby; Philadelphia: Current Medicine, 1996. p. 241-252.

Cheitlin MD: *Traumatismos cardiovasculares.* In: Beregovich JT, Meruane JS, Noguera HM (eds): Cardiologia Clinica. 1st ed. Santiago de Chile: Registro de Propriedad Intelectual Dirección de Bibliotecas, Archivos y Museos, 1996. p. 689-702.

Cheitlin MD: *Cardiovascular complications of HIV infection.* In: Sande MA, Volberding PA (eds): The Medical Management of AIDS. 5th ed. Philadelphia: Saunders, 1997. p. 247-256.

Cheitlin MD: *Coronary anomalies as a cause of sudden death in the athlete.* In: Estes NAM 3d, et al. (eds): Sudden Cardiac Death in the Athlete. Armonk, NY: Futura, 1997 [? in press].

Cheitlin MD, MacGregor, JS: *Acquired tricuspid and pulmonary valve disease.* In: Topol EJ (ed): Comprehensive Cardiovascular Medicine. v.1. Philadelphia: Lippincott-Raven, 1998. p. 587-608.

Foster E, Cheitlin MD: *Hemodynamically unstable presentations of congenital heart disease in adults.* In: Brown DL (ed): Cardiac Intensive Care. Philadelphia: Saunders, 1998. p. 505-514.

Foster E, Cheitlin MD: *Recognition and management of adults with congenital heart disease.* In: Goldman L, Braunwald E (eds): Primary Cardiology. Philadelphia: Saunders, 1998. p. 390-412.

Cheitlin MD: *Coronary anomalies as a cause of sudden death in the athlete.* In: Estes NAM, Salem DN, Wang PJ (eds): Sudden Cardiac Death in the Athlete. Armonk, NY: Futura, 1998. p. 379-391.

Lederman RJ, Cheitlin MD: *Pericardial disease in HIV infection.* In: Lipschultz SE (ed): Cardiology in AIDS. New York: Chapman & Hall, 1998. p. 195-208.

MacGregor JS, Cheitlin MD: *Cardiac tumors; cardiac manifestations of endocrine, collagen vascular, and HIV disease; and traumatic injury of the heart.* In: Stein JH,et al (eds): Internal Medicine. 5th ed. St. Louis: Mosby, 1998. p. 329-334.

Cheitlin MD: *Valve disease in the octogenarian.* In: Wenger NK (ed): Cardiovascular Disease in the Octogenerian and Beyond. London: Dunitz, 1999. p. 255-266.

Cheitlin MD: *Cardiovascular involvement in the acquired immunodeficiency syndrome (AIDS).* In: Alexander RW, Schlant RC, Fuster V, et al. (eds): Hurst's The Heart, Arteries and Veins: Companion Handbook. 9th ed. New York: McGraw-Hill, 1999. p. 461-469.

Cheitlin MD: *Cardiac involvement in HIV disease.* In: Cohen PT, Sande MA, Volberding PA (eds): The AIDS Knowledge Base: a Textbook on HIV Disease. 3rd ed. Philadelphia: Lippincott Williams & Wilkins, 1999. p. 487-496.

Cheitlin MD: *Cardiac involvement in the patient with AIDS.* In: Merigan TC Jr, Bartlett JG, Bolognesi D (eds): Textbook of AIDS medicine. 2nd ed. Baltimore: Williams & Wilkins, 1999. p. 601-610.

Cheitlin MD: *Aortic dissection, aneurysm and rupture.* In: Wachter RM, Goldman L, Hollander H (eds): Hospital Medicine. Philadelphia: Lippincott Williams & Wilkins, 2000. p. 329-338.

Cheitlin MD: *Valve disease and infective endocarditis in* The Merck Manual of Geriatrics Third Edition. Editors: Beers MH and Berkow R. Merck Research Laboratories, West Point, PA 2000

Cheitlin MD, Sande MA: *Cardiovascular involvement in AIDS in* Cardiovascular Medicine Second Edition, Editors Willerson JT and Cohn JN, Churchill Livingstone, New York, NY 2000

Cheitlin MD, Zipes DP. Cardiovascular Disease in the Elderly in Heart Disease Sixth Edition, Editors Braunwald E, Zipes DP, Libby P, Saunders,Philadelphia, 2001, p2019-2037.

Cheitlin MD: *AIDS and the Cardiovascular System* In: Fuster V, Alexander RW, O'Rourke RA , et al. (eds): Hurst's The Heart 10th ed. New York: McGraw-Hill, 2001, p. 2033-2043.

Cheitlin MD, MacGregor JS. Acquired Tricuspid and Pulmonary Valve Disease in Textbook of Cardiovascular Medicine Second ed. Phila. Lippincott Williams Wilkins, 2002, p 529-548.

