# EXHIBIT K

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

COPY

| | | |
|---|---|---|
| IN RE ST. JUDE MEDICAL, INC. SILZONE HEART VALVES PRODUCTS : LIABILITY LITIGATION | : : : | MDL DOCKET NO. 1396 |

**DEFENDANT ST. JUDE MEDICAL, INC.'S DISCLOSURE STATEMENT FOR JACK HIRSH, M.D.**

Defendant St. Jude Medical, Inc. ("St. Jude Medical") serves its Disclosure Statement, and Witness Report of Dr. Jack Hirsh pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

I, Jack Hirsh, declare as follows:

## I. INTRODUCTION

1. I have been a practicing internist and haematologist for over thirty years, with long standing interest and significant experience in the diagnosis and treatment of thrombosis and embolism. I have been involved in the diagnosis and treatment of thousands of patients related to thrombosis and embolism, many of whom had been implanted with prosthetic valves. I have knowledge of the matters described in this declaration except where I have been informed by others, in which case I have indicated the source of the information and believe it to be true.

2. In this declaration, I will do the following:

(a) describe my qualifications in more detail;

(b) define certain medical terminology associated with the cause and treatment of thrombosis and thromboembolism;

(c) describe various risk factors that increase the risk of thrombosis and thromboembolism in the general population;

(d) explain how all types of mechanical heart valves increase the risk in any individual mechanical valve recipient of valve thrombosis and thromboembolism, and that the anticoagulation therapy necessary to address those risks increases the risk of bleeding in all mechanical valve recipients;

(e) provide my assessment of the clinical data concerning thromboembolic events, valve thrombosis, and bleeding events associated with the St. Jude Medical Silzone-coated mechanical heart valve, most notably the Artificial Valve Endocarditis Reduction Trial (AVERT) and the Cardiff Embolic Risk Factor Study (CERFS), and the lack of any evidence in the clinical data that patients currently implanted with Silzone valves are at an increased risk of such complications over patients with non-Silzone valves;

(f) explain that, without evidence of an increased long-term risk of thromboembolic events, valve thrombosis, or bleeding in patients currently implanted with the Silzone valve, additional or more

intensive monitoring for those complications in patients with Silzone valves above what is typically required for mechanical valve recipients is not warranted;

(g) describe the individual monitoring that is necessary for all patients implanted with mechanical heart valves in order to reduce the risk of thromboembolic events and valve thrombosis, while not unduly increasing the risk of bleeding events;

(h) comment on the methodology and conclusions of Dr. Eric Butchart and Dr. Gregory John Wilson concerning the claimed increased risk of thromboembolism, valve thrombosis, and bleeding events in patients with Silzone valves and on Dr. Butchart's proposed monitoring and treatment protocol for Silzone valve recipients; and

(i) based on my review of medical information shown to me, provide examples of the different risk factors for thromboembolism and valve thrombosis that are present in individual mechanical valve recipients.

3. The opinions set forth below are based upon the medical literature, clinical trial data and other studies conducted with Silzone valve patients, and my training and experience as a physician. Attached hereto as Appendix 1 is a list of materials that were made available for my review. The opinions set forth in this Declaration are ones that I hold to a reasonable degree of medical and scientific certainty.

## B. MY BACKGROUND AND QUALIFICATIONS

4. I am Founding Director and Director Emeritus of the Henderson Research Centre ("HRC") and Professor Emeritus of Medicine at McMaster University. The HRC was established in 1988 as a joint venture of the Hamilton Civic Hospitals and McMaster University to conduct research primarily in cardiovascular medicine, thrombosis and atherosclerosis. The HRC is currently composed of four programs; (1) the experimental thrombosis and atherosclerosis program, (2) the clinical trials and methodology program, (3) the preventive cardiology and therapeutics program, and (4) the clinical thromboembolism program. While Director of the HRC, I had ultimate supervisory responsibility for all of its programs.

5. I have a long standing interest in research in thrombosis and atherosclerosis. I have trained and mentored many clinical scientists, many of whom have gone on to establish their own thrombosis programs at other Canadian, United States, European and Australian universities. In addition to pursuing my own research, I am also a mentor to many junior research colleagues.

6. I have held a number of professional appointments which are described in my curriculum vitae, but which include Chairman of the Department of Medicine at McMaster University, Vice-President (Medical) of the Ontario Heart Foundation, Chairman of the International Society on Thrombosis and Hemostasis and Council Member of the Medical Research Council of Canada.

7. I have received the Distinguished Research Professorship Award of the Heart and Stroke Foundation of Ontario, the Trillium Clinical Scientists Award from the Ontario Ministry of Health, the Ham-Wasserman Lectureship from the American Society of Hematology and the Editorial Excellence Award from the American College of Chest Physicians.

8. In 1999, I received the Prix Galien Canada award (granted by an independent committee of the bio-pharmaceutical community to recognize outstanding research in the diagnosis, prevention or treatment of disease) and an Honorary Doctor of Science Degree from McMaster University. I was also elected a Fellow of the Royal College of Canada and inducted into the Canadian Medical Hall of Fame in 1999. Most recently, I have received the prestigious Gairdner international award for life-long research and the Order of Canada for research in blood clotting.

9. In my years of practice, I have been involved in the diagnosis and treatment of thousands of patients related to thrombosis and embolism, including patients implanted with a variety of types of heart valves.

10. I have edited or authored 22 books, 231 book chapters, and 642 articles in medical journals, most of which address issues regarding the diagnosis, prevention, and treatment of thrombosis and embolism. This experience includes serving as a Co-chair and Co-editor for seven editions of the monitoring and treatment guidelines published between 1986 and 2004 from the American College of Chest Physicians (ACCP) Consensus Conference on Anti-thrombotic Therapy. The current version of these guidelines, "The Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy: Evidence-Based Guidelines," (the ACCP Consensus Guidelines) were published in 2004 in CHEST, the official publication of the ACCP.[1] I am currently Chair and Senior Editor for the updated version of the ACCP Consensus Guidelines to be published in 2007.

