2/11/2006

## APPOINTMENTS

| | |
|---|---|
| 1959-1961 | Resident Medical Officer 1, 2, 3<br>Royal Melbourne Hospital, Victoria, Australia |
| 1963-1964 | Assistant Hematologist<br>Royal Melbourne Hospital, Victoria, Australia |
| 1964-1965 | Research Fellow, Department of Internal Medicine<br>Washington University, St. Louis, Missouri, U.S.A.<br>(Professor S. Sherry) |
| 1965 | Research Assistant, Department of Hematology<br>Postgraduate Medical School<br>London, England (Professor J.V. Dacie) |
| 1965-1966 | Visiting Research Scientist, Department of Medicine and Blood and Vascular Research Unit, University of Toronto, Ontario, Canada (Dr. F. Mustard) |
| 1966-1970 | Senior Lecturer, Department of Medicine<br>University of Melbourne, St. Vincent's Hospital, Melbourne, Australia |
| 1970-1971 | Associate Professor, Departments of Pathology and Medicine<br>McMaster University, Hamilton, Ontario, Canada |
| 1971-1981 | Professor, Departments of Pathology and Medicine<br>McMaster University, Hamilton, Ontario, Canada |
| 1978 | Coordinator, Hamilton District Coordinating Committee for Hematology<br>McMaster University Medical Centre, Hamilton, Ontario, Canada |
| 1981-1988 | Professor and Chairman, Department of Medicine<br>McMaster University, Hamilton, Ontario, Canada |
| 1983-1994 | Associate Member, Department of Clinical Epidemiology and Biostatistics<br>McMaster University, Hamilton, Ontario, Canada |
| 1988-1994 | Professor of Medicine<br>McMaster University, Hamilton, Ontario, Canada |
| 1988-2003 | Director<br>Hamilton Civic Hospitals Research Centre, Hamilton, Ontario, Canada |
| 1994-1999 | Vice President, Research, Vascular Therapeutics, Inc. |

2/11/2006

| | |
|---|---|
| 1994-Present | Professor Emeritus, Department of Medicine<br>McMaster University, Hamilton, Ontario, Canada |
| 1999-2003 | Vice-President, Research; GlycoDesign, Inc., Toronto, Ontario, Canada |
| 2000-2002 | Vice-President, Research<br>Hamilton Health Sciences |
| 2003-Present | Vice-President, Research, Inflazyme, Inc., Vancouver, Canada |
| 2003-Present | Medical Coordinator, Intellectual Property and Commercialization to the Faculty of Health Sciences, McMaster University and the Hamilton Health Sciences Corporation |

## GRANTS AND SCHOLARSHIPS

| | |
|---|---|
| 1964 | The Royal Australasian College of Physicians Travelling Scholarship during appointment with Professor J.V. Dacie |
| 1964 | U.S. Public Health Service Fellowship under a training grant during appointment with Professor S. Sherry |
| 1965 | Visiting Scientist - Fellowship Programme of the Canadian Heart Foundation |
| 1965 | Wellcome Travel Grant |
| 1970-1988 | Ontario Ministry of Health Research Grant |
| 1970-1993 | Medical Research Council |
| 1970-Present | Canadian Heart and Stroke Foundation Grants |
| 1992-1997 | Ministry of Health |
| 1994-1997 | Heart and Stroke Foundation of Canada - The Effects of Low Molecular-Wieght and Standard Heparin on Bone Resorption (Principle Investigator: S. Shaughnessy) |
| 1994-1997 | Heart and Stroke Foundation of Canada - Optimal Heparin Neutralization (Principle Investigator: K. Teoh) |
| 1994-1997 | Heart and Stroke Foundation of Canada - Heparin-Binding Proteins and the Variability of Anticoagulant Response (Principle Investigator: E. Young) |

| | |
|---|---|
| 1998-2002 | Heart and Stroke Foundation of Canada – Effects of low-molecular-weight and standard heparin on bone resorption (Principle Investigator: S. Shaughnessy) |
| 1999-Present | Ontario Research Development Challenge Fund |

## AWARDS AND DISTINCTIONS

| | |
|---|---|
| 1970 | Eric Susman Prize |
| 1982 | Canadian Cardiovascular Society Research Achievement Award |
| 1984 | Outstanding Service Award, Heart and Stroke Foundation of Ontario |
| 1986 | American College of Chest Physicians "Presidential Citation" - 52nd Annual Scientific Meeting, San Francisco, California |
| 1987 | 18th Annual Paul Aggeler Lecturer, San Francisco, California |
| 1987 | Distinguished Service Award, The American Society of Hematology |
| 1988 | Carl deGruchy Memorial Lecturer & Award, Haematology Society of Australia |
| 1989 | Distinguished Research Professorship, Heart and Stroke Foundation of Ontario |
| 1989 | Dr. Kenneth M. Brinkhous Distinguished Career Award Committee for the Fourth Biannual Awards for Contributions to Hemostasis XIIth Congress of the International Society on Thrombosis and Haemostasis, Tokyo, Japan |
| 1990 | Governor-in-Council Appointee, Government of Canada |
| 1992 | Trillium Award - Ministry of Health |
| 1993 | The Hamilton Netherlands Experience European Society, Netherlands Thrombosis Foundation |
| 1993 | Seymour Lectureship, Distinguished Service to Internal Medicine Award Wesley Foundation, Wichita, Kansas |
| 1993 | Sol Sherry Lecturer of the American Heart Association Council of Thrombosis of the American Heart Association, Atlanta, Georgia |

| | |
|---|---|
| 1996 | Ham-Wasserman Lecture<br>38th Annual American Society of Hematology Meeting; Orlando, Florida |
| 1996 | Editorial Excellence, American College of Chest Physicians |
| 1997 | Fellow of the Council on Arteriosclerosis, Thrombosis and Vascular Biology (ATVB) |
| 1999 | PrixGalien Canada, Research Award |
| 1999 | Honourary D.Sc. (McMaster University) |
| 1999 | Fellow, Royal Society of Canada |
| 2000 | Canadian Medical Hall of Fame Laureate |
| 2000 | Member of the Order of Canada |
| 2000 | Member of the Council of Arteriosclerosis, Thrombosis and Vascular Biology (ATVB) |
| 2000 | Gairdner Foundation International Award for Achievement in Medical Science |
| 2002 | Golden Jubilee Medal for Exceptional Qualities and Outstanding Service to Canada |
| 2003 | Cornerstone Awardee, Hamilton Health Sciences Corporation |

## EDITORIAL BOARD

| | |
|---|---|
| 1975 | Haemostasis |
| 1976 | Blood |
| 1980 | Thrombosis Research |
| 1980 | American Journal of Hematology |
| 1983 | Review of Haematological Practice |
| 1984 | International Editorial Board of Drugs |
| 1985 | Arteriosclerosis |
| 1985-1994 | Thrombosis & Haemostasis |
| 1985 | USP Surgical Drugs and Devices Advisory Panel |
| 1986-1993 | International Committee for Fibrinolysis |
| 1986 | Primary Care Emergency Decisions |
| 1987 | Bailliere Tindall, W.B. Saunders Company Ltd. |
| 1987 | Archives of Internal Medicine |
| 1988 | Churchill Livingstone Medical Journals |
| 1989 | STA Communications Inc., The Canadian Journal of Diagnosis |

| | |
|---|---|
| 1989 | The National Medical Journal of India, Oxford University Press |
| 1990 | Arteriosclerosis and Thrombosis |
| 1998 | American Journal of Medicine |
| 2001 | DSMB Board of the CREATE Study |
| 2002 | DSMB for the ACTIVE Study |

## EXECUTIVE POSITIONS

| | |
|---|---|
| 1972-1975 | Minister's Committee on the Pill, (Federal Government) |
| 1973-1975 | Chairman, Publications Committee, Executive Committee, Council on Thrombosis, American Heart Association |
| 1973-1975 | Chairman, Subcommittee on Hemostasis, American Society of Hematology |
| 1973-1980 | Member, Scientific Subcommittee, Canadian Heart Foundation |
| 1975-1988 | Member, Council on Thrombosis. American Society of Hematology |
| 1978-1984 | Chairman, Medical Members Committee, Ontario Heart Foundation |
| 1978-1984 | Chairman, Medical Members Committee, Ontario Heart Foundation |
| 1978-1981 | Member, Task Force on Thromboembolism, Ontario Council of Health |
| 1978-1981 | Chairman, Subcommittee on Diagnosis, Prophylaxis and Treatment of Venous Thromboembolism, International Committee on Thrombosis and Hemostasis |
| 1978-1980 | Chairman, Council of the International Society on Thrombosis and Hemostasis |
| 1980-1988 | Member, Board of Directors, Canadian Heart Foundation |
| 1980-1982 | President, Canadian Hematology Society |
| 1981-1988 | Member, Canadian Association of Professors of Medicine |
| 1982-1987 | Member, Health Research Personnel Review Committee |
| 1984-1987 | Member, Health Research and Development Council of Ontario |
| 1985 | Co-Chairman, National Committee on Antithrombotic Drugs, American College of Chest Physicians |

2/11/2006

| | |
|---|---|
| 1986-1989 | Chairman, Subcommittee on Heparin, International Committee on Thrombosis & Haemostasis |
| 1988 | Member, Council of the International Society of Thrombosis and Hemostasis (By Election) |
| 1989 | Member, American Heart Association Council on Thrombosis |
| 1989 | Member, International Congress of Cardiology on Cardiovascular Pharmacotherapy and Cardiomyopathies, ISFC |
| 1989 | Member, Task Force on Research Development, Medical Research Council of Canada |
| 1989 | Member, Subcommittee on Control of Anticoagulation, International Committee for Standardization in Haematology |
| 1990 | Member, Scientific Advisory Committee for Clinical Development of Hirudin |
| 1990 | Member, GUSTO Steering Committee |
| 1990-1993 | Member, Medical Research Council of Canada |
| 1990 | Member, The Lectureship and Awards Committee, ISTH |
| 1990 | Member, Society for Cardiovascular Pathology, Inc. |
| 1991 | Member, Sol Sherry Thrombosis Center Committee |
| 1993 | Member, Council of the International Society and Federation of Cardiology |
| 1993 | Member, Subcommittee on Control of Anticoagulation (Mannucci) |
| 1993 | Member, Safety and Monitoring Committee for GUSTO II |
| 1994 | Haemotologic Oncology Task Force |
| 1994-1996 | Scientific Committee for the XIIIth International Congress on Fibrinolysis and Thrombolysis |
| 1995 | Search Committee for the Head of Service, Cardiothoracic Surgery, Hamilton Civic Hospitals |
| 1995 | ORBIT Safety and Data Monitoring Committee |
| 1995 | Member, ISTH/SSC Subcommittee on Control of Anticoagulation (Barrowcliffe) |

