9. Reevaluation of the sensitivity of impedance plethysmography for the detection of proximal deep vein thrombosis.
Arch Intern Med 154:1930-1933, 1994
J.S. Ginsberg, P.S. Wells, J. Hirsh, A.A. Panju, M.A. Patel, D.E. Malone, J. McGinnis, P. Stevens, P. Brill-Edwards.

10. Diagnostic tests for deep vein thrombosis. Clinical usefulness depends on probability of disease.
Arch Intern Med 154:1921-1928, 1994
H.B. Wheeler, J. Hirsh, P. Wells, F.A. Anderson

11. Effects on thrombin generation of single injections of hirulog in patients with calf vein thrombosis.
Thromb and Haemost 72(4):523-525, 1994
J.S. Ginsberg, M.T. Nurmohamed, M. Gent, B. MacKinnon, P. Stevens, J. Weitz, J. Maraganore, J. Hirsh

12. Use of hirulog in the prevention of venous thrombosis after major hip or knee surgery.
Circulation 90(5):2385-2389, 1994
J.S. Ginsberg, M.T. Nurmohamed, M. Gent, B. MacKinnon, J. Sicurella, P. Brill-Edwards, M.N. Levine, A.A. Panju, P. Powers, P. Stevens, A.G.G. Turpie, J. Weitz, H.R. Buller, J.W. ten Cate, J. Neemeh, B. Adelman, I. Fox, J. Maraganore, J. Hirsh

13. Interactions of warfarin with drugs and food.
Ann Intern Med 121:676-683, 1994
P.S. Wells, A.M. Holbrook, N.R. Crowther, J. Hirsh

**Original Publications 1995**

1. Accuracy of ultrasound for the diagnosis of deep venous thrombosis in asymptomatic patients after orthopedic surgery. A meta-analysis.
Ann Intern Med 122:47-53, 1995
P.S. Wells, A.W.A. Lensing, B.L. Davidson, M.H. Prins, J. Hirsh

2. Very low-dose warfarin prophylaxis to prevent thromboembolism in women with metastatic breast cancer receiving chemotherapy: An economic evaluation.
J Clin Oncol 13(1):42-46, 1995
R. Rajan, A. Gafni, M. Levine, J. Hirsh, M. Gent

3. Treatment of deep venous thrombosis with low molecular weight heparins. A meta-analysis.
Arch Intern Med 155:601-607, 1995
A.W.A.Lensing, M.H. Prins, B.L. Davidson, J. Hirsh

4. The Value of Plasma Calibrants in Correcting Coagulometer Effects on International Normalized Ratios. An International Multicenter Study.
Am J Clin Path 103(3): 358-365, 1995
L. Poller, D.A. Triplett, J. Hirsh, J. Carroll, K. Clarke

5. A Comparison of Lyophilized Artificially Depleted Plasmas and Lyophilized Plasmas From Patients Receiving Warfarin in Correcting for Coagulometer Effects on International Normalized Ratios.
Am. J. Clin Path 103(3): 366-371, 1995
L. Poller, D.A. Triplett, J. Hirsh, J. Carroll, K. Clarke

6. Heparin-induced thrombocytopenia in patients treated with low-molecular-weight heparin or unfractionated heparin.
New Engl J Med 332(20): 1330-35, 1995
T.E. Warkentin, M.N. Levine, J. Hirsh, P. Horsewood, R.S. Roberts, M. Gent, J.G. Kelton

7. Accuracy of clinical assessment of deep-vein thrombosis.
Lancet 345: 1326-1330, 1995
P.S. Wells, J. Hirsh, D.R. Anderson, A.W.A. Lensing, G. Foster, C. Kearon, J. Weitz, R. D'Ovidio,A. Cogo, P. Prandoni, A. Girolami, J.S. Ginsberg

8. A novel and rapid whole-blood assay for D-dimer in patients with clinically suspected deep vein thrombosis.
Circulation 91: 2184-2187, 1995
P.S. Wells, P. Brill-Edwards, P. Stevens, A. Panju, A. Patel, J. Douketis, M.P. Masicotte, J. Hirsh, J.I. Weitz, C. Kearon, J.S. Ginsberg

9. The effects of low molecular weight and standard heparin on calcium loss from fetal rat calvaria.
Blood 86(4): 1368-1373, 1995
S.G. Shaughnessy, E. Young, P. Deschamps, J. Hirsh

10. Optimal duration of oral anticoagulant therapy: A randomized trial comparing four weeks with three months of warfarin in patients with proximal deep vein thrombosis.
Thromb and Haemost 74(2): 606-611, 1995
M.N. Levine, J. Hirsh, M. Gent, A.G. Turpie, J. Weitz, J. Ginsberg, W. Geerts, J. LeClerc, J. Neemeh, P. Powers, F. Piovella

11. Antiphospholipid antibodies and venous thromboembolism.
Blood 86(10):3685-3691, 1995
J.S. Ginsberg, P.S. Wells, P. Brill-Edwards, D. Donovan, K. Moffat, M. Johnston, P. Stevens, J. Hirsh

12. Prolonged antithrombin activity of low-molecular-weight heparins. Clinical implications for the treatment of thromboembolic diseases.
Circulation 92: 2819-2824, 1995
G. Agnelli, A. Iorio, C. Renga, E. Boscheti, G.G. Nenci, F.A. Ofosu, J. Hirsh

13. Extracorporeal circulation with exogenous antithrombin III and low-dose heparin.
Surgical Forum Vol. XLVI, 328-330, 1995
K. Teoh, E. Young, H. Wood, J. Hirsh

14. Low Molecular Weight Heparins (LMWHs) in the treatment of patients with acute venous thromboembolism.
Thrombosis and Haemostasis 74(1), 360-363, 1995
J. Hirsh, S. Siragusa, B. Cosmi, J.S. Ginsberg

**Original Publications 1996**

1. Low molecular weight heparinoid orgaran is more effective than aspirin in the prevention of venous thromboembolism after surgery for hip fracture.
   Circulation 93(1):80-84, 1996
   M. Gent, J. Hirsh, J.S. Ginsberg, P.J. Powers, M.N. Levine, W.H. Geerts, R.M. Jay, J. Leclerc, J.A. Neemeh, A.G.G. Turpie

2. Activated partial thromboplastin time and outcome after thrombolytic therapy for acute myocardial infarction. Results from the GUSTO-1 Trial.
   Circulation 93(5):870-878, 1996
   C.B. Granger, J. Hirsh, R.M. Califf, J. Col, H.D. White, A. Betriu, L.H. Woodlief, K.L. Lee, E.G. Bovill, J. Simes, E.J. Topol for the GUSTO-1 Investigators.

3. A comparison of low-molecular-weight heparin administered primarily at home with unfractionated heparin administered in the hospital for proximal deep-vein thrombosis.
   New England Journal of Medicine 334(11): 677-681, 1996
   M. Levine, M. Gent, J. Hirsh, J. Leclerc, D. Anderson, J. Weitz, J. Ginsberg, A.G. Turpie, C. Demers, M. Kovacs, W. Geerts, J. Kassis, L. Desjardins, J. Cusson, M. Cruickshank, P. Powers, W. Brien, S. Haley, A. Willan.

4. Thrombolytic therapy for deep vein thrombosis.
   Intl J Angio 5:S22-S25, 1996
   J. Hirsh, A. Lensing

5. Ardeparin (Low-Molecular-Weight Heparin) vs graduated compression stockings for the prevention of venous thromboembolism. A randomized trial in patients undergoing knee surgery.
   Arch Intern Med 156: 851-856, 1996
   Levine MN, Gent M, Hirsh J, Weitz J, Turpie AGG, Powers P, Neemeh J, Willan A, Skingley P.

6. Low-molecular-weight heparins and unfractionated heparin in the treatment of patients with acute venous thromboembolism: results of a meta-analysis.
   Am J Med 100: 269-277, 1996
   S. Siragusa, B. Cosmi, F. Piovella, J. Hirsh, J.S. Ginsberg

7. The relation between the activated partial thromboplastin time response and recurrence in patients with venous thrombosis treated with continuous intravenous heparin.
   Arch Int Med 156(15): 1677-1681, 1996
   S. Anand, J.S. Ginsberg, C. Kearon, M. Gent, J. Hirsh

8. Histomorphometric analysis of the effect of standard heparin on trabecular bone in vivo.
   Blood 88(4): 1314-1320, 1996
   J.M. Muir, M. Andrew, J. Hirsh, J.I. Weitz, E. Young, P. Deschamps, S.G. Shaughnessy

9. Fish Oils and Low-Molecular-Weight Heparin for the Reduction of Restenosis After Percutaneous Transluminal Coronary Angioplasty. The EMPAR Study.
   Circulation 94: 1553-1560, 1996
   J.A. Cairns, J. Gill, B. Morton, R. Roberts, M. Gent, J. Hirsh, D. Holder, K. Finnie, J.F. Marquis, S. Naqvi, E. Cohen and the EMPAR collaborators.

