9. Symposium: Low molecular weight heparin: The future of antithrombotic therapy?
The Anticoagulation Forum, Volume 1-2:16-19, 1993
Proceedings of the Second Conference on Antithrombotic Therapy, April 1993, Monterey, California
J. Hirsh

10. Symposium: Proceedings of the Royal College of Physicians of Edinburgh.
Modern management of pulmonary embolism.
Proc. R. Coll. Physicians Edinb. 24:540-547, 1994
J. Hirsh

11. A symposium: Atherothrombosis. Introduction: Thrombosis.
Proceedings from the Atherothrombosis advisory meeting.
Am J Cardiol 75(6): 3B-4B, 1995
J. Hirsh

12. A symposium: Atherothrombosis. Optimal intensity and monitoring warfarin.
Proceedings from the Atherothrombosis advisory meeting.
Am J Cardiol 75(6): 39B-42B, 1995
J. Hirsh

13. Symposium: Cardiovascular Technology Symposium. (Ottawa May 12-14, 1995)
Can J Cardiol 11(3); 255, 1995
J. Hirsh

14. Symposium: Haemostatic Problems in Adult Cardiac Surgery (Hamilton May 1995)
Introduction
J. Hirsh

15. Symposium: Preceding the ASH Annual Meeting (Friday, December 1, 1995) Seattle, Washington. Clinical innovations in antithrombotic therapy: Low molecular weight heparins beyond prophylaxis.
Management of acute venous thromboembolism in the outpatient setting. Pages 42-50
J. Hirsh

16. Symposium: Thrombosis Forum; A Continuing Medical Education Series for Healthcare Professionals. Vol 2, No. 2, October 1996, pg. 1-6
Low-Molecular-Weight Heparin for Treatment of Venous Thrombosis
J. Hirsh

17. Expert Opinion; Anticoagulation for DVT in pregnancy
Patient Care; Vol 7; Number 3; pg 18, 19, 1996
J. Hirsh

18. Expert Opinion; A protocol for heparin therapy
Patient Care; pg 28; April 1996
J. Hirsh

19. Expert Opinion; a) Long-term warfarin and dental work; b) Excessive anticoagulation; c) When can patient fly post-DVT?; d) NSAIDs for superficial vein thrombosis?
Patient Care; 7(6): 14-15, 1996
J. Hirsh

20. Corridor Consultations; Bleeding risk with ASA and warfarin combo
Patient Care; 8(3): pg.15, 1997
J. Hirsh

21. Consultations; a) Bed rest after DVT therapy not mandatory requirement; NSAIDs for patients on anticoagulants?; c) Vitamin E okay preop.
Patient Care; 8(6): pg 19, 1997
J. Hirsh

22. Corridor Consultations; a) Role of ASA in immobilization of lower limbs? b) Protein C deficiency and hypercoagulation
Patient Care; 8(9): 12-14, 1997
J. Hirsh

23. Clinical consultation: What to do when you suspect PE in a pregnant patient.
J Respir Dis 18(6); 564, 1997
J. Hirsh

24. Minimizing the risks, maximizing the benefits
Consultant 38(1): 42-49, 1998
J. Hirsh

25. Pulmonary embolism: Common, elusive, and deadly
Patient Care 9(3): 39-59, 1998
J. Hirsh, N.B. Hampson, E.A. Panacek, V.F. Tapson

26. Suspect DVT? Ultrasonogram normal? Consider withholding anticoagulant.
Journal of Critical Illness, 13(9): 540, 1998
J. Hirsh

27. The pharmacokinetics and pharmacogynamics of Vasoflux$^{TM}$, results of a phase I clinical trial
XIII World Congress of Cardiology, Rio de Janiero, Brazil, April 26-30,1998, 1041-1044
W. Spickler, V. Ghazarossian, J. Hirsh, J. Weitz, J. Wald

28. The clinical pharmacology of Vasoflux$^{TM}$ compared to heparin, results of a phase I clinical trial
XIII World Congress of Cardiology, Rio de Janiero, Brazil, April 26-30,1998, 1045-1048
W. Spickler, V. Ghazarossian, J. Hirsh, J. Weitz, J. Wald

29. Corridor Consultations: Pain management for osteoarthritis patients.
Patient Care 10(3); 8, 1999
J. Hirsh

30. Corridor Consultations: Maximum heparin dose for continuous IV?
Patient Care 10(9): 8, 1999
J. Hirsh

31. Corridor Consultations: Anticoagulant therapy and soft tissue surgery.
Patient Care 10(9): 8, 1999
J. Hirsh

32. Corridor Consultations: Ruling out occult malignancy.
Patient Care 10(9): 12, 1999
J. Hirsh

5. 33. Satellite Symposium held in conjunction with Chest 1999. The 65th annual International Scientific Assembly ACCP
Thrombosis: What have we achived? What is the future?
J. Hirsh

34. Corridor Consultations: DVT of the arm
Patient Care Canada 11(1): 8, 2000
J. Hirsh

35. Corridor Consultations: Vitamin E use with warfarin
Patient Care Canada 11(2): 10, 2000
J. Hirsh

36. Venous thromboembolism after long flights: are airlines to blame?
Lancet 357:1461-1462, 2001
J. Hirsh, M.J. O=Donnell

37. A new and improved system for excluding the diagnosis of deep venous thrombosis.
Ann Intern Med 135(2):S-24; 2001
C. Kearon, J.S. Ginsberg, J. Douketis, M. Crowther, P. Brill-Edwards, J.I. Weitz, J. Hirsh

38. Low-dose aspirin reduced DVT and pulmonary embolism but increased postoperative bleeding requiring transfusion in hip-surgery patients.
ACP Journal Club 2001; Jan-Feb 134:13.
J. Hirsh

39. Corridor Consultants: Can flying cause DVT
Patient Care Canada 13(1): 11; 2002
J. Hirsh

40. Managing venous thromboembolism: Methodology for achieving positive outcomes.
CME-Today 1(1): 11-15; 2002
J. Hirsh

41. Review: Extended out-of-hospital prophylaxis with heparin prevents deep venous thrombosis in elective hip arthroplasty.
ACP Journal Club 137:11; 2002
J. Hirsh

42. Blood thinners and dental procedures (Q&A).
Patient Care 14(3): 12; 2003
J. Hirsh

43. Inherited coagulopathies (Q&A).
Patient Care 14(3): 12; 2003
J. Hirsh

44. Economy-seat DVT (Q&A).
Patient Care 14(3): 16, 2003
J. Hirsh

45. Heparin-induced thrombocytopenia: Strategies for preventing complications. An interview with with Jack Hirsh, MD, FCCP.
CME-Today 2(2): 7-12, 2003
J. Hirsh

46. Anticoagulants for DVT during pregnancy.
Patient Care 14(7): 11, 2003
J. Hirsh

47. Alternatives to Coumadin?
Measurement of Factor V Leiden.
Patient Care 14(10): 13, 2003
J. Hirsh

48. INR response to warfarin.
Patient Care 15(5): 16, 2004
J. Hirsh

49. Several large randomized trials have demonstrated COX-2 inhibitors are associated with lower risk of gastrointestinal events.
Patient Care 15(6): 12, 2004
J. Hirsh

50. The use of thrombolytic therapy in patient with pulmonary embolism.
Patient Care 15(6): 11-12, 2004
J. Hirsh

51. Laboratory monitoring of low-molecular-weight heparin therapy.
J Thromb Haemost 2: 1003, 2004
J. Hirsh

52. Establishing an optimal therapeutic range for coumarins: Filling in the gaps.
Arch Intern Med 164: 588-590, 2004
M. O'Donnell, J. Hirsh

53. Venous thromboembolism: Recent advances in prophylaxis.
CME-Today 3(3): 7-17, 2004
J. Hirsh, S.G. Peters

54. Managing venous clots.
Patient Care Canada 16(6): 11, 2005
J. Hirsh

## ABSTRACTS

### Abstracts 1998

1. The clinical pharmacology of vasoflux compared to heparin, results of a phase I clinical trial
Journal of the American College of Cardiology 31(5);(Supplement C), #1998, 1998
W. Spickler, V Ghazarossian, J Hirsh, J Weitz, J. Wald

2. The pharmacokinetics and pharmacodynamics of vasflux, results of a phase I clinical trial
Journal of the American College of Cardiology 31(5);Supplement C, #1999, 1998
W. Spickler, V Ghazarossian, J Hirsh, J Weitz, J. Wald

3. Randomized comparison of moderate (INR 3.0-3.5) with low intensity (INR 2.0-2.5) anticoagulant therapy in patients with prosthetic heart valves treated with aspirin (100 mg/DAY)
AGG Turpie, M Gent, M Cruickshank, M Kovacs, T Ruddy, F Basile, Y Latour, A Laupacis, J Hirsh
The Canadian Journal of Cardiology 14 (Supplement F), #169, 1998

4. V20, a glycoprotein Iib/IIIa-independent inhibitor of platelet-dependent clotting reactions, inhibits both arterial and venous-type thrombosis in primates
Curculation 98(17);1-800, #4196, 1998
J Weitz, SR Hanson, JA Anderson, S Guo, V Ghazarossian, J Hirsh

5. Randomized comparison of moderate (INR 3.0-3.5) with low intensity (INR 2.0-3.5) anticoagulant therapy in patients with prosthetic heart valves treated with aspirin (100 mg/day)
Circulation 98(17)1-768, #4026, 1998
AGG Turpie, M Gent, MK Cruickshank, MJ Kovacs, TD Ruddy, F Basile, Y Latour, A Laupacis, J Hirsh

6. Abnormal fibrinolysis does not predispose to first or recurrent thromboemolism
Blood 92(10) Supplement 1;355a, #1463, 1998
MA Crowther, J Roberts, P Skingley, M Johnston, R Roberts, GM Patrassi, MT Sartori, P Stevens, M Gent, J Hirsh, P Prandoni, JS Ginsberg

7. Heparin-induced bone loss is not reversible after stopping heparin treatment in rats
Blood 92(10) Supplement 1;358a, #1473, 1998
SG Shaughnessy, J Hirsh, M Bhandari, J Muir, E Young, JI Weitz

6. The effect of heparin and low molecular weight heparin on osteoblastogenesis in vitro
Blood 92(10) Supplement 1;358a, #1474, 1998
M Bhandari, J Hirsh, JI Weitz, SG Shaughnessy

**Abstracts 1999**

1. Simplifying heparin monitoring
Blood 94(10) Supplement 1;26a, #104, 1999
SM Bates, JI Weitz, M Johnston, J Hirsh, JS Ginsberg

