10. Venous Thromboembolism: Natural History, Diagnosis, and Management
J. Hirsh, R.D. Hull (eds)
Uniscience Series, CRC Press Inc., 1987
(Author and Editor)

11. Venous Thrombosis and Pulmonary Embolism, Diagnostic Methods: Methods in Hematology, Volume 18
J. Hirsh (ed)
Churchill Livingstone, Edinburgh, 1987
(Author and Editor)

12. Bailliere's Clinical Haematology: International Practice and Research
J. Caen, C. Hershko, J. Hirsh, A.V. Hoffbrand, D.C. Linch, L. Luzzatto, D. Metcalf, E.G.D. Tuddenham, D.J. Weatherall (eds)
Bailliere's Tindall Company, London, 1990
(Author and Editor)

13. Haemostasis (International Journal on Haemostasis and Thrombosis Research): Organan Extending the Frontiers of Venous Thrombosis Prophylaxis, Vol 22, No. 2
J. Hirsh (Guest Editor)
Karger Medical and Scientific Publishers, Basel, 1992
(Author and Editor)

14. Hemostasis and Thrombosis: Basic Principles and Clinical Practice, 3rd Edition
R.W. Colman, J. Hirsh, V.J. Marder, E.W. Salzman (eds)
J.B. Lippincott Company, Philadelphia, 1994
(Author and Editor)

15. Oral anticoagulants
L. Poller, J. Hirsh (eds)
Arnold, London, England, 1996
(Author and Editor)

16. Critical Decisions in Thrombosis and Hemostasis
J. Ginsberg, C. Kearon, J. Hirsh (eds)
B.C. Decker Inc, Hamilton, 1998
(Editor)

17. Zakrzepica zylna- rozstrzygajace decyzje kliniczne
J. Ginsberg, C. Kearon, J. Hirsh (eds)
x-medica (Polish version), 2001
(Editor)

18. Hemostasis and Thrombosis: Basic Priciples and Clinical Practice, 4th Edition
R.W. Colman, J. Hirsh, V.J. Marder, A.W. Clowes, J.N. George (eds)
J.B. Lippincott Company, Philadelphia, 2001
(Author and Editor)

19. Thrombosis - J. Hirsh
Key Porter Books, 2005
(Author and Editor)

**MONOGRAPHS/MANUALS**

1. Anticoagulant therapy.
American Dade Education, 1985
J. Hirsh

2. The Facts on Thrombosis: A Manual for Patients.
Dupont Manual, 1985
J. Hirsh

3. Venous Thromboembolism: A Guide to Management.
Dupont Manual, 1987
J. Hirsh

4. Advances in antithrombotic therapy.
PSI - Dupont Monograph, 1987
J. Hirsh

5. Heparin sodium and heparin calcium.
Drug Therapy, 1987
D. Rosenbloom, J. Hirsh

6. Protamine (sulphate).
Drug Therapy, 1987
D. Rosenbloom, J. Hirsh

7. Coronary Thrombolysis and conjunctive treatment: principles and practice
Distributed by Decker Periodicals Inc., 1991
BE. Sobel, J. Hirsh

8. Canadian Health Research: A Salute to Excellence (Booklet)
Canadian Health Research, 1992
J. Hirsh

9. Guidelines for antithrombotic therapy.
Summary of American College of Chest Physicians Recommendations
Distributed by Decker Periodicals Inc., Dupont Monograph, 1992
J. Hirsh

10. Venous Thromboembolism: Management Guidelines.
Distributed by Decker Periodicals Inc., 1994
J. Hirsh

11. Management Guidelines in Venous Thromboembolism. Treatment of Venous Thromboembolism
Distributed by Decker Periodicals Inc., 1994
J. Hirsh

12. Management Guidelines in Venous Thromboembolism. Diagnosis of pulmonary embolism
Distributed by Decker Periodicals Inc., 1994
J. Hirsh

13. Low molecular weight heparins.
Distributed by Decker Periodicals Inc., 1994
J. Hirsh

14. Management Guidelines in Venous Thromboembolism. Complications of anticoagulant therapy.
Distributed by Decker Periodicals Inc., 1995
J. Hirsh

