# EXHIBIT L

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
MDL No. 01-1396(JRT/FLN)

LESTER GROVATT
635 Chatsworth Road
Tabernacle, New Jersey 08088
and
BEATRICE BAILEY
1527 Napoleon Street
Pittsburgh, PA 15216
and
JOSEPH N. SANCHEZ
5028 West 69th Loop
Westminister, CO 80038
and
LEVY D. REDDEN
106 Hickory Hill Drive
Monroe, LA 71203
and
BONNIE SLIGER,
Plaintiffs,
vs.
ST. JUDE MEDICAL, INC.
1 Lillehei Plaza
St. Paul, Minnesota 55117
Defendants.

DEPOSITION UNDER ORAL DEPOSITION OF LESTER GROVATT

---

TRANSCRIPT of the deposition of the witness, called for Oral Examination in the above-captioned matter, said deposition being taken pursuant to Superior Court Rules of Practice and Procedure by and before CATHERINE I. GOLEMBESKI, a Notary Public and Certified Shorthand Reporter of the State of New Jersey and a Registered Professional Reporter, at the office of LEVY, ANGSTREICH, FINNEY, BALDANTE, RUBENSTEIN & COREN, P.C., 1616 Walnut Street, Philadelphia, Pennsylvania on Tuesday, December 18, 2001 commencing at approximately 9:30 in the morning.

ESQUIRE DEPOSITION SERVICES
90 Woodbridge Center Drive
Suite 520
Woodbridge, New Jersey 07095
(732) 283-1060 or (800) 247-8366
JOB NO. 71036

little bit.

Did you talk with him about tissue valves versus mechanical valves?

A. Yes.

Q. What did he tell you about that?

A. The advantages of the cadaver or bovine valve, I would not have to be on Coumadin therapy, which is nice when you're an active young person. The down side of that, is that studies have indicated they don't last as long as the Titanium artificial valve. He said it's up to you and your wife. So, you are a young guy, you may want to look at the artificial valve, realizing that you will be on Coumadin for the rest of your life.

Q. Okay. Did you discuss different manufacturers of mechanical valves?

A. No.

Q. Did you discuss St. Jude Medical at that time?

A. I believe the name St. Jude was brought up.

Q. Do you recall in what context, if he said, if I use a mechanical valve, I'm going to use a St. Jude valve?

A. I believe that to be the case.
Q. Was your wife present during these conversations?
A. Yes.
Q. Okay. And did the doctor ever tell you why he was using the St. Jude Medical valve?
A. No.
Q. Okay. Did the concept of the Silzone technology come up?
A. No.
Q. Did Dr. Coselli tell you he might use a relatively new, newly developed valve?
A. No, he did not say that. The only thing that he did tell me was he wasn't sure whether he would use the valve by itself or the valve with the Dacron tube attached to it. And he showed me both. He showed me the single valve and the valve with the tube attached to it. And he said, once again, if it got to that point, he would not know until he got in there.
Q. Did he tell you why he would use one as opposed to the other?
A. He may have, but I was so crazy by that time, I don't recall.

had the recalled aortic valve.

Q. Now, prior to the time that Dr. Finch found that out, had there been a discussion during -- let me rephrase that. Was it approximately a year window between the surgery and the discussion about the Silzone valve?

A. Yes.

Q. All right. And during that one year period, had you had an echocardiogram?

A. Yes.

Q. And what kind were they?

A. Transthoracic.

Q. Was there ever a discussion that there was a need for you to have a transesophageal?

A. Not during that period of time.

Q. Okay. Now, when Dr. Finch and you talked about the fact that you had this recalled heart valve in you, was there a discussion about a transesophageal echocardiogram?

A. Yes.

Q. And did you have any personal reluctance about having such an examination?

A. Yes, I did.

Q. What was the reason?
A. Like I had mentioned before, without knowing the exact cause of the vocal cord paralysis, I'm just felt like if we could move away from that and get by with the transthoracic echocardiograms, I just leery of invasive testing.
Q. Now, has Dr. Finch told you why, today, as evidenced in Exhibit A, he wants to have a transesophageal?
A. Yes.
Q. And what have you been told?
A. The placement, as I spoke to earlier of the aortic valve, is at a strange angle. It's seated in a strange position. And although they don't select, at this time, he's not able to visualize all the leaflets or the struts involved with the valve. And he feels that, you know, perhaps by doing the transesophageal, he could visualize that better.
Q. Okay. It says in the two dimensional electrocardiograph section of the report it says the prostheses itself is not moving well. Do you see that?
A. Yes.

again, you know, which in my case would be a third open heart surgery. And if so, when will that happen? And if it does have to happen, what will be the -- what will be the outcome of that? Will there be other complications during that surgery similar to what I suffered in the past?

