IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE ST. JUDE MEDICAL, INC. | : | |
| SILZONE® HEART VALVE PRODUCTS | : | |
| LIABILITY LITIGATION | : | MDL DOCKET NO. 1396 |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2006, I caused the following documents:

1. **Defendant St. Jude Medical's Opposition to Plaintiffs' Renewed Motion to Certify Comsumer Protection Class**
2. **Defendant St. Jude Medical's Notice of Motion for Permission to Exceed Word Limit**
3. **Defendant St. Jude Medical's Motion for Permission to Exceed Word Limit**
4. **Affidavit of Tracy Van Steenburgh**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Steven E. Angstreich: sangstreich@levyangstreich.com
James T. Capretz: jcapretz@capretz.com
Joe D. Jacobson: jacobson@stlouislaw.com; jdjacobson@sbcglobal.net
Carolyn Lindheim: clindheim@levyangstreich.com
J. Gordon Rudd: jgr@zimmreed.com; jlt@zimmreed.com
Richard B. Solum: solum.rick@dorsey.com
Charles S. Zimmerman: csz@zimmreed.com

Dated: March 17, 2006

HALLELAND LEWIS
NILAN & JOHNSON, P.A.

By: s/Tracy Van Steenburgh
Tracy J. Van Steenburgh, Reg. No. 141173
U.S. Bank Plaza South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
Telephone: (612) 338-1838

Attorneys for Defendant St. Jude Medical, Inc.