**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **IN RE: ST. JUDE MEDICAL, INC., SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION** | : | **MDL DOCKET NO. 1396** |
| **THIS DOCUMENT RELATES TO ALL CASES** | : | |

# AGENDA

**Status Conference (Telephonic)**
**March 22, 2006, 11:30 a.m. (c.t.)**

1. Report on Class Certification briefing;

2. Expert Discovery and Identification;

3. Court Resolution of Epic Slide Discovery Dispute;

4. Motion to File Amended Complaint in the matter of Bonnie Sliger;

5. Report on Mediation Program:

    Identify number of cases in mediation/negotiation;
    Identify cases with no agreement to mediate/negotiate;

6. Report on Pending MDL and State Court Litigation;

7. Status of Ramsey County and Canadian Litigation;

8. Set a date/time for next conference.