# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

In re: St. Jude Medical, Inc. Silzone Heart Valves Products Liability Litigation,

**COURT MINUTES**
BEFORE: John R. Tunheim
U.S. District Judge

| | |
|---|---|
| Case No: | 01-1396 JRT |
| Date: | March 22, 2006 |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 11:40 a.m. |
| Time Concluded: | 12:08 p.m. |
| Time in Court: | 28 minutes |

Hearing on: **Status Conference**

The Court held a telephonic status conference on March 22, 2006 at 11:30 a.m. CST.

The parties discussed the Class Certification briefing. Plaintiffs requested an extension of time in which to file their reply brief. The Court permits the filing to be made by April 7, 2006. Defendants may wish to file a sur-reply brief. The Class Certification hearing is scheduled for Wednesday, April 26, 2006 at 1:30 p.m.

Expert discovery and identification is ongoing. Three rebuttal experts have been identified. plaintiff's expert reports are expected to conclude in late June with defendant's reports to be completed in July and August.

The Court heard argument from the parties regarding the Epic Slide Discovery and Ordered that the plaintiffs provide a brief report of their expert Dr. Wilson. The defendants shall make the slides available to Dr. Wilson promptly.

The parties reported on the mediation program and the status of cases pending in the MDL and the Minnesota State Court, County of Ramsey and on the status of the Canadian Litigation.

The next status conference is set for Wednesday, April 26, 2006, following the hearing for Class Certification.

## APPEARANCES:

Plaintiff: James Capretz, Steven Angstreich, Michael Coren, David Cialkowski and Robert Roundtree.

Defendant: Steven M. Kohn, David Stanley, Tracy VanSteenburgh and Liz Porter.

s/ Sarah E. Bagwell
Calendar Clerk