**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **IN RE ST. JUDE MEDICAL, INC.,** | : | |
| **SILZONE HEART VALVES PRODUCTS** | : | |
| **LIABILITY LITIGATION** | : | **MDL DOCKET NO. 1396** |

## MOTION

Plaintiffs hereby move the Court for entry of an Order for leave to exceed the word limitations imposed by L.R. 7.1(c) for their reply memorandum in support of their motion for certification of the consumer protection class. Plaintiffs' reply brief is actually quite short (about 10 pages), but it exceeds the cumulative total requirements of the rule. The reply brief contains 2,820 words, counted by Microsoft Word's word-counting function.

In light of the complexity of the factual and legal issues presented by the nature of this argument, good cause exists to exceed the page limitation.

Respectfully submitted,

**ZIMMERMAN REED, P.L.L.P.**

Dated: April 7, 2006

s/David M. Cialkowski
CHARLES S. ZIMMERMAN
J. GORDON RUDD, JR.
DAVID M. CIALKOWSKI
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
(612) 341-0400

**LEVY, ANGSTREICH, FINNEY,**
**BALDANTE, RUBENSTEIN & COREN, P.C.**
STEVEN E. ANGSTREICH
MICHAEL COREN
CAROLYN C. LINDHEIM
Woodcrest Pavilion, Suite 100
Ten Melrose Avenue
Cherry Hill, New Jersey 08003
(856) 424-8967

**CAPRETZ & ASSOCIATES**
JAMES T. CAPRETZ
5000 Birch Street, Suite 2500
West Tower
Newport Beach, CA 92660
(949) 724-3000

**GREEN, SCHAAF & JACOBSON, P.C.**
JOE D. JACOBSON
7733 Forsyth, Suite 700
St. Louis, MO 63105
(314) 862-6800

**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C**
DANIEL W. SIGELMAN
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Ph. (202) 408-4600

Counsel for Plaintiffs