**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **IN RE ST. JUDE MEDICAL, INC.** | **:** | |
| **SILZONE HEART VALVES** | **:** | |
| **PRODUCTS LIABILITY** | **:** | **MDL DOCKET NO. 1396** |
| **LITIGATION** | **:** | |

**AFFIDAVIT OF DAVID M. CIALKOWSKI IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION**

**STATE OF MINNESOTA** )
)**ss.**
**COUNTY OF HENNEPIN** )

David M. Cialkowski., being duly sworn upon oath, deposes and says:

I am an attorney at the law firm of Zimmerman Reed, P.L.L.P. I represent the Plaintiffs in the above-referenced matter and submit this Affidavit in support of Plaintiffs' Renewed Motion to certify consumer protection class.

1. Attached as Exhibit 111 is a true and correct copy of Curtis v. Philip Morris Companies, Inc., 2004 WL 2776228 (Minn. Dist. Ct. November 29, 2004).

2. Attached as Exhibit 112 is a true and correct copy of Int'l Union of Operating Eng'r Local No. 68 Welfare Fund v. Merck & Co., ___A.2d ___, 2006 WL 827285 (N.J. Super. Ct. App. Div. March 31, 2006).

3. Attached as Exhibit 113 is a true and correct copy of Appellee's Opposition to Appeal in In re St. Jude Medical, Inc., Silzone Heart Valves Products Liability Litigation, No. 04-3117 (8th Cir. 2004).

FURTHER YOUR AFFIANT SAYETH NOT.

s/David M. Cialkowski
David M. Cialkowski

Subscribed and sworn to before me
this 7th day of April, 2006.

s/Julie L. Tinkham
Notary Public