**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2006, I caused the following documents:

Notice of Motion for Page Limit Extension
Motion for Page Limit Extension
Plaintiffs' Reply Brief in Support of Their Motion to Certify Consumer Protection Class
Affidavit of David M. Cialkowski

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Steven E Angstreich sangstreich@levyangstreich.com

James T Capretz jcapretz@capretz.com, jtc@capretz.com; achu@capretz.com

Joe D Jacobson jacobson@stlouislaw.com, jdjacobson@sbcglobal.net

Steven M Kohn skohn@reedsmith.com, msabraw@reedsmith.com; bgthompson@reedsmith.com

Carolyn Lindheim clindheim@levyangstreich.com

Michael T Nilan mnilan@halleland.com, NGordon@halleland.com

J Gordon Rudd , Jr jgr@zimmreed.com, jlt@zimmreed.com

Richard B Solum solum.rick@dorsey.com

David E Stanley dstanley@reedsmith.com, dlevenstein@reedsmith.com

Tracy J Van Steenburgh tvan@halleland.com, LClark@halleland.com

Charles S Zimmerman csz@zimmreed.com

Dated: April 7, 2006

s/David M. Cialkowski
David M. Cialkowski