IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE ST. JUDE MEDICAL, INC. | : | |
| SILZONE® HEART VALVES PRODUCTS | : | |
| LIABILITY LITIGATION | : | MDL DOCKET NO. 1396 |

**AFFIDAVIT OF TRACY J. VAN STEENBURGH IN SUPPORT OF ST. JUDE MEDICAL'S SURREPLY TO PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Tracy J. Van Steenburgh, after being duly sworn upon oath, states as follows:

1. I am a shareholder in the law firm of Halleland Lewis Nilan and Johnson, P.A., attorneys for Defendant St. Jude Medical, Inc. I make this Affidavit in support of St. Jude Medical, Inc.'s Surreply to Plaintiffs' Renewed Motion For Class Certification.

2. Attached as Exhibit A is a true and correct copy of the opinion in *Sinclair v. Merck & Co., Inc*., ATL–L–3771–04–MT 2005 WL 1278364, *8 (N.J. Super. Ct. May 19, 2005).

Further affiant sayeth not.

s/Tracy J. Van Steenburgh
Tracy J. Van Steenburgh

Subscribed and sworn to before me
this 19th day of April, 2006.

s/Leigh Anne Clark
Notary Public

DN: 284962