**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **IN RE ST. JUDE MEDICAL, INC., SILZONE** | **:** | |
| **HEART VALVES PRODUCTS LIABILITY** | **:** | |
| **LITIGATION** | **:** | **MDL DOCKET NO. 1396** |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO STRIKE ST. JUDE MEDICAL'S SURREPLY IN OPPOSITION TO RENEWED MOTION FOR CLASS CERTIFICATION**

**TO:** DEFENDANT ST. JUDE MEDICAL, INC., AND ITS COUNSEL OF RECORD, STEVEN M. KOHN, REED SMITH, 1999 HARRISON STREET, OAKLAND, CALIFORNIA, 94612; DAVID E. STANLEY, REED SMITH, 355 SOUTH GRAND AVENUE, SUITE 2900, LOS ANGELES, CA 90071; AND, TRACY VAN STEENBURGH, HALLELAND, LEWIS NILAN & JOHNSON, 600 U.S. BANK PLAZA SOUTH, 220 SOUTH SIXTH STREET, MINNEAPOLIS, MINNESOTA 55402.

PLEASE TAKE NOTICE, the undersigned will bring the following motion on for hearing before this Court at United States District Court House, 300 South Fourth Street, Minneapolis, Minnesota, before the Honorable Judge John R. Tunheim, as soon as counsel's Motion may be heard.

**MOTION**

Plaintiffs move this Honorable Court under the Federal Rules of Civil Procedure, for an Order striking SJM's Surreply to Renewed Motion to Certify Class. In support of their Motion, Plaintiffs state the following:

1. On January 10, 2006, Plaintiffs served and filed their memorandum in support of motion for class certification. Plaintiffs requested and received permission from the Court to file a brief in excess of the 12,000 words allowed by Local Rule 7.1(c). Plaintiffs' brief was 17,398 words in length.

2. On March 17, 2006, SJM requested that the Court extend the word limitation and filed its responsive brief, which was 16,119 words in length.

3. On April 7, 2006, Plaintiffs filed their reply brief in further support of motion for class certification. Plaintiffs again requested and received permission from the Court to file a brief in excess of the 12,000 words allowed by Local Rule 7.1(c). Plaintiffs' reply brief was 2,820 words in length.

4. On March 22, 2006, prior to the filing of Plaintiffs' reply brief, the Court held a status conference in which SJM suggested that it may wish to file a surreply "if there are new issues raised." Plaintiffs opposed such a request to the extent that Plaintiffs' reply did not raise new issues. The Court stated that SJM could submit a request to file a surreply.

5. On April 19, 2006, SJM filed its surreply brief, which was 2,274 words in length. Plaintiffs learned of SJM's request for the first time on that date. Plaintiffs had no opportunity to contest the veracity of any statement that Plaintiffs' brief broadened the scope of either the motion or the briefing to that point.

6. As it turns out, whatever the basis SJM espoused to the Court may have been, the actual surreply brief addresses no "new" issue whatsoever. It is a blatant attempt to get the last word on Plaintiffs' motion, a maneuver that SJM has repeatedly employed in direct violation of the Federal Rules.

7. Furthermore, it is the common professional practice within the Federal Bar to at least communicate to opposing counsel one's intention to contact the

Court, particularly about seeking leave to file briefs to which counsel has already objected.

8. Plaintiffs respectfully request that the Court strike SJM's surreply in its entirety as violative of the local rules. In the alternative, Plaintiffs request that SJM be required to articulate what "new issues" were raised by Plaintiffs' reply brief that make a surreply necessary.

Respectfully submitted,

**ZIMMERMAN REED, P.L.L.P.**

Dated: April 21, 2006

s/J. Gordon Rudd, Jr.
CHARLES S. ZIMMERMAN
J. GORDON RUDD, JR.
DAVID M. CIALKOWSKI
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
(612) 341-0400

**LEVY, ANGSTREICH, FINNEY, BALDANTE, RUBENSTEIN & COREN, P.C.**
STEVEN E. ANGSTREICH
MICHAEL COREN
CAROLYN C. LINDHEIM
Woodcrest Pavilion, Suite 100
Ten Melrose Avenue
Cherry Hill, New Jersey 08003
(856) 424-8967

**CAPRETZ & ASSOCIATES**
JAMES T. CAPRETZ
5000 Birch Street, Suite 2500
West Tower
Newport Beach, CA 92660
(949) 724-3000

**GREEN, SCHAAF & JACOBSON, P.C.**
JOE D. JACOBSON
7733 Forsyth, Suite 700

St. Louis, MO 63105
(314) 862-6800

**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C**
DANIEL W. SIGELMAN
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Ph. (202) 408-4600

Counsel for Plaintiffs