IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE ST. JUDE MEDICAL, INC. | : | MDL DOCKET NO. 1396 |
| SILZONE® HEART VALVES PRODUCTS | : | |
| LIABILITY LITIGATION | : | |

**DEFENDANT ST. JUDE MEDICAL, INC.'S CERTIFICATE OF COMPLIANCE**

I certify that Defendant St. Jude Medical, Inc.'s Opposition to Plaintiffs' Motion to Strike Surreply complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word Version 2002, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 614 words, and it was prepared using Times New Roman typeface size 13.

Dated: April 25, 2006

HALLELAND LEWIS NILAN & JOHNSON, P.A.

By s / Tracy J. Van Steenburgh

Tracy J. Van Steenburgh, Reg. No. 141173
U.S. Bank Plaza South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
(612) 338-1838

ATTORNEYS FOR ST. JUDE MEDICAL, INC.

DN: 285411