IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE ST. JUDE MEDICAL, INC. | : | |
| SILZONE® HEART VALVES PRODUCTS | : | |
| LIABILITY LITIGATION | : | MDL DOCKET NO. 1396 |

**AFFIDAVIT OF TRACY J. VAN STEENBURGH IN SUPPORT OF ST. JUDE MEDICAL'S OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE SURREPLY**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Tracy J. Van Steenburgh, after being duly sworn upon oath, states as follows:

1. I am an attorney licensed to practice before the Courts of the State of Minnesota and the United States District Court for Minnesota. I am a shareholder in the law firm of Halleland Lewis Nilan and Johnson, P.A., attorneys for Defendant St. Jude Medical, Inc. I make this Affidavit in support of St. Jude Medical, Inc.'s Opposition to Plaintiffs' Motion to Strike St. Jude Medical's Surreply.

2. Attached as Exhibit A is a true and correct copy of the transcript of the Status Conference before this Court on March 22, 2006.

3. Based upon the discussion held during the MDL status conference on March 22, 2006 and my understanding from that discussion of the procedure to be followed in the event St. Jude Medical desired to file a surreply, on April 17, 2006, I contacted Sarah Bagwell and requested permission to file a surreply in support of St. Jude Medical's Opposition to Plaintiffs' Motion to Certify Consumer Protection Class. Ms. Bagwell indicated that permission would be granted and asked when St. Jude Medical could anticipate filing a surreply and what St. Jude

Medical believed was a reasonable number of pages to address issues in the reply. I responded that St. Jude Medical would file a surreply no later than Wednesday, April 19 and that it would consist of no more than eight pages. Ms. Bagwell stated that the date and length sounded reasonable and that she would make a note of it on the calendar.

Further affiant sayeth not.

s / Tracy J. Van Steenburgh
Tracy J. Van Steenburgh

Subscribed and sworn to before me
this 25th day of April, 2006.

s / Leigh Anne Clark
Notary Public