# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

In re: St. Jude Medical, Inc. Silzone Heart Valves Products Liability Litigation,

## COURT MINUTES
BEFORE: John R. Tunheim
U.S. District Judge

| | |
|---|---|
| Case No: | 01-1396 (JRT) |
| Date: | April 26, 2006 |
| Deputy: | Sarah E. Bagwell |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 2:19 p.m. |
| Time Concluded: | 4:23 p.m. |
| Time in Court: | 2 hours and 4 minutes |

## APPEARANCES:

Plaintiff: Steven Angstreich, David Cialkowski
Defendant: Steven M. Kohn, David Stanley, Jim Martin, Tracy Van Steenburgh and Liz Porter.

## PROCEEDINGS:

Hearing on: Plaintiff's Renewed Motion to Certify Consumer Protection Class [Docket No. 408]
Plaintiff's Motion to Strike Sur Reply [Docket No. 433]

IT IS ORDERED:

Plaintiff's Motion to Strike Defendant's Sur Reply is **DENIED**.
Plaintiff's Renewed Motion to Certify Consumer Protection Class is taken under advisement.
Written order forthcoming.

s/ Sarah E. Bagwell
Calendar Clerk