# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

In re: St. Jude Medical, Inc. Silzone Heart Valves Products Liability Litigation,

**COURT MINUTES**
BEFORE: John R. Tunheim
U.S. District Judge

| | |
|---|---|
| Case No: | 01-1396 JRT |
| Date: | April 26, 2006 |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 4:10 p.m. |
| Time Concluded: | 4:23 p.m. |
| Time in Court: | 13 minutes |

Hearing on: **Status Conference**

APPEARANCES:

Plaintiff: Steven Angstreich and David Cialkowski
Defendant: Steven M. Kohn, David Stanley, Jim Martin, Tracy Van Steenburgh and Liz Porter.

Parties discussed the sample size for the AVERT study. Plaintiffs' counsel expressed concern that the sample size could not produce statistically significant results because the study would not have enough power with a sample size of 60. He predicted that whatever party is ultimately "loses" based on the study will argue that the study was not properly done in the first place. Defense counsel said he needed to review the study materials. The Court will address the issue by telephone in two weeks if St. Jude Medical has a position based on its review of the materials.

s/ Sarah E. Bagwell
Calendar Clerk