**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| IN RE: ST. JUDE MEDICAL, INC., SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION | : : | MDL No. 01-1396 |

## NOTICE OF NAME CHANGE

Green Schaaf & Jacobson, P.C., co-counsel for plaintiffs, has changed its name. The new name is: Green Jacobson & Butsch, P.C. Our address and telephone numbers are unchanged. We request that the Clerk and all parties update their records to reflect this change.

GREEN JACOBSON & BUTSCH, P.C.

By: /s/ Joe D. Jacobson

Joe D. Jacobson
David T. Butsch
7733 Forsyth Boulevard, Suite 700
Clayton, Missouri 63105
Phone: (314) 862-6800
Fax: (314) 862-1606
jacobson@stlouislaw.com

Co-Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on May 30, 2006, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system, upon the following named counsel of record: Carolyn Lindheim. Charles S. Zimmerman, David E. Stanley, J. Gordon Rudd, Jr., James Capretz, Michael T. Nilan, Steven E. Angstreich, Steven M. Kohn, and Tracy J. Van Steenburgh.

I certify that on May 30, 2006 copies of the foregoing were mailed to each of the following named non-participants in Electronic Case Filing: Patrick Murphy, Murphy Law Office, 844 E. Sahara Avenue, Las Vegas, NV 89104.

/s/ Joe D. Jacobson