UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Thomas F. Eagleton Court House
Room 24.329 VOICE (314)244-2400
Michael E. Gans 111 S. 10TH Street FAX (314)244-2780
Clerk of Court St. Louis, Missouri 63102 www.ca8.uscourts.gov

October 27, 2006

Mr. Eric John Magnuson
RIDER & BENNETT
Suite 4900
33 S. Sixth Street
Minneapolis, MN 55402

Re: 06-8019 Lester Grovatt vs. St. Jude Medical

Dear Mr. Magnuson:

Petition for permission to appeal pursuant to FRCvP 23(f) has been received and filed today under the miscellaneous number shown above, and will be submitted to the court. You will be advised of the court's ruling in the matter.

Counsel for the respondent should note that this court requires a response to all applications to take an interlocutory appeal. Accordingly the response should be filed within 7 days of the date of this letter. The response should be filed with the St. Paul Clerk's office.

The Clerk of the United States District Court is notified of the filing of the case. If the petition is granted, this court's docket fee of $450.00 is to be tendered to that office. The district court is requested to forward to this office at this time, two certified copies of the docket entries in case number 0:01-md-01396-JRT-FLN.

(5507-010199)

Michael E. Gans
Clerk of Court

cyz

Enclosure(s)

cc: Honorable John R. Tunheim, U.S. District Judge
Charles S. Zimmerman
J. Gordon Rudd Jr.
Steven E. Angstreich

SCANNED
OCT 30 2006
U.S. DISTRICT COURT MPLS

James T. Capretz
Patrick Murphy
Steven M. Kohn
James C. Martin
Steven J. Boranian
Tracy Joan Van Steenburgh
Richard Sletten, Clerk
Kristine Mousseau, Court Reporter

District Court/Agency Case Number(s): 0:01-md-01396-JRT