# UNITED STATES DISTRICT COURT
## District of Minnesota

RECEIVED
NOV 01 2006
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
South Mill Street
Fergus Falls, MN 56537

## TRANSMITTAL INFORMATION SHEET

**Date:** October 30, 2006

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Amy Linner, U.S. District Court - Minnesota

**In Re:** District Court Case No.: 01-1396 JRT/FLN
Eighth Circuit Case No.:
Case Title: In re: St. Jude Medical, et al

---

TRANSMITTED HEREWITH:

___ Original File(s), consisting of file(s).

_X_ Two certified copies of updated docket sheet.

___ Designated Clerk's Record #

___ Other:

___ Transcript(s): (Listed below or on attached list)

**Volume** **Date** **Proceeding**

RECEIVED
OCT 30 2006
U.S. COURT OF APPEALS
EIGHTH CIRCUIT-ST. PAUL, MN

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ____________ Received by: ____________________

Date Returned to USDC: ____________________

SCANNED
NOV 01 2006
U.S. DISTRICT COURT MPLS