UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Thomas F. Eagleton Court House
Room 24.329 VOICE (314)244-2400
Michael E. Gans 111 S. 10TH Street FAX (314)244-2780
Clerk of Court St. Louis, Missouri 63102 www.ca8.uscourts.gov

November 17, 2006

Mr. Eric John Magnuson
RIDER & BENNETT
Suite 4900
33 S. Sixth Street
Minneapolis, MN 55402

Re: 06-3860 Lester Grovatt vs. St. Jude Medical

Dear Mr. Magnuson:

This appeal was formerly miscellaneous case number 06-8019, and has been regularly docketed under the number indicated. Pursuant to Rule 3(e), Federal Rules of Appellate Procedure, you must pay this court's docket fee of $455 to the Clerk of the United States District Court.

The clerk's office provides a number of practice aids and materials to assist you in preparing the record and briefs. You can download the materials from our Website at www.ca8.uscourts.gov/newcoa/coaFrame.html . The material is provided to assist counsel in the preparation and filing of the record and briefs. Counsel for both sides must familiarize themselves with the material and immediately confer regarding the briefing schedule and record requirements (Eighth Circuit Rule 30A). Within ten days of the date of this letter appellant must file with this office (1) verification that the transcript arrangements have been satisfactorily completed and (2) notification of the method of preparation of the appendix jointly selected by counsel. Appeals in which the appendix and opening brief are not timely filed are subject to dismissal pursuant to Eighth Circuit Rule 3C; cases in which appellees do not timely file a brief are governed by FRAP Rule 31(c).

Multiple appellants or appellees who are jointly represented by a single attorney shall file one brief. Multiple appellants or appellees who are separately represented may file separate briefs or a joint brief. A party responding to multiple briefs from separately-represented parties shall file a single responsive or reply brief.
(5052-010199)

SCANNED
NOV 20 2006
U.S. DISTRICT COURT MPLS

Michael E. Gans
Clerk of Court

cyz

Enclosure(s)

cc: Honorable John R. Tunheim, U.S. District Judge
Charles S. Zimmerman
James T. Capretz
Steven E. Angstreich
Patrick Murphy
Tracy Joan Van Steenburgh
James C. Martin
Steven M. Kohn
Kristine Mousseau, Court Reporter
Richard Sletten, Clerk

District Court/Agency Case Number(s): 0:01-md-01396-JRT