Court Name: US District Court Minnesota
Division: 4
Receipt Number: 44641008775
Cashier ID: llewis
Transaction Date: 11/30/2006
Payer Name: RIDER BENNETT

---

NOTICE OF APPEAL/DOCKETING FEE
For: RIDER BENNETT
Case/Party: D-MNX-0-01-MD-001396-001
Amount: $455.00

---

CHECK
Check/Money Order Num: 194886
Amt Tendered: $5.00
CHECK
Check/Money Order Num: 194790
Amt Tendered: $450.00

---

Total Due: $455.00
Total Tendered: $455.00
Change Amt: $0.00

$450 RECEI VED 11/29/06; $5.00
RECEIVED 11/30/06

JRT/FLN

Court Name: US District Court Minnesota
Division: 4
Receipt Number: 44641008775
Cashier ID: llewis
Transaction Date: 11/30/2006
Payer Name: RIDER BENNETT

NOTICE OF APPEAL/DOCKETING FEE
For: RIDER BENNETT
Case/Party: D-MNX-0-01-MD-001396-001
Amount: $455.00

CHECK
Check/Money Order Num: 194886
Amt Tendered: $5.00
CHECK
Check/Money Order Num: 194790
Amt Tendered: $450.00

Total Due: $455.00
Total Tendered: $455.00
Change Amt: $0.00

$450 RECEI VED 11/29/06; $5.00
RECEIVED 11/30/06

SCANNED
NOV 30 2006
U.S. DISTRICT COURT MPLS

RIDER BENNETT
Attorneys at Law
A Limited Liability Partnership

33 South Sixth Street
Suite 4900
Minneapolis, MN 55402

Telephone • 612 • 340 • 8900
Fax • 612 • 340 • 7900
www.riderlaw.com

**Sheri L. Skallet, Paralegal**
Telephone: 612.340.8908
Fax: 612.337.7608
sskallet@riderlaw.com

RECEIVED
06 NOV 29 AM 10:34
CLERK, U.S. DIST. COURT
MINNEAPOLIS

November 28, 2006

Clerk of Court
U.S. Courthouse, Suite 13E
300 South Fourth Street
Minneapolis, MN 55415

Re: In re St. Jude Medical, Inc. Silzone Heart Valve Products Liability Litigation
Court File No.: MDL No. 01-1396 (JRT/FLN)
Our File: 8728/R29191

Dear Clerk of Court:

We recently filed with the 8th Circuit a Petition under Federal Rule of Civil Procedure 23(f) for Permission to Appeal a Class Certification Order. This Petition has now been granted and we were informed by the Clerk for the 8th Circuit that we were to now pay the $450.00 filing fee to your Court. Therefore, I enclose our check in the amount of $450.00.

If you have any questions or concerns, please give me a call. Thank you.

Very truly yours,

RIDER BENNETT, LLP

By [signature]
Sheri L. Skallet

sls
Enclosure

Called
11-30-06

1434191-1

Attorneys at Law
A Limited Liability Partnership

33 South Sixth Street
Suite 4900
Minneapolis, MN 55402

Telephone • 612 • 340 • 8900
Fax • 612 • 340 • 7900
www.riderlaw.com

RIDER BENNETT

**Sheri L. Skallet, Paralegal**
Telephone: 612.340.8908
Fax: 612.337.7608
sskallet@riderlaw.com

November 29, 2006

Clerk of Court
U.S. Courthouse, Suite 202
300 South Fourth Street
Minneapolis, MN 55415

Re: In re St. Jude Medical, Inc. Silzone Heart Valve Products Liability Litigation
Court File No.: MDL No. 01-1396 (JRT/FLN)
Our File: 8728/R29191

Dear Clerk of Court:

Per our telephone conversation today, I enclose our check in the amount of $5.00 for the additional filing fee for the granting of the Petition under Federal Rule of Civil Procedure 23(f) for Permission to Appeal a Class Certification Order.

If you have any questions or concerns, please give me a call. Thank you.

Very truly yours,

RIDER BENNETT, LLP

By [signature]
Sheri L. Skallet

sls
Enclosure

NOV 30 2006
CLERK US DIST COURT
MINNEAPOLIS MN

1434191-1