**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **IN RE: ST. JUDE MEDICAL, INC., SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION** | : | **MDL DOCKET NO. 1396** |
| | : | |
| **THIS DOCUMENT RELATES TO ALL CASES** | : | |

**Status Conference**
**January 25, 2007, 12:30 p.m. (CST)**

## AGENDA

1. Report on 8th Circuit Class Certification briefing;

2. Proposed PTO 52 Regarding Daubert Motions and Briefing Schedule

3. Motion for Remand Filed In Re *Daugherty v. St. Jude Medical*

4. Report on Mediation Program:

    a. Identify number of cases in mediation/negotiation;
    b. Identify cases with no agreement to mediate/negotiate;

5. Report on Pending MDL and State Court Litigation;

6. Status of Ramsey County and Canadian Class Litigation;

7. Set a date/time for next Status Conference.