IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE ST. JUDE MEDICAL, INC., | : | |
| SILZONE HEART VALVES PRODUCTS | : | |
| LIABILITY LITIGATION | : | MDL DOCKET NO. 01-1396 |

**PRETRIAL ORDER NO. 52**

This stipulated Order establishes the schedule for Daubert motions pertaining to generic experts.

1. Daubert motions pertaining to generic expert testimony shall be filed no later than February 14, 2007.

2. Oppositions shall be filed no later than March 19, 2007.

3. Reply briefs shall be filed no later than April 3, 2007.

**IT IS SO ORDERED:**

Dated: January 25, 2007
At Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge