IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE ST. JUDE MEDICAL, INC., SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1396 |

**ST. JUDE MEDICAL'S MOTION TO PRECLUDE TESTIMONY OF PLAINTIFFS' PATHOLOGY EXPERT GREGORY J. WILSON**

Defendant St. Jude Medical hereby moves this Court, pursuant to Federal Rule of Evidence 702, for an order precluding Plaintiffs' pathology expert, Gregory J. Wilson, from testifying at the trial of this matter, or in the alternative, limiting the permissible scope of his expert testimony.

This motion is based upon the Memorandum of Law in Support of Motion to Preclude Testimony of Plaintiffs' Pathology Expert Gregory J. Wilson Pursuant to Federal Rule of Evidence 702 and Affidavit of Tracy J. Van Steenburgh filed herewith, and upon all the files and proceedings herein.

DATED: February 14, 2007.

HALLELAND LEWIS NILAN & JOHNSON P.A.

By: s/ Tracy J. Van Steenburgh

Tracy J. Van Steenburgh Reg. No. 132767
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
(612) 338-1838

REED SMITH LLP
Steven M. Kohn
1999 Harrison Street, Suite 2400
Oakland, CA 94612

Attorneys for Defendant St. Jude Medical, Inc.