IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE ST. JUDE MEDICAL, INC.,<br>SILZONE HEART VALVES PRODUCTS<br>LIABILITY LITIGATION | MDL DOCKET NO. 1396 |

**AFFIDAVIT OF TRACY J. VAN STEENBURGH IN SUPPORT OF ST. JUDE MEDICAL'S MOTION TO PRECLUDE TESTIMONY OF PLAINTIFFS' PATHOLOGY EXPERT GREGORY J. WILSON PURSUANT TO FEDERAL RULE OF EVIDENCE 702**

I, Tracy J. Van Steenburgh, after being duly sworn upon oath, states as follows:

1. I am an attorney licensed to practice before the Courts of the State of Minnesota and the United States District Court for Minnesota. I am a shareholder in the law firm of Halleland Lewis Nilan and Johnson, P.A., attorneys for Defendant St. Jude Medical, Inc. I make this Affidavit in support of St. Jude Medical, Inc.'s Motion to Preclude Testimony of Plaintiffs' Pathology Expert Gregory J. Wilson Pursuant to Federal Rule of Evidence 702. I have personal knowledge of the matters set forth in this Affidavit. If called as a witness, I could and would competently testify to these matters.

2. Attached as Exh. 1 is a true and correct copy of the Rule 26 Declaration of Gregory J. Wilson dated 11/17/05. This Declaration attaches a true and correct copy of Dr. Wilson's Curriculum Vitae dated 11/17/05 (hereinafter referred to as Exh. 1(a)). This Declaration also attaches true and correct copies of the prior affidavits and declarations filed by Dr. Wilson in this litigation ["*MDL 1396*"] and in the Canadian certified class action pending in the Ontario Superior Court of Justice, *Andersen v. St. Jude Medical, Inc.*, Court file No. 00-CV-195906CP ["*Andersen*"]:

- February 7, 2002 Affidavit of Gregory J. Wilson filed in *Andersen* (hereinafter referred to as Exh. 1(b);

- June 3, 2002 Affidavit of Gregory J. Wilson filed in *Andersen* (hereinafter referred to as Exh. 1(c);

- February 24, 2003 Affidavit of Gregory J. Wilson filed in *Andersen* (hereinafter referred to as Exh. 1(d);

- April 15, 2003 Affidavit of Gregory J. Wilson filed in *Andersen* (hereinafter referred to as Exh. 1(e);

- May 13, 2003 Declaration of Gregory J. Wilson filed in *MDL 1396* (hereinafter referred to as Exh. 1(f).

3. Attached as Exh. 2 are true and correct copies of excerpts from the Deposition of Gregory J. Wilson taken on 6/21/06 and 6/22/06.

4. Attached as Exh. 3 are true and correct copies of excerpts from the St. Jude Medical® Mechanical Heart Valve SJM® Masters Series with Silzone, Supplement to PMA #P810002.

5. Attached as Exh. 4 are true and correct copies of the St. Jude Medical® Mechanical Heart Valve SJM® Masters Series with Silzone, Supplementary Notice of Compliance (NC), Canadian Health Protection Branch (HPB), 5/23/97, and the St. Jude Medical® Mechanical Heart Valve SJM® Masters Series with Silzone, Design Dossier Supplement, 5/21/97.

6. Attached as Exh. 5 are true and correct copies of the following articles: *Tweden, J.D. Cameron, et al., Biocompatibility of Silver-Modified Polyester for Antimicrobial Protection of Prosthetic Valves,* J. Heart Valve Disease, 6:553-561 (1997); and *K. Tweden, J.D. Cameron, et al., Silver Modification of Polyethylene Terephthalate Textiles for Antimicrobial Protection, ASAIO J.*, 43: M475-M481 (1997).

7. Attached as Exh. 6 are true and correct copies of excerpts from the *Deposition of Dr. Jagdish Butany* taken on 4/26/02.

8. Attached as Exh. 7 are true and correct copies of excerpts from the *Reference Manual On Scientific Evidence*, Federal Judicial Center 2000 (2nd Ed.), pp. 415-418.

9. Attached as Exh. 8 is a true and correct copy of the following article: Gary L. Grunkemeier et al., *Time-Related Risk of the St. Jude Silzone Heart Valve*, 30 European J. Cardio-Thoracic Surgery 20, 26 (2006).

I declare under penalty of perjury of the laws of the United States that the foregoing is true.

Further affiant sayeth not.

DATED: February 14, 2007.

s/ Tracy J. Van Steenburgh
Tracy J. Van Steenburgh

Subscribed and sworn to before me
this 14th day of February, 2007.

s/ Leigh Anne Clark
Notary Public