**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **IN RE ST. JUDE MEDICAL, INC. SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION** | : | **MDL DOCKET NO. 1396** |

**DECLARATION OF GREGORY J. WILSON, M.D.**

I, Gregory J. Wilson, M.D. being of legal age do set down and state the following:

1. I am a medical doctor with specialized training and experience in pathology and, in particular, in the field of cardiovascular pathology. My credentials, honors and publications are set forth in the *curriculum vitae* attached to this declaration [Tab A], which I confirm is current as of this document's date.

2. I have been jointly retained as a consultant and expert witness by the Plaintiffs' Steering Committee of MDL No. 1396 (*In Re St. Jude Medical, Inc. Silzone Heart Valves Product Liability Litigation* ["***MDL 1396***"]) and the class counsel in the Canadian certified class action pending in the Ontario Superior Court of Justice styled *Andersen v. St. Jude Medical, Inc.*, Court file No. 00-CV-195906CP ["***Andersen***"].

3. Attached are true and correct copies of my prior declaration and affidavits filed in *Andersen* and MDL 1396:

   3.1. February 7,2002 Affidavit of Dr. Gregory J. Wilson filed in *Andersen* [Tab B];

   3.2. June 3, 2002 Affidavit of Dr. Gregory J. Wilson in *Andersen* [Tab C];

   3.3. February 24, 2003 Affidavit of Dr. Gregory J. Wilson in *Andersen* [Tab D];

   3.4. April 15, 2003 Affidavit of Dr. Gregory J. Wilson in *Andersen* [Tab E];

   3.5. May 3, 2003 Declaration of Dr Gregory J. Wilson in *MDL 1396* [Tab F];

4. I adopt and reaffirm the forgoing declaration and affidavits and they, together with this declaration, serve as my report setting forth my expert opinions within a reasonable degree of medical and scientific certainty and the basis and reasons therefore regarding St. Jude's Silzone prosthetic products, the injuries and risks associated with same, my opinion that Silzone coating on the valves is a defective product, the need for enhanced medical surveillance required by those people in whom a Silzone product was implanted, and the need for and the nature of a sound, independent and valid epidemiologic study on Silzone patients in order to better safeguard their health and safety . My opinions are further supported and based upon the subsequently published articles of AVERT investigators and those published by Mr. Eric G. Butchart, M.D. and his collaborators, as well as my own review of Silzone pathological specimens, slides, micrographs and photographs. I am also in the process of reviewing additional Silzone explant specimens and I reserve the right to amend, clarify or supplement my opinions based on that review as well as upon any other data or information I subsequently receive, including any analysis of the AVERT dataset recently provided by AVERT's administration.

5. My *curriculum vitae* contains a listing of all the publications I have authored in the last ten years.

6. The compensation I have received from the MDL for the preparation of my declarations and report is approximately $60,000 (USD). I charge $375.00 (USD) per hour for deposition and trial testimony plus my expenses.

7. During the past four (4) years I have testified in the following trials (including preliminary hearings preceding trial) or at the following depositions:

    1. Deposition in *Anderson v. St. Jude Medical, Inc.* on April 30, 2002.
    2. Trial in *Cinda Kennedy et al v. Allan Jackiewicz* in Ontario Supreme Court of Justice.

3. Preliminary Hearing in *Regina v. Rajab and Rajab* in Ontario Superior Court of Justice in 2004. (There was no trial in this case.)

4. Preliminary Hearing (2004) and Trial (2005) in *Regina v. Botineau and Kidman* in Ontario Superior Court of Justice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Dated: November 17, 2005

Gregory J. Wilson
Gregory J. Wilson, M.D.