# CURRICULUM VITAE

**GREGORY JOHN WILSON** Revised November 17, 2005

**Business Address**:
Room 5446, Division of Pathology, Department of Pediatric Laboratory Medicine, The Hospital for Sick Children, 555 University Avenue, Toronto, Ontario M5G 1X8 Telephone: 416-813-5965, Fax: 416-813-7927

**Qualifications**

1969 - B.Sc. Electrical Engineering (honours), University of Manitoba
1972 - M.Sc. Physiology, Oxford University
1975 - M.D. McMaster University, Hamilton, Ontario
Fellow of the Royal College of Physicians and Surgeons of Canada - Anatomic Pathology 1981-present.
Diplomate of the American College of Pathologists - Anatomic Pathology (since 1981).
General Medical Licensure, College of Physicians and Surgeons of Ontario CPSO Registr No. 32370.

**Current Appointments:**

Senior Scientist and Senior Staff Pathologist: The Research Institute, Division of Cardiovascular Research and Division of Pathology, Dept. of Pediatric Laboratory Medicine, The Hospital for Sick Children.
Consultant, Department of Pathology, University Health Network, Toronto General Hospital.
Affiliated Scientist, Division of Cell and Molecular Biology, Toronto General Research Institute, University Health Network.

**1992 - Present: Primary Appointment**: Professor, Department of Laboratory Medicine and Pathobiology University of Toronto

**1992 - Present: Cross Appointments:** Professor, Dept. of Surgery, Dept. of Physiology, Institute of Medical Science, Institute of Biomaterials & Biomedical Engineering(IBBME) Faculty of Applied Science and Engineering, Faculty of Dentistry and Faculty of Medicine, University of Toronto

**Previous Primary Appointments**:

1984 - 1992: Associate Professor, Department of Pathology, University of Toronto
1981 - 1984: Assistant Professor, Department of Pathology, University of Toronto

**Internship and Residency:**

1980 - 1981 Chief Resident, Anatomic Pathology, Toronto General Hospital.
1979 - 1980 Resident, Anatomic Pathology, The Hospital for Sick Children, Toronto.
1977 - 1978 Chief Resident, Anatomic Pathology, Mount Sinai Hospital, Toronto.
1976 - 1977 Assistant Resident, Anatomic Pathology, Toronto General Hospital
1975 - 1976 Straight Internship, Internal Medicine, Toronto General Hospital

**Research Experience – Appointments and Fellowships**

1981-Present Senior Scientist, The Research Institute, The Hospital for Sick Children
1983 - 1986 Director, Cardiovascular Laboratories, Banting Institute, Department of Surgery, University of Toronto.
1980 - 1983 Co-director, Cardiovascular Laboratories, Banting Institute, Department of Surgery, University of Toronto.
1978 - 1979 Research Fellow of the Canadian Heart Foundation, Departments of

| | |
|---|---|
| | Surgery and Pathology, University of Toronto. |
| 1972 - 1980 | Research Associate, Cardiovascular Laboratories, Banting Institute, Department of Surgery, University of Toronto. |
| 1970 - 1972 | Graduate Student (Rhodes Scholar) in Cardiovascular Physiology, Oxford University. |
| 1964 - 1968 | Research Assistant, full-time, summers and part-time during academic year, Departments of Mechanical and Electrical Engineering, University of Manitoba. |

**<u>Honours & Awards / Scholarships</u>**

| | |
|---|---|
| 1999 | Fellow of Biomaterials Science and Engineering (FBSE) awarded by the World Biomaterials Congress, International Union of Societies for Biomaterials Science and Engineering |
| 1990-1999 | Career Investigator Award: Heart and Stroke Foundation of Ontario: |
| 1987-1990 | Research Scholarship: Heart and Stroke Foundation of Ontario. |
| 1981 - 1987 | Senior Research Fellowship, Canadian Heart and Stroke Foundation |
| 1980 | Starr Medal, Faculty of Medicine, University of Toronto. |
| 1979 | Penner Prize, Canadian Association of Pathologists |
| 1978 - 1979 | Research Fellow of the Canadian Heart Foundation, |
| 1978 | Penner Prize*, Canadian Association of Pathologists |
| 1969 | Rhodes Scholarship |

**<u>Research Endeavours</u>**

<u>Myocardial Ischemia/Reperfusion Injury</u>, especially in relation to cardiac and vascular surgery, with a special focus on pediatrics.

<u>Cardiovascular Prosthetic Devices</u>, especially the development and experimental evaluation of design improvements including cardiac pacing systems, heart valve prostheses and synthetic and biological vascular grafts.

**<u>Peer Reviewed Research Grants- Current</u>**

<u>Gregory J. Wilson</u>, Principal Investigator, with Dr. P.H. Backx, co-investigator: Heart and Stroke Foundation of Ontario. "Ischemic preconditioning of the myocardium: role of cell volume regulation" July 1, 2002 to June30, 2006. ($121,801 - July1/05-June30/06).

**Research Grants - Previously Held**

<u>Gregory J. Wilson</u> and DW Courtman: Canadian Institutes for Health Research. "Acellular matrix: tissue engineering approaches for pediatric cardiovascular reconstruction"April 2000–03, $78,937/year, # MOP 38053.

Note: This funding is incorporated into a program grant "Interdisciplinary program in vascular development and disease - CORE, CIHR #MGC-13920 in Dept of Cardiovascular Research with about $44,635 per year/investigator

<u>Gregory J. Wilson</u>: Heart and Stroke Foundation of Ontario (HSFO) with Dr. Peter Backx, # B-3536, Ischemic preconditioning of the myocardium." July /97-June 30 /99, $97,803.00 & $98,302.00 respectively.

<u>Dr. G.J. Wilson</u> & Dr. P. Backx: HSFO # T4179, July/99 - June 30/2002 :"Ischemic preconditioning of the myocardium: role of chloride channels." 99/00 $103,179; 00/01 $105,240 and 01/02 $107,353.

Gregory J. Wilson & Dr. David Courtman: "Thromboresistance of acellular matrix vascular bioprostheses" #NA-3773. July 1/98 to June 30/2000. $63,008 (July/98-June 30/99; $63782 July/99 to June/00).
Gregory J. Wilson and Kim Woodhouse: Materials Manufacturing Ontario. Acellular matrix technology for multiple tissue implant applications. Materials Manufacturing Ontario BM 338 June/98 - May/00 $80,000/yr.
Dr. Gregory Wilson. Ontario Research and Development Challenge Fund (ORDCF): Acellular Matrix Technology Research and Development Program. The Hospital for Sick Children. July /99 to June/00. $210,000
Gregory J. Wilson: Ontario Centre for Materials Research Cooperative Research Award #TB2-261 Chemical processing of acellular matrix vascular grafts for improved biocompatibility. 1994-1997,$17,000/yr.
Dr. Gregory J.Wilson: OHSF Grant # B2452 Heart & Stroke Foundation of Ontario. Acellular Matrix as a Biomaterial for Heart Valve Bioprostheses: July 1/93-June 30/95 ($57,000/year)
Gregory J. Wilson: HSFO: T-2687 "Ischemic preconditioning of the myocardium". July 94-June 30/97 (approx $95,000/yr). OHSF #B2271 July/92-June 30/94. ($96,554; $101,383).
Dr. Gregory J. Wilson: Medical Research Council of Canada (MRC) MRC #6449 "Acellular Matrix Vascular Prostheses: Design Issues". July 1/93-June 30/96 ($88,642/yr). This MRC grant is incorporated into a Program Grant # PG-12351 (Co-ordinator Dr. M. Rabinovitch) Title: "Interdisciplinary program in vascular development and disease". The Hospital for Sick Children. July 1/93 to June 30/96. Wilson GJ, Lee JM: "The use of porous surface structured surgical implants." MRC MT#6449. 1983 - 1989 (89/90 $122,153; 90/92 $154,396; 92-94 $154,538/yr
Wilson GJ: Acellular Matrix as a biomaterial for heart valve bioprostheses. HSFO #B2452. 93/94 $55,219; 94/95 $57,980.
Wilson GJ, Romaschin AD, Coles JG and Benson LN: "Myocardial protection in pediatric cardiac surgery" HSFO #T-1376 (T-528). 1981 – 1991 (88/89 $165,000; 89/90 $171,600; 90/91 $178,464).
Coles JG, Taylor M, Wilson GJ: "Cerebral protection in cardiac surgery." HSFO #AN-017. 1984-1987 (84/85 - $68,703; 85/86 - $68,880; 86/87 - $65,054).
Coles JG, Shore A, Wilson GJ: "Donor specific immunosuppression in pediatric cardiac transplantation" HSFO #AN-625. 1986 - 1991. (88/89 $90,297; 89/90 and 90/91 $86,764).
Superina R, Wilson GJ: "Class one MHC antigen induces suppression of rejection" HSFO #AN1538. 1989-91. 89/90 and 90/91 $48,541/year).

