204

Court File No. 00-CV-195906CP

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**

BETWEEN:

**ERIK ANDERSEN, YVONNNE ANDERSEN and SHARON FROST**

Plaintiffs

- and -

**ST. JUDE MEDICAL, INC. and**
**ST. JUDE MEDICAL CANADA, INC.**

Defendants

Proceeding under the *Class Proceedings Act, 1992*

# AFFIDAVIT OF DR. GREGORY JOHN WILSON
(sworn February 7, 2002)

I, **Gregory John Wilson**, B.Sc.(Honours), M.Sc., M.D., of the City of Toronto, in the Province of Ontario, MAKE OATH AND SAY AS FOLLOWS:

## INTRODUCTION

1. As described below, I am a pathologist at The Hospital for Sick Children in Toronto. An extensive portion of my practice relates to applied cardiovascular research relevant to cardiac surgery, and includes the development and improvement of cardiovascular prosthetic devices including prosthetic heart valves.

2. I have knowledge in the matters deposed in this affidavit, except where I have been informed by others, in which case I have indicated the source of the information, and I believe it to be true.

210



3. I have reviewed the affidavits contained in the defendants' responding motion record. This affidavit is sworn in reply to those affidavits. In order to reply to the opinions expressed in the defendants' affidavits, it is necessary to understand the normal healing process with implanted mechanical heart valves, and how the silver coating on the St. Jude Medical Silzone valve frustrates that normal tissue healing process.

4. In this affidavit, I intend to:

a. describe my background and qualifications;

b. describe the surgical implantation of a prosthetic heart valve, the process of tissue healing expected to take place after such an implant, and the findings one would expect to see in a normally healed prosthetic heart valve;

c. provide a summary of the problems I found relating to the Silzone valve;

d. discuss the findings I made in examining the Silzone heart valve prosthesis removed from Erik Andersen, one of the plaintiffs in this action, as well as native heart valve tissue removed from Erik Andersen;

e. discuss the findings I made in examining the Silzone heart valve prosthesis removed from Sharon Frost, one of the plaintiffs in this action;

f. discuss the findings I made on examination of the Silzone heart valve prostheses from three other individuals represented by the law firms representing the plaintiffs in this action, these individuals being identified as D.J., R.R., deceased, and W.S.;

g. discuss the relevant literature about the Silzone valve;

h. discuss the complications / adverse events that are common in and to patients with Silzone heart valve prostheses, related to the above observations, and in conjunction with observations made by others;

i. reply to the affidavits filed by the defendants in this matter, in the context of the Silzone valve pathology;

j. discuss the need for vigilant monitoring of recipients of the Silzone heart valve;

k. provide a summary of my opinions.

## BACKGROUND AND QUALIFICATIONS

5. I am an Anatomic Pathologist and have practiced my specialty at The Hospital for Sick Children in Toronto since 1981. I am also Board Certified in Anatomic Pathology in the United States of America .

6. In my pathology practice, as well as in my career in medical research, I have placed primary emphasis on the cardiovascular system and in particular on the heart, heart valves, including prosthetic heart valve replacements, and blood vessels, including prosthetic blood vessel replacements.

7. I also have worked with the Division of Cardiovascular Surgery at the Toronto General Hospital, in the area of applied cardiovascular research relevant to cardiac surgery, including the development and improvement of cardiovascular prosthetic devices.

8. Since 1992, I have been appointed Professor in the Department of Pathology (now Department of Laboratory Medicine and Pathobiology) of the University of Toronto with cross-appointments to the Departments of Surgery and Physiology.

9. I am a Senior Scientist in the Research Institute of The Hospital for Sick Children, with a cross-appointment to the Research Institute at the Toronto General Hospital. Since 1981, I have continuously held peer-reviewed grant support for laboratory-based experimental research, primarily from the Heart and Stroke Foundation of Ontario and the Medical Research Council of Canada (now the Canadian Institutes of Health Research). I have a total of 160 publications (published papers) largely relating to this body of research.

10. I also have 20 years of accumulated experience in industry sponsored research and development projects on cardiovascular prosthetic devices, and have performed animal implant evaluation studies, including pathology studies on the explanted devices, resulting in submissions to regulatory authorities, including the Food and Drug Administration of the United States of America and the Health Protection Branch in Ottawa, for permission to implant these devices in human patients.

11. My interest in cardiac prosthetic devices began when, as a resident, I worked with Dr. Malcolm Silver, a renowned Cardiovascular Pathologist who subsequently became Chair of the University of Toronto Department of Pathology, evaluating the problems associated with a particular defective mechanical heart valve, the Beal prosthesis.

12. Attached as **Exhibit "A"** is a copy of my curriculum vitae

## SURGICAL IMPLANTATION OF A MECHANICAL PROSTHETIC HEART VALVE

13. A heart valve prosthesis is used to replace a natural heart valve that has been severely damaged, as a result of which it no longer functions properly and requires replacement.

14. The heart valve prosthesis may be constructed entirely from human-made manufactured non-tissue materials, such as the St. Jude Silzone valve (as well as its non-silver coated counterpart). Such valve prostheses are designated as "mechanical", whereas the tissue heart valve prostheses are generally referred to as "bioprosthetic". All subsequent presentation and discussion relates to mechanical heart valve prostheses.

15. In order to replace the patient's diseased natural heart valve with a mechanical heart valve, the surgeon cuts away and/or modifies the damaged natural heart valve tissue. Then the mechanical heart valve is sewn into place in the same location.

16. Since mechanical heart valves have been commonly used for several decades, a substantial body of experience has accumulated from observing the healing process at various durations after mechanical implantation, in both animals and in humans, so that a picture of what normal, healthy healing looks like is known.

17. Of fundamental importance to the success of the heart valve replacement surgery is the secure attachment of the mechanical heart valve to the surrounding tissues of the heart. To achieve this, all mechanical heart valves in clinical use require a sewing ring (or cuff) surrounding the mechanical heart valve mechanism.

18. Anchoring the prosthetic valve securely to the heart itself is essential because this valve is exposed to considerable forces on repeated contraction of the heart (about 50 million times each year) which, in the absence of such stable anchoring, could dislodge it.

19. In normal healthy healing, the sewing ring becomes bound up in tissue formation, thereby becoming integrally connected to the heart tissue.

20. While the mechanics of the valve may vary widely, the sewing ring has remained remarkably similar in basic design for decades. It is a porous structure to allow tissue ingrowth from the surrounding tissues making up the natural heart valve annulus, so as to provide a stable anchoring effect.

21. Various synthetic polymeric (plastic) materials are potential candidates for the sewing ring. However, very few have the characteristics of strength to prevent the sutured material from tearing through the sewing ring material, the porosity to allow tissue to easily grow into the sewing ring for anchoring purposes mentioned above, and the resistance to biodegradation so that strength is not lost, even though the mechanical heart valve may remain in the body for 30 years or even longer.

22. In practice, certain polyester materials are best suited for use as a sewing ring. This material is knitted to form a structure through which the sutures can be readily placed. It also has the porosity to allow for tissue ingrowth. This material is also highly resistant to biodegradation.

23. Polyester sewing rings, such as the ones used by St. Jude Medical in its conventional (i.e. non-Silzone coated) prosthetic heart valves, have performed well over the years allowing for the process of tissue ingrowth.

24. In order to prevent the threads of the stitches from pulling through the tissue, the surgeon places the stitches through small felt-like patches called "pledgets", which spread the load (force) exerted by the suture material across a larger area of tissue. Some pledgets can still be seen in the photographs of some explanted Silzone valves which accompany this affidavit.

## THE PROCESS OF TISSUE INGROWTH

25. When the mechanical heart valve has been sewn into place by the surgeon, it has been merely attached to the adjacent tissues of the valve annulus. It is then necessary for the mechanical valve to become incorporated into the tissue of the heart. This occurs through the natural healing process described below.

26. The initial stage of this healing process is as follows:

a. once the mechanical heart valve is sewn into place, the interstices of the sewing ring fill up with fluid and cells.

b. initially, this biological material consists of elements derived from the blood stream.

c. the polyester fibers making up the material of the sewing ring provoke the process of coagulation, a complex process that results in numerous strands of a protein called fibrin being formed that traps red blood cells.

d. a simple clot can be formed by removing blood from the body and placing it in a test tube. In the more complex environment of flowing blood in the body, where the platelets play an important role and are replenished by further blood flow, a "thrombus" forms which is a combination of red blood cells, fibrin and platelets.

e. the surfaces of the sewing ring, on both sides of the valve, are rapidly covered by a carpet of thrombus.

27. The formation of thrombus is a critical juncture in the healing process.

28. Through the natural healing process, which normally occurs in, on and around the sewing ring of the mechanical heart valve, the surface thrombus is replaced with a tissue covering which usually is quite stable. This tissue is known as "pannus".

29. Ideally, the pannus consists of two components:

a. fibroconnective tissue consisting of cells known as fibroblasts, which produce, and secrete around them, proteins known collectively as collagen. Collagen is a structural protein that provides the strength of the pannus;

b. a surface covering of endothelial cells, which are the cells that normally line blood vessels. Endothelial cells provide a non-thrombogenic surface because they produce substances that actively prevent thrombus formation.

30. As the fibroconnective tissue matures, the collagen content greatly increases. The fibroblasts, while still present, become smaller and less prominent as relatively little new collagen production is needed to maintain the strength of the tissue.

31. Ideally, the pannus should be quite thin (about 1 mm).

32. The pannus buildup is strong, because of the collagen content. The pannus is directly contiguous with and indeed integrated into the annular connective tissue surrounding the mechanical heart valve prosthesis.

