252



## PUBLISHED PAPERS


1 MacGregor DC, Wilson GJ, Holness ED, Lixfield W, Yasui H, Tanaka S, Silver MD and Gunstensen J: Intramyocardial carbon dioxide tension: A guide to the safe period of anoxic arrest of the heart. J Thorac Cardiovasc Surg 68: 101-107, 1974.

2 Wilson GJ and Bergel DH: Continuous measurement of left ventricular volume using a single dimensional transducer: A comparison of two techniques in open-chested dogs. Cardiovasc Res 9: 327-335, 1975.

3 MacGregor DC, Wilson GJ, Tanaka S, Holness DE, Lixfield W, Silver MD, Rubis LJ, Goldstein W and Gunstensen J: Ischemic contracture of the left ventricle: Production and prevention. J Thorac Cardiovasc Surg 70: 945-954, 1975.

4 Wilson GJ, Goldstein W and MacGregor DC: The metabolic response of the heart to ischemic arrest in cardiovascular surgery: Assessment by means of intramyocardial carbon dioxide tension. Microcirculation Vol 1, 316-317, Plenum Press, 1976.

5 Wilson GJ, Hill TJ, Goldstein W and MacGregor DC: Induced ischemic arrest of the heart: Metabolic considerations. J Extracorporeal Tech 8(1): 20-29, 1976.

6 MacGregor DC, Pilliar RM, Wilson GJ, Goldstein W, Rubis LJ, Blackwell R, Lixfeld W, Scully HE and Silver MD: Porous metal surfaces: A radical new concept in prosthetic heart valve design. Trans Amer Soc Artif Internal Organs 22: 646-653, 1976.

7 Wilson GJ and MacGregor DC: The measurement of myocardial gas tensions by mass spectrometry. J Crit Care Med 4: 248-252, 1976.

8 Silver MD, Wilson GJ, Lixfeld W, Trimble AS and MacGregor DC: Aorto-coronary bypass graft in dogs: Late histological changes. Pathology 8: 343-351, 1976.

9 Silver MD, and Wilson GJ: The pathology of wear in the Beall model 104 heart valve prosthesis. Circulation 56: 617-622, 1977.

10 MacGregor DC, Covvey HD, Wilson GJ, Schwartz L, Scully HE and Wigle ED: Computer-assisted Reporting System for the Follow-up of Patients with Prosthetic Heart Valves: Am J Cardiol 42: 444-452, 1978.

11 MacGregor DC, Wilson GJ, Lixfeld W, Pilliar RM, Bobyn JD, Silver MD, Smardon S and Miller SL: The porous surfaced electrode: A new concept in pacemaker lead design. J Thorac Cardiovasc Surg. 78: 281-291, 1979.

12 Walters FJM, Wilson GJ, Steward DJ, Domenech RJ and MacGregor DC: Intramyocardial pH as an index of myocardial metabolism during cardiac surgery. J Thorac Cardiovasc Surg. 78: 319-330, 1979.

13 Wilson GJ, MacGregor DC, Bobyn JD, Lixfeld W, Pilliar RM, Miller SL and Silver MD: Tissue response to porous surfaced electrodes: Basis for a new atrial lead design. Meere C, (ed). Cardiac Pacing, Proceedings of the VIth World Symposium on Cardiac Pacing, Montreal, Quebec, October 2-5, 1979, Chap. 29-12.

14 MacGregor DC, Wilson GJ, Dutcher RD, O'Neill EG, Lixfeld W, Busch RH and Scholmeyer MP: A positive fixation endocardial pacemaker lead using an extendable/retractable helix. Meere C (ed): Cardiac Pacing, Proceedings of the VIth World Symposium on Cardiac Pacing, Montreal, Quebec, October 2-5, 1979, Chap 29-14

15 MacGregor DC, Wilson GJ, Scully HE, Lixfeld W, Bobyn JD, Pilliar RM and Silver MD: Improved thromboresistance of mechanical heart valves achieved by endothelialization of porous metal surfaces. Surgical Forum 30: 239-241, 1979.

16 Lec BY, Wilson GJ, Domenech RJ and MacGregor DC: Relative roles of edema versus contracture in the myocardial post-ischemic "no-reflow" phenomenon. J Surg Res 29:50-61, 1980.

17 Wilson GJ, Robertson JM, Walter FJM, Steward DJ and MacGregor DC: Intramyocardial pH during elective arrest of the heart: Relative effects of hypothermia versus potassium cardioplegia on anaerobic metabolism. Annal Thorac Surg 30: 472-481, 1980.

18 MacGregor DC, Covvey HD, Nobel EJ, Smardon SD, Wilson GJ, Goldman BS and Wigle ED: Computer-assisted reporting system for the follow-up of patients with cardiac pacemakers. Pacing and Clinical Electrophysiology 3: 568-584, 1980.

19 Heineman FW, MacGregor DC, Wilson GJ and Ninomiya J: Regional and transmural temperature distribution in cold chemical cardioplegia: The significance of critical coronary arterial stenosis. J Thorac Cardiovasc Surg 81: 851-859, 1981.

20 Schaffer MS, Zuberbuhler P, Wilson GJ and Rose V: Catecholamine cardiomyopathy: An unusual presentation of pheochromocytoma in children. J Pediatrics 99: 276-279, 1981.

21 Bobyn JD, Wilson GJ, Mycyck TR, Klement P, Tait GA, Pilliar RM, MacGregor DC: Comparison of a porous-surfaced with a totally porous ventricular endocardial pacing electrode, Pacing and Clinical Electrophysiology 4: 405-416, 1981.

22 Bobyn JD, Mycyck TR, Wilson GJ, Klement P, MacGregor DC: Improved electrophysiological performance using porous-surfaced electrodes for ventricular endocardial cardiac pacing. Ferugilo GA, (ed.): Cardiac Pacing, Electrophysiology, and Pacemaker Technology; Proceedings of the 2nd European Symposium on Cardiac Pacing, Florence, Italy, May 4-6, 1981. Padova: Piccin Medical Books; 1137-1143, 1981.

23 Coles JG, Wilson GJ, Tait GA, Klement P, Coles JC, Weisel RD, Baird RJ: Cardioplegia for severe coronary artery disease: An improved technique using direct coronary artery infusion. Ann Thorac Surg 33: 234-237, 1982.

24 Tait GA, Booker PD, Wilson GJ, Coles JG, Steward DJ and MacGregor DC: Effect of multidose cardioplegia and cardioplegic solution buffering on myocardial tissue acidosis. J Thorac Cardiovasc Surg 83: 824-829, 1982.

25 Rose V, Steiner G, Wilson GJ: Familial hypercholesterolemia - report of coronary death at age 3 in a homozygous child and parental diagnosis in a heterozygous sibling. J Pediatrics 100: 757-759,1982.

26 Coles JG, Wilson GJ, Sima AAF, Klement P and Tait GA: Intraoperative detection of spinal cord ischemia using somatosensory cortical evoked potentials (SCEP) during thoracic aortic occlusion. Ann Thorac Surg 33: 234-237, 1982.

27 Tait GA, Young RG, Wilson GJ, Steward DJ, MacGregor DC: Myocardial pH during regional ischemia: Evaluation of a fiberoptic photometric probe. Amer J Physiol 243: H1027-H1031, 1982.

28 Bobyn JD, Wilson GJ, MacGregor DC, Pilliar RM, Weatherly GC: Effect of pore size on the peel strength of attachment to porous-surfaced implants. J Biomed Mater Res 16: 571-584, 1982.

29 Silver MD, Wilson GJ: The pathology of cardiovascular prostheses. Chapter 35, pp 1225-1296. In Cardiovascular Pathology, Silver MD (ed). Churchill Livingstone, 1983.

30 Wilson GJ: The pathology of cardiac pacing, Chapter 36, pp 1297-1328. In Cardiovascular Pathology, Silver MD (ed). Churchill Livingstone, 1983.

31 Coles JG, Wilson GJ, Sima AAF, Klement P, Tait GA, Williams WG and Baird RJ: Intraoperative management of thoracic aortic aneurysm: Experimental evaluation of perfusion cooling of the spinal cord. J Thorac Cardiovasc Surg 83: 824-829, 1983.

32 Leidner J, MacGregor DC, Wilson GJ, Wong E: A novel process for the manufacturing of porous grafts: Process description and product evaluation. J Biomed Mater Res 17: 229-247, 1983.

33 Freedom RM, Wilson GJ, Trusler GA, Williams WG, Rowe RD: Pulmonary atresia and intact ventricular septum: A review of the anatomy, myocardium and factors influencing right ventricular growth and guidelines for surgical intervention. Scand J Thorac Cardiovasc Surg. 17: 1-28, 1983.

34 Wilson GJ, MacGregor DC, Klement P, Lee JM, Wong E, Leidner J: Anisotropic polyurethane non-woven conduits: A new approach to the design of a vascular prosthesis. Proc Am Soc Artif Intern Organs. 29: 260-268, 1983.

35 MacGregor DC, Wilson GJ, Klement P and Pilliar RM: Improved electrophysiological performance using porous-surfaced electrodes for atrial epicardial pacing. Steinback K, Glogar D, Laszkovics A,

254



Scheibelhofer W and Weber H (eds): Cardiac Pacing, Proceedings of the VII World Symposium on Cardiac Pacing, Vienna,Austria, May 1-5, 1983. Steinkopff, Publishers; 345-352, 1983.

36 Feindel CM, Tait GA, Wilson GJ, Klement P, MacGregor DC: Multidose blood versus crystalloid cardioplegia: Comparison by quantitative assessment of irreversible myocardial injury. J Thorac Cardiovasc Surg 87: 585-595, 1984.

37 Prickaerts JP, Wilson GJ, Bayliss CE, Baffour R: Influence of fixative osmolality on the morpho–metric determination of extracellular space in normal and reperfused myocardium. J Micorscopy 135: 169-179, 1984.

38 LeBlanc J, Albus R, Williams WG, Moes CAF, Wilson GJ, Freedom RM, Trusler GA: Serous fluid leakage: A complication following modified Blalock-Taussig shunt. J Thorac Cardiovasc Surg 88: 259-262, 1984.

39 Rowe RD, Rose V, Heilbut M, Wilson GJ: Kawasaki disease: An important cardiac disorder in children. Clinical Pediatrics, Vol 1. Common Pediatric Disorders: Metabolism, Heart Disease, and Trauma. Lifshitz F (ed), pp 143-159, Marcel Dekker, 1984.

40 Rowe RD, Schuh S, Wilson GJ, Cook D, Rose V: Dilated and hypertrophic forms of cardiomyopathy in children. Clinical Pediatrics, Vol 1. Common Pediatric Disorders: Metabolism, Heart Disease and Trauma. Lifshitz F (ed), pp 161-187, Marcel Dekker, 1984.

41 Miller SL, MacGregor DC, Margules GS, Bobyn JD and Wilson GJ: Theoretical Justification for Size Reduction of Porous-surfaced Electrodes. Aubert A and Ector H, (eds): Pacemaker Leads. Amsterdam: Elsevier Science Publishers; 57-62, 1985.

42 Miller SL, MacGregor DC, Klement P, van Werven M and Wilson JG: Performance of a platinium-iridium porous-surfaced electrode. Aubert A and Ector H (eds) Pacemaker Leads. Amsterdam: Elsevier Science Publishers: 337-342, 1985.

43 Wilson GJ, MacGregor DC, Klement P, Saulson SH and Pilliar RM: Porous metal surface coating for improved soft tissue fixation of pacemaker pulse generators. Auber A and Ector H (eds). Pacemaker Leads Amsterdam: Elsevier Science Publishers: 309-316, 1985.

44 Klement P, del Nido PJ, Wilson GJ: The use of cardiac pacemakers in veterinary practice. Compendium on Continuing Education for the Practicing Veterinarian 6: 893-902, 1985.

45 del Nido PJ, Wilson GJ, Mickle DAG, Klement P, Tait GA: The role of cardioplegic buffering in myocardial protection: A biochemical and histopathological assessment. J Thorac Cardiovasc Surg. 89: 689-699, 1985.

46 Canny GJ, Arbus GS, Wilson GJ, Newth CJ: Fatal pulmonary hypertension following renal transplantation. Br. J. Dis. Chest. 79(2): 191-195, 1985.

47 del Nido PJ, Williams WG, Wilson GJ, Coles JG, Moes CAF, Hosokawa Y, McLaughlin PR, Fowler RS, Izukawa T, Rowe RD, Trusler GA: Synthetic patch angioplasty for repair of coarctation of the aorta: experience with aneurysm formation. Circulation 74: (Suppl I) I-32 - I-36, 1986.

48 Harris K, Walker PM, Mickle DAG, Harding R, Gatley R, Wilson G, Van denberge H, Romaschin AD: Metabolic response and reoxygenation injury of reversibly and irreversibly ischemic skeletal muscle. Amer J Physiol (250, 2 Pt. 2) (Heart Circ Physiol 191): H213-H220, 1986.

49 Mickle DAG, del Nido PJ, Wilson GJ, Harding RD, Romaschin AD: Exogenous substrate preference of the post-ischemic myocardium. Cardiovasc Res. 20: 250-263, 1986.

50 Mickleborough LL, Wilson GJ, Weisel RD, Mackay CA, Seawright SJ, Ivanov J, Taqaki S, Akaqawa H, Houle S, McLaughlin PR, Baird RJ: Endocardial excision versus encircling endocardial ventriculotomy: a comparison of effects on ventricular structure and function. J Thorac Cardiovasc Surg 91: 779-787, 1986.

