270
293

Toronto General, a division of The Toronto Hospital

Surgical Pathology Consultation Report

Name: Andersen, Erik DOB: 10/12/35 MRN:2657836

Location: PCU2 514 1 Order Date: 28/07/98 10:07 HL#4616507192

Ord. Gen: Cusimano, Robert J Last Edit: 12/08/98 11:40 DP#: S19112

1. MITRAL VALVE
2. LEAFLET

CLINICAL HISTORY: Valve disease Endocarditis.

The first specimen labelled "mitral valve" consists of a mechanical, bi-leaflet prosthesis which appears to be of the St. Jude Medical Bileaflet variety. The specimen has maximum outer dimensions of 3.9 cm in one direction, and 3.8 in the other. The flow surface, or atrial surface, shows the black sewing ring (suggesting that this may be the silver impregnated series of St. Jude Medical Bileaflet prosthesis, and on top of this, about half to 75% of the circumference shows yellowish brown thrombus like material. The sewing ring is intact, and the anchoring sutures (alternating white and blue), are well seen. On the non flow surface, the cloth covered sewing ring shows pledgetted sutures, and pale yellow white pannus and thrombus like material. Pannus covers about half the circumference, and the thrombus like material seems to cover the rest. The leaflets move freely and well. They open fully. No significant abnormality is seen in this. The specimen will be photographed and sections submitted after that.

In summary, this mechanical bioprosthesis shows what looks like a mild degree of pannus, which has developed, apparently, in 7 to 8 weeks, and superimpsoed thrombus. The thrombus may represent infective endocarditis.

The second specimen labelled "aortic leaflet" consists of three pieces of tissue. All three look like pieces of cuspal tissue. Of these three pieces, one appears to be a nearly intact cusp and measures 3.2 x 1.5 x 0.1 to 0.2 cm. The second cusp shows a large perforation and the margins of the perforated area are moderately thickened. This cusp measures a maximum of 2.6 cm from side to side and 1.8 cm in length. In the middle of the cusp, the free margin has thickened to 0.4 cm. The lunular region on one side of this thickened area shows a perforation which is about 0.6 x 0.4 cm. While of the margins of the perforations are thickened, this may be a fenestration, and not necessarily a perforation. The margins of this perforation do show some yellow thickened tissue, making me wonder if this has had a previous infective endocarditis. The third piece of tissue measures 1.5 x 1.6 cm, the former from side to side and the latter is the maximum length. The cuspal tissue has a slightly myxomatous appearance and shows only minimal fibrosis and thickening. The tissue the nodule and the free margin shows the greatest degree of thickness

JB/mu/rs

Resident: Pathologist: Butany

Toronto General, a division of The Toronto Hospital 294

Surgical Pathology Consultation Report

Name: Andersen, Erik DOB: 10/12/35 MRN: 2657896

Location: PCU2 514 1 Order Date: 28/07/98 10:07 HL#4616507192

Ord. Gen: Cusimano, Robert J Last Edit: 12/08/98 11:40 DP#: S19112

DIAGNOSIS: 1. Mitral valve
- a) mitral valve prosthesis, St. Jude Medical Bileaflet, with
- b) pannus, significant on flow surface (less on nonflow surface)
- c) yellow-brown thrombus on valve ring
- d) prosthesis leaflets move freely and well (at this time at least)

2. Aortic leaflet
- three cuspid aortic valve with
  - a) cusp shows mild myxoid change
  - b) mild to moderate thickening due to fibrosis
  - c) cusp perforations, small

COMMENT: This mechanical prosthesis is St. Jude Medical Bileaflet kind showed features suggesting that this was a silver impregnated type of valve. This prosthesis showed pannus on the sewing ring (at 7 to 8 weeks post-implantation). The pannus was a thin grey-white film. Attached to this was a small amount of thrombus. Histologically, this thrombus is recent, likely a few days old. It must be borne in mind, that aging a thrombus is difficult and when the thrombus sits on a non-vital (nonliving) surface, it is even more difficult.

The aortic valve had three cusps which show myxomatous change. Grossly they showed perforations which are suggestive of a previous infective endocarditis. At histologic examination, while parts of the cusp were somewhat cellular, there was no evidence of any active inflammatory process.

JB/rs/rs

Resident:

Pathologist: Butany, Jagdish Washo

THIS IS **EXHIBIT "C"** TO THE AFFIDAVIT
OF **GREGORY JOHN WILSON**,
SWORN February 7, 2002

Gloria Tsang
A Commissioner, etc.

GLORIA TSANG, a
Commissioner, etc., Province of Ontario,
while a student-at-law.
Expires December 13, 2004.

# Exhibit C

## Eric Andersen (mitral)



Poor healing at 60 days. Do not confuse pledgets (arrows) with pannus; both are whitish.



Poor healing at 60 days. Do not confuse pledgets (arrows) with pannus; both are whitish.

THIS IS **EXHIBIT "D"** TO THE AFFIDAVIT
OF **GREGORY JOHN WILSON**,
SWORN February 7, 2002

Gloria Tsang
A Commissioner, etc.

GLORIA TSANG, a
Commissioner, etc., Province of Ontario,
while a student-at-law.
Expires December 13, 2004.

# Exhibit D
## Eric Andersen (mitral)



Proteinaceous debris not cells (which would be normal) between polyester fibers of sewing ring at 60 days. Note black coating on most fibers. These features are seen in both photographs.



The arrow in the lower photograph shows a particle of black material separate from adjacent fibers.

THIS IS **EXHIBIT "E"** TO THE AFFIDAVIT
OF **GREGORY JOHN WILSON**,
SWORN February 7, 2002

Gloria Tsang
A Commissioner, etc.

GLORIA TSANG, a
Commissioner, etc., Province of Ontario,
while a student-at-law.
Expires December 13, 2004.

# Exhibit E

## Eric Andersen (mitral)



Organizing thrombus at margin of sewing ring at 60 days.

THIS IS **EXHIBIT "F"** TO THE AFFIDAVIT
OF **GREGORY JOHN WILSON**,
SWORN February 7, 2002

Gloria Tsang
A Commissioner, etc.

GLORIA TSANG, a
Commissioner, etc., Province of Ontario,
while a student-at-law.
Expires December 13, 2004.

α 81

# Exhibit F

## Sharon Frost (mitral)




Minimal tissue on sewing ring at 129 days indicating poor healing. Note pledgets (arrows)




Minimal tissue on sewing ring at 129 days indicating poor healing. Note pledgets (arrows)

THIS IS **EXHIBIT "G"** TO THE AFFIDAVIT
OF **GREGORY JOHN WILSON**,
SWORN February 7, 2002

Gloria Tsang

A Commissioner, etc.

GLORIA TSANG, a
Commissioner, etc., Province of Ontario,
while a student-at-law.
Expires December 13, 2004.

282

# Exhibit G

## Sharon Frost (mitral)



Proteinaceous debris and a few macrophages/foreign body giant cells between polyester fibers of sewing ring at 129 days. Note black material on the surface of some of the polyester fibers.



Proteinaceous debris between polyester fibers within sewing ring at 129 days. Note black material on the surface of some of the polyester fibers.

THIS IS **EXHIBIT "H"** TO THE AFFIDAVIT
OF **GREGORY JOHN WILSON**,
SWORN February 7, 2002

Gloria Tsang
A Commissioner, etc.

GLORIA TSANG, a
Commissioner, etc., Province of Ontario,
while a student-at-law.
Expires December 13, 2004.