# Exhibit H

## Sharon Frost (mitral)



Multinucleated giant cells and fibroconnective tissue at margin of sewing ring at 129 days. Note black particulate material.



Foreign body multinucleated giant cells surrounding polyester fibers at edge of sewing ring at 129 days. Note black particulate material.

α 07

# Exhibit H (cont'd)

## Sharon Frost (mitral)



Foreign body multinucleated giant cells surrounding polyester fibers at edge of sewing ring at 129 days. Note black particulate material.

THIS IS **EXHIBIT "I"** TO THE AFFIDAVIT
OF **GREGORY JOHN WILSON**,
SWORN February 7, 2002

Gloria Tsang
A Commissioner, etc.

GLORIA TSANG, a
Commissioner, etc., Province of Ontario,
while a student-at-law,
Expires December 13, 2004.

# Exhibit I

## D.J. (aortic)




Minimal healing of the sewing ring at 1.75 years
with almost no tissue on the sewing ring.




Minimal healing of the sewing ring at 1.75 years
with almost no tissue on the sewing ring.

THIS IS **EXHIBIT "J"** TO THE AFFIDAVIT
OF **GREGORY JOHN WILSON**,
SWORN February 7, 2002

Gloria Tsang
A Commissioner, etc.

GLORIA TSANG, a
Commissioner, etc., Province of Ontario,
while a student-at-law.
Expires December 13, 2004.

# Exhibit J

## D.J. (aortic)



Proteinaceous debris between the polyester fibers of the sewing ring at 1.75 years. Some collagen is also present.



Proteinaceous debris between the polyester fibers of the sewing ring at 1.75 years is differentiated from collagen (dark green).

THIS IS **EXHIBIT "K"** TO THE AFFIDAVIT
OF **GREGORY JOHN WILSON**,
SWORN February 7, 2002

Gloria Tsang
A Commissioner, etc.

GLORIA TSANG, a
Commissioner, etc., Province of Ontario,
while a student-at-law.
Expires December 13, 2004.

a o /

# Exhibit K

## D.J. (aortic)



Fibroconnective tissue at the margin of the sewing ring at 1.75 years (note polyester fibers to the left). Black particulate matter is present in the tissue. Almost no black coating is seen on the fibers.

THIS IS **EXHIBIT "L"** TO THE AFFIDAVIT
OF **GREGORY JOHN WILSON**,
SWORN February 7, 2002

Gloria Tsang

A Commissioner, etc.

GLORIA TSANG, a
Commissioner, etc., Province of Ontario,
while a student-at-law.
Expires December 13, 2004.

288

THE UNIVERSITY HOSPITAL NETWORK
AUTOPSY REPORT
* * PROVISIONAL * *

DOB:
Age:
Sex:
Ward: CVICU
Admit: / /
Died:
(18h)
0 days in hospital
Autopsy:
(40 hr after death)
Extent of autopsy: complete

PMN: A-66-1 (G)
Name:
MRN:
Service: DR. H. SCULLY
Prosector:
Staff: DR. J. BUTANY
CPC: 0

Permission was obtained from the

---

AVR + MVR-ST. JUDE MEDICAL SILZONE VALVES/URGENT CABG/SUDDEN DEATH

---

MAIN CLINICAL FEATURES

1. 1998: November 5, admitted for valve surgery. Aortic and mitral valves replaced with St. Jude Medical Silzone valves:
   a) patient had pulmonary hypertension and CPB = 110 minutes; cross clamp 91 minutes
2. 19 April 2001: Transferred from Scarborough Centenary Hospital. Patient had pain, radiating to the left shoulder, relieved with nitroglycerin. Since June 2000 - Daily chest pain treated with sublingual nitroglycerin.
3. Increasing chest pain, now at rest.
4. Surgery: Single left internal thoracic artery bypass graft to the left anterior descending coronary artery:
   a) grade II to III left ventricle, ventricles dilated
   b) laceration of left common femoral artery
   c) post-op: patient back on pump, bleeding
   d) total pump time equals 144 minutes
   e) CVICU: atrial fibrillation, patient anxious, fighting ventillator, blood pressure 120/70, PAB 70-85

ANATOMIC DIAGNOSES

1. Heart:
   a) Status post open heart surgery (x3)
   b) Extensive fibrous adhesions, atrial and ventricle
   c) Heart weight equal to 690 grams with biventricular hypertrophy, more pronounced on the left ventricle
   d) left atrial dilatation
   e) areas of subendocardial hemorrhage, ventricular myocardium
2. Prosthetic aortic valves:
   a) mechanical, bileaflet heart valve prosthesis, St. Jude

THE UNIVERSITY HOSPITAL NETWORK
AUTOPSY REPORT
* * PROVISIONAL * *

DOB:
Age:
Sex:

PMN: A-66-1 (G)
Name:
MRN:

---

ANATOMIC DIAGNOSES (Continued)

