011

# Exhibit M
## R.R. (aortic)




Excessive pannus overgrowth of the sewing ring
(aortic position, 2.5 years).




Excessive pannus overgrowth of the sewing ring
(aortic position, 2.5 years).

THIS IS **EXHIBIT "N"** TO THE AFFIDAVIT
OF **GREGORY JOHN WILSON**,
SWORN February 7, 2002

Gloria Tsang
A Commissioner, etc.

GLORIA TSANG, a
Commissioner, etc., Province of Ontario,
while a student-at-law.
Expires December 13, 2004.

245

# Exhibit N
## R.R. (aortic)




Excessive pannus overgrowth of the sewing ring (aortic position, 2.5 years), Dr. Butany's photo.




Excessive pannus overgrowth of the sewing ring (aortic position, 2.5 years), Dr. Butany's photo.

THIS IS **EXHIBIT "O"** TO THE AFFIDAVIT
OF **GREGORY JOHN WILSON**,
SWORN February 7, 2002

Gloria Tsang
A Commissioner, etc.

GLORIA TSANG, a
Commissioner, etc., Province of Ontario,
while a student-at-law.
Expires December 13, 2004.

# Exhibit O
## R.R. (aortic and mitral)



Ventricular surface of both aortic and mitral valves. The aortic valve is seen below the mitral valve. This is Dr. Butany's photo taken at the time of autopsy.

THIS IS **EXHIBIT "P"** TO THE AFFIDAVIT
OF **GREGORY JOHN WILSON**,
SWORN February 7, 2002

Gloria Tsang
A Commissioner, etc.

GLORIA TSANG, a
Commissioner, etc., Province of Ontario,
while a student-at-law.
Expires December 13, 2004.

241

# Exhibit P

## R.R. (mitral)




Atrial surface of mitral valve, post fixation, showing thicker than normal pannus and some thrombus on sewing ring.




Ventricular surface of mitral valve, post fixation, showing thrombus around entire circumference of sewing ring.

THIS IS **EXHIBIT "Q"** TO THE AFFIDAVIT
OF **GREGORY JOHN WILSON**,
SWORN February 7, 2002

Gloria Tsang
A Commissioner, etc.

GLORIA TSANG, a
Commissioner, etc., Province of Ontario,
while a student-at-law.
Expires December 13, 2004.

# Exhibit Q

## R.R. (aortic)



Little tissue ingrowth into sewing ring with proteinaceous debris around polyester fibers within sewing ring at 2.5 years. Note black particulate matter outside the fibers. Aortic valve.

THIS IS **EXHIBIT "R"** TO THE AFFIDAVIT
OF **GREGORY JOHN WILSON**,
SWORN February 7, 2002

Gloria Tsang
A Commissioner, etc.

GLORIA TSANG, a
Commissioner, etc., Province of Ontario,
while a student-at-law.
Expires December 13, 2004.

299

# Exhibit R
## R.R. (aortic)



Dense collagen of pannus at edge of polyester fibers of sewing ring. Note black particles in tissue. Aortic valve.



Dense collagen (green) rich fibroconnective tissue of pannus over polyester fibers of sewing ring. Note black particles in tissue. Aortic valve.