300

# Exhibit R (cont'd)

## R.R. (mitral)



Polyester fibers of sewing ring with cellular response at edge of sewing ring showing black particles in tissue. Mitral valve.



Foreign body multinucleated giant cell (see arrow) response to polyester fibers at the edge of the sewing ring. Note black particles in tissue. Mitral valve.

301

# Exhibit R (cont'd)

## R.R. (mitral)



Polyester fibers of sewing ring with black particles in surrounding tissue. Mitral valve.



Dense collagen (green) rich fibroconnective tissue of pannus at margin of the sewing ring. Note black particles in tissue. Mitral valve.

302

# Exhibit R (cont'd)

## R.R. (mitral)



Polyester fibers of sewing ring with foreign body multinucleated giant cells around fibers and black particles in tissue. Mitral valve.

THIS IS **EXHIBIT "S"** TO THE AFFIDAVIT
OF **GREGORY JOHN WILSON**,
SWORN February 7, 2002

Gloria Tsang
A Commissioner, etc.

GLORIA TSANG, a
Commissioner, etc., Province of Ontario,
while a student-at-law.
Expires December 13, 2004.

303

THE TORONTO HOSPITAL
ONTARIO CANCER INSTITUTE
PRINCESS MARGARET HOSPITAL
University of Toronto Teaching Hospitals

449

TTH - SurgPath
Tel.#: (416) 340-3325

PMH - SurgPath
Tel.#: (416) 946-2102

WD - NeuroPath
Tel.#: (416) 603-57

Surgical Pathology Consultation Report

Name:

Sex: DOB: MRN:

Location:GD -BW 2 607 2

Order Date: 99 09:46 HL#:

Ord. Gen: Van Arsdell,Glen

Last Edit: 19/02/99 15:14 DP#:

MITRAL VALVE PROSTHESIS

CLINICAL HISTORY: Infected valve.

The specimen consists of a mechanical, mitral site heart valve prosthesis with maximum outer dimensions of 3.7 cm in one direction and 3.9 cm. The inner diameter or the orifice, is at this time 2.4 cm in one direction and in the region of the hinge, at the hinge, it is 2.3 cm. This was the flow surface. On the nonflow surface, the inner diameter is 2.6 cm in one direction and 2.5 cm. The overall inner diameter is about 2.5 cm. The valve has a profile of between 0.9 and 1.1 cm, depending on the amount of pannus and/or thrombus on it. Where there is no pannus, the original sewing ring and the profile together add to about 0.8 cm. On the flow surface (of this atrial prosthesis), the sewing ring shows a bit of trauma in one area where the cloth is lost over a distance of about 1.3 cm. On this surface, alternating blue and white sutures are seen as is a significant amount of pannus over much of the sewing ring, or much of its circumference. In some areas, the pannus is absent and I think it is due to surgical loss of the pannus rather than the pannus not being there. Pannus and thrombus/vegetations are seen over about 3/4 of the circumference or even more than that. The pannus forms a fairly thick layer where it is present and the thickness of this layer ranges from just about 0.1 to about 0.2 cm. Part of this may be due to tangential cutting. However, in several areas, the thickness is 0.2 cm and possibly even a little more than this. Most of the sutures are cut up in this pannus. Some of the suture tails are still visible. Thrombus and/or vegetations are seen around suture tails and between sutures. These vegetations overhang the valve orifice and are up to 0.7 cm in length with a thickness of up to 0.3 cm. These have a slightly nodular and/or lobulated appearance. Soft red-brown thrombus is seen around the hinge housing and here this thrombus has thicknesses of up to 0.15 to 0.2 cm, and the junction of the pannus with the housing of the hinge points.

I believe, that the vegetations and/or thrombus started forming at the junction of the pannus with the cloth, as it overhangs the orifice of the prosthesis. The disc movement is not interfered with, and both discs move through their full range, without significant restriction. On the nonflow surface, much less pannus is seen. However, what pannus is seen,

Resident:

Pathologist: Butany,Jagdish Washo

304

THE TORONTO HOSPITAL
ONTARIO CANCER INSTITUTE
PRINCESS MARGARET HOSPITAL
University of Toronto Teaching Hospitals

450

TTH - SurgPath
Tel.#: (416) 340-3325

PMH - SurgPath
Tel.#: (416) 946-2102

WD - NeuroPath
Tel.#: (416) 603-5722

Surgical Pathology Consultation Report

Name: Sex: DOB: MRN:

Location:GD -BW 2 607 2 Order Date: '99 09:46 HL#:

Ord. Gen: Van Arsdell,Glen Last Edit: 19/02/99 15:14 DP#:

is seen at the most dependent part of the sewing ring, close to its junction with the pyrolytic carbon coated valve ring. In fact, in this junctional area, a rim of narrow red-brown material is seen and this too looks like thrombus. On this surface, the diameter at the disc housing or hinge guard is 2.5 cm and the diameter in the opposite direction is about 2.7 cm. Pannus on this surface is seen over small patches only and I am not sure if it has been lost during surgical explantation. Pannus here has a thickness ranging from less than 0.5 mm to 1.0 mm or even a little more than that.

At this time, one section is taken from the vegetation to look for evidence of infective endocarditis.

