# Exhibit V (cont'd)
## Pig Silver Catheters



This photograph at higher (400 x) magnification shows large numbers of black, irregularly shaped particles in the fibrous tissue capsule, concentrated at or near the surface of the same capsule shown in the previous photograph, representing the interface between the silver-ccated peritoneal dialysis catheter and the surrounding tissue.

THIS IS **EXHIBIT "W"** TO THE AFFIDAVIT
OF **GREGORY JOHN WILSON**,
SWORN February 7, 2002

Gloria Tsang
A Commissioner, etc.

GLORIA TSANG, a
Commissioner, etc., Province of Ontario,
while a student-at-law.
Expires December 13, 2004.

311

*Peritoneal Dialysis International*, Vol. 16, pp. 398–405
Printed in Canada. All rights reserved.

0896-8608/96$3.00+.00
Copyright © 1996 International Society for Peritoneal Dialysis

# BIOCOMPATIBILITY OF SILVER-COATED PERITONEAL DIALYSIS CATHETER IN A PORCINE MODEL

Leo C.T. Fung,[1] Antoine E. Khoury,[1] Stephan I. Vas,[2,3] Charles Smith,[4] Dimitrios G. Oreopoulos,[3] and Marc W. Mittelman[1,2]

*Departments of Surgery,[1] Microbiology,[2] Medicine,[3] and Pathology,[4] University of Toronto, Ontario, Canada*

◆ *Objective:* Previous studies have shown that silver formulations coated onto implantable materials retard bacterial colonization and reduce the incidence of catheter-related infections. The objective of this study was to assess the histologic effects of sputter-coated silver/silicone implants on host tissue.

◆ *Design:* Sputter silver-coated silicone peritoneal dialysis catheter segments with and without Dacron cuffs were implanted in the subcutaneous fat and muscle in 4 pigs. Noncoated implants served as controls. The specimens were retrieved at 1, 2, 3, 4, 7, 8, 9, 10, 12, and 27 weeks.

◆ *Experimental Animals:* Four 6-week-old male Yorkshire-Landrace pigs (5–6 kg) were used.

◆ *Main Outcome Measures:* Histologic parameters evaluated included the degree of inflammation, the number of giant cells, the extent of silver particulate inclusions, and the thickness of the capsules. All specimens were evaluated by a single blinded pathologist. Microbiologic analyses were also performed.

◆ *Results:* The silver-coated catheters were associated with less inflammation than were the noncoated catheters, both in fat and muscle ($p = 0.04$). The number of giant cells was also lower around the silver-coated than the noncoated catheters, which were implanted in subcutaneous fat ($p < 0.05$). Particulate inclusions compatible with silver or silver oxide were observed only in tissue around silver-coated implants ($p < 0.0001$). The thickness of the capsules and the extent of the inflammatory zones were not significantly different. There was no evidence of infection-related changes.

◆ *Conclusions:* These data suggest that the sputter silver coating does not act as a significant tissue irritant.

KEY WORDS: Silver; biocompatible materials; peritoneal dialysis; catheter; indwelling; infections.

While advances in aseptic technique and connection systems have significantly reduced the incidence of peritonitis in the peritoneal dialysis (PD) patient population (1,2), relatively little progress has been made in controlling exit-site infections. Adverse consequences of uncontrolled exit-site infections include the need to remove and reinsert the PD catheter, and the attendant medical and surgical morbidity.

The antimicrobial effects of silver have been described extensively in the literature dating back to the 1950s (3–6). *In vitro* (7–10) and preliminary *in vivo* (7,11) studies suggest that silver formulations coated onto implantable materials retard bacterial colonization and reduce the incidence of catheter-related infections. More recently, a proprietary method of incorporating silver ion onto silicone tubing material and Dacron fibers has been developed. This promising new sputter-coating technology (Spi-Argent™, Spire Corp., Bedford MA) appears to have overcome the difficulties inherent to previous coating technologies: namely, inconsistent silver-release and irregular surface characteristics. In spite of these promising reports in the coating consistency and bacterial retardation effects, the acute and chronic effects of sputter-coated silver/silicone implants on host tissue have yet to be evaluated. If a sufficiently large amount of silver is released into connective tissue, severe tissue disruption and even necrosis can be induced (12). This potential concern is of particular relevance for percutaneous catheters designed for long-term use, where a relatively long subcutaneous tunnel is often employed. The relatively large tissue-catheter contact area and the intended long indwelling time may accentuate even minor adverse tissue effects.

The objective of this research was to identify any potential adverse histologic effects of sputter silver-coated silicone PD catheters and Dacron cuff material on the adjacent host tissue. The porcine model was selected for this study based on its established role as a suitable human analogue for skin/connective tissue studies (13–16). Unlike that of most animals, pig skin is furless and firmly attached to the underlying subcutaneous fat, muscle, and fascial layers. These characteristics of the pig resemble the human anatomy

Correspondence to: Leo C.T. Fung: Children's Hospital, Division of Urology, 300 Longwood Avenue, Boston, MA 02115 USA

Received 6 July 1995; accepted 3 March 1996.

312



more closely than the mobile, furry skin of most other animals.

