b. The spalling ("flaking off") of the silver particles from the sewing cuff spreads the toxic effects of the silver beyond the sewing ring of the valve into nearby tissue;

c. The Silzone coating interferes with the normal healing process and results in extremes of lack of tissue ingrowth and excessive tissue overgrowth;

d. The Defendants' experts have incorrectly cited the medical conditions and treatment received by the individuals whose valves I examined, and have raised a number of "factors" which are irrelevant to those patients;

e. The photographs of the additional valves which I have reviewed since my last affidavit are consistent with my histological examination of the valves and tissue referred to in my earlier affidavits;

f. The combination of clinical pathological correlation and the known information regarding silver and the Silzone valve provide a scientifically sound, highly probable explanation of how the Silzone heart valves cause harm to patients receiving them; and,

g. All patients who have received the Silzone valve have been harmed, and need to be monitored closely.

125. This affidavit is sworn in support of a motion for certification and for no improper purpose.

| | | |
|---|---|---|
| SWORN before me at the City<br>of Toronto, in the Province<br>of Ontario, this 24th day of<br>February, 2003. | )<br>)<br>)<br>) | Gregory J Wilson<br>Dr. Gregory Wilson |

A commissioner, etc.

MICHAEL CHARLES HENRIQUES,
a Commissioner, etc., Province of Ontario,
while a student-at-law.
Expires May 24, 2004.

ANDERSEN et al Plaintiffs and St. Jude Medical, Inc. et al Defendants

Court File No: 00-CV-195906 CP

*Ontario*
**SUPERIOR COURT OF JUSTICE**

Proceeding commenced at Toronto

**AFFIDAVIT OF DR. GREGORY WILSON**
**Sworn February 24, 2003**

**Genest Murray**
130 Adelaide Street West, Suite 700
Toronto, Ontario
M5H 4C1

James M. Newland, LSUC#: 23502890
Tel: 416-360-2890
Fax: 416-360-2625

Solicitors for the Plaintiffs

THIS IS **EXHIBIT "A"** TO THE AFFIDAVIT
OF **DR. GREGORY WILSON**,
sworn February 24th, 2003

A Commissioner, etc.

MICHAEL CHARLES HENRIQUES,
a Commissioner, etc., Province of Ontario,
while a student-at-law.
Expires May 24, 2004.

**TABLE II**

**Proposed New Criteria for Diagnosis of Infective Endocarditis**

Definite Infective Endocarditis

- Pathologic criteria
  - Microorganisms: demonstrated by culture or histology in a vegetation, or in a vegetation that has embolized, or in an intracardiac abscess, *or*
  - Pathologic lesions: vegetation or intracardiac abscess present, confirmed by histology showing active endocarditis
- Clinical criteria, using specific definitions for these terms as listed in Table III
  - 2 major criteria, *or*
  - 1 major and 3 minor criteria, *or*
  - 5 minor criteria

Possible Infective Endocarditis

- Findings consistent with infective endocarditis that fall short of "Definite," but not "Rejected."

Rejected

- Firm alternate diagnosis explaining evidence of infective endocarditis, *or*
- Resolution of infective endocarditis syndrome, with antibiotic therapy for 4 days or less, *or*
- No pathologic evidence of infective endocarditis at surgery or autopsy, with antibiotic therapy for 4 days or less

## TABLE III

## Definition of Terms Used in the Proposed Diagnostic Criteria

Major Criteria
- Positive blood culture for infective endocarditis
  - Typical microorganisms for infective endocarditis from two separate blood cultures
    - (i) Viridans streptococci, *Streptococcus bovis*, HACEK group, *or*
    - (ii) Community-acquired *Staphylococcus aureus* or enterococci, in the absence of a primary focus, *or*
  - Persistently positive blood culture, defined as micro-organism consistent with infective endocarditis from:
    - (i) blood cultures drawn more than 12 hours apart, *or*
    - (ii) all of three, or majority of four or more separate blood cultures, with first and last drawn at least 1 hour apart
- Evidence of endocardial involvement:
  - Positive echocardiogram for infective endocarditis:
    - (i) oscillating intracardiac mass, on valve or supporting structures, or in the path of regurgitant jets, or on iatrogenic devices, in the absence of an alternative anatomic explanation, *or*
    - (ii) abscess, *or*
    - (iii) new partial dehiscence of prosthetic valve, *or*
- New valvular regurgitation (worsening or changing of preexisting murmur not sufficient)

Minor Criteria
- Predisposition: predisposing heart condition or intravenous drug use
- Fever: ≥38.0°C
- Vascular phenomena; arterial embolism, septic pulmonary infarcts, mycotic aneurysm, intracranial hemorrhage, Janeway lesions
- Immunologic phenomena: glomerulonephritis, Osler nodes, Roth spots
- Echocardiogram; consistent with infective endocarditis but not meeting major criterion as noted previously
- Microbiologic evidence: positive blood culture but not meeting major criterion as noted previously, or serologic evidence of active infection with organism consistent with infective endocarditis

HACEK = *Haemophilus* spp., Actinobacillus actinomycetemcomitans, *Cardiobactenum hominis*, *Eikenella* spp., and Kingella kingae.

