


C: Tissue Coverage: Thick, focal (<67% of area)




C+: Tissue Coverage: Thick, focal (<67% of area) protruding into orifice




**D:** Tissue Coverage: Thick, diffuse (>67% of area)




**D+:** Tissue Coverage: Thick, diffuse (>67% of area), protruding into orifice

| RTS # | Grading | Implant Date | Explant Date | Duration |
|---|---|---|---|---|
| RTS-012 | A, AB, NG | Feb. 6/98 | Jul 7/98 | 5 months |
| RTS-014 | B, A, NG | Apr. 2/98 | Jul. 28/98 | 4 months |
| RTS-027 | C, NG, D+ | Jul. 2/98 | Dec. 29/98 | 6 months |
| RTS-038 | B | Sep. 14/98 | Feb. 2/99 | 4 ½ months |
| RTS-079 | B, C+ | Apr. 9/99 | Jan. 23/00 | 20 months |
| RTS-087 | A | Mar. 28/99 | Aug. 13/99 | 5 months |
| RTS-093 | B | Apr. 27/99 | Sep. 30/99 | 5 months |
| RTS-094 | B, C | Dec. 31/98 | Sep. 30/99 | 9 months |
| RTS-099 | B | Jan. 3/99 | Oct. 26/99 | 10 months |
| RTS-103 | NG, AB, A | Jul. 12/99 | Nov. 8/99 | 4 months |
| RTS-109 | B | Feb. 2/99 | Nov. 5/99 | 9 months |
| RTS-119 | AB, A, NG | Sep. 3/98 | Dec. 28/99 | 15 months |
| RTS-125 | B | Aug. 24/99 | Dec. 14/99 | 4 months |
| RTS-142 | C | Dec. 4/98 | Jan. 28/00 | 14 months |
| RTS-146 | A | Jul 22/99 | Dec. 22/99 | 5 months |
| RTS-151 | B | Aug. 31/99 | Jan. 31/00 | 4 months |
| RTS-152 | B, NG | Aug. 31/99 | Jan. 31/00 | 4 months |
| RTS-165 | B | Nov. 5/99 | Mar. 1/00 | 4 months |
| RTS-171 | A | May 24/99 | Feb. 11/00 | 11 months |
| RTS-172 | A, B | Sep. 1/99 | Mar. 10/00 | 6 months |
| RTS-179 | B, NG | Jun. 11/99 | Mar. 24/00 | 8 months |
| RTS-185 | A, AB | Aug. 9/99 | Mar. 23/00 | 7 months |
| RTS-186 | B, AB | Feb. 2/99 | Mar. 9/00 | 12 months |
| RTS-197 | B | Dec. 21/99 | Apr. 21/00 | 4 months |
| RTS-206 | C+ | Nov. 16/99 | May 8/00 | 5 months |
| RTS-208 | B, C | Aug. 8/98 | May 12/00 | 21 months |
| RTS-210 | A, B | Dec. 4/99 | May 17/00 | 5 months |
| RTS-211 | A, C+, NG | Feb. 24/99 | May 16/00 | 14 months |
| RTS-228 | B, C+, NG | Mar. 24/99 | Aug. 23/00 | 17 months |
| RTS-230 | B | Mar. 16/99 | July 24/00 | 16 months |

| | | | | |
|---|---|---|---|---|
| RTS-231 | B, C | Feb. 11/99 | Jul. 28/00 | 17 months |
| RTS-259 | A | Jul. 28/98 | Aug. 4/00 | 2 years |
| RTS-261 | B, NG | Dec. 7/99 | Apr. 18/00 | 4 months |
| RTS-262 | B, C | Oct. 19/98 | Sep. 4/00 | 2 years |
| RTS-271 | C+ | Dec. 2/99 | Nov. 7/00 | 11 months |
| RTS-273 | BC, C+ | Jan. 12/99 | Nov. 29/00 | 23 months |
| RTS-278 | D+ | Jun. 25/99 | Jan. 9/01 | 18 months |
| RTS-281 | BC, D | Jan. 5/00 | Jan. 19/01 | 12 months |
| RTS-282 | C | Nov. 6/98 | Jan.26/01 | 2 1/4 years |
| RTS-283 | B | Jul. 6/99 | Feb. 2/01 | 19 months |
| RTS-287 | A | Aug. 24/99 | Dec. 29/00 | 16 months |
| RTS-290 | C, C+ | Aug. 13/98 | Feb. 21/01 | 2 ½ years |
| RTS-293 | AB, B | Jun. 3/98 | Feb. 26/01 | 18 months |
| RTS-294 | C+, D+, NG | Jan. 15/98 | Feb. 26/01 | 2 years |
| RTS-295 | C+ | Jun. 9/99 | Mar. 1/01 | 18 months |
| RTS-302 | B, D+ | Jul. 3/99 | Apr. 6/01 | 21 months |
| RTS-303 | C, C+ | Jul. 3/99 | Apr. 6/01 | 21 months |
| RTS-308 | A, B | Feb. 3/99 | Feb. 24/01 | 2 years |
| RTS-309 | B, NG | Feb. 17/99 | May 11/01 | 2 ¼ years |
| RTS-315 | B, A, NG | May 1/99 | May 18/01 | 2 years |
| RTS-316 | B, C | Aug. 29/99 | Jul. 2/01 | 22 months |
| RTS-328 | C, C+ | Oct. 20/99 | Sep. 5/01 | 22 months |
| RTS-331 | A, B | Aug. 12/99 | Sep. 24/01 | 2 years |
| RTS-334 | B, C | Nov. 1/99 | Oct. 15/01 | 23 months |

ANDERSEN et al
Plaintiffs

and

St. Jude Medical, Inc. et al
Defendants

Court File No: 00-CV-195906 CP

*Ontario*
**SUPERIOR COURT OF JUSTICE**

Proceeding commenced at Toronto

**AFFIDAVIT OF DR. GREGORY WILSON**
**Sworn February 24, 2003**

**Genest Murray**
130 Adelaide Street West, Suite 700
Toronto, Ontario
M5H 4C1

James M. Newland, LSUC#: 23502890
Tel: 416-360-2890
Fax: 416-360-2625

Solicitors for the Plaintiffs