IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE ST. JUDE MEDICAL, INC., :
SILZONE HEART VALVES PRODUCTS :
LIABILITY LITIGATION : MDL DOCKET NO. 1396

**DECLARATION OF GREGORY JOHN WILSON, B.SC., M.SC., M.D.,**

I, Gregory John Wilson, B.SC., M.SC., M.D., being of legal age set and state:

1. My name is Gregory John Wilson, B.SC., M.SC., M.D.
2. I have knowledge and experience of the matters stated in this declaration, except where I have been informed by others, in which case I have indicated the source of the information, and I believe it to be true.
3. All opinions that I express in this declaration are held and offered by me within a reasonable degree of certainty within my field of expertise, cardiovascular pathology.
4. As described below, I am a pathologist at The Hospital for Sick Children in Toronto. An extensive portion of my practice relates to applied cardiovascular research relevant to cardiac surgery and includes the development and improvement of cardiovascular prosthetic devices, including prosthetic heart valves.
5. In this declaration, I will:
   a. Describe premarket sheep implant studies featuring use of Silzone-coated heart valve sewing rings, the results of which St. Jude Medical (SJM) submitted in an incomplete, inaccurate, false, and/or misleading way to the United States Food and Drug Administration (FDA) in connection with the Premarket Approval (PMA) Supplement it submitted to the FDA to obtain approval to market its Masters Series Heart Valve with Silzone.
   b. Describe and review adverse pathology findings associated with use of Silzone from

an additional pre-clinical sheep implant study involving use of SJM's Epic valve, another replacement heart valve with a Silzone-coated sewing ring, which MDL PSC counsel ("PSC counsel") has informed me were not disclosed to the FDA.

**BACKGROUND, QUALIFICATIONS, AND DESCRIPTION OF MATERIALS REVIEWED**

6. I attained a B.Sc. degree with honours in Electrical Engineering at the University of Manitoba in 1969. I earned a M.Sc. degree in Physiology as a Rhodes Scholar at Oxford University in 1972 and a M.D. degree at McMaster University in Hamilton, Ontario, in 1975.

7. I am an Anatomic Pathologist and have practiced my specialty at The Hospital for Sick Children in Toronto since 1981. I am also Board-Certified in Anatomic Pathology in the United States of America.

8. In my pathology practice, as well as in my career in medical research, I have placed primary emphasis on the cardiovascular system and in particular on the heart, heart valves, including prosthetic heart valve replacements, and blood vessels, including prosthetic blood vessel replacements.

9. I also have worked with the Division of Cardiovascular Surgery at the Toronto General Hospital, in the area of applied cardiovascular research relevant to cardiac surgery, including the development and improvement of cardiovascular prosthetic devices.

10. Since 1992, I have been appointed Professor in the Department of Pathology (now Department of Laboratory Medicine and Pathobiology) of the University of Toronto with cross-appointments to the Departments of Surgery and Physiology.

11. I am a Senior Scientist in the Research Institute of The Hospital for Sick Children, with a cross-appointment to the Research Institute at the Toronto General Hospital. Since 1981, I have continuously held peer-reviewed grant support for laboratory-based experimental research, primarily from the Heart and Stroke Foundation of Ontario and the Medical Research Council of Canada (now the Canadian Institutes of Health Research). I have a total exceeding 160 publications (published papers) largely relating to this body of research.

12. I also have 20 years of accumulated experience in industry-sponsored research in which I developed projects on cardiovascular prosthetic devices and performed animal implant evaluation studies, including pathology studies on the explanted devices, resulting in submissions to regulatory authorities, including the FDA, for permission to implant these devices in human patients.

13. Attached as Exhibit "A" is a copy of my curriculum vitae.

14. I have reviewed a large volume of materials furnished me by the PSC Counsel that were produced in the SJM Silzone lawsuits in the Federal MDL and State courts, as well as materials developed in the prosecution of the Canadian Silzone litigation that Canadian Plaintiffs' counsel have provided to me. Such materials include, but are not limited to, the PMA Supplement for the Silzone heart valve and related correspondence, including SJM's December 19, 1997, Amendment to that Supplement; original histology glass slides obtained from the heart valves implanted into the sheep in the sheep implant studies SJM included in that Supplement; necropsy and pathology reports and other raw data from SJM's preclinical studies; publications authored by SJM personnel and others addressing preclinical sheep studies sponsored by SJM; excerpts of deposition testimony taken from former SJM employees furnished me by PSC counsel; and various internal SJM records.

## THE 4-5 WEEK SHORT-TERM PREMARKET SHEEP STUDIES OF THE SILZONE HEART VALVE

15. In 1996, SJM sponsored 4-5 week studies in 7 sheep at two centers: Loma Linda University and the University of Minnesota. Four sheep received St. Jude mechanical heart valves implanted in the mitral position at Loma Linda (LL) designated as KTMV-LL-1, 2, 3 and 4. The three sheep receiving St. Jude mechanical heart valves in Minneapolis were designated KTMV-1, 2 and 3. Dr. J. Douglas Cameron, a consulting pathologist, examined and reported on the histological sections from these 7 valves. All pathology in these studies was completed between July and October 1996.

16. Of fundamental importance to the success of heart valve replacement surgery is the secure attachment of the mechanical heart valve to the surrounding tissues of the heart. To achieve this, all mechanical heart valves in clinical use require a sewing ring (or cuff) surrounding the mechanical heart valve mechanism.

17. One-half of the sewing cuff of each implanted valve was coated with Silzone, while the other half was left uncoated. This had the advantage of comparing the tissue response of the same animal to both Silzone-coated and non-Silzone-coated material.

18. Five of these sheep KTMV-LL-1, KTMV-LL-3, KTMV-1, KTMV-2, and KTMV-3 received valves with Dacron polyester sewing cuffs. According to SJM, the cuffs of two others were made of Teflon. Because the sewing cuff of the Silzone valve for which SJM sought FDA approval consisted of Dacron, for present purposes, I will focus, as did SJM, on the experiences of the five sheep implanted with Dacron-cuffed valves.

19. In an August 30, 1996, letter (039954-6.tif), Mr. Jonas Runquist of SJM sent a letter to the FDA in which he summarized the findings of SJM's recently completed short-term sheep studies:

> In addition to the literature search, SJM has performed "short term" animal studies in sheep with the SJM mechanical heart valve with the silver coated anti-microbial sewing cuff. These preliminary studies have already confirmed the excellent healing response of the sewing cuff coated with silver. Thrombus formation on the silver coated sewing cuff appeared identical to the non-silver coated controls and tissue in-growth at 30 days was excellent.

20. In a similar vein, at pages 17-18 (003264-5.tif.) of its May 14, 1997, cover letter summarizing the highlights of its PMA Supplement for the Silzone valve (003243-003269.tif), SJM conveyed the following to the FDA regarding its short-term sheep studies:

> The short term animal studies performed on the Masters Series mechanical heart valve with Silzone confirmed the following:
> - Excellent healing response of the sewing cuff with Silzone
> - Superior pannus organization observed in the sewing cuffs with Silzone as compared to the sewing cuff without Silzone
> - Undetectable levels of silver in the blood

> The conclusions reached from the short term animal studies are that the tissue response to the Masters Series mechanical heart valve with Silzone are similar to the tissue response to the Masters Series mechanical heart valve (without Silzone). These tests provide evidence that the Masters Series mechanical heart valve with Silzone is safe for its intended use.

21. SJM included as Attachment 15 to the PMA Supplement it filed with the FDA in May 1997 pathology reports on four of the five animals in the short-term studies.

22. On December 15, 1997, FDA wrote SJM denying approval of the PMA Supplement for a number of reasons, one of which was that the "results of the 4 week implantation study provided in appendix 15 have not been completely reported." Noting that there had been "4 implants" (i.e., four sheep implanted), the FDA requested, among other things, "gross photographs and representative micrographs." (293071-4.tif)

23. SJM responded to FDA's "not-approvable" letter with a December 19, 1997, Amendment to its PMA Supplement, which sought to address FDA's concerns, including those directed to missing records from its short-term studies. See relevant excerpts from this submission at136792-136824.tif. In its cover letter, SJM, for the first time, told the FDA that those studies actually involved ***five***, not four animals, with Dacron sewing cuffs. The previously unmentioned fifth "animal designated as KTMV-2," SJM explained, "was an early death and the cause of the death was unknown." No other information was furnished regarding KTMV-2, and, to my knowledge, SJM never again mentioned this animal to the FDA.

24. In its December 1997 Amendment, SJM indicated that it had already provided FDA "pathology reports" for the other four animals with Dacron sewing cuffs in Attachment 15 of its May 1997 PMA Supplement. SJM furnished no additional documentation concerning the short-term studies other than a paper by SJM research scientist Katherine Tweden which it stated was included as Attachment 1 to its Amendment and which, it implied, was responsive to FDA's request for additional information regarding the studies:

> This paper has been published in the Journal of the American Society of Artificial and Internal Organs (ASAIO) (ASAIOJ 1997; Vol. 43: pp 475-481) The paper by Dr. Tweden provides a detailed description of the study design, a summary of methods used, data regarding silver leaching,

initial blood analysis, and representative gross macrographs and histology sections obtained from the 4 week study. . .

25. It is important, in my opinion, to understand some contextual subtleties relating to the December 15, 1997, and December 19, 1997, letters. First, the FDA did not inquire about KTMV-2, because it was unaware of its existence. In the May 1997 PMA Supplement submission, SJM only mentioned and furnished pathology reports for four sheep that had been studied. Second, it is clear that FDA requested gross and microscopic pathology photographs on all animals in the studies. SJM did not provide these as requested, but instead appended the published ASAIO paper, which only included ***selected*** gross and microscopic photographic images. Third, SJM dismissed KTMV-2 as an "early death", the cause of which was "unknown". Records I have reviewed state that KTMV-2 died approximately 10 days after implantation. In sheep implants of prosthetic heart valves, it is generally known that early deaths, within days to a few weeks of surgery, may occasionally occur and are not necessarily device-related. In stating that KTMV-2 was an early death whose cause was unknown, SJM conveyed the false impression that the death was plainly not related to the device and need be of no further concern to the FDA.

26. It has been my experience that the FDA expects that in an animal study of a new implanted device or modified device, such as a prosthetic heart valve that can lead to device-related complications causing death, every reasonable effort will be made to ascertain whether an animal's death is linked to the performance of the device.

27. Early postoperative deaths having no plausible relationship to a device may still have no obvious cause. In my opinion, it would have been reasonable for the FDA to assume that in this initial, very small study of a novel new incorporation of silver into a permanently implantable, life-sustaining device that SJM had done a thorough and competent investigation and found absolutely no evidence that could even remotely suggest a device-related complication.

28. SJM's PMA Supplement Amendment of December 19, 1997, mentions none of the

documentation that had been generated following explantation of the valve from KTMV-2 after its death, including gross photographs and a pathology report prepared by Dr. Douglas Cameron, a consulting pathologist to SJM.

29. Had SJM provided the gross photographs at autopsy of the valve from KTMV-2, as the FDA requested for all animals in the studies, the FDA could have learned of the existence of a site of paravalvular leak at the edge of the valve's sewing ring. Exhibit "B" (651850.tif and 651856.tif) presents two similar photographs of the valve showing this paravalvular leak. One of the photographs features a spatula pointing to the site of the leak. In the other, a hypodermic needle demonstrating the leak has been passed through it. While the hole at the edge of the sewing ring may not seem large compared to the orifice of the valve through which blood normally flows, very substantial amounts of blood can pass through the paravalvular leak when the pressure in the left ventricle on the other side of the valve is much higher than it is in the left atrium. This high left ventricular to left atrial pressure differential occurs with every heart beat. A paravalvular leak of this size is quite sufficient to have caused or at least materially contributed to the death of KTMV-2 approximately 10 days after implantation. In fact, I note that former SJM research scientist, Dr. Katherine Tweden, testified that "I think you could say it [the dehiscence giving rise to this leak] would likely caused the death. . ." of KTMV-2. (Tweden dep., p. 95)

30. The paravalvular leak was a device-related complication because it was directly related to the successful functioning of the device.[1] Given the known toxicity of silver as revealed in the published scientific literature prior to 1996, one reasonable possibility that required exhaustive investigation at this very critical early stage in SJM's development of the Silzone heart valve was that the paravalvular leak resulted from toxic injury to adjacent tissue induced by the silver coating of the sewing ring.

