EXHIBIT C

## Quantification of Necrosis and Calcification in Sewing Ring Histological Sections from the 4-5 Week Sheep Study of Silzone

| Coated Samples | Necrosis* ($mm^2$) | Calcification* ($mm^2$) |
|---|---|---|
| KTMV-1 | 9.815 | 0.000 |
| KTMV-3 | 2.360 | 0.015 |
| LL-1 | 0.364 | 0.124 |
| LL-3 | 0.606 | 0.181 |
| Average = | 3.286 | 0.080 |
| Standard Deviation = | 4.443 | 0.087 |
| Standard Error of Mean = | 2.221 | 0.043 |

| UnCoated Samples | Necrosis* ($mm^2$) | Calcification* ($mm^2$) |
|---|---|---|
| KTMV-1 | 0.000 | 0.000 |
| KTMV-3 | 0.048 | 0.000 |
| LL-1 | 0.415 | 0.159 |
| LL-3 | 0.000 | 0.050 |
| Average = | 0.116 | 0.052 |
| Standard Deviation = | 0.201 | 0.075 |
| Standard Error of Mean = | 0.100 | 0.037 |
| p = | 0.249 | 0.647 |

* The result for each animal is an average of areas measured from the two or three (in the case of KTMV-1) histological sections obtained through the sewing ring.

The statistical comparison of the means (averages) are by Student's t-test. For $p > 0.05$, the means are <u>not</u> statistically significant.

EXHIBIT D