evaluated it, prior to this litigation since after 1981 because I was on staff at the Hospital for Sick Children and only really dealing with pediatric cases.

Q. Okay.

A. I can't be sure that I haven't seen one explanted in sort of the latter days of my residency training, but if so, it wouldn't have been many.

Q. Okay, turning your attention to Exhibit 21, can you apply the same grading system, your grading system, and let me know how you would grade this valve?

MR. BERMUDEZ: Steve, which side are you talking about?

MR. KOHN: Both.

MR. BERMUDEZ: Okay.

THE WITNESS: Well, to help me with that, what I am going to do is start with the side that actually has "Exhibit 21" marked on it. The pictures are actually in a --

BY MR. KOHN:

Q. That is the one that has the -- I don't know what that is.

A. Yes, it has the metal; it looks like forceps that are grasping it. So that is a good way of -- plus the occluder mechanism is completely closed.

A. I mean, other than looking at --

Q. And you are not aware of any other study with any better information, are you?

A. Well --

Q. Any other clinical study?

A. Well, there is the Cardiff study that has a smaller number of patients in it, but I have more confidence in general in the administration of that study, although I can't cite specifics.

Q. Well, you don't know anything about the administration of that study, do you?

A. Well, I know that Dr. Butchart is involved in that study, and from my knowledge of Dr. Butchart, my reading of his report of November 2005 in relation to the litigation, to me his analysis of the situation, his whole approach to me is confidence-inspiring. The fact that he has been a very important individual in terms of the Cardiff study gives me, in a general sense, a confidence in the data from that study.

Q. Well, there have been no paravalvular leaks in the Cardiff study in the Silzone patients; isn't that correct?

A. I don't -- I would have to look at -- sorry, over what period of time?

BY MR. KOHN:

Q. Assuming hypothetically that it is true, doesn't that fly in the face of your theory that silver is toxic and that Silzone patients have a higher prevalence of paravalvular leak?

A. No, I don't think so, because the numbers in the Cardiff study are smaller even than the numbers in the AVERT study. So from a statistical power perspective, there is even less statistical power in the Cardiff study than the AVERT study.

Q. So if AVERT is underpowered, then you would say that the Cardiff study is hopelessly underpowered; is that correct?

MR. BERMUDEZ: Object to form.

THE WITNESS: Well, I don't think I would use that term "hopelessly". But again, my opinion is that both are underpowered.

EXHIBIT NO. 26: Images of a heart valve.

BY MR. KOHN:

Q. Okay. Exhibit 26 is the same array of data, except this is for valve thrombosis instead of paravalvular leak. And I think, as you'll see, there have been three cases of valve thrombosis in the Silzone arm and none in the conventional arm, and all of the

you know -- how should I put it -- a fairly characteristic way of doing the coating. It is done by Spire Corporation. I'm not claiming that it is completely identical to the process used on the Silzone valve.

Q. Okay. And so you will concede that the process may well be different than what was used on the Silzone valve?

A. Well, I think it could be different in some details. Is it likely different in terms of the adherence of the silver to the -- the way in which the silver is coated, adherence of the silver to the fibers, basic nature of the process?

Q. You don't know?

A. I don't know in terms of the very fine details, but I think it is very likely to be substantially similar.

Q. Aren't you just making a speculative assumption when you say it is likely to be similar? You don't know?

A. I don't know for certain, that's true.

Q. Okay. Now, what was the material on the dialysis catheter that was being coated?

A. Silicone rubber.

Q. And that is not the same as Dacron, is it?

A. It is not, and that is one of the -- I do refer to that in my affidavit.

Q. All right.

A. Or it may not be in this affidavit, I think in a follow-up affidavit, perhaps maybe in June 2002; I think I was responding to some assertions that were being made by Dr. Schoen in an affidavit he produced subsequent to February 2002. That is my recollection. So I think I was responding to him in my June 2002 affidavit, and if it is --

Q. But in any case, you agree that the deposition of the silver on the catheters was on a different substrate than on the Silzone valve?

A. Yes, definitely, and I pointed this out in my June -- if not here, I pointed it out in my June 2002 affidavit.

Q. Now, on page 398 of the Fung paper in the section labelled "Conclusion" --

A. Yes, I'm looking at the Fung paper.

Q. It is on the very front; the "Conclusion" that is in the summary in the front.

A. Oh, okay, so I see that page, page 398.

curriculum vitae?

A. Yes.

Q. Could you turn to that and just point out to us which ones they are?

A. It is just taking me a moment to go through.

Okay, so this is the curriculum vitae I have appended to my February 7th, 2002, affidavit; it is the page marked as 258 in the upper right-hand corner, just in handwriting.

Q. Right.

A. And it is the lower end of the page -- anyway, page 13 is the number of the page at the bottom for the curriculum vitae.

And so the reference number is 103 with me as first author, and that is a paper that relates to that prosthesis, but again, this is at an early development stage of the prosthesis. It is not --

MR. BERMUDEZ: He just asked you to identify them.

THE WITNESS: Okay.

Okay, there is another paper, 138.

I think those were the two papers.

BY MR. KOHN:

Q. Okay, while we are on the subject

of your research, Doctor, you have never written anything on the subject of silver toxicity; is that correct?

A. That's correct.

Q. And the use of silver in implantable devices has not been one of your research interests; is that correct?

A. Yeah, I think that's true. That's true.

Q. In fact, are there any articles on your curriculum vitae that address the issue of the toxic effect of any biomaterial?

A. No, there are none.

MR. KOHN: All right, we are done. Thank you very much.

REDIRECT BY MR. BERMUDEZ:

Q. I just have a couple of questions.

Doctor, you are interested in giving complete answers to all of Mr. Kohn's questions, aren't you?

A. I am.

Q. And do you remember that Mr. Kohn asked you a question concerning the -- or a series of questions concerning the Fung study?

A. Yes, I do.

Q. And one of the questions he asked

PROVINCE OF ONTARIO )
TORONTO REGION )

I, the undersigned, declare under penalty of perjury that I have read the foregoing transcript, and I have made any corrections, additions or deletions that I was desirous of making;

That the foregoing is a true and correct transcript of my testimony contained therein.

________________________________
DR. GREGORY WILSON

Subscribed and sworn to before me this ____
day of ____________, 2006 at
________________________, __________________________.
(City) (Province)

________________________
(Notary Public)
My Commission Expires: ________________