ISSN 0966-8519

# Biocompatibility of Silver-Modified Polyester for Antimicrobial Protection of Prosthetic Valves

Katherine S. Tweden, J. Douglas Cameron, Anees J. Razzouk, William R. Holmberg, Sheila J. Kelly

*Reprinted from The Journal of HEART VALVE DISEASE*

*ICR Publishers*

# Biocompatibility of Silver-Modified Polyester for Antimicrobial Protection of Prosthetic Valves

Katherine S. Tweden, J. Douglas Cameron, Anees J. Razzouk[1], William R. Holmberg, Sheila J. Kelly

*St. Jude Medical, Inc., St. Paul Minnesota and [1]Loma Linda University School of Medicine, Loma Linda, California, USA*

*Background and aims of the study:* The biocompatibility of a silver-coated polyethylene terephthlate (PET, polyester) fabric for the inhibition of prosthetic valve endocarditis (PVE) associated with mechanical heart valves (MHVs) was assessed. The infrequency of PVE is outweighed by mortality rates commonly exceeding 50%. These high mortality rates have been attributed to the poor effect of antibiotic therapy on colonized valves and infected myocardial tissue. Silver has been used as an antimicrobial for centuries due to its general effectiveness and relative lack of toxicity. Our previous work has shown PET polyester fabric coated with metallic silver by an ion beam-assisted deposition (IBAD) process to: (i) be effective in vitro in the inhibition of microbial attachment and colonization; (ii) be tightly adherent and low leaching; and (iii) promote tissue ingrowth and the organization of tissue pannus in a short-duration (five weeks) sheep mitral mechanical heart valve model.

Methods: This paper addresses additional biocompatibility assessment consisting of a cell compatibility assay in which serum extracts of silver-coated fabric were exposed to fibroblasts for 48 hours, after which cell viability and function were measured. The amount of silver in the extract was measured using elemental analysis techniques.

*Results:* No signs of toxicity were seen in the cells until the extract concentration reached 1200 p.p.m. Ten-week duration mechanical valve replacement studies in sheep with uncoated or coated polyester sewing cuffs showed comparable tissue ingrowth and mature pannus with a suggestion of a thinner pannus on the silver-coated fabric. Additional antimicrobial testing confirmed the effectiveness of this coating in inhibiting colonization of polyester fabric.

*Conclusions:* These current results, together with the earlier data, suggest that IBAD silver coating on polyester facilitates healing and may provide protection against PVE.

The Journal of Heart Valve Disease 1997;6:553-561

All mechanical heart valve (MHV) recipients are at risk of developing prosthetic valve endocarditis (PVE). Reported rates of PVE after MHV replacement range from 1 to 4% (1). However, the relative infrequency of this complication is outweighed by mortality rates which range from 30-80% for early-onset PVE (first 60 days post-implantation), to 20-40% for late-onset PVE (2). The poor prognosis of early-onset PVE is attributed to the virulence of the infecting organisms and to incomplete sewing cuff healing, resulting in a larger area of exposed foreign material. The early-onset infection is most likely initiated during the intraoperative period (3,4). Late infection is most likely due to postoperative bacteremia caused by non-cardiac surgical manipulation at distant sites (4). The factors essential for establishing an infection in a completely healed cuff are uncertain but may include the fragility of the tissues comprising the neopannus, damage to the neopannus by perivalvular leakage, or direct damage to contiguous myocardium. The most frequent site of infection for MHVs is the valve sewing cuff (4). Persons with PVE are at a five-fold higher risk of recurrence than those without a history of PVE (1).

Consensus has not been reached concerning the replacement prosthesis of choice for the treatment of native valve endocarditis (NVE) or PVE. Many prefer homografts for the treatment of cardiovascular infections (5,6). However, homografts are technically demanding to implant and only a limited supply of a few size options is available. Homografts are also prone to structural failure as a result of calcification.

Silver nitrates and silver sulfadiazine are widely used to inhibit infections of cutaneous and thermal

Presented in part at the 3rd Baltic Sea Conference, Cardiac Interventions, Vilnius, Lithuania, June 1997 and 4th Symposium on Modern Concepts in Endocarditis and Cardiovascular Infections, Yverdon-les-Bains, Switzerland, May 1997

Address for correspondence:
William R. Holmberg, St. Jude Medical, Inc., One Lillehei Plaza, St. Paul, MN 55117, USA

© Copyright by ICR Publishers 1997

J Heart Valve Dis
Vol. 6. No. 5
September 1997

wounds (7). Although silver has been used for centuries for the treatment of infections, only recently has it been applied to medical devices, including indwelling catheters and cuffs (8), sutures (9), vascular grafts (10) and orthopedic devices (11). Notably, silver has shown promise in inhibiting both infections and thrombus formation on ion beam-assisted deposition (IBAD) silver-modified indwelling catheters (12).

We have reported previously that IBAD silver-treated polyethylene terephthlate (PET) polyester caused a 97% reduction in microbial adhesion when challenged both statically and dynamically with a variety of microorganisms known to cause PVE and NVE (13). Evaluation of a short-duration, preliminary sheep mitral valve model suggested a comparable degree of tissue ingrowth of uncoated and coated fabric; however, a more organized, thinner pannus (more mature) formed on the silver-coated fabric. Surface analytical data showed that the outermost 15 A of the IBAD silver-coated fabric surface was organic and similar to the underlying polyester substrate (13).

This current study was undertaken to assess further the biocompatibility of IBAD silver-coated PET polyester for use in sewing cuffs of St. Jude Medical[R] mechanical heart valve SJM[R] Masters Series prostheses (SJM Masters Series valve) for the inhibition of PVE.

## Materials and methods

### Fabric modification

PET polyester fabric (Meadox double velour, uncrimped, scoured and heat-set, Meadox Medicals, Inc., Oakland, NJ) was either coated with metallic silver using the patented IBAD Spi-Argent™ process developed by Spire Corporation (Bedford, MA) or used as received. A nominal 3000 A-thick coating has been engineered substantially to mediate silver release yet to provide an adherent, long-lasting antimicrobial surface. Clinical grade, 25 mm SJM Masters Series valve prostheses with either coated or uncoated PET polyester sewing cuffs were used for the mitral valve replacement model. All materials were sterilized using steam for 40 min at 121°C, 17 p.s.i. (1.2 bar).

### Cell toxicity extraction assay

The assay was adapted from that described by Liedberg and Lundeberg (14). The exceptions are as follows. The assay was repeated three times. Pieces of both uncoated and coated polyester fabric (10 $cm^2$) were steam-sterilized and incubated in 10 ml of fibroblast growth medium (FGM-2, Clonetics) with rotation at 100 r.p.m. at 37°C for 48 h. The resultant extract was then diluted with FGM-2 to give final concentrations of 20, 40, 70, 80, 85, 90, 95 and 100%. Human dermal fibroblasts (Clonetics NHDF4067, passage no. 7) were grown to confluency in chamber slides, subjected to 2 ml of the extract prepared at the various dilutions and incubated for another 48 h. The Live/Dead Eukolight viability assay kit (Molecular Probes, Eugene, OR, L-3224) was used to assess the effect of the extract on the viability of the cells. Positive and negative controls (cells exposed to 70% ethanol for 10 min and cells exposed to media only, respectively) were prepared at the same time.

Briefly, this assay is a two-color fluorescence cell viability assay based on two probes that measure two recognized parameters of cell viability; namely, intracellular esterase activity and plasma membrane integrity. Intracellular esterase activity is measured by the enzymatic conversion of the non-fluorescent cell-permeant calcein AM to the intensely fluorescent calcein and results in an intense green fluorescence at 530 nm, indicating live cells. Ethidium homodimer crosses damaged membranes and binds to nucleic acids and produces a red fluorescence (>600 nm) in dead cells. Cells were exposed to 1 ml of dye containing 10 µM ethidium homodimer and 8 µM calcein AM for 2.5 h at 37°C, rinsed with phosphate-buffered saline and stored in the dark until analysis with a Nikon Optiphot microscope with epifluorescence using a xenon light source.

