STATE OF SOUTH CAROLINA

COUNTY OF GREENVILLE

IN THE COURT OF COMMON PLEAS

| | |
|---|---|
| DAVID MICHAEL BRIDGES and BONNIE BRIDGES, his spouse, Plaintiffs, vs. ST. JUDE MEDICAL, INC., et al., Defendants. | No. 2001-CP-23-4773 |
| JANICE SPAIN as personal representative of SARA YVONNE PAIGE, deceased, Plaintiff, vs. ST. JUDE MEDICAL, INC., et al., Defendants. | No. 2001-CP-23-4970 |

CERTIFIED COPY

DEPOSITION OF

**JAGDISH BUTANY, MBBS, MS, FRCPC**

VOLUME I (Pages 1 - 344)

April 26, 2002

REPORTED BY: SANDRA MacNEIL, CSR 9013 JOB #01-119412

LEGALINK

*Bay Area LegaLink Companies:*
Combs & Greenley, Inc.
Chamberlin & Associates
AbA Reporters
Video Solutions, Inc.

601 Van Ness Avenue, Suite 2052
San Francisco, CA 94102
Tel (800) 869-9132
Fax (415) 359-2050
www.deposition.com

global court reporting • transcription • videography

CERTIFICATE OF REPORTER

I, SANDRA M. MACNEIL, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth and nothing but the truth in the within-entitled cause;

That said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

DATED: May 8th, 2002.

Sandra MacNeil

SANDRA M. MACNEIL, CSR 9013

Q And what were the results?

A There was pannus there, and it didn't seem to be growing into the fabric. But again, it's one month post implant. You don't expect too much ingrowth.

Q And No. 7 says mitral for endocarditis and significant paravalvular leak, and it also indicates, doesn't it, that the tissue had been cultured but was negative?

A Yes, it does.

Q So this is one of those examples of sterile endocarditis?

A Yes.

Q And it says "Good surface fibrin with normal tissue response over most of sample."

Is that something with which you agree with respect to that particular valve?

A I agree that there is tissue response, but none of us has a definite idea of what they should be and should not be at three months.

Q All right.

A That was one of the things that we distinctly agreed on, and we distinctly agreed that we would follow up on.

Q All right. And then it says, "However, fibrous tissue response in margins of sample."

A I just put it aside, that's all.

Q What did you think, that's just rationalization on their part, or what?

A Honestly didn't think much more about it and put it aside.

Q Did you find it all disturbing that St. Jude had said that?

A I honestly didn't give it another thought, basically because there's a lot more supposed to follow, and that's when we were supposed to sit down and look at controls and then look at these and then decide these things.

Q Had you told St. Jude prior to this memo issuing that you certainly felt there were distinctive differences between Silzone and conventional valves based on your examination?

A Can't remember ever having said that. And I say again that three months post implant we seldom, if ever, see a prosthesis come out. So very few of us, if any of us, have any good idea of what the degree of pannus should be. We speculate and say yes, there should be pannus, yes, there should be some ingrowth, but none of us has really looked at them.

Q It goes on to say, "However, the frequency of explant and the number of apparent endocarditis explants