IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE ST. JUDE MEDICAL, INC. | : | |
| SILZONE® HEART VALVE PRODUCTS | : | |
| LIABILITY LITIGATION | : | MDL DOCKET NO. 1396 |

**CERTIFICATE OF WORD COUNT**

I, Tracy J. Van Steenburgh, certify that Defendant's Memorandum of Law in Support of Motion to Preclude Testimony of Plaintiffs' Pathology Expert Gregory J. Wilson Pursuant to Federal Rule of Evidence 702, complies with Local Rule 7.1(c).

I further certify that, in preparation of this brief, I used Microsoft Word, Version 2002, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced brief contains 9,460 words.

HALLELAND LEWIS NILAN & JOHNSON PA

Dated: February 14, 2007. By s/ Tracy J. Van Steenburgh

Tracy J. Van Steenburgh Reg. No. 141173
Cortney G. Sylvester Reg. No. 231514
U.S. Bank Plaza South, Suite 600
220 South Sixth Street
Minneapolis, MN 55402-4501
Telephone: (612) 338-1838