IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE ST. JUDE MEDICAL, INC. :
SILZONE® HEART VALVE PRODUCTS :
LIABILITY LITIGATION : MDL DOCKET NO. 1396

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2007, I caused the following documents:

1. St. Jude Medical's Motion to Preclude Testimony of Plaintiffs' Pathology Expert Gregory J. Wilson;
2. Notice of Hearing on Motion;
3. Memorandum in Support of Motion to Exclude Testimony of Plaintiffs' Pathology Expert Gregory J. Wilson;
4. Affidavit of Tracy J. Van Steenburgh in Support of Motion to Exclude Testimony of Plaintiffs' Pathology Expert Gregory J. Wilson; and
5. Placeholders for Portions of the Exhibits in Support of Motion

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Steven E. Angstreich: sangstreich@levyangstreich.com
James T. Capretz: jcapretz@capretz.com
Joe D. Jacobson: jacobson@stlouislaw.com; jdjacobson@sbcglobal.net
Carolyn Lindheim: clindheim@levyangstreich.com
J. Gordon Rudd: jgr@zimmreed.com, jlt@zimmreed.com
Richard B. Solum: solum.rick@dorsey.com
Charles S. Zimmerman: csz@zimmreed.com

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

Judge Tunheim: tunheim_chambers@mnd.uscourts.gov

And I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below to the following:

Steven E. Angstreich: sangstreich@levyangstreich.com
James T. Capretz: jcapretz@capretz.com
Joe D. Jacobson: jacobson@stlouislaw.com; jdjacobson@sbcglobal.net
Carolyn Lindheim: clindheim@levyangstreich.com
J. Gordon Rudd: jgr@zimmreed.com, jlt@zimmreed.com
Richard B. Solum: solum.rick@dorsey.com

Charles S. Zimmerman: csz@zimmreed.com

Dated: February 14, 2007

HALLELAND LEWIS
NILAN & JOHNSON, P.A.

By: s / Tracy J. Van Steenburgh
Tracy J. Van Steenburgh, Reg. No. 141173
U.S. Bank Plaza South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
Telephone: (612) 338-1838

Attorneys for Defendant St. Jude Medical, Inc.