IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE ST. JUDE MEDICAL, INC., SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1396 |

**AFFIDAVIT OF TRACY J. VAN STEENBURGH IN SUPPORT OF ST. JUDE MEDICAL'S MOTION TO PRECLUDE TESTIMONY OF PLAINTIFFS' BIOMATERIALS EXPERT KEVIN E. HEALY PURSUANT TO FEDERAL RULE OF EVIDENCE 702**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

I, Tracy J. Van Steenburgh, after being duly sworn upon oath, states as follows:

1. I am an attorney licensed to practice before the Courts of the State of Minnesota and the United States District Court for Minnesota. I am a shareholder in the law firm of Halleland Lewis Nilan and Johnson, P.A., attorneys for Defendant St. Jude Medical, Inc. I make this Affidavit in support of St. Jude Medical, Inc.'s Motion to Preclude Testimony of Plaintiffs' Biomaterials Expert Kevin E. Healy Pursuant to Federal Rule of Evidence 702. I have personal knowledge of the matters set forth in this Affidavit. If called as a witness, I could and would competently testify to these matters.

2. Attached as Exh. 1 is a true and correct copy of the Rule 26 Declaration of Kevin E. Healy dated 11/29/05. This Declaration attaches a true and correct copy of Dr. Healy's Curriculum Vitae (hereinafter referred to as Exh. 1(a)). This Declaration also attaches true and correct copies of the prior affidavits and declarations filed by Dr. Healy in this litigation [“*MDL 1396*”] and in the Canadian certified class action pending in the Ontario Superior Court of Justice, *Andersen v. St. Jude Medical, Inc.*, Court file No. 00-CV-195906CP [“*Andersen*”]:

- August 8, 2002 Opinion Letter of Kevin E. Healy filed in *MDL 1396* (hereinafter referred to as Exh. 1(b);

- February 20, 2003 Affidavit of Kevin E. Healy filed in *Andersen* (hereinafter referred to as Exh. 1(c);

- April 14, 2003 Affidavit of Kevin E. Healy filed in *Andersen* (hereinafter referred to as Exh. 1(d);

- May 13, 2003 Declaration of Kevin E. Healy filed in *MDL 1396* (hereinafter referred to as Exh. 1(e).

3. Attached as Exh. 2 are true and correct copies of excerpts from the Deposition of Kevin E. Healy taken on 5/18/06 and 5/19/06.

4. Attached as Exh. 3 is a true and correct copy of the *Declaration of Katherine Tweden*.

5. Attached as Exh. 4 are true and correct copies of excerpts from the *Deposition of William Holmberg* taken on 9/3/04.

6. Attached as Exh. 5 is a true and correct copy of the *Declaration of Joseph V. Rodricks*.

7. Attached as Exh. 6 are true and correct copies of Attachment 14 ("Literature Review on Silver Toxicity") from the St. Jude Medical® Mechanical Heart Valve SJM® Masters Series with Silzone, Supplement to PMA #P810002.

8. Attached as Exh. 7 are true and correct copies of excerpts from the *Reference Manual On Scientific Evidence*, Federal Judicial Center 2000 (2nd Ed.), pp. 415-418.

I declare under penalty of perjury of the laws of the United States that the foregoing is true.

Further affiant sayeth not.

DATED: February 14, 2007.

s/ Tracy J. Van Steenburgh
Tracy J. Van Steenburgh

Subscribed and sworn to before me
this 14th day of February, 2007.

s/ Leigh Anne Clark
Notary Public