**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **IN RE ST. JUDE MEDICAL, INC. SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION** | : : : : | **MDL DOCKET NO. 1396** |

**DECLARATION OF KEVIN E. HEALY, PH.D.**

I, Kevin E. Healy, B.Sc., M.S. (Engineering), Ph.D. (Bioengineering) being of legal age do set down and state the following:

1. I am a Professor in the Departments of Bioengineering and Material Science and Engineering at the University of California at Berkeley. I have more than 20 years of experience relating to Bioengineering and Biomedical research. Specifically, my research interests include the design and synthesis of biomimetic materials that actively direct the behavior of mammalian cells to facilitate regeneration of tissues and organs. My credentials, honors and publications are set forth in the *curriculum vitae* attached to this declaration [Tab A], which I confirm is current as of this document's date. My training in biomaterials, surface, and polymer science, combined with my exposure to the medical and biological sciences presents me with a rare skill set such that I am one of only a few individuals that can easily integrate between basic scientists and clinical colleagues. My experience and skills translates directly to teaching, research and creative work, and professional service. This statement is supported by my publication and invited speaking record, and peer-elected service as both the Vice Chair (2003) and Chair (2005) for the Gordon Research Conference on *Biomaterials: Biocompatibility and Tissue Engineering.*

Chairing this Gordon Research Conference is a recognition of leadership, creativity, and productivity in biomaterials and medical device fields.

2. I have been jointly retained as a consultant and expert witness by the Plaintiffs' Steering Committee of MDL No. 1396 (*In Re St. Jude Medical, Inc. Silzone Heart Valves Product Liability Litigation* [*"MDL 1396"*] ) and the class counsel in the Canadian certified class action pending in the Ontario Superior Court of Justice styled *Andersen v. St. Jude Medical, Inc.*, Court file No. 00-CV-195906CP [*"Andersen"*].

3. Attached are true and correct copies of my prior report. declaration and affidavits filed in *Andersen* and MDL 1396:

   3.1. Report dated August 8, 2002 filed in MDL 1396

   3.2. February 20, 2003 Affidavit of Kevin E. Healy in *Andersen* [Tab B];

   3.3. May 13 ,2003 Affidavit of Kevin E. Healy filed in *MDL 1396* [Tab C];

   3.4. April 14, 2003 Affidavit of Kevin E. Healy in *Andersen* [Tab D];

4. I adopt and reaffirm the forgoing report, declaration and affidavits. They, together with this declaration, serve as my report setting forth my expert opinions within a reasonable degree of scientific certainty in my fields of expertise and the basis and reasons for the hazards and risks associated with St. Jude's Silzone® coated prosthetic products, as well as my opinion that the Silzone® coating was not a proper or suitable biomaterial for human cardiac implantation, and that Silzone® coated prosthetic heart valve products were defective. I reserve the right to amend, clarify or supplement my opinions based on that review as well as upon any other data or information I subsequently receive.

5. My *curriculum vitae* contains a listing of all the publications I have authored in the last ten years.

6. Compensation I have received for the preparation of my declarations and report for the MDL and Anderson litigation is approximately $35,000. I charge $385/hour for

deposition and trial testimony at trial plus my expenses.

7. During the past four (4) years I have not testified any at trials or depositions.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:___________

Kevin E. Healy
Digitally signed by Kevin E. Healy
DN: CN = Kevin E. Healy, C = US, O = University of California at Berkeley, OU = MSE and Bioengineering
Date: 2005.11.29 14:12:51 -08'00'

Kevin E. Healy, Ph.D.