# CURRICULUM VITAE

KEVIN EDWARD HEALY
PROFESSOR
DEPARTMENTS OF BIOENGINEERING AND
MATERIALS SCIENCE AND ENGINEERING
UNIVERSITY OF CALIFORNIA, BERKELEY
370 HEARST MEMORIAL MINING BUILDING #1760
BERKELEY, CALIFORNIA 94720-1760

## EDUCATION

| | |
|---|---|
| B.S. | **University of Rochester**, Rochester, NY, Chemical Engineering, 1983 |
| M.S. | **University of Pennsylvania**, Philadelphia, PA, Bioengineering, 1985 |
| Ph.D. | **University of Pennsylvania**, Philadelphia, PA, Bioengineering, 1990 |

## EMPLOYMENT HISTORY

1982 **Research Assistant**
Dept. of Surgery, Univ. of Rochester, Rochester, New York

1983 **Research Assistant**
*Dept. of Radiation Biology and Biophysics, Univ. of Rochester, Rochester, New York*

1984 - 1989 **Teaching and Research Fellow**
*Dept. of Bioengineering, Univ. of Pennsylvania, Philadelphia, Pennsylvania*

1989 - 1995 **Assistant Professor**
*Division of Biological Materials, Northwestern Univ., Chicago, Illinois*

1990 - 1995 **Assistant Professor**
*Dept. of Biomedical Engineering, Northwestern Univ., Evanston, Illinois*

1995 - 1999 **Associate Professor**
*Division of Biological Materials, Northwestern Univ., Chicago, Illinois*
*Dept. of Biomedical Engineering, Northwestern Univ., Evanston, Illinois*

2000 - 2003 **Associate Professor**
*Departments of Bioengineering, and Material Science and Engineering*
*University of California at Berkeley, Berkeley, California*

2003 – **Professor**
*Departments of Bioengineering, and Material Science and Engineering*
*University of California at Berkeley, Berkeley, California*

## HONORS AND AWARDS

| | |
|---|---|
| 1979 | National Honor Society |
| 1984 - 1989 | Teaching and Research Fellowships, University of Pennsylvania |
| 1989 | Society for Biomaterials Student Scholarship |
| 1992 | Bayne Scholar, Northwestern University |
| 1998 | Omicron Kappa Upsilon (Dental) |
| 2001 | Fellow, American Institute for Medical and Biological Engineering |

## PROFESSIONAL ORGANIZATIONS

American Association for the Advancement of Science

American Chemical Society

American Institute for Medical and Biological Engineering

Biomedical Engineering Society

Materials Research Society

Society for Biomaterials

## INDUSTRIAL EXPERIENCE

| | |
|---|---|
| 1991 - | Founder, BioEngineered Materials Inc. (BEM) |
| 1991 - 2001 | Consultant for B. Braun America, Inc. |
| 1995 | Consultant for Abbott Laboratories |
| 1996 | Consultant for Becton Dickinson and Company |
| 1998 | Consultant for Merck & Co., Inc. |
| 2002 | Consultant for Medtronic/AVE, Inc. |
| 2003 - | Founder, Cardiomimetix Inc. |
| 2004 - | Consultant for DePuy Products Inc., a Johnson & Johnson Company |

## EXPERT WITNESS

| | |
|---|---|
| 1992 | American Dental Association |
| 1999 - 2001 | Boston Scientific Corp. |
| 2002 | Ciphergen Biosystems, Inc. |
| 2002 - | Grovatt *et al.* v. St. Jude Medical, Inc. (U.S.) (In Re: St. Jude Silzone Heart Valves Products Liability Litigation, MDL No. 1396) |
| 2002 - | Erik Andersen v. St. Jude Medical, Inc. and St. Jude Medical Canada, Inc. (Canada) |

## INVENTIONS/PATENTS

| | |
|---|---|
| 1997 | Bioabsorbable Intravascular Stents (U.S. Patent 5,670,161: Approved 4/97) |
| 1998 | A Novel Method to Fabricate Porous Bioabsorbable Scaffolds Useful for Controlled Delivery of Protein-Based Drugs and Tissue Regeneration (U.S. Patent 5,723,508: Approved 3/3/98) |
| 1999 | Interfacial Coatings for Medical Devices (U.S. Patent 5,863,650: Approved 1/26/99) |
| 2000 | Biodegradable Stent (European Patent Application, EP 0 809 981 A1: Filed 5/7/97) |
| 2002 | Drug Delivering IPN Coating for Biomedical Devices, UC Invention Disclosure. |
| 2003 | Method for Deploying a Thermo-mechanically Expandable Stent (U.S. Patent 6,607,553 B1: Approved 8/03) |
| 2004 | Thermo-mechanically Expandable Stent (U.S. Patent 6,736,842: Approved 5/18/04) |
| 2004 | Tunable, Semi-Interpenetrating Polymer Networks (sIPNs) for Medicine and Biotechnology, patent pending. |

2005 Controlling Stem Cell Density with Tunable, Semi-Interpenetrating Polymer Networks (sIPNs), provisional patent application

## DIRECTORSHIP OF STUDENTS

***Doctor of Philosophy***

1. Chien-Hwa Chiu, B.S., M.S., (Biological Materials Dept., Northwestern University Dental School) "Study and Control of the Weathering-Induced Polymer Degradation for a Prosthetic and Orthotic Thermoplastic," Ph.D. granted June 1993.

2. Barbara Lom, B.S., (P. Hockberger, Primary Advisor, Physiology Dept., Northwestern University), "Investigation of Molecular Cues Underlying Guidance of Cerebella Granule Cells on Microfabricated Surfaces," Ph.D. granted August 1994.

3. Kyumin Whang, B.S., M.S., (BME Dept., Northwestern University), "Development of an Extracellular Matrix Analog Capable of Delivering Protein-based Growth Factors," Ph.D. granted December 1997.
   **1993 Annual Young Investigator Research Award, Chicago Section, International Association of Dental Research**

4. Alirezia Rezania, B.S., M.S., (BME Dept., Northwestern University) "Biomimetic Peptide Surfaces that Enhance Bone Cell Adhesion and Formation of Mineralized Tissue," Ph.D. granted August 1998.
   **1995 Annual Young Investigator Research Award, Chicago Section, International Association of Dental Research**
   **1995 Northwestern University Sigma Xi Research Award, Finalist**

5. Carson H. Thomas, B.S., M.S. (BME Dept., Northwestern University) "Behavior of Single Cells Isolated on Materials with Patterned Surface Chemistry," Ph.D. granted August 1999.
   **1995 Northwestern University Sigma Xi Research Award, Finalist**
   **1996 Annual Young Investigator Research Award, Chicago Section, International Association of Dental Research**

6. Ranee A. Stile, B.S., M.S., (BME Dept., Northwestern University) "Thermal-reversible Hydrogels as Scaffolds for Tissue Engineering," Ph.D. granted May 2002.
   **Gold Medal Graduate Award, MRS Spring 1999 Meeting Student Competition**
   **Whitaker Foundation Fellowship Grantee**

7. Susan Park, B.S., M.S., (BME Dept., Northwestern University) "Development of Poly(Lysine-*g*-(lactide-b-ethylene glycol)) Terpolymers for Nanoparticulate DNA Packaging," Ph.D. granted December 2003.

8. Greg M. Harbers, B.S., M.S., (BME Dept., Northwestern University) "Biomimetic Surface Engineering to Study Osteoblast Adhesion and Matrix Mineralization," Ph.D. granted December 2003.

9. Thomas A. Barber, B.S. M.S., (BioE Dept.) "Biomimetic Surface Engineering to Control Matrix Mineralization," Ph.D. granted May 2004.
   **Mayfield Fellowship Grantee**

10. Eugene Chung, B.S., (BioE Dept.) "The Effect of Mechanical Properties of Biomimetic Hydrogels on Bone Regeneration," Ph.D. expected May 2006.
    **Whitaker Foundation Fellowship Grantee**

11. Elizabeth Francis Irwin, (BioE Dept.) "Protein Adsorption to Hydrogel Surfaces," Ph.D. expected May 2007.
    **Whitaker Foundation Fellowship Grantee**

12. James Ho, (BioE & MSE Depts.) "Intracellular Response to Biomimetic Materials," M.S. (MSE) granted December 2005, Ph.D. expected May 2006.

13. Samuel Wall, B.S., (BioE Dept.) "Matrix-assisted Myocardium Regeneration," Ph.D. expected May 2007.
    **Whitaker Foundation Fellowship Grantee**
14. Ying Li, B.S., (BioE Dept.) "Novel Synthetic Niches for the Self-Renewal of Human Embryonic Stem Cells," Ph.D. expected May 2007.
    **NDSEG Graduate Fellow**
15. Krishanu Saha, B.S., (ChemE Dept./joint with Prof. David Schaffer) "Synthetic Niches to Control Neural Stem Cell Fate," Ph.D. expected May 2007.
    **NSF Graduate Fellow**
    **GREAT Fellowship Grantee**
16. Raymond Schmidt, B.S., (BioE Dept.) "Nanoscale Surfaces to Control Cell Fate," Ph.D. expected May 2008.
17. Jacob Pollock, B.S., (BioE Dept.) "Novel Biological Adhesives," Ph.D. expected May 2009.
    **NSF Graduate Fellow**
18. Mathew Harris, B.S., (MSE Dept.) "Artificial ECMs for Cell Transplantation in the Infarcted Myocardium," Ph.D. expected May 2008.
19. Naomi Kohen, B.S., (MSE Dept.) Ph.D. expected May 2010.

***Master of Science***

1. David Dobin, D.D.S., M.S.(Master of Science, Advanced Dental Education Program), "An Autoradiographic Study of the Retrofilling Sealing Ability of A Lased Hydroxyapatite Compound," M.S. granted 1991.
2. Steve Gupta, B.S., M.S. (Master of Science, Biotechnology Program), "Bone Cell Adhesion to Chemically Modified Materials," M.S. granted September 1994.
3. Jim Wakefield, B.S., M.S. (Master of Science, Biotechnology Program), "Chemical and Biological Modification of Implant Materials," M.S. granted September 1994.
4. Justin Chen, B.S., M.S. (Master of Science, Biotechnology Program), "Synthesis of Low Protein Binding Polymers for Applications in Biotechnology," M.S. granted September 1995.
   **1995 Award for Outstanding Academic Research, Biotechnology Program**
5. Carson H. Thomas, B.S., M.S. (BME Dept.) "The Effects of Serum Proteins on the Attachment and Spatial Distribution of Bone-Derived Cell on Materials With Patterned Surface Chemistry," M.S. granted June 1996.
6. Jane P. Bearinger, B.S., M.S. (BME Dept.) "Surface Engineering of Materials to Control Cell Function," M.S. granted June 1997.
7. Sujal Shah, B.S., M.S. (BME Dept.) "Embryologic Stem Cells in Tissue Engineering," M.S. granted June 1998.
8. Sharleen Tan, D.D.S., M.S. (Master of Science, Advanced Dental Education Program), "Controlled Delivery of Bisphosphonates from Biodegradable Nanoparticles," M.S. granted June 1998.
9. Kim T. Komutanon, B.S., M.S. (Master of Science, Biotechnology Program), "Drug Delivery from Polymer Scaffolds for Bone Regeneration," M.S. granted September 1998.
10. Bagyashree Sundaram, B.S., M.S. (Master of Science, Biotechnology Program), "Biodegradable Nanoparticles for Gene Therapy," M.S. granted September 1998.
11. Ranee A. Stile, B.S., M.S. (BME Dept.), "Injectable Thermo-Responsive Hydrogels that Support Cell Growth and Tissue Formation," M.S. granted June 1998.

12. Gregory M. Harbers, B.S., M.S. (BME Dept.), "Computer-Aided Biomolecular Surface Engineering of Peptide Modified Materials," M.S. granted June 1998.

13. Thomas A. Barber, B.S., M.S. (BME Dept.), "Engineered Titanium Surfaces to Modulate Osteoblast Behavior," M.S. granted December 2000.

14 Tim Kirk, B.E., (MSE Dept.) "Hydrogels for Cardiac Tissue Engineering," M.S. granted May 2003.

15. James Ho, (MSE Dept.) "In Vitro Response to Biomimetic Materials," M.S. granted December 2005

***Undergraduate Students***

1. Marissa Yanez, (MSE Dept.), "Polymer Coatings on 316L Stainless Steel" B.S. granted 2000.
   **SUPURB Fellowship Grantee**
   **SHPE 23rd National Technical and Career Conference Competition, 1st place winner**

2. Elizabeth Francis Irwin, (BioE Dept.) "Protein Adsorption to IPN Surfaces for Stent Applications," B.S. granted December 2001. **Guidant Fellowship Grantee**

3. Harry Benjamin Larman, (Engineering Physics Dept.) "Biomimetic Surface Modification for Vascular Technology," B.S. granted May 2002. **Guidant Fellowship Grantee**

4. Amrita Bhagat, (BioEDept.) "Controlled Drug Delivery from p(AAm-co-EG/AA) IPN," B.S. granted May 2002.

5. Kerstin Cleek, (BioE Dept.) "Mineralization of Bone Cells Exposed to Peptide-Modified Surfaces," B.S. granted December 2002. **Guidant Fellowship Grantee**

6. Nathaniel Huebsch, (BioE Dept.) "Electrical Properties of a Semi-IPN Hydrogels," B.S. granted May 2003. **Guidant Fellowship Grantee**

7. Kellen Mazzarella, (BioE Dept.) "Conjugation of a RGD Peptide to Poly(Acrylic Acid) and Verification of Peptide Density," B.S. granted May 2003.

