**BioEngineered Materials Inc.**
3841 Campolindo Dr.
Moraga, CA 94556
Tel/Fax: (925) 385-0054

August 8, 2002

Michael Coren, Esq.
Levy Angstreich Finney Baldante Rubenstein & Coren
1616 Walnut Street, 18th Floor
Philadelphia, PA 19103

Re: St. Jude Medical Silzone case

Dear Mr. Coren:

I have conducted an initial review of the Affidavit and Declaration of Joseph V. Rodericks, Ph.D., provided to me and have underway my review of the literature and relevant discovery as it is developing. I have also reviewed extracts of deposition testimony you have provided me relating to St. Jude's recall of the Silzone Heart valve products. At your request, I am specifically addressing your question to me whether Dr. Rodericks' documentation reflects an unbiased, fair and balanced assessment of the current understanding of the interaction of silver coated prostheses implanted within the human body and its safety for purposes of determining class certification. Based on my expertise in the fields of biomaterials and biomedical engineering (a copy of my current *curriculum vitae* is attached), and to a reasonable degree of scientific certainty, given a limited, initial review of the scientific literature[1], with all respect, I believe that Dr. Rodericks' statements are biased and reflect selective presentation of the literature. I make the following four points to support my statement.

1. It should be made clear that there is a significant difference between toxicology and biomaterials implant science and engineering in the field of medical implants,, where the former addresses toxicity (i.e., cell death or a detrimental effect on cells) of chemical and physical agents, and the latter addresses the response of either a specific material or device *in service at a specific implant site*. For example, a material may pass all toxicology studies conducted and still create an undesirable low-level chronic inflammatory response when implanted as a result of degradation and wear during use in the device. A clinical example of this statement is given by material poly(tetrafluorethylene), [PTFE], also known by the trade name Teflon®. When this polymer is used as a vascular graft the material is safe and effective. However, when it is used in applications for a surface of a joint replacement (i.e., TMJ), where it is repetitively loaded and undergoes wear, the particulate form of the material can elicit a strong inflammatory response necessitating revision surgery and removal of the implant. **A central tennt of biomaterials science and engineering is that the experimental device must be tested *in vivo* at the same or**

[1] My review of the literature and relevant discovery in this case has advanced enough that I can offer to you these opinions on the fairness and balance of Dr. Roderick's' submission.

**very similar anatomical site within the body as it is ultimately intended to be used.** All literature claiming success of a material, silver in this case, at one anatomical site does **not** support safety and efficacy at another anatomical site. Thus, references cited by Dr. Rodericks claiming the non-toxic and healing properties of silver as either a topical agent or used in urinary catheters (Paragraphs 4 & 5 of the Affidavit) can be discounted with respect to proving safety and efficacy in a blood (i.e. flowing blood) and soft tissue contacting environment.

2. Analysis of the literature addressing prospective randomized clinical studies of implanted catheters in blood-contacting environments (probably the most relevant model to evaluate the Silzone® coating other than valve implantation itself) showed no effect of the Silzone® coating on tunneled hemodialysis catheters compared to the non-treatment group.[2] Although, within this article a number of references addressing both the efficacy and lack of efficacy of various forms of silver coated catheters on reducing infection were cited, [references 7, 8,9,10,11 in Trerotola et al.] these citations are less relevant experimental models due to either their short duration of implantation and the lack of the blood-contacting environment. Perhaps Trerotola's[2] conclusions place the long-term potential of ion beam-assisted deposition (IBAD) coatings in perspective: "In conclusion, we found that silver coating of tunneled hemodialysis catheters did not confer any clinical benefit, and, in fact, their use was associated with a trend toward increased infection and colonization rates compared with uncoated catheters. We also found that some patients react to this coating, which raises concern about its safety in a larger population. The fact that the results of our clinical study did not confirm the positive results of previous in vitro studies highlights the need to perform prospective, randomized clinical trials of new technology, particularly when that new technology may increase costs, as was the case with the silver coating." It was also noted by the authors of this manuscript that the coating they evaluated was being discontinued due to difficulties with the coating process, according to the manufacturer.

3. The form of silver being exposed to the human body is critical. Most silver-containing topical agents are complexed metal salts. The chemical form of the silver found in periprosthetic tissue surrounding the St. Jude Medical® mechanical heart valve with Silzone® coated cuffs is unknown.[3,4] At one extreme, silver ions released from the metal coating could be complexed silver with proteins, such as meallothionein and glutathione, as purported by Dr. Rodericks (paragraph 8); however, the roles of these proteins in this case is hypothetical at this stage. At the other extreme, silver particulate from the coating may be coming off the cuff during the loading of the valve in service, the mechanism by which is not known at this time. If particulate material is being released, then an increase in cases with a chronic inflammatory response associated with the device should be expected. Which of these scenarios is correct is unknown at this time and further patient follow-up and study is warranted. However, it is clear from the Trerotola et al.article,[2] some patients will develop a response to ion beam-assisted deposition (IBAD) silver on blood-contacting catheters.

4. While Dr. Rodericks in his Affidavit at paragraph 7 lists many factors that he feels can influence the body's performance to a material or device, such as certain individuals having

---

[2] Trerotola, S.O., Tunneled Hemodialysis catheters: use of a sliver-coated catheter for prevention of infection-a randomized clinical trial, *Radiology*, 1998;207:491-496.

[3] Tozzi, P., et al., Silver-coated prosthetic heart valve: a double-bladed weapon, *European Journal of Cardio-thoracic Surgery*, 2001; 19, 729-731.

[4] Grubitzsch, et al., Sarcoma associated with silver coated mechanical heart valve prosthesis, *Ann. Thorac. Surg.*, 2001; 72:1739-42.

different tolerances to harmful agents released from a device or topical agent or other patient specific issues (paragraphs 6, 8 & 9), all of that seems to be of no real consequence to the case at hand in view of St Jude's management's testimony in your lawsuit. According to testimony I have reviewed, St Jude's management claims to have investigated whether patient (as well as physician) factors such as Dr. Rodricks posits could explain why there was a statistically significant difference in the number of paravalvular explant events occurring between the Silzone and conventional cuff valve arms of the AVERT study. The results of that research, according to the deposition excepts I have read, showed that such factors could not explain the statistically significant difference that was found between the Silzone and conventional cuff arms of the AVERT study.[5]

I trust that above answers the question you have asked me,

Very truly yours,

Kevin E. Healy, Ph.D.
Chief Scientific Officer

Encl.: (Current C.V.)

---

[5] I am referring to the following passage from Mr. Flory's deposition at pages 96-97 that was provided to me:

Q. Who made the decision to issue the voluntary recall?

A. It was a group of people that was charged with that responsibility to determine what action we would take on the basis of this, and I was in the group. Don Guzik was in the group. We had a legal representative, and we made that recommendation on the basis of the recall to Steve Healy the president.

Q. Were you in favor of the recall?

A. Yes.

Q. Why?

A. We initiated the recall because when the data safety monitoring board met and the University of Pittsburgh and looked at the data they saw in this study a difference in two arms, and one arm had a higher rate a significantly higher rate of incidence due to paravalvular leak, and it was the Silzone arm. We could not explain why that was happening. As you asked earlier, we tried to identify patient characteristics, center characteristics, operative characteristics, valve size. We looked at essentially 200 variables or more to try and figure out can we explain this, and we couldn't. We didn't know whether Silzone was the cause of it, but we knew it occurred in the Silzone arm; and since we didn't know whether it was Silzone and couldn't prove that it wasn't, the safe thing to do was recall the product until we could figure that out.

# CURRICULUM VITAE

KEVIN EDWARD HEALY
ASSOCIATE PROFESSOR
DEPARTMENTS OF BIOENGINEERING AND
MATERIALS SCIENCE AND ENGINEERING
UNIVERSITY OF CALIFORNIA, BERKELEY
465 EVANS HALL #1762
BERKELEY, CALIFORNIA 94720-1762

## EDUCATION

B.S. **University of Rochester**, Rochester, NY, Chemical Engineering, 1983

M.S. **University of Pennsylvania**, Philadelphia, PA, Bioengineering, 1985

Ph.D. **University of Pennsylvania**, Philadelphia, PA, Bioengineering, 1990

## EMPLOYMENT HISTORY

1982 **Research Assistant**
*Dept. of Surgery, Univ. of Rochester, Rochester, New York*

1983 **Research Assistant**
*Dept. of Radiation Biology and Biophysics, Univ. of Rochester, Rochester, New York*

1984 - 1989 **Teaching and Research Fellow**
*Dept. of Bioengineering, Univ. of Pennsylvania, Philadelphia, Pennsylvania*

1989 - 1995 **Assistant Professor**
*Division of Biological Materials, Northwestern Univ., Chicago, Illinois*

1990 - 1995 **Assistant Professor**
*Dept. of Biomedical Engineering, Northwestern Univ., Evanston, Illinois*

1995 - 1999 **Associate Professor**
*Division of Biological Materials, Northwestern Univ., Chicago, Illinois*
*Dept. of Biomedical Engineering, Northwestern Univ., Evanston, Illinois*

2000 – Present **Associate Professor**
*Departments of Bioengineering, and Material Science and Engineering*
*University of California-Berkeley, Berkeley, California*

## INDUSTRIAL EXPERIENCE

1991 - **President, BioEngineered Materials Inc. (BEM)**

Founded BEM in 1991 to develop materials for applications in biotechnology, dentistry, and medicine. Established research contracts for the design and development of bioabsorbable medical devices and non-fouling coatings.

1991 - 2001 Consultant for B. Braun America, Inc.
1992 Consultant for American Dental Association
1995 Consultant for Abbott Laboratories
1996 Consultant for Becton Dickinson and Company
1998 Consultant for Merck & Co., Inc.
2002 Consultant for Medtronic/AVE, Inc.

## HONORS AND AWARDS

1979 National Honor Society
1984 - 1989 Teaching and Research Fellowships, University of Pennsylvania
1989 Society for Biomaterials Student Scholarship
1992 Bayne Scholar, Northwestern University
1998 Omicron Kappa Upsilon (Dental)
2001 Fellow, American Institute for Medical and Biological Engineering

## PROFESSIONAL ORGANIZATIONS

American Association for the Advancement of Science
American Chemical Society
American Institute for Medical and Biological Engineering
Biomedical Engineering Society
Materials Research Society
Society for Biomaterials

## INVENTIONS/PATENTS

1995 Bioabsorbable Intravascular Stents (U.S. Patent 5,670,161: Approved 4/97)
1996 A Novel Method to Fabricate Porous Bioabsorbable Scaffolds Useful for Controlled Delivery of Protein-Based Drugs and Tissue Regeneration (U.S. Patent 5,723,508: Approved 3/3/98)
1996 Interfacial Coatings for Medical Devices (U.S. Patent 5,863,650: Approved 1/26/99)
1996 Bioabsorbable Intravascular Stents (Pan EC Patent)

## DIRECTORSHIP OF STUDENTS

*Doctor of Philosophy*

1. Chien-Hwa Chiu, B.S., M.S., "Study and Control of the Weathering-Induced Polymer Degradation for a Prosthetic and Orthotic Thermoplastic," Ph.D. granted June 1993.

