Court File No. 00-CV-195906CP

*Ontario*
**SUPERIOR COURT OF JUSTICE**

B E T W E E N:

ERIK ANDERSEN, YVONNE ANDERSEN and SHARON FROST

Plaintiffs

- and -

ST. JUDE MEDICAL, INC. and
ST. JUDE MEDICAL CANADA, INC.

Defendants

Proceeding under the *Class Proceedings Act, 1992*

**AFFIDAVIT OF KEVIN E. HEALY, Ph.D.**
**(Sworn February 20 , 2003)**

I, Kevin E. Healy, B.Sc., M.S. (Engineering), Ph.D. (Bioengineering), in the Town of Orinda, in the County of Contra Costa, in the State of California, MAKE OATH AND SAY:

1. As described below, I am an Associate Professor in the Departments of Bioengineering and Material Science and Engineering at the University of California at Berkeley. I have more than 18 years of experience relating to Bioengineering and Biomedical research. Specifically, my research interests include the design and synthesis of biomimetic materials that actively direct the behavior of mammalian cells to facilitate regeneration of tissues and organs.

2. I have knowledge and experience of the matters deposed in this affidavit, except where I have been informed by others, in which case I have indicated the source of the information and I believe it to be true.

3. I have reviewed the relevant portions of the sur-reply motion record of the defendants and my affidavit is sworn in reply.

4. In this affidavit, I intend to:

   a. describe my background and qualifications;

b. demonstrate that the purported silver toxicity "standard" of 300 parts per billion ("p.p.b.") (ng/mL) proposed by SJM is not a recognized scientific standard and is not supported by the literature cited by SJM or its witnesses;

c. discuss the meaning of the term "toxicity" in the context of biomaterials science;

d. demonstrate that, by the 1990's, ample scientific literature existed suggesting that silver would likely impair tissue healing in patients with Silzone heart valves; and

e. state that, because of silver toxicity, all Silzone device recipients have likely suffered harm in the form of local tissue damage.

**BACKGROUND AND QUALIFICATIONS**

5. I obtained my Ph.D. in Bioengineering from the University of Pennsylvania in 1990 after obtaining a Bachelor of Science in Chemical Engineering from the University of Rochester in 1983 and a Masters of Science in Engineering from the University of Pennsylvania in 1985.

6. I am currently an Associate Professor cross-appointed in both the Department of Bioengineering and the Department of Material Science and Engineering at the University of California at Berkeley. I was recently elected a Fellow of the American Institute of Medical and Biological Engineering. I am also one of only six Assistant Editors of the Journal of Biomedical Materials Research, the premier journal in the biomaterials field.

7. I have authored or co-authored more than 150 published articles, abstracts or book chapters which emphasize the relationship between materials and the tissues they contact. In particular, my research includes the design and synthesis of biomimetic materials that actively direct the behavior of mammalian cells to facilitate the regeneration of tissues and organs.

8. In addition, I have given more than 94 invited lectures in the fields of Biomedical Engineering and Biomaterials.

9. I have held numerous faculty appointments, including:

- Assistant Professor in the Division of Biological Materials at Northwestern University in Chicago, Illinois from 1989 to 1995;

- Assistant Professor in the Department of Biomedical Engineering at Northwestern University in Evanston, Illinois from 1990 to1995; and

- Associate Professor in the Division of Biological Materials at Northwestern University in Chicago, Illinois from 1995 to 1999.

10. I have also been named an inventor on three issued United States Patents relating to biomaterials, namely:

- Bioabsorbable intravascular stents (U.S. Patent 5,670,161: Approved 4/97);

- A novel method to fabricate porous bioabsorbable scaffolds useful for controlled delivery of protein-based drugs and tissue regeneration (U.S. Patent 5,723,508: Approved 3/3/98); and

- Interfacial coatings for medical devices (U.S. Patent 5,863,650: Approved 1/26/99).

11. My curriculum vitae is attached to this affidavit as **Exhibit "A"**.

**THE PURPORTED SILVER TOXICITY STANDARD OF 300 p.p.b. (ng/mL) IS NOT A RECOGNIZED SCIENTIFIC STANDARD AND IS NOT SUPPORTED BY THE LITERATURE CITED BY SJM OR ITS WITNESSES**

12. In my opinion, the purported silver toxicity standard of 300 p.p.b. advanced by SJM is not a recognized scientific standard and is not supported by the scientific literature cited by SJM or its witnesses.

13. I understand that SJM and Dr. Katherine Tweden, a SJM-employed scientist who conducted SJM's pre-market Silzone research, represented, in company-sponsored journal articles and in the submissions to Canadian and U.S. regulators, that the Masters Series mechanical heart valve with Silzone was safe. SJM's representation that Silzone valves were safe was based, in large part, on SJM's representations that 300 p.p.b. of silver in the bloodstream was a toxicity benchmark recognized by the scientific community and that SJM's animal and clinical data demonstrated that the silver levels in the blood following implantation of a Silzone valve did not exceed this 300 p.p.b. toxicity benchmark.

14. A main reference to this purported standard is found in Dr. Tweden's paper entitled "Biocompatibility of Silver-Modified Polyester for Antimicrobial Protection of Prosthetic

Valves" (Journal of Heart Valve Disease 1997, Vol. 6: 553-561). In this paper, Dr. Tweden cites a scientific article by Wan *et al.* entitled "Determination of Silver in Blood, Urine, and Tissues of Volunteers and Burn Patients" (Clinical Chemistry 1991, Vol. 37, No. 10: 1683-1687) (the "Wan paper"), for the proposition that 300 p.p.b. is a standard representing the lowest concentration reported to produce silver toxicity in humans.

15. For the reasons that follow, it is my opinion that the Wan paper does not support a scientific standard of 300 p.p.b. for silver toxicity to humans.

16. The Wan paper did not set out to test silver toxicity. Rather, the study sought to examine methods for determining the levels of silver in burn patients who were treated with silver sulfadiazine (SSD) cream. The toxicity of silver was not addressed as either a specific aim, goal, objective or hypothesis of the work presented.

17. I have also been retained by plaintiffs' counsel in the U.S.A. to assist in the US MDL Silzone class action. In that action SJM, through its witnesses, relies on a textbook, *Tietz Textbook of Clinical Chemistry, 3rd edition*, Burtis C.A. and E.R. Ashwood, eds., Philadelphia: W.B. Saunders 1999; p. 995, for the proposition that the 300 p.p.b. standard is a recognized value that represents the lowest concentration reported to produce silver toxicity in humans.

18. This reference pertains to a chapter in a textbook entitled "Toxic Metals" by Thomas P. Moyer Ph.D. In this chapter, a short section addressing silver toxicity focuses on systemic toxicity (toxicity throughout the entire body) and a syndrome known as argyria (a blue-grey discolouring of the skin). The only reference cited in Dr. Moyer's chapter is the Wan article which, as I explained above, does not support the so-called silver toxicity standard.

19. In fact, Dr. Moyer never states that the 300 p.p.b. silver concentrations measured in the Wan paper were toxic levels. He merely states that typical silver levels observed in unaffected patients ranged up to 300 p.p.b. The inference made by Dr. Tweden that this statement represents a recognized scientific standard for silver toxicity is erroneous.

20. Another SJM scientist, Dr. Daniel Langanki, also cites 300 p.p.b. as a threshold for toxic silver levels, in another company-sponsored paper entitled "Evaluation of a Novel Bioprosthetic Heart Valve Incorporating Anticalcification and Antimicrobial Technology in a Sheep Model"

(The Journal of Heart Valve Disease 1998, Vol. 7: 633-638). Dr. Langanki cites both the Wan paper and a paper by Deitch *et al.* (The Journal of Trauma 1989, Vol. 29 (4):430-434) (the "Deitch paper") for this proposition. Neither the Wan paper nor the Deitch paper measured the purported 300 p.p.b. toxicity level of silver. Deitch *et al.* references a paper by Boosalis *et al.* (Surgery 1987, Vol. 101: 40-43) (the "Boosalis paper") as the source for the 300 p.p.b. toxicity level of silver. The Wan paper thoroughly criticized the methods and detection limits of the Boosalis paper, calling into question the legitimacy of the work. In spite of this shortcoming, the authors of the Boosalis paper did not determine the toxicity of silver in humans: they only measured silver in serum and urine of burn patients exposed to silver sulfadiazine. In other words, the Boosalis paper does not even mention the so-called 300 p.p.b. standard.

21. I conclude that the 300 p.p.b. value represented by SJM and its internal scientists as the "recognized" silver concentration to produce toxicity in humans is not substantiated by the scientific literature cited either by SJM or consultants on its behalf. The level at which systemic silver concentrations will be considered toxic in humans is undetermined.

22. Dr. Tweden and SJM represented that the Silzone valve was safe, relying in part on their belief that 300 p.p.b. was a scientific benchmark for toxicity to humans. It is not a scientifically recognized benchmark and using it as such in its pre-market testing led SJM to its erroneous representations that Silzone was safe.

23. In spite of the focus on the systemic toxicity of silver, the more relevant inquiry is the effect of silver on the tissue repair process, particularly in those cells surrounding the SJM Silzone cuff. This issue is addressed more fully below.

24. Data actually addressing the cytotoxicity of silver ions can be found in a paper by Wataha *et al.* entitled "The *in vitro* effects of metal cations on eukaryotic cell metabolism" (Journal of Biomedical Materials Research 1991, Vol. 25: 1133-1149) (the "Wataha paper"). Wataha *et al.* measured the effect of cations such as silver and palladium ions on four parameters of toxicity in a fibroblast cell line. For one parameter of cytotoxicity, the concentration of 50% reduction in protein production, a concentration of 0.67 p.p.m. or 670 p.p.b. for silver ions was observed. The Wataha paper is attached to this affidavit as **Exhibit "B"**.

25. Another paper by Steffensen *et al.* entitled "Cytotoxicity and Accumulation of Hg, Ag, Cd, Cu, Pb and Zn in Human Peripheral T and B Lymphocytes and Monocytes *in vitro*" (Gen. Pharmac. 1994, Vol. 25(8): 1621-1633) (the "Steffensen paper") also identified $LC_{50}$ (the heavy metal concentration that gave 50% cell death) values for silver ions. $LC_{50}$ concentrations for cytotoxicity of silver ions on primary human T lymphocytes, B lymphocytes and monocytes after 24 exposures were 5.5 p.p.m., 58.9 p.p.m. and 4.96 p.p.m., respectively. In their studies, Steffensen *et al.* concluded that the cytotoxic potential of silver was similar to mercury and greater than lead. The Steffensen paper is attached to this affidavit as **Exhibit "C"**.

**A WORD ON THE TERM "TOXICITY"**

26. The word "toxicity" can be misunderstood. The term "toxic" and, in particular, "cytotoxic", describes a detrimental effect on or death of a cell. The cell needs only experience a detrimental effect in order for "cytotoxicity" to occur. Such cytotoxicity should not be underestimated as it could have a profound detrimental effect on tissue healing.

27. In fact, there is a significant difference between toxicology and biomaterials implant science and engineering in the field of medical implants. The former discipline addresses toxicity (i.e., cell death or a detrimental effect on cells) of chemical and physical agents, and the latter addresses the response of either a specific material or device *in service at a specific implant site.* For example, a material may pass all toxicology studies conducted and still create an undesirable low-level chronic inflammatory response when implanted as a result of degradation and wear during use in the body, in a specific application. A clinical example of this statement is given by the material poly(tetrafluorethylene), [PTFE], also known by the trade name Teflon®. When this polymer is used as a vascular graft, the material is safe and effective. However, when it is used in applications for a surface of a joint replacement (i.e., the temporomandibular (jaw) joint), where it is repetitively loaded and undergoes wear, the particulate form of the material elicits a strong inflammatory response necessitating revision surgery and removal of the implant.

