32. "Engineering Surfaces to Support Hard Tissue Regeneration," Department of Biomedical Engineering, University of Michigan, Ann Arbor, MI, December 1st, 1997.

33. "Physical Chemistry and Interdiffusion Properties of Thermo-reversible Hydrogels," Genzyme Corp., Framingham, MA, January 29th, 1998

34. "Functional Biomaterials," Panelist at the NIH Bioengineering Symposium *Bioengineering: Building the Future of Biology and Medicine*, NIH, Bethesda, MD, February 27th-28th, 1998.

35. "Bone Cell Distribution, Cytoskeletal Organization, Gene Expression, and Mineral Deposition on Microfabricated Surfaces," *Microsystems Technology in Medicine and Biology*, Cambridge Healthtech Institute, Cambridge, MA, April 15th-16th, 1998.

36. "Materials that Regulate Tissue Development," Department of Materials, Chemical, and Biochemical Engineering, University of California at Irvine, Irvine, CA, April 24th, 1998.

37. "Biomimetic Materials for Tissue Engineering," Department of Biomedical Engineering, Case Western Reserve University, Cleveland, OH, April 27th, 1998.

38. "Designing Implant Surfaces to Direct Biological Responses," *Bioartifical Organs*, International Engineering Foundation Conference, Banff, Alberta, Canada, July 18th-22nd, 1998.

39. "Designing Implant Surfaces to Direct Biological Responses," *28th International Workshop on Hard Tissue Biology*, Sun Valley, Idaho, August 3rd-7th, 1998.

40. "Control of Osteogenic Cell Behavior with Biomimetic Materials and Microfabricated Devices," Bone and Mineral Group, Indiana University-Purdue University, Indianapolis, IN, September 23rd, 1998.

41. "Biomimetic Materials that Regulate Bone Formation," Biomedical Engineering Society Annual Meeting, Special Session on Tissue Engineering in Bone, Cleveland, OH, October 13th, 1998.

42. "Biomimetic Materials The Regulate Tissue Formation," Pittsburgh Tissue Engineering Initiative (PTEI), Pittsburgh, PA, November 11th, 1998.

43. "Biomimetic Hydrogels for Tissue Engineering," Materials Research Society 1998 Fall Meeting, Boston, MA, November 30th, 1998.

44. "Designing Materials the Control the Behavior of Mammalian Cells," Department of Materials Science and Mineral Engineering, University of California at Berkeley, Berkeley, CA, December 4th, 1998.

45. "Surfaces that Direct the Behavior of Living Cells," Lawrence Berkeley National Laboratory, Advanced Light Source, University of California at Berkeley, Berkeley, CA, December 16th, 1998.

46. "Engineering Biomimetic Materials to Regulate Cell Behavior and Tissue Regeneration," Northwestern University, Provost's Domain Dinner Lecture Series, January 12th, 1999.

47. "Manipulating Mammalian Cell Behavior via Material Surface Chemistry," Departments of Bioengineering and Chemical Engineering, University of Minnesota, Minneapolis, MN, January 19th, 1999.

48. "Manipulation of Cell Architecture and Gene Expression on Microfabricated Surfaces," Department of Bioengineering, Center for Nanotechnology, University of Washington, Seattle, WA, March 9th, 1999.

49. "Developments in Polymer Templates for Tissue Engineering," International Association for Dental Research (IADR) Meeting and Exposition, *Tissue Engineering in the Crain facial Complex*, Vancouver, BC, Canada, March 11th, 1999.

50. "Biomimetic Strategies for Designing Synthetic Materials," Departments of Bioengineering and Chemical Engineering, University of Wisconsin, Madison, WI, April 19th, 1999.

51. "Biomimetic Strategies for Designing Synthetic Materials," Laboratoire de Recherches sur les Macromolécules (LRM), Institut Galilée, Université Paris XIII, Villetaneuse, France, May 11th, 1999.

52. "Microfabricated Surfaces of Interpenetrating Polymer Networks (IPNs) to Manipulate Cell Architecture and Gene Expression," Laboratoire de Recherches sur les Macromolécules (LRM), Institut Galilée, Université Paris XIII, Villetaneuse, France, May 27th, 1999.

53. "Smart Biomaterials," 45th Annual Conference & Exposition of the American Society for Artificial Internal Organs (ASAIO), June 3rd, 1999

54. "Biomimetic Strategies for Designing Synthetic Materials," Department of Bioengineering, University of California at Berkeley, Berkeley, CA, June 4th, 1999.

55. "Microfabricated Materials for Tissue Development," Gordon Conference on *Biomaterials: Biocompatibility and Tissue Engineering*, Holderness School, Holderness, NH, July 23rd, 1999.

56. "Biomimetic Materials that Regulate Bone Formation," 12th Annual International Symposium for Technology in Arthroplasty ISTA'99, Chicago, IL, September 24th, 1999.

57. "Designing Materials to Control Tissue Regeneration," Johnson & Johnson Corporation, Corporate Biomaterials Center, Somerville, NJ, September 30th, 2000.

58. "Synthesis and Surface Characterization of Peptide-Modified Interpenetrating Polymer Networks that Control Biomineralization," 46th American Vacuum Society (AVS) International Symposium, Seattle, WA, October 28th, 1999.

59. "Osteoblast Interaction with Engineered Surfaces," The Bone Engineering Workshop, Toronto, Ontario, Canada, December 2nd-3rd, 1999.

60. "Mimetic Peptide Surfaces to Enhance Osseointegration," International Association for Dental Research (IADR) Meeting and Exposition, *Biomimetic Strategies to Enhance Osseointegration*, Washington, D.C. April 5th, 2000.

61. "Exploiting Peptide-Receptor Engagement for the Surface Engineering of Polymers," Symposium on *Interfacial Aspects of Soft Biomaterials*, Materials Research Society 2000, Spring Meeting, San Francisco, CA, April 25th, 2000. (Substitute for Dr. L. Griffith)

62. "The Design, Synthesis, Characterization and *In Vitro* and *In Vivo* Testing of Peptide Modified Surfaces," *BELACT VII Cells/Biomaterials: from In Vitro Cultivation to In Vivo Implantation*, Château de Colonster, Lèige, Belgium, May 5th, 2000.

63. "Nanotechnology and Tissue Engineering," Panelist at the NIH BECON Symposium *Nanoscience and Nanotechnology: Shaping Biomedical Research*, NIH, Bethesda, MD, June 25th-26th, 2000.

64. "Combining Polymer Chemistry and Photolithography to Manipulate Gene Expression and Protein Synthesis," smallTalk 2000 (the microfluidics and microarrays conference), San Diego, CA, July 12th, 2000.

65. "Engineering Gene Expression and Protein Synthesis with Microfabricated Bioactive Surfaces," BioMEMS & Biomedical Nanotechnology World 2000, Columbus Ohio, OH, September 25th, 2000.

66. "Biomimetic Materials that Regulate Tissue Formation," Department of Bioengineering, Clemson University, Clemson, SC, November 3rd, 2000.

67. "Challenges in Achieving Direct Skeletal Attachment," NIH BECON Symposium *Rehabilitation on the Move*, NIH, Bethesda, MD, January 4th, 2001.

68. "Current Perspectives on Biomaterials: *Biomimetic Materials that Modulate Cell and Tissue Function*," University of Alaska at Fairbanks EPSCORE Meeting, Fairbanks, AK, February 9th, 2001.

69. "Nanotechnology in Cell and Tissue Engineering?" National Association of Science Writers Nanotechnology Workshop, *Small is Beautiful*, Berkeley, CA February 14th, 2001.

70. "Biomimetic Strategies for Controlling Cell-Materials Interactions and Tissue Formation," Department of Materials Science and Engineering, Stanford University, Palo Alto, CA, March 16th, 2001.

71. "Biomaterials and Intravascular Stent Activities at Berkeley," Department of Bioengineering, Industrial Advisory Board Meeting, Berkeley, CA, April 5th, 2001.

72. "The Multi-factorial Process of In-stent Restenosis: Materials-based Solutions," Medtronic LC Inc., Santa Rosa, CA, May 16th, 2001.

73. "Newly Minted Materials that Mimic Biology," Berkeley in Silicon Valley: New Directions in Chemistry and Engineering Symposium, Santa Clara, CA, June 11th, 2001.

74. "Newly Minted Materials that Mimic Biology," Department of Biological Science and Technology, The University of Tokushima, Tokushima, Japan, June 22nd, 2001.

75. "Biomimetic Materials for Tissue Regeneration," Department of Materials Chemistry, Kyoto University, Kyoto, Japan, June 27th, 2001.

76. "Newly Minted Materials that Mimic Biology," Institute of Biomedical Engineering, Tokyo Women's Medical University, Tokyo, Japan, June 30th, 2001.

77. "Biomimetic Strategies for Controlling Cell-Materials Interactions and Tissue Formation," Department of Biomedical Engineering, Graduate School of Medicine, Kyushu University, Fukuoka, Japan, July 3rd, 2001.

78. "Newly Minted Materials that Mimic Biology," Division of Biological Science, Hokkaido University, Sapporo, Japan, July 4th, 2001.

79. "The Multi Factorial Problem of In-stent Restenosis: Materials-Based Treatments," Surfaces in Biomaterials Foundation, Scottsdale Princess Resort, Scottsdale, Arizona, August 31st, 2001.

80. "Surface Engineering of Materials for Biomimetic Implants and Cell-Based Senors" Biosurf IV conference, Ecole Polytecnique Federale de Lausanne, Lausanne, Switzerland, September 20th-Sptember 21st, 2001.

81. "Biomimetic Strategies for Controlling Cell-Materials Interactions and Tissue Formation," Department of Materials Science and Engineering, University of Michigan, Ann Arbor, MI, September 28th, 2001.

82. "Biomimetic Strategies for Controlling Cell-Materials Interactions and Tissue Formation," Department of Chemical Engineering, University of California at Berkeley, Berkeley, CA, October 10th, 2001.

83. "Newly Minted Materials that Mimic Biology," Department of Bioengineering, University of Pennsylvania, Philadelphia, PA, October 18th, 2001.

## SERVICE

*University Committees*

| | |
|---|---|
| 1993 | Health Sciences Library Planning Committee |
| 1993 - 1999 | Division Seminar Organization |
| 1994 | Chair, Division Curriculum Revision |
| 1995 - 1999 | Chair, Safety Committee for Dept. of Basic Sciences (Dental School) |
| 1995 - 1998 | Materials World Modules, Biodegradable Materials Module Development |
| 1996 - 1998 | Dental Council (Basic Sciences representative) |
| 1997 | Dental School Strategic Planning Committee |
| 2000 - | College of Engineering Space Committee |
| 2001 - 2002 | Faculty Search Committee, Department of Bioengineering |
| 2001 - 2002 | Biological Sciences Dean's Search Committee, Department of Molecular and Cell Biology |
| 2001 - | Executive Committee, Joint Graduate Group in Bioengineering (UCB/UCSF) |
| 2001 - | Graduate Advisor, Joint Graduate Group in Bioengineering (UCB/UCSF) |
| 2001 - | Curriculum Committee, Department of Bioengineering |
| 2002 - | Executive Committee, Biotechnology Strategic Targets for Alliances in Research (BioSTAR) |
| 2002 - | Chancellor's Advisory Committee on Biology (CACB) |
| 2002 - | Head Graduate Advisor, Joint Graduate Group in Bioengineering (UCB/UCSF) |
| 2002 - | Academic Affairs Committee, Department of Materials Science and Engineering |

*International and National Conference Organization*

| | |
|---|---|
| 1989 | Session Chair, The 15th Annual Meeting of the Society for Biomaterials |
| 1993 | Annual Meeting Program Committee, Society for Biomaterials |
| 1993 | Session Chair, The 19th Annual Meeting of the Society for Biomaterials |
| 1994 | Session Chair, The 20th Annual Meeting of the Society for Biomaterials |
| 1994 | Annual Meeting Program Committee, Surfaces in Biomaterials Foundation |
| 1995 | Annual Meeting Program Committee, American Society for Artificial Internal Organs |
| 1995 | Annual Meeting Program Committee, Society for Biomaterials |
| 1995 - 2002 | Session Chair, The Annual Meeting of the Society for Biomaterials |
| 1996 | Session Chair, The 5th World Biomaterials Congress |
| 1996 | Society for Biomaterials, Membership Committee Chair |
| 1998 | Materials Research Society, Topical Symposium Chair |
| 1999 | Materials Research Society, Topical Symposium Chair |
| 2000 | World Biomaterials Congress, Symposium Organizer and Session Chair |
| 2000 – 2001 | Awards Committee, Materials Research Society |
| 2000 | AVS 47th International Symposium, Biomaterials Interfaces Group Program Committee |
| 2000 | Biomedical Engineering Society (BMES) Symposium Organizer and Session Chair |
| 2001 | Session Moderator, Gordon Conference on *Biomaterials and Tissue Engineering* |
| 2001 | AVS 48th International Symposium, Biomaterials Interfaces Group Program Committee |
| 2001 | Session Chair, AVS 48th International Symposium |
| 2001 | Co-organized the Nanobiomaterials Workshop for The 28th Annual Meeting of the Society for Biomaterials |
| 2001 | Awards Committee, Society for Biomaterials |
| 2001 | Organized AVS Biomaterials Interfaces Group Satellite Meeting on *Future Directions of the Biointerfaces Group* |
| 2002 | AVS 49th International Symposium, Biointerfaces Division Program Chair |

*Scientific Grants Review Committees*

| | |
|---|---|
| 1993 - 2001 | NIH, Ad Hoc Review Committees including, Standing Study Sections and Small Business Innovative Research (SBIR) Applications |
| 1994 - | MRC (Canada), Ad Hoc Reviewer |
| 2000 - | NIH Special Emphasis Panel, National Institute of Dental and Craniofacial Research |
| 2002 - | NIH Special Emphasis Panel, National Heart, Lung, and Blood Institute |

84. "Newly Minted Materials that Mimic Biology," Departments of Chemical Engineering and Bioengineering, Columbia University, New York, NY, October 19th, 2001.

