and Borella and Giardino (1991). Although we found that Pb was the least cytotoxic in the group of metals tested, such binding to the cellular surface may be especially important related to the physiological functions of immune cells.

In monocytes, the highest accumulation of any metal was that of poorly soluble Pb. Phagocytosis is a prominent property of these cells and we therefore believe that monocytes accumulate precipitated metals by this mechanism. In the non-phagocytotic T and B lymphocytes, the uptake of Pb was indeed very low [Fig. 4(e)]. In B lymphocytes this metal showed in fact the lowest uptake among those tested. The dominant fraction of metals taken up in lymphocytes is thus the free metal ions. This is also supported by a slightly higher accumulation of metals in monocytes than in T and B lymphocytes, except for Hg and for lower concentrations of Ag. Similar to Pb, this is probably also caused by phagocytosis in monocytes of other metal complexes. The monocytes are larger in size than the lymphocytes. This means that the surface area of this cell type is less in proportion to cell volume compared to smaller cells, which may reduce uptake values related to cell number for soluble metals not subjected to phagocytosis.

A similar situation has also been described in rat liver (Skilleter and Cain, 1981; Cain and Skilleter, 1983). The rate of Cd accumulation by parenchymal cells in serum free primary culture in the presence of 100 $\mu$M Cd was 10 times greater than that for the non-parenchymal, phagocytotic Kupffer cells. However, the increased uptake of colloidal complexes of Cd formed by dithiols, such as 2,3-dimercapto-propanol or dithiothreitol, particularly in the Kupffer cells, could be partially explained by phagocytosis in these cells.

High complexing ability may decrease the cytotoxic potency of the metal, making it unable to reach vulnerable intracellular targets. Because Pb is a poor inducer of the metal binding protein metallothionein (MT) in liver and kidney (Webb, 1972), it is unlikely that induced MT is the reason for the low cytotoxic effect of Pb. The high degree of complex-binding by Pb may in fact explain the poor induction of MT by Pb in biological tissue, preventing it from participation in processes leading to MT gene expression. The uptake of Hg was the lowest observed for monocytes [Fig. 4(f)]. Still, and in accordance to its solubility, Hg was the most cytotoxic of the metals studied. The principle of complexation is also applied *in vivo* by the induction of MT, one of the functions of which is believed to be detoxification of metals by intracellular binding.

The uptake of Ag in T and B lymphocytes [Fig. 4(d)] agrees well with the cytotoxicity ranking in that a relatively high uptake corresponds to high cytotoxicity. This therefore also indicates that the specific cytotoxicity of Hg is high, because the uptake of this heavy metal [Fig. 4(f)] is lower than for Ag. The results also show that Cd must have a rather high specific cytotoxicity in immune cells. In spite of low uptake in all three cell types [Fig. 4(b)], it is ranked as relatively cytotoxic. More easily taken up [Fig. 4(c)], Cu obviously has a lower specific cytotoxicity than Cd, although these two metals appear to be about equally cytotoxic according to our studies. This is of course expected, Cu being an essential element.

Prozialeck and Niewenhuis (1991) found that depletion of ATP and cell death in their LLC-PK$_1$ cells exposed to 10 $\mu$M Cd did not occur until 6–24 hr of exposure, when the intracellular Cd concentration had reached 5–6 nmol/mg protein. This critical Cd concentration has also been estimated by Glennås and Rugstad (1984) for a human epithelial cell line (HE) and for two enzyme deficient mutants of mouse fibroblasts (L cells, clone 1D and A9). Substrains resistant to otherwise lethal concentrations of Cd could, however, tolerate several times higher concentrations. The critical concentration referred to here is lower (7 times) than that shown to be present in the immune effector cells in this work. A large portion of the accumulated heavy metal inside these cells must therefore be there in an inactive, not cytotoxic form, since our primary immune cells have no pre-induced resistance towards metal cytotoxicity.

*Acknowledgements*—The authors wish to thank Mr Audun Aase for doing the flow cytometric analysis. This work was supported in part by the Norwegian Research Council for Science and the Humanities.

## REFERENCES

Aaseth J. and Norseth T. (1986) Copper. In *Handbook on the Toxicology of Metals*, 2nd edition (Edited by Friberg L., Nordberg G. F. and Vouk V. B.), Ch. 10, pp. 233–254. Elsevier Science Publishers B.V., Amsterdam.

Barclay A. N., Birkeland M. L., Brown M. H., Beyers A. D., Davis S. J., Somoza C. and Williams A. F. (1993) *The Leucocyte Antigen Facts Book*. Academic Press, London.

Blazka M. E. and Shaikh Z. A. (1991) Differences in cadmium and mercury uptakes by hepatocytes: role of calcium channels. *Toxic. Appl. Pharmac.* 110, 355–363.

