ANDERSEN et al
Plaintiffs
and
St. Jude Medical, Inc. et al
Defendants

Court File No: 00-CV-195906 CP

*Ontario*
**SUPERIOR COURT OF JUSTICE**

Proceeding commenced at Toronto

**AFFIDAVIT OF KEVIN E. HEALY, Ph.D.**
**Sworn February 20, 2003**

**Genest Murray**
130 Adelaide Street West, Suite 700
Toronto, Ontario
M5H 4C1

James M. Newland, LSUC#: 23502890
Tel: 416-360-2890
Fax: 416-360-2625

Solicitors for the Plaintiffs