IN AND FOR THE IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

IN RE ST. JUDE MEDICAL, INC., )
SILZONE HEART VALVES PRODUCTS ) MDL NO. 01-1396
LIABILITY LITIGATION ) (JRT/FLN)

ORIGINAL

DEPOSITION OF KEVIN E. HEALY, Ph.D.

Volume I

Thursday, May 18, 2006

Reported by ELIZABETH J. WOOD

CSR License No. 5134

STATE OF CALIFORNIA )
) ss.
COUNTY OF CONTRA COSTA)

I, ELIZABETH J. WOOD, CSR, a Certified shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to testify to the within-entitled cause; that said deposition was taken at the time and place therein stated; that the testimony of the said witness was reported by me, a Certified Shorthand Reporter, and was thereafter transcribed under my direction into typewriting; and that the witness was given an opportunity to read, and if necessary, correct said deposition and to subscribe the same.

I FURTHER CERTIFY that I am not of counsel or attorney for either or any of the parties in the foregoing deposition and caption named or in any way interested in the outcome of the cause named in such caption.

IN WITNESS WHEREOF, I have hereunto set my hand this 23rd day of May, 2006.

Elizabeth J Wood

ELIZABETH J. WOOD, CSR, License No. C-5134,
County of Contra Costa, State of California.

Q. Dr. Healy, is it your opinion that all Silzone heart valve recipients today have tissue damage because of Silzone?

A. Silzone is a trade name. It is a process. I wouldn't say they have damage due to Silzone. I would say they have damage due to the silver coating which is related to the -- the silver coating that is on the cuff of that device.

Q. And it's all of the present Silzone recipients?

A. I would say unless there's manufactured variability, yes.

Q. Okay. How many Silzone heart valve recipients are there?

A. I would say -- my estimate, I believe it was somewhere in the order of one hundred thousand or so, but that's not looked into. I don't know.

Q. What do you know about those one hundred thousand people?

A. I don't know anything really about the one hundred thousand people. I did not implant these devices, so I'm not an expert witness in basically people I've never been exposed to.

Q. All right. What do you know about their individual medical histories?

A. I don't know anything about their medical histories.

Q. Do you know anything about the complications that an individual Silzone valve heart -- excuse me -- an individual recipient of a Silzone heart valve might have had because of the implantation of that valve?

A. There certainly are case studies that I've read in the literature, but I wouldn't know, for example, a particular case study.

I know that I reviewed -- from the literature, certainly I would say those patients might have complications, but my expertise is not in the complications of patients on the broader scale that you're questioning.

Q. So you don't know what the individual medical histories of the Silzone heart valve patients are, except for some case reports?

A. Well, what has been published in the literature --

Q. How many case records --

A. -- that I've looked at?

Q. Yes.

A. The ones I cited in deposition, maybe three or four.

Q. So you have knowledge of three or four case reports out of one hundred thousand people you estimate that received a Silzone valve?

A. Well, the case reports -- in terms of looking at what I feel I'm an expert in, which is biomaterial science and tissue interaction with biomaterials, those materials I would call material-based cases are the ones that I reviewed in detail.

Q. So --

A. So there are clinical studies that I have read, but I am not a epidemiologist, so I wouldn't necessarily have the expertise to critique the studies; but certainly those are your larger scale cohort studies, mostly retrospective studies looking at the effect of the Silzone valve.

Q. Thanks, Doctor. We'll talk about those studies, but my question was directed toward what information you actually have about individual persons who have received a Silzone heart valve; and I take it the answer to my question is you don't have any information regarding the medical conditions of those patients, aside from the three case reports that you mentioned.

A. Well, I don't know why I would. I

would -- if I was a patient, I would be horrified if my medical records basically were easily accessible to some scientist sitting at Berkeley.

Q. So you don't have that information?

A. No.

Q. So you don't know what individual anticoagulation regimens are for any of the Silzone heart valve recipients?

A. No.

Q. Okay. And you don't know whether any of those people have undergone any testing to determine what silver levels might be in their blood?

A. No, not on a patient by patient basis. I haven't seen a master list, for example, of, let's say, ten thousand patients that received blood analysis work of the baseline silver levels that -- let's say, a sensitivity test to silver as an antigen for immunologic response. I've not seen any of that data.

Q. You mentioned sensitivity tests to silver?

A. Yeah.

Q. Have you seen any sensitivity test to silver for any current Silzone heart valve recipient?

A. No.

Q. Have you seen any data whatsoever indicating what amount of silver might be in the

was published by St. Jude scientists?

A. Not that I recall, no.

Q. And the data that you are referring to that was published by St. Jude scientists -- are you referring to the article by Dr. Tweden?

A. There's an article by Dr. Tweden.

I think an abstract at the Society for Biomaterials Meeting by another scientist -- I think it is Ogle, if that's right. Pardon me if it's not correct -- where the comparison of systemic and local levels are made; however, the data set is so small and difficult to interpret with respect to a very limited study from that publication --

Q. Have you looked at any pathology for any current Silzone heart valve recipient?

A. I looked at the deposition of Dr. Wilson and the pathology in that -- in that deposition -- the attachments to that deposition, um, in that -- um, pathology -- I'm not a pathologist, but I do -- as a career, I do design materials meant to basically change the function in the peri-implant wound healing response. That's sort of my expertise. So I do have some expertise in looking at histological sections.

