the silver absorbed is secreted -- I'm sorry -- excreted from the body.

That data set itself collected by St. Jude Medical staff using the silver -- Silzone heart valve would contradict that statement.

Q. Okay. So let's go back here. I just want to see what our evidence is.

In regards to establishing a silver concentration gradient in vivo, you refer to Matt Ogle's notebook, correct, and his poster presentation?

A. Correct.

Q. Those are in regard to the sheep study, are they not?

A. Correct. That's in vivo, though.

Q. In vivo. So it's not referring to a study on a Silzone valve recipients where I started the question, right?

A. Well, you should know, of all people, you cannot experiment on humans. So you're back to our question yesterday on the far -- excuse me -- short of taking a biopsy from a patient, a patient volunteering for a biopsy, you can't prove that. You can't collect the data.

Q. That was going to be my second question, whether there is some type of experimental methodology

that could be used to establish a silver concentration gradient in a Silzone valve recipient.

A. Not a human recipient.

Q. Okay. Obviously then that hasn't been done?

A. I hope not.

Q. Okay. So the data that we have that could relate to establishing a silver concentration gradient around the Silzone cuff is the study that Matt Ogle did?

A. That was the best I could find in the data I had access to, correct.

Q. And from --

A. And it might also include Holmberg, so I don't want to say.

Q. And from the data that you looked at, were you able to determine what the silver concentration gradient around the Silzone cuff was?

A. I could not -- um, what I could establish was that the concentration in the tissue increased over time and did not stabilize. So there was no -- over a fifty-two-week period, it was not saturating.

And that at the same time, the serum levels had dropped off to almost baseline.

By those two pieces of information, it tells me that the silver is accumulating locally and not

systemically and not being delivered from the cuff material to the bloodstream as would be implied on page 13 of Exhibit 5.

Q. That conclusion assumes that the silver continues to be leaching from the valve; isn't that true?

A. Well, there's three data points in that study and, um, I think I'd probably defer any specific comment till I had that in front of me and I could point out to you exactly what I'm looking at. I don't think I have that with me.

Q. Are we referring to Ogle?

A. Ogle and the poster by Ogle. Which may be a part of this documentation as well.

Q. Is this what you're talking about?

A. Yes, sir.

Q. We may have copied this.

A. I'm just looking at this notebook. So here is --

Q. Did you find a copy of --

A. I did not. I'm looking through. These are -- are pages of Matt Ogle's notebook and they refer, excuse me, to --

Q. Do you want me to make a copy of those and attach them?

of the valve?

A. If all of the silver comes off the valve, which has to happen at some point over the lifetime of the device, because it is galvanically corroding based on how it was deposited. It's not just going to step. Electrochemistry won't stop because tissue has grown into the device.

Q. Why do you say it's galvanically corroding and that will continue?

A. Because the way it's deposited is a three-layer process. You have titanium, palladium and then silver. And the silver is going to preferentially come off because it's less noble than the other two metals and they are in electrical contact with one another.

Q. So let me see if I understand this now.

Mr. Ogle, in the laboratory notebook that we have marked as Exhibit No. 14, he has recorded data that he took by going in and taking pieces of tissue as well as pieces of the valve and measuring the parts per billion of silver on that.

And that is a representation of how much silver might be right there at the cuff, correct?

A. Correct.

Q. And you assume that over the lifetime of

the valve, all of the silver is going to be coming off the cuff and therefore that amount of silver could be deposited in an area close to that cuff?

A. I think with the caveat all -- mostly ninety percent, ninety-five percent, is my -- just an scientific judgment based on how the galvanic system is set up, right.

Q. Has anybody done an experiment to determine what percentage of the silver is -- has come off the cuff in the last, say, five years?

Let me rephrase it. Has anybody done an experiment to determine how much silver has come off a Silzone cuff implanted in a human being after five years?

A. No, for the same reasons we went discussed before. You can't experiment on humans.

Q. So the information that you've given to us about these silver concentration levels is based upon your hypothesis and it's your reasoning, based on Mr. Ogle's laboratory notebook, but we haven't confirmed the silver concentration levels?

A. Well, we have. So the answer is no. There's data that tells us what the concentration is in the cuff combination tissue material.

There's data from the poster that tells us what

then beneath the palladium layer a base of titanium, correct?

