IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE ST. JUDE MEDICAL, INC., SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1396 |

**ST. JUDE MEDICAL'S NOTICE OF MOTION TO PRECLUDE TESTIMONY OF PLAINTIFFS' EXPERT ERIC G. BUTCHART**

PLEASE TAKE NOTICE that Defendant St. Jude Medical will bring its Motion to Preclude Testimony of Plaintiffs' Expert Eric G. Butchart Pursuant to Federal Rule of Evidence 702 on for hearing on a date to be determined by the Court at the United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

Pursuant to instructions from the Court, Plaintiffs' opposition papers must be filed no later than March 19, 2007, and Defendants' reply brief must be filed no later than April 3, 2007.

DATED: February 14, 2007.

HALLELAND LEWIS NILAN & JOHNSON P.A.

By: s/ Tracy J. Van Steenburgh
Tracy J. Van Steenburgh Reg. No. 141173
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
(612) 338-1838

REED SMITH LLP
Steven M. Kohn
1999 Harrison Street, Suite 2400
Oakland, CA 94612

Attorneys for Defendant St. Jude Medical, Inc.