IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE ST. JUDE MEDICAL, INC. : MDL DOCKET NO. 1396
SILZONE® HEART VALVES PRODUCTS :
LIABILITY LITIGATION :

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING MEMORANDUM IN SUPPORT OF MOTION TO PRECLUDE TESTIMONY OF PLAINTIFFS' EXPERT ERIC G. BUTCHART PURSUANT TO FEDERAL RULE OF EVIDENCE 702**

I, Tracy J. Van Steenburgh, certify that Memorandum In Support Of Motion To Preclude Testimony Of Plaintiffs' Expert Eric G. Butchart Pursuant To Federal Rule of Evidence 702 complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft® Word Version 2002, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 9,975 words.

Dated: February 14, 2007

HALLELAND LEWIS NILAN & JOHNSON, P.A.

By s/ Tracy J. Van Steenburgh

Tracy J. Van Steenburgh, Reg. No. 141173
U.S. Bank Plaza South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
(612) 338-1838

ATTORNEYS FOR ST. JUDE MEDICAL, INC.