IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE ST. JUDE MEDICAL, INC. :
SILZONE® HEART VALVE PRODUCTS : MDL DOCKET
NO. 1396
LIABILITY LITIGATION :

**DECLARATION OF KATHERINE S. TWEDEN, PH.D., IN SUPPORT OF DEFENDANT ST. JUDE MEDICAL INC.'S MOTION TO PRECLUDE TESTIMONY OF PLAINTIFFS' BIOMATERIALS EXPERT KEVIN E. HEALY PURSUANT TO FEDERAL RULE OF EVIDENCE 702**

I, Katherine S. Tweden, Ph.D., declare:

1. I am currently employed at EnteroMedics as Vice President of Research. Prior to this, I was employed at HeartStent Corporation as Vice President of Research.

2. I received a B.S. in Chemistry from Gustavus Adolphus College in St. Peter, Minnesota in 1982, and then earned a M.S. and Ph.D. in Biomedical Engineering from Iowa State University in 1984 and 1987, respectively. After receiving my Ph.D., I was a Post-Doctoral Scholar at the State University of New York in Buffalo, New York.

3. From September 1990 to June 1997, I was employed at St. Jude Medical, Inc. ("St. Jude Medical"), where I worked as a Principal Research Scientist in the Mechanical Heart Valve Research and Development Department. I was extensively involved in the research and development of the St. Jude Medical Masters Series Silzone®-coated Mechanical Heart Valve, beginning in around 1995.

4. I have personal knowledge of the facts set forth below, unless stated

otherwise, and if called as a witness, I could and would competently testify thereto.

5. I submit this Declaration in support of St. Jude Medical's Motion to Preclude Testimony of Plaintiffs' Biomaterials Expert Kevin E. Healy Pursuant to Federal Rule of Evidence 702.

6. On page 42, paragraph 81 of the *Declaration of Kevin E. Healy, Ph.D. Under 28 U.S.C. §1745* of May 13, 2003, the declarant states that "[e]nhanced liberation of silver ions from the Silzone® coating was a design goal of SJM's Dr. Tweden, who believed increased ionization would improve the bactericidal and/or bacteriostatic efficacy of Silzone." This statement is based on a one-page, handwritten entry in my laboratory notebook, which I made on March 18, 1997. Mr. Healy concludes, based in part on these notes, that the Silzone® coating was "not inert" and its "corrosion-resistance was poor."

7. Dr. Healy's interpretation of my laboratory notebook entry is incorrect. The aforementioned laboratory notes represented my preliminary thoughts and ideas on a way that silver ionization could be increased if it was determined to be necessary. The notes on this page were in no way related to any design or plan of mine or St. Jude Medical in regards to the Silzone® valve. No experiments relating to these thoughts and ideas were conducted, and no changes to the design of the Silzone® valve to increase the amount of silver released were ever implemented. Thus, these notes do not reflect a design goal in regards to the Silzone® valve. Moreover, they do not support the conclusion that the corrosion-resistance of the Silzone® coating was poor. In fact, the information developed on the Silzone® coating indicated that only minimal amounts of silver ions would be slowly released over time in the immediate area around the Silzone® coating.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: ~~January~~ February 13, 2007.

By [signature]
Katherine S. Tweden