WILLIAM R. HOLMBERG

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

COPY

- - - - - - - - - - - - - - - - -x

In Re: Saint Jude Medical Inc.,:

Silzone Heart Valves Products : MDL:

Liability Litigation : 01-CV-023

- - - - - - - - - - - - - - - - -x

DEPOSITION OF WILLIAM R. HOLMBERG

Washington, DC

Friday, September 3, 2004

REPORTED BY:

VICKY WILSON

Q. Yes, was there any subsequent study done that refuted those numbers?

A. Yes. The -- this study refuted those numbers. This -- let me give you a clarification. I generated this letter based -- before the testing by CC Technologies was completed. The testing by CC Technologies, I believe, was a two-week study. And this was early into that study. We hadn't completed the two weeks. In addition, these were components suspended in solution, not the assembled valve, and so they had exagger -- they had the result they had exaggerated rate of corrosion and I took it upon myself to immediately report the preliminary results to the Spire corporation. At the end of the testing, these corrosion rates had dropped substantially, had dropped, I believe, by -- without looking at the data, I don't want to state how much they dropped. Here it says, I believe, 200 to 400 angstroms per year. I believe they dropped to somewhere less than 100 angstroms per year. And we did follow-up -- follow-up corrosion testing as a result of this particular test that also showed that the corrosion rates

were much lower. So, yes, early on, in the -- in the -- when the components were first suspended in solution, this corrosion rate was -- would occur but within -- within -- within weeks, within days, it dropped off substantially. So to answer your question, did we have other data to say that this isn't the case, yes, we did. At the time I wrote this letter did we have it? No, we did not.

Q. And did you ever calculate how long before there would be complete removal of the silver due to corrosion?

A. I'm sure that it was calculated or estimated. I don't know if I -- you are asking if I physically did it? I don't know. I don't remember if I physically did it or I worked with someone else within the organization to physically calculate those numbers but I do know that it was estimated.

Q. Now, it is true, is it not, Mr. Holmberg, that the degree of leaching of silver was pivotal to determining whether Silzone would be considered a drug?

MR. GATTONI: Objection; form.

THE WITNESS: You are asking me the