IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE ST. JUDE MEDICAL, INC., SILZONE® HEART VALVES PRODUCTS LIABILITY LITIGATION, | MDL DOCKET NO. 1396 |

**DECLARATION OF JOSEPH V. RODRICKS, PH.D., IN SUPPORT OF ST. JUDE MEDICAL'S MOTION TO PRECLUDE TESTIMONY OF PLAINTIFFS' BIOMATERIALS EXPERT KEVIN E. HEALY PURSUANT TO FEDERAL RULE OF EVIDENCE 702**

I, Joseph V. Rodricks, Ph.D., declare as follows:

**A. Background and Qualifications**

1. I am a toxicologist and, for over 30 years, have evaluated the health risks of a range of materials and products, including medical devices.

2. In 1960, I received a B.S. in Chemistry from the Massachusetts Institute of Technology (MIT). I then undertook post-graduate work and received a M.S. in Organic Chemistry in 1963 and a Ph.D. in Biochemistry in 1968, both from the University of Maryland. From 1969 to 1970, I was a Post-Doctoral Scholar at the University of California, Berkeley.

3. I was employed at the Food and Drug Administration (FDA) for 15 years starting in 1965 and served in various capacities within the Agency. From 1965 to 1971, I was involved in the development of analytical methods for biological toxins and eventually was named Branch Chief, Division of Food Chemistry, Bureau of Science.

4. I was appointed Deputy Director, Division of Chemistry in 1971 and, in that capacity, planned and implemented research programs concerning toxic metals, industrial pollutants, pesticides, and biological toxins. In 1973, I was named Associate Director for Regulatory Affairs, Division of Toxicology. I supervised four branch chiefs in the Division of Toxicology and advised the Division Director concerning the adequacy of toxicological data to support FDA evaluation of regulated substances. From 1975-1977, I held the position of Assistant to the Director and, from 1977 to 1980, was Deputy

Associate Commissioner for Health Affairs, FDA. Among my responsibilities as Deputy Associate Commissioner was to advise the FDA Commissioner on all scientific matters affecting the regulation of drugs and medical devices, including the potential adverse effects of such products. I am familiar with the standards, issues, processes, and regulations concerning the evaluation and approval of medical devices and pharmaceutical products.

5. In 1980, I became Director of the Life Sciences Division of Clement Associates and, until 1982, directed the performance of risk assessments for the Occupational Safety and Health Administration, the Environmental Protection Agency, and various governmental and commercial entities. My academic appointments include Associate Professor of Chemistry, University of Maryland, 1970-1988, and Visiting Professor, School of Hygiene and Public Health, Johns Hopkins University since 1996.

6. I have been a Diplomat of the American Board of Toxicology since 1982. I am also a member of the Society of Toxicology, the American College of Toxicology, and the American Association for the Advancement of Science. From 1984-1987, I was on the Board of Directors of the American Academy of Toxicological Sciences, and on the Science Advisory Board of the National Center for Toxicological Research (FDA) from 1996-1998. I was a member of the Steering Committee for the National Science Foundation Study on Biorisk from 1984-1985, and a member of the Study Group on Carcinogen Risk Assessment, American Industrial Health Council from 1988-1989. A

more complete description of my professional memberships and service on advisory boards are contained in my curriculum vitae (C.V.) mentioned below.

7. I have published over 120 scientific articles concerning the evaluation of risks associated with various materials.

8. I am presently a principal and co-founder of ENVIRON International Corporation (ENVIRON), a multidisciplinary environmental, health sciences, and engineering consulting firm. I have directed and conducted several hundred studies in which the health and environmental risks of a wide variety of chemical products, processes, pollutants, and wastes have been evaluated. In the course of my work, I have prepared and directed the preparation of comprehensive studies of the toxic and human health effects of a number of metals. I have also assisted manufacturers in developing testing strategies for obtaining approval and registrations for a variety of direct and indirect food additives, pesticides, medical devices, human and veterinary drugs, and industrial chemicals. This work has at times involved the preparation of risk assessments based on the data developed in the pre-marketing testing phase. A copy of my C.V. is attached as Exhibit 1 to this Declaration.

**B. Articles Relied Upon By Dr. Kevin E. Healy**

9. I have read the Declaration of Kevin E. Healy, Ph.D. of submitted in this litigation. Dr. Healy suggests that St. Jude Medical should have submitted nine scientific articles to the FDA as part of its Pre-Market Approval (PMA) Supplement, in addition to

the various studies referenced in St. Jude Medical's literature search. I have reviewed those nine articles, which are as follows:

- Hemmerlein, et al., "*In Vitro* Cytotoxicity of Silver-Impregnated Collagen Cuffs Designed to Decrease Infection in Tunneled Catheters," Radiology 1997; 204(2):363-367;
- Ellender and Ham, "Connective Tissue Responses to Some Heavy Metals. III Silver and Dietary Supplements of Ascorbic Acid. Histology and Ultrastructure," Br. J. Exp. Pathol. 1989; 70(1):21-39;
- Ellender and Ham, "Silver Wire Implant of 40 Years' Duration: Influence on Local Tissue," L. Oral Implantol. 1989; 15(1):47-51;
- McCauley, et al., "In Vitro Toxicity of Topical Antimicrobial Agents to Human Fibroblasts," J. Surg. Res. 1989; 46(3):267-274;
- Hollinger, "Toxicological Aspects of Topical Silver Pharmaceuticals," Crit. Rev. Toxicol. 1996; 26(3):255-260;
- Garces-Ortiz and Ledesma-Montes, "Cytotoxicity of Ketac Silver Cement," J. Endod. 1997; 23(6):371-373;
- Sudmann, et al., "Systemic and Local Silver Accumulation after Total Hip Replacement Using Silver-Impregnated Bone-Cement," Med. Prog. Technol. 1994; 20(3-4):179-184;
- Hidalgo and Dominguez, "Study of Cytotoxicity Mechanisms of Silver Nitrate in Human Dermal Fibroblasts," Toxicol. Lett. 1998; 98(3):169-79;
- Trerotola, "Tunnelled Hemodialysis Catheters: Use of a Silver-Coated Catheter for Prevention of Infection – A Randomized Clinical Trial," Radiology 1998; 207(2):491-6.

10. I have also read Dr. Healy's letter of August 8, 2002 filed in Court in which he discusses my reference to articles in the scientific literature regarding medicinal uses of silver compounds. In this letter, Dr. Healy established his criteria for studies which he

believed were relevant to the evaluation of the safety and efficacy of Silzone®. According to Dr. Healy, only those studies which relate to a silver compound similar to Silzone®, are performed *in vivo* (i.e., in an animal model), and concern a medical device implanted at the same anatomical position as Silzone® heart valves should be considered relevant.

11. None of the nine studies which Dr. Healy now claims should have been submitted to the FDA as part of St. Jude Medical's PMA Supplement meet the criteria set forth by Dr. Healy in his August 8, 2002 letter. None of the articles relate to an *in vivo* test of a heart valve, thus none of them relate to the same anatomical position in which the Silzone® valve would be placed. Most of the studies are *in vitro* (i.e., laboratory studies) and not the *in vivo* (i.e., animal studies) which Dr. Healy requires. Most of the studies involve colloidal suspensions of silver salts, which are different forms of silver than the metallic form produced in the Silzone® process. None of the studies involve Silzone®.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 7, 2007.

Joseph V. Rodricks, Ph.D.

# CURRICULUM VITAE
# JOSEPH V. RODRICKS, Ph.D.

## EDUCATION

1969-1970 Postdoctoral Scholar, University of California, Berkeley, California

1968 Ph.D., Biochemistry, University of Maryland

1963 M.S., Organic Chemistry, University of Maryland

1960 B.S., Chemistry, Massachusetts Institute of Technology

## CERTIFICATION

Diplomate, American Board of Toxicology, 1982 - 1987; Renewed, 1987 - 1992; 1992 - 1997; 1997 - 2002; 2002 - 2007.

