IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE ST. JUDE MEDICAL, INC., SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1396 |

**AFFIDAVIT OF TRACY J. VAN STEENBURGH IN SUPPORT OF ST. JUDE MEDICAL'S MOTION TO PRECLUDE TESTIMONY OF PLAINTIFFS' EXPERT ERIC G. BUTCHART PURSUANT TO FEDERAL RULE OF EVIDENCE 702**

I, Tracy J. Van Steenburgh, after being duly sworn upon oath, state as follows:

1. I am an attorney licensed to practice before the Courts of the State of Minnesota and the United States District Court for Minnesota. I am a shareholder in the law firm of Halleland Lewis Nilan and Johnson, P.A., attorneys for Defendant St. Jude Medical, Inc. I make this Affidavit in support of St. Jude Medical, Inc.'s Motion to Preclude Testimony of Plaintiffs' Expert Eric G. Butchart Pursuant to Federal Rule of Evidence 702. I have personal knowledge of the matters set forth in this Affidavit. If called as a witness, I could and would competently testify to these matters.

2. Attached as Exh. 1 is a true and correct copy of the Rule 26 Declaration of Eric G. Butchart dated 11/29/05. This Declaration attaches a true and correct copy of Dr. Butchart's *Interim Medical Report on the Follow-Up Requirements of*

*Patients with St. Jude Silzone Prosthetic Heart Valves* dated 11/29/05 (hereinafter referred to as Exh. 1(a)), as well as a true and correct copy of the Curriculum Vitae of Eric G. Butchart from 11/05 (hereinafter referred to as Exh. 1(b)).

3. Attached as Exh. 2 are true and correct copies of excerpts from the Deposition of Eric G. Butchart taken on 6/26/06 and 6/27/06.

4. Attached as Exh. 3 are true and correct copies of excerpts from the *Reference Manual On Scientific Evidence*, Federal Judicial Center 2000 (2nd Ed.), pp. 415-418.

5. Attached as Exh. 4 is a true and correct copy of the following abstract: *Platelet Interaction with Silver Treated Sewing Rings of Mechanical Heart Valves: Potential Effects on Tissue Ingrowth and Healing*, 24th Annual Meeting of the Society for Biomaterials, April 22-26, 1998, p. 207.

6. Attached as Exh. 5 are true and correct copies of the following articles: Sawyer, P.N., et al., *Development and In Vivo Evaluation of Metals for Heart Valve Prostheses*, Trans. Am. Soc. Artif. Intern. Organs, 13:124-30 (1967); and Lee, M.E., et al., Etiology of Thrombus Formation on Prosthetic Metal Heart Valves, J. Thorac. Cardiovasc. Surg., 63:809-19 (1972).

7. Attached as Exh. 6 are true and correct copies of excerpts from the Deposition of Kevin E. Healy taken on 5/18/06 and 5/19/06.

8. Attached as Exh. 7 is a true and correct copy of the following article: Butchart, E., et al., *A New Scoring System to Determine Thromboembolic Risk After Heart Valve Replacement*, Circulation 108 (Supl.II):68, 73 (2003).

9. Attached as Exh. 8 is a true and correct copy of St. Jude Medical's Top Accounts Survey Summary.

10. Attached as Exh. 9 are true and correct copies of excerpts from the Deposition of Gary L. Grunkemeier, Ph.D., taken on 3/31/05.

11. Attached as Exh. 10 is a true and correct copy of the following article: Ionescu, A., et al., *Incidence of Embolism and Paravalvular Leak After St. Jude Silzone Valve Implantation: Experience from the Cardiff Embolic Risk Factor Study*, Heart, 89:1055-1061 (2003).

12. Attached as Exh. 11 is a true and correct copy of a letter sent by counsel for St. Jude Medical to plaintiffs' counsel Michael Coren on January 18, 2007.

13. Attached as Exh. 12 is a true and correct copy of an e-mail sent by plaintiffs' counsel Michael Coren to counsel for St. Jude Medical on January 31, 2007.

I declare under penalty of perjury of the laws of the United States that the foregoing is true.

Further affiant sayeth not.

DATED: February 14, 2007.

s/ Tracy J. Van Steenburgh
Tracy J. Van Steenburgh

Subscribed and sworn to before me
this 14th day of February, 2007.

s/ Leigh Anne Clark
Notary Public