# INTERIM MEDICAL REPORT

**on the**

# FOLLOW-UP REQUIREMENTS OF PATIENTS

# WITH ST. JUDE SILZONE PROSTHETIC HEART VALVES

**prepared by**

**ERIC G BUTCHART FRCS, FETCS, FESC**

**at the request of**

**the Plaintiffs' Steering Committee of MDL No. 1396**

**and**

**the Plaintiff Class Counsel for the Canadian National Class (Andersen v. St. Jude Medical)**

**Address for Correspondence:**

**Eric G Butchart**
**Ty Fryn-y-Coed**
**Pendoylan**
**Cowbridge**
**Wales. CF71 7UF**
**U.K.**

**e-mail: egbutchart@aol.com**

## CONTENTS


| | |
|---|---|
| **INTRODUCTION** | **3** |
| **Qualifications** | **3** |
| **Declaration of Interest** | **3** |
| **Documents Examined and Report Preparation** | **5** |
| **EXECUTIVE SUMMARY** | **6** |
| **BACKGROUND – Complications of Prosthetic Heart Valves** | **11** |
| **1. Data Collection and Reporting Methods** | **11** |
| **2. Patient Risk Factors** | **14** |
| **3. Surgical Technique** | **14** |
| **4. Postoperative Management** | **15** |
| **COMPLICATIONS OF ST. JUDE SILZONE VALVES** | |
| **1. Valve Thrombosis** | **16** |
| **2. Thromboembolism** | **19** |
| **3. Tissue Overgrowth (Pannus)** | **32** |
| **4. Paravalvular Leak** | **37** |
| **5. Culture-negative Endocarditis** | **42** |
| **6. Culture-positive Endocarditis** | **43** |
| **7. All Valve-related Events** | **45** |
| **8. Carcinogenic Effect of Silver** | **46** |
| **MANAGEMENT AND FOLLOW-UP OF PATIENTS WITH SILZONE VALVES** | **48** |
| **Intensity of Follow-up** | **50** |
| **Rationale for Transoesophageal Echocardiography** | **51** |
| **Risk/Benefit Ratio of Additional Investigations** | **52** |
| **Anticoagulation Management** | **53** |
| **Prevention of Valve Thrombosis and Thromboembolism** | **54** |
| **1. Heightened Surveillance** | **54** |
| **2. Risk Stratification** | **56** |
| **3. Antithrombotic Management – Prevention** | **58** |
| **Anticoagulation Intensity and Self-Management** | **60** |
| **Anticoagulation Interruption** | **64** |
| **4. Antithrombotic Management – Treatment** | **65** |
| **Identification and Monitoring of Paravalvular Leak** | **67** |
| **Identification and Monitoring of Excessive Pannus Formation** | **72** |
| **Prevention and Detection of Prosthetic Endocarditis** | **73** |
| **Monitoring for Tumour Development** | **74** |

| | |
|---|---|
| **LONG-TERM INDEPENDENT DATA COLLECTION** | **76** |
| **PATIENT AND PHYSICIAN INFORMATION BOOKLETS** | **80** |
| **CONCLUSION** | **82** |
| **REFERENCES** | **83** |
| **TABLES** | **92** |
| **APPENDIX 1 – Cardiff Late Review 2004** | **102** |
| **APPENDIX 2 – Management Algorithms** | **107** |
| **APPENDIX 3 – Additional documents scrutinised** | **116** |

## INTRODUCTION

### Qualifications:

I am the Senior Consultant Cardiothoracic Surgeon at the University Hospital of Wales, Cardiff, United Kingdom, where I have been in consultant practice for the last 26 years. During that time I have had a particular interest in heart valve surgery and in particular have carried out research into the mechanisms of thromboembolism after heart valve replacement. I have contributed extensively to the literature on this subject, including editing a book devoted to the problems of thrombosis, embolism and bleeding after valve surgery. My detailed curriculum vitae is attached, including details of all publications.

Between 1992 and the beginning of 1998, I was the European Surgical Editor of the Journal of Heart Valve Disease and I am currently an Associate Editor of HEART (formerly the British Heart Journal).

I am a past Chairman of the European Society of Cardiology Working Group on Valvular Heart Disease (2000 – 2002). I have recently chaired a European Society of Cardiology Committee producing Recommendations on the Management of Patients after Heart Valve Surgery, (to be published in print in the European Heart Journal later this year and currently available on-line on their website). I have edited a book on the same subject scheduled for publication in early 2006. I have also been a member of a recent World Health Organisation Guidelines Committee on the Management of Patients with Rheumatic Heart Disease.

I have personal experience of the St. Jude Silzone valve, having both implanted and explanted these prostheses during the course of a research study (vide infra).

### Declaration of Interest:

Much of my early research work into thromboembolism was based on one type of prosthesis (the Medtronic Hall Valve) in order to keep one variable constant and analyse the other factors associated with thromboembolism. I received no payment from

Medtronic for performing this research. Medtronic provided funding only to the department of Medical Computing and Statistics at the University Hospital of Wales for the purposes of data collection and analysis. A later research study (the Cardiff Embolic Risk Factor Study – vide infra) was supported by the British Heart Foundation, a registered charity in the UK. Supplementary support was provided by Medtronic, St. Jude Medical, Aortec and Edwards Lifesciences. Again, I received no direct financial benefit, the funding being used for the salaries of research fellows and for data collection and analysis. St. Jude Medical contributed in particular to the enrolment of patients with Silzone valves into the Cardiff Embolic Risk Factor Study. These additional patients were enrolled towards the end of the Cardiff Embolic Risk Factor Study at the request of St. Jude Medical, who wished to obtain detailed data on the thrombogenicity of their new prosthesis. They approved the protocol of the extended study, including the consecutive nature of the enrolment, i.e. Silzone patients enrolled after enrolment of the standard valve had ceased (necessitated by delayed European approval of the Silzone prosthesis).

In common with almost all cardiothoracic surgeons in the United Kingdom, I have received financial support from various companies to attend international meetings over the years, but this has not influenced my clinical practice in any way. The valve companies from which I have received such support have included Medtronic, St. Jude Medical, Edwards Lifesciences, Carbomedics, Caledonian Medical (Aortec) and Medical Carbon (On-X).

For the last few years, I have been a member of a Data Safety Monitoring Committee for the Medtronic Advantage bileaflet valve. This involves careful and critical scrutiny of data collected during initial trials of this new prosthesis. The Data Safety Monitoring Committee has the power to advise cessation of implantation should complication rates appear to be excessive.

