**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **IN RE ST. JUDE MEDICAL, INC.** | : | |
| **SILZONE HEART VALVES** | : | |
| **PRODUCTS LIABILITY** | : | **MDL DOCKET NO. 1396** |
| **LITIGATION** | : | |

**DECLARATION OF ERIC G. BUTCHART**

I, Eric G. Butchart being of legal age do set down and state the following:

1. I am a medical doctor trained as a cardio-thoracic surgeon. My credentials, honors and publications are set forth in the curriculum vitae attached to this declaration, which I confirm is current as of this document's date.

2. I have been jointly retained as a consultant and expert witness by the Plaintiffs' Steering Committee of MDL No. 1396 (*In Re St. Jude Medical, Inc. Silzone Heart Valves Product Liability Litigation*) ("**MDL**") and by the class counsel in the Canadian certified class action pending in the Ontario Superior Court of Justice styled *Andersen v. St. Jude Medical, Inc.*, Court file No. 00-CV-195906CP. ("**CNCA**")

3. Attached is my report that sets forth my expert opinions and the basis and reasons therefore regarding St. Jude's Silzone prosthetic products, the injuries and risks associated with same, the need for and the nature of enhanced medical surveillance required by those people in whom a Silzone product was implanted, and the need for and the nature of a sound, independent and valid epidemiologic study on Silzone patients in order to better safeguard their health and safety .

4. My attached *curriculum vitae* contains a listing of all the publications I have authored in the last ten years.

5. During the past four (4) years I have testified in the following trial.

Roger Bruce Webbley v. employers who had exposed him to asbestos, resulting in the development of malignant pleural mesothelioma (trial date September 15, 2003, in Neath County Court, Wales, UK). I testified on behalf of the Plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Dated: 29th November, 2005

ERIC G. BUTCHART, FRCS, FETCS, FESC