The variable response to Silzone suggests either variation in the coating process (or the rate of leaching as seen in St. Jude's animal experiments – Appendix 3) or variation in patient response. Uneven coating of the fabric, as identified by Wilson in some Silzone-coated sewing cuffs (Appendix 3), could conceivably result in locally higher or lower concentrations of silver and of other constituents. More rapid leaching or embolisation of silver from the sewing ring into blood for whatever reason (e.g. younger, fitter patients with higher cardiac outputs) might allow a more normal healing process in some patients. Alternatively, the explanation for variation in response may lie in the patient's own reaction to Silzone. Individuals more prone to thrombotic complications because of their own risk factors (as explained above) may form more thrombus in response to Silzone and hence more pannus when the thrombus becomes 'organised' into fibrous tissue. Also, it is well known that some individuals generate a more exuberant fibrous reaction to injury, thrombus and foreign material and are more prone to disease processes involving excess production of fibrous tissue, e.g. keloid, scleroderma, uterine fibroids, neurofibromas, etc. All of these conditions for example are more common in people of African origin. The possibility also remains that an allergic reaction in some patients accounts for differences in response to Silzone. Although patients with known silver allergy were apparently excluded from the AVERT study this may not have been the case in other patients.

The Silzone coating process involved two other metals apart from silver; titanium and palladium. True allergy to silver is thought to be quite rare, most cases of allergy to silver jewellery for example being due to nickel allergy. Titanium has been used for many years in prosthetic materials without problems, but allergy to palladium, which is closely related to nickel, has been increasingly recognised in recent years, most often in relation to dental implants. Most patients who are allergic to palladium are also allergic to nickel. However, skin-testing of Silzone patients in the CERFS revealed no instances of allergy to silver or palladium. It is doubtful therefore whether skin-testing would be useful as a screening test for patients at higher risk of complications.

Whatever the aetiology, pannus formation tends to be progressive so that, even if it is asymptomatic and not interfering with occluder movement when first detected, regular monitoring with transoesophageal echocardiography and cinefluoroscopy will be required to assess its progress. This is particularly the case for a bileaflet valve like the St Jude valve, in which pannus may initially interfere with only one leaflet, delaying the onset of symptoms. A series from Japan has highlighted this phenomenon, identifying significant leaflet restriction (opening angle ≥ 20°, equivalent to ≥ 10° loss of travel angle in each leaflet or asymmetric restriction adding up to ≥ 20° – see Fig. 5) on cinefluoroscopy in standard aortic St. Jude valves in 29.6% of asymptomatic patients.[32] Doppler-derived peak velocities and peak pressure gradients in some of these patients were significantly higher than in patients with normally functioning prostheses. Patients undergoing reoperation demonstrated pannus as the cause. More recently the same authors have reported an association between restricted leaflet movement and higher counts of high intensity transient signals (HITS) on transcranial Doppler, suggesting that HITS counts may be useful for monitoring purposes.[33] However, this remains to be confirmed in other studies before it could be recommended as a follow-up technique.

The St. Jude valve may be particularly prone to the problem of tissue ingrowth in the aortic position, because in this position the pivot guard projects into the left ventricle where it may come into contact with annular or ventricular tissue or indeed pledgets if supra-annular implantation has been used. Subannular pledgets have been identified as a predisposing factor for pannus leading to significant subvalvular stenosis with other types of prosthesis.[34] Interestingly, in the literature, average valve thrombosis rates for the standard St. Jude valve in the aortic position are higher than for the Carbomedics valve (a bileaflet valve without a projecting pivot guard), whereas in the mitral position (where the pivot guard projects freely into the left atrium without tissue contact), the standard St. Jude valve has, on average, lower valve thrombosis rates than Carbomedics.[20]

In the late review of Silzone valves implanted in Cardiff (see Appendix 1 and Table 7), asymmetric leaflet movement (≥ 5° loss of movement in at least one leaflet)was identified on cinefluoroscopy in 27.3% of aortic patients, a very similar percentage to the Japanese series referred to above, although they used a different definition (see above). Patients with this abnormality require particularly close follow-up (vide infra) and some may ultimately require re-operation, if leaflet restriction progresses.

4. **Paravalvular Leak**

A paravalvular leak occurs when part of the sewing ring of the prosthesis becomes detached from the patient's own tissues. Surgical factors which can contribute to paravalvular leak include incomplete decalcification of the annulus leaving a rough, irregular surface to which the sewing ring cannot conform and exposing the suture material to sharp edges of calcium which may erode the suture over time. Other surgical factors which can predispose to paravalvular leak are inaccurate suture placement, insufficiently tightened continuous sutures rather than interrupted sutures, supra-annular implantation rather than intra-annular implantation, and oversizing the prosthesis. Sewing ring factors which can contribute to paravalvular leak include the shape and stiffness of the fabric. Narrow stiff sewing rings are more likely to permit paravalvular leak than large softer sewing rings which can more easily conform to residual irregularities in the annulus.

In the case of the Silzone valve, the important additional factor is the silver coating of the sewing ring. Silver has been shown to be toxic to tissues and in particular inhibits the growth of fibroblasts[8-10] which are very important for the normal healing process of the sewing ring. Silver leaches out into the tissues of the annulus and induces an intense inflammatory reaction. St. Jude's own studies in a chronic sheep model showed a progressive increase in the silver content of annular tissues at least up to one year after implantation with no steady state reached (Appendix 3). Silver content of the annular tissues also varied considerably from one animal to another. If this variability also occurs

in humans, as is very likely, this may explain why some patients experience paravalvular leak and others do not.

The AVERT investigators stated that the study was terminated and the Silzone valve withdrawn from the market following the identification of a significantly higher rate of major paravalvular leak, leading to repair, explant or death, probably caused by silver-induced toxic necrosis of annular tissues (3.5%/yr vs 0.9%/yr for aortics and 7.0%/yr vs 1.5%/yr for mitrals).[13] The AVERT investigators acknowledged that fibroblast inhibition by the Silzone coating was the most likely cause of the problem,[13] commenting in their 2002 published report: "*Explanted valves in AVERT patients exhibited poor tissue ingrowth and loosening of sutures. Thus it appears that the Silzone coating inhibits normal fibroblast response and incorporation of the fabric of the sewing ring into host tissue in some patients.*" Sterile necrosis of annular tissues at the time of explantation has been observed by other surgeons,[35] including myself. The total (all cause) explant rate for Silzone valves in the AVERT study was 10 times higher than the standard valve after MVR (8.0%/yr vs 0.8%/yr) and 7 times higher than the standard valve after AVR (3.5%/yr vs 0.5%/yr).[13]

Paradoxically, although a continuous suture technique has been reported to be associated with more minor paravalvular leaks than an interrupted suture technique, our experience in Cardiff, with a low incidence of paravalvular leak in comparison to the AVERT data despite using continuous sutures for MVR, suggests that the opposite may be the case with the Silzone valve in the mitral position. This may be because interrupted sutures bring the sewing ring and the annular tissues together with greater force than continuous sutures.[14] Silver would thus be held in much tighter apposition to the tissues with the interrupted suture technique and therefore more likely to cause toxic necrosis. Toxic necrosis in turn causes softening and liquefaction of the tissues and stitches to cut out, leading to paravalvular leak.