Cheitlin MD, Paraskos JA. Congenital Heart Disease, Including Unrepired Lesions in the Adult in Albert JS (ed) Cardiology for the Primary Care Physician Fourth Edition, Current Medicine, Phila. PA 2005. p329-344.

## BOOKS

Parmley WW, Chatterjee K, Cheitlin MD, et al. (eds): Cardiology. Philadelphia: Lippincott 1987ff.

Cheitlin MD (ed): Dilemmas in Cardiology. In: Brest AN (ed): Cardiovascular Clinics. v.21(1). Philadelphia: Davis, 1990.

Sokolow M, McIlroy MB, Cheitlin MD: Clinical Cardiology. 5th ed. Norwalk, CT: Appleton & Lange, 1990.

Chatterjee K, Parmley WW, Cheitlin MD, et al. (eds): Cardiology. An Illustrated Text/ Reference. 2d ed. Philadelphia: Lippincott, 1991.

Cheitlin MD, Sokolow M, McIlroy MB: Clinical Cardiology. 6th ed. Norwalk, CT: Appleton & Lange, 1993.

Gersh BJ, Cheitlin MD, Graham TP, Kaplan NM, Sundt TM III, Waldo AL. Yearbook of Cardiology 2003. Mosby. St Louis , MO

Gersh BJ, Cheitlin MD, Graham TP, Kaplan NM, Sundt TM III, Waldo AL. Yearbook of Cardiology 2004. Mosby. St Louis , MO

Gersh BJ, Cheitlin MD, Graham TP, Kaplan NM, Sundt TM III, Waldo AL. Yearbook of Cardiology 2005. Mosby. St Louis , MO

**CURRENT AND ANTICIPATED TEACHING:**

I anticipate continuing in the future all the teaching that I have been doing currently:

1) Three quarters of an hour per day lecturing to the medical students and residents on cardiac pathophysiology and valve disease (total three hours per week).

2) Two months Cardiology Service attending per year (total 336 hours per year).

3) Current and anticipated two months of Cardiology Consult attending per year (total 120 hours per year).

4) Seminars in the Medicine 111 course (six hours per year).

5) Lectures in the Pathology course (five hours per year); lecture in the Anatomy course (one hour per year).

6) Cardiology Clinic attending, four hours per week (total 200 hours per year).

7) Lecture in three American College of Cardiology courses per year, as well as Visiting Professor, with lectures and teaching rounds (18 days per year).

8) Lectures at Grand Rounds in Bay Area hospitals (10 hours per year).

**CURRENT RESEARCH:**

1) Cardiovascular involvement in AIDS. Funded by NIH. I am Principal Investigator. It looks at patients with varying stages of HIV infection and a control group, recruited as outpatients and followed clinically and by quantitative echocardiography over a period of four years. At the present time, that data has been collected and we are pursuing a long-term follow-up on the patients who had, or developed, AIDS. The MS is now being written.

2) Characterization of Myocardial Microcirculatory Dysfunction in Sickle-Cell Anemia; I am a co-principal investigator with Nelson Schiller, M.D., and Stephen Embury, M.D. (CHR # H1084-13302-01.) The nature of the cardiac involvement in sickle-cell disease is not well characterized. There is evidence of microcirculatory abnormalities in this disease. This study utilizes the echocardiographic contrast substance albunex (human albumen microbubbles) and the ability of echo-Doppler to visualize the contrast injected directly into the coronary artery as it passes through the myocardial

microcirculation. The study involves coronary arterial catheterization and simultaneous TEE, with recording of contrast washin-washout and visualization after injection into the coronary arteries of patients with sickle-cell disease. We are in the process of collecting data in preparation for submission of an experimental protocol to the NIH. $15,000 grant from the Real Trevey Fund.

3) I am the principal investigator of ACCEPT, "American College of Cardiology Evaluation of Preventive Therapeutics." (CHR # H5235-13729-01.) This is a multihospital study, with 125 patients per hospital. The study is to determine the extent to which risk factors for coronary artery disease are assessed and managed during hospitalization, as recorded in the medical record. Hospital records of 125 consecutive patients admitted to the hospital with coronary artery disease will be evaluated for documentation of risk factors, and for assessment of a plan to treat the risk factors. Patients will be contacted six months posthospitalization to determine which risk factors have been managed, and to assess the extent to which risk-factor intervention goals have been achieved. Funded by the American College of Cardiology by a $3,500 grant.

4) The Novostan (Argatroban) Acute Myocardial Infarction (AMI) Study. (Protocol ID # ARG 230.) Compared AMI patients receiving streptokinase with either high- or low-dose argatroban or placebo for the incidence of unsatisfactory outcomes within 30 days of enrollment. Funded by a $35,500 award. Just completed.