11. The ACCP Consensus Guidelines provide an extensive critical review of the medical and scientific literature related to management of embolic disorders, including

---

[1] Hirsh, J., et al., The Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy: Evidence-Based Guidelines. *CHEST: The Cardiopulmonary and Critical Care Journal* 126: 172S-173S (2004).

venous thromboembolism, arterial thrombosis and systemic arterial embolism. The chapter on valvular heart disease in those guidelines provides a detailed summary of therapeutic recommendations, including recommendations on anti-thrombotic therapy in patients with prosthetic heart valves.[2] In 2003 I also authored, by invitation of the American Heart Association/American College of Cardiology, a review article and guide to warfarin (anticoagulant) therapy.[3]

12. Attached hereto as Exhibit A is a copy of my curriculum vitae, which describes my education, training, professional experience, appointments, awards and publications in more detail.

## C. MEDICAL TERMINOLOGY ASSOCIATED WITH THE CAUSE AND TREATMENT OF THROMBOSIS AND THROMBOEMBOLISM

13. Under normal circumstances, blood is fluid and flows freely through blood vessels (arteries and veins), supplying oxygen and nutrients to tissues in the body and picking up and disposing of waste products from those tissues. Under various conditions, blood flow may be interrupted by the formation of a thrombus, often described in lay language as a blood clot. A thrombus is formed from components of normal blood that undergo physical changes converting the blood from a liquid to a solid state.

14. A thrombus can form in veins (venous thrombosis), in arteries (arterial thrombosis), in cardiac chambers or on any cardiac prosthetic valve. The presence of a thrombus is described as thrombosis.

---

[2] Salem, D.N. et al., Antithrombotic therapy in valvular heart disease -- native and prosthetic: the Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy. *CHEST: The Cardiopulmonary and Critical Care Journal* 126 (3 Suppl): 457S-482S (2004).

[3] Hirsh, J., et al., American Heart Association/American College of Cardiology Foundation guide to warfarin therapy. *Journal of the American College of Cardiology*, 41:1633-1652, S0735-1097(03)00416-9 (2003).

15. The most common condition under which a thrombus forms in arteries is over an area of atherosclerosis - known as an atherosclerotic plaque. Atherosclerosis is a process by which an artery wall is thickened because of infiltration of fatty material, blood cells, and smooth muscle cells. Over time an atherosclerotic plaque can rupture through the interior lining of the artery wall. When the plaque ruptures its fatty contents are exposed to blood flowing through the artery and a thrombus is stimulated to form over the plaque. Thrombi that form in arteries almost always do so over a ruptured atherosclerotic plaque.

16. When a thrombus forms in an artery it may only partly occlude the artery but in some cases it can enlarge and lead to total occlusion of the vessel.

17. Thrombi cause complications by obstructing vessels either locally, where they have formed within the vessel, or by breaking off from where they have formed (i.e., a large vessel or cardiac chamber) and travelling to smaller vessels distant from the original thrombus. The travelling thrombus is called an embolism.

18. The process by which a thrombus or embolism obstructs a vessel is often referred to as thromboembolism or a thromboembolic event. When a sudden insufficiency of blood supply causes an area of tissue necrosis resulting from thromboembolic obstruction, this condition is known as an infarction. The area of tissue damaged in an infarction is known as an infarct.

19. When a thromboembolic event interrupts the blood supply to the brain (either because a thrombus develops in a cerebral artery or an embolus travels to a cerebral artery), it can result in a transient ischemic attack (a "TIA"), which is a brief interruption of the blood supply to part of the brain causing temporary impairment of neurological activity that resolves within 24 hours, or stroke (a longer lasting neurological deficit that is caused by an impaired supply of blood to the brain).

20. A thromboembolic stroke is caused by a thrombus formed in a cerebral artery or by a cerebral embolus that has broken off from a thrombus formed in other large arteries outside the heart, and from thrombi formed inside the chambers of the heart or on prosthetic valves. A hemorrhagic stroke occurs from a ruptured cerebral vessel. While it may be possible to differentiate between a thromboembolic and hemorrhagic stroke if a CT scan is performed shortly after the stroke occurs, it is nevertheless impossible to determine with any certainty whether a thromboembolic stroke was caused by a thrombus or an embolus. Patients with stroke often have risk factors for both an embolic and thrombotic stroke. For example, patients with prosthetic heart valves are at increased risk of embolic stroke arising from a thrombus on their prosthetic valve. However, those patients may also have risk factors for thrombotic stroke, as well as stroke caused by an embolism derived from a thrombus elsewhere in the body, as described below.

## D. RISK FACTORS FOR THROMBOSIS AND THROMBOEMBOLISM UNRELATED TO PROSTHETIC VALVES

21. Arterial thrombosis and embolism, and the resulting thromboembolic events (such as strokes and TIAs), are all common occurrences in the general population, in the absence of prosthetic heart valves, at incident rates that gradually increase with age. Thromboembolism causing a stroke, for example, is the third most common cause of death in Western countries.

22. Arterial thrombosis (development of a clot on an artery wall) almost always develops as a complication of atherosclerosis and, accordingly, all risk factors for atherosclerosis are also risk factors for arterial thrombosis. Atherosclerosis is a common

condition affecting a large percentage of people who have well recognised risk factors including the following:

- hypercholesterolemia (high blood cholesterol)
- diabetes
- hypertension (high blood pressure)
- smoking
- advanced age (i.e., over the age of 50, though the severity and extent of atherosclerosis increases with age)
- obesity
- inactivity
- hyperhomocystenemia (an increase in the concentration of an amino acid – a building block for protein).

23. An embolism can develop from arterial thrombosis in large arteries in the chest (such as the aorta) or neck (such as the carotid artery) and, therefore, the risk factors noted above for arterial thrombosis and atherosclerosis are also risk factors for embolism arising from thrombi in those large arteries. As noted above, however, an embolus can also derive from a thrombus in the heart. Potential causes of or "risk factors" for an embolism arising from a thrombus in the heart include:

- atrial fibrillation (rapid irregular twitching of the wall of the atrial chamber of the heart)
- valvular heart disease (including endocarditis)

- acute myocardial infarction (insufficiency of blood supply to an area of the heart muscle resulting in irreversible damage)
- cardiomyopathy (dilated heart chambers)
- prosthetic heart valves.