2/11/2006

| | |
|---|---|
| 1995 | ESSENCE Study Data and Safety Monitoring Committee |
| 1996 | Scientific International Committee of the XIVth International Congress on Thrombosis |
| 1996 | Data and Safety Monitoring Board of the TIMI 11B trial |
| 1997 | Member, Scientific Advisory Board, Canadian Medical Discoveries Fund, Inc. |
| 1997 | Member, Steering Committee of the Cardiovascular Research Health Network |
| 1997-2001 | Scientific Subcommittee on Thrombosis and Vascular Biology; The American Society of Hematology |
| 1999 | Scientific Advisory Committee; Clinical Trials Research Institute |
| 2000 | Member of the Council on Arteriosclerosis, Thrombosis and Vascular Biology (ATVB) |
| 2001-2002 | Member, Task Force on Antithrombotic Agents |
| 2002 | Member, Data and Safety Monitoring Board for PAI-039 (Wyeth) |
| 2002 | Member, Data and Safety Monitoring Board for ACTIVE Study |
| 2002 | Member, Data Safety and Monitoring Board of the PICASSO Program |

## MEDICAL SOCIETIES

| | |
|---|---|
| 1963 | The Royal Australasian College of Physicians |
| 1970 | American Society of Hematology<br>American Heart Association (Council on Thrombosis)<br>American Society of Cardiology<br>Canadian Society for Clinical Investigation<br>Canadian Society of Hematology<br>Central Society for Clinical Research<br>College of Physicians and Surgeons of Ontario<br>International Society on Hemostasis and Thrombosis<br>Ontario Medical Association<br>Royal College of Physicians and Surgeons of Canada |

| | |
|---|---|
| 1971 | American Society for Experimental Pathology |
| 1973 | American Society for Clinical Investigation |
| 1975 | Association of American Physicians |
| 1975 | Canadian Hemophilia Society |
| 1981 | Canadian Association of Professors of Medicine |
| 1982 | American College of Physicians, Fellow |
| 1982 | International Society of Hematology |
| 1983 | Canadian Atherosclerosis Society, Charter Member |
| 1984 | Canadian Society of Internal Medicine |
| 1993-1995 | Canadian Atherosclerosis Society (President-Elect) |

## EXTERNAL REFEREE

| | |
|---|---|
| 1989 | Research & Development, Blood Services<br>The Canadian Red Cross Society |

2/11/2006

# PUBLICATIONS - ORIGINAL ARTICLES

**Orginal Publications 1964-1966**

1. Paroxysmal nocturnal hemoglobinuria: An acquired dyshemopoiesis.
   Austr Ann Med 13:24-31, 1964
   J. Hirsh, B. Ungar, J.S. Robinson

2. Histiocytic medullary reticulosis: A case report.
   Austr Ann Med 13:269-274, 1964
   J. Hirsh, B. Ungar, W.E. King, T.R. Lubbe

3. A case of thrombocytopenic purpura associated with chlorpropamide therapy.
   Med J Austr 2:988-990, 1964
   A. Morley and J. Hirsh

4. Effect of fibrin and fibrinogen proteolysis products of clot physical properties.
   Am J Physiol 209:415-424, 1965
   J. Hirsh, A.P. Fletcher, N. Alkjaersig, S. Sherry

5. Increased platelet adhesiveness in recurrent venous thrombosis and pulmonary embolism.
   Br Med J 2:797-799, 1965
   J. Hirsh, J.A. McBride

6. The development of urokinase as a thrombolytic agent: Maintenance of a sustained thrombolytic state in man by its intravenous infusion.
   J Lab Clin Med 65:713, 1965
   A.P. Fletcher, N. Alkjaersig, S. Sherry, E. Genton, J. Hirsh, F. Bachmann

7. Persistent post-splenectomy thrombocytosis and thrombo-embolism: A consequence and continuing anemia.
   Br J Hematol 12:44-53, 1966
   J. Hirsh, J.V. Dacie

8. Thromboembolism and increased platelet adhesiveness in post-splenectomy thrombocytosis.
   Austr Ann Med 15:112-128, 1966
   J. Hirsh, J.A. McBride, J.V. Dacie

9. Platelet adhesiveness: A comparison of the rotating bulb and glass-bead column methods.
   Thromb Diath Haemorrh 16:100-104, 1966
   J. Hirsh, J.A. McBride, H. Pailing-Wright

10. The protein requirement for platelet surface reaction.
J Clin Invest 45:1013, 1966
M.F. Glynn, M.A. Packham, J. Hirsh, J.F. Mustard

**Orginal Publications 1967-1969**

1. Hypofibrinogemia without increased fibrinolysis in leukemia.
Lancet 1:418-420, 1967
J. Hirsh, J.G. Buchanan, G.C. de Gruchy, A.G. Baikie

2. Hypofibrinogenemia in acute leukemia with extensive fibrinous pericarditis.
Austr Ann Med 16:333-336, 1967
J. Hirsh, H. Ekert, L.I. Taft, J.H.Colebatch, J. Spensley

3. Spontaneous bruising associated with a defect in the inter-action of platelets with connective tissue.
Lancet 2:18-21, 1967
J. Hirsh, D.J. Castelan, P.B. Loder

4. Resolution of acute massive pulmonary embolism after pulmonary arterial infusion of streptokinase.
Lancet 2:593-597, 1967
J. Hirsh, G.S. Hale, I.G. McDonald, R.A.McCarthy, J.F. Cade

5. Distribution of platelet hexokinase and the effect of collagen.
Nature 216:1317-1318, 1967
J.C.G. Doery, J. Hirsh, P.B. Loder, G.C. de Gruchy

6. The effect of collagen on platelet glycolysis and nucleotide metabolism.
Br J Hematol 14:563-573, 1968
P.B. Loder, J. Hirsh, G.C. de Gruchy

7. The effect of platelet age on platelet adherence to collagen.
J Clin Invest 47:466-473, 1968
J. Hirsh, M.F. Glynn, J.F. Mustard

8. Effect of activation of the fibrinolytic mechanism on experimental platelet-rich thrombi in rabbits.
J Lab Clin Med 72:245-255, 1968
J. Hirsh, M.R. Buchanan, M.F. Glynn, J.F. Mustard

9. Effect of streptokinase on hemostasis.
Blood 32:726-737, 1968
J. Hirsh, M.R. Buchanan, M.F. Glynn, J.F. Mustard

10. Heparin in the treatment of venous thromboembolic disease: Administration, control and results.
Med J Austr 2:153-159, 1968
E.F. O'Sullivan, J. Hirsh, R.A. McCarthy, G.C. de Gruchy

11. Isoproterenol in massive pulmonary embolism: Hemodynamic and clinical effects.
Med J Austr 2:201-205, 1968
I.G. McDonald, J. Hirsh, G.S. Hale, J.F. Cade, R.A. McCarthy

12. Radioimmunoassay of fibrinogen and its proteolysis products.
Thromb Diath Haemorrh 20:1-6, 1968
K. Catt, J. Hirsh, D. Castelan, G. Tregear, H. Niall

13. Severe post-partum in abruptio placentae: Failure to respond to fibrinogen infusion: Therapeutic implications.
Med J Austr 2:1182-1183, 1968
C. Barbaro, J. Hirsh

14. Streptokinase therapy in acute major pulmonary embolism: Effectiveness and problems.
Br Med J 4:729-734, 1968
J. Hirsh, G.S. Hale, I.G. McDonald, R.A. McCarthy, A. Pitt

15. Platelet-phosphonexokinase levels in Down's syndrome.
Lancet 2:894-895, 1968
J.C. Doery, J. Hirsh, O.M. Garson, G.C. de Gruchy

16. Latex-bound antifibrinogen test for plasma fibrinogen assay.
J Clin Path 21:638-642, 1968
D. Castelan, J. Hirsh, M. Martin

17. Erythrocyte and platelet glucose 6-phosphate dehydrogenase in normal and mutant Caucasians
Scand J Haematol 6:5-9, 1969
J.C.G. Doery, J. Hirsh, G.C. de Gruchy

18. Acute thrombocytopenic purpura due to guinine sensitivity.
Med J Austr 1:453-458, 1969
M.A. Burgess, J. Hirsh, G.C. de Gruchy

19. Placental barrier to coagulation factors: Its relevance to the coagulation defect at birth and to hemorrhage in the new born.
Br Med J 2:281-283, 1969
J.F. Cade, J. Hirsh, M. Martin

20. Aspirin: Its effects on platelet glycolysis and adenosine diphosphate.
Science 165:65-67, 1969
J.C.G. Doery, J. Hirsh, G.C. de Gruchy

21. Streptokinase in acute major pulmonary embolism.
Israel J Med Sci 5:844-848, 1969
J. Hirsh, G.S. Hale, I.G. McDonald, R.A. McCarthy

22. Arterial thrombosis in a patient with chronic thrombocytopenia: Successful treatment with intra-arterial infusion of streptokinase.
Med J Austr 2:1304-1306, 1969
J. Hirsh, E.F. O'Sullivan, A.S. Gallus, E.J. Gilford

**Orginal Publications 1970**

1. Streptokinase therapy in acute major pulmonary embolism.
Am Heart J 79:574-578, 1970
J. Hirsh, I.G. McDonald, G.S. Hale

2. Evaluation of the standard dosage schedule with streptokinase.
Blood 35:341-349, 1970
J. Hirsh, E.F. O'Sullivan, M. Martin