10. Reliability of the international normalized ratio for monitoring the induction phase of warfarin: Comparison with the prothrombin time ratio.
J Lab Clin Med 128(2): 214-217, 1996
M. Johnston, L. Harrison, K. Moffat, A. Willan, J. Hirsh

11. Familial Thrombophilia: A Review Analysis.
Clin Appl Thrombosis/Hemostasis 2(4): 227-236, 1996
A.G.M. van den Belt, M.H. Prins, M.V. Huisman, J. Hirsh

**Original Publications 1997**

1. Effect of nonspecific binding to plasma proteins on the antithrombin activities of unfractionated heparin, low-molecular-weight heparin, and dermatan sulfate.
Circulation 95: 118-124, 1997
B. Cosmi, J.C. Fredenburgh, J. Rischke, J. Hirsh, E. Young, J.I. Weitz

2. Comparison of 5-mg and 10-mg loading doses in initiation of warfarin therapy.
Annals of Internal Medicine 126 (2): 133-136, 1997
L. Harrison, M. Johnston, M.P. Massicotte, M. Crowther, K. Moffat, J. Hirsh

3. A comparison of compression ultrasound with color doppler ultrasound for the diagnosis of symptomless postoperative deep vein thrombosis.
Arch Intern Med 157: 765-768, 1997
A.W.A. Lensing, I. Doris, F.P. McGrath, A. Cogo, M.J. Sabine, J. Ginsberg, P. Prandoni, A.G.G. Turpie, J. Hirsh

4. A histomorphometric comparison of the effects of heparin and low-molecular-weight heparin on cancellous bone in rats.
Blood 89(9): 3236-3242, 1997
J. Muir, J. Hirsh, J.I. Weitz, M. Andrew, E. Young, S.G. Shaughnessy

5. The use of D-Dimer testing and impedance plethysmographic examination in patients with clinical indications of deep vein thrombosis.
Arch Intern Med 157:1077-1081, 1997
J.S. Ginsberg, C. Kearon, J. Douketis, A.G.G. Turpie, P. Brill-Edwards, P. Stevens, A. Panju. A. Patel, M. Crowther, M. Andrew, M.P. Massicotte, J. Hirsh, J.I. Weitz

6. Low-molecular-weight heparin in the treatment of patients with venous thromboembolism.
N Engl J Med 337(10): 657-662, 1997
J.W. ten Cate, H.R. Buller, M. Gent, J. Hirsh, et al., for The Columbus Investigators

7. Induction of the acute-phase reaction increases heparin-binding proteins in plasma.
Arterioscler Thromb Vasc Biol 17: 1568-1574, 1997
E. Young, T.J. Podor, T. Venner, J. Hirsh

8. The variable anticoagulant response to unfractionated heparin in vivo reflects binding to plasma proteins rather than clearance
J Lab Clin Med 130: 649-655, 1997
L. Manson, J.I. Weitz, T.J. Podor, J. Hirsh, E. Young

**Original Publications 1998**

1. The incidence of symptomatic venous thromboembolism during and after prophylaxis with enoxaparin. A multi-institutional cohort study of patients who underwent hip or knee arthroplasty.
   Arch Intern Med 158: 873-878; 1998
   J.R. Leclerc, M. Gent, J. Hirsh, W.H. Geerts, J.S. Ginsberg, for the Canadian Collaborative Group

2. Randomized comparison of direct thrombin inhibition versus heparin in conjunction with fibrinolytic therapy for acute myocardial infarction: Results from the GUSTO-IIb Trial.
   J Am Coll Cardiol 31: 1493-1498, 1998
   B.K. Metz, H.D. White, C.B. Granger, J. Simes, P.W. Armstrong, J. Hirsh, V. Fuster, C. MacAulay, R.M. Califf, E. Topol, for the Global Use of Strategies to Open Occluded Coronary Arteries in Acute Coronary Syndromes (GUSTO-IIb) Investigators

3. Characterization of the stress-inducing effects of homocysteine.
   Biochem J 332: 213-221; 1998
   P.A. Outinen, S.K. Sood, P.C.Y. Liaw, K.D. Sarge, N. Maeda, J. Hirsh, J. Ribau, T.J. Podor, J.I. Weitz, R.C. Austin

4. A simple clinical model for the diagnosis of deep-vein thrombosis combined with impedance plethysmography: potential for an improvement in the diagnostic process.
   J Intern Med 243: 15-23; 1998
   P.S. Wells, J. Hirsh, D.R. Anderson, A.W.A. Lensing, G. Foster, C. Kearon, J. Weitz, R. D'Ovidio, A. Cogo, P. Prandoni, A. Girolami, J.S. Ginsberg

5. The effects of standard and low molecular weight heparin on bone nodule formation In Vitro.
   Thromb Haemost 80: 413-417; 1998
   M. Bhandari, J. Hirsh, J.I. Weitz, E. Young, T.J. Venner, S.G. Shaughnessy

6. Hirudin causes more bleeding than heparin in a rabbit ear bleeding model.
   J Lab Clin Med 132(3): 181-185; 1998
   P. Klement, P. Liao, J. Hirsh, M. Johnston, J.I. Weitz

7. A novel antithrombin - heparin covalent complex: antithrombotic and bleeding studies in rabbits.
   Blood Coag Fibrinolysis 9(7): 587-595; 1998
   A.K.C. Chan, L. Berry, P. Klement, J. Julian, L. Mitchell, J. Weitz, J. Hirsh, M. Andrew

8. Assessment of outpatient treatment of deep-vein thrombosis with low-molecular-weight heparin.
   Arch Intern Med 158: 2001-2003; 1998
   L. Harrison, J. McGinnis, M. Crowther, J. Ginsberg, J. Hirsh

9. Use of a clinical model for safe management of patients with suspected pulmonary embolism.
   Ann Intern Med 129(12): 997-1005; 1998
   P.S. Wells, J.S. Ginsberg; D.R. Anderson; C. Kearon; M. Gent; A.G.G. Turpie, J. Bormanis, J.Weitz; M. Chamberlain; D. Bowie; D. Barnes; J. Hirsh

10. Sensitivity and specificity of a rapid whole-blood assay for D-dimer in the diagnosis of pulmonary embolism.
Ann Intern Med 129(12): 1006-1011; 1998
J.S. Ginsberg; P.S. Wells; C. Kearon; D. Anderson; M. Crowther; J.I. Weitz; J. Bormanis; P. Brill-Edwards; A.G.G. Turpie; B. MacKinnon; M. Gent; J. Hirsh

11. The role of venous ultrasonography in the diagnosis of suspected deep venous thrombosis and pulmonary embolism.
Ann Intern Med 129(12): 1044-1049: 1998
C. Kearon; J.S. Ginsberg; J. Hirsh

12. Use of bedside activated partial thromboplastin time monitor to adjust heparin dosing after thrombolysis for acute myocardial infarction: Results of GUSTO-1.
Am Heart J 136: 868-876, 1998
K.M. Zabel, C.B. Granger, R.C. Becker, E.G. Bovill, J. Hirsh, P.E. Aylward, E.J. Topol, R.M. Califf, for the GUSTO-I Investigators.

**Original Publications 1999**

1. Vasoflux, a new anticoagulant with a novel mechanism of action.
Circulation, 99: 682-689; 1999
J.I. Weitz, E. Young, M. Johnston, A.R. Stafford, J.C. Fredenburgh, J. Hirsh

2. A histomorphometric evaluation of heparin-induced bone loss after discontinuation of heparin treatment in rats.
Blood 93(4): 1231-1236, 1999
S.G. Shaughnessy, J. Hirsh, M. Bhandari, J.M. Muir, E. Young, J.I. Weitz

3. A comparison of three months of anticoagulation with extended anticoagulation for a first episode of idiopathic venous thromboembolism.
New Engl J Med 340(12): 901-907, 1999
C. Kearon, M. Gent, J. Hirsh, J. Weitz, M.J. Kovacs, D.R. Anderson, A.G. Turpie, D. Green, J.S. Ginsberg, P. Wells, B. MacKinnon, J.A. Julian

4. New antithrombotic agents.
Lancet 353: 1431-1436, 1999
J. Hirsh, J. Weitz

5. A randomized trial comparing 5-mg and 10-mg warfarin loading doses.
Arch Intern Med 159: 46-48; 1999
M. Crowther, J. Ginsberg, C. Kearon, L. Harrison, J. Johnson, M.P. Massicotte, J. Hirsh

6. Intermittent compression units for severe post-phlebitic syndrome: a randomized crossover study.
CMAJ 160(9): 1303-1306, 1999
J.S. Ginsberg, D. Magier, B. MacKinnon, M. Gent, J. Hirsh

7. Recurrent venous thrombosis and heparin therapy. An evaluation of the importance of early activated partial thromboplastin times.
Arch Intern Med 159: 2029-2032; 1999
SS Anand, S Bates, JS Ginsberg, M Levine, H Buller, M Prins, S Haley, C Kearon, J Hirsh, M Gent

8. The binding of unfractionated heparin and low molecular weight heparin to thrombin-activated human endothelial cells.
Thrombosis Research 96: 373-381; 1999
E Young, T Venner, J Ribau, S Shaughnessy, J Hirsh, TJ Podor

**Original Publications 2000**

1. Postthrombotic syndrome after hip or knee arthroplasty.
Arch Int Med 160(5): 669-672; 2000
JS Ginsberg, M Gent, F Turkstra, HR Buller, B MacKinnon, D Magier, J Hirsh

2. Derivation of a simple clinical model to categorize patients probability of pulmonary embolism: Increasing the models utility with the SimpliRED D-dimer.
Thromb Haemost 83: 416-420; 2000
PS Wells, DR Anderson, M Rodger, JS Ginsberg, C Kearon, M Gent, AGG Turpie, J Bormanis, J Weitz, M Chamberlain, D Bowie, D Barnes, J Hirsh

3. Ardeparin sodium for extended out-of-hospital prophylaxis against venous thromboembolism after total hip or knee replacement. A randomized, double-blind, placebo-controlled trial.
Ann Intern Med 132: 853-861; 2000
JA Heit, CG Elliott, AA Trowbridge, BF Morrey, M Gent, J Hirsh for the Ardeparin Arthroplasty Study Group

4. Oral anticoagulation treatment in the elderly. A nested, prospective, case-control study.
Arch Intern Med 160(4): 470-478; 2000
G Palareti, J Hirsh, C Legnani, C Manotti, A D=Angelo, V Pengo, M Moia, G Guazzaloca, S Musolesi, S Coccheri

5. Effect of a Preoperative Intervention on Preoperative and Postoperative Outcomes in Low-Risk Patients Awaiting Elective Coronary Artery Bypass Graft Surgery
Ann Intern Med. 133:253-262; 2000
HM Arthur, C Daniels, R McKelvie, J Hirsh, B Rush

6. Treatment of warfarin-associated coagulopathy with oral vitamin K: a randomised controlled trial.
Lancet 356:1551-1553; 2000
MA. Crowther, J. Julian, D. McCarty, J. Douketis, M. Kovacs, L. Biagoni, T. Schhurr, J. McGinnis, M. Gent, J. Hirsh, J. Ginsberg

7. Safety of withholding heparin in pregnant women with a history of venous thromboembolism.
   N Engl J Med 343(20): 1439-1444; 2000
   P. Brill-Edwards, JS. Ginsberg, M. Gent, J. Hirsh, R.Burrows, C. Kearon, W. Geerts, M. Kovacs, J. Weitz, S. Robinson, R. Whittom, G. Couture, For the Recurrence of Clot in This Pregnant Study Group