2. Homocystenine enhances cholesterol biosynthesis in cultured human smooth muscle cells and hepatocytes
Blood 94(10) Supplement 1;449a, #1997, 1999

3. Randomized comparison of Vasoflux, a novel anticoagulant, and heparin as adjunctive therapy to streptokinase for acute myocardial infarction.
American College of Cardiology, 49th Annual Scientific Session
RJG Peters, W Spickler, P Theroux, H White, M Gibson, PG Molhoek, J Hirsh, JI Weitz, D Weaver

**Abstracts 2000**

1. Advances in the treatment of venous thrombosis.
13th International Symposium on Molecular Biology of Hematopoiesis; NY, July 14, 2000
J Hirsh

2. Optimal duration of anticoagulant therapy post-hospital discharge.
Maastricht, Netherlands, June 2000
J Hirsh

3. Is there a clinical need for warfarin replacement?
Maastricht, Netherlands, June 2000
J Hirsh

4. Sequential or parallel design for Phase 2 dose finding studies.
Clinical Epidemiology & Biostatistics Mini-Symposium; McMaster University Med Ctr, Hamilton, Ontario, January 20, 2000
J Hirsh

**Abstracts 2001**

1. In vitro comparison of the effect of heparin, low-molecular-weight heparin and pentassacharide on tests of coagulation.
Blood 98(11) Supplement 1:45a, #181, 2001
L Linkins, JA Julian, J Rischke, J Hirsh, JI Weitz

2. Four weeks versus 12 weeks of anticoagulation for a first episode of venous thromboembolism (VTE) provoked by a transient risk factor: A randomized double-blind trial. Blood 98(11) Supplement 1, # 1879, 2001
C Kearon, JS Ginsberg, DR Anderson, M Kovacs, P Wells, J Julian, B MacKinnon, C Demers, J Douketis, AGG Turpie, van Nguyen P, D Green, J Kassis, S Kahn, S Solymoss, L Desjardins, W Geerts, J Weitz, J Hirsh, M, Gent, Sofast Investigators

**Abstracts 2002**

1. GH9001, a novel antithrombotic agent, is more effective than low-molecular-weight heparin or hirudin in rabbit models.
   Blood 100(11), #303, page 83a, 2002
   JI Weitz, P Klement, P Liao, A Stafford, J Fredenburgh, K Johansen, J Hirsh

2. A randomized trial of two intensities of warfarin (International Normalized Ratio of 2.0 to 3.0 versus 3.1 to 4.0) for the prevention of recurrent thrombosis in patients with antiphospholipid antibodies.
   Blood 100(11), #555, page 148a, 2003
   MA Crowther, JS Ginsberg, M Gent, J Julian, L Costantini, M Kovacs, C Laskin, JA Denburg, P Fortin, A Clarke, J Hirsh, D Anderson, PS Wells, D Green, W Yacura, JD Douketis

3. Aspirin Resistance.
   The 11th International Congress on Cardiovascular Pharmacotherapy (ISCP 2002)
   J Hirsh

**Abstracts 2003**

1. Novel antithrombotic drug reduces arterial Doppler high intensity transient signals during and after hypothermic cardiopulmonary bypass in pigs.
   Circulation 108(17), #1994, page IV-433, 2003
   AK Chan, P Tressel, J Weitz, J Hirsh, L Peng, P Klement

2. Influence of age on the risk of recurrence in venous thromboembolism and on the risk of major hemorrhage during oral anticoagulant therapy: Results of a meta-analysis on individual patient data.
   Blood 102(11), # 184, page 56a, 2003
   F. Boutitie, S. Schulman, C. Kearon, A. Agnelli, J. Hirsh, G. Raskob, J. Julian, L. Pinede

3. Factors at baseline influencing the risk of recurrence in venous thromboembolism: Results of a meta-analysis on individual patient data.
   Blood 102(11), # 730, page 209a, 2003
   L. Pinede, S. Schulman, C. Kearon, G. Agnelli, J. Hirsh, G. Raskob, J. Julian, F. Boutitie

## BOOK CHAPTERS

### Book Chapters 1967-1977

1. Platelet function and platelet economy.
In: Biochemistry of Blood Platelets, Academic Press, London, pp. 133-145, 1967
J.F. Mustard, J.F. Glynn, E.A. Murphy, M.A. Packham, E. Nishizawa, J. Hirsh, T. Hovig, L. Jorgensen

2. Bleeding disorders and thrombosis.
In: Fundamentals of Current Medical Treatment, 3rd Edition, CWH Harvard (ed), Staples Press, London, pp. 252-280, 1970
J. Hirsh

3. Hemorrhagic disorders due to coagulation abnormalities.
In: Clinical Haematology in Medical Practice, 3rd Edition, CG de Gruchy (ed), Blackwell Publications, pp. 652-717, 1970
R. Sawres, J. Hirsh

4. Platelet function in health and disease.
In: Progress in Hematology, Vol. III, EB Brown, CV Moore (eds), Grune & Stratton, New York, pp. 185-234, 1971
J. Hirsh, J.C.G. Doery

5. Haemorrhagic disorders and fibrinolysis.
In: Peripheral Vascular Surgery, M Birnsting (ed), William Heinemann Medical Books Ltd., London, pp. 46-74, 1973
J. Hirsh, J.F. Cade

6. Thrombogenesis.
In: Physiological Pharmacology, Academic Press, New York, pp. 99-133, 1974
J. Hirsh, E. Genton

7. Haemostasis and thrombosis.
In: Clinical Physiology, 4th Edition, Chapter 8, Blackwell Scientific Publications, Oxford, pp. 345-372, 1974
J. Hirsh

8. $^{125}$I-fibrinogen scanning.
In: Pulmonary Thromboembolism, K Mobin-Uddin (ed), Charles C. Thomas, Springfield, Ill. pp. 33-45, 1974
A.S. Gallus, J. Hirsh

9. Low-dose heparin prophylaxis.
In: Pulmonary Thromboembolism, K Mobin-Uddin (ed), Charles C. Thomas, Springfield, Ill. pp. 234-244, 1975
A.S. Gallus, J. Hirsh

10. Critical evaluation of platelet inhibiting drugs in thrombotic disease.
In: Progress in Hematology, EB Brown (ed), Grune & Stratton Inc., pp. 229-254, 1975
L.A. Harker, J. Hirsh, M. Gent, E. Genton

11. Streptokinase therapy in pulmonary embolism.
In: Pulmonary Thromboembolism, K Mobin-Uddin (ed), Charles C. Thomas, Springfield, Ill. pp. 288-292, 1975
J. Hirsh, A.S. Gallus, J.F. Cade

12. Relevance of platelet function tests in assessing the antithrombotic effects of drugs.
In: Platelets, Drugs and Thrombosis, J Hirsh, JF Cade, AS Gallus, E Schonbaum (eds), S. Karger, Basal, pp. 212-218, 1975
J. Hirsh

13. Small dose subcutaneous heparin in preventing deep venous thrombosis.
In: Thromboembolism: Aetiology, Advances in Prevention and Management, AN Nicolaides (ed), Medical and Technical Publishing Company Ltd., Lancaster Incs., pp. 233-242, 1975
A.S. Gallus, J. Hirsh

14. Low dose heparin prophylaxis for venous thromboembolism.
In: Prophylactic Therapy for Deep Venous Thrombosis and Pulmonary Embolism, J Fratantoni (ed), Government Printing Office, Publication No. (NIH) 76-866, Washington, D.C. 1975
J. Hirsh, E. Genton, M. Gent

15. $^{125}$I-fibrinogen leg scanning.
In: Prophylactic Therapy for Deep Venous Thrombosis and Pulmonary Embolism, J Fratantoni (ed), Government Printing Office, Publication No. (NIH) 76-866, Washington, D.C. 1975
J. Hirsh, E. Genton, M. Gent

16. Bleeding disorders and thrombosis.
In: Current Medical Treatment, 4th Edition, CWH Harvard (ed), John Wright and Sons Ltd., Briston, p. 211, 1976
J. Hirsh

17. Diagnosis of venous thromboembolism: Limitations and applications.
In: Venous Thromboembolism: Prevention and Treatment, Chapter 12, JL Madden, M Hume (eds), Appleton-Century-Crofts, New York, 1976
J. Hirsh, A.S. Gallus

18. Heparin.
In: Recent Advances in Hematology, V Hoffbrand, MC Brain, J Hirsh (eds), Churchill-Livingstone, London, pp. 453-466, 1977
J. Hirsh, A.S. Gallus

19. Hypercoagulability.
In: Recent Advances in Hematology, V Hoffbrand, MC Brain, J Hirsh (eds), Churchill-Livingstone, London, pp. 431-451, 1977
J. Hirsh, A.S. Gallus

20. Haemorrhagic disease.
In: Medicine, Medical Education Intl. Ltd., London, England, pp. 1776-1785, 1977
J. Hirsh

21. Clinical effects of platelet function suppressing drugs.
In: Thromboembolism: A New Approach to Therapy, JRA Mitchell, JF Domenet (eds), Academic Press, London, pp. 128-142, 1977
J. Hirsh

22. Disseminated intravascular coagulation (DIC).
In: Current Therapy, HF Conn (ed), p. 293, 1977
M.C. Brain, J. Hirsh

23. Antithrombotic drugs.
In: Cardiovascular Drugs, Vol. 3, ADIS Press Australasia Pty. Ltd., Australia, pp. 85-166, 1977
A.S. Gallus, J. Hirsh

**Book Chapters 1978**

1. Diagnosis of venous thromboembolism.
In: Diagnosis and Prevention of Venous Thromboembolic Disease, S Sherry (ed), Grune & Stratton, New York, 1978
J. Hirsh, A.S. Gallus

2. The use of low dose heparin in the prevention of venous thromboembolism.
In: Diagnosis and Prevention of Venous Thromboembolic Disease, S Sherry (ed), Grune & Stratton, New York, 1978
J. Hirsh, A.S. Gallus

3. The bleeding time.
In: Platelet Function Testing, J Day, H Holmsen, M Zucker (eds), DHEW Publication No. (NIH) 78-1087, Washington, D.C., pp. 1-12, 1978
J. Hirsh, M.A. Blajchman, A. Kaegi

4. Comparative value of tests for the diagnosis of venous thrombosis.
In: Noninvasive Diagnostic Techniques in Vascular Disease, EF Bernstein (ed), The C.V. Mosby Company, St. Louis, pp. 522-538, 1978
J. Hirsh, R.D. Hull