15. Management Guidelines in Venous Thromboembolism. Management of suspected venous thromboembolism during pregnancy.
Distributed by Decker Periodicals Inc., 1995
J. Hirsh

16. Guidelines for antithrombotic therapy. Second edition
Summary of the American College of Chest Physicians Recommendations
Distributed by Decker Periodicals Inc., 1995
J. Hirsh

17. Fourth ACCP consensus conference on antithrombotic therapy: summary recommendations. Quick reference guide for clinicians. Adapted from Chest 1995; 108(suppl 4):225S-522S
J. Dalen, J. Hirsh

18. Information for patients taking coumadin (also known as warfarin).
1996
J. Hirsh, C. Kearon, L. Harrison

19. The facts on thrombosis. Second edition
DuPont Pharma, 1996
J. Hirsh

20. Low molecular weight heparins. Second edition
Distributed by Decker Publishing, Inc., 1996
J. Hirsh

21. Approach to patients with inherited thrombophilia.
1998
J. Hirsh

22. Fifth ACCP consensus conference on antithrombotic therapy: summary recommendations. Quick reference guide for clinicians. Adapted from Chest 1998; 114(suppl):439S-769S
J.E. Dalen, J. Hirsh

23. Low molecular weight heparins. Third edition
Distributed by B.C. Decker Inc., 1999
J. Hirsh

24. Guidelines for antithrombotic therapy. Third edition
Summary of the American College of Chest Physicians Recommendations
Distributed by B.C. Decker Inc., 1999
J. Hirsh

25. Management Guidelines in Venous Thromboembolism. Second edition
Distributed by B.C. Decker Inc., 1999
J. Ginsberg, J. Hirsh

26. Guidelines for Antithrombotic Therapy [North American]. Fourth edition
Distributed by BC Decker Inc., 2000
J. Hirsh

27. Guidelines for Antithrombotic Therapy [European]. Fourth edition
Distributed by BC Decker Inc., 2000
J. Hirsh

28. Sixth ACCP consensus conference on antithrombotic therapy
Quick reference guide for clinicians. Complete report in Chest 2001; 119 suppl 1.
2001
J.E. Dalen, J. Hirsh

29. Controversies in Antithrombotic Therapy
Provided by the Institute for Continuing Healthcare Education (CoMed), 2001
J. Hirsh

30. Prevention of Venous Thromboembolism in Major Orthopedic Surgery
BC Decker Inc., Hamilton, 2004
J. Hirsh

31. Essential Q&A for Heparin-Induced Thrombocytopenia
Summit Communications, New York, 2004
J. Hirsh

32. Guidelines for Prevention of Venous Thromboembolism in Major Orthopedic Surgery.
Summary of the American College of Chest Physicians
BC Decker Inc., Hamilton, 2005
J. Hirsh

33. Guidelines for Antithrombotic Therapy [North American]. Fifth edition
BC Decker Inc., Hamilton, 2005
J. Hirsh

# EXHIBIT B

# DEEP VEIN THROMBOSIS

Patient Information and Self Care Guide

## Table of Contents


Introduction ............ 1
Important Instructions ............ 2
Questions & Answers ............ 3 - 11
Warfarin Dosage Schedule ............ 10 - 11
Warfarin Blood Test Results ............ 12
Low Molecular Weight Heparin Injection Information ............ 13 - 16
Glossary of Terms ............ 17 - 20
Notes ............ 20
Medical alert card ............ back cover


## This Guide Belongs To:

Name: ............

Phone Number: ............

File Number: ............

Family Physician: ............

Phone Number: ............

## In Case of Emergency, Please Contact:

Name: ............

Phone Number: ............

Relationship: ............

This guide includes important information on your medical therapy to help you get better as quickly as possible. It has also been designed to allow you and your Health Care Team to record your progress. Therefore, ***please bring this booklet with you every time you meet with a member of your Health Care Team or visit the laboratory.***

## *My Health Care Team*

Doctor's Name:

Phone Number:

Nurse's Name:

Phone Number:

Hospital Name:

Phone Number:

## *My Pharmacy*

Pharmacy Name:

Pharmacist's Name:

Phone Number:

## *My Laboratory*

Laboratory Name:

Address:

Phone Number:

INSTRUCTIONS

## Please read this first

- Read this guide over very carefully as it includes important information regarding your condition and medications.
- Take all medications as prescribed by your Health Care Team.
- Go to the laboratory for blood work as prescribed by your Health Care Team.