MR. ANGSTREICH: Thanks I have nothing further.

MR. STANLEY: I have nothing else.

(Whereupon the deposition was adjourned at 12:20.)

# EXHIBIT M

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LESTER GROVATT, BEATRICE BAILEY, JOSEPH N. SANCHEZ, LEVY D. REDDEN and BONNIE SLIGER, | ) MDL No. 01-1396 (JRT/FLN) |
| Plaintiffs | ) |
| VS. | ) |
| ST. JUDE MEDICAL, INC., | ) |
| Defendant | ) |

----------------------------------------

ORAL DEPOSITION OF

JOSEPH S. COSELLI, M.D.

AUGUST 5, 2004

----------------------------------------

ORAL DEPOSITION of JOSEPH S. COSELLI, M.D., produced as a witness at the instance of the Defendant, and duly sworn, was taken in the above-styled and numbered cause on August 5, 2004, from 5:05 p.m. to 7:53 p.m., before Karen K. Harris, CSR in and for the State of Texas, reported by machine shorthand, at the offices of Nell McCallum & Associates, Inc., 5300 Memorial Drive, Suite 600, Houston, Texas 77007, pursuant to Notice and the provisions stated on the record or attached hereto.

the sewing ring, for the purposes of inhibiting bacterial adherence and the development of bacterial endocarditis.

Q Was it your understanding, before you first learned of Silzone, that silver had antimicrobial properties?

A Yes.

Q Were you aware that -- whether silver had been used in other products, such at catheters and burn ointments, for that reason?

MR. COREN: Form objection. You can answer, Doctor.

THE WITNESS: It -- at least my partial understanding that, in the treatment of burns, Silvadene cream -- basically, the same principles -- it's my recollection that in a few years prior to this particular development, we had carried out in our intensive care unit a clinical trial with some central venous access catheters, either with the catheter themselves or with a Dacron cuff that was associated with the catheter, where silver was a material purposely incorporated to reduce the risk of infection.

QUESTIONS BY MS. DODGE:

Q Were you provided by St. Jude Medical with

any materials regarding Silzone? Written
materials?
A I feel like I probably was, but do not
recall the specifics.
Q Do you still have any of those?
A I do not.
Q I'd like to attach this as Exhibit C.
This is the Physician's Manual for Silzone.
(Exhibit No. C marked.)
QUESTIONS BY MS. DODGE:
Q Can you just take a quick look through
that and let me know if you are familiar with that
or have seen it before?
MR. COREN: Jennifer, is that the --
basically, the small pamphlet-type of thing?
MS. DODGE: Yes. It's the
Physician's Manual.
MR. COREN: Okay.
QUESTIONS BY MS. DODGE:
Q Have you seen that before?
A Probably so. But, specifically I don't
recall. If I have, it's been a few years.
Q Let me ask you this. Did you have any
visits from sales representatives of St. Jude
Medical regarding Silzone?

A I'm sure I did. The specifics of which --
Q You don't recall?
A -- I don't recall.
Q Do you have a current St. Jude Medical representative?
A Yes.
Q Who is that?
A Peter Sloan.
Q Peter Sloan?
A Sloan.
Q And how long has Mr. Sloan visited you as a rep?
A Since 1996, I believe.
Q So, if you had had discussion about Silzone, it would have been with Mr. Sloan?
A It would have been with Mr. Sloan.
Q Do you recall having any discussions with Mr. Sloan about the information contained in this manual with regard to Silzone?
A I have no specific recollection.
Q And in terms of your discussions with Mr. Sloan regarding Silzone -- well, strike that. Let me ask you. You had explained what your understanding of Silzone was; correct? Previously, just a few minutes ago?

allergy to silver?

A Yes.

MR. COREN: Objection to form.

QUESTIONS BY MS. DODGE:

Q And were you aware that no clinical studies had been done by St. Jude Medical to show the efficacy of Silzone in preventing endocarditis?

MS. DODGE: Form. Objection. You can answer, Doctor.

THE WITNESS: Yes.

QUESTIONS BY MS. DODGE:

Q And how did you obtain that awareness?

A Questioning.

Q Of the rep?