**Patents Awarded**
United States Patent. Klement P, Wilson GJ and Yeger H: "Process for preparing biological mammalian implants" Patent # 4,776,853, Dated October 11, 1988.
Canadian Patent: # 1261290 dated Sept 26, 1989: Process for preparing biological mammalian implants.

**Professional Affiliations**
American Society for Investigative Pathology; International Academy of Pathology (North American Section)
United States and Canadian Academy of Pathology;International Society for Heart Research (North American Section)
Canadian Biomaterials Society; Canadian and Ontario Medical Associations;Canadian Cardiovascular Society

**Committee Memberships**

**Provincial/National:**

1997 - 1999: Internal Reviewer, Senior Personnel Committee, Heart and Stroke Foundation of Canada

1983 - 1988: Scientific Officer, Cardiovascular Surgery/Stroke/Pulmonary Committee (National Grants Review) Canadian Heart Foundation

1982 - 1985: Medical Committee (Grant Review), Ontario Heart and Stroke Foundation

**Hospital and University:**

2001 - Present Member of Animal Care Committee, The Hospital for Sick Children
2001 - Present Member of Animal Facility Management Committee, The Hospital for Sick Children
1999- Present: Chairman of the Hospital for Sick Children Morbidity and Mortality Committee
1981 - Present - External Referee - Medical Research Council of Canada (CIHR)
1981 - Present - External Referee - Heart & Stroke Foundation of Ontario
1991 - Present - Peer Reviewer for manuscripts submitted to Cardiovascular Research, American Journal of Pathology, Journal of Vascular Surgery, Circulation, Journal of Cellular and Molecular Cardiology.
1996 - 1998 Conflict of Interest and Technology Transfer Committees, The Hospital for Sick Children
1985 - 1987: Chairman, Animal Care Committee, Toronto General Hospital
1984 - 1986: Chairman, Animal Services Committee, Faculty of Medicine, University of Toronto

**Teaching and Administrative Responsibilities, University of Toronto and Affiliated Teaching Hospitals**

Supervision of graduate students as primary supervisor or co-supervisor and serving on various graduate student committees at University of Toronto as well as supervising post-doctoral fellows.
Supervising two or more summer students annually.

**Theses Supervised, University of Toronto**

Primary Supervisor (or Co-Supervisor) Details from 1998-2005

Career total: 2 Ph.D and 10 M.Sc.

1. Azadeh Boloorchi, M.Sc. Ischemic preconditioning of the myocardium, cell volume regulators. Department of Laboratory Medicine and Pathobiology. September/04 – June/06.
2. Hin-Yee (Elsa) Liu – M.Sc. Immunological responses in rat tissue. Laboratory Medicine and Pathobiology. Co-Supervisor, Dr. David Courtman Jan 2001-2004
3. Michelle Batthish: Ischemic Preconditioning of the myocardium. M.Sc. Department of Physiology. Sept/99 -June 01.
4. Meredith Ford: Ischemic preconditioning of the myocardium. M.Sc. thesis. Dept. Physiology. Sept 1996 - June 1998.

**PUBLISHED PAPERS**

**Note: P research arising primarily from my own laboratories**

**S or C research on which my role was secondary or collaborative**

1 MacGregor DC, Wilson GJ, Holness ED, Lixfield W, Yasui H, Tanaka S, Silver MD and Gunstensen J: Intramyocardial carbon dioxide tension… J Thorac Cardiovasc Surg 68: 101-107, 1974. P

2 Wilson GJ and Bergel DH: Continuous measurement of left ventricular volume using a single dimensional transducer… Cardiovasc Res 9: 327-335, 1975. **P**

3 MacGregor DC, Wilson GJ, Tanaka S, Holness DE, Lixfield W, Silver MD, Rubis LJ, Goldstein W and Gunstensen J: Ischemic contracture of the left ventricle. J Thorac Cardiovasc Surg 70: 945-954, 1975. **P**

4 Wilson GJ, Goldstein W and MacGregor DC: The metabolic response of the heart to ischemic arrest in cardiovascular surgery. Microcirculation Vol 1, 316-317, Plenum Press, 1976. **P**

5 Wilson GJ, Hill TJ, Goldstein W and MacGregor DC: Induced ischemic arrest of the heart. J Extracorporeal Tech 8(1): 20-29, 1976. **P**

6 MacGregor DC, Pilliar RM, Wilson GJ, Goldstein W, Rubis LJ, Blackwell R, Lixfeld W, Scully HE and Silver MD: Porous metal surfaces. A radical new concept in prosthetic heart valve design. Trans Amer Soc Artif Internal Organs 22: 646-653, 1976. **P**

7 Wilson GJ and MacGregor DC: The measurement of myocardial gas tensions by mass spectrometry. J Crit Care Med 4: 248-252, 1976. **P**

8 Silver MD, Wilson GJ, Lixfeld W, Trimble AS and MacGregor DC: Aorto-coronary bypass graft in dogs. Pathology 8: 343-351, 1976. **P**

9 Silver MD, and Wilson GJ: The pathology of wear in the Beall model 104 heart valve prosthesis. Circulation 56: 617-622, 1977. **P**

10 MacGregor DC, Covvey HD, Wilson GJ, Schwartz L, Scully HE and Wigle ED: Computer-assisted Reporting System for the Follow-up of Patients with Prosthetic Heart Valves: Am J Cardiol 42: 444-452, 1978. **S**

11 MacGregor DC, Wilson GJ, Lixfeld W, Pilliar RM, Bobyn JD, Silver MD, Smardon S and Miller SL: The porous surfaced electrode: A new concept in pacemaker lead design. J Thorac Cardiovasc Surg. 78: 281-291, 1979. **P**

12 Walters FJM, Wilson GJ, Steward DJ, Domenech RJ and MacGregor DC: Intramyocardial pH as an index of myocardial metabolism during cardiac surgery. J Thorac Cardiovasc Surg. 78: 319-330, 1979. **P**

13 Wilson GJ, MacGregor DC, Bobyn JD, Lixfeld W, Pilliar RM, Miller SL and Silver MD: Tissue response to porous surfaced electrodes: Basis for a new atrial lead design. Meere C, (ed). Cardiac Pacing, Proceedings of the VIth World Symposium on Cardiac Pacing, Montreal, Quebec, October 2-5, 1979. Chap. 29-12. P