33. This process of tissue ingrowth into the sewing ring provides the stable anchoring function so important to successful incorporation of the mechanical heart valve into the tissues of the heart.

34. The healing is well-advanced by a month after implantation, and is usually complete within three months.

35. All mechanical heart valves rely on this healing process. In the absence of, or with partial or nearly complete attenuation of this healing process, the mechanical heart valve may still remain attached to the heart through the stitches and pledgets. If so, there is a persistent unstable situation with the possibility of paravalvular leak, further thrombus development, and other complications described later in this affidavit.

## SUMMARY OF PROBLEMS RELATING TO THE SILZONE HEART VALVE

36. My understanding is that the Silzone silver coating on the sewing ring was designed to be tightly adherent to the polyester fibers of the sewing ring, and was intended to remain mechanically stable and adherent to these fibers throughout the working life-time of the valve, anticipated to be many years.

37. As a result of the pathology analysis that I have conducted on explanted Silzone heart valves, it would appear that, contrary to the intended design, the silver coating comes off the sewing ring.

38. From my observations on the explanted Silzone mechanical heart valves of the plaintiffs in this action, as well as the Silzone valves from the other individuals indicated above, it is clear that the sewing ring of the Silzone heart valve does not undergo a normal healing process, as would be expected with a non-Silzone coated heart valve. It is apparent that the normal healing process is frustrated by the Silzone heart valve coating.

39. The frustrated healing process created the following abnormal results:

a. nearly complete failure of any normal tissue ingrowth, that is pannus, to form on and into the sewing ring;

b. thrombus formation on the sewing ring, either in association with failure of pannus formation or, alternatively, sometimes in association with abnormal, excessively thickened pannus overgrowth on the surface of the sewing ring.

40. From my observation, each individual Silzone mechanical heart valve is likely to produce the complications described above.

41. The most common abnormality with the Silzone mechanical heart valves which I have seen appears to be the nearly complete failure of any pannus growth into the sewing ring.

42. From my observations, it would appear that the failure to develop pannus may persist for a substantial period of time, possibly indefinitely (that is, for many years).

43. I have also identified another abnormal finding observed in all of the explanted Silzone valves. When examining the explanted valves, I have directly observed a black flake-like substance separated from the polyester fibers of the sewing ring.

44. This black material would seem to be related to the silver coating placed on the polyester fibers of the sewing ring. Silver tends to participate in chemical reactions resulting in compounds (e.g., oxides) which are black. Indeed, the commonly observed phenomenon of the

tarnishing of pure silver or silver-plated cutlery is an example of a characteristic black reaction product on the surface of the metal.

45. I have seen examples of the black flake-like material in which the appearance is like that of a "husk", using the analogy of leaves covering a cob of corn. The shape of these black husks corresponds to the outer dimensions of the polyester fibers.

46. Furthermore, I have noticed the greatest amounts of this black flake-like material where there is abnormally thick pannus build-up, with much of the black particulate material present in the pannus. In comparison, I found relatively little of this material in the sewing rings of those Silzone valves with minimal pannus formation.

47. This suggests that this black material, which separates from the surface of the fibers, passes into the bloodstream and embolizes, in the absence of an overlying pannus to trap these particles.

48. As a result, I am of the opinion that the black particulate material is a detachment of the material coating the fibers. I draw this conclusion from the findings regarding the black material on the surface of the polyester fibers of the sewing ring and the separate, irregularly shaped fragments of black particulate material separate from the polyester fibers for the Silzone valves explanted from Erik Andersen, Sharon Frost, D. J. and R.R.

49. From these observations, I am of the opinion that the silver coating on the particular Silzone valves which I have examined is unstable, is not tightly adherent to the sewing ring, and likely plays a significant role in the frustration of the normal healing process.

## FINDINGS: ERIK ANDERSEN'S SILZONE VALVE

50. Of all the Silzone heart valves that I have examined, Erik Andersen had the Silzone valve that was implanted for the shortest duration. He had his Silzone heart valve implanted to replace his native mitral valve on May 28, 1998, and the Silzone valve was explanted on July 27, 1998, after 60 days.

51. My understanding of Erik Andersen's relevant medical history is as follows:

a. he had the Silzone heart valve implanted in the mitral position at the Toronto General Hospital;

b. the Silzone valve was implanted as a result of poor mitral valve function associated with previous damage to the muscle of the left ventricle;

c. the predominant, if not the only, cause for the old injury to the muscle of the heart was poor blood flow, related to coronary artery disease;

d. he also had coronary bypass performed at this same operation;

e. postoperatively, he did well initially, but it soon became evident that he had developed a paravalvular leak around the Silzone heart valve;

f. after detection of the paravalvular leak, a clinical diagnosis of infectious endocarditis was made, although there was no objective proof of such infection. He was placed on antibiotics;

g. this paravalvular leak was sufficiently severe that the Silzone heart valve had to be explanted, which was done on July 27, 1998;

h. at this surgery, not only was the Silzone heart valve occupying the mitral valve position replaced with another Silzone heart valve, but also the native aortic valve was removed and also replaced by a Silzone heart valve because of the extensive tissue damage;

i. at the time of removal, both tissue from Erik Andersen's native aortic heart valve and the explanted Silzone heart valve were submitted to Dr. Jagdish Butany, the Toronto General Hospital Cardiac Pathologist, for examination. A copy of his report (identified as S-19112-98) is attached as **Exhibit "B"**;

52. As a result of the July 27, 1998 surgical procedure, Erik Andersen had one Silzone heart valve replaced by two more Silzone heart valves.

53. Attached as **Exhibit "C"** are photographs from both the front and back of the Silzone heart valve removed from Erik Andersen.

54. Upon examination of this Silzone heart valve, I observed that there was almost no tissue coverage on either side of the sewing ring. As a result, most of the fabric of the sewing ring was exposed.

55. I identified multiple pledgets, attached by sutures to the sewing ring, that had been used by the surgeon to hold the valve in place. The pledgets appear as white on viewing the photographs marked as Exhibit "C". This material is not pannus.

56. On microscopic examination of the sewing ring and associated tissue, almost no viable tissue was identified either on the surface of the sewing ring or in the interstices between the polyester fibers making up the fabric of the sewing ring.

57. Proteinaceous debris, but very few cells, were found between the polyester fibers of the sewing ring. The few viable cells present between, or adjacent to, the polyester fibers were occasional macrophages and a few foreign body multinucleated giant cells.

58. Attached as **Exhibit "D"** are 2 photographs showing the microscopic appearance of the proteinaceous debris and the paucity of cells on a section taken from the sewing ring of the Silzone heart valve removed from Erik Andersen.

59. There was virtually no fibrous tissue formation, healthy or otherwise, on Erik Andersen's explanted Silzone valve.

60. At an implant duration of 60 days, one would normally expect to see large numbers of cells in the interstices of the sewing ring. Normally, the predominant protein among the cells within the interstices of the sewing ring would be collagen formed by fibroblasts and fibrocytes.

61. Instead, the interstices of the sewing ring showed unorganized proteinaceous debris, with virtually no collagen formation.

62. Most, if not all, of this proteinaceous debris represents blood proteins, deposited in the interstices of the sewing ring, with no replacement of these blood proteins by collagen.

63. On the surface of the sewing ring, there were, for the most part, only small amounts of proteinaceous material. This material was not covered by endothelium. Where some tissue was present, this consisted predominantly of organizing thrombus in which red blood cells, platelets and proteinaceous material was being replaced by proliferating fibroblasts with some collagen formation. This organizing thrombus was not covered by a layer of endothelium to form the blood contacting surface. Attached as **Exhibit "E"** is a photograph showing the microscopic appearance of this organizing thrombus.

64. The proteinaceous material both within the interstices of the fabric of the sewing ring and on its surface is not useful or good tissue in terms of the normal healing process.

65. Using a special stain, known as the Gram stain, on the sewing ring sections that I had obtained from Erik Andersen's Silzone heart valve, I did not identify any bacteria on or in the sewing ring.

66. Initially, however, bacterial endocarditis was suspected, clinically, prior to the valve replacement surgery, because it was thought that a vegetation could be seen on the sewing ring on echocardiography.

67. The term endocarditis refers to an inflammation of the lining of the heart (endocardium) which, in the context of a prosthetic heart valve, is inclusive of the sewing ring and the prosthesis and tissue present in or on the sewing ring.

68. The term infectious endocarditis, refers to the cause of the inflammation as being an infectious agent or agents, usually one particular strain of bacteria (e.g. Staphylococcus aureus).

69. Objective proof of endocarditis requires tissue examination and the finding of inflammation.

70. Objective proof of infective endocarditis additionally requires demonstration of the infectious agent, which may be done either by visualizing the micro-organism through microscopy or identifying the organism when grown in culture.

71. However, in the pathology report by Dr. Butany (Exhibit "B"), he indicated, "there was no evidence of any active inflammatory process." There is no mention in Dr. Butany's report of the use of any special stains to detect bacterial or any other micro-organisms. I believe that Dr. Butany did not use any special stains for microorganisms because he saw no inflammation.

72. It is accepted practice for a pathologist to not do special stains for microorganisms, on heart valve tissues which do not show inflammation, because the probability of finding microorganisms is so low in these circumstances.

73. A blood culture from Erik Andersen, taken shortly in advance of starting antibiotics, was negative, indicating no infection was identified. The antibiotics had been in use for only a few days prior to the removal of the Silzone heart valve at surgery. Even assuming an infection was present in the aortic valve tissue or on the Silzone heart valve sewing ring, antibiotics cannot cause inflammation to disappear over such a short duration.