51 Mickleborough LL, Wilson GJ, Rebeyka I and Gray G: Improved results with left ventricular assist versus intra-aortic balloon counterpulsation during early reperfusion after global myocardial ischemia. Surgical Forum, pp 208-210, 1986.

255

52 Wilson GJ, Klement P and MacGregor DC: A comparison of the Dardik biograft with a reinforced ovine collagen tube vascular graft: Preliminary findings. Proceedings of the International Congress of Angiology, Athens, Greece, June 9-14, Edizioni Minerva Medica-Corse Bramante, Turin pp. 413-416, 1986.

53 Friedell ML, Parsonnet V, MacGregor DC, Wilson GJ, Villaneuve A and Klement P: Initial experience with polyester mesh-reinforced ovine fibrocollagenous tubes as arterial zenografts in dogs. Proceedings of the International Congress of Angiology, Athens, Greece. June 9-14, Edizioni Minerva Medica-Corse Bramante, Turin pp. 607-610, 1986.

54 Wilson GJ, MacGregor DC, Feitler DA, Klement P, Tillery BC and Miller SL: A comparison of macroporous and microporous pacing electrodes. Proceedings of IEEE Engineering in Medicine and Biology Society 8th Annual Conference: Frontiers of Engineering and Computing in Health Care. Vol 1. pp 20-22, 1986.

55 Lee JM, Wilson GJ: Anisotropic tensile viscoelastic properties of vascular graft materials tested at low strain rates. Biomaterials 7:423-431, 1986.

56 Nahon D, Lee JM, Wilson GJ: A two-dimensional incremental analysis of the static mechanical properties of vascular grafts. Clinical Materials 1:177-197, 1986.

57 Benson LN, Freedom RM, Wilson GJ, Halliday WC: Cerebral complications following balloon angioplasty of coarctation of the aorta. Cardiovasc and Interventional Radiology 9:184-196, 1986.

58 Miller SL, Krug R, Wesner W, Klement P, Wilson GJ, Feitler DA, Tillery BC and MacGregor DC: Carbon: The ideal material for cardiac pacing electrodes? Proceedings of the IEEE Engineering in Medicine and Biology Society 8th Annual Conference: "Frontiers of Engineering and Computing in Health Care - 1986"

59 Kim MS, Wilson GJ, Holland FJ, Kovacs K: ACTH-producing microadenoma of the pituitary in a young female infant with Cushing's disease: report of a case including immunocytologic and ultrastructural studies. Pediatr Pathol 6(2-3): 151-159, 1986.

60 Rebeyka IM, Coles JG, Wilson GJ, Watanabe T, Taylor MJ, Adler SF, Mickle DAG, Romaschin AD, Burrows FA, Williams WG, Trusler GA: The effect of low-flow cardiopulmonary bypass on cerebral function: An experimental and clinical study. Ann Thorac Surg 43:391-396, 1987.

61 Mickleborough LL, Rebeyka IM, Wilson GJ, Gray G, Desrosiers A: A comparison of left ventricular assist and intra-aortic balloon counterpulsation during early reperfusion after ischemic arrest of the heart. J Thorac Cardiovasc Surg 93:597-608, 1987.

62 Romaschin AD, Rebeyka I, Wilson GJ, Mickle DAG: Conjugated dienes in ischemic and reperfused myocardium: an in vivo chemical signature of oxygen free radical mediated injury. J Molec Cell Cardiol 19:289-302, 1987.

63 Klement P, del Nido PJ, Mickleborough L, MacKay C, Klement G and Wilson GJ: Technique and postoperative management for successful cardiopulmonary bypass and open heart surgery in dogs. J Amer Vet Med Assoc 190:869-874, 1987.

64 Klement P, Feindel CM, Scully HE, Mesher E, Klement G, del Nido P and Wilson GJ: Mitral valve replacement in Dogs: Surgical Technique and postoperative management. J Vet Surg 16:231-237, 1987.

65 del Nido PJ, Mickle DAG, Wilson GJ, Benson LN, Coles JG, Trusler GA, Williams WG: Evidence of myocardial free radical injury during elective repair of tetralogy of Fallot. Circulation 76 (Suppl. V), V 174 - V 179, 1987.

66 del Nido PJ, Benson LN, Mickle DAG, Kielmanowicz S, Coles JG, Wilson GJ: Impaired left ventricular post-ischemic function and metabolism in chronic right ventricular hypertrophy. Circulation (Suppl. V), V 168 - V 173, 1987.

67 Smallhorn JF, Burrows P, Wilson GJ, Coles JG, Gilday DL, and Freedom RM: Two-dimensional and pulsed doppler echocardiography in the post-operative evaluation of total anomalous pulmonary venous connection. Circulation 76(2):289-305, 1987.

68 Coles JG, Watanabe T, Wilson GJ, Benson LN, Kent GM, Mickle DAG, Romaschin AD, Villamater J, Ujc H, Williams WG, and Trusler GA: Age-related differences in the response to myocardial ischemic stress. J Thorac and Cardiovasc Surg 94:526-534, 1987.

69 Teoh K, Christakis GT, Weisel RD, Madonik MM, Ivanov J, Warbick-Cerone A, Johnston LG, Cawthorn RH, Mullen JC, Glynn MFX, Wilson GJ and Salerno TA: Dipyridamole reduced myocardial platelet and leukocyte deposition following ischemia and cardioplegia: J Surg Res 42:642-652, 1987.

70 Rowe RD, Rose V, Wilson GJ, Lightfoot N: Kawasaki disease: a measles cover-up? (letter) Can Med Assoc J 136(11): 1146, 1987.

71 del Nido PJ, Mickle DAG, Wilson GJ, Benson LN, Weisel RD, Coles JG, Trusler GA, Williams WG: Inadequate myocardial protection with cold cardioplegic arrest during repair of Tetralogy of Fallot. J Thorac & Cardiovasc Surg. 95(2): 223-229, 1988.

72 Labbe R, Lindsay T, Gatley R, Romaschin A, Mickle D, Wilson GJ, Houle S, Walker P: Quantitation of post-ischemic skeletal muscle necrosis: Histochemical and radioisotope techniques. J Surg Res 44:45-53, 1988.

73 Dasmahapatra HK, Coles GJ, Wilson GJ, Sherret H, Adler S, Williams WG, Trusler GA: Relationship between cerebral spinal fluid dynamics and reversible spinal cord ischemia during experimental thoracic aortic occlusion. J Thorac Cardiovasc Surg 95:920-923, 1988.

74 Dasmahapatra HK, Wilson GJ, David SL, Kielmanowicz S, Kent G, Gokhale SN, Corczynski R, Shore A, Coles JG: A new technique of experimental heterotopic cardiac transplantation. Cardiovasc Res. 22 (4): 296-299, 1988.

75 Axford-Gatley RA, and Wilson GJ: The "border zone" in myocardial infarction: An ultrastructural study in the dog using an electron-dense blood flow marker Amer J. Path. 131(3):452-464, 1988.

76 Bjork VO, Wilson GJ, Sternlieb JJ and Kaminsky DB: The porous metal-surfaced heart valve. Long-term study without long-term anticoagulation in mitral position in goats. J Thorac and Cardiovasc Surg. 95:1067-1082, 1988.

77 Koike K, Hesslein PS, Dasmahapatra HK, Wilson GJ, Finlay CD, David SL, Kielmanowicz S, Coles JG: Telemetric detection of cardiac allograft rejection: correlation of electrophysiological, histological, and biochemical changes during unmodified rejection. Circ. suppl I 78:I-106-I-112, 1988.

78 Wilson GJ, Rebeyka IM, Coles JG, Desrosiers A, Dasmahapatra H, Adler S, Feitler D, Sherret H, Kielmanowicz S, Ikonomides J, Gatley RA, Taylor M,: Loss of somatosensory evoked response as an indicator of reversible cerebral ischemia during hypothermic, low-flow cardiopulmonary bypass Ann Thorac Surg 45:206-209, 1988.

79 Ino T, Sherwood WG, Benson LN, Wilson GJ, Freedom RM, Rowe RD: Cardiac manifestations in disorders of fat and carnitine metabolism in infancy. J Am. Coll. Cardiol. 11(6) 1301-1308, 1988.

80 Weygang ML, Lee JM, Wilson GJ, Klement P and Binnington AG: Static mechanical properties of helically constructed polyurethane vascular grafts before and after implantation. Mat Res Soc Symp Proc. vol 110: 63-69, 1989.

81 Mickleborough LL, Ovil Y, Wilson GJ, Mishkel G, Tashiro T, Usui A, Rakowski H, Gray G and Goldman B: A simplified concept for a bileaflet atrioventricular valve that maintains annular-papillary muscle continuity. J Cardiac Surg. 4:58-68, 1989

82 Mickleborough LL, Wilson GJ, Harris L, Tashiro T, Parson I, Gray G: Balloon electric shock ablation. J Thorac Cardiovasc Surg. 97:135-146, 1989.

83 Rebeyka IM, Wilson GJ, Axford-Gatley RA, Romaschin AD, Mickle DAG: Asanguinous reperfusion in a canine model of cardiopulmonary bypass and controlled post-ischemic work. Ann Thorac Surg. 48:397-403, 1989.

84 Wilson GJ, Freedom RM, Koike K, Perrin D: The coronary arteries: anatomy and histology. In: Pulmonary Atresia with Intact Ventricular Septum (Freedom RM, ed). Futura, Mt. Kisco, N.Y., 1989. pp 75-88.

85 Freedom RM, Wilson GJ: Endomyocardial abnormalities. In: Pulmonary Atresia with Intact Ventricular Septum (Freedom RM, ed). Futura, Mt. Kisco, N.Y., 1989: pp 89-100.

86 Koike K, Perrin D, Wilson GJ, Freedom RM: Myocardial ischemia and coronary arterial involvement in newborn babies less than one week old with pulmonary atresia and intact ventricular septum. In: Pulmonary Atresia with Intact Ventricular Septum (Freedom RM, ed). Futura, Mt. Kisco, N.Y., 1989: pp 101-108.

87 Wilson GJ, Axford-Gatley RA, Bush BG, Romaschin AD, Mickle DAG: European versus North American Cardioplegia: comparison of Bretschneider's and Roe's cardioplegic solutions in a canine model of cardiopulmonary bypass. The Thoracic & Cardiovascular Surgeon 38:10-14, 1990.

88 Rebeyka IM, Axford-Gatley RA, Bush BC, del Nido PJ, Mickle DAG, Romaschin AD and Wilson GJ: Calcium paradox in an in vivo model of multidose cardioplegia and moderate hypothermia: Prevention with diltiazem or trace calcium levels. J Thorac Cardiovasc Surg: 99:475-483, 1990.

89 Teoh KH, Mickle DAG, Weisel RD, Madonik M, Ivanov J, Harding RD, Romaschin AD, Wilson GJ and Mullen JC: The effect of lactate infusion on myocardial metabolism and ventricular function following ischemia and cardioplegia. Can J Cardiol 6(1): 38-46, 1990.

90 Romaschin A, Wilson GJ, Thomas U, Tumiati L, Feitler DA and Mickle DAG: Subcellular distribution of phospholipid peroxidation products in reversibly ischemic and reperfused canine myocardium: Am J Physiol. 259: H116-H123, 1990.

91 Burrows P.E. Freedom R.M., Benson L.N., Moes C.A.F. Wilson G, Koike K, Williams W.G.: Coronary angiography of pulmonary atresia, hypoplastic ventriculo–coronary communications. Am J Roetgen. 154:789-795, 1990.

92 Caspi J, Herman SL, Coles JG, Benson LN, Radde I, Augustine J, Hamilton F, Castellarin S, Kumar R, Wilson GJ: Effects of low perfusate $Ca^{2+}$ concentration on newborn myocardial function after ischemia. Circulation Suppl. IV, Vol. 82 (5) IV-371-379, 1990.

93 Caspi J, Herman SL, Wilson GJ, Villamater J, Augustine J, Hamilton F, Castellarin S, Kumar R, Benson LN, Coles JG: Neonatal autoperfused working heart-lung preparation: assessment of factors determining survival. J Heart Transplantation. 9(4):435-440, 1990.

94 Axford-Gatley RA, Wilson GJ, and Feindel CM: Comparison of blood-based and asanguineous cardioplegic solutions administered at 4°C: an ultrastructural morphometric study in the dog. J Thoracic Cardiovasc Surg 100:400-409, 1990.

95 Wilson G, Yeger H, Klement P, Lee M, Courtman D: Acellular matrix allograft small caliber vascular prostheses. ASAIO Transactions 36 (3) M340-M343, 1990.

96 Drasler WJ, Wilson GJ, Jenson ML, Klement P, George SA, Protonotarios EI, Dutcher RG, Possis ZC: Venturi grafts for hemodialysis access. ASAIO Transactions, 36(3) M753-M757, 1990.

97 Caspi J, Coles JG, Rabinovitch MR, Cohen D, Trusler GA, Williams WG, Wilson GJ, Freedom RM. Morphological findings contributing to a failed Fontan procedure 12 year experience. Circulation Suppl.IV Vol. 82 (5) IV-177-182, 1990.

98 Axford-Gatley RA and Wilson GJ: Reduction of experimental myocardial infarct size by oral administration of Vitamin E. Cardiovascular Research 25:89-92,1991.

99 Caspi J, Coles JG, Benson LN, Herman SL, Diaz RJ, Augustine J, Brezina A, Kolin A, Wilson GJ: Age-related response to epinephrine induced myocardial stress: A functional and ultrastructural study. Circ. Suppl.III 84(5): 394-399, Nov, 1991.