Medical, 23 mm, with:
- i) pannus covering sewing ring, flow and non flow surfaces
- ii) rim of soft pale brown thrombus-like material around valve ring and around hinge guard
- iii) no pannus overhang on valve ring
- iv) no thrombus in valve orifice
- v) mechanical components of prosthesis function valve

3. Mitral valve prosthesis:
   a) St. Jude Medical mechanical bileaflet prosthesis, diameter equals 29.0 mm with:
   - i) significant pannus on flow surface, covering entire sewing cuff
   - ii) significant pannus on non flow surface, covering entire fabric of sewing cuff and extending up to valve ring
   - iii) narrow rim of soft pale brown thrombus-like material and junction of pannus and valve ring
   - iv) no overhanging pannus
   - v) mechanical components of prosthesis function valve

4. Coronary arteries:
   a) right coronary ostium, pinpoint, diameter equal to 1.0 mm
   b) left coronary ostium: diameter equal to 2.0 to 3.0 mm
   c) aortic tissue, from sewing cuff towards the coronary artery ostium (right coronary artery ostium)
   d) patchy areas of proximal ascending aorta (sinus portion of aorta) also shows grey-white tissue extending from the prosthesis onto the aorta.
   e) LITA graft to LAD: intact and grossly unremarkable

5. Lungs: weight = 450 grams on left and 640 grams on right.

6. Prostate: mild nodular hyperplasia

7. Liver: weight = 1620 grams, fibrosis and congestion

8. Kidneys: weight = 180 grams each. Congestion and small cysts.

CLINICO-PATHOLOGICAL CORRELATION

This year old , had mitral valve surgery in Trinidad in 1972 (valvuloplasty). This was followed by a long period of symptom-free life, until 1998, when he underwent aortic and mitral valve replacement with a St. Jude Medical, bileaflet Silzone valve.

In June of 2000, the patient had chest pain radiating to the left

29C

THE UNIVERSITY HOSPITAL NETWORK
AUTOPSY REPORT
* * PROVISIONAL * *

DOB:
Age:
Sex:

PMN: A-66-1 (G)
Name:
MRN:

CLINICOPATHOLOGIC CORRELATION (Continued)

shoulder, or predominantly confined to the left shoulder. This was relieved with Nitroglycerin and continued on a regular basis. Later he developed daily chest pain managed with sublinguinal Nitroglycerin. He was tranferred from another hospital to the Toronto General Hospital with features of acute myocardial ischemia. He was taken up for surgery (LITA to LAD) when angiography showed a significant proximal LCA lesion (Dr. C. Lazzam).

At autopsy, the major findings are confined to the heart. The heart shows significant cardiomegaly. Both mechanical heart valve prosthesis are well seated. A feature with the prosthesis is the significant amount of pannus. At the aortic site, the pannus covers the entire sewing cuff and extends to the junction with the valve ring and at the junction a narrow rim of soft brown material which looks like thrombus, is seen. A similar small amount of thrombus is seen on the outer surface of the hinge guards of the aortic site prosthesis.

At the mitral site, significant pannus was seen on both surfaces. The patient had undergone a mitral valve conserving procedure (posterior leaflet) and significant pannus, covers the entire sewing cuff and extends up to the sewing cuff with the valve ring. Here too, a rim of soft brown thrombus-like material is seen in this area. The mechanical components of the valves function well.

The finding is the extension of pannus from the aortic site prosthesis sewing ring onto the proximal ascending aorta. This is seen in patches, at least two of which are recognized. One of these patches is in the region of the RCA ostium. It is difficult to see if it is continuous with the RCA ostium or not. The RCA ostium is approximately 1.0 mm in diameter. The left coronary ostium is 2.0 to 3.0 mm in diameter.

The left internal thoracic artery bypass graft to the LAD was seen. This appears to be unremarkable and does not show any gross evidence of thrombus. Sections of the myocardium do not show any good evidence of any significant old myocardial infarction. However, patchy areas of congestion are seen in the posterior papillary muscle and tiny foci in the posteroseptal wall.

THIS IS AN INTERIM REPORT ONLY. THE DIAGNOSES GIVEN MAY BE EXTENDED OR ALTERED IN THE FINAL REPORT WHICH WILL FOLLOW.

28/05/01 ms

DR. J. BUTANY
Staff Pathologist

291

**THE TORONTO HOSPITAL**
**Department of Pathology**

**Microscopic Description** **Name:**
**Page 1 of 2** **Prosector:**
**A: 66-01**
**Staff: Dr. J. Butany**

## HEART/CARDIOVASCULAR SYSTEM:

Sections of this heart are submitted as follows: H1 - H3 - RCA origin that is ostia; H4 - H8 - non coronary cusp of aortic valve; H9 - H12 - left coronary cusp; H13 - RCC aortic cuff from PHV; H14 - LCC aortic cuff from PHV; H15, H16 - LITA; H17 - LITA and anastomosis; H18 - H21 - LAD proximal to distal; H22 - H23 - RCA; H24 - PIV; H25 - ARV; H26 - lateral LV; H27 - posterior LV; H28 - posterior septum; H29, H30 - anterior septum; H31 - anterior LV; H32 - anterior papillary muscle:

Histological examination of these sections shows the following findings:
1. The proximal aorta, after removal of the mechanical heart valve prosthesis and its attached aortic tissue (H1 to H14) shows cellular intimal hyperplasia on the flow surface, starting right at the aortic prosthesis and extending a short distance up the sinus part of the aorta. However, it did not appear to reach the level of the right coronary ostium. It is much more difficult to decide about the left, but even here even if it reaches the ostium, it is not significantly thickened and the left ostium was widely patent.