JB/mtm/rs

COMMENT: This St. Jude medical bileaflet mechanical prosthesis, appears morphologically to be of the silzone (silver coated cloth) variety. It shows a significant amount of pannus on the flow surface with the thickness of the pannus approaching 2.0 mm. At the junction with the carbon ring, coarse granular vegetations or thrombus, are seen. Histologically this is thrombus sitting on fairly "established" fibrous tissue of the pannus. A significant acute inflammatory infiltrate is seen in this material. However, in the sections taken, no microorganisms could be demonstrated on special stains. The prosthesis shows pannus on both flow and nonflow surfaces with the nonflow surface showing considerably less pannus. Both, the flow surface and the nonflow surface show thrombus, and the thrombus is, again, much more pronounced on the nonflow surface. The thrombus overhangs the valve orifice and could have broken off and embolized. The thrombus is also seen over the hinge guards, that is between the cloth sewing ring and the hinge guard - at least in the slot-like space, at the based of the two hinge points of the prosthesis. This thrombus appears to be pale brown in color. Similar, but smaller, rim-like thrombus is seen on the nonflow surface, in the groove between the carbon-coated valve ring and the cloth of the sewing ring.

The movement of the prosthesis leaflets, is unhindered by the changes noted.

Resident:

Pathologist: Butany,Jagdish Washo

305

THE TORONTO HOSPITAL
ONTARIO CANCER INSTITUTE
PRINCESS MARGARET HOSPITAL
University of Toronto Teaching Hospitals

45T

TTH – SurgPath
Tel.#: (416) 340-3325

PMH – SurgPath
Tel.#: (416) 946-2102

WD – NeuroPath
Tel.#: (416) 603-5722

# Surgical Pathology Consultation Report

Name:

Sex: DOB: MRN:

Location:GD -BW 2 607 2

Order Date: /99 09:46 HL#:

Ord. Gen: Van Arsdell,Glen

Last Edit: 19/02/99 15:14 DP#:

DIAGNOSIS: Mitral valve prosthesis:

1) morphologic features and radiologic features consistent with a St. Jude medical type of mechanical, bileaflet prosthesis
2) pannus, significant on valve ring (flow surface)
3) pannus, mild on valve sewing ring (nonflow surface)
4) thrombotic vegetations with significant acute inflammatory infiltrate, on flow surface (see comment)
5) no micro-organisms demonstrated in thrombus from flow surface
6) thrombus overhangs valve orifice (flow surface)
7) prosthesis leaflets, move freely and fully
8) thrombus around hinge guards.

JB/rs

Resident:

Pathologist: Butany, Jagdish Washo

THIS IS **EXHIBIT "T"** TO THE AFFIDAVIT
OF **GREGORY JOHN WILSON**,
SWORN February 7, 2002

Gloria Tsang
A Commissioner, etc.

GLORIA TSANG, a
Commissioner, etc., Province of Ontario,
while a student-at-law.
Expires December 13, 2004.

306

# Exhibit T
## W.S. (mitral)



Poor healing at 3 months with little tissue on the sewing ring.

# Exhibit T (cont'd)

## W.S. (mitral)




Poor healing at 3 months. Variable amounts of pannus and thrombus are present on the sewing ring of the valve and some of what Dr. Butany in his report (Exhibit S) describes as "the thrombus overhangs the valve orifice and could have broken off and embolized". It appears that some of this thrombus has been removed by Dr. Butany for microscopic study before these photographs were taken.

THIS IS **EXHIBIT "U"** TO THE AFFIDAVIT
OF **GREGORY JOHN WILSON**,
SWORN February 7, 2002

Gloria Tsang
A Commissioner, etc.

GLORIA TSANG, a
Commissioner, etc., Province of Ontario,
while a student-at-law.
Expires December 13, 2004.

308

# Exhibit U
## Pig Silver Catheters



Two paraffin blocks, side by side, are shown in which samples of subcutaneous fat from the same pig (#127) explanted at 12 weeks follow-up are embedded. The block to the left samples the subcutaneous fat around the control (non silver-coated) silicone peritoneal dialysis catheter, whereas the paraffin block to the right contains the subcutaneous fat surrounding the silver-coated, but otherwise identical, silicone peritoneal dialysis catheter. The catheters have been removed from the subcutaneous tissue prior to paraffin embedding so that they are not included in these paraffin blocks. The striking difference between the two blocks is that the rim of tissue around the site of the silver-coated catheter is seen as black through the translucent paraffin in contrast to the much lighter color of the tissues surrounding the control catheter not coated with silver.

THIS IS **EXHIBIT "V"** TO THE AFFIDAVIT
OF **GREGORY JOHN WILSON**,
SWORN February 7, 2002

Gloria Tsang
A Commissioner, etc.

GLORIA TSANG, a
Commissioner, etc., Province of Ontario,
while a student-at-law.
Expires December 13, 2004.

# Exhibit V

## Pig Silver Catheters



Tissue capsule and surrounding subcutaneous fat around the placement site of a silver coated peritoneal dialysis catheter in pig #206 at 12 weeks implant duration. The approximately circular empty space in the center of this photograph represents the original location of the peritoneal dialysis catheter, removed before the embedding of this tissue and cutting and staining of this section. The photograph at low (25 times) magnification shows the thin fibrous capsule, which has formed around the catheter. Even at this low magnification, black particulate matter can be seen in this fibrous tissue capsule, which has formed around the catheter.