## METHODS

### CATHETERS

Silicone PD catheters with and without Dacron cuffs were kindly provided by Accurate Surgical Co. (Toronto, Canada). Silver coating was performed by Spire Corp., coating only the external aspects of the silicone catheters and Dacron cuffs. The silicone-catheter segments implanted into the animals each measured 1 cm in length, regardless of whether they were non-coated or silver-coated. Where the Dacron cuff material was tested, the catheter segments were 3 cm in length. The Dacron cuff portion of the catheter measured 1.5 cm, and was in continuity with an additional 1.5 cm of silicone-catheter segment: hence the total length of 3 cm. All materials tested were steam sterilized prior to implantation.

Three animals received catheter segments without Dacron cuffs. In these three animals, 10 rows of 1-cm-long catheter segments were implanted in anticipation for subsequent retrieval at 10 different time points, and each row consisted of four catheter segments (non-coated catheter in subcutaneous fat, non-coated catheter in muscle, silver-coated catheter in subcutaneous fat, and silver-coated catheter in muscle). Thus, a total of 40 catheter segments were implanted in each of these three animals. For the one animal that received implantations containing Dacron cuffs, four rows of the 3-cm-long catheter/cuff segments were implanted. Similarly, each row consisted of four catheter segments, and this animal received a total of 16 catheter/cuff segments.

### ANIMALS

Four 6-week-old male Yorkshire-Landrace pigs (5 – 6 kg) were used in this study. The animals were fed and watered *ad libitum* for 1 week prior to implantation. Twelve hours prior to the surgery, only food was withheld. Prior to and following surgery, all four animals received prophylactic doses of cefazolin and a long-acting penicillin respectively. Animals were maintained in a controlled environment at The Hospital for Sick Children animal facility for up to 12 weeks. One animal was placed on a farm from weeks 12 to 27.

### SURGICAL PROCEDURE

All animals received a mixture of ketamine, atropine, and acepromazine intramuscularly prior to anesthesia with $O_2$/nitrous oxide/halothane by inhalation. The animals were intubated and allowed to breathe spontaneously. Using aseptic technique, vertical incisions were made along the paraspinal region, enabling implantation of catheter segments and/or cuffs into the subcutaneous fat or paraspinal muscle. For the subcutaneous implantations, small tunnels were made transversely lateral to the incision. The catheter material was then inserted into the center of these tunnels, while disruption of the tissue immediately surrounding the catheter was kept to a minimum. For implantation into muscle, the paraspinal muscle fascia immediately below the skin incision was split longitudinally. The exposed paraspinal muscle fibers were then atraumatically split longitudinally, with their blood supply carefully preserved. The catheter material was then inserted into the groove created in the muscle. Interrupted resorbable polyglycolic acid sutures were used to reapproximate the overlying fascia, ensuring that the catheter material was completely surrounded by viable muscle fibers. Incisions were closed with resorbable polyglycolic acid sutures. A minimum distance of 1.5 cm was maintained between all of the catheter material and the incision or suture material.

Uncoated catheter or cuff segments were placed on one side of the spinal column, and silver-coated segments along the other side. Similar procedures were used in the recovery of the implanted materials at various time intervals. Catheters were retrieved aseptically, with a minimum of 0.5 cm of rim of the surrounding tissue intact. Following the surgical procedures, the animals were removed from anesthesia and placed in a recovery facility under a heating lamp, or sacrificed with a lethal injection of barbiturate after the last experimental procedure.

### EXPERIMENTAL PROTOCOL

The catheter segments without cuffs were retrieved after 1, 2, 3, 4, 7, 8, 9, 10, 12, and 27 weeks, whereas the catheter/cuff segments were retrieved at 1, 4, and 12 weeks. (The animal that received the catheter/cuff segments developed back problems and a significant limp. As the animal was deemed to be suffering excessively, it was sacrificed shortly after the 12-week time point. Thus, data from the originally planned 27-week time point was not available for the cuff segments.) A small cross-section of the catheter and surrounding tissue was submitted for microbiologic analysis. The remaining specimen was fixed in buffered 10% formalin and stored at 4°C.

### MICROBIOLOGICAL ANALYSES

On retrieval of the 1-cm catheter segments, the aseptically retrieved catheters were cut in cross-

sections to provide a 0.3-cm-long piece for microbiologic analyses, intact with the corresponding surrounding tissue. The 3-cm-long pieces with Dacron cuffs were similarly retrieved, where a 0.3-cm piece was sampled from both the noncuff and cuff portions. On retrieval, these specimens were immediately placed in 5 mL of sterile phosphate-buffered saline (PBS) (50 mM, pH 7.2). To disperse any adhered bacteria, sterile glass beads (3 mm in diameter) were added, and the specimens were vigorously vortexed for 30 seconds (17). The resulting PBS solution was then diluted serially and plated onto trypticase soy agar (TSA). Plates were incubated for 48 hours at 37°C.

### SPECIMEN PROCESSING AND EVALUATION

Specimens were paraffin embedded and thin-sectioned prior to hematoxylin-phloxine-safranin (HPS) staining. In an attempt to minimize sampling bias, a minimum of two and up to four cross-sectional cuts were obtained from each specimen at approximately 2-mm intervals. With the minimum of a 0.5-cm rim of tissue around each catheter segment, the minimum tissue surface area examined on each cross-section was 1.9 $cm^2$. The results of the two to four cross-sections per specimen were averaged, representing a minimum of 3.8 to 7.2 $cm^2$ of tissue-surface area examined respectively. The stained thin sections were evaluated by a single pathologist in a blinded fashion. The evaluation consisted of two parts, a nonparametric grading and a parametric count.