THIS IS **EXHIBIT "B"** TO THE AFFIDAVIT
OF **DR. GREGORY WILSON**,
sworn February 24th, 2003

A Commissioner, etc.

MICHAEL CHARLES **HENRIQUES,**
a Commissioner, etc., **Province of Ontario,**
while a student-at-law.
Expires May 24, 2004.

INFECTIOUS DISEASE CLINICS OF NORTH AMERICA

Infect Dis Clin N Am 16 (2002) 363–376

# Diagnostic methods Current best practices and guidelines for isolation of bacteria and fungi in infective endocarditis

Michael L. Towns, MD[a,*], L. Barth Reller, MD, DTM&H[b]

[a] *BD Diagnostic Systems, 7 Loveton Circle, Sparks, MD 21152, USA*
[b] *Duke University Medical Center, Box 3938, Durham, NC 27710, USA*

Advances in technology, especially echocardiography, have provided new tools for the better recognition and management of infective endocarditis (IE). Traditional blood cultures remain essential, however, not only for determining the etiological diagnosis of IE but also for antimicrobial susceptibility tests to guide therapy.

Within a decade of Ettlinger's first "hemoculture" using venous blood taken from a patient in Paris [1], use of blood cultures to diagnose bacterial endocarditis had become firmly established [2]. Before then, clinicians relied upon physical examination to detect the presence of "classic findings" such as subungual hemorrhages, Osler's nodes, or Roth spots to make a diagnosis of IE. These findings are not specific for IE, however, and in the absence of positive blood cultures they have limited diagnostic value today. Furthermore, these "classic findings" are seen less frequently in modern clinical practice than formerly, presumably because many cases are now diagnosed before the disease has been present long enough to give rise to these late findings [3]. Moreover, the incidence of IE due to viridans streptococci, one of the principal etiologic agents of subacute disease in which these findings would be more likely, is decreasing, while the incidence of disease due to organisms associated with acute infective endocarditis, especially *Staphylococcus aureus*, is increasing [4].

* Corresponding author.
*E-mail address:* Michael_L_Towns@bd.com (M.L. Towns).

0891-5520/02/$ - see front matter © 2002, Elsevier Science (USA). All rights reserved.
PII: S0891-5520(02)00002-8

SICK CHILDREN

## Pathophysiology

Infective endocarditis is an endovascular infection which typically gives rise to a continuous bacteremia originating from the source of the infection, usually a vegetation on a heart valve. Early studies confirmed that the bacteremia of endocarditis is usually continuous, with ongoing shedding of organisms from the vegetation into the bloodstream and simultaneous clearance of bacteria by the reticuloendothelial system in the liver, spleen, and bone marrow [5]. Detection should therefore be relatively straightforward, and in practice the majority of blood cultures obtained from patients with IE are positive for the etiologic agent [6]. One early study demonstrated that two blood culture sets diagnosed 78% of cases, and that four blood culture sets diagnosed over 90% of patients with IE [7]. In a later series of 206 cases of bacterial endocarditis with positive cultures reported by Werner et al. [8], 95% of 789 blood cultures were positive for the etiologic agent. If all blood culture sets obtained were positive, especially if each set was drawn at least thirty minutes apart, the patient most likely had a source of infection that caused a continuous bacteremia, such as IE, rather than an intermittent bacteremia, such as an occult abscess.

Even in untreated patients with typical bacterial endocarditis the blood culture positivity rate is not 100%, for several reasons. Organisms in vegetations can be located on the surface or just beneath the outer fibrin layers of the vegetation, in close proximity to the bloodstream, or buried deep within the vegetation, therefore sequestered away from circulating blood [9]. Cessation of bacteremia and "surface sterilization" of the vegetation when the colonies are deeply buried has been described [10]. The inflammatory damage caused by the organisms continues beneath the surface, however, and valve ring abscesses and ruptured chordae are among the ensuing complications. This phenomenon explains why infected vegetations on valves removed at surgery should be ground up (for bacteria) or minced (for fungi) before culture—to minimize the occurrence of false-negative cultures.

The bacteremia in subacute IE is typically "low-grade," with only 1 to 10 colony-forming units (CFU) per milliliter of venous blood [8]; therefore, an adequate volume of blood is needed for culture in order to maximize the chance of recovering organisms in the culture. Many years ago it was hypothesized that the recovery of microorganisms might be enhanced if arterial blood samples obtained before the blood had passed through the reticuloendothelial system of the liver, spleen, and marrow were cultured. Arterial blood does carry a somewhat higher count of bacteria [5], but it has now been concluded that there is no significant diagnostic benefit gained from using arterial versus venous blood for culture [5,11].