31. Central to an understanding of the significance of the fate of KTMV-2 is Dr.Cameron's

[1]This does not necessarily mean that it was a complication related to a device design.

histopathology report (030384-5.tif). In this report, he remarked in the sections taken through the silver coated sewing cuff and adjacent cardiac tissues that:

> extensive areas of black particulate material are present in the reactive fibrous tissue but not in the immediate region of the synthetic fibers. The reactive fibrous tissue extends to but not into the synthetic fibers.

He stated that one of the two sections showed less black particulate material than the other. In his gross description he noted that "extensive tissue fragmentation was encountered" when "an attempt was made to remove tissue in the region of the sewing cuff".[2] These observations suggest that silver particles had detached from the sewing ring because the silver coating on the surface of the polyester fibers is black. Significantly, SJM employees, including Dr. Tweden, the senior research scientist on SJM's Silzone project team who was at Dr. Cameron's pathology review of KTMV-2, have identified the black particulate matter as silver. Dr. Cameron's descriptive phrase "tissue fragmentation" provokes questions about toxic damage from the silver. Had this report been provided to the FDA, together with the gross photographs of this valve at autopsy, it is entirely reasonable, if not highly probable, that FDA would have been asking more questions of SJM, satisfactory answers to which it would have required before approving SJM's PMA Supplement for the Silzone valve. In my opinion, the disclosure of either or both the gross photographs and Cameron's pathology report on KTMV-2 would very likely have provoked much greater FDA scrutiny into the potentially toxic effects of the Silzone coating. It is my opinion, to a reasonable degree of medical and scientific certainty, that SJM's withholding of Dr. Cameron's pathology report on KTMV-2 and the gross photographs of KTMV-2 showing the paravalvular leak, constituted a material omission relevant to an evaluation of the safety of the Silzone coating.

32. According to Dr. Cameron, the paravalvular leak suffered by KTMV-2 resulted from a "dehiscence" of the valve or separation of the valve's sewing ring from the surrounding tissues of the heart. His report on KTMV-2 refers to "a peripheral dehiscence of the sewing

---

[2]He did not relate these observations to the paravalvular leak.

cuff" By definition, dehiscence refers to one or more sutures tearing out of the tissue. Logically, the term "dehiscence" implies that the suture(s) that the surgeon placed in the tissue subsequently tore through and out of the tissue, which, in turn, implies a weakness in the tissue. This is different from a paravalvular leak opening up because of excessive distance between the suture attachments of the sewing ring around part of the ring's circumference.

33. In addition to the paravalvular leak, Dr. Cameron's pathology report on KTMV-2 notes thrombus limiting the mobility of a leaflet. I have stated in paragraph 28 that the paravalvular leak was sufficient to have caused or at least materially contributed to the death of KTMV-2. This is also true of the leaflet immobility. I note, in fact, that Dr. Tweden testified that this could actually have caused the death of KTMV-2. (Tweden dep., pp. 114-5) Although I cannot state which of these two factors caused the death, it is my opinion, to a reasonable degree of medical and scientific certainty, that both the paravalvular leak and the leaflet immobilization by thrombus contributed to the death and together were sufficient to have caused the death, and that this death was caused by the implanted device.

34. The AB (antibacterial) Cuff Project Team at SJM interpreted the "extensive areas of black particulate material" reported by Dr. Cameron from KTMV-2 as silver particulates that separated from the cuff, as recorded in the AB [antibacterial] Cuff Design Review of October 24, 1996 (124795-124808.tif), that refers at p. 124795.tif to "10 [day] specimen see Ag [silver] particulates at cardiac tissue interface for coated specimen." Such a separation of silver particulates in this one case within 10 days of implantation suggests a major problem, be it a design defect or, at the very least, a quality control shortcoming relating to adherence of the silver coating. The attention Dr. Cameron's pathology review drew to silver separation from the coating also raises questions of whether the silver SJM added to its device was acting as a drug.

35. As I noted earlier, in Mr. Runquist's August 30, 1996, letter to FDA and again in its May 1997 PMA Supplement for the Silzone valve, SJM emphasized to the FDA the "excellent

healing response" to the Silzone sewing cuff revealed in the short-term studies.

36. In the complex environment of flowing blood in the body, where the platelets play an important role and are replenished by further blood flow, the initial biological reaction to the surface of the implanted sewing ring is the formation of a "thrombus", which is a combination predominantly of red blood cells, the coagulation protein fibrin and platelets. Through the natural healing process, which normally occurs in, on and around the sewing ring of a mechanical heart valve, the surface thrombus is replaced with a tissue covering which usually is quite stable. This tissue is known as "pannus". To reinforce its message of "excellent healing", in the PMA Supplement, SJM additionally impressed on the FDA the "superior pannus organization observed in the sewing cuffs as compared to the sewing cuff without Silzone". Suffice it to say that an animal that may well have died from a paravalvular leak caused by a peripheral dehiscence is hardly consistent with an "excellent healing response". Just based on the available written and photograph record on KTMV-2, these assurances to the FDA are misleading at best and blatantly false at worst.

37. The ASAIO paper by Tweden, et al. entitled, "Silver Modification of Polyethylene Tetrephthalate Textiles for Antimicrobial Protection", that SJM brought to FDA's attention in its December 1997 Amendment and appended as Attachment 1 to that submission (136807-813.tif) continues and, in fact, enlarges on, SJM's claims of superior healing with SJM's new silver coating. Ideally, the pannus should be quite thin (about 1 mm). The paper's abstract summarizes the study results as showing "comparable tissue ingrowth of uncoated and coated fabric with a more organized, thinner pannus that formed on silver coated fabric." The clear impression given in the abstract is superior healing with silver. The Results section of the paper (at p. M479) provides more detail on this superior healing, illustrated by Figure 4, panels (b), (c) and (d), including the following:

> Also, there was a suggestion that pannus maturity[3] was more advanced in the silver coated side than the uncoated side. The pannus in the control areas was characterized by randomly oriented, "activated fibroblasts"[4] forming a non-lamellar[5] pattern. (Figure 4b). Dystrophic calcification[6] was found in control areas only (Figure 4c). The pannus in coated areas was characterized by regularly oriented "mature fibroblasts" forming a lamellar pattern (Figure 4d). The mean pannus thickness of the uncoated half was "400±235/μm compared with 269±235/μm for the silver coated half.

38. The ASAIO paper by Tweden, et al. comprising Attachment 1 to SJM's December 19, 1997, Amendment perpetuates the fiction that the short-term studies only involved four sheep. It mentions nothing about the death of a sheep with peripheral dehiscence whose reactive fibrous tissue is permeated with extensive areas of black particulate material. It is abundantly clear that the other four animals SJM has identified with Dacron sewing cuffs--KTMV LL-1, KTMV LL-3, KTMV-1 and KTMV-3--are the subject of the ASAIO paper. Based on my review of the histopathology of all sections obtained from the sewing rings of the 4 valves which remained implanted 4 to 5 weeks in these 4 sheep, I conclude, to a reasonable degree of medical and scientific certainty, that all of the claims of superior healing with silver advanced in the ASAIO paper are false. The pannus on the silver-coated fabric was ***not*** "more organized" or thinner in any meaningful way. The statement that "dystrophic calcification was found in the control [i.e., non-Silzone] areas only" is false. Dystrophic calcification was also present in relation to the silver-coated fabric.

39. Regarding the issue of pannus maturity and "activated fibroblasts" forming a non-lamellar pattern in control areas, there is no practical difference in the pannus morphology observed

---

[3]Pannus maturity refers to completeness in healing of the pannus through which what was originally sewing ring thrombus is transformed into fibroconnective tissue that is contiguous and integrated into the connective tissue surrounding the valve.

[4]Fibroblasts are fibroconnective cells which produces collagen, a structural protein that provides the strength of the pannus.

[5]Lamellar refers to tissue organized in an orderly fashion in layers. Non-lamellar implies a more random disorganized arrangement of tissue.

[6]Dystrophic calcification usually refers to calcium build-up sufficient to be visible under the microscope in dead cells. It is usually a marker of previous cell necrosis or death.

between the silver-coated and control (non-silver-coated) regions sampled. I searched to find the so-called "immature pannus" pictured in Figure 4b in the ASAIO paper and did see areas of incomplete healing in some sections of pannus formed on the control regions sampled. However, I also found examples of equally incomplete healing in the pannus on some of the Silzone regions sampled. Needless to say, SJM's selective presentation is extremely misleading.

40. To investigate the claim that dystrophic calcification only appeared in control areas, I quantified both the amount of cell necrosis (without obvious dystrophic calcification) and dystrophic calcification in the 4 sewing cuff sections from each of the 4 valves from KTMV LL-1, KTMV LL-3, KTMV 1, and KTMV 3. I included cell necrosis in my examination because it is a precursor of dystrophic calcification. These values are tabulated in Exhibit "C". Examination of these values reveals highly variable results for both necrosis and calcification from section-to-section and animal-to-animal. There is no statistically significant difference in the amount of necrosis or dystrophic calcification between the Silzone-coated and non-Silzone-coated (control) groups. Notably, the two cases with the greatest amount of dystrophic calcification are from the Silzone-coated regions of the cuffs in KTMV LL-1 and KTMV LL-3, as documented in Exhibit "C".

41. In summary, SJM inaccurately, incompletely and untruthfully represented in its submissions to the FDA significant gross and microscopic findings from studies of its first implantation of Silzone-coated valves into the cardiac tissue of living beings that raise grave questions about the safety of Silzone.

## THE 10-WEEK PREMARKET SHEEP STUDY

42. SJM also sponsored a ten-week premarket study of Silzone-coated valves in 9 sheep, which was performed at Loma Linda University from November 1996 to April 1997. Each sheep received a St. Jude Masters Series mechanical heart valve implanted in the mitral position.

In 6 of the sheep (Nos. 1, 2, 3, 4, 5, and 8), the polyester sewing ring was Silzone-coated; the remaining 3 sheep (Nos. 6, 7, and 9) received otherwise identical but uncoated valves designated as controls for comparison. At several intervals, blood samples were obtained from the sheep and analyzed for the presence of silver. After 10 weeks, the sheep were euthanized, the hearts containing the valves were removed, the valves were examined grossly, and histology was obtained from the sewing rings. In addition, tissue specimens from the annular tissues surrounding the valves and from the kidneys, livers and spleens from these sheep were analyzed for the presence of silver. Histological sections from these organs were also obtained.

43. SJM summarized some of the results of this study in a 19-page report[7] submitted to the FDA as attachment 16 to its May 14, 1997, PMA Supplement for the Silzone valve (003563-3581.tif).

44. Of particular relevance to the 10-week sheep study is sheep No. 8. Its explanted heart was remarkable for substantial pannus overgrowth and thrombus sufficient to immobilize one of the two leaflets of the valve occluder mechanism. This is a severe device-related complication, and one which has the potential to prove fatal. In fact, in a December 11, 1996, failure mode and analysis summary, SJM entertained as a possible failure mode of the Silzone valve that the "silver coating results in excessive tissue ingrowth" because the "coating changes tissue ingrowth characteristics" and the effect of such failure is that "pannus interferes with leaflets or valve function." (028816-820.tif and especially at p. 028829.tif).

45. The development of pannus overgrowth and thrombus in one of merely six animals implanted with a Silzone valve in the 10-week study may not be coincidental, as a Canadian pathologist, Dr. Jagdish Butany, in 1998, not long after FDA approved the Silzone valve, began observing excessive amounts of pannus and associated thrombus on Silzone valves explanted from patients at Toronto General Hospital. (Butany dep., pp. 73 and 87) He testified that he

[7]These included pages I, II, III, IV and 1 to 15 inclusive.