The level of silver in the extract was quantitated using an inductively coupled plasma (ICP) atomic emission spectrometer (Atom Scan 16, Thermo Jarrell Ash, Franklin, MA). Standard curves were prepared using 10,000 parts per million (p.p.m.) NIST silver in 14% nitric acid. The range was from 0 to 2000 parts per billion (p.p.b.). All samples were lyophilized and then hydrolyzed in 17.5% nitric acid at 115°C for 24 h. The samples were diluted to 14% nitric acid before analysis. The quantitation limit was 25 p.p.b.

### Microbial challenge studies

The coated and uncoated fabric were challenged by *Aspergillus niger* (ATCC 16404), *Escherichia coli* (ATCC 8739), *Serratia marcescens* (ATCC 29635), *Candida tropicalis* (ATCC 750), *Streptococcus mitis* (ATCC 6249), and *Streptococcus bovis* (ATCC 27960) using the New York State (NYS) 63 bacteriostatic assay. The NYS63 test method for bacteriostatic activity consisted of incubating $2 \times 10^4$ to $1 \times 10^5$ colony-forming units (CFUs) of each organism in a humidified atmosphere with 1-inch (25-mm) squares of uncoated and coated fabric at 37°C for 24 h. The samples were diluted with 99 ml of Letheen broth and vigorously shaken for 1 min. Serial dilutions were plated on nutrient agar, incubated again for 24-48 h and counted. The percentage reduction of each organism was determined. Five replicates were performed in each assay.

A final bioactivity assay consisted of incubating 1 x 1 $cm^2$ pieces of coated and uncoated fabric for 48 h at 30-

J Heart Valve Dis
Vol. 6. No. 5
September 1997






*Figure 1: Scanning electron micrographs of a) uncoated polyester and b) silver-coated polyester response to A. niger, magnification bar = 25 μm and c) uncoated polyester and d) silver-coated polyester response to C. albicans. Magnification bar = 5 μm.*

35°C in 10 ml of tryptic soy broth (TSB) inoculated with 10-100 CFU of either *A. niger* or *Candida albicans* (ATCC 10231). Specimens were rinsed in saline, fixed in 2% buffered glutaraldehyde, serially dehydrated with ethanol, dried with hexamethyldisilazane, coated with a gold-palladium film and imaged using scanning electron microscopy (Hitachi 450, Hitachi, Tokyo, Japan) to assess the nature of organism interaction with the fabric.

### Cardiac valve replacement (CVR) model

The previous in vivo analysis of this sewing cuff modification consisted of determining the tissue and blood interaction to mitral mechanical heart valves with half-coated and half-uncoated sewing cuffs implanted for five weeks. This additional study assessed the tissue ingrowth characteristics after ten weeks in vivo in the sheep model. All animal care complied with the *Principles of Laboratory Animal Care* and *The Guide for the Care and Use of Laboratory Animals*, NIH Publication No. 82-23, 1985. All protocols were approved by the facility's animal care committee. SJM Masters Series valves with either silver-coated (n = 6) or uncoated (n = 3) polyester cuffs were implanted in the mitral position of nine Western cross sheep, each weighing approximately 25 kg. The native mitral valve was left intact. No anticoagulants were given postoperatively. Prophylactic antibiotics were given for 7-10 days postoperatively. The valves were sutured into the annulus using interrupted horizontal mattress sutures of 2-0 Ethibond XL with Teflon felt reinforcing pledgets.

J Heart Valve Dis
Vol. 6. No. 5
September 1997




*Figure 2: a) Fibroblasts exposed to 85% silver-coated polyester extract. b) Fibroblasts exposed to 100% silver-coated polyester extract; arrows show cells with damaged membranes (red). 125 x original magnification.*

Whole blood samples were drawn before implantation and at one and three days and 1, 2, 4, 8 and 10 weeks postoperatively and assayed for silver using elemental analysis with a graphite furnace atomic absorption spectrometer (4100ZL, Perkin-Elmer, Norwalk, CT). Calibration curves were prepared using 1000 µg/ml silver in 2% nitric acid. The range was from 0 to 18 µg/l. All samples were ashed at 500°C for 8 h. The remaining ash was digested using 5% nitric acid, 5% perchloric acid and 20% hydrochloric acid. For a 2 g sample, the quantitation limit was 1.2 p.p.b.

At ten weeks postimplantation, the valves were explanted after the animals were systemically anticoagulated with 300 units heparin/kg bodyweight and euthanized. Standard preoperative, intraoperative and postoperative techniques and husbandry methods are described elsewhere (15). Explanted valves were fixed in McDowell-Trump's fixative after rinsing with saline and analyzed macroscopically and histologically for tissue reaction. Sewing cuff histology samples were retrieved 90° away from the pivot guards. The thickness of the tissue (pannus) covering the sewing rings was measured using a calibrated reticle. Foreign body response (FBR) and fibrous tissue integration (FTI) were measured using semi-quantitative scales with a minimum of 0 (mild response) and maximum of 4 (marked response). A score of 2 for FTI was defined as approximately 50% of the fibers of a representative field have a fibroblast nucleus interposed between the fibers of the sewing cuff. Scores above and below 2 were graded in increments of 25%. The reaction of the pledget was not considered in this evaluation.

## Results

The NYS 63 bacteriostatic assay showed that the organism count was reduced by ≥96% for most organisms in contact with the IBAD silver-coated fabric (Table I). The relatively large reduction of *A. niger* on uncoated fabric indicates that this organism is sensitive to the test method, especially in light of the results reported below. The static incubation test showed that the IBAD silver coating dramatically inhibited the colonization of polyester fabric by *A. niger* and *C. albicans* (Fig. 1a-d). The difference in growth between the uncoated and coated polyester was especially evident with *A. niger*, in which the uncoated fabric was covered with a 1-mm thick mat of growth. Significantly, growth on the uncoated fabric was evident grossly as opaque slime-like areas, whereas no macroscopic growth was seen on the coated fabric (data not shown).

The cell toxicity extraction assay showed no fibroblast cell death until the extract concentration was 90%, which corresponded to a silver concentration of 1.2 p.p.m. Representative fluorescence micrographs of cells exposed to extracts ≤85% and to 100% extract are shown in Figs. 2a and 2b, respectively. Even at 100% extract, <5% of the cells showed evidence of a damaged cell membrane. Also evident in these micrographs is the denser cellularity and greater orientation of fibroblasts exposed to ≤85% extract compared with those exposed to higher levels (Fig. 2b).

Representative gross macrographs and histology from the CVR study are shown in Fig. 3. The gross reaction was similar for both the uncoated and coated valves (Figs. 3a and 3b). All cuffs were completely healed at this time period. One valve with a coated cuff showed pannus overgrowth sufficient to immobilize one leaflet. While the exact cause of the overgrowth is uncertain, independent gross evaluations identified excessively long suture tails that extended into the pivot recesses as the probable cause of this tissue reaction (J. Douglas Cameron MD, Hennepin County Medical Center, Minneapolis, MN and C. Walton Lillehei MD PhD, St. Paul, MN, personal communications). Significantly, there was a thin, organized pannus 180°

J Heart Valve Dis
Vol. 6. No. 5
September 1997



*Table I: Microbial challenges.*

| Organism | NYS 63 Mean ± S.D. reduction (%) | |
|---|---|---|
| | Polyester | Polyester/Ag |
| *E. coli* | NR | 95.8 ± 7.9 |
| *A. niger* | 45.2 ± 15.9 | 87.4 ± 10.5 |
| *S. marcescens* | NR | 99.6 |
| *S. mitis* | 10.7 ± 14.6 | 99.7 |
| *S. bovis* | NR | 99.8 |
| *C. tropicalis* | 29.2 ± 1.8 | 99.6 ± 0.2 |

NR: No reduction.

away from the overgrown tissue. No other valves with coated cuffs (ten were analyzed from both the five- and ten-week studies) showed evidence of excessive pannus overgrowth (13). Quite the contrary, these studies suggested that the pannus organized more quickly and was thinner overall on the coated cuffs than on the uncoated cuffs, i.e. a more mature state of tissue reaction, as discussed below. Histopathologic characteristics are shown in Table II. The foreign body giant cell response was shown to be similar for both cuffs. There was a suggestion that the fibrous tissue integration was more advanced in the silver-coated cuff. The results also suggested that pannus thickness was thinner on the coated cuffs. Histologic sections of the sewing cuffs of the valves shown in Figs. 3a and 3b are shown in Figs. 3c and 3d, respectively. A thicker, more random, lamellar pannus is seen in the uncoated cuff (Fig. 3c) compared with the more organized pannus over the coated cuff (Fig. 3d). The coated cuff pannus was characterized by a thin, highly organized, non-vascularized lamellar pattern.