8. Jonathan Chen, (BioE Dept.) "Patterned Substrates for Tissue Equivalents," B.S. granted December 2004.

9. Julia Kozhukh, (Chem. Dept.) "Control of Neural Stem Cell Differentiation in Synthetic Environments," B.S. granted June 2006.

***Dental and Medical Students***

1. Davis Tsai, B.S., M.D., "Surgical Models for Bone Graft Substitutes," M.D. granted June 1994

2. Charles Inga, B.S., "Bone Cell Response to Polymeric Bone Graft Substitutes," D.D.S. granted June 1995.

3. Ellis Nam, B.S., "Primary Bone Cell Response to Porous Biodegradable Polymers," M.D. granted June 1997.

4. Jung E. Kim, B.S., "Bone Cell distribution Dictated by Material Surface Chemistry," M.D. granted June 1999.

5. Marguerite Aikens, B.S., "Osteogenic Potential of Bone Morphogenetic Protein Loaded Polymer Scaffolds," M.D. granted June 1999.

***Post-doctoral Students and Medical Residents***

1. Doug Elenz, B.S., M.D., "Bone Regeneration with Polymeric Bone Graft Substitutes," orthopaedic resident research requirement, 1993 - 1995.

2. Davis Tsai, B.S., M.D., "Effect of rhBMP-2 on Bone Regeneration with a Polymeric Bone Graft Substitute," orthopaedic resident research requirement, 1995 - 1998.

3. So Yeon Kim, Ph.D., "Thermoreversible and Injectable Polymer Scaffolds that Contain both Biomimetic Peptide Chemistry that Facilitates Proliferation of Osteogenic Cells and Peptide Crosslinkers that Are Cleaved by Matrix Metalloproteinases," 2001 - 2004.
4. Michele Gilbert, Ph.D., "Activation of ERK 1,2 Expression in Osteoblasts Exposed to Peptide-Modified Surfaces," 2002 – 2004.
5. Jai young Koak, D.D.S., "Surface Modification of Dental Implants," 2004-2006.

***Visiting Faculty and Students***

1. Elizabeth M. Brindise, M.S., Anatomy and Physiology Faculty, Triton College, "Preliminary Analysis of a Polymer-Based Drug Delivery System for Administration of a Contraceptive Vaccine," Participant in the Research Experience for Science Teachers Program, NSF Summer Materials Institute for Teachers.
2. Shuming Zheng, Ph.D., Assistant Professor of Chemistry, Olive-Harvey College, "Biodegradable Poly(lactide-*co*-glycolide) Polymer Scaffolds for Controlled Drug Delivery and Tissue Regeneration," Participant in the Research Experience for Science Teachers Program, NSF Summer Materials Institute for Teachers.
3. Roger Michel, Ph.D., Visiting Scholar, ETH Zürich, Switzerland (2002)
4. Beatrice Barbato, Italian reciprocity student studying materials science and engineering, University of Trento, Trento Italy, (2003).
5. Laura Povlich, visiting summer student, University of Michigan (2003).
6. Angelique Saulnier, French reciprocity student studying materials science and engineering, Polytechnique Shool of Engineering, Grenoble University, Grenoble, France (2004).

***Senior Design Projects***

1. Peter Min, (MSE), "A Method to Fabricate Degradable Polymer Foams," 1992.
2. Jung Kim, (MSE), "Methods to Co-dissolve Synthetic Polymers and Proteins," 1993.
3. J. Chung, K. Garimella, R. Nagesetty, S. Rao, (BME) "Chemical Modification of Synthetic Vascular Grafts," 1993.
4. E. Dick, J. Dietzman, S. Osborne, S. Pope, C.H. Thomas, (BME) "Polymer Scaffold for Liver Regeneration," 1993.
5. L. Chen, Jim Kim, Jung Kim, S. Reddy, (BME) "Biodegradable-Bioactive Orthopaedic Knee Meniscus Tack," 1993.
6. P. Buhay, S. Hung, P. Parikh, and S. Sayena, (BME) "Artificial Extracellular Matrix to Promote Bone Regeneration," 1994.
7. L. DeLaitsch, C. Ferraro, L. McClelland, H. Webb (BME) "Smart Nanospheres for Gene Therapy," 1999.

## PUBLICATIONS

***Peer Reviewed Papers***

1. Ducheyne, P., and **Healy, K.E.**, "The Effect of Plasma-sprayed Calcium Phosphate Ceramic Coatings on the Metal Ion Release from Porous Titanium and Cobalt-Chromium Alloys," *J. Biomed. Mater. Res.*, **22**, 1137-1163 (1988).

2. **Healy, K.E.**, and Ducheyne, P. "A Physical Model for the Titanium-Tissue Interface," *American Society for Artificial Internal Organs Trans.*, **37(3)**, M150-M151 (1991).

3. **Healy, K.E.**, and Ducheyne, P., "The Mechanisms of Passive Dissolution of Titanium in a Model Physiological Environment," *J. Biomed. Mater. Res.*, **26**, 319-338 (1992).

4. **Healy, K.E.**, and Ducheyne, P., "Oxidation Kinetics of Titanium Thin Films in Model Physiologic Environoment," *J. Colloid and Interface Science*, **150(2)**, 404-417 (1992).

5. **Healy, K.E.**, Tsai, D., and Kim, J.E., "Osteogenic Cell Attachment to Degradable Polymers," *Mat. Res. Soc. Symp. Proc.*, **252**, 109-114 (1992).

6. **Healy, K.E.**, and Ducheyne, P., "Hydration and Preferential Molecular Adsorption on Titanium *In Vitro*," *Biomaterials*, **13(8)**, 553-561 (1992).

7. **Healy, K.E.**, and Ducheyne, P., "Passive Dissolution Kinetics of Titanium *In Vitro*," *J. Mat. Sci.: Materials in Medicine*, **4**, 117-126 (1993).

8. Lom, B., **Healy, K.E.**, and Hockberger, P.E., "A Versatile Technique for Patterning Biomolecules onto Glass Coverslips," *J. Neruo. Sci. Methods*, **50**, 385-397 (1993).

9. Lom, B., **Healy, K.E.**, and Hockberger, P.E., "Controlled Cell Distribution and Outgrowth on Coplanar Chemically Defined Surfaces," *Polymer Preprints*, **34(2)**, 88- 89 (1993).

10. **Healy, K.E.**, Lom, B., and Hockberger, P.E., "Spatial Distribution of Mammalian Cells Dictated by Material Surface Chemistry," *Biotechnology and Bioengineering*, **43**, 792-800 (1994).

11. Whang, K., Nuber, G., Thomas, C.H., and **Healy, K.E.**, "A Novel Method to Fabricate Bioabsorbable Scaffolds," *Polymer*, **36(4)**, 837-842 (1995).

12. Chiu, C.-H., Lautenschlager, E.P., Greener, E.H., Childress, D., and **Healy, K.E.**, "Prediction of Service Lifetime and Performance of a Prosthetic Thermoplastic," *J. Applied Polymer Science*, **58**, 1661-1668 (1995).

13. **Healy, K.E.**, Thomas, C.H., Rezania, A., Kim, J.E., McKeown, P., Lom, B., and Hockberger, P.E., "Kinetics of Bone Cell Organization and Mineralization on Materials with Patterned Surface Chemistry," *Biomaterials*, **17**, 195-208 (1996).

14. Rezania, A., Thomas, C.H., and **Healy, K.E.**, "A Probabilistic Approach to Measure the Strength of Bone Cell Adhesion to Chemically Modified Surfaces," *Annals of Biomedical Engineering*, **25**, 190-203 (1997).

15. Rezania, A., Thomas, C.H., and **Healy, K.E.**, "Detachment Strength and Morphology of Bone Cells Contacting Materials Modified with a Peptide Sequence Found within Bone Sialoprotein," *J. Biomedical Materials Res.*, **37(1)**, 9-19 (1997).

16. Thomas, C.H., McFarland, C.D., Rezania, A., Steele, J., and **Healy, K.E.**, "The Role of Vitronectin in the Attachment and Spatial Distribution of Bone-derived Cells on Materials with Patterned Surface Chemistry," *J. Biomedical Materials Res.*, **37(1)**, 81-93 (1997).

17. Bearinger, J.P., Castner, D.G., Chen, J., Hubchak, S., Golledge, S.L., and **Healy, K.E.**, "P(AAm-*co*-EG) Interpenetrating Polymer Networks Grafted to Oxide Surfaces: Surface Characterization, Protein Adsorption, and Cell Detachment Studies," *Langmuir*, **13(19)**, 5175-5183 (1997).

18. Bearinger, J.P., Castner, D.G., and **Healy, K.E.**, "Biomolecular Modification of P(AAm-*co*-EG/AA) IPNs Supports Osteoblast Adhesion and Phenotypic Expression," *J. Biomaterials Science:Polymer Ed.*, **9(7)**, 629-652 (1998).

19. Whang, K., Atkins, M., Nam, E.K., Tsai, D.C., Sprague, S.M., Patel, P., and **Healy, K.E.**, "Ectopic Bone Formation via rhBMP-2 Delivery from Porous Bioabsorbable Polymer Scaffolds," *J. Biomed. Mater. Res.*, **42**, 491-499 (1998).

20. Thomas, C.H., L'Hoest, J-B., Castner, D.G., McFarland, C.D., and **Healy, K.E.**, "Materials Designed to Control and Examine the Function of Single Cells," *Mat. Res. Soc. Symp. Proc.*, **530**, 55 - 58 (1998).

21. Rezania, A., and **Healy, K.E.**, "Biomolecular Surface Engineering of Materials for Controlling Bone Cell Adhesion and Spreading," *Mat. Res. Soc. Symp. Proc.*, **530**, 99 - 103 (1998).

22. Rezania, A., and **Healy, K.E.**, "Biomimetic Peptide Surfaces that Regulate Adhesion, Spreading, Cytoskeletal Organization, and Mineralization of the Matrix Deposited by Osteoblast-like Cells," *Biotechnology Progress*, **15(1)**, 19-32 (1999).

23. Whang, K., Elenz, D.R., Nam, E.K., Tsai, D.C., Thomas, C.H., Nuber, G.W., Glorieux, F.H., Travers, R., Sprague, S.M., and **Healy, K.E.**, "Engineering Bone Regeneration with Bioabsorbable Scaffolds with Novel Microarchitecture," *Tissue Engineering*, **5(1)**, 35-51 (1999)

24. Thomas, C.H., L'Hoest, J-B., Castner, D.G., McFarland, C.D., and **Healy, K.E.**, "Surfaces Designed to Control the Projected Area and Shape of Individual Cells," *J. Biomechanical Engineering*, **121(1)**, 40-48 (1999).

25. Model, M., and Healy, K.E., "Optimization of the Cost and Sensitivity of Receptor- and Enzyme-Based Assays," *Analytical Biochemistry*, **271**, 59-69 (1999).

26. **Healy, K.E.**, Rezania, A., and Stile, A., "Designing Biomaterials to Direct Biological Responses," *Annals of the New York Academy of Sciences*, **875**, 24-35 (1999).

27. Rezania, A., and **Healy, K.E.**, "Integrins Subunits Responsible for Adhesion of Human Osteoblast-Like Cells to Biomimetic Peptide Surfaces," *J. Ortho. Res.*, **17(4)**, 615-623 (1999).

28. Rezania, A., Johnson, B., Lefkow, A.R., and **Healy, K.E.**, "Bioactivation of Metal Oxide Surfaces: I. Surface Characterization and Cell Response," *Langmuir*, **15**, 6931-6939 (1999).

29. Stile, R.A., Burghardt, W.R., and **Healy, K.E.**, "Synthesis and Characterization of Injectable Poly(N-isopropylacrylamide)-based Hydrogels that Support Tissue Formation *In Vitro*," *Macromolecules*, **32**, 7370-7379 (1999)

30. **Healy, K.E.**, "Molecular Engineering of Materials for Bioreactivity," *Current Opinion in Solid State and Materials Science*, **4**, 381-387 (1999).

31. Collier, T.O., Thomas, C.H., Anderson, J.A., and **Healy, K.E.**, "Surface Chemistry Control of Monocyte and Macrophage Adhesion, Morphology, and Fusion," *J. Biomed. Mater. Res.*, **49(1)**, 141-145 (2000).

32. McFarland, C.D., Thomas, C.H., DeFilippis, C., Steele, J.G., and **Healy, K.E.** "Protein Adsorption and Cell Attachment to Patterned Surfaces," *J. Biomed. Mater. Res.*, **49(2)**, 200-210 (2000).

33. Model, M., and Healy, K.E., "Quantification of the Surface Density of a Fluorescent Label with the Optical Microscope," *J. Biomed. Mater. Res.*, **50**, 90-96 (2000).