2. Barbara Lom, B.S., (P. Hockberger, Primary Advisor, Physiology Dept.), "Investigation of Molecular Cues Underlying Guidance of Cerebella Granule Cells on Microfabricated Surfaces," Ph.D. granted August 1994.

3. Kyumin Whang, B.S., M.S., (BME Dept.), "Development of an Extracellular Matrix Analog Capable of Delivering Protein-based Growth Factors," Ph.D. granted December 1997.
   **1993 Annual Young Investigator Research Award, Chicago Section, International Association of Dental Research**

4. Alirezia Rezania, B.S., M.S., (BME Dept.) "Biomimetic Peptide Surfaces that Enhance Bone Cell Adhesion and Formation of Mineralized Tissue," Ph.D. granted August 1998.
   **1995 Annual Young Investigator Research Award, Chicago Section, International Association of Dental Research**
   **1995 Northwestern University Sigma Xi Research Award, Finalist**

5. Carson H. Thomas, B.S., M.S. (BME Dept.) "Behavior of Single Cells Isolated on Materials with Patterned Surface Chemistry," Ph.D. granted August 1999.
   **1995 Northwestern University Sigma Xi Research Award, Finalist**
   **1996 Annual Young Investigator Research Award, Chicago Section, International Association of Dental Research**

6. Ranee A. Stile, B.S., M.S., (BME Dept.) "Thermal-reversible Hydrogels as Scaffolds for Tissue Engineering," Ph.D. granted May 2002.
   **Gold Medal Graduate Award, MRS Spring 1999 Meeting Student Competition**

7. Greg M. Harbers, B.S., M.S., (BME Dept.) "Computer-Aided Design of Biomimetic Surfaces for Biomedical Implants," Ph.D. expected June 2002.

8. Susan Park, B.S., M.S., (BME Dept.) "Smart Nanoparticles for Cancer Therapy," Ph.D. expected December 2002.

9. Thomas A. Barber, B.S. M.S., (BME Dept.) "Biomimetic Surface Engineering of Orthopaedic and Dental Implants," Ph.D. expected June 2003. **Mayfield Fellowship Grantee**

10. Tim Kirk, B.E., (MSE Dept.) "Finite Element Analysis of Hydrogels for Cardiac Tissue Engineering," Ph.D. expected May 2004.

11. Eugene Chung, B.S., (BioEngineering Dept.) "Mechanical Properties of Hydrogels for Tissue Engineering," Ph.D. expected May 2004.

12. Wesley Jackson, B.S., (BioEngineering Dept.) "Effect of Diamino PEG Physical Properties on the Peptide Surface Density for Peptide-grafted IPNs," Ph.D. expected May 2004.

*Master of Science*

1. David Dobin, D.D.S., M.S.(Master of Science, Advanced Dental Education Program), "An Autoradiographic Study of the Retrofilling Sealing Ability of A Lased Hydroxyapatite Compound," M.S. granted 1991.

2. Steve Gupta, B.S., M.S. (Master of Science, Biotechnology Program), "Bone Cell Adhesion to Chemically Modified Materials," M.S. granted September 1994.

3. Jim Wakefield, B.S., M.S. (Master of Science, Biotechnology Program), "Chemical and Biological Modification of Implant Materials," M.S. granted September 1994.

4. Justin Chen, B.S., M.S. (Master of Science, Biotechnology Program), "Synthesis of Low Protein Binding Polymers for Applications in Biotechnology," M.S. granted September 1995. **1995 Award for Outstanding Academic Research, Biotechnology Program**

5. Carson H. Thomas, B.S., M.S. (BME Dept.) "The Effects of Serum Proteins on the Attachment and Spatial Distribution of Bone-Derived Cell on Materials With Patterned Surface Chemistry," M.S. granted June 1996.

6. Jane P. Bearinger, B.S., M.S. (BME Dept.) "Surface Engineering of Materials to Control Cell Function," M.S. granted June 1997.

7. Sujal Shah, B.S., M.S. (BME Dept.) "Embryologic Stem Cells in Tissue Engineering," M.S. granted June 1998.

8. Sharleen Tan, D.D.S., M.S. (Master of Science, Advanced Dental Education Program), "Controlled Delivery of Bisphosphonates from Biodegradable Nanoparticles," M.S. granted June 1998.

9. Kim T. Komutanon, B.S., M.S. (Master of Science, Biotechnology Program), "Drug Delivery from Polymer Scaffolds for Bone Regeneration," M.S. granted September 1998.

10. Bagyashree Sundaram, B.S., M.S. (Master of Science, Biotechnology Program), "Biodegradable Nanoparticles for Gene Therapy," M.S. granted September 1998.

11. Ranee A. Stile, B.S., M.S. (BME Dept.), "Injectable Thermo-Responsive Hydrogels that Support Cell Growth and Tissue Formation," M.S. granted June 1998.

12. Gregory M. Harbers, B.S., M.S. (BME Dept.), "Computer-Aided Biomolecular Surface Engineering of Peptide Modified Materials," M.S. granted June 1998.

13. Thomas A. Barber, B.S., M.S. (BME Dept.), "Engineered Titanium Surfaces to Modulate Osteoblast Behavior," M.S. granted December 2000.

*Undergraduate Engineering*

1. Marissa Yanez, (MSE Dept.), "Polymer Coatings on 316L Stainless Steel" B.S. granted 2000. **SUPURB Fellowship Grantee**

2. Elizabeth Francis Irwin, (BioEngineering Dept.) "Protein Adsorption to IPN Surfaces for Stent Applications," B.S. granted December 2001. **Guidant Fellowship Grantee**

3. Harry Benjamin Larman, (Engineering Physics Dept.) "Biomimetic Surface Modification for Vascular Technology," B.S. granted May 2002. **Guidant Fellowship Grantee**

4. Amrita Bhagat, (BioEngineering Dept.) "Release of 2-Methoxyestradiol from p(AAm-co-EG/AA) IPN," B.S. granted May 2002.

5. Nathaniel Huebsch, (BioEngineering Dept.) "Electrical Properties of a Semi-IPN Hydrogel," B.S. expected May 2003. **Guidant Fellowship Grantee**.

6. Kellen Mazzarella,

7. Kerstin Cleek, (BioEngineering Dept.) B.S. granted May 2002. **Guidant Fellowship Grantee**

*Dental and Medical Students*

1. Davis Tsai, B.S., M.D., "Surgical Models for Bone Graft Substitutes," M.D. granted June 1994

2. Charles Inga, B.S., "Bone Cell Response to Polymeric Bone Graft Substitutes," D.D.S. granted June 1995.

3. Ellis Nam, B.S., "Primary Bone Cell Response to Porous Biodegradable Polymers," M.D. granted June 1997.

4. Jung E. Kim, B.S., "Bone Cell distribution Dictated by Material Surface Chemistry," M.D. granted June 1999 (Attending Medical School at Univ. of Illinois at Chicago).

5. Marguerite Aikens, B.S., "Osteogenic Potential of Bone Morphogenetic Protein Loaded Polymer Scaffolds," M.D. granted June 1999.

*Post-doctoral and Medical Residents*

1. Doug Elenz, B.S., M.D., "Bone Regeneration with Polymeric Bone Graft Substitutes," orthopaedic resident research requirement, completed June 1995.

2. Davis Tsai, B.S., M.D., "Effect of rhBMP-2 on Bone Regeneration with a Polymeric Bone Graft Substitute," orthopaedic resident research requirement, completed March 1998.

3. So Yeon Kim, Ph.D., "Thermoreversible and Injectable Polymer Scaffolds that Contain both Biomimetic Peptide Chemistry that Facilitates Proliferation of Osteogenic Cells and Peptide Crosslinkers that Are Cleaved by Matrix Metalloproteinases," expected completion 2002.

*Visiting Faculty*

1. Elizabeth M. Brindise, M.S., Anatomy and Physiology Faculty, Triton College, "Preliminary Analysis of a Polymer-Based Drug Delivery System for Administration of a Contraceptive Vaccine," Participant in the Research Experience for Science Teachers Program, NSF Summer Materials Institute for Teachers.

2. Shuming Zheng, Ph.D., Assistant Professor of Chemistry, Olive-Harvey College, "Biodegradable Poly(lactide-*co*-glycolide) Polymer Scaffolds for Controlled Drug Delivery and Tissue Regeneration," Participant in the Research Experience for Science Teachers Program, NSF Summer Materials Institute for Teachers.

*Senior Design Projects*

1. Peter Min, (Materials Science), "A Method to Fabricate Degradable Polymer Foams," 1992.

2. Jung Kim, (Materials Science), "Methods to Co-dissolve Synthetic Polymers and Proteins," 1993.

3. J. Chung, K. Garimella, R. Nagesetty, S. Rao, (Biomedical Engineering) "Chemical Modification of Synthetic Vascular Grafts," 1993.

4. E. Dick, J. Dietzman, S. Osborne, S. Pope, C.H. Thomas, (Biomedical Engineering) "Polymer Scaffold for Liver Regeneration," 1993.

5. L. Chen, Jim Kim, Jung Kim, S. Reddy, (Biomedical Engineering) "Biodegradable-Bioactive Orthopaedic Knee Meniscus Tack," 1993.

6. P. Buhay, S. Hung, P. Parikh, and S. Sayena, (Biomedical Engineering) "Artificial Extracellular Matrix to Promote Bone Regeneration," 1994.

7. L. DeLaitsch, C. Ferraro, L. McClelland, H. Webb (Biomedical Engineering) "Smart Nanospheres for Gene Therapy," 1999.

**PUBLICATIONS**

***Peer Reviewed Papers***

1. Ducheyne, P., and **Healy, K.E.**, "The Effect of Plasma-sprayed Calcium Phosphate Ceramic Coatings on the Metal Ion Release from Porous Titanium and Cobalt-Chromium Alloys," *J. Biomed. Mater. Res.*, 22, 1137-1163 (1988).