28. A central tenet of biomaterials science and engineering is that the experimental device must be tested *in vivo* at the same or very similar anatomical site within the body as it is ultimately intended to be used. All literature claiming success of a material, silver in this case, at one anatomical site does *not* support safety and efficacy at another anatomical site. Thus,

references cited by Dr. Rodricks claiming the non-toxic and healing properties of silver as either a topical agent or used in urinary catheters (at paras. 4 and 5 of his affidavit sworn June 25, 2001) can be discounted with respect to proving safety and efficacy in a blood (i.e. flowing blood) and soft tissue contacting environment.

**BY THE 1990'S, AMPLE SCIENTIFIC LITERATURE EXISTED SUGGESTING THAT SILVER HAD THE POTENTIAL TO IMPAIR TISSUE HEALING IN PATIENTS WITH SILZONE HEART VALVES**

**Relevant Scientific Literature**

29. A literature search of a publicly-accessible scientific database (Pub-Med) revealed that, up to the end of 1997, the year in which SJM began selling Silzone valves in Canada, no less than 556 articles dealing with silver toxicity and 14 articles dealing with silver-coated surgical devices were available for SJM's review.

30. This scientific literature indicated that serious complications could likely result from the silver-containing Silzone coating.

31. One such paper, and one with remarkable relevance to the SJM-Silzone case, was published by Hemmerlein *et al.*, "*In Vitro* Cytotoxicity of Silver-impregnated Collagen Cuffs Designed to Decrease Infection in Tunneled Catheters" (Radiology 1997; 204: 363-367) (the "Hemmerlein paper").

32. The Hemmerlein paper addressed the clinical observations and concerns that tunnelled catheters did not anchor well to the surrounding tissue when silver was present as a purported antimicrobial agent. These clinical observations led the authors to hypothesize that some type of silver-mediated process caused decreased fibroblast ingrowth into the collagen cuff (the region for tissue ingrowth and bonding) resulting in the weak anchorage (loose-fit) of the catheter. It is critically important that fibroblasts not be impaired as they are important participants in, and integral to, tissue healing.

33. The Hemmerlein paper is critically relevant to the SJM-Slizone case because there is remarkable similarity between the implants studied by Hemmerlein *et al.* and the Silzone device.

34. First, both the Hemmerlein catheters and the SJM Silzone coated valve sewing cuffs were porous or high specific surface devices that were designed to promote cell and tissue ingrowth, typically fibroblast cells, during the wound healing process, as a method to anchor the implant in place during clinical service. Second, the fact that silver was released from a porous material in an uncomplexed form has greater relevance than analysis of studies employing silver-containing topical creams, i.e. silver sulfadiazine (SSD) cream, in which silver is already complexed with another material and would not enter into the same reactions with proteins and anions in the local environment. Third, the cells used in the Hemmerlein paper are human fibroblasts, which are very important participants in tissue healing and regeneration, and their role is critical in establishing a mechanically-anchored implant in the soft tissue adjacent to a catheter or heart valve.

35. The Hemmerlein study proceeded as follows. Polyploidy hybrid cells and human skin fibroblasts were exposed to pieces of a commercially-available catheter containing the silver-impregnated collagen cuff material. Control experiments consisted of collagen cuff material without silver that were placed in identical experimental conditions. The experiment itself consisted of establishing a layer of human fibroblasts covering 60% of the cell culture dish surface and subsequently placing either the silver-impregnated collagen cuff material or control in the center of the dish and monitoring the relative area of the cell layer removed by the cytotoxic action of the released silver. The striking observation was that cell layers exposed to the silver-containing cuff for 72 hours had a cell-free halo surrounding the implant. In other words, where there were cells present initially, there became a zone surrounding the implant of dead cells. This can be considered a "death halo" of cells. Hemmerlein stated that an examination of photomicrographs taken confirmed that *all* cells next to the cuff - where there had once been a confluent layer - had been killed. Furthermore, cells at the margin of the death halo surrounding the implant appeared "unhealthy". However, no measurable cell death was observed in the control experiments, leading to a highly statistically significant observation ($P < 0.0001$). This means that the probability ("P" or "P valve") of this result being due to the mere play of chance was less than 1 in 10,000.

36. The size of this halo of death and the degree of "unhealthy" cells surrounding the silver-impregnated implant certainly lead to the interpretation that cell ingrowth and tissue formation within a silver-containing porous implant would likely be retarded or impaired.

37. Hemmerlein went on to conclude that these effects lend support to the hypothesis that a silver-mediated "cytotoxic" (a term meaning a detrimental or deadly effect on cells, to be discussed in greater detail below) process occurs *in vivo* directly adjacent to the silver-impregnated collagen cuff. This silver-mediated cytotoxic process arguably explains the reduced subcutaneous anchorage (loosening) and increased inadvertent removal of catheters that are seen clinically. Furthermore, the authors went on to state that these cytotoxic effects would likely cause a reduction of fibroblast ingrowth into the adjacent cuff, which would result in the loss of a mechanical barrier and an increased risk of infection.

38. The same logical analysis could be employed to explain the postoperative paravalvular leak complication associated with the SJM Silzone heart valves, as discussed more fully below. Further, even if paravalvular leak was not observed, the impaired tissue healing would expose parts of the silver coated cuff, leading to increased risks of thromboembolic complications.

39. Another critical observation of the Hemmerlein paper was that the cell-free zone surrounding the silver-impregnated implant appeared oval in shape, which likely reflected a "concentration gradient" caused by the unequal diffusion of a toxic substance (silver) into the medium and mild fluid motion (convection) during the experiment. "Diffusion is the process by which matter is transported from one part of a system to another as a result of random molecular motions"[Crank, J., "The Mathematics of Diffusion, 2nd Ed." Oxford Science Publication, Oxford, 1975]. In this case, diffusion refers to movement of silver ions, or silver complexed with proteins from the source of the silver, i.e. the implant, toward the surroundings, i.e. fibroblasts and soft tissue. Basic diffusion theory, as explained in Crank, states that at the implant surface (the source of the silver) the concentration would be the highest and the silver concentration would decrease as the distance from the implant increased. This decrease in silver concentration from its source is called a "concentration gradient" and is a fundamental concept in many fields of science, including biomaterials. Thus in the Hemmerlein paper, silver toxicity was observed as a halo of cell death close to the implant. At farther distances from the implant, cells

were alive but appeared "unhealthy" due to the decreased concentration of silver according to diffusion theory.

40. SJM scientists should have been aware of diffusion theory and that the highest concentration of silver exposed to patients with the SJM Silzone heart valves would have been immediately adjacent to the silver-coated fibers of the sewing cuff. SJM scientists should have performed experiments where the concentration of silver immediately adjacent to the silver-coated fibers was measured both *in vitro* and *in vivo*. Furthermore, the pannus overgrowth (i.e., the tissue growing over the cuff) would act as a barrier to diffusion, and confine the silver released from the implant beneath the pannus. Under these conditions, the concentration of silver within the cuff will be considerably higher than that measured in blood or distant organs. Limited tissue ingrowth or its absence into the cuff would be expected.

41. SJM scientists did not conduct the aforementioned studies. Instead Dr. Tweden conducted a misguided study by using solutions that destroyed the concentration gradient, and potentially very high silver concentrations, as reported in her article, "Biocompatibility of Silver-Modified Polyester for Antimicrobial Protection of Prosthetic Valves", cited above. In that study, Dr. Tweden developed a cell compatibility assay that used mixed and diluted solutions derived from silver-coated fabric of the SJM Silzone heart valve. This solution extract eliminated any concentration gradient by the process of mixing and creating a solution with an average silver concentration much lower than the local (i.e. near the implant) concentration. Subsequently, this extract was *diluted* and then used to challenge fibroblast viability and function. This dilution should not have been done. At 90% full strength, the concentration of silver in the extract was 1.2 p.p.m. (or 1200 p.p.b.), well above the level suggested by Drs. Tweden and Langanki as toxic. The concentration at full strength was not reported. Based on these data, one would expect the concentration of silver adjacent to the Silzone implant to be possibly orders of magnitude higher than 1200 p.p.b. When the extract was exposed to cells at full strength (approximately 1300 p.p.b.), the authors observed lower cell density, less cell orientation, and more damaged membranes compared to exposure to the diluted extracts (i.e., < 85%). As the authors destroyed the concentration gradient, the mixed and diluted silver solution used had a silver concentration much lower than that in the region near the implant. As the investigators did not maintain the concentration gradient that would have exposed cells to much higher silver concentrations

adjacent to implant, as was demonstrated by the Hemmerlein paper, the grossly toxic effects of silver were not observed.

42. Prior to putting Silzone valves into the marketplace, it was crucial for SJM to read the Hemmerlein paper and to understand the risks to human cells and, particularly, to fibroblasts, associated with elevated concentrations of silver adjacent to the silver-coated implant.

43. From the material I have reviewed, SJM did not take the conclusions of the Hemmerlein paper seriously. This is because, as discussed above, SJM approached the issue of silver toxicity in the wrong way. To assess the safety of their device, SJM examined the systemic distribution and toxicity of silver in blood and organs distant from the implant site. Although these data are necessary for examining whole animal toxicity and safety, the critical issue to investigate is the local concentration of silver adjacent to the silver-coated fibers and the effect of this silver concentration not only on cell toxicity, but also on impaired or retarded cell function. Further, based on diffusion theory, the silver concentration at the source (i.e., the implant) has to be higher than in remote sites. Thus, the measurement of silver concentrations in blood and distant organs represents the *lowest* amount of silver exposed to the body. As I have stated, the systemic concentration of silver in a solution or in tissue as a whole ("systemic toxicity") is only a small part of evaluating the safety of the Silzone heart valve. The real issue that SJM should have attended to, as evidenced by the Hemmerlein article, is the concentration of silver in the cells directly adjacent to the device, i.e "local toxicity or impairment of cell function".

44. There are other articles that were readily available and crucial for SJM to review. In 1989, Ellender and Ham examined the effect of silver-loaded ion exchange resin beads implanted into loose rat connective tissue in "Connective Tissue Responses to Some Heavy Metals. III Silver and Dietary Supplements of Ascorbic Acid. Histology and Ultrastructure" (Br. J. Exp. Path 1989; 70:21-39) (the "Ellender and Ham paper"). This study is particularly noteworthy as the authors developed the exchange resin beads to act as vehicles that delivered a predicable amount of silver to the local tissue without the complicating influences arising from systemic toxicity or local foreign anions (negatively charged ions). They noted the following effects within the area proximal to the silver-releasing beads:

(a) the initial lesions showed dead tissue and subsequent tissue organisation was "delayed and disordered";

(b) fibroblasts and macrophages had their internal organelles altered;

(c) the extracellular matrix (ECM) contained poorly-oriented collagen fibers and other matrix components were altered;

(d) the silver delayed tissue repair; and

(e) morphological changes within fibroblast and macrophages were maintained even when attempts were made to ameliorate the effect of silver.

45. An in vivo experiment with extraordinary relevance to the Silzone case was published by Kraft *et al.* entitled "Striated muscle microvascular response to silver implants: A comparative *in vivo* study with titanium and stainless steel" (J. Biomedical Materials Research 2000, Vol.49:192-199). This work examined the effect commercially-pure silver plates (i.e., not silver salts) in direct contact with striated muscle and subcutaneous connective tissue. Implantation of the silver plates into a hamster dorsal skinfold chamber led to a permanent negative effect on the microcirculation surrounding the implant. Kraft *et al* also observed that the silver implant disrupted the integrity of the endothelial cells (cells that line the interior of blood vessels) and a persistent activation of leukocytes (cells involved in the inflammatory response). Kraft *et al.* described their observations of the detrimental effects of silver as the "toxic impairment of the endothelial lining caused by silver dissolutes, followed by a local inflammatory reaction with recruitment of leukocytes and release of mediators with further endothelial injury as indicated by massive macromolecular leakage." After 3 days virtually all of the animals with silver implants showed severe inflammation and massive edema. Furthermore, similar experiments performed with the metal titanium demonstrated that titanium was well tolerated and had a minimal adverse host reaction.