85. "Exploiting Complementary Surface Analytical and Microscopy Techniques to Develop Biomimetic Materials," Symposium on Physical Characterization of Biological Materials and Systems, Materials Research Society 2001, Fall Meeting, Boston, MA, November 26th, 2001.

86. "Tuning the Properties of Artificial Extracellular Matricies," Symposium on Polymeric Biomaterials for Tissue Engineering, Materials Research Society 2001, Fall Meeting, Boston, MA, November 27th, 2001.

87. "The Multi-factorial Problem of In-stent Restenosis: Materials-based Treatment," Medtronic LC Inc., Minneapolis, MN, November 28th, 2001.

88. "Biomimetic Strategies for Controlling the Biological-Synthetic Interface," Surface Science and Catalysis Science Seminars, Materials Sciences Division, Lawrence Berkeley National Laboratory, Berkeley, CA, February 21st, 2002.

89. "Tuning the Properties of Artificial Extracellular Matrices," Biologically-Based Materials for Tissue Engineering Short Course, Georgia Institute of Technology, Atlanta, GA, March 11th, 2002.

90. "Surface Engineering of Materials to Manipulate Interactions with Biological Systems," Solid State Technology and Devices Seminar, University of California at Berkeley, Berkeley, CA, March 22nd, 2002.

91. "Biomimetic Materials for Tissue Engineering," Symposium on Biological and Biomimetic Material Properties to Function, Materials Research Society 2002, Spring Meeting, San Francisco, CA, April 5th, 2002.

92. "Surface Engineering Strategies to Control Wound Healing Surrounding Medical Implants," Surfaces in Biomaterials Course, Food and Drug Administration (FDA), Center for Devices and Radiological Health (CDRH), Rockville, MD, June 17th, 2002.

93. "Thin Polymer Hydrogel Coatings Containing Hydrogen-Bond Donors that Prevent Protein Adsorption and Mammalian Cell Adhesion," UWEB 2nd Symposium on Non-Fouling Surfaces, University of Washington Engineered Biomaterials, Seattle, WA, August 1st, 2002.

94. "Controlling Cell Function and Tissue Formation via Biomimetic Polymers," 4th International Symposium on Biomimetic Interfaces, Intellectual Biointerface Engineering Center (IBEC) College of Dentistry, Seoul National University, Seoul, Korea, August 30th, 2002.

**CURRENT SUPPORT**

Principal Investigator

1. NIH-NIAMS 1 R01 AR47304-01: Biomimetic Hydrogels for Bone Regeneration. 4/1/00 - 2/01/05, $1,296,429.

2. NIH-NIAMS 1 R01 AR43187-07: Biomimetic Materials Useful for Rehabilitation. 9/30/01-7/31/05 $1,470,989.

3. France-Berkeley Fund W7613: Peptide-modified Heparin-like Copolymers as Biomimetic Coatings for Orthopaedic Implants: Synthesis, Surface Characterization, and Biological Response. 7/15/01-7/15/02, $10,000.

*Advisory Boards*

| | |
|---|---|
| 1994 - 1997 | Advisory Board, Academic Member, Surfaces in Biomaterials Foundation |

**EDITORIAL PARTICIPATION**

*Membership on Editorial Board*

| | |
|---|---|
| 1993 - 1998 | Journal of Biomedical Materials Research |
| 1998 - | *Assistant Editor*, Journal of Biomedical Materials Research |

*Ad Hoc Review of Manuscripts*

| | |
|---|---|
| 1988 -1989 | The Journal of Bone and Joint Surgery |
| 1990 -2000 | The International Journal of Oral and Maxillofacial Implants |
| 1992 - | Biotechnology and Bioengineering |
| 1994 - | Journal of Applied Biomaterials |
| 1994 - | Dental Materials |
| 1994 - | Biomaterials |
| 1995 - | J. Dental Research |
| 1996 - | Tissue Engineering |
| 1997 - | J. American Chemical Society (JACS) |
| 1997 - | AIChE Journal |
| 1997 - | J. Biomaterials Science: Polymer Edn. |
| 1998 - | Langmuir |
| 1998 - | Plasmas and Polymers |
| 1999 - | J. Bone and Mineral Research |
| 2000 - | Macromolecules |
| 2001 - | Biomacromolecules |
| 2001- | Advanced Materials |
| 2002- | Cytokine |
| 2002- | PNAS |

THIS IS **EXHIBIT "B"** TO THE AFFIDAVIT OF
**KEVIN E. HEALY, Ph.D.,**
SWORN FEBRUARY 20, 2003

Subscribed and sworn to by Kevin E. Healy on February 20, 2003

Samuel C. Vaughn
Notary Public

SAMUEL C. VAUGHN
COMM. # 1247289
NOTARY PUBLIC-CALIFORNIA
CONTRA COSTA COUNTY
COMM. EXP. DEC. 26, 2003

# The *in vitro* effects of metal cations on eukaryotic cell metabolism

J.C. Wataha,* C.T. Hanks, and R.G. Craig
*The University of Michigan School of Dentistry, Ann Arbor, Michigan 48109-1078*

The *in vitro* cytotoxicity of nine metal cations common in dental casting alloys was evaluated using Balb/c 3T3 fibroblasts and four toxicity parameters: total protein production, $^{3}$H-leucine incorporation, $^{3}$H-thymidine incorporation, and MTT-formazan production. Concentrations causing 50% toxicity compared to controls (TC50's) and reversibility of these effects were determined. The range of potency of the metal cations was 2–3 orders of magnitude, with $Cd^{2+}$ showing the greatest potency and $In^{3+}$ showing the least. Potency did not correlate with atomic weight for these metals. For each metal cation, the TC50's of the various toxicity parameters were similar in most cases. However, several cations ($Cu^{2+}$, $Ga^{3+}$) showed greater potency with $^{3}$H-thymidine incorporation. Reversibility of the toxic effects was observed for all cations; the effects generally became irreversible at concentrations in the range of the TC50 value for each cation. Several stimulatory effects were seen. Small but statistically significant stimulations were observed after 24 h of metal exposure for $Ag^{1+}$, $Au^{4+}$, $Cu^{2+}$, $Ga^{3+}$, and $Ni^{2+}$. Residual stimulations 24 h after removal of the metal cations were observed for $Au^{4+}$, $Cd^{2+}$, $Ni^{2+}$, and $Zn^{2+}$. Stimulations always occurred at concentrations below the TC50 concentrations. This study should be useful in evaluating the potential cytotoxic effects of metal cations released from dental alloys.

## INTRODUCTION

*In vitro* testing methods have come into focus as the cost and controversy associated with animal testing have increased. *In vitro* testing of dental alloys has followed this trend, and has become particularly important with the development of new alloys. In recent years, a number of researchers have investigated the *in vitro* performance of dental casting alloys. In 1982, the *in vitro* toxicities of ternary alloys of Au-Cu-Ag were evaluated by Wright et al. using $^{51}$Cr release, and the toxicity of these alloys appeared to be correlated with the atomic abundance of copper in the alloys.[1] Niemi and Hensten-Pettersen evaluated the toxicity of Ag-Pd-Cu alloys in 1985 using agar overlays and neutral red, and found that alloys with less than 30 wt% copper were less toxic.[2] Exbrayat et al. showed that gingival explants could adhere and grow on Ni-Cr-Mo alloys, but that these cells showed some morphological aberrations (compared to glass) and had decreased type III collagen production.[3] Bumgardner et al. tested Cu-based alloys using trypan blue ex-

*To whom correspondence should be addressed.

Journal of Biomedical Materials Research, Vol. 25, 1133–1149 (1991)
© 1991 John Wiley & Sons, Inc. CCC 0021-9304/91/091133–17$4.00

clusion and $^{3}H$-thymidine uptake.[4] They found that these alloys released significant amounts of copper and zinc, that some altered cellular morphologies, and that most inhibited $^{3}H$-thymidine uptake. Most recently, Craig and Hanks[5] tested a wide variety of casting alloys and pure metals, and found that succinic dehydrogenase activity could discriminate differences in toxicities of these alloys. Thus, past research has established that some types of alloys show significant *in vitro* toxicity, and that elements of these alloys are often released in significant quantities.

Other research has focused on the toxicity of individual metal cations. As early as 1954, Heath showed that cobalt caused abnormal mitoses.[6] In 1977 Jacobsen used primary gingival cells to show that as little as 2.5 ppm of $Ni^{2+}$ would inhibit cell number, glucose consumption, and lactate production.[7] Costa used ornithine decarboxylase activity and incorporation of $^{3}H$-leucine, $^{3}H$-thymidine, and $^{3}H$-uridine to study the toxicities of Ca, Cr, Co, Cu, Ni, Cd, Mn, and Sn cations. He found that the ornithine decarboxylase test generally correlated well with the other methods of evaluation.[8] Babich et al. used fish cell lines and neutral red uptake to evaluate the cations of Cd, Cu, Ni, and Zn.[9] Recently, Jowett et al. used mouse embryo tooth bud explants to study nitrate salts of Cd, Zn, Cu, and Sn.[10] They were able to show differences in the effect of these cations on viability, dentin matrix secretion, and enamel epithelium differentiation. Finally, Itakura et al. tested the *in vitro* toxicity of Pt cations using osteogenic cell lines and alkaline phosphatase activity.[11]

Although many metal cations have been tested *in vitro*, comparisons among these studies are nearly impossible due to the diversity of testing methods. Variations in cell lines, method of toxicity assessment, time of exposure to cations, target cell number, and other variables can affect toxicity measurements. Furthermore, the toxicities of cations of several common dental casting alloy elements (such as Au, Ag, Pd, Ga, and In) have been investigated minimally, and the methods of toxicity assessment in many previous studies have utilized uptake or release of foreign molecules which are difficult to correlate with intracellular biochemical events. The purposes of this study were to: (1) evaluate the *in vitro* cytotoxicity of nine metal cations which occur as components of dental casting alloys, (2) measure toxicity with tests indicative of cellular metabolism, (3) evaluate the reversibility of toxic effects with these cations, and (4) use these data to compare toxicity of the cations and formulate a basic understanding of the biochemical basis for their differences in toxicity.

## METHOD AND MATERIALS

### Metal cation solutions

Solutions of metal cations of Ag, Au, Cd, Cu, Ni, Pd, and Zn were prepared volumetrically from $Ag_2SO_4$, $HAuCl_4 \cdot 3H_2O$, $CdCl_2$, $CuCl_2$, $NiCl_2 \cdot 6H_2O$, $PdCl_2$, and $ZnCl_2$ by dilution with double distilled water. Purities of the solids were better than 99.99%. A minimum volume of 0.1 mol/L HCl was first

used to dissolve $Ag^{1+}$, $Cd^{2+}$, and $Pd^{2+}$. $Ga^{3+}$ and $In^{3+}$ solutions were prepared by volumetric dilution of purchased atomic absorption standard solutions with double-distilled water. All solutions were checked for actual metal content atomic absorption spectroscopy. Control solutions for the anions were prepared volumetrically from $NaNO_3$, NaCl, and $Na_2SO_4$.