Blazka M. E. and Shaikh Z. A. (1992) Cadmium and mercury accumulation in rat hepatocytes: interactions with other metal ions. *Toxic. Appl. Pharmac.* 113, 118–125.

Borella P. and Giardino A. (1991) Lead and cadmium at very low doses affect *in vitro* immune response of human lymphocytes. *Environ. Res.* 55, 165–177.

Borella P., Manni S. and Giardino A. (1990) Cadmium, nickel, chromium and lead accumulate in human lymphocytes and interfere with PHA-induced proliferation. *J. Trace Elem. Electrolytes Health Dis.* 4, 87–95.

Bøyum A. (1968) Separation of leucocytes from blood and bone marrow. *Scand. J. Clin. Lab. Invest.* 21 (Suppl), 97.

Bøyum A. (1983) Isolation of human blood monocytes with

Nycodenz, a new non-ionic iodinated gradient medium. *Scand. J. Immunol.* **17,** 429–436.

Cain K. and Skilleter D. N. (1983) Comparison of cadmium-metallothionein synthesis in parenchymal and non-parenchymal rat liver cells. *Biochem. J.* **210,** 769–773.

Catsch A. and Harmuth-Hoene A.-E. (1979) Pharmacology and therapeutic applications of agents used in heavy metal poisoning. In *The Chelation of Heavy Metals. International Encyclopedia of Pharmacology and Therapeutics* (Edited by Levine W. G.). Section 70. pp. 107–224. Pergamon Press, Oxford.

Clarkson T. W. and Kench J. E. (1958) Uptake of lead by human erythrocytes *in vitro*. *Biochem. J.* **69,** 432–439.

Corrigan A. J. and Huang P. C. (1981) Cellular uptake of cadmium and zinc. *Biol. Trace Elem. Res.* **3,** 197–216.

Dayan A. D., Hertel R. F., Heseltine E., Kazantzis G., Smith E. M. and Van der Venne M. T. (editors) (1990) *Immunotoxicity of Metals and Immunotoxicology. Proceedings of an International Workshop, 6–10 November, 1989, Hanover, Germany.* IPCS (International Programme on Chemical Safety, UNEP-ILO-WHO) Joint Symposia, No. 15. Plenum Press, New York and London.

Descotes J. (1986) *Immunotoxicology of Drugs and Chemicals.* Elsevier Science Publishers B.V., Amsterdam.

Durnam D. M. and Palmiter R. D. (1984) Induction of metallothionein-I mRNA in cultured cells by heavy metals and iodoacetate: evidence for gratuitous inducers. *Molec. Cell. Biol.* **4,** 484–491.

Eguchi L. A., Willis R. C., Seegmiller J. E. and Saltman P. (1986) Zinc uptake by cultured human lymphoblasts. *Biol. Trace Elem. Res.* **9,** 177–186.

Elinder C-G. (1986) Zinc. In *Handbook on the Toxicology of Metals, 2nd edition* (Edited by Friberg L., Nordberg G. F. and Vouk V. B.). Chapter 28, pp. 664–679. Elsevier Science Publishers B.V., Amsterdam.

Enger M. D., Hildebrand C. E. and Stewart C. C. (1983) $Cd^{2+}$ responses of cultured human blood cells. *Toxic. Appl. Pharmac.* **69,** 214–224.

Evans R. M., Patierno S. R., Wang D-S., Cantoni O. and Costa M. (1983) Growth inhibition and metallothionein induction in cadmium-resistant cells by essential and non-essential metals. *Molec. Pharmac.* **24,** 77–83.

Failla M. L. and Cousins R. J. (1978) Zinc uptake by isolated rat liver parenchymal cells. *Biochim. biophys. Acta* **538,** 435–444.

Failla M. L., Cousins R. J. and Mascenik M. J. (1979) Cadmium accumulation and metabolism by rat liver parenchymal cells in primary monolayer culture. *Biochim. biophys. Acta* **583,** 63–72.

Foreman H. and Trujillo T. T. (1954) The metabolism of $C^{14}$ labeled ethylenediaminetetraacetic acid in human beings. *J. Lab. Clin. Med.* **43,** 566–571.

Foulkes E. C. (1988) On the mechanism of transfer of heavy metals across cell membranes. *Toxicology* **52,** 263–272.

Glennås A. and Rugstad H. E. (1984) Cadmium uptake and metabolism in cultured cells. *Environ. Health Perspect.* **54,** 45–50.

Goyer R. A. (1986) Toxic effects of metals. In *Casarett and Doull's Toxicology. The Basic Science of Poisons, 3rd edition* (Edited by Klaassen C. D., Amdur M. O. and Doull J.). Chapter 19, pp. 582–635. Macmillan Publishing Company, New York.

Harley C. B., Menon C. R., Rachubinski R. A. and Nieboer E. (1989) Metallothionein mRNA and protein induction by cadmium in peripheral-blood leucocytes. *Biochem. J.* **262,** 873–879.