In that capacity, I would agree with some of Dr. Wilson's assessment; but I also rely on historical data

from other fields where both peri-implant response, specifically due to particulate material, leads to chronic and sustained inflammatory response.

Q. Thank you, Doctor. Thank you for clarifying that.

Besides from the pathology that Dr. Wilson did, have you looked at the pathology for any other Silzone heart valve recipient?

A. I can't recall -- the answer is yes. I believe I looked at a series of -- of files provided to me from patients, but I don't have direct access.

I couldn't tell you off the top of my head which ones they were and basically which -- you know, how long the implant was in, and so forth and so on.

Q. When was this, doctor?

A. Maybe four years ago.

Q. Four years ago. Who supplied this pathology information?

A. I'm sure I received it as a disk from Michael Coren.

Q. Doctor, could you take a look at your list here? This is a list of the information that we were given that you reviewed.

Can you show me where on that list that pathology information is?

A. Well, certainly the sheep pathology I did examine.

Q. Excuse me, Doctor. Just to clarify, I'm talking about pathology from a current Silzone heart valve recipient. Someone who today still has that heart valve in them.

A. Right. So -- so the answer to that question, of course, is no, because how would you look at the pathology if the patient is still alive?

Q. So you haven't looked at the pathology for any person who currently has a Silzone heart valve?

A. Who -- I don't see how you could do that.

Q. And you haven't looked at the silver levels for anybody who currently has a Silzone heart valve today?

A. Well, you and I seem to disagree what's important, but if you're asking systemic silver, which I think is irrelevant, I have not looked at that, and I don't believe in looking at irrelevant data.

MR. CAPRETZ: Counsel, are we going to identify this document or are you referring to the deposition?

MR. JEFFREY: Yes, we can do that. Why don't we have a document entitled Material Reviewed by Professor Kevin E. Healy in Preparation for his Reports

and Declarations marked as Exhibit No. 1.

(Whereupon, Defendants' Exhibit No. 1 was marked for identification.)

MR. JEFFREY:

Q. I understand, Doctor, that you don't believe that systemic silver levels are relevant.

I'm just asking you if you looked at any. All right?

A. Didn't I answer that question?

Q. You did, and I'm just clarifying the question that I'm asking of you.

A. Why do we have to go back after I gave you an answer?

Q. Well, I didn't get an answer the first time.

A. I said no.

Q. Okay. So it's clear you haven't --

A. So we finished answering that question.

Q. Yes. We're done with that one. Now we have another one.

A. Good.

Q. What are the risk factors associated with each of the individuals who have a Silzone heart valve implanted today?

A. No one knows, because, under my

understanding, when Rodericks, in his deposition, stated over two hundred risk factors were associated or tested by St. Jude themselves and they couldn't find a correlation with any of those --

Q. They couldn't find a correlation with any risk factor? Could you explain what you mean by that?

A. What I am going on is my recollection, which would be incomplete at this point, but I can go back and find it, if you gave me Rodericks' deposition, and time to review it.

I would find the point in his deposition where he describes that St. Jude itself was trying to look at basically what would be the risk factors associated with the Silzone heart valve and any complications.

They reviewed over two hundred different risk factors, which he assumed, and he brought out in his deposition, that -- that two proteins that may be associated as a risk factor, meaning overabundance of glutathione would be one of the proteins, could be correlated; but so far as I -- as I recall of that deposition, there was no conclusion in terms of their direct correlation in terms of the risk factor -- with essentially seeing any risk factor correlation with the Silzone heart valve.

Q. Each patient is different, don't you

agree, Doctor?

A. Sure, yeah.

Q. And each patient has a different risk, for example, for paravalvular leak, wouldn't you agree?

A. Sure.

Q. And each patient has a different -- each patient has a different risk for a thromboembolic --

A. Thromboembolic event.

Q. -- thromboembolic event. So let me ask the question again.

Each individual, wouldn't you agree, has a different risk factor for a thromboembolic event?

A. Well, you -- you're cutting a lot of corners, because risk factors for thrombo -- basically, a thrombo or a thromboembolitic event -- for what? For a material implanted into the body? Vascular graft? Are we talking dental implants? Are we talking a hip implant?

Q. So any type of implant has some risk for a thromboembolic event, right?

A. Absolutely. Matter of fact, all implants are -- are thrombo -- thrombogenic, in a sense.

We don't even know, as a field, how to make a material that is going to be long-term -- basically, a cardiovascular material that has excellent blood

compatibility.

The only reason you achieve success is by a combination of fluid dynamics, meaning fluid flow and the inability of a material to clot under ample fluid flow.

Examples of that would be -- one would be a vascular graft made out of Teflon or polyethylene tetrafluorethylene.

And the -- the concept behind this material is that if it is a vascular graft of a diameter of five millimeters or greater, it can be successfully used.

If it's five millimeters or lower, basically the vessel occludes, so you can't use it in coronary vessels, but you can use it in vessels like the saphenous vein, as you would in a normal sort of bypass application.

So we don't have, as a field, a material that can serve as a cardiovascular device that will not cause thrombus when the blood flow is low enough or a low enough biometric flow rate and the vessel diameter is small.

You have privileged examples like the total heart -- total artificial heart, which is made out of polyurethanes.

And heart valves also being in that category,

where you have high flow rate for thrombus formation is not going to lead to an occlusion of something like a valve because of -- the material isn't that thrombogenic. It's only thrombogenic under certain conditions.