A. As I understand it, yes.

Q. Okay. What is the rate that the silver is going to come off the Silzone valve when it's adjacent the palladium?

A. Compared to or relative rate?

Q. Relative rate.

A. Are you asking me to compare it to something like if the palladium wasn't there or relative -- if you give -- if you're asking me to have --

Q. Let me start at the beginning then.

Is there some type of scientific standard or formula from which you can calculate how much silver is going to be lost when it's adjacent to the palladium?

A. You could potentially -- yes. You could -- well, you can't predict overall mass loss, but you could predict which will have a -- which will be a preferential couple.

Q. Okay. And --

A. Of course, the reason for that is the silver could be four times as thick as the palladium and there are some variances in the analysis.

Q. Okay. Considering the Silzone valve

itself and the various thicknesses and proportions of the metals --

A. By the way -- I'm sorry.

Q. -- have you done any calculations to determine how fast silver would leach off?

A. So I was going to say, I don't know the relative thicknesses off the top of my head. I didn't remember reading the PMA; and, of course, we discussed the relevance of the Holmberg, Shioshani letters yesterday discussing the thickness.

I believe we were talking about a 3,300 angstrom thick level of silver. I think that's about right that I recall.

Q. Okay. I believe that's your next paragraph here that we talked about, paragraph 82.

A. Yes. We discussed this yesterday.

Q. And I take it at this point we don't have an estimate for when or if the silver will leach totally off of the valve?

A. No. And I think that's, again, a -- for the product that was developed and marketed, that's a gross oversight and misconduct.

You should know the ultimate load of the silver to the patient. I mean, you should be able to state a proper bound for this device.

A. I'm sorry. Yes. 2 of 22.

So moving then to 23 -- so I believe it is an attachment three then includes a summary of the IBAD technology developed by Spire as well as summaries associated manufacturer's control.

Do we have an attachment -- do we have an attachment three?

Q. I'll take a look.

A. So this is May 14th, 1997.

Q. And the submission is --

MR. CAPRETZ: Off the record.

(Brief discussion off the record.)

THE WITNESS: So just for the report then, attachment three, includes the summary of the IBAD technology developed by the Spire Corporation, as well as summaries of associated manufacturing processes and quality control procedures.

I believe it's in that document where the -- they explain the three layer deposition position.

MR. JEFFREY:

Q. All right. So we don't know exactly what she is referring to here and under solution --

A. Um, I --

Q. -- that is to say, the portion of the document which is the last paragraph starts with the

word solution. I believe that's a colon.

A. Correct. We don't know -- well, what I do know from reading this is that she is suggesting adding those elements to the system to increase the ionization rate. That's very clear. Which means she has an objective which she already -- we already read, to encourage or facilitate ionization of silver from the substrate.

Q. And what we don't know is whether or not she added -- she was suggesting adding that metal to the outer silver layer or under the silver layer?

A. I don't know why you would add it to the outer silver layer.

If you're suggesting that, then what would happen is that the corrosion delivery of silver would largely never occur, unless there was a breach electrochemically through the top two layers to reach the silver; so scientifically, it doesn't make any sense.

In other words, you would be better off if the idea is to have silver, palladium, titanium. You might have just coated the implant with titanium.

If the coating is as good as Spire says, uniform and no basically breach, you would have to have some breakdown in the coating to ultimately create an

electrochemical cell with the underlying silver.

Once that happened, then you would have corrosion; but it would be very -- well, you wouldn't design a material this way, because you would be corroding out your bottom layer of a coating and you would ultimately then clearly flake off the palladium and titanium; so I would see no other way to design this except in the way that's consistent with the IBAD process.

Q. And you saw no reference to this in Dr. Tweden's deposition?

A. I did look at that again last night and I did have a large chunk of that deposition, but I don't remember -- I don't recall this part being discussed.

Q. Okay. Look at paragraph 82. In particular, the last sentence in paragraph 82 of Exhibit 4, page 43.

A. The last paragraph of 82?

Q. The last sentence in paragraph 82 --

A. Okay.

Q. -- begins with the word given.

A. Yes, okay.

Q. The sentence reads, given the expected concentration gradient based on sound scientific theory, one can expect the local silver concentration to far

exceed the cytotoxic concentrations defined in the papers by Wataha, Steffensen and McCauley.