## LIFETIME APPOINTMENT

National Associate of the National Academies (National Academy of Sciences, Institute of Medicine, National Research Council).

## HONORARY AWARDS

- Honorary National Academies Award – Twentieth Anniversary of the publication of the "Red Book" – *Risk Assessment in the Federal Government*, 2003
- Society for Risk Analysis, Outstanding Practioner Award, 2005
- Food and Drug Law Institute, Distinguished Service and Leadership Award (Consulting), 2006
- American College of Toxicology, Distinguished Service Award (Toxicology), 2006

## EXPERIENCE

### 1982 – Present

Dr. Rodricks is a co-founder and Principal of ENVIRON Corporation. He was associated with the Life Sciences Consultancy from 1999 to 2000. In his capacity as a Director of ENVIRON's Health Sciences Institute, Dr. Rodricks:

- Directed and conducted several hundred studies in which the human health and environmental risks of a wide variety of chemical products, processes, pollutants, and wastes have been evaluated. These evaluations have sometimes been devoted to single products and, at the other extreme, to exposures involving many substances and environmental media. His work has

involved products and exposure situations covered by all major public health and environmental laws and regulations.

- Prepared and directed the preparation of comprehensive studies of the toxic and human health effects of a large number of commercially important products and occupational and environmental contaminants; including aluminum, arsenic, asbestos, benzene, butadiene, cadmium, dioxins, lead, mercury, PCBs, saccharin, silicones, gasoline, phthalate esters, ethylene oxide, MTBE, nitrosamines, ethylene dibromide, fluorochemcials, solvents of many types, and polycyclic aromatic hydrocarbons.

- Assisted manufacturers in developing testing strategies suitable for obtaining approval and registrations for a variety of direct and indirect food additives, pharmaceutical products, pesticides, medical devices, human and veterinary drugs, and industrial chemicals. This work has also involved preparation of risk assessments based on the data developed in the premarket testing phase.

- Provided Strategic Product Stewardship guidance to major manufacturers, regarding research, risk assessment, risk management and risk communication, relating to major chemical products of many types.

- Prepared GRAS reviews for clients interested in obtaining FDA affirmations or self-affirmation of the safety of food ingredients.

- Assisted several pharmaceutical firms by providing scientific analysis of a variety of special issues involving FDA requirements and presented results to the agency.

- Presented results of risk assessments to scientists in FDA, EPA, OSHA, and several state regulatory and public health agencies. In several cases this has involved testimony at official administrative hearings, including one conducted in Canada.

- Presented expert testimony in depositions and in federal and state courts regarding risks to human health from pharmaceutical, environmental, consumer product, and occupational exposures. Accepted in every case as an expert witness in the areas of toxicology, risk assessment, risk comparisons, and FDA-related regulatory matters.

- Presented expert testimony on behalf of pharmaceutical companies regarding toxicology, safety, and FDA approval issues that arise in patent litigation.

- Provided consulting on risk assessment methods and their uses in regulation for the EPA, OSHA, the Department of Energy, the Office of Technology Assessment, the General Accounting Office, the American Chemical Society, and the American Industrial Health Council. Similar consultancy has been provided to more than 20 industry trade associations.

- Provided training on risk assessment techniques and applications for industry groups, trade associations, EPA, FDA, and several state agencies.

**Joseph V. Rodricks, Ph.D.**

**1996 - Visiting Professor, School of Hygiene and Public Health, Johns Hopkins University**

- Teaching at the graduate level in the areas of toxicology, risk assessment, and regulatory policies relating to risks.

**1980 - 1982 Director, Life Sciences Division**
**Clement Associates.**

In that position, he had the following experience:

- Directed the performance of risk assessments for the Occupational Safety and Health Administration, the Environmental Protection Agency, state governments, and commercial clients, with emphasis on pesticides, environmental pollutants, occupational carcinogens, and food and color additives.

- Assisted private concerns in the development and monitoring of protocols for purposes of fulfilling regulatory requirements for toxicology testing.

- Assisted in and directed the production of science policy documents for the Council on Environmental Quality, U.S. Congress, Office of Technology Assessment, and federal and state administrative agencies.

**1977 - 1980 Deputy Associate Commissioner for Health Affairs (Science)**
**U.S. Food and Drug Administration.**

- Principal advisor to the Commissioner of FDA on all matters of science affecting regulation of foods, drugs, cosmetics, veterinary products, biological products, radiation-emitting devices, medical devices, and diagnostic products.

- Chaired the Interagency Regulatory Liaison Group, Risk Assessment Workgroup. 1977 - 1980. Produced official carcinogen risk assessment guidelines adopted by CPSC, FDA, EPA, OSHA, and USDA. This guideline also served as the basis for a government-wide carcinogen policy.

- Developed, proposed, and implemented policies relating to the use of scientific information in regulatory decision-making. During this period, special emphasis was placed on the use of quantitative risk assessment in regulation.

- Directed scientific staff providing final scientific review and advice to Commissioner and to FDA's Office of General Counsel on regulations proposed by the various Bureaus of FDA.

- Directed several intra-agency task forces concerned with the development and use of scientific information in FDA, including the Agencywide Task Force on Research Planning, the Intra-agency Toxicology Coordinating Group, and the FDA Mass Spectrometry Committee.

- Commissioner's representative to National Cancer Advisory Board, National Toxicology Program, OECD Chemicals Testing Program, Regulatory Council (for carcinogen policy), National Task Force on Cancer, Heart, and Lung Disease, and several other national and international organizations and committees.

**1975 - 1977 Assistant to the Director, Bureau of Foods U.S. Food and Drug Administration.**

- Performed many of the same types of functions described above, but with concern only for scientific and regulatory problems associated with foods and cosmetics. Organized and directed production of FDA's Bureau of Foods Research Plan. Held major responsibility for risk assessment and regulation of carcinogenic animal drug residues, naturally-occurring toxicants such as aflatoxins and other mycotoxins, and PCBs.

**1973 - 1975 Associate Director for Regulatory Affairs, Division of Toxicology Bureau of Foods, U.S. Food and Drug Administration.**

- Supervised four branch chiefs in the Division of Toxicology. These four branches provided the toxicology review of all substances in foods and cosmetics that are regulated by FDA.
- Advised Director of Division of Toxicology on adequacy of toxicology data to support FDA approval of regulated substances.
- Worked with Associate Division Director for Research to develop toxicity research programs in support of regulation.
- FDA Program Manager, Mycotoxins and Other Natural Toxicants. Developed, coordinated, and implemented FDA programs on this group of regulated food contaminants.

**1971 - 1973 Deputy Director, Division of Chemistry Bureau of Foods, Food and Drug Administration.**

- Planned and implemented research programs on the development of analytical methods for toxic metals, industrial pollutants, aflatoxins, and pesticides. Developed and implemented regulatory policy regarding the acceptability of methods of analysis for food additives and animal drug residues.

**Joseph V. Rodricks, Ph.D.**

**1965 - 1971 Laboratory Scientist and then Branch Chief, Division of Food Chemistry Bureau of Science, Food and Drug Administration.**

- Developed analytical methods for aflatoxins and other mycotoxins. Conducted structure-activity studies on aflatoxin standards used for aflatoxin. Worked with Associate Division Director for Research to develop toxicology research programs in support of regulation.

**1970 - 1988 Associate Professor of Chemistry**
**University of Maryland** (Evening Division).

- Taught courses in general chemistry, organic chemistry, and introductory biochemistry.