I am not and have never been an employee or advisory board member of any valve manufacturing company, nor am I a stockholder in any valve manufacturing company. I believe that the report I have provided is wholly objective and is formulated with the interests of patients as the only priority.

## Documents Examined and Report Preparation

This report is based upon my own experience with the St. Jude Silzone valve, on my own research work into the mechanisms of thromboembolism after heart valve replacement and upon relevant articles from the medical literature, which are quoted at the end of this report. I have also had access to documents provided to me by Messrs. Levy, Angstreich, Finney, Baldante, Rubenstein & Coren, PC in the USA and Messrs. Lerners in Canada, listed in Appendix 3.

For ease of reference, figures and illustrations appear at the appropriate place in the text. Tables, which are referred to in numerous places in the text, appear at the end of the report. The report concludes with three appendices. Appendix 1 provides details of the late review of Silzone patients in Cardiff. Appendix 2 contains management algorithms. Appendix 3 contains the list of additional relevant documents mentioned above.

In preparing this report, I have been cognisant of the principle that my primary duty is to the Court and not to the persons from whom I have received instructions. The report is confined to those areas in which I have particular expertise and I believe it to be honest, truthful, fair and objective. My opinions are stated within a reasonable degree of medical certainty. I reserve the right to supplement my report with further information as it becomes available and to supplement my opinion accordingly.

## EXECUTIVE SUMMARY

1. In 1997, St. Jude Medical introduced a modification of their bileaflet mechanical prosthetic heart valve which incorporated a metallic silver coating on the sewing ring, to which they gave the trade name 'Silzone'. This modification was developed in the hope that the antimicrobial properties of silver would reduce the risk of prosthetic endocarditis, a serious complication of prosthetic heart valves with a high mortality rate.

2. Unfortunately subsequent clinical experience with the Silzone valve revealed that not only did it not reduce the risk of prosthetic endocarditis, but it also actually increased the risk of other complications, notably paravalvular leak. This complication was probably caused by the direct toxic action of silver on living cells, interfering with the normal healing process. It was a high incidence of explantation for this complication which led to the manufacturers voluntarily withdrawing the prosthesis from the market in January 2000.

3. By using accepted Guidelines and by examining large numbers of literature reports, it is possible to establish 'acceptable' ranges of linearised rates for various complications within which a newly introduced prosthesis should perform if it is to be approved for clinical use. This principle underlines the system of Objective Performance Criteria (OPC) applied by the FDA.

4. Interpretation of data on complication rates for the Silzone valve has been frustrated by the lack of any large independent published series. Several small series exist but the only series with larger numbers of patients is the AVERT study, a randomised trial comparing Silzone to the standard St. Jude valve, organised and funded by St. Jude. The company has been so closely involved with every stage of this trial that it cannot be regarded as independent. Moreover, concerns about the accuracy of data collection cast further doubt on the validity of the results, as explained in detail in this report.

5. Nevertheless, even relying on data from St. Jude's own AVERT study, substantial differences in complication rates exist between the Silzone valve and the standard St. Jude valve. Following aortic valve replacement (AVR), the incidence of all valve-related complications (as reported by the AVERT investigators in 2002) was 11.9%/year for the Silzone valve and 4.7%/year for the standard valve. Following mitral valve replacement (MVR), the respective complication rates were 26.3%/year versus 9.4%/year, an even larger difference.

6. In the analysis of valve-related complications reported by the AVERT investigators in 2002, there was a significantly higher incidence of paravalvular leak among Silzone valve patients. The incidence of stroke and other categories of thromboembolism was also higher, particularly in the mitral position, but the differences failed to reach conventional statistical significance, except in the case of reversible ischaemic neurological deficit (RIND). Nevertheless, in my opinion, the large differences in thromboembolism are clinically significant and the incidence of thromboembolism after MVR (9%/year) is so high that the Silzone valve would almost certainly not have received FDA approval if these figures had been submitted in pursuit of approval of a new prosthesis. The high incidence of thromboembolism among patients with the Silzone prosthesis in the AVERT study is in keeping with my own findings in a research study in Cardiff, as explained in detail in this report.

7. Other complications which appear to be more frequent among patients with Silzone prostheses are valve thrombosis, excessive tissue ingrowth (pannus), and culture-negative prosthetic endocarditis.

8. The higher incidence of valve-related complications in comparison to the standard St. Jude valve indicates that the silver coating applied to the sewing ring (the only difference from the standard valve) is the cause. The causal mechanisms are discussed in detail in the report.

9. Approximately 36,000 patients worldwide have thus received a defective prosthesis which exposes them to higher risk. These patients therefore need and deserve

enhanced monitoring at a higher level than that normally given to patients with other types of prosthetic valve in order to detect complications at an early stage before they give rise to serious symptoms or cause irrecoverable cardiac or other organ damage.

10. All living patients with a Silzone prosthesis are now more than 5½ years post-implantation. It has been argued, based on data from the AVERT database, that the risk of complications will decline with the passage of time and the decreased number of patients exposed, as the result of explantations and deaths from prosthesis-related complications, and that as a consequence there is no necessity for enhanced monitoring of Silzone patients. However, there are major concerns about completeness of follow-up and the accuracy of data acquisition in the AVERT study, as detailed in this report. Furthermore, data from follow-up of Silzone patients in Cardiff (provided in Appendix 1 and several tables) has shown that the risk of thromboembolism remains higher than expected for a standard St. Jude valve even after 7 years. More intense surveillance using transoesophageal echocardiography (TEE) has revealed asymptomatic sewing ring thrombus in approximately 30% of MVR patients and cinefluoroscopy has revealed abnormal leaflet motion of the Silzone prosthesis in approximately 27% of AVR patients, raising concern about pannus and/or small thrombi interfering with leaflet movement.

11. Enhanced monitoring, as recommended in this report, has three components:

1. **Enhanced surveillance**, comprising detailed risk factor assessment to identify patients at higher risk, and the use of additional investigations, such as TEE and cinefluoroscopy to detect complications which are sometimes subtle and not readily detected by transthoracic echocardiography (TTE) alone.

2. **Preventive measures**, to reduce the risk of complications. These measures include more sophisticated anticoagulation management and

the treatment of risk factors known to increase the risk of thromboembolism.

3. **Management of identified complications**. Algorithms are provided at the end of this report, and discussed in detail in the text, recommending management strategies for each type of complication, although it is emphasised that any change in therapy must be undertaken at the discretion and direction of the patient's own informed cardiologist and cardiac surgeon who are best placed to determine the risks and benefits of each course of action for the individual patient.