Silver-induced toxic necrosis also has considerable importance in patients undergoing re-operation for paravalvular leak. If sufficient silver remains in the annular tissues even after debridement of necrotic material, this might predispose to further paravalvular leak with the replacement prosthesis.

The AVERT investigators have addressed the issue of paravalvular leak in an article entitled "*Prevalence and severity of paravalvular regurgitation in the Artificial Valve Endocarditis Trial (AVERT) – Echocardiography study*" published in the Journal of the American College of Cardiology in 2004.[36] The echocardiographic study was initiated in June 2000, some 5 months after the Silzone valve was withdrawn from the market. After excluding patients who had already undergone explantation for paravalvular leak, patients who had died, patients who had not had any postoperative echo studies, and patients who did not give informed consent for echocardiography, the authors concluded that "*the incidence of undiagnosed paravalvular leak appears not to be elevated in Silzone compared to conventional valve patients.*"

However there are major concerns about the validity of this study for several reasons:

1. Bias was introduced by excluding the patients who had already undergone explantation for paravalvular leak and those who had died.

2. Approximately one fifth of the remaining patients (21.3%) had no echocardiographic study performed. Furthermore, e-mails between St. Jude employees reveal a reluctance on the part of some surgeons to report cases of PVL (Appendix 3).

3. The echocardiographic studies used for the analysis had been undertaken over a very wide spectrum of time intervals after surgery, ranging from 1 month to more than 30 months, although 90% were performed between 12 and 30 months. In most

instances, only one echo examination per patient had been performed. It is well recognised that mild to moderate prosthetic dysfunction is often difficult to diagnose on the basis of a single examination and that serial examinations may be necessary to assess progressive changes. This is discussed further on page 53.

4. Most importantly, no information on the quality of the echocardiograms was provided in the manuscript. However, in a Powerpoint presentation given at an AVERT investigators' meeting in January 2003 (Appendix 3), one of the authors (Elizabeth Kennard) gave a very detailed breakdown on this crucial aspect of "*film-quality*." For the aortic prostheses, 53.1% of the echocardiograms from European centres were categorised as "*poor*", "*inadequate*", or "*not assessed*", whilst 30.2% of the echocardiograms from North American centres fell into one or other of these categories. The corresponding proportions for the mitral prostheses were 42.1% and 30.3% respectively.

5. All echocardiograms performed were transthoracic (TTE). No transoesophageal echocardiograms (TEE) were performed. It is well known that TTE often fails to detect important degrees of paravalvular leak, particularly in the mitral position and particularly when the quality of images obtained is poor or inadequate, as it was in a high proportion of the patients in this study.

6. Despite the use of TTE only, the PVL rates were compared to rates in the literature obtained by the use of TEE which is more sensitive.

Unfortunately, because of these caveats, no confidence can be placed in the results of this analysis by the AVERT investigators, underlining the necessity for larger independent studies of Silzone patients using serial TEE as discussed below.

Further analysis of the AVERT data is being conducted in an attempt to identify patient risk factors for paravalvular leak. Preliminary data from the January 2003 AVERT investigators' meeting suggest that hypertension, urgent surgery, the use of the Heartport technique and the use of simple interrupted sutures all increase the risk of paravalvular leak (Appendix 3). Patients with these factors therefore require extra vigilance. Hypertension, for this and many other reasons, should be effectively controlled.

When discussing paravalvular leak, it is important to distinguish between minor paraprosthetic jets (often no more than 1 – 2 mm in diameter) which are very common with all prostheses, detectable only by echocardiography, and of no haemodynamic consequence, and major paravalvular leak which usually involves partial detachment of the prosthesis with a regurgitant orifice at least 0.5 cm in diameter. Major paravalvular leak represents a spectrum from a relatively small 0.5 cm detachment to almost complete detachment of the prosthesis over more than 90% of its circumference.

Minor paraprosthetic jets with all prostheses are commonest soon after implantation and often close spontaneously with time.[37,38] However, some may progress, particularly after MVR.[39] Although they may be associated with more haemolysis than valves with no leakage, they do not usually require re-operation unless haemolysis is severe enough to cause anaemia. However, with the Silzone valve, even a minor paravalvular leak is of more concern because the aetiology may be different, i.e. a minor leak which fails to close spontaneously may be due to toxic necrosis and as a consequence may be prone to enlarge with time. Such patients therefore need closer follow-up (vide infra).

The hazard function of silver-induced paravalvular leak (PVL) over time remains uncertain. The highest risk seems to be in the first few months after implantation, but silver accumulates in the annular tissues in a progressive manner and it is known from other applications of silver that the chronic inflammatory response to its presence persists for many years.[40] The AVERT

database as of May 2003 identified patients with paravalvular leak diagnosed (apparently for the first time) on echocardiography more than two years after implantation and St. Jude has many individual Field Experience Reports of Silzone valves being explanted for paravalvular leak as late as 5 years or more after implantation (Appendix 3). More independent data from systematic echocardiographic follow-up of large numbers of patients are required (vide infra).

The 83 patients receiving Silzone valves in Cardiff have not experienced PVL rates as high as in the AVERT study. Only one AVR patient and one MVR experienced major PVL (Tables 2 and 3). The AVR patient did not undergo reoperation because he was suffering from advanced prostate cancer. The MVR patient underwent successful reoperation. At late review (see Appendix and Table 7) 9.1% of AVR patients had minor PVL in the form of small jets of no haemodynamic significance. MVR and DVR patients had no PVLs.

Major paravalvular leak nearly always requires re-operation, particularly if the patient is symptomatic. In the case of the Silzone valve, it is more likely that a major paravalvular leak will be due primarily to toxic necrosis caused by the silver coating although other factors may contribute. If silver toxicity in annular tissues is the cause, the development of further paravalvular leak with a newly implanted prosthesis remains a possibility, as the result of retained annular silver, and these patients also will require close follow-up.

5. **<u>'Culture-negative Endocarditis'</u>**

The term 'culture-negative endocarditis' is usually taken to mean endocarditis in the presence of negative **blood** cultures. Many of these cases will have the diagnosis of endocarditis confirmed by positive cultures from vegetations on the prosthesis or from necrotic annular tissues removed at re-operation. In some cases, these cultures are also negative but dead bacteria are identified on staining of the excised annular tissues, confirming that the process began with infection. True 'culture-negative endocarditis' usually occurs as the result of partially treated infection, whereby antibiotics have killed free-floating

bacteria in the blood stream but not those adherent to the prosthesis in a biofilm[41] or present in annular tissues.