# APPENDIX 1

# APPENDIX 1
# MATERIALS PROVIDED FOR REVIEW BY DR. MELVIN CHEITLIN

1) AVERT Data.

2) Affidavits and Declarations of Dr. Frank Tyers, Dr. Eric Butchart, and Dr. Gregory Wilson.

3) 2006 Declaration of Dr. Judith Jones.

4) Cited Articles from the Interim Medical Report on the Follow-up Requirement of Patients with St. Jude Silzone Prosthetic Heart Valves by Mr. Butchart.

5) Various medical articles, including but not limited to the following:

- Edmunds L. H., et al., 1996. Guidelines for Reporting Morbidity and Mortality After Cardiac Valvular Operations. *Annals of Thoracic Surgery* 62: 932-935.

- Schaff H., et. al., 1999. Artificial Valve Endocarditis Reduction Trial (AVERT) Protocol of a Multicenter Randomized Trial. Schaff, H. et al. Artificial Valve Endocarditis Reduction Trial (AVERT): protocol of a multicenter randomized trial. *Journal of Heart Valve Disease* 8: 131-139.

- U.S. Dept. Health & Human Services, FDA Replacement Heart Valve Guidance Version 4.1, Oct. 14, 1994.

- Ionoescu, A., et al., 2003. Incidence of embolism and paravalvular leak after St. Jude Silzone valve implantation: experience from the Cardiff Embolic Risk Factor Study. *Heart*. 89: 1055-1061.

- Butchart, E.G. 1997. Fibrinogen and leukocyte activation – the keys to understanding prosthetic valve thrombosis? *Journal of Heart Valve Disease*. 6: 9-16.

- Butchart, E.G., et al., 2003. A new scoring system to determine thromboembolic risk after heart valve replacement. *Circulation*. 108 (Suppl. II): 68-74.

- Schaff, H., et al., 2002. Paravalvular leak and other events in Silzone-coated mechanical heart valves: a report from AVERT. *Annals of Thoracic Surgery*. 73: 785-792.

- Englberger, L., et al., 2005. Importance of implant technique on risk of major paravalvular leak (PVL) after St. Jude mechanical heart valve replacement: a report from the Artificial Valve Endocarditis Reduction Trial (AVERT). *European Journal of Cardiothoracic Surgery* 28: 838-843.

- Davila-Roman, V.G. , et al., 2004. Prevalence and severity of paravalvular regurgitation in the Artificial Valve Endocarditis Reduction Trial (AVERT) echocardiography study. *Journal of the American College of Cardiology*. 44: 1467-1472.

- Grubitzsch, H., et al., 2001. Sarcoma associated with silver coated mechanicla heart valve prosthesis. *Annals of Thoracic Surgery* 72: 1739-1740.

- Aoyagi, S., et al., 2000. Obstruction of St Jude Medical valves in the aortic position:

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH, LLP, 1999 Harrison Street, Oakland, CA 94612. On February 21, 2006, I served the following document(s) by the method indicated below:

**DEFENDANT ST. JUDE MEDICAL, INC.'S DISCLOSURE STATEMENT FOR MELVIN D. CHEITLIN, M.D.**

☐ by transmitting via facsimile on this date from fax number (213) 457-8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☒ by transmitting via email to the parties at the email addresses listed below:

**PLEASE SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on February 21, 2006, at Oakland, California.

Tina Brennan

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

SERVICE LIST

Steven E. Angstreich, Esq.
Carolyn Lindheim
Levy, Angstreich, Finney, Baldante, et al.
Woodcrest Pavilion, Suite 100
10 Melrose Avenue
Cherry Hill, NJ 08003
Email: sangstreich@levyangstreich.com; clindheim@levyangstreich.com

James T. Capretz, Esq.
Capretz & Associates
5000 Birch Street, Suite 2500
West Tower
Newport Beach, CA 92660
Email: jcapretz@capretz.com

Charles S. Zimmerman, Esq.
J. Gordon Rudd, Jr., Esq.
Zimmerman Reed, L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Email: csz@zimmreed.com; jgr@zimmreed.com; jlt@zimmreed.com

Tracy J. Van Steenburgh, Esq.
Halleland, Lewis, Nilan, Sipkins & Johnson
600 Pillsubury Center South
220 South Sixth Street
Minneapolis, MN 55402-4501
Email: tvan@halleland.com; lclark@halleland.com

Joe Jacobson, Esq.
Green, Schaaf & Jacobson, P.C.
7733 Forsyth Boulevard, Suite 700
St. Louis, MO 63105
Email: jacobson@stlouislaw.com; jdjacobson@sbcglobal.net

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.