24. As noted above, it is often difficult to determine whether a stroke was caused by cerebral arterial thrombosis or a cerebral embolism. There is no direct way of determining whether an obstruction was caused by a thrombus or embolism. Clinical diagnosis must be based on probabilities derived from associated risk factors, but since people who develop a stroke often have risk factors for both, attributing the stroke to either a thrombus or an embolus can be problematic. For example, if a patient with a prosthetic heart valve develops a stroke and also has high blood cholesterol or has high blood pressure or is a smoker (risk factors for arterial thrombosis), or has associated atrial fibrillation (risk factor for cardiac embolism), it will be difficult to determine whether the stroke was thrombotic or embolic and, if embolic, whether the embolism derived from a thrombus in the heart, in an artery in the neck or chest, or on the valve. The stroke might have been caused by an embolus arising from thrombus on the prosthetic heart valve, but could also have been caused by an embolus precipitated by atrial fibrillation or by a thrombus complicating an area of atherosclerosis in a cerebral or carotid artery.

## E. RISK FACTORS FOR VALVE THROMBOSIS AND THROMBOEMBOLISM IN MECHANICAL VALVE RECIPIENTS

25. It is well established that patients with prosthetic heart valves of all types are at an increased risk of thromboembolic complications compared to members of the general population. Likewise, patients with prosthetic heart valves are prone to develop thrombosis of

the valve because of the foreign nature of the material from which all types of prosthetic heart valve are composed.

26. Because of the increased risk of thromboembolism and valve thrombosis, patients with prosthetic heart valves are routinely treated with an anticoagulant drug (blood thinner) on a continuous basis while the valve remains implanted to reduce the likelihood of clotting. Typically, patients with prosthetic heart valves are treated with an oral anticoagulant, usually Warfarin, a coumarin derivative (one of the most common being Coumadin). Although oral anticoagulant therapy can reduce the risk of clotting and thromboembolic complications, patients with mechanical heart valves remain at some increased risk of thromboembolic events, despite anticoagulation.

27. To ensure appropriate anticoagulation, a patient's blood is monitored by a blood test known as Prothrombin Time, from which an International Normalized Ratio (**"INR"**) is calculated. If the blood is not anticoagulated sufficiently (that is, the blood is not thin enough) as indicated by a lower than optimal INR level, the patient will be at increased risk of thromboembolism. Conversely, if the blood is over anticoagulated (that is, the blood is too thin), as indicated by a higher than optimal INR level, the patient will be at an increased risk of bleeding. Nevertheless, even when the INR is in the therapeutic range (see discussion below), there is still some increased risk of thromboembolism and bleeding events for all patients requiring anticoagulation therapy, such as prosthetic heart valve patients.

28. It is generally recommended that the INR level for prosthetic valve recipients be maintained at between 2.5 and 3.5 (depending on the valve position and the type of valve) in persons with mechanical valves (an INR level of 1.0 being found in normal non-anticoagulated people). However, as noted in the ACCP Consensus Guidelines, the dosage of

anticoagulant should always be based on an appraisal of the individual patient and may properly differ from patient-to-patient.[4]

29. Further, it is well established that patients with prosthetic heart valves are at an increased risk of prosthetic valve endocarditis (infection) which can result in vegetation forming on the valve. A vegetation is made up of material that is similar to that of a thrombus but with an additional inflammatory component caused by the infection. Consequently, it can be very difficult to determine if a growth on the valve is a vegetation or thrombus. Similarly, if symptoms suggestive of a thromboembolic event occur in a patient with a prosthetic heart valve (e.g. a stroke), it can be difficult to determine whether the embolus that caused the stroke was made up of a thrombus or a vegetation.

30. It is difficult to quantify the contribution of the specific prosthetic valve to the cause of the thromboembolism because such patients are usually treated with anticoagulants to prevent thromboembolism (including stroke). There is, however, good evidence that the risk of thromboembolism is high in the absence of anticoagulation.[5]

31. Accordingly, the most significant risk factor for valve thrombosis and thromboembolism in mechanical valve recipients is inadequate anticoagulation (i.e. an INR below 2.0).[6] Other important risk factors for embolism in patients with mechanical heart valves include prosthetic valve endocarditis and the type of the valve (mitral or aortic). Patients with

---

[4]Hirsh, J., et al., The Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy: Evidence-Based Guidelines. *CHEST: The Cardiopulmonary and Critical Care Journal* 126: 172S-173S (2004).

[5]Cannegieter S.C, et al., Optimal oral anticoagulant therapy in patients with mechanical heart valves.[comment]. *New England Journal of Medicine*. 333:11-17 (1995); Salem, D.N. et al., Antithrombotic therapy in valvular heart disease -- native and prosthetic: the Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy. *CHEST: The Cardiopulmonary and Critical Care Journal* 126 (3 Suppl): 457S-482S (2004).

[6] [6]Cannegieter S.C, et al., Optimal oral anticoagulant therapy in patients with mechanical heart valves.[comment]. *New England Journal of Medicine*. 333:11-17 (1995).

mitral prosthetic valves are at a greater risk of experiencing valve thrombosis and thromboembolism than those with aortic prosthetic valves.[7]

## F. THE CLINICAL DATA REGARDING THE ST. JUDE MEDICAL SILZONE VALVE

32. While there have been a number of studies regarding the Silzone valve, as discussed below, I have not found in my review of the literature any reliable scientific evidence that the Silzone coating has caused an increase the long-term risk of valve thrombosis, thromboembolism, or bleeding events in patients currently living with implanted Silzone valves.

### 1. The Artificial Valve Endocarditis Reduction Trial (AVERT)

33. The clinical trial known as the Artificial Valve Endocarditis Reduction Trial (AVERT) is the only prospective randomized study performed with a concurrent control group involving the Silzone valve. It also included data from a number of centers, which allows for a comparison across different geographic regions. As such, AVERT is the most reliable and scientifically valid data source for evaluating the risk of complications faced by patients with Silzone valves. Furthermore, the most pertinent AVERT data for evaluating the risk faced by current Silzone valve recipients, who have now all had their valves implanted for more than six years, is the later long-term data, rather than the early AVERT data relied on by Dr. Butchart.

34. Based on the information I have been provided regarding AVERT, including the long-term follow-up, there is no evidence in the later long-term data (two years and greater of follow-up) of an increased rate of thromboembolic events, valve thrombosis, or bleeding events in Silzone valve recipients compared to those with non-Silzone valves. Indeed, after two years, the rates of thromboembolism are very similar in the AVERT Silzone valve

[7] *Id.*

patients and the non-Silzone control group. Accordingly, the AVERT data show no evidence that the Silzone coating has caused a long-term increased risk of these complications in current Silzone valve recipients.