3. Evaluation of subcutaneous calcium heparin therapy in the treatment of thromboembolic disease.
Med J Austr 1:15-17, 1970
J. Hirsh, E.F. O'Sullivan, A.S. Gallus, M. Martin

4. Clinical experience with anticoagulant therapy during pregnancy.
Br Med J 1:270-273, 1970
J. Hirsh, J.F. Cade, E.F. O'Sullivan

5. Saddle pulmonary embolism: A surgical emergency?
Lancet I:269-271, 1970
I.G. McDonald, J. Hirsh, G.S. Hale, J. Clarebrough, J.P. Richardson

6. Platelet glycolytic enzymes: Effect of cellular disruption procedures on activity.
Br J Hematol 19:145-157, 1970
J.C.G. Doery, J. Hirsh, G.C. de Gruchy

7. Neonatal coagulation defect due to anticonvulsant drug treatment in pregnancy.
Lancet I:265-268, 1970
K. Mountain, J. Hirsh, A.S. Gallus

8. Energy metabolism in human platelets: Inter-relationship between glycolysis and oxidative metabolism.
Blood 36:159-168, 1970
J.C.G. Doery, J. Hirsh, I. Cooper

9. Dosage regimens for streptokianse treatment: Evaluation of a standard dosage schedule.
Austr Ann Med 19:12-16, 1970
J. Hirsh

10. The rate of resolution of pulmonary embolism and its effects on early survival.
Austr Ann Med 19:46-53, 1970
I.G. McDonald, J. Hirsh, G.S. Hale

11. Streptokinase in the treatment of major pulmonary embolism: Experience with twenty-five patients.
Austr Ann Med 19:54-59, 1970
J. Hirsh, I.G. McDonald, G.S. Hale

12. Anticoagulants after open-heart surgery.
Med J Austr 2:5-6, 1970
J.F. Cade, J. Hirsh, J.M. Clarebrough

13. The activated partial thromboplastin time in the control of heparin treatment.
Austr Ann Med 4:334-337, 1970
J. Hirsh, E.F. O'Sullivan, A.S. Gallus, M. Martin

14. Fetal effects of coumadin administered during pregnancy.
Blood 36:623-627, 1970
J. Hirsh, J.F. Cade, A.S. Gallus

**Orginal Publications 1971-1973**

1. Comparison of the effects of streptokinase and heparin on the early rate of resolution of major pulmonary embolism.
CMAJ 104:488-491, & 516, 1971
J. Hirsh, I.G. McDonald, G.A. Hale, E.F. O'Sullivan, V.M. Jelinek

2. Effect of streptokinase therapy on experimental fibrin-rich arterial thrombi.
Am J Path 62:7-16, 1971
L. Jorgensen, J. Hirsh, M.F. Glynn, M.R. Buchanan, J.F. Mustard

3. Divergent effects of aspirin and salicylate on glucose and glycogen metabolism in human platelets.
Experentia 27:533-534, 1971
J.C.G. Doery, J. Hirsh

4. Major pulmonary embolism, a correlation of clinical findings, haemodynamics, pulmonary angiography and pathological physiology.
Br Heart J 34:356-364, 1972
I.G. McDonald, J. Hirsh, G.S. Hale, E.F. O'Sullivan

5. The influence of drugs upon the anticoagulant activity of heparin.
CMAJ 106:562-564, 1972
E.D. Hodby, J. Hirsh, C. Adeniyi-Jones

6. Coagulation studies in patients with acute infectious hepatitis.
Br J Haematol 22(6):751-761, 1972
A.S. Gallus, C.R. Lucas, J. Hirsh

7. A prospective study of the value of monitoring heparin treatment with the activated partial thromboplastin time.
N Engl J Med 287:324-327, 1972
D. Basu, A. Gallus, J. Hirsh, J.F. Cade

8. Acute major pulmonary embolism as a cause of exaggerated respiratory blood pressure variation and pulsus paradoxus.
Br Heart J 34:1137-1141, 1972
I.G. McDonald, J. Hirsh, V.M. Jelinek, G.S. Hale

9. Small subcutaneous doses of heparin in prevention of venous thrombosis.
N Engl J Med 288:545-551, 1973
A.S. Gallus, J. Hirsh, R.J. Tuttle, R. Trebilcock, S.E. O'Brien, J.J. Carroll, J.H. Minden, S.M. Hudecki

10. Relation between bleeding time and platelet connective tissue reaction after aspirin.
Blood 41:369-377, 1973
J. Hirsh, D. Street, J.F. Cade, H. Amy

11. Australian Multicentre Trial of streptokinase in acute myocardial infarction.
Lancet I:57-60, 1973
J.H.N. Bett, P.A. Castaldi, G.S. Hale, J.P. Isbister, K.H. McLean, E.F. O'Sullivan, J.C. Biggs, C.N. Chesterman,J. Hirsh, I.G. McDonald, J.J. Morgan, M. Rosenbaum

12. von Willebrand's syndrome presenting as an acquired bleeding disorder in assosiation with a monoclonal gammopathy.
Blood 42(3):429-436, 1973
M.J. Mant, J. Hirsh, J. Gauldie, J. Bienenstock, G.F. Pineo, K.H. Luke

13. Preparation of human fibrinogen free of plasminogen by immunoadsorption.
Haemostasis 1:210-214, 1972/1973
K.H. Luke, J. Hirsh, J. Bienenstock, A. Zipursky, M.A. Johnston, K. Allman

14. Energy metabolism in washed platelets responsive to ADP: Comparison with platelets in plasma.
Br J Haematol 25:657-673, 1973
J.C.G. Doery, J. Hirsh, J.F. Mustard

15. Induction of aggregation of human blood platelets by ultra-violet light: Action spectrum and structural changes.
Blood 42(4):551-555, 1973
J.C.G. Doery, R.C. Dickson, J. Hirsh

16. Prolonged prothrombin time and partial thromboplastin time and disseminated intravascular coagulation not due to deficiency of Factors V and VIII.
Br J Haematol 24:723-731, 1973
M.J. Mant, J. Hirsh, G.F. Pineo, K.H. Luke

17. Unexpected vitamin K deficiency in hospitalized patients.
CMAJ 109:880-883, 1973
G.F. Pineo, A.S. Gallus, J. Hirsh

18. Relevance of preoperative and postoperative blood tests to postoperative leg-vein thrombosis.
Lancet II:805-809, 1973
A.S. Gallus, J. Hirsh, M. Gent

**Original Publications 1974**

1. Investigation of the mechanism of false positive 125 I-labelled fibrinogen scans.
   Br J Haemotol 26:469-473, 1974
   G.N.W. Kerrigan, M.R. Buchanan, J.F. Cade, E. Regoeczi, J. Hirsh

2. Effects of sodium warfarin administered during pregnancy in mice.
   Am J Obstet Gynecol 118:819-823, 1974
   J. Kronick, N.E. Phelps, D.J. McCallion, J. Hirsh

3. Arteriovenous shunt thrombosis: Prevention of sulfinpyrazone.
   N Engl J Med 290:304-306, 1974
   A. Kaegi, G.F. Pineo, A. Shimizu, H. Trivedi, J. Hirsh, M. Gent

4. Hot clot scan: A method for the accurate identification of experimental pulmonary emboli.
   Invest Radio 9:32-36, 1974
   J.F. Cade, E. Regoeczi, D.M. Hynes, E.S. Garnett, J. Hirsh

5. Resolution of experimental pulmonary emboli with heparin and streptokinase in different dosage regimens.
   J Clin Invest 54:782-791, 1974
   J.F. Cade, J. Hirsh, E. Regoeczi, M. Gent, M.R. Buchanan, D.M. Hynes

6. Effects of thrombolytic therapy on hemorrhage from post-operative wounds.
   Thromb Diath Haemorrh 32:592-599, 1974
   J.F. Cade, D. Basu, T.J. Muckle, J. Hirsh

**Original Publications 1975**

1. Mechanisms of elevated fibrin/fibrinogen degradation products in acute experimental pulmonary embolism.
   Blood 45:563-568, 1975
   J.F. Cade, J. Hirsh, E. Regoeczi

2. Thrombolysis with a combination of small doses of streptokinase and small doses of heparin.
   Sem Thromb Haemost 2:14-32, 1975
   A.S. Gallus, J. Hirsh, J.F. Cade, A.G.G. Turpie, I.R. Walker, M. Gent

3. The role of sulfinpyrazone in the prevention of arterio-venous shunt thrombosis.
   Circulation 52:497-499, 1975
   A. Kaegi, G.F. Pineo, A. Shimizu, H. Trivedi, J. Hirsh, M. Gent

4. Platelet-inhibiting drugs in the prevention of clinical thrombotic disease.
   N Engl J Med 293:1174-1178, 1236-1240, 1296-1300, 1975
   E. Genton, M. Gent, J. Hirsh, L.A. Harker

5. Endotoxin-induced endothelial injury and repair. I. Endothelial cell turnover in the aorta of the rabbit.
Exp Mol Path 23:379-385, 1975
R.G. Gerrity, B.A. Caplan, M. Richardson, J.F. Cade, J. Hirsh, C.J. Schwartz

**Original Publications 1976**

1. Prevention of venous thrombosis with small, subcutaneous doses of heparin.
JAMA 235:1980-1982, 1976
A.S. Gallus, J. Hirsh, S.E. O'Brien, J.A. McBride, R.J. Tuttle, M. Gent

2. Heparin kinetics in venous thrombosis and pulmonary embolism.
Circulation 53(4): 691-695, 1976
J. Hirsh, W.G. van Aken, A.S. Gallus, C.T. Dollery, J.F. Cade, W.G. Yung

3. Impedance plethysmography using the occlusive cuff technique in the diagnosis of venous thrombosis.
Circulation 53(4): 696-700, 1976
R.D. Hull, W.G. van Aken, J. Hirsh, A.S. Gallus, G. Hoicka, A.G.G. Turpie, I.R. Walker, M. Gent