8. A comparison of the safety and efficacy of oral anticoagulation for the treatment of venous thromboembolic disease in patients with or without malignancy
   Thromb Haemost 84: 805-810; 2000
   G. Palareti, C. Legnani, A. Lee, C. Manotti, J. Hirsh, A. D=Angelo, V. Pengo, M. Moia, S. Coccheri

**Original Publications 2001**

1. Use of a fixed activated partial thromboplastin time ratio to establish a therapeutic range for unfractionated heparin.
   Arch Intern Med 161: 385-391; 2001
   S. Bates, J.I. Weitz, M. Johnston, J. Hirsh, J.S. Ginsberg

2. Hypersulfated low molecular weight heparin with reduced affinity for antithrombin acts as an anticoagulant by inhibiting intrinsic tenase and prothrombinase.
   J Biol Chem 276: 9755-9761; 2001
   J.A. Anderson, J.C.Fredenburgh, A.R.Stafford, Y.S.Guo, J. Hirsh, V. Ghazarossian, J.I. Weitz

3. Fibrinolytic variables in patients with recurrent venous thrombosis: a prospective cohart study.
   Thromb Haemost 85: 390-394; 2001
   M.A. Crowther, J. Roberts, R. Roberts, M. Johnston, P. Stevens, P. Skingley, G.M. Patrassi, M.T. Sartori, J. Hirsh, P. Prandoni, J.I. Weitz, M. Gent, J.S. Ginsberg

4. Reactivation of ischemic events in acute coronary syndromes: results from GUSTO-IIb.
   J Am Coll Cardiol 37:1001-1007; 2001
   M.C. Bahit, E.J. Topol, R.M. Califf, P.W. Armstrong, D.A. Criger, V. Hasselblad, A. Betriu, J. Hirsh, D. Ardissino, C.B. Granger

5. Management of suspected deep venous thrombosis in outpatient by using clinical assessment and d-dimer testing.
   Ann Intern Med 135:108-111; 2001
   C. Kearon, J. Ginsberg, J. Douketis, J. Crowther, M. Brill-Edwards, J. Weitz, J. Hirsh

6. Modulating the coagulation cascade: new targets for antithrombotics and anticoagulants. Introduction
   Am Heart J (Suppl) 142(2):S1-2; 2001
   J. Hirsh

7. New anticoagulants
   Am Heart J (Suppl) 142(2):S3-8; 2001
   J. Hirsh

8. Modulating the coagulation cascade: new targets for antithrombotics and anticoagulants. Conclusion
Am Heart J (Suppl) 142(2):S30; 2001
J. Hirsh

9. Randomized comparison of a novel anticoagulant, vasoflux, and heparin as adjunctive therapy to streptokinase for acute myocardial infarction; results of the VITAL study (Vasoflux International Trial for Acute Myocardial Infarction Lysis).
Am Heart J 142(2):237-243; 2001
R.J. Peters, W. Spickler, P. Theroux, H. White, M. Gibson, P.G. Molhock, H.V. Anderson, J.I. Weitz, J. Hirsh, W.D. Weaver

10. Prevention and treatment of postphlebitic syndrome. Results of a 3-Part Study
Arch Intern Med 161:2105-2109; 2001
J.S. Ginsberg, J. Hirsh, J. Julian, M. Vander LaandeVries, D. Magier, B. MacKinnon, M. Gent

**Original Publications 2002**

1. Aspirin resistance and the risk of myocardial infarction, stroke, or cardiovascular death in patients at high risk for cardiovascular events.
Circulation 105(14): 1650-1655; 2002
J. Eikelboom, J. Hirsh, J.I. Weitz, M. Johnston, Q. Yi, S. Yusuf

2. How we diagnose and treat deep vein thrombosis
Blood 99(9): 3102-3110; 2002
J. Hirsh, A. Lee

3. Is impaired renal function a contraindication to the use of low molecular weight heparin?
Arch Intern Med 162: 2605-2609, 2002
J. Nagge, M. Crowther, J. Hirsh

4. Electrical foot stimulation and implications for the prevention of venous thromboembolic disease.
Thromb Haemost 88: 200-204; 2002
R.E. Kaplan, J.J. Czyrny, T.S. Fung, J.D. Unsworth, J. Hirsh

5. In vitro comparison of the effect of heparin, enoxaparin and fondaparinux on tests of coagulation.
Thrombosis Research 107: 241-244, 2002
L-A. Linkins, J.A. Julian, J. Rischke, J. Hirsh, J.I. Weitz

**Original Publications 2003**

1. Suboptimal monitoring and dosing of unfractionated heparin in comparative studies with low-molecular-weight heparin.
Ann Intern Med 138: 720-723, 2003
R. Raschke, J. Hirsh, J.R. Guidry

2. Relationship of activated partial thromboplastin time to coronary events and bleeding in patients with acute coronary syndromes who receive heparin.
Circulation 107: 2884-2888, 2003
S.S. Anand, S. Yusuf, J. Pogue, J.S. Ginsberg, J. Hirsh; on behalf of the Organization to Assess Strategies for Ischemic Syndromes (OASIS) Investigators

3. Reduction of out-of-hospital symptomatic venous thromboembolism by extended thromboprophylaxis with low-molecular-weight heparin following elective hip arthroplasty. A systematic review.
Arch Intern Med 163: 1362-1366, 2003
M. O'Donnell, L-A Linkins, C. Kearon, J. Julian, J. Hirsh

4. A comparison of two intensities of warfarin for the prevention of recurrent thrombosis in patients with antiphospholipid antibody syndrome.
N Engl J Med 349: 1133-1138, 2003
M.A. Crowther, J.S. Ginsberg, J. Julian, J. Denburg, J. Hirsh, J. Douketis, C. Laskin, P. Fortin, D. Anderson, C. Kearon, A. Clarke, W. Geerts, M. Forgie, D. Green, L. Costantini, W. Yacura, S. Wilson, M. Gent, M.J. Kovacs

5. An improved definition of immune heparin-induced thrombocytopenia in postoperative orthopedic patients.
Arch Intern Med 163: 2518-2524, 2003
T.E. Warkentin, R.S. Roberts, J. Hirsh, J.G. Kelton

**Original Publications 2004**

1. Expert Consensus Document on the Use of Antiplatelet Agents. The Task Force on the Use of Antiplatelet Agents in Patients with Atherosclerotic Cardiovascular Disease of the European Society of Cardiology.
Europeon Heart Journal 25: 166-181, 2004
C. Patrono, F. Bachmann, C. Baigent, C. Bode, R. De Caterina, B. Charbonnier, D. Fitzgerald, J. Hirsh, S. Husted, J. Kvasnicka, G. Montalescot, LAG Rodriguez, F. Verheugt, J. Vermylen, L. Wallentin

2. Treatment of heparin-induced thrombocytopenia: A critical review.
Arch Intern Med 164: 361-369, 2004
J. Hirsh, N. Heddle, J.G. Kelton

3. Comparison of 1 month with 3 months of anticoagulation for a first episode of venous thromboembolism associated with a transient risk factor.
J Thromb Haemost 2: 743-749, 2004
C. Kearon, J.S. Ginsberg, D.R. Anderson, M.J. Kovacs, P. Wells, J.A. Julian, B. MacKinnon, C. Demers, J. Douketis, A.G.G. Turpie, P. Van Nguyen, D. Green, J. Kassis, S.R. Kahn, S. Solymoss, L. Desjardins, W. Geerts, M. Johnston, J.I. Weitz, J. Hirsh and M. Gent for the SOFAST Investigators

4. Can extra protamine eliminate heparin rebound following cardiopulmonary bypass surgery?
J Thorac Cardiovasc Surg 128: 211-219, 2004
K.H.T. Teoh, E. Young, M.H. Blackall, R.S. Roberts, J. Hirsh

2/11/2006

## REVIEW ARTICLES

### Review Articles 1970-1975

1. Hemorrhagic and fibrinolytic disorders.
Medicine 31:1776, 1970
J. Hirsh

2. Platelet metabolism and function.
Haematologia 4:405, 1970
J.C.G. Doery, J. Hirsh, G.C. de Gruchy

3. Anticoagulants in pregnancy: A review of indications and complications.
Am Heart J 83:301-305, 1972
J. Hirsh, J.F. Cade, A.S. Gallus

4. Platelet age: Its relationship to platelet size, function and metabolism.
Br J Haematol 23:209-214, 1972
J. Hirsh

5. Thromboembolism and haemostasis programme.
J Roy Coll Phys London, 6(4):399-406, 1972
J. Hirsh, E. Regoeczi

6. Practical approach to fibrinolysis.
Postgrad Med J 49(S5):22-23, 1973
J. Hirsh

7. Platelets.
CMAJ 108:416, 1973
J. Hirsh

8. Anticoagulants in venous thromboembolism: Prophylactic and therapeutic use.
Postgrad Med J 55(S1):211-229, 1974
J. Hirsh, A.S. Gallus

9. Tumors, mucous production and hypercoagulability.
Ann NY Acad Sci 230:262-270, 1974
G.F. Pineo, M.C. Brain, A.S. Gallus, J. Hirsh, M.W.C. Hatton, E. Regoeczi

10. Diagnosis of thrombosis: Evaluation of $^{125}$I-fibrinogen scanning and blood tests.
Thromb Diath Haemorrh 32:11-20, 1974
J. Hirsh, A.S. Gallus, J.F. Cade

11. $^{125}$I-labelled fibrinogen scanning: Use in the diagnosis of venous thrombosis.
JAMA 233:970-973, 1975
J. Hirsh, A.S. Gallus

12. Observations in anticoagulant and thrombolytic therapy in pulmonary embolism.
Prog Cardiovasc Dis 18(5):335-343, 1975
E. Genton, J. Hirsh

13. The current status of platelet suppressive drugs in the treatment of thrombosis.
Thromb Diath Haemorrh 33:406-416, 1975
J. Hirsh, M. Gent, E. Genton

14. Venous thromboembolism: Diagnosis, treatment, prevention.
Hosp Prac 10:53-62, 1975
J. Hirsh

15. Thrombolysis with a combination of small doses of streptokinase anf full doses of heparin.
Sem Thromb Haemost 2(1):14-32, 1975
A.S. Gallus, J. Hirsh, J.F. Cade, A.G.G. Turpie, I.R. Walker, M. Gent

**Review Articles 1976-1979**

1. Diagnosis of venous thromboembolism.
Sem Thromb Hemost 2:203-231, 1976
A.S. Gallus, J. Hirsh, R.D. Hull, W.G. van Aken