5. Role of platelets in thrombosis: Rationale for use of antiplatelet drugs.
In: Mechanisms of Hemostasis and Thrombosis, CH Mielke, R Rodvien (eds), Symposia Specialists Inc., Miami, Florida, pp. 251-268, 1978
J. Hirsh

**Book Chapters 1979**

1. Diagnosis of venous thrombosis by invasive and non-invasivetechniques.
In: Venous and Arterial Thrombosis, H Joist, LA Sherman (eds), Grune & Stratton, New York, pp. 33-56, 1979
R.D. Hull, J. Hirsh

2. Platelet suppressant therapy.
In: Venous and Arterial Thrombosis, H Joist, LA Sherman (eds), Grune & Stratton, New York, pp. 339-363, 1979
A.G.G. Turpie, J. Hirsh

3. Low dose heparin in the prevention of postoperative thromboembolic episodes.
In: Low Dose Heparin in the Prevention of Postoperative Thromboembolic Episodes, M Samama (ed), Excerpta Medica, pp. 24-31, 1979
J. Hirsh, R.D. Hull

4. Heparin therapy in venous thrombosis and pulmonary embolism: Clinical and experimental observations.
In: Heparin: Structure, Cellular Functions and Clinical Applications, NM McDuffle (ed), Academic Press, New York, pp. 323-331, 1979
J. Hirsh, W.G. van Aken, H. Chiu

5. Definition of high risk/high response population for stroke in patients with ischemic attacksIn: The Challenge of Clinical Trials in Thrombosis, M Verstraete, J Vermylen, H Roberts (eds), F.D. Schattauer Verlag, Stuttgart, pp. 43-62, 1979
M. Gent, J. Hirsh

6. Prevention of venous thrombosis and pulmonary embolism with particular reference to the surgical patient.
In: Venous and Arterial Thrombosis, H Joist, LA Sherman, (eds), Grune & Stratton, New York, pp. 93-131, 1979
R.D. Hull, J. Hirsh

**Book Chapters 1980-1981**

1. Impedance plethysmography and $^{125}$I-fibrinogen leg scanning in the diagnosis of venous thrombosis.
In: Advance in the Management of Vascular Diseases, T Foley (ed), Year Book Medical Publishers, pp. 181-193, 1980
R.D. Hull, J. Hirsh

2. Impedance plethysmography and $^{125}$I-fibrinogen leg scanning.
In: The Thromboembolic Disorders, J Ambrus, FK Beller, J van de Loo, CRM Prentice (eds), Yearbook Medical Publishers, pp. 181-193, 1981
R.D. Hull, J. Hirsh

3. Comparative value of tests for the diagnosis of venous thrombosis.
In: Non-invasive Diagnostic Techniques in Vascular Disease, E Bernstein (ed), The C.V. Mosby Company, pp. 522-538, 1981
R.D. Hull, J. Hirsh

4. $^{125}$I-fibrinogen leg scanning.
In: Non-invasive Diagnostic Techniques in Vascular Disease, E Bernstein (ed), The C.V. Mosby Company, pp. 497-501, 1981
R.D. Hull, J. Hirsh

5. Cost-effectiveness of non-invasive diagnosis of deep vein thrombosis in symptomatic patients.
In: Non-invasive Diagnostic Techniques in Vascular Disease, E Bernstein (ed), The C.V. Mosby Company, pp. 560-569, 1981
R.D. Hull, J. Hirsh

6. Antiplatelet agents: Rationale and results.
In: Hemostasis and Thrombosis, A Bloom, D Thomas (eds), Churchill Livingstone, London, pp. 737-760, 1981
J.G. Kelton, J. Hirsh

7. Acetylsalicylic acid: Hemostasis and antithrombotic effects.
In: Contemporary Hematology/Oncology, Vol. 11, R Silber, AS Gordon, J LoBue, FM Muggia (eds), Plenum Medical, New York, pp. 305-337, 1981
J. Hirsh

8. Unresolved issues in the use of heparin for the management of venous thromboembolism.
In: Chemistry and Biology of Heparin, RL Lundblad, WV Brown, KG Mann, HR Roberts (eds), Elsevier North-Holland Inc., New York, pp. 513-528, 1981
J. Hirsh, A.G.G. Turpie, J.G. Kelton, R.D. Hull, C.J. Carter

9. Prostaglandins: Their role in haemostasis and thrombosis.
In: ASA: New Uses for an Old Drug, HJM Barnett, J Hirsh, JF Mustard (eds), Raven Press, New York, pp. 33-43, 1981
M.R. Buchanan, J. Hirsh

10. The independent inhibitory effects of heparin and antithrombin III on the activation of factor X and prothrombin in plasma.
In: The Biology and Chemistry of Heparin, RL Lundblad, WV Brown, KG Mann (eds), Elsevier North Holland Inc., New York, pp. 297-300, 1981
F.A. Ofosu, A. Cerskus, M.A. Blajchman, J. Hirsh

11. Advances and controversies in the diagnosis, prevention and treatment of venous thromboembolism.
In: Progress in Hematology, Vol. XII, EB Brown (ed), Grune and Stratton Inc., New York, pp. 73-124, 1981
R.D. Hull, J. Hirsh

**Book Chapters 1982**

1. Venous thrombotic disorders of pregnancy.
In: Medical Complications During Pregnancy, GN Burrow, TF Ferris (eds), W.B. Saunders Company, Philadelphia, pp. 169-187, 1982
J.G. Kelton, J. Hirsh

2. Prostaglandins: Their role in hemostasis and thrombosis.
In: Acetylsalicylic Acid: New Uses for an Old Drug, HJM Barnett, J Hirsh, JF Mustard (eds), Raven Press, New York, pp. 33-45, 1982
M.R. Buchanan, J. Hirsh

3. Natural history of thromboembolism.
In: Thrombosis and Atherosclerosis, NU Bang, JL Glover, RW Holden, DA Triplett (eds), Year Book Medical Publishers Inc., Chicago, Ill. pp. 27-36, 1982
J. Hirsh

4. $^{125}$I-fibrinogen leg scanning.
In: Thrombosis and Atherosclerosis, NU Bang, JL Glover, RW Holden, DA Triplett (eds), Year Book Medical Publishers Inc., Chicago, Ill. pp. 57-66, 1982
R.D. Hull, J. Hirsh

5. Pharmacology, monitoring and administration of heparin.
In: Thrombosis and Atherosclerosis, NU Bang, JL Glover, RW Holden, DA Triplett (eds), Year Book Medical Publishers Inc., Chicago, Ill. pp. 113-118, 1982
J. Hirsh

6. The role of antiplatelet drugs in cardiovascular disease.
In: Effects of Platelet-active Drugs on the Cardiovascular System, Proceedings of a Symposium, University of Colorado Health Sciences Centre, Denver, (CIBA-GEIGY), January, pp. 223-267, 1982
J. Hirsh

7. Antiplatelet agents: Their role in the prevention of sudden deaths.
In: Sudden Coronary Death, Annals of the New York Academy of Sciences, Vol. 382, HM Greenberg, EM Dwyer (eds), The New York Academy of Sciences, New York, pp. 289-304, 1982
J. Hirsh

8. Natural history and clinical features of venous thrombosis.
In: Hemostasis and Thrombosis, RW Colman, J Hirsh, VJ Marder, E Salzman (eds), J.B. Lippincott Company, Philadelphia, pp. 831-843, 1982
J. Hirsh, R.D. Hull

9. Comparative value of tests for the diagnosis of venous thrombosis.
In: Non-invasive Diagnostic Techniques in Vascular Disease, E Bernstein (ed), The C.V. Mosby Company, St. Louis, pp. 522-538, 1982
R.D. Hull, J. Hirsh

10. Cost effectiveness of non-invasive diagnosis of deep-vein thrombosis in symptomatic patients.
In: Non-invasive Diagnostic Techniques in Vascular Disease, E Bernstein (ed), The C.V. Mosby Company, St. Louis, pp. 560-569, 1982
R.D. Hull, J. Hirsh

11. The role of platelets in ischemic heart disease: The effects of antiplatelet drugs.
In: Symposium Proceedings "Acute and Long Term Management of Myocardial Ischemia", Communication Media for Education Inc., New Jersey, pp. 63-91, 1982
J. Hirsh

12. Thromboembolic cerebral vascular diseases.
In: Thrombosis, HC Kwaan, EJW Bowie (eds), W.B. Saunders, Philadelphia, pp. 154-167, 1982
A.G.G. Turpie, J. Hirsh

13. Diagnosis - venous thrombosis.
In: Textbook on Hemostasis and Thrombosis, RW Colman, J Hirsh, VJ Marder, EW Salzman (eds), J.B. Lippincott Company, Philadelphia, pp. 844-856, 1982
R.D. Hull, J. Hirsh

14. Prevention of venous thrombosis.
In: Textbook on Hemostasis and Thrombosis, RW Colman, J Hirsh, VJ Marder, EW Salzman (eds), J.B. Lippincott Company, Philadelphia, pp. 844-856, 1982
J. Hirsh, E.W. Salzman

15. Increased platelet destruction.
In: Disorders with Increases Platelet Destruction, Part 1, Vol. VIII, No. 2, pp. 75-82, 1982
P.B. Neame, J. Hirsh

16. Laboratory diagnosis of thrombosis.
In: Textbook on Hemostasis and Thrombosis, RW Colman, J Hirsh, VJ Marder, EW Salzman (eds), J.B. Lippincott Company, Philadelphia, pp. 789-804, 1982
J. Hirsh

17. Approach to the bleeding patient.
In: Textbook on Hemostasis and Thrombosis, RW Colman, J Hirsh, VJ Marder, EW Salzman (eds), J.B. Lippincott Company, Philadelphia, pp. 694-702, 1982
J. Hirsh

**Book Chapters 1983**

1. Iodine-labelled fibrinogen leg scanning.
In: Nuclear Medicine: Quantitative Procedures, HW Wahner (ed), Little, Brown and Company, Boston, pp. 413-432, 1983
P.A. Ockelford, J. Hirsh

2. Venous thromboembolism.
In: Current Therapy in Hematology/Oncology, MC Brain, PB McCulloch (eds), B.C. Decker Inc., Toronto, pp. 171-178, 1983
R.D. Hull, J. Hirsh

3. Pulmonary angiography, ventilation-perfusion lung scanning, and venography for clinically suspected pulmonary embolism patients with an abnormal perfusion lung scan.
In: Bronkoscope: Current Concepts in Pulmonary Medicine, TL Petty (ed), September, 1983
R.D. Hull, J. Hirsh, C.J. Carter