  ***My First Visit Is On:*** ..............................

  ***Location:*** ..............................

- Determine with your Health Care Team how you will be informed of your blood test results:

  ☐ I will call .................. for my results

  **or**

  ☐ I will be called by .................. about my results and I should be home between ____ a.m./p.m. and ____ a.m./p.m. to receive a phone call. Have a pen and paper available by the phone. Record the results of these tests on page 12 of this guide.

- Call a member of your Health Care Team if you have any concerns or questions at

## Additional Instructions:

## Why am I on this medication?

The most common reason for taking this medication is for the treatment of blood clots, located either in the legs, called deep vein thrombosis (DVT), or in the lungs, called pulmonary embolism (PE). Another reason for taking this medication is to prevent blood clots from forming in situations such as following surgery or a major illness.

## What are blood clots?

A blood clot may form in an artery or vein and cause a disruption in blood flow. If a clot forms in an artery, it can prevent the flow of fresh blood to that part of the body supplied by the blood vessel. If a clot forms in a vein (called deep vein thrombosis), it inhibits blood flow back to the heart. This clotting can cause pain, redness, tenderness and swelling around the site of the clot. Sometimes these clots can dislodge and travel to the lungs (called pulmonary embolism). If this occurs, it can cause symptoms such as sharp pain and shortness of breath. If this clot is large enough, it can be very severe. Therefore, we treat you with a medication to prevent this from happening.

## How does this medication help?

The medication which you are now taking helps prevent the body from developing more blood clots, or prevents existing blood clots from growing any larger. This medication is sometimes referred to as a "blood thinner", and the technical name is an "anticoagulant". It works by disrupting the body's blood clotting mechanism.

## What drugs am I likely to be receiving?

Your drug therapy will be modified by your Health Care Team to specifically treat your condition. However, it is likely that you will be taking one or both of the following two medications:

***Warfarin (Coumadin®)***

This medication is a pill and comes in a variety of colours which indicate different strengths.



Each person can respond differently to this medication, and the dosage may need to be changed on occasion to suit your specific needs.

In order to determine the specific dose required for you, your Health Care Team will take regular blood samples. If you are on this medication for a long period of time, some of the blood tests may be performed at a laboratory away from the hospital.

If you have just undergone surgery, you may only be on this medication for a few weeks. If you are being treated for a blood clot, it is likely that you will be on this medication for three to six months, and in some cases, even longer.

It is recommended that ***you record*** the dose of warfarin that you take each day, and the results of your blood tests so your Health Care Team can adjust your dose accurately. This information can be recorded on ***page 11*** of this guide.

***Low Molecular Weight Heparin***

This medication comes as a liquid in a vial or syringe, and is given as an injection once or twice a day, depending on the brand that has been selected.




This medication will likely be given for 5 to 7 days as an injection. A member of your Health Care Team will discuss how to give yourself the injections. Your Health Care Team will determine the amount of medication that is required for you, and this dosage may not change.

## What precautions should I take?

*If you take your medication as instructed by your Health Care Team, it is unlikely that you will have any problems. However, you can help avoid potential problems by following these recommendations:*

- Take your medication and go for blood tests exactly as instructed by your Health Care Team.
- Advise your Health Care Team of all other medicines that you may be taking.
- If you see any other health care providers (doctors, dentists, pharmacists), tell them that you are on an anticoagulant.
- Do not take any new prescription medications or over-the-counter (non-prescription) medicines (including aspirin) without checking first with your Health Care Team.
- Avoid activities that could cause you to bruise or cut yourself. This would include contact sports. Be especially careful while shaving, brushing your teeth or gardening.
- Limit alcoholic consumption (no more than one or two drinks per day).
- Do not radically change your diet while on warfarin.

- Advise your Health Care Team if you are pregnant or plan on becoming pregnant.
- Try to take your medication at the same time each day; as suggested by your Health Care Team.
- Keep all medicine in its original container, and safely out of the reach of children.
- Exercise caution while using needles and dispose of them safely. Return them in a sealed container (like a bleach bottle) to your hospital or retail pharmacy for disposal.
- Carry the "medical alert card" provided on the ***back cover*** with you in case of an emergency.