A Probably.

Q Possibly somebody at St. Jude Medical directly?

A It could have been either the rep or more senior people. An individual senior to Peter Sloan at the time would have been Mark Sportsman. I may have spoken to him about this. Or others.

Q How did you know Mark Sportsman?

A St. Jude's a company where we have had a long relationship with them. As a consequence,

further.

MR. COREN: Doctor, thank you very much for your time. It was an honor to make your acquaintance.

THE WITNESS: You bet. Thank you.

MR. COREN: This is off the record --

(Discussion off the record.)

MS. DODGE: Dr. Coselli has indicated that he will waive the reading and signing of the transcript, so you can just forward the original to me.

THE COURT REPORTER: The deposition is completed.

**************

SIGNATURE WAIVED

**************

(Deposition Exhibit E was copied and marked.)

# EXHIBIT N

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| FRED W. DARLEY, as the Executor of the Estate of EDWARD PAUL DARLEY, Deceased, Plaintiff, | |
| vs. | CASE NO. MDL No. 01-1396 (JRT/FLN) |
| ST. JUDE MEDICAL, INC., Defendant. | |

DEPOSITION OF TARO YOKOYAMA, M.D., Ph.D.

Los Angeles, California

Thursday, October 14, 2004

Reported By:
Teri E. Lingenfelter
CSR No. 5369

the Silzone valves.

Can you just take a look at that and let me know if it looks at all familiar to you or if you recall reviewing it.

BY MS. DODGE:

Q Do you remember having reviewed that at all around the time when you had implanted Silzone valves?

A I really don't recall but I'm sure I did.

But if you asked me specifically, you know, when and what kind of contents at that time if I can recall, no.

Q I understand it was a few years ago.

Let me just direct your attention for a minute here on page 5. There's a statement here that says "The trademark Silzone represents a proprietary metallic silver coating which is applied to the valve sewing cuff. No clinical studies have been performed to evaluate the effect of the Silzone coating on reducing the incidence of endocarditis."

A Uh-huh.

Q Do you remember reading that or was that your understanding that no clinical studies had been done?

A I really don't recall.

Q Do you remember having any discussions with Mr. Ivie about that?

A Again it's a good question, but do I remember those discussions? Maybe, but again --

Q You don't have any specific recollection?

A I don't have the specific recollection.

Q Do you have any recollection of Mr. Ivie ever telling you anything that was inconsistent with that statement that no clinical studies had been performed to study the effect of reducing the incidence of endocarditis?

A That I don't remember.

Q You don't. Okay.

Did you have any awareness of that fact that no clinical studies had been done with regard to reducing the incidence of endocarditis?

A Again those are things -- I cannot recall if those statements were made. No.

Q Did you ever see any advertisements for Silzone before you started using it?

A May I ask what advertisements?

Q Advertisements in any, you know, medical journals. That type of thing.

A I'm sure when I went to a convention there must have been those booths and then I must have seen that. Yes.

Q Did you ever do any independent research on

MS. BRYAN: That's it.
MS. DODGE: Thank you, Doctor.
MS. BRYAN: Thank you very much.
THE WITNESS: You are welcome.

(The documents referred to were marked by the Certified Shorthand Reporter as Defendant's Exhibits A through G for identification and are attached hereto and made a part of this deposition transcript.)

(Whereupon at 8:05 p.m. the deposition of Taro Yokoyama, M.D. was adjourned.)

****

I do solemnly declare under penalty of perjury that the foregoing is my deposition under oath; that these are the questions asked of me and my answers thereto; that I have read same and have made the necessary corrections, additions or changes to my answers that I deem necessary.

In witness whereof. I hereby subscribe my name this ________ day of _______________________, 20________.

_______________________________

Witness Signature

# EXHIBIT O

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE ST. JUDE MEDICAL, INC., :
SILZONE HEART VALVES PRODUCTS :
LIABILITY LITIGATION : MDL DOCKET NO. 1396

**DECLARATION OF ANGELO VLESSIS, M.D.**

I, Angelo Vlessis, M.D. declare:

1. I have personal knowledge of the facts set forth below, except when I have been informed by others, in which case I have indicated the source of the information. If called as a witness, I could and would competently testify to the truth of the foregoing facts.