14 MacGregor DC, Wilson GJ, Dutcher RD, O'Neill EG, Lixfeld W, Busch RH and Scholmeyer MP: A positive fixation endocardial pacemaker lead using an extendable/retractable helix. Meere C (ed): Cardiac Pacing, Proceedings of the VIth World Symposium on Cardiac Pacing, Montreal,Quebec,Oct 2-5,1979,Chap 29-14 **P**

15 MacGregor DC, Wilson GJ, Scully HE, Lixfeld W, Bobyn JD, Pilliar RM and Silver MD: Improved thromboresistance of mechanical heart valves achieved by endothelialization of porous metal surfaces. Surgical Forum 30: 239-241, 1979. **P**

16 Lee BY, Wilson GJ, Domenech RJ and MacGregor DC: Relative roles of edema versus contracture in the myocardial post-ischemic "no-reflow" phenomenon. J Surg Res 29:50-61, 1980. **P**

17 Wilson GJ, Robertson JM, Walter FJM, Steward DJ and MacGregor DC: Intramyocardial pH during elective arrest of the heart: Relative effects of hypothermia versus potassium cardioplegia on anaerobic metabolism. Annals Thorac Surg 30: 472-481, 1980. **P**

18 MacGregor DC, Covvey HD, Nobel EJ, Smardon SD, Wilson GJ, Goldman BS and Wigle ED: Computer-assisted reporting system for the follow-up of patients with cardiac pacemakers. Pacing and Clinical Electrophysiology 3: 568-584, 1980. **S**

19 Heineman FW, MacGregor DC, Wilson GJ and Ninomiya J: Regional and transmural temperature distribution in cold chemical cardioplegia. J Thorac Cardiovasc Surg 81: 851-859, 1981. **P**

20 Schaffer MS, Zuberbuhler P, Wilson GJ and Rose V: Catecholamine cardiomyopathy: An unusual presentation of pheochromocytoma in children. J Pediatrics 99: 276-279, 1981. S

21 Bobyn JD, Wilson GJ, Mycyck TR, Klement P, Tait GA, Pilliar RM, MacGregor DC: Comparison of a porous-surfaced with a totally porous ventricular endocardial pacing electrode, Pacing and Clinical Electrophysiology 4: 405-416, 1981. **P**

22 Bobyn JD, Mycyck TR, Wilson GJ, Klement P, MacGregor DC: Improved electrophysiological performance using porous-surfaced electrodes for ventricular endocardial cardiac pacing. Ferugilo GA, (ed.): Cardiac Pacing, Electrophysiology, and Pacemaker Technology; Proceedings of the 2nd European Symposium on Cardiac Pacing, Florence, Italy, May 4-6, 1981. Padova: Piccin Medical Books; 1137-1143, 1981. **P**

23 Coles JG, Wilson GJ, Tait GA, Klement P, Coles JC, Weisel RD, Baird RJ: Cardioplegia for severe coronary artery disease: An improved technique using direct coronary artery infusion. Ann Thorac Surg 33:234-237,1982.**P**

24 Tait GA, Booker PD, Wilson GJ, Coles JG, Steward DJ and MacGregor DC: Effect of multidose cardioplegia and cardioplegic solution buffering on myocardial tissue acidosis. J Thorac Cardiovasc Surg 83: 824-829, 1982. **P**

25 Rose V, Steiner G, Wilson GJ: Familial hypercholesterolemia - report of coronary death at age 3 in a homozygous child and parental diagnosis in a heterozygous sibling. J Pediatrics 100: 757-759,1982. S

26 Coles JG, Wilson GJ, Sima AAF, Klement P and Tait GA: Intraoperative detection of spinal cord ischemia using somatosensory cortical evoked potentials (SCEP) during thoracic aortic occlusion. Ann Thorac Surg. 33: 234-237, 1982. **P**

27 Tait GA, Young RG, Wilson GJ, Steward DJ, MacGregor DC: Myocardial pH during regional ischemia: Evaluation of a fiberoptic photometric probe. Amer J Physiol 243: H1027-H1031, 1982. **P**

28 Bobyn JD, Wilson GJ, MacGregor DC, Pilliar RM, Weatherly GC: Effect of pore size on the peel strength of attachment to porous-surfaced implants. J Biomed Mater Res 16: 571-584, 1982. **P**

29 Silver MD, Wilson GJ: The pathology of cardiovascular prostheses. Chapter 35, pp 1225-1296. In Cardiovascular Pathology, Silver MD (ed). Churchill Livingstone, 1983. S

30 Wilson GJ: The pathology of cardiac pacing, Chapter 36, pp 1297-1328. In Cardiovascular Pathology, Silver MD (ed). Churchill Livingstone, 1983. **P**

31 Coles JG, Wilson GJ, Sima AAF, Klement P, Tait GA, Williams WG and Baird RJ: Intraoperative management of thoracic aortic aneurysm: Experimental evaluation of perfusion cooling of the spinal cord. J Thorac Cardiovasc Surg 83: 824-829, 1983. **P**

32 Leidner J, MacGregor DC, Wilson GJ, Wong E: A novel process for the manufacturing of porous grafts: Process description and product evaluation. J Biomed Mater Res 17: 229-247, 1983. **P**

33 Freedom RM, Wilson GJ, Trusler GA, Williams WG, Rowe RD: Pulmonary atresia and intact ventricular septum: A review of the anatomy, myocardium and factors influencing right ventricular growth and guidelines for surgical intervention. Scand J Thorac Cardiovasc Surg. 17: 1-28, 1983. S

34 Wilson GJ, MacGregor DC, Klement P, Lee JM, Wong E, Leidner J: Anisotropic polyurethane non-woven conduits: A new approach to the design of a vascular prosthesis. Proc Am Soc Artif Intern Organs. 29: 260-268, 1983. **P**

35 MacGregor DC, Wilson GJ, Klement P and Pilliar RM: Improved electrophysiological performance using porous-surfaced electrodes for atrial epicardial pacing. Steinback K, Glogar D, Laszkovics A, Scheibelhofer W and Weber H (eds): Cardiac Pacing, Proceedings of the VII World Symposium on Cardiac Pacing, Vienna, Austria, May 1-5, 1983. Steinkopff, Publishers; 345-352, 1983. **P**

36 Feindel CM, Tait GA, Wilson GJ, Klement P, MacGregor DC: Multidose blood versus crystalloid cardioplegia: Comparison by quantitative assessment of irreversible myocardial injury. J Thorac Cardiovasc Surg 87: 585-595, 1984. **P**

37 Prickaerts JP, Wilson GJ, Bayliss CE, Baffour R: Influence of fixative osmolality on the morphometric determination of extracellular space in normal and reperfused myocardium. J Micorscopy 135: 169-179, 1984. **P**

38 LeBlanc J, Arbus R, Williams WG, Moes CAF, Wilson GJ, Freedom RM, Trusler GA: Serous fluid leakage: A complication following modified Blalock-Taussig shunt. J Thorac Cardiovasc Surg 88: 259-262, 1984. **S**

39 Rowe RD, Rose V, Heilbut M, Wilson GJ: Kawasaki disease: An important cardiac disorder in children. Clinical Pediatrics, Vol 1. Common Pediatric Disorders: Metabolism, Heart Disease, and Trauma. Lifshitz F (ed), pp 143-159, Marcel Dekker, 1984. **S**