74. In this context, the lack of inflammation on the Silzone heart valve or on the native aortic valve tissues removed from Erik Andersen, reported by Dr. Butany, (Exhibit "B") is significant, making bacterial endocarditis affecting these valves very unlikely.

75. Despite the lack of evidence of endocarditis, and in particular of infective endocarditis, the presence of infective endocarditis has been raised in the affidavits of Drs. Mizgala, Errett and Hirsh, filed by the defendants. However, in my opinion, it is very unlikely that Erik Andersen had a bacterial infection affecting his Silzone valve or his native aortic valve.

76. On microscopic examination, I found black material attached to the surface of most of the fibers (as shown in the photographs of Exhibit "D"). This black material would appear to be related to the silver coating of the fibers.

77. It would also appear that the black material separates from the fibers, as I also found an irregularly shaped fragment of black material adjacent to some of the fibers, as shown in the second photograph of Exhibit "D".

78. In summary, based on my examination of the Silzone heart valve explanted from Erik Andersen, supplemented by Dr. Butany's pathology report relating to this valve and the native aortic valve tissue removed at the same time from Erik Andersen, and on my examination of his medical records, I have found the following:

a. there was no evidence of the normal healing process one would expect for a mechanical heart valve;

b. there was thrombus on the sewing ring of the valve, but essentially no other tissue;

c. there was a lack of endothelium covering the blood contacting surfaces of the sewing ring;

d. there was no evidence of an infection of the Silzone heart valve, and in particular no evidence of a bacterial infection;

e. black material was found on the surface of many of the polyester fibers making up the sewing ring, which appears to be related to the silver coating;

f. a small amount of irregularly shaped, black particulate material was adjacent to some of the polyester fibers.

## FINDINGS – SHARON FROST'S SILZONE VALVE

79. Sharon Frost had her Silzone valve implanted on April 13, 1998, and it was explanted on August 20, 1998, after 129 days or approximately 4 months.

80. My understanding of Sharon Frost's relevant medical history is as follows:

a. the indication for replacing her native mitral valve with the Silzone heart valve was long-standing rheumatic valvular disease since childhood;

b. she had her Silzone heart valve implanted on April 13, 1998, at St. Michael's Hospital, in Toronto;

c. in July of 1998, about 3 months after implantation of the Silzone valve, she experienced garbled speech, with difficulty finding words, dizziness, followed by weakness and numbness of her left arm and left leg;

d. an embolus to her brain from the Silzone valve was suspected;

e. some days later, there was numbness in her left arm and the left side of her upper lip. These symptoms suggested a separate embolus from her Silzone heart valve;

f. a computerized tomographic (CT) scan of her head indicated an ischemic (meaning low or absent blood flow) area to the right frontal lobe of her brain with no hemorrhage seen anywhere on the scan. A thromboembolic stroke, as distinct from a hemorrhagic stroke, was considered most likely;

g. a trans-esophageal echocardiogram demonstrated large vegetations as well as a paravalvular leak in relation to the Silzone valve;

h. bacterial endocarditis was suspected and she was treated with antibiotics;

i. on August 20, 1998, the Silzone heart valve was replaced with another Silzone heart valve at St. Michael's Hospital;

j. the surgical note from that operation indicated that valve dehiscence (separation of the sewing ring from the surrounding tissues of the heart) had occurred over approximately 20 percent of the circumference of the valve;

k. a magnetic resonance imaging (MRI) study performed in January of 1999 showed a cerebral infarct in the distribution of her right middle cerebral artery as well as a small infarct in her left cerebellar hemisphere;

l. these MRI findings, in combination with her history and the CT scan findings prior to replacement of the first Silzone heart valve, are consistent with the presence of a thrombo-embolic stroke in July, 1998, prior to replacement of her first Silzone heart valve;

m. in summary, the first Silzone heart valve was removed due to a paravalvular leak and thrombo-embolism from the valve causing a stroke.

81. On my examination of the explanted Silzone valve, there was very little tissue present on either side of the sewing ring. Attached as **Exhibit "F"** are photographs of the front and back of the Silzone heart valve removed from Sharon Frost.

82. The minimal tissue observed on the sewing ring at 129 days following implantation indicates very poor healing.

83. White pledgets were seen attached to the sewing ring by sutures. On examination of these photographs (Exhibit "F"), these pledgets should not be mistaken for tissue.

84. A comparison of the photographs showing Erik Andersen's Silzone valve (Exhibit "C") with those showing Sharon Frost's Silzone valve (Exhibit "F") reveals very similar appearances, with both showing minimal healing of the sewing ring.

85. Microscopic examination of the sewing ring showed, for the most part, proteinaceous coating of the polyester fibers with relatively few viable cells present either between the fibers within the sewing ring or on the blood contacting surfaces of the sewing ring. A covering of endothelium was not present on the blood contacting surfaces of the sewing ring.

86. Attached as **Exhibit "G"** are two photographs showing proteinaceous debris but very few cells between the polyester fibers of the sewing ring.

87. Attached as **Exhibit "H"** is a set of three photographs taken at the margin of the sewing ring from one of the few areas where there was a small amount of pannus on the surface of the sewing ring.

88. These photographs show foreign body multinucleated giant cells surrounding polyester fibers at the edge of the sewing ring.

89. The presence of black particulate material, of irregular shape, separate from the polyester fibers in all three photographs, is noteworthy.

90. This black particulate material appears to correspond to the black material on the surface of the polyester fibers noted in this Silzone valve (c.f. Exhibit "G" ) as well as in the Silzone valve removed from Erik Andersen (c.f. Exhibit "D").

ddu



91. On microscopic examination, a small amount of unorganized thrombus was seen on the sewing ring, and this merged with pannus, consisting of fibroconnective tissue with some collagen present.

92. Using the Gram stain, I was unable to identify any bacteria in the microscopic sections I obtained from this Silzone valve.

93. The Silzone heart valve explanted from Erik Andersen and Sharon Frost exhibited the following similar problems:

a. a frustrated, inadequate healing process;

b. almost no tissue ingrowth on the sewing ring;

c. a lack of endothelium covering the blood contacting surfaces of the sewing ring;

d. thrombus formation on the sewing ring;

e. no bacteria;

f. black material covering the polyester fibers and black particulate material separated from the polyester fibers, consistent with the separation of the black material coating the fibers, more prominent in the Silzone valve from Sharon Frost.

**FINDINGS : SILZONE VALVES OF D.J., R.R AND W.S.**

94. My understanding of D.J.'s relevant medical history is as follows:

a. D.J. suffered from a condition in which a bacterial infection of the native aortic valve caused aortic valve insufficiency requiring the replacement of the aortic valve;

b. the infection was identified on culture to be due to staphylococcal bacteria;

c. the native aortic valve was replaced by a Silzone heart valve on January 6, 1999;

d. it is likely that the valve was implanted onto tissue that was also infected;

e. on echocardiography conducted on April 14, 2000, D.J. was noted to have at least moderate and possibly moderately severe aortic regurgitation due to a paravalvular leak;

f. D. J. was treated with antibiotics around the time of the Silzone valve implant;

g. by July, 2000, D. J. was booked for replacement of the Silzone heart valve;

h. the Silzone heart valve was replaced in October, 2000, after an implant duration of 1.75 years.

95. Upon examination, D. J.'s valve showed similar findings to that of Erik Andersen and Sharon Frost, in that there was almost no tissue growing on the sewing ring.

96. Attached as **Exhibit "I"** are photographs of the front and back of the Silzone valve removed from D. J. They show minimal healing of the sewing ring after 1.75 years; no more tissue is present than is seen on the Silzone valves explanted from Erik Andersen (c.f. Exhibit "C") and Sharon Frost (c.f. Exhibit "F").

97. For a prosthetic heart valve implanted for 1.75 years, this healing within the interstices of the fabric of the sewing ring is completely inadequate.

98. My microscopic examination of the sewing ring confirmed the inadequate healing. There was almost no pannus present and a lack of endothelium covering the blood contacting surfaces of the sewing ring. Attached as **Exhibit "J"** are two photographs showing microscopic examination of the sewing ring of the Silzone heart valve from D.J. These photographs show predominantly proteinaceous debris present between the polyester fibers of the sewing ring. Only small amounts of collagen are present.

99. On use of the Gram stain, I was not able to visualize any bacteria in or on the sewing ring in the sections that were obtained from this valve. Moreover, I did not find microscopic evidence of active inflammation in the sewing ring.

100. My understanding is that, subsequent to antibiotic treatment around the time of the Silzone implant, D. J. did not present with findings, on history and examination, to support a clinical diagnosis of infectious endocarditis.

101. It is extremely unlikely that D.J. had an infection of any practical significance, as a patient with such a bacterial infection of the heart would most likely have serious complications

227



of that infection on the heart, in the absence of aggressive antibiotic treatment, particularly over a prolonged period of time (1.75 years in the case of D. J.).

102. On this basis, my opinion is that tissue did not grow into the sewing ring of the heart valve, to be subsequently destroyed by bacterial infection, but that tissue never formed on the sewing ring at all.

103. Upon microscopic examination, I was able to visualize more of the black particles similar to those seen in the explanted Silzone valves previously described in this affidavit. Attached as **Exhibit "K"** is a photograph showing fibroconnective tissue at the margin of the sewing ring, with polyester fibers visible to the left side.

104. Very little black material is present on the surface of the polyester fibers, in contrast to the appearances of the polyester fibers in the Silzone valves explanted from Erik Andersen at 2 months (c.f. Exhibit "D"). However, one can observe numerous fragments of black particulate matter that are present in the fibroconnective tissue.