100 Drasler WJ, Jenson ML, Wilson GJ, Thielen JM, Protonotarios EI, Dutcher RG, Possis ZC: A rheolytic system for percutaneous coronary and peripheral plaque removal. Angiology 42(2):90-98, 1991.

101 Chan KY, Iwahara M, Benson L, Wilson G, Freedom RM: Immunosuppressive therapy in the management of acute myocarditis in children. J Am Coll Cardiol 17(2): 458-460, 1991.

258


102 Tsao PW, Diaz RJ, Radde IC, Wong PY, Martell MF, Augustine JM, Wilson GJ, Coles JG: Age-related differences in the effects of cyclosporine on lymphocyte intracellular free calcium. Transplantation 52(2):345-349, Aug. 1991.

103 Wilson GJ, MacGregor DC, Klement P, Dereume J-P, Weber BA, Binnington AG and Pinchuk L: The composite Corethane/Dacron vascular prosthesis. ASAIO Transactions 37(3): M475-M476, July-Sept. 1991.

104 McKeown NB, Chang G, Niven J, Romaschin AD, Wilson GJ, Thompson M, Kalman PG: Facilitation of endothelial cell growth on hydroxylated ePTFE vascular grafts. ASAIO Transactions 37(3): M477-M478, July-Sept. 1991.

105 Wilson GJ: The Pathology of Cardiac Pacing. In: Cardiovascular Pathology, Second Edition (Silver MD, ed). Churchill Livingstone, New York, 1991: Vol. 2 pp 1429-1464 (Chapter 38).

106 Silver MD, Wilson GJ: Pathology of mechanical heart valve prostheses and vascular grafts made of artificial materials. In: Cardiovascular Pathology, Second Edition (Silver MD, ed). Churchill Livingstone, New York, 1991: Vol. 2 pp 1487-1545 (Chapter 40).

107 Feindel CM, Cruz J, Sandhu R, Wilson GJ: The effectiveness of various modes of nonsynchronized retrovenous perfusion in salvage of ischemic myocardium in the pig. Can J. Cardiol 7(8):357-365, Oct 1991.

108 Akagi T, Benson LN, Lightfoot NE, Chin K, Wilson G, Freedom RM: Natural history of dilated cardiomyopathy in children. Am Heart J 121(5):1502-1506, May 1991.

109 Drasler WJ, Jenson ML, Wilson GJ: Rheolytic catheter for percutaneous removal of thrombus. Radiology 182:263-267, Jan. 1992.

110 Klement P, Borm A, Hirsh J, Maraganore J, Wilson G, Weitz J: The effect of thrombin inhibitors on tissue plasminogen activator induced thrombolysis in a rat model: Thrombosis & Hemostasis 68(1):64-68, 1992.

111 Ropchan GV, Feindel CM, Wilson GJ, Boylen P, and Sandhu R: Salvage of ischemic myocardium by non-synchronized coronary retroperfusion in the pig. J of Thorac & Cardiovasc Surg. 104:619-625, Sept. 1992.

112 See YP, Weisel RD, Mickle DAG, Teoh KH, Wilson GJ, Tumiati LC, Mohabeer MK, Madonik MM, Axford-Gatley RA, Salter DR: Prolonged hypothermic cardiac storage for transplantation: the effects on myocardial metabolism and mitochondrial function. Journal of Thoracic & Cardiovascular Surgery, 104:817-824, Sept. 1992.

113 Mickleborough LL, Wilson GJ, Usui A, Isomura T, Varela A, Rakowski H, Gray G: Surgical treatment of ventricular tachycardia - balloon electric shock ablation: Potential effects on the mitral valve apparatus. J Thorac Cardiovasc. Surg. 103:629-637, April, 1992.

114 Coles JG, Romaschin AD, Wilson GJ, Mickle DAG, Dasmahapatra H, Martell M, Mehra A, Tsao P: Oxygen free radical-mediated lipid peroxidation injury in acute cardiac allograft rejection. Transplantation 54(1):175-178, July, 1992.

115 Pereira CA, Courtman DW, Langdon S, Lee JM, Wilson GJ: The effect of cell extraction or cryopreservation on the mechanical properties of porcine aortic valve leaflets. Proceedings of Canadian Medical and Biological Engineering Society Conference, pp. 86-87. Toronto June, 1992.

116 Feindel CM, Sandhu R, Cruz J, Wilson GJ: The effect of delay in retroperfusion therapy on infarct size reduction. Annals of Thoracic Surgery 54:1120-1125, Dec. 1992.

117 Tsao P, Wong PY, Radde IC, Young DS, Bryson S, Caspi J, Diaz RJ, Martell MF, Augustine JM, Wilson GJ, Coles JG: Pharmacodynamics and pharmacokinetics of cyclosporine A in the newborn. Developmental Pharmacology and Therapeutics. 18(2): 20-25, 1992.

118 Courtman DW, Lee JM, Yeger H, Wilson GJ: The acellular matrix vascular prosthesis: investigation of its potential as a xenograft for clinical application. Biomaterial Tissue Interfaces. Advances in Biomaterials #10. pp. 241-246. 1992. Proceedings of 9th European Conference on Biomaterials, Chester UK, Sept/91. (Eds. Doherty PJ et al.) Elsevier Science Publishers, Netherlands.

119 Coles J, Tsao P, Wilson G, Mills G. Tyrosine kinase-dependent lymphocyte signaling during allograft rejection. Transplantation Proceedings 25(1):877, Feb. 1993.

120 Caspi J, Coles JG, Benson LN, Herman SL, Augustine J, Tsao P, Brezina A, Kolin A and Wilson GJ: Effects of high plasma epinephrine and $Ca^{2+}$ concentrations on newborn myocardial function following ischemia. J Thoracic & Cardiovasc.Surg. 105(1):59-67, Jan 1993.

121 Axford-Gatley RA, Wilson GJ: Myocardial infarct size reduction by single high dose or repeatd low dose vitamin E supplementation in rabbits. Can J Cardiol. 9(1):94-98, Jan-Feb 1993.

122 Tsao PW, Mills GB, Diaz RJ, Radde IC, Martell MF, Augustine JM, Parkinson D, Waddell J, Wilson GL, Coles JG: Identification of a subpopulation of reactive large granular mononuclear cells in allogenic heart transplantation J Heart Lung Transplant 12(2):230-238, Mar-Apr, 1993.

123 Caspi J, Coles JG, Benson LN, Herman SL, Diaz RJ, Augustine J, Brezina A, Wilson GJ: The protective effect of magnesium on acute catecholamine toxicity in the neonate. J Thorac and Cardiovascular Surgery 105(3):525-531, March 1993.

124 Drasler WJ, Wilson GJ, Stenoien MD, Jenson ML, George SA, Dutcher RG, Possis ZC: A spun elastomeric graft for dialysis access. ASAIO Journal39(2): 114-119, April-June 1993.

125 Sandhu R, Diaz R, Wilson GJ: A comparison of ischemic preconditioning in blood perfused and buffer perfused isolated heart models. Cardiovascular Research 27(4) 602-607, April 1993.

126 Wilson GJ, MacGregor DC, Klement P, Weber BA, Binnington AG, Pinchuk L: The compliant Corethane/Dacron composite vascular prosthesis: comparison with 4 mm ePTFE grafts in a canine model. ASAIO Journal Vol 39(3): M526-M531, July-Sept, 1993.

127 Tsao PW, Mills GB, Diaz RJ, Radde IC, Martell MF, Augustine JM, Parkinson D, Waddell J, Wilson GJ, Coles JG: Identification of a subpopulation of reactive large granular mononuclear cells in allogeneic heart transplantation. J Heart Lung Transplant 12(2):230-238, March-April, 1993.

128 Coles J, Tsao P, Wilson G, Mills G: Tyrosine Kinase-dependent lymphocyte signaling during allograft rejection. Transplantation Proceedings 25(1) p. 877, Feb. 1993.

129 He, Guo-Wei, Yang C-Q, Wilson GJ, Rebeyka IM: Tolerance of coronary endothelium and smooth muscle to hyperkalemia. Annals of Thoracic Surg 57:682-688, March 1994.

130 Christodoulou J, McInnes RR, Jay V, Wilson G, Becker LE, Lehotay DC, Platt B-A, Bridge PJ, Robinson BH, Clarke JTR: Barth Syndrome: Clinical observations and genetic linkage studies. American Journal of Medical Genetics 50(3):255-264, April 1994.

131 Courtman DW, Pereira CA, Kashef V, McComb D, Lee JM and Wilson GJ: Development of a pericardial acellular matrix biomaterial: Biochemical and mechanical effect of cell extraction J of Biomedical Materials Research Vol 28(6):655-666, June 1994.

132 Szwarc RS, Mickleborough LL, Mizuno S, Wilson GJ, Liu P, Mohamed S: Conductance catheter measurement of left ventricular volume in the intact dog: Parallel conductance is independent of left ventricular size. Cardiovascular Research 28(2):225-228, 1994.

133 Lee JM, Haberer SA, Pereira CA, Naimark WA, Courtman DW, Wilson GJ: "High strain rate testing and structural analysis of pericardial bioprosthetic materials". ASTM Special Technical Publication 11: Biomaterials' Mechanical Properties (HE Kambic, A.T. Yokobori, ed.), Philadelphia, pp.19-42, 1994.

134 Mickleborough LL, Mizuno S, Usui A, Wilson GJ, McComb D, Gray G: Balloon electric shock ablation. A surgical technique for treatment of ventricular tachycardia: Influence of endocardial scar on depth of ablation. Journal of Thoracic and Cardiovascular Surgery 108(5):855-861, Nov. 1994.

135 Mickleborough LL, Maruyama H, Szwarc R, Wilson GJ, Sun Z, Mohamed S: A new canine model of left ventricular dysfunction due to regional infarction. Surgical Forum, Vol. XLV:235-236, 1994.

136 Tsao PW, Mills GB, Diaz RJ, Radde IC, Parkinson D, Waddell J, Wilson GJ and Coles JG: Evidence that increases in lymphocyte tyrosine phosphorylation precede cardiac allograft rejection. Transplantation 58 (4): 451-457, August 1994.

260

137 Wilson GJ, Courtman DW, Klement P, Lee JM and Yeger H: Acellular matrix: A biomaterials approach for coronary artery bypass and heart valve replacement Annals Thorac Surg 60:S353-S358, August, 1995.

138 Wilson GJ, MacGregor DC, Bridgeman J, Weber BA, Binnington AG, Pinchuk L: A Corethane™/Polyester composite vascular prosthesis for vascular access: Comparison with ePTFE grafts in a canine model. American Society for Artificial Internal Organs Journal 41(3): M728-M734, July-Sept. 1995.

139 Coles JG, Yemets I, Najim HK, Lukanich JM, Perron J, Wilson GJ, Rabinovitch M, Nykanen DG, Benson LN, Rebeyka LM, Trusler GA, Freedom RM, Williams WG: Experience with repair of congenital heart defects using adjunctive endovascular devices. J Thorac Cardiovasc Surg, 110:1513-1520, Nov. 1995

140 Courtman DW, Pereira C, Omar S, Langdon SE, Lee JM and Wilson GJ: Biomechanical and ultrastructural comparison of cryopreservation and a novel cellular extraction of porcine aortic valve leaflets. Journal Biomedical Materials Research, 29:1507-1516, 1995.

141 Sandhu R, Thomas U, Diaz RJ, Wilson GJ: Effect of ischemic preconditioning of the myocardium on cyclic AMP. Circulation Research 78:137-147, Jan. 1996.

142 Cowan B, Baron O, Crack J, Coulber C, Wilson GJ, Rabinovitch M: Elafin, a serine elastase inhibitor, attenuates post-cardiac transplant coronary arteriopathy and reduces myocardial necrosis in rabbits after heterotopic cardiac transplantation. J Clin Invest. 97(11): 2452-2468, June 1996.

143 Li R-K, Mickle DAG, Weisel RD, Carson S, Omar SA, Tumiati LC, Wilson GJ, and Williams WG: Human pediatric and adult ventricular cardiomyocytes in culture: assessment of phenotypic changes with passaging. Cardiovascular Research 32:362-373, 1996.

144 Wilson GJ, Klement P, Kato YP, Martin JB, Khan IJ, Alcime R, Dereume J-P, MacGregor DC and Pinchuk L: A self-expanding bifurcated endovascular graft for abdominal aortic aneurysm repair. An initial study in a canine model. American Society for Artificial Internal Organs Journal 42:M386-M393, June, 1996.

145 Diaz R, Wilson GJ: Selective blockade of AT1 angiotensin II receptors abolished ischemic preconditioning in isolated rabbit hearts. Journal of Molecular and Cellular Cardiology 29:129-139, Jan. 1997.

146 Walker AM, Benson LN, Wilson GJ and Arbus GS: Cardiomyopathy: a late complication of hemolytic uremic syndrome. Pediatr Nephrol 11:221-222, April, 1997.

147 Sandhu R, Diaz RJ, Mao GD, Wilson GJ: Ischemic preconditioning differences in protection and susceptibility to blockade with single versus multi-cycle transient ischemia. Circulation 96(3):984-995, August, 1997.

148 Sharafuddin MJ, Hicks ME, Jenson LM, Morris JE, Drasler WJ, Wilson GJ: Rheolytic thrombectomy with use of the AngioJet-F105 catheter: preclinical evaluation of safety. J Vasc. & Intervent. Radiol. 8(6):939-45, 1997, Nov-Dec.

149 Beghetti M, Wilson GJ, Bohn D, Benson L: Hypersensitivity myocarditis caused by an allergic reaction to cefaclor. Journal of Pediatrics 132(1): 172-173, January, 1998.