The aortic cuff tissue taken off the mechanical heart valve (H13, H14) also shows cellular intimal hyperplasia as well as significant fibrosis around the sewing cuff. However, there is little penetration of the sewing cuff fabric, by the fibrous tissue.

The coronary artery sections show no more than moderate atherosclerotic disease with superimposed cellular intimal hyperplasia. This is also fairly moderate. This applies to both the right and left coronary arteries. The proximal sections of the coronary vessels showed ostial stenosis for the right and this is histologically also. However, the luminal aspect does not show significant cellular intimal hyperplasia, as one might anticipate, in patient's who have had trauma from cannulation.

Sections of the myocardium show changes only in the anterior left ventricle and anterior papillary muscle. Here the changes are less than 24 hours old and are comprised of acidophilia of muscle fibers, some loss of nuclei of muscle fibers, interstitial edema, margination of polymorphonuclear leukocytes and the beginnings of migration of WBZ into the interstitium. The changes are certainly less than 24 hours old and likely only about 12 to 15 to 18 hours old. Contraction band change is seen scattered through the anterior wall. The anterior papillary muscle, in addition, shows interstitial fibrosis/scarring and some evidence of previous ischemic injury.

This patient's coronary artery symptoms are difficult to explain. There was a significant amount of pannus seen on the HVP cuff. This is mature. A quite narrow rim of thrombus was seen on the prosthesis, junction of fabric/pannus and the valve ring. At both sites a small amount of thrombus was seen on the outer aspect of the prosthesis

THE TORONTO HOSPITAL
Department of Pathology

| Microscopic Description<br>Page 2 of 2 | Name:<br>Prosector: | A: 66-01<br>Staff: Dr. J. Butany |
|---|---|---|

hinge guard. I am not certain if there is any embolism from this. Certainly there is no significant native coronary artery disease to explain this.

LUNGS/REPSIRATORY SYSTEM:

1. Apical emphysema and pleural fibrosis
2. Pleural hemorrhage, recent
3. Large P.A. branches - fibrous intimal thickening
4. Small thromboembolism - right lung
5. Congestion, patchy edema

LIVER:

Congestion

SPLEEN:

Autolysis

URINARY SYSTEM:

Kidneys:
- Cysts small, bilateral
- Hemosiderin deposits in renal tubular cells

ENDOCRINE TISSUES:

- Normal

PANCREAS:

- Autolysis

GI TRACT:

- Autolysis

210

University Health Network

Toronto General Hospital Toronto Western Hospital Princess Margaret Hospital

Department of Pathology
Surgical Pathology Office
Toronto General Hospital, Eaton Wing
EC4-323 200 Elizabeth Street
Toronto, Ontario, Canada
M5G 2C4
Phone: (416) 340-3325
Fax: (416) 586-9901

# DEPARTMENT OF PATHOLOGY - MATERIALS RELEASE FORM

*(Please Print)*

| | |
|---|---|
| Date of release/pick up | September 4, 2001 |
| Patient Name | |
| Date of birth | 11/03/42 |
| UHN Medical Record No. | 2449148 |
| Specimen number | A-66-01 |
| Material released (specify slides/ material etc) | Heart, Heart Valve, 92 slides, report and a copy of the microscopic description. |
| Disposition of material (where material is going) | To Dr. Greg Wilson at the Hospital for Sick Children |
| Reason for Request: | Consultation |
| Individual material released to: | Dr. Wilson will pick up the material |
| Identification checked | |

This material is released at the request of the patient for the purpose indicated above. If the individual picking up the material is not the patient, written permission from the patient is required.

I acknowledge receipt of the material indicated above:

(Signature) Gregory J Wilson

The original stained slides and blocks are part of the patient's record. Please return all original stained slides & blocks to the Surgical Pathology Office, Department of Pathology, University Health Network, Toronto General Hospital, EW4-323, 200 Elizabeth Street, Toronto, Ontario, Canada, M5G 2C4. [Dr. N. Miller, Head of Surgical Pathology].

If you require any additional information please feel free to contact us.

Date material released: ☐

THIS IS **EXHIBIT "M"** TO THE AFFIDAVIT
OF **GREGORY JOHN WILSON**,
SWORN February 7, 2002

Gloria Tsang
A Commissioner, etc.

GLORIA TSANG, a
Commissioner, etc., Province of Ontario,
while a student-at-law.
Expires December 13, 2004.