The nonparametric parameters were reported based on pre-defined scoring systems. The inflammation score was based on a subjective evaluation of the relative degree of inflammation, using the following grades of inflammation:

Grade 0: No inflammation.

Grade 1: Very occasional inflammatory cells.

Grade 2: Occasional, patchy, inflammatory changes, no more than three foci around the luminal circumference.

Grade 3: Subconfluent inflammation around luminal circumference, more than three foci.

Grade 4: All of the luminal circumference involved with inflammation.

The particle score indicates the relative abundance of particulate inclusions surrounding the catheter/cuff material, graded from 0 to 4. Particulate inclusions with an appearance compatible with iron or related degradation products were not included in the particle score.

Parametric parameters evaluated included the giant cell count, where the total number of giant cells present in the thin sections were counted. The capsule thickness was determined by measuring the thickness of the capsule in four quadrants surrounding the catheter, with the results reported as an average of the four measurements in millimetres. The inflammatory-zone measurement represents that portion of the capsule infiltrated by neutrophils and/or lymphocytes, derived from multiplying the average capsular thickness by the fraction of the capsule with inflammatory infiltrates, and the results were expressed in millimetres.

### STATISTICAL ANALYSIS

The nonparametric data were subjected to a Fisher's Exact Test for equivalency of means; the parametric data were subjected to a non-paired Student's t-test (18). Linear regression was used to analyze data collected serially at various time points. Statistical significance was defined at $p < 0.05$.

## RESULTS

### SURGICAL OBSERVATIONS

No gross evidence of infection or abscess formation was noted at the time of the operative procedures. Wound healing was rapid and uncomplicated. The tissue surrounding the silver-coated catheters and cuffs contained a fine rim of metallic black/gray discolouration, with a radius of 0.1 – 0.5 mm from the implanted catheter segments. The gross appearance of the discoloration was compatible with silver leaching from the implants into the surrounding tissues. The discoloration was noted by 1 week post-implantation and persisted through to the 27-week specimens. Both the silver-coated and the non-coated Dacron cuffs appeared to be well fixated to the surrounding tissue.

### MICROBIOLOGY

None of the specimens were positive for aerobic bacteria. There was no evidence that infection accounted for any of the observed histologic changes.

### HISTOLOGY

In the analysis of the inflammatory response, grades 0 through 2 were considered relatively mild, whereas grades 3 and 4 were considered relatively severe. As shown in Table 1, inflammation grades 3 or 4 were observed in a significantly higher number of specimens surrounding the non-coated silicone catheters than in those surrounding the silver-coated catheters. These findings were consistent regardless

TABLE 1
Specimens with Low- versus High-Grade Inflammation Post-Catheter Implantation

| Weeks Post-implantation | Fat | | | | Muscle | | | |
|---|---|---|---|---|---|---|---|---|
| | Silicone | | Silver | | Silicone | | Silver | |
| | Low Grade | High Grade | Low Grade | High Grade | Low Grade | High Grade | Low Grade | High Grade |
| 1–2 | 6 | 1 | 7 | 0 | 1 | 4 | 3 | 1 |
| 3–4 | 2 | 4 | 6 | 1 | 4 | 2 | 3 | 1 |
| 7–9 | 5 | 4 | 7 | 1 | 2 | 0 | 2 | 0 |
| 10–12 | 6 | 2 | 6 | 2 | 5 | 3 | 7 | 0 |
| 27 | 3 | 0 | 4 | 0 | 3 | 0 | 4 | 0 |
| Total | 22 | 11[a] | 30 | 4[a] | 15 | 9[b] | 19 | 2[b] |

The results are categorized by the type of catheter surface (silicone vs. silver-coated) and the site of implantation (subcutaneous fat vs. muscle). Inflammation grades 0, 1, and 2 as defined in Methods are considered low grade, whereas grades 3 and 4 are considered high grade. Inflammation grades 3 or 4 were observed in a significantly higher number of specimens surrounding the uncoated silicone catheters than the silver-coated catheters.
[a] $p < 0.04$.
[b] $p < 0.04$.

TABLE 2
Summary of Quantitative Parameters Tabulated under Type of Catheter Surface and Site of Implantation

| | Fat | | Muscle | |
|---|---|---|---|---|
| | Silicone (n=33) | Silver (n=34) | Silicone (n=24) | Silver (n=21) |
| Capsule Thickness (mm) | 0.23 ± 0.16[a] | 0.22 ± 10.17[a] | 0.38 ± 0.31[a] | 0.36 ± 0.24[a] |
| Inflammatory Zone (mm) | 0.13 ± 0.14 | 0.08 ± 0.10[a] | 0.21 ± 0.21 | 0.21 ± 0.21[a] |
| No. of Giant Cells | 25.44 ± 12.06[b] | 35.01 ± 13.78[b] | 23.40 ± 14.00 | 27.81 ± 14.15 |

The results are given as the mean ± one standard deviation, derived from the combination of all the time points in the four animals studied.
[a] $p < 0.05$, implantation in fat compared to muscle, with the same catheter material.
[b] $p < 0.05$, silicone compared to silver-coated, in the same tissue.

of whether the specimens were implanted in subcutaneous fat or in muscle ($p = 0.04$ and $p = 0.04$ respectively). Although these differences seemed to be more prominent in the early post-operative period and equalized by 27 weeks, the numbers were insufficient for establishing significance on linear regression analysis.