## Role of microbiologic findings in diagnostic criteria

Blood culture results provide much useful diagnostic information that has immediate importance for management decisions. A positive result can

provide the identity of the presumed etiologic agent, and the identity of the organism may point to the original source of bacteremia. For instance, isolation of viridans streptococci imply an oral or dental source whereas *Streptococcus bovis* points to possible colonic pathology such as a benign polyp or colonic malignancy as the source of bacteremia. This information is valuable because preventive interventions may decrease the risk of recurrent bacteremia and recurrent endocarditis. Endocarditis is itself a risk factor for recurrent endocarditis [12]. In addition, information that suggests a continuous bacteremia (i.e., 3 of 3 positive blood cultures collected at least 1 hour apart) provides clinical value. Earlier criteria for the diagnosis of IE (e.g., the Beth Israel criteria) [13] incorporated the finding of persistently positive blood cultures as a criterion for the diagnosis, but did not give any additional weight to the recovery of organisms that are typically associated with this disease. In 1994, the Duke Endocarditis Service published new diagnostic criteria which increased the sensitivity as well as specificity of clinical diagnosis of endocarditis [14]. These Duke criteria have been validated by many subsequent studies as being more sensitive than other published criteria and have also been shown to maintain a high negative predictive value [15].

The Duke criteria also give diagnostic weight to the recovery of certain species of microorganisms from the blood that are typically associated with IE. Identification of the organism may provide clues as to the origin of the infection. For example, recovery of *Enterococcus faecalis* from the blood of a patient in the community setting without an obvious primary focus of infection (such as a urinary tract infection) indicates a high prior probability of IE. If blood cultures had not been obtained, or were obtained and were negative, this valuable information would not be available to the clinician. More recently, proposed modifications to the Duke criteria have included bacteremia due to *S. aureus* regardless of whether the infection is nosocomially acquired or a removable source of infection is present [16]. A recent study reported that this organism is now the single most common cause of IE seen by the Duke Endocarditis Service [4].

A review of the individual value of each component of the Duke criteria for the diagnosis of IE shows that the major microbiological criteria had the highest relative importance [17]. In a study of the 67 pathologically proven cases, 53% of the "definite" cases became "possible" or "rejected" when the major microbiological criteria were subtracted.

The recovery of microorganisms from the blood in a patient with suspected IE does not, however, prove the diagnosis. The overall positivity rate for clinical blood cultures in the United States is ~10%, but 30% to 40% of these positives represent false-positive isolates. The most common cause of false-positive cultures is contamination arising from skin flora due to faulty skin preparation before venepuncture or from cultures that are obtained through contaminated indwelling vascular catheters. This issue becomes especially important when evaluating patients with suspected prosthetic valve

SICK CHILDREN

endocarditis; here the leading etiologic species are coagulase-negative staphylococci, which are also the most frequent causes of false-positive blood cultures arising from skin flora. It is imperative, therefore, that skin is adequately prepared prior to obtaining blood cultures in these patients. Furthermore, blood for culture should not be drawn through indwelling vascular catheters, which may be contaminated. If false-positives are to be averted, the importance of meticulous techniques for obtaining peripheral venous blood cultures cannot be overemphasized.

The information obtained from the identification and susceptibility results of organisms isolated from the blood of patients with IE greatly aids the management of these patients. The identification of the organism can provide initial guidance with regard to appropriate antibiotic therapy, duration of therapy, and potential for outpatient therapy. The susceptibility profile of the isolate provides important information that assists the clinician in deciding the optimal therapeutic regimen, including the choice of single-agent versus combination therapy. For example, endocarditis caused by penicillin-susceptible (MIC $\leq 0.1$ µg/mL) viridans streptococci may be treated with 2 weeks of combined penicillin and gentamicin while relatively resistant viridans strains (MIC $> 0.1 \leq 0.5$ µg/mL) require an additional 2 weeks of penicillin following the initial 2 weeks of combination therapy [18]. This information might also allow a physician to change a patient from an inappropriate antibiotic (chosen empirically for initial treatment) to an appropriate antibiotic. In a prospective epidemiological study of the clinical significance of positive blood cultures [19] such "corrections" of antibiotic therapy on the basis of susceptibility results were shown to decrease mortality.

Finally, identification of the etiologic species from blood cultures can provide important prognostic information about the potential for curative therapy without the need for adjunctive surgery. Patients infected with certain microorganisms are more likely to require surgical intervention. Prosthetic valve endocarditis due to gram-negative bacilli (other than the HACEK group), *S. aureus*, and yeasts are all associated with a high likelihood that surgery will be required [20]. In addition, native valve disease due to filamentous fungi is also a strong indication for surgical intervention [20].

## Best practices for diagnosis of infective endocarditis due to bacteria

Because blood culture results are so critical to the diagnosis and management of patients with IE it is imperative that optimal procedures are utilized. The following guidelines define the authors' opinion of currently accepted "best practices" for evaluating patients with possible IE. The authors believe that use of these recommended practices will yield positive blood cultures in over 90% of cases of bacterial endocarditis and will optimize the yield of yeasts and filamentous fungi. If all cultures remain negative after application of these guidelines, the clinician must either conclude that the patient has blood culture-negative IE or consider an alternative diagnosis.