"seldom if ever saw this much tissue overgrowth" before. (Butany dep., p. 103)

46. Unlike the findings in KTMV-2 from the 5 week sheep study, SJM disclosed this result to the FDA in its initial May 14, 1997, submission. However, the way in which SJM handled this pannus overgrowth problem was exceedingly misleading.

47. SJM sent the explanted sheep heart (designated SJM II-8) containing the Silzone valve for gross examination to Dr. Fred Schoen, a Harvard Medical School pathologist. In a March 4, 1997, letter (030001.tif), Dr. Tweden requested Dr. Schoen's "opinion about the origin of the pannus and thrombus in valve SJM II-8." Upon examining the valve, Dr. Schoen wrote Dr. Tweden a description of the excessively thick pannus which he agreed immobilized "the involved valve hemileaflet". In a March 10, 1997, letter (030377-8.tif), he observed that:

> Two rather prominent green suture knots are directly adjacent to the pivot guards and other sutures around the orifice in the area of the incorporated hemileaflet are covered by neointima. While the relationship between the sutures and pannus is uncertain, no other cause for excessive tissue overgrowth is apparent.

On page 10 of the 19-page report on the study SJM submitted to the FDA on May 14, 1997, SJM summarizes Dr. Schoen's assessment as follows: "Briefly, Schoen concluded that excessively long suture tails contributed to the pannus overgrowth." This misrepresents what Dr. Schoen said in his March 10, 1997, correspondence. According to Dr. Schoen, "the relationship between the sutures and pannus is uncertain. . ." Furthermore, SJM offered no explanation whatsoever as to how the long suture tails would provoke such an extensive pannus build-up. Also, in the PMA Supplement it filed in May 1997, SJM did not disclose the observation of thrombus in addition to pannus. Either pannus or thrombus, or both in combination, can immobilize the valve's leaflet and thereby impede valve function. Even if leaflet immobilization were entirely due to pannus, thrombus could lead to the additional complication of thromboembolism, making the initial non-disclosure to the FDA of thrombus significant. Exhibit "D" (651988.tif) shows the gross appearance of the Silzone valve from SJM II-8, revealing both pannus and thrombus.

48. In its May 14, 1997, cover letter summarizing its PMA supplement, SJM told the FDA that all the animals survived the length of the 10-week study "without obvious complications". (003265.tif) Jonas Runquist, the SJM employee who wrote that letter, testified that he was telling the FDA here that there had been no complications, whether or not deemed to be device-related (Runquist dep., p. 274). The excessive pannus build-up and thrombus in SJM II-8 was a device-related complication severe enough to immobilize a valve leaflet. Thus, this statement to the FDA was false.

49. A further aspect of the excessive pannus build-up of SJM II-8 is the quantification of the concentration of silver present in heart tissue adjacent to the valve sewing ring. This measurement was performed in relation to all of the 6 Silzone coated valves in this study, and the individual results were tabulated and averaged by SJM. These tabulated results, under the heading "Heart Annulus" are presented at 003541.tif Most striking in these tabulated data is the silver concentration in SJM II-8 of 17.33 µg/g wet weight, almost three times the average of 6.01 µg/g, and more than four times the next highest silver concentration of 4.02 µg/g in SJM II-5. In its earlier summary tabulations of these data on page 12 of Attachment 16 to the Supplement at 003530.tif, SJM presented the mean level of 6.01 µg/g and stated to the FDA:

> The coated samples are higher than the controls. This was expected and is not a large concern.

It is noteworthy that in this summary SJM did *not* disclose the silver concentrations for the individual Silzone valves, but only the mean wet weight concentration of 6.01 µg/g and the mean dry weight concentration of 15.91 µg/g. SJM's failure to disclose the silver level results for SJMII-8 in its 19-page summary report of the 10 week sheep study(Attachment 16 to the PMA Supplement submitted May 14, 1997) was misleading. SJM never did anything to draw the FDA's attention to the co-occurrence of high annular silver concentration and the excessive pannus build-up in SJM II-8. Had this information been made apparent to the FDA in the summary, I am confident, to a reasonable degree of scientific and medical certainty, that

the FDA would at least have questioned SJM about this issue in its "not approvable" letter of December 15, 1997.

50. In its December 19, 1997, Amendment to its PMA Supplement for the Silzone valve, SJM emphasized that it was including as Attachment 2 to this amendment a recently published "second paper by Dr. Katherine Tweden et al" that "discusses the 10 week animal study described" in the PMA Supplement. See 136794.tif. "Dr. Tweden," SJM continued, "provides a complete summary of the study design, the methods used as well as a summary of the results and conclusions obtained from this investigation." That paper, entitled, "Biocompatibility of Silver-Modified Polyester for Antimicrobial Protection of Prosthetic Valves", *The Journal of Heart Valve Disease* 1997; 6:553-561, (the Heart Valve Disease paper) is at 136816-825.tif.

51. The abstract of the Heart Valve Disease paper trumpeted the conclusion that "uncoated or coated polyester sewing cuffs showed comparable tissue ingrowth and mature pannus with a suggestion of a thinner pannus on the silver-coated fabric." In the Conclusions section at the end of the abstract, the authors stated that "these current results, together with earlier data, suggest that [the] silver coating on polyester facilitates healing . . ." The clear impression left by the abstract is superior healing with silver.

52. In its Results section, this paper re-presented claims of superior healing from the ASAIO paper on the 4-5 week study, and extended them to the 10-week study, notwithstanding that "one valve with a coated cuff showed pannus overgrowth sufficient to immobilize one leaflet" [of the occluder mechanism of the valve] (page 556).

> . . . These studies suggested that the pannus organized more quickly and was thinner overall on the coated cuffs than on the uncoated cuffs and that fibrous tissue integration was more advanced in the silver-coated cuff, *i.e.*, a more mature state of tissue reaction, as discussed below. Histopathologic characteristics are shown in Table II. The foreign body giant cell response was shown to be similar for both cuffs. There was a suggestion that the fibrous tissue integration was more advanced in the silver-coated cuff. The results also suggested that pannus thickness was thinner on the coated cuffs. Histologic sections of the sewing cuffs of the valves shown in Figs. 3a and 3b are shown in Fibs. 3c and 3d,

> respectively. A thicker, more random, lamellar pannus is seen in the uncoated cuff (Fig. 3c) compared with the more organized pannus over the coated cuff (Fig. 3d). The coated cuff pannus was characterized by a think highly organized, non-vascularized lamellar pattern. (page 557 J Heart Valve Disease 6(5):553-61, 1977.)

53. Based on my examination of all the histological sections of the sewing rings from both the coated and uncoated sewing ring cuffs at both 4-5 and 10 weeks reported in this paper, it is my opinion, to a reasonable degree of medical and scientific certainty, that these claims are false. The pannus was ***not*** "more organized" or thinner in any meaningful way on the silver coated fabric at either 4-5 or 10 weeks. Fibrous tissue integration was ***not*** more advanced in the silver-coated cuff. Uncoated cuffs did ***not*** show thicker, more random (in reference to orientation of collagen) pannus compared to thinner, more organized non-vascularized pannus over the coated cuffs.

54. To some extent, the authors' claims are rebutted by their own presentation of the data. In Table II (top right, page 557) the authors state that their quantitative assessment of foreign body response, fibrous tissue integration and pannus thickness shows no statistically significant differences for these three healing parameters.

55. Histology sections and the blocking diagrams of the valve sewing rings implanted for 10 weeks, which I have reviewed, reveal SJM's assertions that Silzone promotes superior pannus formation to be completely insupportable. The authors state in the paper's materials and methods section that "sewing cuff histology samples were retrieved 90° away from the pivot guards." This statement implies at least two tissue samples were obtained from each valve sewing ring, since there are two pivot guards for each valve and 360° around the full circumference of the valve. In fact, the blocking diagrams show that ***only one*** histological section was taken from the pannus for each valve, and the location of this section in relation to the pivot guards varied from one valve to another. Areas of "thin" or "thick" pannus were marked on the blocking diagrams. Sometimes the one section for a particular sewing ring was taken from a "thick" area; on other occasions the one section was taken from a "thin" area.

***That only one section was taken for each sewing ring renders the scientific validity of this 10-week study fatally deficient.*** Minimally acceptable procedures called for sampling both the thinnest and thickest areas and preferably the thinnest, thickest and a typical area or, alternatively, several areas (at least 4 per sewing ring as was done in the 4-5 week study) at fixed locations relative to some landmarks (*e.g.*, the pivot guards). Casually and unsystematically taking one section without referring to any landmark not only invites bias but is obviously inadequate to obtain a balanced, fair evaluation of healing.[8] SJM's claim that this study shows that Silzone promotes thinner, more mature and organized, and generally superior pannus formation is simply untrue.

56. The paper additionally misrepresents pannus thickness differences between control and Silzone-coated sewing rings in the photomicrographs it presents in Figure 3 (p. 558). Panels 3c (bottom, left: control) and 3d (bottom, right: silver coated) were published to show control pannus nearly four times thicker than recorded with Silzone-coated cuffs. I have located the particular histology sections from which these photomicrographs were obtained.[9] They represent the thickest pannus seen in any control and the thinnest pannus seen in any silver coated sewing ring.[10] Such highly selective presentation of the extremes falsely represents the effects of Silzone on healing.

57. In a statement encompassing both the 4-5 week and the 10-week sheep studies, the paper also falsely declares that "In no case in the ten valves implanted with either half-coated or fully coated cuffs was excessive thrombosis seen to be associated with the coating on the sewing cuff"[11] (136821.tif). The ten valves that are referenced include SJM II-8 which Dr. Tweden,

---

[8]Taking several histological sections for each sewing ring would not have even been significantly more expensive since multiple sections could have been processed in one cassette.

[9]Panel 3c is from sheep SJM II-7; panel 3d is from sheep SJM II-1.

[10]I measured this at 0.15 mm in SJM II-1.

[11]"Thrombosis" refers to the process of thrombus formation in which red blood cells and platelets become stuck together in a meshwork of strands of the protein fibrin, formed by the interaction of several proteins known as coagulation (clotting) factors, and with platelets participating in the process. All this occurs in flowing blood.

the lead author, sent to Dr. Schoen for his opinion on the origin of the pannus and thrombus. Although the paper disclosed the excessive pannus on this valve, the thrombus was not. Exhibit "D" shows the thrombus on this valve, which was excessive. Furthermore, limiting the statement to 10 Silzone coated valves (4 from the 4 to 5 week sheep study and 6 from the 10-week sheep study) avoids the fifth valve from the 4 to 5 week sheep study that had been implanted into KTMV-2. Dr. Cameron's pathology report on KTMV-2 indicated excessive thrombus limited the mobility of this valve's leaflet which, Dr. Tweden herself testified, could actually have caused the sheep's death, as I earlier remarked. There clearly was excessive thrombosis in KTMV-2.

## THE EPIC STUDY

58. Implants of heart valve prostheses with Silzone coated sewing rings in sheep did ***not*** cease with the10-week study completed by May 1997. Silzone valves were again implanted into sheep in a study of the Silzone-coated Epic valve that began in June 1997 and saw its last Silzone sewing ring explant in October 1998. These heart valve implants into the mitral position in sheep were performed at the facilities of BioSurg, Inc. in Winters, California, under contract with SJM.

59. Almost all of the heart valves implanted in the Epic study were St. Jude Biocor heart valve bioprostheses; that is, tissue valves in which the leaflets of the valve came from a chemically processed pig aortic valve. The sewing ring of all of the Biocor valves was made of polyester, some of which were Silzone-coated and others of which were conventionally coated. The Silzone Biocor valves were designated as Epic™ valves. The Biocor non-Silzone-coated valves served as controls.

60. A total of 18 Epic valves and 12 controls were implanted in sheep in the Epic study. The study was divided into two components: the BioSurg SJM-05-97 study with 26 valves, including 14 Silzone Biocor valves and 12 controls; and the BioSurg SJM-05-98 study with

4 additional Silzone Biocor valves.[12] The original study design involved a 20-week implant duration, which is standard for the use of this juvenile sheep model to evaluate dystrophic calcification in bioprosthetic heart valves. However, some of the sheep were followed well beyond 20 weeks, with the intent of one-year follow-up. One purpose of this longer follow-up was to examine the loss of silver from the Silzone coated sewing rings.