The blood silver levels are shown in Fig. 4. Silver release was seen to rise for up to three days postimplantation, but then fall continually until reaching baseline.

## Discussion

The antimicrobial benefits of silver have long been established; however, devices and medications that contain silver must be carefully designed so as to avoid silver toxicity syndrome. This syndrome has been reported to occur at levels as low as 300 p.p.b. and presents as argyria (blue skin pigmentation) and leukopenia, and toxicity to kidney, liver and neurologic tissues (7). The current results show that, in vivo, no more than approximately 20 p.p.b. silver is released, such levels being 15-fold below the lowest reported level causing toxicity. These results were corroborated by earlier reported in vitro silver leaching studies which suggested that after clearance by the body (90% of absorbed silver is cleared by the liver), only 5 p.p.b. would remain

*Table II: Histopathologic evaluation of explanted sewing cuffs.*

| Parameter | Silver-coated (n = 6) | Uncoated (n = 3) |
|---|---|---|
| Foreign body response | 2.5 ± 0.55 | 2.67 ± 0.29 |
| Fibrous tissue integration | 2.75 ± 0.53 | 2.17 ± 0.29 |
| Pannus thickness* (μm) | 327 ± 182 | 568 ± 252 |

*Pannus thickness of inflow surface of cuff. No differences are significant using Student's t test and Mann-Whitney rank sum test (for FBR).

in the serum. Figure 4 also shows that there was a steady release of silver for the first three days, after which the level began to fall, reaching baseline by ten weeks postimplantation. The in vitro data that we collected previously confirmed this trend of a higher rate of silver release during the first three days, followed by minimal release.

The effectiveness of silver as an antimicrobial for organisms known to cause PVE was further confirmed in this study. This work showed a significantly greater reduction in *A. niger*, *E. coli*, *Serratia marcescens*, *C. tropicalis*, *Strep. mitis* and *Strep. bovis* colonization on silver-coated fabric than that seen on uncoated fabric. Previous work showed that silver-coated polyester was effective in reducing bacterial colonization of *Staphylococcus epidermidis*, *Streptococcus pyogenes*, *C. albicans*, *Pseudomonas aeruginosa* and *Staphylococcus aureus*. Silver has been shown in vitro to inhibit microorganisms by binding to microbial DNA and preventing replication, and by binding to the sulfhydryl groups of crucial metabolic enzymes, resulting in denaturation and inactivation of those enzymes (16,17). Silver toxicity in higher organisms and man is minimal because of its slow absorption and high reaction rate with chloride ion, proteins and sulfhydryl groups (16).

The cell extraction assay was useful in determining the effect of various concentrations of silver which leached from the coated fabric on cellular activity. The extracting conditions of the assay were demanding. In a MHV application, the amount of coated fabric tested would have been in a larger volume of fluid (x 150), exposing individual cells to much less silver than seen in this assay. Despite the severity of the conditions, no cytopathologic effects were present in cells exposed to 85% extract or less. These conditions corresponded to <1200 p.p.b. silver and only a minimal toxicity was seen above that level, further demonstrating the non-toxicity of the IBAD silver coating. Metallic silver has been shown to be less cytotoxic than silver salts. Specifically, one group showed, by a tritiated-thymidine uptake assay with mouse fibroblasts, that extracts of silver nitrate were more cytotoxic than metallic silver (14). This difference in toxicity is due to the greater ion-

J Heart Valve Dis
Vol. 6. No. 5
September 1997




*Figure 3: Gross macrographs of ten-week explants of mechanical heart valves with a) uncoated polyester cuff, b) silver-coated polyester cuff. Respective histologic sections of explanted valve sewing cuffs shown above with c) uncoated polyester cuff and d) silver-coated cuff. Arrows bracket pannus thickness; hematoxylin and eosin stain; 125 x original magnification.*

ization rate of silver salts than metallic or oxide forms of silver.

The blood compatibility of this coating for cardiovascular applications was evident by the results of the additional ten-week and five-week CVR studies reported earlier. In no case in the ten valves implanted with either half-coated or fully coated cuffs was excessive thrombosis seen to be associated with the coating on the sewing cuff. Heart valve prosthesis sewing cuffs are intentionally designed to promote aggressive tissue ingrowth; however, a balance is needed between the thrombotic response necessary for healing of the cuff and an excessive thrombosis that causes abnormal valve function. It has been shown that close to half of all emboli in mitral valve recipients of bioprosthetic valves occur during the first 12 weeks after implanta-

J Heart Valve Dis
Vol. 6. No. 5
September 1997






*Figure 4: Blood silver levels in sheep from a ten-week mechanical heart valve study.*

tion (18,19).This high, early embolic rate was suggested to be due to incomplete host tissue coverage of the sewing cuff (18,19). In support of this postulation, animal models have shown quantitatively that sewing cuffs have a higher propensity for platelet deposition and thrombus formation prior to tissue incorporation than the rest of the valve components (20). The sewing cuffs become thromboresistant once endothelialization occurs. However, endothelialization follows the deposition of thrombus and its replacement by smooth muscle cells and fibroblasts (21). Complete healing of the cuff (defined as an endothelialized tissue) also provides protection from infection (22).

The 10-week study, together with the five-week CVR study, suggested that pannus formation and tissue ingrowth was facilitated by this silver coating (Table I). Additional histologic sections from the five-week study are shown in Fig. 5 (13). Figure 5 illustrates the dramatic contrast in the healing response seen between uncoated and coated cuffs in the five-week study. Calcification was seen on the uncoated side of the cuff (Fig. 5a), but not on the coated side (Fig. 5b). The coated portion of the cuff was covered by a very thin pannus that consisted of cells oriented in a lamellar pattern. The pannus of the uncoated side in general was composed

A




B




*Figure 5: Histologic sections of mechanical heart valve explanted at five weeks of a) uncoated region of cuff demonstrating calcification (C) and b) silver-coated region; 125 x original magnification; hematoxylin and eosin stain. Data from (13).*





*Figure 6: Scanning electron micrographs of explanted polyurethane indwelling catheter in situ for 64 days. a) Uncoated interior and b) IBAD (Spi-Argent) -coated exterior; magnification bar = 15 µm. Cracking artifacts are from flattening of the substrate before analysis. Micrographs courtesy of Dr. Rolf Bambauer and Spire Corporation.*

of more randomly oriented lamellae (13). In this short-duration study, cuff calcification was seen in 50% of the control cuff halves. In the ten-week study, thicker pannus formed on all of the cuffs than had occurred after five weeks. The pannus was characterized by fully mature, organized tissue with no evidence of calcification in either the uncoated or coated cuffs. The ten-week study showed that both the uncoated standard cuff and silver-coated cuff reach the same endpoint of fully healed, functional pannus. Although the number of valves implanted was small, there is a suggestion that the pannus formed on the coated cuff was thinner. A thinner cuff is compatible with a milder thrombotic response to the cuff. As discussed below, the IBAD (Spi-Argent™) coating has demonstrated thromboresistance in other cardiovascular applications.