34. Park, S., Bearinger, J.P., Lautenschlager, E.P., Castner, D.G., Healy, K.E., "Surface Modification of Poly(ethylene terephthalate) Anigoplasty Balloons with a Hydrophilic Poly(acrylamide-co-ethylene glycol) Interpenetrating Network Coating," *J. Biomed. Mater. Res.*, **53(5)**, 568-576 (2000).

35. Rezania, A., and **Healy, K.E.**, "The Effect of Peptide Surface Density on the Kinetics of Mineralization of the Matrix Synthesized by Osteogenic Cells," *J. Biomed. Mater. Res.*, **52**, 595-600 (2000).

36. Whang, K., Goldstick, T.K., **Healy, K.E.**, "A Biodegradable Polymer Scaffold for Delivery of Osteotropic Factors," *Biomaterials*, **21**, 2545-2551 (2000).

37. Veis, A., Tompkins, K., Alvares, K., Wei, K., Wang, L., Wang, X.-S., Brownell, A.G., Jengh, S.-M., and **Healy, K.E.**, "Specific Amelogenin Gene Splice Products have Signaling Effects on Cells in Culture and in Implants In Vivo," *J. Biological Chemistry*, **275(52)**, 41263-41272 (2000).

38. Stile, R.A., and **Healy, K.E.**, "Thermo-Responsive Peptide-Modified Hydrogels for Tissue Regeneration," *Biomacromolecules*, **2**, 185-194 (2001).

39. Waters, C.M., Glucksberg, M.R., Lautenschlager, E.P., Lee, C.-W., Van Matre, R.M., Warp, R.J., Savla, U., **Healy, K.E.**, Moran, B., Castner, D.G., and Bearinger, J.P., "A System to Impose Prescribed Homogeneous Strains on Cultured Cells," *J. Appl. Physiol.*, **91**, 1600-1610 (2001).

40. Thomas, C.H., Collier J.H., Sfeir, C.S., and **Healy, K.E.**, "Engineering gene expression and protein synthesis by modulation of nuclear shape," *PNAS*, **99(4)**, 1972-1977 (2002).

41. Stile, R.A., and **Healy, K.E.**, "Poly(N-isopropylacrylamide)-based Semi-Interpenetrating Polymer Networks for Tissue Engineering Applications Effects of Linear Poly(acrylic acid) Chains on Phase Behavior," *Biomacromolecules*, **3**, 591-600 (2002).

42. Stile, R.A., Barber, T.A., Castner, D.G., and **Healy, K.E.**, "Sequential Robust Design Methodology and X-Ray Photoelectron Spectroscopy to Analyze the Grafting of Hyaluronic Acid to Glass Substrates," *J. Biomed. Mater. Res.*, **61(3)**, 391-398 (2002).

43. Dehart, G.W., **Healy, K.E.**, and Jones, J.C.R., "The role of alpha 3 beta 1 integrin in determining the supramolecular organization of laminin-5 in the extracellular matrix of keratinocytes," *Experimental Cell Res.*, **283(1)**, 67-79 (2003).

44. Stile, R. A., Shull, K.R., and **Healy, K. E.**, **"**Axisymetric Adhesion Test to Examine the Interfacial Interactions between Biologically-Modified Networks and Models of the Extracellular Matrix," *Langmuir*, **19**, 1853-1860 (2003).

45. Park, S., and **Healy, K.E.**, "Nanoparticulate DNA Packaging Using Terpolymers of Poly(lysine-*g*-lactide-*b*-ethylene glycol)," *Bioconjugate Chemistry*, **14(2)**, 311-319 (2003).

46. Barber, T.A., Golledge, S.L., Castner, D.G, and **Healy, K.E.**, "Peptide-modified p(AAm-*co*-EG/AAc) IPNS Grafted to Bulk Titanium Modulate Osteoblast Behavior *In Vitro*," *J. Biomed. Mater. Res.*, **64A**, 38-47 (2003).

47. A. Tourovskaia, Barber, T., Wickes, B.T., Hirdes, D., Grin, B., Castner, D.G., **Healy, K.E.**, and Folch, A. "Micropatterns of Chemisorbed Cell Adhesion-Repellent Films Using Oxygen Plasma Etching and Elastomeric Masks," *Langmuir*, **19(11)**, 4754-4764 (2003).

48. Kim, S.-Y., and **Healy, K.E.**, "Synthesis and Characterization of Injectable Poly(N-isopropylacrylamide-co-Acrylic acid) Hydrogels with Proteolytically Degradable Cross-links," *Biomacromolecules*, **4**, 1214-1223 (2003).

49. Griffin, M.A., Engler, A.J., Barber, T.A., **Healy, K.E.**, Sweeney, H.L., and Discher, D.E., "Patterning, Prestress, and Peeling Dynamics of Myocytes," *Biophysical Journal*, **86**, 1209-1222 (2004).

50. Park, S., and **Healy, K.E.**, "Compositional Regulation of Poly(lysine-*g*-(lactide-*b*-ethylene glycol))-DNA Complexation and Stability," *Journal of Controlled Release*, **95**, 639 - 651 (2004).

51. Collier T.O., Anderson J.M., Brodbeck W.G., Barber T., **Healy K.E.**, "Inhibition of Macrophage Development and Foreign Body Giant Cell Formation by Hydrophilic Interpenetrating Polymer Network," *J. Biomed. Mater. Res. Part A*, **69A(4)**, 644-650 (2004).

52. Kuroda, S., Virdi, A.S., Li, P., **Healy, K.E.**, Sumner, D.R., "A Low-Temperature Biomimetic Calcium Phosphate Surface Enhances Early Implant Fixation in a Rat Model," *J. Biomed. Mater. Res. Part A*, **70A(1)**, 66-73 (2004).

53. Stile R.A., Chung E., Burghardt, W.R., **Healy, K.E.**, "Poly(N-isopropylacrylamide)-based Semi-Interpenetrating Polymer Networks for Tissue Engineering Applications. Effects of Linear Poly(acrylic acid) Chains on Rheology," *J. Biomater. Sci. Polym. Ed.*, **15(7)**, 865-878 (2004).

54. Irwin, E.F., Ho, J.E., Kane, S.R., **Healy, K.E.**, "Analysis of Interpenetrating Polymer Networks via Quartz Crystal Microbalance with Dissipation Monitoring," *Langmuir*, **21(12)**, 5529-5536 (2005).

55. Huebsch, N., Gilbert, M., **Healy, K.E.**, "Analysis of Sterilization Protocols for Peptide-Modified Hydrogels," *J. Biomed. Mater. Res. Part B*, **74B(1)**, 440-447 (2005).

56. De Ranieri, A., Virdi, A.S., Kuroda, S., **Healy, K.E.**, Hallab, N.J., Sumner, D.R., "Saline Irrigation Does Not Affect Bone Formation or Fixation Strength of Hydroxyapatite/Tricalcium Phosphate-Coated Implants in a Rat Model," *J. Biomed. Mater. Res. Part B*, **74B(2)**: 712-717 (2005).

57. Harbers G.M., Gamble L.J., Irwin E.F., Castner D.G., **Healy K.E.**, "Development and Characterization of a High-Throughput System for Assessing Cell-Surface Receptor-Ligand Engagement," *Langmuir*, 21(18), 8374-84 (2005).

58. Kim, S.-Y., Chung, E., Gilbert, M., and **Healy, K.E.**, "Synthetic MMP-13 Degradable ECMs Based on Poly(N-isopropyl acrylamide-co-Acrylic acid) Semi-Interpenetrating Polymer Networks I. Degradation and Cell Migration," *J. Biomed. Mater. Res. Part A*, **75(1)**, 73-88 (2005).

59. Barber, T.A., Harbers, G.M., Park, S., Gilbert, M., **Healy, K.E.**, "Ligand Density Characterization of Peptide-Modified Biomaterials," *Biomaterials*, **26(34)**, 6897-6905 (2005).

60. Harbers G.M., **Healy, K.E.**, "The Effect of Ligand Type and Density on Osteoblast Adhesion, Proliferation, and Matrix Mineralization," *J. Biomed. Mater. Res. Part A*, [Epub ahead of print]

***Chapters in Books***

1. Ducheyne, P., and **Healy, K.E.**, "Surface Spectroscopy of Calcium Phosphate Ceramic and Titanium Implant Materials," In *Surface Characterization of Biomaterials*, B. Ratner (Ed.), Elsevier, Amsterdam, 1988, pp. 175-192.

2. Ducheyne, P., and **Healy, K.E.**, "The Effect of Plasma Spraying Bioactive Ceramic Coatings on the Ion Release from Metallic Substrates," In *Bioceramics*, H. Oomishi, H. Aoki and K. Sawai (Eds.), Ishiyaku Euroamerica, Tokyo, 1989, pp. 359-364.

3. Ducheyne, P., and **Healy, K.E.**, "Titanium: Immersion-Induced Surface Chemistry Changes and the Relationship to Passive Dissolution and Bioactivity," In *The Bone-Biomaterial Interface*, J.E. Davis (Ed.), University of Toronto Press, Toronto, 1991, pp. 62-67.

4. Hockberger, P., Lom, B., Soekarno, A., and **Healy, K.E.**, "Cellular Engineering: Control of Cell-Substrate Interactions," In *Nanofabrication and Biosystems: Integrating Material Science, Engineering, and Biology*, H. Hoch, L. Jelinski, and H. Craighead (Eds.), Cambridge University Press, 1996, pp.276-299.

5. **Healy, K.E.**, and Ducheyne, P., "Passive Dissolution of Titanium in Biological Environments (Review)," *Medical Applications of Titanium and its Alloys: the Material and Biological Issues, ASTM STP 1272*, S.A. Brown and J.E. Lemons, Eds., American Society for Testing and Materials, Philadelphia, 1996.

6. **Healy, K.E.**, "Physical and Chemical Properties of Human Dentin and Enamel," In *Handbook of Biomaterials Properties*, J. Black and G. Hastings (Eds.), Chapman & Hall, London, 1998, pp. 24-39.

7. Grainger, D.W., and **Healy, K.E.**, "Biomaterials Surface Characterization," In *Handbook of Biomaterials Evaluation*, A.F. von Recum (Ed.), Macmillan Publishing Company, New York, 1998, pp.115-141.

8. **Healy, K.E.**, Harbers, G.M., Barber, T.A., and Sumner, D.A., "Osteoblast Interactions with Engineered Surfaces," In *Bone Engineering*, J.E. Davis (Ed.), em squared incorporated, Toronto, 2000, pp.268-281.

9. Whang, K. and **Healy, K.E.**, "Fabrication of Porous Biodegradable Bodies by Emulsion Freeze Drying," In *Methods of Tissue Engineering*, A. Atala and R. Lanza (Ed.), Academic Press, 2002, pp.697-702.

10. Stile, R.A., and **Healy, K.E.**, "Poly(NIPAAm-co-AAc) Hydrogels for Tissue Engineering of Bone and Cartilage," In *Methods of Tissue Engineering*, A. Atala and R. Lanza (Ed.), Academic Press, 2002, pp.663-676.

11. Harbers, G.M., Barber, T.A., **Healy, K.E.**, Stile, R.A., and Sumner, D.R., "Mimetic Peptide-Modified Materials for Control of Cell Differentiation," In *Biomimetic Materials and Design*, A. Dillow and A. Lowman (Ed.), Marcel Dekker, Inc., 2002, pp.55-90.

***Peer Reviewed Abstracts***

1. Ducheyne, P., **Healy, K.E.** and Black, J., "Enhanced Metal Ion Release from Titanium and its Alloys," *Trans. Soc. for Biomaterials*, **9**, 183 (1986).

2. Ducheyne, P., **Healy, K.E.**, Black, J. and Cuckler, J.M., "The Effect of Hydroxyapatite Coatings on the Metal Ion Release from Porous Titanium and Cobalt-Chromium Alloys," *Trans. Orthopaedic Res. Soc.*, **13**, 315 (1987).

3. Ducheyne, P., Radin, S., **Healy, K.E.** and Cuckler, J.M., "The Effect of Plasma Spraying on the Structure and Properties of Calcium Phosphate Ceramics," *Trans. Orthopaedic Res. Soc.*, **14**, 50 (1988).

4. Ducheyne, P., Cuckler, J.M., Radin, S., **Healy, K.E.** and Nazar, E., "Bioactive Calcium Phosphate Ceramic Linings on Porous Metal Coatings for Bone Ingrowth," *Trans. Soc. for Biomaterials*, **11**, 309 (1988).

5. **Healy, K.E.**, and Ducheyne, P., "Titanium Release Rate Kinetics in Biological Environments," *Trans. Soc. for Biomaterials*, **12**, 147 (1989).

6. **Healy, K.E.**, and Ducheyne, P., "Surface Spectroscopic Characterization and Oxidation Kinetic Measurements of Titanium Thin Films in Biological Environments," *Trans. Soc. for Biomaterials*, **12**, 30 (1989).

7. **Healy, K.E.**, and Ducheyne, P., "The Interaction of Titanium with Biological Environments," *Extended Abstracts American Institute of Chemical Engineers Summer National Meeting*, 35c (1989).