2. **Healy, K.E.**, and Ducheyne, P. "A Physical Model for the Titanium-Tissue Interface," *American Society for Artificial Internal Organs Trans.*, 37(3), M150-M151 (1991).

3. **Healy, K.E.**, and Ducheyne, P., "The Mechanisms of Passive Dissolution of Titanium in a Model Physiological Environment," *J. Biomed. Mater. Res.*, **26**, 319-338 (1992).

4. **Healy, K.E.**, and Ducheyne, P., "Oxidation Kinetics of Titanium Thin Films in Model Physiologic Environoment," *J. Colloid and Interface Science*, **150(2)**, 404-417 (1992).

5. **Healy, K.E.**, Tsai, D., and Kim, J.E., "Osteogenic Cell Attachment to Degradable Polymers," *Mat. Res. Soc. Symp. Proc.*, **Vol. 252**, 109-114 (1992).

6. **Healy, K.E.**, and Ducheyne, P., "Hydration and Preferential Molecular Adsorption on Titanium *In Vitro*," *Biomaterials*, **13(8)**, 553-561 (1992).

7. **Healy, K.E.**, and Ducheyne, P., "Passive Dissolution Kinetics of Titanium *In Vitro*," *J. Mat. Sci.: Materials in Medicine*, 4, 117-126 (1993).

8. Lom, B., **Healy, K.E.**, and Hockberger, P.E., "A Versatile Technique for Patterning Biomolecules onto Glass Coverslips," *J. Neruo. Sci. Methods*, **50**, 385-397 (1993).

9. Lom, B., **Healy, K.E.**, and Hockberger, P., "Controlled Cell Distribution and Outgrowth on Coplanar Chemically Defined Surfaces," *Polymer Preprints*, **34(2)**, 88- 89 (1993).

10. **Healy, K.E.**, Lom, B., and Hockberger, P.E., "Spatial Distribution of Mammalian Cells Dictated by Material Surface Chemistry," *Biotechnology and Bioengineering*, **43**, 792-800 (1994).

11. Whang, K., Nuber, G., Thomas, C.H., and **Healy, K.E.**, "A Novel Method to Fabricate Bioabsorbable Scaffolds," *Polymer*, **36(4)**, 837-842 (1995).

12. Chiu, C.-H., Lautenschlager, E.P., Greener, E.H., Childress, D., and **Healy, K.E.**, "Prediction of Service Lifetime and Performance of a Prosthetic Thermoplastic," *J. Applied Polymer Science*, **58**, 1661-1668 (1995).

13. **Healy, K.E.**, Thomas, C.H., Rezania, A., Kim, J.E., McKeown, P., Lom, B., and Hockberger, P.E., "Kinetics of Bone Cell Organization and Mineralization on Materials with Patterned Surface Chemistry," *Biomaterials*, **17**, 195-208 (1996).

14. **Healy, K.E.**, and Ducheyne, P., "Passive Dissolution of Titanium in Biological Environments (Review)," *Medical Applications of Titanium and its Alloys: the Material and Biological Issues, ASTM STP 1272*, S.A. Brown and J.E. Lemons, Eds., American Society for Testing and Materials, Philadelphia, 1996.

15. Rezania, A., Thomas, C.H., and **Healy, K.E.**, "A Probabilistic Approach to Measure the Strength of Bone Cell Adhesion to Chemically Modified Surfaces," *Annals of Biomedical Engineering*, **25**, 190-203 (1997).

16.. Rezania, A., Thomas, C.H., and **Healy, K.E.**, "Detachment Strength and Morphology of Bone Cells Contacting Materials Modified with a Peptide Sequence Found within Bone Sialoprotein," *J. Biomedical Materials Res.*, **37(1)**, 9-19 (1997).

17. Thomas, C.H., McFarland, C.D., Rezania, A., Steele, J., and **Healy, K.E.**, "The Role of Vitronectin in the Attachment and Spatial Distribution of Bone-derived Cells on Materials with Patterned Surface Chemistry," *J. Biomedical Materials Res.*, **37(1)**, 81-93 (1997).

18. Bearinger, J.P., Castner, D.G., Chen, J., Hubchak, S., Golledge, S.L., and **Healy, K.E.**, "P(AAm-*co*-EG) Interpenetrating Polymer Networks Grafted to Oxide Surfaces: Surface Characterization, Protein Adsorption, and Cell Detachment Studies," *Langmuir*, **13(19)**, 5175-5183 (1997).

19. Bearinger, J.P., Castner, D.G., and **Healy, K.E.**, "Biomolecular Modification of P(AAm-*co*-EG/AA) IPNs Supports Osteoblast Adhesion and Phenotypic Expression," *J. Biomaterials Science:Polymer Ed.*, **9(7)**, 629-652 (1998).

20. Whang, K., Atkins, M., Nam, E.K., Tsai, D.C., Sprague, S.M., Patel, P., and **Healy, K.E.**, "Ectopic Bone Formation via rhBMP-2 Delivery from Porous Bioabsorbable Polymer Scaffolds," *J. Biomed. Mater. Res.*, **42**, 491-499 (1998).

21. Thomas, C.H., L'Hoest, J-B., Castner, D.G., McFarland, C.D., and **Healy, K.E.**, "Materials Designed to Control and Examine the Function of Single Cells," *Mat. Res. Soc. Symp. Proc.*, **530**, 55 - 58 (1998).

22. Rezania, A., and **Healy, K.E.**, "Biomolecular Surface Engineering of Materials for Controlling Bone Cell Adhesion and Spreading," *Mat. Res. Soc. Symp. Proc.*, **530**, 99 - 103 (1998).

23. Rezania, A., and **Healy, K.E.**, "Biomimetic Peptide Surfaces that Regulate Adhesion, Spreading, Cytoskeletal Organization, and Mineralization of the Matrix Deposited by Osteoblast-like Cells," *Biotechnology Progress*, **15(1)**, 19-32 (1999).

24. Whang, K., Elenz, D.R., Nam, E.K., Tsai, D.C., Thomas, C.H., Nuber, G.W., Glorieux, F.H., Travers, R., Sprague, S.M., and **Healy, K.E.**, "Engineering Bone Regeneration with Bioabsorbable Scaffolds with Novel Microarchitecture," *Tissue Engineering*, **5(1)**, 35-51 (1999)

25. Thomas, C.H., L'Hoest, J-B., Castner, D.G., McFarland, C.D., and **Healy, K.E.**, "Surfaces Designed to Control the Projected Area and Shape of Individual Cells," *J. Biomechanical Engineering*, **121(1)**, 40-48 (1999).

26. Model, M., and Healy, K.E., "Optimization of the Cost and Sensitivity of Receptor- and Enzyme-Based Assays," *Analytical Biochemistry*, **271**, 59-69 (1999).

27. **Healy, K.E.**, Rezania, A., and Stile, A., "Designing Biomaterials to Direct Biological Responses," *Annals of the New York Academy of Sciences*, **875**, 24-35 (1999).

28. Rezania, A., and **Healy, K.E.**, "Integrins Subunits Responsible for Adhesion of Human Osteoblast-Like Cells to Biomimetic Peptide Surfaces," *J. Ortho. Res.*, **17(4)**, 615-623 (1999).

29. Rezania, A., Johnson, B., Lefkow, A.R., and **Healy, K.E.**, "Bioactivation of Metal Oxide Surfaces: I. Surface Characterization and Cell Response," *Langmuir*, **15**, 6931-6939 (1999).

30. Stile, R.A., Burghardt, W.R., and **Healy, K.E.**, "Synthesis and Characterization of Injectable Poly(N-isopropylacrylamide)-based Hydrogels that Support Tissue Formation *In Vitro*," *Macromolecules*, **32**, 7370-7379 (1999)

31. **Healy, K.E.**, "Molecular Engineering of Materials for Bioreactivity," *Current Opinion in Solid State and Materials Science*, **4**, 381-387 (1999).

32. Collier, T.O., Thomas, C.H., Anderson, J.A., and **Healy, K.E.**, "Surface Chemistry Control of Monocyte and Macrophage Adhesion, Morphology, and Fusion," *J. Biomed. Mater. Res.*, **49(1)**, 141-145 (2000).

33. McFarland, C.D., Thomas, C.H., DeFilippis, C., Steele, J.G., and **Healy, K.E.** "Protein Adsorption and Cell Attachment to Patterned Surfaces," *J. Biomed. Mater. Res.*, **49(2)**, 200-210 (2000).

34. Model, M., and Healy, K.E., "Quantification of the Surface Density of a Fluorescent Label with the Optical Microscope," *J. Biomed. Mater. Res.*, **50**, 90-96 (2000).

35. Park, S., Bearinger, J.P., Lautenschlager, E.P., Castner, D.G., Healy, K.E., "Surface Modification of Poly(ethylene terephthalate) Angioplasty Balloons with a Hydrophilic Poly(acrylamide-co-ethylene glycol) Interpenetrating Network Coating," *J. Biomed. Mater. Res.*, **53(5)**, 568-576 (2000).

36. Rezania, A., and **Healy, K.E.**, "The Effect of Peptide Surface Density on the Kinetics of Mineralization of the Matrix Synthesized by Osteogenic Cells," *J. Biomed. Mater. Res.*, **52**, 595-600 (2000).

37. Whang, K., Goldstick, T.K., **Healy, K.E.**, "A Biodegradable Polymer Scaffold for Delivery of Osteotropic Factors," *Biomaterials*, **21**, 2545-2551 (2000).

38. Veis, A., Tompkins, K., Alvares, K., Wei, K., Wang, L., Wang, X.-S., Brownell, A.G., Jengh, S.-M., and **Healy, K.E.**, "Specific Amelogenin Gene Splice Products have Signaling Effects on Cells in Culture and in Implants In Vivo," *J. Biological Chemistry*, **275(52)**, 41263-41272 (2000).

39. Stile, R.A., and **Healy, K.E.**, "Thermo-Responsive Peptide-Modified Hydrogels for Tissue Regeneration," *Biomacromolecules*, **2**, 185-194 (2001).

40. Stile, R.A., Barber, T.A., Castner, D.G., and **Healy, K.E.**, "Sequential Robust Design Methodology and X-Ray Photoelectron Spectroscopy to Analyze the Grafting of Hyaluronic Acid to Glass Substrates," *J. Biomed. Mater. Res.*, In Press.

41. Thomas, C.H., Collier J.H., Sfeir, C.S., and **Healy, K.E.**, "Engineering gene expression and protein synthesis by modulation of nuclear shape," *PNAS*, **99(4)**, 1972-1977 (2002).