46. Another manuscript addressing the toxicity of silver-containing antimicrobial agents on human fibroblast also has relevance to this case. McCauley *et al.* (Journal of Surgical Research 1989, Vol. 46: 267-274) demonstrated that dose-dependent concentrations of silver sulfadiazine in the range of 13 to 56 p.p.m. were sufficient to significantly reduce cell proliferation and

protein production. These observations supported observations of delayed wound healing, a process dependent on fibroblast proliferation and collagen deposition, in burn patients treated with topical antimicrobial agents containing silver sulfadiazine.

47. Regarding clinical studies, Dr. D. Riley conducted the largest randomized prospective study (at that time) of the antibacterial activity of silver-coated catheters in a study entitled, "A Large Randomized Clinical Trial of a Silver-Impregnated Urinary Catheter: Lack of Efficacy and Staphylococcal Superinfection" (The American Journal of Medicine, Vol. 98:349-356). In that study Riley *et al.* observed that bacteriuria (the presence of bacteria in the urine) development was not statistically significant between patients receiving control catheters (i.e., no silver coating) and those receiving the silver-coated catheter. In addition, in some cases, patients receiving the silver-coated catheter had statistically higher bacteriuria rates compared to control patients. Thus, the *clinical* antibacterial activity of silver-coated catheters and other medical devices is doubtful.

48. I also rely on the findings by Trerotola S.O. in "Tunneled Hemodialysis catheters: use of a silver-coated catheter for prevention of infection-a randomized clinical trial" (Radiology 1998: 207: 491-496). Analysis of the literature addressing prospective randomized clinical studies of implanted catheters in blood-contacting environments (probably the most relevant model to evaluate the Silzone coating other than valve implantation itself) showed no clinical efficacy of the silver coating on tunnelled hemodialysis catheters in reducing infection, compared to the control group. Although within this article a number of references addressing both the efficacy and lack of efficacy of various forms of silver coated catheters on reducing infection were cited (references 7, 8,9,10,11 in the Trerotola paper.), these citations are less relevant experimental models due to either their short duration of implantation or the lack of the blood-contacting environment. Trerotola concluded that silver coating of tunnelled hemodialysis catheters "did not confer any clinical benefit", and, in fact, "their use was associated with a trend toward increased infection and colonization rates compared with uncoated catheters". Trerotola also found that some patients react to this coating, which raised concern about its safety in a larger population. It was also noted by the authors of this study that the coating they evaluated was being discontinued due to difficulties with the coating process, according to the manufacturer.

**Interpretation of Findings in the Scientific Literature Applied to the Silzone Valve**

49. The presence of silver in the SJM Silzone valve device presents an unnecessary risk, as silver affects the normal functioning of cells that are directly adjacent to the Silzone valve.

50. If silver emanated from the SJM Silzone cuff and into the surrounding tissue, as observed in either the Hemmerlein paper, Kraft paper or Ellender and Ham paper, a local cytotoxic effect would be seen. That is, the local concentration of silver would retard or impair the cells directly adjacent to the valve. The local cells would become perturbed and their normal functioning would be impaired. This local cytotoxicity would likely cause the cells adjacent to the valve to die. A "death halo" (a thin layer of dead cells encircling the fibers of the fabric of the sewing cuff), as was reported in the Hemmerlein paper could result.

51. This death halo would lead to poor tissue ingrowth into the Silzone cuff, and decreased anchorage of the tissue and the valve. In other words, the death halo would make it difficult for the valve to adhere and heal properly into the surrounding tissue. This is because the fibroblasts, the primary cells responsible for healing around the valve sewing ring, would become impaired or adversely affected functionally.

52. Decreased anchorage would result in an increased risk of paravalvular leakage. The leaking is caused by the decreased capacity of local fibroblasts to produce sufficient collagen to seal the implant with the surrounding tissue and create a tight mechanical bond. Further, even in the absence of paravalvular leakage, the impaired tissue healing and poor quality tissue likely to be formed would lead to thrombogenic conditions which increase the risk of formation of thrombus and the occurrence of thromboembolic events.

53. The risks associated with decreased anchorage and poor quality tissue ingrowth would likely not diminish over time, particularly because the silver would become trapped beneath the pannus (as stated above) or within the matrix surrounding the cells (the extracellular matrix) adjacent to the valve, as the healing process progressed.

54. In SJM-sponsored research in a poster by Ogle *et al.* entitled "Systemic Silver Evaluation: A Study of Silzone Heart Valves" (Trans. Society for Biomaterials, 1999: Vol. 23: 392) (the "Ogle poster"), silver concentrations in heart tissue rose throughout a 52 week study

with sheep implanted with the SJM Epic Silzone valve. The silver concentration was reported as 0.06 mg/g (tissue) and never reached a steady value but, rather, continually increased during the study. Based on the diffusion theory discussed above, one would expect a much higher local tissue concentration in the cuff region than in nearby heart tissue. The Ogle poster is attached to this affidavit as **Exhibit "D"**.

55. The scenario that I have depicted is supported by the Affidavit of Dr. Gregory John Wilson dated February 7, 2002 and associated exhibits, in which SJM heart valve implants retrieved from patients displayed impaired healing within the cuff and variable pannus overgrowth. From Dr. Wilson's exhibits, it is clear in some cases that the silver came off of the polyester fibers, which represents not only a potential hazard from the newly-increased surface area of silver exposed to the tissue (an increase in surface area will lead to an increase in silver ions released), it now represents a particle that monocytes and macrophages will attempt to engulf (a process called phagocytosis) and lead to a persistent inflammatory response.

**ALL SILZONE VALVE RECIPIENTS HAVE LIKELY SUFFERED LOCAL TISSUE DAMAGE**

56. In my opinion, the risks associated with silver concentrations in the cells adjacent to the Silzone heart valve put each and every patient who received a Silzone heart valve at higher risk for potentially serious complications, including an increased risk for paravalvular leakage, exposure of the thrombogenic silver coating and/or poor quality thrombogenic tissue. These increased risks exist independent of individual factors in Silzone patients.

57. This position is supported by recent clinical literature from the AVERT multi-centre randomized trials and a case report by Tozzi *et al.* ("Silver-coated prosthetic heart valve: a double-bladed weapon," European Journal of Cardio-thoracic Surgery 2001, 19:729-731) who observed, in a patient who had acute cardiac failure due to a partial detachment of the prosthetic valve (i.e., poor anchorage in soft tissue), that the silver-coated sewing cuff had caused a chronic inflammatory reaction. Dr. Wilson's Affidavit and exhibits also support this position.

58. I understand that SJM's medical expert witnesses are suggesting that the problems being experienced by Silzone device recipients are caused solely by individual, patient specific factors. These suggestions are, in my opinion, erroneous.

59. Dr. Rodricks, in his Affidavit of June 25, 2001 at paragraph 8 and 9, lists many factors that he considers influential on the body's performance in relation to a material or device, such as certain individuals having different tolerances to harmful agents released from a device or topical agent, or other patient specific issues. None of these factors are of any real consequence to the case at hand. According to the testimony that I have reviewed, SJM's management claims to have investigated whether patient (as well as physician) factors, such as those that Dr. Rodricks posits, could explain why there was a statistically significant difference in the number of paravalvular explant events occurring between the Silzone and conventional cuff valve arms of the AVERT study. The results of that research, according to the deposition excerpts I have read, showed that such factors could *not* explain the statistically significant difference that was found between the Silzone and conventional cuff arms of the AVERT study. The only conclusion that one can draw is as follows: the difference between the groups in the study was the silver coating on the Silzone valve and, therefore, the silver coating is the cause of the paravalvular leak.[1]

---

[1] I am referring to the following passage from Mr. Flory's deposition at pages 96-97 that was provided to me:

> Q. Who made the decision to issue the voluntary recall?
>
> A. It was a group of people that was charged with that responsibility to determine what action we would take on the basis of this, and I was in the group. Don Guzik was in the group. We had a legal representative, and we made that recommendation on the basis of the recall to Steve Healy the president.
>
> Q. Were you in favor of the recall?
>
> A. Yes.
>
> Q. Why?
>
> A. We initiated the recall because when the data safety monitoring board met and the University of Pittsburgh and looked at the data they saw in this study a difference in two arms, and one arm had a higher rate a significantly higher rate of incidence due to paravalvular leak, and it was the Silzone arm. We could not explain why that was happening. As you asked earlier, we tried to identify patient characteristics, center characteristics, operative characteristics, valve size. We looked at essentially 200 variables or more to try and figure out can we explain this, and we couldn't. We didn't know whether Silzone was the cause of it, but we knew it occurred in the Silzone arm; and since we didn't know whether it was Silzone and couldn't prove that it wasn't, the safe thing to do was recall the product until we could figure that out.

60. It is my opinion that, as every Silzone heart valve patient faces the prospect of poor tissue healing and increased risks of paravalvular leakage and thromboembolic events, they should be monitored closely to reduce device-related morbidity and mortality.

Subscribed and SWORN BEFORE ME at the Town of Orinda, in the County of Contra Costa, in the State of California, in the United States of America on February 20, 2003.

Samuel C. Vaughn
Notary Public

Kevin E. Healy
KEVIN E. HEALY, Ph.D.

SAMUEL C. VAUGHN
COMM. # 1247289
NOTARY PUBLIC-CALIFORNIA
CONTRA COSTA COUNTY
COMM. EXP. DEC. 26, 2003

THIS IS **EXHIBIT "A"** TO THE AFFIDAVIT OF
**KEVIN E. HEALY, Ph.D.,**
SWORN FEBRUARY 20, 2003

Subscribed and sworn to by Kevin E. Healy on February 20, 2003

Samuel C. Vaughn
Notary Public

SAMUEL C. VAUGHN
COMM. # 1247289
NOTARY PUBLIC-CALIFORNIA
CONTRA COSTA COUNTY
COMM. EXP. DEC. 26, 2003

# CURRICULUM VITAE

KEVIN EDWARD HEALY
ASSOCIATE PROFESSOR
DEPARTMENTS OF BIOENGINEERING AND
MATERIALS SCIENCE AND ENGINEERING
UNIVERSITY OF CALIFORNIA, BERKELEY
465 EVANS HALL #1762
BERKELEY, CALIFORNIA 94720-1762

## EDUCATION

B.S. **University of Rochester**, Rochester, NY, Chemical Engineering, 1983

M.S. **University of Pennsylvania**, Philadelphia, PA, Bioengineering, 1985

Ph.D. **University of Pennsylvania**, Philadelphia, PA, Bioengineering, 1990

## EMPLOYMENT HISTORY

1982 **Research Assistant**
*Dept. of Surgery, Univ. of Rochester, Rochester, New York*

1983 **Research Assistant**
*Dept. of Radiation Biology and Biophysics, Univ. of Rochester, Rochester, New York*

1984 - 1989 **Teaching and Research Fellow**
*Dept. of Bioengineering, Univ. of Pennsylvania, Philadelphia, Pennsylvania*

1989 - 1995 **Assistant Professor**
*Division of Biological Materials, Northwestern Univ., Chicago, Illinois*

1990 - 1995 **Assistant Professor**
*Dept. of Biomedical Engineering, Northwestern Univ., Evanston, Illinois*

1995 - 1999 **Associate Professor**
*Division of Biological Materials, Northwestern Univ., Chicago, Illinois*
*Dept. of Biomedical Engineering, Northwestern Univ., Evanston, Illinois*

2000 - Present **Associate Professor**
*Departments of Bioengineering, and Material Science and Engineering*
*University of California at Berkeley, Berkeley, California*

## HONORS AND AWARDS

1979 National Honor Society
1984 - 1989 Teaching and Research Fellowships, University of Pennsylvania
1989 Society for Biomaterials Student Scholarship
1992 Bayne Scholar, Northwestern University
1998 Omicron Kappa Upsilon (Dental)
2001 Fellow, American Institute for Medical and Biological Engineering

## PROFESSIONAL ORGANIZATIONS

American Association for the Advancement of Science
American Chemical Society
American Institute for Medical and Biological Engineering
Biomedical Engineering Society
Materials Research Society
Society for Biomaterials

## INDUSTRIAL EXPERIENCE

1991 - Present **Director and Chief Scientific Officer, BioEngineered Materials Inc. (BEM)**
Founded BEM in 1991 to develop materials for applications in biotechnology, dentistry, and medicine. Established research contracts for the design and development of bioabsorbable medical devices and non-fouling coatings.