### Cell culture

Balb/c 3T3 mouse fibroblasts were used in these experiments (ATCC CCL 163: anchorage dependent, aneuploid, and contact inhibited fibroblasts). Experimental cell culture medium consisted of Dulbecco's Modified Eagle Medium (DMEM) without glutamine, 3% NuSerum, 28 mM HEPES (N-2-hydroxyethylpiperazine-N′-2-ethanesulfonic acid, pH = 7.2), penicillin (125 units/mL), streptomycin (125 $\mu$g/mL), gentamycin (10 $\mu$g/mL), and glutamine (2 mmol/L). HEPES was added to control pH when metal cations were added. The fibroblasts were maintained in the same medium without HEPES. Cells were grown to approximately 90% confluence prior to harvest, and were harvested using a sterile trypsin/EDTA solution (0.05% trypsin-0.02% EDTA in normal saline) for 4 min at 37°C. After trypsinization, the cells were harvested, resuspended in cell culture medium, and diluted to 32,000 cells/mL with medium. One milliliter of this suspension was added to each well of a 24-well sterile polystyrene cell culture tray, and these trays were incubated at 37°C in 95% air, 5% $CO_2$, and 100% relative humidity for 24 h. A 20.4-$\mu$L drop of metal cation solution at 50 times the final desired concentration was added to each well after 24 h. The cells were then incubated for another 24 h. At this time, the toxic effect was evaluated by processing the trays. To test reversibility of the toxicity, medium containing the metal cations was removed in some trays, the cells washed with sterile phosphate buffered saline, and fresh medium was applied. These trays were allowed to incubate another 24 h and were then processed. Six replicates were prepared for each concentration/condition tested.

Toxicities were determined in two separate experiments. The first experiment tested a broad range of cation concentrations (from 0.01 ppm to 100.0 ppm for all elements except $Ga^{3+}$ or $In^{3+}$ where the maximum was 50 ppm). The second experiment tested a range of concentrations which focused on concentrations eliciting the toxic effects. Results from the two experiments were compared to evaluate the repeatability of the assay.

### Measurements of cytotoxicity

Four toxicity parameters were used: total protein mass (TP), $^3$H-Leu incorporation ($^3$H-Leu), $^3$H-Tdr incorporation ($^3$H-Tdr), and MTT-formazan production (MTT-f). Total protein mass was measured using a commercially available assay which employed bicinchoninic acid/$Cu^{1+}$ capture (Pierce, Rockford, IL). This method is described in detail elsewhere.[12] Briefly, 100-$\mu$L ali-

quots of cell monolayers solubilized with 0.25% v/v Triton X 100 in 0.1 mol/L NaOH were added to 1.5 mL of working solution, mixed, and incubated for 30 min at 60°C. The resulting solutions were checked for absorbance at 562 nm using a Beckmann DU-64 spectrophotometer. Standards were mixed using bovine serum albumin from 10 to 300 μg/mL.

$^{3}$H-Leu incorporation was measured using standard techniques described in detail elsewhere.[13] $^{3}$H-Leu was purchased at 1 μCi/μL and 65 Ci/mmol (ICN, Irvine, CA). Cells were pulsed with 5 μCi/well for 90 min at the end of the experiment. Washed and solubilized monolayers were applied to Whatman cellulose filters (Maidstone, England, 3 MM, 2.5 cm diameter). The filters were then washed with trichloroacetic acid (TCA), dried, and evaluated for β-emission in a nonaqueous scintillant (Biosafe NA, RPI, Mount Prospect, IL).

The procedure for $^{3}$H-Tdr incorporation is described in detail elsewhere.[14] $^{3}$H-Tdr was purchased at 1 μCi/μL and 65 Ci/mmol (ICN, Irvine, CA). Cells were pulsed for 45 min at the end of the experiment with 5 μCi/well. Acid insoluble material was extracted from saline and TCA washed monolayers into 6.7 N perchloric acid at 60°C for 30 minutes. Aliquots of 50 μL of the resulting extractants were evaluated for β-emission in aqueous scintillant (Biosafe II).

MTT-f production was measured using histochemical staining and disodium succinate as a substrate; the procedures are described in detail elsewhere.[15] At the end of the experiment, cells were washed with saline, then incubated with the staining solution for 90 min. The formazan dye was extracted in 6.25% v/v 0.1 mol/L NaOH in dimethylsulfoxide (DMSO) from washed and dried monolayers. The amount of formazan was quantified spectrophotometrically at 560 nm. Standards were prepared at concentrations between 0.5 μg/mL and 20 μg/mL from the formazan.

### Calculations

(1) Each of the toxicity parameters (total protein, $^{3}$H-leu incorporation, $^{3}$H-Tdr incorporation, and MTT-f production) were plotted against concentrations of metal cations. The concentration at which the activity of a parameter was reduced to 50% of the control was determined graphically (TC50 values-concentration causing 50% toxicity, see Fig. 1).

(2) A numerical value for the relative 'broadness' of the concentration range over which the toxic effect occurred was developed to allow comparisons between the cations and was determined as follows. The concentration at which 10% depression occurred was subtracted from the concentration at which 90% depression occurred (see Fig. 1). This gave the concentration range over which most of the toxic effect was observed (from 10% to 90%). To allow comparisons between metal cations of different potencies, this number was then divided by the TC50. The resulting unitless number gave an estimate of the relative broadness of the concentrations over which toxicity was seen. For example, a value of 2.1 means that the concentration range over




**Figure 1.** Diagram showing methods for determining TC50 values and relative broadness of toxic effect values.

which most of the toxicity occurred is 2.1 times the 50% inhibitory concentration for that metal cation and that toxicity parameter.

(3) The activity of a parameter was plotted against time for each concentration of metal cation. Each graph had six lines plotted, one for each of the metal cation concentrations tested (including the controls, see Fig. 2). From these graphs, the concentration range in which irreversibility occurred was determined by evaluating the parameter activity between 24 and 48 h. If the activity increased during that period, the effect was defined as reversible. If the activity of the parameter decreased or stayed the same, the effect was




**Figure 2.** Diagram showing methods for determination of reversibility and stimulation effects.

defined as irreversible. It was not possible to determine a specific concentration at which an effect became irreversible because a finite number of concentrations were used. Thus, the narrowest concentration range possible from the plot was selected. For example, in Figure 2 the range for irreversibility is 7–10 ppm, since there was some reversibility at 7 ppm but none at 10 ppm.

(4) The activity vs time plots were also used to determine if 24 h stimulation or 48 h residual stimulation occurred. Twenty-four-hour stimulation was defined as an increase in parameter activity between 0 and 24 h greater than that for the controls. In Figure 2, this effect occurred at 1 ppm. Forty-eight-hour residual stimulation was defined as a recovery from 24 to 48 h greater than that seen in the controls. In Figure 2, this effect occurred at 3 ppm.

(5) Error bars for graphs were determined by computing three standard errors of the mean for the six replicates. These error bars represented approximate 95% confidence intervals based on *t* statistics for these sample sizes. Errors for TC50 values were determined graphically, and represent approximate 95% confidence intervals. Errors for relative broadness calculations were estimated using propagation of error techniques (from TC10, TC50, and TC90 errors). Twenty-four-hour stimulations and 48 h residual stimulations were labeled significant if the 95% confidence interval did not include the control values; they were labeled slight if they were elevated above control values but did not exhibit statistical identity.

## RESULTS

### 50% toxicity concentrations (TC50)

Figure 3 shows an example of the activity–concentration plots. Table I lists the 50% toxicity concentrations for the metal cations. Four TC50 values are shown for each cation, one for each toxicity parameter. The TC50 values are shown in ppm of the metal cation and $\mu$M concentrations; errors are approximately 10%. The focused range experiments were generally used to determine TC50 values since they had the most data points in the areas of rapid change. Specific values for $In^{3+}$ are not shown because $In^{3+}$ exhibited no toxicity up to 50 ppm.

Table I shows that the potency of metal cations varied by 2–3 orders of magnitude. The most potent cation appeared to be $Cd^{2+}$, which exhibited a TC50 of about 0.9 $\mu$M (0.10 ppm) on the average. The least potent cation was $In^{3+}$, which exhibited no toxicity at concentrations below 435 $\mu$M (50 ppm). All potencies were determined based upon a cell target of approximately 32000 cells. The ranking of the potencies depended upon the unit of concentration used for establishing rank; if the cations were ranked by TC50's in ppm (using total protein), then the ranking for the elements was (most potent to least potent):

$$Cd^{2+} > Ag^{1+} > Zn^{2+} > Ni^{2+} > Au^{4+} > Cu^{2+} > Ga^{3+} > Pd^{2+} > In^{3+}.$$




**Figure 3.** Example of an activity–concentration plot ($Ag^{1+}$ using MTT-formazan production to measure activity). This type of plot was used to assess the 50% toxicity values (TC50s) and broadness of toxic effect values. Here $Ag^{1+}$ exhibited a TC50 of 0.63 ppm (5.8 $\mu$M) and a relative broadness value of 1.9.

If, however, $\mu$M was used as the unit of concentration, then the ranking was:

$$Cd^{2+} > Ag^{1+} > Zn^{2+} > Au^{4+} > Ni^{2+} > Pd^{2+} > Cu^{2+} > Ga^{3+} > In^{3+}.$$

The change in potency rank was a result of differences in atomic weights (AW) of the metals and the fact that ppm is a unit based on mass, while $\mu$M is a unit based on numbers of atoms. The latter unit is probably the one of choice because it represented a more realistic assessment of the toxicity of each atom of a metal. The ranks also depended somewhat upon which toxicity parameter was used (TP, $^3$H-Leu, etc.). The above rankings were based upon total protein, but if $^3$H-Tdr incorporation were used, several of the metals ($Cu^{2+}$ or $Ga^{3+}$) would rank as more potent toxins. The best approach was to use the lowest concentration (in $\mu$M) of the four parameters as a measure of potency, since this was the lowest concentration which would cause some disturbance of cell metabolism. When this was done, the ranking was:

$$Cd^{2+} > Ag^{1+} > Zn^{2+} > Cu^{2+} > Ga^{3+} > Au^{4+} > Ni^{2+} > Pd^{2+} > In^{3+}.$$

The relative toxicity broadness values for the cations are shown in Table II. These values were also determined from the activity-concentration curves (as in Fig. 3), and had an approximate error of 20–30%.

TABLE I

50% Toxicity Concentrations in ppm and μM, 24-h Exposure

| Cation | AW | Total Protein (ppm) | Total Protein (μM) | $^3$H-Leu Incorporation (ppm) | $^3$H-Leu Incorporation (μM) | $^3$H-Tdr Incorporation (ppm) | $^3$H-Tdr Incorporation (μM) | MTT-f Production (ppm) | MTT-f Production (μM) |
|---|---|---|---|---|---|---|---|---|---|
| $Ag^{1+}$ | 107.87 | 0.67 | 6.2 | 0.68 | 6.3 | 0.67 | 6.2 | 0.63 | 5.8 |
| $Au^{4+}$ | 196.97 | 21 | 106 | 17 | 86 | 19 | 96 | 18 | 91 |
| $Cd^{2+}$ | 112.41 | 0.13 | 1.2 | 0.07 | 0.7 | 0.05 | 0.4 | 0.12 | 1.1 |
| $Cu^{2+}$ | 63.56 | 25 | 390 | 25 | 390 | 2.8 | 44 | 15 | 240 |
| $Ga^{3+}$ | 69.72 | 32 | 458 | 9.8 | 143 | 4.5 | 65 | 14 | 200 |
| $In^{3+}$ | 114.82 | >50 | >435 | >50 | >435 | >50 | >435 | >50 | >435 |
| $Ni^{2+}$ | 58.69 | 11 | 190 | 10 | 170 | 11 | 190 | 11 | 190 |
| $Pd^{2+}$ | 106.42 | 39 | 370 | 36 | 340 | 32 | 300 | 38 | 360 |
| $Zn^{2+}$ | 65.39 | 1.8 | 28 | 1.6 | 24 | 1.8 | 28 | 1.8 | 28 |

Errors (95% confidence intervals) are approximately 10%.
Values are per 32000 cells at 16000 cells/cm$^2$.