Herd S. M., Camakaris J., Christofferson R., Wookey P. and Danks D. M. (1987) Uptake and efflux of copper-64 in Menkes'-disease and normal continuous lymphoid cell lines. *Biochem. J.* **247,** 341–347.

Jones R. B., Hilton P. J., Michael J., Patrick J. and Johnson V. E. (1980) Zinc transport in normal human leucocytes: dependence upon media composition. *Clin. Sci.* **59,** 353–357.

Klug S., Planas-Bohne F. and Taylor D. M. (1988) Factors influencing the uptake of cadmium into cells *in vitro*. *Human Toxic.* **7,** 545–549.

Koller L. D. (1980) Immunotoxicology of heavy metals. *Int. J. Immunopharmac.* **2,** 269–279.

Lawrence D. A. (1981) Heavy metal modulation of lymphocyte activities. I. *In vitro* effects of heavy metals on primary humoral immune responses. *Toxic. Appl. Pharmac.* **57,** 439–451.

Martell A. E. (1981) Chemistry of carcinogenic metals. *Environ. Health Perspect.* **40,** 207–226.

Mellor D. P. (1979) Chemistry of chelation and chelating agents. In *The Chelation of Heavy Metals* (Edited by Levine W. G.). *International Encyclopedia of Pharmacology and Therapeutics,* Section 70, pp. 1–106. Pergamon Press, Oxford.

Müller L. (1984) Differential sensitivity of integrity criteria as indicators of cadmium-induced cell damage. *Toxic. Lett.* **21,** 21–27.

Prozialeck W. C. and Lamar P. C. (1993) Surface binding and uptake of cadmium ($Cd^{2+}$) by LLC-$PK_1$ cells on permeable membrane supports. *Arch. Toxic.* **67,** 113–119.

Prozialeck W. C. and Niewenhuis R. J. (1991) Cadmium ($Cd^{2+}$) disrupts $Ca^{2+}$-dependent cell-cell junctions and alters the pattern of E-cadherin immunofluorescence in LLC-$PK_1$ cells. *Biochem. biophys. Res. Commun.* **181,** 1118–1124.

Santone K. S. and Acosta D. (1982) Cadmium toxicity in primary cultures of rat hepatocytes. *J. Toxicol. Environ. Health* **10,** 169–177.

Sgagias M., Balter N. J. and Gray I. (1989) Uptake and subcellular distribution of cadmium in resting and mitogen-activated lymphocytes and its relationship to a metallothionein-like protein. *Environ. Res.* **49,** 262–270.

Sillén L. G. and Martell A. E. (1971) *Stability Constants of Metal–Ion Complexes (1964).* Supplement No. 1 (1971). The Chemical Society, London.

Skilleter D. N. and Cain K. (1981) Effects of thiol agents on the accumulation of cadmium by rat liver parenchymal and Kupffer cells. *Chem.-Biol. Interact.* **37,** 289–298.

Smith K. L. and Lawrence D. A. (1988) Immunomodulation of *in vitro* antigen presentation by cations. *Toxic. Appl. Pharmac.* **96,** 476–484.

Stacey N. H., Cantilena L. R. Jr. and Klaassen C. D. (1980) Cadmium toxicity and lipid peroxidation in isolated rat hepatocytes. *Toxic. Appl. Pharmac.* **53,** 470–480.

Stacey N. H. and Klaassen C. D. (1980) Cadmium uptake by isolated rat hepatocytes. *Toxic. Appl. Pharmac.* **55,** 448–455.

Templeton D. M. (1990) Cadmium uptake by cells of renal origin. *J. biol. Chem.* **265,** 21764–21770.

Vallee B. L. and Ulmer D. D. (1972) Biochemical effects of mercury, cadmium, and lead. *Ann. Rev. Biochem.* **41,** 91–128.

Webb M. (1972) Binding of cadmium ions by rat liver and kidney. *Biochem. Pharmac.* **21,** 2751–2765.

Wisløff F. and Frøland S. S. (1973) Antibody-dependent lymphocyte-mediated cytotoxicity in man: no requirement for lymphocytes with membrane-bound immunoglobulin. *Scand. J. Immunol.* **2,** 151–157.

Yamada H. and Koizumi S. (1991) Metallothionein induction in human peripheral blood lymphocytes by heavy metals. *Chem. Biol. Interact.* **78,** 347–354.

THIS IS **EXHIBIT "D"** TO THE AFFIDAVIT OF
**KEVIN E. HEALY, Ph.D.,**
SWORN FEBRUARY 20, 2003

Subscribed and Sworn to by Kevin E. Healy on February 20, 2003.

Samuel C. Vaughn
Notary Public

SAMUEL C. VAUGHN
COMM. # 1247289
NOTARY PUBLIC-CALIFORNIA
CONTRA COSTA COUNTY
COMM. EXP. DEC. 26, 2003