So not only do you have patient variability, you have conditions where you can implant the material that absolutely controls how this material behaves, and in this case, you're asking about the thrombogenic capacity of the material. And all materials are thrombogenic. It's just a matter of relative degrees.

Q. Absolutely. Medical science has not arrived at that material that you can put into the human body and there will be no possibility of a thromboembolic event?

A. Correct.

Q. That would include Silzone?

A. Correct.

Q. That would include Teflon?

A. Anything. Including materials that are made in our lab, which are considered state of the art, and other groups around the country that use another molecule called polyethylene glycol, what we call a peg, PEG.

That material which has been shown to be

completely -- what we call low protein binding, and in in vitro studies leads to, even in very small vascular -- well, let's go back to the example because -- because, again, in a larger vascular graft environment where you have ample blood flow -- so there's a combination of not just material properties, but secondary properties like the flow of blood, this -- this will -- will create an environment where you see a thrombus occluding a blood vessel, for example.

So we do not have -- if you want to get specific, we do not have the material yet that has been able to be -- we don't have a material that we can form into a small diameter vascular graft --

Q. I think you're talking a tad too fast. If you could talk a tad slower --

MR. JEFFREY: Gentlemen, you're talking over each other. Please. One at a time.

THE WITNESS: -- without a thrombus forming.

MR. CAPRETZ:

Q. Could you just talk a little slower so the court reporter can get it?

A. I'm sorry. I'm familiar with the topic so --

Q. Okay. So, Doctor, since any material you

trying to measure, let's say, in the Silzone heart valve, its safety and efficacy.

I would say we would never be able to develop any devices if that was our strategy as a field, meaning, you know -- you know, St. Jude -- any major company that would be involved in device development -- even what we do in our lab. We have to rely on population statistics, which is first looking at response and effect, based on the device we're developing, not necessarily all of these sort of cohort risk factors.

And if we looked at all of these cohort risk factors, actually proving one is -- is the cause, and if we go back, again -- again, I would like to then look at -- at some point today, look at Rodericks' deposition, because I know he refers to this in his deposition, about the inability of -- of the -- um, of the St. Jude group to -- to identify risk factors at the time when they did the review.

Q. Let's take a step back. You're not a medical doctor?

A. No.

Q. Not an epidemiologist?

A. No.

Q. Not a clinician?

A. No.
Q. You don't treat patients?
A. No.
Q. You have no information on the medical condition of any of the current Silzone heart valve recipients?
A. No.
Q. Okay. You're not a toxicologist?
A. No.
Q. All right. So you're not qualified to give an opinion to a reasonable degree of medical certainty regarding the manifestations of clinical symptoms related to the implantation of a Silzone valve, are you?
MR. CAPRETZ: Objection to form.
THE WITNESS: I think the key word is clinical symptoms.
All the people that you mentioned there would never have a medical device if it wasn't for people like myself.
Clinicians don't invent medical devices, not without the aid of engineers and scientists. Toxicologists certainly don't invent medical devices.
All of the other folks that do this as a living, meaning biomaterial scientists, those are the folks you

left off your list.

You sort of tried to disqualify my credentials. And I can guarantee you that even people in your own law firm have recognized those credentials as being an expert for these kinds of interactions.

So if you want to say clinical evaluation -- and then you're being vague again. What do you mean by clinical evaluation?

Q. Prognosis.

A. Prognosis? I wouldn't be able to judge prognosis, depending on -- depending on -- if you're talking about tissue level reaction to a material, that I'm qualified to judge.

Q. You are qualified to judge tissue reaction to a material -- a particular material?

A. To materials in general, yes.

Q. Based on review of histology, correct?

A. Correct, yeah.

Q. But you haven't seen any of the histology for any of the people who currently have a valve, right?

A. Again, I go back to how would you -- so unless they recently passed, how would you be able to do that?

Q. So the answer is no?

A. Who currently have them? The answer would

be no, of course. They are in the patients.

Q. I'm just trying to determine what basis your opinions stand. So I'm going through all of the materials --

A. That's your question.

Q. -- and I'm going through all of the materials that you're reviewing, and I'm asking you whether you looked at this and whether you looked at that.

So there may be a lot of material that you don't think is relevant, and if I ask you whether you reviewed it, you can just tell me you didn't. All right?

So I just have a checklist here and I'm going through it.

Okay. You say that you need to look at populations. Population of people that have received a Silzone heart valve, for example, to determine whether or not there's any adverse event; is that right?

A. Of course. You would certainly -- no matter what kind of study you were doing, you would first look at the population of recipients and analyze that compared to a controlled cohort.

Q. So what is your best estimate of the number of Silzone valve recipients that are currently manifesting some type of clinical system due to their

Silzone valve implant?

A. Manifesting a clinical system?

Q. Symptom.

A. Symptom?

Q. Uh-huh.

A. So do you mean paravalvular leakage?

Q. Any symptom.

A. What percentage?

Q. Yes, sir.

A. I think the newer studies are showing that at the level of five or six percent maybe.

Q. What studies are those?

A. The last -- let's see, the last -- the last AVERT study that -- that -- well, the AVERT studies that I looked at I think were at that level, but I don't recall. I'd have to see the paper in front of me.

Q. When did you review that AVERT study?

A. Again, when my deposition -- two or three years -- three years ago.

Q. Okay. So you haven't looked at any AVERT materials since that time?

A. I did look at a recent paper. Came out in 2005.

Q. Could you point it out on the list here?

A. It probably -- I looked at it -- I

definitely looked at it after this was sent.