What is the expected concentration gradient?

A. What we've been discussing. It's what would occur if the silver was delivered from the cuff, and, as such, large portions of the concentration of the silver remain locally.

Q. And we haven't established a quantitative value for that particular gradient?

A. I believe it exists in the poster by Ogle as the best quantitative measure of what that value is.

It's not measuring the gradient because we have had to, from the source, move out linearly or somehow move away from the source to take measurements at different sites.

What he did was take one particular site, close to it -- I demonstrated in his notebook. If you take a tissue sample right in the cuff, it's -- you're going to get an enormous amount of silver. So I think by those two data points, and then showing the blunt concentration being extremely low, you can piece together this concentration gradient. The highest concentration is right in the cuff. The second highest concentration is right near the cuff and it is distributed systemically in a lower level of the

silver were to leach off of the Silzone valve?

A. No. I would refer to a clinician.

Q. Okay.

A. With, again, the caveat what I've already said about the local tissue environment; but I think your question was a larger scale like what would be a clinical presentation of this.

Q. Right. What would be the manifestation of this phenomenon occurring?

A. All right. Right.

Q. Doctor, you recall the sheep KTMV-2?

A. Correct.

Q. What is KTMV-2?

A. It was a sheep, if I can refer to my deposition -- this is my declaration, and this is Exhibit 4, again.

Q. What page are we on?

A. Page 40. We're on page 40. So KTMV-2 was a sheep that was in a short-term animal study and the sheep expired.

And my concern was that this sheep was not originally reported to the FDA in the PMA, but was reported in the supplemental filing, but it also is a concern -- is that the study consisted of only five sheep, and in losing one, you lost twenty percent of

your potential data set, which is a concern, again, with the number of animals in the experiment.

Q. Do you know why KTMV-2 died?

A. I have read the report by Dr. Cameron and/or excerpts of that report identifying a number of histological potentially pathological reasons. I think those are open to debate as I believe he did not see any -- he did not see any correlation with the black particulate material associated with this device -- I'm sorry -- this animal correlated with the device; but I'm not sure you can draw that conclusion.

Q. Okay. So do you know why KTMV-2 died?

A. Why -- no, I don't know the pathological reason.

Q. So you don't know if it was an infection or surgical error?

A. I don't think I know or I don't think anybody knows.

Q. So it could be an infection or it could be a surgical error?

MR. CAPRETZ: Object to the form.

THE WITNESS: Well, my response, if it's an infection -- this device is designed to fight infection. It's not working very well as a device as intended, is it?

MR. JEFFREY:

Q. Okay. But regardless of whether or not it was working in this particular instance, the sheep could have died of an infection?

A. That's true.

Then I think if I was -- if I was -- if I was in charge of this study, I would question why a device we're purportedly developing to fight infection is not going to be effective in a very simple example; but I think the realize issue is then why wasn't it reported if it's just a simple infection that the sheep died? Why wasn't it included in the original data set?

Q. Well, any antibiotic can be overcome by a large enough infection, correct?

A. Well, I'm speaking more as a layperson or at least an educated scientist, not as an expert on this. Yes, that's true.

Q. And if the sheep had a preexisting infection, no matter what you do, sometimes you're going it lose one of those sheep, right?

MR. CAPRETZ: Objection to the form.

THE WITNESS: Yeah, I -- you're out of my -- a little bit out of my expertise.

MR. JEFFREY:

Q. I'm just trying to determine why, to you,

the sheep KTMV-2 and the fact that it died is important.

A. I think the fact that it died is less important. What's important to me is that it wasn't reported initially.

Once you've found out that the sheep did die, trying to find out the reason for its death I think is an important part of the study, especially when it's twenty percent of the data. And it seemed like this was not emphasized by St. Jude Medical and the staff.

Q. All right.

A. That's why it's important to me.

Q. I just want to make this clear. So right now as we sit here, you're not saying that it's your opinion that you believe that KTMV-2 died because of some type of complication related to the Silzone coating?

MR. CAPRETZ: Object to the form.

THE WITNESS: You could not make that direct correlation with the single animal without, I think, really understanding the effect of the coating; but I think in the context of thinking about my expertise, this is more or less a clinical question.

MR. JEFFREY:

Q. Okay. So you don't have an opinion on that particular issue?