## AWARDS

- Horace T. Smith Scholarship, Massachusetts Institute of Technology, 1956 - 1958
- Gillette-Harris Research Fellowship, University of Maryland, 1964 - 1965
- Department of Health, Education and Welfare Training Award, University of California at Berkeley, 1969 - 1970
- FDA Award of Merit, 1973, 1978
- Guest Lecturer, University of California at Davis, awarded under National Institute of Health
- Training Program, 1976
- Commissioner's Special Citation, FDA, 1980
- American Medical Writers Association. 1993. Allied Health Book Award for *Calculated Risks*.
- Cambridge University Press, 1992
- Appointed National Associate of the National Academies (Lifetime appointment).

## NATIONAL ACADEMY OF SCIENCES/NATIONAL RESEARCH COUNCIL APPOINTMENTS

- Member, Board on Environmental Studies and Toxicology, 2003 - 2007

- Member, Institute of Medicine, Committee on Special Review of the Health Effects of Sarin, 2003 - 2004

- Member, Institute of Medicine Committee on Gulf War and Health: Literature Review of Selected Environmental Agents, Pollutants, and Synthetic Chemical Compounds, 2003 -

- Member, Institute of Medicine Standing Committee on the Scientific Evaluation of Dietary Reference Intakes (DRI Committee), 2003 -

- Member, Institute of Medicine Committee on Framework for Evaluating the Safety of Dietary Supplements, 2002 -

**Joseph V. Rodricks, Ph.D.**

- Member, Committee on Use of Third Party Toxicity Research with Human Subjects. Science, Technology and Law Program, The National Academies, 2002 –
- Chair, Committee on Upper Reference Levels for Nutrients. Institute of Medicine. 2002 –
- Invited Panelist, Program on Science Technology, and the Law, 2001.
- Pesticides Panel Chair, Institute of Medicine Committee on Gulf War and Health; Member Committee on Solvents and Pesticides, 2001 - continuing.
- Member, Committee on Upper Reference Levels for Nutrients, Food and Nutrition Board, Institute of Medicine, 1996-2001.
- Invited Participant, NAS Program on Science, Technology and the Law, November, 1997.
- Member, Committee on Toxicological and Performance Aspects of Oxygenated and Reformulated Motor Vehicle Fuels, 1996
- Member, Committee on Risk Assessment of Hazardous Air Pollutants, 1991 – 1994.
- Consultant, Committee on Evaluation of the Safety of Fishery Products, Food and Nutrition Board, 1990 - 1991.
- Member, Committee on Neurotoxicology and Risk Assessment, 1987 - 1990.
- Member, Committee on Human Health Risk Assessment of Using Subtherapeutic Levels of Antibiotics in Animal Feeds, 1987 - 1988.
- Chairman, Committee on Public Health Risks of Poultry Inspection Programs. Food and Nutrition Board, 1985 - 1987.
- Member, Planning Group. Research Needs in Risk Assessment, 1986.
- Member, Board on Toxicology and Environmental Health Hazards, 1982 - 1985.
- Member, Committee on Toxicology, 1978 - 1982.
- Member, Committee on Institutional Mechanisms for Risk Assessment, 1981 - 1983.
- Member, Food and Nutrition Board (Consultancy). Study on U.S.D.A. Programs on Meat and Poultry Residues, 1984.
- Workshop on Neurotoxicity Risk Assessment. (Co-Chairman). Safe Drinking Water Committee, 1985.
- Peer Reviewer or Review Coordinator on 14 NAS Reports.

**Joseph V. Rodricks, Ph.D.**

**TEACHING, OTHER EDUCATIONAL ACTIVITIES**

Developer of part of a WEB-based Course on Risk Assessment for the U.S. FDA.
Author, **Calculated Risks,** The Toxicity and Human Health Risks of Chemicals in our Environment. Cambridge University Press, 1992. Fifth Printing, 1997
Adjunct Professor, School of Public Health, Johns Hopkins University. Assisted in the development and teaching of a new year-long graduate program on RISK ANALYSIS. 1997 -
Advisory Board, Risk Science and Policy Institute, Johns Hopkins University, School of Public Health, 1997 -
Guest Faculty, Seminar Series, Risk Science and Policy Institute, Johns Hopkins University.
Developer, Lecturer, American College of Toxicology course on Current Issues in Risk Assessment, October 1996.
Annual Lecturer, American Law Institute - American Bar Association Program on Environmental Law, 1993 -
Guest Faculty. Annual Vermont Law School Summer Program on Environmental Regulation, 1991 - 1996.
Guest Faculty Member, New York University Course on Environmental Health, 1977 - 1979.
Consultant on Academic Planning, Biology Curriculum, Whitman College, Walla Walla, Washington, 1980.
Invited Lecturer on Toxicology, Risk Assessment, Risk Policy and Food Safety on more than 100 occasions in the United States, Japan, Thailand, India, England, Russia, Italy, Kenya, and Canada.
Developer of Curriculum on Risk Assessment: The Case Study Approach. Course delivered to various offices of EPA, FDA, and several State Public Health and Environmental Agencies.

**PROFESSIONAL MEMBERSHIPS AND ADVISORY BOARDS**

Society of Toxicology
Peer Reviewer, NCTR Biometry and Risk Assessment Program, October, 1997.
National Center for Toxicological Research (FDA), Jefferson, AK, Science Advisory Board, 1996 - 1998
Invited Speaker, Federation of American Societies of Experimental Biology, Panel on Macroingredients of Food: Safety Assessment. November, 1996.
Consultant and Scientific Advisor, World Health Organization, Application of Risk Analysis to Food Standards Issues, Geneva, Switzerland, 1995.
Invited Panelist. National Forum on Environment and Natural Resources R&D. U.S. Office of Science and Technology Policy, 1994.
Editorial Advisory Board. Prop 65 News. American Environmental Institute, 1994 - 1996
U.S. General Accounting Office: Advisory Panel on Risk Analysis, 1992.
U.S. Office of Technology Assessment Panel on Risk Assessment Research, 1992 - 1993.

**Joseph V. Rodricks, Ph.D.**

Member, National Institutes of Environmental Health Sciences, 4th National Task Force on Research Needs in Environmental Health Sciences, 1992
Texas A&M University - Task Force on Food Safety in the 1990s.
National Institute of Environmental Health Sciences. Task Force IV. Panel on Emerging Environmental Health Issues, 1991.
American Chemical Society, Advisory Group on Clean Air Act, Risk Assessment Aspects, 1989 - 1991.
Diplomate of the American Board of Toxicology, 1982 - 1987. Renewed, 1987 - 1992, 1992 - 1997, 1997 - 2002.
Member, Study Group on Carcinogen Risk Assessment, American Industrial Health Council, 1988 - 1989.
Member, Steering Committee. National Science Foundation Study on Biorisk (Risks of Biotechnology). 1984 - 1985.
Member, Advisory Board, Federation of American Societies of Experimental Biology, FDA Study of Interspecies Extrapolation, 1986.
Advisor, U.S. General Accounting Office, Project on Evaluation of EPA's Drinking Water Standards, 1986.
Member, Advisory Group. U.S. General Accounting Office. Review of Risk Evaluation Methods, 1985 - 1986.
Board of Directors, American Academy of Toxicological Sciences, 1984 - 1987.
Society for Risk Analysis.
American College of Toxicology.
American Chemical Society.
American Association for the Advancement of Science.
Association of Official Analytical Chemists.
Advisory Board, American Chemical Society Publications, 1975 - 1978.
American Oil Chemists' Society - American Association of Cereal Chemists, Association of Official Analytical Chemists Joint Mycotoxin Committee, 1976 - 1979.
Association of Official Analytical Chemists, Publications Advisory Board, 1975 - 1979.
Association of Official Analytical Chemists, Policy Advisory Board, 1981 - 1984.
United States-Japan, Cooperation on the Development and Utilization of Natural Resources (UJNR) Panel on Toxic Micro-organisms, 1974 - 1980.
National Institutes of Environmental Health Sciences, Second National Task Force for Development of Research Priorities in Environmental Health, 1976.
Food and Agriculture Organization of the United Nations, Consultant on Mycotoxins, 1976 - 1978.
Associate Editor, *Risk Analysis*, Journal of the Society for Risk Analysis, 1980 - 1982.
Vice President, Society for Risk Analysis, 1980 - 1981.
Board of Councilors, Society for Risk Analysis, 1981 - 1983.
American Chemical Society, Advisory Committee on Resource Conservation and Recovery Act.