12. A very large number of patients (approximately 36,000 worldwide) have been placed at risk by receiving a defective prosthesis. Only a very small minority of these patients (approximately 2%) have been studied and reported in the medical literature. The largest study, St. Jude's own AVERT study, cannot be regarded as independent and is seriously flawed as described above and detailed in this report. There is therefore a need for a large independent epidemiological study of patients with Silzone prostheses, using the investigative techniques described in this report, to characterise better the risk of various complications and provide guidance for future management. In addition, all patients dying with a Silzone valve in situ should ideally undergo post-mortem examination by a cardiac pathologist, to detect complications which may have been missed in life.

13. A properly designed and implemented epidemiological study is also necessary to determine the long-term effects of implanted silver on human tissue, not only for the benefit and protection of patients with Silzone valves, but also for the benefit of other patients who may receive a silver coated medical product in the future, should manufacturers employ or consider employing silver on their products.

14. A patient information booklet should be provided for all patients with a Silzone prosthesis, informing them of the specific risks to which they are exposed and how these can be reduced. A better understanding of possible complications and how to

prevent them by a combination of prophylactic measures and heightened monitoring should provide reassurance to patients rather than alarming them.

15. A more detailed and scientific guide should also be developed and made available to physicians caring for Silzone patients.

## BACKGROUND:

### Complications of Prosthetic Heart Valves

If a patient's own heart valve becomes narrowed, leaks or becomes infected (endocarditis) and an operation is necessary because of symptoms and/or an adverse effect on cardiac function, the choice is between surgical repair or replacement with a prosthetic device. Prosthetic heart valves have been in use now for more than 40 years and considerable information has accrued about the various complications which can occur and about their expected frequency.[1]

The complications which can occur after valve replacement include valve thrombosis (both obstructive and non-obstructive), thromboembolism, haemolysis, endocarditis, paravalvular leak, mechanical failure, impingement of the occluder (on intracardiac structures, tissue ingrowth or suture material), and anticoagulant related bleeding. Review of the literature shows that the reported incidence of these complications varies considerably and that there is as much variation within any one type of prosthesis as there is between one prosthesis and another.[1] The reason for this variation is due to several factors, all of which underline the necessity for caution in interpreting complication rates in the literature:

1. **Data Collection and Reporting Methods**

Both the definition of complications and the method used for collecting the data can have a major impact on the reported rate; for example, definitions of 'major' and 'minor' thromboembolic events and prospective versus retrospective data collection. It has been shown that retrospective data collection (for example, with a questionnaire sent to patients at the end of a ten year period) can seriously underestimate the true incidence of complications, because patients tend to forget relatively minor events such as transient ischaemic attacks (TIAs) and some bleeding episodes.

Although there are alternative methods (vide infra), the frequency of the various complications is most often expressed as an annual incidence, or

linearised rate of events per 100 patient years or %/yr. In order for these linearised rates to be meaningful, it is necessary that events are documented accurately in a sufficiently large number of patients over a sufficiently long follow-up period. The FDA, for example, requires a minimum of 400 follow-up years in each valve position in submissions for approval of new prosthetic devices,[2] and the requirements of the International Organization for Standardization (ISO) are the same.[3]

It is important to appreciate that there are caveats associated with linearised event rates, when comparing one prosthesis with another or comparing it against objective performance criteria (OPC). The published guidelines for reporting complications after heart valve replacement require that a simple percentage is given for the first 30 days ('early' events), and that linearised rates are used from 31 days onwards for 'late' events.[4] The use of linearised rates implies that the hazard of the complication is constant over time, whereas, with many complications, this is not the case. It has been shown for example that the hazard function curve for thromboembolism and bleeding has a high early peak, gradually falling to a more stable long-term rate, i.e. these complications are more frequent in the early postoperative months. Hence, linearised rates from a small series with short follow-up are not comparable to linearised rates from a larger series with long follow-up. Also, and this has relevance for the Silzone valve, complications which occur predominantly in the first few months will fall into two rather arbitrary categories ('early' events and 'late' events), thereby appearing to diminish the frequency of the complication in both categories. Furthermore, if a complication is predominantly an early hazard in the first few months, the longer the follow-up is continued after patient enrolment has ceased, the greater will be the diluting effect of additional follow-up years in reducing the event rate and the greater will be the difficulty of demonstrating a significant difference between the prosthesis under investigation and other prostheses, even though <u>clinically</u> significant differences may exist. A further problem with linearised rates is that patients who have multiple events because of their own particular risk factors

may contribute excessively to the calculated event rate applied to the prosthesis.

Event rates represent the influence not only of the thrombogenicity of the prosthesis but also of the patient's own risk factors, surgical techniques and postoperative management, as discussed below. Nevertheless, event rates as reported in the medical literature for patients with prosthetic valves fall between certain limits (Table 1) and event rates associated with a particular type of prosthesis which exceed those limits, and which exceed OPCs based upon average event rates, raise concern that the prosthesis itself is contributing excessively to the increased complication rate.

The method of reporting complications can also have an effect. Because the incidence of complications can vary between the aortic and mitral positions, the guidelines for reporting complications after heart valve replacement, developed by the cardiothoracic surgical societies, recommend separate reporting of complications for the different valve positions.[4] Amalgamation of data from the two valve positions can disguise a particularly high event rate in one valve position by diluting it with data from the other, especially if the high event rate occurs predominantly in the mitral position, as most series have fewer mitral valve replacements than aortic valve replacements. This applies particularly to analyses of Silzone valve performance by Grunkemeier and Wu (literature review)[5] and by Holubkov et al (unpublished abstract based on AVERT data on thromboembolism), as discussed in detail below. On the other hand, if complication rates appear higher after mitral valve replacement, it is logical to amalgamate mitral and double valve data on the basis that any adverse effect associated with mitral valve replacement will also occur in the double valves.

Complications which occur simultaneously or in close temporal proximity (e.g. valve thrombosis and thromboembolism or valve thrombosis and endocarditis) are usually reported as one complication or the other, but not both. This can lead to underestimates of severity. Similarly, if events are reported using

actuarial methods (Kaplan-Meier) rather than linearised rates, censoring occurs after the first event, i.e. in that individual patient's experience, any further events in the category being reported are excluded from analysis. This can lead to a more optimistic view of outcome, as the total burden of events may be underestimated.