Paravalvular leak, as described in the previous section, by definition excludes endocarditis as a causal mechanism. According to the reporting guidelines, cases of endocarditis with paravalvular leak should be reported as endocarditis rather than paravalvular leak.[4] However, a problem exists with so-called 'culture-negative endocarditis'. Here, the diagnosis of endocarditis is suspected clinically but not supported by positive blood cultures. If cultures from the annular tissues are also negative and no bacteria are identified in the excised annular tissue, the diagnosis of endocarditis is suspect. In the case of the Silzone valve, the appearances produced by silver-induced toxic necrosis are very similar to the appearances of prosthetic endocarditis, as in both cases the annulus has a ragged necrotic appearance with sutures cutting through. Almost certainly, therefore, many of the cases reported as so-called 'culture-negative endocarditis' are in fact cases of toxic necrosis. The incidence of 'culture-negative endocarditis' has been reported to be significantly higher with the Silzone valve than with the standard St. Jude valve by Ikonomidis et al (2.7%/yr vs 0.5%/yr, p = 0.02),[42] and by Butany et al (93% freedom vs 99% freedom at 2 years, p = 0.003).[43]

6. **Culture-positive Endocarditis**

St. Jude's own in vitro studies showed inconsistent bacterial suppression with Silzone (Appendix 3). In vitro studies performed by Cook et al showed **greater** adherence of Staphylococcus epidermidis to Silzone than a non-coated sewing ring.[44] In vivo it is known that the antimicrobial activity of silver ions in blood is largely lost when they become bound to albumin.[45,46] This has particular relevance in the case of a silver-coated device in the circulation as albumin is the principal protein which coats all artificial materials placed in the blood stream within seconds.[47] Also, in vivo, micro-organisms present in a biofilm would not be in contact with silver.[48] Even before that stage, however, the early deposition of thrombus on the sewing ring would separate the silver

coating from any circulating micro-organisms. Indeed, it is possible that accumulation of excessive amounts of thrombus on the sewing ring and/or toxic necrosis of annular tissues induced by high local concentrations of silver actually encourage bacterial growth, by providing an ideal culture medium for any transient bacteraemia. Finally, it has been shown in vitro that silver is toxic to the white blood cells which are involved in the immune response to infection.[49]

None of the clinical studies of Silzone has shown a reduced rate of endocarditis in comparison to the standard valve. In fact the trend is in the opposite direction. Even allowing for possible reporting bias with a new prosthesis, St. Jude's own Field Experience Reports (FER), documented an explant rate for endocarditis 28 times higher than the standard valve (Appendix 3). It is likely that these cases were a mixture of culture-positive and culture-negative endocarditis. Seipelt et al reported that use of the Silzone valve in 40 patients with active endocarditis did not give any better results than other mechanical prostheses in terms of early recurrence of endocarditis.[50] In the CERFS, one case of culture-positive endocarditis occurred on a Silzone mitral prosthesis which had an excessive amount of thrombus on the sewing ring at re-operation, suggesting that the sewing ring thrombus was the primary event which predisposed to secondary infection (Fig. 7).



*Fig 7.* Silzone mitral prosthesis, grossly thrombosed and detached posteriorly due to endocarditis.

The AVERT study reported a 3.3%/yr rate of late endocarditis (> 60 days) in both standard and Silzone MVR,[13] both almost three times the OPC for this complication, and 15 times higher than the literature average of 0.22%/yr for the mitral St. Jude valve (Table 3).[1] These high rates were not explained or even commented upon.

7. **<u>All Valve-related Events</u>**

One means of assessing the performance of a newly introduced prosthesis like the Silzone valve is to add together the individual linearised rates for the various valve-related events. It can be argued that this is more meaningful than actuarial Kaplan-Meier analyses, expressing freedom from all valve-related events at various time periods, because, using Kaplan-Meier analyses, censoring occurs after any event, i.e. no further events are counted for that patient. This means that a patient who, for example, experiences a TE event, then a year later endocarditis, then after another year or two PVL, would only have the first event counted in the analysis.

Adding all valve-related events into one composite incidence also has the advantage of avoiding the problem of misclassification of events, for example the misclassification of a TE event as a bleeding event or vice versa (as mentioned above when discussing the TEB index) or the misclassification of PVL as endocarditis or vice versa.

St. Jude Medical has claimed that the high incidence of TE events in the CERFS is out-of-step with other reports. This issue has been addressed in the section on Thromboembolism above, but interestingly if one compares the total number of events with that in the AVERT study, the incidence of all valve-related events is actually lower in the CERFS (Tables 2 and 3), due to the lower incidence of bleeding, PVL and endocarditis (Fig. 8). In the AVERT study, the incidence of all valve related events for Silzone and standard valves was 11.9%/year versus 4.7%/year for AVR and 26.3%/year versus 9.4%/year for MVR (Fig. 8).[13]




*Fig. 8.* Comparison of combined rates of all events between mitral standard SJM and mitral Silzone valves. Note that the AVERT Silzone rate exceeds that in both the CERFS and the Cardiff Late Review (CLR). Literature average rate is derived from Refs. 1 and 20.

On the basis of the incidence of individual valve-related events and the incidence of all valve-related events in comparison to literature averages for the standard St. Jude valve (Tables 2 and 3), the Silzone valve appears more prone to complications. Using AVERT data[13] in comparison to literature averages for the standard St. Jude valve,[1,20] aortic Silzone prostheses are three times more susceptible to complications, whilst mitral Silzone prostheses are six times more susceptible. Patients with this prosthesis will therefore need enhanced monitoring, as described in the next section of this report.

8. **Carcinogenic Effect of Silver**

It has been argued that the addition of silver to the sewing ring for the purposes of an anti-microbial effect constituted a drug/device combination which therefore should have been subjected to the usual rigorous testing

performed for any new drug. This normally includes carcinogenicity testing in rodents. Reports on the carcinogenicity of silver in the literature are conflicting,[51,52] but no carcinogenicity tests were performed before the introduction of the Silzone valve, despite the uncertainty and a paper from 1960 suggesting a carcinogenic effect of colloidal silver in rats.[53] In this study, rats were subjected to repeated subcutaneous injections of either colloidal silver or colloidal gold. None of the rats injected with colloidal gold developed local tumours, but 23% of rats injected with colloidal silver eventually developed sarcomas at the site of injection.[53]

So far, only one case of a left atrial rhabdomyosarcoma adjacent to a Silzone mitral prosthesis has been reported in the literature.[54] However, given the development of sarcomas in rats injected with colloidal silver, this is a matter of great concern. The rhabdomyosarcoma developed about twelve months after the implantation of a Silzone valve and unfortunately despite re-operation and excision, tumour recurred within 6 months. Rhabdomyosarcoma of the left atrium is an extremely rare tumour and its temporal and physical relationship to the implantation of a Silzone prosthesis raises high suspicion of cause and effect. This has clear implications for future surveillance and data collection.

## MANAGEMENT AND FOLLOW-UP OF PATIENTS WITH SILZONE VALVES

As discussed in detail in the previous section of this report, the Silzone prosthesis exposes patients to a much higher risk of complications than the standard uncoated St. Jude Medical prosthesis. The high rate of explantation of the Silzone valve led the manufacturers to withdraw it from the market and it must therefore be considered defective.

All patients with prosthetic heart valves require regular follow-up, but those with defective prostheses, more prone to complications, require and deserve much closer supervision. Preventive medicine and early intervention can avert some complications, ameliorate the effects of others, preserve cardiac function and, in extreme cases, save lives.

In order to illustrate the importance of enhanced medical monitoring in identifying complications in asymptomatic or minimally symptomatic patients, I have described the management and therapeutic strategies which can be employed to treat those complications and hopefully avert their devastating sequelae. In discussing recommendations, it is important to draw a distinction between enhanced medical monitoring and therapeutic recommendations.