### 2. The Cardiff Embolic Risk Factor Study (CERFS)

35. I have also reviewed the published paper regarding the clinical study known as the Cardiff Embolic Risk Factor Study (CERFS) directed by Dr. Butchart.[8] This is a relatively small study that provided data with important limitations arising from its lack of randomization and use of historical controls with considerably different follow-up time than the Silzone patient group. These data also report experience from only one surgery center. Consequently, CERFS does not provide data that is comparable in quality to the large prospective randomized multi-center study data from AVERT.

36. The authors reported three major thromboembolic events in the CERFS Silzone mitral and double valve recipients, all of which occurred within the first three months after implantation. They found no increase in major thromboembolic events in the Silzone aortic valve recipients. Likewise, there were no significantly increased rates reported in minor thromboembolic events or bleeding events of the Silzone valve recipients, regardless of valve position. The authors did not provide details regarding rates of valve thrombosis in either group.

37. Based on those findings, and in the absence of suitable randomization, the authors claim there was a significantly increased early rate of major thromboembolism in the combined experience of the CERFS Silzone mitral and double valve recipients. Notwithstanding the serious limitations with this data, the reported early increased risk for Silzone mitral valve

[8] Ionescu, A., et al., *Incidence of embolism and paravalvular leak after St. Jude Silzone valve implantation: experience from the Cardiff Embolic Risk Factor Study* Heart, 89:1055-1061 (2003).

recipients, which was based on events that occurred within three months of implantation, does not address the long term risk of thromboembolic complications. Importantly, it is the long-term risk that is the only relevant consideration for determining the risk faced by patients currently implanted with Silzone valves. Accordingly, the CERFS data do not provide evidence that Silzone valve recipients (mitral or aortic) are currently at an increased risk of experiencing thromboembolism, valve thrombosis, or bleeding events.

### 3. Dr. Butchart's Cardiff Late Review

38. According to the Declaration of Dr. Butchart, a year after publishing the results of CERFS, he attempted to evaluate all of the patients implanted with Silzone valves at the University Hospital of Wales in Cardiff. This effort resulted in a report on a series of patients Dr. Butchart has termed the "Cardiff Late Review."

39. The data from the Cardiff Late Review does not compare in methodological rigor to the AVERT data. Most problematic, it does not have a comparative control group, the patients were assessed by non-blinded observers, and the number of patients surveyed was small. Because of these limitations, the data are very difficult to interpret. Furthermore important data regarding Dr. Butchart's patients was not provided, such as the anticoagulant control (INR levels) in patients with asymptomatic or symptomatic events.

40. It would not be reasonable to rely on the non-controlled and potentially biased evidence provided by the Cardiff Late Review in light of the evidence available from AVERT. Indeed, reliance on such data to base determinations of causation and the risk from the Silzone valve, as Dr. Butchart has done, is not a methodology that is generally accepted in the medical or scientific communities. The resulting Cardiff Late Review case survey, therefore, does not provide valid scientific evidence of an increased long-term relative risk of

thromboembolic events, valve thrombosis, or bleeding events faced by patients currently implanted with Silzone valves compared to patients with non-Silzone valves.

## G. MONITORING OF PATIENTS WITH MECHANICAL HEART VALVES

41. Proper anticoagulation therapy is the most important factor in protecting against thromboembolism and valve thrombosis in patients with mechanical heart valves. When patients with mechanical heart valves are under-anti-coagulated they are at an increased risk of thromboembolism and valve thrombosis.

42. The anticoagulant drug therapy regimen necessary to achieve the appropriate INR level varies significantly from patient to patient and must be based on the unique characteristics of each patient. Importantly, the appropriate dosage of any anticoagulant administered to a patient varies with every patient as reported in the ACCP Guidelines on Managing Oral Anticoagulant Therapy.[9] Reasons for this variation from patient to patient include the following:

(a) Patients, because of genetic differences, have different responses to any oral anticoagulant.

(b) Different diseases that patients may have (particular heart valve patients who often have other medical conditions) can affect the rate at which anticoagulants are eliminated by the body. For example, patients with hepatic disease or who are malnourished tend to require lower doses of Warfarin to maintain an INR within the therapeutic range.

---

[9] Ansell, J., et al., Managing Oral Anticoagulant Therapy, *CHEST: The Cardiopulmonary and Critical Care Journal* 119: 1S-2S (2001).

(c) Various other drugs that heart valves patients take can affect the rate at which anticoagulants are eliminated from the body. As a result, if a patient starts a new drug during anticoagulant therapy or starts to take over-the-counter medications, he or she should be closely monitored to adjust the dosage of anticoagulant and maintain appropriate INR levels.

(d) As patients age, they generally require lower doses of anticoagulation therapy.

(e) Diet can affect the body's response to an oral anticoagulant.

43. Given the variability in anticoagulant dosing requirements for each patient, achieving and maintaining appropriate INR levels for all mechanical valve recipients involve a process of monitoring and adjustment of dosage during both the initial and long-term stages of anticoagulant therapy. Patients must comply with the dosing regimen prescribed by their physicians in order to achieve appropriate INR levels, as well as return to their physicians for adjustment of those levels in the event there is any change in their circumstances. As a result, I instruct patients starting oral anticoagulation therapy as follows:

- the patient is to take his/her medication and go for a blood test exactly as instructed by me;
- the patient should try to take anticoagulant medication at approximately the same time each day;

- the patient is to advise me of any other medications he or she may be taking, and not to take any new prescription medications or over the counter medicines including aspirin without first checking with me;

- the patient should limit alcohol consumption to one or two drinks per day (because binge alcohol consumption can affect the body's reaction to the anticoagulant and, therefore, INR levels);

- the patient should not radically change his or her diet while taking anticoagulants (because radical changes in diet can affect the body's reaction to the anticoagulant and the resulting INR levels).

If heart valve patients do not follow these instructions, their INR levels can fall and their risk of stroke increase dramatically.[10]

44. Finally, patients can exhibit changes in their dose requirements over time and, accordingly, during the course of normal treatment, dosages may need to be evaluated and changed to maintain appropriate INR levels.