4. Endotoxin-induced vascular endothelial injury and repair. II. Focal injury en face morphology 3H-thymidine uptake and circulating endothelil cells in the dog.
Exp Mol Path 25:59-69, 1976
R.G. Gerrity, M. Richardson, B.A. Caplan, J.F. Cade, J. Hirsh, C.J. Schwartz

5. The effect of experimental hematoma on serum levels of fibrinogen-related antigen.
Blood 47:855-859, 1976
J.F. Cade, E. Regoeczi, J. Hirsh, M.R. Buchanan

6. In vitro and in vivo functions of thrombin-treated platelets.
Thromb Haemost 35:151-166, 1976
H.-J. Reimers, R.L. Kinlough-Rathbone, J-P Cazenave, A.F. Senyi, J. Hirsh, M.A. Packham, J.F. Mustard

7. Thombotic thrombocytopenic purpura: A syndrome of intravascular platelet comsumption.
CMAJ 114:1108-1112, 1976
P.B. Neame, J. Hirsh, G. Browman, J. Denburg, T.J. D'Souza, A. Gallus, M.C. Brain

8. Effects of penicillin G. and Cephalotin on platelet function in vivo.
Proc Soc Explt Biol Med 152:641-644, 1976
J-P Cazenave, H-J Reimers, A.F. Senyi, J. Hirsh, M.A. Packham, J.F. Mustard

**Original Publications 1977**

1. Prevention of venous thrombosis in patients with intracranial disease by intermittant pneumatic compression of the calf.
Neurology 27(5):435-438, 1977
A.G.G. Turpie, A.S. Gallus, W.S. Beattie, J. Hirsh

2. Relationship between the anticoagulant and antithrombotic effects of heparin in experimental venous thrombosis.
Blood 49(2):171-184, 1977
H.M. Chiu, J. Hirsh, W.L. Yung, E. Rogoeczi, M. Gent

3. Combined use of leg scanning and impedance plethysmography in suspected venous thrombosis: An alternative to venography.
N Engl J Med 296:1497-1500, 1977
R.D. Hull, J. Hirsh, D.L. Sackett, P.J. Powers, A.G.G. Turpie, I.R. Walker

4. Increased heparin clearance in experimental pulmonary embolism.
J Lab Clin Med 90:204-216, 1977
H.M. Chiu, W.G. van Aken, J. Hirsh, E. Regoeczi, A.A. Horner

5. Vasoactive substances in pulmonary embolism.
Thromb Haemost 38:167, 1977
M.H. Todd, J.B. Forrest, J. Hirsh

6. Normalization of platelet survival in an experimental model after platelet exposure to thrombin in vitro or ADP in vivo.
Thromb Haemost 38(1):124, 1977
G. Meuleman, M.R. Buchanan, A.R. Giles, J. Hirsh

**Original Publications 1978**

1. Plasma fibrinopeptide A levels in symptomatic venous thromboembolism.
Blood 51:1189-1195, 1978
I.M. Yudelman, H.L. Nossell, K.L. Kaplan, J. Hirsh

2. Determination of sulphinpyrazone in patient plasma by gas chromatography.
Thromb Res 12:247-255, 1978
J. Rosenfeld, M.R. Buchanan, P.J. Powers, J. Hirsh, H.J.M. Barnett, R.K. Stuart

3. A comparison of the effects of aspirin and dipyridamole on platelet aggregation in vivo and ex vivo.
Thromb Res 13:517-529, 1978
M.R. Buchanan, J. Hirsh

4. Thrombogenic effect of high dose aspirin in rabbits: Relationship to inhibition of vessel wall synthesis of $PGI_2$-like activity.
J Clin Invest 62:892-895, 1978
J.G. Kelton, J. Hirsh, C.J. Carter, M.R. Buchanan

5. Impedance plethysmography: The relationship between venous filling and sensitivity and specificity for proximal vein thrombosis.
Circulation 58:898-902, 1978
R.D. Hull, D.W. Taylor, J. Hirsh, D.L. Sackett, P.J. Powers, A.G.G. Turpie, I.R. Walker

6. Sex differences in the antithrombotic effects of aspirin.
Blood 52:1073-1076, 1978
J.G. Kelton, J. Hirsh, C.J. Carter, M.R. Buchanan

7. A randomized trial of aspirin and sulfinpyrazone in threatened stroke.
N Engl J Med 299:53-59, 1978
The Canadian Cooperative Study Group

8. In vivo hemostatic function an survival of young and old platelets.
Blood 52(1):159, 1978
M.A. Blajchman, A.F. Senyi, J. Hirsh, E. Genton

9. The prolonged effect of sulfinpyrazone on collagen-induced platelet aggregation in vivo.
Thromb Res 13:883-892, 1978
M.R. Buchanan, J. Rosenfeld, J. Hirsh

**Original Publications 1979**

1. The direct assay for platelet associated IgG: Lack of association between antibody level and platelet size
Blood 53:73-80, 1979
J.G. Kelton, P.B. Neame, J. Bishop, M. Ali, J. Gauldie, J. Hirsh

2. The use of electromyography to detect muscle contraction responsible for falsely positive impedance plethysmographic results.
Thromb Res 14:811-816, 1979
L. Biland, R.D. Hull, J. Hirsh, M. Milner

3. The value of adding impedance plethysmography to $^{125}$I-fibrinogen leg scanning for the detection of deep vein thrombosis in high risk surgical patients: A comparitive study between patients undergoing general surgery and hip surgery.
Thromb Res 15:227-234, 1979
R.D. Hull, J. Hirsh, D.L. Sackett, P.J. Powers, A.G.G. Turpie, I.R. Walker, J.A. McBride

4. Shortening of the bleeding time in rabbits by hydrocortisonedue to inhibition of prostacyclin ($PGI_2$) generation by the vessel wall.
J Clin Invest 63(5):1026-1036, 1979
M.A. Blajchman, A.F. Senyi, J. Hirsh, Y. Surya, M.R. Buchanan, J.F. Mustard

5. Increased dipyridamole plasma concentrations associated with salicylate administation in vivo.
Thromb Res 15:813-820, 1979
M.R. Buchanan, J. Rosenfeld, M. Gent, W. Lawrence, J. Hirsh

6. Elevated platelet-associated IgG in the thrombocytopenia of septicemia.
N Engl J Med 300:760-764, 1979
J.G. Kelton, P.B. Neame, J. Gauldie, J. Hirsh

7. Prevention of venous thrombosis by intermittent sequential calf compression in patients with intracranial disease.
Thromb Res 15(5-6):611-616, 1979
A.G.G. Turpie, T. Delmore, J. Hirsh, R.D. Hull, E. Genton, C. Hiscoe, M. Gent

8. Thrombocytopenia found uncommonly during heparin therapy.
JAMA 241:2396-2397, 1979
P.J. Powers, D. Cuthbert, J. Hirsh

9. Comparison of the haemorrhagic effects of porcine and bovine heparin in rabbits.
Thromb Res 15:581-586, 1979
C.J. Carter, J.G. Kelton, J. Hirsh

10. Effectiveness of an intermittent pulsatile elastic stocking for the prevention of calf and thigh vein thrombosis in patients undergoing elective knee surgery.
Thromb Res 16(1/2):37-45, 1979
R.D. Hull, T. Delmore, J. Hirsh, M. Gent, P. Armstrong, R. Lofthouse, A. MacMillan, I. Blackstone, R. Reed-Davis, R.C. Detwiler

11. Shortening of the bleeding time in thrombocytopenic rabbits after exposure of jugular vein to high aspirin concentration.
Prostaglandins and Medicine 3:333-342, 1979
M.R. Buchanan, M.A. Blajchman, E. Dejanan, J.F. Mustard, A.F. Senyi, J. Hirsh

12. Decreased platelet thrombogenecity in association with increased platelet turnover and vascular damage.
Blood 54:1369-1375, 1979
M.R. Buchanan, C.J. Carter, J. Hirsh

13. Uncontrolled $PGI_2$ production by whole vessel wall segments due to thrombin generationin vivo and its prevention by heparin.
Thromb Res 16:551-555, 1979
M.R. Buchanan, E. Dejana, J-P Cazenave, J.F. Mustard, J. Hirsh

14. Warfarin sodium versus low-dose heparin in the long-term treatment of venous thrombosis.
N Engl J Med 301:855-858, 1979
R.D. Hull, T. Delmore, E. Genton, J. Hirsh, M. Gent, D.L. Sackett, D. McLoughlin, P. Armstrong

15. Platelet-associated IgG in septicemia.
N Engl J Med 301:271-272, 1979
J.G. Kelton, P.B. Neame, J. Gauldie, J. Hirsh

**Original Publications 1980**

1. Simplification of sequential impedance plethysmographytechnique without loss of accuracy.
Thromb Res 17:561-565, 1980
D.W. Taylor, R.D. Hull, D.L. Sackett, J. Hirsh

2. The thrombogenicity of prothrombin complex concentrates: I. The relationship between in vitro characteristics and in vivo thrombogenicity in rabbits.
Thromb Res 17:353-366, 1980
A.R. Giles, M.A. Johnston, H. Hoogendoorn, M.A. Blajchman, J. Hirsh

3. The thrombogenicity of prothrombin complex concentrates: II. The effect fo thrombocytopenia on in vivo thrombogenicity in rabbits.
Thromb Res 17:555-560, 1980
A.R. Giles, H. Hoogendoorn, M.A. Blajchman, J. Hirsh

4. Comparison of two direct assays for platelet-associated IgG (PAIgG) in assessment of immune and nonimmune thrombocytopenia.
Blood 55:424-429, 1980
J.G. Kelton, A.R. Giles, P.B. Neame, P.J. Powers, N. Hageman, J. Hirsh

5. A comparison of the quantitative ristocetin von Willebrand factor assay by using fresh and fixed platelets.
Thromb Res 18:477-483, 1980
J.G. Kelton, J. Bishop, J. Hirsh,

6. Sex related differences in platelet aggregation. Influence of the Hematocrit.
Blood 56:38-41, 1980
J.G. Kelton, P.J. Powers, R. Boland, J. Julian, C.J. Carter, M. Gent, J. Hirsh