2. Prevention of venous thromboembolism.
Sem Thromb Hemost 2:232-290, 1976
A.S. Gallus, J. Hirsh

3. Treatment of venous thromboembolic disease.
Sem Thromb Hemost 2(4):291-331, 1976
A.S. Gallus, J. Hirsh

4. Antithrombotic drugs: Part I.
Drugs 12:41-68, 1976
A.S. Gallus, J. Hirsh

5. Antithrombotic drugs: Part II.
Drugs 12:132-157, 1976
A.S. Gallus, J. Hirsh

6. Antithrombotic drugs: Part III.
New Ethicals & Med Prog (Oct):96-114, 1976
A.S. Gallus, J. Hirsh

7. Fibrinolytic therapy.
Comprehensive Therapy 2:67-73, 1976
A.S. Gallus, J. Hirsh

8. Low-dose heparin prophylaxis: Routine or optional after surgery?
Surgical Issues 1:2, 1976
E.W. Salzman, J. Hirsh, M.H. Worth

9. Low dose heparin prophylaxis.
Can Fam Phys 22:47-50, 1976
J. Hirsh

10. Hypercoagulability.
Sem Hematol 14:409-425, 1977
J. Hirsh

11. Treating thromboembolic disease.
Geriatrics (Oct):119-128, 1977
J. Hirsh

12. Antiplatelet drugs: Their role in prevention of atherosclerosis.
Modern Med (Dec):50-57, 1977
A.G.G. Turpie, J. Hirsh

13. Comparative value of tests for the diagnosis of venous thrombosis.
World J Surg 2:27-38, 1978
J. Hirsh, R.D. Hull

14. Platelet suppressive therapy.
Br Med Bull 34(2):183-190, 1978
A.G.G. Turpie, J. Hirsh

15. Prophylaxis and therapy of venous thromboembolism.
Critical Rev Clin Lab Sci 10:247-274, 1979
A.G.G. Turpie, J. Hirsh

16. Platelet inhibitors in the treatment of thrombosis.
Clin Invest Med 1(3):191-206, 1978
J. Hirsh

17. Heparin.
Nova Scotia Medical Bulletin 58:25-29, 1979
A.G.G. Turpie, J. Hirsh

18. When and how to use heparin prophylaxis and treatment.
Geriatrics 34:59-70, 1979
A.G.G. Turpie, J. Hirsh

19. Diagnosis of venous thrombosis: International Committee Communications.
Thromb Haemost 41:1-4, 1979
J. Hirsh

20. Diagnosis of venous thrombosis.
Mod Med Canada 34(7):850-855, 1979
R.D. Hull, J. Hirsh

**Review Articles 1980**

1. Platelet inhibitors - reality or myth?
Proceedings of Conference on Thrombosis and Haemostasis, Florence, May, 1977, Academic Press, pp. 257-269, 1980
J. Hirsh

2. Using the antithrombotic agents.
Patient Care 14(13):62-96, 1980
J. Hirsh, J.C. Hoak, E.W. Salzman, S. Wessler

3. Diagnosis of the prethrombotic state in the postsurgical patient.
Contemporary Surgery 16:65-86, 1980
J. Hirsh, G.H. Barlow, H.C. Kwaan, E.W. Salzman

4. Bleeding associated with antithrombotic therapy.
Sem Hematol 17(4):259-291, 1980
J.G. Kelton, J. Hirsh

5. Diagnostico de la trombosis venosa profunda por metodos invasores y no invasores (Diagnosis of deep vein thrombosis by invasive and non-invasive methods).
Medicina (Buenos Aires) 40:708-717, 1980
A. Zielinsky, J. Hirsh

6. Venous thrombosis and pulmonary embolism: Guide to detection and prevention (Part 1).
Hospital Medicine 2:32-47, 1980
A.G.G. Turpie, J. Hirsh

7. Venous thrombosis and pulmonary embolism: Guide to detection and prevention (Part 2).
Hospital Medicine 2:22-34, 1980
A.G.G. Turpie, J. Hirsh

**Review Articles 1981**

1. Venous thrombosis: Detection and pathophysiology.
Cardiovasc Med (Nov):65-84, 1981
J. Hirsh

2. The clinical role of antiplatelet agents.
Drug Therapy (Feb):49-62, 1981
J. Hirsh

3. Prevention of deep venous thrombosis.
Br J Hosp Med (Aug):143-147, 1981
J. Hirsh

4. Practical application of $^{125}$I-fibrinogen leg scanning.
CRC Critical Reviews in Clin Lab Sci 14(4):241-255, 1981
R.D. Hull, J. Hirsh

5. Antiplatelet agents: Their mode of action, rationale and clinical effectiveness.
Prog Pharmacol 4(4):11-33, 1981
J. Hirsh

6. Effect of aspirin in hemostasis and thrombosis.
N Engl Soc Aller Proc 2:83, 1981
J. Hirsh

**Review Articles 1982**

1. The challenge of diagnosing venous thrombosis.
   Diagnosis 4(5):34-44, 1982
   J. Hirsh

2. Noninvasive tests for thromboembolic disease.
   Hosp Prac 17(9):77-93, 1982
   J. Hirsh

3. Hematology-hemostatic defects: The basis of diagnosis.
   Diagnosis 4(8):79-85, 1982
   J. Hirsh

**Review Articles 1983**

1. Difficulties in diagnosing and treating venous thrombosis.
   ER Reviews 4(14):81-88, 1983
   J. Hirsh, R.D. Hull

2. Long-term anticoagulant therapy in patients with venous thrombosis. (Editorial)
   Arch Intern Med 143:2061-2063, 1983
   R.D. Hull, J. Hirsh

3. Pharmacokinetic and pharmacodynamic approach to antithrombotic therapy.
   Proceedings of a Symposium, Toronto, Ontario, Sept 1982,
   MR Buchanan, J Hirsh, J Rosenfeld (eds)
   Thromb Res (S4):185-190, 1983
   H.J.M. Barnett, V. Fuster, L.A. Harker, J. Hirsh, M. McGregor

**Review Articles 1984**

1. Preventing venous thromboembolism.
   J Cardiovasc Med 9(1):63-77, 1984
   R.D. Hull, J. Hirsh

2. Long-term treatment of venous thromboembolicm with oral anticoagulants.
   Prac Cardiol 10(1):235-245, 1984
   J. Hirsh

3. New approaches for prophylaxis of deep vein thrombosis after surgery (editorial).
   JAMA 251(22):2985-2986, 1984
   J. Hirsh

4. Diagnosis and management of venous thrombosis.
   Medicine North America 12:1376-1392, 1984
   J. Hirsh

5. The role of aspirin and antithrombotic agents in cardiovascular disease.
Cardiovasc Rev Rep 5:1003-1013, 1984
J. Hirsh

6. Venous thromboembolism: Current concepts (Part I).
Hosp Med (Oct):151-166, 1984
A.G.G. Turpie, J. Hirsh

7. Venous thromboembolism: Current concepts (Part II).
Hosp Med (Nov):13-41, 1984
A.G.G. Turpie, J. Hirsh

8. Clinical management: Choosing the best of old and new ways to prevent venous thrombosis.
J Cardiovasc Med (July):691-701, 1984
J. Hirsh

9. Prophylaxis of venous thromboembolism.
Mod Conc Cardiovasc Dis 53(5):25-29, 1984
J. Hirsh

**Review Articles 1985**

1. Rationale behind the development of low molecular weight heparin derivatives.
Sem Thromb Hemost 11(1):13-16, 1985
J. Hirsh, F.A. Ofosu, M.R. Buchanan

2. Progress Review: Relationship between dose of aspirin, side-effects and antithrombotic effectiveness.
Stroke 16(1):1-4, 1985
J. Hirsh

3. Progressie e controversie nella diagnosi, prevenzione e terapia della trombosi venosa degli arti inferiori. La diagnosi (Prima di due partie). [Advances and controversies in the diagnosis, prevention and therapy of deep venous thrombosis. The Diagnosis (First of two parts)].
Med Riv E.M.I. 5:1-16, 1985
J. Hirsh, G. Agnelli

4. Progressi e controversie nella diagnosi, prevenzione e terapia della trombosi venosa degli arti inferiori. La terapia e la prevenzione (Seconda di due parti). [Advances and controversies in the diagnosis, prevention and therapy of deep venous thrombosis. Therapy and prophylaxis (Second of two parts)].
Med Riv E.M.I. 5:143-164, 1985
G. Agnelli, J. Hirsh

5. Venous thrombosis -- Diagnosis.
International Edition of MEDICINE
Medicine North America :804-805, 1985
J. Hirsh

2/11/2006

6. Recurrent leg pain: When are anticoagulants appropriate?
Cardiol Emerg Dec (July):12-21, 1985

J. Hirsh

7. Heparin and aspirin play critical roles in curtailing the effects of ischemia.
Cardiol Emerg Dec (Aug):21-24, 1985
J. Hirsh

8. The optimal antithrombotic dose of aspirin.
Arch Intern Med 145:1582-1583, 1985
J. Hirsh

9. Anticoagulant therapy for acute stroke: Who should get it, and when?
Cardiol Emerg Dec (Sept/Oct):14-22, 1985
R.G. Hart, J. Hirsh

10. Recurrent leg symptoms following deep vein thrombosis. Adiagnostic challenge.
Arch Intern Med 145:1867, 1985
J. Hirsh

11. Suspected pulmonary embolism: Investigation and Treatment.
Emerg Dec 1(4):4-13, 1985
J. Hirsh

12. Risk of hemorrhage associated with long-term anticoagulant therapy.
Drugs 30:444-460, 1985
M.N. Levine, G.E. Raskob, J. Hirsh

**Review Articles 1986**

1. Symposium on venous disease. 1. Diagnosis of thrombophlebitis.
Can J Surg 29(1), 1986
J. Hirsh

2. Effect of aspirin on hemostasis and thrombosis.
NER Allergy Proc 7(1):26-31, 1986
M.R. Buchanan, J. Hirsh

3. ACCP-NHLBI National Conference on Antithrombotic Therapy (Summary).
Arch Intern Med 146(3):462-471, 1986
D.L. Sackett, J. Hirsh, V. Fuster, E.W. Salzman, D. Deykin, L. Poller, M.N. Levine, G.E. Raskob, T. Hyers, R.D. Hull, J. Weg, H. Levine, S. Pauker, P. Stein, J. Collins, A. Kantrowitz, M. Dunn, J. Alexander, R. de Silva, F. Hildner, E. Genton, G. Clagett, L. Resnekov, J. Chediak, D. Sherman, M. Dyken, M. Fisher, R. Hart