4. Diagnosis of venous thrombosis.
In: Thromboembolic Disorders, J van de Loo, CRM Prentice, FK Beller (eds), FK Schattauer Verlag, Stuttgart, New York, 1983
R.D. Hull, J. Hirsh

5. Antiplatelet agents in myocardial infarction.
In: The First Year After Myocardial Infarction, K Kulbertus, W Wellens (eds), Futura Publishing Company Inc., Mount Kisco, New York, pp. 289-312, 1983
J. Hirsh

6. Methods of diagnosis of venous thrombosis.
In: Advances in Vascular Surgery, JS Najarian, JP Delaney (eds), Year Book Medical Publishers, Chicago, pp. 207-218, 1983
J. Hirsh

7. Prevention of thromboembolism.
In: Advances in Vascular Surgery, JS Najarian, JP Delaney (eds), Year Book Medical Publishers, Chicago, pp. 231-238, 1983
J. Hirsh

8. Clotting and bleeding disorders.
In: Internal Medicine, CA Guenter (ed), Churchill Livingstone, New York, pp. 75-110, 1983
J. Hirsh

**Book Chapters 1984**

1. Perspectives in the role of platelets in hemostasis and thrombosis.
In: Hemostatic Mechanisms and Metastasis, KV Honn, BF Sloane (eds), Martinas Nijhoff Publishers, Boston, pp. 115-126, 1984
F.A. Ofosu, M.R. Buchanan, J. Hirsh

2. The management of the postphlebitic syndrome and its differentiation from recurrent deep vein thrombosis.
In: Thromboembolic Disorders, K Wu (ed), PSG Publishing Company Inc., Boston, pp. 319-335, 1984
J.R. Leclerc, R.D. Hull, J. Hirsh

3. Calf pain.
In: Difficult Diagnosis, RB Taylor (ed), W.B. Saunders, Philadelphia, pp. 41-50, 1984
J. Hirsh, R.D. Hull

4. The diagnosis of clinically suspected venous thrombosis.
In: Clinics in Chest Medicine, T Hyers (ed), Saunders, Philadelphia, pp. 439-456, 1984
R.D. Hull, G.E. Raskob, J.R. Leclerc, R.M. Jay, J. Hirsh

5. Diagnostic techniques in venous thrombosis.
In: Surgery of the Veins, Bergan, A Yao (eds), Grune & Stratton, Orlando, pp. 47-72, 1984
R.D. Hull, J. Hirsh

6. Venous thromboembolism.
In: Current Therapy in Internal Medicine, B Bayless, MC Brain, C Cherniak (eds), B.C. Decker Inc., Toronto, pp. 330-377, 1984
R.D. Hull, J. Hirsh

7. Heparin induced bleeding.
In: Nouvelle Revue Francaise d'Hematologie, Springer-Verlag, 26:261-266, 1984
J. Hirsh

**Book Chapters 1985**

1. $^{125}$I-fibrinogen leg scanning.
In: Non-invasive Diagnostic Techniques in Vascular Disease, 3rd Edition, E Bernstein (ed), The C.V. Mosby Company, St. Louis, pp. 771-776, 1985
R.D. Hull, J. Hirsh

2. Comparative value of tests for the diagnosis of venous thrombosis.
In: Non-invasive Diagnostic Techniques in Vascular Disease, 3rd Edition, E Bernstein (ed), The C.V. Mosby Company, St. Louis, pp. 779-796, 1985
R.D. Hull, J. Hirsh

3. Cost-effectiveness of non-invasive diagnosis of deep-vein thrombosis in symptomatic patients.
In: Non-invasive Diagnostic Techniques in Vascular Disease, 3rd Edition, E Bernstein (ed), The C.V. Mosby Company, St. Louis, pp. 819-827, 1985
R.D. Hull, G.E. Raskob, J. Hirsh

4. The diagnosis of venous thrombosis in symptomatic patients.
In: Recent Advances in Blood Coagulation, L Poller (ed), Churchill Livingstone, pp. 35-61, 1985
R.D. Hull, G.E. Raskob, J.R. Leclerc, R.M. Jay, J. Hirsh

5. Advances in antithrombotic therapy.
In: Recent Advances in Haematology, V Hoffbrand (ed), Churchill Livingstone, pp. 333-467, 1985
J. Hirsh, F.A. Ofosu, J.A. Cairns

6. The clinical usefuleness of platelet-inhibiting drugs in the prevention of cardiac and cerebral events.
In: Progress in Cardiology, PN Yu, JF Goodwin (eds), Lea Febiger, Philadelphia, pp. 179-204, 1985
M. Gent, D. Kinch, J. Hirsh

7. Venous thromboembolism in the elderly.
In: Geriatric Heart Disease, C Coodley (ed), John Wright, PSG Inc., Littleton, Massachusetts, pp. 304-317, 1985
J.R. Leclerc, R.D. Hull, J. Hirsh

8. Clinical management of venous thromboembolism in the elderly.
In: Blood Disorders in the Elderly (Medicine in Old Age), Chapter 10, MJ Denham, I Chanarin (eds), Churchill Livingstone, London, pp. 157-187, 1985
J.R. Leclerc, J. Hirsh, R.D. Hull

**Book Chapters 1986**

1. Anticoagulant and platelet antiaggregant agents.
In: STROKE: Pathophysiology, Diagnosis and Management, HJM Barnett, JP Mohr, BM Stein, FM Yatsu (eds), Churchill Livingstone, pp. 925-966, 1986
J. Hirsh

2. Non-invasive evaluation of clinically suspected venous thromboembolism.
In: Noninvasive Respiratory Monitoring, ML Nochomovitz, NS Cherniack (eds), Churchill Livingstone, pp. 109-140, 1986
R.D. Hull, G.E. Raskob, J. Hirsh

3. The therapeutic reduction in vitamin-K dependent proteins in the treatment of thrombosis.
In: Prothrombin and Other Vitamin K Proteins, Vol. II, WH Seegers, DA Waltz (eds), CRC Press, Boca Raton, Florida, pp. 49-66, 1986
J. Hirsh

4. Mechanisms for inhibition of the generation of thrombin activity by sulfated polysaccharides.
In: Bioregulatory Functions of Thrombin, Annals of the New York Academy of Sciences, Vol. 485, DA Walz, JW Fenton II, MA Shuman (eds), New York, New York, pp. 41-55, 1986
F.A. Ofosu, G.J. Modi, J. Hirsh, M.R. Buchanan, M.A. Blajchman

5. Effect of aspirin on hemostasis and thrombosis.
In: New England and Regional Allergy Proceedings, Vol. 7, pp. 6-11, 1986
J. Hirsh

6. Pulmonary thromboembolism.
In: Recent Advances in Respiratory Medicine, Vol. 4, DC Flenley, TL Petty, (eds), Churchill Livingstone, New York, pp. 153-172, 1986
R.D. Hull, G.E. Raskob, J. Hirsh

**Book Chapters 1987**

1. Overview of hemostasis.
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice, 2nd Edition, RW Colman, J Hirsh, VJ Marder, EW Salzman (eds), J.B. Lippincott Company, Philadelphia, Chapter 1, pp. 3-17, 1987
R.W. Colman, V.J. Marder, E.W. Salzman, J. Hirsh.

2. Hemorrhagic complications of antithrombotic therapy.
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice, 2nd Edition, RW Colman, J Hirsh, VJ Marder, EW Salzman (eds), J.B. Lippincott Company, Philadelphia, Chapter 53, pp. 873-885, 1987
M.N. Levine, J. Hirsh, J.G. Kelton

3. Approach to the bleeding patient.
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice, 2nd Edition, RW Colman, J Hirsh, VJ Marder, EW Salzman (eds), J.B. Lippincott Company, Philadelphia, Chapter 65, pp. 1048-1060, 1987
G.C. White III, V.J. Marder, R.W. Colman J. Hirsh, E.W. Salzman

4. Overview of the thrombotic process and its therapy.
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice, 2nd Edition, RW Colman, J Hirsh, VJ Marder, EW Salzman (eds), J.B. Lippincott Company, Philadelphia, Chapter 66, pp. 1063-1072, 1987
J. Hirsh, E.W. Salzman, V.J. Marder, R.W. Colman

5. Laboratory diagnosis of thrombosis.
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice, 2nd Edition, RW Colman, J Hirsh, VJ Marder, EW Salzman (eds), J.B. Lippincott Company, Philadelphia, Chapter 75, pp. 1165-1184, 1987
J. Hirsh

6. Pathogenesis of venous thromboembolism.
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice, 2nd Edition, RW Colman, J Hirsh, VJ Marder, EW Salzman (eds), J.B. Lippincott Company, Philadelphia, Chapter 77, pp. 1199-1207, 1987
J. Hirsh, E.W. Salzman

7. Natural history and clinical features of venous thrombosis.
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice, 2nd Edition, RW Colman, J Hirsh, VJ Marder, EW Salzman (eds), J.B. Lippincott Company, Philadelphia, Chapter 78, pp. 1208-1219, 1987
J. Hirsh, R.D. Hull

8. Diagnosis of deep-vein thrombosis.
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice, 2nd Edition, RW Colman, J Hirsh, VJ Marder, EW Salzman (eds), J.B. Lippincott Company, Philadelphia, Chapter 79, pp. 1220-1239, 1987
R.D. Hull, R.H. Secker-Walker, J. Hirsh

9. Diagnosis of pulmonary embolism.
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice, 2nd Edition, RW Colman, J Hirsh, VJ Marder, EW Salzman (eds), J.B. Lippincott Company, Philadelphia, Chapter 80, pp. 1240-1251, 1987
R.D. Hull, G. Coates, G.E. Raskob, J. Hirsh

10. Prevention of venous thromboembolism.
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice, 2nd Edition, RW Colman, J Hirsh, VJ Marder, EW Salzman (eds), J.B. Lippincott Company, Philadelphia, Chapter 81, pp. 1252-1265, 1987
E.W. Salzman, J. Hirsh

11. Treatment of venous thromboembolism.
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice, 2nd Edition, RW Colman, J Hirsh, VJ Marder, EW Salzman (eds), J.B. Lippincott Company, Philadelphia, Chapter 82, pp. 1266-1272, 1987
J. Hirsh, V.J. Marder, E.W. Salzman, R.D. Hull

12. Introduction.
In: Methods in Hematology: Venous Thrombosis and PulmonaryEmbolism: Diagnostic Methods, J Hirsh (ed), Churchill Livingstone, New York, pp. 1-5, 1987
J. Hirsh