**What are the potential problems or side effects associated with taking this medication?**

Once again, if you take your medicine as recommended by your Health Care Team, it is unlikely that you will have any problems. However, if you notice or sustain any of the following, please contact your Health Care Team as soon as possible:

- Major trauma especially to head, eyes or joints.

- Excessive bleeding after a cut, nose bleeds or bleeding gums. Also report if heavy bleeding (twice the normal amount) occurs during menstrual cycles.
- Excessive bruising, especially black or brown spots on the skin if you have not received an injury.
- Excessive bruising or redness around an injection site.
- Vomiting blood or material which resembles coffee grounds.
- Changes in the colour of your urine or bowel movements to red or dark brown/black.
- Any major changes to your health, such as increased nausea, dizziness, headaches, or a skin rash.
- Chest pain or shortness of breath.

Please remember to also inform your Health Care Team if you think you have taken too much medication, or have missed a dose of your medication.

*Record any problems in the space below and mention them to your Health Care Team.*

| DATE | PROBLEM |
| --- | --- |
| | |

In the space provided, please record the dose of warfarin (Coumadin®) that you take each day. It is important that you take your medication as prescribed by your Health Care Team. If for any reason you miss a dose, just continue with your regular schedule. Do not take additional medication if you miss a dose unless advised to do so by your Health Care Team. Always inform your Health Care Team of any missed or extra doses you may have taken by mistake.

| DATE | DOSE | DATE | DOSE | DATE | DOSE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| DATE | DOSE | DATE | DOSE | DATE | DOSE |
|---|---|---|---|---|---|
| | | | | | |

In the space provided, please record the results of blood tests which are performed by the hospital or laboratory. Your results will be told to you using the term "INR value or level". In most cases your INR value should be between 2.0 and 3.0. If it is not, your Health Care Team will ask you to adjust your dose of warfarin.

If you forget to take your medication for any reason, or take extra doses by mistake, always tell your Health Care Team so that these blood test results can be properly interpreted.

| DATE | INR | DATE | INR | DATE | INR |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## How do I perform injections?

A member of your Health Care Team will show you how to give an injection. It is easier than you may think. If you are unable to give yourself an injection, discuss this with your Health Care Team as they may be able to make special arrangements for you.

## Preparation

- Wash your hands well.



- Wipe the top of the vial with an alcohol swab, and insert the needle into the rubber stopper of the vial. Avoid touching the needle tip at all times. Turn the vial upside down, and withdraw the appropriate volume of liquid.



**Your required dose is**

**mL.**

- You should check for air bubbles in the syringe by turning the syringe upright, tapping it a few times, and pushing the plunger in until the number matches your dose.

- Place your syringe on a clean surface, such as a paper towel.

- If the needle touches anything before it is inserted into your skin, it is contaminated and therefore must be discarded and another syringe used.

## Giving the Injection

- Decide upon your injection site from the "injection log" picture on page 16. A different site should be used for each injection. Gently wipe this area of your skin with an alcohol swab and let the area dry.



- Gently roll up a fold of skin (about one inch) with the hand which will not be giving the injection. Do not inject into any bruised, reddened or hard area, any scars, or within two inches of the belly button.

● Insert the needle into this fold of skin in a quick (but gentle) dart-like motion. Once inserted, do not pull back on the plunger, and do not move the needle tip - otherwise bruising could occur.



● With the needle inserted at a 90° angle, inject the contents of the syringe by slowly pushing in the plunger. (Note: If you are thin, you may need to insert the needle at a 45° angle).

● After you have injected the contents of the syringe, gently release the fold of skin and withdraw the needle at the same angle that it was inserted.

● Apply direct, firm pressure to the injection site with a cotton ball or alcohol swab for two minutes. It is not unusual to get small bruises at the site of the injection.

● Safely dispose of your used needle by sealing it in a closed container such as a bleach bottle. When you have completed all of your medication, the used syringes should be disposed of in a safe manner. Please discuss this disposal with your Health Care Team. Store your medication safely out of the reach of children.