2. I have been a practicing cardiothoracic surgeon for approximately 9 years and am board certified in General Surgery and Thoracic Surgery. I am involved in all aspects of the treatment of patients with prosthetic heart valves, including St. Jude Medical mechanical heart valves with Silzone® coating. I am ~~currently a Clinical Assistant Professor of Surgery at Oregon Health Sciences Medical School and am~~ A.V. the Director of Cardiac Surgery at St. Charles Medical Center in Bend, Oregon.

3. I implanted 32 St. Jude Medical mechanical heart valves with Silzone® from December 1, 1998 to January 13, 2000. Prior to that time, it was my practice to use St. Jude Medical conventional mechanical heart valves. I decided to start using the Silzone® heart valve because of what I felt was its potential to reduce the incidence of endocarditis. As the incidence of endocarditis is approximately .4% per patient year, this means that over a ten year period, the risk of endocarditis for any one patient is about 4%. I viewed any technology that had the potential to reduce the incidence of endocarditis as one that could be beneficial to my patients. In cases involving the implantation of a mechanical heart valve, I used Silzone® valves exclusively until they were recalled in January 2000.

4. My recollection is that I first heard about the Silzone® valve from my St. Jude Medical sales representative, Bryan Deharb. I do not recall ever hearing anything about the Silzone® valve at any of the cardiology conferences I attended in Europe.

5. I recall seeing advertisements for Silzone® valves in various medical journals. It was my practice to skim over these advertisements and I never reviewed any of them in any detail. I did not rely on any of these advertisements in terms of my ultimate decision to use the Silzone® valve.

6. In 1998, the only foreign journal I subscribed to was the Journal of Heart Valve Disease. I do not recall seeing any Silzone® valve advertisements in this journal.

7. At or about the time the Silzone® technology was being introduced into the market, Mr. Deharb provided me with information concerning some in vitro and animal testing performed by St. Jude Medical with regard to the Silzone® valve. As I recall, that testing demonstrated the potential of the Silzone® valve to reduce the incidence of endocarditis but that it did not conclusively show that Silzone® was in fact efficacious against endocarditis. It was my understanding that the AVERT trial was tracking the rates of endocarditis and would ultimately address the issue of the efficacy of Silzone® against endocarditis. I also recall that the preliminary data did not indicate that there were any harmful side effects associated with the Silzone®-coated sewing cuff.

8. When I made the decision to use the Silzone® technology, I did not rely on any St. Jude Medical advertisements or oral statements made by Mr. Deharb concerning this product. I relied upon my clinical experience, and my review of the available medical literature, including specialty journals and my review of the in vitro and animal testing data provided to me by Mr. Deharb.

9. In terms of my actual practice, the decisions I made to implant my patients with Silzone® heart valves were made on a patient by patient basis based upon the unique medical facts of each case. My practice was not to limit my use of Silzone® heart valves to patients who were at high risk of developing endocarditis.

10. For the last 9 years, I have been directly involved with the negotiations between St. Charles Medical Center and St. Jude Medical with regard

to the price of prosthetic heart valves, including the Silzone® heart valve. I do not recall that the Silzone® heart valve was ever sold at a premium compared to the St Jude Medical conventional valve. Even if the Silzone® heart valve had been sold at a premium, I would not have automatically assumed that it was conferring some extra benefit or drawn an inference about the valve's efficacy in reducing the risk of endocarditis based upon a premium price. I would rely upon my own clinical experience with the product before drawing such an inference.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15 day of March, 2006 at Bend, Oregon.

ANGELO VLESSIS, M.D.

# EXHIBIT P

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * *
*
LESTER GROVATT, BEATRICE *
BAILEY, JOSEPH N. *
SANCHEZ, LEVY D. REDDEN * MDL No. 01-1396
AND BONNIE SLIGER *
* (JRT/FLN)
versus *
*
ST JUDE MEDICAL, INC. *
*
* * * * * * * * * * * * * *

The testimony of CARLTON H. SHEELY, M.D., taken by the defendant pursuant to notice and the within stipulation at the CVT Surgical Center, 7777 Hennessy Boulevard, Suite 1008, Baton Rouge, Louisiana, beginning at 8:08 a.m. on June 21, 2004.

BEFORE: Mark LaCour, Certified Stenomask Reporter, in and for the State of Louisiana

MR. CAPRETZ:

Objection as to form. Mary, let the doctor testify. Don't testify, please.

BY MS. OPPEDAHL:

Q. Go ahead, you can answer it.

A. Yes, that was our hope. I think my senior partner, Dr. Berry, is the one who brought the valve to the rest of us. It was his presentation to us that -- so exactly where he got the information you might have to get from him.