40 Rowe RD, Schuh S, Wilson GJ, Cook D, Rose V: Dilated and hypertrophic forms of cardiomyopathy in children. Clinical Pediatrics, Vol 1. Common Pediatric Disorders: Metabolism, Heart Disease and Trauma. Lifshitz F (ed), pp 161-187, Marcel Dekker, 1984. **S**

41 Miller SL, MacGregor DC, Margules GS, Bobyn JD and Wilson GJ: Theoretical Justification for Size Reduction of Porous-surfaced Electrodes. Aubert A and Ector H, (eds): Pacemaker Leads. Amsterdam: Elsevier Science Publishers: 57-62, 1985. **P**

42 Miller SL, MacGregor DC, Klement P, van Werven M and Wilson JG: Performance of a platinium-iridium porous-surfaced electrode. Aubert A and Ector H (eds) Pacemaker Leads. Amsterdam: Elsevier Science Publishers: 337-342, 1985. **P**

43 Wilson GJ, MacGregor DC, Klement P, Saulson SH and Pilliar RM: Porous metal surface coating for improved soft tissue fixation of pacemaker pulse generators. Auber A and Ector H (eds). Pacemaker Leads Amsterdam: Elsevier Science Publishers: 309-316, 1985. **P**

44 Klement P, del Nido PJ, Wilson GJ: The use of cardiac pacemakers in veterinary practice. Compendium on Continuing Education for the Practicing Veterinarian 6: 893-902, 1985. **P**

45 del Nido PJ, Wilson GJ, Mickle DAG, Klement P, Tait GA: The role of cardioplegic buffering in myocardial protection: A biochemical and histopathological assessment. J Thorac Cardiovasc Surg. 89: 689-699, 1985. **P**

46 Canny GJ, Arbus GS, Wilson GJ, Newth CJ: Fatal pulmonary hypertension following renal transplantation. Br. J. Dis. Chest. 79(2): 191-195, 1985. **S**

47 del Nido PJ, Williams WG, Wilson GJ, Coles JG, Moes CAF, Hosokawa Y, McLaughlin PR, Fowler RS, Izukawa T, Rowe RD, Trusler GA: Synthetic patch angioplasty for repair of coarctation of the aorta: experience with aneurysm formation. Circulation 74: (Suppl I) I-32 - I-36, 1986. **P**

48 Harris K, Walker PM, Mickle DAG, Harding R, Gatley R, Wilson G, Van denberge H, Romaschin AD: Metabolic response and reoxygenation injury of reversibly and irreversibly ischemic skeletal muscle. Amer J Physiol (250,2 Pt.2) (Heart Circ Physiol 191): H213-H220, 1986. **S**

49 Mickle DAG, del Nido PJ, Wilson GJ, Harding RD, Romaschin AD: Exogenous substrate preference of the post-ischemic myocardium. Cardiovasc Res. 20: 250-263, 1986. **P**

50 Mickleborough LL, Wilson GJ, Weisel RD, Mackay CA, Seawright SJ, Ivanov J, Taqaki S, Akaqawa H, Houle S, McLaughlin PR, Baird RJ: Endocardial excision versus encircling endocardial ventriculotomy: a comparison of effects on ventricular structure and function. J Thorac Cardiovasc Surg 91: 779-787, 1986. **S**

51 Mickleborough LL, Wilson GJ, Rebeyka I and Gray G: Improved results with left ventricular assist versus intra-aortic balloon counterpulsation during early reperfusion after global myocardial ischemia. Surgical Forum, pp 208-210, 1986. **S**

52 Wilson GJ, Klement P and MacGregor DC: A comparison of the Dardik biograft with a reinforced ovine collagen tube vascular graft: Preliminary findings. Proceedings of the International Congress of Angiology, Athens, Greece, June 9-14. Edizioni Minerva Medica-Corse Bramante, Turin pp. 413-416, 1986. **P**

53 Friedell ML, Parsonnet V, MacGregor DC, Wilson GJ, Villaneuve A and Klement P: Initial experience with polyester mesh-reinforced ovine fibrocollagenous tubes as arterial xenografts in dogs. Proceedings of the International Congress of Angiology, Athens, Greece. June 9-14, Edizioni Minerva Medica-Corse Bramante, Turin pp. 607-610, 1986. **S**

54 Wilson GJ, MacGregor DC, Feitler DA, Klement P, Tillery BC and Miller SL: A comparison of macroporous and microporous pacing electrodes. Proceedings of IEEE Engineering in Medicine and Biology Society 8th Annual Conference: Frontiers of Engineering and Computing in Health Care. Vol 1. pp 20-22, 1986. **P**

55 Lee JM, Wilson GJ: Anisotropic tensile viscoelastic properties of vascular graft materials tested at low strain rates. Biomaterials 7:423-431, 1986. **P**

56 Nahon D, Lee JM, Wilson GJ: A two-dimensional incremental analysis of the static mechanical properties of vascular grafts. Clinical Materials 1:177-197, 1986. **P**

57 Benson LN, Freedom RM, Wilson GJ, Halliday WC: Cerebral complications following balloon angioplasty of coarctation of the aorta. Cardiovasc and Interventional Radiol. 9:184-196, 1986. **S**

58 Miller SL, Krug R, Wesner W, Klement P, Wilson GJ, Feitler DA, Tillery BC and MacGregor DC: Carbon: The ideal material for cardiac pacing electrodes? Proceedings of the IEEE Engineering in Medicine and Biology Society 8th Annual Conference: "Frontiers of Engineering and Computing in Health Care - 1986" **S**

59 Kim MS, Wilson GJ, Holland FJ, Kovacs K: ACTH-producing microadenoma of the pituitary in a young female infant with Cushing's disease: report of a case including immunocytologic and ultrastructural studies. Pediatr Pathol 6(2-3): 151-159, 1986. **S**

60 Rebeyka IM, Coles JG, Wilson GJ, Watanabe T, Taylor MJ, Adler SF, Mickle DAG, Romaschin AD, Burrows FA, Williams WG, Trusler GA: The effect of low-flow cardiopulmonary bypass on cerebral function: An experimental and clinical study. Ann Thorac Surg 43:391-396, 1987. **P**

61 Mickleborough LL, Rebeyka IM, Wilson GJ, Gray G, Desrosiers A: A comparison of left ventricular assist and intra-aortic balloon counterpulsation during early reperfusion after ischemic arrest of the heart. J Thorac Cardiovasc Surg 93:597-608, 1987. **S**

62 Romaschin AD, Rebeyka I, Wilson GJ, Mickle DAG: Conjugated dienes in ischemic and reperfused myocardium: an in vivo chemical signature of oxygen free radical mediated injury. J Molec Cell Cardiol 19:289-302, 1987. **S**

63 Klement P, del Nido PJ, Mickleborough L, MacKay C, Klement G and Wilson GJ: Technique and postoperative management for successful cardiopulmonary bypass and open heart surgery in dogs. J Amer Vet Med Assoc 190:869-874, 1987. **P**

64 Klement P, Feindel CM, Scully HE, Mesher E, Klement G, del Nido P and Wilson GJ: Mitral valve replacement in Dogs: Surgical Technique and postoperative management. J Vet Surg 16:231-237, 1987. **P**

65 del Nido PJ, Mickle DAG, Wilson GJ, Benson LN, Coles JG, Trusler GA, Williams WG: Evidence of myocardial free radical injury during elective repair of tetralogy of Fallot. Circulation 76 (Suppl. V), V 174 - V 179, 1987. **S**