105. In summary, the Silzone valve explanted from D.J. had in common with the Silzone valves explanted from Erik Andersen and Sharon Frost the following:

a. an abnormal, inadequate healing process;

b. almost no tissue growth on or into the surface of or within the sewing ring;

c. a lack of endothelium covering the blood contacting surfaces;

d. no active inflammation present;

e. no bacteria present;

f. black material coating the polyester fibers of the sewing ring, although less prominent than in the Silzone valves explanted from Erik Andersen and Sharon Frost;

g. black particulate material present in tissue adjacent to the polyester fibers, similar to that of Sharon Frost and greater than seen in Erik Andersen.

106. The finding of the black particulate material, separate from the polyester fibers, primarily in the adjacent tissue, suggests that the tissue provides a barrier preventing the black particles from floating off the polyester fibers into the blood stream and embolizing.

107. The fact that there is so little tissue on the surface of the sewing rings, or in the interstices of the fabric of the sewing rings, in all three valves suggests that, of the black particulate material which separated from the surface of the fibers, most had embolized.

108. My understanding of R.R.'s relevant medical history is as follows:

a. he had two Silzone valves implanted, in the mitral and aortic valve positions of the heart, on November 9, 1998;

b. both valve prostheses remained in his heart until his sudden death on April 21, 2001, approximately 2.5 years after the valves were implanted;

c. after the death of R. R., which took place at the Toronto General Hospital, an autopsy (A-66-1) was performed by Dr. Butany. Attached as **Exhibit "L"** is the preliminary autopsy report from Dr. Butany, dated May 28, 2001, together with a record of Dr. Butany's macroscopic description of organs at autopsy, dated May 23, 2001, and a Materials Release Form for the heart.

109. Dr. Butany's preliminary autopsy report includes microscopic descriptions, and a statement regarding clinical-pathological correlation.

110. I agree with Dr. Butany's opinion that R.R. died from an acute myocardial infarction. A myocardial infarction occurs when blood flow to a part of the heart is interrupted. This complication can occur when one or more fragments of thrombus break off from a prosthetic heart valve in the left ventricle (either in the mitral or aortic position) and pass through the blood stream, entering into either the right or left main coronary artery. This particular case is highly suspicious for this possibility, as the other common causes of myocardial infarction were excluded by Dr. Butany at autopsy.

111. Identification of the thromboembolic material of one or more coronary arteries on histological sections from the heart would be the next step in examining the possibility that R.R. died of myocardial infarction due to thromboembolism. However, I have not received the entire

heart from Dr. Butany, but rather the basal third to half of the heart, which includes the heart valves but does not include substantial amounts of muscle. The heart muscle not received includes the more distal branches of the coronary artery branches upon which thromboemboli could have been deposited.

112. I presume that Dr. Butany has retained this tissue, which would be useful to examine in detail through multiple additional sections, to explore the possibility of thromboembolism from either of the Silzone heart valves causing myocardial infarction and death in this patient.

113. On examination of that portion of the heart that I received, I have confirmed that the soft, pale-brown thrombus-like material he describes on the Silzone valves is thrombus.

114. The finding of thrombus is important because, in his preliminary autopsy report (Exhibit "L"), Dr. Butany expressed concern that thrombus present on the sewing rings of either of the Silzone valves broke off and embolized, blocking one or more coronary artery branches and resulting in the acute myocardial infarction.

115. I agree that such a scenario is a very plausible explanation for the myocardial infarction that killed R.R.

116. Similar to the Silzone heart valves explanted from the previous patients, there was thrombus present. Attached as **Exhibit "M"** are my photographs of the front and back of the Silzone valve implanted in the aortic position in R. R. Thick, excessive gray-white pannus overgrowth is seen on both surfaces of the sewing ring

117. Attached as **Exhibit "N"** are photographs provided by Dr. Butany, similar to the photographs in Exhibit "M", except for some difference in the colour of the pannus, because Dr. Butany's photographs were taken shortly following explant. Another difference is that my photographs show some areas where tissue has been removed by Dr. Butany for his histological sections.

118. Attached as **Exhibit "O"** is a photograph provided by Dr. Butany, taken at the time of autopsy, showing both the aortic and mitral Silzone valves from R.R. The rim of pale-brown thrombus around the entire circumference of the valve ring of the Silzone valve in the mitral position is evident in this photograph. The pale-brown thrombus, which Dr. Butany describes for the aortic valve, is not visualized in this photograph.

119. Attached as **Exhibit "P"** are photographs that I have taken of both the atrial (flow) surface of the Silzone valve in the mitral position, and the ventricular (nonflow) surface of the Silzone valve in the mitral position. The atrial surface of the Silzone valve in the mitral position shows thicker than normal pannus and some thrombus on the sewing ring. The photograph of the ventricular surface of the Silzone valve in the mitral position shows thrombus around the entire circumference of the sewing ring. The pannus, which appears grayish-white, is also more prominent on the ventricular surface of the sewing ring of this prosthesis

120. I sampled the pannus overgrowth from both prosthetic valves for histology. The microscopic findings were dense, collagen-rich connective tissue as would be expected at such a long follow-up (2.5 years). Some chronic inflammatory cells, lymphocytes and macrophages, were embedded in the pannus. It was the thickness of the pannus, measuring up to 6 mm over the top of the sewing ring, which was most unusual.

121. The blood contacting surfaces of the pannus were not covered by endothelium.

122. Regarding the polyester fibers of the sewing ring beneath the pannus, the appearances were similar for both Silzone valves. There was relatively little tissue ingrowth deep into the sewing ring (well away from the covering pannus), with predominantly proteinaceous debris and macrophages or foreign-body multinucleated giant cells around the polyester fibers. Also, black particulate matter was present adjacent to the fibers.

123. While collagen deposition in the interstices between the fibers in the sewing ring was not completely absent, there was still a remarkable lack of tissue ingrowth, particularly considering the 2.5 year implant duration.

124. Attached as **Exhibit "Q"** is a photograph taken of the polyester fibers well within the sewing ring of the Silzone valve in the aortic position, showing minimal tissue ingrowth.

125. The lack of tissue ingrowth is consistent with the lack of ingrowth exhibited in the other valves examined by me and described in this affidavit.

126. For both Silzone valves in the heart of R. R., one of the most striking observations was that very substantial amounts of irregularly shaped black fragments were seen separated from the fibers. These particles were consistent in size and shape with the black polyester fiber coating observed in the sewing ring histology described above for other Silzone valves. Some of this black particulate material is shown in Exhibit "Q". However, most of the black particles were found at the edge of the pannus.

127. Few of the numerous polyester fibers sampled in the sewing rings of these two Silzone valves showed the black coating (Exhibit "Q"), in marked contrast to the Silzone valves explanted from Erik Andersen after 60 days (Exhibit "D") and Sharon Frost after 129 days (Exhibit "H").

128. The strong inference is that the black coating separates from the surface of the polyester fibers, and that in the case of R. R., there developed a substantial tissue covering (pannus) over the sewing ring of both the Silzone valves, which prevented some of this separated Silzone coating from passing off into the blood stream.

129. Attached as **Exhibit "R"** are seven photographs. The first photograph taken from the surface of the sewing ring of the Silzone valve in the aortic position shows the interface between the polyester fibers and the dense collagen of the pannus. There are irregularly shaped black particles in the tissue, and there is a relative lack of black surface material on the polyester fibers.

130. The second photograph, at much lower magnification, shows the dense collagen (which stains green) of the fibroconnective tissue of the pannus, overlying the polyester fibers of the

sewing ring. There is an abundance of black particles at the interface between the polyester fibers of the sewing ring and the overlying pannus.

131. The remaining five photographs show additional examples of the black particles and surrounding tissue seen in relation to the sewing ring of the Silzone valve in the mitral position.

132. On the use of the Gram stain, I was not able to visualize any bacteria in or on the sewing ring, from any of the sections that were obtained from the Silzone valves in both the aortic and mitral positions.

133. In summary, both Silzone valves from the autopsy of R.R. had in common with the Silzone valves explanted from Erik Andersen and Sharon Frost the following:

a. a frustrated inadequate healing process;

b. a lack of endothelium on the blood contacting surfaces over the sewing ring;

c. thrombus formation on the blood contacting surfaces over the sewing ring;

d. no bacteria;

e. black particulate material separate from the polyester fibers, consistent with the separation of the black material coating the fibers, but much more extensive than in either the Silzone valves from Erik Andersen or Sharon Frost.

134. A difference between both the Silzone valves from R.R. and the Silzone valves from both Erik Andersen, Sharon Frost and D.J. was the presence of extensive, very thick pannus on the sewing rings, in contrast to almost no tissue on the sewing rings of the Andersen, Frost and D.J. valves.

135. The excessive pannus build-up, seen in the Silzone valves explanted from R.R., very likely consists of excess thrombus which has been slowly changed into connective tissue. In my opinion, it was not created by the normal tissue healing process I described earlier. In such a case, the pannus would be thin and the blood contacting surface would be covered by endothelium.

136. Rather, in the case of R.R., the process involved was likely excess thrombus on the surface of the ring slowly converting into connective tissue. The fibroblasts grew outward from the surface of the ring and into the thrombus. The material making up the thrombus was replaced by collagen secreted by the fibroblasts. Through this process, the thrombus was organized into the connective tissue making up the pannus.

137. The excessively thick pannus formed on the Silzone valves from R.R., formed by attempts to organize the thrombus, is not like the normally developed pannus in that it does not have a surface layer of endothelium on the blood contacting surface.