150 Caspi J, Coles JG, Benson LN, Wilson GJ: Brain damage and myocardial dysfunction: protective effects of magnesium in the newborn pig. Annals of Thoracic Surgery 65(6): 1730-1736, June, 1998.

151 Losito VA, Tsushima G, Diaz RJ, Wilson GJ, Backx PH: Preferential regulation of rabbit cardiac L-type $Ca^{2+}$ current by glycolytic derived ATP via a direct allosteric pathway. Journal of Physiology 511:(Pt. 1): 67-78, August, 1998.

152 Leveillee RJ, Pinchuk L, Wilson GJ, Block NL: A new self-expanding lined stent-graft in the dog ureter: radiological, gross, histopathological and scanning electron microscopic findings. Journal of Urology 160(5): 1877-1882, November, 1998.

153 Courtman DW, Cho A, Langille L, Wilson GJ: Eliminating arterial pulsatile strain by external banding induces medial but not neointimal atrophy and apoptosis in the rabbit. American Journal of Pathology 153(6): 1723-1729, December 1998.

154 Diaz RJ, Losito VA, Ford MK, Mao GD, Backx PH, Wilson GJ: Chloride channel inhibition blocks the protection of ischemic preconditioning and hypo-osmotic stress in rabbit ventricular myocardium. Circulation Research 84:763-775, April, 1999.

155 Lee KJ, McCrindle BW, Bohn DJ, Wilson GJ, Taylor GP, Freedom RM, Smallhorn JF, Benson LN: Clinical outcomes of acute myocarditis in childhood. Heart 82(2):226-33, Aug, 1999.

156 Henry TD, Setum CM, Wilson GJ, Morris JE, Johnston RB, Jenson ML: Preclinical evaluation of a rheolytic™ catheter for percutaneous coronary artery/saphenous vein graft thrombectomy. J Invasive Cardiol. 11(8) 475-484, August, 1999.

157 Merguerian PA, Reddy PP, Barrieras DJ, Wilson GJ, Woodhouse K, Bagli D, McLorie GA, Khoury AE: Acellular bladder matrix allografts in the regeneration of functional bladders: evaluation of large segment (<24 $cm^2$) substitution in a porcine model. British Journal of Urology International 85:894-898, May, 2000.

158 Reddy PP, Barrieras DJ, Wilson G, Bagli DJ, McLorie GA, Khoury AE, Merguerian PA.: Regeneration of functional bladder substitutes using large segment (<40 cm2) acellular matrix allografts in a porcine model: long term results. Journal of Urology. 164(3) Pt 2 of 2 936-941, September 2000.

159 Courtman DW, Errett BF, Wilson GJ: The role of cross-linking in modification of the immune response elecited against xenogenic vascular acellular matrices. Journal of Biomedical Materials Research 55(4) 576-586, June 2001.

160 Diaz RJ, Batthish M, Backx PH, Wilson GJ: Chloride channel inhibitionn does block the protection of ischemic preconditioning in myocardium. J Mol Cell Cardiol. 33(10): 1887-1889, Oct. 2001.

In Press:

Suto F, Cahill SA, Wilson GJ, Hamilton RM, Greenwald I, Gross GJ: A novel rabbit model of variably compensated complete heart block. (in press, Journal of Applied Physiology).

Brown AL, Farhat W, Merguerian PA, Wilson GJ, Khoury AE, Woodhouse KA: Long term outcomes of bladder acellular matrix as a bladder augmentation material in a porcine model. (In press, Biomaterials).

262

## ABSTRACTS and PRESENTATIONS

1 Wilson GJ, Holness DE, Lixfeld W, Yasui H and MacGregor DC: Mass spectrometry for measuring changes in intramyocardial $pO_2$ and $pCO_2$. International Symp on Oxygen Transport to Tissue, Charleston, S.C., April /73.

2 MacGregor DC, Wilson GJ, Holness DE, Lixfeld W, Yasui H, Tanaka S, Silver MD and Gunstensen J: Intramyocardial carbon dioxide tension: A guide to the safe period of anoxic arrest of the heart. International Study Group for Research in Cardiac Metabolism 7th Ann. Mtg. Quebec,P.Q. June, 1974.

3 Wilson GJ and MacGregor DC: Anoxic arrest of the heart. Canadian Society of Extra-Corporeal Circulation Technicians 7th Ann. Mtg. Toronto, Sept/1974.

4 Gunstensen J, Wilson GJ, Tanaka S, Holness DE, Lixfeld W, Silver MD, Rubis LJ and MacGregor DC: Ischemic contracture of the left ventricle. Clinical Research Society of Toronto. Toronto, April, 1975.

5 MacGregor DC, Wilson GJ, Tanaka S, Holness DE, Lixfeld W, Silver MD, Rubis LJ: Ischemic contracture of the left ventricle: Production and prevention. American Association for Thoracic Surgery New York,N Y, April, 1975.

6 Wilson GJ and MacGregor DC: The Metabolic Response of the heart to ischaemic arrest during cardiac surgery: Assessment by means of intramyocardial carbon dioxide tension. I[st] World Congress for Microcirculation. Toronto,June/75.

7 MacGregor DC and Wilson GJ: Intramyocardial carbon dioxide tension measurements in assessing myocardial anaerobic metabolism. Symposium on Clinical Applications of Medical Mass Spectrometry. Chicago, Ill, Oct/75.

8 Lixfeld W, Silver MD, Wilson GJ, Trimble AS and MacGregor DC: The histologic transformation and fate of the aortocoronary bypass graft. Annals of the Royal College of Physicians and Surgeons of Canada 9: 14, 1976.

9 MacGregor DC, Goldstein W, Pilliar RM, Rubis LJ, Blackwell R, Lixfeld W, Silver MD and Wilson GJ: Porous Metal Surfaces: A radical new concept in heart valve design. American Society for Artificial Internal Organs (ASAIO). San Francisco, CA, April/76. ASAIO, 5: 51, 1976.

10 Wilson GJ, MacGregor DC, Pilliar RM, Lixfeld W, Goldstein W, Rubis LJ, Scully HE and Silver MD: A new thromboresistant surface coating for heart valve prostheses. Canadian Cardiovac Society Edmonton, Alberta, October/76.

11 Gunstensen K, Adeseshiah M, Goldstein W, Wilson GJ, Morais D, Hill TJ, Baird RJ and MacGregor DC: Intramyocardial blood flow distribution and tissue pressure following ischemic arrest. Canadian Cardiovasc. Society. Edmonton, Alberta, October/76.

12 MacGregor DC, Wilson GJ, Schwartz L, Covvey HD and Wigle ED: A computer-assisted reporting system for the follow-up of patients with prosthetic heart valves. American College of Cardiology. Las Vagas, Nevada, March/77. Abstr. Am J Cardiol 39:303, 1977.

13 Wilson GJ, Lixfeld W, Pilliar RM, Miller SL, Bobyn JD, Silver MD and MacGregor DC: Endocardial tissue response to porous versus smooth metal surfaces: Basis for a radical improvement in pacemaker electrode design. Canadian Congress of Laboratory Medicine. Winnipeg, Man, June/78.

14 Lee BY, Wilson GJ, Domenech RJ and MacGregor DC: Relative roles of oedema and contracture in the myocardial post-ischaemic "no-reflow" phenomenon. Can. Cardiovasc. Soc. Vancouver, B C., Oct/78.

15 Walters FJM, Wilson GJ, Steward DJ, MacGregor DC: Tissue pH for continuous monitoring of myocardial metabolism in cardiac surgery. Can Cardiovasc Soc. Vancouver, BC, Oct/78.

16 MacGregor DC, Lixfeld W, Wilson GJ, Pilliar RM, Bobyn JD, Silver MD, Miller SL: The Porous Surfaced Electrode: A new concept in pacemaker lead design. Can CardiovascSoc.Vancouver, Oct/78.

17 Walters FJM, Wilson GJ, Steward DJ, Domenech RJ and MacGregor DC: Intramyocardial pH as an

263

index of myocardial metabolism during cardiac surgery. American Association for Thoracic Surgery, Boston, Mass. April/79.

18 Wilson GJ, Lee BY, Domenech RJ and MacGregor DC: Myocardial ischemic contracture: Metabolic dependence and impact on post-ischemic blood flow distribution. International Society for Heart Research American Section Biannual Meeting, Ottawa, Ontario, May/79.5. Abstr. J Mol Cell Cardiol II (Suppl 1), 67, 1979.

19 Robertson JM, Wilson GJ, Walter FJM, Steward DJ and MacGregor DC: Intramyocardial pH monitoring in elective cardiac Arrest. Anaesthesia 51: 594, 1979.

20 Wilson GJ, MacGregor DC, Scully HE, Lixfeld W, Bobyn JD, Pilliar RM and Silver MD: The tissue response to porous metal surfaces in the bloodstream: Basis for a new generation of more thromboresistant mechanical heart valve prostheses. Canadian Congress of Laboratory Medicine. Quebec, June/79.

21 Wilson GJ, MacGregor DC, Bobyn JD, Pilliar RM and Silver MD: Diffusion Limited Tissue Response to Porous Metal Surfaces in the Bloodstream: Basis for thromboresistant linings applicable to implantable blood pumps. Canadian Congress of Laboratory Medicine. St. John's, Newfoundland, June/79.

22 Sherman I, Grayson J, Newmann AW and Wilson GJ: Interfacial tension and the critical closing phenomenon in the microcirculation. Second World Congress for Microcirculation. La Jolla, California, July 22, 19/79. Microvascular Research 17: S101, 1979.

23 MacGregor DC, Wilson GJ, Dutcher RG, O'Neill E, Lixfeld W, Busch RH and Scholmeyer MP: A new positive fixation endocardial pacemaker lead using an extendable/retractable helix. VIth World Symposium on Cardiac Pacing. Montreal, Quebec, October/79. Pacing and Clinical Electrophysiology 2: A-87, 1979.

24 Wilson GJ, MacGregor DC, Bobyn JD, Lixfeld W, Pilliar RM, Miller SL and Silver MD: Tissue response to porous surfaced electrodes: Basis for a new atrial lead design. VIth World Symposium on Cardiac Pacing. Montreal, PQ., Oct/79. Pacing and Clinical Electrophysiology 2: A-86, 1979.

25 Wilson GJ, MacGregor DC, Bobyn JD, Lixfeld W, Pilliar RM and Silver MD: Diffusion limited tissue response to porous metal surfaces: Basis for a thromboresistant lining for rigid conduits applicable to implantable blood pumps. Canadian Cardiovascular Sociey. Quebec,PQ, October/79.

26 Wilson GJ and MacGregor DC: Tissue reaction to porous metal Surfaces: Basis for the application of powder metal technology to cardiovascular prosthetic devices. Can Cardiovasc Soc. Quebec, PQ, October/79.

27 Schwartz L, Scully HE, Axuma J, Katz HV, MacGregor DC, Wilson GJ, Silver MD and Wigle ED: The Beall Valve: When should it be replaced? Can Cardiovasc Soc. Quebec, PQ, Oct/79.

28 Wilson GJ, Robertson JM, Walters FJ, Steward DJ and MacGregor DC: Intramyocardial pH during elective arrest of the heart in cardiac surgery: Comparison of moderate hypothermia with potassium cardioplegia. Can Cardiovasc Soc. Quebec,PQ, Oct/79.

29 Bayliss CE, Taylor I, Wilson GJ: Physical consistency in the perfused rabbit intraventricular septum model. Clinical Research 27: 152A, 1979.

30 Wilson GJ, Robertson JM, Walters FJ, Steward DJ and MacGregor DC: Intramyocardial pH during elective arrest of the heart: Relative effects of hypothermia versus potassium cardioplegia on anaerobic metabolism. Society of Thoracic Surgeons. Atlanta, Georgia, January 1980.

31 Wilson GJ, Bobyn JD, Pilliar RM, Scully HE, Silver MD and MacGregor DC: Diffusion limited tissue response to porous metal surfaces in the bloodstream: Basis for the application of powder metal technology to cardiovascular prosthetic devices. International Academy of Pathology (U S - Can Div) New Orleans, Feb/80. Lab Invest 42: 64, 1980.

32 Wilson GJ, Walters FJM, Robertson JM, Steward DJ and MacGregor DC: Intramyocardial pH and $pCO_2$ for continuous on-line monitoring of myocardial metabolism in cardiac surgery. Cardioplegia:

264

The First Quarter Century. An International Symposium. London, England, June, 1980.

33 MacGregor DC, Heinman FW and Wilson GJ: Myocardial temperature distribution in cold chemical cardioplegia: The significance of coronary artery lesions, cardioplegia. The First Quarter Century. An International Symposium. London, England, June, 1980.

34 Young RJ, Tait GA, Wilson GJ, Ninomiya J, Steward DJ and MacGregor DC: Photometric measurement of intramyocardial pH in graded regional ischemia. American Physiological Society. Toronto, Ont. Oct/80. The Physiologist 23(4): 104, 1980.

35 Schaffer MS, Zuberbuhler P, Wilson GJ and Rose V: Catecholamine cardiomyopathy: An unusual presentation of pheochromocytoma in children. Can Cardiovasc Soc, Winnipeg, Man. Oct/80.

36 Wilson G, Rose V, Sherwood G and Steiner G: Coronary death at age 3 years caused by familial homozygous hypercholesterolemia. Canadian Cardiovascular Society. Winnipeg, Man. Oct/80. Coronary death at age 3 from familial homozygous hypercholesterolemia: A cell membrane receptor disease. Lab Invest 44: 9P, 1981.