Particle grades were higher ($p < 0.0001$) in tissues surrounding silver-coated catheters (particles detected in 54/57 specimens) than in those surrounding the non-coated silicone catheters (no definite particles seen in any of the 57 specimens). These particles were likely silver or silver oxides. The color, appearance, and distribution of the particles were not consistent with hemoglobin or related degradation products. The majority of the particles were observed within giant cells.

The parametric data are summarized in Table 2. Due to the relatively small number of observations at each time point, separate statistical analyses at each time point would not be meaningful. The data in Table 2 are reported as a combination of all the specimens evaluated. Comparing different implants within the same tissue no significant difference in the thickness of capsules surrounding either implant type was noted. Similarly, inflammatory zones surrounding the implants were not significantly different. Subcutaneous fat tissue surrounding the non-coated silicone catheters exhibited a significantly greater number ($p = 0.0489$) of giant cells than did the tissue surrounding the silver-coated catheters. However, no significant difference in giant cell numbers was noted in muscle. Comparing the same type of implants within different tissue, the capsule thickness was significantly greater in muscle than in fat for both the silver-coated and non-coated implants. The inflammatory zone was also significantly greater in muscle than in fat for the silver-coated implants.

The inflammation appeared to peak after approximately 1 month post-implantation (Figure 1), and at



Figures 1a–d — Light microscopy appearance (25× magnification) is depicted from specimens retrieved 3 weeks after the implantation of the catheter material, when peak inflammatory reaction occurred in this animal. The corresponding catheter types and implantation sites were: (1a) silicone catheter in fat, (1b) silver catheter in fat, (1c) silicone catheter in muscle, and (1d) silver catheter in muscle. The inflammatory response associated with the silver-coated silicone catheters was generally found to be less than or equal to that of the non-coated silicone catheters. Orientation: The tissue at the top of each illustration was immediately adjacent to the implanted catheter material. Beyond the area with reactive changes, normal fat or muscle can be seen toward the bottom of the illustrations.

6 months (27 weeks) post-implantation, only minimal inflammation was observed (Figure 2). At all of the time intervals evaluated, the inflammatory response associated with the silver-coated silicone catheters was generally less than or equal to that of the non-coated silicone catheters. Under light microscopy, particulate inclusions were progressively more prominent with increasing time, and all specimens associated with silver implants displayed prominent inclusions by 6 months. These inclusions were not present in the non-coated catheter specimens.

None of the histologic parameters comparing the non-coated Dacron cuff (n = 4) tissue response with the silver-coated Dacron cuff tissue response (n = 4) demonstrated any statistically significant differences.

No other significant histopathologic anomalies were identified.

## DISCUSSION

Exit-site infections remain a major limiting factor in the more widespread application of PD in treating end-stage renal failure (ESRF). Currently, exit-site infections and catheter-related infections necessitate the surgical replacement of PD catheters at a frequency of 0.6/patient-year (19). Control of exit-site infections, therefore, should logically lead to a decrease in the incidence of peritonitis, subsequent catheter loss, and associated morbidity.

*In vivo* studies by Dasgupta (7) have demonstrated the efficacy of silver coatings in reducing the incidence of exit-site infections. In addition, the results of this *in vivo* animal study now provide evidence that the silver-coated silicone catheters have acceptable biocompatibility characteristics. It was found that the



Figure 2a–d — Light microscopy appearance (25× magnification) is depicted from specimens retrieved 27 weeks after the implantation of the catheter material. By this time, only minimal inflammation was observed in any of these specimens. The corresponding catheter type and implantation site were: (1a) silicone catheter in fat, (1b) silver catheter in fat, (1c) silicone catheter in muscle, and (1d) silver catheter in muscle. Orientation: The tissue at the top of each illustration was immediately adjacent to the implanted catheter material. Beyond the area with reactive changes, normal fat or muscle can be seen toward the bottom of the illustrations.

host foreign-body response, characterized by both acute and chronic inflammatory infiltrates, was generally less severe in the silver-coated group than in the non-coated silicone group for up to 12 weeks post-implantation, and by 27 weeks, only low-grade inflammation was present in both groups (Table 1). Furthermore, no evidence of adverse effects secondary to the presence of silver was observed based on histopathologic criteria. These observations suggest that the sputter silver coating does not act as a significant tissue irritant.

In the evaluation of the biocompatibility characteristics of the silver-coated silicone catheter, it was unexpected that the silver-coated catheters not only did not induce inflammation over and above the silicone catheters, but were associated with a significantly lower inflammatory response. This low level of inflammatory reaction gives further support that the silver coating causes minimal tissue irritation. However, the relatively mild inflammatory reaction may also have the undesirable effect of retarding the tissue responses necessary for the fixation of the catheter. Furthermore, the effects of the silver coating on collagen biosynthesis has not been fully established. While silver administered in large quantity can significantly disrupt collagen biosynthesis (12), silver coating appears to be relatively innocuous, and did not appear to be toxic to fibroblast growth in an *in vitro* study (20). In this study, the silver-coated Dacron cuffs were found to be firmly fixated to the surrounding tissue, indistinguishable from the fixation characteristics of the non-coated Dacron cuffs, based on gross observation. Thus, the sputter silver coating did not appear to interfere with tissue fixation in this porcine model.