### *Optimal antiseptic skin preparation*

As mentioned previously, it is vitally important that adequate skin antisepsis be performed prior to venepuncture for drawing blood cultures to minimize contamination of the cultures with skin flora, which may confuse the diagnostic picture. To ensure proper collection of blood for culture it is helpful to have all of the necessary components, including skin preparation materials, venepuncture device, and bottles of culture media pre-packaged in a kit or procedural tray.

The recommended antiseptic skin preparation is liberal swabbing with 70% isopropyl alcohol applied in widening circles over a reasonably wide area of skin around the intended site for venepuncture and allowed to dry, followed by similar application of an iodophor or tincture of iodine over the same area [21]. It is important that adequate contact time with the skin be allowed for both the alcohol and the subsequent iodophor or tincture of iodine preparations, which should be allowed to dry completely by evaporation to maximize their antiseptic effect [21].

Whenever practicable, blood cultures should be obtained by way of fresh venepunctures, not through indwelling intravascular devices, as detailed in the guidelines provided by the American College of Physicians [22]. Blood cultures drawn through catheters are more likely to be contaminated [23].

### *Optimal timing of blood cultures*

It has often been stated that the optimal time to obtain blood cultures on an individual patient is during the hour prior to the onset of chills or fever spikes [24]. Although this makes sense in theory, based on the presumed pathophysiology of bacteremia, it would clearly be difficult or impossible to accomplish from a practical standpoint. Who can predict within one hour when the next fever spike will occur? Clinical data that have been referenced to support this "recommendation" are unconvincing [25,26]. The continuous nature of most bacteremias associated with IE renders timing less important. The authors do not therefore recommend attempting to link the timing of blood culture draws to the timing of fever spikes.

In the patients who present with the syndrome of acute endocarditis caused by highly virulent pathogens such as *S. aureus*, any delay in treatment to obtain cultures spaced over more than 1 hour to ascertain whether a continuous bacteremia is present is neither warranted nor necessary. In this critical situation, two to three blood cultures should be obtained from separate venepunctures within 5 minutes of each other, prior to prompt administration of empiric antibiotic therapy.

If, on the other hand, the patient presents with the syndrome of subacute endocarditis, there is usually no need to initiate immediate empiric antibiotic therapy. For these infections it is more important to first attempt to establish a specific microbiological diagnosis. In this instance several blood culture sets should be obtained over a period of several hours to document

SICK CHILDREN

continuous bacteremia, which may provide additional clinical information, especially if the echocardiogram is negative or equivocal.

*Optimal number of blood cultures*

What is the optimal number of separate blood cultures? The answer is debatable, but clearly one blood culture is inadequate [22]. A single blood culture, while better than none, suffers from at least three deficiencies: it does not maximize the chance of isolating the etiologic organism, it cannot demonstrate the presence of a continuous bacteremia, and it cannot distinguish between contamination and true bacteremia.

First, multiple cultures provide a higher volume of blood for culture; this is the single most important factor for successful recovery of microorganisms from the bloodstream of patients (Fig. 1).

Second, the rate of positivity increases (up to a point) as more cultures are obtained. For patients with culture-positive bactermia, it has been shown that two blood culture sets using adequate volumes of blood will isolate the etiologic organism in approximately 99% of cases, and that three sets will detect over 99% (Fig. 2). It is important to understand that these figures do not imply that only 1% of all patients with IE will have negative blood cultures. They also do not apply, for example, to patients receiving empirical antibiotics, cases of IE caused by yeasts or molds, or difficult-to-culture organisms such as *Bartonella* or *Coxiella*.

Third, multiple blood cultures are required to indicate that a bacteremia is continuous, as is often the case for intravascular infections such as IE. There is no standardized consensus definition of "continuous bacteremia." The




Fig. 1. Effect of volume on the relative yield of recovery of microorganisms from blood cultures. (*Data from* Refs. [44–46].)




Fig. 2. Cumulative blood culture positivity rate from 282 patients with confirmed bacteremia or fungemia. (*Adapted from* Weinstein MP, Reller LB, Murphy JR, Lichtenstein KA. The clinical significance of positive blood cultures: a comprehensive analysis of 500 episodes of bacteremia and fungemia in adults. I. Laboratory and epidemiologic observations. Rev Infect Dis 1983; 5(1):35–53, with permission.)

Duke criteria [14] suggest the following definition: two positive blood cultures for the same organism drawn 12 or more hours apart, or positive cultures for the same organism from all of three or a majority of four or more separate cultures, with the first and last being drawn at least one hour apart.

Finally, multiple blood cultures are also important to help determine whether a positive blood culture is due to contamination. It has been demonstrated that positives due to skin contaminants usually result in a single-positive blood culture set when multiple sets were obtained (Table 1).

In summary, because IE is associated with high mortality, and given the high value of recovery of the etiologic agent from blood, the authors strongly recommend that multiple separate blood cultures be obtained from all patients presenting with possible IE.