61. I have examined the records of the Epic study that SJM has produced in this litigation. These include records of the valve implants and explants (after euthanasia of the animal or the animal's unscheduled death) the BioSurg necropsy reports including gross examination of the valve, histopathology reports from IDEXX Veterinary Services Inc.[13] as well as available pathology reports from Dr. Cameron on the valves (which did not include all of the valves), only about half of which contained a histopathology component, which consisted of a microscopic examination of a single section from an undisclosed location of the sewing ring of each valve.

62. Of the 14 sheep with Epic valves in the 05-97 component of the study, 4 had para-annular leaks. These cases were:

> 14N5 at 20 weeks follow-up with several small para-annular leaks;
>
> 1597 at 355 days follow-up with three para-annular leaks, one less than 1 mm in diameter, one about 3 mm in diameter and one larger leak, greater then 3 mm in diameter "with apparent tears" in the tissue;
>
> 3N7 at 158 days follow-up with "several significant periannular leaks" of which two para-annular leaks in the same area measured "approximately 2.0 and 3.5 mm in diameter, respectively"; and
>
> 22N7 at 20 weeks follow-up with several small para-annular leaks.

63. Of the four additional animals implanted with Epic valves in the 05-98 component of the study, two (859 and 861) showed para-annular leaks. Of the 18 Silzone-coated valves

---

[12]The study also included two non-Silzone-coated Baxter Bioprosthetic heart valves, implanted as a different type of control. These were paid little attention in the reporting of the study and are irrelevant to this declaration.

[13]IDEXX is a West Sacramento, California, business specializing in veterinary pathology.

implanted in the entire study (05-97 and 05-98 combined) there were two surgical deaths with no necropsy (sheep 197 and 597), leaving 16 Silzone-coated valves. ***Of these 16 Silzone-coated valves, 6 showed para-annular leaks.*** Furthermore, an Epic animal, sheep 1597, followed longer than any sheep in this, or, to my knowledge, any SJM-sponsored Silzone animal study, died at 355 days, shortly before the scheduled 52-week euthanasia. ***This Silzone valve had the largest para-annular leak of all the valves, and it is almost certain that the paravalvular leakage caused the death of this sheep.***[14] ***Significant para-annular leaks were also noted in the Epic valve in sheep 3N7 with one of the leaks 3.5 mm in diameter, and two 3mm para-annular leaks were reported for the Epic valve in sheep 861.*** These leaks did not cause the deaths of these sheep.

64. By contrast with the foregoing, my review of the records revealed that for the 12 Biocor Non-Silzone control valves, one (sheep 11N7) was an early post-surgical death at 4 days with no significant valve related pathology at necropsy, and one (sheep 282) of the remaining 11 controls showed three paravalvular leak sites when explanted at 283 days follow-up. One of these leaks was small, less than 1mm in diameter but the other two were larger, both at 3 mm or greater in largest dimension. The gross examination of the valve section of the necropsy report for sheep 282 states "Two were significant and 3 mm or greater and the third, 1mm". The only other control valve showing para-annular leaks was in sheep 87, which was euthanized at 20 weeks follow-up. The gross examination of the valve in the necropsy report

[14] The gross necropsy findings indicated: a) "the entire left and right bronchi contained reddish-white foamy material indicative of pulmonary edema"; and b) "the left atrium and left ventricle were dilated and enlarged". When paravalvular leaks cause substantial regurgitation of blood around the valve prosthesis sewing ring, the left ventricle and left atrium enlarge and with increasing leakage of blood across the valve from the left ventricle to the left atrium the pressure in the left atrium increases, is transmitted through the pulmonary veins to the capillaries on the alveoli (air sacs) in the lungs and, if high enough, causes fluid and red blood cells to pass from the capillaries in to the air sacs causing acute reddish-white foamy pulmonary edema. Significantly, examination of the leaflet tissues showed no abnormality to suggest regurgitation across the valve leaflets. ***Thus, one must reasonably conclude that the death of sheep 1597 was device-related and due to para-annular leaks around the Silzone-coated sewing ring.***

identified several para-annular leaks 1 to 3 mm in diameter.[15]

65. It is clear from the BioSurg records that there were more paravalvular leaks around the Silzone-coated than the control valves, and the leaks were a more severe problem with Silzone, almost certainly resulting in the death of one of the six sheep with a Silzone-coated valve with para-annular leakage but in neither of the two controls with para-annular leakage. The existence of all 6 of the para-annular leaks in the Silzone coated valves was documented before November 1998, and necropsy on the device-related death of sheep 1597 occurred on July 19, 1998. It is my opinion, to a reasonable degree of medical and scientific certainty, that the data available to SJM revealing a disturbingly high incidence of paravalvular leaks in sheep implanted with Epic valves, including clinically significant leaks likely causing death, was material to an assessment of the safety of the Masters Series valve with Silzone, a prosthesis which, like the Epic valve, had a Silzone sewing ring.[16]

66. By the autumn of 1998, the Epic necropsy results I have reviewed were available to SJM, and it was well aware of clinical problems with the Silzone-coated Masters series valves, particularly through Dr. Jagdish Butany, the cardiovascular pathologist in Toronto who has

---

[15]I examined Dr. Cameron's pathology reports in relation to the issue of paravalvular (para-annular) leaks. His gross descriptions of the valves available to me do not include the Epic valves from sheep 859, 861, and 1597, all of which the BioSurg necropsy records reported to have paravalvular leaks. His gross descriptions do not systematically address the issue of paravalvular leaks. While he does report paravalvular leaks for the Epic valve in sheep 22N7, he does not mention paravalvular leaks, whether present or absent, for 3N7 (Epic) or either 87 or 282 (Biocor controls). The BioSurg necropsy reports describe leaks in these animals. The BioSurg necropsy reports notes "several small para-annular leaks" for the Epic valve from 14N5; Dr. Cameron states "no para-annular leaks". This is the only report from Dr. Cameron that specifically disagrees with a BioSurg necropsy report regarding paravalvular leak. Paravalvular leaks of a few millimeters or less in size, while they can be functionally significant, can be easily overlooked on direct gross examination. However, once specifically looked for and identified with the specimen in hand, they are quite characteristic. In other words, they could be missed in an examination not focusing on their presence or absence (false negative), but I would not expect a hole at the edge of the sewing ring, once it is seen, to be reported present when it was not (false positive). Therefore, I accept that the paravalvular (para-annular) leaks described in the BioSurg necropsy reports were, indeed, present, with the possible exception of sheep 14N5, an animal which Dr. Cameron has specifically described as without leaks. It is clear that Dr. Cameron did not particularly focus on paravalvular leaks, because in the case of the Epic valve from sheep 22N5, for which he documents leaks, he did not choose to take any histological sections to investigate the cause of the leakage, whereas he took numerous sections from the valve leaflets, including additional sections beyond the standard ones, to study abnormal findings.

[16]While the Biocor valve prosthesis is not identical to the Masters Series prosthesis for which SJM's PMA supplement was obtained, regarding paravalvular leaks, it is the sewing ring that matters. As both the Epic and Masters Series valve with Silzone had Silzone-coated sewing rings, the findings of paravalvular leak in the Epic valves are directly relevant to the Masters Series valve with Silzone.

testified about the details of his communications, which included face-to-face meetings with SJM personnel, in the summer to autumn of 1998, concerning his pathology observations on multiple clinical cases with Silzone valve removal due primarily to paravalvular leak, including valve dehiscence. It is incredible that SJM would not have seen the connection between the para-annular leaks with Silzone clinically and in the Epic study.

67. By October 1998, SJM had also learned that the clinical investigator and cardiothoracic surgeon it had commissioned to study whether Silzone induced strokes and other troubling thromboembolic events Mr. Eric Butchart of Cardiff, Wales had encountered an alarmingly high incidence of such complications in that very study. In addition, Mr. Butchart informed St. Jude during that period that he had found no tissue ingrowth on the one valve that had been explanted from one of his Silzone study patients who had suffered a thromboembolic event. Mr. Butchart told SJM that he strongly suspected that the Silzone coating was adversely affecting tissue ingrowth, which, in turn, placed patients at higher risk of stroke and other embolic events.

68. In the December 11, 1996, failure mode and analysis summary I mentioned earlier, SJM recognized before the Epic study was even begun and well before it received profoundly disturbing reports from Mr. Butchart and Dr. Butany that one possible "failure mode" of the Silzone valve was that the "silver coating results in inadequate tissue ingrowth" by "changing tissue ingrowth characteristics", all of which may result in excessive thrombus [i.e., thromboembolic events] or P.V. [paravalvular] leak." See 028816-820.tif and especially at 028829.tif. As SJM entered its developmental testing of the Silzone heart valve it knew that thromboembolic events and paravalvular leaks could conceivably emanate from the same source toxic injury to adjacent heart tissue induced by its new silver coating resulting in lack of ingrowth and frustrated healing. It is my opinion, to a reasonable degree of medical and scientific certainty, that the the Epic animal study results in late 1998 were material to what SJM was learning from Dr. Butany and Mr. Butchart

69. Based on the foregoing, it is my opinion, to a reasonable degree of medical and scientific certainty within my fields of expertise, that SJM presented to the FDA and the medical profession a materially false and misleading view of the safety and efficacy of the Masters Series valve with Silzone.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 13, 2003 Gregory John Wilson

Gregory John Wilson, B.SC., M.SC., M.D.

EXHIBIT A

# CURRICULUM VITAE

**GREGORY JOHN WILSON** Revised March 27, 2003

BUSINESS ADDRESS:
Room 3128, Division of Pathology, Department of Pediatric Laboratory Medicine, The Hospital for Sick Children, 555 University Avenue, Toronto, Ontario M5G 1X8
Telephone: 416-813-5973 EMAIL: gjwilson@sickkids.ca
greg.wilson@uhn.on.ca

Research Office: Room EN 2-247, University Health Network, Toronto General Hospital, 200 Elizabeth Street, Toronto, Ontario M5G 2C4 Telephone: 416 340-4795,Fax: 416 340-4869

RESIDENCE: 5 Widdicome Hill, Toronto (Etobicoke), Ontario M9R 1A9; Telephone: 416-240-1798

## EDUCATION

1969 - B.Sc. Electrical Engineering (honours), University of Manitoba

1972 - M.Sc. Physiology, Oxford University

1975 - M.D. McMaster University, Hamilton, Ontario

## LICENSURES HELD:

Fellow of the Royal College of Physicians and Surgeons of Canada - Anatomic Pathology 1981-present.

Diplomate of the American College of Pathologists - Anatomic Pathology (since 1981).

General Medical Licensure, College of Physicians and Surgeons of Ontario CPSO Registr No. 32370.

## HOSPITAL APPOINTMENNTS:

Senior Scientist and Senior Staff Pathologist: The Research Institute and Division of Pathology, Dept. of Pediatric Laboratory Medicine, Division of Cardiovascular Research, and Department of Integrative Biology (1998), The Hospital for Sick Children (1981-Present).
Consultant, Department of Pathology, University Health Network, Toronto General Hospital. 1996 - Present
Affiliated Scientist, Research Institute, UHN-Toronto General Hospital, March 2001-Present

## ACADEMIC APPOINTMENTS: U of T

1992 - Present: Professor, Department of Laboratory Medicine and Pathobiology, University of Toronto
1984 - 1992: Associate Professor, Department of Pathology, University of Toronto
1981 - 1984: Assistant Professor, Department of Pathology, University of Toronto

## CROSS-APPOINTMENTS: U of T

1992 - Present: Professor, Department of Surgery, University of Toronto
1984 - 1992: Associate Professor; 1981 - 1984: Assistant Professor.
1992 - Present: Professor, Department of Physiology, University of Toronto
1984 - 1992: Associate Professor
1992 - Present: Professor, Institute of Medical Science
1984 - 1992: Associate Professor;
1981 - 1984: Assistant Professor.