The blood compatibility of IBAD Spi-Argent silver has been demonstrated with long-term indwelling catheter devices by Bambauer and colleagues (12). Specifically, this group showed a decrease in thrombotic deposits on silver-coated silicone catheters for extracorporeal detoxification applications in which the catheters were placed in the jugular or subclavian veins. Recently, this group reported a large follow up clinical study of large-bore catheters for extracorporeal detoxification that showed a drop in bacterial colonization rates from 45% for uncoated polyurethane catheters to 13% for Spi-Argent-coated catheters (23). In addition, this study further confirmed the trend of little to no macroscopic thrombus build-up on the coated catheters. Using scanning electron microscopy, Bambauer and colleagues also reported finding no thrombotic deposits on coated catheters in place for more than 2 months. Figure 6 shows the difference in thrombus deposition on the inside and outside of one polyurethane catheter from this clinical study that was coated only on the outside with Spi-Argent. The thrombus on the uncoated inside of the catheter (Fig. 6a) is characterized by fibrinous deposits with entrapped erythrocytes, platelets and leukocytes, whereas the coated outside of the catheter (Fig. 6b) is devoid of any deposition. This catheter had been in place for 64 days.

The biocompatibility of the IBAD silver-coated sewing cuff was further confirmed both in vitro and in vivo. The cell compatibility of the silver coating was shown to be directly related to the amount of silver to which cells are exposed on a microscopic level. Extracts of IBAD silver-coated polyester were shown to support cell viability and function at silver levels below 1200 p.p.b. Current and previous studies showed blood silver levels from MHVs with IBAD silver-coated cuffs to be 15-fold lower than the lowest level reported to cause toxicity in vivo (300 p.p.b.). Long-term CVR studies showed that both uncoated and IBAD silver-coated cuffs result in completely healed, organized cuffs despite the fact that calcification was seen in control cuffs implanted for shorter periods of time. The silver-coated cuffs were covered with a thin, ideal pannus in these long-term studies. The data strongly suggested that IBAD silver facilitates controlled tissue ingrowth and thin, ideal pannus formation, potentially by minimization of the thrombotic response to the cuff; however, additional studies are needed to test this hypothesis. We have shown previously that this coating is tightly adherent, low-leaching and effective in inhibiting colonization of the fabric by microorganisms known to cause PVE. Evaluation of the IBAD silver coating on PET polyester has shown that surface contact antimicrobial benefits are obtained with ionization rates that result in minimal serum silver levels, thereby providing protection against silver toxicity (13). These data suggest that IBAD silver coating on polyester mechanical heart valve sewing cuffs facilitates healing and should be investigated further as a new option to the cardiac surgeon for the treatment of NVE or PVE.

**Acknowledgments**

Sincere thanks are extended to Matt Ogle (St. Jude Medical, Inc.) for performing the elemental analysis, Andrea Johnson (St. Jude Medical, Inc.) for performing the static incubation microbial challenge, Dr. Rolf Bambauer (University of Saarland, Homburg/Saar, Germany) and Ray Bricault (Spire Corporation, Bedford, MA) for providing electron micrographs of the clinical explants, and the animal research staff at Loma Linda University (H. Izutani MD, H. Xu MD, G. Visbal, J. Ivy, J. Smallwood, N. Holmquist). Several of the gross specimens were reviewed by Dr. Frederick J. Schoen (Brigham and Women's Hospital and Harvard Medical School, Boston, MA).

**References**

1. Schoen FJ. Valvular Heart Disease. In: Schoen FJ (ed) Interventional and Surgical Cardiovascular Pathology. WB Saunders Company, Philadelphia, PA, 1989:109-171
2. Vongpatanasin W, Hillis LD, Lange RA. Prosthetic heart valves. N Engl J Med 1996;335:407-416
3. Kluge RM, Calia FM, McLaughlin JS, Hornick RB. Source of contamination in open heart surgery. JAMA 1974;230:1415-1418
4. Cowgill LD, Addonizio VP, Hopeman AR, Harken AH. A practical approach to prosthetic valve endocarditis. Ann Thorac Surg 1987;43:450-457
5. Vogt PR, von Segesser LK, Goffin Y, et al. Eradication of aortic infections with the use of cryopreserved arterial homografts. Ann Thorac Surg 1996;62:640-645
6. Vogt PR, von Segesser LK, Jenni R, et al. Emergency surgery for acute infective aortic valve endocarditis: Performance of cryopreserved homografts and mode

of failure. Eur J Cardiothorac Surg 1997;11:53-61
7. Wan AT, Conyers RAJ, Coombs CJ, Masterton JP. Determination of silver in blood, urine, and tissues of volunteers and burn patients. Clin Chem 1991;37:1683-1687
8. Jansen B, Rinck M, Wolbring P, Strohmeier A, Jahns T. In vitro evaluation of the antimicrobial efficacy and biocompatibility of a silver-coated central venous catheter. J Biomater Applications 1994;9:55-70
9. Gravens DL, Margraf HW, Butcher HR, Ballinger WF. The antibacterial effect of treating suture with silver. Surgery 1973;73:122-127
10. Kinney EV, Bandyk DF, Seabrook GA, Kelly HM, Towne JB. Antibiotic-bonded PTFE vascular grafts: The effect of silver antibiotic on bioactivity following implantation. J Surg Res 1991;50:430-435
11. Cannas M, Tobin EJ, Sioshansi P, Masse A, Rizzo E. Bacterial colonization of silver modified pins surfaces for external fixation: In vitro preliminary observations. Fifth World Biomater Congress Trans 1996:163
12. Bambauer R, Mestres P, Schiel R, Sioshansi P. New surface-treatment technologies for catheters used for extracorporeal detoxification methods. Dialysis Trans 1995;24:228-237
13. Tweden KS, Cameron JD, Razzouk AJ, et al. Silver modification of polyethylene terephthalate textiles for antimicrobial protection. ASAIO J. in press
14. Liedberg H, Lundeberg T. Assessment of silver-coated urinary catheter toxicity by cell culture. Urol Res 1989;17:359-360
15. Irwin ED, Clack R, Lang G, et al. Long-term evaluation of prosthetic mitral valves in sheep. J Invest Surg 1993;6:133-141
16. Grier N. Silver and its compounds. In: Block SS (ed). Disinfection, Sterilization and Preservation, Lea & Febiger, Philadelphia, 1977:395-407
17. Petering HG. Pharmacology and toxicology of heavy metals: silver. Pharmacol Ther A 1976;1:127-130
18. Perier P, Swanson J, Takviti, A et al. Comparison of thromboemboli and anticoagulant-related complications after aortic valve replacement using Starr-Edwards, Björk-Shiley and porcine valve prostheses. In: Bodnar E, Yacoub M (eds). Biologic and Bioprosthetic Valves. York Medical Books, New York, 1986:511-520
19. Oyer PE, Stinson EB, Miller DC, et al. Clinical analysis of the Hancock porcine bioprosthesis. In: Cohn LH, Gallucci V (eds). Cardiac Bioprostheses. York Medical Books, New York, 1982:539-551
20. Dewanjee MK. Methods of assessment of thrombosis in vivo. Ann N Y Acad Sci 1987;516:541-571
21. Bull B, Fuchs JC, Braunwald NS. Mechanism of formation of tissue layers on the fabric lattice covering intra-vascular prosthetic devices. Surgery 1969;65:640-648
22. Moore WS, Malone JM, Keown K. Prosthetic arterial graft material. Influence on neointimal healing and bacteremic infectibility. Arch Surg 1980;115:1379-1385
23. Bambauer R, Mestres P, Schiel R, et al. Efficacy of surface treated large-bore catheters (Spi-Argent) and untreated catheters for extracorporeal detoxification methods. ASAIO J, in press

**Acknowledgment**

Dr. Zhou acknowledges the receipt of an ASAIO Fellowship Award.