8. **Healy, K.E.**, and Ducheyne, P., "The Mechanisms of Passive Dissolution of Titanium in Biological Environments," *Trans. Soc. for Biomaterials*, **13**, 278 (1990).

9. **Healy, K.E.**, and Ducheyne, P., "The Mechanisms of Passive Dissolution of Titanium in Biological Environments," Proceedings from *BIOINTERACTIONS '90: NEW BIOMATERIALS for the NINETIES*, Oxford, UK, August (1990).

10. Chiu, C.-H., **Healy, K.E.**, and Lautenschlager, E.P., "The Degradation Mechanisms and Toughening Technique for Polyethylene Biomaterials," *Trans. Soc. for Biomaterials*, **14**, 213 (1991).

11. **Healy, K.E.**, and Ducheyne, P., "Interactions Between Titanium Surface Chemistry, Adsorbed Molecules, and Tissue Response," *Surfaces in Biomaterials Symp.*, Minneapolis MN, October 9th-11th (1991).

12. Chiu, C.-H., **Healy, K.E.**, and Lautenschlager, E.P., "Variations Between the Processing Treatments and Physical Properties of Prosthetic and Orthotic Polymers," *Proceedings, 7th World Congress of International Society for Prosthetics and Orthotics*, June 28th-July 3rd, 239 (1992).

13. Chiu, C.-H., **Healy, K.E.**, and Lautenschlager, E.P., "A Method to Predict the Clinical Service Life of Prosthetic and Orthotic Polyethylene," *Proceedings, 7th World Congress of International Society for Prosthetics and Orthotics*, June 28th-July 3rd 413 (1992).

14. **Healy, K.E.**, Whang, K., and Kim, J.E., "Bioabsorbable Scaffolds Useful for Bone Regeneration," *J. Dent. Res.*, **72**, 258 (1993).

15. **Healy, K.E.**, and Malone, J., "Biological Modification of Implant Materials," *J. Dent. Res.*, **72**, 228 (1993).

16. Lee, S-Y., Lautenschlager, E.P., Gilbert, J.L., **Healy, K.E.**, Dong, D-E., and Monaghan, P., "Models of Fluoride Ion Diffusion from Glass-Ionomer Cement," *J. Dent. Res.*, **72**, 284 (1993).

17. **Healy, K.E.**, Whang, K., and Kim, J.E., "A Method to Co-dissolve Absorbable Polymers and Water-soluble Proteins," *Trans. Soc. for Biomaterials*, **16**, 294 (1993).

18. Whang, K., Thomas, C.H., and **Healy, K.E.**, "A New Method to Fabricate Porous Bioabsorbable Scaffolds," *J. Dent. Res.*, **73**, 294 (1994).

19. **Healy, K.E.**, Lom, B., and Hockberger, P., "Material Surface Chemistry Dictates Spatial Distribution of Bone Cells," *J. Dent. Res.*, **73**, 342 (1994).

20. **Healy, K.E.**, Lom, B., Kim, J., Rezania, A., and Hockberger, P., "Spatial Distribution of Osteogenic Cells Guided by Material Surface Chemistry," *Trans. Soc. for Biomaterials*, **17**, 289 (1994).

21. Thomas, C.H., Rezania, A., Kim, J., and **Healy, K.E.**, "Kinetics of Primary Bone Cell Organization on Materials with Patterned Surface Chemistry," *Trans. Soc. for Biomaterials*, **18**, 131 (1995). **[Note: selected for an Excellence Session]**

22. Rezania, A., Thomas, C.H., Kim, J., and **Healy, K.E.**, "Measurement of Primary Bone Cell Adhesion to Organosilane Modified Surfaces," *Trans. Soc. for Biomaterials*, **18**, 118 (1995).

23. Malone, J., and **Healy, K.E.**, "Molecular Modeling of a RGD Containing Polypeptide Immobilized on Solid Supports," *Trans. Soc. for Biomaterials*, **18**, 252 (1995).

24. **Healy, K.E.**, Chen, J., and Rezania, A., "Interfacial Polymerization of PEG-co-AAm Copolymers Grafted to Metal Oxides," ASAIO J., **41(1) Suppl.**, 16 (1995).

25. Whang, K., and **Healy, K.E.**, "Controlled Release of Proteins from Emulsion Freeze-Dried PLGA Scaffolds," *Proceed. Intern. Symp. Control. Rel. Bioact. Mater.*, **22**, 536 (1995).

26. **Healy, K.E.**, Thomas, C.H., Rezania, A., Hockberger, P.E., and McKeown, P., "Kinetics of Bone Cell Organization and Mineralization on Materials with Patterned Surface Chemistry," *2nd International Conference on Cellular Engineering*, San Diego, CA, August 19th–22nd (1995).

27. Thomas, C.H., Rezania, A., McKeown, P., and **Healy, K.E.**, "Kinetics of Bone Cell Organization and Mineralization on Materials with Patterned Surface Chemistry," *Surfaces in Biomaterials Symp.*, Minneapolis, MN, September 5th–7th (1995).

28. Rezania, A., Thomas, C.H., and **Healy, K.E.**, "Strength of Bone Cell Adhesion to Materials with Defined Surface Chemistry," *Surfaces in Biomaterials Symp.*, Minneapolis, MN, September 5th–7th (1995).

29. McKeown, P., Stickle, W.F., Thomas, C.H., Rezania, A., and **Healy, K.E.**, "Characterization of Patterned Surfaces Used for Guided Cell Organization by Time-of-Flight Mass Spectrometry and X-Ray Photoelectron Spectroscopy," *Surfaces in Biomaterials Symp.*, Minneapolis, MN, September 5th-7th (1995).

30. **Healy, K.E.**, Thomas, C.H., Rezania, A., Hockberger, P.E., and McKeown, P.J., "Engineering Bone Cell Organization in Two Dimensions," *Annals of Biomedical Engineering*, **23(1) Suppl.**, S-45 (1995).

31. **Healy, K.E.**, Thomas, C.H., Rezania, A., Bearinger, J.P., and McFarland, C.D., "Patterned Endowment with Proteins and Peptides to Control Cell Function," Keystone Symposia on *Tissue Engineering(J3)*, p.9., Taos, NM, January 23rd–29th (1996).

32. **Healy, K.E.**, Elenz, D.R., Whang, K., Thomas, C.H., Tsai, D.C., Nam, E., Nuber, G.W., and Bowen, M.K. "Bone Regeneration Employing Bioabsorbable Scaffolds with Unique Microarchitecture," 1996 Keystone Symposia on *Tissue Engineering(J3)*, p. 17., Taos, NM, January 23rd-29th (1996).

33. Elenz, D.R., Whang, K., Thomas, C.H., Tsai, D.C., Nam, E., **Healy, K.E.**, Nuber, G.W., and Bowen, M.K., "Treatment of Experimental Bone Defects with Porous Bioabsorbable Copolymers Scaffolds," *Trans. Orthopaedic Research Society*, **21**, 448 (1996).

34. Bearinger, J.P., Rezania, A., Chen, J., **Healy, K.E.**, "Ultrathin Polymer Coatings for the Prevention of Material-Centered Infection of P(AAm-*co*-EG) on Metal Oxides," *J. Dent. Res.*, **75**, 79 (1996).

35. Thomas, C.H., McFarland, C.D., Gilbert, J.L., Hockberger, P.E., and **Healy, K.E.**, "Spatial Control of Mineralization on Biomaterials with Modified Surface Chemistry," *J. Dent. Res.*, **75**, 181 (1996).

36. Elenz, D.R., Whang, K., Thomas, C.H., Tsai, D.C., Nam, E., **Healy, K.E.**, Nuber, G.W., and Bowen, M.K., "Treatment of Experimental Bone Defects with Porous Bioabsorbable Scaffolds," *Fourteenth Annual Meeting of the Mid-American Orthopaedic Association*, San Antonio, TX, April, 20th (1996).

37. McFarland, C.D., Thomas, C.H., **Healy, K.E.**, Jenkins, M.L., and Steele, J.G., "The Role of Serum Glycoproteins in Determining the Spatial Organization of Bone Cells on Patterned Surfaces," *The 5th World Biomaterials Congress Transactions*, p.980, Toronto, Canada, May 29th-June 2nd (1996).

38. Bearinger, J., Rezania, A., Chen, J., **Healy, K.E.**, "Minimization of Protein Adsorption and Cell Adhesion to a Grafted Copolymer of P(AAm-*co*-EG)," *The 5th World Biomaterials Congress Transactions*, p.308, Toronto, Canada, May 29th-June 2nd (1996).

39. Whang, K., Elenz, D.R., Nam, E.K., Tsai, D.C., Thomas, C.H., Nuber, G.W., Bowen, M.K., and **Healy, K.E.**, "Bone Regeneration Using an Emulsion Freeze-Dried PLGA Scaffolds with Median Pore Sizes Less Than 50 μm," *The 5th World Biomaterials Congress Transactions*, p.292, Toronto, Canada, May 29th - June 2nd (1996).

40. Thomas, C.H., McFarland, C.D., Gilbert, J.L., and **Healy, K.E.**, "Preferential Mineralized Tissue Formation on Materials with Patterned Surface Chemistry," *The 5th World Biomaterials Congress Transactions*, p.946, Toronto, Canada, May 29th-June 2nd (1996).

41. Whang, K., Goldstick, T.K., and **Healy, K.E.**, "Control of Protein Release from Emulsion Freeze-Dried Scaffolds with Unique Microarchitecture," *The 5th World Biomaterials Congress Transactions*, p.774, Toronto, Canada, May 29th-June 2nd (1996).

42. Rezania, A., Thomas, C.H., Bearinger, J., and **Healy, K.E.**, "Cell-Binding Peptides for Enhancing the Strength of Osteoblast Adhesion," *The 5th World Biomaterials Congress Transactions*, p.891, Toronto, Canada, May 29th-June 2nd (1996).

43. **Healy, K.E.**, Thomas, C.H., Rezania, A., McKeown, P., McFarland, C.D., and Steele, J.G., "Correlative ToF-SIMS and fluorescence microscopy analyses of surfaces used to control mammalian cell function," *Proceeding of Microscopy and Microanalysis 1996*, G.W. Bailey *et al.* Eds., p.1044-1045, San Francisco Press, Inc. (1996).

44. Rezania, A., Thomas, C.H., and **Healy, K.E.**, "Immobilization of Biomimetic Cell-Adhesive Peptides on Model Biomaterials for Enhancing Bone Cell Adhesion," *Surfaces in Biomaterials Symp.*, p.147-151, Phoenix, AZ, September 4th-7th (1996).

45. Rezania, A., Thomas, C.H., and **Healy, K.E.**, "Grafting of Cell-Adhesive Peptides for Enhancing Cell Adhesion," presented at the MRS Fall Meeting, Boston, MA, December 2nd-4th (1996).

46. **Healy, K.E.**, Thomas, C.H., and Bearinger, J.P., "Control of Cell Shape and Function on Solid Surfaces," presented at the *Workshop on Biomaterials and Tissue Engineering*, Hilton Head, S.C., February 19th-23rd (1997).

47. Thomas, C.H., McFarland, C.D., Bearinger, J.P., and **Healy, K.E.**, "Non-Adhesive Polymer Surfaces that Spatially Control Cell-Mediated Mineralization," *J. Dent. Res.*, **76**, 286 (1997).

48. Bearinger, J.P., and **Healy, K.E.**, "Non-Adhesive Polymer Coatings Modified to Induce Cell Adhesion and Spreading," *J. Dent. Res.*, **76**, 382 (1997).

49. Bearinger, J.P., Thomas, C.H., and **Healy, K.E.**, "Biological Modification of P(AAm-*co*-EG) Networks to Target Bone Cell Adhesion and Growth," *Trans. Soc. for Biomaterials*, **19**, 54 (1997).

50. Thomas, C.H., Bearinger, J.P., McKeown, P.J., and **Healy, K.E.**, "Long-Term Control of the Spatial Distribution of Bone-Derived Cells," *Trans. Soc. for Biomaterials*, **19**, 132 (1997).

51. Rezania, A., Johnson, R.W., and **Healy, K.E.**, "Characterization of an ARG-GLY-ASP-Containing Peptide on Metal Oxides Using Spectroscopic Ellipsometry," *Trans. Soc. for Biomaterials*, **19**, 222 (1997).

52. Bearinger, J.P., Castner, D.G., and **Healy, K.E.**, "Modulation of Protein Adsorption and Cell Adhesion with Interpenetrating Polymer Network Coatings of P(AAm-*co*-EG)," Proceeding of the American Chemical Society Division of Polymeric Materials: Science and Engineering, **77**, 582-583 (1997).

53. Whang, K., Tsai, D.C., Nam, E.K., Goldstick, T.K., and **Healy, K.E.**, "Controlled Release of Bioactive Factors from Bioabsorbable Emulsion Freeze-Dried Scaffolds for Tissue Engineering," Proceedings of the

Topical Conference on *Biomaterials, Carriers for Drug Delivery, and Scaffolds for Tissue Engineering*, American Institute of Chemical Engineers, p.284-286, Los Angeles, CA, November 17th-19th (1997).