***Publications Pending***

1. Stiles, R.A., and **Healy, K.E.**, "Poly(N-isopropylacrylamide)-based Semi-Interpenetrating Polymer Networks for Tissue Engineering Applications Effects of Linear Poly(Acrylic Acid) Chains on Phase Behavior," Biomacromolecules, In Press.

***Chapters in Books***

1. Ducheyne, P., and **Healy, K.E.**, "Surface Spectroscopy of Calcium Phosphate Ceramic and Titanium Implant Materials," In *Surface Characterization of Biomaterials*, B. Ratner (Ed.), Elsevier, Amsterdam, 1988, pp. 175-192.

2. Ducheyne, P., and **Healy, K.E.**, "The Effect of Plasma Spraying Bioactive Ceramic Coatings on the Ion Release from Metallic Substrates," In *Bioceramics*, H. Oomishi, H. Aoki and K. Sawai (Eds.), Ishiyaku Euroamerica, Tokyo, 1989, pp. 359-364.

3. Ducheyne, P., and **Healy, K.E.**, "Titanium: Immersion-Induced Surface Chemistry Changes and the Relationship to Passive Dissolution and Bioactivity," In *The Bone-Biomaterial Interface*, J.E. Davis (Ed.), University of Toronto Press, Toronto, 1991, pp. 62-67.

4. Hockberger, P., Lom, B., Soekarno, A., and **Healy, K.E.**, "Cellular Engineering: Control of Cell-Substrate Interactions," In *Nanofabrication and Biosystems: Integrating Material Science, Engineering, and Biology*, H. Hoch, L. Jelinski, and H. Craighead (Eds.), Cambridge University Press, 1996, pp.276-299.

5. **Healy, K.E.**, "Physical and Chemical Properties of Human Dentin and Enamel," In *Handbook of Biomaterials Properties*, J. Black and G. Hastings (Eds.), Chapman & Hall, London, 1998, pp. 24-39.

6. Grainger, D.W., and **Healy, K.E.**, "Biomaterials Surface Characterization," In *Handbook of Biomaterials Evaluation*, A.F. von Recum (Ed.), Macmillan Publishing Company, New York, 1998, pp.115-141.

7. **Healy, K.E.**, Harbers, G.M., Barber, T.A., and Sumner, D.A., "Osteoblast Interactions with Engineered Surfaces," In *Bone Engineering*, J.E. Davis (Ed.), em squared incorporated, Toronto, 2000, pp.268-281.

8. Whang, K. and **Healy, K.E.**, "Fabrication of Porous Biodegradable Bodies by Emulsion Freeze Drying," In *Methods of Tissue Engineering*, A. Atala and R. Lanza (Ed.), Academic Press, In Press.

9. Stile, R.A., and **Healy, K.E.**, "Poly(NIPAAm-co-AAc) Hydrogels for Tissue Engineering of Bone and Cartilage," In *Methods of Tissue Engineering*, A. Atala and R. Lanza (Ed.), Academic Press, In Press.

10. Harbers, G.M., Barber, T.A., **Healy, K.E.**, Stile, R.A., and Sumner, D.R., "Mimetic Peptide-Modified Materials for Control of Cell Differentiation," In *Biomimetic Materials and Design*, A. Dillow and A. Lowman (Ed.), Marcel Dekker, Inc., In Press.

***Peer Reviewed Abstracts***

1. Ducheyne, P., **Healy, K.E.** and Black, J., "Enhanced Metal Ion Release from Titanium and its Alloys," *Trans. Soc. for Biomaterials*, 9, 183 (1986).

2. Ducheyne, P., **Healy, K.E.**, Black, J. and Cuckler, J.M., "The Effect of Hydroxyapatite Coatings on the Metal Ion Release from Porous Titanium and Cobalt-Chromium Alloys," *Trans. Orthopaedic Res. Soc.*, 13, 315 (1987).

3. Ducheyne, P., Radin, S., **Healy, K.E.** and Cuckler, J.M., "The Effect of Plasma Spraying on the Structure and Properties of Calcium Phosphate Ceramics," *Trans. Orthopaedic Res. Soc.*, 14, 50 (1988).

4. Ducheyne, P., Cuckler, J.M., Radin, S., **Healy, K.E.** and Nazar, E., "Bioactive Calcium Phosphate Ceramic Linings on Porous Metal Coatings for Bone Ingrowth," *Trans. Soc. for Biomaterials*, 11, 309 (1988).

5. **Healy, K.E.**, and Ducheyne, P., "Titanium Release Rate Kinetics in Biological Environments," *Trans. Soc. for Biomaterials*, 12, 147 (1989).

6. **Healy, K.E.**, and Ducheyne, P., "Surface Spectroscopic Characterization and Oxidation Kinetic Measurements of Titanium Thin Films in Biological Environments," *Trans. Soc. for Biomaterials*, 12, 30 (1989).

7. **Healy, K.E.**, and Ducheyne, P., "The Interaction of Titanium with Biological Environments," *Extended Abstracts American Institute of Chemical Engineers Summer National Meeting*, 35c (1989).

8. **Healy, K.E.**, and Ducheyne, P., "The Mechanisms of Passive Dissolution of Titanium in Biological Environments," *Trans. Soc. for Biomaterials*, 13, 278 (1990).

9. **Healy, K.E.**, and Ducheyne, P., "The Mechanisms of Passive Dissolution of Titanium in Biological Environments," Proceedings from *BIOINTERACTIONS '90: NEW BIOMATERIALS for the NINETIES*, Oxford, UK, August 1990.

10. Chiu, C.-H., **Healy, K.E.**, and Lautenschlager, E.P., "The Degradation Mechanisms and Toughening Technique for Polyethylene Biomaterials," *Trans. Soc. for Biomaterials*, 14, 213 (1991).

11. **Healy, K.E.**, and Ducheyne, P., "Interactions Between Titanium Surface Chemistry, Adsorbed Molecules, and Tissue Response," *Surfaces in Biomaterials Symp.*, Minneapolis MN, October 9th-11th, 1991.

12. Chiu, C.-H., **Healy, K.E.**, and Lautenschlager, E.P., "Variations Between the Processing Treatments and Physical Properties of Prosthetic and Orthotic Polymers," *Proceedings, 7th World Congress of International Society for Prosthetics and Orthotics*, June 28th-July 3rd, 239 (1992).

13. Chiu, C.-H., **Healy, K.E.**, and Lautenschlager, E.P., "A Method to Predict the Clinical Service Life of Prosthetic and Orthotic Polyethylene," *Proceedings, 7th World Congress of International Society for Prosthetics and Orthotics*, June 28th-July 3rd 413 (1992).

14. **Healy, K.E.**, Whang, K., and Kim, J.E., "Bioabsorbable Scaffolds Useful for Bone Regeneration," *J. Dent. Res.*, 72, 258 (1993).

15. **Healy, K.E.**, and Malone, J., "Biological Modification of Implant Materials," *J. Dent. Res.*, 72, 228 (1993).

16. Lee, S-Y., Lautenschlager, E.P., Gilbert, J.L., **Healy, K.E.**, Dong, D-E., and Monaghan, P., "Models of Fluoride Ion Diffusion from Glass-Ionomer Cement," *J. Dent. Res.*, 72, 284 (1993).

17. **Healy, K.E.**, Whang, K., and Kim, J.E., "A Method to Co-dissolve Absorbable Polymers and Water-soluble Proteins," *Trans. Soc. for Biomaterials*, 16, 294 (1993).

18. Whang, K., Thomas, C.H., and **Healy, K.E.**, "A New Method to Fabricate Porous Bioabsorbable Scaffolds," *J. Dent. Res.*, 73, 294 (1994).

19. **Healy, K.E.**, Lom, B., and Hockberger, P., "Material Surface Chemistry Dictates Spatial Distribution of Bone Cells," *J. Dent. Res.*, 73, 342 (1994).

20. **Healy, K.E.**, Lom, B., Kim, J., Rezania, A., and Hockberger, P., "Spatial Distribution of Osteogenic Cells Guided by Material Surface Chemistry," *Trans. Soc. for Biomaterials*, 17, 289 (1994).

21. Thomas, C.H., Rezania, A., Kim, J., and **Healy, K.E.**, "Kinetics of Primary Bone Cell Organization on Materials with Patterned Surface Chemistry," *Trans. Soc. for Biomaterials*, 18, 131 (1995). **[Note: selected for an Excellence Session]**

22. Rezania, A., Thomas, C.H., Kim, J., and **Healy, K.E.**, "Measurement of Primary Bone Cell Adhesion to Organosilane Modified Surfaces," *Trans. Soc. for Biomaterials*, **18**, 118 (1995).

23. Malone, J., and **Healy, K.E.**, "Molecular Modeling of a RGD Containing Polypeptide Immobilized on Solid Supports," *Trans. Soc. for Biomaterials*, **18**, 252 (1995).

24. **Healy, K.E.**, Chen, J., and Rezania, A., "Interfacial Polymerization of PEG-co-AAm Copolymers Grafted to Metal Oxides," ASAIO J., **41(1) Suppl.**, 16 (1995).

25. Whang, K., and **Healy, K.E.**, "Controlled Release of Proteins from Emulsion Freeze-Dried PLGA Scaffolds," *Proceed. Intern. Symp. Control. Rel. Bioact. Mater.*, **22**, 536 (1995).

26. **Healy, K.E.**, Thomas, C.H., Rezania, A., Hockberger, P.E., and McKeown, P., "Kinetics of Bone Cell Organization and Mineralization on Materials with Patterned Surface Chemistry," *2nd International Conference on Cellular Engineering*, August 19th–22nd, San Diego, CA, 1995.

27. Thomas, C.H., Rezania, A., McKeown, P., and **Healy, K.E.**, "Kinetics of Bone Cell Organization and Mineralization on Materials with Patterned Surface Chemistry," *Surfaces in Biomaterials Symp.*, Minneapolis, MN, September 5th–7th, 1995.

28. Rezania, A., Thomas, C.H., and **Healy, K.E.**, "Strength of Bone Cell Adhesion to Materials with Defined Surface Chemistry," *Surfaces in Biomaterials Symp.*, Minneapolis, MN, September 5th–7th, 1995.

29. McKeown, P., Stickle, W.F., Thomas, C.H., Rezania, A., and **Healy, K.E.**, "Characterization of Patterned Surfaces Used for Guided Cell Organization by Time-of-Flight Mass Spectrometry and X-Ray Photoelectron Spectroscopy," *Surfaces in Biomaterials Symp.*, Minneapolis, MN, September 5th-7th, 1995.