1991 - 2001 Consultant for B. Braun America, Inc.
1995 Consultant for Abbott Laboratories
1996 Consultant for Becton Dickinson and Company
1998 Consultant for Merck & Co., Inc.
2002 Consultant for Medtronic/AVE, Inc.

## EXPERT WITNESS

1992 American Dental Association
1999 Boston Scientific Corp.
2002 Ciphergen Biosystems, Inc.
2002 Levy Angstreich Finney Baldante Rubenstein & Coren vs St. Jude Medical

## INVENTIONS/PATENTS

1995 Bioabsorbable Intravascular Stents (U.S. Patent 5,670,161: Approved 4/97)
1996 A Novel Method to Fabricate Porous Bioabsorbable Scaffolds Useful for Controlled Delivery of Protein-Based Drugs and Tissue Regeneration (U.S. Patent 5,723,508: Approved 3/3/98)
1996 Interfacial Coatings for Medical Devices (U.S. Patent 5,863,650: Approved 1/26/99)
1996 Bioabsorbable Intravascular Stents (Pan EC Patent)

## DIRECTORSHIP OF STUDENTS

*Doctor of Philosophy*

1. Chien-Hwa Chiu, B.S., M.S., "Study and Control of the Weathering-Induced Polymer Degradation for a Prosthetic and Orthotic Thermoplastic," Ph.D. granted June 1993.

2. Barbara Lom, B.S., (P. Hockberger, Primary Advisor, Physiology Dept.), "Investigation of Molecular Cues Underlying Guidance of Cerebella Granule Cells on Microfabricated Surfaces," Ph.D. granted August 1994.

3. Kyumin Whang, B.S., M.S., (BME Dept.), "Development of an Extracellular Matrix Analog Capable of Delivering Protein-based Growth Factors," Ph.D. granted December 1997.
   **1993 Annual Young Investigator Research Award, Chicago Section, International Association of Dental Research**

4. Alirezia Rezania, B.S., M.S., (BME Dept.) "Biomimetic Peptide Surfaces that Enhance Bone Cell Adhesion and Formation of Mineralized Tissue," Ph.D. granted August 1998.
   **1995 Annual Young Investigator Research Award, Chicago Section, International Association of Dental Research**
   **1995 Northwestern University Sigma Xi Research Award, Finalist**

5. Carson H. Thomas, B.S., M.S. (BME Dept.) "Behavior of Single Cells Isolated on Materials with Patterned Surface Chemistry," Ph.D. granted August 1999.
   **1995 Northwestern University Sigma Xi Research Award, Finalist**
   **1996 Annual Young Investigator Research Award, Chicago Section, International Association of Dental Research**

6. Ranee A. Stile, B.S., M.S., (BME Dept.) "Thermal-reversible Hydrogels as Scaffolds for Tissue Engineering," Ph.D. granted May 2002.
   **Gold Medal Graduate Award, MRS Spring 1999 Meeting Student Competition**
   **Whitaker Foundation Fellowship Grantee**

7. Greg M. Harbers, B.S., M.S., (BME Dept.) "Biomimetic Surfaces Engineering to Control Osteoblast Functions," Ph.D. expected December 2002.

8. Susan Park, B.S., M.S., (BME Dept.) "Smart Nanoparticle Vehicles for Gene Therapy," Ph.D. expected December 2002.

9. Thomas A. Barber, B.S. M.S., (BioE Dept.) "*Biomolecular Surface Engineering to Control Mineralization in Vitro and in Vivo*," Ph.D. expected June 2003.
   **Mayfield Fellowship Grantee**

10. Tim Kirk, B.E., (MSE Dept.) "Hydrogels for Cardiac Tissue Engineering," Ph.D. expected May 2004.

11. Eugene Chung, B.S., (BioE Dept.) "The Effect of Mechanical Properties of Biomimetic Hydrogels on Bone Regeneration," Ph.D. expected May 2004.
    **Whitaker Foundation Fellowship Grantee**

12. Elizabeth Francis Irwin, (BioE Dept.) "Protein Adsorption to Hydrogel Surfaces," Ph.D. expected June 2006.
    **Whitaker Foundation Fellowship Grantee**

13. James Ho, (BioE Dept.) "Intracellular Response to Biomimetic Materials," Ph.D. expected June 2006.

*Master of Science*

1. David Dobin, D.D.S., M.S.(Master of Science, Advanced Dental Education Program), "An Autoradiographic Study of the Retrofilling Sealing Ability of A Lased Hydroxyapatite Compound," M.S. granted 1991.

2. Steve Gupta, B.S., M.S. (Master of Science, Biotechnology Program), "Bone Cell Adhesion to Chemically Modified Materials," M.S. granted September 1994.

3. Jim Wakefield, B.S., M.S. (Master of Science, Biotechnology Program), "Chemical and Biological Modification of Implant Materials," M.S. granted September 1994.

4. Justin Chen, B.S., M.S. (Master of Science, Biotechnology Program), "Synthesis of Low Protein Binding Polymers for Applications in Biotechnology," M.S. granted September 1995.
   **1995 Award for Outstanding Academic Research, Biotechnology Program**

5. Carson H. Thomas, B.S., M.S. (BME Dept.) "The Effects of Serum Proteins on the Attachment and Spatial Distribution of Bone-Derived Cell on Materials With Patterned Surface Chemistry," M.S. granted June 1996.

6. Jane P. Bearinger, B.S., M.S. (BME Dept.) "Surface Engineering of Materials to Control Cell Function," M.S. granted June 1997.

7. Sujal Shah, B.S., M.S. (BME Dept.) "Embryologic Stem Cells in Tissue Engineering," M.S. granted June 1998.

8. Sharleen Tan, D.D.S., M.S. (Master of Science, Advanced Dental Education Program), "Controlled Delivery of Bisphosphonates from Biodegradable Nanoparticles," M.S. granted June 1998.

9. Kim T. Komutanon, B.S., M.S. (Master of Science, Biotechnology Program), "Drug Delivery from Polymer Scaffolds for Bone Regeneration," M.S. granted September 1998.

10. Bagyashree Sundaram, B.S., M.S. (Master of Science, Biotechnology Program), "Biodegradable Nanoparticles for Gene Therapy," M.S. granted September 1998.

11. Ranee A. Stile, B.S., M.S. (BME Dept.), "Injectable Thermo-Responsive Hydrogels that Support Cell Growth and Tissue Formation," M.S. granted June 1998.

12. Gregory M. Harbers, B.S., M.S. (BME Dept.), "Computer-Aided Biomolecular Surface Engineering of Peptide Modified Materials," M.S. granted June 1998.

13. Thomas A. Barber, B.S., M.S. (BME Dept.), "Engineered Titanium Surfaces to Modulate Osteoblast Behavior," M.S. granted December 2000.

*Undergraduate Engineering*

1. Marissa Yanez, (MSE Dept.), "Polymer Coatings on 316L Stainless Steel" B.S. granted 2000.
   **SUPURB Fellowship Grantee**
   **SHPE 23rd National Technical and Career Conference Competition, 1st place winner**

2. Elizabeth Francis Irwin, (BioE Dept.) "Protein Adsorption to IPN Surfaces for Stent Applications," B.S. granted December 2001.
   **Guidant Fellowship Grantee**

3. Harry Benjamin Larman, (Engineering Physics Dept.) "Biomimetic Surface Modification for Vascular Technology," B.S. granted May 2002.
   **Guidant Fellowship Grantee**

4. Amrita Bhagat, (BioEDept.) "Controlled Drug Delivery from p(AAm-co-EG/AA) IPN," B.S. granted May 2002.

5. Nathaniel Huebsch, (BioE Dept.) "Electrical Properties of a Semi-IPN Hydrogels," B.S. expected May 2003.
   **Guidant Fellowship Grantee**

6. Kellen Mazzarella, (BioE Dept.) "Biomimetic Hydrogel," B.S. expected May 2003.

7. Kerstin Cleek, (BioE Dept.) "Mineralization of Bone Cells Exposed to Peptide-Modified Surfaces," B.S. expected December 2002.
   **Guidant Fellowship Grantee**

*Dental and Medical Students*

1. Davis Tsai, B.S., M.D., "Surgical Models for Bone Graft Substitutes," M.D. granted June 1994

2. Charles Inga, B.S., "Bone Cell Response to Polymeric Bone Graft Substitutes," D.D.S. granted June 1995.

3. Ellis Nam, B.S., "Primary Bone Cell Response to Porous Biodegradable Polymers," M.D. granted June 1997.

4. Jung E. Kim, B.S., "Bone Cell distribution Dictated by Material Surface Chemistry," M.D. granted June 1999.

5. Marguerite Aikens, B.S., "Osteogenic Potential of Bone Morphogenetic Protein Loaded Polymer Scaffolds," M.D. granted June 1999.

*Post-doctoral and Medical Residents*

1. Doug Elenz, B.S., M.D., "Bone Regeneration with Polymeric Bone Graft Substitutes," orthopaedic resident research requirement, completed June 1995.

2. Davis Tsai, B.S., M.D., "Effect of rhBMP-2 on Bone Regeneration with a Polymeric Bone Graft Substitute," orthopaedic resident research requirement, completed March 1998.

3. So Yeon Kim, Ph.D., "Thermoreversible and Injectable Polymer Scaffolds that Contain both Biomimetic Peptide Chemistry that Facilitates Proliferation of Osteogenic Cells and Peptide Crosslinkers that Are Cleaved by Matrix Metalloproteinases," expected completion 2003.

*Visiting Faculty and Students*

1. Elizabeth M. Brindise, M.S., Anatomy and Physiology Faculty, Triton College, "Preliminary Analysis of a Polymer-Based Drug Delivery System for Administration of a Contraceptive Vaccine," Participant in the Research Experience for Science Teachers Program, NSF Summer Materials Institute for Teachers.

2. Shuming Zheng, Ph.D., Assistant Professor of Chemistry, Olive-Harvey College, "Biodegradable Poly(lactide-*co*-glycolide) Polymer Scaffolds for Controlled Drug Delivery and Tissue Regeneration," Participant in the Research Experience for Science Teachers Program, NSF Summer Materials Institute for Teachers.

3. Roger Michel, Ph.D., Visiting Scholar, ETH Zürich, "Micro and Nano-Chemical Patterning of Surfaces for Biological Applications."

*Senior Design Projects*

1. Peter Min, (MSE), "A Method to Fabricate Degradable Polymer Foams," 1992.

2. Jung Kim, (MSE), "Methods to Co-dissolve Synthetic Polymers and Proteins," 1993.

3. J. Chung, K. Garimella, R. Nagesetty, S. Rao, (BME) "Chemical Modification of Synthetic Vascular Grafts," 1993.

4. E. Dick, J. Dietzman, S. Osborne, S. Pope, C.H. Thomas, (BME) "Polymer Scaffold for Liver Regeneration," 1993.

5. L. Chen, Jim Kim, Jung Kim, S. Reddy, (BME) "Biodegradable-Bioactive Orthopaedic Knee Meniscus Tack," 1993.

6. P. Buhay, S. Hung, P. Parikh, and S. Sayena, (BME) "Artificial Extracellular Matrix to Promote Bone Regeneration," 1994.

7. L. DeLaitsch, C. Ferraro, L. McClelland, H. Webb (BME) "Smart Nanospheres for Gene Therapy," 1999.

**PUBLICATIONS**

***Peer Reviewed Papers***


1. Ducheyne, P., and **Healy, K.E.**, "The Effect of Plasma-sprayed Calcium Phosphate Ceramic Coatings on the Metal Ion Release from Porous Titanium and Cobalt-Chromium Alloys," *J. Biomed. Mater. Res.*, **22**, 1137-1163 (1988).

2. **Healy, K.E.**, and Ducheyne, P. "A Physical Model for the Titanium-Tissue Interface," *American Society for Artificial Internal Organs Trans.*, **37(3)**, M150-M151 (1991).