**TABLE II**
**Relative Broadness of Toxicity Range, 24 h Exposure**

| Cation | Tot. Prot. | $^3$H-Leu | $^3$H-Tdr | MTT-f |
|---|---|---|---|---|
| $Ag^{1+}$ | 1.2 | 2.9 | 0.7 | 1.9 |
| $Au^{4+}$ | 1.9 | 2.0 | 1.9 | 2.0 |
| $Cd^{2+}$ | 3.7 | 4.4 | 4.6 | 3.6 |
| $Cu^{2+}$ | 1.6 | 1.8 | 2.8 | 2.4 |
| $Ga^{3+}$ | (6) | 3.9 | 3.6 | (6) |
| $In^{3+}$ | NA | NA | NA | NA |
| $Ni^{2+}$ | 1.6 | 2.7 | 1.9 | 2.7 |
| $Pd^{2+}$ | 1.1 | 0.8 | 1.1 | 1.5 |
| $Zn^{2+}$ | 2.2 | 2.6 | 1.9 | 1.9 |

Values are unitless; errors (95% confidence intervals) are approximately 20–30%.
NA = not applicable
(6) = possibly inaccurate due to extrapolated activity–concentration curve.

The relative toxicity ranges were interesting in several respects. If the 20–30% error is taken into consideration, the magnitudes of these ranges did not vary much for the four toxicity parameters for $Au^{4+}$, $Cd^{2+}$, $Pd^{2+}$, or $Zn^{2+}$. Differences did occur from parameter to parameter in some elements ($Ag^{1+}$, $Cu^{2+}$, $Ga^{3+}$, and $Ni^{2+}$), but no overall pattern to these variations was evident. When comparisons are made between metals, differences can also be seen. For example, the relative broadness for $Pd^{2+}$ averaged about 1.2 (no units), while for $Cd^{2+}$ it was about 4.0. Thus, the range over which a metal cation caused the precipitous drop in cellular functions did seem to depend upon the cation involved. It is interesting to note that this range did not appear to correlate with the potency of the cation's toxicity. $Cd^{2+}$, which had relatively high potency, had a broader range; $Ag^{1+}$, which was also quite potent, had a narrower relative range.

## Reversibility

Figure 4 shows an example of the activity time plots used to assess reversibility of the toxic reactions, and Table III lists the reversibility ranges determined from these curves. The reversibility ranges shown in Table III generally encompassed the TC50 values. Within each element they were largely the same for all toxicity parameters, except for $Cu^{2+}$ and $Ga^{3+}$, which both showed lower reversibility ranges for $^3$H-Tdr incorporation. These cations also exhibited lower TC50 values for this toxicity parameter.

## Stimulation effects

Two stimulatory effects were noted. The first effect was a stimulation of the activity of a toxicity parameter in the presence of the metal cation (between 0 and 24 h), usually at concentrations below the TC50. Figure 5 shows an example of such an effect for $Ni^{2+}$ ($^3$H-Tdr incorporation). Table IV lists the




**Figure 4.** Example of an activity–time plot ($Cd^{2+}$ using total protein to measure activity). This type of plot was used to assess reversibility and stimulation effects. The point of irreversible cytotoxicity was between 0.1 and 0.5 ppm. Forty-eight-hour stimulation effect evident at 0.01 ppm; the effect was small but statistically significant ($p = 0.05$). Error bars for 0.50 and 1.00 ppm concentrations were too small to illustrate.

**TABLE III**
**Reversibility Concentration Ranges 24-h Exposure, 24-h Recovery, in µM**

| Cation | Tot. Prot. µM | $^3$H-Leu µM | $^3$H-Tdr µM | MTT-f µM |
|---|---|---|---|---|
| $Ag^{1+}$ | NA | NA | NA | NA |
| $Au^{4+}$ | 50–250 | 50–250 | 50–250 | 50–250 |
| $Cd^{2+}$ | 0.9–4.4 | 0.9–4.4 | 0.9–4.4 | 0.9–4.4 |
| $Cu^{2+}$ | 160–790 | 160–790 | 16–79 | 160–790 |
| $Ga^{3+}$ | 140–215 | 140–215 | 70–140 | 140–215 |
| $In^{3+}$ | NA | NA | NA | NA |
| $Ni^{2+}$ | 85–260 | 85–260 | 85–260 | 85–260 |
| $Pd^{2+}$ | 230–470 | 230–470 | 230–470 | 230–470 |
| $Zn^{2+}$ | 15–75 | 15–75 | 15–75 | 15–75 |

NA = not available.
Values are in µM, per 32000 cells at 16000 cells/cm$^2$.




**Figure 5.** Example of 24-h stimulation effect for $Ni^{2+}$ using $^3$H-Tdr incorporation to measure activity. Small but statistically significant ($p = 0.05$) stimulations above controls were evident at 1.0 and 5.0 ppm at 24 h. Error bars for 15- and 30-ppm concentrations were too small to illustrate.

24-h stimulation effects observed in these experiments. The effects are listed at the concentrations at which they occurred. Generally, these effects immediately preceded the precipitous drop in activity which followed at higher concentrations.

The second stimulatory effect was a residual stimulation which some metallic cations seemed to exhibit after the medium containing the metal cations had been removed from the medium. An example of this type of effect is shown in Figure 4. Table IV lists all of the 48-h residual stimulation effects which were observed.

The 24-h stimulation and 48-h residual stimulation values shown in Table IV were the least certain parameters. They were probably not artifacts since the effects were seen in a number of experiments with a number of different cations. However, there appeared to be little pattern to their occurrence from metal to metal or within the toxicity parameters of a given metal. The only generalization which appeared to be apt was the fact that concentrations of metal cations which caused the 24-h stimulatory effects were always slightly lower than TC50 values, and often just preceded the concentrations causing precipitous toxicity. Concentrations which caused 48-h

TABLE IV
24-h Stimulation Effects and 48-h Residual Stimulation Effects 24-h Exposure, 24-h Recovery, in $\mu$M

| | | 24-h Stimulation | | | | 48-h Residual Stimulation | | | |
|---|---|---|---|---|---|---|---|---|---|
| Cation | AW | TP | $^3$H-Leu | $^3$H-Tdr | MTT-f | TP | $^3$H-Leu | $^3$H-Tdr | MTT-f |
| $Ag^{1+}$ | 107.87 | N | N | 0.9 sl | N | NA | NA | NA | NA |
| $Au^{4+}$ | 196.97 | 5,25 sl | N | N | N | N | 5,25 sig | N | 5 sl, 25 sig |
| $Cd^{2+}$ | 112.41 | N | N | N | N | 0.1 sig | 0.1 sl | N | 0.1 sig |
| $Cu^{2+}$ | 63.56 | 15,80 sig | 15,80 sig | 15 sig | N | N | N | N | N |
| $Ga^{3+}$ | 69.72 | 5,15 sl | N | 5 sl | N | N | N | N | N |
| $In^{3+}$ | 114.82 | NA | NA | NA | NA | NA | NA | NA | NA |
| $Ni^{2+}$ | 58.69 | N | N | 15,85 sig | 15 sig | 15 sig | N | 2 sig | N |
| $Pd^{2+}$ | 106.42 | N | N | N | N | N | N | N | N |
| $Zn^{2+}$ | 65.39 | N | N | N | N | 2,7.5, 15 sig | 2,7.5, 15 sig | N | N |

Values are in $\mu$M.
N = not observed, NA = not available.
sl = Slight effect (not statistically significant at $p = 0.05$), sig = significant effect ($p = 0.05$).

residual stimulations were usually significantly lower than the TC50 concentrations.

## DISCUSSION

### Adequacy of experiments

Baseline levels of all the toxicity parameters were assessed at 0 h to assure that cells had unrestricted growth potential during the entire experiment. By establishing these baselines, the activity of the controls could be followed throughout the experiment to confirm that potential for increase existed. Figure 5 was typical of most experiments in that it established that growth of controls was unrestricted for 72 h. It is impossible to tell if a growth restriction had started at 72 h without readings after 72 h. Preliminary experiments had established that growth could occur somewhat longer than 72 h at these plating densities. Thus, it appeared that the growth potential of the controls was adequate.

A second major area of concern was reproducibility. Reproducibility of the experiments was assessed by comparing the activity–concentration curves (as a percentage of the control values for each experiment) for both broad and focus range experiments on the same graph. By using percentages, variations caused by differences in cell populations could be minimized. The example in Figure 6 was typical of such a comparison in that it showed adequate agreement.

The potential toxicity of the anions associated with the metal cations was also a concern. Anion concentrations reached levels of 500 ppm in the $In^{3+}$ and $Ga^{3+}$ experiments which used atomic absorption standards as a source of metal cations. The toxicity of the anions was tested by applying solutions of the sodium salts as potential toxins. Chloride, sulfate, and nitrate anions at concentrations of 1000, 50, and 1000 ppm, respectively, were tested for their effect on all toxicity parameters. These experiments showed no evidence of anion toxicity at these concentrations. Since anion concentrations were below these concentrations in all metal cation experiments, any toxic effects observed were not attributed to the anions.

### TC50 values/reversibility

The ranking of metal cation potency (Table I) was somewhat arbitrary depending upon the parameter and units chosen. The absolute toxicities are probably more important than rankings, since it is absolute TC50, rather than its rank among other metals, which would be important in determining whether ions released would cause a problem.

It was interesting that potency did not correlate well with the AW (Table I). For example, $Au^{4+}$, the heaviest metal (AW = 196), was not nearly as potent as $Cd^{2+}$ (AW = 112) or $Zn^{2+}$ (AW = 65). Also, $In^{3+}$ and $Cd^{2+}$, which had very




**Figure 6.** A typical example of comparison of broad range and focused range experimental results for $Ag^{1+}$ using $^3$H-Leu incorporation to measure activity. The results for the two experiments are in agreement.

similar atomic weights had different potencies. Thus, the common belief that "heavy metals" intrinsically exhibit highly potent toxic effect did not appear to be true for these metals.

In most instances, the TC50's for the four toxicity parameters were roughly equivalent for a given metal. Thus, the TC50 for $Ni^{2+}$ appeared to be 170-190 $\mu$M regardless of which parameter was used as an indicator (Table I). However, for $Cd^{2+}$, $Cu^{2+}$, and $Ga^{3+}$, there were significant differences in the magnitudes of the TC50's for the different toxicity parameters. In these latter cases, $^3$H-Tdr incorporation appeared to be the most sensitive of the parameters. The cause of this disparity is unknown, but it might have been simply a function of the rate of the toxic effect and the time of exposure.

The observation that all of the toxicity parameters ultimately reacted negatively to the metal cations supported the idea that the ions exerted nonspecific toxicity in the cell. Unlike a pharmacological agent, which might exert an effect on a specific aspect of cellular metabolism, these ions affected several aspects of cellular metabolism, including the ability to attach to the polystyrene surface. This observation was not surprising, since these ions probably exerted their toxic effects via a multitude of nonspecific binding sites, as well as some specific binding sites.[16] It is possible that the potency of a metal cation depended upon the nature and number of these interactions.

It may be that there was some relation between the TC50 and the reversibility of a toxic effect since the reversibility ranges generally encompassed the TC50's. These measurements were made on a population of cells and thus it was difficult to know what reversibility meant in terms of a single cell exposed to a cation. Thus, these population reversibility ranges did not provide information on single cell reversibility. Individually, some cells may have reacted quite irreversibly to even very low concentrations of these metals. If individual cells reacted to the cations at different rates (because of differences in cell cycle, division rate, or degree of spreading), this individual effect would be masked because other cells which reacted more slowly to the cation would continue to multiply once the cation was removed; the net effect observed would then be reversibility. However, these reversibility values are informative in that they do show that, as a population, the cells can recover from an exposure to a metal cation.

The explanation for the apparent random occurrence of the 24-h stimulation and 48-h residual stimulation values may have stemmed from their ephemeral nature. It is possible that such stimulation effects were either an attempt to combat toxicity or a consequence of a loss of metabolic balance resulting from the initial stages of toxicity. In either case, the effects would have been transient as the toxic effect gradually pervaded other aspects of cellular metabolism. Given the relatively simple population assessments used in these studies, such ephemeral effects would only be observed if the toxicity assessment caught the effect at its peak.

Comparisons with previous investigations were of limited value because of the diverse experimental conditions employed. For example, Jowett et al. found that $Zn^{2+}$ did not cause significant cell death at 20 ppm in an organ culture model,[10] but Leirskar found a 96% decrease in cell number with 10 ppm $Zn^{2+}$ (human epithelial cells),[17] and this study found a 50% decrease in total protein with as little as 1.8 ppm and 100% decrease with 2.5 ppm. One of the reasons for performing this study was test common casting alloy elements under similar conditions to allow valid comparisons.