By the way, this is among the materials I have examined when I wrote this. It was not meant to be -- I mean, it wasn't inclusive as I pulled together -- after not seeing this material for three years. And I did then look at -- I did look at the recent AVERT study by -- I forget the first author. But that's where I believe there was three to five -- six percent.

Q. What symptoms were they manifesting?

A. In that study I think it was paravalvular leakage.

Q. So five or six percent of the Silzone valve recipients today, you're saying, are manifesting paravalvular leak because of the implantation of their valve?

A. I believe it was about four hundred cohorts in the study.

Q. Is this from AVERT?

A. I believe it is from the follow-up of an AVERT. That's right.

Q. Other than a paravalvular leak, what other symptoms did they manifest?

A. I don't know. I didn't read the paper in detail.

Q. You can't recall?

A. No.

Q. Okay. What is your estimate of those who have not yet manifested -- excuse me. Let me rephrase that.

What percentage of the persons who have received a Silzone valve implant and have not yet manifested any clinical symptom will in the future manifest a symptom?

A. Well, I don't have a crystal ball, if that's what you're asking; but based on my expertise, one could still have, I think -- I think, to be very careful here, one cannot -- not present clinical symptoms, which I think are -- are an overt response to the material, but still have a reaction to the material.

In other words, if there's a low level chronic reaction to this material, one -- one can still not present any clinical manifestations of that interaction.

Now, how long would that go on before one presents? That is anybody's guess.

Q. So you don't know how long it might be?

A. Nobody -- nobody -- if anybody tells you that, I think that would be -- would be difficult. It's the duration part.

Whether you can -- if you asked me a binary question like, do you think these patients would eventually have a problem, my answer would be yes.

Q. And what do you base that on?

A. Based on that you can't have a chronic low level response to a material indefinitely in the body without eventually presenting some manifestation of that response.

Q. But you have no idea when they may show such a clinical response to this low level of infection?

A. No.

Q. Okay. You don't know what percentage of people might have -- eventually show a clinical response to that low level of infection?

MR. KOHN: You said infection. He said inflammation, just to clarify the record.

MR. JEFFREY: Excuse me.

Q. Low level of inflammation.

A. Yeah, I said chronic, which means it's -- it's low and continuous.

I think the -- the patient that is -- had acute inflammation or reaction to a combination of the materials and/or other aspects, if we exclude those folks, then it would be difficult to make any prediction that's right.

In terms of the -- and I'm sure there's maybe other scientists that -- that do this kind of work, and then -- so I will give you an example, um, looking at

A. Not that you would subject the patient to. It's possible you could take a biopsy. If this was an experimental animal, you could take a biopsy and look at this.

It still wouldn't help you with projecting when this might manifest into -- let's just keep it simple, into a paravalvular leakage or some other clinical manifestation.

Q. So in order to determine whether or not they actually had such a chronic inflammatory response ongoing within their body, would you, Doctor, have to do a biopsy?

A. I think for absolute confirmation, yes.

Q. Well, is there anything you could do less of absolute?

A. Obviously. You could monitor -- if one of the issues is how would you monitor the patients, then -- then certainly you would monitor them in a way that you could look for, you know, the major problem, which would be the paravalvular leakage; but this does not get at your question of sort of cause and effect, right?

You're looking at the ultimate response to the material device where there may be some damage associated with the tissue that may cause this

paravalvular leakage, but to -- but to monitor that in a way that you could do that noninvasively, meaning not basically going in the patient, I think would be difficult.

You would have to rely on standard clinical modalities for looking at cardiac functioning metrics such as echocardiograms or something of that nature.

Q. So was the answer to my question no? No, there's no study that you can think of that would support whether or not that particular person has a chronic inflammatory response outside of a biopsy?

MR. CAPRETZ: Object to the form.

THE WITNESS: Not at this time.

MR. JEFFREY:

Q. Okay. Do you have knowledge that any of the people who currently have a Silzone heart valve have had a biopsy?

MR. CAPRETZ: Object to form.

THE WITNESS: The answer is I don't have knowledge.

MR. JEFFREY:

Q. Okay. So you don't know whether that data exists?

A. I don't know whether that data exists, right.

Q. Okay. And you wouldn't recommend taking a biopsy of people to find out whether or not they have a chronic inflammatory response?

A. Um, I wouldn't recommend it. I have seen it -- for example, of tissue engineered cartilage, so the patient -- patient volunteers later on.

I would think the cartilage example is an exception, because obviously it is not as critical as the function of a heart.

Q. Let's see if I can understand this.

You believe that each of the Silzone valve recipients have suffered tissue damage, correct?

A. Correct.

Q. And you believe that the tissue damage is a result of a chronic inflammatory response to Silzone, correct?

A. Correct.

Q. And in particular, to the silver that coats the Silzone valve, correct?

A. I think if we're really going to be accurate here, we keep using a trade name for a product, but it really is a silver-coated product.

If we want to clarify that for the record, when we say Silzone, then we're really talking about silver coating on top of a polymer mesh which is made out of

Dacron or PET.

I'm sure everybody knows that, but I think as a biomaterial scientist, I don't like using trade names of a device to describe what we're really talking about.

Q. So in answer to my question then, and the chronic inflammatory response that we've been talking about, your belief is it is caused by coming into contact with silver from the Silzone coating; is that correct?

MR. CAPRETZ: Objection to form.