**Joseph V. Rodricks, Ph.D.**

**CONGRESSIONAL AND RELATED TESTIMONY**

- "Review of Meat and Poultry Inspection System of the Department of Agriculture." Presented before the U.S. House of Representatives. Committee on Agriculture. Washington, D.C. March 16, 1993.

- "Poultry Inspection: The Basis for a Risk-based Approach." Presented to Subcommittee on Livestock, Dairy and Poultry; House Committee on Agriculture. June 2, 1987.

- "Alternative Approaches to Risk Assessment." Before Proposition 65 Science Advisory Panel. Sacramento, CA. December 16, 1987.

- "Benzene Risks." Presented to California Air Resources Board. Sacramento, CA. January 25, 1985.

- "Potential Health Impacts of Groundwater Contaminants." Presented to Senate Environmental and Public Works Committee. June 17, 1985.

- "Comments on HR4192. The Risk Assessment Research and Demonstration Act of 1983." Presented to Subcommittee on Natural Resources, Agricultural Research and Environment. Committee on Science and Technology. House of Representatives. May 17, 1984.

- "Risk Assessment in the Federal Government." Presented to Subcommittee on Department Operations, Research, and Foreign Agriculture. Committee on Agriculture. House of Representatives, Hearing on Pesticides Regulation. April 6, 1983.

- "Risk Assessment and Food Safety." Presented to Senate Public Health Committee. Hearings on New Food Safety Legislation. May 1982.

- "Use of Risk Assessment by FDA." Presented to Committee on Science and Technology. House of Representatives. May 10, 1980.

**Joseph V. Rodricks, Ph.D.**

**OTHER PROFESSIONAL ACTIVITIES**

Chairman, FDA Intra-agency Task Force for Development of "Criteria and Procedures for Evaluating Assays for Carcinogenic Residues"

Project Officer, Research projects developed under Special Foreign Currency Program

- "Coordinated Research Project on Mycotoxins," All-India Institute of Medical Sciences, New Delhi, and National Institute of Nutrition, Hyderabad, 1976-1980
- "Food Plants Containing Toxins," National Research Council, Cairo, 1976-1979
- "Balkan Nephropathy," National Institutes of Health-Ministry of Health, Yugoslavia (Advisor), 1973

Advisor, Research Projects conducted under FDA Visiting Foreign Scientists program. Supervised visiting scientists from Egypt, India, Israel, 1975-1978

FDA Program Manager, Mycotoxins and Other Natural Toxicants, 1972-1978. Planning, research coordination, budgetary planning, regulatory policy

Project Officer or Advisor, twelve different FDA research contracts on food safety, 1969-1978
Bureau of Foods Representative, FDA Public Hearing on Animal Drug Uses of Diethylstilbestrol, 1976-1977

Expert witness on toxicology and chemistry of residues in food-producing animals - FDA Public Health on Animal Drug Uses of Diethylstilbestrol, 1977

Drafter and co-author of FDA Regulations on Aflatoxin Contamination of Foods

Drafter and co-author of FDA Criteria for Safety Evaluation of Animal Drug Residues and Food Additives

Chairman, FDA Intra-agency Task Force on Research Planning, 1977-1980

**Joseph V. Rodricks, Ph.D.**

**PUBLICATIONS**

**2006**

Rodricks, J.V. 2006. Evaluating Disease Causation in Humans Exposed to Toxic Substances. *Journal of Law and Policy*. Vol. 14, pp. 39-64.

**2004**

Butenhoff, J.L., D.W. Gaylor, J.A. Moore, G.W. Olsen, J.V. Rodricks, J.H. Mandel, and L.R. Zobel. 2004. Characterization of Risk for General Population Exposure to Perfluorooctanoate. Elsevier Publishers, *Regulatory Toxicology and Pharmacology*. Vol. 39, pp. 363-380.

**2003**

Rodricks, J.V. 2003. What Happened to the Red Book's Second Most Important Recommendation? *Human and Ecological Risk Assessment*, 9:1169-1180.

Rodricks, J.V. 2003. Toxicological Highlight: Hormesis and Toxicological Risk Assessment. *Toxicological Sciences*, 71, 134-136.

Brock, W.J., J.V. Rodricks, A. Rulis, V.L. Dellarco, G.M. Gray and R.W. Lane. 2003. Food Safety: Risk Assessment Methodology and Decision-Making Criteria. *International Journal of Toxicology*, 22:435-451.

Rodricks, J.V. 2003. Approaches to risk assessment for macronutrients and amino acids. *Journal of Nutrition*, Vol. 133:6, (Suppl.) .

Rodricks, J.V. 2003. Assessing and Managing Food-related Health Risks and Benefits: scientific and institutional needs for the future. *Inter. J. Tox.* Accepted for publication.

**2002**

Rodricks, J.V. 2002. Risk Communication between Risk Assessors and Risk Managers. Food, Nutrition and Agriculture, 31, 21-28. (Food and Agriculture Organization/World Health Organization, Official Publication).

**Joseph V. Rodricks, Ph.D.**

**2001**

Rodricks, J.V. 2001. Historical Perspective of Risk Assessment and Steps in the Process. In *Food Safety Policy, Science, and Risk Assessment*. Food Forum. Food and Nutrition Board. Institute of Medicine. National Academy Press, Washington, DC.

Rodricks, J.V., and Frankos, V. 2001. Food Additives and Nutrition Supplements. In *Regulatory Toxicology*. Second Edition. C.P. Chengeliss, J.F. Holson and S.C. Gad (eds.) Raven Press, New York, New York, pp. 51-82.

Rodricks, J.V. 2001. Food Safety and Risk Assessment. In *Firepower in the Lab: Advanced Automation in the Fight Against Biological Threat*. Layne S., Beugelsdijk, B., and Patel, G. National Academy of Sciences Press. Washington, DC.

Rodricks, J.V. 2001. Some Attributes of Risk Influencing Decision-making by Public Health and Regulatory Officials. Proceedings of a Symposium, *From Epidemiology to Policy, American Journal of Epidemiology,* 154 (12) S7-S12.

Rodricks, J.V. et al. 2001. Dioxin and Cancer: A Case Study. Proceedings of Symposium, *From Epidemiology to Policy*, *American Journal of Epidemiology.* 154 (12) S51-S59.

Rodricks, J.V., D.M. Gaylor, and D. Turnbull. 2001. Quantitative Aspects of Interspecies Extrapolation. In *Principles and Methods of Toxicology*. Fourth Edition, A.W. Hayes (Ed.) Taylor and Francis, Inc., Philadelphia, PA.

**2000**

Rodricks, J.V. 2000. Food Constituents, Additives, and Contaminants. In *Environmental Toxicants,* Second Edition, M. Lippmann (Ed.) John Wiley & Sons. New York. pp. 377-405.

Rodricks, J.V. 2000. The Nature of Risk Assessment and Its Application to Deployed U.S. Forces. In *Strategies to Protect the Health of Deployed U.S. Forces*. Workshop Proceedings. National Research Council. National Academy Press, Washington, D.C., pp. 35-58.