The rate of complications which are diagnosed primarily by investigations (e.g. paravalvular leak, valve thrombosis) will be influenced by the quality and frequency of those investigations. This applies particularly to echocardiography and cinefluoroscopy (vide infra).

Lastly, the completeness of follow-up will have an impact on event rates. Series with less than 95% completeness of follow-up are likely to provide biased estimates, the bias increasing with diminishing completeness. This is because patients lost to follow-up may include patients who have died from prosthesis-related complications. The reporting guidelines stipulate that follow-up completeness should be 95% or better.[4]

2. **Patient Risk Factors**

Thromboembolism in particular is heavily influenced by the patient's own risk factors, and their compliance with anticoagulation management, as discussed in detail later in this report. The risk of paravalvular leak is higher if the patient's valve annulus is calcified, particularly if there is inadequate decalcification prior to prosthesis implantation.

3. **Surgical Technique**

Annulus preparation (particularly adequacy of decalcification), suture technique and prosthesis sizing have a major impact on complications such as paravalvular leak and occluder impingement. Surgical technique can also have an impact on excessive tissue ingrowth (pannus) and thrombosis consequent upon this. For example, pledgets placed in a sub-annular position

which encroach upon the valve orifice may predispose to pannus formation which can narrow the orifice and eventually interfere with occluder movement.

4. **Postoperative Management**

The two major areas of postoperative management which can influence outcome are anticoagulation management and endocarditis prophylaxis.

The ranges of reported event rates of currently available mechanical valves are shown in Table 1. It can be seen that there is huge variation, due to the factors mentioned above.

**COMPLICATIONS OF ST. JUDE SILZONE VALVES**

Silzone was the trade mark used by St. Jude Medical for the metallic silver coating applied to the sewing ring of the St. Jude bileaflet mechanical prosthesis. The Silzone valve was developed in the hope that it would both reduce the incidence of prosthetic endocarditis and accelerate healing of the sewing ring by more rapid tissue covering.[6,7] However, these two goals were to some extent almost mutually exclusive, as a more rapid covering of the sewing ring would then isolate silver from contact with bacteria circulating in the blood, confining any possible bactericidal effect to the very early postoperative period only.

In fact, St. Jude's own research showed that the bactericidal effect of Silzone was inconsistent, that silver leached out of the fabric into the blood and annular tissues in a variable manner and that the silver coating had a toxic effect on adherent platelets which had an adverse effect on the cohesion of subsequent layers of platelets (Appendix 3). It was also clear from the research work of other scientists carried out in the late 1980s and the 1990s that silver was toxic to fibroblasts and thereby had the potential to interfere with normal healing processes.[8-10] Experimental work in hamsters, published in 2000 after the Silzone valve was recalled, also showed a profound effect of silver on the microvasculature of muscle tissue leading to gross oedema and white blood cell extravasation,[11] which if replicated in human tissues would interfere with normal healing.

It is important to state at the outset that the complications reported with the St. Jude Silzone valve are not unique to this prosthesis, but, in comparison to other prostheses, the qualitative and quantitative differences in specific complications, which in my opinion probably stem from the direct effect of metallic silver on tissues and on blood components, mean that the Silzone valve must be regarded as a defective implant product. These complications include valve thrombosis, thromboembolism, excessive tissue overgrowth (pannus), paravalvular leak, so-called 'culture-negative prosthetic endocarditis', and culture-positive prosthetic endocarditis. Also of concern is the possibility of a carcinogenic effect of silver. Each complication will be discussed in general terms, highlighting differences in the case of the Silzone valve.

1. **<u>Valve Thrombosis</u>**

There are two gradations of valve thrombosis, non-obstructive and obstructive. Non-obstructive valve thrombosis means the accumulation of excessive thrombus on the sewing ring which does not interfere with occluder movement. It only becomes evident on transoesophageal echocardiography, either as an incidental finding or as part of the investigation of a thromboembolic event. It often progresses to become obstructive valve thrombosis which, as its name implies, means thrombus which narrows the orifice of the prosthesis and/or interferes, however slightly, with the normal movement of the occluder mechanism. This may cause incomplete opening or incomplete closure or both, and usually causes progressive symptoms. In extreme cases, the prosthesis may become almost totally obstructed, causing acute cardiac failure.

In discussing non-obstructive valve thrombosis, it is important to appreciate that the normal 'healing' of the sewing ring involves initially the deposition of a coating of plasma proteins, composed mainly of albumin, within seconds of contact with the blood, followed by the deposition of a very thin layer of thrombus which subsequently becomes organised by the ingrowth of cells called fibroblasts which lay down fibrous tissue. This tissue usually eventually grows into and covers the fabric of the sewing ring, helping to anchor it to the

body's own tissues. Eventually a thin layer of endothelium may cover the surface. Gross or persistent thrombus is abnormal.

In my own experience of two explanted thrombosed Silzone valves, the thrombus covering the sewing ring in the first few months was of a different nature to that covering the sewing ring of other prostheses that I have explanted, in that it had no firm attachment to the sewing ring, which had no endothelial covering and no evidence of cellular ingrowth into the fabric on microscopy. Chronic thrombus on a sewing ring is usually firmly attached and can often only be dislodged completely with some difficulty. In the two Silzone valves that I have explanted for valve thrombosis (one case was also complicated by endocarditis), the thrombus was only loosely attached and could be simply wiped off the sewing ring in the same way that one would be able to wipe thrombus off a glass surface or indeed a metal surface (Fig. 1). It appeared that blood was reacting to the Silzone-coated fabric as a metal surface rather than a fabric surface (vide infra).



*Fig. 1.* The left-hand photograph shows a thrombosed Silzone mitral prosthesis in situ two months after implantation. It was explanted after the patient suffered a stroke. The right-hand photograph shows the explanted prosthesis. After removing the thrombus, the Silzone surface looks the same as it did at implantation with no tissue covering or ingrowth. The thrombus, which was readily wiped off the surface of the silver coating, lies alongside the prosthesis.

The unpublished experimental work of Goodman et al, using platelet-rich plasma rather than whole blood, showed a severe toxic effect of Silzone on adherent platelets in contact with silver with less cohesion of subsequently

deposited platelets (Appendix 3). The normal function of platelets in stabilising thrombus in fast moving blood by aggregation (clumping together), release of factor XIII, and clot retraction mediated by platelet actomyosin is dependent on platelets functioning as living cells. It is likely that 'dead' platelets will be unable to deploy binding sites for the proteins von Willebrand factor and fibrinogen which normally cause platelets to adhere to each other. This, and the loss of other complex mechanisms which lead to stabilisation and clot retraction, may explain the loose attachment of thrombus to the Silzone coated sewing ring. Silver is also known to be toxic to red cells which become enmeshed in the clot, causing depletion of intracellular glutathione which in turn leads to the red cells themselves becoming prothrombotic through phospholipid exposure.[12] Thus a clot, once initiated by platelet adherence may be amplified by the prothrombotic effect of silver-damaged red cells. Excessive thrombus on the sewing ring readily embolises and can spread onto the mechanism of the valve and interfere with occluder movement.