**For the reasons detailed in the previous section of the report, all patients with Silzone prostheses ideally require enhanced medical monitoring.** However, therapeutic recommendations in this report, some based on limited available data and untested in any long-term studies, are for general guidance only. **Any change in therapy should only be undertaken at the direction of the patient's own fully informed cardiologist and cardiac surgeon who are best placed to determine the risks and benefits for that individual.**

In this section of the report, I will deal with those aspects of care which patients with Silzone valves will require in addition to the care normally provided to all patients with prosthetic valves. It is important to appreciate that the 'routine' follow-up and management of patients with prosthetic valves varies considerably from country to country

and from institution to institution. At one end of the spectrum is follow-up every few months by a private cardiologist, supplemented by transthoracic echocardiography (TTE) at each visit. At the other end of the spectrum is the practice of discharging patients from regular hospital follow-up after the first year or two, providing they are asymptomatic and have had no complications. Most patients would probably have follow-up arrangements somewhere between these two extremes, being seen in a hospital follow-up clinic or by a private physician once a year without regular TTE unless there was a change in symptoms or a particular complication had occurred, e.g. a thromboembolic event.

The American College of Cardiology/American Heart Association (ACC/AHA) Guidelines for the Management of Patients with Valvular Heart Disease, published in 1998,[55] recommend detailed assessment at the first out-patient postoperative visit, including a complete history and physical examination, ECG, chest X-ray, 2-D and Doppler echocardiography, and a range of blood tests including lactic dehydroxygenase (LDH) to assess haemolysis. They state, "*Echocardiography is the most useful non-invasive test. It provides information about prosthesis stenosis/regurgitation, valve area, assessment of other valve disease(s), pulmonary hypertension, atrial size, left and right ventricular hypertrophy, left and right ventricular size and function, and pericardial effusion/thickening. Echocardiography is an essential component of the first postoperative visit because it assesses the effects and results of surgery and serves as a baseline for comparison should complications and/or deterioration occur later.*"

In making recommendations about follow-up visits in patients without complications, the ACC/AHA Guidelines state, "*The asymptomatic patient without complications needs to be seen only at one year intervals. The frequency with which 2-D and Doppler echocardiography should be performed routinely in patients without complications is uncertain, and there are no data on which to base this decision. The committee did not reach consensus on this issue. The majority recommended no further echocardiographic testing after the initial postoperative evaluation in patients with mechanical valves whose condition is stable and who have no symptoms or clinical evidence of LV dysfunction, prosthetic valve dysfunction, or dysfunction of other heart valves in keeping with the ACC/AHA Guidelines for the Clinical Application of Echocardiography.*"

The British Cardiac Society in their "Guidance for Cardiology Patient Clinic Follow-up for Junior Staff in Cardiology" also recommend that a baseline post-valve replacement echocardiogram should be carried out. However, for stable, asymptomatic patients with no evidence of paravalvular leak, they recommend yearly follow-up for only three years and discharge thereafter. These Guidelines (not published in any peer-reviewed journal) may reflect the current state of the National Health Service in the United Kingdom with insufficient doctors to run very large cardiology follow-up clinics and a necessity to discharge as many patients as possible back to primary care.

In most other western European countries regular hospital follow-up visits indefinitely are the rule, and this is the standard of care recommended in recently published European Society of Cardiology Recommendations for the Management of Patients after Valve Surgery.[56]

**Intensity of follow-up**

In deciding what constitutes a requirement for **additional care and follow-up** for Silzone patients therefore, I have taken as the 'norm' annual follow-up without echocardiography unless there has been a change in symptoms or a complication has occurred. Anything over and above this 'norm' would then constitute additional care and/or follow-up.

It is important to stress that Silzone valve patients should be followed up by cardiologists with particular expertise in heart valve disease. A careful history and physical examination, including auscultation of prosthetic valve sounds are an important part of regular assessment during follow-up. Particular attention to antithrombotic management is also extremely important as explained below.

Patients at higher risk (vide infra) should be seen at least every six months and more frequently if prosthetic dysfunction is suspected or risk factor modification requires monitoring. Asymptomatic low risk patients with normal auscultatory and echo findings should be seen annually, but educated and encouraged to report any new symptoms as soon as possible.

**Rationale for transoesophageal echocardiography**

Transoesophageal echocardiography (TEE) is not part of the routine follow-up of asymptomatic patients with prosthetic valves.[57] In many instances I have recommended TEE in specific situations as part of 'additional care' on the basis that this investigation is more sensitive in detecting certain abnormalities than transthoracic echocardiography (TTE).[57,58] It should always be performed and interpreted by an operator with experience in the echo evaluation of prosthetic heart valves.

In most patients with an aortic prosthesis, TTE imaging combined with Doppler estimations of pressure gradients, valve areas and regurgitant flow will provide adequate assessment of the prosthesis, for the purpose of routine follow-up, in the hands of an experienced operator. This is because the aortic valve is relatively near the anterior surface of the chest, and therefore usually easy to 'visualise'. However, in some patients, for example those who have a very thick chest wall or marked obesity, echo image quality may be poor and insufficient for accurate diagnosis. These patients will require TEE.

A thorough echo examination for suspected aortic prosthesis dysfunction should include TEE in addition to TTE even if image quality is good with the latter, as TEE provides additional information about the posterior aspect of the prosthesis (hidden from view anteriorly by the acoustic shadowing of the prosthesis) and adjacent annular tissues (e.g. abscess cavities, fistulae, etc) and allows better differentiation between transprosthetic and paraprosthetic regurgitation. A comparison of TTE and TEE for the detection of prosthetic dysfunction has shown significantly higher sensitivity with TEE for both aortic (77% vs 50%, $p < 0.01$) and mitral prostheses (97% vs 65%, $p < 0.001$), when echo findings were correlated to operative or autopsy findings.[59]

In view of concern about complications with the Silzone valve, TEE should be part of the initial assessment of all patients with an **aortic** Silzone prosthesis if they have not had any echocardiography studies performed since their operation. If both TTE and TEE are normal, further follow-up can be performed with TTE only, if the patient remains asymptomatic, providing that image quality of TTE is good.

For patients with **mitral** prostheses, TEE is even more important as an adjunct to TTE, as the mitral prosthesis is more deeply placed and creates acoustic shadowing which on TTE 'hides' the left atrial surface of the prosthesis and makes assessment of regurgitation more difficult. Even large PVLs can be missed altogether on TTE. Similarly, thrombus on the atrial side of the sewing ring can be missed.[59]

**Risk/benefit ratio of additional investigations**

TEE is a semi-invasive procedure requiring the use of sedation in some patients and is not completely devoid of risk. However, the risk of the procedure in experienced hands is extremely low and is completely outweighed by the valuable additional information provided. One large study of the safety of TEE in over 10,000 examinations in 15 European centres recorded only one death (0.0098%) in a patient with a malignant lung tumour with oesophageal infiltration who bled during the examination.[60] Complications occurred in 0.18% of patients. Apart from the fatality mentioned above, all complications were minor and transient and resolved spontaneously after withdrawal of the TEE probe. TEE, which involves the insertion of an echo probe into the oesophagus, is essentially equivalent to an endoscopy. Regular endoscopies are now widely accepted as part of the routine follow-up of many medical conditions, for example, oesophagoscopy to monitor Barrett's oesophagus for malignant change, cystoscopy for the follow-up of endoscopically treated bladder cancer, and colonoscopy in colonic polyposis to detect malignant change.