45. As can be seen from the above comments, reasonable and appropriate oral anticoagulation therapy dosage and monitoring varies greatly from patient to patient for many reasons. The cause of any change in monitoring or dosage necessarily involves a patient by patient assessment by the treating physician.

46. To the extent it is deemed necessary by the patient's physician, echocardiography is the primary means of evaluating valve thrombosis, either transesophageal or transthoracic. Caution must be exercised in deciding whether it is necessary to perform such

---

[10] A copy of the brochure I prepared for patients on oral anticoagulant therapy which includes these instructions is attached as Exhibit B.

testing. The appropriateness of such testing must be based on individual patient assessment. Transesophageal echocardiograms are not part of the routine follow-up of patients with mechanical valves. Transesophageal echocardiography is more reliable in detecting valve thrombosis, but it is invasive, causes discomfort to the patient, and comes with its own risk of harm. Transthoracic echocardiograms are non-invasive and simple to perform, but are less sensitive in detecting valve thrombosis.

47. In addition, both transesophageal and transthoracic echocardiography techniques can produce false positive results by demonstrating apparent thrombi when they are not in fact present. False-positive test results are more likely if, as here, there is a low incidence of the target event (thrombosis), because an observed result is more likely to be falsely positive the less frequently it occurs. False positive results can lead to a series of unnecessary investigations and cause patient anxiety, inconvenience and discomfort.

## H. DR. BUTCHART'S RECOMMENDATIONS DO NOT PROVIDE A SOUND MONITORING AND TREATMENT PROTOCOL FOR SILZONE VALVE RECIPIENTS

48. There is no valid scientific support for the contention that persons currently implanted with Silzone mechanical heart valves are at an increased risk of thromboembolism, valve thrombosis, or bleeding events compared to mechanical valve recipients without Silzone. Neither the data in AVERT nor the less reliable data from CERFS and the Cardiff Late Review support any long-term increased risk of complications in Silzone valve recipients compared to those with non-Silzone valves. Without evidence of an increased long-term risk faced by Silzone valve recipients, additional or more intensive monitoring or treatment for Silzone valve recipients is not appropriate. Accordingly, it is my opinion that the extensive monitoring and treatment recommended for Silzone valve recipients by Dr. Butchart are unwarranted.

49. Furthermore, there are many aspects of Dr. Butchart's suggested Silzone monitoring and treatment protocols that are not only unsupported by scientific evidence, but are also inappropriate for their medical care. Accordingly, it is my opinion that the population of Silzone valve recipients would not benefit from Dr. Butchart's monitoring and treatment protocol as it relates to thromboembolism, valve thrombosis, and bleeding events.

**1. Dr. Butchart's Recommendations For MRI and CT Brain Scan Monitoring Of Silzone Valve Patients Is Inappropriate**

50. I have reviewed Dr. Butchart's recommendations regarding monitoring of Silzone valve recipients with CT and MRI brain scans in order to detect brain lesions known as silent cerebral infarcts and do not agree that such testing would be appropriate. Therefore, as discussed above, there is no evidence that patients with Silzone valves are at a higher risk of thromboembolic events than the non-Silzone control group. Therefore, increased monitoring of Silzone valve recipients, such as with MRI and CT scans of the brain is not warranted.

51. Furthermore, MRI and CT brain scans would not be appropriate monitoring of patients with Silzone valves because the results of these tests cannot be used to (a) determine whether the infarct was caused by thromboemboli from a patient's heart valve or (b) predict thromboembolic events in the brain arising from prosthetic valves. Although MRI and CT scans can detect evidence of past silent infarcts that may have resulted from a thromboembolism, they cannot be used to determine whether the infarcts are caused by thromboemboli originating on the patient's prosthetic valve. Indeed, many mechanical heart valve patients are over age 60 and have atherosclerosis, and therefore, I would expect that CT scans of the brain on such asymptomatic patients would reveal silent infarcts, many of which would be unrelated to their prosthetic valve.

52. Moreover, I have reviewed the published literature with respect to silent infarcts and found no evidence that they are associated with, or are a predictor of, future symptomatic thromboembolic events or stroke from a cardiac source.[11] The two most common associations with silent infarction are old age and a history of hypertension, suggesting that these lesions are often caused by small vessel cerebrovascular disease. Given that there is no evidence that silent infarcts are a good predictor of thromboembolic events originating from a cardiac source, and that there is no valid evidence that the Silzone valve increases the long-term risk of thromboembolic events, it is my opinion that it would be inappropriate to monitor patients with Silzone valves by performing CT or MRI brain scans to detect silent infarcts. Without such predictive value, the results of these tests cannot be used to improve the care and treatment of Silzone valve recipients.

53. Furthermore, if CT or MRI brain scans were incorporated into a monitoring regimen for Silzone valve patients, I would be concerned that physicians might, on finding evidence of silent infarcts, provide patients with inappropriate or unnecessary treatment. As stated previously, the most important single factor in ensuring protection against thromboembolism and stroke in patients with prosthetic valves is to maintain anti-coagulation therapy at appropriate INR levels. Decisions on any additional testing should be made based on a case-by-case assessment of the individual patient, his or her symptoms, and the associated risks and benefits.

### 2. The Transesophageal Echocardiography and Cinefluoroscopy Recommended By Dr. Butchart Is Not Warranted

54. I have also reviewed Dr. Butchart's recommendations regarding transesophageal echocardiograms and cinefluoroscopy in his monitoring protocol for Silzone

---

[11] See Ezekowitz, et al., Silent cerebral infarction in patients with nonrheumatic atrial fibrillation. *Circulation,* 92:2178-2182 (1995), which showed that in patients with atrial fibrillation, silent infarction was not an independent predictor of later development of symptomatic stroke.

valve recipients. In my view, it would be inappropriate to perform any such tests on a patient with a Silzone valve for the purpose of monitoring the possibility of valve thrombosis and thromboembolism in the absence of signs or symptoms indicating that such tests are clinically warranted. As discussed above, transesophageal echocardiograms have their own risks related to the need for local anesthesia and the insertion of the transducer into the patient's esophagus, and should not be undertaken, in my opinion, in the absence of good scientific evidence of an increased risk of thromboembolism or valve thrombus in Silzone valve patients, which does not exist. Likewise, there is no support in the medical literature of which I am aware that cinefluoroscopy is an appropriate procedure for monitoring mechanical valve recipients in the absence of signs or symptoms of thromboembolism, and would therefore not be appropriate for patients with Silzone valves.