7. Thrombocytopenia in septicemia: The role of disseminated intravascular coagulation.
Blood 56(1):38-41, 1980
P.B. Neame, J.G. Kelton, I.R. Walker, I.O. Stewart, H.L. Nossel, J. Hirsh

8. The inhibition of heparin of the intrinsic pathway activation of Factor X in the absence of antithrombin III.
Thromb Res 20:391-403, 1980
F.A. Ofosu, M.A. Blajchman, J. Hirsh

9. Preparation and partial characterization of human plasma depleted of antithrombin III by heparin-sepharose affinity chromatography.
Thromb Res 20:77-83, 1980
H. Hoogendoorn, A.L. Cerskus, M.A. Blajchman, F.A. Ofosu, J. Hirsh

10. Differences in inhibition of $PGI_2$ production by aspirin in rabbit artery and vein segments.
Thromb Res 20:447-460, 1980
M.R. Buchanan, E. Dejanan, J-P Cazenave, M. Richardson, J.F. Mustard, J. Hirsh

11. Immunodepletion of human plasma Factor VIII.
Blood 56(4):604-607, 1980
F.A. Ofosu, K, Cassidy, M.A. Blajchman, J. Hirsh

**Original Publications 1981**

1. Hemostatic function, survival and membrane glycoprotein changes in circulating young, normal, and old rabbit platelets.
   J Clin Invest 68(5):1289-1304, 1981
   M.A. Blajchman, A.F. Senyi, J. Hirsh, E. Genton, J.N. George

2. Relationship between the antithrombotic and anticoagulant effect of low molecular weight heparin.
   Thromb Res 21:169-174, 1981
   C.J. Carter, J.G. Kelton, J. Hirsh, M. Gent

3. The low specificity of postoperative perfusion lung scan defects.
   CMAJ 124:153-157, 1981
   I.R. Walker, P. Aukland, J. Hirsh, G. Coates, P. Cockshott, R. Taylor, R.D. Hull

4. Enhanced platelet accumulation onto injured carotid arteries in rabbits following aspirin treatment.
   J Clin Invest 67:503-508, 1981
   M.R. Buchanan, E. Dejana, M. Gent, J.F. Mustard, J. Hirsh

5. Replacement of venography in suspected venous thrombosis by impedance plethysmography and 125 I-fibrinogen leg scanning.
   Ann Intern Med 94(1):12-15, 1981
   R.D. Hull, J. Hirsh, D.L. Sackett, D.W. Taylor, C.J. Carter, A.G.G. Turpie, A. Zielinsky, P.J. Powers, M. Gent

6. Blood tests for the diagnosis of venous and arterial thrombosis.
   Blood 57:1-8, 1981
   J. Hirsh

7. The reversible binding of vinblastine to platelets: Implications for therapy.
   Blood 57(3):431-436, 1981
   J.G. Kelton, J.W.D. McDonald, R.M. Barr, I.R. Walker, W. Nicholson, P.B. Neame, C. Hamid, T.Y. Wong, J. Hirsh

8. Selection and results of antiplatelet therapy in the prevention of stroke and myocardial infarction.
   Arch Intern Med 141:311-315, 1981
   J. Hirsh

9. The factor VIII-independant activation of factor X by factors IXa and VII in plasma.
   Thromb Res 21:23-33, 1981
   F.A. Ofosu, M.A. Blajchman, G. Modi, J. Hirsh

10. Drug-induced thrombocytopenia is associated with increased binding of IgG to platelets both in vivo and in vitro.
    Blood 58(3):524-529, 1981
    J.G. Kelton, D. Meltzer, J. Moore, A.R. Giles, W.E. Wilson, R. Barr, J. Hirsh, P.B. Neame, P.J. Powers, I.R. Walker, F. Bianchi, C.J. Carter

11. Cost effectiveness of clinical diagnosis, venography and noninvasive testing in patients with symptomatic deep-vein thrombosis.
N Engl J Med 304:1561-1567, 1981
R.D. Hull, J. Hirsh, D.L. Sackett, G.L. Stoddart

12. Clinical validity of a negative venogram in patients with clinically suspected venous thrombosis.
Circulation 64:622-624, 1981
R.D. Hull, J. Hirsh, C.J. Carter, A.G.G. Turpie, P.J. Powers, M. Gent

13. Activation of Factor X and prothrombin in antithrombin III depleted plasma: The effects of heparin.
Thromb Res 23:331-345, 1981
F.A. Ofosu, M.A. Blajchman, G. Modi, A.L. Cerskus, J. Hirsh

14. The development and application of a serum assay for platelet-bindable 272 IgG (S-PBIgG).
Thromb Res 98(2):272-279, 1981
J.G. Kelton, J. Moore, J. Gauldie, P.B. Neame, J. Hirsh, E. Tozman

15. Sex-related differences in the efficacy of acetylsalicylic acid (ASA) the absorption of ASA and its effects on collagen-induced thromboxane $B_2$ generation.
Thromb Res 24:163-168, 1981
J.G. Kelton, C.J. Carter, J. Rosenfeld, M.P. Massicotte-Nolan, J. Hirsh

**Original Publications 1982**

1. The diagnostic value of the fibrinogen/fibrin fragment E antigen assay in clinically suspected deep vein thrombosis.
Blood 59(2):346-350, 1982
A. Zielinsky, J. Hirsh, G. Straumanis, C.J. Carter, M. Gent, D.L. Sackett, R.D. Hull, J.G. Kelton, P.J. Powers, A.G.G. Turpie

2. Sex related differences in platelet function: The effect of aspirin.
Blood 59(3):625-627, 1982
J.G. Kelton, C.J. Carter, A.V. Santos, J. Hirsh

3. Heparin with low affinity to antithrombin III inhibits the activation of prothrombin in normal plasma.
Thromb Res 28:487-497, 1982
F.A. Ofosu, G. Modi, A.L. Cerskus, J. Hirsh, M.A. Blajchman

4. Inhibition of arterial thrombosis and platelet function by Nafazatrom.
Thromb Res 28:157-170, 1982
M.R. Buchanan, M.A. Blajchman, J. Hirsh

5. The relationship between the hemorrhagic and antithrombotic properties of low molecular weight heparin in rabbits.
Blood 59(6):1239-1245, 1982
C.J. Carter, J.G. Kelton, J. Hirsh, A.L. Cerskus, A.V. Santos, M. Gent

6. Aspirin inhibits platelet function independent of the acetylation of cyclo-oxygenase.
Thromb Res 25:363-373, 1982
M.R. Buchanan, J.A. Rischke, J. Hirsh

7. Comparison of the in vivo haemorrhagic and antithrombotic effects of a low antithrombin III affinity heparin fraction.
Thromb Res 27(6):679-690, 1982
P.A. Ockelford, C.J. Carter, A.L. Cerkus, C.A. Smith, J. Hirsh

8. Discordance between the anti-Xa activity and the antithrombotic activity of an ultra low molecular weight heparin fraction.
Thromb Res 28:401-409, 1982
P.A. Ockelford, C.J. Carter, L. Mitchell, J. Hirsh

9. Adjusted subcutaneous heparin vs. warfarin sodium in the long-term treatment of venous thrombosis.
N Engl J Med 306:189-194, 1982
R.D. Hull, T. Delmore, C.J. Carter, J. Hirsh, E. Genton, M. Gent, A.G.G. Turpie, D. McLoughlin

10. Cost-effectiveness of primary and secondary prevention of fatal pulmonary embolism in high-risk surgical patients.
CMAJ 127:990-995, 1982
R.D. Hull, J. Hirsh, D.L. Sackett, G.L. Stoddart

11. Different intensities of anticoagulation in the long term treatment of proximal vein thrombosis.
N Engl J Med 307(27):1676-1681, 1982
R.D. Hull, J. Hirsh, R.M. Jay, C.J. Carter, C. England, M. Gent, A.G.G. Turpie, D. McLoughlin, P. Dodd, M. Thomas, G.E. Raskob, P.A. Ockelford

**Original Publications 1983**

1. The sex-related differences in aspirin pharmacokinetics in rabbits and man and its relationship to antiplatelet effects.
Thromb Res 29:125-139, 1983
M.R. Buchanan, J.A. Rischke, R.W. Butt, A.G.G. Turpie, J. Hirsh, J. Rosenfeld

2. The diagnosis of acute recurrent deep vein thrombosis: A diagnostic challenge.
Circulation 67(4):901-906, 1983
R.D. Hull, C.J. Carter, R.M. Jay, P.A. Ockelford, J. Hirsh, A.G.G. Turpie, A. Zielinsky, M. Gent, P.J. Powers

3. Pulmonary angiography, ventilation lung scanning and venography for clinically suspected pulmonary embolism with abnormal perfusion lung scan.
Ann Intern Med 98(6):891-899, 1983
R.D. Hull, J. Hirsh, C.J. Carter, R.M. Jay, P.E. Dodd, P.A. Ockelford, G. Coates, G.J. Gill, A.G.G. Turpie, D.J. Doyle, H.R. Buller, G.E. Raskob

4. The pharmacokinetics and bioavailability of subcutaneously administered dihydroergotamine, heparin and the dihydroergotamine-heparin combination.
Thromb Res 31:51-67, 1983
H.F. Schran, D.W. Bitz, F.J. DiSerio, J. Hirsh

5. Factors XI and XII are low in subjects with liver disease.
Digestive Diseases and Sciences 28(11):967-970, 1983
I.R. Walker, R.A. Milner, M.A. Johnston, C.A. Rand, P.B. Neame, J. Hirsh

**Original Publications 1984**

1. The inhibition of the anticoagulant activity of heparin by platelets, brain phospholipids and tissue factor.
Br J Haematol 57:229-238, 1984
F.A. Ofosu, A.L. Cerskus, J. Hirsh, L.M. Smith, G.J. Modi, M.A. Blajchman

2. Effect of aspirin and salicylate on platelet/vessel wall interactions in rabbits.
Atherosclerosis 4(4):403-406, 1984
M.R. Buchanan, J. Hirsh