4. American College of Chest Physicians and the National Heart, Lung, and Blood Institute National Conference on Antithrombotic Therapy.
Arch Intern Med 146(3):462-573, 1986
J.E. Dalen, J. Hirsh

5. Mechanism of action and monitoring of anticoagulants.
Sem Thromb Hemost 12(1):1-11, 1986
J. Hirsh

6. Effectiveness of anticoagulants.
Sem Thromb Hemost 12(2):21-37, 1986
J. Hirsh

7. In vivo effects of low molecular weight heparins on experimental thrombosis and bleeding.
Haemostasis 16:82-86, 1986
J. Hirsh

8. Aspirin's preventive role in coronary artery disease.
Perspec Cardiol 2(6):28-37, 1986
J. Hirsh

9. Hemorrhagic complications of anticoagulant therapy.
Sem Thromb Hemost 12(1):39-57, 1986
M.N. Levine, J. Hirsh

10. Therapeutic range for the control of oral anticoagulant therapy.
Arch Neurol 43(11):1162-1164, 1986
J. Hirsh, M.N. Levine

11. Prevention of venous thrombosis and pulmonary embolism.
National Institutes of Health Consensus Development Conference Statement 6(2):1-8, 1986
J. Hirsh

12. Venous thromboembolism: Epidemiology and pathogenesis of venous thrombosis.
JACC 8(6):104B-113B, 1986
J. Hirsh, R.D. Hull, G.E. Raskob

13. Clinical features and diagnosis of venous thrombosis.
JACC 8(6):114B-127B, 1986
J. Hirsh, R.D. Hull, G.E. Raskob

14. Diagnosis of pulmonary embolism.
JACC 8(6):128B-136B, 1986
J. Hirsh, R.D. Hull, G.E. Raskob

15. Dose antiplatelet agents: The relationship among side effects, and antithrombotic effectiveness.
1st Annual ACCP Conference on Antithrombotic Therapy
Chest 89(5):4S-10S, 1986
J. Hirsh, V. Fuster, E.W. Salzman

16. Therapeutic range for oral anticoagulant therapy.
1st Annual ACCP Conference on Antithrombotic Therapy
Chest 89(5):11S-15S, 1986
J. Hirsh, D. Deykin, L. Poller

17. Hemorrhagic complications of long-term anticoagulant therapy.
1st Annual ACCP Conference on Antithrombotic Therapy
Chest 89(5):16S-25S, 1986
M.N. Levine, G.E. Raskob, J. Hirsh

18. Antithrombotic agents in coronary artery disease.
1st Annual ACCP Conference on Antithrombotic Therapy
Chest 89(5):54S-67S, 1986
L. Resnekov, J. Chediak, J. Hirsh, D. Lewis

19. Introduction.
1st Annual ACCP Conference on Antithrombotic Therapy
Chest 89(5):1S, 1986
J. Hirsh

20. Venous thromboembolism: Scope of the problem.
1st Annual ACCP Conference on Antithrombotic Therapy
Chest 89(5):370S-373S, 1986
J.E. Dalen, J.A. Paraskos, I.S. Ockene, Joseph S. Alpert, J. Hirsh

21. Prophylaxis of Venous Thromboembolism: An Overview.
1st Annual ACCP Conference on Antithrombotic Therapy
Chest 89(5):374S-383S, 1986
R.D. Hull, G.E. Raskob, J. Hirsh

22. The diagnosis of clinically suspected pulmonary embolism: Practical approaches.
1st Annual ACCP Conference on Antithrombotic Therapy
Chest 89(5):417S-425S, 1986
J. Hirsh

23. Treatment of venous thromboembolism.
1st Annual ACCP Conference on Antithrombotic Therapy
Chest 89(5):426S-433S, 1986
J. Hirsh, R.D. Hull

**Review Articles 1987**

1. Aspirin as an antithrombotic agent in the geriatric patient.
Geriatric Med Today 6(6):67-71, 1987
J. Hirsh

2. Hyperreactive platelets and complications of coronary arterydisease (editorial).
N Engl J Med 316(24):1543-1544, 1987
J. Hirsh

3. Optimal dosage regimens of tissue-type plasminogen activator.
Semin Thromb Hemost 13(2):160-162, 1987
G. Agnelli, J. Hirsh

4. Objective tests to diagnose venous thrombosis.
Emerg Decisions June 3(6):6-9, 1987
J. Hirsh

5. The optimal intensity of oral anticoagulant therapy.
JAMA 258(19):2723-2726, 1987
Japanese JAMA Edition 4:121-125, 1988
French JAMA Edition 13(166):49-54, 1988
Southeast Asia JAMA Edition 4(5):55-58, 1988
J. Hirsh, M.N. Levine

6. Antithrombotic therapy in acute myocardial infarction and unstable angina.
J Intensive Care Med 2:299-312, 1987
J. Hirsh, J.A. Cairns

7. Treatment of pulmonary embolism.
Ann Rev Med 38:91-106, 1987
J. Hirsh

8. Prophylaxis in the context of heparin and dihydroergotamine(editorial).
JAMA, 1987
J. Hirsh

9. The optimal dosage schedule for antithrombotic therapy.
Clin Cardiol, 1987
J. Hirsh

10. Current role of aspirin in CAD.
Drug Therapy (Sept):24-38, 1987
J. Hirsh

11. Is the dose of warfarin prescribed by American physicians unnecessarily high?
Arch Intern Med 147:769-771, 1987
J. Hirsh

13. Suspected pulmonary embolism: Investigation and treatment (Quick Reference Algorithm).
Emerg Decisions March 3(3):19-20, 1987
J. Hirsh

**Review Articles 1988**

1. Clinical utility of impedence plethysmography in the diagnosis of recurrent deep-vein thrombosis (editorial).
Arch Intern Med 148(3):519-520 & 681-683, 1988
J. Hirsh

2. When is it venous thrombosis?
Emerg Decisions January 4(1):7-14, 1988
J. Hirsh

3. Bleeding during anticoagulant therapy
Emerg Decisions May 4(5):11-15, 1988
J. Hirsh

4. Venous thrombosis and pulmonary embolism: Diagnosis during pregnancy.
Emerg Decisions June 4(10):18-21, 1988
J. Hirsh

5. Venous Thrombosis (Quick Reference Algorithm).
Emerg Decisions July/August 4(7):41-42, 1988
J. Hirsh

6. Standardization and clinical use of LMW heparin. Report of the ICTH Heparin Subcommittee, Brussels, July 1987
Thromb Haemost 59(2):333, 1988
J. Hirsh, T.W. Barrowcliffe

7. Clinical use of LMW heparins and heparinoids.
Sem Thromb Haemost 14(1):116-125, 1988
M.N. Levine, J. Hirsh

8. Indications for treatment with antiplatelet agents.
Cardiovascular Focus (Newsletter) 3-9, 1988
J. Hirsh

9. The basis for the recommendations for less intense warfarin therapy in cardiovascular disease.
Cardiovasc Rev & Reports 1988
J. Hirsh

10. The treatment of venous thromboembolism.
Nouv Rev Fr Hematol 30:149-153, 1988
J. Hirsh

11. An overview of clinical trials of LMW heparin fractions.
Acta Chirurgica Scand 1988
J. Hirsh

12. Optimum use of anticoagulants in pregnancy.
Drugs 36:505-512, 1988
J.S. Ginsberg, J. Hirsh

13. Symposium: Antithrombotic therapy in coronary artery disease.
Ann Roy Coll Phys Surg 21(6):419-420, 1988
J. Hirsh, T. Stalker, V. Fuster, R. Hall, P. Armstrong, D.P. Lillicrap

14. Anticoagulants and heart disease.
Focus on Cardiology 1(1):1-8, 1988
J. Hirsh

15. A guide to heparin therapy for venous thromboembolism.
Perspec Cardiol 4(7):55-65, 1988
J. Hirsh

16. The problem patient: Administering anticoagulants in pregnancy.
New Ethicals 25(11):121-132, 1988
J.S. Ginsberg, J. Hirsh

17. Anticoagulants: Are you up-to-date?
Patient Care 22(20):43-61, 1988
J. Hirsh, G.M. Rodgers, R.N. Rubin

18. Confusion over the therapeutic range for oral anticoagulant therapy in North America.
Thromb Haemost 59(2):129-132, 1988
J. Hirsh, M.N. Levine

**Review Articles 1989**

1. Diagnosis and treatment of venous thrombosis.
Medicine North America 30:5541-5547, 1989
J. Hirsh

2. Introduction.
2nd Annual ACCP Conference on Antithrombotic Therapy
Chest 95(2):1S, 1989
J. Hirsh, J.E. Dalen

3. Optimal therapeutic range for oral anticoagulants.
2nd Annual ACCP Conference on Antithrombotic Therapy
Chest 95(2):5S-11S, 1989
J. Hirsh, L. Poller, D. Deykin, M.N. Levine, J.E. Dalen

4. Aspirin and other platelet active drugs: Relationship among dose, effectiveness, and side effects.
2nd Annual ACCP Conference on Antithrombotic Therapy
Chest 95(2):12S-18S, 1989
J. Hirsh, E.W. Salzman, L.A. Harker, V. Fuster, J.E. Dalen, J.A. Cairns, R. Collins

5. Hemorrhagic complications of long-term anticoagulant therapy.
2nd Annual ACCP Conference on Antithrombotic Therapy
Chest 95(2):26S-36S, 1989
M.N. Levine, G.E. Raskob, J. Hirsh

6. Antithrombotic agents in coronary artery disease.
2nd Annual ACCP Conference on Antithrombotic Therapy
Chest 95(2):52S-72S, 1989
L. Resnekov, J. Chediak, J. Hirsh, D. Lewis, Jr.