13. Plethysmography.
In: Methods in Hematology: Venous Thrombosis and Pulmonary Embolism: Diagnostic Methods, J Hirsh (ed), Churchill Livingstone, New York, pp. 45-53, 1987
G.E. Raskob, R.D. Hull, J. Hirsh

14. Practical approaches to the diagnosis of venous thrombosis.
In: Methods in Hematology: Venous Thrombosis and Pulmonary Embolism: Diagnostic Methods, J Hirsh (ed), Churchill Livingstone, New York, pp. 103-119, 1987
R.D. Hull, G.E. Raskob, J. Hirsh

15. Practical approaches to the diagnosis of pulmonary embolism.
In: Methods in Hematology: Venous Thrombosis and Pulmonary Embolism: Diagnostic Methods, J Hirsh (ed), Churchill Livingstone, New York, pp. 161-174, 1987
R.D. Hull, G.E. Raskob, J. Hirsh

16. Treatment of first episode of venous thrombosis.
In: The New Dimensions of Warfarin Prophylaxis, Vol. 214, S Wessler, CG Becker, Y Nemerson (eds), Plenum Publishing Corporation, pp. 187-193, 1987
J. Hirsh, M.N. Levine, R.D. Hull

17. The development of low molecular weight heparins for clinical use.
In: Thrombosis and Hemostasis, M Verstraete, J Vermylen, L Lijnen, J Arnout (eds), University of Leuven Press, Belgium, pp. 325-342, 1987
J. Hirsh, F.A. Ofosu, M.N. Levine

18. Venous thromboembolism: Scope of the problem and strategies for prevention and management.
In: Venous Thromboembolism: Natural History, Diagnosis and Management, Chapter 1, J Hirsh, R Hull (eds), CRC Press Inc., pp. 1-4, 1987
J. Hirsh, R.D. Hull

19. Pathogenesis of venous thromboembolism and clinical risk factors.
In: Venous Thromboembolism: Natural History, Diagnosis and Management, Chapter 2, J Hirsh, R Hull (eds), CRC Press Inc., pp. 5-16, 1987
J. Hirsh, R.D. Hull

20. Natural history of venous thromboembolism.
In: Venous Thromboembolism: Natural History, Diagnosis and Management, Chapter 3, J Hirsh, R Hull (eds), CRC Press Inc., pp. 17-22, 1987
J. Hirsh, R.D. Hull

21. Diagnosis of venous thrombosis.
In: Venous Thromboembolism: Natural History, Diagnosis and Management, Chapter 4, J Hirsh, R Hull (eds), CRC Press Inc., pp. 23-48, 1987
J. Hirsh, R.D. Hull

22. Diagnosis of recurrent venous thrombosis and the postphlebitic syndrome.
In: Venous Thromboembolism: Natural History, Diagnosis and Management, Chapter 5, J Hirsh, R Hull (eds), CRC Press Inc., pp. 49-54, 1987
J. Hirsh, R.D. Hull

23. Diagnosis of pulmonary embolism.
In: Venous Thromboembolism: Natural History, Diagnosis and Management, Chapter 6, J Hirsh, R Hull (eds), CRC Press Inc., pp. 55-68, 1987
J. Hirsh, R.D. Hull

24. Anticoagulants.
In: Venous Thromboembolism: Natural History, Diagnosis and Management, Chapter 7, J Hirsh, R Hull (eds), CRC Press Inc., pp. 69-80, 1987
J. Hirsh, R.D. Hull

25. Other antithrombotic agents.
In: Venous Thromboembolism: Natural History, Diagnosis and Management, Chapter 8, J Hirsh, R Hull (eds), CRC Press Inc., pp. 81-96, 1987
J. Hirsh, R.D. Hull

26. Complications of anticoagulant and thrombolytic therapy.
In: Venous Thromboembolism: Natural History, Diagnosis and Management, Chapter 9, J Hirsh, R Hull (eds), CRC Press Inc., pp. 97-116, 1987
M.N. Levine

27. A practical approach to the prophylaxis of venous thromboembolism.
In: Venous Thromboembolism: Natural History, Diagnosis and Management, Chapter 10, J Hirsh, R Hull (eds), CRC Press Inc., pp. 117-130, 1987
J. Hirsh

28. A practical approach to the treatment of venous thromboembolism.
In: Venous Thromboembolism: Natural History, Diagnosis and Management, Chapter 11, J Hirsh, R Hull (eds), CRC Press Inc., pp. 131-144, 1987
J. Hirsh, R.D. Hull

29. Management of venous thromboembolism during pregnancy.
In: Venous Thromboembolism: Natural History, Diagnosis and Management, Chapter 12, J Hirsh, R Hull (eds), CRC Press Inc., pp. 145-152
J. Hirsh, R.D. Hull

30. Thrombosis and anticoagulation.
In: Internal Medicine, 2nd Edition, Chapter 5, JH Stein (ed), Little, Brown and Company, pp. 1023-1033, 1987
R.D. Hull, G.E. Raskob, J. Hirsh

**Book Chapters 1988**

1. Evolution of thrombosis.
In: Blood in Contact With Natural and Artifical Surfaces: Annals of the New York Academy of Sciences, Vol. 516, FA Ofosu, I Danishefsky, J Hirsh (eds), The New York Academy of Sciences, New York, pp. 586-604, 1988
J. Hirsh, M.R. Buchanan, F.A. Ofosu, J.I. Weitz

**Book Chapters 1989**

1. Anticoagulants during pregnancy.
Annual Review of Medicine 40:79-86, 1989
J.S. Ginsberg, J. Hirsh

2. Effects of dermatan sulfate and heparin on inhibition of thrombus growth in vivo.
In: Heparin and Related Polysaccharides: Structure and Activities: Annals of the New York Academy of Sciences, Vol. 556, FA Ofosu, I Danishefsky, J Hirsh (eds), The New York Academy of Sciences, New York, pp. 304-312, 1989
J. Van Ryn-McKenna, F.A. Ofosu, E. Gray, J. Hirsh, M.R. Buchanan

3. Heparin therapy in venous thromboembolism.
In: Heparin and Related Polysaccharides: Structure and Activities: Annals of the New York Academy of Sciences, Vol. 556, FA Ofosu, I Danishefsky, J Hirsh (eds), The New York Academy of Sciences, New York, pp. 378-385, 1989
J. Hirsh

4. Heparin-induced bleeding.
In: Heparin: Chemical and Biological Properties; Clinical Applications, Chapter 24, DA Lane, U Lindahl (eds), Edward Arnold Publishers, London, pp. 517-531, 1989
M.N. Levine, J. Hirsh, J.G. Kelton

**Book Chapters 1990**

1. Thrombosis and anticoagulation.
In: Internal Medicine, 3rd Edition, Chapter 141, JH Stein (ed), Little, Brown and Company, Boston/Toronto/London, pp. 1063-1074, 1990
R.D. Hull, G.E. Raskob, J. Hirsh

2. Clinical potential of low molecular weight heparins. In:
Bailliere's Clinical Haematology: International Practice and Research, Vol. 3, No. 3, J Caen, C Hershko, J Hirsh, AV Hoffbrand, DC Linch, L Luzzatto, D Metcalf, EGD Tuddenham, DJ Weatherall (eds), Bailliere Tindall, London, pp. 545-554, 1990
M.N. Levine, J. Hirsh

3. Anticoagulant therapy in venous thromboembolism. In:
Bailliere's Clinical Haematology: International Practice and Research, Vol. 3, No. 3, J Caen, C Hershko, J Hirsh, AV Hoffbrand, DC Linch, L Luzzatto, D Metcalf, EGD Tuddenham, DJ Weatherall (eds), Bailliere Tindall, London, pp. 685-692, 1990
J. Hirsh

4. Management of thromboembolism during pregnancy: Risks to the fetus.
In: Hematologic Disorders in Maternal-Fetal Medicine, Chapter 29, MM Bern, FD Frigoletto Jr (eds), Wiley-Liss & Sons Inc., New York, pp. 523-544, 1990
J. Hirsh, J. Ginsberg, C. Turner, M.N. Levine

5. How clinical research has provided insights into the complications of coronary heart disease.
In: Applied Cardiovascular Biology (1989), Vol. 1, P Zilla, R Fasol, A Callow (eds), Int Soc Appl Cardiovasc Biol, Basel, Karger, pp. 88-93, 1990
J. Hirsh

6. Comparison of platelet scintigraphy, impedance plethysmography, Gray Scale and color flow duplex ultrasound and venography for the diagnosis of venous thrombosis.
In: Radiolabelled Cellular Blood Elements, Wiley-Liss & Sons Inc., New York, pp. 23-27, 1990
M.D. Ezekowitz, F. Migliaccio, D. Farlow, C. Pope, D. Denny, D. Markowitz, L. Hammers, A. Ali, J. Hirsh

7. The development of LMW heparins for clinical use: Biochemical, experimental, and clinical findings.
In: Advances in Applied Biotechnology Series: Protein C and Related Anticoagulants, Vol. 11, Chapter 4, DF Bruley, WN Drohan (eds), The Portfolio Publishing Company, Texas, pp. 67-82, 1990
J. Hirsh

8. Prevention de la maladie thrombo-embolique.
In: Embolie pulmonaire et thrombose veineuse profonde, Vol. 19, Chapter 13, G Simonneau, Y Huet (eds), Masson, Paris, pp. 167-183, 1990
J. Hirsh, M.N. Levine, A.G.G. Turpie

9. Effectiveness of anticoagulant therapy in reducing morbidity and mortality in acute myocardial infarction.
In: Management of Acute Myocardial Ischaemia, Section 4, DA Chamberlain, DG Julian, P Sleight (eds), Chapman and Hall Medical, London, pp. 99-110, 1990
J. Hirsh

**Book Chapters 1991**

1. Oral anticoagulants.
In: Venous Thromboembolic Disorders, Chapter 8, J Leclerc (ed), Lea & Febiger, Philadelphia/London, pp. 102-112, 1991
M.N. Levine, J. Hirsh

2. Pulmonary embolism.
In: Conn's Current Therapy 1991, Section 3, RE Rakel (ed), W.B. Saunders Company, Philadelphia, pp. 167-173, 1991
J. Hirsh, D.R. Anderson

3. Venous thromboembolism
In: Hematology: Basic Principles and Practice, Chapter 121, R Hoffman, EJ Benz Jr, SJ Shattil, B Furie, HJ Cohen (eds), Churchill Livingstone, pp. 1465-1479, 1991
J. Hirsh