● Record where you have just given yourself the injection on the "injection log" picture shown below by filling in the date of the injection into the appropriate square. Choose a different injection site, for each injection.





**Right Side** **Left Side**

### angiogram

A test performed to determine if you have a blood clot in your lungs. The test involves the insertion of a small tube (catheter) into the groin which is fed up to the arteries supplying the lungs. A dye is injected into the tube, and X-rays are taken to measure the distribution of the dye in your lungs.

### anticoagulant

The technical name for a blood thinner.

### blood clot

A "plug" which is composed of a collection of materials from your blood which can disrupt the flow of blood through your veins or arteries: similar to a stopped up kitchen drain.

### blood thinner

A medication (including warfarin and low molecular weight heparin) which blocks a number of steps in the body's attempt to develop a blood clot.

### blood tests

A small sample of blood will be taken on occasion to measure how well your medication is working (see INR).

### impedance plethymography (IPG)

A simple test performed to measure the blood flow out of your legs to determine if a blood clot is present. The test is painless and involves placing a cuff around your legs, inflating and deflating the cuff.

## International Normalized Ratio (INR)

A test performed to determine how well warfarin is working for you. The test is performed on a small sample of your blood, and the ideal INR value is between 2.0 and 3.0. Your Health Care Team will ask you to adjust your dose of warfarin depending on your INR result. If your dose (and hence INR) is too high you may begin to bleed easily, and if the dose is too low you can be at a higher risk of developing a blood clot.

## low molecular weight heparin (innohep®, Fragmin®, Lovenox®)

A "blood thinner" medication which is available as an injection which is used to prevent the development or growth of a blood clot.

## lung scan

A test performed to determine if a blood clot is present in your lungs. This test is performed in two stages. Firstly, you will inhale a radioactive aerosol, and secondly, a radioactive substance will be injected into your arm. After both tests, a special camera will read how the solutions distribute themselves in your lungs to determine if a blood clot is present.

## prophylaxis

Some types of surgeries include a higher than usual risk of developing a blood clot. In these cases an anticoagulant may be used to help prevent a blood clot from forming. Prophylaxis means an attempt at prevention (of a blood clot).

### pulmonary embolism

A term for a blood clot that has broken off from a blood clot in the legs and has traveled to your lungs. This type of clot can cause chest pain and difficulty in breathing, but is usually treated in the same way as other types of blood clots.

### subcutaneous injection

An injection into the fatty tissue just under the skin.

### syringe

A glass or plastic container of medicine, with a sharp needle. Make sure to practice caution when handling the syringe to avoid touching the needle except when injecting.

### thrombus

The technical name for a blood clot.

### ultrasound

A simple test performed to determine if a blood clot is present in your thigh veins. The test is painless, and involves rubbing a device up and down your legs which can detect a blood clot by sending out sound waves.

### venogram

A test performed to determine if you have a blood clot in your legs. The test requires an injection of dye into a vein on the top of your foot, and a blood clot is detected by appearance on an X-ray film. This test is usually the most accurate, but is also more uncomfortable than the other tests described above.

**vial**

A glass container of medicine from which syringes can be prepared.

**warfarin (Coumadin®)**

A "blood thinner" medication available as a pill which is taken to prevent the development or growth of blood clots. As each person responds differently to warfarin, blood tests will be performed to determine the dose which is best suited for your needs.

[illegible] ...ional grant from

*We gratefully [illegible] assistance [illegible] the following health [illegible] development of this g[illegible]*

**Dr. Jack Hirsh, M.D., [illegible]**
*Director, Hamilton C[illegible]
Henderson Genera[illegible]*

**Ms. [illegible] R.N.**
*[illegible] Hospital Thrombosis Clinic [illegible]*

**Ms. Darlene McKeage, R.N.**
*[illegible] Hospital, Calgary*

*The authors and publishers have made every effort to ensure that the patient care recommendations are in accordance with accepted standards of care and practice at the time of publication. However, no responsibility is assumed by the authors or publishers for any injuries or damages caused by the recommendations made in this booklet.*

*Copyright 1996.*
*All rights reserved.*


Leo Laboratories Canada Ltd.