Q. Okay.

A. Then presented the data to us. It was certainly that seemed reasonable. At that point in time I saw no increased risk other than decreasing the risk of infection. I was already enamored with the St. Jude valve itself, which of course has not changed.

Q. You continue to use St. Jude Medical products, some valves --

A. I continue to use -- I've never switched from St. Jude, no.

Q. You knew from your medical training and the experience in reading medical

R E P O R T E R ' S   P A G E

I, Mark LaCour, Certified Court Reporter, in and for the State of Louisiana, the officer, as defined in Rule 28 of the Federal Rules of Civil Procedure and/or Article 1434(b) of the Louisiana Code of Civil Procedure, before whom this sworn testimony was taken, do hereby state on the record:

That due to the interaction in the spontaneous discourse of this proceeding, dashes (--) have been used to indicate pauses, changes in thought, and/or talk overs; that same is the proper method for a Court Reporter's transcription of proceeding, and that the dashes (--) do not indicate that words or phrases have been left out of this transcript.

Also, any words and/or names which could not be verified through reference material have been denoted with the phrase "(inaudible)."

______________________________

Mark LaCour, C.C.R.

# 89054

C E R T I F I C A T I O N

I, the undersigned reporter, do hereby certify that the above and foregoing is a true and correct transcription of the stenomask tape of the proceedings had herein, taken down by me and transcribed under my supervision, to the best of my ability and understanding, at the time and place hereinbefore noted, in the above-entitled cause.

I further certify that the witness was duly sworn by me in my capacity as a Certified Court Reporter pursuant to the provisions of R.S. 37:2551 et seq. in and for the state of Louisiana; that I am not of counsel nor related to any of the counsel of any of the parties, nor in the employ of any of parties, and that I have no interest in the outcome of this action.

I further certify that my license is in good standing as a court reporter in and for the state of Louisiana.

Mark LaCour, C.C.R.

# 89054

# EXHIBIT Q

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE ST. JUDE MEDICAL, INC., SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION | : : : | MDL DOCKET NO. 1396 |

**DECLARATION OF BRADFORD P. BLAKEMAN, M.D.**

I, Bradford P. Blakeman, M.D., declare:

1. I have personal knowledge of the facts set forth below, except when I have been informed by others, in which case I indicated the source of the information. If called as a witness, I could and would testify to the truth of the foregoing facts.

2. I have been a practicing cardiothoracic surgeon for approximately 20 years and am currently in private practice in Munster, Indiana. I received my medical degree in 1979 from the University of Illinois Medical School. I completed my internship, a residency in general surgery and a fellowship in thoracic and cardiovascular surgery at Loyola University Affiliated Hospitals. I am board certified in General Surgery and Thoracic Surgery.

3. I implanted 86 St. Jude Medical mechanical heart valves with Silzone® from May 20, 1998 to January 21, 2000. From approximately 1988 to May 20, 1998, it was my practice to use St. Jude Medical conventional mechanical heart valves. I consider St. Jude Medical mechanical heart valves to be best mechanical heart valves ever made and the most dependable valves on the market.

4. I believe that I first heard about the Silzone® valve from my St. Jude Medical sales representative, Perry Wilcox. In the last 20 years, I can recall having attended only one foreign cardiology conference. That conference was in Toronto and I do not recall hearing about the Silzone® valve at that conference.

5. I do recall seeing advertisements for the Silzone® valve in some medical journals. However, it was not my practice to review these advertisements in any detail, if at all, and I did not rely on them when I made my decision to start using the Silzone® valve. I have never subscribed to any foreign medical journals.

6. At or about the time I started using the Silzone® valve, Mr. Wilcox gave me some material to review about the technology. As I recall, the information shown to me suggested that leaching of the silver from the sewing cuff had the potential to either inhibit or kill bacteria in the area of the heart valve. I do not recall Mr. Wilcox ever telling me that there were human clinical studies which demonstrated that the Silzone® valve was efficacious in reducing the incidence of endocarditis.

7. When I made the decision to start using the Silzone heart valve, I did not rely on any St. Jude Medical advertisements or any statements made by Mr. Wilcox concerning the valve. I am generally very skeptical about new product technology and rely upon my own clinical experience and my review of the medical literature.

8. My ultimate decision to implant a Silzone® valve in any particular patient was always made on a patient by patient basis based upon the unique medical facts of each case. I did not limit my use of Silzone® valves to patients who had a high risk of developing an infection.