66 del Nido PJ, Benson LN, Mickle DAG, Kielmanowicz S, Coles JG, Wilson GJ: Impaired left ventricular post-ischemic function and metabolism in chronic right ventricular hypertrophy. Circulation (Suppl. V), V 168 - V 173, 1987. **P**

67 Smallhorn JF, Burrows P, Wilson GJ, Coles JG, Gilday DL, and Freedom RM: Two-dimensional and pulsed doppler echocardiography in the post-operative evaluation of total anomalous pulmonary venous connection. Circulation 76(2):289-305, 1987. **S**

68 Coles JG, Watanabe T, Wilson GJ, Benson LN, Kent GM, Mickle DAG, Romaschin AD, Villamater J, Uje H, Williams WG, and Trusler GA: Age-related differences in the response to myocardial ischemic stress. J Thorac and Cardiovasc Surg 94:526-534, 1987. **P**

69 Teoh K, Christakis GT, Weisel RD, Madonik MM, Ivanov J, Warbick-Cerone A, Johnston LG, Cawthorn RH, Mullen JC, Glynn MFX, Wilson GJ and Salerno TA: Dipyridamole reduced myocardial platelet and leukocyte deposition following ischemia and cardioplegia: J Surg Res 42:642-652, 1987. S

70 Rowe RD, Rose V, Wilson GJ, Lightfoot N: Kawasaki disease: a measles cover-up? (letter) Can Med Assoc J 136(11): 1146, 1987. S

71 del Nido PJ, Mickle DAG, Wilson GJ, Benson LN, Weisel RD, Coles JG, Trusler GA, Williams WG: Inadequate myocardial protection with cold cardioplegic arrest during repair of Tetralogy of Fallot. J Thorac & Cardiovasc Surg. 95(2): 223-229, 1988. **P**

72 Labbe R, Lindsay T, Gatley R, Romaschin A, Mickle D, Wilson GJ, Houle S, Walker P: Quantitation of post-ischemic skeletal muscle necrosis: Histochemical and radioisotope techniques. J Surg Res 44:45-53, 1988. S

73 Dasmahapatra HK, Coles GJ, Wilson GJ, Sherret H, Adler S, Williams WG, Trusler GA: Relationship between cerebral spinal fluid dynamics and reversible spinal cord ischemia during experimental thoracic aortic occlusion. J Thorac Cardiovasc Surg 95:920-923, 1988. S

74 Dasmahapatra HK, Wilson GJ, David SL, Kielmanowicz S, Kent G, Gokhale SN, Coreczynski R, Shore A, Coles JG: A new technique of experimental heterotopic cardiac transplantation. Cardiovasc Res.22 (4): 296-299, 1988. S

75 Axford-Gatley RA, and Wilson GJ: The "border zone" in myocardial infarction: An ultrastructural study in the dog using an electron-dense blood flow marker Amer J. Path. 131(3):452-464, 1988. **P**

76 Bjork VO, Wilson GJ, Sternlieb JJ and Kaminsky DB: The porous metal-surfaced heart valve, long-term study without long-term anticoagulation in mitral position in goats. J Thorac and Cardiovasc Surg. 95:1067-1082,1988. **P**

77 Koike K, Hesslein PS, Dasmahapatra HK, Wilson GJ, et al: Telemetric detection of cardiac allograft rejection. Circ. suppl I 78:I-106-I-112, 1988. S

78 Wilson GJ, Rebeyka IM, Coles JG, et al: Loss of somatosensory evoked response as an indicator of reversible cerebral ischemia during hypothermic, low-flow cardiopulmonary bypass Ann Thorac Surg 45:206-209, 1988. **P**

79 Ino T, Sherwood WG, Benson LN, Wilson GJ, Freedom RM, Rowe RD: Cardiac manifestations in disorders of fat and carnitine metabolism in infancy. J Am. Coll. Cardiol. 11(6) 1301-1308, 1988. S

80 Weygang ML, Lee JM, Wilson GJ, et al: Static mechanical properties of helically constructed polyurethane vascular grafts before and after implantation. Mat Res Soc Symp Proc. vol 110: 63-69, 1989. **P**

81 Mickleborough LL, Ovil Y, Wilson GJ, et al: A simplified concept for a bileaflet atrioventricular valve that maintains annular-papillary muscle continuity. J Cardiac Surg. 4:58-68, 1989. S

82 Mickleborough LL, Wilson GJ, Harris L, Tashiro T, Parson I, Gray G: Balloon electric shock ablation. J Thorac Cardiovasc Surg. 97:135-146, 1989. S

83 Rebeyka IM, Wilson GJ, et al: Asanguinous reperfusion in a canine model of cardiopulmonary bypass and controlled post-ischemic work. Ann Thorac Surg. 48:397-403, 1989. **P**

84 Wilson GJ, Freedom RM, Koike K, Perrin D: The coronary arteries: anatomy and histology. In: Pulmonary Atresia with Intact Ventricular Septum (Freedom RM, ed). Futura, Mt. Kisco, N.Y., 1989. pp 75-88. **P**

85 Freedom RM, Wilson GJ: Endomyocardial abnormalities. In: Pulmonary Atresia with Intact Ventricular Septum (Freedom RM, ed). Futura, Mt. Kisco, N.Y., 1989: pp 89-100. S

86 Koike K, Perrin D, Wilson GJ, Freedom RM: Myocardial ischemia and coronary arterial involvement in newborn babies less than one week old with pulmonary atresia and intact ventricular septum. In: Pulmonary Atresia with Intact Ventricular Septum (Freedom RM, ed). Futura, Mt. Kisco, N.Y., 1989: pp 101-108. S

87 Wilson GJ, Axford-Gatley RA, Bush BG, et al: European versus North American Cardioplegia: comparison of Bretschneider's and Roe's cardioplegic solutions in a canine model of cardiopulmonary bypass. The Thoracic & Cardiovascular Surgeon 38:10-14, 1990. **P**

88 Rebeyka IM, Axford-Gatley RA, Bush BC, del Nido PJ, Mickle DAG, Romaschin AD and Wilson GJ: Calcium paradox in an in vivo model of multidose cardioplegia and moderate hypothermia: Prevention with diltiazem or trace calcium levels. J Thorac Cardiovasc Surg: 99:475-483, 1990. **P**

89 Teoh KH, Mickle DAG, Weisel RD, Madonik M, Ivanov J, Harding RD, Romaschin AD, Wilson GJ and Mullen JC: The effect of lactate infusion on myocardial metabolism and ventricular function following ischemia and cardioplegia. Can J Cardiol 6(1): 38-46, 1990. **S**

90 Romaschin A, Wilson GJ, Thomas U, Tumiati L, Feitler DA and Mickle DAG: Subcellular distribution of phospholipid peroxidation products in reversibly ischemic and reperfused canine myocardium: Am J Physiol. 259: H116-H123, 1990. **P**

91 Burrows P.E. Freedom R.M., Benson L.N., Moes C.A.F. Wilson G, Koike K, Williams W.G.: Coronary angiography of pulmonary atresia, hypoplastic ventriculo-coronary communications. Am J Roetgen. 154:789-795, 1990. **S**

92 Caspi J, Herman SL, Coles JG, Benson LN, Radde I, Augustine J, Hamilton F, Castellarin S, Kumar R, Wilson GJ: Effects of low perfusate $Ca^{2+}$ concentration on newborn myocardial function after ischemia. Circulation Suppl. IV, Vol. 82 (5) IV-371-379, 1990. **P**

93 Caspi J, Herman SL, Wilson GJ, et al: Neonatal autoperfused working heart-lung preparation: assessment of factors determining survival. J Heart Transplantation. 9(4):435-440, 1990. **S**