138. In the absence of the endothelial layer, thrombus will continue to develop on the surface of the pannus. Over time, this will lead to further increases in the thickness of the pannus as more thrombus is converted to connective tissue. Indeed, the fact that the excessive pannus was covered by thrombus provides further support that the excessive pannus formation is a partial but not complete organization of thrombus.

139. The excessive pannus on R.R.'s valves was formed by the frustrated healing process.

140. Despite the excessive pannus thickness, neither of the Silzone valves from R.R. showed much tissue ingrowth deep into the sewing ring, indicating persistently abnormal, inadequate healing, even at an implant duration of 2.5 years. This lack of tissue ingrowth and the abnormal, inadequate healing were similar to what I found with the Andersen, Frost and D.J. valves.

141. W.S. had her native mitral valve replaced with a Silzone valve on November 10, 1998. On February 12, 1999, after a 3 month implant duration, this Silzone valve was explanted, to be replaced by another prosthetic heart valve. The explanted Silzone valve was sent to Dr. Butany for examination. Attached as **Exhibit "S"** is a copy of the surgical pathology consultation report of Dr. Butany on the Silzone heart valve removed from W. S. The report is numbered S3731 for 1999.

142. In his report, Dr. Butany describes variable amounts of pannus and thrombus on the sewing ring of the valve, and indicates in the comment section of his report that "the thrombus overhangs the valve orifice and could have broken off and embolized."

143. I agree with Dr. Butany's assessment of the potential danger that this thrombotic material might break off and embolize. Indeed, W.S. did suffer a thromboembolic stroke.

144. I have recently received from Dr. Butany the Silzone heart valve removed from W.S. and have examined it grossly, but have not yet taken microscopic sections from it.

145. Similar to the Silzone heart valves explanted from Erik Anderson, Sharon Frost and D.J., this valve also shows poor, incomplete healing of the sewing ring. Attached as **Exhibit "T"** are photographs of both the front and back of this valve.

146. The thrombus, overhanging the valve orifice, described by Dr. Butany in his report, is also seen, although he appears to have removed some of it for microscopic study, as he indicates in his report.

147. My photographs of this valve confirm the poor healing of the sewing ring and the lack of an endothelium, which may be compared with similar photographs relating to the Silzone heart valves removed from Erik Anderson (Exhibit "C"), Sharon Frost (Exhibit "F") and D.J. (Exhibit "I").

## ANALYSIS OF THE RELEVANT LITERATURE AND REPORTS

### LITERATURE

148. I have reviewed the literature that is directly relevant to the findings I have made. There are previous published works that describe both the poor healing characteristics of the Silzone valve, and the black flake-like substance that I observed.

149. The propensity for the silver coating to oxidize and flake off was a fact that was known prior to the development of the Silzone valve. In particular, similar black material flaked off the surface of silver coated silicone rubber peritoneal dialysis catheters. These catheters had been previously evaluated in a porcine subcutaneous implant model at The Hospital for Sick Children in Toronto.

150. On review of records of the pig study, I found evidence of blackening of the subcutaneous tissue surrounding the catheter. Microscopically, the tissue capsule forming around the implanted peritoneal dialysis catheters contained black material similar to that which I found in the explanted Silzone heart valves.

151. Attached as **Exhibit "U"** is a photograph showing, side-by-side, two paraffin blocks in which tissue is embedded to allow the cutting of histological sections for subsequent staining and microscopic study. These two paraffin blocks contain samples of the subcutaneous fat from the same pig (# 127) with the tissue in both paraffin blocks explanted at 12 weeks follow-up.

152. The block to the left samples the subcutaneous fat around the control (non silver-coated) silicone peritoneal dialysis catheter, whereas the paraffin block to the right contains the subcutaneous fat surrounding the silver-coated, but otherwise identical, silicone peritoneal dialysis catheter. The catheters have been removed from the subcutaneous tissue prior to paraffin embedding so that they are not included in these paraffin blocks.

153. The striking difference between the two blocks is that the rim of tissue around the site of the silver-coated catheter is seen as black through the translucent paraffin in contrast to the much lighter color of the tissues surrounding the control silicone catheter not coated with silver.

154. Attached as **Exhibit "V"** are two photographs taken of the tissue capsule formed around the site of the silver coated peritoneal dialysis catheter placed in subcutaneous fat, removed from pig #206 at 12 weeks implant duration.

236

155. The approximately circular empty space in the center of the photograph represents the original location of the peritoneal dialysis catheter, removed before the embedding of this tissue and cutting and staining of this section.

156. The photograph at low (25 times) magnification shows the thin fibrous capsule, which has formed around the catheter, and even at this low magnification dark, black particulate matter can be seen in this fibrous tissue capsule, which has formed around the catheter.

157. The photograph at higher (400 times) magnification shows large numbers of black, irregularly shaped particles in the fibrous tissue capsule, concentrated at or near the surface of the capsule representing the interface between the silver-coated peritoneal dialysis catheter and the surrounding tissue.

158. The pig study was published in 1996. Attached as **Exhibit "W"** is the paper "Biocompatibility of Silver-Coated Peritoneal Dialysis Catheter in a Porcine Model". The authors were: Leo C T Fung, Antoine E Khoury, Stephan I Vas, Charles Smith, Dimitrios G Oreopoulos and Mark W Mittleman. This paper was published in Peritoneal Dialysis International, vol. 16, pp. 398-405, 1996 (Manuscript received July 6, 1995, accepted March 3, 1996).

159. The analysis of these black particles made by the authors of the published paper, cited above, was as follows:

a. particles only appeared in the tissues surrounding silver-coated catheters;

b. these particles were likely silver or silver oxides;

c. particulate inclusions were progressively more prominent with increasing time and all specimens associated with silver implants displayed prominent inclusions by 6 months;

d. these black particles were not present in the non-coated catheter specimens;

e. it would appear that the silver was released into the local tissue, which may subsequently migrate to distant sites.

160. From the foregoing, the authors were concerned that, as the silver-coated peritoneal dialysis catheters are targeted for use in patients with renal failure, the rate of silver release may lead to significant systemic accumulation in recipients of the catheter.

161. To learn more about the silver coated peritoneal dialysis catheters, I spoke with Drs. Oreopolous and Vas, co-authors of the pig study, and medical doctors with special interests in peritoneal dialysis and infections, respectively. They both indicated to me that there was a clinical study of these silver coated peritoneal dialysis catheters performed in humans around 1992 or 1993.

162. My understanding from Drs. Oreopolous and Vas is that the peritoneal dialysis catheters were coated with silver by Spire Corporation using a process very similar if not identical to that used to coat silver on the sewing rings of the Silzone heart valves.

163. I understand that the clinical trial of these peritoneal dialysis catheters with silver coating by Spire Corporation was terminated because of poor results occasioned by the Spire silver coating.

164. Moreover, I learned from Dr. Oreopolous that, in patients treated with the Spire silver coated peritoneal dialysis catheters, there was black discoloration of the tissues of the abdominal wall surrounding the silver coated dialysis catheter.

165. My belief is that the adverse findings on the clinical study of the silver-coated peritoneal dialysis catheter would have been, or at least should have been, known to Spire Corporation by 1993.

166. Furthermore, the published results of the pig study on the peritoneal dialysis catheters were available to St. Jude Corporation well before the decision was made to implant the Silzone heart valve in humans.

167. The only report of which I am aware specifically describing an explanted Silzone valve from a human published as a peer-reviewed paper is the case report entitled "Silver-coated

prosthetic heart valve: a double-bladed weapon" by Dr. P. Tozzi and colleagues, published in the European Journal of Cardiothoracic Surgery, Vol 19, pages 729-731, 2001. Attached as **Exhibit "X"** is a copy of this paper.

168. In this paper, Dr. Tozzi et al indicate that a Silzone heart valve was explanted after 4 months from a patient due to severe mitral insufficiency from paravalvular leak.

169. On examination, no tissue was seen covering the sewing cuff, which is consistent with the findings that I have made in most of the Silzone valves that I have examined.

170. Also, similar to my own findings, the bacteriological examinations in the published study relating to the valve explant were negative.

171. Attached as **Exhibit "Y"** is the printed abstract of what I understand was a poster presentation by Dr. Jagdish Butany and Dr. Tirone David at the First Biennial Meeting for Heart Valve Disease in London, England in June, 2001 entitled "Silzone Coated Sewing Rings Increase Risk of Prosthetic Valve Dehiscence and Pannus Formation". This abstract indicates that the authors noted a 25% adverse event rate for complications such as paravalvular leak, endocarditis, reoperation and thromboembolism.

172. From the descriptions contained in the abstract, there would seem to be a lack of healing on and into the sewing ring in conjunction with the abnormal presence of thrombi.

173. From the foregoing, it would appear that the authors noted problems similar to those documented by me in this affidavit.

174. I have also compared my findings with those cited in two abstracts by A. Ionescu and E. Butchart (Exhibit "T" to Brenda Hollingsworth's affidavit, sworn April 17, 2001), and with the transcript of Mr. Butchart's presentation to the American Heart Association scientific sessions, in November 1999, (Exhibit "G" to Brenda Hollingsworth's affidavit sworn January 29, 2002).

175. The authors noted that major embolic events were significantly higher in patients receiving the Silzone valve than in the group receiving the conventional heart valve.

176. Also, the authors note that the tissue on the explanted valves was friable pannus, indicating that there was poor tissue ingrowth.

177. From the foregoing, it would appear that the Silzone valves examined by Drs Ionescu and Butchart exhibited the same frustrated healing process as I have described herein.