37 Heineman FW, MacGregor DC, Wilson GJ and Ninomiya J: Regional and transmural temperature distribution in cold chemical cardioplegia: The significance of coronary arterial stenosis. Can Cardiovasc Soc. Winnipeg, Manitoba, Oct/80.

38 Bobyn JD, Wilson GJ, Mycyck TR, Klement P, MacGregor DC: Comparison of a porous-surfaced with a totally porous ventricular endocardial pacing electrode. North American Society of Pacing and Electrophysiology 2nd Ann. Mtg. San Francisco, California, March/81. Abstr. Pacing and Clinical Electrophysiology 4: A-241, 1981.

39 Bobyn JD, Wilson GJ, Mycyk TR, Klement P, MacGregor DC: Improved elctrophysiological performance using a new porous-surfaced ventricular endocardial pacing electrode. 2nd European Symposium on Cardiac Pacing. Florence, Italy, May 4-6, 1981. Pacing and Clinical Electrophysiology 4(3): p. A-82, 1981.

40 Bobyn JD, Wilson GJ, MacGregor DC, Weatherly GC and Pilliar RM: Effect of pore size on the strength of fibrous tissue attachment to porous-surfaced implants. Society for Biomaterials. 13th International Biomaterials Symposium. Troy, New York, May/81.

41 Prickaerts JP, Wilson GJ, Brook WH, Baffour P, Bayliss CE: Influence of fixative osmolality on morphometric determination of extracellular space in myocardium. Clin Res 29: 232A, 1981. Abstr. Clin Res 29: 232A, 1981.

42 Bobyn JD, Wilson GJ, Mycyk TR, Klement P, Tait GA, Pilliar RM, and MacGregor DC: Comparison of a porous-Surfaced with a totally porous ventricular endocardial pacing electrode. Canadian Biomaterials Society. Hamilton, Ontario, June,1981.

43 Prickaerts JP, Wilson GJ, Baffour R, Bayliss CE: Effect of extracellular edema on reperfusion of ischemic myocardium. Clin Res 30(2): 214, 1982.

44 Wood AE, Williams WG, Bellhouse, BJ, Haworth WS: In vivo compatability of carbon containing and porous polyolefine surfaces. ASAIO Abstracts, 11: 25, 1982.

45 Wood AE, Williams WG, Bellhouse BJ, Bellhouse FH, Haworth WS, Kent G, Lewis RWH, Wilson GJ: A single leaflet mitral valve: Results of an in vitro evaluation.ASAIO, 11:36, 1982.

46 Coles JC, Wilson GJ, Sima AAF, Klement P, Tait GA: Intraoperative detection of spinal cord ischemia using somatosensory cortical evoked potentials during thoracic aortic occlusion. Society of Thoracic Surgeons 18th Ann. Mtg, New Orleans, Jan 1982.

47 Tait GA, Booker PD, Wilson GJ, Coles JG, Steward DJ, MacGregor DC: Effect of multi-dose cardioplegia and cardioplegic solution buffering on myocardial tissue acidosis. International Society for Heart Research (ISHR), New Orleans, Louisiana, May/82. J Molec Cell Cardiol 14 (Suppl 1): 62, 1982.

48 Wilson GJ, Tait GA: Evaluation of autofluorescence in the identification of early myocardial infarction. American Section, ISHR, New Orleans, Louisiana, May/82. ISHR, J Molec Cell Cardiol 14 (Suppl 1):

265

68, 1982.

49 Feindel CM, Tait GA, Wilson GJ, Klement P, MacGregor DC: Multidose blood versus crystalloid cardioplegia: Comparison by quantitative assessment of irreversible myocardial injury. Canadian Cardiovascular Society, Calgary, Alberta, Oct/82. Suppl I to Clin and Inv Med 5:21. #14, 1982.

50 Wilson GJ, MacGregor DC, Klement P, Lee JM, Wong E, and Leidner J: Anisotropic polyurethane nonwoven conduits: A new approach to the design of a vascular prosthesis. ASAIO, 12:25, 1983.

51 Wilson GJ, MacGregor DC, Goldman BS and Noble EJ: Factors affecting recovery after pacer implantation. Pacing and Clinical Electrophysiology 6(3):p. A-97, 1983.

52 Guiteras P, Pelech AN, Smallhorn J, Jalonen K, Wilson G, Olley PM: Modified Simpson's rule for two-dimensional echocardiographic measurement of right ventricular volume (RVV) and right ventricular mass (RVM. Circulation, Part II, Vol. 68(4):III-259, #1037, 1983.

53 Rabinovitch M, Andrew M, Thom H, Williams WG, Trusler GA, Rowe RD, Olley PM, Wilson GJ: Abnormal pulmonary vascular endothelial metabolism of Factor VIII in patients with pulmonary hypertension (PH). Circulation, Part II, Vol. 68(4):III-36, #142, 1983.

54. Wilson GJ, MacGregor DC, Klement P, Saulson SH, Pilliar RM: Porous metal surface coating for improved soft tissue fixation of pacemaker pulse generators. Fourth Annual Meeting, North American Society of Pacing and Electrophysiology. New Orleans, Louisiana, March/83. PACE 6:320, 1983.

55 Wilson GJ, MacGregor DC, Klement P, Lee JM, Wong E, Leidner J: Anisotropic polyurethane nonwoven conduits: A new approach to the design of a vascular prosthesis. ASAIO. Toronto, April/83.

56 MacGregor DC, Wilson GJ, Klement P, Pilliar RM: Improved electrophysiological performance using porous surfaced electrodes for atrial epicardial pacing. VIIth World Symposium on Cardiac Pacing. Vienna, Austria, May/83. PACE 6(3) Part II:p. A62, 1983.

57 Lee JM, Wilson GJ, MacGregor DC, Leidner J: Changes in the viscoelastic properties of polyurethane vascular grafts following implantation. Canadian Biomaterials Society, Quebec, June/83.

58 del Nido P, Wilson G, Mickle D, Klement P, Harding R, Tait G: A biochemical and histopathological assessment of cardioplegic buffering for myocardial protection. ISHR. London, England, July/83.

59 Wilson G, Feindel C, Tait G del Nido P, Klement P, MacGregor D: Safety of multidose blood cardioplegia infused at 4°C shown by quantitative histochemical and ultrastructural assessment of myocardial injury. ISHR, London, England, July/83. Suppl I, J Mol Cell Cardiol 15: 279, 1983.

60 del Nido P, Wilson G, Tait G, Klement P, Mickle D: The temporal development and localization of myocardial reperfusion injury following chemical cardioplegia. ISHR, Hilton Head, South Carolina, Sept/83.

61 Wilson G, del Nido P, Mickle D, Harding R, Klement P, Tait G: Early contractile performance versus the extent of myocardial necrosis following cardioplegia: A problem in assessing myocardial protection. ISHR, Hilton Head,S C, September/83.

62 Mickle D, del Nido P, Harding R, Klement P, Tait G, Wilson G: Assessing myocardial protection: Discordance between early post-arrest haemodynamic function and extent of myocardial necrosis with cardioplegic buffering. Can Cardiovasc Soc. Toronto, Oct/83. Suppl Clin. & Investigative Medicine 6(1), p.32, #55, 1983.

63 Bush BG, del Nido PJ, Wilson GJ, Mickle DAG, Klement P, Tait GA: Calcium paradox: Production and prevention in an in vivo model of hypothermic, multidose cardioplegia. Surgical Forum, American College of Surgeons Clinical Congress. San Francisco, California, October/84. J Molec Cell Cardiol 16 (Suppl I): 10, 1984.

64 del Nido PJ, Wilson GJ, Mickle DAG, Klement P, Harding R, Tait GA: Failure of both ATP and contractility (end systolic elastance) as indices of myocardial preservation. ISHR, Oklahoma City, Oklahoma, Sept, 1984. J Molec Cell Cardiol 16 (Suppl l) 14, 1984.

65 Mickle DAG, del Nido DJ, Wilson GJ, Harding RD, Romaschin AD: Exogenous substrate preference of

the post-ischemic myocardium. Canadian Cardiovascular Society, Quebec City, P.Q., Oct/84, 1984. Suppl Clin. & Investigative Med.7(1), p.35, #75, 1984.

66 Bush BG, del Nido PJ, Wilson GJ, Mickle DAG, Klement P, Tait GA: Calcium paradox: Production and prevention in an in vivo model of hypothermic, multidose cardioplegia. Canadian Cardiovascular Society. Quebec City,PQ. October/84.Suppl. Clinical & Investigative Medicine Vol. 7(1), p..36, #79, 1984.

67 del Nido PJ, Wilson GJ, Mickle DAG, Klement P, Tait GA: The role of cardioplegia buffering in myocardial protection: A biochemical and histopathological assessment. Can Cardiovasc Soc, Quebec City, PQ. October, 1984. Suppl. Clin. & Invest. Med. 7(1), p.35, #77, 1984.

68 Mickleborough LL, Wilson G, Mackay C, Gray G, Weisel RD: Surgery for ventricular tachycardia: Effect of operative procedure on ventricular structure and function. North American Society for Pacing and Electrophysiology, Toronto, May 1985. PACE 8(2): A-110, 1985.

69 MacGregor DC, Wilson GJ, Miller SL, Klement P, van Werven M, Tillery B: Platinum-iridium versus elgiloy as a porous electrode for cardiac pacing. North American Society for Pacing and Electro-physiology, Toronto, May, 1985. PACE 8(2): A-52, 1985.

70 Wilson GJ, Klement P and MacGregor DC: A comparison of the Dardik biograft with a reinforced ovine collagen tube vascular graft: Preliminary findings. International Congress of Angiology, Athens, Greece, June, 1985.

71 Friedell ML, Parsonnet V, MacGregor DC, Wilson GJ, Villaneuve A, and Klement P: Initial experience with polyester mesh-reinforced ovine fibrocollagenous tubes as arterial zenografts in dogs. Proceedings of the International Congress of Angiology, Athens, Greece. June, 1985.

72 Coles JG, Watanabe T, Wilson GJ, Benson LN, Kent GM, Williams WG, Trusler GA: The effect of age on the response to myocardial ischemic stress with and without hypothermic cardioplegia. Canadian Cardiovasc. Soc. Suppl. Clinical and Investigative Medicine 8(1), B30, #21, 1985.

73 Mickle D, Romaschin A, Rebeyka I, Wilson G: In vivo formation of lipid peroxidation products during reversible ischemia and reperfusion of the myocardium. Clin & Invest Med 8(1) A139, #R-605, 1985.

74 Mickle D, Rebeyka I, Romaschin A, Wilson G: Identification of myocardial lipid peroxidation following myocardial ischemia in vivo: the chemical signature of free radical mediated injury. J Mol Cell Card. 27, p.1210, Jul-Dec Suppl, 1985.

75 Labbe R, Romaschin A, Mickle D, Wilson G, Houle S, Palker P: Localization of damage to skeletal muscle following prolonged ischemia and its prevention. Clin & Invest Med 8(3):A229, #R-1152, 1985.

76 Rebeyka IM, Wilson GJ, Bush BC, del Nido P, Mickle DAG, Romaschin AD: Calcium paradox in an in vivo model of multidose cardioplegia: Prevention with Diltiazem. Canadian Cardiovascular Society, Halifax, Nova Scotia, October 23-25, 1985. Suppl. Clin Invest Med 8(4):B58, #134, 1985.

77 Rebeyka IM, Coles JG, Wilson GJ, Watanabe T, Taylor MJ, Adler SF, Mickle DAG, Romaschin AD, Burrows FA, Williams WG, Trusler GA: Systemic flow rates for adequate cerebral perfusion at 25°C: An Experimental and clinical study using somatosensory evoked potentials. Canadian Cardiovascular Society, Halifax, Nova Scotia, October, 1985. Suppl Clin & Invest Med 8(1):B58, #135, 1985.

78 del Nido PJ, Williams WG, Wilson GJ, Coles JG, Moes CAF, Hosokawa Y, McLaughlin PR, Fowler RF, Izukawa T, Rowe RD, Trusler GA: Synthetic patch angioplasty for repair of coarctation of the aorta: Experience with aneurysm formation. American Heart Assoc, Washington, D.C. Nov, 1985.

79 Feitler DA, Mickle DAG, Romaschin AD, Wilson GJ: Oxygen free radical mediated injury to the heart during ischemia and reperfusion. 38th CVMA/ACV 1986, Charlottetown, PEI, July/86, p 18.

80 Klement P, Coles JG, Watanabe T, Kent GM, Villamater J and Wilson GJ: Cardiopulmonary bypass (CPB) in neonates: Surgical and perfusion technique. 38th CVMA/ACV, Charlottetown, PEI, July/86.

81 Romaschin AD, Wilson GJ, Mickle DAG: Hydroxy conjugated dienes, products of free radical attack on polyunsaturated phospholipids in reversibly and irreversibly ischemic myocardium. Free radicals in biology and medicine: Ischemia and Reperfusion Injury Symposium, #13, March/86. Point Clear, Alabama.

267

82 Nahon D, Lee JM, Wilson GJ: A two-dimensional incremental study of the static mechanical properties of vascular grafts. Society for Biomaterials, Minneapolis, Minnesota, May/86.

83 Mickleborough LL, Wilson GJ, Desrosiers A, Rebeyka I, Gray G: Improved results with left ventricular assist versus intra-aortic balloon counterpulsation during early reperfusion after global myocardial ischemia. Surgical Forum, Clinical Congress of the American College of Surgeons, New Orleans, October, 1986. Surgical Forum, p. 208, 1986.