Apart from local tissue reactions, potential systemic toxicity must also be considered. Occupational

517



systemic silver exposure has been reported to lead to argyria (21–23), which is characterized by a slate-gray pigmentation resulting from the deposition of silver in the skin and hair, and may also lead to renal (22,24), hepatic (25,26), male reproductive (27), and central nervous system (28) toxicity. The gross discoloration and microscopic particles observed in this study adjacent to the silver-coated materials suggest that silver was released into the local tissue, which may subsequently migrate to distant sites. As the silver-coated PD catheters are targeted for use in patients with renal failure, even a slow rate of silver release may lead to significant systemic accumulation. We are currently conducting studies to establish the exact nature of these particulate inclusions. If they are confirmed to be a derivative of the silver coating, further studies will be required to assess the risk of systemic silver toxicity.

Despite current evidence supporting the efficacy of the silver coating in retarding bacterial colonization, there is the potential that the silver coating may lead to the development of silver-resistant isolates. The clinical importance is underscored by evidence that strains exhibiting plasmid-mediated silver resistance are associated with multiple antibiotic resistance (29,30). This potentially undesirable effect has not yet been evaluated, and remains to be explored in studies with long-term follow-up conducted on patients with chronically indwelling, silver-coated devices, tracking for the emergence of silver-resistant or multiple-drug–resistant flora.

It should be noted that the catheter segments were implanted without exit sites in this study, and this experimental model was not intended to simulate the circumstances that predispose to exit-site infections. Since the objective of this study was to identify histologic effects on the host tissue attributable to the silver-coating, it was desirable to minimize other sources of tissue irritation wherever possible, including bacterial contamination. Accordingly, the catheter segments were implanted without exit sites in an attempt to minimize the risk of bacterial contamination and the attendant potentially confounding effects.

In summary, silver coating appears to be a promising technology, potentially capable of retarding bacterial colonization of percutaneous indwelling catheters. The results from this study suggest that the sputter silver coating does not act as a significant tissue irritant relative to the commonly used non-coated silicone/Dacron material. Further long-term evaluations are needed, however, to study the potential for adverse effects on tissue fixation of the catheter, systemic toxicity, and the development of silver-resistant or multiple-drug–resistant bacterial flora.


## ACKNOWLEDGMENT

This project was funded in part by Baxter (Renal Division), Bayer Healthcare, and the National Science and Engineering Council of Canada (NSERC).


## REFERENCES


1. Vas SI. Infections of continuous ambulatory peritoneal dialysis catheters. *Infect Dis Clin North Am* 1989; 3:301–28.
2. Fenton SS, Wu G, Bowman C, *et al.* The reduction in the peritonitis rate among high-risk CAPD patients with the use of the Oreopoulos-Zellerman connector. *Trans Am Soc Artif Intern Organs* 1985; 31:560–4.
3. Thurman RB, Gerba CP. The molecular mechanisms of copper and silver ion disinfection of bacteria end viruses. *CRC Crit Rev Environ Control* 1989; 18:295–315.
4. Babich H, Stotzky G. Environmental factors that influence the toxicity of heavy metal and gaseous pollutants to microorganisms. *CRC Crit Rev Microbiol* 1980; 8:99.
5. Sundberg RJ, Martin RB. Interactions of histidine and other imidazole derivatives with transition metal ions in chemical and biological systems. *Chem Rev* 1974; 74:471.
6. Phillips CR, Warshowsky B. Chemical disinfectants. *Am Rev Microbiol* 1958; 12:525.
7. Dasgupta MK. Silver peritoneal catheters reduce bacterial colonization. *Adv Perit Dial* 1994; 10:195–8.
8. Leung JW, Lau GT, Sung JJ, Costerton JW. Decreased bacterial adherence to silver-coated stent material: an in vitro study. *Gastrointest Endosc* 1992; 38:338–40.
9. Grier N. Silver and its compounds. In: Block SS, ed. *Disinfection, sterilization, and preservation*. Philadelphia, PA: Lea & Febiger; 1991.
10. Liedberg H, Lundeberg T. Silver coating of urinary catheters prevents adherence and growth of Pseudomonas aeruginosa. *Urol Res* 1989; 17:357–8.
11. Liedberg H, Lundeberg T. Silver alloy coated catheters reduce catheter-associated bacteriuria. *Br J Urol* 1990; 65:379–81.
12. Ellender G, Ham KN. Connective tissue responses to some heavy metals. III. Silver and dietary supplements of ascorbic acid. Histology and ultrastructure. *Br J Exp Pathol* 1989; 70:21–39.
13. Gross J, Farinelli W, Sadow P, Anderson R, Bruns R. On the mechanism of skin wound "contraction": a granulation tissue "knockout" with a normal phenotype. *PNAS* 1995; 92:5982–6.
14. Quaglino DJ, Nanney LB, Ditesheim JA, Davidson JM. Transforming growth factor-beta stimulates wound healing and modulates extracellular matrix gene expression in pig skin: incisional wound model. *J Invest Dermatol* 1991; 97:34–42.
15. Montagna W. Comparative anatomy and physiology of the skin. *Arch Dermatol* 1967; 96:357–63.
16. Marcarian HQ, Calhoun ML. Microscopic anatomy of

318



the integument of adult swine. *Am J Vet Res* 1966; 27:765–72.