There is one important caveat. If the initial cultures from a patient suspected to have endocarditis are negative, it is intuitively attractive to consider ordering additional cultures. This is appropriate if the prior probability of IE remains high, but may well be inappropriate if the prior probability of IE is low or falling as the clinical evaluation progresses. Consistent with Bayesian theory, the lower the pre-test probability of IE, the higher the probability that any positive blood culture will be a false positive (which is fairly common in any case, due to contamination with skin flora). Clinicians and laboratorians should appreciate that in certain situations obtaining further routine blood cultures may be counter-productive, serving only to increase

SICK CHILDREN

Table 1
Clinical significance of *Staphylococcus epidermidis* isolates from blood cultures

| # of sets positive | # of sets obtained | % Significant | % Contaminate | % Indeterminate |
|---|---|---|---|---|
| 1 | 1 | 0 | 97 | 3 |
| 1 | 2 | 2 | 95 | 3 |
| 2 | 2 | 60 | 3 | 37 |
| 1 | 3 | 0 | 100 | 0 |
| 2 | 3 | 75 | 0 | 25 |
| 3 | 3 | 100 | 0 | 0 |

*Adapted from* Weinstein MP, Towns ML, Quartey SM, Mirrett S, Reimer LG, Parmigiani G, Reller LB. The clinical significance of positive blood cultures in the 1990s. A prospective comprehensive evaluation of the microbiology, epidemiology, and outcome of becteremia and fungemia in adults. Clin Infect Dis 1997;24:584–602, with permission.

rather than to decrease diagnostic uncertainty. In these situations, alternative diagnostic strategies should be undertaken [27].

## *Optimal volume of blood for culture*

The authors recommend that 20 mL of blood be obtained for each two-bottle blood culture set. It is important to state that a "set" of blood cultures represents an independent venepuncture; regardless of how many bottles are inoculated from a single venepuncture, blood from a single venepuncture is defined as one set. Obtaining three blood culture sets therefore requires three separate venepunctures with 20 mL of blood obtained per set, for a total of 60 mL. These recommendations apply to adult patients only. In pediatric patients, 1 to 2 mL of blood per culture should be drawn for neonates, 2 to 3 mL for infants aged 1 month to 2 years, 3 to 5 mL for older children, and 10 to 20 mL for adolescents [28].

## *Optimal choice of blood culture media*

There are several commercially available blood culture systems, each providing a choice of various blood culture media. No single blood culture system nor any single culture medium can detect all types of microorganisms that might be present in the bloodstream of patients with suspected IE. It is generally recommended that more than one type of blood culture medium be inoculated to increase the chance of recovery of certain microorganisms. Two-bottle blood culture sets often consist of one aerobic medium and one anaerobic medium. Since the incidence of anaerobic bacteremia is decreasing [29] and IE due to anaerobes is uncommon (<2%), it is not essential to obtain an anaerobic culture as part of every blood culture set that is drawn. Anaerobic cultures do have certain advantages beyond detection of strict anaerobes, however; they may enhance the recovery of certain facultative anaerobes such

as streptococci, especially nutritionally variant streptococci (NVS). The authors therefore recommend that an anaerobic culture be included, although not with every blood culture set. If two separate blood cultures are drawn for evaluation of a patient with suspected acute IE, then one anaerobic bottle should be included in the total of four bottles inoculated from the two samples. If three separate blood cultures are obtained in the evaluation of a patient with suspected subacute infective endocarditis, then one or two anaerobic bottles should be included among the total of six bottles inoculated from the three samples. This recommendation places a premium on the recovery of the routine aerobic microorganisms that most commonly cause IE, but also optimizes the chances of recovering streptococci and other facultative anaerobes, and has the capacity to detect those rare cases of IE caused by strict anaerobes.

Frequently, patients who are undergoing investigation for possible IE have already been placed on empirical antibiotic therapy. This is the single most common reason for "culture-negative" IE [30]. To overcome the potential inhibitory activity of those antibiotics on bacterial growth it is desirable to utilize a blood culture medium that has been designed to counteract or neutralize the inhibitory effect of antibiotics. Examples of commercially available products that could be used in these situations are a BACTEC resin containing medium (BD Diagnostic Systems, Sparks, MD), or a BacT/Alert FA medium (bioMerieux, Durham, NC). The BACTEC medium contains resins that have been shown to neutralize many antibiotics that might be present in blood [31]. In addition, the resin granules provide a large solid surface area (like catheters and other foreign bodies), which may enhance the growth of certain species such as staphylococci and yeasts, thus optimizing recovery. The BacT/Alert FA medium contains activated charcoal to counter the potential inhibitory activity of antibiotics. Even these specialized media cannot always recover microorganisms from the blood of patients who have already received antibiotics, however; blood cultures should therefore be obtained from patients prior to the institution of empiric antibiotics whenever possible.