**INTERNSHIP AND RESIDENCY TRAINING:**

| | |
|---|---|
| 1980 - 1981 | Chief Resident, Anatomic Pathology, Toronto General Hospital. |
| 1979 - 1980 | Resident, Anatomic Pathology, The Hospital for Sick Children, Toronto. |
| 1977 - 1978 | Chief Resident, Anatomic Pathology, Mount Sinai Hospital, Toronto. |
| 1976 - 1977 | Assistant Resident, Anatomic Pathology, Toronto General Hospital |
| 1975 - 1976 | Straight Internship, Internal Medicine, Toronto General Hospital |

**RESEARCH EXPERIENCE - APPOINTMENTS AND FELLOWSHIPS**

| | |
|---|---|
| 1981-Present | Scientist, The Research Institute, The Hospital for Sick Children |
| 1983 - 1986 | Director, Cardiovascular Laboratories, Banting Institute, Department of Surgery, University of Toronto. |
| 1980 - 1983 | Co-director, Cardiovascular Laboratories, Banting Institute, Department of Surgery, University of Toronto. |
| 1978 - 1979 | Research Fellow of the Canadian Heart Foundation, Departments of Surgery and Pathology, University of Toronto. |
| 1972 - 1980 | Research Associate (part-time), Cardiovascular Laboratories, Banting Institute, Department of Surgery, University of Toronto. |
| 1970 - 1972 | Graduate Student (Rhodes Scholar) in Cardiovascular Physiology, Oxford University. |
| 1964 - 1968 | Research Assistant, full-time, summers and part-time during academic year, Departments of Mechanical and Electrical Engineering, University of Manitoba. |

**RESEARCH ENDEAVOURS**

Myocardial Ischemia/Reperfusion Injury, especially in relation to cardiac and vascular surgery, with a special focus on pediatrics.

Cardiovascular Prosthetic Devices, especially the development and experimental evaluation of design improvements including cardiac pacing systems, heart valve prostheses and synthetic and biological vascular grafts.

**PEER REVIEWED RESEARCH GRANTS - Current**

Gregory J. Wilson and David Courtman: Canadian Institutes for Health Research. "Acellular matrix: tissue engineering approaches for pediatric cardiovascular reconstruction" April 2000 – 2003, $78,937/year Funding Ref # MOP 38053.

Note: This funding is incorporated into a program grant "Interdisciplinary program in vascular development and disease - CORE, CIHR #MGC-13920 in the Department of Cardiovascular Research which provides an additional $267,815/year for the core budget, about $44,635 for each of the 6 grants in the program of which mine is one.

Gregory J. Wilson, Principal Investigator, with Dr. P.H. Backx, co-investigator: Heart and Stroke Foundation of Ontario. "Ischemic preconditioning of the myocardium: role of cell volume regulation" July 1, 2002 to June30, 2006. ($115,000/year).

**Research Grants - Previously Held**

Gregory J. Wilson: Heart and Stroke Foundation of Ontario with co-investigator Dr. Peter Backx, HSFO Grant # B-3536, Ischemic preconditioning of the myocardium." July 1, 1997 to June 30, 1999, for $97,803.00 and $98,302.00 respectively.

Dr. G.J. Wilson & Dr. P. Backx: HSFO # T4179, July/99 - June 30/2002 :"Ischemic preconditioning of the myocardium: role of chloride channels." 99/00 $103,179; 00/01 $105,240 and 01/02 $107,353.

Gregory J. Wilson & Dr. David Courtman: "Thromboresistance of acellular matrix vascular bioprostheses" HSFO # NA-3773. July 1/98 to June 30/2000. $63,008 (July/98-June 30/99; $63782 July/99 to June 30/00).

Gregory J. Wilson (HSC) and Kim Woodhouse(U of T): Materials Manufacturing Ontario. Acellular matrix technology for multiple tissue implant applications. Materials Manufacturing Ontario BM 338 June/98 - May/00 $80,000/yr.

Dr. Gregory Wilson. Ontario Research and Development Challenge Fund (ORDCF): Acellular Matrix Technology Research and Development Program. The Hospital for Sick Children. July 1999 to June/2000. $210,000

Gregory J. Wilson: Ontario Centre for Materials Research Cooperative Research Award #TB2-261 Chemical processing of acellular matrix vascular grafts for improved biocompatibility. 1994-1997, $17,000/yr.

Dr. Gregory J. Wilson: OHSF Grant # B2452 Heart & Stroke Foundation of Ontario. Acellular Matrix as a Biomaterial for Heart Valve Bioprostheses: July 1/93-June 30/95 ($57,000/year)

Gregory J. Wilson: Heart & Stroke Foundation of Ontario (OHSF): T-2687 "Ischemic preconditioning of the myocardium". - July 94 -June 30/97 ($94,390; $95,477; $95,737). Renewal OHSF #B2271 - July/92 - June 30/94. ($96,554; $101,383).

Dr. Gregory J. Wilson: Medical Research Council of Canada (MRC) MRC #6449 "Acellular Matrix Vascular Prostheses: Design Issues". July 1/93-June 30/96 ($88,642/yr).
This MRC grant is incorporated into a Program Grant # PG-12351 (Coordinating Investigator Dr. M. Rabinovitch) Title: "Interdisciplinary program in vascular development and disease". (Co-investigators: Ivan M. Rebeyka, Fred W. Keeley, Gregory J. Wilson, John G. Coles, Catherine A Prody, Aleksander Hinek) held at The Hospital for Sick Children. Awarded July 1/93 to June 30/96. Total $606,257/yr.

Wilson GJ, Lee JM: "The use of porous surface structured surgical implants." Medical Research Council of Canada MT#6449. 1983 - 1989 (budget 89/90 $122,153; 90/92 $154,396; 92-94 $154,538/yr with the final year for this grant being incorporated into a Program Grant at HSC as indicated above).

Wilson GJ: "Acellular Matrix as a biomaterial for heart valve bioprostheses." Heart & Stroke Foundation of Ontario Grant #B2452. Budgets: 93/94 $55,219; 94/95 $57,980. (no renewal requested).

Wilson GJ, Romaschin AD, Coles JG and Benson LN: "Myocardial protection in pediatric cardiac surgery" Heart and Stroke Foundation of Ontario #T-1376 (formerly T-528). 1981 - 1991. (budget 88/89 $165,000; 89/90 $171,600; 90/91 $178,464).

Coles JG, Taylor M, Wilson GJ: "Cerebral protection in cardiac surgery." OHSF #AN-017. 1984-1987 (84/85 - $68,703; 85/86 - $68,880; 86/87 - $65,054).
Coles JG, Shore A, Wilson GJ: "Donor specific immunosuppression in pediatric cardiac transplantation" OHSF #AN-625. 1986 - 1991. (Budget 88/89 $90,297; 89/90 and 90/91 $86,764).

Superina R, Wilson GJ: "Class one MHC antigen induces suppression of rejection" OHSF #AN1538. 1989-91. Budget 89/90 and 90/91 $48,541/year).

## HONOURS AND AWARDS

Scholarships

| | |
|---|---|
| 1999 | Fellow of Biomaterials Science and Engineering (FBSE) awarded by the World Biomaterials Congress, International Union of Societies for Biomaterials Science and Engineering |
| 1990-1999 | Career Investigator Award: Heart and Stroke Foundation of Ontario: |
| 1987-1990 | Research Scholarship: Heart and Stroke Foundation of Ontario. |
| 1981 - 1987 | Senior Research Fellowship, Canadian Heart and Stroke Foundation |
| 1980 | Starr Medal**, Faculty of Medicine, University of Toronto. |
| 1979 | Penner Prize*, Canadian Association of Pathologists |
| 1978 - 1979 | Research Fellow of the Canadian Heart Foundation, |
| 1978 | Penner Prize*, Canadian Association of Pathologists |
| 1969 | Rhodes Scholarship |

* The Penner Prize is given for the best paper presented by a Pathology Resident at the Annual Meeting of the Canadian Association of Pathologists.
** Starr Medal is given for outstanding research contributions within the Departments of Pathology, Physiology and Anatomy at the University of Toronto.

Patents Award

United States Patent. Klement P, Wilson GJ and Yeger H: "Process for preparing biological mammalian implants" Patent # 4,776,853, Dated October 11, 1988.
Canadian Patent: # 1261290 dated Sept 26, 1989: Process for preparing biological mammalian implants.

## PROFESSIONAL AFFILITATIONS

American Society for Investigative Pathology
International Academy of Pathology (North American Section)
United States and Canadian Academy of Pathology
International Society for Heart Research (North American Section)
Canadian Biomaterials Society
Canadian and Ontario Medical Associations
Canadian Cardiovascular Society

## OTHER PROFESSIONAL ACTIVITIES

1997 - 1999: Internal Reviewer, Senior Personnel Committee, Heart and Stroke Foundation of Canada

1983 - 1988: Scientific Officer, Cardiovascular Surgery/Stroke/Pulmonary Committee (National Grants Review), Canadian Heart Foundation

1982 - 1985: Medical Committee (Grant Review), Ontario Heart and Stroke Foundation

**HOSPITAL AND UNIVERSITY:**

2001 - Present Member of Animal Care Committee, The Hospital for Sick Children, Toronto
2001 - Present Member of Animal Facility Management Committee, The Hospital for Sick Children
1999- Present: Chairman of the Hospital for Sick Children Morbidity and Mortality Committee
1981 - Present - External Referee - Medical Research Council of Canada (CIHR)
1981 - Present - External Referee - Heart & Stroke Foundation of Ontario
1991 - Present - Peer Reviewer for manuscripts submitted to Cardiovascular Research, American Journal of Pathology, Journal of Vascular Surgery, Circulation, Journal of Cellular and Molecular Cardiology.
1996 - 1998 Conflict of Interest and Technology Transfer Committees, The Hospital for Sick Children
1985 - 1987: Chairman, Animal Care Committee, Toronto General Hospital
1984 - 1986: Chairman, Animal Services Committee, Faculty of Medicine, University of Toronto

**TEACHING ACTIVITIES AND ADMINISTRATIVE RESPONSIBILITIES**

Supervision of graduate students as primary supervisor or co-supervisor and serving on various graduate student committees at University of Toronto as well as some post-doctoral fellows. Usually supervising or co-supervising at least 2 students at a time as well as serving on committees for other students. Supervising two or more summer students annually.

**U of T Community**

December 7/2001: Lecture to graduate students at U of T: Course JCV3060 Advanced Research in Cardiovascular Sciences – Molecular Biology & Heart Signal Transduction. Lecture title: Cellular Mechanisms of Ischemic Preconditioning.

December 12/01 – Toronto General Hospital Research Institute Rounds, Banting Hall, TGH. Weekly Lecture Series to hospital staff and students. Title: Protecting the Myocardium by Preconditioning. What are the end effectors?

May 16,2002 - University of Toronto Cardiovascular Scientific Day hosted by Heart & Stroke/Richard Lewar Centre of Excellence. Lecture entitled "Role of Potassium and Chloride Channels in Ischemic Preconditioning".

October 24, 2002 - University of Toronto Lewar Cardiovascular Centre. Lecture entitled "Protecting the Myocardium by Preconditioning": What are the end effectors?"

1981 - Present: Anatomic Pathology Residents, Department of Pathology, The Hospital for Sick Children, predominantly autopsy pathology with the emphasis on cardiovascular cases.

1982 - present: Organizes Hospital-Wide Clinicopathological Conferences. The Hospital for Sick Children. These are case oriented medical education events aimed at both the house-staff and senior staff in all clinical and laboratory medicine disciplines at HSC.

1981 - Present - Organizes weekly Cardiovascular-Pathology Rounds attended regularly by Pathology, Cardiology, Cardiovascular Surgeons and interested hospital staff.

1981 - Present: Anatomic Pathology Residents training, Division of Pathology, Department of Pediatric Laboratory Medicine, HSC, predominantly autopsy pathology with the emphasis on cardiovascular disease.

**Invited Lectures - National and International**

June 12, 2003 – "Cardiovascular and Metabolic Disease" CFBS Meeting, Ottawa, Ontario. Invited Speaker: Mechanisms of Ischemic Preconditioning: What is the role of KATP Channels in the KATP Channels in Heart, Vasculature and Pancreas Symposium.