**References**

1. David TE, Ropchan GC, Butany JW: Aortic valve replacement with stentless porcine bioprostheses. *J Cardiac Surg* 3: 501–505, 1988.
2. Sung HW, Le TN, Kingsbury CJ, Quintero LJ, Myers KE, Quijano RC: In vitro pulsatile flow evaluation of a stentless porcine aortic bioprosthesis. *ASAIO J* 41: 89–84, 1995.
3. Eberhardt CE, Yoganathan AP, Capps M, Toomes C: Hydrodynamic performance of the Medtronic freestyle aortic root bioprosthesis, in Piwnica A, Westaby S (eds), *Stentless Bioprostheses*, Oxford, ISIS Medical Media, 1995, pp. 48–57.
4. Konertz W, Hamann P, Schwammenthal E, Breithardt G, Scheld HH: Aortic valve replacement with stentless xenografts. *J Heart Valve Dis* 1: 249–252, 1992.
5. David TE, Bos J, Rakowski H: Aortic valve replacement with the Toronto SPV bioprosthesis. *J Heart Valve Dis* 1: 244–248, 1992.
6. Westaby S, Amarasena N, Ormerod O, Amarasena GA, Pillai R: Aortic valve replacement with the freestyle stentless xenograft. *Ann Thorac Surg* 60: S422–S427, 1995.
7. Dossche K, Vanermen H, Daenen W, Pillai R, Konertz W: Hemodynamic performance of the PRIMA Edwards stentless aortic xenograft: early results of a multicenter clinical trial. *Thorac Cardiovasc Surg* 44: 11–14, 1996.
8. Del Rizzo DF, Goldman BS, Christakis GT, David TE: Hemodynamic benefits of the Toronto Stentless Valve. *J Thorac Cardiovasc Surg* 112: 1431–1146, 1996.
9. David TE, Feindel CM, Bos J, Sun Z, Scully HE, Rakowski H: Aortic valve replacement with a stentless porcine aortic valve: a six-year experience. *J Thorac Cardiovasc Surg* 108: 1030–1036, 1994.
10. Westaby S, Amarasena N, Long V, *et al.*: Time-related hemodynamic changes after aortic replacement with the freestyle stentless xenograft. *Ann Thorac Surg* 60: 1633–1639, 1995.
11. Imamura E, Sawatani O, Koyanagi H, Noishiki Y, Miyata T: Epoxy compounds as a new cross-linking agent for porcine aortic leaflets: subcutaneous implant studies in rats. *J Cardiac Surg* 4: 50–57, 1989.
12. Xi T, Ma J, Tian W, Lei X, Long S, Xi B: Prevention of tissue calcification on bioprosthetic heart valve by using epoxy compounds: a study of calcification tests in vitro and in vivo. *J Biomed Mater Res* 26: 1241–1251, 1992.
13. Myers DJ, Nakaya G, Girardot MN, Christie GW: A comparison between glutaraldehyde and diepoxide-fixed stentless porcine aortic valves: biochemical and mechanical characterization and resistance to mineralization. *J Heart Valve Dis* 4: S98–S101, 1995.
14. Okoshi T, Noishiki Y, Tomizawa Y, *et al.*: A new bioprosthetic cardiac valve with reduced calcification. *ASAIO Trans* 36: M411–M414, 1990.
15. Sung HW, Tu R, Shen SH, *et al.*: A newly developed porcine heart valve bioprosthesis fixed with an epoxy compound: an experimental evaluation. *ASAIO J* 40: 192–198, 1994.
16. Myers DJ, Gross J, Nakaya G: Stentless heart valves: biocompatibility issues associated with new antimineralization and fixation agents, in Piwnica A, Westaby S (eds), *Stentless Bioprostheses*, Oxford, ISIS Medical Media, 1995, pp. 100–117.
17. Westaby S, Piwnica A: Why stentless valves, in Piwnica A, Westaby S (eds), *Stentless Bioprostheses*, Oxford, ISIS Medical Media, pp. 3–16.
18. Jamieson WR, Gerein AN, Tyers GF, *et al.*: Carpentier-Edwards supra-annular porcine bioprosthesis: clinical experience and implantation characteristics. *J Thorac Cardiovasc Surg* 91: 555–565, 1986.
19. U.S. Food and Drug Administration: *Replacement Heart Valve Guidance.* October 14, 1994.
20. Frisch-Fay R: *Flexible Bars.* London, Butterworths, 1962.
21. Chuong CJ, Fung YC: Residual stress in arteries, in Schmid-Schoenbein GW, Woo SLY, Zweifach BW (eds), *Frontier in Biomechanics*, New York, Springer-Verlag, 1986, pp. 117–129.
22. Vesely I, Menkis AH, Rutt B, Campbell G: Aortic valve/root interactions in porcine hearts: implications for bioprosthetic valve sizing. *J Cardiac Surg* 6: 482–489, 1991.
23. Hansen B, Menkis AH, Vesely I: Longitudinal and radial distensibility of the porcine aortic root. *Ann Thorac Surg* 60: S384–S390, 1995.
24. Press WH, Teukolsky SA, Vetterling WT, Flannery BP: *Numerical Recipes in FORTRAN: The Art of Scientific Computing.* 2nd ed. Cambridge, Cambridge University Press, 1992.

---

# Silver Modification of Polyethylene Terephthalate Textiles for Antimicrobial Protection

KATHERINE S. TWEDEN,* J. DOUGLAS CAMERON,† ANEES J. RAZZOUK,§ RICHARD W. BIANCO,‡ WILLIAM R. HOLMBERG,* RAYMOND J. BRICAULT,¶ JOHN E. BARRY,¶ AND ERIC TOBIN¶

**The safety and *in vitro* effectiveness of applying silver to polyethylene terephthalate fabric mechanical heart valve (MHV) sewing cuffs for the prevention of prosthetic valve endocarditis (PVE) were evaluated. PVE is an infrequent but grave complication of cardiac surgery associated with mortality rates potentially exceeding 50%. A poor response to antibiotic therapy is partly responsible for the high mortality rates. Silver is a well known antimicrobial agent with broad effectiveness. Preliminary *in vitro* microbial challenge studies of the coated fabric using the New York State 63 bacteriostatic test and Dow Corning Shake Flask test showed a ≥97% reduction for most organisms tested. Sheep mitral valve replacement studies suggest**

From *St. Jude Medical, St. Paul, and †Hennepin County Medical Center, and ‡University of Minnesota, Minneapolis, Minnesota, §Loma Linda University School of Medicine, Loma Linda, California, and ¶Spire Corporation, Bedford, Massachusetts.

Reprint requests: Katherine S. Tweden, PhD, St. Jude Medical, Inc., One Lillehei Plaza, St. Paul, MN 55117.

**Table 1. Contact Angle Analysis of Silver Modified PET: Mean (SD)**

| Sample (n) | $\gamma_c$ (dyne/cm) | $\gamma_p$ (dyne/cm) | $\gamma_d$ (dyne/cm) | Water Contact (°) |
|---|---|---|---|---|
| PET (n = 2) | 35.6 (0.4) | 10.0 (1.3) | 28.1 (1.1) | 70 (1) |
| PET/Ag (n = 2) | 30.7 (0.4) | 6.9 (0.7) | 24.2 (0.9) | 94 (0.8) |

**comparable tissue ingrowth of uncoated and coated fabric with a more organized, thinner pannus formed on silver coated fabric. Low levels of silver were present in the serum at all time periods. These results indicate MHVs with silver coated cuffs may provide additional protection against PVE. *ASAIO Journal* 1997; 43:M475–M481.**