54. **Healy, K.E.**, Rezania, A., Thomas, C.H., Bearinger, J.P., and Castner, D.G., "Biomolecular Engineering of Surfaces to Modulate Mineralized Tissue Formation," presented at Keystone Symposia on *Tissue Engineering(J3)*, Copper Mountain, CO, January 10th-15th (1998).

55. Stile, R.A., and **Healy, K.E.**, "Injectable Thermo-Responsive Hydrogels for Articular Cartilage Regeneration," presented at Keystone Symposia on *Tissue Engineering(J3)*, Copper Mountain, CO, January 10th-15th (1998).

56. Whang, K., Tsai, D.C., Nam, E.K., Aiken, M.E., Patel, P., and **Healy, K.E.**, "Bone Regeneration Using Controlled Release of rhBMP-2 from Bioabsorbable Scaffolds," *The 17th Southern Biomedeical Engineering Conference Proceedings*, San Antonio, TX, p.143 (1998).

57. **Healy, K.E.**, "Biomimetic Materials for Rehabilitation," Invited poster presented at the NIH Bioengineering Symposium *Bioengineering: Building the Future of Biology and Medicine*, NIH, Bethesda, MD, February 27th-28th (1998).

58. Rezania, A., and **Healy, K.E.**, "Biomolecular Engineering of Surfaces to Manipulate Mineralized Tissue Formation," *Trans. Orthopaedic Research Society*, **23(1)**, 145, (1998)

59. Rezania, A., and **Healy, K.E.**, "Biomimetic Surfaces than Regulate Mineralization of the Extracellular Matrix," presented at the MRS Spring Meeting, San Francisco, CA, April 13th-14th (1998).

60. Thomas, C.H., Sfeir, C., McFarland, C., and **Healy, K.E.**, "Materials Designed to Control and Examine the Function of Single Cells," presented at the MRS Spring Meeting, San Francisco, CA, April 13th-14th (1998).

61. Rezania, A., and **Healy, K.E.**, "Covalent Immobilization of Cell-Binding and Heparin-Binding Peptides for Promoting Bone-Derived Cell Adhesion," *Trans. Soc. for Biomaterials*, **21**, 162 (1998).

62. Harbers, G., Rezania, A., and **Healy, K.E.**, "Computer-Aided Biomolecular Surface Engineering of Peptide Modified Materials," *Trans. Soc. for Biomaterials*, **21**, 170 (1998).

63. **Healy, K.E.**, Rezania, A., and Stile, R., "Biomimetic Materials that Regulate Bone Formation," *Annals of Biomedical Engineering*, **26**, S-140 (1998).

64. **Healy, K.E.**, "Biomimetic Hydrogels for Tissue Engineering," presented at the MRS Fall Meeting, Boston, MA, November 30th, (1998).

65. Keller, J.C., MacDougall, M., **Healy, K.E.**, and Tonetti, M., "Paths to Engineering Craniofacial and Oral Tissue Behavior," *J. Dent. Res.*, **78**, 123 (1999).

66. Thomas, C.H., Sfeir, C.S., McFarland, C.D., and **Healy, K.E.**, "Control and Investigation of Single Cell Gene Expression," *J. Dent. Res.*, **78**, 455 (1999).

67. Park, S., and **Healy, K.E.**, "Fabrication of Targeted-Stealth Nanospheres based on poly(lactide-co-glycolide)-block-poly(etheylene glycol) Chemistry," *J. Dent. Res.*, **78**, 523 (1999).

68. Stile, R.A., Burghardt, W.R., and **Healy, K.E.**, "Injectable Thermo-Responsive Hydrogels as Scaffolds for Tissue Engineering," presented at the MRS Spring Meeting, San Francisco, CA, April 5th-9th (1999). **R.A. Stile, Graduate Student Gold Award Recipient.**

69. Thomas, C.H., L'Hoest, J.B., Castner, D.G., Sfeir, C.S., McFarland, C.D., and **Healy, K.E.**, "Single Cell Isolation and Gene Expression," *Trans. Soc. for Biomaterials*, **22**, 112 (1999).

70. Stile, R.A., Burghardt, W.R., and **Healy, K.E.**, "Injectable Thermo-Responsive Hydrogels that Support Tissue Formation *In Vitro*," *Trans. Soc. for Biomaterials*, **22**, 248 (1999).

71. **Healy, K.E**. "Synthesis and Surface Characterization of Peptide-Modified Interpenetrating Polymer Networks that Control Biomineralization," 46th American Vacuum Society (AVS) International Symposium, Seattle, WA, October 28th (1999).

72. Park, S., and **Healy, K.E.**, "Synthesis and Development of a Novel Copolymer for Gene Therapy," presented at Keystone Symposia on *Experimental and Clinical Regulation of Angiogenesis*, p.69, Salt Lake City, UT, March 3rd-5th (2000).

73. **Healy, K.E.**, "Peptide-Modified Hydrogels for Connective Tissue Regeneration," presented at the Symposium on *Tissue Engineering*, p.69, Davos, Switzerland, February 18th-21st (2000).

74. Stile, R.A., Fabbroni, E., Shull, K.R., and **Healy, K.E.**, "Adhesion of Injectable Semi-interpenetrating Polymer Networks," presented at the MRS Spring Meeting, San Francisco, CA, April 26th (2000).

75. Stile, R.A., and **Healy, K.E.**, "Peptide-modified Thermoreversible Hydrogels for Tissue Regeneration," *Abstr. Pap. Am. Chem. Soc.*, 584-POLY, p.2, March 26th (2000).

76. Kohn, D.H., Hollister, S.J., and **Healy, K.E.**, "Biomimetic Strategies to Enhance Osseointegration," *J. Dent. Res.*, 79 (4 SI) (2000).

77. Collier, T.O., Collier, J., **Healy, K.E.**, Anderson, J.M., "Control of Monocyte/Macrophage Adhesion, Morphology and Fusion with Micropatterned Surface Chemistry," *The 6th World Biomaterials Congress Transactions*, p.3, Kamuela, HI, May 15th-20th (2000).

78. Stile, R.A., and **Healy, K.E.**, "Peptide-Modified Hydrogels for Bone Regeneration," *The 6th World Biomaterials Congress Transactions*, p.108, Kamuela, HI, May 15th-20th (2000).

79. Barber, T.A., Harbers, G.M., Golledge, S.L., Castner, D.G., **Healy, K.E.**, "Peptide-modified IPNs Grafted to Tissue Culture Polystyrene," *The 6th World Biomaterials Congress Transactions*, p.217, Kamuela, HI, May 15th-20th (2000).

80. Rezania, A., and **Healy, K.E.**, "The Effect of Peptide Surface Density on Mineralization of Matrix Deposited," *The 6th World Biomaterials Congress Transactions*, p.240, Kamuela, HI, May 15th-20th (2000).

81. Stile, R.A., Fabbroni, E., Shull, K.R., **Healy, K.E.**, "Injectable Semi-Interpenetrating Networks for Cartilage Regeneration," *The 6th World Biomaterials Congress Transactions*, p.653, Kamuela, HI, May 15th-20th (2000).

82. Collier, J.H., Thomas, C.H., and **Healy, K.E.**, "A Technique for Regioselective Coupling of Biomolecules to Non-fouling IPN Surfaces," *The 6th World Biomaterials Congress Transactions*, p.1219, Kamuela, HI, May 15th-20th (2000).

83. Thomas, C.H., Collier, J.H., Golledge, S.L., Castner, D.G., **Healy, K.E.**, "Behavior of Single Osteogenic Cells Isolated on Materials with Patterned Surface Chemistry," *The 6th World Biomaterials Congress Transactions*, p.1222, Kamuela, HI, May 15th-20th (2000).

84. **Healy, K.E.**, "Combining Polymer Chemistry and Photolithography to Manipulate Gene Expression and Protein Synthesis," *smallTalk 2000*, p.74, San Diego, CA, July 8th-12th (2000).

85. **Healy, K.E.**, Engineering Regiospecific Bioactive Surfaces with Interpenetrating Polymer Networks (IPNs) of p(AAm-*co*-EG), *Abstr. Pap. Am. Chem. Soc.*, 210-COLL, August 20th (2000).

86. **Healy, K.E.**, "Combining Polymer Chemistry and Photolithography to Manipulate Gene Expression and Protein Synthesis," 47th American Vacuum Society (AVS) International Symposium, Boston, MA, October 4th (2000).

87. Stile, R.A, and **Healy, K.E.**, "Semi-Interpenetrating Polymer Networks for Use in Tissue Engineering Applications," *5th Annual Hilton Head Workshop, Engineering Tissues*, Hilton Head, S.C., p.43, February 21st-25rd (2001).

88. Barber, T.A., Castner, D., and **Healy, K.E.** "Peptide-modified IPNs Grafted to Bulk Titanium Modulate Osteoblast Behavior In Vitro," *Trans. Soc. for Biomaterials*, **24**, 109 (2001).

89. Harbers, G. M., T. A. Barber, Yanez, M. E., Larman, H. B., **Healy, K. E.** "IPN Modified 316L SS: Surface Characterization and HCAEC Adhesion Studies," *Trans. Soc. for Biomaterials*, **24**, 275 (2001).

90. Park, S. and **Healy, K.E.** "Development of a Poly-L-lysine Based Terpolymer Capable of DNA Condensation," *Trans. Soc. for Biomaterials*, **24**, 335 (2001).

91. Barber, T.A., Stile, R.A., Castner, D.G., and **Healy, K.E.**, "XPS-Mediated Robust Design Used to Optimize Hyaluronic Acid Surface Immobilization," 48th American Vacuum Society (AVS) International Symposium, San Francisco, CA, October 30th (2001).

92. Harbers, G.M., Barber, T.A., Yanez, M.E., Larman, H.B., and **Healy, K.E.**, "Surface Characterization and HCAEC Adhesion Studies of IPN Modified 316L Stainless Steel," 48th American Vacuum Society (AVS) International Symposium, San Francisco, CA, November 1st (2001).

93. **Healy, K.E.**, "Exploiting Complementary Surface Analtical and Microscopy Techniques to Develop Biomimetic Materials," Materials Research Society, Fall Meeting, Boston, MA, November 26th (2001).

94. **Healy, K.E.**, "Tuning the Properties of Artificial Extracellular Matrices," *Materials Research Society*, Fall Meeting, Boston, MA, November 27th (2001).

95. **Healy, K.E.**, "Biomimetic Materials for Tissue Engineering," *Materials Research Society*, Spring Meeting, San Francisco, CA, April 5th (2002).

96. Park, S. and **Healy, K.E.**, "Self Assembling poly(lysine-*g*-lactide-*g*-ethylene glycol)-DNA Complexes," *Trans. Soc. For Biomaterials*, **25**, 64 (2002).

97. Harbers, G.M. and **Healy, K.E.**, "IPN Modified Polystyrene for High-Throughput Screening: Surface Characterization and Cell Adhesion," *Trans. Soc. For Biomaterials*, **25**, 250 (2002).

98. Stile, R.A., Shull, K.R. and **Healy, K.E.**, "Injectable Semi-Interpenetrating Polymer Networks for Use in Tissue-Adhesive Applications," *Trans. Soc. For Biomaterials*, **25**, 272 (2002).

99. Harbers, G.M., Barber, T.A., **Healy, K.E.**, Golledge, S.L. and Castner, D.G., "Development of a Fluorescent Based Assay for Quantifying Ligand Surface Density on IPN-Modified PS for High Throughput Applications," *AVS 49th International Symposium*, (2002).

100. Miller, W.M., Chow, D.C., King, J.A., Chenoweth, T.L., Papoutsakis, E.T., Harbers, G.M., **Healy, K.E.**, Immobilized Stem Cell Factor Prolongs Activation of MAP Kinease Pathway and Enhances Ex Vivo Expansion of Peripheral Blood CD34+ Cells," *Blood*, **100(11)**, 2037 Part 1 Nov 16 (2002).

101. Kim, S., and **Healy, K.E.**, "Proteolytically Degradable Poly(N-isopropylacrylamide-co-acrylic acid)-Based Semi-Interpenetrating Polymer Networks as Injectable Scaffold Materials," *Engineering Tissues 2003, 7th Annual Hilton Head Workshop & Engineering Tissue workshop*, 103 (2003).

102. **Healy, K.E.**, Kim, S.Y., Chung, E., and Krik, T.V, "Challenges Involving Hydrogel ECMs for Tissue Engineering," *Engineering Tissues 2003, 7th Annual Hilton Head Workshop & Engineering Tissue workshop* (2003).

103. Barber, T.A., Harbers, G.M. and **Healy, K.E.**, "Evidence Supports In Vitro Correlation Between Apoptosis and Mineralization," *49th Annual Orthopaedic Research Society*, (2003).

104. Irwin, E.F., Barber, T., Green, H., Harbers, G.M. and **Healy, K.E.**, "Interpenetrating Polymer Networks Minimize Adsorption of Fibrinogen to Surfaces," *Trans. Soc. For Biomaterials*, **26**, 466 (2003).

105. Harbers, G.M., Barber, T.A., Sumner, D.R. and **Healy, K.E.**, "RCO Cell Adhesion and Modulated Behavior on Peptide Functionalized IPN on Polystyrene," *Trans. Soc. For Biomaterials*, **26**, 13 (2003).