30. **Healy, K.E.**, Thomas, C.H., Rezania, A., Hockberger, P.E., and McKeown, P.J., "Engineering Bone Cell Organization in Two Dimensions," *Annals of Biomedical Engineering*, **23(1) Suppl.**, S-45 (1995).

31. **Healy, K.E.**, Thomas, C.H., Rezania, A., Bearinger, J.P., and McFarland, C.D., "Patterned Endowment with Proteins and Peptides to Control Cell Function," Keystone Symposia on *Tissue Engineering(J3)*, Taos, NM, January 23rd–29th, 1996, p.9.

32. **Healy, K.E.**, Elenz, D.R., Whang, K., Thomas, C.H., Tsai, D.C., Nam, E., Nuber, G.W., and Bowen, M.K. "Bone Regeneration Employing Bioabsorbable Scaffolds with Unique Microarchitecture," 1996 Keystone Symposia on *Tissue Engineering(J3)*, Taos, NM, January 23rd-29th, 1996, p. 17.

33. Elenz, D.R., Whang, K., Thomas, C.H., Tsai, D.C., Nam, E., **Healy, K.E.**, Nuber, G.W., and Bowen, M.K., "Treatment of Experimental Bone Defects with Porous Bioabsorbable Copolymers Scaffolds," *Trans. Orthopaedic Research Society*, 21, 448 (1996).

34. Bearinger, J.P., Rezania, A., Chen, J., **Healy, K.E.**, "Ultrathin Polymer Coatings for the Prevention of Material-Centered Infection of P(AAm-*co*-EG) on Metal Oxides," *J. Dent. Res.*, 75, 79 (1996).

35. Thomas, C.H., McFarland, C.D., Gilbert, J.L., Hockberger, P.E., and **Healy, K.E.**, "Spatial Control of Mineralization on Biomaterials with Modified Surface Chemistry," *J. Dent. Res.*, 75, 181 (1996).

36. Elenz, D.R., Whang, K., Thomas, C.H., Tsai, D.C., Nam, E., **Healy, K.E.**, Nuber, G.W., and Bowen, M.K., "Treatment of Experimental Bone Defects with Porous Bioabsorbable Scaffolds," *Fourteenth Annual Meeting of the Mid-American Orthopaedic Association*, San Antonio, TX, April, 20th 1996.

37. McFarland, C.D., Thomas, C.H., **Healy, K.E.**, Jenkins, M.L., and Steele, J.G., "The Role of Serum Glycoproteins in Determining the Spatial Organization of Bone Cells on Patterned Surfaces," *The 5th World Biomaterials Congress Transactions*, p.980, Toronto, Canada, May 29th-June 2nd, 1996.

38. Bearinger, J., Rezania, A., Chen, J., **Healy, K.E.**, "Minimization of Protein Adsorption and Cell Adhesion to a Grafted Copolymer of P(AAm-*co*-EG)," *The 5th World Biomaterials Congress Transactions*, p.308, Toronto, Canada, May 29th-June 2nd, 1996.

39. Whang, K., Elenz, D.R., Nam, E.K., Tsai, D.C., Thomas, C.H., Nuber, G.W., Bowen, M.K., and **Healy, K.E.**, "Bone Regeneration Using an Emulsion Freeze-Dried PLGA Scaffolds with Median Pore Sizes Less Than 50 µm," *The 5th World Biomaterials Congress Transactions*, p.292, Toronto, Canada, May 29th -June 2nd, 1996.

40. Thomas, C.H., McFarland, C.D., Gilbert, J.L., and **Healy, K.E.**, "Preferential Mineralized Tissue Formation on Materials with Patterned Surface Chemistry," *The 5th World Biomaterials Congress Transactions*, p.946, Toronto, Canada, May 29th-June 2nd, 1996.

41. Whang, K., Goldstick, T.K., and **Healy, K.E.**, "Control of Protein Release from Emulsion Freeze-Dried Scaffolds with Unique Microarchitecture," *The 5th World Biomaterials Congress Transactions*, p.774, Toronto, Canada, May 29th-June 2nd, 1996.

42. Rezania, A., Thomas, C.H., Bearinger, J., and **Healy, K.E.**, "Cell-Binding Peptides for Enhancing the Strength of Osteoblast Adhesion," *The 5th World Biomaterials Congress Transactions*, p.891, Toronto, Canada, May 29th-June 2nd, 1996.

43. **Healy, K.E.**, Thomas, C.H., Rezania, A., McKeown, P., McFarland, C.D., and Steele, J.G., "Correlative ToF-SIMS and fluorescence microscopy analyses of surfaces used to control mammalian cell function," *Proceeding of Microscopy and Microanalysis1996*, G.W. Bailey *et al.* Eds., San Francisco Press, Inc., p.1044-1045, 1996.

44. Rezania, A., Thomas, C.H., and **Healy, K.E.**, "Immobilization of Biomimetic Cell-Adhesive Peptides on Model Biomaterials for Enhancing Bone Cell Adhesion," *Surfaces in Biomaterials Symp.*, Phoenix, AZ, September 4th-7th, p.147-151, 1996.

45. Rezania, A., Thomas, C.H., and **Healy, K.E.**, "Grafting of Cell-Adhesive Peptides for Enhancing Cell Adhesion," presented at the MRS Fall Meeting, Boston, MA, December 2nd-4th, 1996

46. **Healy, K.E.**, Thomas, C.H., and Bearinger, J.P., "Control of Cell Shape and Function on Solid Surfaces," presented at the *Workshop on Biomaterials and Tissue Engineering*, Hilton Head, S.C., February 19th-23rd, 1997.

47. Thomas, C.H., McFarland, C.D., Bearinger, J.P., and **Healy, K.E.,** "Non-Adhesive Polymer Surfaces that Spatially Control Cell-Mediated Mineralization," *J. Dent. Res.*, **76**, 286 (1997).

48. Bearinger, J.P., and **Healy, K.E.,** "Non-Adhesive Polymer Coatings Modified to Induce Cell Adhesion and Spreading," *J. Dent. Res.*, **76**, 382 (1997).

49. Bearinger, J.P., Thomas, C.H., and **Healy, K.E.,** "Biological Modification of P(AAm-*co*-EG) Networks to Target Bone Cell Adhesion and Growth," *Trans. Soc. for Biomaterials*, **19**, 54 (1997).

50. Thomas, C.H., Bearinger, J.P., McKeown, P.J., and **Healy, K.E.,** "Long-Term Control of the Spatial Distribution of Bone-Derived Cells," *Trans. Soc. for Biomaterials*, **19**, 132 (1997).

51. Rezania, A., Johnson, R.W., and **Healy, K.E.,** "Characterization of an ARG-GLY-ASP-Containing Peptide on Metal Oxides Using Spectroscopic Ellipsometry," *Trans. Soc. for Biomaterials*, **19**, 222 (1997).

52. Bearinger, J.P., Castner, D.G., and **Healy, K.E.,** "Modulation of Protein Adsorption and Cell Adhesion with Interpenetrating Polymer Network Coatings of P(AAm-*co*-EG)," Proceeding of the American Chemical Society Division of Polymeric Materials: Science and Engineering, 77, 582-583 (1997).

53. Whang, K., Tsai, D.C., Nam, E.K., Goldstick, T.K., and **Healy, K.E.,** "Controlled Release of Bioactive Factors from Bioabsorbable Emulsion Freeze-Dried Scaffolds for Tissue Engineering," Proceedings of the Topical Conference on *Biomaterials, Carriers for Drug Delivery, and Scaffolds for Tissue Engineering,* American Institute of Chemical Engineers, Los Angeles, CA, November 17th-19th, 1997, p.284-286.

54. **Healy, K.E.**, Rezania, A., Thomas, C.H., Bearinger, J.P., and Castner, D.G., "Biomolecular Engineering of Surfaces to Modulate Mineralized Tissue Formation," presented at Keystone Symposia on *Tissue Engineering(J3)*, Copper Mountain, CO, January 10th-15th, 1998.

55. Stile, R.A., and **Healy, K.E.,** "Injectable Thermo-Responsive Hydrogels for Articular Cartilage Regeneration," presented at Keystone Symposia on *Tissue Engineering(J3)*, Copper Mountain, CO, January 10th-15th, 1998.

56. Whang, K., Tsai, D.C., Nam, E.K., Aiken, M.E., Patel, P., and **Healy, K.E.,** "Bone Regeneration Using Controlled Release of rhBMP-2 from Bioabsorbable Scaffolds," *The 17th Southern Biomedeical Engineering Conference Proceedings,* San Antonio, TX, p.143 (1998).

57. **Healy, K.E.,** "Biomimetic Materials for Rehabilitation," Invited poster presented at the NIH Bioengineering Symposium *Bioengineering: Building the Future of Biology and Medicine*, NIH, Bethesda, MD, February 27th-28th, 1998.

58. Rezania, A., and **Healy, K.E.,** "Biomolecular Engineering of Surfaces to Manipulate Mineralized Tissue Formation," *Trans. Orthopaedic Research Society*, **23(1)**, 145, (1998)

59. Rezania, A., and **Healy, K.E.**, "Biomimetic Surfaces than Regulate Mineralization of the Extracellular Matrix," presented at the MRS Spring Meeting, San Francisco, CA, April 13th-14th, 1998.

60. Thomas, C.H., Sfeir, C., McFarland, C., and **Healy, K.E.**, "Materials Designed to Control and Examine the Function of Single Cells," presented at the MRS Spring Meeting, San Francisco, CA, April 13th-14th, 1998.

61. Rezania, A., and **Healy, K.E.**, "Covalent Immobilization of Cell-Binding and Heparin-Binding Peptides for Promoting Bone-Derived Cell Adhesion," *Trans. Soc. for Biomaterials*, **21**, 162 (1998).

62. Harbers, G., Rezania, A., and **Healy, K.E.**, "Computer-Aided Biomolecular Surface Engineering of Peptide Modified Materials," *Trans. Soc. for Biomaterials*, **21**, 170 (1998).

63. **Healy, K.E.**, Rezania, A., and Stile, R., "Biomimetic Materials that Regulate Bone Formation," *Annals of Biomedical Engineering*, **26**, S-140 (1998).

64. **Healy, K.E.**, "Biomimetic Hydrogels for Tissue Engineering," presented at the MRS Fall Meeting, Boston, MA, November 30th, (1998).

65. Keller, J.C., MacDougall, M., **Healy, K.E.**, and Tonetti, M., "Paths to Engineering Craniofacial and Oral Tissue Behavior," *J. Dent. Res.*, **78**, 123 (1999).