3. **Healy, K.E.**, and Ducheyne, P., "The Mechanisms of Passive Dissolution of Titanium in a Model Physiological Environment," *J. Biomed. Mater. Res.*, **26**, 319-338 (1992).

4. **Healy, K.E.**, and Ducheyne, P., "Oxidation Kinetics of Titanium Thin Films in Model Physiologic Environoment," *J. Colloid and Interface Science*, **150(2)**, 404-417 (1992).

5. **Healy, K.E.**, Tsai, D., and Kim, J.E., "Osteogenic Cell Attachment to Degradable Polymers," *Mat. Res. Soc. Symp. Proc.*, **252**, 109-114 (1992).

6. **Healy, K.E.**, and Ducheyne, P., "Hydration and Preferential Molecular Adsorption on Titanium *In Vitro*," *Biomaterials*, **13(8)**, 553-561 (1992).

7. **Healy, K.E.**, and Ducheyne, P., "Passive Dissolution Kinetics of Titanium *In Vitro*," *J. Mat. Sci.: Materials in Medicine*, **4**, 117-126 (1993).

8. Lom, B., **Healy, K.E.**, and Hockberger, P.E., "A Versatile Technique for Patterning Biomolecules onto Glass Coverslips," *J. Neruo. Sci. Methods*, **50**, 385-397 (1993).

9. Lom, B., **Healy, K.E.**, and Hockberger, P., "Controlled Cell Distribution and Outgrowth on Coplanar Chemically Defined Surfaces," *Polymer Preprints*, **34(2)**, 88- 89 (1993).

10. **Healy, K.E.**, Lom, B., and Hockberger, P.E., "Spatial Distribution of Mammalian Cells Dictated by Material Surface Chemistry," *Biotechnology and Bioengineering*, **43**, 792-800 (1994).

11. Whang, K., Nuber, G., Thomas, C.H., and **Healy, K.E.**, "A Novel Method to Fabricate Bioabsorbable Scaffolds," *Polymer*, **36(4)**, 837-842 (1995).

12. Chiu, C.-H., Lautenschlager, E.P., Greener, E.H., Childress, D., and **Healy, K.E.**, "Prediction of Service Lifetime and Performance of a Prosthetic Thermoplastic," *J. Applied Polymer Science*, **58**, 1661-1668 (1995).

13. **Healy, K.E.**, Thomas, C.H., Rezania, A., Kim, J.E., McKeown, P., Lom, B., and Hockberger, P.E., "Kinetics of Bone Cell Organization and Mineralization on Materials with Patterned Surface Chemistry," *Biomaterials*, **17**, 195-208 (1996).

14. Rezania, A., Thomas, C.H., and **Healy, K.E.**, "A Probabilistic Approach to Measure the Strength of Bone Cell Adhesion to Chemically Modified Surfaces," *Annals of Biomedical Engineering*, **25**, 190-203 (1997).

15. Rezania, A., Thomas, C.H., and **Healy, K.E.**, "Detachment Strength and Morphology of Bone Cells Contacting Materials Modified with a Peptide Sequence Found within Bone Sialoprotein," *J. Biomedical Materials Res.*, **37(1)**, 9-19 (1997).

16. Thomas, C.H., McFarland, C.D., Rezania, A., Steele, J., and **Healy, K.E.**, "The Role of Vitronectin in the Attachment and Spatial Distribution of Bone-derived Cells on Materials with Patterned Surface Chemistry," *J. Biomedical Materials Res.*, **37(1)**, 81-93 (1997).

17. Bearinger, J.P., Castner, D.G., Chen, J., Hubchak, S., Golledge, S.L., and **Healy, K.E.**, "P(AAm-*co*-EG) Interpenetrating Polymer Networks Grafted to Oxide Surfaces: Surface Characterization, Protein Adsorption, and Cell Detachment Studies," *Langmuir*, **13(19)**, 5175-5183 (1997).

18. Bearinger, J.P., Castner, D.G., and **Healy, K.E.**, "Biomolecular Modification of P(AAm-*co*-EG/AA) IPNs Supports Osteoblast Adhesion and Phenotypic Expression," *J. Biomaterials Science:Polymer Ed.*, **9(7)**, 629-652 (1998).

19. Whang, K., Atkins, M., Nam, E.K., Tsai, D.C., Sprague, S.M., Patel, P., and **Healy, K.E.**, "Ectopic Bone Formation via rhBMP-2 Delivery from Porous Bioabsorbable Polymer Scaffolds," *J. Biomed. Mater. Res.*, **42**, 491-499 (1998).

20. Thomas, C.H., L'Hoest, J-B., Castner, D.G., McFarland, C.D., and **Healy, K.E.**, "Materials Designed to Control and Examine the Function of Single Cells," *Mat. Res. Soc. Symp. Proc.*, **530**, 55 - 58 (1998).

21. Rezania, A., and **Healy, K.E.**, "Biomolecular Surface Engineering of Materials for Controlling Bone Cell Adhesion and Spreading," *Mat. Res. Soc. Symp. Proc.*, **530**, 99 - 103 (1998).

22. Rezania, A., and **Healy, K.E.**, "Biomimetic Peptide Surfaces that Regulate Adhesion, Spreading, Cytoskeletal Organization, and Mineralization of the Matrix Deposited by Osteoblast-like Cells," *Biotechnology Progress*, **15(1)**, 19-32 (1999).

23. Whang, K., Elenz, D.R., Nam, E.K., Tsai, D.C., Thomas, C.H., Nuber, G.W., Glorieux, F.H., Travers, R., Sprague, S.M., and **Healy, K.E.**, "Engineering Bone Regeneration with Bioabsorbable Scaffolds with Novel Microarchitecture," *Tissue Engineering*, **5(1)**, 35-51 (1999)

24. Thomas, C.H., L'Hoest, J-B., Castner, D.G., McFarland, C.D., and **Healy, K.E.**, "Surfaces Designed to Control the Projected Area and Shape of Individual Cells," *J. Biomechanical Engineering*, **121(1)**, 40-48 (1999).

25. Model, M., and Healy, K.E., "Optimization of the Cost and Sensitivity of Receptor- and Enzyme-Based Assays," *Analytical Biochemistry*, **271**, 59-69 (1999).

26. **Healy, K.E.**, Rezania, A., and Stile, A., "Designing Biomaterials to Direct Biological Responses," *Annals of the New York Academy of Sciences*, **875**, 24-35 (1999).

27. Rezania, A., and **Healy, K.E.**, "Integrins Subunits Responsible for Adhesion of Human Osteoblast-Like Cells to Biomimetic Peptide Surfaces," *J. Ortho. Res.*, **17(4)**, 615-623 (1999).

28. Rezania, A., Johnson, B., Lefkow, A.R., and **Healy, K.E.**, "Bioactivation of Metal Oxide Surfaces: I. Surface Characterization and Cell Response," *Langmuir*, **15**, 6931-6939 (1999).

29. Stile, R.A., Burghardt, W.R., and **Healy, K.E.**, "Synthesis and Characterization of Injectable Poly(N-isopropylacrylamide)-based Hydrogels that Support Tissue Formation *In Vitro*," *Macromolecules*, **32**, 7370-7379 (1999)

30. **Healy, K.E.**, "Molecular Engineering of Materials for Bioreactivity," *Current Opinion in Solid State and Materials Science*, **4**, 381-387 (1999).

31. Collier, T.O., Thomas, C.H., Anderson, J.A., and **Healy, K.E.**, "Surface Chemistry Control of Monocyte and Macrophage Adhesion, Morphology, and Fusion," *J. Biomed. Mater. Res.*, **49(1)**, 141-145 (2000).

32. McFarland, C.D., Thomas, C.H., DeFilippis, C., Steele, J.G., and **Healy, K.E.** "Protein Adsorption and Cell Attachment to Patterned Surfaces," *J. Biomed. Mater. Res.*, **49(2)**, 200-210 (2000).

33. Model, M., and Healy, K.E., "Quantification of the Surface Density of a Fluorescent Label with the Optical Microscope," *J. Biomed. Mater. Res.*, **50**, 90-96 (2000).

34. Park, S., Bearinger, J.P., Lautenschlager, E.P., Castner, D.G., Healy, K.E., "Surface Modification of Poly(ethylene terephthalate) Anigoplasty Balloons with a Hydrophilic Poly(acrylamide-co-ethylene glycol) Interpenetrating Network Coating," *J. Biomed. Mater. Res.*, **53(5)**, 568-576 (2000).

35. Rezania, A., and **Healy, K.E.,** "The Effect of Peptide Surface Density on the Kinetics of Mineralization of the Matrix Synthesized by Osteogenic Cells," *J. Biomed. Mater. Res.*, **52**, 595-600 (2000).

36. Whang, K., Goldstick, T.K., **Healy, K.E.,** "A Biodegradable Polymer Scaffold for Delivery of Osteotropic Factors," *Biomaterials*, **21**, 2545-2551 (2000).

37. Veis, A., Tompkins, K., Alvares, K., Wei, K., Wang, L., Wang, X.-S., Brownell, A.G., Jengh, S.-M., and **Healy, K.E.,** "Specific Amelogenin Gene Splice Products have Signaling Effects on Cells in Culture and in Implants In Vivo," *J. Biological Chemistry*, **275(52)**, 41263-41272 (2000).

38. Stile, R.A., and **Healy, K.E.,** "Thermo-Responsive Peptide-Modified Hydrogels for Tissue Regeneration," *Biomacromolecules*, **2**, 185-194 (2001).

39. Waters, C.M., Glucksberg, M.R., Lautenschlager, E.P., Lee, C.-W., Van Matre, R.M., Warp, R.J., Savla, U., **Healy, K.E.**, Moran, B., Castner, D.G., and Bearinger, J.P., "A System to Impose Prescribed Homogeneous Strains on Cultured Cells," J. Appl. Physiol., **91**, 1600-1610 (2001).

40. Thomas, C.H., Collier J.H., Sfeir, C.S., and **Healy, K.E.,** "Engineering gene expression and protein synthesis by modulation of nuclear shape," *PNAS*, **99(4)**, 1972-1977 (2002).

41. Stile, R.A., and **Healy, K.E.,** "Poly(N-isopropylacrylamide)-based Semi-Interpenetrating Polymer Networks for Tissue Engineering Applications Effects of Linear Poly(acrylic acid) Chains on Phase Behavior," *Biomacromolecules*, **3**, 591-600 (2002).

42. Stile, R.A., Barber, T.A., Castner, D.G., and **Healy, K.E.,** "Sequential Robust Design Methodology and X-Ray Photoelectron Spectroscopy to Analyze the Grafting of Hyaluronic Acid to Glass Substrates," *J. Biomed. Mater. Res.*, **61(3)**, 391-398 (2002).

43. Barber, T.A., Golledge, S.L., Castner, D.G, and **Healy, K.E.,** "Peptide-modified p(AAm-*co*-EF/Aac) IPNS grafted to bulk titanium modulate osteoblast behavior *in vitro*," *J. Biomed. Mater. Res.*, **64A**, 38-47 (2003).

***Publications Pending***

1. Stile, R.A., Shull K.R., and **Healy, K.E.,** "An Axisymmetric Adhesion Test to Examine the Interfacial Interactions Between Biologically-Modified Networks and Models of the Extracellular Matrix," *Langmuir*, In Press.

2. Park, S., and **Healy, K.E.,** "Nanopoarticulate DNA packaging using terpolymers of poly(lysine-*g*-lactide-*b*-ethylene glycol)," *Bioconjugate Chemistry*, submitted.

3. Collier, T.O., Anderson, J.M., Barber, T.A., and **Healy, K.E.,** "Inhibition of Macrophage Development and Foreign Body Giant Cell Formation by a PEG-containing Interpenetrating Polymer Network," *J. Biomed. Mater. Res.*, submitted.

4. Stile, R.A., Burghardt, W.R., and **Healy, K.E.,** "Poly(N-isopropylacrylamide)-based Semi-Interpenetrating Polymer Networks for Tissue Engineering Applications. II. Effects of Linear Poly(Acrylic Acid) Chains on Rheology," *Biomacromolecules*, submitted.