## CONCLUSIONS

(1) All metal cations tested ($Ag^{1+}$, $Au^{4+}$, $Cd^{2+}$, $Cu^{2+}$, $Ga^{3+}$, $In^{3+}$, $Ni^{2+}$, $Pd^{2+}$, and $Zn^{2+}$) except $In^{3+}$ exhibited toxicity as measured by total protein, $^3$H-leucine incorporation, $^3$H-thymidine incorporation, and MTT-formazan production. Toxicity was nonspecific in that all toxicity parameters were ultimately affected by all toxic metal cations. Indium was not toxic below 435 $\mu$M (50 ppm).

(2) Potency range of metal cation toxicity spanned 2–3 orders of magnitude. The rank for potency (most toxic to least toxic; based on the most sensitive cellular parameter) was:

$$Cd^{2+} > Ag^{1+} > Zn^{2+} > Cu^{2+} > Ga^{3+}, > Au^{4+} > Ni^{2+} > Pd^{2+} > In^{3+}.$$

$Cd^{2+}$ showed a 50% toxicity (TC50) of 0.4 μM (0.05 ppm) while $Pd^{2+}$ showed a TC50 of 300 μM (32 ppm). $In^{3+}$ was not toxic at 435 μM (50 ppm).

(3) All toxic effects were reversible at concentrations near the TC50 concentrations. Reversibility was assessed on a population of cells, not on individual cells.

(4) At concentrations below the TC50s, several cations showed stimulation effects on the cell populations. Stimulations occurred either during exposure to the cations (24-h stimulations), or during the 24-h period after removal of the cations (48-h residual stimulations).

The authors would like to express appreciation to Susan Strawn and Jackie Dahlgren for their assistance during these investigations, and to the NIDR for their support of this work (NIDR Grant 5 T32 DE07057).

## References


1. D.C. Wright, R. F. Gallant, and L. Spangberg, "Correlation of corrosion behavior and cytotoxicity in Au-Cu-Ag ternary alloys," *J. Biomed. Mater. Res.*, 16, 509–517 (1982).
2. L. Niemi, and A. Hensten-Pettersen, "*In-vitro* cytotoxicity of Ag-Pd-Cu based casting alloys," *J. Biomed. Mater. Res.*, 19, 549–561 (1985).
3. P. Exbrayat, M. L. Couble, and H. Magliore, "Evaluation of the biocompatibility of a Ni-Cr-Mo dental alloy with human gingival explant cultures *in-vitro*," *Biomaterials*, 8, 385–392 (1987).
4. J. D. Bumgardner, L.C. Lucas, and A. B. Tilden, "Toxicity of Cu-based dental alloys in cell culture," *J. Biomed. Mater. Res.*, 23, 1103–1114 (1989).
5. R.G. Craig and C.T. Hanks, "Cytotoxicity of experimental casting alloys evaluated by cell culture tests," *J. Dent. Res.*, 69, 1539–1542 (1990).
6. J.C. Heath, "The effect of Co on mitosis in tissue culture," *Exp. Cell Res.*, 6, 311–320 (1954).
7. N. Jacobsen, "Epithelial-like cells in culture derived from human gingival response to Ni," *Scand. J. Dent. Res.*, 85, 567–574 (1977).
8. M. Costa, "Levels of ornithine decarboxylase activation used as a simple marker of metal induced growth arrest in tissue culture," *Life Sci.*, 24, 705–714 (1979).
9. H. Babich, C. Shopsis, and E. Borenfreund, "*In-vitro* cytotoxicity testing of aquatic pollutants (Cd,Cu, Zn, and Ni) using established fish cell lines," *Ecotox. and Environ. Safety*, 11, 91–99 (1986).
10. A. K. Jowett, M. W. Ferguson, and E.C. Combe, "*In-vitro* biocompatibility testing: a new organ culture model," *J. Dent.*, 16, 55–65 (1988).
11. Y. Itakura, T. Tajima, S. Ohoke, J. Matsuzawa, H. Sudo, and S. Yamamoto, "Osteocompatibility of platinum-plated titanium assessed *in vitro*," *Biomaterials*, 10, 489–493 (1989).
12. R.C. Goldschmidt and H. K. Kimelberg, "Protein analysis of mammalian cells in monolayer culture using the bicinchoninic assay," *Anal. Biochem.*, 177, 41–45 (1989).
13. B. D. Harmes and S. J. Higgins, *Transcription and Translation*, Oxford IRL Press, Washington D.C., 1984, p. 188.
14. L. F. Congote, J. Theberge, L. Mazza, and Q. Li, "Assay for thymidine incorporation into anchorage dependent or independent cells without filtration or cell harvesting," *J. Tiss. Cult. Meth.*, 12, 47–51 (1989).
15. A.G. Pearse, *Histochemistry: Theoretical and Applied, Vol. 2*, Williams & Wilkins, Baltimore, 1972, Chapter 20.

16. D.F. Williams (ed.), *Fundamental Aspects of Biocompatibility, Vol. 2*, CRC Press, Boca Raton, 1981, Chap. 2.
17. J. Leirskar, "On the mechanisms of cytotoxicity of silver and copper amalgams in a cell culture system," *Scand. J. Dent. Res.*, **82**, 74–81 (1982).


Received October 3, 1990
Accepted March 15, 1991

THIS IS **EXHIBIT "C"** TO THE AFFIDAVIT OF
**KEVIN E. HEALY, Ph.D.,**
SWORN FEBRUARY 20, 2003

Subscribed and sworn to by Kevin E. Healy on February 20, 2003.

Samuel C. Vaughn
Notary Public
Samuel C. Vaughn

SAMUEL C. VAUGHN
COMM. # 1247289
NOTARY PUBLIC-CALIFORNIA
CONTRA COSTA COUNTY
COMM. EXP. DEC. 26, 2003

M

Pergamon

0306-3623(94)00134-0

Gen. Pharmac. Vol. 25, No. 8, pp. 1621–1633, 1994
Copyright © 1994 Elsevier Science Ltd
Printed in Great Britain. All rights reserved
0306-3623/94 $7.00 + 0.00

# Cytotoxicity and Accumulation of Hg, Ag, Cd, Cu, Pb and Zn in Human Peripheral T and B Lymphocytes and Monocytes *In Vitro*

I-L. STEFFENSEN,[1]* O. J. MESNA,[1] E. ANDRUCHOW,[1] E. NAMORK,[1] K. HYLLAND[2] and R. A. ANDERSEN[1]

[1]*Department of Environmental Medicine, National Institute of Public Health, Geitmyrsveien 75, N-0462 Oslo, Norway and* [2]*Norwegian Institute for Water Research, P.O. Box 69, N-0808 Oslo, Norway [Tel: 47 22 04 2200; Fax: 47 22 35 3605]*

*(Received 24 March 1994)*

**Abstract**—1. The cytotoxic effects of various heavy metals were assayed by trypan blue exclusion *in vitro* in human peripheral immune cells separated to high purity. T and B lymphocytes and monocytes were equally sensitive to metals. The individual metals could be ranked in the following decreasing order of cytotoxic potency, Hg ≈ Ag > Cd ≈ Cu > Pb ≈ Zn, based on exposure time and concentration needed to give a particular percentage of dead cells.

2. The cytotoxic effects became irreversible after about 13 hr of metal exposure.

3. Examination by scanning electron microscopy showed that the heavy metals caused serious destruction of the cell membranes.

4. Solubility and uptake of metals into the cells were studied and discussed in relation to the cytotoxic effects. It was concluded that metal binding to cell surfaces or precipitate formation could inhibit ordinary uptake, thereby affecting cytotoxicity. For Pb in monocytes this appeared to lead to uptake of non-toxic complexes, probably by phagocytosis.

**Key Words:** Heavy metals, human T lymphocytes, B lymphocytes, monocytes, cytotoxicity, accumulation

## INTRODUCTION

Besides disturbing the complex interregulatory communication network between different populations of immune cells in terms of cell to cell contacts and soluble signal molecules, leading to impaired immune functions (Descotes, 1986; Dayan *et al.*, 1990), the heavy metals may have direct cytotoxic effects on these cells. Unfortunately, the underlying mechanisms for cytotoxicity induced by most metals are still not clear (Vallee and Ulmer, 1972; Goyer, 1986). On the other hand, Zn and possibly Cu are necessary for normal functioning of the immune system (Koller, 1980).

Only a few studies have been performed on the cytotoxic effects of heavy metals on immune cells (Enger *et al.*, 1983; Harley *et al.*, 1989; Borella *et al.*, 1990; Yamada and Koizumi, 1991). Particularly, there is a lack of comparative cytotoxicity data for the various populations of immune cells, involving several heavy metals studied in the same system. Different methods used to isolate populations of immune cells leading to varying degrees of homogeneity, and different end points used as indication of cytotoxicity, have made it difficult to compare dose–response relationships between various immune cell types and for different metals.

In this work we have determined and compared the *in vitro* cytotoxic effects of six common heavy metals on the main effector cell populations of the human immune system, i.e. T and B lymphocytes and monocytes, separated to high purity. Heavy metals may exert their cytotoxic effect by damaging cell membranes (Vallee and Ulmer, 1972; Stacey *et al.*, 1980). Trypan blue exclusion was therefore chosen as the end point for cytotoxicity, being a well-established, easy to perform and reliable criterion for plasma membrane integrity, and thereby viability (Müller,

*To whom all correspondence should be addressed.

1984). As an alternative method, scanning electron microscopy was used to visualize the effect of Cd on T lymphocytes. To determine the relationship between the cytotoxic effect and the amount of metal taken up in the cells, metal accumulation was measured by atomic absorption spectrometry.

## MATERIALS AND METHODS

### *Chemicals*

Lymphoprep™, NycoPrep™ 1.068 and Dextran 500 were purchased from Nycomed A/S, Oslo, Norway. Dynabeads™ M-450 Pan B came from Dynal A/S, Oslo, Norway. Hanks' balanced salt solution, RPMI (Roswell Park Memorial Institute) 1640 culture medium and penicillin/streptomycin were from Gibco, Bethesda Research Laboratories, MD, U.S.A. The mouse antibodies against CD3 and CD19 were from Becton Dickinson Immunocytometry Systems, CA, U.S.A., anti-CD2 antibody from Coulter Corporation, FL, U.S.A. and anti-CD14 antibody from Orthomune, Ortho Diagnostic Systems, Beerse, Belgium. Sheep-anti-mouse secondary antibody was made by Terje Michaelsen, Ph.D., National Institute of Public Health, Oslo, Norway. Fluorescein-isothiocyanate was from Pierce, Rockford, IL, U.S.A. Bovine serum albumin (BSA) was bought from Amtec Diagnostic International Inc., Conroe, TX, U.S.A. Fetal calf serum was from Flow Laboratories, Irvine, Scotland. Trypan blue, acridine orange, ethidium bromide and propidium iodide were from Sigma Chemical Co., St Louis, MO, U.S.A. Ethylenedinitrilo tetraacetic acid disodium salt dihydrate (EDTA, Titriplex III), $HNO_3$, KOH and $K_2Cr_2O_7$ were from E. Merck, Darmstadt, Germany. Ultrapure $HNO_3$ was bought from Chem Scan A/S, Elverum, Norway. $Zn(CH_3COO)_2 \cdot 2H_2O$, $Cd(CH_3COO)_2 \cdot 2H_2O$ and $Pb(NO_3)_2$ were also from Sigma Chemical Co., while $CuSO_4 \cdot 5H_2O$, $AgNO_3$ and $HgCl_2$ were bought from E. Merck, all analytical grade.

Stock solutions of the heavy metals were made up in sterile distilled water. The concentrations of metals in these stock solutions were found to be 91, 93, 94, 95, 100 and 100% of the theoretical concentrations for Zn, Cd, Cu, Ag, Pb and Hg, respectively, analysed by atomic absorption spectrometry. When referring to exposure concentrations of heavy metals, the nominal values are used (Figs 1–4 and Table 3). However, the determined threshold and $LC_{50}$ concentrations (Tables 1 and 2) are corrected according to the measured values.

### *Isolation of mononuclear cells (MNC)*

Fresh, heparinized peripheral blood obtained by venipuncture from healthy, adult human volunteers of both sexes, or buffy coats (MNC enriched blood fractions) from normal blood donors at the Blood Bank, Ullevål Hospital, Oslo, Norway, were used. Different blood donors were used in the experiments, but the same donor was used in individual cytotoxicity and accumulation experiments for each heavy metal.