THE WITNESS: Not simply coming into contact with silver. It is an accumulated level of silver released into the peri-implant region causing inflammatory --

MR. JEFFREY:

Q. Okay. Which causes a chronic inflammatory response?

A. Correct.

Q. And the only way we can determine whether or not a patient indeed has a chronic inflammatory response is by a biopsy?

A. Certainly that's my opinion and/or biopsy -- I'm using a general term biopsy to look at the tissue, but also to sample the tissue for silver concentration and so forth. That would be the best way

to do this.

I wouldn't recommend doing this to a patient; however, because of the associated risk factors of taking -- not really risk factors, but the risk associated with taking the biopsy and putting the patient under I think undo safety risk and possibly risk of -- of damaging the patient further.

Q. And since today, as we sit here, you have no knowledge of the results of any such biopsy or examination of a patient's tissue, you have no confirmation that indeed any of the people who presently today have a Silzone valve implanted have the chronic inflammatory response that you suggest; is that correct?

A. Correct in how you phrased the question currently, but if we go back to Wilson's deposition and -- do you want to call things before 2003 previous patients?

You're sort of parsing out like there's current patients and I guess I need some clarification on why -- why you keep doing that.

Q. I sort of live in the present, so I want to know today, is there a problem with the people who currently are implanted with the valves, and then we can talk about Dr. Wilson and other things later.

A. Right. So -- so my deposition relied upon

this field --

Q. Have you seen --

A. -- meaning the valve field as opposed to the, you know, intravascular field.

Q. Have you seen any echocardiogram studies of the population of current Silzone valve recipients?

A. Not current.

Q. We discussed AVERT previously, correct? Can you tell me what AVERT is?

A. I don't know the acronym off the top of my head, but it was a clinical trial study related to the Silzone heart valve.

Q. Okay. And when was the last time you looked at any AVERT data?

A. As I just mentioned to you, I looked at the abstract later -- earlier this week related to the paper in 2004, 2005; but previous to that, it would be I think what I listed here, which is probably 2002 or 2003.

Q. So when you said that five to six percent of the persons who had received a Silzone valve might have some type of clinical symptom associated with the implantation of that valve, that's what you were referring to, that AVERT study of 2001?

A. I didn't say 2001, so I don't recall the

date.

I would have to -- I would have to see the study and -- and obviously respond to -- to -- if you have a study for me to look at, I would be glad to tell you if --

Q. Have you looked at the ~~expert report~~ of Dr. Judith Jones who reviewed the AVERT study?

A. No. I don't recall looking at Jones.

Q. Have you looked at the expert report of Dr. Williams, David Williams?

A. I've looked at David Williams briefly. That only came to my desk probably within the last two months or so.

Q. Okay. Let's go back to the report of Dr. Jones.

Did you know that Dr. Jones had written a report concerning the results of the AVERT study?

A. I -- I -- I don't know. Um, there are -- there were depositions provided to me by counsel and I think I took on the ones that were most relevant to my field.

Q. Okay. You looked at Dr. Jones' report previously; is that correct?

A. I just said no.

Q. No?

A. I haven't -- so you've given me five minutes to evaluate this. So I would decline really commenting on it further.

Q. So was the answer to my question, you can't agree or disagree with it?

A. Correct.

Q. Okay. Can you go to paragraph D? Would you read the first sentence in paragraph D on page 5?

A. "The latest data from AVERT likewise demonstrates no evidence of a long-term increased risk of thromboembolic events in AVERT Silzone valve recipients compared to the patients with nonSilzone valves."

Q. Would you read the next sentence, too?

A. "The life table method demonstrates that there is no statistically significant difference in the rates of patients experiencing thromboembolic events between Silzone and nonSilzone valve recipients."

Q. Were you aware of any data that supports those statements?

MR. CAPRETZ: Object to the form.

THE WITNESS: Well, I am not aware of data that -- that either supports or refutes those statements, because I don't -- wouldn't expect thrombosis to be an enormous risk factor with this

device because of the high blood flow rate.

And if there is thrombosis, it is certainly -- probably would be cleared rapidly from the local environment.

MR. JEFFREY:

Q. So you don't believe that there is an increased risk of thrombosis with the Silzone valve?

A. We can go back to the materials argument, which we know the materials are thrombogenic, but thrombosis in the location of the device due to the high rate of -- oh, so of -- well, the blood fluid dynamics and the blood flow rate -- you would probably have a very low incidence of thrombosis; so I think statistically it would almost be impossible to achieve any statistically significant results between patients treated -- patients treated with Silzone and patients not treated with silver coating.

Q. And that's what you would expect, even taking into consideration the different material, that is to say, the Silzone coating being used?

A. True, because -- because it goes back to my explanation earlier, that -- that, you know, thrombogenic materials are used in cardiovascular devices, but -- but in certain privileged cases where you have a high enough blood flow rate, then you don't

really have a -- the time sequence for a full thrombus to form.

Q. So other factors are predominant in the formation of a thromboembolism in regards to heart valves?

A. With the caveat that we're taking about an exposed surface for thrombus formation, right, as opposed to certainly thrombus on the cuff side, which is more of the tissue reaction, which is -- which is where personally I feel there's a -- the greater issue exists with the Silzone and the silver coating.

Q. At this point in time, more than five years after these patients have received a heart valve, is that any longer an issue?