**1999**

Rodricks, J.V., C. F. Chaisson, and C. Sandusky. 1998. Risk Assessment and the Regulation of Pesticides. In *Pesticides Law Handbook.* M.L. Miller, (Ed.) Government Institutes, Rockville, MD., pp. 113-150.

Rodricks, J.V., and S.H. Rieth. 1998. Toxicological Risk Assessment in the Courtroom. In *Comments on Toxicology*. J.S. Heath (Ed.) Vol. 6. No. 6, pp. 383-408.

**Joseph V. Rodricks, Ph.D.**

**1998**

Rodricks, J.V. and S. Rieth. 1998. Toxicological Risk Assessment in the Courtroom: Are Available Methodologies Suitable for Evaluating Toxic Tort and Product Liability Claims?. Elsevier Publishers, *Regulatory Toxicology and Pharmacology*. Vol. 27, pp. 21-31.

Rodricks, J.V., and T. Burke. 1998. Epidemiology and Risk Assessment. In *Handbook of Environmental Risk Assessment and Management*. P. Calow (Ed.) Blackwell Science, Ltd. Oxford. pp. 218-248.

**1997**

Rodricks, J.V. 1997. Assessing and Managing Toxicological Risks, in *Proceedings of the First International Conference, Environmental and Industrial Toxicology: Research and Applications.* Eds. M. Ruchirawat and R.C. Shank. Chulabhorn Research Institute, Bangkok, Thailand.

Rodricks, J.V., L. Rudenko, T.B. Starr, and D. Turnbull. 1997. Risk Assessment, in *Comprehensive Toxicology,* edited by I.G. Sipes, C.A. McQueen, A.J. Gandolfi, Elsevier Science Ltd., Oxford, UK, pp. 315-388.

**1996**

Rodricks, J.V. 1996. Safety Assessment of New Food Ingredients. *Food Technology*. March. pp. 115-117.

Rodricks, J.V. 1996. Assessing Carcinogenic Risks Associated with Indoor Air Pollutants. In *Proceedings: Indoor Air and Human Health.* Second Edition. (R.B. Gammage and B.A. Berven, Eds). CRC Lewis Publishers, Boca Raton, FL. pp. 289-308.

**1995**

Rodricks, J.V. 1995. *Calculated Risks* - Japanese Edition (In Japanese) Japan UNI Agency, Inc. Tokyo.

Rodricks, J.V., V.H. Frankos, and L.M. Plunkett. 1995. Food Additives. In *Regulatory Toxicology*. C.P. Chengeliss, J.F. Holson and S.C. Gad (eds.) Raven Press, New York, New York, pp. 51-82.

**Joseph V. Rodricks, Ph.D.**

**1994**

Rodricks, J.V. 1994. Risk Assessment, The Environment, and Public Health. *Environmental Health Perspectives*. 102(3), pp. 258-264.

Paxton, M.B., V.M. Chinchilli, S.M. Brett, and J.V. Rodricks. 1994. Leukemia Risk Associated with Benzene Exposure in the Pliofilm Cohort: I. Mortality Update and Exposure Distribution. *Risk Analysis*. 14(2), 147-154.

Paxton, M.B., V.M. Chinchilli, S.M. Brett, and J.V. Rodricks. 1994. Leukemia Risk Associated with Benzene Exposure in the Pliofilm Cohort, II. Risk Estimates. *Risk Analysis*. 14(2), 155-161.

Rodricks, J.V. 1994. *Calculated Risks: The Toxicity and Human Health Risks of Chemicals in Our Environment*. Cambridge University Press. Cambridge, England. Paperback Edition.

Rodricks, J.V. 1994. What Judgment? (Article on "Science and Judgment in Risk Assessment" a report of the National Academy of Sciences). Health and Environmental Digest (September 1994), Wayzata, MN.

Rodricks, J.V. 1994. Risk Assessment in the Regulatory Setting. In Shepard's Expert and Scientific Evidence Quarterly. Vol. 2(1). 41-74.

Rodricks, J.V. 1994. Health and Nutrition. In *The Encyclopedia of The Environment* - The Rene Dubos Center for Human Environments. R.A. Eblen and W.R. Eblen, Eds. Houghton-Mifflin. Boston, MA. pp. 321-324.

**1993**

Rodricks, J.V. 1993. "Risk Managers Need More and Better Data," In *Regulatory Risk: The Science and Politics of Risk*. International Life Sciences Institute, Washington, D.C. pp. 8-40.

**1992**

Rodricks, J.V. 1992. Assessing and Managing Toxicological Risks. *Proceedings, International Conference on Environmental and Industrial Toxicology.* Chulabhorn Institute, Bangkok, Thailand. In Press.

Rodricks, J.V. 1992. *Calculated Risks: The Toxicity and Human Health Risks of Chemicals in Our Environment*. Cambridge University Press. Cambridge, England. (Layman's introduction to risk assessment.) pp. 256.

**Joseph V. Rodricks, Ph.D.**

Rodricks, J.V., and B. Jackson. 1992. Food constituents and Contaminants. In *Environmental Toxicants: Human Exposures and their Health Effects*, ed. M. Lippman. New York: Van Nostrand Reinhold. pp. 266-298.

Plunkett, L.M., D. Turnbull, and J.V. Rodricks. 1992. Differences between adults and children affecting exposure assessment. In *Similarities & Differences Between Children and Adults: Implications for Risk Assessment*, eds. P.S. Guzelian, C.J. Henry, and S.S. Olin. Washington, D.C.: International Life Sciences Institute Press. pp. 79-94.

**1991**

Acuff, G.R., et al. 1991. Implications of biotechnology, risk assessment, and communications for the safety of foods of animal origin. *J. American Veterinary Med. Assoc.* 199(12):1714-1721.

Brown, S.L., and J.V. Rodricks. 1991. A graphical display of risk information. In *Risk Analysis*, ed. C. Zervos. New York: Plenum Press. pp. 45-53.

Rodricks, J.V., T.B. Starr, and M.R. Taylor. 1991. Evaluating the safety of carcinogens in food -- current practices and emerging developments. *Food Drug Cosmetic Law J.* 46(5):513-552.

Brown, S.L., J.V. Rodricks, et al. 1991. *Elements of Chemical Exposure Assessment*. A Handbook published by ENVIRON Corp.

Rodricks, J.V., and S.L. Brown. 1991. Ethylene Oxide Residuals: Toxicity, Risk Assessment and Standards. In *Sterilization of Medical Products Vol. V.* Morrissey, R.F., and Protxopenko, Y.I. (Eds). Polyscience Publications, Inc., Morin Heights, Canada. pp. 166-183. (Proceedings, Kilmer Memorial Conference, Moscow, USSR, July 1989).

Rodricks, J.V. 1991. Chemical Risk Assessment, A Critical Tool for Decision-Makers in Industry and Government, *Japan Chemical Daily* (in Japanese).

**1990**

Rodricks, J.V., D. Turnbull, and S.M. Brett. 1990. Assessment of the Potential Risk to Workers from Exposure to 1,3-Butadiene, *Environmental Health Perspectives*, Vol. 86, pp. 159-171, 1990.

Rodricks, J.V. 1990. Risk Assessment and Animal Drug Residues. *Drug Metabolism Reviews*. Vol. 22(6-8). F. DiCarlo (Ed.), Marcel Dekker, Inc. New York. pp. 601-607.

**Joseph V. Rodricks, Ph.D.**

**1989**

Rodricks, J.V. and M.R. Taylor. 1989. Comparison of Risk Management in U.S. Regulatory Agencies, *J. Hazardous Materials*. Elsevier Science Publishers B.V. pp. 239-253

Brett, S.M., J.V. Rodricks, and V.M. Chinchilli. 1989. Review and Update of Leukemia Risk Potentially Associated with Occupational Exposures to Benzene. *Environmental Health Perspectives*. Vol. 82, pp. 267-281.