Rates of Silzone valve thrombosis in the AVERT study,[13] the CERFS[14] and St. Jude's own Top Accounts Study (Appendix 3) have been much higher than valve thrombosis rates for the standard St. Jude valve in these studies and in the literature, particularly in the mitral position (Tables 2 and 3).

The only difference between the Silzone valve and the standard St. Jude valve is the silver coating on the sewing ring. The higher rate of valve thrombosis with the Silzone valve and the associated higher rate of thromboembolism strongly implicate the silver coating as the cause of the problem. This is in keeping with experimental work performed over 35 years ago. In the late 1960s, in the early years of heart valve replacement, many different metals were evaluated as possible construction materials for prosthetic valves, using metal cages (replicating the Starr-Edwards caged ball valve design) implanted in the aortic annulus of calves. All of the noble metals, including silver, were found to be more thrombogenic than other metals tested and were rejected from further evaluation as being unsuitable for prosthetic heart valve construction.[15,16] Furthermore, at about the same time it was shown that in

general, irregular metal surfaces were more thrombogenic than smooth highly polished metal surfaces, some or all of the relative thromboresistance of the latter being conferred by the stearate polish itself.[17] Hence, based on experimental work performed 30 years before the Silzone valve was introduced, it could have been anticipated that an irregular silver surface in contact with the blood stream would be potentially thrombogenic, i.e. prone to thrombus deposition.

2. **Thromboembolism**

Thromboembolism is a common complication after valve replacement. The true burden of thromboembolism is probably underestimated as many emboli are 'silent', travelling to organs or parts of the body which do not give rise to symptoms. The emboli which most frequently give rise to symptoms are those which travel to the brain or the eye where, according to their size, they cause transient or permanent neurological or visual defects. However, a study involving patients with the standard St. Jude valve has shown, using CT scans of the brain, that at least half of cerebral embolism is also clinically 'silent' at the time of the event.[18] The concern is that multiple small cerebral infarcts will eventually lead to cognitive impairment and multi-infarct dementia.

Thromboembolism is multifactoral and can arise from sources other than the prosthesis. Although always reported as thromboembolic events as recommended by the reporting guidelines, some of these events will be due to in-situ thrombosis of a cerebral artery or to other mechanisms. Of those that are truly embolic, the source of the embolus will vary. Emboli may originate from thrombus on atheromatous lesions in the aorta or carotid arteries or from intracardiac thrombus in the left atrium or left ventricle as well as from thrombus on the prosthesis itself. If the patient has no aortic or carotid atheroma and has normal left atrial and left ventricular function with no evidence of thrombus in those chambers, it is much more likely that the embolus has originated from the prosthesis.

Excessive thrombus which builds up on the sewing ring, especially if it has no firm attachment, is prone to embolise. The potential for thrombus to embolise is determined by several factors including size, stabilisation, adherence, flow conditions and level of anticoagulation. In the case of the Silzone valve the toxic effect of silver on platelets and red cells, as described above, is likely to lead to a larger, less cohesive and less adherent thrombus which will be more prone to embolise. Increasing intensity of anticoagulation reduces the adherence of thrombus to artificial surfaces and a change in flow conditions, such as a sudden increase in cardiac output associated with exertion, may act as the trigger for a piece of thrombus to break off. This may explain the embolism hazard associated with the first few postoperative months, as the patient's level of activity gradually increases.

In almost all reported valve series, thromboembolism occurs more frequently after mitral valve replacement[1] and this is true for the Silzone valve also. This is probably because the lower flow conditions in the left atrium allow more thrombus to accumulate on the sewing ring of a mitral prosthesis than an aortic prosthesis. If a <u>large</u> piece of thrombus embolises it is more likely to cause a stroke than a TIA. Thus, as with valve thrombosis, a higher incidence of stroke with Silzone is more frequently a mitral problem.

In the Cardiff Embolic Risk Factor Study (CERFS), major thromboembolic events causing strokes occurred in the first 3 postoperative months following Silzone MVR at a significantly greater frequency than with the standard St. Jude valve in the mitral position.[14]

The Silzone TE rates in the CERFS appear higher than in the AVERT study[13] and St. Jude's Top Account Study (Appendix 3), particularly in the mitral position, although statistically there is no significant difference between the TE rates, as the 95% confidence intervals from the AVERT study overlap the TE rate from the CERFS analysis (Fig. 2).




*Fig. 2.* In this comparison of mitral thromboembolic rates between the standard SJM valve (green) and the Silzone valve (red), the 95% confidence intervals of the AVERT Silzone data overlap those of the CERFS and CLR (Cardiff Late Review). The Objective Performance Criterion (OPC) is shown in grey. Literature average rate is derived from Ref. 20.

There are two possible explanations for this apparent difference if it is real: data collection methods and surgical technique. The methods of data collection and analysis of thromboembolism in the AVERT study have the potential to underestimate TE rates (vide infra). The Top Accounts Study collected data retrospectively which also tends to underestimate the true incidence. In contrast, the CERFS was a research study devoted entirely to thromboembolism with prospective follow-up.

Differences in surgical technique in MVR may also have played a part. In the CERFS, most mitral prostheses were implanted with continuous sutures and no pledgets, whereas in the other two studies it is likely that interrupted sutures and pledgets were used. Multiple uncoated suture knots and pledgets would have provided Silzone-free surfaces to which thrombus could adhere, thus possibly reducing the risk of embolism to some extent (vide supra).

Recently an up-dated review has been performed of all 83 patients with Silzone valves implanted in Cardiff and the relationship between complications and risk factors identified.[19] Details of this review are provided in Appendix 1 and in Tables 2, 3, 5, 6, and 8. Rather than falling with additional follow-up years as expected, the TE rate following AVR actually rose slightly from 3.9%/yr to 4.7%/yr, whilst the TE rate following MVR and DVR fell slightly from 12.6%/yr to 10.9%/yr. Thus both aortic and mitral TE rates remain substantially above average rates for the St. Jude standard valve in the literature (1.4%/yr and 2.45%/yr respectively[20] – see Tables 2 and 3).