The recommendation for the wider use of TEE in the follow-up of Silzone patients, with a lower threshold for requesting the investigation, is thus consistent with the use of endoscopic follow-up in other medical conditions as part of a preventive and early intervention strategy.

Similarly, cinefluoroscopy is not part of routine follow-up but is useful for detecting impaired occluder movement due to thrombus or pannus,[61] as explained in detail in subsequent sections of this report. It is a non-invasive investigation, but requires the use of X-rays. Radiation dose depends on the duration of the screening procedure. It is considerably greater than a chest X-ray but should be less than a CT scan. It should be avoided during pregnancy.

In mildly symptomatic patients with suspected prosthetic dysfunction, it is important to emphasize that serial echocardiography and cinefluoroscopy are often necessary to detect subtle on-going changes because mild dysfunction can be difficult to diagnose from a single examination.[62]

**Anticoagulation management**

With regard to anticoagulation management, again there are wide differences in practice from one country to another and from one institution to another, ranging from regular visits to a private physician through management in primary care, perhaps by a nurse practitioner, or regular attendance at an anticoagulation clinic to patient self-testing and self-management. In determining what constitutes **additional care** for Silzone patients, I have taken as the 'norm' the most common frequency of INR measurement, i.e. 4 – 6 weeks for a patient with a stable INR, and physician-directed monitoring and dose adjustment. The very small minority of patients who currently measure their own INR and adjust their own oral anticoagulant dosage tend to measure their INR more frequently and this contributes to better INR control. These aspects are discussed in more detail below.

**Prevention of Valve Thrombosis and Thromboembolism**

All currently available evidence points to a greater risk of valve thrombosis and thromboembolism in patients with Silzone valves, as discussed in the previous section of this report. My own experience in Cardiff (Appendix 1 and Tables 2 and 3) suggests that the increased risk persists at least up to 7 years postoperatively. Until further larger independent studies are carried out to determine the long-term risk of thromboembolism with the Silzone valve, patients with this prosthesis will need heightened surveillance, accurate risk stratification and careful antithrombotic management to minimise thromboembolic risk.

1. **Heightened Surveillance**

All patients with a Silzone prosthesis should have baseline transoesophageal echocardiography (TEE) and cinefluoroscopy carried out, if this has not already been performed since they left the hospital following their valve replacement, as discussed above. The purpose of the TEE is to detect 'silent' thrombus on the sewing ring, as well as other complications such as excessive pannus formation or paravalvular leak. TEE is particularly important for prostheses in the mitral position, where transthoracic echocardiography (TTE) may not visualise either thrombus or paravalvular leak because of acoustic shadowing by the prosthesis itself. It should be noted, however, that even TEE will not be able to detect whether or not the sewing ring has been covered by 'normal' tissue (i.e. if silver remains in contact with the blood). Cinefluoroscopy can detect subtle reductions in occluder movement caused by small thrombi or tissue ingrowth in the hinge pockets not visible on TEE, but serial examinations may be necessary to confirm that prosthetic dysfunction really exists if reduction in occluder movement is $< 10^{\circ}$.

If TTE, TEE and cinefluoroscopy are all negative, there have been no previous thromboembolic events, the patient is asymptomatic and there are no risk factors for thromboembolism (vide infra), the patient can be followed up in the normal way, as for a standard St. Jude valve. Regular TEE at time intervals of several months is unlikely to be helpful for guiding antithrombotic management

in such a patient, providing that he or she remains asymptomatic and has good anticoagulation control (vide infra).

If, however, there are prothrombotic risk factors for thromboembolism leading to a risk score ≥ 2 (see algorithms in Appendix 2), if a previous event has already occurred, or if head CT or MRI scan during the investigation of cognitive dysfunction reveals multiple small cerebral infarcts, repeat echocardiography and cinefluoroscopy should be considered at intervals partly determined by the suitability of the risk factors for treatment and the response to treatment. It is difficult to be prescriptive in this situation as there is no firm evidence on which to base recommendations. It can be argued that echocardiography performed every six months for example would miss a thrombus which forms on the prosthesis three months after the last examination, or even three days after the last examination. However, thrombus on the sewing ring often develops gradually over some months. In my opinion, echocardiography ± cinefluoroscopy at intervals of six months is therefore a reasonable compromise in high risk patients. If the risk score can be reduced to < 2 by treatment, it may be possible to extend the time interval between TEE examinations or abandon them altogether, depending on the findings.

For aortic prostheses, follow-up with TTE, and cinefluoroscopy if Doppler derived pressure gradients increase, are sufficient if initial TEE has been normal.

For mitral prostheses in high risk patients, particularly if previous TE events have occurred, follow-up with TEE is strongly recommended to detect thrombus formation. Inevitably, there will be many mitral patients and many cardiologists who will be reluctant to consider TEE every six months if there have been no thromboembolic problems during the previous 5 – 8 years since the implantation of the prosthesis, particularly if INR control has always been very stable. This must be a matter for individual discussion between the patient and his or her fully-informed cardiologist (see section on Patient and

Physician Information Booklets). However, the late review of Silzone patients in the CERFS revealed that 30% of patients with mitral prostheses had asymptomatic sewing ring thrombus on TEE (Appendix 1 and Table 7). Of the 4 patients with this abnormality, thrombus was not seen on TTE in 3 and was only evident on TEE. It is important to recognise that the higher the risk score, the greater the probability of thrombus forming on the sewing ring particularly if a trigger factor occurs (e.g. an infection or other inflammatory condition, dehydration, a change in heart rhythm, or a period of subtherapeutic INR).

If the patient's symptomatic status deteriorates (for example, with increasing shortness of breath), or a thromboembolic event occurs, or there is a prolonged period of sub-therapeutic anticoagulation (for example, due to intercurrent illness or reduced anticoagulation for another operative procedure), or there has been an episode of pulmonary infection, echocardiography should be repeated, to once again check for thrombus on the sewing ring, (particularly important for mitral prostheses). This would be normal good practice for a patient with any type of prosthetic heart valve whose symptomatic status deteriorates or who develops a thromboembolic event. However, it would not be usual practice in every patient whose anticoagulation becomes sub-therapeutic for a prolonged period, nor for a patient recovering from a pulmonary infection. With the Silzone valve, the increased thrombogenicity of the prosthesis and therefore its greater vulnerability to sub-therapeutic anticoagulation and other prothrombotic factors necessitates closer supervision. Pulmonary infection as a risk factor or trigger factor is discussed below.

## 2. Risk Stratification

Risk stratification is important as a means of identifying patients at greater risk of thromboembolism who will need closer follow-up and more intensive antithrombotic management. The results of the CERFS provide one means of risk stratifying patients based upon preoperative variables (see Appendix 1).[30] Applying the risk scoring system to the recent follow-up of Silzone patients in

Cardiff with up to 6.8 years of follow-up revealed that it was highly predictive of thromboembolic complications, using a composite endpoint of TE, sewing ring thrombus on echo, and/or restricted leaflet movement on cinefluoroscopy (Table 8 and fig. 9).[19]




*Fig. 9.* Relation of risk score to a composite end point of thromboembolism, sewing ring thrombus on echo and/or restricted leaflet movement on cinefluoroscopy.