### 3. Dr. Butchart's Recommendation Of Higher INR Levels For Certain Silzone Valve Recipients Is Unsound And Potentially Harmful

55. In the March 2002 medical article by Dr. Hartzell Schaff and certain other AVERT investigators, the authors suggested that Silzone valve recipients who had experienced "multiple transient neurologic deficits" may benefit from maintenance of anticoagulation (INR) levels at the higher end of the therapeutic range and the use of antiplatelet agents.[12] I note that at p. 60 of Dr. Butchart's Declaration, he has misrepresented the scope of the recommendation by the AVERT investigators concerning the appropriate INR levels for Silzone valve recipients. He likewise, misrepresents the scope of this recommendation concerning the use of antiplatelet drug therapy at p. 63 of his Declaration. In both instances, Dr. Butchart referenced the AVERT authors in a manner that appears to indicate that these recommendations were made for all Silzone valve recipients, when in fact those recommendation plainly applied only to those patients who have had multiple transient neurologic deficits.

[12] Schaff, H., et al., *Paravalvular Leak and Other Events in Silzone-Coated Mechanical Heart Valves: A Report From AVERT*, Annals of Thoracic Surgery 73:785 (2002).

56. I agree with the AVERT investigators' recommendation that maintenance of INR levels at the higher end of the therapeutic range and possible use of anti-platelet agents may benefit patients who have experienced multiple transient neurologic deficits. This recommendation should be followed regardless of whether the patient has a Silzone valve. It should not, however, be followed in the absence of these complications. Accordingly, the maintenance of the INR level at the higher end of the therapeutic range and antiplatelets is not an appropriate recommendation for all Silzone valve recipients, as Dr. Butchart has suggested.

57. Indeed, there is no reliable scientific evidence in the literature that I have reviewed that indicates a need to maintain an INR level for asymptomatic patients with Silzone valves different from the appropriate INR level for patients with other types of mechanical valves. Even if there was reliable scientific evidence that Silzone increased the long-term risk of valve thrombosis or thromboembolism (and the data that I have seen do not indicate such a risk), this would not change the appropriate INR level for the patient or the patient's dosage of anticoagulant medication.

58. Furthermore, Dr. Butchart's recommendation that certain patients with Silzone valves be maintained at INR levels above the therapeutic range could be potentially harmful. Maintaining the INR level in Silzone patients above the therapeutic range would increase the risk of bleeding events in those patients, without a corresponding reduction in the risk of thromboembolism. Therefore, Dr. Butchart's recommendation of a higher INR level for certain Silzone valve recipients would improperly increase the risk of harm for those patients without providing any benefit to compensate for that risk. Irrespective of the lack of any demonstrated increased thromboembolic risk in Silzone valve recipients, I consider this aspect of Dr. Butchart's monitoring and treatment protocol to be not only unfounded but also potentially dangerous for Silzone valve recipients.

### 4. Dr. Butchart's Risk Scoring System Is Irrelevant To The Issue Of Any Additional Monitoring And Treatment Of Silzone Valve Recipients

59. Without any scientific evidence of an increased risk of thromboembolism, valve thrombosis, or bleeding events in patients with Silzone valves, Dr. Butchart's proposed risk scoring system does not provide a legitimate framework for monitoring and treating patients with Silzone valves. To the contrary, Dr. Butchart's risk scoring system is entirely irrelevant to the question of what type of monitoring would be appropriate for current Silzone valve recipients. The substantial additional monitoring and treatment that would be undertaken pursuant to such a risk scoring system is not warranted or appropriate for Silzone valve recipients.

60. Furthermore, Dr. Butchart has provided no scientific evidence to support his theory that alleged risks with the Silzone valve combine to further increase the risks from the other claimed risk factors in his risk scoring system. Rather than provide any evidence regarding the manner in which his risk factors may interact with Silzone, he simply assumed that the effect is additive for each risk factor. Nevertheless, there is no evidence that any of these factors impact Silzone valve recipients any differently than those with non-Silzone valves.

61. Moreover, even if the theories behind Dr. Butchart's risk scoring system had been validated (which they have not), his system would not assign risks in a manner that is consistent with his research. Dr. Butchart's research indicates that many of his proposed risk factors increase the risk of thromboembolic events only for an aortic or only for a mitral valve. Nevertheless, under his risk scoring system, he would assign an increased risk for these factors regardless of whether a patient is implanted with the specific type of valve (aortic or mitral valve) for which his research showed an increased risk. Accordingly, Dr. Butchart's risk scoring system would overestimate the risk faced by numerous patients in a manner that is inconsistent with his research.

62. Dr. Butchart has not used valid scientific methodology to create his risk scoring system for evaluating the risk of thromboembolism, valve thrombosis, and bleeding events, along with the corresponding monitoring and treatment appropriate for Silzone valve recipients. Further, Dr. Butchart's flawed methodology has not been accepted by the medical or scientific communities for evaluating thromboembolic risk factors. Indeed, as Dr. Butchart has admitted, his risk scoring system has not been tested by others and would not be appropriate for clinical practice without such testing. Consequently, it would not be medically appropriate or advisable to implement Dr. Butchart's monitoring and treatment protocol for Silzone valve recipients that is based on his untested and unaccepted risk scoring system.

### 5. Many Aspects Of Dr. Butchart's Treatment And Monitoring Recommendations Are Highly Speculative

63. Dr. Butchart has recommended a treatment and monitoring protocol for which many aspects are not based on scientific evidence. In the absence of scientific evidence demonstrating that his recommendations are appropriate, either for Silzone valve recipients or for patients with other types of mechanical valves, such recommended monitoring and treatment would not be appropriate.

64. For example, Dr. Butchart recommends additional echocardiography and hospitalization for Silzone valve recipients whose anticoagulation therapy must be interrupted due to surgery or other reasons. Dr. Butchart acknowledges that there are no data addressing any such need for additional treatment and monitoring for patients with Silzone valves. Indeed, Dr. Butchart's theory is unsupported by scientific evidence and the need for any such additional treatment and monitoring is entirely speculative. In my opinion, Silzone valve recipients do not require any such additional monitoring and treatment in the event that their anticoagulation therapy needs to be interrupted, as there is no evidence that they are at any increased risk under these circumstances than any other mechanical valve recipients.