3. Heparan sulfate and dermatan sulfate inhibit the generation of thrombin activity in plasma by complementary pathways.
Blood 64(3):742-747, 1984
F.A. Ofosu, G.J. Modi, L.M. Smith, A.L. Cerskus, J. Hirsh, M.A. Blajchman

4. Outcome of abnormal impedance plethysmography results in patients with proximal-vein thrombosis: Frequency of return to normal.
Thromb Res 36:259-263, 1984
R.M. Jay, R.D. Hull, J. Hirsh, C.J. Carter, P.A. Ockelford, H.R. Buller, A.G.G. Turpie

5. Effects of heparin fractions of different affinities to antithrombin III and thrombin on the inactivation of thrombin and factor Xa by antithrombin III.
Can J Biochem and Cell Biol 62;975-983, 1984
A.L. Cerskus, K.J. Birchall, F.A. Ofosu, J. Hirsh, M.A. Blajchman

6. A comparison of the antithrombotic and haemorrhagic effects of low molecular weight heparin fractions: The influence of the method of preparation.
Thromb Res 35:613-625, 1984
J.F. Cade, M.R. Buchanan, B. Boneu, P.A. Ockelford, C.J. Carter, A.L. Cerskus, J. Hirsh

7. A cost-effectiveness analysis of alternative approaches for long-term treatment of proximal venous thrombosis.
JAMA 252:235-239, 1984
R.D. Hull, G.E. Raskob, J. Hirsh, D.L. Sackett

8. Lidocaine and the reduction of post-venographic pain.
Austr NZ J Med 14:622-625, 1984
P.A. Ockelford, P.J. Powers, R.D. Hull, D. McLaughlin, Z. Strasberg, M. Gent, J. Hirsh

**Original Publications 1985**

1. The relative importance of thrombin inhibition and factor Xa inhibition to the antithrombotic effects of heparin.
Blood 65:198-201, 1985
M.R. Buchanan, B. Boneu, F.A. Ofosu, J. Hirsh

2. Placental transport of low molecular weight heparin in the pregnant sheep.
Br J Hamatol 59:103-108, 1985
M. Andrew, B. Boneu, M.R. Buchanan, A.L. Cerskus, A. Jefferies, J.F. Cade, M. Towell, J. Hirsh

3. Diagnostic efficacy of impedance plethysmography for clinically suspected deep-vein thrombosis: A randomized trial.
Ann Intern Med 102:21-28, 1985
R.D. Hull, J. Hirsh, C.J. Carter, R.M. Jay, P.A. Ockelford, H.R. Buller, A.G.G. Turpie, P.J. Powers, D. Kinch, P. Dodd, G.J. Gill, J.R. Leclerc, M. Gent

4. In vivo activity of a new heparinoid.
Pathology 17:78-81, 1985
P.A. Ockelford, C.J. Carter, J. Hirsh

5. An evaluation of suloctidil in the prevention of deep vein thrombosis in neurosurgical patients.
Thromb Res 39:173-181, 1985
A.G.G. Turpie, M. Gent, D.J. Doyle, E. Saerens, A.C. de Boer, C. Talbot, J. McNamee, J. Hirsh

6. Sustained thrombolysis with DNA-recombinant tissue type plasminogen activator and streptokinase in rabbits.
Circulation 72:178-182, 1985
G. Agnelli, M.R. Buchanan, F.A. Fernandez, J. Hirsh

7. A comparison of the thrombolytic and hemorrhagic effects of tissue plasminogen activator and streptokinase in rabbits.
Circulation 72:178-182, 1985
G. Agnelli, M.R. Buchanan, F.A. Fernandez, B. Boneu, J. van Ryn, J. Hirsh, D. Collen

8. The importance of thrombin inhibition for the expression of the anticoagulant activities of heparin, dermatan sulphate, low molecular weight heparin and pentosan polysulphate.
Br J Haematol 60:695-704, 1985
F.A. Ofosu, M.A. Blajchman, G.J. Modi, L.M. Smith, M.R. Buchanan, J. Hirsh

9. Endothelial cells produce a lipoxygenase derived chemo-repellant which influences platelet/endothelial cell interactions: Effects of aspirin and salicylate.
Thromb Haemost 53:306-311, 1985
M.R. Buchanan, R.W. Butt, Z. Magas, J. van Ryn, J. Hirsh, D.J. Nazir

10. Effects of heparin, in its low molecular weight fractions and other glycosaminoglycans on thrombus growth in vivo.
Thromb Res 40:81-89, 1985
B. Boneu, M.R. Buchanan, J.F. Cade, J. van Ryn, F.A. Fernandez, F.A. Ofosu, J. Hirsh

11. The thrombolytic and hemorrhagic effects of tissue typeplasminogen activator: Influence of dosage regimens in rabbits.
Thromb Res 40:769-777, 1985
G. Agnelli, M.R. Buchanan, F.A. Fernandez, J. Hirsh

12. Diagnostic value of ventilation-perfusion lung scanning in patients with suspected pulmonary embolism.
Chest 88(6):819-828, 1985
R.D. Hull, J. Hirsh, C.J. Carter, G.E. Raskob, G.J. Gill, R.M. Jay, J.R. Leclerc, M. David, G. Coates

13. The hemorrhagic antithrombotic effects of dermatan sulfate.
Thromb Haemost 54:61, 1985
F.A. Fernandez, J. van Ryn, F.A. Ofosu, J. Hirsh, M.R. Buchanan

14. Recurrent leg symptoms following deep vein thrombosis: A diagnostic challenge.
Arch Intern Med 145(10):1867, 1985
J.R. Leclerc, R.M. Jay, R.D. Hull, J. Hirsh

**Original Publications 1986**

1. Hemorrhagic complications of long-term anticoagulant therapy for ischemic cerebral vascular disease.
Stroke 17(1):111-116, 1986
M.N. Levine, J. Hirsh

2. Role of lipoxygenase metabolism in platelet function: Effect of aspirin and salicylate.
Prost Leuk Med 21:157-168, 1986
M.R. Buchanan, R.W. Butt, J. Hirsh, B.A. Markham, D.J. Nazir

3. Management of anti-thrombin III deficiency during pregnancy without administration of anti-thrombin III.
Thromb Res 41:567-573, 1986
J.R. Leclerc, W. Geerts, A. Panju, P. Nguyen, J. Hirsh

4. Hemorrhagic doses of heparin and other glycosamino-glycans induce a platelet defect.
Thromb Res 43:491-495, 1986
F.A. Fernandez, P. Nguyen, J. van Ryn, F.A. Ofosu, J. Hirsh, M.R. Buchanan

5. A low molecular weight heparin alters the fetal coagulation system in the pregnant sheep.
Br J Thromb Haemost 55:342-346, 1986
M. Andrew, F.A. Ofosu, B. Boneu, A. Jefferies, J. Hirsh, M.R. Buchanan

6. The haemorrhagic and antithrombotic effects of dermatan sulphate.
Br J Haematol 64:309-317, 1986
F.A. Fernandez, J. van Ryn, F.A. Ofosu, J. Hirsh, M.R. Buchanan

7. Continuous intravenous heparin compared with intermittent subcutaneous heparin in the initial treatment of proximal-vein thrombosis.
N Engl J Med 315:1109-1114, 1986
R.D. Hull, G.E. Raskob, J. Hirsh, R.M. Jay, J.R. Leclerc, W. Geerts, D. Rosenbloom, D.L. Sackett, C. Anderson, L. Harrison, M. Gent

8. A randomized controlled trial of a low-molecular-weight heparin (enoxaparin) to prevent deep-vein thrombosis in patients undergoing elective hip surgery.
N Engl J Med 315:925-929, 1986
A.G.G. Turpie, M.N. Levine, J. Hirsh, C.J. Carter, R.M. Jay, P.J. Powers, M. Andrew, R.D. Hull, M. Gent

**Original Publications 1987**

1. Double-blind randomized trial of ORG 10172 low-molecular-weight heparinoid in prevention of deep-vein thrombosis in thrombotic stroke.
Lancet 1:523-526, 1987
A.G.G. Turpie, M.N. Levine, J. Hirsh, C.J. Carter, R.M. Jay, P.J. Powers, M. Andrew, H.N. Magnani, R.D. Hull, M. Gent

2. The inhibition of thrombin dependent positive feedback reactions is critical to the expression of the anticoagulant effect of heparin.
Biochem J 243:579-588, 1987
F.A. Ofosu, P. Sie, G.J. Modi, F.A. Fernandez, M.R. Buchanan, M.A. Blajchman, B. Boneu, J. Hirsh

3. Evidence for a saturable mechanism of disappearance of standard heparin in rabbits.
Thromb Res 46(6):835-844, 1987
B. Boneu, C. Caranobe, A.M. Gabaig, D. Dupouy, P. Sie, M.R. Buchanan, J. Hirsh

4. The disappearance of a low molecular weight heparin fraction (CY 216) differs from standard heparin in rabbits.
Thromb Res 46(6):845-853, 1987
B. Boneu, M.R. Buchanan, C. Caranobe, A.M. Gabaig, D. Dupouy, P. Sie, J. Hirsh

5. Catalysis of thrombin inhibition provides an index for estimating the antithrombotic potential of glycosaminoglycans in rabbits.
Thromb Haemost 57(3):286-293, 1987
F.A. Fernandez, M.R. Buchanan, J. Hirsh, J.W. Fenton, F.A. Ofosu

6. The basement membrance underlying the vascular endothelium is not thrombogenic: In vivo and in vitro studies with rabbit and human tissue.
Thromb Haemost 58(2):698-704, 1987
M.R. Buchanan, M. Richardson, T.A. Haas, J. Hirsh, J. Madri

7. Adjusted subcutaneous heparin or continuous intravenous heparin in patients with acute deep vein thrombosis: A randomized trial.
Ann Intern Med 107(4):441-445, 1987
D.J. Doyle, A.G.G. Turpie, J. Hirsh, C. Best, D. Kinch, M.N. Levine, M. Gent