7. Hemorrhagic complications of thrombolytic therapy in the treatment of myocardial infarction and venous thromboembolism.
2nd Annual ACCP Conference on Antithrombotic Therapy
Chest 95(2):88S-97S, 1989
A.G. Fennerty, M.N. Levine, J. Hirsh

8. Use of anticoagulants during pregnancy.
2nd Annual ACCP Conference on Antithrombotic Therapy
Chest 95(2):156S-160S, 1989
J.S. Ginsberg, J. Hirsh

9. Introduction.
Br J Clin Prac (Suppl 65);43(1):1, 1989
J. Hirsh

10. Prevention of venous thrombosis in patients undergoing major orthopedic surgical procedures.
Br J Clin Prac (Suppl 65);43(1):2-8, 1989
J. Hirsh, M.N. Levine

11. When is anticoagulant prophylaxis indicated in patients with cancer?
J Respiratory Dis 10(7):10, 1989
J. Hirsh

12. Congenital antithrombin III deficiency: Incidence and clinical features.
Am J Med 87(Suppl 3B):34S-38S, 1989
J. Hirsh, F. Piovella, M. Pini

13. Heparin therapy (On-Line): A short discussion with a leading cardiologist.
Perspec Cardiol 5(7):16-17, 1989
J. Hirsh

14. Thromboembolism and pregnancy.
Medicine North America 38(Oct):6810-6815, 1989
J.S. Ginsberg, J. Hirsh

15. Laboratory monitoring of oral anticoagulant therapy.
Hematologic Pathology 3(4):147-151, 1989
J.S. Ginsberg, J. Hirsh

**Review Articles 1990**

1. The diagnosis and treatment of thrombosis in the cancer patient.
Sem Oncol 17(2):160-171, 1990
M.N. Levine, J. Hirsh

2. Use of plasminogen activators in venous thrombosis.
World J Surg 14:688-693, 1990
J. Hirsh, A.G.G. Turpie

3. A comparison of general anesthesia and regional anesthesia as a risk factor for deep vein thrombosis following hip surgery: A critical review.
Thromb Haemost 64(4):497-500, 1990
M.H. Prins, J. Hirsh

**Review Articles 1991**

1. Heparin as an adjunctive treatment after thrombolytic therapy for acute myocardial infarction.
Am J Cardiol 67:3A-11A, 1991
M.H. Prins, J. Hirsh

2. Reliability of non-invasive tests for the diagnosis of venous thrombosis.
Thromb Haemost 65(3):221-222, 1991 (Editorial)
J. Hirsh

3. Developing safer and more effective blood thinners and clot dissolvers.
Future Health/Perspectives Sante /summer:4-5, 1991
J. Hirsh

4. Heparin pharmacokinetics and dosing: Their role as adjuncts to thrombolytic therapy.
J Invasive Cardiol 3(Suppl A):31A-35A, 1991
J. Hirsh

5. Principles and practice of coronary thrombolysis and conjunctive treatment.
Am J Cardiol 68:382-388, 1991 (Editorial)
B.E. Sobel, J. Hirsh

6. A critical review of the relationship between impaired fibrinolysis and myocardial infarction.
Am Heart J 122(2):545-551, 1991
M.H. Prins, J. Hirsh

7. A critical review of the evidence supporting a relationship between impaired fibrinolytic activity and venous thromboembolism.
Arch Intern Med 151:1721-1731, 1991
M.H. Prins, J. Hirsh

8. Deep vein thrombosis: New non-invasive diagnostic tests.
Thromb Haemost 66(1):133-137, 1991
H.R. Buller, A.W.A. Lensing, J. Hirsh, J.W. ten Cate

9. Practical issues related to the use of the activated partial thromboplastin time to monitor heparin treatment.
Clin Challenges Acute MI 1(7):8, 1991
J. Hirsh

10. Influence of low-intensity warfarin treatment on patients' perceptions of quality of life.
Arch Intern Med 151:1921-1922, 1991 (Editorial)
J. Hirsh

11. Stroke prevention in nonvalvular atrial fibrillation.
Ann Intern Med 115:727-736, 1991 (Conference)
G.W. Albers, J.E. Atwood, J. Hirsh, D.G. Sherman, R.A. Hughes, S.J. Connoll

**Review Articles 1992**

1. Low molecular weight heparin.
Blood 79(1):1-17, 1992
J. Hirsh, M.N. Levine

2. Substandard monitoring of warfarin in North America: Time for Change.
Arch Intern Med 152:257-258, 1992 (Editorial)
J. Hirsh

3. Low molecular weight heparin: An antithrombolytic of tomorrow?
J Respir Dis 13(5):695-714, 1992
J. Hirsh

4. Prevention of venous thromboembolism after surgery: A review of enoxaparin.
Br J Surg 79:495-498, 1992
D. Bergqvist, G.D.O. Lowe, A. Berstad, S. Haas, J. Hirsh, M. Rud Lassen, M. Samama, R. Verhaeghe

5. Antithrombotic therapy in deep vein thrombosis and pulmonary embolism.
Am Heart J 123:1115-1122, 1992
J. Hirsh

6. Anticoagulant therapy with coumarin agents.
Cardiology Consultant 3(2):8-14, 1992
J. Hirsh

7. Fine-tuning anticoagulant therapy.
Patient Care 26(9):69-87, 1992
J. Hirsh

8. Introduction.
3rd Annual ACCP Conference on Antithrombotic Therapy
Chest 102(4):303S-304S, 1992
J.E. Dalen, J. Hirsh

9. Oral anticoagulants; mechanisms of action, clinical effectiveness, and optimal therapeutic range.
3rd Annual ACCP Conference on Antithrombotic Therapy
Chest 102(4):312S-326S, 1992
J. Hirsh, J.E. Dalen, D. Deykin, L. Poller

10. Aspirin and other platelet-active drugs; the relationship between dose, effectiveness and side effects.
3rd Annual ACCP Conference on Antithrombotic Therapy
Chest 102(4):327S-336S, 1992
J. Hirsh, J.E. Dalen, V. Fuster, L.B. Harker, E.W. Salzman

11. Heparin: Mechanism of action, pharmacokinetics, dosing considerations, monitoring, efficacy and safety.
3rd Annual ACCP Conference on Antithrombotic Therapy
Chest 102(4):337S-351S, 1992
J. Hirsh, J.E. Dalen, D. Deykin, L. Poller

12. Hemorrhagic complications of anticoagulant therapy.
3rd Annual ACCP Conference on Antithrombotic Therapy
Chest 102(4):352S-363S, 1992
M.N. Levine, J. Hirsh, S. Landefeld, G. Raskob

13. Hemorrhagic complications of thrombolytic therapy in the treatment of myocardial infarction and venous thromboembolism.
3rd Annual ACCP Conference on Antithrombotic Therapy
Chest 102(4):364S-373S, 1992
M.N. Levine, S.Z. Goldhaber, R.M. Califf, J.M. Gore, J. Hirsh

14. Use of antithrombotic agents during pregnancy.
3rd Annual ACCP Conference on Antithrombotic Therapy
Chest 102(4):385S-390S, 1992
J.S. Ginsberg, J. Hirsh

15. Antithrombotic agents in coronary artery disease.
3rd Annual ACCP Conference on Antithrombotic Therapy
Chest 102(4):456S-481S, 1992
J.A. Cairns, J. Hirsh, H.D. Lewis, L. Resnekov, P. Theroux

16. Anticoagulant therapy with heparin.
Cardiology Consultant 3(3):12-21, 1992
J. Hirsh

17. Heparin and low-molecular weight heparins.
Cor Art Dis 3:990-1002, 1992
J. Hirsh

18. Oral anticoagulant therapy: Urgent need for standardization.
Circulation 86(4):1332-1335, 1992
J. Hirsh

19. Overview of low molecular weight heparins and heparinoids: Basic and clinical aspects.
Aust NZ J Med 22:487-495, 1992
J. Hirsh

20. Antithrombins: Their potential as antithrombotic agents.
Annu. Rev. Med 43: 9-16, 1992
J.I. Weitz, J. Hirsh

**Review Articles 1993**

1. Optimal dose for starting and maintaining low-dose heparin.
Arch Intern Med 153:700-702, 1993 (Commentary)
C. Kearon, J. Hirsh

2. Low molecular weight heparin.
Thromb Haemost 70(1):204-207, 1993
J. Hirsh

3. Reaching an ideal level of anticoagulation.
Emerg Med 25(7):102,104, 1993
J. Hirsh

4. Use of warfarin (coumarin).
Heart Dis & Stroke 2:209-216, 1993
J. Hirsh

5. Proper use and monitoring of anticoagulants.
Am J Med - CME Series, Part II:14-21, 1993
J. Hirsh

6. Case of the month.
Clin Hemost Rev 7(11):21-22, 1993
J. Hirsh

7. **5** Therapy for venous thrombosis (Answers).
Patient Care 4(8):10-13, 1993
J. Hirsh

8. Heparin and low-molecular-weight heparins.
Cor Art Dis 4:106-118, 1993
J. Hirsh

9. New anticoagulant strategies.
J Lab Clin Med 122:364-373, 1993
J.I. Weitz, J. Hirsh

10. Update on the prevention, diagnosis, and treatment of deep venous thrombosis.
PCCU (Pulmonary & Critical Care Update) 9(Lesson 14):2-7, 1993 (Publication of Chest)
C. Kearon, J. Hirsh

11. Clinical use of coronary thrombolytic therapy. Contraindications.
Can J Cardiol 9(6):516-518, 1993
J.A. Cairns, J. Hirsh, D.L. Sackett

**Review Articles 1994**

1. The International Normalized Ratio. A Guide to Understanding and Correcting Its Problems.
   Arch Intern Med 154: 282-288, 1994
   J. Hirsh, L. Poller

2. From bench to bedside: History of development of LMWHs.
   P&T (Pharmacy and Therapeutics) Supplement I:40-46, 1994.
   J. Hirsh

3. From bench to bedside: History of development of LMWHs.
   Orthapaedic Review - Interchange Forum, Supplement I:40-46, 1994.
   J. Hirsh

4. Low molecular weight heparin: A critical analysis of clinical trials.
   Pharma. Review 46(1):89-109, 1994
   D. Green, J. Hirsh, J. Heit, M. Prins, B. Davidson, A.W.A. Lensing

5. Low molecular weight heparin.
   Biomedical Progress 7:49-52, 1994
   J. Hirsh

6. Low molecular weight heparins.
   Current Opinion in Cardiology 9:612-618, 1994.
   B. Cosmi, J. Hirsh

7. Oral anticoagulant therapy. Urgent need for standardization.
   Japanese Journal of Thrombosis and Hemostasis. Vol.5(2) April 1994: 114-120.
   J. Hirsh