4. Arterial thromboembolism.
In: Hematology: Basic Principles and Practice, Chapter 122, R Hoffman, EJ Benz Jr, SJ Shattil, B Furie, HJ Cohen (eds), Churchill Livingstone, pp. 1479-1484, 1991
J. Hirsh

5. Coronary thrombolysis and conjunctive treatment.
In: Coronary Thrombolysis and Conjunctive Treatment: Principles and Practice, BE Sobel, J Hirsh (eds), Decker Periodicals Inc., Hamilton, pp. 1-32, 1991
B.E. Sobel, J. Hirsh

6. Pulmonary embolism in the elderly.
In: Cardiology Clinics, Volume 9, Number 3, Breslin DJ (eds), W.B. Saunders Co., Philadelphia, pp. 457-474, 1991
J. Hirsh

**Book Chapters 1992**

1. Pulmonary embolism.
In: Current Management of Hypertensive and Vascular Diseases, Cooke JP, Frohlich ED (eds), Mosby Year Book (B.C. Decker), St. Louis, MO, pp. 300-308, 1992
J. Hirsh

2. Optimal therapeutic ranges for unfractionated heparin and low molecular weight heparins.
In: Thrombosis in Cardiovascular Disorders, Fuster V, Verstraete M (eds), W.B. Saunders Co., Philadelphia, PA, pp. 147-160, 1992
J. Hirsh

3. Optimal therapeutic ranges for oral anticoagulation.
In: Thrombosis in Cardiovascular Disorders, Fuster V, Verstraete M (eds), W.B. Saunders Co., Philadelphia, PA, pp. 161-173, 1992
L. Poller, J. Hirsh

4. Anticoagulants during pregnancy.
In: Thrombosis in Cardiovascular Disorders, Fuster V, Verstraete M (eds), W.B. Saunders Co., Philadelphia, PA, pp. 485-489, 1992
J.S. Ginsberg, J. Hirsh

5. Hemorrhagic complications of long-term antithrombotic treatment.
In: Thrombosis in Cardiovascular Disorders, Fuster V, Verstraete M (eds), W.B. Saunders Co., Philadelphia, PA, pp. 515-522, 1992
M.N. Levine, J. Hirsh

6. New thrombin inhibitors: mode of action, experimental findings and clinical potential.
In: Recent Advances in Haematology, Vol. 6, Hoffbrand AV, Brenner MK (eds), Churchill Livingstone, New York, NY, pp. 45-72, 1992
F.A. Ofosu, G. Agnelli, J. Hirsh

7. Antithrombins: Their potential as antithrombotic agents.
In: Annual Review of Medicine: Selected Topics in the Clinical Sciences, Vol. 43, Creger WP, Coggins CH, Hancock EW (eds), Annual Review Inc., Palo Alto, CA, pp. 9-16, 1992
J.I. Weitz, J. Hirsh

8. Thromboembolic disorders of pregnancy.
In: Medicine of the Fetus and Mother, Chapter 67, Reece EA, Hobbins JC, Mahoney MJ, Petrie RH (eds), J.B. Lippincott, Philadelphia, pp. 1103-1110, 1992
J.S. Ginsberg, J. Hirsh

9. Summary and conclusions.
In: Haemostasis (International Journal on Haemostasis and Thrombosis Research): Organan Extending the Frontiers of Venous Thrombosis Prophylaxis, Vol. 22, No. 2, Hirsh J (guest ed), Karger Medical and Scientific Publishers, Basel, p. 112, 1992
J. Hirsh

10. The impact of clinical research on clinical practice.
In: Researching Health Care, Designs, Dilemmas, Disciplines, Daly J, McDonald I, Willis E (eds), Routledge, London, pp. 62-75, 1992
J. Hirsh

11. Relationship between dose, anticoagulant effect and the clinical efficacy and safety of heparin.
In: Heparin and Related Polysaccharides: Advances in Experimental Medicine and Biology, Vol. 313, Lane DA, Bjork I, Lindahl U (eds), Plenum Press, New York, pp. 283-295, 1992
J. Hirsh

12. Prophylaxis of deep-vein thrombosis: Current techniques.
In: Northwestern Textbook, Chapter 11, JJ Bergan, JST Yao (eds), Churchill Livingstone, New York, pp. 155-169, 1992
J. Hirsh

13. Fundamentals of anticoagulant action and administration.
In: Stroke, Pathophysiology, Diagnosis and Management, Second Edition, Barnett HJM, Mohr JP, Stein BM, Yatsu FM (eds), Churchill Livingstone, New York, pp. 905-912, 1992
J. Hirsh

14. Generalized cardiovascular disorders: Arteriosclerosis; Atherosclerosis.
In: The Merck Manual, Sixth Edition, Chapter 24, Berkow R, Fletcher AJ (eds), Merck Research Laboratories, Rahway, NJ, pp. 409-445, 1992
J. Hirsh

15. La terapia anticoagulante orale fra gli altri trattamenti antitrombotici (Oral anticoagulant therapy among other current antithrombotic treatments).
In: La terapia anticoagulante orale: teoria e pratica, Chapter VI, Coccheri S, Palareti G (eds), Ferro Edizioni, Milano, Italy, pp. 57-74, 1992
J. Hirsh

**Book Chapters 1993**

1. Thrombolytic therapy: Unresolved issues and future directions.
In: Trombolisi Year Book 1993, Agnelli G (ed), Excepta Medica, Italy, pp. 193-226, 1993
(English Version Will be Printed in June of 1993)
J. Hirsh

2. Prevention and treatment of venous thromboembolism.
In: Thrombosis and Its Management, Chapter 13, Poller L, Thomson JM (eds), Churchill Livingstone, Edinburgh, London, pp. 159-181, 1993
J. Hirsh

3. Prevention and treatment of venous thromboembolism in the elderly.
In: Vascular Medicine; Proceedings of the 16th World Congress of the International Union of Angiology, Paris, September 13-18, 1992, Boccalon H (ed), Excepta Medica, Elsevier Science Publishers B.V., Amsterdam, pp. 625-635, 1993
J. Hirsh

4. Strengths and limitations of specific antithrombotic regimens and agents.
In: Coronary Thrombolysis in Perspective: Principles Underlying Conjunctive and Adjunctive Therapy, Sobel BE, Collen D (eds), Marcel Dekker, Inc., New York, pp. 143-166, 1993
J. Hirsh

5. Natural history of minimal calf deep vein thrombosis.
In: Vascular Diagnosis, Fourth Edition, Bernstein EF (ed), Mosby-Year Book, Inc., St. Louis, Chapter 93, pp. 779-781, 1993
J. Hirsh, A.W.A. Lensing

6. [$^{125}$I]fibrinogen leg scanning.
In: Vascular Diagnosis, Fourth Edition, Bernstein EF (ed), Mosby-Year Book, Inc., St. Louis, Chapter 101, pp. 835-839, 1993
R.D. Hull, G.E. Raskob, J. Hirsh

7. Rationale and results of thrombolytic therapy for deep vein thrombosis.
In: Vascular Diagnosis, Fourth Edition, Bernstein EF (ed), Mosby-Year Book, Inc., St. Louis, Chapter 106, pp. 875-879, 1993
A.W.A. Lensing, J. Hirsh

8. Cost effectiveness of noninvasive diagnosis of deep vein thrombosis in symptomatic patients.
In: Vascular Diagnosis, Fourth Edition, Bernstein EF (ed), Mosby-Year Book, Inc., St. Louis, Chapter 107, pp. 880-887, 1993
R.D. Hull, G.E. Raskob, J. Hirsh

9. Warfarin: New indications for an old drug.
In: Hematology Reviews, Vol. 7, Harwood Academic Publishers, Malaysia, pp. 219-223, 1993
J. Hirsh

**Book Chapters 1994**

1. Thrombolytic therapy: Unresolved issues and future directions.
In: Trombolisi Year Book 1994, Agnelli G (ed), Excepta Medica, Italy, pp. 195-231, 1994 (English Version Will be Printed in June of 1994)
J. Hirsh

2. Overview of hemostasis.
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice, 3rd Edition, RW Colman, J Hirsh, VJ Marder, EW Salzman (eds), J.B. Lippincott Company, Philadelphia, Chapter 1, pp. 3-18, 1994
R.W. Colman, V.J. Marder, E.W. Salzman, J. Hirsh

3. Side effects of antithrombotic therapy.
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice, 3rd Edition, RW Colman, J Hirsh, VJ Marder, EW Salzman (eds), J.B. Lippincott Company, Philadelphia, Chapter 47, pp. 936-955, 1994
M.N. Levine, J. Hirsh, E.W. Salzman

4. Thrombotic and hemorrhagic complications in the obstetric patient.
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice, 3rd Edition, RW Colman, J Hirsh, VJ Marder, EW Salzman (eds), J.B. Lippincott Company, Philadelphia, Chapter 50, pp. 981-988, 1994
J.S. Ginsberg, J. Hirsh, V.J. Marder

5. Approach to the bleeding patient.
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice, 3rd Edition, RW Colman, J Hirsh, VJ Marder, EW Salzman (eds), J.B. Lippincott Company, Philadelphia, Chapter 56, pp. 1134-1148, 1994
G.C. White II, V.J. Marder, R.W. Colman, J. Hirsh, E.W. Salzman

6. Overview of the thrombotic process and its therapy.
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice, 3rd Edition, RW Colman, J Hirsh, VJ Marder, EW Salzman (eds), J.B. Lippincott Company, Philadelphia, Chapter 57, pp. 1151-1163, 1994
J. Hirsh, E.W. Salzman, V.J. Marder, R.W. Colman

7. The epidemiology, pathogenesis, and natural history of venous thrombosis.
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice, 3rd Edition, RW Colman, J Hirsh, VJ Marder, EW Salzman (eds), J.B. Lippincott Company, Philadelphia, Chapter 65, pp. 1275-1296, 1994
E.W. Salzman, J. Hirsh

8. Diagnosis of venous thrombosis.
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice, 3rd Edition, RW Colman, J Hirsh, VJ Marder, EW Salzman (eds), J.B. Lippincott Company, Philadelphia, Chapter 66, pp. 1297-1321, 1994
A.W.A. Lensing, J. Hirsh, H.R. Buller

9. Diagnosis of pulmonary embolism.
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice, 3rd Edition, RW Colman, J Hirsh, VJ Marder, EW Salzman (eds), J.B. Lippincott Company, Philadelphia, Chapter 67, pp. 1322-1330, 1994
J. Hirsh, M. Bettman, G. Coates, R.D. Hull