# *medical alert*

▼ ▼ ▼

**Please carry this card with you at all times when on your anticoagulant medication in case of an emergency.**

**I am being treated with an anticoagulant:**

- ☐ **Coumadin® (oral warfarin)**
- ☐ **Low Molecular Weight Heparin - Brand** ....................

**If medical or dental care is required, please notify my Health Care Team immediately.**

**My Name:** ..............................................................

**Health Care Team Member:** ..............................................................

**Health Care Team Phone:** ..............................................................

# APPENDIX 1

# APPENDIX 1
# MATERIALS PROVIDED FOR REVIEW BY DR. JACK HIRSH

1) AVERT Data.

2) Silzone FER files as indicated in Declaration of Dr. Hirsh.

3) Medical records as indicated in Declaration of Dr. Hirsh.

4) Affidavits and Declarations of Dr. Tyers, Dr. Wilson, Dr. Goldsmith, and Dr. Sackett.

5) 2002 Declaration of Dr. Judith Jones.

6) Cited Articles from the Interim Medical Report on the Follow-up Requirement of Patients with St. Jude Silzone Prosthetic Heart Valves by Mr. Butchart.

7) Various medical articles, including but not limited to the following:
   - Lansberg, M. 2000, *Comparison of diffusion-weighted MRI and CT in acute stroke*
   - Bernick, C., 2001, *Silent MRI infarcts and the risk of future stroke*
   - Vermeer, Sarah, 2002, *Prevalence and risk factors of silent brain infarcts in the population-based Rotterdam scan study*
   - Brott, T., 1994, *Baseline silent cerebral infarction in the asymptomatic carotid atherosclerosis study*
   - Uehara, T., 1999, *Risk factors for silent cerebral infarcts in subcortical white matter and basal ganglia*
   - Brainin, M., 1995, *Silent brain infarcts and transient ischemic attacks, a three-year study of first-ever ischemic stroke patients: The Klosterneuburg stroke data bank*
   - Morrison, Al, 2000, *Parental history of stroke predicts subclinical but not clinical stroke: the Atherosclerosis Risk in Communities Study.*
   - Mukamal, K., 2001, *Alcohol consumption and subclinical findings on magnetic resonance imaging of the brain in older adults, the cardiovascular health study*
   - Ylikoski, A., 1995, *White matter hyperintensities on MRI in the neurologically nondiseased elderly*
   - Boon, A., 1994, *Silent brain infarcts in 755 consecutive patients with a first-ever supratentorial ischemic stroke. Relationship with index-stroke subtype, vascular risk factors, and mortality*
   - Notsu, Y., 1999, *Evaluation of genetic risk factors for silent brain infarction*
   - Howard, G., 1998, *Cigarette smoking and other risk factors for silent cerebral infarction in the general population*
   - Kobayashi, S. 1997, *Subcortical silent brain infarction as a risk factor for clinical stroke*
   - Price, T., 1997, *Silent brain infarction on magnetic resonance imaging and neurological abnormalities in community-dwelling older adults, the cardiovascular health study*
   - Ezekowitz, M., 1995, *Silent cerebral infarction in patients with nonrheumatic atrial fibrillation*
   - Mounier-Vehier, 1993, Silent infaracts in patients with ischemic stroke are related to age and size of the left atrium
   - Shinkawa, A., 1995, *Silent cerebral infarction in a community based autopsy series in Japan, the Hisayama study*
   - Longstreth, W.T., 1996, *Clinical correlates of white matter findings on cranial magnetic resonance imaging of 3301 elderly people*
   - Vermeer, Sarah, 2002, *Homocysteine, silent brain infarcts, and white matter lesions: the Rotterdam scan study*