94 Axford-Gatley RA, Wilson GJ, and Feindel CM: Comparison of blood-based and asanguineous cardioplegic solutions administered at 4°C: an ultrastructural morphometric study in the dog. J Thoracic Cardiovasc Surg 100:400-409, 1990. **P**

95 Wilson G, Yeger H, Klement P, Lee M, Courtman D: Acellular matrix allograft small caliber vascular prostheses. ASAIO Transactions 36 (3) M340-M343, 1990. **P**

96 Drasler WJ, Wilson GJ, Jenson ML, Klement P, George SA, Protonotarios EI, Dutcher RG, Possis ZC: Venturi grafts for hemodialysis access. ASAIO Transactions, 36(3) M753-M757, 1990. **S**

97 Caspi J, Coles JG, Rabinovitch MR, Cohen D, Trusler GA, Williams WG, Wilson GJ, Freedom RM. Morphological findings contributing to a failed Fontan procedure 12 year experience. Circulation Suppl.IV Vol. 82 (5) IV-177-182, 1990. **S**

98 Axford-Gatley RA and Wilson GJ: Reduction of experimental myocardial infarct size by oral administration of Vitamin E. Cardiovascular Research 25:89-92,1991. **P**

99 Caspi J, Coles JG, Benson LN, Herman SL, Diaz RJ, Augustine J, Brezina A, Kolin A, Wilson GJ: Age-related response to epinephrine induced myocardial stress: A functional and ultrastructural study. Circ. Suppl.III 84(5): 394-399, Nov, 1991. **P**

100 Drasler WJ, Jenson ML, Wilson GJ, Thielen JM, Protonotarios EI, Dutcher RG, Possis ZC: A rheolytic system for percutaneous coronary and peripheral plaque removal. Angiology 42(2):90-98, 1991. **S**

101 Chan KY, Iwahara M, Benson L, Wilson G, Freedom RM: Immunosuppressive therapy in the management of acute myocarditis in children. J Am Coll Cardiol 17(2): 458-460, 1991. **S**

102 Tsao PW, Diaz RJ, Radde IC, Wong PY, Martell MF, Augustine JM, Wilson GJ, Coles JG: Age-related differences in the effects of cyclosporine on lymphocyte intracellular free calcium. Transplantation 52(2):345-349, Aug. 1991. **S**

103 Wilson GJ, MacGregor DC, Klement P, et al: The composite Corethane/Dacron vascular prosthesis. ASAIO Transactions 37(3): M475-M476, July-Sept. 1991. **P**

104 McKeown NB, Chang G, Niven J, Romaschin AD, Wilson GJ, et al: Facilitation of endothelial cell growth on hydroxylated ePTFE vascular grafts. ASAIO Transactions 37(3): M477-M478, July-Sept. 1991. **S**

105 Wilson GJ: The Pathology of Cardiac Pacing. In: Cardiovascular Pathology, Second Edition (Silver MD, ed). Churchill Livingstone, New York, 1991: Vol. 2 pp 1429-1464 (Chapter 38). **P**

106 Silver MD, Wilson GJ: Pathology of mechanical heart valve prostheses and vascular grafts made of artificial materials. In: Cardiovascular Pathology, Second Edition (Silver MD, ed). Churchill Livingstone, New York, 1991: Vol. 2 pp 1487-1545 (Chapter 40). **S**

107 Feindel CM, Cruz J, Sandhu R, Wilson GJ: The effectiveness of various modes of nonsynchronized retrovenous perfusion in salvage of ischemic myocardium in the pig. Can J. Cardiol 7(8):357-365, Oct 1991. **P**

108 Akagi T, Benson LN, Lightfoot NE, Chin K, Wilson G, Freedom RM: Natural history of dilated cardiomyopathy in children. Am Heart J 121(5):1502-1506, May 1991. **S**

109 Drasler WJ, Jenson ML, Wilson GJ: Rheolytic catheter for percutaneous removal of thrombus. Radiology 182:263-267, Jan. 1992. **S**

110 Klement P, Borm A, Hirsh J, Maraganore J, Wilson G, Weitz J: The effect of thrombin inhibitors on tissue plasminogen activator induced thrombolysis in a rat model: Thrombosis & Hemostasis 68(1):64-68, 1992. **S**

111 Ropchan GV, Feindel CM, Wilson GJ, Boylen P, and Sandhu R: Salvage of ischemic myocardium by non-synchronized coronary retroperfusion in the pig. J of Thorac & Cardiovasc Surg. 104:619-625, Sept. 1992. **S**

112 See YP, Weisel RD, Mickle DAG, Teoh KH, Wilson GJ, et al: Prolonged hypothermic cardiac storage for transplantation: the effects on myocardial metabolism and mitochondrial function. Journal of Thoracic & Cardiovascular Surgery, 104:817-824, Sept. 1992. **S**

113 Mickleborough LL, Wilson GJ, et al: Surgical treatment of ventricular tachycardia - balloon electric shock ablation: Potential effects on the mitral valve apparatus. J Thorac Cardiovasc. Surg. 103:629-637, April, 1992. **S**

114 Coles JG, Romaschin AD, Wilson GJ, Mickle DAG, et al: Oxygen free radical-mediated lipid peroxidation injury in acute cardiac allograft rejection. Transplantation 54(1):175-178, July, 1992. **S**

115 Pereira CA, Courtman DW, Langdon S, Lee JM, Wilson GJ: The effect of cell extraction or cryopreservation on the mechanical properties of porcine aortic valve leaflets. Proceedings of Canadian Medical and Biological Engineering Society Conference, pp. 86-87. Toronto June, 1992. **P**

116 Feindel CM, Sandhu R, Cruz J, Wilson GJ: The effect of delay in retroperfusion therapy on infarct size reduction. Annals of Thoracic Surgery 54:1120-1125, Dec. 1992. **S**

117 Tsao P, Wong PY, Radde IC, Young DS, Bryson S, Caspi J, Diaz RJ, Martell MF, Augustine JM, Wilson GJ, Coles JG: Pharmacodynamics and pharmacokinetics of cyclosporine A in the newborn. Developmental Pharmacology and Therapeutics. 18(2): 20-25, 1992. **S**

118 Courtman DW, Lee JM, Yeger H, Wilson GJ: The acellular matrix vascular prosthesis: investigation of its potential as a xenograft for clinical application. Biomaterial Tissue Interfaces. Advances in Biomaterials #10. pp. 241-246. 1992. Proceedings of 9th European Conference on Biomaterials, Chester UK, Sept/91. (Eds. Doherty PJ et al.) Elsevier Science Publishers, Netherlands. **P**

119 Coles J, Tsao P, Wilson G, Mills G. Tyrosine kinase-dependent lymphocyte signaling during allograft rejection. Transplantation Proceedings 25(1):877, Feb. 1993. **S**

120 Caspi J, Coles JG, Benson LN, Herman SL, Augustine J, Tsao P, Brezina A, Kolin A and Wilson GJ: Effects of high plasma epinephrine and $Ca^{2+}$ concentrations on newborn myocardial function following ischemia. J Thoracic & Cardiovasc.Surg. 105(1):59-67, Jan 1993. **P**

121 Axford-Gatley RA, Wilson GJ: Myocardial infarct size reduction by single high dose or repeated low dose vitamin E supplementation in rabbits. Can J Cardiol. 9(1):94-98, Jan-Feb 1993. **P**

122 Tsao PW, Mills GB, Diaz RJ, Radde IC, Martell MF, Augustine JM, Parkinson D, Waddell J, Wilson GL, Coles JG: Identification of a subpopulation of reactive large granular mononuclear cells in allogenic heart transplantation J Heart Lung Transplant 12(2):230-238, Mar-Apr, 1993. S