178. Moreover, the increased rate of major embolic events is an expected complication from the findings I have documented, and from the findings documented by Drs Ionescu and Butchart.

179. In the abstract, Drs Ionescu and Butchart call for close follow up of recipients of the Silzone heart valve. As described below, I strongly agree with this recommendation.

180. I have compared my findings with those presented by the Extempore Analysis of the AVERT study data (Exhibit "C" to Dr. Sackett's affidavit sworn December 3, 2001) and the AVERT one year follow-up abstract by Schaff et al (Exhibit "D" to Dr. Sackett's affidavit sworn December 3, 2001).

181. I note from the data tabulated by the AVERT one year follow-up that the 1 year rate of stroke with Silzone valves from the AVERT study was 3.2% versus 1.4%, more than double the rate of the SJM non-Silzone mechanical valve.

182. From the foregoing AVERT one year follow-up data, it would appear that, with prosthetic heart valves implanted in the aortic or mitral positions, there is an 82% probability that the Silzone valve would be associated with more strokes than the conventional valves.

183. In my opinion, all of the above-mentioned reports and data, combined with the observations of poor healing on the silver coated sewing rings of Silzone valves, provides strong support for the conclusion that the Silzone coating increases the risk for thrombus build-up and, with it, the risk of thromboembolism, thromboembolic stroke and death.

## FDA ADVERSE INCIDENTS REPORTS

184. I have reviewed numerous U.S. Food and Drug Administration (FDA) "risk reports" on explanted Silzone valves. Unfortunately, many of the reports do not provide much useful information relating to the tissue present on or in the Silzone sewing ring. Even for those reports in which the Silzone valve was received by St. Jude Medical and was examined by a pathologist, I would in most instances need to review at a minimum gross photographs of the returned Silzone valves and the microscopy of the sections taken from the sewing rings before arriving at an opinion for each explanted Silzone valve. For thoroughness, my preference would be to directly examine the valves as I have for Erik Andersen, Sharon Frost, D. J., R.. R. and W.S.

185. Nevertheless, many of the risk reports describe similar findings regarding the appearances of the sewing rings of these explanted Silzone valves as I have described above for the Silzone valves which I have examined.

186. Based on FDA risk reports which I have read, the opinions I express in this affidavit remain unchanged.

## COMPLICATIONS FROM THE FRUSTRATED HEALING PROCESS WITH SILZONE HEART VALVES

187. Inadequate healing, which I have observed in all of Silzone heart valves available for my examination, makes the Silzone valve more likely than the conventional mechanical heart valve to develop the following complications:

a. dehiscence and paravalvular leak;

b. excess thrombus buildup;

c. thromboembolism;

d. infection;

e. abnormal pannus formation.

188. The reason for this susceptibility is that the normal healing process has not occurred in the valves I have examined. As a result, there is a greater build up of thrombus on the sewing ring.

189. Dehiscence and paravalvular leak are concerns with the Silzone valve both in the early stages following implantation and even after a protracted period of time.

190. At the early stage, dehiscence leading to paravalvular leak can occur as it did with Erik Anderson or Sharon Frost. Mild paravalvular leak can progress over the longer term, leading to explant or death caused by valve insufficiency. The AVERT one year follow-up documented explants up to 646 days for major paravalvular leak.

191. Moreover, as described in more detail below, bacteria can destroy any connective tissue that has developed over time, creating an unstable situation which could lead to paravalvular leak This complication could occur at any time during the recipient's lifespan.

192. Sewing ring related thrombus, if extensive, has the potential to interfere with the mechanical valve function by interfering with the opening and closing of the leaflets. More likely, portions of the thrombus may break off and embolize which, depending on size of embolus and site of embolus deposition, may result in stroke (deposition in the brain) or myocardial infarction (deposition in the heart muscle).

193. The presence of thrombus on the sewing ring also makes the Silzone valve more susceptible to infection.

194. Once bacteria, which are present in the blood stream, deposit in the thrombus, they proliferate more readily because the thrombus provides a good culture medium for their growth. Furthermore, the thrombus provides a microenvironment for the bacteria that protects them from being detected and destroyed by circulating white blood cells.

195. If the thrombus on the prosthetic heart valve becomes infected, destruction of tissue adjacent to the heart valve may occur and produce a paravalvular leak, or the infection may

spread to the heart muscle, or infected tissue on or around the heart valve may embolize to other organs, any of which may lead to death.

196. Excessive pannus build-up, seen in the Silzone heart valves explanted from R.R., can occur over time as the excess thrombus is slowly changed into connective tissue. It is important to note that this conversion of excessive thrombus to pannus is different than the normal healing process described above.

197. The resulting excess pannus buildup has the potential to interfere with the function of the valve leaflets, which may in turn produce a sudden, catastrophic failure resulting in a rapid deterioration in heart pumping function, leading to sudden death.

198. Alternatively, in the aortic position, such excessive pannus build-up has the potential to encroach on one or both coronary arteries, also with potentially fatal consequences.

## REPLY TO AFFIDAVITS FILED BY THE DEFENDANTS

199. The real issue is whether the only unique feature of the Silzone valves, namely the silver coating of the polyester fibers making up the sewing ring, has frustrated the healing process in patients receiving a Silzone valve. As I indicated above, this is exactly what has occurred with Silzone valve patients.

200. Moreover, all of the Silzone heart valves I have examined present with similar complications related to the frustrated healing process. In this respect, all of the cases I have examined have a common problem.

201. The affidavits filed by the defendants focus on the various clinical findings in the valve patients, and submit that these are the same findings as are found in recipients of all mechanical heart valves. While this may be true in a general sense, it is clear that, with Silzone valve patients, the adverse event rates are much higher, and the cause of these adverse events is, in all the cases I have examined, the Silzone coating leading to the frustrated healing process.

202. Even if one considers the clinical findings, the common elements can be determined. For example, my opinion is that neither Erik Anderson nor Sharon Frost had infectious endocarditis relating to their Silzone valves. They most likely had non-infectious paravalvular leak in relation to their initial Silzone valve implants.

203. Moreover, we have seen that Sharon Frost has exhibited both of the major complications that can be expected with the Silzone valve – dehiscence and thrombo-embolism.

204. In particular, despite the position taken by Dr. Jack Hirsh in his affidavit, there is clear evidence that Sharon Frost did suffer from a thromboembolic stroke, the result of thrombus build-up on her Silzone valve shortly before it was replaced on August 20, 1998.

205. Dr. Hirsh states in paragraph 21 of his affidavit that prosthetic heart valves are susceptible to thromboembolic complications related to the foreign material of the valve. Dr. Hirsh is correct in a general sense. However, this ignores the fact that the Silzone valve, in frustrating the healing process, prevents the foreign material from being endothelialized. This results in an unstable situation which readily promotes thrombus build-up and the risk of thromboembolism.

206. This leads me to my opinion that the Silzone valve recipients are very likely subject to increased risk of thromboembolism because of the only unique feature of the Silzone valve, that is, its silver coating.

207. In summary, in my opinion, the Silzone coating frustrates the normal tissue healing process, to a greater or lesser extent, in each Silzone valve patient, and materially contributes to the occurrence of thromboembolism, as well as the other complications described above.

## IMPORTANCE OF INCREASED MONITORING OF SILZONE HEART VALVE RECIPIENTS

208. All Silzone valves, until proven otherwise, must be considered to be affected by inadequate healing and at a greater risk of the complications described above. Early detection of complications will likely reduce the increased morbidity and mortality to be expected in Silzone valve patients.

209. I agree with the statements made by Dr. Butany, Dr David, Dr. Inoescu, Mr. Butchart and Dr. Tozzi, that increased surveillance of Silzone valve patients is necessary. In my opinion, the inadequate healing observed with the Silzone valve makes it essential to implement a higher level of monitoring than that required by patients who have received non-Silzone mechanical valves.

210. I do agree with the statement made by Dr. Hirsh, in paragraph 21 of his affidavit, that thromboembolic complications are related to the foreign material of the valve. However, the lack of tissue ingrowth, and pannus overgrowth, documented above, means that the foreign material of the sewing ring remains exposed to the body for a protracted period of time. Worse still, there does not appear to be formed an endothelial layer which would actively inhibit thrombus formation.

211. As a result, the recipient of the Silzone valve is at a greater risk of thromboembolic complications, over a greater period of time, than other valve recipients.

212. The persistence of thrombus on any of the surfaces of a mechanical heart valve prosthesis, including the sewing ring, is an inherently unstable situation because that thrombus has the potential to grow in size. The thrombus can either block the mechanical function of the valve or embolize into the blood stream, as described above.

213. In order to avert catastrophic complications, it is essential to monitor recipients of the Silzone valve, more frequently than usual, for paravalvular leak, thrombus buildup, and the other

complications described above, in order to reduce the increased morbidity and mortality of Silzone valve recipients.

## SUMMARY OF OPINIONS

214. Contrary to its intended design, the silver coating on the Silzone valve is mechanically unstable, and starts to come off shortly following implantation.

215. The Silzone coating frustrates the normal tissue healing process. The normal situation for healing with a mechanical heart valve is a thin, strong pannus coating, into and on the sewing ring, with a thrombo-resistant endothelial cell covering over the pannus. For the Silzone valve, one sees partial or complete attenuation of the tissue healing process, in some cases, pannus overgrowth, in others, and little tissue ingrowth into the sewing ring in all cases. The lack of an endothelial cell covering is noteworthy for all the Silzone valves I have seen.