84 Mickleborough L, Harris L, Wilson G, Desrosiers A, Gray G: Chronic effects of balloon electric shock ablation on electrophysiology and structure of the left ventricle in the dog. Can Cardiovasc Soc, Ottawa, Ontario, November, 1986.

85 del Nido PJ, Mickle DAG, Wilson GJ, Benson LN, Coles JG, Weisel RD, Williams WG, Trusler GA: Inadequate myocardial protection in elective repair of Tetralogy of Fallot. Surgical Forum, Clinical Congress of the American College of Surgeons, New Orleans, Oct/86. Suppl. Clinical & Investigative Medicine, Vol 9, p. B80. #205, 1986. Circulation Suppl. 74(4),II-133. #532, 1986.

86 del Nido PJ, Benson LN, Mickle DAG, Kielmanowicz S, Coles JG, Wilson GJ: Impaired left ventricular (LV) post-ischemic function and metabolism in chronic right ventricular hypertrophy (RVH). Circulation Suppl. 74(4):II-132. #528, 1986.

87 Mickle DAG, Wilson GJ, Romaschin AD: Measurement of the products of oxygen mediated free radical injury in reversibly and irreversibly ischemic myocardium. Suppl. Clinical and Investigative Medicine, Vol 9, p. A97, R-610, 1986.

88 Wilson GJ, Mickle DAG, Rebeyka I, Romaschin AD: Lipid peroxidation in reversibly and irreversibly ischemic myocardium. Canadian Cardiovascular Society, Ottawa, Ontario, Oct-Nov, 1986. Suppl. Clin. Investigative Med. Vol 9, p. B75, #186, 1986.

89 del Nido PJ, Mickle DAG, Williams WG, Wilson GJ, Benson LN, Coles JG, Trusler GA: Evidence of myocardial free radical Injury during elective repair of Tetralogy of Fallot. Annual Meeting of the American Heart Association, Dallas, Texas, Nov/86. Circulation Suppl. 74(4):II-77. #308, 1986.

90 Wilson GJ, Yeger H, Klement P, Mickle DAG: Assessment of potential for dystrophic calcification in biological vascular prostheses. International Academy of Pathology March 1987, Chicago, USA.

91 Weygang ML, Lee JM, Wilson GJ, Klement P: Mechanical changes in polyurethane vascular grafts following implantation. Canadian Biomaterials Society, May 1987, Toronto.

92 Wilson GJ, Klement P, Yeger H, Kuit J, Czegledy-Nagy N, Nahon D, and Lee JM: The acellular matrix biograft as a vascular prosthesis: preliminary evaluation. Canadian Biomaterials Society, May, 1987, Toronto, Canada.

93 Wilson GJ, Klement P, Yeger H, Kuit J, Czegledy-Nagy N, Nahon D and Lee JM: The acellular matrix biograft as a vascular prosthesis: in vitro and in vivo evaluation. (Abstract) The 13th Annual Meeting of the Society for Biomaterials, June, 1987, New York, New York, USA. Transactions of the Society for Biomaterials. 13: 271, 1987.

94 Klement P, Coles JG, Mickleborough L, MacKay C, del Nido PJ, Klement G, Feitler D, Wilson G: Cardiopulmonary bypass (CPB) in dogs: effects on hematological and biochemical parameters of organ system function. 23rd World Veterinary Congress, August, 1987, Montreal, Quebec, Canada.

95 Weygang ML, Lee JM, Wilson GJ, Klement P, Binnington AG: Static mechanical properties of helically constructed polyurethane vascular grafts before and after implantation. Materials Research Society Symposium on Biomedical Materials. Boston, Nov-Dec, 1987.

96 Gatley RA, Wilson GJ: An ultrastructural study of the lateral "border zone" in myocardial infarction. Lab Invest 56(1):26A, #151. Jan 1987.

97 Koike K, Hesslein PS, Finlay CD, Williams WG, Wilson GJ, Izukawa T: Atrial ectopic tachycardia in children. Circulation 76 Supp. IV, Page IV-82, 1987. # 327.

98 Koike K, Hesslein PS, Wilson GJ, Finlay CD, David SL, Dasmahapatra HK, Kielmanowicz S, Coles JG: Telemetric detection of cardiac allograft rejection: Circulation 76, Supp IV, P. 257, 1987. # 1024.

268

99 Koike K, Hesslein PS, CD Finlay, Williams WG, Wilson GJ, Izukawa T: Atrial ectopic tachycardia in children. Suppl to Clin and Invest. Med. Vol. 10 (5) Abstr 171, P. c 71, Oct 1987.

100 Dasmahapatra HK, Wilson GJ, Sherret H, Adler S, Coles JG: Relationship between cerebrospinal fluid dynamics and reversible spinal cord ischemia during experimental thoracic aortic occlusion. Suppl. Clin and Investigative Med. Vol. 10 (5), #59, p. C43, Oct. 1987.

101 Smallhorn JF, Musewe NN, Kielmanowicz S, Dasmahapatra H, Coles JG, Wilson GJ: Doppler echocardiographic assessment of progressive pulmonary artery hypertension following pulmonary vein banding in a pig model. Suppl.Clin and Invest Med, Vol. 10 (5), #132, p. C61, Oct 1987.

102 Wilson GJ, Peters D, Friend S, Roberts G: Studies on the induction of aneurysm formation in ovine biosynthetic vascular prostheses. IX Internat Vascular Workshop in Zurs, Austria, March 1988.#5.

103 Rebeyka IM, Bush BG, Wilson GJ, del Nido PJ, Mickle DAG, Romaschin AD, Axford-Gatley RA: Calcium paradox in an in vivo model of multidose cardioplegia: prevention with diltiazem or trace calcium levels. ISHR, June/88, Williamsburg, VA, USA. J Mol and Cell Cardiol, Vol. 20, Suppl. III, #6, P. S2, May 1988.

104 Wilson GJ, Romaschin AD, Mickle DAG, Feitler DA: Subcellular localization of phospholipid oxidation in ischemic and reperfused myocardium.ISHR, June, 1988, Williamsburg, VA, USA. Abstr. J Mol. Cell Cardiol. Vol. 20, Suppl. III, #39, page S.13, May 1988.

105 Wilson GJ, Shi QW, Olley PM, Jackowski G: Immunohistochemical localization of cardiac myosin ventricular and atrial light chains in atria from children with congenital heart disease. ISHR, June, 1988, Williamsburg, VA, USA. J of Molec and Cell Cardiol. Vol. 20 (Suppl III). #81, page S.27, May 1988.

106 Otten S, Wilson G, Feitler D: Ability of low impedance electrodes to overcome polarization and measure the evoked response. 6th International Congress CARDIOSTIM '88, Monaco, June, 1988. CARDIOSTIM 88, 317P/169, PACE 11(6), 1988.

107 Wilson G, Klement P, Friend S, Surtees V: Histological comparative long-term evaluation of reinforced ovine collagen tube vascular prostheses with Dardik human umbilical vein grafts. July, 1988 First World Postgraduate Surgical Week of the University of Milan, XXVI World Congress of the International College of Surgeons. Abstr.Proceedings of First World Postgraduate Surgical Week of the Univ. of Milan, XXVI World Congress of the International College of Surgeons, Milan, Abstr, p. 545-6, 1988.

108 Wilson GJ, and Klement P. Histopathological comparative long-term evaluation of reinforced biosynthetic ovine collagen vascular prostheses with Dardik human umbilical vein grafts. Proceedings of First World Postgraduate Surgical Week of the Univ. of Milan, XXVI World Congress of the International College of Surgeons, Milan, Lecture Book I. 464-456, 1988. Ed: Montorsi M & Granelli P.

109 Feindel CM, Cruz J, Ropchan GV, Wilson GJ: Intermittent coronary sinus retroperfusion versus intermittent coronary sinus occlusion for myocardial salvage. Clin & Invest. Med Suppl 11 (5), #56, p. D45. 1988.

110 Wilson GJ, Romaschin AD, Mickle DAG, Feitler DA: Subcellular distribution of oxidant injury in myocardial reperfusion. American Heart Association. Nov, 1988, Washington, DC. #1480, Circulation, Oct. 1988

111 Wilson GJ, Romaschin AD, Mickle DAG, Feitler DA: Subcellular localization of phospholipid oxidation in ischemic and reperfused myocardium. Canadian Cardiovascular Society Oct/88, Montreal. Clin & Invest. Med. Suppl. 11 (5), #53, p. D44. 1988.

112 Rebeyka IM, Axford-Gatley RAA, Mickle DAG, Romaschin AD, Coles JG, Wilson GJ: Asanguinous reperfusion in a canine model of cardiopulmonary bypass and controlled postischemic work. Canadian Cardiovascular Society Annual Meeting, October, 1988, Montreal. Clin & Invest. Med. Suppl. 11 (5), #86, p. D52. 1988.

113 Axford-Gatley RA, Wilson GJ, Feindel CM: Comparison of blood-based and asanguinous cardioplegic solutions at 4°C: An ultrastructural morphometric study in the dog. Can Cardiovasc Soc, October, 1988, Montreal. Clin & Invest. Med. Suppl. 11 (5), #84, p. D52. 1988.

269

114 Axford-Gatley RAA, Bush BG, Mickle DAG, Romaschin AD, Coles JG, and Wilson GJ: Comparison of Roe's and Bretschneider's cardioplegic solutions in a canine model of cardiopulmonary bypass. Canadian Cardiovasc Soc, Oct/88, Montreal Clin & Invest Med Suppl. 11 (5), #87, p. D53. 1988.

115 Wilson GJ, Shi QW, Olley PM and Jackowski G: Immunohistochemical localization of cardiac myosin ventricular and atrial light chains in atria from children with congenital heart disease. Canadian Cardiovascular Society, October 1988, Montreal. Clin & Invest. Med. Suppl. 11 (5), #87, p. D53. 1988.

116 Courtman DW, Wilson GJ, Lee JM, Yeger H, Klement P, Weygang ML: Assessment of the mechanical properties of a promising new vascular prosthesis: The acellular matrix biograft. Canadian Biomaterials Society, July, 1988, University of Waterloo. Proceedings of the 9th Ann Conf, Canadian Biomaterials Society, p. 61/62.

117 Weygang ML, Lee JM, Wilson GJ, Klement P, Binnington AG: Static mechanical properties of helically constructed polyurethane vascular grafts before and after implantation. Materials Research Society, Boston, Nov-Dec 5/88. Mat Res Soc Symp Proc. vol 110: 63-69.

118 Weygang ML, Lee JM, Wilson GJ: The mechanical characterization of polyurethane vascular grafts. CMBES, Toronto, June 1989. Proceedings of the Canadian Medical & Biological Engineering Society, Toronto, June 1989.

119 Walters B, Courtman DW, Lee JM, Wilson GJ: The high strain rate mechanical behavior of two novel vascular prostheses compared to natural arteries. Canadian Biomaterials Society Meeting, Montreal, June 1989. Canadian Biomaterials Society, Montreal, June p. 57-58, 1989.

120 Courtman DW, Wilson GJ, Lee JM, Yeger H, Pereira CA, Shearing A, Klement P: Mechanical characterization of an acellular matrix vascular graft: comparison with natural arteries and effects of crosslinking. Society for Biomaterials. Apr-May 1989, Lake Buena Vista, Florida.

121 Courtman DW, Wilson GJ, Lee JM, Pereira CA, Yeger H: The effects of glutaraldehyde and polyepoxy fixation on an acellular matrix biograft. Can Biomater Soc, Montreal, June 1989.

122 Courtman DW. Wilson GJ, Lee JM, Yeger H: Mechanical characterization of an acellular matrix graft. Clinical Research Society of Toronto, April 1989.

123 Courtman DW, Wilson GJ, Lee JM, Pereria CA, Yeger H: The effects of glutaraldehyde and polyepoxy fixation on an acellular matrix biograft. Can Biomat Soc, Montreal. June, 1989. p. 53-54.

124 Weygang M, Lee JM, Wilson GJ: Mechanical matching of prototype polyurethane vascular grafts to canine arteries: effects of exchanges in manufacturing parameters. Society for Biomaterials. April-May 1989, Lake Buena Vista, Florida, p. 65, 1989.

125 Caspi J. Herman SL, Coles JG, Augustine J, Hamilton F, Castellarin S, Kumar R, Benson LN, Wilson GJ: Ultra-low perfusate Ca concentration preserves diastolic compliance in newborn myocardium. American Heart Association, New Orleans, November 1989. Circulation Suppl. # 0626, 1989.

126 Caspi J, Coles JG, Shore A, Dasmahapatra HK, Augustine J, Martell M, Wilson GJ: Paradoxical T-cell suppression during acute cardiac allograft rejection in the pig. Can Cardiovasc Soc, Vancouver, October 1989. Suppl. Clin Invest Med 12(5), 1989.

127 Axford-Gatley RA, Wilson GJ, Coles JG. Reduction of myocardial infarct size by dietary alpha tocopherol. Canadian Cardiovascular Society, Vancouver, Oct 1989. 266, p.C99, Suppl Clin & Invest. 12(5):Med.Oct 1989.

128 Courtman DW, Yeger H, Lee JM, Wilson GJ: The acellular matrix vascular prosthesis.First Altschul Symposium. Univ. of Saskatchewan, April/May /90.

129 Wilson GJ, Yeger H, Klement P, Lee JM, Courtman DW: The acellular matrix small calibre vascular prosthesis: Results of long term implantation. Canadian Biomaterials Society . Univ. of Western Ontario, London, Ontario. June/90.