17. Mittelman MW, Davidson D, Vas S, Khoury AK. In vitro studies of silver-coated catheter antimicrobial efficacy. *Ann Conf Peritoneal Dialysis, Orlando, FL*, 1994.
18. Sokal RR, Rohlf FJ. *Biometry*. San Francisco, CA: WH Freeman, 1969.
19. Oxton LL, Zimmerman SW, Roecker EB, Wakeen M. Risk factors for peritoneal dialysisrelated infections. *Perit Dial Int* 1994; 14:137–44.
20. Liedberg H, Lundeberg T. Assessment of silver-coated urinary catheter toxicity by cell culture. *Urol Res* 1989; 17:359–60.
21. Nordberg GF, Gerhardsson L. Silver. In: Seiler HG, Sigel H, eds. *Handbook on toxicity of inorganic compounds*. New York: Marcel Dekker; 1988:619.
22. Smith IC, Carson BL. *Trace metals in the environment*. Vol 2, Silver. Ann Arbor, MI: Ann Arbor Science, 1977.
23. Petering HG. Pharmacology and toxicology of heavy metals: silver. *Pharmacol Ther* 1976; 1:127–30.
24. Dreisbach RH. *Handbook of poisoning*, 9th Ed. Los Altos, CA: Lange, 1977:361.
25. Baldi C, Minoia C, Di Nucci A, *et al*. Effects of silver in isolated rat hepatocytes. *Toxicol Lett* 1988; 41:261–8.
26. Grasso P, Abraham R, Hendy R, *et al*. The role of dietary silver in the production of liver necrosis in vitamin E deficient rats. *Exp Mol Pathol* 1969; 11:186–99.
27. Hoey MJ. The effects of metallic salts on the histology and functioning of the rat testis. *J Reprod Fertil* 1966; 12:461–72.
28. Rungby J, Slomianka L, Danscher G, *et al*. A quantitative evaluation of the neurotoxic effect of silver on the volumes of the components of the developing rat hippocampus. *Toxicology* 1987; 43:261–8.
29. Slawson RM, Lee H, Trevors JT. Bacterial interactions with silver. *Biol Met* 1990; 3:151–4.
30. Silver S, Misra TK. Plasmid-mediated heavy metal resistances. *Annu Rev Microbiol* 1988; 42:717–43.

THIS IS **EXHIBIT "X"** TO THE AFFIDAVIT
OF **GREGORY JOHN WILSON**,
SWORN February 7, 2002

Gloria Tsang
A Commissioner, etc.

GLORIA TSANG, a
Commissioner, etc., Province of Ontario,
while a student-at-law.
Expires December 13, 2004.

[redacted]SEVIER

European Journal of Cardio-thoracic Surgery 19 (2001) 729–731

EUROPEAN JOURNAL OF CARDIO-THORACIC SURGERY

www.elsevier.com/locate/ejcts

Case report

# Silver-coated prosthetic heart valve: a double-bladed weapon

Piergiorgio Tozzi*, Assad Al-Darweesh, Pierre Vogt, Frank Stumpe

*Department of Cardiovascular Surgery, Sion Regional Hospital, Sion, Switzerland*

Received 18 December 2000; received in revised form 2 March 2001; accepted 10 March 2001

Abstract

[redacted] St. Jude Medical Silzone was implanted in a 72-year-old female, suffering from mitral valve disease. Four months later, the patient had ic[redacted] cardiac failure due to partial detachment of the prosthetic valve. The mitral annulus was ulcerated and there were multiple erosions in he myocardial tissue in contact with the prosthetic valve. Histological examination revealed chronic inflammation with hemosiderine eposits and giant cells. No allergy to silver ions was found. The silver-coated sewing cuff had caused a chronic inflammatory reaction ;u[redacted] a toxic reaction to silver. The Silzone valve was withdrawn from the market on January 2000. © 2001 Elsevier Science B.V. All rights es[redacted]ed.

eywords: Silver toxicity; Endocarditis; Prosthetic heart valve

## [redacted] Introduction

P[redacted]thetic valve endocarditis (PVE) is one of the compli- ati[redacted] of heart valve replacement and its treatment repre- nts a challenge to the surgeon. The incidence of PVE nges up to 0.5%/patient-year for mechanical mitral valves d [redacted] to 1%/patient-year for other mechanical valves [1]. 'E[redacted] a foreign body infection predominantly based in the ving cuff of a prosthetic heart valve. The mortality rates are ;h[redacted]5% for infection occurring up to 2 months (early PVE) 1 [redacted]% for infection occurring thereafter (late PVE) [1]. Ma[redacted] techniques have been developed to reduce the inci- :ce of PVE, such as antimicrobial treatment (topic and :e[redacted]c) and also, the use of homographs. The newest and m[redacted]t promising one consists of a silver-coated, sewing heart valve (St. Jude Medical Silzone) [2]. The Silzone ing is a dense layer of metallic silver deposited on the ac[redacted]of individual fabric fibrils (polyethylene tetraphtha- p[redacted]ester) that acts as a source of silver ions that inhibit nization and attachment of microorganisms to the ng cuff [2]. Several animal and clinical studies [3–5] p[redacted]ven the anti-infective efficacy of silver-coated pros- s.[redacted]he Artificial Valve Endocarditis Reduction Trial ERT), a multicenter, randomized trial, was created to s the clinical efficacy of Silzone in the prevention of [6[redacted] This report describes a patient enrolled in the AVERT that developed a type IV immune response in the periprosthetic tissue after mitral valve implantation.