In earlier studies it was reported that another potential cause of blood culture-negative IE was the presence of the so-called nutritionally variant streptococci (NVS). These streptococcal species, since named *Abiotrophia defectiva*, *Abiotrophia adiacens*, and *Abiotrophia elegans*, require supplemental vitamin B6 or cysteine for growth. Today these do not need to be specially added to blood culture media because most commercially available media are already adequately supplemented, and in any case the high volume of human blood added to the culture media may provide these growth factors. If subcultures from blood culture bottles showing chains of gram-positive cocci do not grow on sheep blood agar with a tryptic soy base, presence of NVS should be suspected [32]. Competent clinical microbiology laboratories will perform additional tests to identify these organisms, which account for an estimated 5% to 6% of viridans streptococcal endocarditis cases [33].

SICK CHILDREN

*Optimal length of incubation for blood cultures*

Modern commercially available automated blood culture systems demonstrate recovery of most clinically important pathogens from blood within 5 days, which is now the recommended duration of incubation for routine blood cultures. Previously it was argued that at least 2 to 3 weeks of incubation were required [34] for optimal recovery of the more fastidious organisms that may cause IE. The data supporting this recommendation were based on older manual blood culture systems and media and do not reflect the situation today. Even improvements in the media itself, while keeping to a manual system, have shown that the vast majority of fastidious organisms such as the HACEK group, Brucella spp, *Francisella tularensis*, and NVS can usually be recovered within 5 days [35,36]. With automated, instrumented blood culture systems some of these organisms may require longer incubation to reach the growth threshold required to trigger a positive signal. If the organisms were present in the original inoculum of blood, they will still be present in the bottles at 5 days, and therefore should have either multiplied enough by then to trigger a positive result or be detected by appropriate subcultures taken at 5 days. It is probably a better strategy to subculture negative bottles from patients with a significant clinical likelihood of IE onto enriched solid media after 5 days rather than select these bottles for extended incubation for 2 to 3 weeks. This approach, although previously recommended, has not been systematically evaluated using the improved automated blood culture systems available today.

## Special considerations for the diagnosis of fungal infective endocarditis

Fungal endocarditis, once a rarity, is now being reported more often [37]. This increase may be attributed to "medical progress," because many of the risk factors for fungal endocarditis are associated with technologic advances such as long-term intravenous catheterization, prolonged use of antibiotics, dialysis, hyperalimentation, immunosuppression, and cardiovascular surgery, including implantation of prosthetic devices such as heart valves and pacemakers [37]. In addition, narcotic addiction is a major risk factor for the development of fungal endocarditis [38]. Fungal IE includes cases caused by yeasts and molds (filamentous fungi), with yeasts being more common.

Diagnosis of fungal IE presents a challenge for clinicians. When IE is suspected, the possibility of fungal etiology is seldom seriously considered until the routine blood culture results have been reported as negative. In a recent worldwide review of 270 cases of fungal endocarditis, this diagnosis was included in the differential diagnosis in only 48 cases (18%) at the time of presentation [38]. It is reasonable to assume that delayed diagnosis may contribute to the higher mortality rate associated with fungal endocarditis compared to subacute IE due to routine bacterial pathogens. The leading isolates causing fungal endocarditis are *Candida albicans*, non-albicans

*Candida* spp, *Torulopsis glabrata*, and *Aspergillus* spp [37,38]. The following comments refer to special considerations for the diagnostic laboratory when this form of IE is suspected.

### *Blood cultures*

Many of the same technical issues for diagnosis of bacterial endocarditis apply to the diagnosis of fungal endocarditis. Most routine manual and automated blood culture system media are able to support the growth of yeasts such as *Candida* spp. If routine blood cultures are negative but the diagnosis of IE remains likely, it may be useful to specifically request a "fungal blood culture" so media that optimally support the growth of yeasts are chosen. Overall, if optimal methods are utilized, the percentage of positive blood cultures from cases of endocarditis caused by *Candida* spp is 83% to 95% [39].

The best system for the recovery of filamentous fungi such as *Aspergillus* is the Isolator (Wampole Laboratories, Cranbury, NJ) lysis centrifugation tube. Even with this technique, the rate of recovery of filamentous fungi from the blood of patients with this form of IE is quite low, <30% of cases. It should be noted that the Isolator is also the best system for the recovery of some uncommon, fastidious organisms such as *Bartonella* that occasionally cause endocarditis.

### *Additional diagnostic tests*

In a recent review of fungal endocarditis, it was shown that the overall sensitivity of pre-operative blood cultures for the diagnosis was only 45% [38]. The remainder of cases confirmed with a mycologic diagnosis were from cultures of the cardiac vegetation or from histologic examination of either the excised valve or embolus from a large artery. Emboli to large vessels are a characteristic feature of fungal endocarditis because the valvular vegetations with this disease are typically large and friable [40]. It is therefore important that any embolus removed surgically be cultured for fungi as well as bacteria, and also examined histologically for the presence of microorganisms. In addition, other sites that should be cultured as part of the work-up of a patient with suspected fungal endocarditis include any suspicious skin or vitreal lesions. A recent case report described the use of a direct DNA probe such as AccuProbe (GenProbe Inc., San Diego, CA) for the rapid diagnosis of *Histoplasma capsulatum* in an excised heart valve [40]. Because the sensitivity of methods using direct probes have not been shown to be equivalent or better than culture, however, they cannot yet replace culture-based methods for the diagnosis of this disease [41,42].