October 21/99: Invited Speaker on a 4 member panel discussion group . Workshop on Ischemic Preconditioning, Canadian Cardiovascular Society Annual Meeting, Quebec City, Invited Speaker at Vascular Biology Group seminar series, McMaster

Dec 2/98: University, Hamilton "Acellular Matrix Technology for Cardiovascular Bioprostheses",

May 18-29, 1996: Invited member of Scientific Committee. Bioprosthetic Heart Valve Symposium, Charlotte, NC,

**UNDERGRADUATE & GRADUATE TEACHING**

Supervision of Fourth Year Physiology Student Project (undergraduate thesis) - 1983-84; 1990-91; 1995/96 (2 students) 1998-99 - one student.

Introduction to Biomaterials MMS-420F (Autumn term 1984, 1985, 1986) assisting Dr. Michael Lee, Dept Metallurgy & Materials Science.

Clinicopathological Conference series for third year medical students (one CPC each year 1983-1985.

PSY-1029S (Autumn term 1984, 1985) Advanced Cardiovascular Physiology. Assisting Dr. C.E. Bayliss, Department of Physiology.

MMS 1021-S (Spring term 1985, 1986) Topics in Biomaterials. Assisting Drs. Robert Pilliar & Michael Lee, Dept. Metallurgy & Materials Science.

NUR-1015-F (Autumn term, 1984-1989) Topics in Pathology. Assisting Dr. M J Phillips, Department of Pathology.

**THESES SUPERVISED**

Primary Supervisor

1. Suhail Asrar - Ischemic preconditioning of the myocardium - chloride channels. Department of Physiology, U of T. Project to begin January 2003
2. Hin-Yee (Elsa) Liu – M.Sc. Immunological responses in rat tissue. Department of Laboratory Medicine and Pathobiology, U of T. Co-Supervisor, Dr. David Courtman Jan 2002-

3. Michelle Batthish: Ischemic Preconditioning of the myocardium. M.Sc. Department of Physiology, U of T. Sept/99 -June 01.
4. Meredith Ford: Ischemic preconditioning of the myocardium. M.Sc. thesis. Dept. Physiology, U of T. Sept 1996 - June 1998.
5. Roberto Diaz: The role of angiotensin II in ischemic preconditioning of the myocardium. M.Sc. Institute of Medical Science, University of Toronto. September 1994 - 1996
6. Reena Sandhu: Ischemic Preconditioning: "Transmembrane signaling in ischemic preconditioning of the myocardium." Dept of Physiology, U of T. Ph.D. Jan '91- June 1996.
7. David Courtman: "The role of circumferential strain in vascular healing." Department of Cellular & Molecular Pathology, U of T. Ph.D. Sept 1990- May 27/1994
8. Stanley Herman: Myocardial ischemia and reperfusion injury in the neonatal myocardium. Department of Physiology, M.Sc. September 1989 - Aug 91.
9. Miranda Weygang. Mechanical characterization of polyurethane vascular grafts. Department of Metallurgy and Materials Sciences. Co-supervise Dr. Michael Lee (Dept. of Dentistry, U of T). M.Sc. 1986-1989.
10. Robert Gatley: The Lateral Borderzone in Developing Myocardial Infarction Department of Pathology, M.Sc. Sept /84-86
11. Daniel Nahon: The Static Mechanical Properties of Arteries and Their Replacements. Departments of Metallurgy and Materials Science, M.Sc. September 1983-1985.

Member of Thesis Committee for the following students

Damir Simic: Nicotine causes inward eutrophic vesicular remodeling. M.Sc. Department of Laboratory Medicine and Pathobiology, U of T. Primary Supervisor: Dr. A.Hinek. Sept/99 to Dec/01

Anula Kariyawasam: New pressor protein: structure function and mechanisms of its cardiovascular proteniation. Ph.D. Supervisor: Dr. DH Osmond, Dept Physiology, U of T. 1997 -2001

Simos, Demerious: M.Sc. Mechanism of Action of New Pressor Protein (NPP). Possible involvement of the adrenal medullary peptidergic pathway. Supervisor Dr. D.H. Osmond, Physiology U of T. 1999 - 01

Paul Gratzer. "Cross-linking of cell extracted tissues" Centre for Biomaterials, U of T. Supervisor Dr. P. Santerre. Ph.D. Sept 1994 - 1999.

Ashesh Kumar: An animal model of Kawasaki's Disease. M.Sc. Supervisor: Dr. Earl Silverman, Cardiology/HSC. From January 1998 - 2001

Dr. Stacy O'Blenes: The role of endogenous elastases in intimal hyperplasia and the potential benefits of elastase inhibitors in preventing smooth muscle cell proliferation and migration. Supervisor: Dr. Marlene Rabinovitch. Cardiovascular Surgery, HSC/U of T. M.Sc. January, 1998 - 2000

William Jack Wallen: Gender differences in myocardial pathology and response to ischemia/reperfusion. PhD. supervisor: Dr. C. Wittnich, Physiology, U of T 1998-2000

Jim Dimitriolakos: A molecular and phenotypic analysis of the growth and differentiation of human neuroblastoma, Ph.D., Department of Cellular and Molecular Pathology. Supervisor. Dr. Herman Yeger. 1992 - 1996.

Steven Winnoker: Effects of thrombin on aortic endothelium. M.Sc. Department of Cellular and Molecular Pathology, U of T. Supervisor Dr. Avrum Gotlieb. Sept 1993 - 1995.

Peter Wing Hoi Tsao: Lymphocyte activation as a marker of experimental cardiac transplant rejection. Ph.D. Department of Pharmacology, U of T. Supervisor Dr. Ingeborg Radde. Completed in 1992.

Dr. John Mullen: Alternative techniques of myocardial protection. Supervisor: Dr. R.D. Weisel. September, 1986 to June 1989.

Wendy Marcyniuk: Cross species and developmental differences in the biochemical composition of the pericardium: Collagen content and typing, elastin content, mucopolysaccharide content, water content. Supervisor. Dr. J.M. Lee

Dr. Kevin Teoh: Myocardial Protection by Substrate Enhancement: A Comparison of Lactate and Glutamate Cardioplegia. Institute of Medical Science, M.Sc. Supervisor: Dr. R. Weisel. Jan,1985 - Dec, 1988.

Mrs. Awatif Jamal: Contractile and Proliferative Response to Arterial Injury. Department of Pathology, M.Sc. Supervisor: Dr. L. Langille. July,1986 to December, 1988.

Dr. George Christakis: Perioperative Myocardial Protection: A Clinical Trial of Diltiazem and Crystalloid Cardioplegia. Institute of Medical Science, M.Sc. Supervisor: Dr. R. Weisel. Sept 1984 to June 1988.

Mr. Thomas Jacobs: Coronary Low Flow Hemodynamics in the Canine Heart. Department of Physiology, Ph.D. Supervisor: Dr. J. Grayson. Sept 1982 - November 1985.

David Mumford: Modeling Cardiac Function Using Strands of Cultured Neonatal Rat Cardiomyocytes. Department of Physiology, M.Sc. Supervisor: Dr. C. Bayliss. September 1983 to September 1985.

Dr. Stephen E. Fremes: Perioperative Myocardial Protection: A Clinical Trial of Blood and Crystalloid Cardioplegia September Institute of Medical Science, M.Sc. Supervisor: Dr. R. Weisel. 1982- Oct 1984.

**Internal Examiner:**

**Dr. Gideon Cohen**: Ischemic preconditioning: the mechanism unraveled. Supervisor Dr. R. Weisel, IMS,Uof T. 2000

**Wendy Naimark:** Study of developmental changes in the human pericardium using a mechanical, structural and biochemical approach. Ph.D.Thesis Centre for Biomaterials, University of Toronto. Supervisor, Dr. J. Michael Lee, completed 1995.

**Dr. Silvana Molossi:** Cyotkine induction of fibronectin in allograft arteriopathy. Functional significance related to recruitment and transendothelial migration of lymphocytes. Ph.D. - Department of Cellular and Molecular Pathology, U of T. Supervisor Dr. Marlene Rabinovitch. Completed 1994.

**Julie Conquer** "Signal transduction mechanisms regulating chondrocyte production of collagenase". Ph.D. - Department of Cellular and Molecular Pathology, U of T. Supervisor Dr. T. Cruz. Completed 1994.

**Dr. Nadine Clausell.** "Increased fibronectin regulated by cytokines is associated with the development of a coronary arteriopathy post-cardiac transplantation". Ph.D. Department of Cellular and Molecular Pathology, U of T. Supervisor: Dr. Marlene Rabinovitch. Completed 1993.

**Dr. Ren Ki Lee:** Characterization of myocardial oxygen-derived free radical injury cyanotic cardiac disease. Ph.D. - Department of Clinical Biochemistry, U of T. Supervisor Dr. D.A.G. Mickle. Completed 1992

## POSTDOCTORAL FELLOWS:

| | |
|---|---|
| He Ping Zeng | Ischemic preconditioning of the myocardium , Sept 2001 to present |
| Jingdong Li, MD | Visiting Scientist, 1999 - June 2000 (co-supervised with Dr. Peter Backx) |
| Guo Dong Mao, PhD | Ischemic Preconditioning of the Myocardium 1996-1999 |
| Jamie Lucien | (co-supervised with Dr. John Coles) 1996 |
| Joseph Caspi, M.D. | Co-supervised with Dr. John G. Coles 1989-90 |
| Petr Klement, D.V.M. | Study of Small Calibre Vascular Grafts 1987-89 |
| Glorianne Ropchan, M.D. | Treatment of Myocardial Ischemia by Retrovenous Perfusion 1985-87. |
| Alain Desrosiers, M.D. | Cerebral Protection in Cardiac Surgery 1985 - 86. |
| Ivan Rebeyka, M.D. | Myocardial Protection in Cardiac Surgery 1984 - 85. |
| Bradford Bush, M.D. | Myocardial Protection in Cardiac Surgery 1983 - 84. |
| Pedro del Nido, M.D. | Myocardial Protection in Cardiac Surgery 1982 - 83. |
| Christopher Feindel, M.D. | Myocardial Protection in Cardiac Surgery 1981 - 82. |

Note: **P - denotes research arising primarily from my own laboratories**
**S - denotes research on which my role was secondary or collaborative**

## PUBLISHED PAPERS

1 MacGregor DC, Wilson GJ, Holness ED, Lixfield W, Yasui H, Tanaka S, Silver MD and Gunstensen J: Intramyocardial carbon dioxide tension: A guide to the safe period of anoxic arrest of the heart. J Thorac Cardiovasc Surg 68: 101-107, 1974. P

2 Wilson GJ and Bergel DH: Continuous measurement of left ventricular volume using a single dimensional transducer: A comparison of two techniques in open-chested dogs. Cardiovasc Res 9: 327-335, 1975. P

3 MacGregor DC, Wilson GJ, Tanaka S, Holness DE, Lixfield W, Silver MD, Rubis LJ, Goldstein W and Gunstensen J: Ischemic contracture of the left ventricle: Production and prevention. J Thorac Cardiovasc Surg 70: 945-954, 1975. P

4 Wilson GJ, Goldstein W and MacGregor DC: The metabolic response of the heart to ischemic arrest in cardiovascular surgery: Assessment by means of intramyocardial carbon dioxide tension. Microcirculation Vol 1, 316-317, Plenum Press, 1976. P

5 Wilson GJ, Hill TJ, Goldstein W and MacGregor DC: Induced ischemic arrest of the heart: Metabolic considerations. J Extracorporeal Tech 8(1): 20-29, 1976. P

6 MacGregor DC, Pilliar RM, Wilson GJ, Goldstein W, Rubis LJ, Blackwell R, Lixfeld W, Scully HE and Silver MD: Porous metal surfaces: A radical new concept in prosthetic heart valve design. Trans Amer Soc Artif Internal Organs 22: 646-653, 1976. P