Infective endocarditis involving prosthetic valves is an infrequent but grave complication following heart valve replacement surgery, associated with high morbidity and mortality rates despite aggressive antimicrobial therapy and surgical intervention. Mortality rates have been reported to be as high as 74%/no pt yr for early onset prosthetic valve endocarditis (PVE), which occurs within 2 months post implantation, and 43%/pt yr for late onset PVE.[1,2] The higher mortality rate for early onset PVE is due to infection with more virulent organisms, a "non endothelialized" sewing cuff, and other aspects of incomplete healing in the early post operative period.[2] The occurrence of PVE overall ranges from 1 to 4%/pt yr.[1,2] Recurrent PVE is an even greater risk and has been reported to be as high as 15%/pt yr.[2] Thrombotic complications concurrent with PVE have been reported to range from 13% for staphylococcus infections to 90% for fungal infections.[3] The valve sewing cuff has been found to be the most frequent site of infection.[1]

An aortic valve allograft is the preferred prosthesis for surgically treating aortic valve endocarditis.[1] Biologic tissue appears to be less prone to reinfection relative to synthetic prosthetic material and appears to limit the spread of infection.[1,4] However, disadvantages of allografts include increased technical difficulty with implantation, limited availability, limited sizes, and structural failure due to calcification. In addition, infected native mitral valves often have to be replaced with a bioprosthetic or mechanical valve because a mitral valve allograft is not readily available.[1]

Silver has been used to reduce the incidence of infection since the 19th century when it became routine to apply silver nitrate solution to newborn eyes for the prevention of ophthalmia neonatorium (gonorrhea).[5] More recently, silver nitrates and silver sulfadiazine cream are used for cutaneous infections, especially those associated with thermal wounds, because of their broad spectrum antimicrobic properties.[6] With respect to medical devices, silver has shown promise in reducing infections caused by catheters and their subcutaneous cuffs in both intravenous and urologic applications,[7,8] sutures,[9] dental amalgams,[10] vascular grafts,[11] and orthopedic devices.[12]

This study was designed to determine the safety and *in vitro* efficacy of ion beam assisted deposition (IBAD) silver coated polyethylene terephthalate (PET) fabric for use in the sewing cuffs of the St. Jude Medical mechanical heart valve (MHV) SJM Masters Series prosthesis (SJM Masters Series valve) for the inhibition of PVE and as an alternative to the allograft heart valve, which is in limited supply.

**Table 2. Atomic Concentrations (%) of Silver Modified PET: Mean (SD)**

| Sample | C | O | Ag | Cl |
|---|---|---|---|---|
| PET | 70.1 | 29.9 | — | — |
| PET/Ag (n = 2) | 55.1 (6.2) | 8.5 (2.7) | 35.8 (2.5) | 1.3* |

* Detected in one sample only.

## Materials and Methods

### *Fabric Modification*

PET fabric (Meadox double velour, uncrimped, scoured, and heat set (Meadox Medicals, Oakland, NJ) was coated with metallic silver using the patented IBAD SPI-ARGENT process developed by Spire Corporation (Bedford, MA). A nominal 3,000 Å thick coating has been engineered to substantially mediate silver release, yet provide an adherent, long-lasting antimicrobial surface. Film PET (Mylar; DuPont, Wilmington, DE) was also coated for surface analysis studies. Clinical grade, 25 mm SJM Masters Series valve prostheses with half coated and half uncoated PET polyester sewing cuffs were used for the mitral valve replacement model. With this cuff configuration, internal controls were established in each animal. All materials were sterilized using steam for 40 min at 121°C, 17 psi.

### *Microorganisms*

*Staphylococcus epidermidis* ATCC 29886, *Streptococcus pyogenes* ATCC 8668, *Candida albicans* ATCC 10231, *Pseudomonas aeruginosa* ATCC 9027, and *Staphylococcus aureus* ATCC 6538 were used to test the *in vitro* efficacy of the silver coated fabric. All test organisms were prepared by inoculating nutrient broth with stock cultures and incubating for 24 hr at 20–25°C for *C. albicans* and 30–35°C for the other organisms. The microbial suspension was then refrigerated at 2–8°C until use to prevent further growth.

### *Surface Analysis*

The surface chemistry and energy of uncoated and silver coated PET film were analyzed using X-ray photoelectron spectroscopy (XPS) and contact angle analysis. Contact angle analysis was performed with a Rame–Hart contact angle goniometer using the method of advancing contact angles. The critical surface tension ($\gamma_c$) and dispersive and polar components of the surface free energy ($\gamma_d$ and $\gamma_p$, respectively) were calculated by the methods of Zisman[13] and Kaelble.[14] XPS was performed using a Perkin Elmer model 5400 XPS spectrometer

**Table 3. Microbial Challenges: Mean % Reduction**

| | NYS63 | | Dow Shake | |
|---|---|---|---|---|
| Organism | PET | PET/Ag | PET | PET/Ag |
| *S. epidermidis* | NR | 99.0 (1.9) | 12.5 (17.7) | 97.1 (3.3) |
| *S. pyogenes* | NR | 99.7 (0.3) | NR | 68.5 (43.8) |
| *S. aureus* | NR | 98.2 (1.2) | NR | 96.7 |
| *C. albicans* | 29.2 (1.8) | 99.5 (0.3) | NR | 98.6 (1.7) |

NR, no reduction.

(PHI, Eden Prairie, MN) with monochromatic Al Kα x-ray radiation. Average depth of penetration was 60 Å and the take-off angle was 65°. Depth profiling to 40 Å depth was also performed using a 4 KeV $Ar^+$ ion beam at a sputter rate for silver of 32 Å/min.

### In Vitro *Efficacy*

*In vitro* efficacy of the silver coated fabric was assessed using the New York State (NYS) 63 test for bacteriostatic activity, the Dow Corning Shake Flask test, and a static incubation test. Each assay was repeated on two separate days. The NYS63 test method for bacteriostatic activity consisted of incubating $2 \times 10^4$ to $1 \times 10^5$ CFU of *S. aureus, S. pyogenes, C. albicans,* or *S. epidermidis* in a humidified atmosphere with 1 in squares of uncoated and coated fabric at 37°C for 24 hr. The samples were diluted with 99 ml of Letheen Broth and vigorously shaken for 1 min. Serial dilutions were plated on nutrient agar, incubated again for 24–48 hr, and counted. The percent reduction of each organism was determined. Five replicates were done in each assay.

Dow Shake Flask test consisted of inoculating 70 ml of Kayser–Roth phosphate buffer with 5 ml of $1–2 \times 10^4$ CFU/ml *S. aureus, S. pyogenes, C. albicans,* or *S. epidermidis,* placing 0.75 g of uncoated or coated fabric in the suspension, and shaking vigorously for 1 hr in a wrist action shaker (Burrell Scientific, Pittsburgh, PA) at 37°C. Aliquots of solutions are plated into petri dishes and incubated for at least 24 hr and then counted. A percent reduction was calculated. An initial count was obtained before the samples were added.

A final bioactivity assay consisted of incubating $1 \times 1$ $cm^2$ pieces of coated and uncoated fabric for 48 hr at 30–35°C in 10 ml of tryptic soy broth inoculated with 10–100 CFU of either *S. aureus, P. aeruginosa,* or *S. epidermidis.* Specimens were rinsed in saline, fixed in 2% buffered glutaraldehyde, serially dehydrated with ethanol, dried with hexamethyldisilazane, coated with a gold palladium film, and imaged using scanning electron microscopy (Hitachi 450; Hitachi, Tokyo, Japan) to assess the nature of organism interaction with the fabric.

### *Silver Leaching*

The leach rate of silver from fabric sewing cuffs was tested *in vitro* in serum. Two 17 mm valves with uncoated cuffs and two 17 mm valves with coated cuffs were exposed to 495 ml fetal bovine serum (Hyclone Laboratories, Logan, UT) for 7 days at 37°C with rotation at 100 rpm (Environ Shaker; Lab-Line, Melrose Park, IL). Five milliliter samples of the serum were subjected to elemental analysis for silver pre-exposure and at 5 hr, 1, 2, 3, 4, and 7 days post exposure. Elemental analysis was performed using an inductively coupled plasma atomic emission spectrometer (Atom Scan 16; Thermo Jarrell Ash, Franklin, MA). Standard curves were prepared using 10,000 ppm NIST Silver in 14% nitric acid. The range was from 0 to 500 ppb. All samples were lyophilized and then hydrolyzed in 17.5% nitric acid at 115°C for 24 hr. The samples were diluted to 14% nitric acid before analysis. The quantitation limit was 25 ppb.