106. Barber, T.A., Harbers, G.M. and **Healy, K.E.**, "Understanding Mineralization and Apoptosis in primary Osteogenic Cultures," *Trans. Soc. For Biomaterials*, **26**, 188 (2003).

107. Park, S. and **Healy, K.E.**, "Modulation of terpolymer composition to alter DNA binding and complex stability," *Trans. Soc. For Biomaterials*, **26**, 556 (2003).

108. Kim, S., and **Healy, K.E.**, "Injectable poly(N-isopropylacrylamide-co-acrylic acid) hydrogels with proteolytically degradable cross-links," *Trans. Soc. For Biomaterials*, **26**, 635 (2003).

109. Chung, E.H., Kim S. and **Healy, K.E.**, "Support of Osteoblasts within N-Isopropylacrylamide-Based P(AAc)-Graft-RGD Semi-IPNs," *Trans. Soc. For Biomaterials*, **26**, 65 (2003).

110. **Healy, K.E.**, "Newly Minted Materials that Mimic Biology," EURESCO Conference (European Research Conferences), Biological Surfaces and Interfaces, Castelvecchio Pascoli, Italy, June 21-26 (2003)

111. Saha, K., **Healy, K.E.**, and Schaffer, D.V., "Bioactive Hydrogels For Control of Stem Cell Function," *American Institute of Chemical Engineers Annual Meeting*, 89a (2004).

112. **Healy, K.E.**, "Challenges Involving Biologically-Inspired Hydrogel ECMs for Tissue Engineering," *Materials Research Society*, Symposium W (W9.7/O5.7), p.434, Spring Meeting, San Francisco, CA, (2004)

113. Elfick, APD, Zhao, J.M., Unsworth, A., Healy, K.E., and Pruitt, L.A.,"Lateral Force Microscopy Study of Physisorbed Protein," Abstracts of the Papers of The American Chemical Society, 227: U820 110-COLL Part 1 Mar 28 (2004).

114. **Healy, K.E.**, "Attempts at Controlling Wound Healing with Polymers Containing Biomimetic Chemistry," ACS Division of Polymer Chemistry Biennial Meeting, *Polymer Design for Biology: Activity and Structure*, Savannah, GA, October 3rd – 6th (2004).

115. **Healy, K.E.**, "Control of Cell Adhesion, Shape, and Function by Material Biophysical Chemistry," *Materials Research Society*, Symposium AA (AA4.1), p.619, Fall Meeting, Boston, MA, (2004).

116. Chung, E.H., Sumner, D.R. and **Healy, K.E.**, "Effect of Hydrogel Modulus and RGD Ligand Density on osteoblast proliferation," Society for Physical Regulation in Biology and Medicine *(SPRBM)* Symposium, Lake Tahoe, CA (2005).

117. Saha, K., Schaffer, D.V., and **Healy, K.E.**, "Controlling Neural Stem Cell Behavior Via Peptide-Modified Hydrogels," Abstracts of the Papers of The American Chemical Society, 229: U200 139-BIOT Part 1 MAR 13 (2005).

118. Li, Y.J., Chung, E.H., Rodriguez, R.T., Firpo M.T., **Healy, K.E.**, "Maintenance of Undifferentiated Human Embryonic Stem Cells on RGD Functionalized Hydrogels," *Materials Research Society*, Symposium N (N4.8), p.143, Spring Meeting, San Francisco, CA (2005)

119. Ho, J., **Healy, K.E.**, "Viscoelastic properties of hyaluronic acid thin films as measured using a quartz crystal microbalance with dissipation," *Materials Research Society*, Symposium N, Spring Meeting, San Francisco, CA (2005).

120. Chung, E.H., Sumner, D.R. and **Healy, K.E.**, "Biodegradable and Thermoresponsive Poly(N-isopropylacrylamide) Hydrogels for Bone Tissue Engineering," *Materials Research Society*, Symposium K (K8.3), p.303, Spring Meeting, San Francisco, CA (2005).

121. Saha, K., Schaffer, D.V., and **Healy, K.E.**, "Peptide-Modified Hydrogels for Neural Stem Cell Control," *Materials Research Society*, Materials Research Society Symposium Proceedings Series, volume 873E, K8.1, p.303, Spring Meeting, San Francisco, CA (2005).

122. Irwin, E.F. and **Healy, K.E.**, "Physical Properties of Interpenetrating Polymer Networks Determined by QCM-D," *Materials Research Society*, Symposium N (N6.4), p.144, Spring Meeting, San Francisco, CA, (2005).

123. Lam, K. B., Irwin, E. F., **Healy, K. E.**, and Lin, L., "Immobilization of Thylakoid Membranes via Self-Assembled Monolayers," *Materials Research Society*, Symposium K (K3.23), p.128, Spring Meeting, San Francisco, CA (2005).

124. Li, Y.J., Chung, E.H., Rodriguez, R.T., Firpo M.T., Healy, K.E., "Undifferentiated Growth of Human Embryonic Stem Cells on Peptide Functionalized Hydrogels," *Trans. Intern. Soc. for Stem Cell Res.*, p. 166, 3rd Annual Meeting, San Francisco, CA (2005).

125. Lam, K.B., Irwin, E.F., Healy, K.E., and Lin, L., "Biological Self-Assembled Monolayers for Photosynthetic Solar Cell and Sensing Applications," *The 13th International Conference on Solid-State Sensors, Actuators and Microsystems*, Seoul, Korea, p. 1772-1775, June 5th – 9th (2005).

***Non-peer Reviewed Abstracts***

1. Lom, B., **Healy, K.E.**, and Hockberger, P.E., "An Improved Method for Creating Well-Defined, Patterned Substrates for Studies of Neuronal Adhesion and Guidance," *Society for Neuroscience Abstracts*, **18**, 39 (1992).

2. Lom, B., **Healy, K.E.**, and Hockberger, P.E., "Cell Alignment on Chemically-patterned Surfaces Reveals a Hierarchy of Preferences," *Society for Neuroscience Abstracts*, **19**, 1291 (1993).

## INVITED LECTURES & WORKSHOPS

1. "Metal Ion Release from Porous Coated Implant Alloys," University of Pennsylvania Biomaterials Seminar Series, Philadelphia, PA, April 18th, 1986.

2. "The Interaction of Titanium with Biological Environments," Department of Biomedical Engineering, Southwest Medical Center, University of Texas, Dallas, TX, June 4th, 1989.

3. "Biological Performance of Titanium Implant Materials," Division of Biological Materials, Northwestern University, Chicago, IL, June 10th, 1989.

4. "The Mechanisms of Passive Dissolution of Titanium in Biological Environments," Department of Biomedical Engineering, Rensselaer Polytechnic Institute, Troy, NY, September 12th, 1990.

5. "The Interactions Between Titanium Implants and Biological Tissue," Department of Biomedical Engineering, Northwestern University, Evanston, IL, January 23rd, 1991.

6. "Absorbable Polymers for Fracture Fixation," Department of Orthopaedics, Northwestern University, Chicago, IL, April 6th, 1991.

7. "Interactions Between Titanium Surface Chemistry, Adsorbed Molecules, and Tissue Response," Department of Chemical Engineering, University of Rochester, Rochester, NY, April 12th, 1991.

8. "Interfacial Reactions and Passive Dissolution of Titanium Implants," Materials week '91, ASM International, Cincinnati, OH, October 23rd, 1991.

9. "The Interactions between Cells and Biologically Modified Materials," Technology Corporate Partners Symposium on Bioengineering and Biomaterials, Evanston, IL, November 11th, 1991.

10. "Biological Modification of Implant Materials," American Association for Dental Research, Chicago Chapter, Chicago, IL, September 24th, 1992.

11. "The Merging of Materials Science and Biotechnology," Technology Reviews: Executive Briefings for Managers of Technology, Evanston, IL, November 9th, 1992.

12. "The Application of Materials Science and Biotechnology to Improve Implant Function," Department of Oral Biology and Connective Tissue Research Laboratory, Northwestern University, Chicago, IL, December 3rd, 1992.

13. "The Use of Biomimetic Materials to Enhance Bone Regeneration," Abbott Laboratories, Abbott Park, IL, June 14th, 1993.

14. "Osteogenic Cell Adhesion and Movement on Chemically Defined Surfaces," Gordon Conference on *The Science of Adhesion*, New Hampton, NH, August 15th-20th, 1993.

15. "Computer-Aided Design of Biomimetics Surfaces," Abbott Laboratories, Abbott Park, IL, February 21st, 1995.

16. "Spectroscopic Testing of Biomaterials Surfaces," ASTM F-4 Workshop on *The Characterization & Performance of Articular Surfaces*, Denver, CO, May 16th-17th, 1995.

17. "Surface Engineering of Materials to Control Mammalian Cell Function," Department of Biomedical Engineering, Duke University, Durham, NC, July 6th, 1995.

18. "Engineering Bone Cell Organization in Two Dimensions," Biomedical Engineering Society Annual Meeting, Special Session on Tissue Engineering in Bone, Boston, MA, October 5th, 1995.

19. "Surface Engineering of Materials to Control Osteoblast Function," University of Connecticut, Farmington/Storrs (via electronic link), CN, November 11th, 1995.

20. "Patterned Endowment with Peptides and Proteins to Promote Cell Organization," Keystone Symposia conference on Tissue Engineering, Taos, NM, January 27th, 1996.

21. "Polymer Scaffolds in Hard Tissue Engineering," Department of Orthopaedics, Northwestern University, Chicago, IL, March 2nd, 1996.

22. "The Use of Surface Chemistry to Control Cell Behavior *In Vitro*," Becton, Dickinson and Company, Bedford, MA, July 19th, 1996.

23. "Correlative ToF-SIMS and Fluorescence Microscopy Analyses of Surfaces Used to Control Mammalian Cell Function," Microscopy and Microanalysis '96, Minneapolis, MN, August 15th, 1996.

24. Invited participant in a NIH-NIDR sponsored workshop on "Biomimetics, Tissue Engineering, and Biomaterials," Bethesda, MD, September 25th-26th, 1996.

25. Invited participant in a NSF sponsored workshop on "Nanotechnology: New Frontiers in Biology," Cornell University, Ithaca, NY, November 20th-21st, 1996.

26. "Biomaterials and Hard Tissue Engineering," Connective Tissue Workshop, Rush-Presbyterian-St. Luke's Medical Center, Chicago, IL, December 9th, 1996.

27. Invited participant in a Whitaker Foundation sponsored Workshop on Biomaterials and Tissue Engineering, "Control of Cell Shape and Function on Solid Surfaces," Hilton Head, S.C., February 19th-23rd, 1997.

28. Invited participant in a ASTM F04 Committee sponsored Workshop on Tissue Engineering: The Role of ASTM, "Standards Issues in Hard Tissue Engineering," St. Louis, MO, May 6th, 1997.

29. "Biomolecular Engineering of Surfaces to Manipulate Cell Function," Biochemical Engineering X, Engineering Foundation Conference, Kananaskis, Alberta, Canada, May 21st, 1997.

30. "Engineering Biomaterials to Promote Hard Tissue Regeneration," Oregon Medical Laser Center, Providence St. Vincent Medical Center, Portland, OR, June 26th, 1997.

31. "Modulation of Protein Adsorption and Cell Adhesion with Interpenetrating Polymer Network Coatings of P(AAm-*co*-EG)," ACS Symposium *Polymer Surface Modification for Adhesion and Deposit Resistance*, ACS Division of Polymeric Materials: Science and Engineering, Las Vegas, NV, September 11th, 1997.

32. "Engineering Surfaces to Support Hard Tissue Regeneration," Department of Biomedical Engineering, University of Michigan, Ann Arbor, MI, December 1st, 1997.

33. "Physical Chemistry and Interdiffusion Properties of Thermo-reversible Hydrogels," Genzyme Corp., Framingham, MA, January 29th, 1998

34. "Functional Biomaterials," Panelist at the NIH Bioengineering Symposium *Bioengineering: Building the Future of Biology and Medicine*, NIH, Bethesda, MD, February 27th-28th, 1998.

35. "Bone Cell Distribution, Cytoskeletal Organization, Gene Expression, and Mineral Deposition on Microfabricated Surfaces," *Microsystems Technology in Medicine and Biology*, Cambridge Healthtech Institute, Cambridge, MA, April 15th-16th, 1998.

36. "Materials that Regulate Tissue Development," Department of Materials, Chemical, and Biochemical Engineering, University of California at Irvine, Irvine, CA, April 24th, 1998.

37. "Biomimetic Materials for Tissue Engineering," Department of Biomedical Engineering, Case Western Reserve University, Cleveland, OH, April 27th, 1998.

38. "Designing Implant Surfaces to Direct Biological Responses," *Bioartifical Organs*, International Engineering Foundation Conference, Banff, Alberta, Canada, July 18th-22nd, 1998.

39. "Designing Implant Surfaces to Direct Biological Responses," *28th International Workshop on Hard Tissue Biology*, Sun Valley, Idaho, August 3rd-7th, 1998.

40. "Control of Osteogenic Cell Behavior with Biomimetic Materials and Microfabricated Devices," Bone and Mineral Group, Indiana University-Purdue University, Indianapolis, IN, September 23rd, 1998.