66. Thomas, C.H., Sfeir, C.S., McFarland, C.D., and **Healy, K.E.**, "Control and Investigation of Single Cell Gene Expression," *J. Dent. Res.*, **78**, 455 (1999).

67. Park, S., and **Healy, K.E.**, "Fabrication of Targeted-Stealth Nanospheres based on poly(lactide-co-glycolide)-block-poly(etheylene glycol) Chemistry," *J. Dent. Res.*, **78**, 523 (1999).

68. Stile, R.A., Burghardt, W.R., and **Healy, K.E.**, "Injectable Thermo-Responsive Hydrogels as Scaffolds for Tissue Engineering," presented at the MRS Spring Meeting, San Francisco, CA, April 5th-9th, 1999. **R.A. Stile, Graduate Student Gold Award Recipient.**

69. Thomas, C.H., L'Hoest, J.B., Castner, D.G., Sfeir, C.S., McFarland, C.D., and **Healy, K.E.**, "Single Cell Isolation and Gene Expression," *Trans. Soc. for Biomaterials*, **22**, 112 (1999).

70. Stile, R.A., Burghardt, W.R., and **Healy, K.E.**, "Injectable Thermo-Responsive Hydrogels that Support Tissue Formation *In Vitro*," *Trans. Soc. for Biomaterials*, **22**, 248 (1999).

71. **Healy, K.E.** "Synthesis and Surface Characterization of Peptide-Modified Interpenetrating Polymer Networks that Control Biomineralization," 46th American Vacuum Society (AVS) International Symposium, Seattle, WA, October 28th, 1999.

72. Park, S., and **Healy, K.E.**, "Synthesis and Development of a Novel Copolymer for Gene Therapy," presented at Keystone Symposia on *Experimental and Clinical Regulation of Angiogenesis*, p.69, Salt Lake City, UT, March 3rd-5th, 2000.

73. **Healy, K.E.**, "Peptide-Modified Hydrogels for Connective Tissue Regeneration," presented at the Symposium on *Tissue Engineering*, p.69, Davos, Switzerland, February 18th-21st, 2000.

74. Stile, R.A., Fabbroni, E., Shull, K.R., and **Healy, K.E.**, "Adhesion of Injectable Semi-interpenetrating Polymer Networks," presented at the MRS Spring Meeting, San Francisco, CA, April 26th, 2000.

75. Stile, R.A., and **Healy, K.E.**, "Peptide-modified Thermoreversible Hydrogels for Tissue Regeneration," *Abstr. Pap. Am. Chem. Soc.*, 584-POLY, p.2, March 26th, 2000.

76. Kohn, D.H., Hollister, S.J., and **Healy, K.E.**, "Biomimetic Strategies to Enhance Osseointegration," *J. Dent. Res.*, 79 (4 SI), 2000

77. Collier, T.O., Collier, J., **Healy, K.E.**, Anderson, J.M., "Control of Monocyte/Macrophage Adhesion, Morphology and Fusion with Micropatterned Surface Chemistry," *The 6th World Biomaterials Congress Transactions*, p.3, Kamuela, HI, May 15th-20th, 2000.

78. Stile, R.A., and **Healy, K.E.**, "Peptide-Modified Hydrogels for Bone Regeneration," *The 6th World Biomaterials Congress Transactions*, p.108, Kamuela, HI, May 15th-20th, 2000.

79. Barber, T.A., Harbers, G.M., Golledge, S.L., Castner, D.G., **Healy, K.E.**, "Peptide-modified IPNs Grafted to Tissue Culture Polystyrene," *The 6th World Biomaterials Congress Transactions*, p.217, Kamuela, HI, May 15th-20th, 2000.

80. Rezania, A., and **Healy, K.E.**, "The Effect of Peptide Surface Density on Mineralization of Matrix Deposited," *The 6th World Biomaterials Congress Transactions*, p.240, Kamuela, HI, May 15th-20th, 2000.

81. Stile, R.A., Fabbroni, E., Shull, K.R., **Healy, K.E.**, "Injectable Semi-Interpenetrating Networks for Cartilage Regeneration," *The 6th World Biomaterials Congress Transactions*, p.653, Kamuela, HI, May 15th-20th, 2000.

82. Collier, J.H., Thomas, C.H., and **Healy, K.E.**, "A Technique for Regioselective Coupling of Biomolecules to Non-fouling IPN Surfaces," *The 6th World Biomaterials Congress Transactions*, p.1219, Kamuela, HI, May 15th-20th, 2000.

83. Thomas, C.H., Collier, J.H., Golledge, S.L., Castner, D.G., **Healy, K.E.**, "Behavior of Single Osteogenic Cells Isolated on Materials with Patterned Surface Chemistry," *The 6th World Biomaterials Congress Transactions*, p.1222, Kamuela, HI, May 15th-20th, 2000.

84. **Healy, K.E.**, "Combining Polymer Chemistry and Photolithography to Manipulate Gene Expression and Protein Synthesis," *smallTalk 2000*, p.74, San Diego, CA, July 8th-12th, 2000.

85. **Healy, K.E.**, Engineering Regiospecific Bioactive Surfaces with Interpenetrating Polymer Networks (IPNS) of p(AAm-*co*-EG), *Abstr. Pap. Am. Chem. Soc.*, 210-COLL, August 20th, 2000.

86. **Healy, K.E.**, "Combining Polymer Chemistry and Photolithography to Manipulate Gene Expression and Protein Synthesis," *smallTalk 2000*, p.74, San Diego, CA, July 8th-12th, 2000.

87. **Healy, K.E.**, "Combining Polymer Chemistry and Photolithography to Manipulate Gene Expression and Protein Synthesis," 47th American Vacuum Society (AVS) International Symposium, Boston, MA, October 4th, 2000.

88. Stile, R.A, and **Healy, K.E.**, "Semi-Interpenetrating Polymer Networks for Use in Tissue Engineering Applications," *5th Annual Hilton Head Workshop, Engineering Tissues*, Hilton Head, S.C., February 21st-25rd, 43, 2001.

89. Barber, T.A., Castner, D., and **Healy, K.E.** "Peptide-modified IPNs Grafted to Bulk Titanium Modulate Osteoblast Behavior In Vitro," *Trans. Soc. for Biomaterials*, 24, 109 (2001).

90. Harbers, G. M., T. A. Barber, Yanez, M. E., Larman, H. B., **Healy, K. E.** "IPN Modified 316L SS: Surface Characterization and HCAEC Adhesion Studies," *Trans. Soc. for Biomaterials*, 24, 275 (2001).

91. Park, S. and **Healy, K.E.** "Development of a Poly-L-lysine Based Terpolymer Capable of DNA Condensation," *Trans. Soc. for Biomaterials*, 24, 335 (2001).

92. Barber, T.A., Stile, R.A., Castner, D.G., and **Healy, K.E.**, "XPS-Mediated Robust Design Used to Optimize Hyaluronic Acid Surface Immobilization," 48th American Vacuum Society (AVS) International Symposium, San Francisco, CA, October 30th, 2001.

93. Harbers, G.M., Barber, T.A., Yanez, M.E., Larman, H.B., and **Healy, K.E.**, "Surface Characterization and HCAEC Adhesion Studies of IPN Modified 316L Stainless Steel," 48th American Vacuum Society (AVS) International Symposium, San Francisco, CA, November 1st, 2001.

94. "Exploiting Complementary Surface Analtical and Microscopy Techniques to Develop Biomimetic Materials," Materials Research Society, Fall Meeting, Boston, MA, November 26th, 2001.

95. "Tuning the Properties of Artificial Extracellular Matricies," Materials Research Society, Fall Meeting, Boston, MA, November 27th, 2001.

96. "Biomimetic Materials for Tissue Engineering," Materials Research Society, Spring Meeting, San Francisco, CA, April 5th, 2002.

97. Park, S. and **Healy, K.E.**, "Self Assembling poly(lysine-g-lactide-g-ethylene glycol)-DNA Complexes," *Trans. Soc. For Biomaterials*, 25, 64 (2002).

98. Harbers, G.M. and **Healy, K.E.**, "IPN Modified Polystyrene for High-Throughput Screening: Surface Characterization and Cell Adhesion," *Trans. Soc. For Biomaterials*, 25, 250 (2002).

99. Stile, R.A., Shull, K.R. and **Healy, K.E.**, "Injectable Semi-Interpenetrating Polymer Networks for Use in Tissue-Adhesive Applications," *Trans. Soc. For Biomaterials*, 25, 272 (2002).

*Non-peer Reviewed Abstracts*

1. Lom, B., **Healy, K.E.**, and Hockberger, P.E., "An Improved Method for Creating Well-Defined, Patterned Substrates for Studies of Neuronal Adhesion and Guidance," *Society for Neuroscience Abstracts*, **18**, 39 (1992).

2. Lom, B., **Healy, K.E.**, and Hockberger, P.E., "Cell Alignment on Chemically-patterned Surfaces Reveals a Hierarchy of Preferences," *Society for Neuroscience Abstracts*, **19**, 1291 (1993).

**INVITED LECTURES & WORKSHOPS**

1. "Metal Ion Release from Porous Coated Implant Alloys," University of Pennsylvania Biomaterials Seminar Series, Philadelphia, PA, April 18th, 1986.

2. "The Interaction of Titanium with Biological Environments," Department of Biomedical Engineering, Southwest Medical Center, University of Texas, Dallas, TX, June 4th, 1989.

3. "Biological Performance of Titanium Implant Materials," Division of Biological Materials, Northwestern University, Chicago, IL, June 10th, 1989.

4. "The Mechanisms of Passive Dissolution of Titanium in Biological Environments," Department of Biomedical Engineering, Rensselaer Polytechnic Institute, Troy, NY, September 12th, 1990.

5. "The Interactions Between Titanium Implants and Biological Tissue," Department of Biomedical Engineering, Northwestern University, Evanston, IL, January 23rd, 1991.

6. "Absorbable Polymers for Fracture Fixation," Department of Orthopaedics, Northwestern University, Chicago, IL, April 6th, 1991.

7. "Interactions Between Titanium Surface Chemistry, Adsorbed Molecules, and Tissue Response," Department of Chemical Engineering, University of Rochester, Rochester, NY, April 12th, 1991.

8. "Interfacial Reactions and Passive Dissolution of Titanium Implants," Materials week '91, ASM International, Cincinnati, OH, October 23rd, 1991.

9. "The Interactions between Cells and Biologically Modified Materials," Technology Corporate Partners Symposium on Bioengineering and Biomaterials, Evanston, IL, November 11th, 1991.