5. A. Tourovskaia, T. Barber, D. Hirdes, B. Wickes, D. Hirdes, B. Grin, D.G. Castner, K.E. Healy and A. Folch, "Long-term Confinement of Cells to Micropatterns of Proteins Physisorbed on Glass," Langmuir, submitted, 2002.

***Chapters in Books***

1. Ducheyne, P., and **Healy, K.E.**, "Surface Spectroscopy of Calcium Phosphate Ceramic and Titanium Implant Materials," In *Surface Characterization of Biomaterials*, B. Ratner (Ed.), Elsevier, Amsterdam, 1988, pp. 175-192.

2. Ducheyne, P., and **Healy, K.E.**, "The Effect of Plasma Spraying Bioactive Ceramic Coatings on the Ion Release from Metallic Substrates," In *Bioceramics*, H. Oomishi, H. Aoki and K. Sawai (Eds.), Ishiyaku Euroamerica, Tokyo, 1989, pp. 359-364.

3. Ducheyne, P., and **Healy, K.E.**, "Titanium: Immersion-Induced Surface Chemistry Changes and the Relationship to Passive Dissolution and Bioactivity," In *The Bone-Biomaterial Interface*, J.E. Davis (Ed.), University of Toronto Press, Toronto, 1991, pp. 62-67.

4. Hockberger, P., Lom, B., Soekarno, A., and **Healy, K.E.**, "Cellular Engineering: Control of Cell-Substrate Interactions," In *Nanofabrication and Biosystems: Integrating Material Science, Engineering, and Biology*, H. Hoch, L. Jelinski, and H. Craighead (Eds.), Cambridge University Press, 1996, pp.276-299.

5. **Healy, K.E.**, and Ducheyne, P., "Passive Dissolution of Titanium in Biological Environments (Review)," *Medical Applications of Titanium and its Alloys: the Material and Biological Issues, ASTM STP 1272*, S.A. Brown and J.E. Lemons, Eds., American Society for Testing and Materials, Philadelphia, 1996.

6. **Healy, K.E.**, "Physical and Chemical Properties of Human Dentin and Enamel," In *Handbook of Biomaterials Properties*, J. Black and G. Hastings (Eds.), Chapman & Hall, London, 1998, pp. 24-39.

7. Grainger, D.W., and **Healy, K.E.**, "Biomaterials Surface Characterization," In *Handbook of Biomaterials Evaluation*, A.F. von Recum (Ed.), Macmillan Publishing Company, New York, 1998, pp.115-141.

8. **Healy, K.E.**, Harbers, G.M., Barber, T.A., and Sumner, D.A., "Osteoblast Interactions with Engineered Surfaces," In *Bone Engineering*, J.E. Davis (Ed.), em squared incorporated, Toronto, 2000, pp.268-281.

9. Whang, K. and **Healy, K.E.**, "Fabrication of Porous Biodegradable Bodies by Emulsion Freeze Drying," In *Methods of Tissue Engineering*, A. Atala and R. Lanza (Ed.), Academic Press, 2002, pp.697-702.

10. Stile, R.A., and **Healy, K.E.**, "Poly(NIPAAm-co-AAc) Hydrogels for Tissue Engineering of Bone and Cartilage," In *Methods of Tissue Engineering*, A. Atala and R. Lanza (Ed.), Academic Press, 2002, pp.663-676.

11. Harbers, G.M., Barber, T.A., **Healy, K.E.**, Stile, R.A., and Sumner, D.R., "Mimetic Peptide-Modified Materials for Control of Cell Differentiation," In *Biomimetic Materials and Design*, A. Dillow and A. Lowman (Ed.), Marcel Dekker, Inc., 2002, pp.55-90.

***Peer Reviewed Abstracts***

1. Ducheyne, P., **Healy, K.E.** and Black, J., "Enhanced Metal Ion Release from Titanium and its Alloys," *Trans. Soc. for Biomaterials*, **9**, 183 (1986).

2. Ducheyne, P., **Healy, K.E.**, Black, J. and Cuckler, J.M., "The Effect of Hydroxyapatite Coatings on the Metal Ion Release from Porous Titanium and Cobalt-Chromium Alloys," *Trans. Orthopaedic Res. Soc.*, **13**, 315 (1987).

3. Ducheyne, P., Radin, S., **Healy, K.E.** and Cuckler, J.M., "The Effect of Plasma Spraying on the Structure and Properties of Calcium Phosphate Ceramics," *Trans. Orthopaedic Res. Soc.*, **14**, 50 (1988).

4. Ducheyne, P., Cuckler, J.M., Radin, S., **Healy, K.E.** and Nazar, E., "Bioactive Calcium Phosphate Ceramic Linings on Porous Metal Coatings for Bone Ingrowth," *Trans. Soc. for Biomaterials*, **11**, 309 (1988).

5. **Healy, K.E.**, and Ducheyne, P., "Titanium Release Rate Kinetics in Biological Environments," *Trans. Soc. for Biomaterials*, **12**, 147 (1989).

6. **Healy, K.E.**, and Ducheyne, P., "Surface Spectroscopic Characterization and Oxidation Kinetic Measurements of Titanium Thin Films in Biological Environments," *Trans. Soc. for Biomaterials*, **12**, 30 (1989).

7. **Healy, K.E.**, and Ducheyne, P., "The Interaction of Titanium with Biological Environments," *Extended Abstracts American Institute of Chemical Engineers Summer National Meeting*, 35c (1989).

8. **Healy, K.E.**, and Ducheyne, P., "The Mechanisms of Passive Dissolution of Titanium in Biological Environments," *Trans. Soc. for Biomaterials*, **13**, 278 (1990).

9. **Healy, K.E.**, and Ducheyne, P., "The Mechanisms of Passive Dissolution of Titanium in Biological Environments," Proceedings from *BIOINTERACTIONS '90: NEW BIOMATERIALS for the NINETIES*, Oxford, UK, August 1990.

10. Chiu, C.-H., **Healy, K.E.**, and Lautenschlager, E.P., "The Degradation Mechanisms and Toughening Technique for Polyethylene Biomaterials," *Trans. Soc. for Biomaterials*, **14**, 213 (1991).

11. **Healy, K.E.**, and Ducheyne, P., "Interactions Between Titanium Surface Chemistry, Adsorbed Molecules, and Tissue Response," *Surfaces in Biomaterials Symp.*, Minneapolis MN, October 9th-11th, 1991.

12. Chiu, C.-H., **Healy, K.E.**, and Lautenschlager, E.P., "Variations Between the Processing Treatments and Physical Properties of Prosthetic and Orthotic Polymers," *Proceedings, 7th World Congress of International Society for Prosthetics and Orthotics*, June 28th-July 3rd, 239 (1992).

13. Chiu, C.-H., **Healy, K.E.**, and Lautenschlager, E.P., "A Method to Predict the Clinical Service Life of Prosthetic and Orthotic Polyethylene," *Proceedings, 7th World Congress of International Society for Prosthetics and Orthotics*, June 28th-July 3rd 413 (1992).

14. **Healy, K.E.**, Whang, K., and Kim, J.E., "Bioabsorbable Scaffolds Useful for Bone Regeneration," *J. Dent. Res.*, **72**, 258 (1993).

15. **Healy, K.E.**, and Malone, J., "Biological Modification of Implant Materials," *J. Dent. Res.*, **72**, 228 (1993).

16. Lee, S-Y., Lautenschlager, E.P., Gilbert, J.L., **Healy, K.E.**, Dong, D-E., and Monaghan, P., "Models of Fluoride Ion Diffusion from Glass-Ionomer Cement," *J. Dent. Res.*, **72**, 284 (1993).

17. **Healy, K.E.**, Whang, K., and Kim, J.E., "A Method to Co-dissolve Absorbable Polymers and Water-soluble Proteins," *Trans. Soc. for Biomaterials*, **16**, 294 (1993).

18. Whang, K., Thomas, C.H., and **Healy, K.E.**, "A New Method to Fabricate Porous Bioabsorbable Scaffolds," *J. Dent. Res.*, **73**, 294 (1994).

19. **Healy, K.E.**, Lom, B., and Hockberger, P., "Material Surface Chemistry Dictates Spatial Distribution of Bone Cells," *J. Dent. Res.*, **73**, 342 (1994).

20. **Healy, K.E.**, Lom, B., Kim, J., Rezania, A., and Hockberger, P., "Spatial Distribution of Osteogenic Cells Guided by Material Surface Chemistry," *Trans. Soc. for Biomaterials*, **17**, 289 (1994).

21. Thomas, C.H., Rezania, A., Kim, J., and **Healy, K.E.**, "Kinetics of Primary Bone Cell Organization on Materials with Patterned Surface Chemistry," *Trans. Soc. for Biomaterials*, **18**, 131 (1995). **[Note: selected for an Excellence Session]**

22. Rezania, A., Thomas, C.H., Kim, J., and **Healy, K.E.**, "Measurement of Primary Bone Cell Adhesion to Organosilane Modified Surfaces," *Trans. Soc. for Biomaterials*, **18**, 118 (1995).

23. Malone, J., and **Healy, K.E.**, "Molecular Modeling of a RGD Containing Polypeptide Immobilized on Solid Supports," *Trans. Soc. for Biomaterials*, **18**, 252 (1995).

24. **Healy, K.E.**, Chen, J., and Rezania, A., "Interfacial Polymerization of PEG-co-AAm Copolymers Grafted to Metal Oxides," ASAIO J., **41(1) Suppl.**, 16 (1995).

25. Whang, K., and **Healy, K.E.**, "Controlled Release of Proteins from Emulsion Freeze-Dried PLGA Scaffolds," *Proceed. Intern. Symp. Control. Rel. Bioact. Mater.*, **22**, 536 (1995).

26. **Healy, K.E.**, Thomas, C.H., Rezania, A., Hockberger, P.E., and McKeown, P., "Kinetics of Bone Cell Organization and Mineralization on Materials with Patterned Surface Chemistry," *2nd International Conference on Cellular Engineering*, August 19th–22nd, San Diego, CA, 1995.

27. Thomas, C.H., Rezania, A., McKeown, P., and **Healy, K.E.**, "Kinetics of Bone Cell Organization and Mineralization on Materials with Patterned Surface Chemistry," *Surfaces in Biomaterials Symp.*, Minneapolis, MN, September 5th–7th, 1995.

28. Rezania, A., Thomas, C.H., and **Healy, K.E.**, "Strength of Bone Cell Adhesion to Materials with Defined Surface Chemistry," *Surfaces in Biomaterials Symp.*, Minneapolis, MN, September 5th–7th, 1995.

29. McKeown, P., Stickle, W.F., Thomas, C.H., Rezania, A., and **Healy, K.E.**, "Characterization of Patterned Surfaces Used for Guided Cell Organization by Time-of-Flight Mass Spectrometry and X-Ray Photoelectron Spectroscopy," *Surfaces in Biomaterials Symp.*, Minneapolis, MN, September 5th-7th, 1995.

30. **Healy, K.E.**, Thomas, C.H., Rezania, A., Hockberger, P.E., and McKeown, P.J., "Engineering Bone Cell Organization in Two-Dimensions," *Annals of Biomedical Engineering*, **23(1) Suppl.**, S-45 (1995).

31. **Healy, K.E.**, Thomas, C.H., Rezania, A., Bearinger, J.P., and McFarland, C.D., "Patterned Endowment with Proteins and Peptides to Control Cell Function," Keystone Symposia on *Tissue Engineering(J3)*, Taos, NM, January 23rd–29th, 1996, p.9.

32. **Healy, K.E.**, Elenz, D.R., Whang, K., Thomas, C.H., Tsai, D.C., Nam, E., Nuber, G.W., and Bowen, M.K. "Bone Regeneration Employing Bioabsorbable Scaffolds with Unique Microarchitecture," 1996 Keystone Symposia on *Tissue Engineering(J3)*, Taos, NM, January 23rd-29th, 1996, p. 17.