MNC were mainly isolated according to the method of Bøyum (1968). In brief, the blood or buffy coat was mixed 1:1 with 0.9% (w/v) NaCl and layered carefully on top of a Ficoll-sodium metrizoate density gradient (Lymphoprep™; Ficoll 5.6% (w/v), sodium metrizoate 9.6% (w/v) with density $1.077 \pm 0.001$ g/ml and osmolality 300 mOsm) and centrifuged at 360 *g* for 20 min at ambient temperature. The MNC in the interface were collected and washed in Hanks' balanced salt solution, suspended in RPMI 1640 medium and counted on a Coulter Counter (Coulter Electronics Ltd., Luton, England).

Preliminary experiments were performed to optimize the procedures for isolation of individual cell populations from MNC. The following procedures, giving the stated purity, were applied throughout the study.

### *Isolation of T lymphocytes*

T lymphocytes were isolated by passage of maximum $60 \times 10^6$ MNC, suspended in 2 ml RPMI 1640 medium supplemented with 10% AB serum (heat-inactivated at 56°C for 30 min), through a 5 ml plastic syringe filled with 0.5 g nylon wool (LP-1 Leuko-Pak Leukocyte Filters, Fenwal Laboratories, IL, U.S.A.). The nylon wool was washed with 0.2 M HCl, 70% ethanol, distilled water and dried. Prior to isolation, the syringe with nylon wool filled with RPMI 1640 medium, was incubated for 15 min at 37°C and in 5% $CO_2$ in humidified atmosphere. Nylon wool holds back adherent cells, i.e. monocytes/macrophages and B lymphocytes (Wisløff and Frøland, 1973). The collected T lymphocytes were suspended in RPMI 1640 and counted. Analysis by flow cytometry (Epics-profile II, Coulter Corporation, FL, U.S.A.), using fluorescein isothiocyanate (FITC)-conjugated sheep-anti-mouse secondary antibody, showed that the isolated cell suspension contained mean values of 95, 98, 2 and 0.2% CD3, CD2, CD19 and CD14 positive cells, identifying T lymphocytes, T lymphocytes + natural killer (NK) cells, B lymphocytes and monocytes/macrophages, respectively (Barclay *et al.*, 1993).

### *Isolation of B lymphocytes*

B lymphocytes were isolated by incubation of MNC with magnetizable polystyrene beads coated with IgM monoclonal antibody specific for the CD19

antigen on human B lymphocytes (Dynabeads™ M-450 Pan B), according to manufacturer's instructions. The beads were prewashed 5 times in RPMI 1640 medium with 1% AB serum just before use. The cell suspension was kept on ice to prevent attachment of phagocytic cells to the beads. Three beads per expected B lymphocyte were used. After gentle shaking for 1 hr at 4°C, the rosetted cells were isolated by a magnetic particle concentrator (Dynal MPC™ 1, Dynal A/S) and washed in RPMI 1640/1% AB serum. The rosetted cells were incubated overnight at 37°C and 5% $CO_2$ in humidified atmosphere, to detach them from the beads. After moderately vigorous pipetting, the cells were isolated with the magnetic particle concentrator, collected, suspended in RPMI 1640 and counted. Flow cytometric analysis showed mean values of 99% CD19 and 1% CD3 positive cells by using this procedure.

*Isolation of monocytes*

For isolation of monocytes the blood was collected in Vacutainer tubes containing EDTA as anticoagulant. Ten parts of EDTA-blood were mixed with one part of 6% (w/v) Dextran 500 in 0.9% (w/v) NaCl. The mixture was then kept in 50 ml beakers for 40 min at ambient temperature for erythrocytes to settle. The plasma layer containing leukocytes was collected, and 6 ml of this suspension was carefully layered upon 3 ml NycoPrep™ 1.068 (13.0% (w/v) Nycodenz (*N,N'*-bis (2,3-dihydroxypropyl)-5-[*N*-(2,3-dihydroxypropyl) acetamido]-2,4,6-triiodo-isophtalamide), 0.58% (w/v) NaCl, 5 mM Tricine/NaOH (pH 7.4)) with density 1.068 ± 0.001 g/ml (20°C) and osmolality 335 ± 5 mOsm (Bøyum, 1983), in a glass tube. After centrifugation at 600 *g* for 15 min at ambient temperature, the clear plasma on top was removed down to about 3–4 mm above the interface and discarded. The remaining plasma and all the NycoPrep solution to just above the red cell pellet, was collected and transferred to another tube, subsequently filled with 0.9% (w/v) NaCl containing 0.13% (w/v) EDTA and 1% BSA, for 10 min centrifugation at 600 *g*. The supernatant was discarded and the cell pellet resuspended and centrifuged again in the EDTA/BSA/saline solution. To remove the platelets, the resuspended cells in 1 ml of this solution were layered over 3 ml platelet free autologous EDTA-plasma and centrifuged at 50 *g* for 15 min. The supernatant containing the platelets was discarded, and the cell pellet containing the monocytes resuspended in RPMI 1640 and counted. Flow cytometric analysis showed mean values of 98% CD14 positive cells and 2% CD3·CD19 positive cells after this procedure.

*Cell cultures*

B lymphocytes were exposed to heavy metal the day after isolation, because they had to be incubated overnight to shed the beads, whereas T lymphocytes and monocytes were treated immediately after isolation. Cells at a concentration of $10^6$/ml, were cultured in a total volume of 200 µl of RPMI 1640 medium containing 2 mM L-glutamine, 10% AB serum, 1% penicillin/streptomycin and the appropriate dilutions of metals, or medium for controls. Incubations were performed in u-formed wells in microtiter plates (Costar, Cambridge, England), at 37°C and 5% $CO_2$ in humidified atmosphere. At the end of the incubation period the cells were harvested by vigorous resuspension with a pipette.

The culture medium was not changed during the incubation period, lasting up to 5 days in some of the experiments, contributing to the increased number of dead cells found for longer incubation times. This was corrected by comparing metal-exposed cells with non-exposed cells in the dose-response curves (Fig. 1), and by adjusting the values found for controls to 100% survival when calculating threshold and $LC_{50}$ concentrations (Tables 1 and 2). The possible consequences of cell divisions were not accounted for.

*Measurement of cytotoxicity*

Cell viability was evaluated with trypan blue (0.2% (w/v) in final solution) in light microscope (Nikon Labophot-2, Nikon, Tokyo, Japan), acridine orange (0.00012% (w/v))/ethidium bromide (0.0003% (w/v)) in epifluorescence microscope with xenon lamp (Leitz Ortholux II, Ernst Leitz Wetzlar GmbH, Wetzlar, Germany) and with propidium iodide (0.001% (w/v)) by flow cytometry.

The results are given as % viable cells calculated as follows: number of viable cells · 100/number of viable cells + number of dead cells. $LC_{50}$ values are defined in the present work as the heavy metal concentrations that give 50% cell death. Threshold concentration values, defined as the concentrations for which survival began to decrease rapidly and exponentially, were obtained by extrapolating a line drawn through the plotted values for those concentrations to 100% survival (Fig. 1).

*Studies of the reversibility of the cytotoxic action of heavy metals*

After incubation for different periods of time, the microtiter plates were centrifuged at 360 *g* for 10 min. The supernatant in the wells was removed by a pipette and discarded, and 200 µl of new culture medium; RPMI 1640 with 10% AB serum and 1%

penicillin–streptomycin, with and without metal present, was added to two sets of parallel cultures. This procedure was repeated once. The cultures were then reincubated for 24 hr before assessment of cytotoxicity by trypan blue exclusion. Two changes of culture medium were found to reduce the metal concentrations below cytotoxic levels in the cultures, without causing cell loss (data not shown).

*Scanning electron microscopy*

Suspensions of T lymphocytes exposed to various concentrations of Cd were sedimented onto mica chips coated with poly-L-lysine and fixed in 2.5% glutaraldehyde. After washing in phosphate buffered saline (PBS), the specimens were dehydrated in a graded series of ethanol concentrations from 70 to 100%, before drying from $CO_2$ in a critical point drier (Balzers Union, Liechtenstein). Finally, the specimens were coated and mounted for electron microscopy. Specimens imaged with secondary electrons were coated with 15 nm of platinum to reveal cell surface morphology [Fig. 2(a, b, c)], while specimens imaged with backscattered electrons (BEI), also called atomic number contrast, were coated with 5–6 nm of carbon. Since the atomic number of carbon is considerably lower than that of Cd, the backscatter signal from Cd present is strong in comparison and easily recognized [Fig. 2(d)]. The specimens were inspected in a scanning electron microscope (Model JSM 840, Japan Electron Optical Laboratory (Jeol), Tokyo, Japan), equipped with a solid state backscatter detector.

*EDTA treatment of cells prior to metal measurements*

Chelating agents, such as EDTA, have often been used to remove non-internalized metals in uptake studies (a.o. Failla and Cousins, 1978). EDTA has high affinity towards metal ions, although varying for individual metals (Sillén and Martell, 1971). The relative stabilities of EDTA complexes at pH 7 are reported as Cu > Pb > Zn, Cd > Hg (Mellow, 1979). Treatment with EDTA chelates heavy metal ions attached to the cell surface, thereby forming complexes unable to penetrate the cell membrane (Foreman and Trujillo, 1954; Failla and Cousins, 1978; Catsch and Harmuth-Hoene, 1979; Foulkes, 1988). Uptake was therefore presently defined as metal measured after harvesting in the presence of EDTA, and these values were used in comparisons between the cell types. We found no cytotoxic effect of the EDTA concentration (10 mM) used in these experiments, when tested by trypan blue exclusion (data not shown). The same conclusion was drawn by Herd *et al.* (1987) for human lymphoid cell lines, using both trypan blue exclusion and lactate dehydrogenase leakage.

Heavy metal accumulation in the immune cell subpopulations was studied after 24 hr. During this time period cytotoxicity could be observed for higher concentrations of the metals tested, without disturbance of irrelevant cell death due to deranged cell culture conditions. The cells were cultured as already described, in two parallel sets of four wells for each metal concentration. In addition, cell cultures were included for calculating loss of cells due to adherence to the microtiter plates.

The procedure described below was found to be effective in removing non-internalized metals. Cell loss was markedly enhanced with increased number of washes. At the end of the exposure period, the microtiter plates were centrifuged at 360 *g* for 10 min for removal of well supernatants. Then 200 $\mu$l PBS was added to each well, including 10 mM EDTA in one of the two parallel sets. Thereafter, the cell pellets were resuspended by careful pipetting. After incubation for 30 min the microtiter plates were again centrifuged and the supernatants discarded. The cells were then washed twice with 200 $\mu$l PBS to remove any EDTA–metal complexes formed. Finally, the cell pellets were resuspended in 50 $\mu$l PBS, transferred to acid-washed 1.5 ml polypropylene Eppendorf tubes (Greiner GmbH, Frickenhausen, Germany), and frozen at $-20$°C pending metal determination by atomic absorption spectrometry.

*Heavy metal determination by atomic absorption spectrometry*

All equipment used was soaked in 10% $HNO_3$ over night, washed six times in tap water and then three times with analytical grade water containing less than 0.001 mg/l of heavy metals (Elgastat Spectrum apparatus, Elga Ltd., High Wycombe, Buckinghamshire, England).

For complete mineralization of organic material, 100 $\mu$l ultrapure 65% $HNO_3$ was added to the thawed cell samples to be analysed for Zn, Cd, Cu, Ag and Pb, before heat treatment for 15 min at 60°C. The analytical grade water was added to a total of 1 ml. The thawed samples containing Hg were preserved with 0.5 ml 2% $K_2Cr_2O_7$ in 65% $HNO_3$. Analytical grade water was added to a total of 10 ml before heat treatment for 2 hr at 105°C in this case.

The metals, except Hg, were analysed by atomic absorption spectrometry (Perkin-Elmer 5100 PC with Zeeman correction, Perkin-Elmer Ltd., CT, U.S.A.). The flame method or electrothermal atomization in a graphite tube furnace were used, depending on the actual concentrations. Analysis of Hg was performed by cold-vapour technique with the Mercury Hydride System (MHS 20, Perkin-Elmer 460 instrument) or by the flame method for concentrations > 5 mg/l. The

detection limits were 0.02 $\mu$M for Zn and Cu, 0.001 $\mu$M for Cd, 0.005 $\mu$M for Ag and 0.002 $\mu$M for Pb measured with the electrothermal atomization method, and 0.0002 $\mu$M for Hg in the MHS system. Controls consisting of metal salts with different anions than in the sample to be analysed were included in the analyses. Quality control was assured by currently participation in interlaboratory calibrations.