A. What part is?

Q. You said a thrombus formation on the cuff itself.

A. No, it would be remodeled. It would be remodeled fairly rapidly. So a fibrous clot would form and that would typically be remodeled by fibrosis or fibrous tissue.

Q. So the increased thrombogenicity that we were just discussing is a risk that would have been possible during the immediate aftermath of the implantation of the valve?

A. I think you have to pars out the question in two ways. One is, you know, what one would safely say, that silver is probably more thrombogenic than PET, which is your Dacron coating.

In an in vitro controlled study, one would probably show -- I believe even -- even this is mentioned in some of the previous studies that was done by Tweden's group, that you certainly are going to see greater adhesion of blood components to metal and metal oxide like silver compared to the PET, so you have that in vitro data.

But that -- that doesn't always manifest itself into something that you can completely see again in the clinical environment.

So initially you probably would have a great deal of thrombosis or -- thrombosis may not be the correct word because I think that's used specifically by a clinician -- but you would certainly have a great deal of -- of clot formation when exposed to blood as you're sewing this cuff in, and to the silver, which gets remodeled.

Q. When you say remodeled, you mean covered up by tissue?

A. Well, the -- the clot is formed of proteins and cells then migrate through that clot by

expressing different enzymes, mostly enzymes then cleave the proteins in the clot, particularly proteins that are enzymes that then remodel, so as to the -- as the cell comes in, let's say, the fibroblast comes in, it remodels that clot and by -- and, also, at the same time, it's expressing it is own proteins that then fill in the Dacron mesh.

Q. So the area of the clot -- when you say remodeled, you mean tissue moving in there and eventually grows in the area then?

A. Eventually grows in. That's true.

Q. Once that happens, there is no greater risk for a thromboembolic event related to the actual material of the cuff itself?

A. Well, let's take the -- the standard, the PET. Because cells can grow into that material, and although it is a thrombogenic material -- so growth in that material is quite good. So you don't have really the potential for I think reexposure of that material, other than maybe some other factor, you know, damaged in some other way. You wouldn't normally expect this to change.

Um, in the case of silver, because the silver concentrations are -- gets so high in the local environment, then one would expect -- one would expect

that the silver-coated system -- you would have less cell growth.

And there are some in vitro papers I cited in my deposition showing that silver -- silver-coated systems, when the concentration gets too high, these materials lead to, you know, appreciable cell death and toxicity in the near -- we'll call it the near implant region or peri-implant region.

With that said, then if you're reexposing the silver coating to the blood contacting environment, then there could be a thrombogenic capacity that might be increased; however, I don't think this is going to be a large scale statistically significant problem.

Q. So it may happen in an idiosyncratic case?

A. I don't think I would phrase it that way, but it certainly could happen in some portion of the population.

And, one, let's take some of the -- as I said, this newer study that I -- that I briefly looked at where you have a higher -- let's say a mean value for a particular metric you're looking at for the Silzone valve, yes, it is -- it's not statistically significant.

Q. So there is no way to measure whether or not that has happened then?

A. You would have to go -- no. I mean, you

would have to -- histological analysis would be the only real way.

Q. So let me just recap to see if I actually understood that.

There's a possibility -- you're saying that there might be a possibility of a thromboembolic event because the silver has caused tissue degeneration and, therefore, a new clot has to form and new tissue has to form, and during that process, a clot could be given off; but there is no way to statistically measure that because it's so small and there has been no histological evidence of it in actual people who have a Silzone valve today?

MR. CAPRETZ: Objection as to form.

THE WITNESS: The way I would also -- I would also add to that statement is that really the blood contacting the -- the blood flowing through the valve is not really hitting the cuff, right. The cuff is on the outside of it anyway. So I think the chances of this being, you know, statistical significant are low, yes.

MR. JEFFREY:

Q. Okay. Could you take a look at paragraph G on page 6 and read the first sentence?

MR. JEFFREY: Are you meaning for him to

Q. So a case report is for generating a hypothesis because something may have happened and you get information from a case report, right?

A. Or supporting a hypothesis in the sense that you get data from the AVERT study and then you have a case report supporting possibly the conclusions from a population statistical study, in this case, a prospective study.

Q. But you wouldn't use the case report to draw the conclusions. You would need a controlled study like the AVERT study in order to draw conclusions regarding the population of the Silzone valve recipients; is that correct?

A. Definitively. You would have to have a -- sure, you would have to have a controlled cohort -- you know, population match study to prove statistically, yes.

Q. So at this point when you're talking about all Silzone valve recipients having likely suffered a local tissue -- excuse me -- having suffered local tissue damage, this is in the way of a hypothesis; is that correct?

A. It has -- well, so the word hypothesis is -- is true. It's hypothetical.

It's also supported by a number of -- not just

this case report, but it's also supported by extensive in vitro data, right, that I cited.

Q. So in addition to this, in addition to AVERT and the Tozzi study, the Wilson affidavit, it's supported by in vitro studies?

A. Correct.

Q. And those are the in vitro studies performed by St. Jude?

A. Well, in some cases, yes; but also the in vitro studies that I cite in my declaration.

Q. No in vitro studies on persons who have a valve?

A. Well, that's illegal.

Q. I'm just, you know, going through my checklist again.

A. Yeah, yeah.

Q. Okay. So in regards to the Tozzi study, I believe that Dr. Tozzi suggested that there might be some type of chronic inflammatory response; is that correct?

A. Correct.

Q. Did Dr. Tozzi ever publish any article following up on that and confirming that his hypothesis that there might be a chronic inflammatory response was correct?