Rodricks, J.V. 1989. "Determining Compliance with PCB Standards." *Risk Analysis* (Guest Editorial), Vol. 9(3), 275-276.

Rodricks, J.V. *et al.* 1989. Use of Risk Information in Regulation of Carcinogens. *Determination of No Significant Risk Under Proposition 65*. (H.E. Griffen and D.W. North, Eds). Proceedings of a Workshop (December 1987) pp. 18-43.

Turnbull, D. and J.V. Rodricks. 1989. A Comprehensive Risk Assessment of DEHP as a Component of Baby Pacifiers, Teethers, and Toys in *The Risk Assessment of Environmental and Human Health Hazards* (Paustenbach, D., Ed.) John Wiley & Sons. pp. 868-896.

Rodricks, J.V. 1989. Use of Data in Risk Assessment. In *Biological Data for Pharmacokinetic Modeling and Risk Assessment*. Report of a U.S. EPA Workshop. EPA/600/3-90/019. pp. B-3ff.

Brown, S.L. and J.V. Rodricks. 1989. Ethylene Oxide Residues on Sterilized Medical Devices. *Risk Assessment in Setting National Priorities* (Plenum Publishing Corp. 1989). pp. 585-592.

**1988**

Rodricks, J.V. 1988. Biological Processes - Risk/Toxicology. In *Fundamental Research Directions in Environmental Engineering*. Luthy, R.G. and M.J. Small (eds). Conference Proceedings, Assoc. Envir. Engin. Professors. Arlington, VA.

Rodricks, J.V. 1988. Use of Data in Risk Assessment. In *Biological Data for Pharmacokinetic Modeling and Risk Assessment*. Report of EPA-ILSI Workshop. EPA, Washington, DC.

Rodricks, J.V. 1988. Origins of Risk Assessment in Food Safety Decision-Making. *J. Amer. College Toxicol*. 7, pp. 539-542.

Rodricks, J.V. and S.L. Brown. 1988. Data Requirements for Assessment of Device Risks. *Journal American College Toxicol.* Vol. 7, pp. 509-518.

**Joseph V. Rodricks, Ph.D.**

Rodricks, J.V. *et al.* 1988. Use of Risk Information in Environmental Standard-Setting. *Managing Environmental Risks*. Proceedings, American Pollution Control Association Specialty Conference (October 1987). pp. 1-12.

Rodricks, J.V. 1988. Scientific Decisions about Carcinogens under the Delaney Clause. In *A Symposium on the Delaney Clause* (S.A. Miller, Ed.). Food and Drug Law Institute. Washington, DC. pp 28-33.

Brown, S.L., S. Brett, M. Gough, J.V. Rodricks, R.G. Tardiff, and D. Turnbull. 1988. "Review of Interspecies Risk Comparisons." *Regulatory Toxicol. Pharmacol.* (*8*, 191-206).

Rodricks, J.V. 1988. "Issues in Decision-Making." Introduction to Panel Discussion. In *Carcinogenicity* (H.C. Grice and J.L. Ciminera, Eds.) Springen-Verlag. New York. pp. 241-269.

Rodricks, J.V. 1988. Sterling v. Velsicol Chemical Corp.: Two Views on the Evidence. *Toxic Law Reporter*, pp. 900-902.

**1987**

Tardiff, R.G. and J.V. Rodricks (eds). 1987. *Toxic Substances and Human Risk.* Plenum Press. New York. pp. 445.

Tardiff, R.G. and J.V. Rodricks. 1987. "Comprehensive Risk Assessment." In *Toxic Substances and Human Risk.* Tardiff, R.G. and J.V. Rodricks (eds.) Plenum Press, New York. pp. 391-434.

Rodricks, J.V., V. Frankos, D. Turnbull, and R.G. Tardiff. 1987. "Risk Assessment for Effects Other Than Cancer." In *Food Protection Technology*. Felix, C.W. (Ed.). Lewis Publishers, Inc., Chelsea, MI. pp. 61-74.

Harris, R.H., J.V. Rodricks, C.S. Clark, and S.S. Papadopoulos. "Adverse Health Effects at a Tennessee Hazardous Waste Disposal Site." Andelman, J.B. and Underhill, D.W. (Eds.). In *Health Effects from Hazardous Waste Sites*. Lewis Publishers, Inc., Chelsea, MI. pp. 221-240.

Rodricks, J.V., S. Brett, and G. Wrenn. 1987. "Significant Risk Decisions in Federal Regulatory Agencies." *Regulatory Toxicology and Pharmacology*. 7, pp. 307-320. (Reprinted in *Toxic Law Reporter* 1: 1337-1339).

Rodricks, J.V. and D. Turnbull. 1987. "Interspecies Differences in Peroxisomes and Peroxisome Proliferators." Proceedings, International Symposium on Peroxisome Proliferation. *Toxicology and Industrial Health* . Vol. 3 (No. 1). pp. 197-225.

**Joseph V. Rodricks, Ph.D.**

Rodricks, J.V. 1987. "Concluding Remarks." International Symposium on Peroxisome Proliferators. *Toxicology and Industrial Health.* Vol. 3. (No. 1). pp. 227-229.

Rodricks, J.V. 1987. "The Problem of Causation in Toxic Tort Litigation." *Toxics Law Reporter.* 0687-7394/87. pp. 923-925.

Rodricks, J.V., S.L. Brown, R. Putzrath, and D. Turnbull. 1987. Use of Risk Information in Regulation of Carcinogens. Health & Welfare Agency, State of California. *Determination of No Significant Risk Under Proposition 65.* pp. 18-43.

Rodricks, J.V., G. Wrenn, S.M. Brett. 1987. Determination of Significant Risk in the Regulation of Chemical Carcinogens. *Toxic Law Reporter.* 1:1337.

**1986**

Rodricks, J.V. 1986. FDA's Ban on the Use of DES in Meat Production: A Case Study. *Agriculture and Human Values.* (Winter-Spring) Vol. III (nos. 1 and 2). pp. 10-25.

Rodricks, J.V., *et al.* 1986. Elements of Toxicology and Chemical Risk Assessment. A Handbook for Nonscientists, Attorneys and Decision-Makers. ENVIRON Corp. Second Edition, 1988.

Rodricks, J.V. 1986. Improving the Use of Risk Assessment in Regulation. *Comments in Toxicology* Vol. I. No. 1.

**1985**

Turnbull, D, and J.V. Rodricks. 1985. Assessment of Possible Carcinogenic Risk to Humans from Exposure to Di-(2-Ethylhexyl)phthalate (DEHP). *J. Am. College of Toxicology 4* (2). pp. 111-145.

Rodricks, J.V. and D. Turnbull. 1985. Risk Assessment: Biological Considerations. In *Handbook of Carcinogen Testing.* Milman, H. and Weisburger, E. (Eds). New York: Noyes Publishing Co., pp. 526-546.

Rodricks, J.V. and R.G. Tardiff. 1985. Animal Models and Dose-Response Assessment. In *An Assessment of the State-of-the-Art of Risk Assessment* (Appendix). National Science Foundation. Washington, DC.

**Joseph V. Rodricks, Ph.D.**

**1984**

Rodricks, J.V. 1984. Risk Estimation. In *Proceedings of the Second National Conference for Food Protection*. U.S. Department of Health and Human Services. Food and Drug Administration. pp. 39-49.

Rodricks, J.V. 1984. Government Data Requirements for Risk Assessment. In *Risk Management of Existing Chemicals*. Chemical Manufacturers Association. Washington, DC. pp. 80-90.

Rodricks, J.V. and R.G. Tardiff. 1984. Conceptual Basis for Risk Assessment. In *Assessment and Management of Chemical Risks*. Rodricks, J.V. and Tardiff, R.G. (Eds.) American Chemical Society. Washington, DC. pp. 3-12. Reprinted in *ChemTech*. July 1984.