The reported linearised thromboembolic rates from the AVERT study[13] are shown in Tables 2 and 3 and mitral thromboembolic rates from this study and the Cardiff experience are compared to literature reports for the SJM standard valve and other prostheses in Fig. 3.




*Fig. 3.* Comparison of Silzone mitral thromboembolic rates to reported series of other prosthetic valves in the literature including the standard SJM valve, showing the large differences between Silzone and all other types of prosthesis: SE = Starr Edwards, BS = Bjork Shiley, MH = Medtronic Hall, SJ = St. Jude standard, HC = Hancock, CE = Carpentier Edwards (data from Grunkemeier GL et al: Atlas of Heart Diseases, Vol. 11, 1997).

Although apparently not reaching statistical significance, the linearised rate of late thromboembolic events following MVR in the AVERT study is higher for the Silzone valve in comparison to the standard St. Jude valve – 9.0%/yr (CI 4.5 – 16.5) versus 3.8%/yr (CI 1.5 – 8.4), corroborating my own findings.[14] A similar trend is evident for the double valve replacements. In the Discussion, the authors seek to minimise the problem, stating, "*In the AVERT trial, linearized rates of thromboembolic complications were higher in patients with Silzone prostheses compared with standard valves, but the excess number of events were largely multiple transient neurological deficits.*" In fact, TIA rates were very similar but the stroke rate following MVR was 3.75 times higher in the Silzone patients (3.0%/yr versus 0.8%/yr). Similarly, following DVR the stroke rates were 2.7%/yr versus 0.0%/yr. RIND (reversible ischaemic neurological deficit) was also more frequent in Silzone patients, 2.0%/yr and 2.7%/yr after MVR and DVR respectively in contrast to zero for both among the standard valve patients. Although not acknowledged in the manuscript, 2-year freedom from RIND was significantly worse among Silzone patients (p = 0.017) on Kaplan-Meier analysis (Appendix 3).

Thus, the excess number of thromboembolic events in the Silzone patients cannot be dismissed as being of minor importance. Indeed the AVERT investigators acknowledge that "*It is possible that the same mechanism of impaired healing of the sewing ring that leads to PV leakage also leads to increased exposure of thrombogenic surface in some patients*", and furthermore recommend a higher level of anticoagulation plus an antiplatelet agent for Silzone patients[13] (see pages 60 and 63).

In my opinion, the differences in thromboembolism in the AVERT study are clinically significant if not statistically significant, especially when taken in conjunction with the reported bleeding events. Although the text of the AVERT paper states that "*early and late bleeding complications were similar for the two groups of patients*", the rate of bleeding events after Silzone MVR was considerably higher: 6%/yr (CI 2.5 – 12.4) for Silzone versus 0.8%/yr (CI 0.1 – 3.6) for the standard valve. A similar trend is evident for the double

valve replacements (7.9%/yr versus 0.0%/yr) and to a lesser extent for the aortic valve replacements (3.5%/yr versus 1.4%/yr). Assuming that the patient populations in the two groups were similar in terms of risk factors as the AVERT paper implies ("*medical and surgical history was comparable*"), and that these differences did not occur 'by chance', there are only two logical explanations for the higher bleeding rate which is most marked in the mitrals and doubles. Either patients with a Silzone prosthesis were maintained at a higher intensity of anticoagulation or received additional antiplatelet therapy with aspirin because of a perceived higher risk of thromboembolism (as recommended by the AVERT investigators) or a disproportionate number of cerebrovascular events of uncertain aetiology were classified as intracerebral haemorrhage rather than ischaemic stroke. Neither explanation diminishes concern about the thrombogenicity of the Silzone valve particularly in the mitral position, as the combined rate of thromboembolism and bleeding (which some authors have suggested should be used as a measure of prosthesis thrombogenicity)[21-23] is 15%/yr in comparison to 4.6%/yr for the standard valve after mitral valve replacement. The double valve replacements show the same trend: 15.8%/yr versus 3.3%/yr. Adding valve thrombosis rates also to thromboembolic and bleeding rates for an overall index of thrombogenicity (TEB index) yields 16.0%/yr versus 4.6%/yr for the mitral patients and 21.1%/yr versus 3.3%/yr for the double valve patients (Table 3). Although never tested for statistical significance in the AVERT analysis, it is very likely that these huge differences would be highly significant.

A subanalysis of thromboembolism in the AVERT study by Holubkov et al, submitted to the American Heart Association as an abstract (Appendix 3), concluded that Silzone did not increase thromboembolic risk, but the analysis was severely blunted by amalgamating the aortic and the much higher mitral thromboembolic data together into a composite rate. No separate analysis of the two valve positions, as recommended by the reporting guidelines, was performed.

A further more detailed analysis carried out by the same authors was prepared for publication, with the rather tendentious title "*Silzone valves are not associated with elevated rates of thromboembolism*", but does not appear to have been published (Appendix 3). Although this analysis stratifies the AVERT patients according to valve position, the conclusion stated in the title is based on the finding that the $2^1/_3$ times higher rate of thromboembolism and the $6^2/_3$ times higher rate of stroke in the Silzone mitral patients in comparison to the standard valve failed to reach conventional statistical significance. However, the authors do not provide the number of patient-years of follow-up for each valve position to enable statistical power calculations to be made, and it is likely that the numbers are too small to draw the conclusion that no difference exists between the Silzone valve and the St. Jude standard valve. Although the authors state "*for external comparison the OPC proposed by the FDA is 3.0%/yr for late events*", they do not acknowledge that the 95% confidence interval for mitral TE (3.5 – 9.6%/yr) does not include this value.

An earlier publication from the AVERT study showed that significant differences in antithrombotic management existed between the European and North American trial centres.[24] For example, in Europe 57.3% of patients received heparin postoperatively prior to commencing oral anticoagulants in comparison to 30.5% of patients in North America ($p < 0.001$) and in Europe no patients received aspirin in addition to anticoagulation whilst in North America 54.6% of patients received aspirin ($p < 0.001$). Holubkov et al found that early heparinisation reduced thromboembolic risk, apparently in both groups of patients, but no analysis was reported on the effect of aspirin therapy, or whether the use of aspirin therapy differed between Silzone and standard valve patients in the North American patients who constituted 55% of the total.