Thus, using the factors identified in the risk scoring system (Table 4) would provide a means of stratifying patients into different risk groups. Ideally such a risk scoring system should be tested further in the long-term follow-up of other St. Jude Silzone patients, as described in the section of this report devoted to that subject (vide infra). In the meantime, it would offer practical help in determining which patients should have more rigorous follow-up (incorporating TEE and cinefluoroscopy as described above, and more intensive antithrombotic management), and which patients could be safely returned to routine follow-up. Additional factors which have been reported in other (non-Silzone) databases as risk factors for thromboembolism after valve

replacement are shown in Table 5 and these factors should be taken into account also (see Appendix 2).[63]

In the case of patients whose sole risk factors are those in which the mechanism does not involve or have an adverse impact on the prosthesis (e.g. aortic or carotid atheroma), regular TEE will not be required.

Patients with none of the risk factors in Tables 4 and 5 who had suffered no thromboembolic events and whose baseline TEE was normal would need no special follow-up arrangements. Patients with risk factors identified by the clinical features and blood tests in Tables 4 and 5 would require treatment to ameliorate the effect of the risk factor or risk factors if possible, as detailed in Table 5. If risk factors are incapable of being modified, consideration should then be given to adjusting antithrombotic management accordingly (vide infra).

Risk stratification should be useful for all patients but would be particularly important for patients who have already suffered a thromboembolic event, as their chance of suffering further events is much higher (vide infra). Most of the blood tests mentioned in Table 4 are readily available in all hospitals, but some are not performed routinely and would therefore attract an additional cost.

## 3. Antithrombotic Management – Prevention

Antithrombotic management encompasses both preventive measures and treatment for established thrombus on the prosthesis. This latter aspect is dealt with in the next section.

Prevention of valve thrombosis and thromboembolism in all patients after prosthetic heart valve replacement involves risk factor modification where possible and drug treatment with anticoagulants, supplemented in some instances by antiplatelet drugs. It is important to remember that thromboembolism is a common occurrence after valve replacement with all types of prosthetic heart valves and that in many instances the

thromboembolic event is not directly prosthesis-related. The recommendations made below apply equally to all patients with prosthetic heart valves, but are arguably more important in patients with Silzone valves in whom the thromboembolic risk is higher.

Many of the recommendations are not part of routine antithrombotic prophylaxis and are not included, for example, in the ACC/AHA Guidelines[55] or the latest recommendations of the American College of Chest Physicians (ACCP) for the antithrombotic management of patients with prosthetic heart valves.[64] They are, however, included in the latest European recommendations, published in the European Heart Journal.[56] In my view, patients with Silzone valves have been exposed to an additional thromboembolic risk as the result of their particular type of prosthesis and therefore deserve the best possible antithrombotic management in order to prevent the potentially devastating consequences of a cerebrovascular event. Some of the recommendations will therefore constitute a requirement for 'additional care' over and above that given to the average patient with a prosthetic heart valve. All the recommendations are based upon scientific evaluation of particular risk factors, although in many instances the preventive strategy proposed has not been tested in any prospective study and shown to be effective. The risk factors which have been shown to increase the risk of thromboembolism and the proposed strategy for risk reduction are shown in Table 5.

The pro-thrombotic effect of pulmonary infections requires more detailed explanation. It has been shown that the risk of valve thrombosis in general and the risk of thromboembolic events after mitral valve replacement is commoner in the winter months.[65,66] This is consistent with the increased incidence of stroke in the general population in the winter months in temperate climates and it is very likely that this seasonal effect is related to the increased prevalence of pulmonary infections in the winter months. During a pulmonary infection, raised serum fibrinogen levels and increased numbers of activated white cells and platelets streaming out of the pulmonary veins immediately

upstream from the prosthetic valve make thrombus deposition on the prosthesis more likely.[66] This means that extra vigilance is required at the time of pulmonary infections. All pulmonary infections should be treated promptly with antibiotics and, on general principles, there may be an advantage to having slightly higher intensity anticoagulation at this time, although there is no evidence to support this recommendation. In practice, many commonly used antibiotics interact with oral anticoagulants to increase the international normalised ratio (INR), the blood test used to measure anticoagulation intensity. It is particularly important at the time of a pulmonary infection not to over-react to a high INR and give vitamin K (the antidote to oral anticoagulants) as even small doses will often produce a precipitate fall in the INR to well below therapeutic levels, particularly dangerous at the time of a prothrombotic state. Once again, this recommendation applies to patients with all types of prosthetic heart valve but particular vigilance is necessary in the case of patients with Silzone valves with pulmonary infections, especially those with mitral prostheses, in whom TEE should be considered once the patient is well enough to tolerate the procedure.

**Anticoagulation Intensity and Self-Management**

With regard to the **optimum maintenance INR** for patients with the Silzone valve, a commonly asked question is whether these patients should be managed with a higher INR than that recommended for the standard St. Jude valve. The AVERT investigators recommend "*Maintenance of anticoagulation at the higher end of the therapeutic range and use of antiplatelet agents with Coumadin may be helpful in these patients.*"[13] The current guidelines of the ACC/AHA[55] and the ACCP[64] and the latest European recommendations published in 2005[56] recommend an INR of 2.5 for the standard St. Jude valve in the aortic position and an INR of 3.0 for the standard St. Jude valve in the mitral position. Although intuitively one might think that a more thrombogenic prosthesis should be maintained at a higher INR, as the current guidelines recommend in general terms, there is a price to pay for higher intensity anticoagulation, namely an increased risk of serious bleeding. The risk of bleeding with an INR of 4.5 or greater is 6 times higher than with an INR of

less than 4.5.[67] As described above, the incidence of serious bleeding in the AVERT study was much higher with the Silzone valve than the standard valve, possibly because these patients had been anticoagulated at a higher INR, as recommended by the investigators. In this context, it is worth remembering that intracerebral haemorrhage is a much more lethal complication than ischaemic stroke. The one year survival after intracerebral haemorrhage is only about 20%, whereas the one year survival after ischaemic stroke is about 80%.[68] Therefore, one must be very cautious about recommending higher intensity anticoagulation unless it is strictly necessary.

All patients with Silzone valves are now more than five and a half years post-implantation. If they have suffered no thromboembolic events to date with conventionally managed anticoagulation at the recommended INR levels for the St. Jude standard valve, if there is no evidence of thrombus on the sewing ring on transoesophageal echocardiography, no limitation of leaflet movement on cinefluoroscopy, and if they have no risk factors for thromboembolism, it is probably safe to continue with the INR levels recommended for the St. Jude standard valve and with conventionally managed anticoagulation, although the frequency of INR measurement should ideally be increased to every 1 – 2 weeks (depending on stability of the INR) in order to ensure less variability in anticoagulation intensity. More frequent INR measurement is much less of an imposition with anticoagulation self-management as described below.