65. Likewise, Dr. Butchart recommends higher anticoagulation intensity for prosthetic valve patients with pulmonary infections even though he admits there is no evidence to support this recommendation. He further recommends particular vigilance for Silzone valve recipients with pulmonary infections, along with transesophageal echocardiography. There is no scientific support for either recommendation of such increased monitoring for prosthetic valve patients with pulmonary infections.[13] Consequently, I do not believe that the additional monitoring proposed by Dr. Butchart for Silzone valve patients with pulmonary infections is appropriate.

66. In addition, other than the data published in Dr. Butchart's Cardiac Embolic Risk Factor Study, I am aware of no scientific evidence in the medical literature supporting Dr. Butchart's theory that elevated Factor VII levels are a risk factor for thromboembolism in patients with prosthetic valves. The anecdotal evidence from the Cardiff Late Review certainly does not provide valid scientific evidence supporting Dr. Butchart's theory. Further the article Dr. Butchart cited for the proposition that alternative anticoagulant drugs may be necessary where Factor VII levels remain high in a patient with mechanical valves does not even address that issue.[14] I was a co-author of that paper, which was prepared as part of the Seventh American College of Chest Physicians conference on Antithrombotic and Thrombolytic Therapy: Evidence Based Guidelines, and it absolutely does not provide support for Dr. Butchart's theory. Without scientifically valid evidence to support an increased thromboembolic risk with elevated Factor VII levels, it would not be appropriate to fashion a monitoring protocol for Silzone valve recipients that assumes Factor VII levels are a significant risk factor.

[13] In support of his theory, Dr. Butchart cites to only his own editorial: Butchart, E.G. Fibrinogen and leukocyte activation – the keys to understanding prosthetic valve thrombosis? *Journal of Heart Valve Disease* 6: 9-16 (1997).
[14] Weitz, J.I. et al. New anticoagulant drugs. *CHEST: The Cardiopulmonary and Critical Care Journal* 126: 265S-286S (2004).

## I. DR. BUTCHART'S THROMBOGENICITY OR TEB INDEX IS NOT AN APPROPRIATE MEASURE OF THROMBOGENICITY FOR PROSTHETIC HEART VALVES

67. I do not agree that the TEB or thrombogenicity index proposed by Dr. Butchart is an appropriate measure of a mechanical heart valve's thrombogenicity, or tendency to promote excess thrombus. Thrombogenicity in a mechanical heart valve is manifested in patients as valve thrombus and thromboembolism. As such, it would not be unreasonable to evaluate thrombogenicity of a particular prosthetic valve by evaluating the incidence or prevalence of valve thrombus and thromboembolic events.

68. On the other hand, thrombogenicity does not manifest as a bleeding event. While the characteristics of a particular valve (materials and design) can cause a valve to be excessively thrombogenic, there are no valve characteristics that cause bleeding events. While bleeding events can occur for a variety of reasons, the risk of bleeding events is heavily influenced by the level of the INR, which reflects the strength of the anticoagulation therapy.

69. Since bleeding events occur for reasons independent of a valve's thrombogenicity, including bleeding events into any such thrombogenicity index would merely add another confounding factor into the complex analysis of the cause of thrombogenicity. For instance, patients implanted with a valve that has very low thrombogenicity could nevertheless experience a high number of bleeding events if those patients were over-anticoagulated for some reason. This would cause an increase in the thrombogenicity index proposed by Dr. Butchart, despite the low thrombogenicity of the valve. Therefore, I do not believe that Dr. Butchart's thrombogenicity index, which includes bleeding events as one of its components, is an appropriate measure of thrombogenicity. Likewise, the thrombogenicity index proposed by Dr.

Butchart is not a measure that is generally accepted by the medical or scientific communities to measure the thrombogenic potential of prosthetic valves.

## J. THE ASSESSMENT OF THE CAUSE OF THROMBOEMBOLIC EVENTS IN INDIVIDUAL SILZONE VALVE RECIPIENTS

70. In the declarations of Dr. Butchart and Dr. Wilson, both report on their reviews of individual patient experiences with the Silzone valve, in addition to their impressions leading to the conclusions that Silzone caused some harm to those patients. Nevertheless, it does not appear that Dr. Butchart or Dr. Wilson have evaluated all of the patient medical information that would be necessary to consider before arriving at conclusions as to the cause of those individual complications. To the extent that they have failed to consider potential alternative causes of thromboembolism and valve thrombosis in patients with Silzone valves before arriving at conclusions that Silzone cause such complications, they have not followed a scientific methodology or one that is generally accepted in the medical or scientific communities.

71. As noted above, there are many individual patient factors that would need to be reviewed to make any assessment of possible, let alone probable, causes of thrombosis, embolism or stroke in any individual patient and what if any role a prosthetic valve played. In a patient with a prosthetic valve who develops a stroke, a physician would consider a number of questions when trying to assess the cause of the stroke, as follows: (a) was the patient's stroke thromboembolic or haemorrhagic? (b) if thromboembolic, did the patient's stroke result from a thrombus or an embolus? (c) if an embolus, did the patient's embolus arise from an arterial thrombus, a cardiac thrombus, a valve thrombus, or an endocarditis-induced vegetation? (d) if it arose from a valve thrombus, did the valve composition play any role or was it simply because of the valve being present or the patient being inadequately anti-coagulated? It is be possible to answer the first question directly with a CT scan, but the other questions can only be answered

circumstantially, if at all, by looking at the patient's individual risk factors for the various possibilities.

72. In order to describe the interplay of some of the various risk factors for thromboembolic events in Silzone valve recipients, I have reviewed medical records for three patients who were implanted with Silzone valves: Erik Andersen, Sharon Frost and Earl Burnett. I have also reviewed a number of Field Experience Report ("FER") files of St. Jude Medical. Based on my review of these records, the information available in the records demonstrates many of those risk factors and highlights the need to evaluate each individual patient separately in relation to the cause of thromboembolism and valve thrombosis.[15]

73. For example, at the time I reviewed Mr. Andersen's records, they indicated that he was 64 years old, had hypertension and smoked. These three risk factors predisposed him to arterial thrombosis either within a cerebral artery or in one of the large arteries in the neck (carotid) or chest (aortic) (the latter predisposing him to embolism). Therefore he was at an increased risk of developing a stroke even in the absence of a mechanical valve. He had chronic myocardial ischemia (arterial narrowing of the coronary artery that obstructs the blood supply) and a history of myocardial infarction by the time he received his first prosthetic valve. It is well known that coronary atherosclerosis often co-exists with atherosclerosis of the carotid and cerebral arteries. So, the stroke may well not have been caused by prosthetic valve embolism. Finally, Mr. Andersen had endocarditis, predisposing him to an embolic event from a vegetation. Thus, even the finding of thrombus on Mr. Andersen's valve after explantation would not lead to a conclusion that valve thrombosis caused or even likely caused a stroke if he had had one.