8. A novel whole blood capillary technic for measuring the prothrombin time.
Am J Clin Pathol 88(4):442-446, 1987
F.V. Lucas, A. Duncan, R.M. Jay, R. Coleman, P. Craft, B. Chan, L. Winfrey, D.R. Mungall, J. Hirsh

9. Sample size in the planning and interpretation of clinical trials.
Thromb Haemost 58(4):953-956, 1987
M.N Levine, J. Hirsh

**Original Publications 1988**

1. The thrombogenic effect of anti-cancer drug therapy in women with stage 2 breast cancer.
N Engl J Med 318:404-407, 1988
M.N. Levine, M. Gent, J. Hirsh, A. Arnold, M.D. Goodyear, W. Hryniuk, S. De Pauw

2. Pulmonary embolism in outpatients with pleuritic chest pain.
Arch Intern Med 148(4):838-844, 1988
R.D. Hull, G.E. Raskob, C.J. Carter, G. Coates, G.J. Gill, D.L. Sackett, J. Hirsh, M. Thompson (RN)

3. Randomised comparison of two intensities of oral anticoagulant therapy after tissue heart valve replacement.
Lancet 1(8597):1242-1245, 1988
A.G.G. Turpie, J. Gunstensen, J. Hirsh, H. Nelson, M. Gent

4. Pseudo thrombosis in pregnancy.
CMAJ 1399:409-410, 1988
J.S. Ginsberg, D.C. Turner, P. Brill-Edwards, L. Harrison, J. Hirsh

5. Antithrombotic properties of heparin in a neonatal piglet model of thrombin-induced thrombosis.
Thromb Haemost 60(2):289-292, 1988
B. Schmidt, M.R. Buchanan, F.A. Ofosu, L. Brooker, J. Hirsh, M. Andrew

6. Heparin clearance and ex vivo recovery in newborn piglets and adult pigs.
Thromb Res 52:517-527, 1988
M. Andrew, F.A. Ofosu, B. Schmidt, L. Brooker, J. Hirsh, M.R. Buchanan

**Original Publications 1989**

1. Unfractionated heparin inhibits thrombin-catalyzed amplification reactions of coagulation more efficiently than those catalyzed by Factor Xa.
Biochemical J 257:143-150, 1989
F.A. Ofosu, C.T. Esmon, M.A. Blajchman, G.J. Modi, L.A. Smith, N. Anvari, M.R. Buchanan, J.W. Fenton II, J. Hirsh

2. Antithrombotic and bleeding effects of glycosaminoglycans with different degrees of sulphation.
Br J Haematol 71:265-269, 1989
J. Van Ryn-McKenna, F.A. Ofosu, J. Hirsh, M.R. Buchanan

3. Prevention of deep vein thrombosis in potential neurosurgical patients: A randomized trial comparing graduated compression stockings alone or graduated compression stockings plus intermittent pneumata compression with control.
Arch Intern Med 149(4):679-681, 1989
A.G.G. Turpie, J. Hirsh, M. Gent, D.H. Julian, J. Johnson

4. Special report: A simple system for the derivation of international normalized ratios for the reporting of prothrombin time results with North American thromboplastin reagents.
AJCP :124-126, 1989
L. Poller, J. Hirsh

5. Comparison of high-dose with low-dose subcutaneous heparin to prevent left ventricular mural thrombosis in patients with acute transmural anterior myocardial infarction.
N Engl J Med 320(6):352-357, 1989
A.G.G. Turpie, J.G. Robinson, D.J. Doyle, A.S. Mulji, G.J. Mishkel, B.J. Sealey, J.A. Cairns, L. Skingley, J. Hirsh, M. Gent

6. A randomized trial of less intense postoperative warfarinor aspirin therapy in the prevention of venous thromboembolism after surgery for fractured hip.
Arch Intern Med 149(4):771-774, 1989
P.J. Powers, M. Gent, R.M. Jay, D.H. Julian, A.G.G. Turpie, M.N. Levine, J. Hirsh

7. Risks to the fetus of radiologic procedures used in the diagnosis of maternal venous thromboembolic disease.
Thromb Haemost 61(2):189-196, 1989
J.S. Ginsberg, J. Hirsh, A.J. Rainbow, G. Coates

8. Risk to the fetus of anticoagulant therapy during pregnancy.
Thromb Haemost 61(2):197-203, 1989
J.S. Ginsberg, J. Hirsh, D.C. Turner, R. Burrows, M.N. Levine

9. Intermittent compression units for the postphlebitic syndrome.
Arch Intern Med 149(7):1651-1652, 1989
J.S. Ginsberg, P. Brill-Edwards, G. Kowalchuk, J. Hirsh

10. Heparin therapy during pregnancy.
Arch Intern Med 149(10):2233-2236, 1989
J.S. Ginsberg, G. Kowalchuk, J. Hirsh, P. Brill-Edwards, R. Burrows

11. Detection of previous proximal venous thrombosis with doppler ultrasonography and photoplethysmography.
Arch Intern Med 149(10):2255-2257, 1989
J.S. Ginsberg, A. Shin, A.G.G. Turpie, J. Hirsh

12. An evaluation of impedance plethysmography and I-125-fibrinogen leg scanning in patients following hip surgery.
Thromb Haemost 62(3):830-834, 1989
M.K. Cruickshank, M.N. Levine, J. Hirsh, A.G.G. Turpie, P.J. Powers, R.M. Jay, M. Gent

13. The relationship between anti-factor Xa level and clinical outcome in patients receiving enoxaparin low molecular weight heparin to prevent deep vein thrombosis after hip replacement.
Thromb Haemost 62(3):940-944, 1989
M.N. Levine, A. Planes, J. Hirsh, M. Goodyear, N. Vochelle, M. Gent

**Orginal Publications 1990**

1. Diagnosis of venous thrombosis and pulmonary embolism.
Am J Cardiol 65:45C-49C, 1990
J. Hirsh

2. Relationship between vessel wall 13-HODE synthesis and vessel wall thrombogenecity following injury: Influence of salicylate and dipyridamole treatment.
Thromb Res 57:383-392, 1990
E. Weber, T.A. Haas, T.H. Muller, W.G. Eisert, J. Hirsh, M. Richardson, M.R. Buchanan

3. Heparin for 5 days as compared with 10 days in the initial treatment of proximal venous thrombosis.
N Engl J Med 322:1260-1264, 1990
R.D. Hull, G.E. Raskob, D. Rosenbloom, A.A. Panju, P. Brill-Edwards, J.S. Ginsberg, J. Hirsh, G.J. Martin, D. Green

4. Clot-bound thrombin is protected from inhibition by heparin-antithrombin III but is susceptible to inactivation by antithrombin III-independent inhibitors.
J Clin Invest 86:385-391, 1990
J.I. Weitz, M. Hudoba, D. Massel, J. Maraganore, J. Hirsh

5. Tissue plasminogen activator (rtPA) vs heparin in deep veinthrombosis: Results of a randomized trial.
Chest 97:172S-175S, 1990
A.G.G. Turpie, M.N. Levine, J. Hirsh, J.S. Ginsberg, M.K. Cruickshank, R. Jay, M. Gent

6. The effects of DDAVP on heparin-induced bleeding.
Thromb Haemorrh Disorders 1(1):23-27, 1990
J. Van Ryn-McKenna, P. Nguyen, F.A. Ofosu, J. Hirsh, M.R. Buchanan

7. Neutralization of enoxaparine-induced bleeding by protamine sulfate.
Thromb Haemost 63(2):271-274, 1990
J. Van Ryn-McKenna, L. Cai, F.A. Ofosu, J. Hirsh, M.R. Buchanan

8. Continuous infusion of low affinity heparin and dermatan sulphate induce the release into rabbit blood of a moiety which catalyzes thrombin-antithrombin III formation.
Thromb Haemorrh Disorders 2(1):17-23, 1990
S. Cortelazzo, M.R. Buchanan, E. Young, J. Hirsh, N. Anvari, J Van Ryn-McKenna, F.A. Ofosu

9. Heparin effect on bone density.
Thromb Haemost 64(2):286-289, 1990
J.S. Ginsberg, G. Kowalchuk, J. Hirsh, P. Brill-Edwards, R. Burrows, G. Coates, C. Webber

10. A new short infusion dosage regimen of recombinant tissue plasminogen activator in patients with venous thromboembolic disease.
Chest 97(4):168S-170S, 1990
M.N. Levine, J.I. Weitz, A.G.G. Turpie, M. Andrew, M.K. Cruickshank, J. Hirsh

11. A randomized trial of a single bolus dosage regimen of recombinant tissue plasminogen activator in patients with acute pulmonary embolism.
Chest 98:1473-1479, 1990
M.N. Levine, J. Hirsh, J.I. Weitz, M.K. Cruickshank, J. Neemeh, A.G.G. Turpie, M. Gent

12. Prevention of venous thrombosis in patients undergoing major orthopaedic surgical procedures.
Acta Chir Scand (Suppl) 556:30-35, 1990
J. Hirsh

13. From unfractionated heparins to low molecular weight heparins.
Acta Chir Scand (Suppl) 556:42-50, 1990
J. Hirsh

14. In vivo catalysis of thrombin inhibition of antithrombin III and heparin co-factor II an antithrombotic effect: Differential effects of dermatan sulfate and unfractionated heparin.
Thromb Haemorrh Dis 1/2:77-80, 1990
J. Okwusidi, M. Falcone, J. Van Ryn-McKenna, J. Hirsh, F.A. Ofosu, M.R. Buchanan

15. Contribution of red blood cells to the saturable mechanism of heparin clearance.
Thromb Haemost 64(4):559-563, 1990
E. Young, J. Hirsh

**Original Publications 1991**

1. A standard heparin nomogram for the management of heparin therapy.
Arch Intern Med 151:333-337, 1991
M.K. Cruickshank, M.N. Levine, J. Hirsh, R.S. Roberts, M. Siguenza

2. Measurement of the activated partial thromboplastin time from a capillary (fingerstick) sample of whole blood. A new method for monitoring heparin therapy.
Am J Clin Pathol 95(2):222-227, 1991
J. Ansell, C. Tiarks, J. Hirsh, W. McGehee, D. Adler, R. Weibert