8. Canadian consensus conference on coronary thrombolysis - 1994 update.
   Can J Cardiol 10(5):517-529, 1994
   J. Cairns, P. Armstrong, I. Belenkie, J. Hirsh, D. Johnstone, M. Knudtson, M. Lemieux, D. Massel, D. Naylor, L. Roy, D. Sackett, P. Theroux

9. Low molecular weight heparin: Laboratory properties and clinical evaluation.
   Eur J Surg 571:9-22, 1994
   J. Hirsh, M. Levine

**Review Articles 1995**

1. Starting prophylaxis for venous thromboembolism postoperatively.
   Arch Int Med 155:366-372, 1995
   C. Kearon, J. Hirsh

2. Deep vein thrombosis: recovery or recurrence?
   Hospital Practice 30(3):71-79, 1995
   J. Hirsh

3. Maximizing the benefits of thrombolytic therapy for acute myocardial infarction.
Can Med Assoc J. 152(6):819-822, 1995
J. Cairns, P.W. Armstrong, I. Belenkie, J. Hirsh, D.E. Johnstone, M. Knudtson, M. Lemieux, D. Massel, C.D. Naylor, L. Roy, D. Sackett, P. Theroux

4. Anticoagulation/platelet inhibition for atrial fibrillation.
Coronary Artery Disease 6:129-135, 1995
G.W. Albers, J. Hirsh

5. Do we have better aspirins? New antiplatelet agents in clinical development.
Vessels 1(1):15-20, 1995
J. Hirsh

6. Role of coronary thrombosis in AMI.
Bulletin of Intensive and Critical Care, Vol 2 (2):2-5, 1995
J. Hirsh

7. Advances in antithrombotic therapy: Novel agents.
Thromb and Haemost 74(1): 565-571, 1995
A.G.G. Turpie, J.I. Weitz, J. Hirsh

8. Heparins.
Fibrinolysis 9(1): 66-68, 1995
J. Hirsh

9. The optimal duration of anticoagulant therapy for venous thrombosis.
New Engl J Med 332(25): 1710-1711, 1995
J. Hirsh

10. Advances in antithrombotic drug therapy for coronary artery disease.
Eur Heart J 16(D), 10-21, 1995
C.S. Rihal, M. Flather, J. Hirsh, S. Yusuf

11. Introduction.
4th Annual ACCP Conference on Antithrombotic Therapy
Chest 108(4): 225S-226S, 1995
J.E. Dalen, J. Hirsh

12. Oral Anticoagulants: Mechanism of action, clinical effectiveness and optimal therapeutic range.
4th Annual ACCP Conference on Antithrombotic Therapy
Chest 108(4): 231S-246S, 1995
J. Hirsh, J.E. Dalen, D. Deykin, L. Poller, H. Bussey

13. Aspirin and other platelet-active drugs: The relationship among dose, effectiveness and side effects
4th Annual ACCP Conference on Antithrombotic Therapy
Chest 108(4): 247S-257S, 1995
J. Hirsh, J.E. Dalen, V. Fuster, L.B. Harker, C. Patrono, G. Roth

14. Heparin: Mechanism of action, pharmacokinetics, dosing considerations, monitoring, efficacy and safety.
    4th Annual ACCP Conference on Antithrombotic Therapy
    Chest 108(4): 258S-275S, 1995
    J. Hirsh, R. Raschke, T.E. Warkentin, J.E. Dalen, D. Deykin, L. Poller

15. Hemorrhagic complications of anticoagulant treatment.
    4th Annual ACCP Conference on Antithrombotic Therapy
    Chest 108(4): 276S-290S, 1995
    M.N. Levine, G. Raskob, S. Landefeld, J. Hirsh

16. Hemorrhagic complications of thrombolytic therapy in the treatment of myocardial infarction and venous thromboembolism
    4th Annual ACCP Conference on Antithrombotic Therapy
    Chest 108(4): 291S-301S, 1995
    M.N. Levine, S.Z. Goldhaber, J.M. Gore, J. Hirsh, R.M. Califf

17. Use of antithrombotic agents during pregnancy.
    4th Annual ACCP Conference on Antithrombotic Therapy
    Chest 108(4): 305S-311S, 1995
    J.S. Ginsberg, J. Hirsh

18. New antithrombotics.
    4th Annual ACCP Conference on Antithrombotic Therapy
    Chest 108(4); 471S-485S, 1995
    J.I. Weitz, R.M. Califf, J.S. Ginsberg, J.Hirsh, P. Theroux

19. The new - and improved - anticoagulation regimens
    Patient Care 29(20): 31-55, 1995
    B.M. Alving, J. Hirsh, R.H. White

20. The diagnosis of pulmonary embolism.
    Haemostasis 25; 72-87, 1995
    C. Kearon, J. Hirsh

21. New anticoagulants hirudin and hirulog in the treatment of acute coronary syndromes.
    Cardiology in Review 3(4): 196-204, 1995
    J.I. Weitz, J. Hirsh

**Review Articles 1996**

1. New antithrombotics for the treatment of acute and chronic arterial ischemia.
   Vascular Medicine 1: 72-78, 1996
   J. Hirsh

2. Management of deep vein thrombosis and pulmonary embolism. A statement for Healthcare Professionals. AHA Medical/Scientific Statement
   Circulation 93: 2212-2245, 1996
   J. Hirsh, J. Hoak

3. Low-molecular-weight heparin at home was as effective as unfractionated heparin in the hospital in proximal DVT
ACP Journal Club 125(1), 3, 1996
M. Levine, M. Gent, J. Hirsh, J. Leclerc, D. Anderson, J. Weitz, J. Ginsberg, A.G. Turpie, C. Demers, M. Kovacs, W. Geerts, J. Kassis, L. Desjardins, J. Cusson, M. Cruickshank, P. Powers, W. Brien, S. Haley, A. Willan.

4. The new - and improved - anticoagulation regimens
Patient Care 7(6): 54-81; 1996
J. Hirsh, B.M. Alving, R.H. White

5. Comparison of the relative efficacy and safety of low molecular weight heparin and unfractionated heparin for the treatment of venous thrombosis
Hemostasis 26(Suppl 4): 189-198, 1996
J. Hirsh

6. Comparison of the relative efficacy and safety of low-molecular-weight heparin and unfractionated heparin for the treatment of venous thrombosis
Sem Thromb Hemost 22(Suppl 2): 7-12; 1996
J. Hirsh

**Review Articles 1997**

1. Atrial fibrillation and stroke: National and international studies.
Cardiovascular Reviews & Reports; 18(1); 30-48, 1997
J. Hirsh

2. Management of anticoagulation before and after elective surgery.
New Engl J Med 336(21): 1506-1511, 1997
C. Kearon, J. Hirsh

3. Low-molecular-weight heparin for the out-of-hospital treatment of venous thrombosis: Rationale and clinical results.
Sem Thromb Hemost 23(1): 77-81, 1997
M. Crowther, J. Hirsh

4. Low molecular weight heparin for the out-of-hospital treatment of venous thrombosis: Rationale and clinical results.
Thromb Haemost 78(1): 689-692, 1997
J. Hirsh, M. Crowther

5. Low-molecular-weight heparin should replace unfractionated heparin for treatment of venous thrombosis and unstable angina.
J Thrombosis Thrombolysis 4: 349-351; 1997
J. Hirsh

6. Is there a relationship between the intensity of heparin treatment and recurrent thromboembolism?
Clin Appl Thrombosis/Haemostasis 3(Suppl 1): S64-S67, 1997
S. Anand, J.S. Ginsberg, J. Hirsh

7. Duration of anticoagulant therapy after first episode of venous thrombosis in patients with inherited thrombophilia.
Arch Intern Med 157: 2174-2177, 1997
J. Hirsh, C. Kearon, J. Ginsberg

8. Thrombolytic therapy for pulmonary embolism. Is it effective? Is it safe? When is it indicated?
Arch Intern Med 157: 2550-2556, 1997
J.E. Dalen, J.S. Alpert, J. Hirsh

9. Antithrombotic drugs for thromboembolic disorders: A lesson in evidence-based medicine.
Am J Health-Syst Pharm 54(17): 1992-1994, 1997
D.W. Hawkins, J. Hirsh

10. Comparison of the relative efficacy and safety of low molecular weight heparin and unfractionated heparin for the treatment of deep venous thrombosis.
Sem Hematol 34(4);(Suppl 4): 20-25, 1997
J. Hirsh

**Review Articles 1998**

1. Evidence for the needs of out-of-hospital thrombosis prophylaxis. Introduction.
Chest 114(2) Suppl: 113S-114S, 1998
J. Hirsh

2. The incidence of symptomatic venous thromboembolism after enoxaparin prophylaxis in lower extremity arthroplasty. A cohort study of 1,984 patients.
Chest 114(2) Suppl: 115S-118S, 1998
J.R. Leclerc, M. Gent, J. Hirsh, W.H. Geerts, J.S. Ginsberg, and Members of the Canadian Collaborative Group

3. Low-molecular-weight heparin for the treatment of venous thromboembolism.
Am Heart J 135: S336-S342, 1998
J. Hirsh

4. Low-molecular-weight heparin. A review of the results of recent studies of the treatment of venous thromboembolism and unstable angina.
Circulation 98: 1575-1582, 1998
J. Hirsh

5. Introduction: Antithrombotic therapy B The evolving consensus 1985-1998
5th ACCP Consensus Conference on Antithrombotic Therapy
Chest 114(5): 439S-440S, 1998
J.E. Dalen, J. Hirsh

6. Oral Anticoagulants. Mechanism of action, clinical effectiveness, and optimal therapeutic range
5th ACCP Consensus Conference on Antithrombotic Therapy
Chest 114(5): 445S-469S, 1998
J. Hirsh, J.E. Dalen, D.R. Anderson, L. Poller, H. Bussey, J. Ansell, D. Deykin, J.T. Brandt

7. Platelet-active drugs. The relationships among dose, effectiveness, and side effects
5th ACCP Consensus Conference on Antithrombotic Therapy
Chest 114(5): 470S-488S, 1998
C. Patrono, B. Coller, J.E. Dalen, V. Fuster, M. Gent, L.A. Harker, J. Hirsh, G. Roth