10. Prevention of venous thromboembolism.
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice, 3rd Edition, RW Colman, J Hirsh, VJ Marder, EW Salzman (eds), J.B. Lippincott Company, Philadelphia, Chapter 68, pp. 1331-1345, 1994
A.S. Gallus, E.W. Salzman, J. Hirsh

11. Treatment of venous thromboembolism.
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice, 3rd Edition, RW Colman, J Hirsh, VJ Marder, EW Salzman (eds), J.B. Lippincott Company, Philadelphia, Chapter 69, pp. 1346-1366, 1994
J. Hirsh, E.W. Salzman, V.J. Marder

12. Rationale and practical basis of thrombolytic therapy.
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice, 3rd Edition, RW Colman, J Hirsh, VJ Marder, EW Salzman (eds), J.B. Lippincott Company, Philadelphia, Chapter 79, pp. 1514-1542, 1994
V.J. Marder, J. Hirsh, W.R. Bell

13. Approach to the thrombophilic patient for hemostasis and thrombosis: Basic principles and clinical practice.
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice, 3rd Edition, RW Colman, J Hirsh, VJ Marder, EW Salzman (eds), J.B. Lippincott Company, Philadelphia, Chapter 80, pp. 1543-1561, 1994
J. Hirsh, M.H. Prins, M. Samama

14. Anticoagulant therapy with coumarin agents.
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice, 3rd Edition, RW Colman, J Hirsh, VJ Marder, EW Salzman (eds), J.B. Lippincott Company, Philadelphia, Chapter 82, pp. 1567-1583, 1994
J. Hirsh, J.S. Ginsberg, V.J. Marder

15. Clinical use of heparin.
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice, 3rd Edition, RW Colman, J Hirsh, VJ Marder, EW Salzman (eds), J.B. Lippincott Company, Philadelphia, Chapter 83, pp. 1584-1591, 1994
E.W. Salzman, J. Hirsh, V.J. Marder

16. Novel antithrombotic agents.
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice, 3rd Edition, RW Colman, J Hirsh, VJ Marder, EW Salzman (eds), J.B. Lippincott Company, Philadelphia, Chapter 86, pp. 1638-1660, 1994
L.A. Harker, J.M. Maraganore, J. Hirsh

17. Heparin: Biochemistry, pharmacology, pharmacokinetics, and dose-response relationships.
In: Systemic Cardiac Embolism, MD Ezekowitz (ed), Marcel Dekker, Inc., New York, Chapter 5, pp. 71-96, 1994
C. Kearon, J. Hirsh

18. Antithrombotic therapy as an adjunct to thrombombolytic therapy in acute myocardial infarction
In: Acute Coronary Care, 2nd edition, RM Califf, DB Mark, GS Wagner (ed), Mosby Year book, Inc., St. Louis, Chapter 28, pp. 321-340, 1994
J. Hirsh, A. Ross

**Book Chapters 1995**

1. Venous thromboembolism.
In: Hematology: Basic Principles and Clinical Practice, 2nd edition, R. Hoffman, E.J. Benz Jr., S.J. Shattil, B. Furie, H.J. Cohen, L.E. Silberstein (eds), Churchill Livingstone Inc.
Chapter 123, pp.1829-1842, 1995.
J. Hirsh, J.I. Weitz

2. Arterial thromboembolism.
In: Hematology: Basic Principles and Clinical Practice, 2nd edition, R. Hoffman, E.J. Benz Jr., S.J. Shattil, B. Furie, H.J. Cohen, L.E. Silberstein (eds), Churchill Livingstone Inc., Chapter 124, pp.1843-1849, 1995.
J. Hirsh, J.I. Weitz

3. Antithrombotic agents: The old and the new.
In: Thrombolytic therapy for peripheral vascular disease. A.J. Comerota (ed.) J.B. Lippincott Company.
Chapter 29, pp.491-524, 1995.
J. Hirsh

4. Venous thrombosis and use of anticoagulants.
In: Current Therapy in Hematology-Oncology
M.C. Brain and P.P. Carbone (eds) J.G. Kelton and J.H. Schiller (Assoc. eds)
pp. 187-196, 1995
C. Kearon, J. Hirsh

5. Thrombolytic therapy: Unresolved issues and future directions
In: Thrombolysis Yearbook 1995, Agnelli G. (ed). Excerpta Medica, The Netherlands, pp 197-234, 1995
J. Hirsh

   La terapia trombolitica: problemi aperti e prospettive di sviluppo
In: Trombolisi Yearbook 1995, Agnelli G. (ed). Excerpta Medica, Italy, pp. 204-245, 1995.
J. Hirsh

6. Comparison of the accuracy of impedance plethysmography and compression ultrasonography in outpatients with clinically suspected deep-vein thrombosis: a two centre paired-design prospective trial.
In: Deep-vein thrombosis: Risk Factors, Diagnosis, and Clinical Course. A. Cogo (ed). Chapter 8, pp 119-133, 1995
P.S. Wells, J. Hirsh, D.R. Anderson, A.W.A. Lensing, G. Foster, C. Kearon, J. Weitz, A. Cogo, P. Prandoni, T. Minuk, G. Thomson, L. Benedetti, A. Girolami

**Book Chapters 1996**

1. La terapia trambolitica: problemi aperti e prospettive di sviluppo.
   In: Thrombolisi Yearbook 1996, Agnelli G. (Ed.) Excerpta Medica, Italy, pp. 240-284, 1996
   J. Hirsh

2. Anticoagulation in Venous Thromboembolism
   In: Cardiovascular Therapeutics. A Companion to Braunwald's Heart Disease. T.W. Smith, (Ed.), W.B. Sanders Co. Philadelphia; Chapter 28, pp 442-455, 1996
   C. Kearon, J. Hirsh

3. Laboratory monitoring of anticoagulants
   In: Oral anticoagulants. L. Poller and J. Hirsh (Eds.) Arnold, Great Britain, Chapter 4, pp 49-64, 1996
   L. Poller, J. Hirsh

4. Practical dosing considerations with warfarin and optimal therapeutic range
   In: Oral anticoagulants. L. Poller and J. Hirsh (Eds.) Arnold, Great Britain, Chapter 14, pp 168-179, 1996
   J. Hirsh, L. Poller

5. Antithrombin therapy
   In: Atlas of Heart Diseases. Acute myocardial infarction and other acute ischemic syndromes. Vol VIII; E. Braunwald, Series Ed. Chapter 9; pp 9.1-9.14, 1996
   J. Hirsh, J.I. Weitz

**Book Chapters 1997**

1. Use of Anticogulant Drugs
   In: Textbook of Internal Medicine; Third Edition. William N. Kelley (Editor-in-chief). Chapter 98, pp 569-578, 1997
   M.D. Ezekowitz, J. Hirsh

2. Changing indications for warfarin therapy.
   In: Recent Advances in Blood Coagulation #7. L. Poller and C.A. Ludlam (Eds). Churchill Livingstone Inc. Chapter 9, pp 141-159, 1997
   C. Kearon, J. Hirsh

3. La terapia trombolitica: problemi aperti e prospettive di sviluppo.
   In: Thrombolisi Yearbook 1997, Agnelli G. (Ed.) Excerpta Medica, Italy, pp. 249-296, 1997
   J. Hirsh

7. Overview of new developments in heparins, thrombin inhibitors and other new novel agents.
   In: New Therapeutic Agents in Thrombosis and Thrombolysis; A.A. Sasahara and J. Loscalzo (Eds.) Marcel Dekker, Inc. New York, Chapter 5, pp. 77-86, 1997
   J.I. Weitz, J. Hirsh

8. Venous thrombosis and use of anticoagulants.
In: Venous Thrombosis and Use of Anticoagulants, Fourth Edition; J.P. Kassirer, H.L. Greene, II (Eds). Mosby-Year Book, Inc., St. Louis, Missouri, pp. 530-538, 1997
C. Kearon, J. Hirsh

**Book Chapters 1998**

1. Anticoagulation: Heparin and warfarin.
In: Cardiac Intensive Care. David L. Brown, Editor. W.B. Saunders Company, Philadelphia. Chapter 44; pp. 533-544, 1998.
C. Kearon, J. Hirsh

2. La terapia trombolitica: problemi aperti e prospettive di sviluppo
In: Thrombolisi Yearbook 1998, Agnelli G. (Ed.) Excerpta Medica, Italy, pp. 270-304, 1998
J. Hirsh

3. Unfractionated and Low Molecular Weight Heparin
In: Cardiovascular Thrombosis. Thrombocardiology and Thromboneurology. Second Edition. M. Verstraete, V. Fuster, E.J. Topol, Editors. Lippincott-Raven Publishers, Philadelphia. Chapter 11; pp. 189-219, 1998
J. Hirsh, C.B. Granger

4. Anticoagulants During Pregnancy
In: Cardiovascular Thrombosis. Thrombocardiology and Thromboneurology. Second Edition. M. Verstraete, V. Fuster, E.J. Topol, Editors. Lippincott-Raven Publishers, Philadelphia. Chapter 43; pp. 721-731, 1998
J.S. Ginsberg, J. Hirsh

5. Venous thromboembolic disease
In: Evidence Based Cardiology. S. Yusuf, J.A. Cairns, A.J. Camm, E.L. Fallen, B.J. Gersh, Editors. British Medical Journal (BMJ) Books, British Medical Association (BMA) House, Tavistock Sq., London. Chapter 59, pp. 1010-1024, 1998
C. Kearon, J.S. Ginsberg, J.Hirsh

**Book Chapters 1999**

1. La terapia trombolitica: problemi aperti e prospettive di sviluppo
In: Thrombolisi Yearbook 1999, Agnelli G. (Ed.) Excerpta Medica, Italy, pp. 273-310, 1999
J. Hirsh

2. Venous thromboembolism
In: Hematology. Basic Principles and Practice, 3rd edition. Hoffman R, Benz EJ, Jr., Shattil SJ, Furie B, Cohen HJ, Silberstein, McGlave P. (Eds). Churchill Livingstone, Philadelphia. Chapter 124, pp.2074-2089, 1999
J. Hirsh, M.A. Crowther

3. Arterial thromboembolism
In: Hematology. Basic Principles and Practice, 3rd edition. Hoffman R, Benz EJ, Jr., Shattil SJ, Furie B, Cohen HJ, Silberstein, McGlave P. (Eds). Churchill Livingstone, Philadelphia. Chapter 125, pp.2089-2096, 1999
J. Hirsh, M.A. Crowther