- Hunt, KJ, 2001, *Acoustic shadowing on B-mode ultrasound of the carotid artery predicts ischemic stroke: the Atherosclerosis Risk in Communities (ARIC) study*
- Williams, J., *The association between trait anger and incident stroke risk, the Atherosclerosis risk in communities (ARIC) study*
- Schatz, J., 2001, *Poor school and cognitive functioning with silent cerebral infarcts and sickle cell disease*
- Boon, A., 1996, *Risk of stroke in a cohort of 815 patients with calcification of the aortic valve with or without stenosis*
- Smith, C.D., 2000, *White matter volumes and periventricular white matter hyperintensities in aging and dementia*
- Henon, H., 2001, *Poststroke dementia, Incidence and relationship to prestroke cognitive decline*
- Luoto, R., 2000, *Estrogen replacement therapy and MRI-demonstrated cerebral infarcts, white matter changes, and brain atrophy in older women: the Cardiovascular Health Study*
- Nakane, H., 1998, *Cerebral blood flow and metabolism in patients with silent brain infarction: occult misery perfusion in the cerebral cortex*
- Lee, Sang-Chol, 2000, *Prevalence and risk factors of silent cerebral infarction in apparently normal adults*
- Leary, Megan, 2000, *Incidence of silent stroke in the United States*
- Watanabe, N., 1996, *Nocturnal blood pressure and silent cerebrovascular lesions in elderly Japanese*
- Salem, D.N. 2004, *Seventh ACCP Consensus Conference on Antithrombotic Therapy. Antithrombotic therapy in valvular heart disease: native and prosthetic.*
- Bates, S.M. 2004. *Use of antithrombotic agents during pregnancy: the seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy.*
- Ansell, J. 2001. *Managing oral anticoagulant therapy.*
- Cannegieter, S.C. 1995. *Optimal oral anticoagulant therapy in patients with mechanical heart valves.*
- Hirsh, J. 2003. *American Heart Association/American College of Cardiology Foundation guide to warfarin therapy.*
- Hirsh, J. 2004. *The Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy: evidence-based guidelines.*
- Inoescu, A. 2003. *Incidence of embolism and paravalvular leak after St. Jude Silzone valve implantation: experience from the Cardiff Embolic Risk Factor Study.*
- Butchart, E.G. 1997. *Fibrinogen and leukocyte activation – the keys to understanding prosthetic valve thrombosis?*
- Schaff, H. 2002. *Paravalvular leak and other events in Silzone-coated mechanical heart valves: a report from AVERT.*
- Weitz, J.I. 2004. *New anticoagulant drugs.*
- Englberger, L. 2005. *Importance of implant technique on risk of major paravalvular leak (PVL) after St. Jude mechanical heart valve replacement: a report from the Artificial Valve Endocarditis Reduction Trial (AVERT).*
- Davila-Roman, V.G. 2004. *Prevalence and severity of paravalvular regurgitation in the Artificial Valve Endocarditis Reduction Trial (AVERT) echocardiography study.*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH, LLP, 1999 Harrison Street, Oakland, CA 94612. On February 14, 2006, I served the following document(s) by the method indicated below:

**DEFENDANT ST. JUDE MEDICAL, INC.'S DISCLOSURE STATEMENT FOR JACH HIRSH, M.D.**

☐ by transmitting via facsimile on this date from fax number (213) 457-8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☒ by transmitting via email to the parties at the email addresses listed below:

**PLEASE SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on February 14, 2006, at Oakland, California.

Tina Brennan (signature)

Tina Brennan

SERVICE LIST

Steven E. Angstreich, Esq.
Carolyn Lindheim
Levy, Angstreich, Finney,
Baldante, et al.
Woodcrest Pavilion, Suite 100
10 Melrose Avenue
Cherry Hill, NJ 08003
Email: sangstreich@levyangstreich.com;
clindheim@levyangstreich.com

James T. Capretz, Esq.
Capretz & Associates
5000 Birch Street, Suite 2500
West Tower
Newport Beach, CA 92660
Email: jcapretz@capretz.com

Charles S. Zimmerman, Esq.
J. Gordon Rudd, Jr., Esq.
Zimmerman Reed, L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Email: csz@zimmreed.com;
jgr@zimmreed.com; jlt@zimmreed.com

Tracy J. Van Steenburgh, Esq.
Halleland, Lewis, Nilan, Sipkins & Johnson
600 Pillsubury Center South
220 South Sixth Street
Minneapolis, MN 55402-4501
Email: tvan@halleland.com;
lclark@halleland.com

Joe Jacobson, Esq.
Green, Schaaf & Jacobson, P.C.
7733 Forsyth Boulevard, Suite 700
St. Louis, MO 63105
Email: jacobson@stlouislaw.com;
jdjacobson@sbcglobal.net

Richard B. Solum, Esq.
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Email: solum.rick@dorsey.com

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.