123 Caspi J, Coles JG, Benson LN, Herman SL, Diaz RJ, Augustine J, Brezina A, Wilson GJ: The protective effect of magnesium on acute catecholamine toxicity in the neonate. J Thorac and Cardiovascular Surgery 105(3):525-531, March 1993. **P**

124 Drasler WJ, Wilson GJ, Stenoien MD, Jenson ML, George SA, Dutcher RG, Possis ZC: A spun elastomeric graft for dialysis access. ASAIO Journal39(2): 114-119, April-June 1993. S

125 Sandhu R, Diaz R, Wilson GJ: A comparison of ischemic preconditioning in blood perfused and buffer perfused isolated heart models. Cardiovascular Research 27(4) 602-607, April 1993. **P**

126 Wilson GJ, MacGregor DC, Klement P, Weber BA, Binnington AG, Pinchuk L: The compliant Corethane/Dacron composite vascular prosthesis: comparison with 4 mm ePTFE grafts in a canine model. ASAIO Journal Vol 39(3): M526-M531, July-Sept, 1993. **P**

127 Tsao PW, Mills GB, Diaz RJ, Radde IC, Martell MF, Augustine JM, Parkinson D, Waddell J, Wilson GJ, Coles JG: Identification of a subpopulation of reactive large granular mononuclear cells in allogeneic heart transplantation. J Heart Lung Transplant 12(2):230-238, March-April, 1993. S

128 Coles J, Tsao P, Wilson G, Mills G: Tyrosine Kinase-dependent lymphocyte signaling during allograft rejection. Transplantation Proceedings 25(1) p. 877, Feb. 1993. S

129 He, Guo-Wei, Yang C-Q, Wilson GJ, Rebeyka IM: Tolerance of coronary endothelium and smooth muscle to hyperkalemia. Annals of Thoracic Surg 57:682-688, March 1994. S

130 Christodoulou J, McInnes RR, Jay V, Wilson G, Becker LE, Lehotay DC, Platt B-A, Bridge PJ, Robinson BH, Clarke JTR: Barth Syndrome: Clinical observations and genetic linkage studies. American Journal of Medical Genetics 50(3):255-264, April 1994. S

131 Courtman DW, Pereira CA, Kashef V, McComb D, Lee JM and Wilson GJ: Development of a pericardial acellular matrix biomaterial. J of Biomedical Materials Research Vol 28(6):655-666, June 1994. **P**

132 Szwarc RS, Mickleborough LL, Mizuno S, Wilson GJ, et al: Conductance catheter measurement of left ventricular volume in the intact dog. Cardiovascular Research 28(2):225-228, 1994. S

133 Lee JM, Haberer SA, Pereira CA, Naimark WA, Courtman DW, Wilson GJ: "High strain rate testing and structural analysis of pericardial bioprosthetic materials". ASTM Special Technical Publication 11: Biomaterials' Mechanical Properties (HE Kambic, A.T. Yokobori, ed.), Philadelphia, pp.19-42, 1994. S

134 Mickleborough LL, Mizuno S, Usui A, Wilson GJ, McComb D, Gray G: Balloon electric shock ablation. A surgical technique for treatment of ventricular tachycardia: Influence of endocardial scar on depth of ablation. Journal of Thoracic and Cardiovascular Surgery 108(5):855-861, Nov. 1994. S

135 Mickleborough LL, Maruyama H, Szwarc R, Wilson GJ, Sun Z, Mohamed S: A new canine model of left ventricular dysfunction due to regional infarction. Surgical Forum, Vol. XLV:235-236, 1994. S

136 Tsao PW, Mills GB, Diaz RJ, Radde IC, Parkinson D, Waddell J, Wilson GJ and Coles JG: Evidence that increases in lymphocyte tyrosine phosphorylation precede cardiac allograft rejection. Transplantation 58 (4): 451-457, August 1994. S

137 Wilson GJ, Courtman DW, Klement P, Lee JM and Yeger H: Acellular matrix: A biomaterials approach for coronary artery bypass and heart valve replacement Annals Thorac Surg 60:S353-S358, August, 1995. **P**

138 Wilson GJ, MacGregor DC, Bridgeman J, Weber BA, Binnington AG, Pinchuk L: A Corethane™/Polyester composite vascular prosthesis for vascular access: Comparison with ePTFE grafts in a canine model. American Society for Artificial Internal Organs Journal 41(3): M728-M734, July-Sept. 1995. **P**

139 Coles JG, Yemets I, Najim HK, Lukanich JM, Perron J, Wilson GJ, Rabinovitch M, Nykanen DG, Benson LN, Rebeyka LM, Trusler GA, Freedom RM, Williams WG: Experience with repair of congenital heart defects using adjunctive endovascular devices. J Thorac Cardiovasc Surg, 110:1513-1520, Nov. 1995. S

140 Courtman DW, Pereira C, Omar S, Langdon SE, Lee JM and Wilson GJ: Biomechanical and ultrastructural comparison of cryopreservation and a novel cellular extraction of porcine aortic valve leaflets. Journal Biomedical Materials Research, 29:1507-1516, 1995. **P**

141 Sandhu R, Thomas U, Diaz RJ, Wilson GJ: Effect of ischemic preconditioning of the myocardium on cyclic AMP. Circulation Research 78:137-147, Jan. 1996. **P**

142 Cowan B, Baron O, Crack J, Coulber C, Wilson GJ, Rabinovitch M: Elafin, a serine elastase inhibitor, attenuates post-cardiac transplant coronary arteriopathy and reduces myocardial necrosis in rabbits after heterotopic cardiac transplantation. J Clin Invest. 97(11):2452-2468, June 1996. S

143 Li R-K, Mickle DAG, Weisel RD, Carson S, Omar SA, Tumiati LC, Wilson GJ, and Williams WG: Human pediatric and adult ventricular cardiomyocytes in culture: assessment of phenotypic changes with passaging. Cardiovascular Research 32:362-373, 1996. S

144 Wilson GJ, Klement P, Kato YP, Martin JB, et al: A self-expanding bifurcated endovascular graft for abdominal aortic aneurysm repair. American Society for Artificial Internal Organs Journal 42:M386-M393, June, 1996. **P**

145 Diaz R, Wilson GJ: Selective blockade of AT1 angiotensin II receptors abolished ischemic preconditioning in isolated rabbit hearts. Journal of Molecular and Cellular Cardiology 29:129-139, Jan. 1997. **P**

146 Walker AM, Benson LN, Wilson GJ and Arbus GS: Cardiomyopathy: a late complication of hemolytic uremic syndrome. Pediatr Nephrol 11:221-222, April, 1997. S

147 Sandhu R, Diaz RJ, Mao GD, Wilson GJ: Ischemic preconditioning differences in protection and susceptibility to blockade with single versus multi-cycle transient ischemia. Circulation 96(3):984-995, August, 1997. **P**

148 Sharafuddin MJ, Hicks ME, Jenson LM, Morris JE, Drasler WJ, Wilson GJ: Rheolytic thrombectomy with use of the AngioJet-F105 catheter: preclinical evaluation of safety. J Vasc.& Intervent. Radiol. 8(6):939-45,1997, Nov-Dec. S

149 Beghetti M, Wilson GJ, Bohn D, Benson L: Hypersensitivity myocarditis caused by an allergic reaction to cefaclor. Journal of Pediatrics 132(1): 172-173, January, 1998. S