216. All Silzone valve patients experience, to a greater or lesser extent, this frustrated healing process.

217. All Silzone valve patients, because of this frustrated healing process, are likely at greater risk of experiencing significant, life-threatening complications.

218. All Silzone valve patients will require a higher level of monitoring than that required for other mechanical valve patients, in order to protect them from Silzone valve-related morbidity and mortality.

Sworn before me )
at the City of Toronto )
in the Province of Ontario )
this 7 day of February, 2002 )
)
)
) Gregory J Wilson
Gloria Tsang
A Commissioner, etc. ) Dr. Gregory John Wilson

GLORIA TSANG, a
Commissioner, etc., Province of Ontario,
while a student-at-law.
Expires December 13, 2004.

THIS IS **EXHIBIT "A"** TO THE AFFIDAVIT
OF **GREGORY JOHN WILSON,**
SWORN February 7, 2002

Gloria Tsang
A Commissioner, etc.

GLORIA TSANG, a
Commissioner, etc., Province of Ontario,
while a student-at-law.
Expires December 13, 2004.

246

## CURRICULUM VITAE

GREGORY JOHN WILSON Revised February 07, 2002

BUSINESS ADDRESS:
Room 3128, Division of Pathology, Department of Pediatric Laboratory Medicine, The Hospital for Sick Children, 555 University Avenue, Toronto, Ontario M5G 1X8
Telephone: 416-813-5973 EMAIL: gjwilson@sickkids.on.ca
greg.wilson@uhn.on.ca

Cardiovascular Research Office: Room CCRW 1-885, University Health Network, Toronto General Hospital, 200 Elizabeth Street, Toronto, Ontario M5G 2C4. Telephone: 416 340-4795,
Fax: 416 340-4869

RESIDENCE: 5 Widdicome Hill, Toronto (Etobicoke), Ontario M9R 1A9; Telephone: 416-240-1798

EDUCATION

1969 - B.Sc. Electrical Engineering (honours), University of Manitoba

1972 - M.Sc. Physiology, Oxford University

1975 - M.D. McMaster University, Hamilton, Ontario

EMPLOYMENT:

Senior Scientist and Senior Staff Pathologist: The Research Institute and Division of Pathology, Dept. of Pediatric Laboratory Medicine, Division of Cardiovascular Research, and Department of Integrative Biology (1998), The Hospital for Sick Children (1981-Present).

ACADEMIC APPOINTMENTS: U of T
1992 - Present: Professor, Department of Laboratory Medicine and Pathobiology, University of Toronto
1984 - 1992: Associate Professor, Department of Pathology, University of Toronto

PREVIOUS ACADEMIC APPOINTMENTS: U of T
1981 - 1984: Assistant Professor, Department of Pathology, University of Toronto

CROSS-APPOINTMENTS: U of T
1992 - Present: Professor, Department of Surgery, University of Toronto
1984 - 1992: Associate Professor; 1981 - 1984: Assistant Professor.
1992 - Present: Professor, Department of Physiology, University of Toronto;
1984 - 1992: Associate Professor
1992 - Present: Professor, Institute of Medical Science
1984 - 1992: Associate Professor;
1981 - 1984: Assistant Professor.

CLINICAL EXPERIENCE

INTERNSHIP AND RESIDENCY TRAINING:

1980 - 1981 Chief Resident, Anatomic Pathology, Toronto General Hospital.

1979 - 1980 Resident, Anatomic Pathology, The Hospital for Sick Children, Toronto.

1978 - 1979 (see research experience)

1977 - 1978 Chief Resident, Anatomic Pathology, Mount Sinai Hospital, Toronto.

1976 - 1977 Assistant Resident, Anatomic Pathology, Toronto General Hospital

1975 - 1976 Straight Internship, Internal Medicine, Toronto General Hospital

RESEARCH EXPERIENCE

| | |
|---|---|
| 1981-Present | Scientist, The Research Institute, The Hospital for Sick Children |
| 1983 - 1986 | Director, Cardiovascular Laboratories, Banting Institute, Department of Surgery, University of Toronto. |
| 1980 - 1983 | Co-director, Cardiovascular Laboratories, Banting Institute, Department of Surgery, University of Toronto. |
| 1978 - 1979 | Research Fellow of the Canadian Heart Foundation, Departments of Surgery and Pathology, University of Toronto. |
| 1972 - 1980 | Research Associate (part-time), Cardiovascular Laboratories, Banting Institute, Department of Surgery, University of Toronto. |
| 1970 - 1972 | Graduate Student (Rhodes Scholar) in Cardiovascular Physiology, Oxford University. |
| 1964 - 1968 | Research Assistant, full-time, summers and part-time during academic year, Departments of Mechanical and Electrical Engineering, University of Manitoba. |

**RESEARCH ENDEAVOURS**

Myocardial Ischemia/Reperfusion Injury, especially in relation to cardiac and vascular surgery, with a special focus on pediatrics.

Cardiovascular Prosthetic Devices, especially the development and experimental evaluation of design improvements including cardiac pacing systems, heart valve prostheses and synthetic and biological vascular grafts.

**PEER REVIEWED RESEARCH GRANTS - CURRENTLY HELD:**

Heart and Stroke Foundation of Ontario

Gregory J. Wilson and David Courtman: Canadian Institutes for Health Research. Acellular matrix: tissue engineering approaches for pediatric cardiovascular reconstruction. April 2000 – 2003, $78,937/year Funding Ref # MOP 38053.

Gregory J. Wilson: Heart and Stroke Foundation of Ontario with co-investigator Dr. Peter Backx, HSFO Grant # B-3536, for period July 1, 1997 to June 30, 1999, for $97,803.00 and $98,302.00 respectively. Renewed: 3-year term - July/99 - June 30/2002 HSFO # T4179: Dr. G.J. Wilson & Dr. P. Backx: "Ischemic preconditioning of the myocardium: role of chloride channels. 99/00 $103,179; 00/01 $105,240 and 01/02 $107,353.

**GRANTS PREVIOUSLY HELD (Past 10 years only):**

Materials Manufacturing Ontario

Gregory J. Wilson (HSC) and Kim Woodhouse(U of T): Acellular matrix technology for multiple tissue implant applications. Materials Manufacturing Ontario BM 338 June/98 - May/00 $80,000/yr.

Ontario Research and Development Challenge Fund (ORDCF): Acellular Matrix Technology Research and Development Program. Dr. Gregory Wilson. The Hospital for Sick Children. July 1999 to June/2000. Budget $210,000/1st yr;

HSFO # NA-3773. Thromboresistance of acellular matrix vascular bioprostheses. Gregory J. Wilson & Dr. David Courtman: Awarded July 1/98 to June 30/2000. $63,008 (July/98-June 30/99; 63782 July/99 to June 30/00).

Ontario Centre for Materials Research Cooperative Research Award #TB2-261. Gregory J. Wilson: Chemical processing of acellular matrix vascular grafts for improved biocompatibility. 1994-1997,$17,000/yr.

Heart & Stroke Foundation of Ontario (OHSF): T-2687 "Ischemic preconditioning of the myocardium". Gregory J. Wilson: - July 94-June 30/97 ($94,390; /96 $95,477; $95,737). Renewal OHSF #B2271 - July/92 - June 30/94. ($96,554; $101,383).

OHSF Grant # B2452 Heart & Stroke Foundation of Ontario. Acellular Matrix as a Biomaterial for Heart Valve Bioprostheses. Dr. Gregory J. Wilson: July 1/93-June 30/95 ($57,000/year)

Medical Research Council of Canada (MRC) MRC #6449 "Acellular Matrix Vascular Prostheses: Design Issues". Dr. Gregory J. Wilson. July 1/93-June 30/96 = $265,926.($88,642/yr). This MRC grant is incorporated into a Program Grant # PG-12351 (Coordinating Investigator Dr. M. Rabinovitch) Title: "Interdisciplinary program in vascular development and disease". (Co-investigators: Ivan M. Rebeyka, Fred W. Keeley, Gregory J. Wilson, John G. Coles, Catherine A Prody, Aleksander Hinek) held at The Hospital for Sick Children. Awarded July 1/93 to June 30/96. Total $606,257/yr.

**Research Contracts (past 10 years only)**

1989-March99: Dr. Wilson. Corvita Corporation, Develop and evaluate vascular prostheses.1989 through 1998.

1989 - Present: Dr. G.J. Wilson. Possis Medical Inc. Evaluate Perma Flow and Perma Seal Vascular Prostheses and Angio-Jet Thrombectomy System.

## HONOURS AND AWARDS

Scholarships

| | |
|---|---|
| 1999 | Fellow of Biomaterials Science and Engineering (FBSE) awarded by the World Biomaterials Congress, International Union of Societies for Biomaterials Science and Engineering |
| 1990-1999 | Career Investigator Award: Heart and Stroke Foundation of Ontario: |
| 1987-1990 | Research Scholarship: Heart and Stroke Foundation of Ontario. |
| 1980 | Starr Medal**, Faculty of Medicine, University of Toronto. |
| 1979 | Penner Prize*, Canadian Association of Pathologists |
| 1978 | Penner Prize*, Canadian Association of Pathologists |
| 1969 | Rhodes Scholarship |

* The Penner Prize is given for the best paper presented by a Pathology Resident at the Annual Meeting of the Canadian Association of Pathologists.

** Starr Medal is given for outstanding research contributions within the Departments of Pathology, Physiology and Anatomy at the University of Toronto.

Patents Award

United States Patent. Klement P, Wilson GJ and Yeger H: "Process for preparing biological mammalian implants" Patent # 4,776,853, Dated October 11, 1988.