130 Caspi J, Herman SL, Coles JG, Benson LN, Augustine J, Brezina A, Kolin A, Wilson GJ: The deleterious affects of high dose epinephrine on cardiac function and ultrastructure in the neonate but not the adult. ISHR. Chicago. May/90. #P67, p S.23 J Mol Cell Cardiol 22 (Suppl I) March 1990.

270

131 Szwarc RS, Sandhu R, Benson LN, Coles JG, Wilson GJ: A computer system for conductance catheter assessment of cardiac Function. ISHR, Chicago. May/90. #P73, p S.25 J Mol Cell Cardiol 22 (Suppl I), March 1990.

132 Courtman DW, Lee JM, Yeger H, Wilson GJ: Mechanical characterization of an acellular matrix and natural arteries. FASEB, April/90 Washington, DC. FASEB Journal Vol 4 (#4) Feb 28th/90.

133 Wilson G, Yeger H, Klement P, Lee M, Courtman D: Acellular matrix allograft small caliber vascular prostheses. ASAIO, Washington, D.C. April/90.

134 Courtman DW, Pereira CA, Lee JM, Yeger H, Wilson GJ. The anisotropic mechanical properties of an acellular matrix biograft. First World Congress of Biomechanics. August-Sept/90. La Jolla, CA. Proceedings of the First World Congress of Biomechanics. Vol 1, p. 29, Aug. 1990

135 Caspi J., Coles JG, Benson LN, Herman SL, Augustine J, Tsao P, Brezina A, Kolin A, Wilson GJ: Effects of high plasma epinephrine and $Ca^{2+}$ concentration on newborn myocardial function following ischemia. ISHR, Glasgow, June/90. #PT48, p S.43 J Mol & Cell. Cardiology 22 (Suppl III) May 1990.

136 Szwarc R, Sandhu R, Benson L, Coles JG, Wilson GJ: Computer-aided analysis of impedance catheter derived ventricular pressure-volume data. ISHR, Glasgow June/90. Abstr #PS64, p S110; J Mol & Cell. Cardiology 22 (Suppl III) May 1990.

137 Herman SL, Romaschin AD, Coles JG, Wilson GJ: The dynamics of conjugated diene production between adults and neonates in a buffer perfused heart model following ischemia.ISHR, Glasgow June/90. #PS85, p S117, J Mol & Cell. Cardiology 22, (Suppl III) May 1990.

138 Axford-Gatley RA, Wilson GJ: Myocardial infarct size reduction by Vitamin E hypersupplementation. ISHR, Glasgow June/90. #PT3. p S.28 J Mol Cell Cardiol 22 (Supl.III) May 1990.

139 Courtman DW, Pereira CA, Walters B, Lee JM, Wilson GJ: High strain rate testing of the anisotropic properties of vascular grafts and natural artery. Soc for Biomat, May/90, Charleston, SC. Transactions Vol XIII. p. 17, 1990.

140 Herman SL, Romaschin AD, Coles JG, Wilson GJ: Tissue and coronary conjugated diene levels in adult and neonatal rabbit during ischemia/reperfusion. Canadian Cardiovascular Society Oct/90. Halifax, N.S. 203. Clin and Investig. Med. 13(5) p. C85. October 1990.

141 Feindel CM, Sandhu R, Cruz J, Wilson GJ: Salvage of ischemic myocardium by non-synchronized retroperfusion in the pig: effect of delaying the intervention. Canadian Cardiovascular Society Oct/90, Halifax, N.S. 185. Clin and Investig. Med. 13(5) p. C81. October 1990.

142 Sandhu R, Feindel CM, Cruz J, Wilson GJ: Effect of the hemopump left ventricular assist device on salvage of ischemic myocardium in the pig. Canadian Cardiovascular Society Oct/90, Halifax, N.S. #43. Clin and Investig. Med. 13(5) p. C45. October 1990.

143 Caspi J, Coles JG, Benson LN, Herman SL, Diaz J, Augustine J, Brezina A, Kolin A, Wilson GJ: The protective effect of magnesium on acute catecholamine cardiotoxicity in the neonate. American Heart Association. Circulation Suppl III 82(4) Oct 1990. # 0569. Circulation Suppl III. Vol 82(4), p. III-144, October 1990.

144 Caspi J, Coles JG, Benson LN, Herman SL, Diaz RJ, Augustine J, Brezina A, Kolin A, Wilson GJ: Age-related differences in the response to epinephrine-induced myocardial stress: Functional and ultrastructure. American Heart Association. November 1990. #2335. Circulation Suppl III. Vol 82(4), p. III-588, October 1990.

145 Feindel CM, Sandhu R, Cruz J, Wilson GJ: Reduction of infarct size using the hemopump left ventricular assist device. American Heart Association. Nov 1990. #2338. Circulation Suppl III. Vol 82(4), p.III-589, October 1990.

146 Feindel CM, Sandhu R, Cruz J, Wilson GJ: The effect of delay in retroperfusion therapy on infarct size reduction. American Heart Association Annual Meeting. November 1990. Abstr 0158. Circulation Suppl III. Vol 82(4), p. III-40, October 1990.

147 Rebeyka IM, Diaz RJ, Augustine JM, Herman SL, Wilson GJ, Coles JG, Trusler GA, Williams WG: Effect of rapid cooling contracture and ischemic tolerance in immature myocardium. American Heart Association. Circulation Suppl III 82(4) Oct 1990. # 2336. Circulation Suppl III. Vol 82(4), p. III-588, October 1990.

148 Young DS, Tsao PW, Bryson S, Wong PY, Diaz RJ, Caspi J, Augustine JM, Martell MF, Wilson GJ, Shore A, Coles JG.: Age-related differences in Cyclosporine A pharmacokinetics and pharmacodynamics. American Heart Association. November 1990. # 2839. Circulation, Suppl III. Vol 82(4), p. III-714, October 1990.

149 Young DS, Tsao P, Bryson S. Wong PY, Diaz R, Augustine J, Martell M, Wilson GJ, Shore A, Coles JG: Age-related differences in Cyclosporine A pharmacokinetics and pharmacodynamics. Can Cardiovasc Soc Oct/90, Halifax N.S. # 198. Clin and Investig. Med. 13(5) p. C84. October 1990.

150 Tsao P, Bryson S. Wong PY, Diaz R, Augustine J, Martell M, Wilson GJ, Young DS, Shore A, Coles JG: Age-related differences in Cyclosporine A effects on lymphocyte intracellular calcium homeostasis. # 199. Clin and Investig. Med. 13(5) p. C84. October 1990.

151 Eisenstat DDR, Toye B, Gow R, Wilson GJ, Thorner P, Kennedy D, Petric M: Familial myocarditis associated with human parvovirus B19 infection. American Heart Association. November 1990. # 1547. Circulation (Suppl III) 82(4), P. III-390. October 1990.

152 Mizuno S, Usui A, Mickleborough LL, Wilson G, McComb D, Gray G: "Closed Heart" Surgical treatment for ventricular tachycardia (VT): Effects of scar on depth of ablation achieved with balloon electric shock technique. Surgical Forum Meeting, San Francisco, Oct/90.

153 Byard RW, Iwahara M, Benson L, Wilson GJ, Freedom R: The pathological features of 101 consecutive endomyocardial biopsies in children. Conjoint Conference of Australian Pathologists/Neonatologists, Christchurch, N.Z. 1990.

154 Wilson G, MacGregor D, Klement P, Weber B, Binnington A, Pinchuk L. The composite Corethane/Dacron vascular prostheses: Canine in vivo evaluation of 4mm diameter grafts with 1 year follow-up. ASAIO. April/91, Chicago, Ill.

155 Herman SL, Romaschin AD, Coles JG, Rebeyka IM, Wilson GJ. Pathological evaluation of the susceptibility of the adult and the neonatal rabbit myocardium to ischemia and reperfusion injury. ISHR. May-June/91, Cincinnati, Ohio. # P-2-15. J Mol Cell Cardiol 23 (Suppl III), p.S58, April 1991.

156 Herman SL, Romaschin AD, Coles JG, Rebeyka IM, Wilson GJ. The adult buffer perfused rabbit myocardium is more sensitive to oxidative injury than the neonate following ischemia and 1 hour of reperfusion. ISHR. May-June/91, Cincinnati, Ohio. # P-2-16. J Mol Cell Cardiol 23 (Suppl III), p.S58, April 1991.

157 Szwarc RS, Sandhu R, Diaz R, Benson LN, Coles JG, Wilson GJ. Modification of the cylindrical approximation improves conductance catheter determination of left ventricular volumes in small hearts. ISHR. May-June/91, Cincinnati, Ohio. #P-2-14, J Mol Cell Cardiol 23 (Suppl III), p.S58, April 1991.

158 Wilson GJ, MacGregor DC, Klement P, Dereume J-P, Weber BA, Binnington AG and Pinchuk L: The composite Corethane/Dacron vascular prosthesis. ASAIO. ASAIO Transactions 37 (3), M475-M476, July-Sept. 1991

159 McKeown NB, Chang G, Niven J, Romaschin AD, Wilson GJ, Thompson M, Kalman PG: Facilitation of endothelial cell growth on hydroxylated ePTFE vascular grafts. ASAIO Transactions 37(3): M477-M478, July-Sept, 1991.

160 Wilson GJ, McComb DJ, Yeger H, Bridgeman J, Courtman D, Klement P. The acellular matrix small caliber vascular prosthesis: importance of preserving the basement membrane as a nonthrombogenic blood contacting surface. Society for Biomaterials, May/91, Scottsdale, Arizona. Society for Biomaterials Proceedings p.145. May 1991.

161 Courtman DW, Pereira CA, Lee JM, McComb DJ, Yeger H, Wilson GJ. Development of a pericardial acellular matrix bioprosthesis: effects of cellular extraction on mechanics and morphology. Society for

Biomaterials, May/91, Scottsdale, Arizona. SOB Proceedings.p.64. May/91.

162 MacGregor DC, Wilson GJ, Klement P, Weber BA, Binnington AG, Pinchuk L. A new compliant composite elastomer/Dacron® small caliber vascular prosthesis. Society for Biomaterials, May/91, Scottsdale, Arizona.Abstr. Proceedings, p.145. May 1991.

163 Pinchuk L, Esquivel MC, Martin JB, Wilson GJ: Corethane™: A new replacement for polyether urethanes for long-term implant applications. Society for Biomaterials p.98. May 1991.

164 Pinchuk L, Esquivel MC, Martin JB and Wilson GJ: Bioflex™ and Corethane™: Two new replacements for polyether urethanes for long-term implant applications. Society for Biomaterials, May, 1991, Scottsdale, Arizona.

165 Pereira C, Courtman D, McComb D, Lee JM, Yeger H, Wilson GJ: A pericardial acellular matrix biomaterial: Effects of cellular extraction and fixation. VIII World Congress of the International Society for Artificial Organs/IV International Symposium on Blood Substitutes (ISAO-ISBS) Montreal, Quebec, August/91.

166 Szwarc RS, Herman SL, Wilson GJ. Work of diastolic distension (WDD) - An index of left ventricular compliance. ISHR, Sept/91, Leuven, Belgium.

167 Herman SL, Szwarc RS, Wilson GJ. Changes in diastolic compliance in adult and neonatal hearts following reperfusion using work of diastolic distension (WDD). ISHR, Sept/91, Leuven, Belgium.

168 Courtman DW, Pereira C. Lee JM, Yeger H, Wilson GJ. The acellular matrix vascular prosthesis: Investigation of its potential as a xenograft for clinical application. 9th European Conference on Biomaterials, Chester, UK Sept 1991.9th European Conf on Biomaterials, Chester,UK, Sept /91.

169 Herman SL, Benson LN, Wilson GJ: The conductance catheter technique of measuring left ventricular volume: Application in both animals and humans. Can Cardiovasc Soc, Oct/91, Calgary Alberta.

170 Arai S, Herman SL, Coles JG, Wilson GJ: Trolox C, A vitamin E analogue, salvages myocardium following ischemia and reperfusion but at a cost of increased "stunning". Canadian Cardiovascular Society, Oct/91, Calgary.

171 Coles JG, Tsao P, Wilson GJ, Mills GB: Tyrosine kinase-dependent lymphocyte signalling during allograft rejection. 12th Ann. Mtg. of Inter Soc for Heart Transplantation, San Diego, Calif. April 1992.

172 Tsao P, Mills GB, Wilson G, Coles J: Dose-dependent inhibition of tyrosine kinase activity in cardiac allograft rejection. FASEB J. 6:A 1634, 1992.

173 Drasler W, Jenson M, Stenoien M, George S, Wilson G, Dutcher R, Possis Z: Spun elastomeric graft for dialysis access. ASAIO, 1992, Nashville, Tennessee, May/92

174 Courtman DW, Langdon S, Lee JM, Wilson GJ: The effect of cryopreservation and cell extraction on the mechanical properties of porcine aortic valve leaflets. 1992 FASEB, April/92 Anaheim, California. FASEB Abstr. Part I #3368, page A1517.

175 Pereira CA, Courtman DW, Langdon S, Lee JM, Wilson GJ: The effect of cell extraction or cryopreservation on the mechanical properties of porcine aortic valve leaflets. Presented at the 18th Annual Meeting of the Canadian Medical & Biological Engineering Conference. June/92. Toronto.

176 Sandhu R, Diaz R, Wilson GJ: Ischemic preconditioning reduces necrosis and improves recovery of function in the isolated rabbit heart. Frontiers in Physiology & Pharmacology, Toronto, April 1992.

177 Courtman DW, Wilson GJ: The role of circumferential strain in vascular anastomotic healing. Canadian Biomaterials Conference, Kingston, Ontario, August/92.