## 2. Case report

A 72-year-old female, suffered from mitral valve disease and chronic atrial fibrillation. She referred an allergic reaction (rash) after co-trimoxazole ingestion 10 years before. Echocardiography showed severe mitral regurgitation. The patient was enrolled in the AVERT and in August 1999, underwent mitral valve replacement. A St. Jude Medical Silzone, Ø 29 mm, was implanted using the interrupted suture technique (2/0 pledgetted Ticron sutures). Echocardiography showed no periprosthetic leakage and the patient was discharged 9 days after the operation.

Four months later, the patient was re-admitted because of progressive heart failure. Trans-esophageal echocardiography showed severe mitral insufficiency due to a partial detachment of the prosthetic valve, mostly on the interventricular septum side. Right basal pneumonia was diagnosed as well. An emergency prosthetic mitral valve replacement was necessary. At re-operation, the prosthetic valve was detached from the interventricular septum. All sutures and pledgets were in place, but on 1/3 of the circumference, sutures were detached from the mitral annulus. The annulus corresponding to the interventricular septum was ulcerated and there were multiple erosions in the myocardial tissue in contact with the prosthetic valve. No tissue covered the sewing cuff. We implanted a standard valve (St. Jude Medi-

*rresponding author. Service de Chirurgie Cardiovasculaire – BH10, H[redacted]pitalier Universitaire Vaudois, Rue du Bugnon 46, 1011 ne, [redacted]vitzerland. Tel.: +41-21-314-2280; fax: +41-21-314-2278. ai[redacted]dress: tozzig@hotmail.com (P. Tozzi).

40/01/$ - see front matter © 2001 Elsevier Science B.V. All rights reserved.
01[redacted]7940(01)00675-3

cal Ø 31) with the same surgical technique. All bacteriological examinations were negative, except for the expectoration, in which we found *Pseudomonas aeruginosa*. Histological examination was carried out on three fragments of the mitral valve annulus of 0.7 × 0.3 × 0.2 cm, and revealed chronic inflammation with giant cells and hemosiderine deposits (Fig. 1). The patient was discharged 20 days after. A skin patch test carried out 3 months later, was negative for a type IV reaction to silver nitrate (maximal concentration, 0.7%). An international set of skin patch tests (24 classic allergens) was negative as well.

## 3. Discussion

When it first appeared, the prosthetic heart valve with a silver-coated sewing cuff seemed to be an easy and smart way to approach the PVE problem. Animal experiences showed that silver coating reduces inflammation in direct contamination models using a strain of *Staphylococcus epidermidis* that is capable of producing a biofilm [2]. De la Riviere et al. [3] studied any adverse effects of the silver coating in humans by determining blood silver levels by graphite furnace atomic absorption spectrometry, before and after the valve implantation, and nothing was detected. All the encouraging data led us to enroll our patients in the AVERT in order to asses the clinical efficacy of the silver-coated sewing cuff in reducing PVE incidence.



Fig. 1. Light micrograph of the mitral valve annulus 4 months after implan-ti[illegible] of the silver-coated sewing cuff mitral valve. (A) Lymphocyte infil-at[illegible] (B), giant cells and hemosiderine deposits characterized the ist[illegible]gical pattern.

PVE was our diagnostic hypothesis when the patient was re-admitted, but intraoperatory findings were very far from a classic PVE. The mitral valve annulus was partially destroyed and no abscess, fibrin deposits or vegetation were found. The periprosthetic tissue had multiple erosions and the interventricular septum near the valve was ulcerated. It looked like the valve burned the surrounding tissue. The histological examination of periprosthetic tissue showed a chronic inflammatory reaction with hemosiderine deposits and giant cells (Fig. 1). This histological pattern is unusual after the implantation of standard mechanic heart valves and it probably involves components of the immune system, such as T-cell lymphocytes (immune reaction type IV) [7]. No microorganisms were found in the sewing cuff, in the periprosthetic tissue or in the blood stream. Surgical, histological and bacteriological findings supported the hypothesis that this valve caused a chronic inflammatory reaction leading to its detachment. Assuming that the only difference between silver-coated sewing cuff valves and standard St. Jude Medical valves is the silver coating, there are two possible mechanisms that can produce the described histological pattern: allergy and toxic reaction to silver. Silver allergy is a well-known problem in oral pathology [8] as well as in jewelry manufacturing: 3–5% of the silver exposed population develops an allergic dermatitis [9]. Our patient had a negative silver nitrate patch test at a standard concentration of 0.7%, so we cannot evoke an allergic reaction as the mechanism behind the observed lesions. We can speculate that the lesions described are due to a direct toxic effect of silver ions on the myocardic. As Kraft et al. [10] demonstrated, pure silver implanted in striate muscle induces a persistent activation of leukocytes combined with a marked disruption of the microvascular endothelial integrity, massive leukocyte extravasation, and considerable venular dilation, probably due to the production of intracellular superoxide anions. A high silver concentration in the periprosthetic tissue could reasonably explain the described histological and clinical patterns.

The reported experience has played a major role in the interruption of the AVERT study and in the withdrawal of the Silzone valves from the market on January 2000.

Patients enrolled in the AVERT study need a more vigilant follow-up and greater attention to the signs and symptoms of paravalvular leak. Moreover, a reaction to the silver coating should be taken into account if PVE is suspected.