Serological testing for fungi can be useful in the diagnosis of deep-seated histoplasmosis or cryptococcosis [29]. Serology is seldom helpful for other species; to date there are inadequate data to justify the inclusion of serologic testing for the presence of antigens or antibodies to *Candida* or *Aspergillus*

SICK CHILDREN

[3] Siddiq S, Missri J, Silverman DI. Endocarditis in an urban hospital in the 1990s. Arch Intern Med 1996;156:2454–8.
[4] Cabel CH, Jollis JG, Peterson GE, Corey GR, Anderson DJ, Sexton DJ, et al. Changing patient characteristics and the effect on mortality in endocarditis. Arch Intern Med 2001; 162:90–4.
[5] Beeson PB, Brannon ES, Warren JV. Observations on the sites of removal of bacteria from the blood of patients with bacterial endocarditis. J Exp Med 1945;81:9–23.
[6] Kaye KM, Kaye D. Laboratory findings including blood cultures. In: Kaye D, editor. Infective endocarditis, 2nd edition. New York: Raven Press; 1992. p. 117–24.
[7] Belli J, Waisbren BA. The number of blood cultures necessary to diagnose most cases of bacterial endocarditis, Am J Med Sci 1956;232:284–8.
[8] Werner AS, Cobbs CG, Kaye D, Hook EW. Studies on the bacteremia of bacterial endocarditis. JAMA 1967;202:199–203.
[9] McFarland MM. Pathology of infective endocarditis. In: Kaye D, editor. Infective endocarditis, 2nd edition. New York: Raven Press; 1992. p. 57–83.
[10] Keefer CS. Subacute bacterial endocarditis: active cases without bacteremia. Ann Intern Med 1937;11:714–34.
[11] Mallen MS, Hube EL, Brenes M. Comparative study of blood cultures made from artery, vein, and bone marrow in patients with subacute bacterial endocarditis. Am Heart J 1947; 33:692–5.
[12] Welton DE, Young JB, Gentry WO, Raizner AE, Alexander JK, Chahine RA, et al. Recurrent infective endocarditis: analysis of predisposing factors and clinical features. Am J Med 1979;66:932–8.
[13] Von Reyn CF, Levy BS, Arbeit RD, Friedland G, Crumpacker CS. Infective endocarditis: an analysis based on strict case definitions. Ann Intern Med 1981;94:505–18.
[14] Durack DT, Lukes AS, Bright DK. The Duke Endocarditis Service. New criteria for diagnosis of infective endocarditis: utilization of specific echographic findings. Am J Med 1994;96:200–9.
[15] Dodds GA III, Sexton DJ, Durack DT, Bashore TM, Corey GR, Kisslo J. The Duke Endocarditis Service. Negative predictive value of the Duke criteria for infective endocarditis. Am J Cardiol 1996;77:403–7.
[16] Li JS, Sexton DJ, Mick N, Nettles R, Fowler VG Jr, Ryan T, et al. Proposed modifications to the Duke criteria for the diagnosis of infective endocarditis. Clin Infect Dis 2000;30: 633–8.
[17] Rognon R, Kehtari R, Francioli P. Individual value of each of the Duke criteria for the diagnosis of infective endocarditis. Clin Microbiol Infect 1999;5:396–403.
[18] Bonow RO, Carabello B, de Leon AD Jr, Edmunds LH Jr, Fedderly BJ, Freed MD, et al. ACC/AHA guidelines for the management of patients with valvular heart disease: a report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines [Committee on Management of Patients with Valvular Heart Disease]. J Am Coll Cardiol 1998;32:1486–588.
[19] Weinstein MP, Towns ML, Quartey SM, Mirrett S, Reimer LG, Parmigiani G, et al. The clinical significance of positive blood cultures in the 1990s: a prospective comprehensive evaluation of the microbiology, epidemiology, and outcome of bacteremia and fungemia in adults. Clin Infect Dis 1997;24:584–602.
[20] Douglas JL, Dismukes WE. Surgical therapy of infective endocarditis on natural valves. In: Kaye D, editor. Infective endocarditis, 2nd edition. New York: Raven Press; 1992. p. 397–411.
[21] Weinstein MP. Current blood culture methods and systems: clinical concepts, technology, and interpretation of results. Clin Infect Dis 1996;23:40–6.
[22] Aronson MD, Bor DH. Blood cultures. Ann Intern Med 1987;106:246–53.
[23] Everts RJ, Vinson EN, Adhoulla PO, Reller LB. Contamination of catheter-drawn blood cultures. J Clin Microbiol 2001;39:3393–4.