7 Wilson GJ and MacGregor DC: The measurement of myocardial gas tensions by mass spectrometry. J Crit Care Med 4: 248-252, 1976. P

8 Silver MD, Wilson GJ, Lixfeld W, Trimble AS and MacGregor DC: Aorto-coronary bypass graft in dogs: Late histological changes. Pathology 8: 343-351, 1976. P

9 Silver MD, and Wilson GJ: The pathology of wear in the Beall model 104 heart valve prosthesis. Circulation 56: 617-622, 1977. P

10 MacGregor DC, Covvey HD, Wilson GJ, Schwartz L, Scully HE and Wigle ED: Computer-assisted Reporting System for the Follow-up of Patients with Prosthetic Heart Valves: Am J Cardiol 42: 444-452, 1978. S

11 MacGregor DC, Wilson GJ, Lixfeld W, Pilliar RM, Bobyn JD, Silver MD, Smardon S and Miller SL: The porous surfaced electrode: A new concept in pacemaker lead design. J Thorac Cardiovasc Surg. 78: 281-291, 1979. P

12 Walters FJM, Wilson GJ, Steward DJ, Domenech RJ and MacGregor DC: Intramyocardial pH as an index of myocardial metabolism during cardiac surgery. J Thorac Cardiovasc Surg. 78: 319-330, 1979. P

13 Wilson GJ, MacGregor DC, Bobyn JD, Lixfeld W, Pilliar RM, Miller SL and Silver MD: Tissue response to porous surfaced electrodes: Basis for a new atrial lead design. Meere C, (ed). Cardiac Pacing, Proceedings of the VI World Symposium on Cardiac Pacing, Montreal, Quebec, October 2-5, 1979, Chap. 29-12. P

14 MacGregor DC, Wilson GJ, Dutcher RD, O'Neill EG, Lixfeld W, Busch RH and Scholmeyer MP: A positive fixation endocardial pacemaker lead using an extendable/retractable helix. Meere C (ed): Cardiac Pacing, Proceedings of the VIth World Symposium on Cardiac Pacing, Montreal, Quebec, October 2-5, 1979, Chap 29-14 P

15 MacGregor DC, Wilson GJ, Scully HE, Lixfeld W, Bobyn JD, Pilliar RM and Silver MD: Improved thromboresistance of mechanical heart valves achieved by endothelialization of porous metal surfaces. Surgical Forum 30: 239-241, 1979. P

16 Lee BY, Wilson GJ, Domenech RJ and MacGregor DC: Relative roles of edema versus contracture in the myocardial post-ischemic "no-reflow" phenomenon. J Surg Res 29:50-61, 1980. P

17 Wilson GJ, Robertson JM, Walter FJM, Steward DJ and MacGregor DC: Intramyocardial pH during elective arrest of the heart: Relative effects of hypothermia versus potassium cardioplegia on anaerobic metabolism. Annals Thorac Surg 30: 472-481, 1980. P

18 MacGregor DC, Covvey HD, Nobel EJ, Smardon SD, Wilson GJ, Goldman BS and Wigle ED: Computer-assisted reporting system for the follow-up of patients with cardiac pacemakers. Pacing and Clinical Electrophysiology 3: 568-584, 1980. S

19 Heineman FW, MacGregor DC, Wilson GJ and Ninomiya J: Regional and transmural temperature distribution in cold chemical cardioplegia: The significance of critical coronary arterial stenosis. J Thorac Cardiovasc Surg 81: 851-859, 1981. P

20 Schaffer MS, Zuberbuhler P, Wilson GJ and Rose V: Catecholamine cardiomyopathy: An unusual presentation of pheochromocytoma in children. J Pediatrics 99: 276-279, 1981. S

21 Bobyn JD, Wilson GJ, Mycyck TR, Klement P, Tait GA, Pilliar RM, MacGregor DC: Comparison of a porous-surfaced with a totally porous ventricular endocardial pacing electrode, Pacing and Clinical Electrophysiology 4: 405-416, 1981. P

22 Bobyn JD, Mycyck TR, Wilson GJ, Klement P, MacGregor DC: Improved electrophysiological performance using porous-surfaced electrodes for ventricular endocardial cardiac pacing. Ferugilo GA, (ed.): Cardiac Pacing, Electrophysiology, and Pacemaker Technology; Proceedings of the 2nd European Symposium on Cardiac Pacing, Florence, Italy, May 4-6, 1981. Padova: Piccin Medical Books; 1137-1143, 1981. P

23 Coles JG, Wilson GJ, Tait GA, Klement P, Coles JC, Weisel RD, Baird RJ: Cardioplegia for severe coronary artery disease: An improved technique using direct coronary artery infusion. Ann Thorac Surg 33: 234-237, 1982. P

24 Tait GA, Booker PD, Wilson GJ, Coles JG, Steward DJ and MacGregor DC: Effect of multidose cardioplegia and cardioplegic solution buffering on myocardial tissue acidosis. J Thorac Cardiovasc Surg 83: 824-829, 1982. P

25 Rose V, Steiner G, Wilson GJ: Familial hypercholesterolemia - report of coronary death at age 3 in a homozygous child and parental diagnosis in a heterozygous sibling. J Pediatrics 100: 757-759,1982. S

26 Coles JG, Wilson GJ, Sima AAF, Klement P and Tait GA: Intraoperative detection of spinal cord ischemia using somatosensory cortical evoked potentials (SCEP) during thoracic aortic occlusion. Ann Thorac Surg 33: 234-237, 1982. P

27 Tait GA, Young RG, Wilson GJ, Steward DJ, MacGregor DC: Myocardial pH during regional ischemia: Evaluation of a fiberoptic photometric probe. Amer J Physiol 243: H1027-H1031, 1982. P

28 Bobyn JD, Wilson GJ, MacGregor DC, Pilliar RM, Weatherly GC: Effect of pore size on the peel strength of attachment to porous-surfaced implants. J Biomed Mater Res 16: 571-584, 1982. P

29 Silver MD, Wilson GJ: The pathology of cardiovascular prostheses. Chapter 35, pp 1225-1296. In Cardiovascular Pathology, Silver MD (ed). Churchill Livingstone, 1983. S

30 Wilson GJ: The pathology of cardiac pacing, Chapter 36, pp 1297-1328. In Cardiovascular Pathology, Silver MD (ed). Churchill Livingstone, 1983. P

31 Coles JG, Wilson GJ, Sima AAF, Klement P, Tait GA, Williams WG and Baird RJ: Intraoperative management of thoracic aortic aneurysm: Experimental evaluation of perfusion cooling of the spinal cord. J Thorac Cardiovasc Surg 83: 824-829, 1983. P

32 Leidner J, MacGregor DC, Wilson GJ, Wong E: A novel process for the manufacturing of porous grafts: Process description and product evaluation. J Biomed Mater Res 17: 229-247, 1983. P

33 Freedom RM, Wilson GJ, Trusler GA, Williams WG, Rowe RD: Pulmonary atresia and intact ventricular septum: A review of the anatomy, myocardium and factors influencing right ventricular growth and guidelines for surgical intervention. Scand J Thorac Cardiovasc Surg. 17: 1-28, 1983. S

34 Wilson GJ, MacGregor DC, Klement P, Lee JM, Wong E, Leidner J: Anisotropic polyurethane non-woven conduits: A new approach to the design of a vascular prosthesis. Proceedings, Am Soc Artif Intern Organs. 29: 260-268, 1983. P

35 MacGregor DC, Wilson GJ, Klement P and Pilliar RM: Improved electrophysiological performance using porous-surfaced electrodes for atrial epicardial pacing. Steinback K, Glogar D, Laszkovics A, Scheibelhofer W and Weber H (eds): Cardiac Pacing, Proceedings of the VII World Symposium on Cardiac Pacing, Vienna,Austria, May 1-5, 1983. Steinkopff Publishers; 345-352, 1983. P

36 Feindel CM, Tait GA, Wilson GJ, Klement P, MacGregor DC: Multidose blood versus crystalloid cardioplegia: Comparison by quantitative assessment of irreversible myocardial injury. J Thorac Cardiovasc Surg 87: 585-595, 1984. P

37 Prickaerts JP, Wilson GJ, Bayliss CE, Baffour R: Influence of fixative osmolality on the morphometric determination of extracellular space in normal and reperfused myocardium. J Micorscopy 135: 169-179, 1984. **P**

38 LeBlanc J, Arbus R, Williams WG, Moes CAF, Wilson GJ, Freedom RM, Trusler GA: Serous fluid leakage: A complication following modified Blalock-Taussig shunt. J Thorac Cardiovasc Surg 88: 259-262, 1984. **S**

39 Rowe RD, Rose V, Heilbut M, Wilson GJ: Kawasaki disease: An important cardiac disorder in children. Clinical Pediatrics, Vol 1. Common Pediatric Disorders: Metabolism, Heart Disease, and Trauma. Lifshitz F (ed), pp 143-159, Marcel Dekker, 1984. **S**

40 Rowe RD, Schuh S, Wilson GJ, Cook D, Rose V: Dilated and hypertrophic forms of cardiomyopathy in children. Clinical Pediatrics, Vol 1. Common Pediatric Disorders: Metabolism, Heart Disease and Trauma. Lifshitz F (ed), pp 161-187, Marcel Dekker, 1984. **S**

41 Miller SL, MacGregor DC, Margules GS, Bobyn JD and Wilson GJ: Theoretical Justification for Size Reduction of Porous-surfaced Electrodes. Aubert A and Ector H, (eds): Pacemaker Leads. Amsterdam: Elsevier Science Publishers; 57-62, 1985. **P**

42 Miller SL, MacGregor DC, Klement P, van Werven M and Wilson JG: Performance of a platinium-iridium porous-surfaced electrode. Aubert A and Ector H (eds) Pacemaker Leads. Amsterdam: Elsevier Science Publishers: 337-342, 1985. **P**

43 Wilson GJ, MacGregor DC, Klement P, Saulson SH and Pilliar RM: Porous metal surface coating for improved soft tissue fixation of pacemaker pulse generators. Auber A and Ector H (eds). Pacemaker Leads Amsterdam: Elsevier Science Publishers: 309-316, 1985. **P**

44 Klement P, del Nido PJ, Wilson GJ: The use of cardiac pacemakers in veterinary practice. Compendium on Continuing Education for the Practicing Veterinarian 6: 893-902, 1985. **P**

45 del Nido PJ, Wilson GJ, Mickle DAG, Klement P, Tait GA: The role of cardioplegic buffering in myocardial protection: A biochemical and histopathological assessment. J Thorac Cardiovasc Surg. 89: 689-699, 1985. **P**

46 Canny GJ, Arbus GS, Wilson GJ, Newth CJ: Fatal pulmonary hypertension following renal transplantation. Br. J. Dis. Chest. 79(2): 191-195, 1985. **S**

47 del Nido PJ, Williams WG, Wilson GJ, Coles JG, Moes CAF, Hosokawa Y, McLaughlin PR, Fowler RS, Izukawa T, Rowe RD, Trusler GA: Synthetic patch angioplasty for repair of coarctation of the aorta: experience with aneurysm formation. Circulation 74: (Suppl I) I-32 - I-36, 1986. **P**

48 Harris K, Walker PM, Mickle DAG, Harding R, Gatley R, Wilson G, Vandenberge H, Romaschin AD: Metabolic response and reoxygenation injury of reversibly and irreversibly ischemic skeletal muscle. Amer J Physiol (250, 2 Pt. 2) (Heart Circ Physiol 191): H213-H220, 1986. **S**

49 Mickle DAG, del Nido PJ, Wilson GJ, Harding RD, Romaschin AD: Exogenous substrate preference of the post-ischemic myocardium. Cardiovasc Res. 20: 250-263, 1986. **P**

50 Mickleborough LL, Wilson GJ, Weisel RD, Mackay CA, Seawright SJ, Ivanov J, Taqaki S, Akaqawa H, Houle S, McLaughlin PR, Baird RJ: Endocardial excision versus encircling endocardial ventriculotomy: a comparison of effects on ventricular structure and function. J Thorac Cardiovasc Surg 91: 779-787, 1986. **S**