### *Cardiac Valve Replacement (CVR) Model*

All animal care complied with the Principles of Laboratory Animal Care and The Guide for the Care and Use of Laboratory



**Figure 1.** Scanning electron micrographs of *S. epidermidis* reaction to uncoated fabric (a) and silver coated fabric (b). Original magnification ×5,000. Magnification bar = 2.5 μm.




**Figure 2.** Scanning electron micrographs of *P. aeruginosa* reaction to uncoated fabric (a) and silver coated fabric (b). Original magnification ×5,000. Magnification bar = 2.5 μm.

Animals (NIH Publication No. 82-23, 1985). All protocols were approved by the facility's animal care committee. SJM Masters Series valves with half silver coated and half uncoated PET cuffs were implanted in the mitral position of four Suffolk sheep, each weighing ~25 kg. The native mitral valve was either left intact or the anterior leaflet was removed. No anticoagulants were given postoperatively. Prophylactic antibiotics were given for 7–10 days postoperatively. The valves were sutured into the annulus using interrupted horizontal mattress sutures of 3-0 Tevdek (Deknatel) with or without Teflon felt reinforcing pledgets. Serum samples were prepared from whole blood drawn pre-implantation, 1, 2, and 3 weeks post operatively, and pre-sacrifice and assayed for silver using elemental analysis as described above. The silver quantitation limit was 12.5 ppb. Values that fell below this limit were assigned the value 12.5 ppb. Four to five weeks after implantation, the valves were explanted after the animals were systemically anticoagulated with 300 units heparin/kg body wt and killed. Pre-operative, intraoperative, and postoperative techniques and husbandry methods are described in detail elsewhere.[15] Explanted valves were fixed in McDowell–Trump fixative after rinsing with 0.1 *M* phosphate buffer and analyzed macroscopically and histologically for tissue reaction. Silver coated and uncoated sewing cuff histology samples were retrieved 45° from the two seams. The thickness of the tissue (pannus) covering the sewing cuffs was measured using a calibrated reticle.




**Figure 3.** Cumulative and incremental *in vitro* leaching of silver from mechanical heart valves with ion bean assisted deposition silver coated cuffs in serum. Error bars are SEMs. *Value went negative and was assigned 0.

## Results

Surface energy and XPS measurements are shown in **Tables 1 and 2**. Modification of the PET film with IBAD silver resulted in a surface with increased hydrophobicity, decreased $\gamma_c$, and decreased polarity. XPS results show a surface that is predominantly C, Ag, and O. Analysis of the oxygen surface chemistry shows the oxygen is bound to C and not Ag. Depth profiling shows that both C and O drop off after no more than 16 Å is removed (data not shown).

The results of the NYS63 and Dow Shake Flask tests are shown in **Table 3**. The mean percent reduction of organisms on the silver coated fabric in the static NYS63 test ranged from 98.2% for *S. aureus* to 99.7% for *S. pyogenes* compared with little to no reduction with the uncoated fabric. The Dow Shake test showed a mean reduction that ranged from 68.5% for *S. pyogenes* to 98.6% for *C. albicans* for silver coated fabric compared with little to no reduction with the uncoated fabric. *S. pyogenes'* apparent need to be in prolonged direct contact with silver to achieve inhibition may explain the difference in reduction in the Dow Shake test compared to the NYS63 test. The scanning electron microscopic analysis of uncoated and silver coated fabric incubated with microorganisms indicated that there were fewer organisms attached and less colonization of the bacteria on the silver coated fabric than the uncoated control for both *S. epidermidis* and *P. aeruginosa* (**Figures 1 and 2**). The silver coating on the fabric also inhibited the accumulation of *S. aureus;* most bacteria were attached as singlets or doublets (data not shown).

Cumulative and incremental *in vitro* silver leaching data are shown in **Figure 3**. The results show that ~2% of the silver is released from the cuff in serum within 7 days and the release has reached a plateau. The incremental release data show that the majority of the silver was released in the first 3 days. No silver was detected in uncoated controls, as anticipated. The maximum level of silver detected in the serum was 387 ppb (data not shown), which corresponds to 55 ppb in an adult human of normal blood volume (5 L). Ninety percent of silver




**Figure 4.** Mechanical heart valve at 5 weeks: gross macrograph (Ag = coated half) (a); representative hematoxylin and eosin histology of uncoated cuff (b) showing immature pannus, ×125; uncoated cuff (c) showing areas of calcification (C), ×125; coated cuff (d), 125×. Arrows illustrate pannus thickness. P, polyethylene terephthalate.

ingested or absorbed is excreted in the bile,[5] which, in this case, would result in a residual 5.5 ppb serum silver level.

Representative gross macrographs and histology from the CVR study are shown in **Figure 4.** The gross reaction to the cuff was similar for both the uncoated and the coated halves **(Figure 4a)**. Grossly, the pannus was >75% healed at the 4 to 5 week time period. Histopathologic analyses showed that the degrees of foreign body giant cell (FBGC) response and fibrous integration of the two halves were similar **(Figure 4)**, with an average score of 1.25 (FBGC) and 1.6 (fibrous integration) on a scale of 0–4, 0 being none and 4 being marked. Also, there was a suggestion that pannus maturity was more advanced on the silver coated side than the uncoated side. The pannus in the control areas was characterized by randomly oriented, "activated fibroblasts" forming a non lamellar pattern **(Figure 4b)**. Dystrophic calcification was found in control areas only **(Figure 4c)**. The pannus in coated areas was characterized by regularly oriented "mature fibroblasts" forming a lamellar pattern **(Figure 4d)**. The mean pannus thickness of the uncoated half was 400 ± 291 $\mu$m compared with 269 ± 235 $\mu$m for the silver coated half. Serum silver levels are shown in **Figure 5.** A slight peak is suggested at two weeks, after which it dropped to below quantitation by death (4–5 weeks).




**Figure 5.** Serum silver levels in sheep with mechanical heart valves with half coated and half uncoated polyethylene terephthalate sewing cuffs.

## Discussion

Silver salts and colloidals have a broad spectrum and long history as antimicrobials. However, silver must be carefully administered to avoid silver toxicity syndrome manifested as argyria (blue skin pigmentation), leukopenia, and kidney, liver, and neurologic tissue toxicity. The lowest serum level reported for this syndrome is 300 ppb.[16] Promising results have been published on the use of metallic silver and silver oxide coatings on various devices for the prevention of device associated infection.[8,17] Silver in these forms ionizes slowly providing protection against silver toxicity while offering surface contact antimicrobial benefits. Our *in vivo* CVR and *in vitro* leach studies indicate silver ionization from PET fabric to be far below toxic levels. Surface chemical analysis of the coating confirms the presence of a metallic silver state, with a thin layer of organic contaminant on the outermost surface. The XPS profile, together with the more hydrophobic and nonpolar nature of the coated surface, suggest that the IBAD process may have facilitated a surface coating of PET fragments with its hydrophobic groups (benzyl or methyl) outermost.