41. "Biomimetic Materials that Regulate Bone Formation," Biomedical Engineering Society Annual Meeting, Special Session on Tissue Engineering in Bone, Cleveland, OH, October 13th, 1998.

42. "Biomimetic Materials The Regulate Tissue Formation," Pittsburgh Tissue Engineering Initiative (PTEI), Pittsburgh, PA, November 11th, 1998.

43. "Biomimetic Hydrogels for Tissue Engineering," Materials Research Society 1998 Fall Meeting, Boston, MA, November 30th, 1998.

44. "Designing Materials the Control the Behavior of Mammalian Cells," Department of Materials Science and Mineral Engineering, University of California at Berkeley, Berkeley, CA, December 4th, 1998.

45. "Surfaces that Direct the Behavior of Living Cells," Lawrence Berkeley National Laboratory, Advanced Light Source, University of California at Berkeley, Berkeley, CA, December 16th, 1998.

46. "Engineering Biomimetic Materials to Regulate Cell Behavior and Tissue Regeneration," Northwestern University, Provost's Domain Dinner Lecture Series, January 12th, 1999.

47. "Manipulating Mammalian Cell Behavior via Material Surface Chemistry," Departments of Bioengineering and Chemical Engineering, University of Minnesota, Minneapolis, MN, January 19th, 1999.

48. "Manipulation of Cell Architecture and Gene Expression on Microfabricated Surfaces," Department of Bioengineering, Center for Nanotechnology, University of Washington, Seattle, WA, March 9th, 1999.

49. "Developments in Polymer Templates for Tissue Engineering," International Association for Dental Research (IADR) Meeting and Exposition, *Tissue Engineering in the Crain facial Complex*, Vancouver, BC, Canada, March 11th, 1999.

50. "Biomimetic Strategies for Designing Synthetic Materials," Departments of Bioengineering and Chemical Engineering, University of Wisconsin, Madison, WI, April 19th, 1999.

51. "Biomimetic Strategies for Designing Synthetic Materials," Laboratoire de Recherches sur les Macromolécules (LRM), Institut Galilée, Université Paris XIII, Villetaneuse, France, May 11th, 1999.

52. "Microfabricated Surfaces of Interpenetrating Polymer Networks (IPNs) to Manipulate Cell Architecture and Gene Expression," Laboratoire de Recherches sur les Macromolécules (LRM), Institut Galilée, Université Paris XIII, Villetaneuse, France, May 27th, 1999.

53. "Smart Biomaterials," 45th Annual Conference & Exposition of the American Society for Artificial Internal Organs (ASAIO), June 3rd, 1999

54. "Biomimetic Strategies for Designing Synthetic Materials," Department of Bioengineering, University of California at Berkeley, Berkeley, CA, June 4th, 1999.

55. "Microfabricated Materials for Tissue Development," Gordon Conference on *Biomaterials: Biocompatibility and Tissue Engineering*, Holderness School, Holderness, NH, July 23rd, 1999.

56. "Biomimetic Materials that Regulate Bone Formation," 12th Annual International Symposium for Technology in Arthroplasty ISTA'99, Chicago, IL, September 24th, 1999.

57. "Designing Materials to Control Tissue Regeneration," Johnson & Johnson Corporation, Corporate Biomaterials Center, Somerville, NJ, September 30th, 2000.

58. "Synthesis and Surface Characterization of Peptide-Modified Interpenetrating Polymer Networks that Control Biomineralization," 46th American Vacuum Society (AVS) International Symposium, Seattle, WA, October 28th, 1999.

59. "Osteoblast Interaction with Engineered Surfaces," The Bone Engineering Workshop, Toronto, Ontario, Canada, December 2nd-3rd, 1999.

60. "Mimetic Peptide Surfaces to Enhance Osseointegration," International Association for Dental Research (IADR) Meeting and Exposition, *Biomimetic Strategies to Enhance Osseointegration*, Washington, D.C, April 5th, 2000.

61. "Exploiting Peptide-Receptor Engagement for the Surface Engineering of Polymers," Symposium on *Interfacial Aspects of Soft Biomaterials*, Materials Research Society 2000, Spring Meeting, San Francisco, CA, April 25th, 2000. (Substitute for Dr. L. Griffith)

62. "The Design, Synthesis, Characterization and *In Vitro* and *In Vivo* Testing of Peptide Modified Surfaces," *BELACT VII Cells/Biomaterials: from In Vitro Cultivation to In Vivo Implantation*, Château de Colonster, Lèige, Belgium, May 5th, 2000.

63. "Nanotechnology and Tissue Engineering," Panelist at the NIH BECON Symposium *Nanoscience and Nanotechnology: Shaping Biomedical Research*, NIH, Bethesda, MD, June 25th-26th, 2000.

64. "Combining Polymer Chemistry and Photolithography to Manipulate Gene Expression and Protein Synthesis," smallTalk 2000 (the microfluidics and microarrays conference), San Diego, CA, July 12th, 2000.

65. "Engineering Gene Expression and Protein Synthesis with Microfabricated Bioactive Surfaces," BioMEMS & Biomedical Nanotechnology World 2000, Columbus Ohio, OH, September 25th, 2000.

66. "Biomimetic Materials that Regulate Tissue Formation," Department of Bioengineering, Clemson University, Clemson, SC, November 3rd, 2000.

67. "Challenges in Achieving Direct Skeletal Attachment," NIH BECON Symposium *Rehabilitation on the Move*, NIH, Bethesda, MD, January 4th, 2001.

68. "Current Perspectives on Biomaterials: *Biomimetic Materials that Modulate Cell and Tissue Function*," University of Alaska at Fairbanks EPSCORE Meeting, Fairbanks, AK, February 9th, 2001.

69. "Nanotechnology in Cell and Tissue Engineering?" National Association of Science Writers Nanotechnology Workshop, *Small is Beautiful*, Berkeley, CA February 14th, 2001.

70. "Biomimetic Strategies for Controlling Cell-Materials Interactions and Tissue Formation," Department of Materials Science and Engineering, Stanford University, Palo Alto, CA, March 16th, 2001.

71. "Biomaterials and Intravascular Stent Activities at Berkeley," Department of Bioengineering, Industrial Advisory Board Meeting, Berkeley, CA, April 5th, 2001.

72. "The Multi-factorial Process of In-stent Restenosis: Materials-based Solutions," Medtronic LC Inc., Santa Rosa, CA, May 16th, 2001.

73. "Newly Minted Materials that Mimic Biology," Berkeley in Silicon Valley: New Directions in Chemistry and Engineering Symposium, Santa Clara, CA, June 11th, 2001.

74. "Newly Minted Materials that Mimic Biology," Department of Biological Science and Technology, The University of Tokushima, Tokushima, Japan, June 22nd, 2001.

75. "Biomimetic Materials for Tissue Regeneration," Department of Materials Chemistry, Kyoto University, Kyoto, Japan, June 27th, 2001.

76. "Newly Minted Materials that Mimic Biology," Institute of Biomedical Engineering, Tokyo Women's Medical University, Tokyo, Japan, June 30th, 2001.

77. "Biomimetic Strategies for Controlling Cell-Materials Interactions and Tissue Formation," Department of Biomedical Engineering, Graduate School of Medicine, Kyushu University, Fukuoka, Japan, July 3rd, 2001.

78. "Newly Minted Materials that Mimic Biology," Division of Biological Science, Hokkaido University, Sapporo, Japan, July 4th, 2001.

79. "The Multi Factorial Problem of In-stent Restenosis: Materials-Based Treatments," Surfaces in Biomaterials Foundation, Scottsdale Princess Resort, Scottsdale, Arizona, August 31st, 2001.

80. "Surface Engineering of Materials for Biomimetic Implants and Cell-Based Sensors" Biosurf IV conference, Ecole Polytecnique Federale de Lausanne, Lausanne, Switzerland, September 20th-Sptember 21st, 2001.

81. "Biomimetic Strategies for Controlling Cell-Materials Interactions and Tissue Formation," Department of Materials Science and Engineering, University of Michigan, Ann Arbor, MI, September 28th, 2001.

82. "Biomimetic Strategies for Controlling Cell-Materials Interactions and Tissue Formation," Department of Chemical Engineering, University of California at Berkeley, Berkeley, CA, October 10th, 2001.

83. "Newly Minted Materials that Mimic Biology," Department of Bioengineering, University of Pennsylvania, Philadelphia, PA, October 18th, 2001.

84. "Newly Minted Materials that Mimic Biology," Departments of Chemical Engineering and Bioengineering, Columbia University, New York, NY, October 19th, 2001.

85. "Exploiting Complementary Surface Analytical and Microscopy Techniques to Develop Biomimetic Materials," Symposium on Physical Characterization of Biological Materials and Systems, Materials Research Society 2001, Fall Meeting, Boston, MA, November 26th, 2001.

86. "Tuning the Properties of Artificial Extracellular Matrices," Symposium on Polymeric Biomaterials for Tissue Engineering, Materials Research Society 2001, Fall Meeting, Boston, MA, November 27th, 2001.

87. "The Multi-factorial Problem of In-stent Restenosis: Materials-based Treatment," Medtronic LC Inc., Minneapolis, MN, November 28th, 2001.

88. "Biomimetic Strategies for Controlling the Biological-Synthetic Interface," Surface Science and Catalysis Science Seminars, Materials Sciences Division, Lawrence Berkeley National Laboratory, Berkeley, CA, February 21st, 2002.

89. "Tuning the Properties of Artificial Extracellular Matrices," Biologically-Based Materials for Tissue Engineering Short Course, Georgia Institute of Technology, Atlanta, GA, March 11th, 2002.

90. "Surface Engineering of Materials to Manipulate Interactions with Biological Systems," Solid State Technology and Devices Seminar, University of California at Berkeley, Berkeley, CA, March 22nd, 2002.

91. "Biomimetic Materials for Tissue Engineering," Symposium on Biological and Biomimetic Material Properties to Function, Materials Research Society 2002, Spring Meeting, San Francisco, CA, April 5th, 2002.

92. "Surface Engineering Strategies to Control Wound Healing Surrounding Medical Implants," Surfaces in Biomaterials Course, Food and Drug Administration (FDA), Center for Devices and Radiological Health (CDRH), Rockville, MD, June 17th, 2002.

93. "Thin Polymer Hydrogel Coatings Containing Hydrogen-Bond Donors that Prevent Protein Adsorption and Mammalian Cell Adhesion," UWEB 2nd Symposium on Non-Fouling Surfaces, University of Washington, Seattle, WA, August 1st, 2002.

94. "Controlling Cell Function and Tissue Formation via Biomimetic Polymers," 4th International Symposium on Biomimetic Interfaces, Intellectual Biointerface Engineering Center (IBEC), College of Dentistry, Seoul National University, Seoul, Korea, August 30th, 2002.

95. "Biomimetic Strategies for Regenerating Bone," Third Smith & Nephew International Symposium, Translating Tissue Engineering Into Products, hosted by the Georgia Institute of Technology, Atlanta, Georgia, October 14th, 2002.

96. "Biomimetic Polymers that Control Cell Function," Polymers in Medicine and Biology: 2002 Workshop, American Chemical Society, Sonoma, California, November 15th, 2002

97. "N(IPAAm) gels, viable cells, and cigars," Gels, Genes, Grafts & Giants, hosted by University of Washington Engineered Biomaterials, Ka'anapali, Maui, HI, December 18th, 2002.

98. "Newly Minted Materials that Dictate Biological Function," Division of Engineering, Harvard University, Cambridge MA, February 25th, 2003.

99. "Challenges Involving Hydrogel ECMs for Tissue Engineering," Engineering Tissues 2003, 7th Annual Hilton Head Workshop on Engineering Tissues, hosted by Georgia Institute of Technology, Hilton Head, South Carolina, February 27th, 2003.

100. "The Role of Surface Chemistry in Dictating Biologic Function," University of Delaware, Department of Chemistry, Division of Analytical Chemistry, Newark, Delaware, April 16th, 2003.

101. "The Challenges in Modulating Gene Expression via Nuclear Shape," Conference on Biophysical Complexity, sponsored by the Biophysical Chemistry Group of the Royal Society of Chemistry (U.K.) and by the British Biophysical Society, University of Southampton, Southampton, United Kindom, April 24th, 2003.

102. "Newly Minted Materials that Mimic Biology," European Research Conference (EURESCO) on Biological Surfaces and Interfaces, European Science Foundation, Castelvecchio Pascoli, Italy, June 25th, 2003.

103. "Exploiting Surface Chemistry to Control Biological Systems," IBM Almaden Research Center, San Jose, California, July 8th, 2003.

104. "Challenges in Designing Materials that Dictate Tissue Regeneration," NSF Sponsored Indo-U.S. Workshop on Tissue Engineering and Stem Cell Technologies, SCTIMST, Trivandrum, India, February 2nd, 2004.

105. "Challenges in Designing Materials that Dictate Tissue Regeneration," Bioengineering & Biodesign Seminar, Stanford University, Stanford, California, March 8th, 2004.