10. "Biological Modification of Implant Materials," American Association for Dental Research, Chicago Chapter, Chicago, IL, September 24th, 1992.

11. "The Merging of Materials Science and Biotechnology," Technology Reviews: Executive Briefings for Managers of Technology, Evanston, IL, November 9th, 1992.

12. "The Application of Materials Science and Biotechnology to Improve Implant Function," Department of Oral Biology and Connective Tissue Research Laboratory, Northwestern University, Chicago, IL, December 3rd, 1992.

13. "The Use of Biomimetic Materials to Enhance Bone Regeneration," Abbott Laboratories, Abbott Park, IL, June 14th, 1993.

14. "Osteogenic Cell Adhesion and Movement on Chemically Defined Surfaces," Gordon Conference on *The Science of Adhesion*, New Hampton, NH, August 15th-20th, 1993.

15. "Computer-Aided Design of Biomimetics Surfaces," Abbott Laboratories, Abbott Park, IL, February 21st, 1995.

16. "Spectroscopic Testing of Biomaterials Surfaces," ASTM F-4 Workshop on *The Characterization & Performance of Articular Surfaces*, Denver, CO, May 16th-17th, 1995.

17. "Surface Engineering of Materials to Control Mammalian Cell Function," Department of Biomedical Engineering, Duke University, Durham, NC, July 6th, 1995.

18. "Engineering Bone Cell Organization in Two Dimensions," Biomedical Engineering Society Annual Meeting, Special Session on Tissue Engineering in Bone, Boston, MA, October 5th, 1995.

19. "Surface Engineering of Materials to Control Osteoblast Function," University of Connecticut, Farmington/Storrs (via electronic link), CN, November 11th, 1995.

20. "Patterned Endowment with Peptides and Proteins to Promote Cell Organization," Keystone Symposia conference on Tissue Engineering, Taos, NM, January 27th, 1996.

21. "Polymer Scaffolds in Hard Tissue Engineering," Department of Orthopaedics, Northwestern University, Chicago, IL, March 2nd, 1996.

22. "The Use of Surface Chemistry to Control Cell Behavior *In Vitro*," Becton, Dickinson and Company, Bedford, MA, July 19th, 1996.

23. "Correlative ToF-SIMS and Fluorescence Microscopy Analyses of Surfaces Used to Control Mammalian Cell Function," Microscopy and Microanalysis '96, Minneapolis, MN, August 15th, 1996.

24. Invited participant in a NIH-NIDR sponsored workshop on "Biomimetics, Tissue Engineering, and Biomaterials," Bethesda, MD, September 25th-26th, 1996.

25. Invited participant in a NSF sponsored workshop on "Nanotechnology: New Frontiers in Biology," Cornell University, Ithaca, NY, November 20th-21st, 1996.

26. "Biomaterials and Hard Tissue Engineering," Connective Tissue Workshop, Rush-Presbyterian-St. Luke's Medical Center, Chicago, IL, December 9th, 1996.

27. Invited participant in a Whitaker Foundation sponsored Workshop on Biomaterials and Tissue Engineering, "Control of Cell Shape and Function on Solid Surfaces," Hilton Head, S.C., February 19th-23rd, 1997.

28. Invited participant in a ASTM F04 Committee sponsored Workshop on Tissue Engineering: The Role of ASTM, "Standards Issues in Hard Tissue Engineering," St. Louis, MO, May 6th, 1997.

29. "Biomolecular Engineering of Surfaces to Manipulate Cell Function," Biochemical Engineering X, Engineering Foundation Conference, Kananaskis, Alberta, Canada, May 21st, 1997.

30. "Engineering Biomaterials to Promote Hard Tissue Regeneration," Oregon Medical Laser Center, Providence St. Vincent Medical Center, Portland, OR, June 26th, 1997.

31. "Modulation of Protein Adsorption and Cell Adhesion with Interpenetrating Polymer Network Coatings of P(AAm-*co*-EG)," ACS Symposium *Polymer Surface Modification for Adhesion and Deposit Resistance,* ACS Division of Polymeric Materials: Science and Engineering, Las Vegas, NV, September 11th, 1997.

32. "Engineering Surfaces to Support Hard Tissue Regeneration," Department of Biomedical Engineering, University of Michigan, Ann Arbor, MI, December 1st, 1997.

33. "Physical Chemistry and Interdiffusion Properties of Thermo-reversible Hydrogels," Genzyme Corp., Framingham, MA, January 29th, 1998

34. "Functional Biomaterials," Panelist at the NIH Bioengineering Symposium *Bioengineering: Building the Future of Biology and Medicine*, NIH, Bethesda, MD, February 27th-28th, 1998.

35. "Bone Cell Distribution, Cytoskeletal Organization, Gene Expression, and Mineral Deposition on Microfabricated Surfaces," *Microsystems Technology in Medicine and Biology*, Cambridge Healthtech Institute, Cambridge, MA, April 15th-16th, 1998.

36. "Materials that Regulate Tissue Development," Department of Materials, Chemical, and Biochemical Engineering, University of California at Irvine, Irvine, CA, April 24th, 1998.

37. "Biomimetic Materials for Tissue Engineering," Department of Biomedical Engineering, Case Western Reserve University, Cleveland, OH, April 27th, 1998.

38. "Designing Implant Surfaces to Direct Biological Responses," *Bioartifical Organs*, International Engineering Foundation Conference, Banff, Alberta, Canada, July 18th-22nd, 1998.

39. "Designing Implant Surfaces to Direct Biological Responses," *28th International Workshop on Hard Tissue Biology*, Sun Valley, Idaho, August 3rd-7th, 1998.

40. "Control of Osteogenic Cell Behavior with Biomimetic Materials and Microfabricated Devices," Bone and Mineral Group, Indiana University-Purdue University, Indianapolis, IN, September 23rd, 1998.

41. "Biomimetic Materials that Regulate Bone Formation," Biomedical Engineering Society Annual Meeting, Special Session on Tissue Engineering in Bone, Cleveland, OH, October 13th, 1998.

42. "Biomimetic Materials The Regulate Tissue Formation," Pittsburgh Tissue Engineering Initiative (PTEI), Pittsburgh, PA, November 11th, 1998.

43. "Biomimetic Hydrogels for Tissue Engineering," Materials Research Society 1998 Fall Meeting, Boston, MA, November 30th, 1998.

44. "Designing Materials the Control the Behavior of Mammalian Cells," Department of Materials Science and Mineral Engineering, University of California at Berkeley, Berkeley, CA, December 4th, 1998.

45. "Surfaces that Direct the Behavior of Living Cells," Lawrence Berkeley National Laboratory, Advanced Light Source, University of California at Berkeley, Berkeley, CA, December 16th, 1998.

46. "Engineering Biomimetic Materials to Regulate Cell Behavior and Tissue Regeneration," Northwestern University, Provost's Domain Dinner Lecture Series, January 12th, 1999.

47. "Manipulating Mammalian Cell Behavior via Material Surface Chemistry," Departments of Bioengineering and Chemical Engineering, University of Minnesota, Minneapolis, MN, January 19th, 1999.

48. "Manipulation of Cell Architecture and Gene Expression on Microfabricated Surfaces," Department of Bioengineering, Center for Nanotechnology, University of Washington, Seattle, WA, March 9th, 1999.

49. "Developments in Polymer Templates for Tissue Engineering," International Association for Dental Research (IADR) Meeting and Exposition, *Tissue Engineering in the Crain facial Complex*, Vancouver, BC, Canada, March 11th, 1999.

50. "Biomimetic Strategies for Designing Synthetic Materials," Departments of Bioengineering and Chemical Engineering, University of Wisconsin, Madison, WI, April 19th, 1999.

51. "Biomimetic Strategies for Designing Synthetic Materials," Laboratoire de Recherches sur les Macromolécules (LRM), Institut Galilée, Université Paris XIII, Villetaneuse, France, May 11th, 1999.

52. "Microfabricated Surfaces of Interpenetrating Polymer Networks (IPNs) to Manipulate Cell Architecture and Gene Expression," Laboratoire de Recherches sur les Macromolécules (LRM), Institut Galilée, Université Paris XIII, Villetaneuse, France, May 27th, 1999.

53. "Smart Biomaterials," 45th Annual Conference & Exposition of the American Society for Artificial Internal Organs (ASAIO), June 3rd, 1999

54. "Biomimetic Strategies for Designing Synthetic Materials," Department of Bioengineering, University of California at Berkeley, Berkeley, CA, June 4th, 1999.

55. "Microfabricated Materials for Tissue Development," Gordon Conference on *Biomaterials: Biocompatibility and Tissue Engineering*, Holderness School, Holderness, NH, July 23rd, 1999.

56. "Biomimetic Materials that Regulate Bone Formation," 12th Annual International Symposium for Technology in Arthroplasty ISTA'99, Chicago, IL, September 24th, 1999.

57. "Designing Materials to Control Tissue Regeneration," Johnson & Johnson Corporation, Corporate Biomaterials Center, Somerville, NJ, September 30th, 2000.

58. "Synthesis and Surface Characterization of Peptide-Modified Interpenetrating Polymer Networks that Control Biomineralization," 46th American Vacuum Society (AVS) International Symposium, Seattle, WA, October 28th, 1999.

59. "Osteoblast Interaction with Engineered Surfaces," The Bone Engineering Workshop, Toronto, Ontario, Canada, December 2nd-3rd, 1999.

60. "Mimetic Peptide Surfaces to Enhance Osseointegration," International Association for Dental Research (IADR) Meeting and Exposition, *Biomimetic Strategies to Enhance Osseointegration*, Washington, D.C, April 5th, 2000.

61. "Exploiting Peptide-Receptor Engagement for the Surface Engineering of Polymers," Symposium on *Interfacial Aspects of Soft Biomaterials*, Materials Research Society 2000, Spring Meeting, San Francisco, CA, April 25th, 2000. (Substitute for Dr. L. Griffith)

62. "The Design, Synthesis, Characterization and *In Vitro* and *In Vivo* Testing of Peptide Modified Surfaces," *BELACT VII Cells/Biomaterials: from In Vitro Cultivation to In Vivo Implantation*, Château de Colonster, Lèige, Belgium, May 5th, 2000.

63. "Nanotechnology and Tissue Engineering," Panelist at the NIH BECON Symposium *Nanoscience and Nanotechnology: Shaping Biomedical Research*, NIH, Bethesda, MD, June 25th-26th, 2000.