33. Elenz, D.R., Whang, K., Thomas, C.H., Tsai, D.C., Nam, E., **Healy, K.E.**, Nuber, G.W., and Bowen, M.K., "Treatment of Experimental Bone Defects with Porous Bioabsorbable Copolymers Scaffolds," *Trans. Orthopaedic Research Society*, **21**, 448 (1996).

34. Bearinger, J.P., Rezania, A., Chen, J., **Healy, K.E.**, "Ultrathin Polymer Coatings for the Prevention of Material-Centered Infection of P(AAm-*co*-EG) on Metal Oxides," *J. Dent. Res.*, **75**, 79 (1996).

35. Thomas, C.H., McFarland, C.D., Gilbert, J.L., Hockberger, P.E., and **Healy, K.E.**, "Spatial Control of Mineralization on Biomaterials with Modified Surface Chemistry," *J. Dent. Res.*, **75**, 181 (1996).

36. Elenz, D.R., Whang, K., Thomas, C.H., Tsai, D.C., Nam, E., **Healy, K.E.**, Nuber, G.W., and Bowen, M.K., "Treatment of Experimental Bone Defects with Porous Bioabsorbable Scaffolds," *Fourteenth Annual Meeting of the Mid-American Orthopaedic Association*, San Antonio, TX, April, 20th 1996.

37. McFarland, C.D., Thomas, C.H., **Healy, K.E.**, Jenkins, M.L., and Steele, J.G., "The Role of Serum Glycoproteins in Determining the Spatial Organization of Bone Cells on Patterned Surfaces," *The 5th World Biomaterials Congress Transactions*, p.980, Toronto, Canada, May 29th-June 2nd, 1996.

38. Bearinger, J., Rezania, A., Chen, J., **Healy, K.E.**, "Minimization of Protein Adsorption and Cell Adhesion to a Grafted Copolymer of P(AAm-*co*-EG)," *The 5th World Biomaterials Congress Transactions*, p.308, Toronto, Canada, May 29th-June 2nd, 1996.

39. Whang, K., Elenz, D.R., Nam, E.K., Tsai, D.C., Thomas, C.H., Nuber, G.W., Bowen, M.K., and **Healy, K.E.**, "Bone Regeneration Using an Emulsion Freeze-Dried PLGA Scaffolds with Median Pore Sizes Less Than 50 μm," *The 5th World Biomaterials Congress Transactions*, p.292, Toronto, Canada, May 29th -June 2nd, 1996.

40. Thomas, C.H., McFarland, C.D., Gilbert, J.L., and **Healy, K.E.**, "Preferential Mineralized Tissue Formation on Materials with Patterned Surface Chemistry," *The 5th World Biomaterials Congress Transactions*, p.946, Toronto, Canada, May 29th-June 2nd, 1996.

41. Whang, K., Goldstick, T.K., and **Healy, K.E.**, "Control of Protein Release from Emulsion Freeze-Dried Scaffolds with Unique Microarchitecture," *The 5th World Biomaterials Congress Transactions*, p.774, Toronto, Canada, May 29th-June 2nd, 1996.

42. Rezania, A., Thomas, C.H., Bearinger, J., and **Healy, K.E.**, "Cell-Binding Peptides for Enhancing the Strength of Osteoblast Adhesion," *The 5th World Biomaterials Congress Transactions*, p.891, Toronto, Canada, May 29th-June 2nd, 1996.

43. **Healy, K.E.**, Thomas, C.H., Rezania, A., McKeown, P., McFarland, C.D., and Steele, J.G., "Correlative ToF-SIMS and fluorescence microscopy analyses of surfaces used to control mammalian cell function," *Proceeding of Microscopy and Microanalysis1996*, G.W. Bailey *et al.* Eds., San Francisco Press, Inc., p.1044-1045, 1996.

44. Rezania, A., Thomas, C.H., and **Healy, K.E.**, "Immobilization of Biomimetic Cell-Adhesive Peptides on Model Biomaterials for Enhancing Bone Cell Adhesion," *Surfaces in Biomaterials Symp.*, Phoenix, AZ, September 4th-7th, p.147-151, 1996.

45. Rezania, A., Thomas, C.H., and **Healy, K.E.**, "Grafting of Cell-Adhesive Peptides for Enhancing Cell Adhesion," presented at the MRS Fall Meeting, Boston, MA, December 2nd-4th, 1996

46. **Healy, K.E.**, Thomas, C.H., and Bearinger, J.P., "Control of Cell Shape and Function on Solid Surfaces," presented at the *Workshop on Biomaterials and Tissue Engineering*, Hilton Head, S.C., February 19th-23rd, 1997.

47. Thomas, C.H., McFarland, C.D., Bearinger, J.P., and **Healy, K.E.**, "Non-Adhesive Polymer Surfaces that Spatially Control Cell-Mediated Mineralization," *J. Dent. Res.*, **76**, 286 (1997).

48. Bearinger, J.P., and **Healy, K.E.**, "Non-Adhesive Polymer Coatings Modified to Induce Cell Adhesion and Spreading," *J. Dent. Res.*, **76**, 382 (1997).

49. Bearinger, J.P., Thomas, C.H., and **Healy, K.E.**, "Biological Modification of P(AAm-*co*-EG) Networks to Target Bone Cell Adhesion and Growth," *Trans. Soc. for Biomaterials*, **19**, 54 (1997).

50. Thomas, C.H., Bearinger, J.P., McKeown, P.J., and **Healy, K.E.**, "Long-Term Control of the Spatial Distribution of Bone-Derived Cells," *Trans. Soc. for Biomaterials*, **19**, 132 (1997).

51. Rezania, A., Johnson, R.W., and **Healy, K.E.**, "Characterization of an ARG-GLY-ASP-Containing Peptide on Metal Oxides Using Spectroscopic Ellipsometry," *Trans. Soc. for Biomaterials*, **19**, 222 (1997).

52. Bearinger, J.P., Castner, D.G., and **Healy, K.E.**, "Modulation of Protein Adsorption and Cell Adhesion with Interpenetrating Polymer Network Coatings of P(AAm-*co*-EG)," Proceeding of the American Chemical Society Division of Polymeric Materials: Science and Engineering, **77**, 582-583 (1997).

53. Whang, K., Tsai, D.C., Nam, E.K., Goldstick, T.K., and **Healy, K.E.**, "Controlled Release of Bioactive Factors from Bioabsorbable Emulsion Freeze-Dried Scaffolds for Tissue Engineering," Proceedings of the Topical Conference on *Biomaterials, Carriers for Drug Delivery, and Scaffolds for Tissue Engineering*, American Institute of Chemical Engineers, Los Angeles, CA, November 17th-19th, 1997, p.284-286.

54. **Healy, K.E.**, Rezania, A., Thomas, C.H., Bearinger, J.P., and Castner, D.G., "Biomolecular Engineering of Surfaces to Modulate Mineralized Tissue Formation," presented at Keystone Symposia on *Tissue Engineering(J3)*, Copper Mountain, CO, January 10th-15th, 1998.

55. Stile, R.A., and **Healy, K.E.**, "Injectable Thermo-Responsive Hydrogels for Articular Cartilage Regeneration," presented at Keystone Symposia on *Tissue Engineering(J3)*, Copper Mountain, CO, January 10th-15th, 1998.

56. Whang, K., Tsai, D.C., Nam, E.K., Aiken, M.E., Patel, P., and **Healy, K.E.**, "Bone Regeneration Using Controlled Release of rhBMP-2 from Bioabsorbable Scaffolds," *The 17th Southern Biomedeical Engineering Conference Proceedings*, San Antonio, TX, p.143 (1998).

57. **Healy, K.E.**, "Biomimetic Materials for Rehabilitation," Invited poster presented at the NIH Bioengineering Symposium *Bioengineering: Building the Future of Biology and Medicine*, NIH, Bethesda, MD, February 27th-28th, 1998.

58. Rezania, A., and **Healy, K.E.**, "Biomolecular Engineering of Surfaces to Manipulate Mineralized Tissue Formation," *Trans. Orthopaedic Research Society*, **23**(1), 145, (1998)

59. Rezania, A., and **Healy, K.E.**, "Biomimetic Surfaces than Regulate Mineralization of the Extracellular Matrix," presented at the MRS Spring Meeting, San Francisco, CA, April 13th-14th, 1998.

60. Thomas, C.H., Sfeir, C., McFarland, C., and **Healy, K.E.**, "Materials Designed to Control and Examine the Function of Single Cells," presented at the MRS Spring Meeting, San Francisco, CA, April 13th-14th, 1998.

61. Rezania, A., and **Healy, K.E.**, "Covalent Immobilization of Cell-Binding and Heparin-Binding Peptides for Promoting Bone-Derived Cell Adhesion," *Trans. Soc. for Biomaterials*, **21**, 162 (1998).

62. Harbers, G., Rezania, A., and **Healy, K.E.**, "Computer-Aided Biomolecular Surface Engineering of Peptide Modified Materials," *Trans. Soc. for Biomaterials*, **21**, 170 (1998).

63. **Healy, K.E.**, Rezania, A., and Stile, R., "Biomimetic Materials that Regulate Bone Formation," *Annals of Biomedical Engineering*, **26**, S-140 (1998).

64. **Healy, K.E.**, "Biomimetic Hydrogels for Tissue Engineering," presented at the MRS Fall Meeting, Boston, MA, November 30th, (1998).

65. Keller, J.C., MacDougall, M., **Healy, K.E.**, and Tonetti, M., "Paths to Engineering Craniofacial and Oral Tissue Behavior," *J. Dent. Res.*, **78**, 123 (1999).

66. Thomas, C.H., Sfeir, C.S., McFarland, C.D., and **Healy, K.E.**, "Control and Investigation of Single Cell Gene Expression," *J. Dent. Res.*, **78**, 455 (1999).

67. Park, S., and **Healy, K.E.**, "Fabrication of Targeted-Stealth Nanospheres based on poly(lactide-co-glycolide)-block-poly(etheylene glycol) Chemistry," *J. Dent. Res.*, **78**, 523 (1999).

68. Stile, R.A., Burghardt, W.R., and **Healy, K.E.**, "Injectable Thermo-Responsive Hydrogels as Scaffolds for Tissue Engineering," presented at the MRS Spring Meeting, San Francisco, CA, April 5th-9th, 1999. **R.A. Stile, Graduate Student Gold Award Recipient.**

69. Thomas, C.H., L'Hoest, J.B., Castner, D.G., Sfeir, C.S., McFarland, C.D., and **Healy, K.E.**, "Single Cell Isolation and Gene Expression," *Trans. Soc. for Biomaterials*, **22**, 112 (1999).

70. Stile, R.A., Burghardt, W.R., and **Healy, K.E.**, "Injectable Thermo-Responsive Hydrogels that Support Tissue Formation *In Vitro*," *Trans. Soc. for Biomaterials*, **22**, 248 (1999).

71. **Healy, K.E.** "Synthesis and Surface Characterization of Peptide-Modified Interpenetrating Polymer Networks that Control Biomineralization," 46th American Vacuum Society (AVS) International Symposium, Seattle, WA, October 28th, 1999.

72. Park, S., and **Healy, K.E.**, "Synthesis and Development of a Novel Copolymer for Gene Therapy," presented at Keystone Symposia on *Experimental and Clinical Regulation of Angiogenesis*, p.69, Salt Lake City, UT, March 3rd-5th, 2000.

73. **Healy, K.E.**, "Peptide-Modified Hydrogels for Connective Tissue Regeneration," presented at the Symposium on *Tissue Engineering*, p.69, Davos, Switzerland, February 18th-21st, 2000.

74. Stile, R.A., Fabbroni, E., Shull, K.R., and **Healy, K.E.**, "Adhesion of Injectable Semi-interpenetrating Polymer Networks," presented at the MRS Spring Meeting, San Francisco, CA, April 26th, 2000.

75. Stile, R.A., and **Healy, K.E.**, "Peptide-modified Thermoreversible Hydrogels for Tissue Regeneration," *Abstr. Pap. Am. Chem. Soc.*, 584-POLY, p.2, March 26th, 2000.