*Background levels of heavy metals*

Blood was collected in Vacutainer tubes (Becton Dickinson Co., Meylan Cedex, France) or blood bags (Baxter Health Care Corp., Fenwal Division, Deerfield, IL, U.S.A.) containing anticoagulants without heavy metal preservatives. Background metal content in cell culture media was also tested by atomic absorption spectrometry. RPMI 1640 medium contained (mean ± SD) 2.45 ± 0.9 $\mu$M Zn, 0.05 ± 0.1 $\mu$M Cu and less than 0.05 $\mu$M of the other metals. The AB serum contained 15.8 ± 4.3 $\mu$M Zn and 18.1 ± 1.1 $\mu$M Cu, which is in accordance with normal values (Elinder, 1986; Aaseth and Norseth, 1986, with references). Diluted to 10% in the cell culture media, this amounts to a concentration below 2 $\mu$M of each. The other metals mentioned above




Fig. 1. Dose responses of heavy metal cytotoxicity assayed by trypan blue exclusion in subpopulations of human peripheral MNC after various exposure times. (a) Zn, (b) Cd, (c) Cu, (d) Ag, (e) Hg and (f) Pb, in either T lymphocytes, B lymphocytes or monocytes. The data points are the means of 3–7, 2 and 3 independent experiments, for T lymphocytes, B lymphocytes and monocytes, respectively. For the sake of clarity, the SD values are omitted in the figure, being on an average less than 10% for all three cell types.

CP 25/9—O

Table 1. Threshold concentrations for cytotoxicity of heavy metals in primary human T lymphocytes (T), B lymphocytes (B) and monocytes (M), determined after 24 hr exposure

| | Heavy metal (μM) | | | | | |
|---|---|---|---|---|---|---|
| Cell type | Zn | Cd | Cu | Ag | Pb | Hg |
| T | 857[1] | 81 | 81 | 22 | —* | 21 |
| | (769–989)[2] (4)[3] | (69–97) (7) | (60–96) (3) | (9.9–45) (3) | (3) | (8.7–46) (3) |
| B | 1028 | 61 | 63 | 29 | —* | 4.5 |
| | (879–1176) (2) | (57–65) (2) | (46–79) (2) | (12–45) (2) | (2) | (2.2–6.8) (2) |
| M | 571 | 40 | 32 | 11 | 383 | 17 |
| | (286–769) (3) | (25–69) (3) | (24–46) (3) | (7.2–16) (3) | (350–400) (3) | (8.0–31) (3) |

*Rapid exponential cell death was not observed until longer incubation times, therefore a threshold concentration could not be determined.
Mean values[1] of *n* independent experiments[3]. Range of values in all experiments[2].

were found to occur below their respective detection limits. In the PBS used for removal of non-internalized metals mean values of 0.1 μM Zn and 0.01 μM Cd were found. Otherwise values were below the respective detection limits. The microtiter plates were also tested for leakage of metals from the plastic material to the wells, with negative results. The amounts of metals inherently present in the cell culture media were therefore neglectable in proportion to intentional exposures.

### *Statistical treatment*

Results were analysed for significant differences in threshold and $LC_{50}$ concentrations (Tables 1 and 2) between the three cell types by one-way analysis of variance (ANOVA). When the difference between the group means was significant, individual differences between the cell types were assessed by Student–Newman–Keuls multiple comparison procedure (SigmaStat software, Jandel Scientific, Germany). A $P$ value of less than 0.05 was considered significant.

## RESULTS

### *Cytotoxicity*

The cytotoxic effects of heavy metals in three isolated subpopulations of human immune cells were assayed by trypan blue exclusion, and some of these experiments are depicted in Fig. 1. The effect of Ag and Hg was observed already after 20 min at a concentration of 100 μM in all three cell types. In contrast, Zn, Cd and Cu had no effect on the viability of these cells until 17–19 hr of incubation, regardless of concentration. For Pb a weak cytotoxic effect was first observed after 3–4 days of exposure to 1000 μM. Clearly, cytotoxic effects take some time to manifest, although varying considerably for different heavy metals (Fig. 1).

Survival decreased rapidly and exponentially as a function of dose when exposure concentrations were higher than certain threshold values (Fig. 1). Threshold and $LC_{50}$ concentrations after 24 hr show that the cytotoxicity of individual metals differed considerably (Tables 1 and 2, respectively). When threshold and $LC_{50}$ values were used to compare the cytotoxic effects of individual metals in the three cell types, Hg and Ag were the most and Pb and Zn the least cytotoxic metals in all three cell types. In B lymphocytes, however, Cd and Cu ranked between Hg/Ag and Pb/Zn judged by threshold concentrations (Table 1), while Ag appeared slightly less cytotoxic than Cu and Cd judged by $LC_{50}$ concentrations (Table 2).

Based on a total evaluation of the cytotoxic effects in human immune cells, including time needed to manifest the effect, threshold concentration and $LC_{50}$ concentration, the individual heavy metals studied could therefore be grossly ranked in three groups in decreasing order: Hg ≈ Ag > Cd ≈ Cu > Pb ≈ Zn.

Monocytes seemed to be somewhat more sensitive than lymphocytes to the cytotoxicity of the metals (Tables 1 and 2). Both threshold and $LC_{50}$ concentrations were lower in these cells compared to lymphocytes, except for Hg. In addition, Pb caused an

Table 2. $LC_{50}$ concentrations for cytotoxicity of heavy metals in primary human T lymphocytes (T), B lymphocytes (B) and monocytes (M), determined after 24 hr exposure

| | Heavy metal (μM) | | | | | |
|---|---|---|---|---|---|---|
| Cell type | Zn | Cd | Cu | Ag | Pb | Hg |
| T | 6901[1] | 352 | 382 | 51 | —* | 44 |
| | (3462–9890)[2] (4)[3] | (266–570) (7) | (337–468) (3) | (26–72) (3) | (3) | (22–76) (3) |
| B | 7802 | 421 | 186 | 546 | —* | 86 |
| | (4615–10989) (2) | (382–459) (2) | (159–213) (2) | (249–842) (2) | (2) | (76–95) (2) |
| M | 4260 | 148 | 144 | 46 | 3700 | 48 |
| | (2418–6736) (3) | (57–247) (3) | (101–191) (3) | (32–74) (3) | (2000–6700) (3) | (25–62) (3) |

*Fifty % cell death was not observed until longer incubation times, therefore an $LC_{50}$ concentration could not be determined.
Mean values[1] of *n* independent experiments[3]. Range of values in all experiments[2].

observable cytotoxic effect already after 24 hr in monocytes not seen until longer exposure times in lymphocytes. The only statistically significant differences, however, were found between monocytes and T lymphocytes in the threshold and $LC_{50}$ concentrations following Cd and Cu exposure, and between the $LC_{50}$ concentrations obtained for monocytes and B lymphocytes exposed to Cd. Small differences were also seen between T and B lymphocytes, varying for individual metals (Tables 1 and 2). The only significant difference in this case was in $LC_{50}$ concentrations after Cu exposure. The differences in heavy metal sensitivity for the individual cell types could therefore be characterized as moderate.

In the dose-response curves (Fig. 1) the greatest data variability was found for the highest exposure concentrations. This effect was found for Zn, Cd, Cu and particularly for Ag and Pb, but not for Hg (data not shown), and probably reflects precipitation of the metals under these conditions. Precipitation of the metals was probably also the reason why the viability of the cells for some metals was somewhat higher here than at lower exposure concentrations [e.g. Fig. 1(e)].

Two other methods for cytotoxicity measurements were also included for the purpose of comparison with the trypan blue exclusion method. After exposure of T lymphocytes to Cd for 24 hr, flow cytometric analysis with propidium iodide and trypan blue exclusion gave threshold values of 91 and 77 $\mu$M, and $LC_{50}$ values of 255 and 258 $\mu$M, respectively, assayed in the same experiment. Acridine orange/ethidium bromide fluorescence compared to trypan blue exclusion resulted in 67 and 69 $\mu$M and 222 and 245 $\mu$M, for threshold and $LC_{50}$ values, respectively, in monocytes cultured under the same conditions.

Scanning electron micrographs revealed increasing numbers of T lymphocytes with destructed cell membrane morphology and increased cell aggregation, with increasing concentrations of Cd, after exposure for 24 hr [Fig. 2(b and c)]. Control cells incubated without Cd had normal morphology [Fig. 2(a)]. These results are therefore in accordance with those




Fig. 2. Scanning electron micrographs of T lymphocytes incubated 24 hr with increasing concentrations of Cd, revealing increased destruction of cell membranes and aggregation of cells. (a) 0 $\mu$M Cd, (b) 100 $\mu$M Cd and (c) 500 $\mu$M Cd (Mag. 5500X). (d) T lymphocytes incubated with 1000 $\mu$M Cd imaged in the backscatter electron imaging mode. The Cd lights up (arrows) due to the strong backscatter signal from Cd as compared to the carbon coat (Mag. 10,500X).

from the trypan blue exclusion experiments. T lymphocytes incubated with 1000 $\mu$M Cd were imaged in the backscatter electron imaging mode [Fig. 2(d)]. The Cd lights up due to the strong backscatter signal compared to that from the carbon coat, being attached to the cell surfaces.

To test the reversibility of the cytotoxic effect, the media in parallel cultures of exposed cells were replaced after 1–19 hr exposure by media containing either heavy metal or not. Incubation was then continued for 24 hr before cytotoxicity was tested by trypan blue exclusion. The cytotoxic effect of Cd in T lymphocytes became irreversible in a time dependent manner (Fig. 3). After about 13 hr of incubation, the effect, appearing above approximately 100 $\mu$M, could not be alleviated by metal removal. Cytotoxic effects of Zn and Pb in corresponding experiments became irreversible after about 13 hr and 13–16 hr, respectively. Similar results were found for B lymphocytes and monocytes.

### *Heavy metal accumulation*

The accumulation of the metals in isolated T and B lymphocytes and monocytes was measured after continuous exposure to 10–1000 $\mu$M concentrations for 24 hr. Prior to harvest and atomic absorption analysis, the cell cultures were treated with EDTA to eliminate cell surface associated metal. Large amounts of metal had indeed to be bound to the outer cell surface, since EDTA reduced the measured metal values considerably, although to varying degree for different metals (shown for 100 $\mu$M exposure concentration in Table 3). In these experiments, however, Pb behaved peculiarly. With EDTA treatment accumulation was reduced 1700 and 4130 times in T and B lymphocytes, respectively, but only 5 times in monocytes (Table 3). In the presence of EDTA, irrespective of cell type, accumulation was found to be a reasonably linear process. Without EDTA, linearity was observed in the case of Zn and Hg, while for the other metals, peaks in the accumulation curves at higher concentrations were observed, probably indicating unspecific binding, formation of complexes on the cell surfaces or metal precipitation.




Fig. 3. Reversibility of the cytotoxic effect in T lymphocytes following exposure to Cd. After incubation times of (a) 1 hr, (b) 7 hr, (c) 13 hr, the heavy metals were removed from one set of cells (○), while the other set of cells was continuously exposed (●). 24 hr later, percent viable cells were determined by trypan blue exclusion. One representative experiment is shown.

Except for Pb, the accumulation profiles for each individual metal were roughly similar for the three immune cell types (Fig. 4), also including those

Table 3. The effect of EDTA treatment on accumulation of heavy metals in primary human T lymphocytes (T), B lymphocytes (B) and monocytes (M), determined after 24 hr exposure to 100 $\mu$M

| | nmol metal/$10^6$ cells | | | | | |
|---|---|---|---|---|---|---|
| Cell type | Zn | Cd | Cu | Ag | Pb | Hg |
| T | 4.6 ± 1.1[1] | 5.2 ± 0.4 | 6.7 ± 0.0 | 20.7 ± 0.0 | 3.0 ± 0.9 | 0.4 ± 0.2 |
| | 9.3 ± 1.0[2] | 7.6 ± 1.4 | 37.7 ± 7.4 | 33.7 ± 0.8 | 5098.9 ± 1672.4 | 4.2 ± 2.3 |
| B | 6.6 ± 3.6 | 2.5 ± 0.4 | 4.8 ± 2.9 | 40.9 ± 3.4 | 0.4 ± 0.1 | 6.8 ± 0.5 |
| | 27.4 ± 14.8 | 6.9 ± 1.4 | 13.8 ± 11.1 | 111.2 ± 19.4 | 1652.1 ± 384.9 | 20.4 ± 7.8 |
| M | 29.4 ± 5.9 | 7.9 ± 1.1 | 7.5 ± 0.0 | 127.8 ± 33.1 | 475.0 ± 151.1 | 0.2 ± 0.2 |
| | 53.7 ± 17.6 | 17.8 ± 2.7 | 12.3 ± 10.5 | 393.3 ± 76.7 | 2192.6 ± 609.9 | 3.1 ± 3.2 |

Mean values ± SD after harvesting in the presence of EDTA[1] and in the absence of EDTA[2].