A. Not that I know of --
Q. Did anybody else?
A. -- but I also have not searched for any Dr. Tozzi subsequent publication.
Q. Okay. But you don't know of any as we sit here today?
A. I do not.
Q. Okay. Do you know of anybody else who published an article confirming Dr. Tozzi's hypothesis that there was a chronic inflammatory response in Silzone valve recipients?
A. I don't know. The answer would be for this -- for Silzone valve recipients, I don't know.
Q. Okay. So is it fair to say that there's been no subsequent published studies supporting the hypothesis that there's a chronic inflammatory response in all Silzone valve recipients?
A. True, and there's also the fact that there is no data refuting that case as well.
Q. So no data confirming or refuting the theory?
A. That's right.
Q. Why don't you just take a minute here and back track a little bit and let me see if I actually understand the theory on the chronic inflammatory

response.

Is it your theory that there's a chronic inflammatory response because of the reaction of the macrophages to pieces of silver in the tissue adjacent to the cuff?

A. It doesn't have to be a macrophage, but just say cells in the local environment are responding to a combination of an excessive concentration of silver ions that are now complexed, possibly, with proteins, and, also, particulate silver, with possibly -- from possibly spalling off of the cuff material.

Q. When you say possibly spalling off, have you determined that it is spalling off?

A. I have not determined -- the only data I have on that are from histological sections, which it is difficult to assess in some of them where silver will show up.

Theoretically, the silver coating shows up black. And in those sections, you can see portions of silver not associated with fibrous -- or I should say, black particulates not associated with fibers of the PET.

Q. But you haven't determined if it's spalled off?

A. No one has determined -- again, no one has

determined it hasn't spalled off either.

Q. Has anybody determined that the black particulate is actually silver?

A. No. You would think that would be something that St. Jude would do. It is a pretty easy test actually.

Q. But to your knowledge, that hasn't been done?

A. No, and I don't know why.

Q. Okay. So I'm -- once again, I'm going through the checklist here.

A. Go ahead.

Q. So in regards to your theory that there's a chronic inflammatory response to silver, we haven't yet determined whether or not the black particulate that is seen is actually silver and we haven't determined whether or not that's spalled off of the cuff, correct?

MR. CAPRETZ: Object to the form.

THE WITNESS: Correct, but you have to use some -- then you have to use logic and intuition at some point.

The black particulate is obviously a foreign material, and it's only on histological sections that have the Silzone or the silver coating; so you have to -- and if you look at the histological sections

carefully, the same black material is seen as essentially a concentric or a coating halo around the fiber; so it is very logical to assume that the black material you see in histological section is silver.

And there are a number of histological stains, including one, for example, bone mineralization that uses a silver nitrate based stain called Von Kossa stain and the Von Kossa stain looks just like these materials. It shows up black.

So if you stain bone mineral with this Von Kossa stain, it will come up looking black because of the silver.

It's -- it's as if it's like a photographic process. Black and white photographic process.

MR. JEFFREY:

Q. Excuse me. I didn't understand that. Is the Von Kossa stain for identifying silver?

A. No. It's for identifying calcium in the presence of phosphate and silver is the -- reportedly the probe that one looks at.

Q. I see. And the Von Kossa stain is composed of silver nitrate?

A. Correct.

Q. So the -- so -- okay. I understand this now.

And the stain itself is black in tissue?

A. When the processing is done, to identify the mineralized tissue, it will appear black. So when you look at a histological section, it's quite reminiscent of the ones we were viewing with the Silzone.

Q. So it is fair to say that when you looked at the particulates, you assumed they were similar because they were a similar color to what silver would be if they were in tissue and they appeared to be similar in appearance to the material that is adjacent to the cuff?

A. And in addition, it is also similar to what's observed coating the fibers, which is obviously silver palladium and titanium.

Q. But no test has been done to confirm this?

A. Correct. And I would consider that misguided by the company, because it is a very easy test to do.

Q. Okay. But you haven't done the test either?

A. No one has asked me to do the test.

Q. Have you suggested it to counsel?

A. Yes, I have.

Q. And what did counsel say?

(Whereupon, the reporter read the following:
"Q. What were you told when you made this suggestion?")

THE WITNESS: I don't recall. It is a conversation probably three or four years ago. So my feeling is that there was, you know, some comment, that's interesting, conversation change.

MR. JEFFREY:

Q. Who did you have the conversation with?
A. I'm sure Michael Coren was on the line.
Q. And what did you propose testing?
A. What was it that I would propose?
Yes, I understand the question.
I would use a combination of microscopic techniques. One is called angio-dispersive X-ray analysis or EDAX, E-D-A-X, and this would identify elemental composition in the histological sections in sort of a pinpoint manner so you would be able to tell that there was silver in the black particle.
You may not be able to tell what it was. For example, was it silver complexed to a protein; but you could say this is silver.
Q. You would be able to tell it's silver as opposed to a metal?
A. I don't understand the question.

Q. Could you actually say it was the element of silver?

A. You would get the element of silver, that's correct.

Q. Is this type -- some type of spectrographic analysis?

A. It's described as a dispersive analysis using X-rays. And you basically -- so like an X-ray analysis picking up the elemental contents and you will pick up most heavy elements in the system.

Q. And this is a destructive test?

A. Somewhat, but not really, no. It's used throughout material science and other fields.

Q. And it could be used on tissue samples?

A. Certainly. It's been used in, let's say, calcium phosphates interaction with bone and soft tissue looking at various elements. It's not just silver people are interested in. Some calcium and phosphate.