Rodricks, J.V. 1984. Risk Assessment and Product Misuse. *Chemical Times and Trends*. April. p. 18.

Rodricks, J.V. *et al.* 1984. *Ground Water Contamination and its Impacts*. Prepared for Office of Technology Assessment, Congress of the United States. See *Protecting the Nation's Ground Water from Contamination*. OTA. Washington, DC. Two Volumes.

Rodricks, J.V. 1984. Risk Assessment at Hazardous Waste Disposal Sites. *Hazardous Waste 1* (3). pp. 333-362.

Harris, R.H., J.H. Highland, J.V. Rodricks, and K. Humphreys. 1984. Comparative Risk Assessment: Tools for Remedial Action Planning. *Hazardous Waste 1*(1). pp. 19-33.

Rodricks, J.V. 1984. "Risk Assessment in Perspective." In *The Cosmetic Industry: Scientific and Regulatory Foundations*. N.F. Estrin (Ed.). New York: Marcel Dekker. pp. 587-606.

Rodricks, J.V. 1984. "Food Safety Assessment." In *A Nutrition Agenda: Policy Options in 1984*. Proceedings, 1984 National Food Policy Conference. Food Marketing Institute and Public Voice. Washington, DC. p. 34.

Rodricks, J.V. and R.G. Tardiff. (Eds.) 1984. *Assessment and Management of Chemical Risks*. ACS Symposium Series 239. American Chemical Society. Washington, DC.

Highland, J. and J.V. Rodricks. 1984. Hazardous Waste: Towards a Safer Future. *Health Spectrum*. McKesson Corp. San Francisco, CA. Fall 1983/Winter 1984.

**1983**

Covello, V.T., Flamm, W.G., Rodricks, J.V. and Tardiff, R.D. (Eds.). 1983. *The Analysis of Actual Versus Perceived Risks. Advances in Risk Analysis*. New York: Plenum Press.

**Joseph V. Rodricks, Ph.D.**

Rodricks, J.V. and D.L. Park. 1983. General Aspects of Food Safety and an Illustration using Aflatoxin. *Proceedings of The International Symposium on Mycotoxins*. K. Naguib *et al* (eds.). Government Printing Offices, Cairo, pp. 1-21.

Rodricks, J.V. 1983. "Comparative Risk Assessment: A Tool for Remedial Action Planning." In *Management of Uncontrolled Hazardous Waste Sites*. Proc. National Conference. Washington, DC. pp. 401-404

Harris, R., J.V. Rodricks, and W. Rahmey. 1984. Health Impact of an Uncontrolled Hazardous Waste Site: Hardemann County, TN. Hazardous Waste.

Rodricks, J.V. and D. Turnbull. 1983. The Use of Skin Penetration Data in Risk Assessment. In *Pharmacokinetics and Topically Applied Cosmetics*. CTFA Scientific Monograph. Series No. 7. McNerney, J.M. and Curry, A.S. (Eds.). CTFA. Washington, DC. p. 71.

Rodricks, J.V. and M. Taylor. 1983. Application of Risk Assessment to Food-Safety Decision-Making. *Regulatory Toxicol. and Pharm.*, *3*, pp. 275-307.

Rodricks, J.V. 1983. Limitations in Traditional Methods of Safety Evaluation. *Proc. USDA Symposium on Risk Assessment*. U.S. Dept. of Agriculture. Washington, DC.

Rodricks, J.V. 1983. General Principles of Risk Assessment. *Proc. USDA Symposium on Risk Assessment*. U.S. Dept. of Agriculture. Washington, DC.

Rodricks, J.V. 1983. Some General Observations on the Safety of PCDDs (Polychlorinated dibenzo-p-dioxins). In *Human and Environmental Risks of Chlorinated Dioxins and Related Compounds*. Tucker, R.G., Young, A.L. and Gray, A.P. (Eds.). New York: Plenum Press. pp. 629-633.

Tardiff, R. and J.V. Rodricks. 1983. "Biological Bases for Risk Assessment." In *Safety Evaluation and Regulation of Chemicals*. Homburger, F. (Ed.). S. Karger. Basel, Switzerland. pp. 77-84.

**1982**

Rodricks, J.V. 1982. "Strategy and Planning for Risk Assessment." In *Risk Assessment. CTFA Monograph Series No. 1*. Cosmetics, Toiletries and Fragrance Assoc. Washington, DC.

Rodricks, J.V. 1982. Presenting the Results of Risk Assessment. (*ibid.*)

Zervos, C. and J.V. Rodricks. 1982. FDA's Ban of DES in Meat Production. *The American Statistician* 36, 278-283.

**Joseph V. Rodricks, Ph.D.**

**1981**

Rodricks, J.V. 1981. Environmental Contaminants of Food. *Cereal Food World.* p. 59.

Rodricks, J.V., and A.E. Pohland. 1981. "Food Hazards of Natural Origin." In *Food Safety.* Roberts, H. (Ed.) New York: John Wiley and Sons.

Rodricks, J.V. 1981. Regulation of Carcinogens in Food. *Annals of the New York Academy of Sciences.* Vol. 363. pp. 29-35.

**1980**

Rodricks, J.V. 1980. Why was Diethylstilbestrol Banned in Meat Production? - The Ban is Soundly Based on the Available Evidence. *Trends Biochem. Sci.* 5:309-312.

Rodricks, J.V. 1980. Analytical Chemistry and the FDA. *Anal. Chem.* pp. 515A-518A.

**1979**

Rivas, M. and J.V. Rodricks. 1979. Food Hazards of Microbial Origin. I. Fungal Toxins (Mycotoxins). *Rev. Lat. Am. Microbiol.* 21:153-158.

Rivas, M. and J.V. Rodricks. 1979. Food Hazards of Microbial Origin. II. Bacterial Toxins. *Rev. Lat. Am. Microbiol.* 21:159-165.

Rodricks, J.V. 1979. Cost-Benefit Analysis in Regulation of Food Hazards. *J. Assoc. Food Drug Off.* U.S. January.

Rodricks, J.V., et al. 1979. Scientific Bases for Identification of Potential Carcinogens and Estimation of Risks. *J. Natl. Cancer Inst.* 63:243-268 (1979). Report of Interagency Work Group on Risk Assessment. This report was also reprinted in *Annual Reviews of Public Health,* 1980. Vol. 1. Annual Reviews, Inc., Palo Alto, CA, pp. 345-374.

**1978**

Rodricks, J.V. 1978. Regulatory Aspects of the Mycotoxin Problem in the United States. In *Mycotoxic Fungi, Mycotoxins, and Mycotoxicoses.* Vol. 3. Wyllie, T., and Morehouse, L.G., (Eds.) Marcel Dekker, Inc., New York, pp. 161-171.

Rodricks, J.V. 1978. Food Hazards of Natural Origin. *Proc. Fed. Am. Soc. Exp. Biol.* October.
Rodricks, J.V. 1978. Aflatoxins: Some Hazards from Nature. *FDA Consumer,* May. pp. 16-19.

**Joseph V. Rodricks, Ph.D.**

**1977**

Rodricks, J.V. (Ed.) 1977. *Mycotoxins in Human and Animal Health.* Chicago, IL: Pathotox Publishers.

Stoloff, L. and J.V. Rodricks. 1977. Aflatoxin Residues from Contaminated Feed in Edible Tissues of Food-Producing Animals. In *Mycotoxins in Human and Animal Health.* Rodricks, J.V. *et al*, (Eds.) Chicago, IL: Pathotox Publishers. pp. 67-80.