There are fundamental concerns with publications relating to thromboembolism from the AVERT database. The original trial was set up to investigate the effect of the Silzone coating on the incidence of prosthetic endocarditis, rather than thromboembolism. As a consequence of this:

1. Data collection on thromboembolism was rather haphazard, as explained by Holubkov in slides presented at an AVERT investigators' meeting in January 2003 (Appendix 3). According to the transcript of the slide presentation, "*some patients had only in-hospital information, some were contacted at 3 months or 6 months and some of the earlier cases had 1 year follow-up.*" The number of patients who had "*only in-hospital information*" (presumably meaning no follow-up information) was not stated.

2. Adjudication of thromboembolic events and valve thrombosis was not part of the original trial protocol and only began retrospectively after the Silzone valve was recalled in 2000. Original information on events was of variable quality and in one fifth of cases (21%) insufficient information was available to adjudicate the events, leading to the classification "unknown" (Appendix 3). In the early stages of the adjudication process, some thromboembolic events were excluded from analysis as 'non-valve-related' if the patient was in atrial fibrillation or had a low INR. This contravenes the reporting guidelines.[4] It is not clear whether these events were ever reinstated (Appendix 3).

3. The method used to calculate event rates was to assume that if an event had not been reported to the trial centre on the date of analysis, the patient was event-free. This method is known to underestimate event-rates as acknowledged by Holubkov in his slide presentation of January 2003: *"This approach may slightly underestimate rates, since there is a possibility that for a small number of patients, we will be informed of such events in the future."* In fact, some events did only come to light later and were therefore not included in event calculations.

4. Completeness of follow-up was not stated in the AVERT paper of 2002. Nor has it been stated in any other paper submitted for publication.

Thus the methodology of data collection and adjudication, the method of event rate calculation, and the lack of any statement about completeness of follow-up all cast doubt on the reliability of the data already published by the AVERT investigators in 2002. An independent analysis of the AVERT database is currently being performed and once it is available I will comment on this in an addendum to my report.

Like the AVERT study, unpublished data from St. Jude's 'Top Accounts' Study also show a higher than expected thromboembolic rate in the mitral position, 6.5%/yr, for the Silzone valve, even with retrospective data collection, which usually underestimates event rates (Appendix 3). For comparison, a recent literature review, using pooled data from 11 publications with 21,553 patient-years of follow-up, yielded an average thromboembolic rate of 2.45%/yr (range 0.3 – 5.1%/yr) for the standard St. Jude valve in the mitral position (Table 3).[20]

St. Jude's Field Experience Reports confirm a high level of concern about thromboembolism in their Silzone prosthesis (Appendix 3).

Other published studies reporting on their thromboembolic experience after Silzone valve implantation include four very small series with short follow-up published in the Journal of Heart Valve Disease, and one 'letter to the editor' published in the Annals of Thoracic Surgery.

In a paper apparently 'ghost-written' by St. Jude employees, Brutel et al reported 38 patients (6 mitrals and 3 doubles) from 3 centres with a mean follow-up of 1.7 years.[25] They documented one TIA in the first 30 days, and two cardiac deaths during follow-up: one sudden death and one death from heart failure (neither apparently investigated). No stratification was made according to valve position and the conclusion asserted that *"there were no*

*valve-related complications*", presumably on the basis that the TIA and the uninvestigated cardiac deaths could be ignored. This contravenes the reporting guidelines which state that both TIA and undiagnosed sudden death should be included as valve-related events.[4]

Auer et al analysed 126 patients (29 mitrals and 3 doubles) with a mean follow-up of 1.1 years and total follow-up of 137.4 years Among the mitrals there were two strokes and one TIA.[26] The thromboembolic rate was not stratified by valve position, but apportioning follow-up years approximately to valve position according to the proportion of mitral valves in the study (29 ÷ 126 x 137.4 = 31.6), the thromboembolic rate would have been approximately 9.5%/yr., almost identical to the AVERT study.

Houel, Kirsch, Hillion and Loisance retrospectively reported on 111 patients who received Silzone valves; 67 AVR, 35 MVR and 9 DVR.[27] Of the AVR patients, 4 died in hospital and the remaining 63 were followed up for a total of 93 follow-up years. Among the 35 MVR patients, no hospital deaths were reported in the text but only 29 patients entered follow-up, yielding 50.5 follow-up years. The survival curves suggest that 6 MVR patients did in fact die in the first 30 days (a mortality rate of 17%). No information was provided about these deaths or the 9 double valve patients. They reported two TIAs among the aortics (2.2%/yr) and one TIA among the mitrals (2.0%/yr). One mitral patient and two aortic patients died from intracerebral haemorrhage. This paper, senior authored by one of the editors of the Journal of Heart Valve Disease, with the tendentious title (considering the small experience with short follow-up), "*Silzone-coated St. Jude Medical valve: a safe valve*", also attempted to discredit the results of the Cardiff Embolic Risk Factor Study on the grounds that the Silzone valve in this study had been compared to a "*historic group of non-coated SJM valves*" with data collected retrospectively. In fact data on both non-coated and Silzone valves were collected prospectively and the two groups were consecutive, the proposed comparison being agreed with St. Jude Medical in advance.

Stalenhoef et al retrospectively analysed two consecutive groups (101 standard valves and 113 Silzone valves, 30 mitral, 5 double) by telephone contact.[28] There were 107.7 follow-up years for the Silzone valve. Neither thromboembolism nor follow-up years were stratified by valve position. There were two cerebrovascular events and a valve thrombosis in one Silzone mitral patient (classified as one event) and one other cerebrovascular event (valve position not specified). E-mail contact with the senior author has established that the second event also occurred in a mitral patient. Assuming proportionate follow-up years for mitrals of 30 ÷ 113 x 107.7 = 28.6, the mitral thromboembolic rate would be approximately 7.0%/yr, consistent with other reports.

The 'letter to the editor' written by Horstkotte compared 81 Silzone patients and 81 'matched' patients with standard valves, both groups taken from the GELIA study in Germany which randomised SJM patients to different levels of anticoagulation.[29] No information was provided on the 81 Silzone patients in terms of valve position or risk factors, nor whether the 81 patients represented all the Silzone valves in the GELIA study or a selected group. Most importantly, however, it was not mentioned that the GELIA study protocol **specifically excluded from analysis all events from the first 3 months**, the period of highest risk with the Silzone valve. Very little relevance can therefore be ascribed to the finding that no thromboembolic events were recorded in either group.