In patients who have suffered one or more thromboembolic events since the time of implantation despite good quality anticoagulation control at the INR level recommended for the St. Jude standard valve, it would be appropriate to increase the target INR by at least 0.5 in the first instance (see 'Protocol D' in Appendix 2) although, as indicated above, these patients should undergo full risk assessment, using the tests in Table 4 and where appropriate have risk modification as outlined in Table 5. Anticoagulation self-measurement and self-management should also be considered, as discussed below. Patients found to have thrombus on the sewing ring on transoesophageal

echocardiography should be managed as detailed in the next section of the report.

Patients who have not yet suffered any thromboembolism but whose risk profile indicates that they are at higher risk present a more difficult problem. Although risk factor modification may be possible in the case of some risk factors, this will not be the case for all and the question arises as to whether these patients should be managed with higher intensity anticoagulation. Part of the benefit of higher intensity anticoagulation in preventing thromboembolic events comes from the fact that higher **target** INRs usually result in fewer **achieved** INRs falling to dangerously low levels, as it has been shown that many thromboembolic events occur when the INR is below the target range.[69] A safer means of ensuring that the INR remains therapeutic is to control the INR level more accurately. It has been shown by several studies that patient self-measurement and self-management of the INR results in much tighter INR control with fewer values outside the target range.[70] Some studies have also demonstrated fewer thromboembolic and bleeding events in self-managed patients. **Thus, in patients at higher risk of thromboembolic events, I believe it is reasonable to recommend that self-management should be employed in those patients who are able to undertake this for themselves.** Self-management requires a certain degree of educational sophistication and not all patients are capable of measuring and managing their own anticoagulation. This applies particularly to elderly patients. However, if the patient is unable or unwilling to self-manage their anticoagulation, sometimes a family member or close friend can do this on their behalf. A period of training, assessment and quality assurance is required and additional costs are involved in purchasing the measurement device and the disposable items required at the time of each test.

Particular mention should be made of normal or elevated levels of Factor VII in patients who appear to have a 'therapeutic' INR. This recently discovered risk factor was first reported from the CERFS.[30] In the Cardiff Late Review, 5 of 40 Silzone patients were identified with this risk factor (usually Factor VII levels

are extremely low during oral anticoagulation with vitamin K antagonist drugs such as warfarin). One patient had suffered a serious thromboembolic event, two patients had sewing ring thrombus identified on their mitral prostheses, both eventually requiring reoperation, and two patients had significant leaflet restriction on cinefluoroscopy (Appendix 1).

Simply increasing the INR in patients whose Factor VII levels seem 'resistant' to warfarin may not be effective. As Factor VII levels are also related to dietary fat intake, dietary restriction of fat coupled with statin therapy should be tried first. If Factor VII levels remain high despite an optimum INR, if thrombotic complications persist, and if the patient is unsuitable for, or unwilling to undergo reoperation, it may be necessary to consider alternative antithrombotic drugs.[71] However, the whole phenomenon of Factor VII 'resistance' to warfarin requires further investigation before precise guidance can be offered. A research study is currently being planned. The importance of the phenomenon is that these patients appear to be at higher risk of thromboembolism and require particularly close supervision.

Another question which often arises is whether an **antiplatelet drug** should be prescribed in addition to anticoagulant therapy for Silzone patients, as recommended by the AVERT investigators.[13] Whilst there is a theoretical mechanism whereby antiplatelet drugs may reduce the adherence of platelets to the sewing ring, in practice the use of antiplatelet drugs in combination with oral anticoagulants increases the risk of bleeding. This is particularly the case with aspirin. In addition their benefit in reducing long-term thromboembolic events in combination with anticoagulation after valve replacement is far from proven. Therefore, in general terms, it is better to reserve antiplatelet drugs for specific indications where they may be of benefit, such as in concomitant vascular disease and perhaps for recurrent embolism , after full investigation for possible sources, as recommended by recent European recommendations,[56] rather than simply prescribing them for all patients with prosthetic heart valves even if the valve appears more thrombogenic, as in the case of the Silzone valve.

**Anticoagulation Interruption**

Although there are no data specifically addressing this issue, it is possible that patients with Silzone prostheses may be at higher risk of valve thrombosis and thromboembolism following any period of anticoagulation interruption, such as that required for another operative procedure or following major trauma. This applies particularly to patients with mitral prostheses and to those with prothrombotic risk factors such as atrial fibrillation, left atrial enlargement and impaired left ventricular function. Anticoagulation interruption is not necessary for all surgical procedures, particularly those which do not involve large raw surfaces. In patients with Silzone prostheses, there should be a higher threshold for discontinuing warfarin. Echocardiography (TTE for aortic patients and TTE and TEE for mitral patients) should be performed prior to any planned surgical procedure in which anticoagulation interruption is considered essential, to ensure that there is no thrombus on the prosthesis already which might increase in size or embolise following anticoagulation interruption. For procedures necessitating temporary discontinuation of warfarin, it is common practice to stop warfarin a few days in advance and switch the patient to heparin, sometimes given in the form of low molecular weight heparin (LMWH) subcutaneously at home prior to hospital admission. In Silzone patients, this practice is likely to involve higher thromboembolic risk and it would therefore be safer to admit the patient to hospital in order to give the heparin intravenously and monitor its anticoagulant effect with regular blood tests. The period of complete anticoagulation interruption (i.e. including heparin interruption) should be as brief as possible. Heparin therapy should be maintained until a therapeutic INR with warfarin is re-established.

Similar recommendations apply to patients who become pregnant. They should not be switched to subcutaneous heparin at any stage of pregnancy as this carries a higher risk of valve thrombosis with all prostheses during pregnancy[56] and one would anticipate that the risk would be even higher with the Silzone valve.

4. **Antithrombotic Management – Treatment**

Two specific problems need to be examined in this category, valve thrombosis and recurrent thromboembolism. Valve thrombosis discovered as an incidental finding on routine TEE which is confined to the sewing ring and not associated with excess pannus and which has not given rise to any thromboembolism must nevertheless be taken seriously as a potential embolic source. In practice, small thrombi may be difficult to distinguish from localised pannus.[72] Several options are available if there is definite thrombus on the sewing ring. The simplest is to slowly increase the intensity of the anticoagulation to an INR of about 4.0 in the hope that the thrombus will undergo spontaneous thrombolysis. This is usually a gradual process and may take some weeks. The choice of this option would depend to a large extent on whether the INR had previously been sub-therapeutic or not, i.e. it would be a more logical strategy in a patient whose INR had previously been low. If the INR has previously been well controlled in the therapeutic range, another option is to use intravenous anticoagulants, either heparin or hirudin, the latter being more successful in inactivating thrombin which is bound within thrombus. This treatment requires monitoring with serial TEE and increases the risk of serious bleeding. Another option is thrombolytic therapy but the therapy itself also carries a risk of serious bleeding of about 5% and a risk of embolism of about 20%;[73,74] it is therefore probably not justified in asymptomatic non-obstructive thrombus on the sewing ring.

Re-operation for sewing ring thrombus should be considered under the following circumstances:

1. Very large thrombus (> 1 cm in diameter), particularly if it is mobile, as the risk of embolism is high.

2. Thrombus which fails to disperse with increased intensity of oral anticoagulation, supplemented by heparin.

3. Thrombus which increases in size during serial TEE monitoring or begins to extend onto the mechanism of the prosthesis.