[15] It is apparent that, for each patient, important information about his or her risk factors for thromboembolism is not available and would have to be obtained before it would be possible to attempt to definitively assess the cause of their thromboembolic events and whether their Silzone valve played any role in that event.

74. With respect to Sharon Frost's medical records, there is no evidence of thrombus formation on the valve. She was 54 and a smoker, the latter in particular being a strong risk factor for arterial thrombosis. At the time she had a thromboembolic event after her first valve implant, she also had endocarditis and vegetations which may well have caused her stroke.

75. I have reviewed the medical records of Earl Burnett. There is no evidence in those records that Mr. Burnett suffered from thromboembolism or stroke. He appears to have had congestive heart failure and there appear to be many factors described in the medical records that may have contributed to that failure.

76. Three of the other FER files which I reviewed (RTS-050, RTS-056 and RTS-117) had evidence of thrombosis or thromboembolism in the presence of endocarditis. If a thromboembolic event occurs in a patient with endocarditis, it is highly probable that the event was caused by vegetation secondary to the endocarditis rather than valve thrombosis.

77. Ten other FER files which I reviewed had evidence that the patients had had valve thrombosis or stroke in the absence of endocarditis (RTS-052, RTS-066, RTS-070, RTS-074, RTS-079, RTS-223, RTS-292, RTS-235, RTS-238 and RTS-265). For four out of five of those patients where INR rates were recorded at the time of explant, the INR levels were well below the appropriate therapeutic range (i.e. 1.8, 1.68, 1.1 and 1.3) and this inadequate level of anticoagulation may well be the cause of their thrombosis or stroke. The records also indicate that at least one patient was not compliant with anticoagulation therapy. Three of the patients had atrial fibrillation, two were long-term heavy smokers, two had coronary artery disease with coronary artery bypass, two were over 70 years of age, one was diabetic, one had rheumatic heart disease, one had a previous thromboembolic event before implantation, and one was obese with hypertension and hyperlipidemia. Thus, each of these patients had multiple strong risk factors for thromboembolic events independent of the presence of the Silzone valve.

## K. COMPENSATION

78. I charge $650 an hour for consultation and deposition preparation, deposition testimony, and trial testimony. I have received $107,105.65 for my consultation in this and other Silzone matters.

## L. OTHER EXPERT TESTIMONY

79. Based on the information in the records available in my office and to the best of my knowledge, the table below sets forth all of the cases in which I have provided deposition testimony during the previous three years. I have testified at trial on one occasion during that time in the case of Carey-Hazell v. Getz Bros. & Co. on February 24, 2004.

| CASE NAME | DATE |
|---|---|
| Olsen v. Grande Prairie, et al. | Jan 19/05 |
| St. Jude Medical - Heart Valve Matter | May 19/05 |
| Mankarious vs. Adventist Health System | Nov 23/04 |
| Window vs. Blessing | Nov 4/04 |
| Cooley vs. Heap | Sept 27/05 |
| William A. Forsyth | Sept 25/03 |
| Robert Gill | July 18/03 |
| Pastore vs Black | Oct 7/03 |
| Steffan Hannans vs Metzger et al. vs University Community Hospital | Nov 10/03 |
| Howard Sellers vs Celio Burrowes | Sept 19/05 |
| Grady Bobo et al vs. Kennestone Hospital Inc. | Mar 17/05 |
| Francis v. Maersk Line Limited | Sept 1/05 |
| Kamin vs Salichs | Jan 22/04 |

| | |
|---|---|
| Marin vs Lazaga | June 24/04 |
| Mary K. Wernly | July 21/05 |
| E. & J. O'Toole v. Dr. C. Kallal, et al. | Jan 23/03 |
| Jennifer Brown | Feb 3/05 |
| Joe Johnson | Apr 17/03 |
| Arthur Pittman v. William Bergen, MD et al. | May 11/04 |
| Winton Hubble, deceased | Nov 17/04 |
| Astiana Spoto | Oct 23/03 |
| Lovenox Litigation-Canada | May 19/05 |
| Linda Padgett vs Firth Spiegel, MD | Feb 26/04 |
| Olsen v. Grande Prairie, et al. | Jan 19/05 |
| St. Jude Medical - Heart Valve Matter | May 19/05 |
| Mankarious vs. Adventist Health System | Nov 23/04 |
| Window vs. Blessing | Nov 4/04 |
| Cooley vs. Heap | Sept 27/05 |
| William A. Forsyth | Sept 25/03 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 13, 2006.

Jack Hirsh, M.D.

# EXHIBIT A

2/11/2006

Curriculum Vitae
(Long Version)

# Jack HIRSH, M.D.

## BUSINESS ADDRESS

Henderson Research Centre
711 Concession Street
Hamilton, Ontario L8V 1C3, Canada

Telephone: (905) 527-2299 ext. 42600
Fax: (905) 575-2646
E-mail: jhirsh@thrombosis.hhscr.org

## EDUCATION

### University Training

1953 - 1958 University of Melbourne Medical School
Royal Melbourne Hospital
Clinical School

### Degrees and Professional Qualifications

| | |
|---|---|
| M.B.B.S. (Melbourne) | 1958 |
| M.R.A.C.P. | 1962 |
| M.D. (Melbourne) | 1962 |
| F.R.A.C.P. | 1969 |
| F.R.C.P. (C) | 1973 |
| F.A.C.P. | 1982 |
| F.A.C.C.P. | 1986 |
| D.Sc.(Honourary) McMaster | 1999 |
| Fellow, Royal Society of Canada | 1999 |
| Canada Medical Hall of Fame | 2000 |
| Officer of the Order of Canada | 2000 |