3. Prevention of deep vein thrombosis after elective hip surgery. A randomized trial comparing low molecular weight heparin with standard unfractionated heparin.
Ann Intern Med 114:545-551, 1991
M.N. Levine, J. Hirsh, M. Gent, A.G.G. Turpie, J. Leclerc, P.J. Powers, R.M. Jay, J. Neemeh

4. Rationale for development of low-molecular-weight heparins and their clinical potential in the prevention of postoperative venous thrombosis.
Am J Surg 161:512-518, 1991
J. Hirsh

5. Standard and low molecular weight heparin have no effect on tissue plasminogen activator induced plasma clot lysis or fibrinogenolysis.
Thromb Haemost 65(5):541-544, 1991
J.I. Weitz, J. Kuint, B. Leslie, J. Hirsh

6. Comparative effects of heparin and LMW heparin on hemostasis.
Thromb Res Suppl XIV:11-17, 1991
J. Hirsh, M.R. Buchanan

7. The relationship of antiphospholipid antibodies to thromboembolic disease in systemic lupus erythematosis: A cross-sectional study.
Thromb Haemost 66(5):520-524, 1991
A.A. Long, J.S. Ginsberg, P. Brill-Edwards, M. Johnston, C. Turner, J.A. Denburg, W.G. Bensen, A. Cividino, M. Andrew, J. Hirsh

8. Heparin.
N Engl J Med 324:1565-1574, 1991
J. Hirsh

9. Oral anticoagulants drugs.
N Engl J Med 324:1865-1875, 1991
J. Hirsh

**Original Publications 1992**

1. Thrombosis in antithrombin-III-deficient persons: Report of a large kindred and literature review.
Ann Intern Med 116:754-761, 1992
C. Demers, J.S. Ginsberg, J. Hirsh, P. Henderson, M.A. Blajchman

2. Inhibition of the amplification reactions of blood coagulation by site-specific inhibitors of $\alpha$-thrombin.
Biochemical J 283(3):893-897, 1992
F.A. Ofosu, J.W. Fenton II, J. Maraganore, M.A. Blajchman, X. Yang, L. Smith, N. Anvari, M.R. Buchanan, J. Hirsh

3. Heparin binding to plasma proteins, an important mechanism for heparin resistance.
Thromb Haemost 67(6):639-643, 1992
E. Young, M.H. Prins, M.N. Levine, J. Hirsh

4. The effect of thrombin inhibitors on tissue plasminogen activator induced thrombolysis in a rat model.
Thromb Haemost 68(1):64-68, 1992
P. Klement, A. Borm, J. Hirsh, J. Maraganore, G. Wilson, J.I. Weitz

5. Sustained antithrombotic activity of hirudin after its plasma clearance: Comparison with heparin.
Blood 80(4):960-965, 1992
G. Agnelli, C. Renga, J.I. Weitz, J. Hirsh

6. A low-molecular-weight heparinoid compared with unfractionated heparin in the prevention of deep vein thrombosis in patients with acute ischemic stroke: A randomized, double-blind study.
Ann Intern Med 117:353-357, 1992
A.G.G. Turpie, M. Gent, R. Cote, M.N. Levine, J.S. Ginsberg, P.J. Powers, J. Leclerc, W. Geerts, R.M. Jay, J. Neemeh, M. Klimek, J. Hirsh

7. Ventilation-perfusion lung scanning and the diagnosis of pulmonary embolism: Improvement of observer agreement by the use of a lung segment reference chart.
Thromb Haemost 68(3):245-249, 1992
A.W.A. Lensing, E.J.R. van Beek, C. Demers, M.M.C. Tiel-van Buul, V. Yakemchuk, A. van Dongen, G. Coates, J.S. Ginsberg, J. Hirsh, J-W. ten Cate, H.R. Buller

8. Evidence that postoperative fibrinolytic shutdown is mediated by plasma factors that stimulate endothelial cell type 1 plasminogen activator inhibitor biosynthesis.
Blood 80(7):1758-1764, 1992
J. Kassis, J. Hirsh, T.J. Podor

**Original Publications 1993**

1. Limitations of impedance plethysmography in the diagnosis of clinically suspected deep vein thrombosis.
Ann Intern Med 118:25-30, 1993
D.R. Anderson, A.W.A. Lensing, P.S. Wells, M.N. Levine, J.I. Weitz, J. Hirsh

2. Type 1 plasminogen activator inhibitor is not an acute phase reactant in rats. Lack of IL-6- and hepatocyte-dependent synthesis.
J Immunol 150:225-235, 1993
T.J. Podor, J. Hirsh, T.D. Gelehrter, R. Zeheb, D. Torrey, Y. Guigoz, F. Sierra, J. Gauldie

3. $^{125}$I-fibrinogen leg scanning: Reassessment of its role for the diagnosis of venous thrombosis in post-operative patients.
Thromb Haemost 69(1):2-7, 1993
A.W.A. Lensing, J. Hirsh

4. An antithrombin III assay based on factor Xa inhibition provides a more reliable test to identify congenital antithrombin III deficiency than an assay based on thrombin inhibition.
Thromb Haemost 69(3):231-235, 1993
C. Demers, P. Henderson, M.A. Blajchman, M.J. Wells, L. Mitchell, M. Johnston, F.A. Ofosu, F. Fernandez-Rachubinski, M. Andrew, J. Hirsh, J.S. Ginsberg

5. The use of an indwelling teflon catheter for subcutaneous heparin administration during pregnancy.
Arch Intern Med 153:841-844, 1993
D.R. Anderson, J.S. Ginsberg, P. Brill-Edwards, C. Demers, R.F. Burrows, J. Hirsh

6. $\alpha_2$-Antiplasmin supplementation inhibits tissue plasminogen activator-induced fibrinogenolysis and bleeding with little effect on thrombolysis.
J Clin Invest 91:1343-1350, 1993
J.I. Weitz, B. Leslie, J. Hirsh, P. Klement

7. Establishing a therapeutic range for heparin therapy.
Ann Intern Med 119:104-109, 1993
P. Brill-Edwards, J.S. Ginsberg, M. Johnston, J. Hirsh

8. A comparison of aspirin with placebo in patients treated with warfarin after heart-valve replacement.
N Engl J Med 329:524-529, 1993
A.G.G. Turpie, M. Gent, A. Laupacis, Y. Latour, J. Gunstensen, F. Basile, M. Klimek, J. Hirsh

9. An international randomized trial comparing four thrombolytic strategies for acute myocardial infarction.
N Engl J Med 329:673-682, 1993
The GUSTO Investigators

10. The additive effect of low molecular weight heparins on thrombin inhibition by dermatan sulfate.
Thromb Haemost 70(3):443-447, 1993
B. Cosmi, G. Agnelli, E. Young, J. Hirsh, J.I. Weitz

11. Heparin binding proteins: Contribution to heparin rebound after cardiopulmonary bypass.
Circulation 88[Part 2]:420-425, 1993
K.H.T. Teoh, E. Young, C.A. Bradley, J. Hirsh

12. Comparison of the non-specific binding of unfractionated heparin and low molecular weight heparin (enoxaparin) to plasma proteins.
Thromb Haemost 70(4):625-630, 1993
E. Young, B. Cosmi, J.I. Weitz, J. Hirsh

13. Efficacy and cost of low-molecular-weight heparin compared with standard heparin for the prevention of deep vein thrombosis after total hip arthroplasty.
Ann Intern Med 119:1105-1112, 1993
D.R. Anderson, B.J. O'Brien, M.N. Levine, R.S. Roberts, P.S. Wells, J. Hirsh

14. Distribution of thrombosis in patients with symptomatic deep vein thrombosis.
Arch Intern Med 153: 2777-2780, 1993
A. Cogo, A.W.A. Lensing, P. Prandoni, J. Hirsh

15. Evaluation of a portable prothrombin time monitor for home use by patients who require long-term oral anticoagulant therapy.
Arch Intern Med 153: 1441-47, 1993
D.R. Anderson, L. Harrison, J. Hirsh

**Orginal Publications 1994**

1. A randomized trial comparing activated thromboplastin time with heparin assay in patients with acute venous thromboembolism requiring large daily doses of heparin.
Arch Intern Med 154:49-56, 1994
M.N. Levine, J. Hirsh, M. Gent, A.G.G. Turpie, M. Cruickshank, J. I. Weitz, D.R. Anderson, M. Johnston

2. Graduated compression stockings in the prevention of postoperative venous thromboembolism.
Arch Intern Med 154:67-72, 1994
P.S. Wells, A.W.A. Lensing, J. Hirsh

3. Multicentric evaluation of a new PT reagent based on recombinant human tissue factor and synthetic phospholipids.
Thromb Haemost 71(3):292-299, 1994
R. Bader, P.M.M. Mannucci, A. Tripodi, J. Hirsh, F. Keller, E.M. Solleder, P. Hawkins, M. Peng, H. Peizer, L.M. Teijidor, I.F. Ramirez, H.-J. Kolde

4. Ex-vivo and In-vitro evidence that low molecular weight heparins exhibit less binding to plasma proteins than
unfractionated heparin.
Thromb Haemost 71(3):300-304, 1994
E. Young, P. Wells, S. Holloway, J. Weitz, J. Hirsh

5. Double-blind randomised trial of very-low-dose warfarin for prevention of thromboembolism in stage IV breast cancer.
Lancet 343:886-889, 1994.
M. Levine, J. Hirsh, M. Gent, A. Arnold, D. Warr, A. Falanga, M. Samosh, V. Bramwell, K.I. Pritchard, D. Stewart, P. Goodwin

6. A guide to anticoagulant therapy. Part 1: Heparin
Circulation 89(3):1449-1468, 1994
J. Hirsh, V. Fuster

7. A guide to anticoagulant therapy. Part 2: Oral Anticoagulants.
Circulation 89(3):1469-1480, 1994
J. Hirsh, V. Fuster

8. Idiopathic deep venous thrombosis. Is a Search for malignant disease justified?
Arch Intern Med 154:1310-1312, 1994
M. Prins, A.W.A. Lensing, J. Hirsh