8. Heparin and low-molecular-weight heparin. Mechanisms of action, pharmacokinetics, dosing considerations, monitoring, efficacy, and safety
5th ACCP Consensus Conference on Antithrombotic Therapy
Chest 114(5): 489S-510S, 1998
J. Hirsh, T.E. Warkentin, R. Raschke, C. Granger, E.M. Ohman, J.E. Dalen

9. Use of antithrombotic agents during pregnancy
5th ACCP Consensus Conference on Antithrombotic Therapy
Chest 114(5): 524S-530S, 1998
J.S. Ginsberg, J. Hirsh

10. New antithrombotic agents
5th ACCP Consensus Conference on Antithrombotic Therapy
Chest 114(5): 715S-727S, 1998
J.I. Weitz, J. Hirsh

11. Recent clinical trials in the treatment of venous thromboembolism and unstable angina with low molecular weight heparins.
Current Opinion in Hematology 5: 360-365; 1998
J. Hirsh

12. Reversal of the anticoagulant effects of warfarin by vitamin $K_1$
Chest 114(6): 1505-1508; 1998
J. Hirsh

**Review Articles 1999**

1. Prognosis in acute pulmonary embolism.
Lancet 353: 1375-1376, 1999
J. Hirsh, S.M. Bates

2. Anticoagulation of the elderly patient.
Am J Geriatric Cardiol 8(6): 289-299, 1999
S.M. Bates, J. Hirsh

3. Thrombosis and anticoagulation.
Semin Hematol 36(4) Suppl 7: 118-132, 1999
J. Hirsh, J.I. Weitz

4. Treatment of venous thromboembolism
Thromb Haemost 82(1): 870-877, 1999
S.M. Bates, J. Hirsh

**Review Articles 2000**

1. Management of patients with hereditary hypercoagulable disorders
Annu Rev Med 51: 169-185, 2000
C. Kearon, M. Crowther, J. Hirsh

2. The emerging role of low-molecular-weight heparin in cardiovascular medicine
Progress in Cardiovascular Diseases 42(4): 235-246, 2000
J. Hirsh, S.M. Bates

**Review Articles 2001**

1. The sixth (2000) ACCP guidelines for antithrombotic therapy for prevention and treatment of thrombosis
Chest 119(1)Suppl: 1S-2S, 2001
J. Hirsh, J.E. Dalen, G. Guyatt

2. Oral anticoagulants: mechanism of action, clinical effectiveness, and optimal therapeutic range
Chest 119(1)Suppl: 8S-21S, 2001
J. Hirsh, J.E. Dalen, D.R. Anderson, L. Poller, H. Bussey, J. Ansell, D. Deykin

3. Platelet-active drugs: the relationships among dose; effectiveness and side effects
Chest 119(1)Suppl: 39S-63S, 2001
C. Patrono, B. Coller, J.E. Dalen, G.A. FitzGerald, V. Fuster, M. Gent, J. Hirsh

4. Heparin and low-molecular-weight heparin: mechanisms of action, pharmacokinetics, dosing, monitoring, efficacy, and safety
Chest 119(1)Suppl: 64S-94S, 2001
J. Hirsh, T.E. Warkentin, S.G. Shaughnessey, S.S. Anand, J.L. Halperin, R. Raschke, C. Granger, E.M. Ohman, J.E. Dalen

5. New anticoagulant drugs
Chest 119(1)Suppl: 95S-107S, 2001
J.I. Weitz, J. Hirsh

6. Use of antithrombotic agents during pregnancy
Chest 119(1)Suppl: 119S-122S, 2001
J.S. Ginsberg, I. Greer, J. Hirsh

7. Managing oral anticoagulant therapy
Chest 119(1)Suppl: 22S-38S, 2001
J. Ansell, J. Hirsh, D. Dalen, H. Bussey, D. Anderson, L. Poller, A. Jacobson, D. Deykin, D. Matchar

8. Clinical trials that have influenced the treatment of venous thromboembolism: A historical perspective.
Ann Intern Med 134:409-417, 2001
J. Hirsh, S. Bates

9. Developing a novel antithrombotic in the academic environment
Semin Hematol 38(suppl 5):4-11, 2001
J. Hirsh

10. Guide to anticoagulant therapy: heparin
Circulation 103:2994-3018, 2001
J. Hirsh, S.S. Anand, J.L. Halperin, V. Fuster

11. Mechanism of action and pharmacology of unfractionated heparin.
Arterioscler Thromb Vasc Biol 21:1094-1096, 2001
J. Hirsh, S.S. Anand, J.L. Halperin, V. Fuster

12. Guide to anticoagulant therapy: heparin
Arterioscler Thromb Vasc Biol 21:e9-e33; 2001
J. Hirsh, S.S. Anand, J.L. Halperin, V. Fuster

**Review Articles 2002**

1. Diagnosis and treatment of venous thromboembolism.
Annu Rev Med 53:15-33; 2002
AY Lee, J Hirsh

2. Indications for DVT prophylaxis with air travel
Patient Care Canada 13(3): 80-84; 2002
J Hirsh, M O'Donnell, C Kearon

**Review Articles 2003**

1. American Heart Association/American College of Cardiology Foundation Guide to Warfarin Therapy
Circulation 107: 1692-1711, 2003
J Hirsh, V Fuster, J Ansell, JL Halperin

2. AHA/ACC Scientific Statement. American Heart Association/American College of Cardiology – Foundation Guide to Warfarin Therapy
J Am Coll Cardiol 41: 1633-1652, 2003 (co-published April 2003 issue of Circulation)
J Hirsh, V Fuster, J Ansell, JL Halperin

3. Current anticoagulant therapy – unmet clinical needs.
Thrombosis Research 109: S1-S8, 2003
J Hirsh

4. Advances and Contemporary Issues in Prophylaxis for Deep Vein Thrombosis.
Chest 124(6): 347S-348S, 2003
J. Hirsh

5. Temporal Trends in Prevention of Venous Thromboembolism Following Primary Total Hip or Knee Arthoplasty 1996-2001.
Finding From the Hip and Knee Registry.
Chest 124(6): 349S-356S, 2003
F.A. Anderson Jr., J. Hirsh, K. White, R.H. Fitzgerald Jr., for the Hip and Knee Registry Investigators

6. Controversies in Timing of the First Dose of Anticoagulant Prophylaxis Against Venous Thromboembolism After Major Orthopedic Surgery.
Chest 124(6): 379S-385S, 2003
G.E. Raskob, J. Hirsh

**Review Articles 2004**

1. New Anticoagulants.
Blood First Edition Paper, prepublished online June 10, 2004; DOI 10.1182/blood-2003-12-4195
J. Hirsh, M. O'Donnell, J.I. Weitz

2. The Seventh (2003) ACCP Conference on Antithrombotic and Thrombolytic Therapy: Evidence-Based Guidelines.
Chest Suppl 126(3): 172S-173S, 2004
J. Hirsh, G. Guyatt, G.W. Albers, H.J. Schunemann

3. Heparin and Low-Molecular-Weight Heparin: The Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy.
Chest Suppl 126(3): 188S-203S, 2004
J. Hirsh, R. Raschke

4. The Pharmacology and Management of the Vitamin K Antagonists: The Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy.
Chest Suppl 126(3): 204S-233S, 2004
J. Ansell, J. Hirsh, L. Poller, H. Bussey, A. Jacobson, E. Hylek

5. Platelet-Active Drugs: The Relationships Among Dose, Effectiveness, and Side Effects: The Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy.
Chest Suppl 126(3): 234S-264S, 2004
C. Patrono, B. Coller, G.A. FitzGerald, J. Hirsh, G. Roth

6. New Anticoagulant Drugs: The Seventh ACCP Conference on Anithrombotic and Thrombolytic Therapy.
Chest Suppl 126(3): 265S-286S, 2004
J.I. Weitz, J. Hirsh, M.M. Samma

7. Use of Antithrombotic Agents During Pregnancy: The Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy.
Chest Suppl 126(3): 627S-644S, 2004
S.M. Bates, I.A. Geer, J. Hirsh, J.S. Ginsberg

8. Comparative Benefits of Clopidogrel in Aspirin in High Risk Patient Populations: Lessons from CAPRIE and CURE Studies.
Arch Intern Med 164: 2106-2110, 2004
J. Hirsh, D. Bhatt

**Review Articles 2005**

1. New Anticoagulants.
Blood 105(2): 453-463, 2005
J. Hirsh, M. O'Donnell, J.I. Weitz

**REVIEWS**

1. Symposium: The value of monitoring heparin therapy in the prevention of recurrence in patients with venous thromboembolic disease.
   Proceedings of the International Symposium on Intravascular Coagulation and Fibrinolysis, Held in Sherbrooke, Quebec
   R Losito (ed), Schàttauer Verlag, New York, pp. 181-190, 1973
   J. Hirsh

2. Symposium: Treatment of thromboembolic disease.
   Annales CRMCC, Tome 16, N.1, 1983
   J. Hirsh

3. Symposium: Clinical features and incidence of congenital deficiency. The role of antithrombin III in coagulation disorder state-of-the-art-review.
   Highlights of Symposium, Held in Boston, MA
   September 17-18, pp. 5-6, 1988
   J. Hirsh

4. Symposium: Antithrombotic therapy in coronary artery disease.
   Summary of a symposium presented at the Royal College Annual Meeting, September 1987, in Winnipeg, MA
   Annals RCPSC 21(6):419-420, 1988
   J. Hirsh

5. Symposium: Thrombosis and Antithrombotic Therapy:
   Directions for the 90's.
   An International Landmark Symposium, Held in Fort Lauderdale, Florida
   April 14-15, pp. 8-9, 1989
   J. Hirsh

6. Symposium: Deep Vein Thrombosis.
   International Medical Experience Exchange B.V., Held in Nijmegen, Holland
   June 3, 1989
   J. Hirsh, M.N. Levine

7. Symposium: Heparin therapy after successful thrombolysis: Route and dosage considerations.
   Thrombolytic Therapy in Acute MI, Highlights From a Symposium Held in Quebec, Canada
   June 9, pp. 6-9, 1990
   J. Hirsh

8. Symposium: Use of heparin after thrombolytic therapy in acute MI. Thrombolytic therapy in acute MI: Strategies for the 1990's 1(2):1-4, 1991
   STA Custom Communications Symposium, Held in Halifax, Nova Scotia, October 20, 1990
   J. Hirsh