4. Low molecular weight heparins versus newer antithromboitcs.
In: Low Molecular Weight Heparin Therapy. An evaluation of Clinical Trials Evidence. Sarret M, Kher A, Toulemonde F (Eds), Marcel Dekker, Inc, New York, pp.468-469, 1999
J. Hirsh

**Book Chapters 2000**

1. La terapia trombolitica: problemi aperti e prospettive di sviluppo.
In: Thrombolisi Yearbook 2000, Agnelli G. (Ed.) Excerpta Medica, Italy, pp. 279-319, 2000
J. Hirsh

2. The initial and long-term treatment of venous thromboembolic diseases.
In: Pulmonary Embolism. Epidemiology, Diagnosis and Treatment, Oudkerk M, van Beek EJR, ten Cate JW (Eds), Blackwell Science, Germany, pp. 354-363, 2000
A.G.M. van den Belt, M.H. Prins, A.W.A. Lensing, J. Hirsh

3. Management of patients with hereditary hypercoagulable disorders.
In: Annual Review of Medicine: Selected Topics in the Clinical Sciences. Volume 51, Coggins CH (Ed); Hancock EW (Assoc Ed); Levitt LJ (Assoc Ed), Annual Reviews, Palo Alto, CA, USA, pp. 169-185, 2000
C. Kearon, M. Crowther, J. Hirsh

4. Overview of Hemostasis
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice
Fourth Edition
RW Colman, J Hirsh, VJ Marder, AW Clowes, JN George (eds)
Lippincott Williams & Wilkins, Philadelphia, pp. 3-16, 2000
RW Colman, AW Clowes, JN George, J Hirsh VJ Marder

5. Overview of Coagulation, Fibrinolysis, and Their Regulation
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice
Fourth Edition
RW Colman, J Hirsh, VJ Marder, AW Clowes, JN George (eds)
Lippincott Williams & Wilkins, Philadelphia, pp. 17-20, 2000
RW Colman, J Hirsh, VJ Marder, AW Clowes

6. Therapy with Antifibrinolytic Agents
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice
Fourth Edition
RW Colman, J Hirsh, VJ Marder, AW Clowes, JN George (eds)
Lippincott Williams & Wilkins, Philadelphia, pp. 795-813, 2000
U Hedner, J Hirsh, VJ Marder

7. Overview of Thrombosis and Its Treatment
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice
Fourth Edition
RW Colman, J Hirsh, VJ Marder, AW Clowes, JN George (eds)
Lippincott Williams & Wilkins, Philadelphia, pp. 1071-1084, 2000
J Hirsh, RW Colman, VJ Marder, JN George, AW Clowes

8. Approach to the Thrombophilic Patient
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice
Fourth Edition
RW Colman, J Hirsh, VJ Marder, AW Clowes, JN George (eds)
Lippincott Williams & Wilkins, Philadelphia, pp. 1085-1100, 2000
S Middeldorp, HR Buller, MH Prins, J Hirsh

9. Epidemiology, Pathogenesis, and Natural History of Venous Thrombosis
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice
Fourth Edition
RW Colman, J Hirsh, VJ Marder, AW Clowes, JN George (eds)
Lippincott Williams & Wilkins, Philadelphia, pp. 1153-1177, 2000
C Kearon, EW Salzman, J Hirsh

10. Diagnosis of Venous Thromboembolism
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice
Fourth Edition
RW Colman, J Hirsh, VJ Marder, AW Clowes, JN George (eds)
Lippincott Williams & Wilkins, Philadelphia, pp. 1277-1301, 2000
AWA Lensing, J Hirsh, JS Ginsberg, HR Buller

11. Diagnosis of Pulmonary Embolism
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice
Fourth Edition
RW Colman, J Hirsh, VJ Marder, AW Clowes, JN George (eds)
Lippincott Williams & Wilkins, Philadelphia, pp. 1303-1316, 2000
EJR van Beek, JS Ginsberg, J Hirsh, HR Buller

12. Hemorrhagic Complications of Anticoagulant Treatment
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice
Fourth Edition
RW Colman, J Hirsh, VJ Marder, AW Clowes, JN George (eds)
Lippincott Williams & Wilkins, Philadelphia, pp. 1357-1369, 2000
MN Levine, G Raskob, C Kearon, J Hirsh, CS Landefeld

13. Thrombotic complications of Pregnancy and Estrogen-containing Preparations
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice
Fourth Edition
RW Colman, J Hirsh, VJ Marder, AW Clowes, JN George (eds)
Lippincott Williams & Wilkins, Philadelphia, pp. 1383-1392, 2000
JS Ginsberg, S Shaughnessy, J Hirsh

14. Prevention of Venous Thromboembolism
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice
Fourth Edition
RW Colman, J Hirsh, VJ Marder, AW Clowes, JN George (eds)
Lippincott Williams & Wilkins, Philadelphia, pp. 1393-1404, 2000
C Kearon, J Hirsh

15. Treatment of Venous Thromboembolism
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice
Fourth Edition
RW Colman, J Hirsh, VJ Marder, AW Clowes, JN George (eds)
Lippincott Williams & Wilkins, Philadelphia, pp. 1405-1412, 2000
JS Ginsberg, J Hirsh

16. Practical Aspects of Anticoagulant Therapy
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice
Fourth Edition
RW Colman, J Hirsh, VJ Marder, AW Clowes, JN George (eds)
Lippincott Williams & Wilkins, Philadelphia, pp. 1497-1516, 2000
M Crowther, JS Ginsberg, J Hirsh

17. New Antithrombotic Drugs
In: Hemostasis and Thrombosis: Basic Principles and Clinical Practice
Fourth Edition
RW Colman, J Hirsh, VJ Marder, AW Clowes, JN George (eds)
Lippincott Williams & Wilkins, Philadelphia, pp. 1529-1544, 2000
J Weitz, J Hirsh

**Book Chapters 2001**

1. XVIII Venous Thromboembolism
In: Scientific American Medicine
Chapter 18, pp. 1-16, 2001
J. Hirsh, C. Kearon

**Book Chapters 2002**

1. Treatment of venous thromboembolism
In: Cardiovascular Therapeutics 2nd Edition
WS Colucci, AM Goto Jr, ME Josephson, J Loscalzo, S Oparil, JJ Popma (eds)
WB Saunders Company Philadelphia, Chapter 26, pp. 655-668, 2002
J Hirsh, SM Bates

2. Venous thromboembolic disease.
S Yusuf, JA Cairns, AJ Camm, EL Fallen, BJ Gersh (eds)
Evidence-based Cardiology (Second Edition), BMJ Books
Chapter 61, pp. 864-876, 2002
C Kearon, JS Ginsberg, J Hirsh

3. Overview of new anticoagulant drugs.
AA Sasahara, J Loscalzo (eds)
New Therapeutic Agents in Thrombosis and Thrombolysis, Second Edition, Revised and Expanded, Chapter 4, pp. 61-74, 2002
JI Weitz, J Hirsh

**Book Chapters 2003**

1. XVIII Venous Thromboembolism
In: Cardiovascular Medicine, ACPMEDICINE Online. DC Dale, DD Federman (eds), WebMD Inc., New York, 2003
J. Hirsh, C. Kearon

2. Pathogenesis of venous thromboembolism.
Therapeutic Agents for Thrombosis and Thrombolysis: 2nd Edition, Revised and Expanded, AA Sasahara, J. Loscalzo (eds)
Chapter 3, pp. 39-56, 2003
JI Weitz, J. Hirsh

**Book Chapters 2004**

1. Antithrombotic Therapy
In: Cecil Textbook of Medicine. L Goldman/D Ausiello (eds), 22nd Edition
Chapter 33, pp. 161-170, 2004
J Hirsh

2. Venous Thromboembolism
In: ACPMEDICINE 2004-2005 Edition. A publication of the American College of Physicians, Volume 1, DC Dale, DD Federman (eds), WebMD Inc., New York
Chapter 31, pp. 388-403, 2004
C. Kearon, J. Hirsh

**Book Chapters 2006**

1. Antithrombotic therapy in venous thrombosis and pulmonary embolism.
In: Therapeutic Strategies in Thrombosis. Clinical Publishing – Oxford an imprint of Atlas Medical Publishing Ltd, SD Kristensen, R De Caterina, DJ Moliterno (eds), Atlas Medical Publishing Ltd., Oxford, UK, Chapter 18, pp. 315-334, 2006
S.M. Bates, M. O'Donnell, J. Hirsh

**BOOKS AUTHORED AND EDITED**

1. Venous Thromboembolism: A practical Approach to Diagnosis, Prevention and Treatment
J. Hirsh, E. Genton, R.D. Hull (eds)
Grune and Stratton, New York, 1981
(Author and Editor)

2. Hemostasis and Thrombosis: Basic Principles and Clinical Practice
R.W. Colman, J. Hirsh, V.J. Marder, E.W. Salzman (eds)
J.B. Lippincott Company, Philadelphia, 1982
(Author and Editor)

3. Acetylsalicylic Acid: New Uses for an Old Drug
H.J.M. Barnett, J. Hirsh, J. Fraser Mustard (eds)
Raven Press, New York, 1982
(Author and Editor)

4. Hemostasis and Thrombosis: A conceptual Approach
2nd Edition
J. Hirsh, E.A. Brain (eds)
Churchill Livingstone, New York, 1983
(Author and Editor)

5. A Pharmacokinetic and Pharmacodynamic Approach to Antithrombotic Therapy
M.R. Buchanan, J. Hirsh, J. Rosenfeld (eds)
Pergamon Press, New York, 1983
(Editor)

6. Emostasi e trombosi illustrate
J. Hirsh, E.A. Brain (eds)
Il Pensiero Scientifico Editore (Italian Edition), 1984
(Author and Editor)

7. Hemostasis and Thrombosis. A Conceptual Approach.
J. Hirsh, E.A. Brain (eds)
IGAKU-SHOIN Ltd. Tokyo (Japanese Edition), 1986
(Author and Editor)

8. Methods in Hematology: Venous Thrombosis and Pulmonary Embolism: Diagnostic Methods, Volume 18
J. Hirsh (ed)
Churchill Livingstone, New York, 1987
(Author and Editor)

9. Hemostasis and Thrombosis: Basic Principles and Clinical Practice, 2nd Edition
R.W. Colman, J. Hirsh, V.J. Marder, E.W. Salzman (eds)
J.B. Lippincott Company, Philadelphia, 1987
(Author and Editor)