150 Caspi J, Coles JG, Benson LN, Wilson GJ: Brain damage and myocardial dysfunction: protective effects of magnesium in the newborn pig. Annals of Thoracic Surgery 65(6): 1730-1736, June, 1998. S

151 Losito VA, Tsushima G, Diaz RJ, Wilson GJ, Backx PH: Preferential regulation of rabbit cardiac L-type $Ca^{2+}$ current by glycolytic derived ATP via a direct allosteric pathway. Journal of Physiology 511:(Pt. 1): 67-78, August, 1998. S

152 Leveillee RJ, Pinchuk L, Wilson GJ, Block NL: A new self-expanding lined stent-graft in the dog ureter: radiological, gross, histopathological and scanning electron microscopic findings. Journal of Urology 160(5): 1877-1882, November, 1998. S

153 Courtman DW, Cho A, Langille L, Wilson GJ: Eliminating arterial pulsatile strain by external banding induces medial but not neointimal atrophy and apoptosis in the rabbit. American Journal of Pathology 153(6): 1723-1729, December 1998. **P**

154 Diaz RJ, Losito VA, Ford MK, Mao GD, Backx PH, Wilson GJ: Chloride channel inhibition blocks the protection of ischemic preconditioning and hypo-osmotic stress in rabbit ventricular myocardium. Circulation Research 84:763-775, April, 1999. **P**

155 Lee KJ, McCrindle BW, Bohn DJ, Wilson GJ, Taylor GP, Freedom RM, Smallhorn JF, Benson LN: Clinical outcomes of acute myocarditis in childhood. Heart 82(2):226-33, Aug, 1999. S

156 Henry TD, Setum CM, Wilson GJ, Morris JE, Johnston RB, Jenson ML: Preclinical evaluation of a rheolytic™ catheter for percutaneous coronary artery/saphenous vein graft thrombectomy. J Invasive Cardiol. 11(8) 475-484, August, 1999. S

157 Merguerian PA, Reddy PP, Barrieras DJ, Wilson GJ, Woodhouse K, Bagli D, McLorie GA, Khoury AE: Acellular bladder matrix allografts in the regeneration of functional bladders: evaluation of large segment (<24 $cm^2$) substitution in a porcine model. British Journal of Urology International 85:894-898, May. 2000. **P**

158 Reddy PP, Barrieras DJ, Wilson G, Bagli DJ, McLorie GA, Khoury AE, Merguerian PA.: Regeneration of functional bladder substitutes using large segment (<40 cm2) acellular matrix allografts in a porcine model: long term results. Journal of Urology. 164(3) Pt 2 of 2 936-941, September 2000. **S**

159 Courtman DW, Errett BF, Wilson GJ: The role of cross-linking in modification of the immune response elecited against xenogenic vascular acellular matrices.Journal of Biomedical Materials Research 55(4):576-586,June 2001.**P**

160 Diaz RJ, Batthish M, Backx PH, Wilson GJ: Chloride channel inhibition does block the protection of ischemic preconditioning in myocardium. J Mol Cell Cardiol. 33(10): 1887-1889, Oct. 2001. **P**

161 Brown AL, Farhat W, Merguerian PA, Wilson GJ, Khoury AE, Woodhouse KA: 22 week assessment of bladder acellular matrix as a bladder augmentation material in a porcine model. Biomaterials 2002 May, 23(10):2179-90. **S**

162 Suto F, Cahill SA, Wilson GJ, Hamilton RM, Greenwald I, Gross GJ: A novel rabbit model of variably compensated complete heart block. Journal of Applied Physiology 2002 Mar; 92(3):1199-204. **S**

163 Sah R, Oudit GY, Nguyen T-TT, Lim HW, Wickenden AD, Wilson GJ, Molkentin JD, Backx PH: Inhibition of calcineurin and sarcolemmal Ca2+ influx protects cardiac morphology and ventricular function in K(v)4.2N transgenic mice. Circulation 2002, April 16; 105(15):1850-1856. **S**

164 Batthish M, Diaz RJ, Backx PH, Wilson GJ: Pharmacological preconditioning in rabbit myocardium is blocked by chloride channel inhibition. Cardiovascular Research 55:660-671, Aug. 2002. **P**

165 Renaud DL, Edwards V, Wilson GJ, Tein I: Glucose-free medium exacerbates microvesicular steatosis in cultured skin fibroblasts of genetic defects of fatty acid oxidation. A novel screening test. J Inherit Metab Dis. Nov;25(7):547-55, 2002.**C**

165 Diaz RJ, Armstrong S, Batthish M, Backx PH, Ganote C and Wilson GJ: Enhanced cell volume regulation: a key protective mechanism of ischemic preconditioning in rabbit ventricular myocytes. J.Mol. Cell Cardiol. 35(1):45-58. Jan. 2003. **P**

166 Zobel C, Cho HC, Nguyen TT, Pekhletski R, Diaz RJ, Wilson GJ and Backx PH: Molecular dissection of the inward rectifier potassium current (IK1) in rabbit cardiomyocytes: evidence for heteromeric co-assembly of Kir2.1 and Kir2.2. J Physiol., July15;550(Pt2):365-72, June, 2003. **P**

167 Oudit GY, Sun H, Trivier MG, Koch SE, Dawood F, Ackerley C, Yazdanpanah M, Wilson GJ, Schwartz A, Liu PP, Backx PH: L-type Ca2+ channels provide a major pathway for iron entry into cardiomyocytes in iron-overload cardiomyopathy. Nature Medicine 9(9) pp. 1187-1194, Sept 2003.

168 Diaz RJ, Wilson GJ: Modifying the first minute of reperfusion: potential for myocardial salvage. Editorial. Cardiovasc. Res. April 1, 2004; 62(1):4-6. **P**

169 Oudit GY, Trivieri MG, Khaper N, Hussain T, Liu P, Wilson GJ, Liu P, Sole MJ, Backx PH: Taurine supplementation reduces oxidative stress and improves cardiovascular function in an iron-overload murine model. Circulation, 109(15):1877-85, April 20, 2004 **C**

170 Taketazu M, Barrea C, Smallhorn JF, Wilson GJ, Hornberger LK: Intrauterine pulmonary venous flow and restrictive foramen ovale in fetal hypoplastic left heart syndrome. J Am Coll. Cardiol. 43(10):1902-7, May 19, 2004: **S**

171 Diaz RJ, Zobel C, Cho H-C, Batthish M, Hinek A, Backx PH, Wilson GJ: Selective inhibition of inward rectifier K+ channels (Kir2.1 or Kir2.2) abolished protection by ischemic preconditioning in rabbit ventricular cardiomyocytes. Circulation Research, July 1, 2004; Aug 6; 95(3):325-32, 2004 **P**

172 Fan X, Ang A, Pollock-Barziv SM, Dipchand AL, Ruiz P, Wilson G, Platt JL, West LJ: Donor-specific B-cell tolerance after ABO-incompatible infant heart transplantation. Nature Med, Nov; 10(11):1227-33, 2004. S

173 Sommers GR, Smith CR, Wilson GJ, Zielenska M, Tellier R, Taylor GP: Association of drowing and myocarditis in a pediatric population: an autopsy-based study. Arch Pathol Lab Med. 129(2):205-9, Feb 2005. **C**

174 Veldtman GR, Wilson GJ, Peirone A, Hartley A, Estrada M, Norgard G, Leung RK, Visram N, Benson LN: Radiofrequency perforation and conventional needle percutaneous transseptal left heart access: Pathological features. Catheter Cardiovasc Interv. Jul 11:65(4):556-563; 2005. **C**