Canadian Patent: # 1261290 dated Sept 26, 1989: Process for preparing biological mammalian implants.

## PROFESSIONAL AFFILITATIONS

American Society for Investigative Pathology
International Academy of Pathology (North American Section)
United States and Canadian Academy of Pathology
International Society for Heart Research (North American Section)
Canadian Biomaterials Society
American Society for Artificial Internal Organs
Canadian and Ontario Medical Associations

Canadian Cardiovascular Society
Fellow of Biomaterials Science and Engineering (FBSE)

**LICENSURES HELD:**

Fellow of the Royal College of Physicians and Surgeons of Canada - Anatomic Pathology 1981-present.
Diplomate of the American College of Pathologists - Anatomic Pathology (since 1981).
General Medical Licensure, College of Physicians and Surgeons of Ontario CPSO Registr No. 32370.

**TEACHING ACTIVITIES**

Supervision of grad students as primary supervisor, co-supervisor and serves on various grad student committees at University of Toronto with research projects on cardiovascular pathology, both at the M.Sc. level and Ph.D. level as well as some post-doctoral fellows. Usually I am supervising or co-supervising at least 2 students at a time as well as serving on numerous committees for other students.
Supervise approximately two or more summer students annually.

**December 7/2001: Lecture to grad students at U of T: Course JCV3060 Advanced Research in Cardiovascular Sciences – Molecular Biology & Heart Signal Transduction. Lecture title: Cellular Mechanisms of Ischemic Preconditioning.**
**December 12/01 – TGRI Rounds, Banting Hall, TGH. Weekly Lecture Series to hospital staff and students. Title: Protecting the Myocardium by Preconditioning. What are the end effectors?**

**RESIDENT TEACHING**

1981 - Present: Anatomic Pathology Residents, Department of Pathology, The Hospital for Sick Children, predominantly autopsy pathology with the emphasis on cardiovascular cases.

**MISCELLANEOUS**

1982 - present: Organizes Hospital-Wide Clinicopathological Conferences. The Hospital for Sick Children. These are case oriented medical education events aimed at both the housestaff and senior staff in all clinical and laboratory medicine disciplines at HSC.

Since 1981 - Organizes weekly Cardiovascular-Pathology Rounds attended regularly by Pathology, Cardiology, Cardiovascular Surgeons and interested hospital staff.

1999- Chairman of the Hospital for Sick Children Morbidity and Mortality Committee

**UNDERGRADUATE TEACHING**

Supervision of Fourth Year Physiology Student Project (undergraduate thesis) - 1983-84; 1990-91; 1995/96 (2 students) 1998-99 - one student.

**THESES SUPERVISED**

Primary Supervisor

1. Hin-Yee (Elsa) Liu – M.Sc. Immunological responses in rat tissue. Department of Laboratory Medicine and Pathobiology, U of T. Co-Supervisor, Dr. David Courtman and Dr. Greg Wilson, Jan 2001-
2. Michelle Batthish: Ischemic Preconditioning of the myocardium. M.Sc. Department of Physiology, U of T. Sept/99 -
3. Meredith Ford: Ischemic preconditioning of the myocardium. M.Sc. thesis. Dept. Physiology, U of T. Sept 1996 - June 1998.
4. Roberto Diaz: The role of angiotensin II in ischemic preconditioning of the myocardium. M.Sc. Institute of Medical Science, University of Toronto. September 1994 - 1996
5. Reena Sandhu: Ischemic Preconditioning: "Transmembrane signalling in ischemic preconditioning of the myocardium." Jan '91- June 1996. Dept of Physiology, U of T. Ph.D.

6. David Courtman: "The role of circumferential strain in vascular healing." Sept 1990- May 27/1994. Department of Cellular & Molecular Pathology, U of T. Ph.D.
7. Stanley Herman: Myocardial ischemia and reperfusion injury in the neonatal myocardium. September 1989 - Aug 91. Department of Physiology, M.Sc.
8. Miranda Weygang. Mechanical characterization of polyurethane vascular grafts. Department of Metallurgy and Materials Sciences. Co-supervise Dr. Michael Lee (Dept. of Dentistry, U of T). M.Sc. 1986-1989.
9. Robert Gatley: The Lateral Borderzone in Developing Myocardial Infarction Sept /84-86 Department of Pathology, M.Sc.
10. Daniel Nahon: The Static Mechanical Properties of Arteries and Their Replacements. September 1983-1985. Departments of Metallurgy and Materials Science, M.Sc.

<u>Member of Thesis Committee for the following students (past 7 years only)</u>

Damir Simic: Nicotine causes inward eutrophic vesicular remodeling. M.Sc. Sept/99 to Dec/01 Department of Laboratory Medicine and Pathobiology, U of T. Primary Supervisor: Dr. A.Hinek.

Anula Kariyawasam: New pressor protein: structure function and mechanisms of its cardiovascular proteniation. Ph.D. Supervisor: Dr. DH Osmond, Dept Physiology, U of T. 1997 -2001

Simos, Demerious: M.Sc. Mechanism of Action of New Pressor Protein (NPP). Possible involvement of the adrenal medullary peptidergic pathway. Supervisor Dr. D.H. Osmond, Physiology U of T. 1999 -

Kogan, Nataly M.Sc. Cardiovascular actions of New Pressor Protein (NPPJ): Mechanisms and dose-dependent effects of ACE-inhibition. Supervisor Dr. D.H. Osmond, Physiology U of T. 2000 -

Paul Gratzer. "Cross-linking of cell extracted tissues" Centre for Biomaterials, U of T. Supervisor Dr. P. Santerre. Ph.D. Sept 1994 - 1999.

Ashesh Kumar: An animal model of Kawasaki's Disease. M.Sc. Supervisor: Dr. Earl Silverman, Cardiology/HSC. From January 1998 -

Dr. Stacy O'Blenes: The role of endogenous elastases in intimal hyperplasia and the potential benefits of elastase inhibitors in preventing smooth muscle cell proliferation and migration. Supervisor: Dr. Marlene Rabinovitch. Cardiovascular Surgery, HSC/U of T. M.Sc. January, 1998 - 2000

William Jack Wallen: Gender differences in myocardial pathology and response to ischemia/reperfusion. PhD. supervisor: Dr. C. Wittnich, Physiology, U of T 1998-2000

Jim Dimitriolakos: A molecular and phenotypic analysis of the growth and differentiation of human neuroblastoma, Ph.D., Department of Cellular and Molecular Pathology. Supervisor. Dr. Herman Yeger. 1992 - 1996.

<u>Internal Examiner:</u>

Dr. Gideon Cohen: Ischemic preconditioning: the mechanism unraveled. Supervisor Dr. R. Weisel, IMS,Uof T. 2000

Dr. Silvana Molossi: Cyotkine induction of fibronectin in allograft arteriopathy. Functional significance related to recruitment and transendothelial migration of lymphocytes. Ph.D. - Department of Cellular and Molecular Pathology, U of T. Supervisor Dr. Marlene Rabinovitch. Completed 1994.

Julie Conquer "Signal transduction mechanisms regulating chondrocyte production of collagenase". Ph.D. - Department of Cellular and Molecular Pathology, U of T. Supervisor Dr. T. Cruz. Completed 1994.

Dr. Nadine Clausell. "Increased fibronectin regulated by cytokines is associated with the development of a coronary arteriopathy post-cardiac transplantation". Ph.D. Department of Cellular and Molecular Pathology, U of T. Supervisor: Dr. Marlene Rabinovitch. Completed 1993.

Dr. Ren Ki Lee: Characterization of myocardial oxygen-derived free radical injury cyanotic cardiac disease. Ph.D. - Department of Clinical Biochemistry, U of T. Supervisor Dr. D.A.G. Mickle. Completed 1992

Wendy Naimark: Study of developmental changes in the human pericardium using a mechanical, structural and biochemical approach. Ph.D. Centre for Biomaterials, University of Toronto. Supervisor, Dr. J. Michael Lee, completed 1995.

**POSTDOCTORAL FELLOWS (past 7 years)**

| | |
|---|---|
| He Ping Zeng | Ischemic preconditioning , Sept 24/01ß |
| Jingdong Li, MD | Visiting Scientist, 1999 - June 2000 (co-supervised) |
| Guo Dong Mao, PhD | Ischemic Preconditioning of the Myocardium 1996-1999 |

**Invited Lectures**

Invited Speaker on a 4 member panel discussion group . Workshop on Ischemic Preconditioning, Canadian Cardiovascular Society Annual Meeting, Quebec City, October 21/99

Invited Speaker at Vascular Biology Group seminar series, McMaster University, Hamilton "Acellular Matrix Technology for Cardiovascular bioprostheses", Dec 2/98.

Bioprosthetic Heart Valve Symposium, Charlotte, NC, May 18-29, 1996 - Invited member of Scientific Committee.

**COMMITTEE MEMBERSHIPS**

PROVINCIAL/NATIONAL:

1997 - 1999: Internal Reviewer, Senior Personnel Committee, Heart and Stroke Foundation of Canada

1983 - 1988: Scientific Officer, Cardiovascular Surgery/Stroke/Pulmonary Committee (National Grants Review), Canadian Heart Foundation

1982 - 1985: Medical Committee (Grant Review), Ontario Heart and Stroke Foundation

HOSPITAL AND UNIVERSITY:

1996 - 1998 Conflict of Interest and Technology Transfer Committees, The Hospital for Sick Children
1985 - 1987: Chairman, Animal Care Committee, Toronto General Hospital
1984 - 1986: Animal Services Committee, Faculty of Medicine, University of Toronto