178 Sandhu R, Diaz R, Thomas U, Wilson GJ: A comparison of ischemic preconditioning in blood perfused and buffer perfused isolated heart models. Can Cardiovasc, Ottawa,ON, October/92.

179 Wilson GJ, Drasler WJ, Jenson ML, Klement P, Stenoien MD, George SA, Protonotarios EI, Dutcher RG, Possis ZC: Venturi vascular grafts of ePTFE/Silicone for coronary artery bypass: A radical new approach. American Heart Association. New Orleans, November/92.

180 Courtman DW, Wilson GJ: The effect of circumferential strain on vascular anastomotic healing. VII

International Symposium on the Biology of Vascular Cells, San Diego, California, November/92.

181 Caspi J, Coles JG, Benson LN, Herman SL, Wilson GJ: Heart rate independence of catecholamine induced myocardial damage in the newborn pig. ISHR, Jerusalem, Israel, January, 1993. Abstr. J Mol Cell Cardiol 25 (Suppl I) pg. S-19 abstr. II P 26 March 1993.

182 Guo-Wei He, Yang C-Q, Rebeyka IM, Wilson GJ: Effects of potassium concentration on endothelium and smooth muscle in the porcine coronary artery. Cardiothoracic Surgery Symp, San Diego, Feb, 1993.

183 Guo-Wei He, Yang C-Q, Rebeyka IM, Wilson GJ: The effect of hyperkalemia on neonatal endothelium and smooth muscle. ISHR, Columbia, Missouri, June, 1993.

184 Courtman DW, Kashef V, Wilson GJ: The effect of cross-linking on the immune response to an acellular matrix vascular xenograft. FASEB annual meeting New Orleans, March-April 1993.

185 Wilson GJ, MacGregor DC, Klement P, Weber BA, Binnington AG, Pinchuk L: The compliant Corethane/Dacron composite vascular prosthesis: Comparison with 4 mm ePTFE grafts in a canine model. 39th ann mtg, ASAIO, New Orleans, April-May, 1993.

186 Courtman DC, Pereira CA, Lee JM, Wilson GJ: Mechanical and ultrastructural comparison of cryopreservation and a novel cellular extraction of porcine aortic valve leaflets. Society for Biomaterials, April-May/93, Birmingham, Alabama.

187 Courtman D.W., Kashef VJ, Wilson GJ: Characterization of the immunogenic reaction to xenogenic extracellular matrix biomaterials derived from natural arterles. 14th Ann. Conf., Canadian Biomaterials Society, Hamilton Ont June, 1993.

188 Pinchuk L, Kato YP, Eckstein ML, Wilson GJ: Polycarbonate urethanes as elastomeric materials for long-term implant applications. Society for Biomaterials Apr 28-May 2/93, Birmingham, Alabama.

189 Sandhu R, Diaz RJ, Thomas U, Wilson GJ: Effect of ischemic preconditioning on cAMP levels in rabbit hearts. ISHR, Columbus, June/93, J Mol Cell Cardiol. 25 (Suppl III), p S.62 #173, May 1993.

190 Diaz RJ, Sandhu R, White DA, Wilson GJ: Ischemic preconditioning protects against necrosis in the newborn heart. Can J Cardiol. 9 (Suppl E):108E, October 1993. Can. Cardiovasc. Soc., Vancouver, B.C. October 1993.

191 Sandhu R, Diaz RJ and Wilson GJ: Effect of ischemic preconditioning on cAMP levels in rabbit hearts. J of Mol & Cell Cardiol. 25 (Suppl II): S62. ISHR Columbus, Missouri, June, 1993.

192 Wilson GJ, Courtman DW, Klement P, Lee JM and Yeger H: Acellular Matrix: A biomaterials approach for coronary artery bypass and heart valve replacement. VI International Symposium Cardiac Bioprostheses, Vancouver, B.C. July 29-31/94.

193 Sandhu R, Diaz RJ and Wilson GJ: Raising cAMP levels using Forskolin pretreatment does not block ischemic preconditioning in rabbit hearts. J Molecular and Cellular Cardiol. Vol 26(7), July 1994. Abstr #136.ISHR, London, Ontario, June 1994.

194 Courtman DW, Wilson GJ: Compliance mismatch and perianastomotic healing. Society for Biomaterials, April 5-9,1994, Boston, MA.

195 Courtman DW, Cho A, Langille L, Wilson GJ: The role of reduced circumferential strain in vascular remodeling. 8th Int Symp on Biology of Vascular Cells (Aug 30-Sept 4/94). Heidelberg, Germany.

196 Wilson GJ, MacGregor DC, Bridgeman J, Weber BA, Binnington AG, Pinchuk L: A Corethane™/Polyester composite vascular prosthesis for vascular access: Comparison with ePTFE grafts in a canine model. ASAIO, Chicago, May 1995.

197 Diaz RJ, Sandhu R, Wilson GJ: Participation of angiotensin II receptors in ischemic preconditioning. ISHR, Orange Beach, Alabama, May 1995.

198 Sandhu R, Diaz RJ, Thoma U, Wilson GJ: Ischemic preconditioning is not an all or none phenomenon. American Heart Association, Anaheim CA, Nov 1995.

199 Coles JG, Lukanich JM, Perron J, Wilson GJ, Rabinovitch M, Nykanen DG, Benson LN, Rebeyka LM, Trusler GA, Freedom RM, Williams WG: Clinical experience with repair of congenital heart defects using

274

adjunctive endovascular devices. American Assoc for Thoracic Surgery. Apr23-26/95, Boston.

200 Wilson GJ, Klement P, Kato P, Khan I, Alcime R, Dereume JP, MacGregor DC, Pinchuk L: A self-expanding bifurcated endovascular graft for abdominal aortic aneurysm repair: An initial study. ASAIO, Washington DC, May 2-4/96.

201 Sandhu R and Wilson GJ: Ischemic preconditioning raises cGMP levels in rabbit hearts. ISHR, Chicago, June 9-13, 1996.

202 Diaz RJ, Sandhu R, Wilson GJ: Selective inhibition of $AT_1$ angiotensin II receptors can abolish ischemic preconditioning. ISHR, Chicago, June 9-13, 1996.

203 Losito VA, Diaz RJ, Ford MK, Backx PH, Wilson GJ: Effect of metabolic inhibition on cardiac L-type $Ca^{2+}$ current: ISHR, Vancouver 1997. Abstr. #174, J Mol Cell Cardiol. 29(6): A 198, June 1997.

204 Ford MK, Diaz RJ, Mao GD, Wilson GJ: Preconditioning in rabbit cardiomyocytes may be mediated by protein tyrosine kinase. ISHR, Vancouver, 1997. Abstr. #296, J Mol Cell Cardiol. 29(6): A 229, June 1997.

205 Diaz RJ, Ford MK, Mao GD, Wilson GJ: Preconditioning is mediated via the AT1 angiotensin II receptor subtype in rabbit cardiomyocytes. ISHR, Vancouver, 1997. Abstr. #295, J Mol Cell Cardiol. 29(6): A 228, June 1997.

206 Mao GD, Kashef V, Diaz RJ, Ford MK, Sen AK, Wilson GJ: Phosphorylation of phospholamban (PLN) is not altered in ischemic preconditioned rabbit hearts. ISHR, Vancouver, 1997. Abstr. #304, J Mol Cell Cardiol. 29(6): A 231, June 1997.

207 Mao GD, Diaz RJ, Ford MK, Wilson GJ: Ischemic preconditioning protects isolated rabbit cardiomyocytes from injury caused by metabolic inhibition. ISHR, Vancouver, 1997. Abstr. #303, J Mol Cell Cardiol. 29(6): A 230, June 1997.

208 Ford MK, Diaz RJ, Wilson GJ: Ischemic preconditioning in cardiomyocytes is mediated by SRC-tyrosine kinases. American Heart Association, Orlando, November 1997.

209 Courtman DW & Wilson GJ: The role of tensile mechanics in vascular anastomotic healing. Keystone Symposia on Molecular & Cellular Biology. Copper Mountain, Colorado, January, 1998.

210 Leveille RJ, Pinchuk L, Wilson GJ, Block NL: A new self-expanding lined stent in the dog ureter: radiological, gross, histopathological and scanning electron microscopic findings. Southeastern Section of the American Urological Association, San Diego, 1998.

211 Block NL, Leveillee RJ, Pinchuk L, Wilson GJ: A new lined metallic stent for use in the urethra - A canine study. Southeastern Section of the American Urological Association San Diego, CA, 1998.

212 Wilson GJ, Klement P, Kato YP, Omar S, Wilson P, Bridgeman J, Pinchuk L: Healing of a self-expanding bifurcated endovascular graft for abdominal arotic aneurysm repair in dogs. Society for Biomaterials, San Diego, CA, April 1998.

213 Pinchuk L, Khan IJ, Martin JB, Bridgeman J, Wilson GJ, Glass J, Si J, Kennedy JP: A new family of thermoplastic elastomers for ultra-long term implant based upon a backbone of alternating quarternary and secondary carbons. Society for Biomaterials, San Diego, CA, April 1998.

214 Kato YP, Wilson GJ, Rischia D, Omar S, Pinchuk L: Preliminary evaluation of a self-expanding bifurcated endoluminal graft. Society for Biomaterials, San Diego, CA, April 1998.

215 Leveillee RJ, Pinchuk L, Wilson GJ: A new self-expanding lined stent in the dog ureter: radiological, gross, histopathological and scanning electron microscopic findings. ASAIO, N Y April 23-25/98.

216 Leveillee RJ, Pinchuk L, Wilson GJ: A new lined metallic stent for use in the urethra. ASAIO, New York, April 23-25/98.

217 Diaz RJ, Losito V, Ford MK, Mao GD, Backx PH, Wilson GJ: Inhibition of chloride channels blocks ischemic preconditioning in rabbit ventricular myocytes. ISHR, Rhodes, Greece, May 1998.

218 Wilson GJ, Omar S, Diaz RJ: Ultrastructural changes due to simulated ischemia and simulated

275

reperfusion in ventricular myocytes. ISHR XVI world Congress, Rhodes, Greece, May 1998.

219 Losito VA, Tsushima RG, Diaz RJ, Wilson GJ, Backx PH: Preferential regulation of rabbit cardiac L-type ca2+ current by glycolytic derived ATP. The Hospital for Sick Children Science Day, 1998 a Canadian Cardiovascular Society Annual meeting, Oct. 1998 and American Heart Association Annual Meeting, Dallas, November, 1998.

220 Ford MK, Diaz RJ, Wilson GJ: Protein tyrosine kinase inhibition prevents ischemic preconditioning in an in vivo rabbit model. ISHR, Ann Arbor, August 1998.

221 Wilson, GJ: Acellular Matrix Technology for Cardiovascular Bioprostheses. Invited Speaker at Vascular Biology Group seminar series at McMaster University, Hamilton, December 2/98.

222 Losito V, Diaz R, Backx P, Wilson GJ: Regulation of swell-activated Cl-channels by PKC: implications for ischemic preconditioning. Biophysical Society Ann. Mtg. Baltimore, Feb/99.

223 Courtman DW, Wilson GJ: Development of an acellular matrix vascular xenograft: modification of the in vivo immune response in rats. Society for Biomaterials annual meeting. April 28-May 2/99, Providence, Rhode Island.

224 Diaz RJ, Jongdong Li, Batthish M, Losito VA, Backx PH, Wilson GJ: Inward rectifier $K^+$ channel ($IK_1$) inhibition abolishes the protection of ischemic preconditioning against cell death caused by ischemia reperfusion injury in rabbit cultured myocytes. Upstate New York Cardiac Electrophysiology Society, Utica, NY, October '99.

225 Courtman DW, Campbell AIM, Wilson GJ: Development of an acellular vascular allograft. Canadian Cardiovascular Society. Quebec City, October 1999.

226 Errett B, Wilson GJ, Courtman DW: The immune response to acellular matrix vascular grafts: the role of carbodiimide cross-linking. Canadian Biomaterials Society Annual Meeting, Quebec City, 1999.

227 Obatake M, Wilson G, Merguerian P, Kim PCW: A potential new therapy for short gut syndrome (SGS): Role of acellular matrix intestinal patch (AMIP), American College of Surgeons.

228 Pinchuk K, Khan IJ, Martin JB and Wilson GJ: Polyisobutylene-based thermoplastic elastomers for ultra long-term implant applications: Society for Biomaterials meeting, Hawaii, May 2000.

229 Courtman DW, Errett B, Collison A, Wilson GJ: Development of acellular matrix allografts for pediatric outflow tract reconstruction. International Biomaterials Society Meeting, Hawaii, May 15-20/2000

230 Batthish M, Diaz RJ and Wilson GJ: Protein kinase C preconditioning requires chloride channel activation in rabbit ventricular myocytes. Canadian Cardiovascular Congress, Oct/Nov/00, Vancouver BC.

231 Batthish M, Diaz RJ, Wilson GJ: Chloride channels are end-effectors of adenosine A1 receptor and protein kinase C preconditioning in rabbit ventricular myocytes. American Heart Association Meeting, New Orleans, Nov/00.

232 Batthish M, Diaz RJ, Wilson GJ: Adenosine A1/A2 receptor and PKC mediated myocardial protection is abolished by Cl- channel inhibition. presented at ISHR annual meeting, Winnipeg, Manitoba, July 2001.

THIS IS **EXHIBIT "B"** TO THE AFFIDAVIT
OF **GREGORY JOHN WILSON,**
SWORN February 7, 2002

Gloria Tsang

A Commissioner, etc.

GLORIA TSANG, a
Commissioner, etc., Province of Ontario,
while a student-at-law.
Expires December 13, 2004.