## 4. Conclusions

The use of the silver-coated sewing cuff heart valve should be critically judged despite its bactericidal proper-

321



ties. The silver-coated sewing ring, in some patients, can be potential source of chronic inflammation that could have inical consequences as dramatic as PVE. The reported experience has played a major role in the interruption of he AVERT study and in the withdrawal of the Silzone lves from the market, awaiting more data concerning e safeness of silver-coated medical prostheses. We believe that patients enrolled in the AVERT study need special rveillance for early detection of potential inflammatory actions to the silver-coated sewing ring.

## eferences


] Vlessis AA, Khaki A, Grunkemeier GL, Li H, Starr A. Risk, diagnosis and management of prosthetic valve endocarditis: a review. J Heart Valve Dis 1997;6(5):443–465.

] Illingworth BL, Tweden K, Schroeder RF, Cameron JD. In vivo efficacy of silver-coated (Silzone) infection-resistant polyester fabric against a biofilm-producing bacteria, *Staphylococcus epidermidis*. J Heart Valve Dis 1998;7(5):524–530.

[3] Bruxel de la Riviere A, Dossche KM, Birnbaum DE, Hacker R. First clinical experience with a mechanical valve with silver coating. J Heart Valve Dis 2000;9(1):123–129.

[4] Bertrand S, Houel R, Vermes E, Soustelle C, Hillion ML, Loisance L. Preliminary experience with Silzone-coated St. Jude Medical in acute infective endocarditis. J Heart Valve Dis 2000;9(1):131–134.

[5] Darouiche RO. Anti-infective efficacy of silver-coated medical prostheses. Clin Infect Dis 1999;29:1371–1377.

[6] Schaff H, Carrel Th, Steckelberg JM, Grunkemeier GL, Holubkov R. Artificial Valve Endocarditis Reduction Trial (AVERT): protocol of a multicenter randomized trial. J Heart Valve Dis 1999;8(2):131–139.

[7] Soll S. Immunopathology. In: Rich RR, Fleisher TA, Schwartz BD, Shearer WT, Strober W, editors. Clinical immunology: principles and practice. St Louis, MO: Mosby, 1996. pp. 449–477.

[8] Holmstrup P. Reaction of the oral mucosa related to silver amalgam: a review. J Oral Pathol Med 1991;20(1):1–7.

[9] Mc Kenna SR, Latenser BA, Jones LM, Barrette RR, Sherman HF, Varcalotti JR. Serious silver sulphadiazine and mafenide acetate dermatitis. Burns 1995;21(4):310–312.

[10] Kraft CN, Hansis M, Arens S, Menger MD, Vollmar B. Striated muscle microvascular response to silver implants: a comparative in vivo study with titanium and stainless steel. J Biomed Mater Res 2000;49:192–199.

THIS IS **EXHIBIT "Y"** TO THE AFFIDAVIT
OF **GREGORY JOHN WILSON**,
SWORN February 7, 2002

Gloria Tsang

A Commissioner, etc.

GLORIA TSANG, a
Commissioner, etc., Province of Ontario,
while a student-at-law.
Expires December 13, 2004.

322

# 44. Silzone Coated Sewing Rings Increase Risk of Prosthetic Valve Dehiscence and Pannus Formation

Jagdish W Butany, Richard Leask, Joan Ivanow, Tirone E David
*Toronto General Hospital Toronto, Ontario, Canada*

**OBJECTIVE:** Compare the clinical outcome of 176 St. Jude Medical Silzone (SJM-S) implants with 408 control valves and analyze morphologic findings in explanted SJM-S valves.

**METHODS:** Between October 1997 and February 1999, 147 patients who received 176 SJM-S valves were followed up and compared to controls (Carbomedics n=226, St. Jude Standard n=182). Follow up was 99% complete . Six patients, all in the SJM-S group, had active endocarditis. Follow up included serial echocardiography, clinic visits/telephone interviews. Mean follow up equaled 22± 9 months for the Silzone and 22 ± 10 months for controls. Time related outcomes were compared by Kaplan-Meier and Cox regression analysis to a) adjust for valve site and baseline characteristics and b) determine independent predictors of each outcome. Explants were examined, photographed and sections were taken from thrombus, adherent tissue and sewing ring.

**RESULTS:** Survival and freedom from morbid events at 2 years is listed in the table below. The Silzone valve was an independent predictor of : (risk:ratio = rr, confidence interval = CI): endocarditis (rr 6.0, CI 1.6, 23), paravalvular leak (rr 5.6, CI 2.7, 12), and reoperation (rr 2.6, CI 1.0, 6.6). Cases of endocarditis were culture negative, associated with massive valvular dehiscence at the mitral site. Explants occurred in the first 15 months and showed pannus and thrombi.

| Outcome | Silzone (%) | Control (%) | P |
|---|---|---|---|
| Survival | 92 ± 1 | 96 ± 1 | 0.1 |
| Paravalvular Leak | 86 ± 3 | 91 ± 1 | 0.001 |
| Endocarditis | 93 ± 2 | 99 ± 1 | 0.003 |
| Reoperation | 94 ± 2 | 97 ± 1 | 0.04 |
| Thromboembolism | 88 ± 3 | 92 ± 2 | 0.1 |

**CONCLUSION:** Silzone coated valves had over 25% adverse event rate, higher rates of valve dehiscence than controls (predominantly mitral site). Events occurred predominantly in the first few months post implant. Continued surveillance of patients with this valve is necessary.