SICK CHILDREN

[24] Dunne WM, Nolte FS, Wilson ML. Cumitech 1B. In: Hindler JA, editor. Blood cultures III. Washington, DC: American Society for Microbiology; 1997. p. 1–21.

[25] Fox H, Forrester JS. Clinical blood cultures. An analysis of over 5000 cases. Am J Clin Pathol 1940;10:493–504.

[26] Weiss H, Ottenberg R. Relation between bacteria and temperature in subacute bacterial endocarditis. J Infect Dis 1932;50:61–8.

[27] Lepidi H, Durack DT, Raoult D. Diagnostic methods: current best practices and guidelines for histologic evaluation in infective endocarditis. Infect Dis Clin N Am 2002;16:339–361.

[28] Paisley JW, Lauer BA. Pediatric blood cultures. Clin Lab Med 1994;14:17–30.

[29] Murray PR, Traynor P, Hopson D. Critical assessment of blood culture techniques: analysis of recovery of obligate and facultative anaerobes, strict aerobic bacteria, and fungi in aerobic and anaerobic blood culture bottles. J Clin Microbiol 1992;30:1462–8.

[30] van Scoy RE. Culture-negative endocarditis. Mayo Clin Proc 1982;57:149–54.

[31] Spaargaren J, van Boven CPA, Voorn GP. Effectiveness of resins in neutralizing antibiotic activities in Bactec Plus Aerobic/F culture medium. J Clin Microbiol 1998;36:3731–3.

[32] Reimer LG, Reller LB. Growth of nutritionally variant streptococci on common laboratory and 10 commercial blood culture media. J Clin Microbiol 1981;14:329–32.

[33] Roberts RB, Krieger AG, Schiller NL, Gross KC. Viridans streptococcal endocarditis: role of various species, including pyridoxal-dependent streptococci. Rev Infect Dis 1979;1:955–66.

[34] Washington JA II. The role of the microbiology laboratory in the diagnosis and antimicrobial treatment of infective endocarditis. Mayo Clin Proc 1982;57:22–32.

[35] Das M, Badley AD, Cockerill FR, Steckelberg JM, Wilson WR. Infective endocarditis caused by HACEK microorganisms. Annu Rev Med 1997;48:25–33.

[36] Doern GV, Davaro R, George M, Campognone P. Lack of requirement for prolonged incubation of Septi-Chek blood culture bottle in patients with bacteremia due to fastidious bacteria. Diagn Microbiol Infect Dis 1996;24:141–3.

[37] Rubenstein E, Lang R. Fungal endocarditis. Eur Heart J 1995;16(Suppl B):84–9.

[38] Ellis ME, Al-Abdely H, Sandridge A, Greer W, Ventura W. Fungal endocarditis: evidence in the world literature, 1965–1995. Clin Infect Dis 2001;32:50–62.

[39] McLeod R, Remington JS. Fungal endocarditis. In: Rahimtoola SH, editor. Infective endocarditis. New York: Grune & Stratton; 1978. p. 211–90.

[40] Moyer DV, Edwards JE Jr. Fungal endocarditis. In: Kaye D, editor. Infective endocarditis, 2nd edition. New York: Raven Press; 1992. p. 299–312.

[41] Chemaly RF, Tomford JW, Hall GS, Sholtis M, Chua JD, Procop GW. Rapid diagnosis of *Histoplasma capsulatum* endocarditis using AccuProbe on an excised valve. J Clin Microbiol 2001;39:2640–1.

[42] Hall GS. Probe technology for the clinical microbiology laboratory. Arch Pathol Lab Med 1993;117:578–83.

[43] Sandlin RL, Isada CM, Hall GS, Tomford JW, Rutherford I, Rogers AL, et al. Aberrant *Histoplasma capsulatum* confirmation of identity by a chemiluminescence-labeled DNA probe. Diagn Microbiol Infect Dis 1993;17:235–8.

[44] Tenney JH, Reller LB, Mirrett S, Wang WL, Weinstein MP. Controlled evaluation of the volume of blood cultured in detection of bacteremia and fungemia. J Clin Microbiol 1982;15:558–61.

[45] Ilstrup DM, Washington JA. The importance of volume of blood cultured in the detection of bacteremia and fungemia. Diagn Microbiol Infect Dis 1983;1:107–10.

[46] Li J, Plorde JJ, Carlson LG. Effects of volume and periodicity on blood cultures. J Clin Microbiol 1994;32:2829–31.

THIS IS **EXHIBIT "C"** TO THE AFFIDAVIT
OF **DR. GREGORY WILSON**,
sworn February 24th 2003

A Commissioner, etc.

MICHAEL CHARLES HENRIQUES,
a Commissioner, etc., Province of Ontario,
while a student-at-law.
Expires May 24, 2004.




A: Tissue Coverage: None or Almost None




AB: Tissue Coverage: Borderline between A and B




B: Tissue Coverage: Patchy thin (<67% of area)




B+: Tissue Coverage: Patchy thin (>67% of area) protruding into orifice



SJM1630365687AMDL

**BC:** Tissue Coverage: Borderline between B and C