51 Mickleborough LL, Wilson GJ, Rebeyka I and Gray G: Improved results with left ventricular assist versus intra-aortic balloon counterpulsation during early reperfusion after global myocardial ischemia. Surgical Forum, pp 208-210, 1986. **S**

52 Wilson GJ, Klement P and MacGregor DC: A comparison of the Dardik biograft with a reinforced ovine collagen tube vascular graft: Preliminary findings. Proceedings of the International Congress of Angiology, Athens, Greece, June 9-14, Edizioni Minerva Medica-Corse Bramante, Turin pp. 413-416, 1986. **P**

53 Friedell ML, Parsonnet V, MacGregor DC, Wilson GJ, Villaneuve A and Klement P: Initial experience with polyester mesh-reinforced ovine fibrocollagenous tubes as arterial xenografts in dogs. Proceedings of the International Congress of Angiology, Athens, Greece. June 9-14, Edizioni Minerva Medica-Corse Bramante, Turin pp. 607-610, 1986. **S**

54 Wilson GJ, MacGregor DC, Feitler DA, Klement P, Tillery BC and Miller SL: A comparison of macroporous and microporous pacing electrodes. Proceedings of IEEE Engineering in Medicine and Biology Society 8th Annual Conference: Frontiers of Engineering and Computing in Health Care. Vol 1. pp 20-22, 1986. **P**

55 Lee JM, Wilson GJ: Anisotropic tensile viscoelastic properties of vascular graft materials tested at low strain rates. Biomaterials 7:423-431, 1986. **P**

56 Nahon D, Lee JM, Wilson GJ: A two-dimensional incremental analysis of the static mechanical properties of vascular grafts. Clinical Materials 1:177-197, 1986. **P**

57 Benson LN, Freedom RM, Wilson GJ, Halliday WC: Cerebral complications following balloon angioplasty of coarctation of the aorta. Cardiovasc and Interventional Radiology 9:184-196, 1986. **S**

58 Miller SL, Krug R, Wesner W, Klement P, Wilson GJ, Feitler DA, Tillery BC and MacGregor DC: Carbon: The ideal material for cardiac pacing electrodes? Proceedings of the IEEE Engineering in Medicine and Biology Society 8th Annual Conference: "Frontiers of Engineering and Computing in Health Care - 1986" **S**

59 Kim MS, Wilson GJ, Holland FJ, Kovacs K: ACTH-producing microadenoma of the pituitary in a young female infant with Cushing's disease: report of a case including immunocytologic and ultrastructural studies. Pediatr Pathol 6(2-3): 151-159, 1986. **S**

60 Rebeyka IM, Coles JG, Wilson GJ, Watanabe T, Taylor MJ, Adler SF, Mickle DAG, Romaschin AD, Burrows FA, Williams WG, Trusler GA: The effect of low-flow cardiopulmonary bypass on cerebral function: An experimental and clinical study. Ann Thorac Surg 43:391-396, 1987. **P**

61 Mickleborough LL, Rebeyka IM, Wilson GJ, Gray G, Desrosiers A: A comparison of left ventricular assist and intra-aortic balloon counterpulsation during early reperfusion after ischemic arrest of the heart. J Thorac Cardiovasc Surg 93:597-608, 1987. **S**

62 Romaschin AD, Rebeyka I, Wilson GJ, Mickle DAG: Conjugated dienes in ischemic and reperfused myocardium: an in vivo chemical signature of oxygen free radical mediated injury. J Molec Cell Cardiol 19:289-302, 1987. **S**

63 Klement P, del Nido PJ, Mickleborough L, MacKay C, Klement G and Wilson GJ: Technique and postoperative management for successful cardiopulmonary bypass and open heart surgery in dogs. J Amer Vet Med Assoc 190:869-874, 1987. **P**

64 Klement P, Feindel CM, Scully HE, Mesher E, Klement G, del Nido P and Wilson GJ: Mitral valve replacement in Dogs: Surgical Technique and postoperative management. J Vet Surg 16:231-237, 1987. **P**

65 del Nido PJ, Mickle DAG, Wilson GJ, Benson LN, Coles JG, Trusler GA, Williams WG: Evidence of myocardial free radical injury during elective repair of tetralogy of Fallot. Circulation 76 (Suppl. V), V 174 - V 179, 1987. **S**

66 del Nido PJ, Benson LN, Mickle DAG, Kielmanowicz S, Coles JG, Wilson GJ: Impaired left ventricular post-ischemic function and metabolism in chronic right ventricular hypertrophy. Circulation (Suppl. V), V 168 - V 173, 1987. **P**

67 Smallhorn JF, Burrows P, Wilson GJ, Coles JG, Gilday DL, and Freedom RM: Two-dimensional and pulsed doppler echocardiography in the post-operative evaluation of total anomalous pulmonary venous connection. Circulation 76(2):289-305, 1987. **S**

68 Coles JG, Watanabe T, Wilson GJ, Benson LN, Kent GM, Mickle DAG, Romaschin AD, Villamater J, Ujc H, Williams WG, and Trusler GA: Age-related differences in the response to myocardial ischemic stress. J Thorac and Cardiovasc Surg 94:526-534, 1987. **P**

69 Teoh K, Christakis GT, Weisel RD, Madonik MM, Ivanov J, Warbick-Cerone A, Johnston LG, Cawthorn RH, Mullen JC, Glynn MFX, Wilson GJ and Salerno TA: Dipyridamole reduced myocardial platelet and leukocyte deposition following ischemia and cardioplegia: J Surg Res 42:642-652, 1987. **S**

70 Rowe RD, Rose V, Wilson GJ, Lightfoot N: Kawasaki disease: a measles cover-up? (letter) Can Med Assoc J 136(11): 1146, 1987. **S**

71 del Nido PJ, Mickle DAG, Wilson GJ, Benson LN, Weisel RD, Coles JG, Trusler GA, Williams WG: Inadequate myocardial protection with cold cardioplegic arrest during repair of tetralogy of Fallot. J Thorac & Cardiovasc Surg. 95(2): 223-229, 1988. **P**

72 Labbe R, Lindsay T, Gatley R, Romaschin A, Mickle D, Wilson GJ, Houle S, Walker P: Quantitation of post-ischemic skeletal muscle necrosis: Histochemical and radioisotope techniques. J Surg Res 44:45-53, 1988. **S**

73 Dasmahapatra HK, Coles GJ, Wilson GJ, Sherret H, Adler S, Williams WG, Trusler GA: Relationship between cerebral spinal fluid dynamics and reversible spinal cord ischemia during experimental thoracic aortic occlusion. J Thorac Cardiovasc Surg 95:920-923, 1988. **S**

74 Dasmahapatra HK, Wilson GJ, David SL, Kielmanowicz S, Kent G, Gokhale SN, Corczynski R, Shore A, Coles JG: A new technique of experimental heterotopic cardiac transplantation. Cardiovasc Res. 22 (4): 296-299, 1988. **S**

75 Axford-Gatley RA, and Wilson GJ: The "border zone" in myocardial infarction: An ultra-structural study in the dog using an electron-dense blood flow marker Amer J. Path. 131(3):452-464, 1988. **P**

76 Bjork VO, Wilson GJ, Sternlieb JJ and Kaminsky DB: The porous metal-surfaced heart valve. Long-term study without long-term anticoagulation in mitral position in goats. J Thorac and Cardiovasc Surg. 95:1067-1082, 1988. **P**

77 Koike K, Hesslein PS, Dasmahapatra HK, Wilson GJ, Finlay CD, David SL, Kielmanowicz S, Coles JG: Telemetric detection of cardiac allograft rejection: correlation of electrophysiological, histological, and biochemical changes during unmodified rejection. Circ. suppl I 78:I-106-I-112, 1988. **S**

78 Wilson GJ, Rebeyka IM, Coles JG, Desrosiers A, Dasmahapatra H, Adler S, Feitler D, Sherret H, Kielmanowicz S, Ikonomides J, Gatley RA, Taylor M,: Loss of somatosensory evoked response as an indicator of reversible cerebral ischemia during hypothermic, low-flow cardiopulmonary bypass Ann Thorac Surg 45:206-209, 1988. **P**

79 Ino T, Sherwood WG, Benson LN, Wilson GJ, Freedom RM, Rowe RD: Cardiac manifestations in disorders of fat and carnitine metabolism in infancy. J Am. Coll. Cardiol. 11(6) 1301-1308, 1988. S

80 Weygang ML, Lee JM, Wilson GJ, Klement P and Binnington AG: Static mechanical properties of helically constructed polyurethane vascular grafts before and after implantation. Mat Res Soc Symp Proc. vol 110: 63-69, 1989. P

81 Mickleborough LL, Ovil Y, Wilson GJ, Mishkel G, Tashiro T, Usui A, Rakowski H, Gray G and Goldman B: A simplified concept for a bileaflet atrioventricular valve that maintains annular-papillary muscle continuity. J Cardiac Surg. 4:58-68, 1989. S

82 Mickleborough LL, Wilson GJ, Harris L, Tashiro T, Parson I, Gray G: Balloon electric shock ablation. J Thorac Cardiovasc Surg. 97:135-146, 1989. S

83 Rebeyka IM, Wilson GJ, Axford-Gatley RA, Romaschin AD, Mickle DAG: Asanguinous reperfusion in a canine model of cardiopulmonary bypass and controlled post-ischemic work. Ann Thorac Surg. 48:397-403, 1989. P

84 Wilson GJ, Freedom RM, Koike K, Perrin D: The coronary arteries: anatomy and histology. In: Pulmonary Atresia with Intact Ventricular Septum (Freedom RM, ed). Futura, Mt. Kisco, N.Y., 1989. pp 75-88. P

85 Freedom RM, Wilson GJ: Endomyocardial abnormalities. In: Pulmonary Atresia with Intact Ventricular Septum (Freedom RM, ed). Futura, Mt. Kisco, N.Y., 1989: pp 89-100. S

86 Koike K, Perrin D, Wilson GJ, Freedom RM: Myocardial ischemia and coronary arterial involvement in newborn babies less than one week old with pulmonary atresia and intact ventricular septum. In: Pulmonary Atresia with Intact Ventricular Septum (Freedom RM, ed). Futura, Mt. Kisco, N.Y., 1989: pp 101-108. S

87 Wilson GJ, Axford-Gatley RA, Bush BG, Romaschin AD, Mickle DAG: European versus North American Cardioplegia: comparison of Bretschneider's and Roe's cardioplegic solutions in a canine model of cardiopulmonary bypass. The Thoracic & Cardiovascular Surgeon 38:10-14, 1990. P

88 Rebeyka IM, Axford-Gatley RA, Bush BC, del Nido PJ, Mickle DAG, Romaschin AD and Wilson GJ: Calcium paradox in an in vivo model of multidose cardioplegia and moderate hypothermia: Prevention with diltiazem or trace calcium levels. J Thorac Cardiovasc Surg: 99:475-483, 1990. P

89 Teoh KH, Mickle DAG, Weisel RD, Madonik M, Ivanov J, Harding RD, Romaschin AD, Wilson GJ and Mullen JC: The effect of lactate infusion on myocardial metabolism and ventricular function following ischemia and cardioplegia. Can J Cardiol 6(1): 38-46, 1990. S

90 Romaschin A, Wilson GJ, Thomas U, Tumiati L, Feitler DA and Mickle DAG: Subcellular distribution of phospholipid peroxidation products in reversibly ischemic and reperfused canine myocardium: Am J Physiol. 259: H116-H123, 1990. P

91 Burrows P.E. Freedom R.M., Benson L.N., Moes C.A.F. Wilson G, Koike K, Williams W.G.: Coronary angiography of pulmonary atresia, hypoplastic ventriculo–coronary communications. Am J Roetgen. 154:789-795, 1990. S

92 Caspi J, Herman SL, Coles JG, Benson LN, Radde I, Augustine J, Hamilton F, Castellarin S, Kumar R, Wilson GJ: Effects of low perfusate $Ca^{2+}$ concentration on newborn myocardial function after ischemia. Circulation Suppl. IV, Vol. 82 (5) IV-371-379, 1990. P