Our results support the broad spectrum antimicrobial activ-

ity of IBAD silver that others have reported for silver in general. IBAD silver inhibited the colonization on contact of gram positive organisms, a gram negative organism, and a fungus, all of which are implicated in PVE. Silver is postulated to inhibit microorganisms by binding to microbial DNA and subsequently preventing replication and by binding to the sulfhydryl groups of key metabolic enzymes resulting in denaturation and inactivation of those enzymes.[18,19] Although silver ion is considered one of the most potent heavy metal inhibitors of enzymes and microorganisms, its toxicity to higher organisms and humans is small because of its slow absorption and ease of reaction with chloride ion, proteins, and sulfhydryl groups.[19]

Metallic silver has been reported to be relatively nontoxic and inert to mammalian tissues, which is confirmed in this study. Tissue ingrowth was not inhibited in this application, and there was a suggestion that pannus organization was more advanced on the silver coated fabric. A fully organized pannus would provide protection from cuff associated thrombosis and infection. The relative blood compatibility of silver is supported in this study and by other groups who have reported on its use in intravenous catheter and vascular graft applications.[7,11,20] Bambauer *et al.*[20] reported a decrease in platelet attachment and thrombus formation on silver coated silicone rubber catheters for dialysis applications. Silver has also been shown to adsorb high levels of albumin, which perhaps contributes to its relatively good blood compatibility.[21]

The heart valve prosthesis sewing cuff evaluated is designed to aggressively promote tissue ingrowth with its rough, double velour texture. However, the rough morphology and the PET polymer itself are highly attractive to microorganisms involved in endocarditis as supported by the clinical finding that infection begins in the sewing cuffs of MHV prostheses.[2] It has been suggested that most contamination leading to early onset PVE occurs intraoperatively.[2] One group found that 52% of valve prostheses and 64% of the myocardia had positive cultures prior to closure of the wound in a study of 66 patients undergoing open heart surgery.[22] Adhesion mediated infections have proven to be so resistant to both host defenses and medical management with antibiotics that PVE of MHVs, in particular, usually results in the prosthesis having to be removed and replaced.[2] Therefore, it is critical to prevent the infectious organism from adhering to or propagating on the device in the first place.

Some surgeons dip MHVs in antibiotics to lessen the perioperative contamination.[22] However, the drug is rapidly eluted from the prosthesis into the blood and surrounding tissue. Methods to stabilize the antibiotic on prostheses using surfactants also result in relatively fast elution.[23] Other approaches to reducing microbial colonization of medical devices have included coating with drugs to reduce inflammation and surface modification with nonadhesive materials such as silicone, polytetrafluoroethylene, and hydrogels.[24–26] Antibiotic and other drug therapies pose difficulties in dosing appropriately to maximize efficacy and minimize toxicity. Passive coatings aimed at preventing protein and cellular attachment have been shown to be inevitably ineffective.[27]

This study showed that IBAD silver coating for a MHV sewing cuff was tightly adherent and low leaching inhibited colonization of the fabric by microorganisms implicated in PVE (and may therefore provide added protection from intraoperative contamination), and facilitated controlled tissue ingrowth and incorporation. These data support further investigation into the benefits of providing a MHV prosthesis with an antimicrobial silver modified sewing cuff as an additional option to the cardiac surgeon for the treatment of native valve endocarditis (NVE) or prosthetic valve endocarditis (PVE).

## Acknowledgment

The authors thank Sheila Kelly for performing the scanning electron microscopy studies, Dan Langanki for performing the *in vitro* washout study, and Matt Ogle for performing the elemental analysis.

## References


1. Lytle BW, Priest BP, Taylor PC, *et al.*: Surgery for acquired heart disease. Surgical treatment of prosthetic valve endocarditis. *J Thorac Cardiovasc Surg* 111: 198–210, 1996.
2. Cowgill LD, Addonizio VP, Hopeman AR, Harken AH: A practical approach to prosthetic valve endocarditis. *Ann Thorac Surg* 43: 450–457, 1987.
3. Edmunds LH: Thrombotic and bleeding complications of prosthetic heart valves. *Ann Thorac Surg* 44: 430–445, 1987.
4. Pansini S, di Summa M, Patane F, Foresennati PG, Serra M, Del Ponte S: Risk of recurrence after reoperation for prosthetic valve endocarditis. *J Heart Valve Dis* 6: 84–87, 1997.
5. Perrelli G, Piolatto G: Tentative reference values for gold, silver and platinum: literature data analysis. *Sci Total Environ* 120: 93–96, 1992.
6. Fox CL, Modak SM: Mechanism of silver sulfadiazine action on burn wound infections. *Antimicrob Agents Chemother* 5: 582–588, 1974.
7. Jansen B, Rinck M, Wolbring P, Strohmeier A, Jahns T: In vitro evaluation of the antimicrobial efficacy and biocompatibility of a silver-coated central venous catheter. *J Biomater Appl* 9: 55–70, 1994.
8. Liedberg H, Lundeberg T: Assessment of silver-coated urinary catheter toxicity by cell culture. *Urol Res* 17: 359–360, 1989.
9. Gravens DL, Margraf HW, Butcher HR, Ballinger WF: The antibacterial effect of treating suture with silver. *Surgery* 73: 122–127, 1973.
10. Kaga M, Seale NS, Hanawa T, Ferracaone JL, Waite DE, Okabe T: Cytotoxicity of amalgams, alloys, and their elements and phases. *Dent Mater* 7: 68–72, 1991.
11. Kinney EV, Bandyk DF, Seabrook GA, Kelly HM, Towne JB: Antibiotic-bonded PTFE vascular grafts: the effect of silver antibiotic on bioactivity following implantation. *J Surg Res* 50: 430–435, 1991.
12. Cannas M, Tobin EJ, Sioshansi P, Masse A, Rizzo E: Bacterial colonization of silver modified pin surfaces for external fixation: in vitro preliminary observations. Fifth World Biomater Congress Trans, p. 163, 1996.
13. Zisman WA: Relation of the equilibrium contact angle to liquid and constitution. *Adv Chem Ser* 43: 1–51, 1970.
14. Kaelble DH: Dispersion-polar surface tension properties of organic solids. *J Adhesion* 2: 66–81, 1970.
15. Irwin ED, Clack R, Lang G, *et al.*: Long-term evaluation of prosthetic mitral valves in sheep. *J Invest Surg* 6: 133–141, 1993.
16. Wan AT, Conyers RAJ, Coombs CJ, Masterton JP: Determination of silver in blood, urine, and tissues of volunteers and burn patients. *Clin Chem* 37: 1683–1687, 1991.
17. Riley DK, Classen DC, Stevens LE, Burke JP: A large randomized clinical trial of a silver-impregnated urinary catheter. *Am J Med* 98: 349–356, 1995.
18. Grier N: Silver and its compounds, in Block SS (ed), *Disinfection, Sterilization and Preservation,* Philadelphia, Lea & Febiger, 1977, pp. 395–407.
19. Petering HG: Pharmacology and toxicology of heavy metals: silver. *Pharmacol Ther* [A] 1: 127–130, 1976.
20. Bambauer R, Mestres P, Schiel R, Sioshansi P: New surface-treatment technologies for catheters used for extracorporeal detoxification methods. *Dialysis Transplant* 24: 228–237, 1995.
21. Williams RL, Doherty PJ, Vince DG, Grashoff GJ, Williams DF: The biocompatibility of silver. *CRC* 5: 221–243, 1989.

22. Kluge RM, Calia FM, McLaughlin JS, Hornick RB: Source of contamination in open heart surgery. *JAMA* 230: 1415–1418, 1974.
23. Trooskin SZ, Donetz AP, Harvey RA, Greco RS: Prevention of catheter sepsis by antibiotic bonding. *Surgery* 97: 547–551, 1985.
24. Farber BF, Wolff AG: The use of nonsteriodal antiinflammatory drugs to prevent adherence of *S. epidermidis* to medical polymers. *J Infect Dis* 166: 861–865, 1992.
25. López-López G, Pascual A, Martínez-Martínez L, Perea EJ: Effect of a siliconized latex urinary catheter on bacterial adherence and human neutrophil activity. *Diagn Microbiol Infect Dis* 14: 1–6, 1991.
26. Cox AJ, Millington RS, Huskins DWL, Sutton TM: Resistance of catheters coated with a modified hydrogel to encrustation during an in vitro test. *Urol Res* 17: 353–356, 1989.
27. Gristina AG: Biomaterial-centered infection: microbial adhesion versus tissue integration. *Science* 237: 1588–1595, 1987.