106. "Advanced Materials with Drug-like Qualities for Fracture Healing and Implant Fixation," Annual Meeting of the American Academy of Orthopaedic Surgeons, Symposium on *The Role of Pharmacological Agents in Fracture Healing and Implant Fixation*, San Francisco, California, March 10th, 2004.

107. "Designing Materials that Mimic Biology," McMaster University, Department of Chemical Engineering, Hamilton, Ontario, Canada, April 5th, 2004.

108. "Challenges Involving Biologically-Inspired Hydrogel ECMs for Tissue Engineering," *Materials Research Society*, Spring Meeting, San Francisco, CA, Symposium W, November, 30th, 2004.

109. "Challenges in Crossing the Biomimetics Chasm: What Will it Take for Clinical Success?," Medtronic Forum, 2004 Medtronic Biomaterials Symposium, Medtronic Corporate Headquarters, Minneapolis, MN, April 19th, 2004.

110. "Biomimetic Surface 'Tissue' Engineering: Challenges in Transferring Physical Surface Chemistry into Clinical Success," International Conference and Workshop on the *Physical Chemistry of Bio-Interfaces*, Barossa Valley (Adelaide), Australia, May 25th, 2004.

111. "Biologically-Inspired Hydrogel ECMs for Bone Tissue Engineering," The Regenerate International Conference and Exposition, Seattle, WA, June 11th, 2004.

112. "Can We Engineer Gene Expression via Matrix Biophysical Chemistry?," Gordon Research Conference, *Signal Transduction By Engineered Extracellular Matrices,* Bates College, Lewiston, ME, June 30th, 2004.

113. "Engineering Cell-Based Matrix Mineralization via Material Chemistry," Gordon Research Conference, *Biomineralization*, Colby-Sawyer College, Knew London, NH, August 10th, 2004.

114. "Attempts at Controlling Wound Healing with Polymers Containing Biomimetic Chemistry," ACS Division of Polymer Chemistry Biennial Meeting, *Polymer Design for Biology: Activity and Structure*, Savannah, GA, October 5th, 2004.

115. "Biologically-Inspired Hydrogel ECMs for Cardiac Tissue Engineering," Symposium on *Cardiovascular Development in the Era of Tissue Engineering*, Antequera (Málaga), Spain, October 7th, 2004.

116. "Challenges in Designing Materials that Dictate Tissue Regeneration," University of Texas-Austin, Department of Bioengineering, Austin, TX, November 18th, 2004.

117. "Control of Cell Adhesion, Shape, and Function by Material Biophysical Chemistry," *Materials Research Society*, Fall Meeting, Boston, MA, Symposium AA, November 30th, 2004.

118. "Control of Stem Cell Function by Material Biophysical Chemistry," Joint United Kingdom & California Stem Cell Symposium, San Francisco, CA, December 7th, 2004.

119. "Attempts at Controlling Tissue Regeneration with Biomimetic Hydrogels," Clemson University, Department of Bioengineering, Clemson, SC, March 9th, 2005.

120. "Stem Cells in Tissue Engineering," Symposia on Stem Cells, University of California-Berkeley, Department of Bioengineering, Berkeley, CA, April 28th, 2005.

121. "Biomimetic Nanostructured Materials that Control Cell Fate," University of California-Berkeley, Nanoscience and Nanoengineering Seminar, Berkeley, CA, May 6th, 2005.

122. "Stem Cells and the Promise of Regenerative Medicine," Berkeley in Silicon Valley Symposium, *Engineering a Better World, Our Environment, Our Health*, Santa Clara, CA, May 7th, 2005.

123. "Challenges in Crossing the Biointerface Chasm: What Will it Take for Clinical Success?," International Biointerfaces Symposium (Duke University), New Bern, NC, May 12th, 2005.

124. "The Role of Materials Science in Regenerative Medicine," Stem Cell Panel, *Biotechnology Summit at University of California-Berkeley*, Berkeley, CA, June 1st, 2005.

125. "Human Stem Cells in Tissue Engineering," Palo Alto Research Center (PARC), Palo Alto, CA, May 6th, 2005.

126. "Interpenetrating Polymer Networks as Practical Biointerfaces," Gordon Research Conference, *Organic Thin Films*, Salve Regina University, Newport, RI, July 11th, 2005.

127. "Biomimetic Synthetic Environments to Control Stem Cell Function," Geron Corporation, Menlo Park, CA, July 21st, 2005.[joint with Prof. David Schaffer, UCB Chemical Engineering]

## CURRENT SUPPORT

### *Principal Investigator*

1. NIH-NIAMS R01 AR47304-01: Biomimetic Hydrogels for Bone Regeneration. 4/1/00 - 2/01/06, $1,296,429.

2. NIH-NIAMS R01 AR43187-07: Biomimetic Materials Useful for Rehabilitation. 9/30/01-7/31/06, $1,470,989.

3. NIH-NIDCR R13 DE016780-01:2005 Biomaterials Gordon Conference. 2/05-12/31/05, $35,000.

4. NIH-NIBIB R21 BE005812-01: Nanopatterned Surfaces to Control Cell Fate. 9/1/05-8/31/07, $382,222.

5. Berkeley Research Futures Grant Program: Engineering Synthetic Environments that Control hESC Self-Renewal & Fate. 5/1/05- 4/30/06, $50,000.

***Co-PI***

1. NSF- Engineering Directorate: IGERT: Nanoscale Science and Engineering- From Building Blocks to Functional Systems. 10/1/03-9/30/08, $3,803,593. Role: E. Weber, P.I., Healy and 3 others Co-PIs

## SERVICE

***University Committees***

| | |
|---|---|
| 1993 | Health Sciences Library Planning Committee |
| 1993 - 1999 | Division Seminar Organization |
| 1994 | Chair, Division Curriculum Revision |
| 1995 - 1999 | Chair, Safety Committee for Dept. of Basic Sciences (Dental School) |
| 1995 - 1998 | Materials World Modules, Biodegradable Materials Module Development |
| 1996 - 1998 | Dental Council (Basic Sciences representative) |
| 1997 | Dental School Strategic Planning Committee |
| 2001 - 2002 | Faculty Search Committee, Department of Bioengineering |
| 2001 - 2002 | Biological Sciences Dean's Search Committee, Department of Molecular and Cell Biology |
| 2001 - 2003 | Executive Committee, Joint Graduate Group in Bioengineering (UCB/UCSF) |
| 2001 - | Graduate Advisor, Joint Graduate Group in Bioengineering (UCB/UCSF) |
| 2001 - | Curriculum Committee, Department of Bioengineering |
| 2002 - | Executive Committee, The Industry-University Cooperative Research Program (IUCRP) |
| 2002 - 2005 | Chancellor's Advisory Committee on Biology (CACB) |
| 2002 - 2003 | Head Graduate Advisor, Joint Graduate Group in Bioengineering (UCB/UCSF) |
| 2002 - 2004 | Academic Affairs Committee, Department of Materials Science and Engineering |
| 2003 | Faculty Search Committee, Department of Bioengineering |
| 2003 - 2004 | Ad Hoc Committee, Promotion Case, College of Engineering |
| 2003 - 2004 | Ad Hoc Committee, Tenure Case, College of Engineering |
| 2003 - 2005 | Space Committee, College of Engineering Rep., Stanley Hall Replacement Building |
| 2003 - 2005 | Review Committee, Faculty Research Fund for the Biological Sciences |
| 2003 - 2005 | Nanoscience and Nanoengineering (NSE) Executive Committee |
| 2003 - 2005 | IGERT: Nanoscale Science and Engineering Executive Committee |
| 2003 - 2005 | Curriculum Committee, Nanoscience and Nanoengineering Designated Emphasis |
| 2004 | Faculty Search Committee, Department of Bioengineering (2 searches) |
| 2004 | Faculty Search Committee, Department of Materials Science and Engineering |
| 2005 | Ad Hoc Committee, Promotion Case, College of Engineering |
| 2005 | Faculty Search Committee, Department of Materials Science and Engineering |

2005 Faculty Search Committee, Nanoscience and Nanoengineering Search (Bionanotechnology)

2005 Hellman Family Faculty Fund Award, Review Committee

***International and National Conference Organization***

1989 Session Chair, The 15th Annual Meeting of the Society for Biomaterials

1993 Annual Meeting Program Committee, Society for Biomaterials

1993 Session Chair, The 19th Annual Meeting of the Society for Biomaterials

1994 Session Chair, The 20th Annual Meeting of the Society for Biomaterials

1994 Annual Meeting Program Committee, Surfaces in Biomaterials Foundation

1995 Annual Meeting Program Committee, American Society for Artificial Internal Organs

1995 Annual Meeting Program Committee, Society for Biomaterials

1995 - 2002 Session Chair, The Annual Meeting of the Society for Biomaterials

1996 Session Chair, The 5th World Biomaterials Congress

1996 Society for Biomaterials, Membership Committee Chair

1998 Materials Research Society, Topical Symposium Chair

1999 Materials Research Society, Topical Symposium Chair

2000 World Biomaterials Congress, Symposium Organizer and Session Chair

2000 – 2001 Awards Committee, Materials Research Society

2000 AVS 47th International Symposium, Biomaterials Interfaces Group Program Committee

2000 Biomedical Engineering Society (BMES) Symposium Organizer and Session Chair

2001 Session Moderator, Gordon Conference on *Biomaterials and Tissue Engineering*

2001 AVS 48th International Symposium, Biomaterials Interfaces Group Program Committee

2001 Session Chair, AVS 48th International Symposium

2001 Co-organized the Nanobiomaterials Workshop for The 28th Annual Meeting of the Society for Biomaterials

2001 Awards Committee, Society for Biomaterials

2001 Organized AVS Biomaterials Interfaces Group Satellite Meeting on *Future Directions of the Biointerfaces Group*

2002 AVS 49th International Symposium, Biointerfaces Division Program Chair

2002 – 2003 Chair, Biointerfaces Division AVS

2003 Vice Chair, Gordon Research Conference, Biomaterials: Biocompatibility and Tissue Engineering

2003 Annual Meeting Program Committee, California Tissue Engineering Meeting

2004 Annual Meeting Program Committee, California Tissue Engineering Meeting

2005 Annual Meeting Program Committee, California Tissue Engineering Meeting

2005 Chair, Gordon Research Conference, Biomaterials: Biocompatibility and Tissue Engineering

| | |
|---|---|
| 2005 | Annual Meeting Program Committee, The Regenerate International Conference and Exposition |

***Scientific Grants Review Committees***

| | |
|---|---|
| 1993 - 2005 | NIH, Ad hoc reviewer for Standing Study Sections, Special Study Sections, and Small Business Innovative Research (SBIR) Applications |
| 1994 - | MRC (Canada), Ad Hoc Reviewer |
| 2000 - | NIH Special Emphasis Panel, National Institute of Dental and Craniofacial Research |
| 2001 - 2005 | The Industry-University Cooperative Research Program (IUCRP), Biotechnology Sector [Formerly BioSTAR] |
| 2002 - | NIH Special Emphasis Panel, National Heart, Lung, and Blood Institute |
| 2004 - 2005 | NIH Bioengineering Research Partnership (BRP), National Institute of Biomedical Imaging and Bioengineering (NIBIB). |
| 2004 | American Chemical Society, Proposal Review |
| 2005 - | Irish Research Council for Science, Engineering and Technology (IRCSET), proposal development and review |

***Advisory Boards***

| | |
|---|---|
| 1994 - 1997 | Advisory Board, Academic Member, Surfaces in Biomaterials Foundation |
| 2003- | Scientific Advisory Committee, California Tissue Engineering Meeting |
| 2004 | International Program Review, Innovative Manufacturing & Construction Centre (IMCRC), Healthcare Engineering Sector, Wolfson School of Mechanical & Manufacturing Engineering, Loughborough University, Loughborough, Leicestershire, England |
| 2004 | Program Review, Materials Research Science and Engineering Center (MRSEC), California Institute of Technology, MRSEC preproposal evaluation |

## EDITORIAL PARTICIPATION

***Membership on Editorial Board***

| | |
|---|---|
| 1993 - 1998 | Journal of Biomedical Materials Research |
| 1998 - | *Assistant Editor*, Journal of Biomedical Materials Research |

***Ad Hoc Review of Manuscripts***

| | |
|---|---|
| 1988 -1989 | The Journal of Bone and Joint Surgery |
| 1990 -2000 | The International Journal of Oral and Maxillofacial Implants |
| 1992 - | Biotechnology and Bioengineering |
| 1994 - | Journal of Applied Biomaterials |
| 1994 - | Dental Materials |
| 1994 - | Biomaterials |
| 1995 - | J. Dental Research |
| 1996 - | Tissue Engineering |
| 1997 - | J. American Chemical Society (JACS) |

| | |
|---|---|
| 1997 - | AIChE Journal |
| 1997 - | J. Biomaterials Science: Polymer Edn. |
| 1998 - | Langmuir |
| 1998 - | Plasmas and Polymers |
| 1999 - | J. Bone and Mineral Research |
| 2000 - | Macromolecules |
| 2001 - | Biomacromolecules |
| 2001- | Advanced Materials |
| 2002- | Cytokine |
| 2002- | P.N.A.S., U.S.A. |
| 2004- | Nature Materials |
| 2005 | Journal of Cardiac Failure |