64. "Combining Polymer Chemistry and Photolithography to Manipulate Gene Expression and Protein Synthesis," smallTalk 2000 (the microfluidics and microarrays conference), San Diego, CA, July 12th, 2000.

65. "Engineering Gene Expression and Protein Synthesis with Microfabricated Bioactive Surfaces," BioMEMS & Biomedical Nanotechnology World 2000, Columbus Ohio, OH, September 25th, 2000.

66. "Biomimetic Materials that Regulate Tissue Formation," Department of Bioengineering, Clemson University, Clemson, SC, November 3rd, 2000.

67. "Challenges in Achieving Direct Skeletal Attachment," NIH BECON Symposium *Rehabilitation on the Move*, NIH, Bethesda, MD, January 4th, 2001.

68. "Current Perspectives on Biomaterials: *Biomimetic Materials that Modulate Cell and Tissue Function*," University of Alaska at Fairbanks EPSCORE Meeting, Fairbanks, AK, February 9th, 2001.

69. "Nanotechnology in Cell and Tissue Engineering?" National Association of Science Writers Nanotechnology Workshop, *Small is Beautiful*, Berkeley, CA February 14th, 2001.

70. "Biomimetic Strategies for Controlling Cell-Materials Interactions and Tissue Formation," Department of Materials Science and Engineering, Stanford University, Palo Alto, CA, March 16th, 2001.

71. "Biomaterials and Intravascular Stent Activities at Berkeley," Department of Bioengineering, Industrial Advisory Board Meeting, Berkeley, CA, April 5th, 2001.

72. "The Multi-factorial Process of In-stent Restenosis: Materials-based Solutions," AVE/ Medtronic INC., Santa Rosa, CA, May 16th, 2001.

73. "Newly Minted Materials that Mimic Biology," Berkeley in Silicon Valley: New Directions in Chemistry and Engineering Symposium, Santa Clara, CA, June 11th, 2001.

74. "Newly Minted Materials that Mimic Biology," Department of Biological Science and Technology, The University of Tokushima, Tokushima, Japan, June 22nd, 2001.

75. "Biomimetic Materials for Tissue Regeneration," Department of Materials Chemistry, Kyoto University, Kyoto, Japan, June 27th, 2001.

76. "Newly Minted Materials that Mimic Biology," Institute of Biomedical Engineering, Tokyo Women's Medical University, Tokyo, Japan, June 30th, 2001.

77. "Biomimetic Strategies for Controlling Cell-Materials Interactions and Tissue Formation," Department of Biomedical Engineering, Graduate School of Medicine, Kyushu University, Fukuoka, Japan, July 3rd, 2001.

78. "Newly Minted Materials that Mimic Biology," Division of Biological Science, Hokkaido University, Sapporo, Japan, July 4th, 2001.

79. "The Multi Factorial Problem of In-stent Restenosis: Materials-Based Treatments," Surfaces in Biomaterials Foundation, Scottsdale Princess Resort, Scottsdale, Arizona, August 31st, 2001.

80. "Surface Engineering of Materials for Biomimetic Implants and Cell-Based Senors" Biosurf IV conference, Ecole Polytecnique Federale de Lausanne, Lausanne, Switzerland, September 20th-Sptember 21st, 2001.

81. "Biomimetic Strategies for Controlling Cell-Materials Interactions and Tissue Formation," Department of Materials Science and Engineering, University of Michigan, Ann Arbor, MI, September 28th, 2001.

82. "Biomimetic Strategies for Controlling Cell-Materials Interactions and Tissue Formation," Department of Chemical Engineering, University of California at Berkeley, Berkeley, CA, October 10th, 2001.

83. "Newly Minted Materials that Mimic Biology," Department of Bioengineering, University of Pennsylvania, Philadelphia, PA, October 18th, 2001.

84. "Newly Minted Materials that Mimic Biology," Departments of Chemical Engineering and Bioengineering, Columbia University, New York, NY, October 19th, 2001.

85. "Exploiting Complementary Surface Analytical and Microscopy Techniques to Develop Biomimetic Materials," Symposium on Physical Characterization of Biological Materials and Systems, Materials Research Society 2001, Fall Meeting, Boston, MA, November 26th, 2001.

86. "Tuning the Properties of Artificial Extracellular Matrices," Symposium on Polymeric Biomaterials for Tissue Engineering, Materials Research Society 2001, Fall Meeting, Boston, MA, November 27th, 2001.

87. "The Multi-factorial Problem of In-stent Restenosis: Materials-based Treatment," AVE/Medtronic INC., Minneapolis, MN, November 28th, 2001.

88. "Biomimetic Strategies for Controlling the Biologic-Synthetic Interface," Surface Science and Catalysis Science Seminars, Materials Sciences Division, Lawrence Berkeley National Laboratory, Berkeley, CA, February 21st, 2002.

89. "Tuning the Properties of Artificial Extracellular Matrices," Biologically-Based Materials for Tissue Engineering Short Course, Georgia Institute of Technology, Atlanta, GA, March 11th, 2002.

90. "Surface Engineering of Materials to Manipulate Interactions with Biological Systems," Solid State Technology and Devices Seminar, University of California at Berkeley, Berkeley, CA, March 22nd, 2002.

91. "Biomimetic Materials for Tissue Engineering," Symposium on Biological and Biomimeti Material Properties to Function, Materials Research Society 2002, Spring Meeting, San Francisco, CA, April 5th, 2002.

**CURRENT SUPPORT**

Principal Investigator

1. NIH-NIAMS 1 R01 AR47304-01: Biomimetic Hydrogels for Bone Regeneration. 4/1/00 - 2/01/05, $1,296,429.

2. NIH-NIAMS 1 R01 AR43187-07: Biomimetic Materials Useful for Rehabilitation. 9/30/01-7/31/05 $1,470,989.

3. France-Berkeley Fund W7613: Peptide-modified Heparin-like Copolymers as Biomimetic Coatings for Orthopaedic Implants: Synthesis, Surface Characterization, and Biological Response. 7/15/01-7/15/02, $10,000.

Participant

1. California Institute for Science and Innovation (CISI): "Bioengineering, Biotechnology, and Quantitative Biomedical Research (QB3)," 3 years ~ $100,000,000. Co-authored section on "Tissues, Biomimetic Materials and Tissue Engineering."

**SERVICE**

*University Committees*

| | |
|---|---|
| 1993 | Health Sciences Library Planning Committee |
| 1993 - | Division Seminar Organization |
| 1994 | Chair, Division Curriculum Revision |
| 1995 - | Chair, Safety Committee for Dept. of Basic Sciences (Dental School) |
| 1995 - | Materials World Modules, Biodegradable Materials Module Development |
| 1996 - | Dental Council (Basic Sciences representative) |

| | |
|---|---|
| 1997 | Dental School Strategic Planning Committee |
| 2000 - | College of Engineering Space Committee |
| 2001 - | Executive Committee, Joint Graduate Group in Bioengineering (UCB/UCSF) |
| 2001 - | Curriculum Committee, Department of Bioengineering |

*International and National Conference Organization*

| | |
|---|---|
| 1989 | Session Chair, The 15th Annual Meeting of the Society for Biomaterials |
| 1993 | Annual Meeting Program Committee, Society for Biomaterials |
| 1993 | Session Chair, The 19th Annual Meeting of the Society for Biomaterials |
| 1994 | Session Chair, The 20th Annual Meeting of the Society for Biomaterials |
| 1994 | Annual Meeting Program Committee, Surfaces in Biomaterials Foundation |
| 1995 | Annual Meeting Program Committee, American Society for Artificial Internal Organs |
| 1995 | Annual Meeting Program Committee, Society for Biomaterials |
| 1995 - 2001 | Session Chair, The Annual Meeting of the Society for Biomaterials |
| 1996 | Session Chair, The 5th World Biomaterials Congress |
| 1996 | Society for Biomaterials, Membership Committee Chair |
| 1998 | Materials Research Society, Topical Symposium Chair |
| 1999 | Materials Research Society, Topical Symposium Chair |
| 2000 | World Biomaterials Congress, Symposium Organizer and Session Chair |
| 2000 – 2001 | Awards Committee, Materials Research Society |
| 2000 | AVS 47th International Symposium, Biomaterials Interfaces Group Program Committee |
| 2000 | Biomedical Engineering Society (BMES) Symposium Organizer and Session Chair |
| 2001 | Session Chair, The 27th Annual Meeting of the Society for Biomaterials |
| 2001 | Session Moderator, Gordon Conference on *Biomaterials and Tissue Engineering* |
| 2001 | AVS 48th International Symposium, Biomaterials Interfaces Group Program Committee |
| 2001 | Session Chair, AVS 48th International Symposium |
| 2001 | Co-organized the Nanobiomaterials Workshop for The 28th Annual Meeting of the Society for Biomaterials |
| 2001 | Awards Committee, Society for Biomaterials |
| 2001 | Co-organized AVS Biomaterials Interfaces Group Satellite Meeting on *Future Directions of the Biointerfaces Group* |

*Scientific Grants Review Committees*

| | |
|---|---|
| 1993 - 2001 | NIH, Ad Hoc Review Committees |
| 1994 - | MRC (Canada), Ad Hoc Reviewer |
| 1995 - 2000 | NIH Review Committees, Ad Hoc Reviewer Standing Study Sections and Small Business Innovative Research (SBIR) Applications |

*Advisory Boards*

| | |
|---|---|
| 1994 - 1997 | Advisory Board, Academic Member, Surfaces in Biomaterials Foundation |

**EDITORIAL PARTICIPATION**

*Membership on Editorial Board*

| | |
|---|---|
| 1993 - 1998 | Journal of Biomedical Materials Research |

1998 - *Assistant Editor*, Journal of Biomedical Materials Research

*Periodic Review of Manuscripts*

| | |
|---|---|
| 1988-1989 | The Journal of Bone and Joint Surgery |
| 1990 - | The International Journal of Oral and Maxillofacial Implants |
| 1992 - | Biotechnology and Bioengineering |
| 1994 - | Journal of Applied Biomaterials |
| 1994 - | Dental Materials |
| 1994 - | Biomaterials |
| 1995 - | J. Dental Research |
| 1996 - | Tissue Engineering |
| 1997 - | J. American Chemical Society (JACS) |
| 1997 - | AIChE Journal |
| 1997 - | J. Biomaterials Science: Polymer Edn. |
| 1998 - | Langmuir |
| 1998 - | Plasmas and Polymers |
| 1999 - | J. Bone and Mineral Research |
| 2000 - | Macromolecules |
| 2001 - | Biomacromolecules |