76. Kohn, D.H., Hollister, S.J., and **Healy, K.E.**, "Biomimetic Strategies to Enhance Osseointegration," *J. Dent. Res.*, 79 (4 SI), 2000

77. Collier, T.O., Collier, J., **Healy, K.E.**, Anderson, J.M., "Control of Monocyte/Macrophage Adhesion, Morphology and Fusion with Micropatterned Surface Chemistry," *The 6th World Biomaterials Congress Transactions*, p.3, Kamuela, HI, May 15th-20th, 2000.

78. Stile, R.A., and **Healy, K.E.**, "Peptide-Modified Hydrogels for Bone Regeneration," *The 6th World Biomaterials Congress Transactions*, p.108, Kamuela, HI, May 15th-20th, 2000.

79. Barber, T.A., Harbers, G.M., Golledge, S.L., Castner, D.G., **Healy, K.E.**, "Peptide-modified IPNs Grafted to Tissue Culture Polystyrene," *The 6th World Biomaterials Congress Transactions*, p.217, Kamuela, HI, May 15th-20th, 2000.

80. Rezania, A., and **Healy, K.E.**, "The Effect of Peptide Surface Density on Mineralization of Matrix Deposited," *The 6th World Biomaterials Congress Transactions*, p.240, Kamuela, HI, May 15th-20th, 2000.

81. Stile, R.A., Fabbroni, E., Shull, K.R., **Healy, K.E.**, "Injectable Semi-Interpenetrating Networks for Cartilage Regeneration," *The 6th World Biomaterials Congress Transactions*, p.653, Kamuela, HI, May 15th-20th, 2000.

82. Collier, J.H., Thomas, C.H., and **Healy, K.E.**, "A Technique for Regioselective Coupling of Biomolecules to Non-fouling IPN Surfaces," *The 6th World Biomaterials Congress Transactions*, p.1219, Kamuela, HI, May 15th-20th, 2000.

83. Thomas, C.H., Collier, J.H., Golledge, S.L., Castner, D.G., **Healy, K.E.**, "Behavior of Single Osteogenic Cells Isolated on Materials with Patterned Surface Chemistry," *The 6th World Biomaterials Congress Transactions*, p.1222, Kamuela, HI, May 15th-20th, 2000.

84. **Healy, K.E.**, "Combining Polymer Chemistry and Photolithography to Manipulate Gene Expression and Protein Synthesis," *smallTalk 2000*, p.74, San Diego, CA, July 8th-12th, 2000.

85. **Healy, K.E.**, Engineering Regiospecific Bioactive Surfaces with Interpenetrating Polymer Networks (IPNs) of p(AAm-*co*-EG), *Abstr. Pap. Am. Chem. Soc.*, 210-COLL, August 20th, 2000.

86. **Healy, K.E.**, "Combining Polymer Chemistry and Photolithography to Manipulate Gene Expression and Protein Synthesis," *smallTalk 2000*, p.74, San Diego, CA, July 8th-12th, 2000.

87. **Healy, K.E.**, "Combining Polymer Chemistry and Photolithography to Manipulate Gene Expression and Protein Synthesis," 47th American Vacuum Society (AVS) International Symposium, Boston, MA, October 4th, 2000.

88. Stile, R.A, and **Healy, K.E.**, "Semi-Interpenetrating Polymer Networks for Use in Tissue Engineering Applications," *5th Annual Hilton Head Workshop, Engineering Tissues*, Hilton Head, S.C., February 21st-25rd, 43, 2001.

89. Barber, T.A., Castner, D., and **Healy, K.E.** "Peptide-modified IPNs Grafted to Bulk Titanium Modulate Osteoblast Behavior In Vitro," *Trans. Soc. for Biomaterials*, **24**, 109 (2001).

90. Harbers, G. M., T. A. Barber, Yanez, M. E., Larman, H. B., **Healy, K. E.** "IPN Modified 316L SS: Surface Characterization and HCAEC Adhesion Studies," *Trans. Soc. for Biomaterials*, **24**, 275 (2001).

91. Park, S. and **Healy, K.E.** "Development of a Poly-L-lysine Based Terpolymer Capable of DNA Condensation," *Trans. Soc. for Biomaterials*, **24**, 335 (2001).

92. Barber, T.A., Stile, R.A., Castner, D.G., and **Healy, K.E.**, "XPS-Mediated Robust Design Used to Optimize Hyaluronic Acid Surface Immobilization," 48th American Vacuum Society (AVS) International Symposium, San Francisco, CA, October 30th, 2001.

93. Harbers, G.M., Barber, T.A., Yanez, M.E., Larman, H.B., and **Healy, K.E.**, "Surface Characterization and HCAEC Adhesion Studies of IPN Modified 316L Stainless Steel," 48th American Vacuum Society (AVS) International Symposium, San Francisco, CA, November 1st, 2001.

94. "Exploiting Complementary Surface Analtical and Microscopy Techniques to Develop Biomimetic Materials," Materials Research Society, Fall Meeting, Boston, MA, November 26th, 2001.

95. "Tuning the Properties of Artificial Extracellular Matricies," Materials Research Society, Fall Meeting, Boston, MA, November 27th, 2001.

96. "Biomimetic Materials for Tissue Engineering," Materials Research Society, Spring Meeting, San Francisco, CA, April 5th, 2002.

97. Park, S. and **Healy, K.E.**, "Self Assembling poly(lysine-*g*-lactide-*g*-ethylene glycol)-DNA Complexes," *Trans. Soc. For Biomaterials*, **25**, 64 (2002).

98. Harbers, G.M. and **Healy, K.E.**, "IPN Modified Polystyrene for High-Throughput Screening: Surface Characterization and Cell Adhesion," *Trans. Soc. For Biomaterials*, **25**, 250 (2002).

99. Stile, R.A., Shull, K.R. and **Healy, K.E.**, "Injectable Semi-Interpenetrating Polymer Networks for Use in Tissue-Adhesive Applications," *Trans. Soc. For Biomaterials*, **25**, 272 (2002).

***Non-peer Reviewed Abstracts***

1. Lom, B., **Healy, K.E.**, and Hockberger, P.E., "An Improved Method for Creating Well-Defined, Patterned Substrates for Studies of Neuronal Adhesion and Guidance," *Society for Neuroscience Abstracts*, **18**, 39 (1992).

2. Lom, B., **Healy, K.E.**, and Hockberger, P.E., "Cell Alignment on Chemically-patterned Surfaces Reveals a Hierarchy of Preferences," *Society for Neuroscience Abstracts*, **19**, 1291 (1993).

**INVITED LECTURES & WORKSHOPS**

1. "Metal Ion Release from Porous Coated Implant Alloys," University of Pennsylvania Biomaterials Seminar Series, Philadelphia, PA, April 18th, 1986.

2. "The Interaction of Titanium with Biological Environments," Department of Biomedical Engineering, Southwest Medical Center, University of Texas, Dallas, TX, June 4th, 1989.

3. "Biological Performance of Titanium Implant Materials," Division of Biological Materials, Northwestern University, Chicago, IL, June 10th, 1989.

4. "The Mechanisms of Passive Dissolution of Titanium in Biological Environments," Department of Biomedical Engineering, Rensselaer Polytechnic Institute, Troy, NY, September 12th, 1990.

5. "The Interactions Between Titanium Implants and Biological Tissue," Department of Biomedical Engineering, Northwestern University, Evanston, IL, January 23rd, 1991.

6. "Absorbable Polymers for Fracture Fixation," Department of Orthopaedics, Northwestern University, Chicago, IL, April 6th, 1991.

7. "Interactions Between Titanium Surface Chemistry, Adsorbed Molecules, and Tissue Response," Department of Chemical Engineering, University of Rochester, Rochester, NY, April 12th, 1991.

8. "Interfacial Reactions and Passive Dissolution of Titanium Implants," Materials week '91, ASM International, Cincinnati, OH, October 23rd, 1991.

9. "The Interactions between Cells and Biologically Modified Materials," Technology Corporate Partners Symposium on Bioengineering and Biomaterials, Evanston, IL, November 11th, 1991.

10. "Biological Modification of Implant Materials," American Association for Dental Research, Chicago Chapter, Chicago, IL, September 24th, 1992.

11. "The Merging of Materials Science and Biotechnology," Technology Reviews: Executive Briefings for Managers of Technology, Evanston, IL, November 9th, 1992.

12. "The Application of Materials Science and Biotechnology to Improve Implant Function," Department of Oral Biology and Connective Tissue Research Laboratory, Northwestern University, Chicago, IL, December 3rd, 1992.

13. "The Use of Biomimetic Materials to Enhance Bone Regeneration," Abbott Laboratories, Abbott Park, IL, June 14th, 1993.

14. "Osteogenic Cell Adhesion and Movement on Chemically Defined Surfaces," Gordon Conference on *The Science of Adhesion*, New Hampton, NH, August 15th-20th, 1993.

15. "Computer-Aided Design of Biomimetics Surfaces," Abbott Laboratories, Abbott Park, IL, February 21st, 1995.

16. "Spectroscopic Testing of Biomaterials Surfaces," ASTM F-4 Workshop on *The Characterization & Performance of Articular Surfaces*, Denver, CO, May 16th-17th, 1995.

17. "Surface Engineering of Materials to Control Mammalian Cell Function," Department of Biomedical Engineering, Duke University, Durham, NC, July 6th, 1995.

18. "Engineering Bone Cell Organization in Two Dimensions," Biomedical Engineering Society Annual Meeting, Special Session on Tissue Engineering in Bone, Boston, MA, October 5th, 1995.

19. "Surface Engineering of Materials to Control Osteoblast Function," University of Connecticut, Farmington/Storrs (via electronic link), CN, November 11th, 1995.

20. "Patterned Endowment with Peptides and Proteins to Promote Cell Organization," Keystone Symposia conference on Tissue Engineering, Taos, NM, January 27th, 1996.

21. "Polymer Scaffolds in Hard Tissue Engineering," Department of Orthopaedics, Northwestern University, Chicago, IL, March 2nd, 1996.

22. "The Use of Surface Chemistry to Control Cell Behavior *In Vitro*," Becton, Dickinson and Company, Bedford, MA, July 19th, 1996.

23. "Correlative ToF-SIMS and Fluorescence Microscopy Analyses of Surfaces Used to Control Mammalian Cell Function," Microscopy and Microanalysis '96, Minneapolis, MN, August 15th, 1996.

24. Invited participant in a NIH-NIDR sponsored workshop on "Biomimetics, Tissue Engineering, and Biomaterials," Bethesda, MD, September 25th-26th, 1996.

25. Invited participant in a NSF sponsored workshop on "Nanotechnology: New Frontiers in Biology," Cornell University, Ithaca, NY, November 20th-21st, 1996.

26. "Biomaterials and Hard Tissue Engineering," Connective Tissue Workshop, Rush-Presbyterian-St. Luke's Medical Center, Chicago, IL, December 9th, 1996.

27. Invited participant in a Whitaker Foundation sponsored Workshop on Biomaterials and Tissue Engineering, "Control of Cell Shape and Function on Solid Surfaces," Hilton Head, S.C., February 19th-23rd, 1997.

28. Invited participant in a ASTM F04 Committee sponsored Workshop on Tissue Engineering: The Role of ASTM, "Standards Issues in Hard Tissue Engineering," St. Louis, MO, May 6th, 1997.

29. "Biomolecular Engineering of Surfaces to Manipulate Cell Function," Biochemical Engineering X, Engineering Foundation Conference, Kananaskis, Alberta, Canada, May 21st, 1997.

30. "Engineering Biomaterials to Promote Hard Tissue Regeneration," Oregon Medical Laser Center, Providence St. Vincent Medical Center, Portland, OR, June 26th, 1997.

31. "Modulation of Protein Adsorption and Cell Adhesion with Interpenetrating Polymer Network Coatings of P(AAm-*co*-EG)," ACS Symposium *Polymer Surface Modification for Adhesion and Deposit Resistance*, ACS Division of Polymeric Materials: Science and Engineering, Las Vegas, NV, September 11th, 1997.