Fig. 4. Accumulation of heavy metals in subpopulations of human peripheral MNC after exposure for 24 hr. Cells were harvested in the presence of EDTA and metal determined by atomic absorption spectrometry. (a) Zn, (b) Cd, (c) Cu, (d) Ag, (e) Pb and (f) Hg, in T lymphocytes (■), B lymphocytes (▲) and monocytes (●). The data points represent the means of four parallel cultures ±SD. Values of SD not shown are smaller than the symbols. Please note differences in ordinate scale units for individual metals.

concentrations where a cytotoxic effect was already apparent after 24 hr (Fig. 1). For certain metals, however, small differences in accumulation were observed for the various cell types. Depending on the exposure concentration, monocytes accumulated up to 8-fold more Zn than T or B lymphocytes [Fig. 4(a)], while B lymphocytes accumulated up to 4-fold, and monocytes 6-fold, more Ag than T lymphocytes [Fig. 4(d)]. The accumulation of Pb was up to 16-fold higher in T lymphocytes than in B lymphocytes. An astonishing difference was found for monocytes, containing up to 200-fold more Pb than T lymphocytes [Fig. 4(e)]. It was therefore surprising to note that the trend from these data, showing a higher uptake of metals in monocytes compared to that of lymphocytes, was broken in the case of Hg. For this particular metal, uptake was slightly lower in monocytes compared to lymphocytes [Fig. 4(f)].

One uptake experiment was carried out twice to test for reproducibility. The interexperimental mean ± SD values of accumulated Zn in T lymphocytes after 24 hr exposure to 10, 50, 100, 500 and 1000 $\mu$M harvested in the presence of EDTA were $5.8 \pm 1.4$, $5.4 \pm 1.4$, $4.7 \pm 0.1$, $11.9 \pm 5.6$ and $11.9 \pm 1.3$ nmol/$10^6$ cells, respectively.

## DISCUSSION

### *Cytotoxicity*

In the present work, we have studied the *in vitro* cytotoxic effect of heavy metals on isolated effector cell populations of the human immune system, i.e. T and B lymphocytes and monocytes. The various metals differed in cytotoxic potency, both in terms of exposure concentration, as evaluated by threshold (Table 1) and $LC_{50}$ concentrations (Table 2), and exposure time, needed to give a certain percentage of dead cells. The overall cytotoxic potency based on these parameters could be ranked in the decreasing order of Hg ≈ Ag > Cd ≈ Cu > Pb ≈ Zn. The destructive effect of Cd on cell membranes was also visualized by electron micrographs (Fig. 2). The cytotoxic effect became irreversible after about 13–16 hr, as evaluated for Zn, Cd and Pb (Fig. 3). All methods used, trypan blue exclusion, acridine orange/ethidium bromide fluorescence, flow cytometric analysis with propidium iodide and electron microscopy, gave consistent results.

Only a few studies have been performed on cytotoxic effects of metals for human immune cells. Our results are in accordance with those by Enger *et al.* (1983), who studied cytotoxicity of Cd after 40 hr exposure of human unseparated MNC, adherent monocytes and adherent lymphocytes, by using the Pronase-Cetrimide procedure for counting nuclei of surviving cells. Consistent with their longer exposure time, they found $LC_{50}$ values 0–4 times lower than ours. Our dose–response curves were almost identical to those of Harley *et al.* (1989), when the cytotoxic effect of Cd was examined on unseparated human peripheral MNC by trypan blue exclusion or by [$^3$H]phenylalanine incorporation. The cell viability values in our studies were within ±20% of the results of Borella *et al.* (1990) for exposure of human lymphocytes to 100 μM Cd or 100 and 1000 μM Pb measured by trypan blue exclusion. The ranking of cytotoxic potency found by us was somewhat different, however, from that found by Yamada and Koizumi (1991). They determined cytotoxicity of metals in human peripheral blood lymphocytes, isolated by removal of the monocytes from MNC by adherence to plastic dishes. By measuring the decline in total uptake of [$^{35}$S]cysteine after an exposure time of 16 hr, they found Hg ≈ Ag > Cd > Zn > Cu = Pb. The discrepancy, consisting of a greater cytotoxic effect of Cu in our data compared to Zn and Pb, might be related to differences in end points for cytotoxic effect, incubation times or metal salt anions used.

We found the same ranking of cytotoxicity as Smith and Lawrence (1988), Cd ≈ Cu > Zn ≈ Pb, who studied T lymphocyte hybridoma cells by trypan blue exclusion after 24 hr exposure to 10 and 100 μM solutions. Our primary T lymphocytes, however, were less sensitive than these hybridoma cells. The number of surviving cells after exposure to 100 μM Cd or Cu were about twice the values found for the T lymphocyte hybridomas, while the differences were less pronounced for Zn and Pb. Our results were also in accordance to those of Lawrence (1981), who found the ranking of cytotoxicity to be Hg > Zn ≈ Pb, when studying cytotoxicity by trypan blue exclusion in primary spleen cells from CBA/J mice exposed 2–6 days in culture.

Primary human immune cells seem to be about equally sensitive to the cytotoxic effect of Cd as primary rat hepatocytes. We found no decrease in cell viability after 1 hr with 500 μM Cd in T lymphocytes, and about 8% reduction in B lymphocytes and monocytes after 1–1.5 hr incubation. Santone and Acosta (1982) reported a small, but significant decrease (3.5%) in viability of rat hepatocytes exposed to 400 μM Cd for 1 hr, measured by trypan blue exclusion.

### *Heavy metal accumulation*

Electron microscopy of T lymphocytes (Fig. 2) showed attachment of Cd to the cell membrane. Even though EDTA is an efficient chelating agent, it can only to a small extent withdraw metals already firmly bound in complexes involving the cell membrane (Clarkson and Kench, 1958; Mellor, 1979). Therefore, it can not be ruled out that our uptake values determined in the presence of EDTA still may be too high in the sense that they do not represent only the metal actually taken up by the cell. We believe, however, that this treatment will give a more correct determination of uptake than without chelator use.

Atomic absorption spectrometry for direct determinations of intracellular accumulation of heavy metals can be regarded as similar to isotope techniques, since values from our experiments were compatible with the values obtained by using radioactive isotopes. In human MNC, Enger *et al.* (1983) found an uptake value of 1.3 nmol Cd/$10^6$ cells after exposure to 100 μM for 24 hr. In mouse splenic lymphocytes, Sgagias *et al.* (1989) found the value of 5.6 nmol/$10^6$ cells after exposure to 10 μM Cd during the same time period, while Eguchi *et al.* (1986) found 0.5 nmol Zn/$10^6$ cells to be taken up in human B lymphoblasts after exposure to 100 μM Zn for 24 hr. In these experiments $^{109}$Cd and $^{65}$Zn were used. Values from our experiments were 5.2 nmol Cd/$10^6$ MNC, 1.4 nmol Cd/$10^6$ T and B lymphocytes and 6.6 nmol Zn/$10^6$ B lymphocytes. Neither of these authors, however, used chelator treatment to prevent metal

attached to the outer cell surface being included in the measurements of uptake. The comparison seems nevertheless justified, because our uptake data for Cd and Zn in the actual concentration range (10–100 $\mu$M) was only moderately modified following EDTA treatment (Table 3).

It is difficult to compare our uptake data for immune cells with results obtained by others for other cell types, because of different metal concentrations and exposure periods used. Metal chelator treatment has seldom been used, and uptake values are related to amount of protein instead of cell number, as is generally used in immunotoxicology. A survey of relevant data, however, including Zn, Cu, Cd and Hg uptake in both Cd resistant and non-resistant CHO cells (Evans *et al.*, 1983), Cd uptake in porcine renal epithelial LLC-$PK_1$ cells (Prozialeck and Lamar, 1993) and Zn, Cd and Hg uptake in rat hepatocytes (Failla and Cousins, 1978; Failla *et al.*, 1979; Blazka and Shaikh, 1991, 1992) clearly reveals that metal uptake must be considerably higher in all three subpopulations of MNC than in other cell types, and most prominent in monocytes. This comparison is based on uptake per mg protein using a determined protein content of about 4 mg in $10^8$ unseparated MNC (A. Bøyum, personal communication) and the fact that most of the metal uptake in theses cells occurs during the first few hours of exposure (Stacey and Klaassen, 1980; Eguchi *et al.*, 1986, and unpublished data from our laboratory using $^{65}Zn$). It is also interesting that hepatocytes accumulated Cd 8 times more efficiently than Zn for an exposure concentration of 3 $\mu$M (Failla *et al.*, 1979), while our data for immune cells (Fig. 4) indicate Zn to be accumulated to a larger extent than Cd.

*Extracellular complexation of heavy metals as determinant of cytotoxicity*

Our experiments showed that the metals could be ranked in the following order of decreasing cytotoxic potency: Hg ≈ Ag > Cd ≈ Cu > Pb ≈ Zn. The overall small and insignificant differences in cytotoxicity found between the cell types (Tables 1 and 2) were in accordance with the small differences found between the cell types in amounts of metals accumulated. The somewhat higher sensitivity towards metal cytotoxicity observed in monocytes was paralleled in a slightly higher uptake of most metals in these cells. For Pb, however, the much higher (up to 200-fold) accumulation found in monocytes compared to lymphocytes was not reflected in a correspondingly higher cytotoxic effect, because monocytes were only slightly more sensitive than lymphocytes, also for Pb (Tables 1 and 2). Therefore, much of the accumulated Pb in monocytes seemed to be in a non-toxic form or did not reach the cellular targets for the cytotoxic effect.

Many metals have chemical properties which make them reactive towards various biological ligands, and therefore also hazardous in biological systems (Martell, 1981). In accordance with this reactivity, the metals, except Hg, formed visible precipitates when added in higher concentrations to our serum containing cell culture medium. RPMI medium contains a.o. phosphate and glutathione, and human serum contains albumin, transferrin and other proteins, which are capable of binding metals. The formation of precipitates was also verified by atomic absorption analysis of metal content in the supernatants of cell culture medium, after ultracentrifugation (data not shown). The various metals differed in their ability to form complexes with constituents of the cell culture medium. Hg was fully soluble throughout the concentration range (10–10,000 $\mu$M), while most of the Pb was found as insoluble complexes for concentrations from 50 $\mu$M and higher. The other metals showed maximal solubility in the concentration range 10–100 $\mu$M. The results clearly showed that formation of metal complexes is taking place to a high extent in cell culture medium containing human serum, and that the soluble fractions in the cell cultures are smaller than the added nominal concentrations would indicate, thereby excluding large amounts of heavy metals from ordinary cell uptake.

Jones *et al.* (1980), studying Zn transport into human leukocytes in different media, found that the influx of Zn was smaller in tissue culture medium (TC 199) than in balanced salt solution. This indicated the presence of components in the medium binding Zn, thereby inhibiting uptake. Decreased metal uptake has been found with serum or albumin in the cell cultures (Corrigan and Huang, 1981; Klug *et al.*, 1988; Templeton, 1990). Durnam and Palmiter (1984) found that the toxicity of Cd, Cu, Bi and Zn, and to a lesser extent of Ag, Co and Ni, in Hepa 1A cells, was higher in Zn-free, serum-free medium than in medium containing fetal calf serum. Hg was the only metal whose toxicity was independent of serum present, which is in accordance with the low degree of precipitation found for this metal.

When metals react with organic constituents in the cell culture medium, they are also likely to react with similar constituents on the cell surface. Already Clarkson and Kench (1958) observed that this was the case for Pb, and concluded that addition to blood plasma could result in formation of dispersed colloidal Pb phosphate, and that large quantities (> 95%) would bind to the many phosphate groups on cell membranes. Marked association of Pb to cell surfaces was also observed by Borella *et al.* (1990)