Q. And it can differentiate different metals one from another?

A. It can pick up -- you will pick up, for example, titanium, silver, any element theoretically above the -- I think about -- before I misspeak, before carbon, but certainly any of the heavy metal elements you would pick up.

There's some caveat to that. Some of the peaks overlap. So, you know, in a peak for one element, there may be a peak for the other. So you can't distinguish these elements typically.

So you would have some problems; but in general, you should be able to pick up metal, especially things like silver, in the section.

Q. And counsel has never gotten back to you regarding doing a test of this nature?

A. They never asked me to do a test.

Q. Did you suggest any other types of tests?

A. By the way, I don't know if I went into that detail with the discussion with Coren on this. As I said, I don't recall. I'm explaining to you now how I would do that test if I was asked.

Q. Okay. And this was about three years ago, you think?

A. I think so, yeah.

Q. Did you suggest doing any other types of tests to plaintiff's counsel?

A. Not that I remember, no.

Q. Are there any projects that you suggested to plaintiff's counsel that you believe should be done?

A. Well, I think I support the monitoring of these patients in -- and I -- obviously, you know -- you

know, I think I mentioned that in my declaration; but that's -- but that's it.

Q. I meant any projects that you should undertake.

A. As a consultant or an independent --

Q. Right.

A. No, I didn't suggest any.

Q. Getting back to your discussion about the theory of the chronic inflammatory response, how did you distinguish the chronic inflammatory response due to silver particles from the chronic inflammatory response that would be due to some other material there?

A. So -- so -- permit me to rephrase your question. We're not doing this on the Silzone cuff in the tissue itself. We don't -- we've established we don't have that data. So what you use are approximations to that model.

In our case, when I reviewed the literature, including some of the work by Dr. Tweden, it was my impression that not only inflammatory cells, but possibly even fibroblasts were being affected by high concentrations of silver.

Q. Well, does Dacron also cause a chronic inflammatory response?

A. No, it doesn't. It might be related to an

So as it comes off over a period of time and it accumulates, you move into a more toxic region or essentially a region that would stimulate a chronic inflammatory response.

Q. This is the diffusion gradient you mentioned in your report?

A. A diffusion gradient is just a mathematical way of describing the concentration differential, but the important -- the importance is the concentration gets high enough locally that you end up having an excessive environment of silver, so silver complexed particles, ions, exposed to cells, wherein the Dacron case, you don't have that. You just have the polymer itself which the cell will -- will -- will respond to and grow into.

Q. Have you published your theory that all the Silzone valve recipients are likely to suffer local tissue damage?

A. I have not published anything regarding this case.

Q. Have you presented it at any meetings?

A. No.

Q. Do you intend to publish it?

A. I hadn't thought about it. Well, I don't know. The answer is I don't know.

Q. Do you think right now it is suitable for publication?

A. When I reviewed the material, I -- you know, the -- this is a suitable publication of an opinion of how to deal with silver when it's not in a -- well, when it's not -- let me rephrase that.

Silver as a metallic material compared to silver as a silver salt used in some of these creams on burn patients.

Q. So that particular aspect, excuse me, might be publishable?

A. I think so, yeah.

Q. I'm talking about the actual theory that Silzone valve recipients are likely to have suffered a local tissue damage, is that publishable at this point?

A. What aspect of that?

Q. The theory itself. The information that you have to support it.

A. I think it could be, yeah. I mean, it -- you would have to connect the dots. This is from a biomaterial standpoint.

Q. So more work would need to be done?

A. Yeah -- I don't understand the question.

Q. What did you mean by connect the dots?

A. Well, you would have to lay out like the

argument in terms of the deposition -- I'm sorry -- the declaration with respect to what -- what material support from the literature you have that silver, when it's in a metallic coating, has a differential response that could be quite toxic compared to silver when it's in the form of a salt or a complexed agent that solely releases the molecule, or I should say, the ion.

Q. So the publication would be the publication of this theory; is that right?

A. I don't know. Like I said, I haven't thought about it. You're sort of drawing an abstract, you know, idea out.

Q. Who came up with this theory? Did you?

A. You keep saying a theory.

Q. I'm sorry. The proposition that all Silzone valve recipients very likely suffered local tissue damage.

A. Right.

Q. Who developed that proposition?

A. Well, from my position as a biomaterial scientist, I developed it, based on what we know from -- again, from the literature, silver interaction with other -- with other soft tissue, and some of the -- the data from the Tweden and from St. Jude. Dr. Tweden.

Q. Why don't we -- what time is it?

Maybe 1997. Is that right? Somewhere in that range.

Q. Have you had any dealings with other St. Jude personnel?

A. No.

Q. At the time that Mr. Coren called you up, did you have any experience working with silver-coated medical devices?

A. No.

Q. Had you ever worked with silver implanted in the body in any way?

A. Um, worked with meaning did my lab do direct experimentation?

Q. Yes.

A. We did not do direct experimentation using silver as an implant material.

Q. Did you do any experiments in the analysis of silver levels in the body?

A. Not silver, but other elements.

Q. What elements would those be?

A. My thesis was on the analysis of really titanium in biologic environments and the release of titanium from both model and real implants as well as cobalt, chromium, molidinum and nickel.

These are all elements that are used in orthopedic joint replacements, and the same question