Rodricks, J.V. and H. Roberts. 1977. Mycotoxin Regulation in the United States. In *Mycotoxins in Human and Animal Health.* Rodricks, J.V. *et al*, (Eds.) Chicago, IL: Pathotox Publishers. pp. 753-758.

Rodricks, J.V., and A.D. Campbell. 1977. *Guidelines for Mycotoxin Surveillance*. United Nations, Food and Agriculture Organization. Rome.

Rodricks, J.V., et al. 1977. "Food Additives and Contaminants." In *Handbook of Physiology. Sec. 9.* Physiological Society, Bethesda, Maryland.

Rodricks, J.V. 1977. Role of the Analytical Chemist in Controlling Mycotoxins. *FDA By-Lines* 7:299.

Rodricks, J.V. (coauthor). 1977. Three Chapters: "Food"; "Natural Toxicants"; and "Environmental Measurement." In *Human Health and the Environment: Some Research Needs*. Second National Task Force on Priorities in Research in Environmental Health. National Institute of Environmental Health Sciences. USDHEW publication no. NIH pp. 77-1277.

Rodricks, J.V. 1977. "Hormonally Active Substances in the Food Chain." In *Proceedings of Third Annual NCTR Hormone Research Symposium.* Washington, DC: Hemisphere Publication Co. pp. 1-3.

Campbell, A.D. *et al.* 1977. Food Additives and Contaminants. In *Reactions to Environmental Agents*, Lee, D.H.K. (Ed.). American Physiological Society, Bethesda, MD. pp. 167-179.

**1976**

Rodricks, J.V. 1976. The Occurrence and Control of Mycotoxins and Mycotoxicoses. *Food and Nutrition, 2*, 9-14.

Rodricks, J.V. and J. Levett. 1976. Toxigenic Fungi. In *Compendium of Methods for the Microbiological Examination of Foods. American Public Health Association.* Speck, M.L. (Ed.). Washington, DC.

**Joseph V. Rodricks, Ph.D.**

Rodricks, J.V. (Ed.). 1976. *Mycotoxins and Other Mold Related Food Problems*. Advances in Chemistry Series. American Chemical Society, Washington, DC. pp. 409.

**1975**

Rodricks, J.V. 1975. Food and Drug Administration Perspective on the Aflatoxin Problem. *Proceedings, American Peanut Research Council* 7:1.

**1974**

Rodricks, J.V. and R.M. Eppley. 1974. Stachybotrys and Stachybotryotoxicosis. In *Mycotoxins*. Purchase, I.F.H., (Ed.) New York, NY: Elsevier Press. pp. 181-198.

**1973**

Rodricks, J.V. 1973. Criteria for Mycotoxin Standards. *J. Assoc. Off. Anal. Chem.* 56:1290.

Stack, M. and J.V. Rodricks. Collaborative Study of the Determination and Confirmation of Sterigmatocystin in Grains. *J. Assoc. Off. Anal. Chem.* 56:1123.

Fischback, J. and J.V. Rodricks. 1973. Current Efforts of the FDA to Control Mycotoxins in Foods. *J. Assoc. Off. Anal. Chem.* 56:767.

Bosin, T.R., R. Hanson, J.V. Rodricks, R. Simpson, and H. Rapaport. 1973. Routes to Functionalized Guanidines: The Synthesis of Guanidino Diesters. *J. Org. Chem.* 38:1591.

**1971**

Rodricks, J.V. and H. Rapport. 1971. Synthesis of Cyclic Guanidines. *J. Org. Chem.* 36:46.

Stack, M. and J.V. Rodricks. 1971. Improvement of the AOAC Kilogram Sample Method for the Isolation of Aflatoxin B for Chemical and Biological Confirmation. *J. Assoc. Off. Anal. Chem.* 54:1310.

Rodricks, J.V. and L. Stoloff. 1971. "Aflatoxin Standards Collaborative Study." *International Union of Pure and Applied Chemistry, Technical Information Bulletin No. 1*.

Stoloff, L., S. Nesheim, L. Yin, J.V. Rodricks, M. Stack, and A.D. Campbell. 1971. A Multimycotoxin Detection System for Aflatoxins, Ochratoxins, Zearalenone, Sterigmatocystin, and Patulin. *J. Assoc. Off. Anal. Chem.* 54:86.

**Joseph V. Rodricks, Ph.D.**

**1970**

Rodricks, J.V., et al. 1970. Molar Absorptivity Values for Aflatoxins and Justification for Their Use as Criteria or Purity of Analytical Standards. *J. Assoc. Off. Anal. Chem.* 54:96.

**1969**

Rodricks, J.V. 1969. Fungal Metabolites Which Contain Substituted 7,8-dihydrofuro (2,3-b) Furans and 2,3 7,8-tetrahydro (2,3-b) Furans (THFF). *J. Agric. Food Chem.* 17:457.

Rodricks, J.V. 1969. Note on Absorption of Aflatoxin Standards to Glass. *J. Assoc. Off. Anal. Chem.* 52:457.

Stack, M. and J.V. Rodricks. 1969. Method for Analysis and Chemical Confirmation of Sterigmatocystin. *J. Assoc. Off. Anal. Chem.* 54:86.

**1968**

Rodricks, J.V., et al. 1968. Aspertoxin, a Hydroxy Derivative of o-methyl-sterigmatocystin from Aflatoxin-Producing Cultures of *Aspergillus flavus*. *Tetrahedron Lett.* 2975.

Rodricks, J.V., et al. 1968. Isolation of a New Toxin from Cultures of *Aspergillus flavus*. *Nature* 217:668.

Rodricks, J.V. 1968. Separation and Purification of Aflatoxins $B_1$, $B_2$, $G_1$, and $G_2$, and Comparison of Semi-Synthetic Aflatoxins $B_2$ and $G_2$ with Naturally Occurring Aflatoxins $B_2$ and $G_2$. *J. Am. Oil Chem. Soc.* 46:149.

Henery-Logan, K.R., M.P. Knoepfel, and J.V. Rodricks. 1968. Synthesis of an ä-Amino-ß-thiolactam. *J. Hetero. Chem.* 5:433.

**1963**

Henery-Logan, K.R., and J.V. Rodricks. 1963. The Synthesis of an Unsaturated B-lactam. *Journal American Chemical Soc.* 35:3524.

**Joseph V. Rodricks, Ph.D.**

**LECTURES AND TRAINING**

More than 200 lectures on toxicology, risk assessment, food safety and regulatory policy. Lectures delivered throughout the U.S.A. and in eight foreign countries. Conducted more than 30 training workshops for federal and state regulatory agencies, trade associations, and private companies.

**SYMPOSIUM CHAIRMAN AND/OR ORGANIZER**

American College of Toxicology. Workshop on Current Trends in Risk Assessment. Valley Forge, PA. November 1996.

Food Safety and Inspection Service. USDA. Workshop on Risk Analysis. October 1993.

Interdisciplinary Discussion Group on Carcinogenicity Studies. Chapel Hill, NC. June 1986.

Risk Assessment Principles. Workshop for the Environmental Protection Agency. Washington, DC. March 1985.

U.S. Department of Agriculture. Workshop on Risk Assessment. Washington, DC. October 1983 and January 1984.

American Chemical Society. Symposium on Risk Assessment. Kansas City, MO. September 1982.

Society for Risk Analysis. Workshop on Perceived vs. Actual Risk. Washington, DC. June 1981.

National Center for Toxicological Research, Hormone Symposium. Little Rock, AR. October 1976 and October 1977.

United States-Japan Natural Resources Cooperation, International Conference on Mycotoxins in Human and Animal Health. College Park, MD. October 1976.

Gordon Research Conference, Biochemistry of Fungi. August 1976.

American Chemical Society Symposium on Mycotoxins and Toxic Phytoalexins. Atlantic City, NJ. September 1974.

June 19, 2006