Grunkemeier and Wu have recently examined all published studies reporting thromboembolic events with the Silzone valve, but their analysis of these reports was blunted by amalgamating aortic and mitral thromboembolic rates into one combined rate, even when the authors had stratified them by valve position.[5] This form of analysis contravenes the reporting guidelines (as acknowledged by the authors), as it artificially diminishes the incidence and importance of the complications in the mitral position as explained earlier. The authors acknowledged the early hazard of Silzone-related events in the first 3 months, identified by the Cardiff Embolic Risk Factor Study.

Grunkemeier and Wu's analysis concludes that reports on thromboembolism are contradictory but in fact by examining mitral events separately, there seems remarkable consistency between reports with sufficient data, as detailed above, almost all pointing towards an increased risk of thromboembolism with the Silzone valve particularly in the mitral position, at least in the early postoperative months. Indeed the linearised rates of mitral thromboembolism in these studies are not only higher than the literature average for the St. Jude standard valve (2.45%/yr. – vide supra)[20] but are also consistently at or above the upper end of the range of rates reported in the literature for all other prostheses (Table 1)[1] and therefore well above the average thromboembolic rate for all mitral prostheses, and more than twice the Objective Performance Criterion for thromboembolism after mitral valve replacement (3%/yr.)[2] The linearised rate of thromboembolism after MVR in the AVERT study was 9.0%/yr, three times the OPC.[13] Indeed, if the Silzone prosthesis had been a completely new prosthetic heart valve, it is very doubtful that it would have been approved by the FDA on the basis of the thromboembolic rates reported in the AVERT study.

Although the caveats about interpreting thromboembolic rates mentioned earlier must be borne in mind (in particular that the number of follow-up years is relatively small) the high thromboembolic rates with the Silzone valve, especially when taken in conjunction with high rates of valve thrombosis in the mitral position, in my opinion strongly indicate that the Silzone coating is more thrombogenic than an uncoated sewing ring. As explained earlier, this is consistent with experiments performed more than 35 years ago, showing that silver in contact with the blood stream is potentially thrombogenic.[15,16]

Whether the risk of thromboembolism will diminish with time remains to be seen with longer term follow-up in larger numbers of patients. The experience with the Silzone valve in Cardiff suggests that the risk remains higher than the literature average for the standard SJM valve at least up to 7 years (see Appendix 1 and Tables 2 and 3). The requirement for further data acquisition

from independent long-term follow-up with detailed risk stratification is essential to guide further management of Silzone patients. This issue is addressed later in this report.

The Silzone valve was withdrawn from the market in January 2000. Thus all living patients are at least five and a half years post-implantation. For patients who have suffered a thromboembolic event since implantation and for patients who subsequently develop an event in the future, further management issues will arise.

My own published research in Cardiff has shown that many patient risk factors are additive in their effect (Fig. 4)[30] and that Silzone patients suffering events had several risk factors (see Appendix I and Table 8).[19] However, in this study, involving several other prostheses (St. Jude standard, Medtronic Hall, Ultracor and Carpentier Edwards Perimount), the Silzone prosthesis itself was the strongest independent predictor of thromboembolism in the mitral position on multivariate analysis. This means that, despite the presence of their own risk factors, some mitral patients may not have suffered an event if they had had a different prosthesis. It also appeared that the Silzone valve was interacting with and magnifying the effect of other risk factors.




*Fig. 4.* Graph showing freedom from thromboembolism in the CERFS according to number of patient risk factors. These data are based on several different types of prosthesis, including both the standard SJM and Silzone valves, as explained in the text.

3. **Tissue Overgrowth (Pannus)**

As described above, the normal situation after valve replacement is for a thin covering of fibrous tissue to grow over the surface of the sewing ring, stopping short of the mechanism. Excessive tissue overgrowth is known as pannus formation. Pannus which grows beyond the sewing ring can narrow the orifice and interfere with the mechanism of the prosthesis, either preventing full opening or full closing or both. It can be multifactoral in its aetiology and can predispose to valve thrombosis, with which it may co-exist. Indeed, some pannus may result from 'organisation' of thrombus, the term used for the pathological process whereby a blood clot is gradually transferred into fibrous tissue. It is most often a late phenomenon occurring after several years but has been reported in the literature with other types of prosthesis as early as a

few weeks after valve replacement. Its occurrence is therefore not unique to the Silzone valve, and indeed has been reported with the standard SJM valve, particularly in the aortic position (vide infra).

The true incidence of pannus formation with the Silzone valve is unknown because unless it causes prosthesis malfunction or is associated with thrombosis and embolism or is seen at explantation for another reason, it will go undetected clinically, although it may sometimes be evident on transoesophageal echocardiography. Its presence can also be inferred by limitation of full leaflet movement on cinefluoroscopy (Fig. 5) often in association with raised transprosthetic gradients. **Consistent** loss of the normal leaflet travel angle (between closed and open position) of ≥ 10° loss of travel on serial examinations is highly suspicious. Asynchronous closure of the two leaflets in the mitral position (i.e. one leaflet closing before the other) is not uncommon and is not necessarily pathological.

**OPENING AND CLOSING ANGLES**
**OF ST. JUDE MEDICAL VALVES**




| | SIZE 19 – 25 mm | 27 – 33 mm |
|---|---|---|
| A = opening angle | 10° | 10° |
| B = closing angle | 120° | 130° |
| C = travel angle for each leaflet | 55° | 60° |

*Fig. 5.* Diagram showing the normal opening and closing angles for the SJM prosthesis, both standard and Silzone. Interference with leaflet travel can result in either incomplete opening (opening angle > 10°) leading to stenosis, or incomplete closing (closing angle < 120° or 130°, depending on size) leading to regurgitation. Data from SJM product literature and Montorsi P et al. *Am J Card Imaging* 1996:**10**:29-41.

The pathological experience reported by Butany[31] and the review of 54 explanted Silzone valves performed by Wilson (Appendix 3) suggests that pannus formation is a much more early and more frequent phenomenon with the Silzone valve than it is with all other prostheses, in which it most often occurs as a late phenomenon. The individual response to Silzone seems to vary considerably with some patients forming exuberant pannus, whilst other patients form no tissue covering of the sewing ring at all. The review of Wilson (Appendix 3) indicates that approximately 44% of explanted Silzone valves show excessive pannus formation on at least part of the circumference (Fig. 6). Given that silver is known to be a thrombogenic surface, as explained in the section on valve thrombosis, it is likely that much of the Silzone-related pannus originates in thrombus.




*Fig. 6.* Excessive pannus overgrowth on the sewing ring of a Silzone aortic prosthesis 2½ years after implantation. Courtesy of Dr. Gregory Wilson