In making a decision about re-operation, operative risk factors for the individual patient must be taken into account. The prosthesis should be removed and replaced with another type of prosthesis.

The same recommendation should be made in the case of a patient who presents with obstructive valve thrombosis, i.e. re-operation with replacement of the Silzone prosthesis. Thrombolysis is sometimes performed nowadays for obstructive valve thrombosis, as an alternative to re-operation, but in the case of the Silzone prosthesis, it is likely that the prosthesis itself is the underlying cause and, providing that there are no contra-indications to surgery, the prosthesis should be removed. Thrombolysis is usually unsuccessful or only partly successful in the presence of pannus or chronic long-standing thrombus. The risk of complications increases in proportion to the size of the thrombus.[74] Successful treatment is less likely in mitral prostheses in comparison to aortic prostheses.[73,74] Thrombolysis may, however, be useful in patients who present in extremis with no local facilities for cardiac surgery or in situations where the risk of re-operation is prohibitively high.

In patients who present with recurrent thromboembolism which can be unequivocally attributed to the prosthesis itself, re-operation should also be seriously considered bearing in mind other operative risk factors. However, before proceeding to re-operation, it is important to establish that the prosthesis itself is indeed the source **<u>and the cause</u>** of the recurrent embolism, i.e. the sewing ring thrombus is not simply the result of subtherapeutic anticoagulation. If thrombus is present on the sewing ring of the prosthesis, there is little doubt that it is the source, but if the sewing ring looks normal on TEE, the decision is much more difficult. A normal TEE appearance on a particular day does not of course exclude the possibility that a thrombus may have been present previously which has subsequently

embolised. Nevertheless in patients who present with recurrent thromboembolism and an apparently normal prosthetic valve, it is important to search for alternative sources of embolism, as described earlier in this report and also to search for modifiable risk factors (Table 5). All efforts should also be made to ensure that the patient's anticoagulation control is as good as possible, using a slightly higher INR as described above and using patient self-measurement and management if the patient can cope with this. If, after treating all modifiable risk factors, optimising anticoagulation intensity and management and, if necessary, adding an antiplatelet drug, and if there are no other possible sources of embolism (e.g. carotid or aortic atheroma, left atrial or left ventricular thrombus, etc.) then serious consideration should be given to replacing the Silzone prosthesis with another prosthetic type, if repeated thromboembolism persists. This decision will be somewhat easier to make if TEE, whilst not demonstrating thrombus, demonstrates either excessive pannus formation or a paravalvular leak as other indications for replacing the prosthesis (vide infra).

**Identification and Monitoring of Paravalvular Leak**

An unacceptably high incidence of explantation for paravalvular leak was the stated reason that further enrolment into the AVERT study was terminated and the Silzone valve withdrawn from the market in January 2000.[13] The known toxicity of silver and the appearances of sterile annular tissue necrosis seen at re-operation both point towards silver toxicity as the principal cause for paravalvular leak, even if in some patients it is aggravated by other factors such as hypertension. Although the problem of silver-induced toxic necrosis and paravalvular leak may be predominantly an early complication of the first few postoperative months, the lack of independent long-term follow-up data and the incompleteness and poor quality of echocardiographic data in the AVERT study reported in 2004[36] provide no confidence that this is the case. Indeed there are many instances of 'late' paravalvular leak reported to St. Jude in Field Experience Reports (Appendix 3).

Both of the AVERT publications (in 2002[13] and 2004[36]) dealing with the problem of paravalvular leak have stressed the need for serial echocardiography to determine

whether the hazard function of paravalvular leak will remain constant or decline with time. Tozzi et al in their publication about PVL in association with Silzone valves concluded "*We believe that patients enrolled in the AVERT study need special surveillance for early detection of potential inflammatory reactions to the silver-coated sewing ring.*"[35] Whilst it is possible that properly conducted large independent long-term follow-up studies may show that there is no excess risk of paravalvular leak with the Silzone valve beyond the first few years, there are a number of reasons why this cannot be assumed at this stage:

1) St. Jude's own chronic sheep experiments show that silver continues to leach out of the sewing ring into the annular tissues with a concentration in tissue steadily increasing at least up to twelve months after implantation, when the experiments were terminated (Appendix 3), i.e. no steady state was ever reached. Furthermore, in these experiments, the silver content of annular tissue varied considerably from animal to animal.

2) Data from the use of silver in other applications shows that a chronic inflammatory response persists for many years.[40]

3) Currently available data from the AVERT study[36] on the prevalence of paravalvular leak must be considered unreliable because one fifth of patients have not been studied with echocardiography and those that have been studied have only had TTE, with a high proportion of poor or inadequate image quality, as discussed on page 40. Also, most patients only had a single examination.

4) Neither clinical examination nor TTE are completely reliable methods of diagnosing or quantifying paravalvular leak. TTE echo-Doppler techniques usually indicate the diagnosis in moderate or severe aortic regurgitation and in severe mitral regurgitation, but it is well known that substantial paravalvular leaks can exist which create no audible murmurs and that paravalvular leaks can sometimes go undetected by TTE in both valve positions, but particularly in the mitral position where acoustic shadowing from the prosthesis often makes even a large paravalvular leak difficult or impossible to detect. In

patients with aortic valve replacement, TEE is complimentary to TTE in quantifying the severity of regurgitation, in differentiating between transvalvular and paravalvular regurgitation, and in identifying paravalvular abscesses in suspected prosthetic endocarditis.[58]

5) It is known that small asymptomatic paravalvular leaks can increase in size with time, particularly in the mitral position[39] and one would anticipate that this is even more likely in the case of silver induced toxic necrosis.

For all of these reasons, it is recommended that all patients with Silzone valves undergo transoesophageal echocardiography (TEE) in conjunction with TTE, if TEE has not previously been performed since the operation, even if the patient appears to be asymptomatic or minimally symptomatic. TEE is considered to be "*the 'gold standard' for the non-invasive assessment of prosthetic valves and paraprosthetic anatomy*"[58] but should be used in conjunction with TTE as the two investigations complement one another, particularly in double valve replacement where acoustic shadowing from a mitral prosthesis may interfere with assessment of aortic regurgitation in the left ventricular outflow tract. All patients should also have regular blood tests to detect haemolysis (LDH, haptoglobin and reticulocyte count) as this is a common consequence of paravalvular leak. Increasing haemolysis over time is strongly suggestive of paravalvular leak and itself is an indication for TEE.

If detailed echocardiography studies involving both TTE and TEE have been performed previously, much will depend on when they were performed and the findings at that time. If TTE and TEE were performed within the first few months and were either normal or showed a small paraprosthetic leak, both TTE and TEE should be repeated, given that the silver concentration in the annular tissues may go on increasing at least for the first twelve months and given that a small paraprosthetic leak may become larger with time.

Any paraprosthetic leak, however minor, detected on previous echocardiography, at whatever time interval after operation, requires further echocardiography to assess whether there has been further progression in size. TTE may suffice for aortic prostheses, but mitral prostheses will require TEE for monitoring.