If previous good quality echocardiography including TEE has been performed after the first twelve months and has been completely normal, then there is probably no need to repeat it, providing that there is no other indication for echocardiography, for example, to detect sewing ring thrombus, as detailed above.

If one or more small paraprosthetic jets are detected on echocardiography at a first examination more than five years after implantation, and the patient is asymptomatic with no haematological or biochemical evidence of excessive haemolysis, no action is required other than continued close follow-up. This should include clinical examination and blood tests for haemolysis at six month intervals and at least one or two further echo examinations at yearly intervals to exclude progression of the paravalvular leak. If there has been no further progression in small paraprosthetic jets over a two year period and no increase in the indices of haemolysis, it is probably safe to return the patient to routine follow-up (see Protocol G in Appendix 2).

If echocardiography performed for the first time five or more years after implantation reveals a significant paravalvular leak, producing moderate or severe regurgitation, consideration should be given to re-operation to remove and replace the Silzone prosthesis. In making a decision about re-operation, several factors will need to be taken into consideration:

1. The patient's symptomatic status. If the paraprosthetic regurgitation is associated with deterioration in exercise tolerance and increased shortness of breath, there is a strong indication for re-operation. A careful history is important under these circumstances. Many patients who claim to be asymptomatic will reveal, on direct questioning, that they are taking more medication than previously (e.g. diuretics, ACE-inhibitors, etc.) and/or that they have adjusted their lifestyle to reduce their amount of activity. It is very unusual for patients with moderate to severe paraprosthetic regurgitation to be genuinely asymptomatic. If this is the case, the decision about re-operation will need to be made on other criteria (vide infra).

2. Evidence of progressive left ventricular dysfunction due to paraprosthetic regurgitation on serial echocardiography is also a strong indication for re-operation even if the patient is asymptomatic or minimally symptomatic, in order to prevent further, and eventually irrecoverable, deterioration in left ventricular function.

3. Haemolysis associated with paravalvular regurgitation severe enough to cause anaemia, which does not respond to iron therapy and erythropoetin and requires repeated blood transfusions, is also a strong indication for re-operation.

4. In making a decision about re-operation, it is also necessary to take into account the patient's risk factors for re-operation, for example, age and significant co-morbidities. If the patient is elderly, has pre-existing impairment of left ventricular function prior to developing paravalvular leak, significant arterial disease (aortic, coronary or carotid) or significant renal dysfunction, then re-operation will carry a much higher risk and the risks and benefits will need to be weighed carefully in the balance. There may be some patients whose age and risk factors together would add up to a risk score which would be prohibitively high, making re-operation unwise. These issues would require careful discussion with the patient.

If re-operation is necessary, it is very important that all necrotic material is removed from the annulus, together with every fibre of the Silzone coated sewing ring fabric in order to ensure that as little silver as possible remains in the annulus, as it is possible that any residual silver could impair the healing of a subsequently implanted prosthesis. For documentary purposes, it would also be useful to send removed annular tissue for silver analysis. Close follow-up of patients undergoing re-operation will also be required in order to detect further paravalvular leak. The same principles of TEE follow-up should be applied as in patients who still have a Silzone prosthesis, as detailed above.

The assessment of prosthetic heart valves by both TTE and TEE (the two techniques often provide complementary information) requires considerable experience as some

abnormalities are relatively subtle and difficult to detect. It has been shown that there is considerable inter-observer variability in the interpretation of some echocardiographic findings.[75] Therefore all TEE follow-up examinations of Silzone patients should be conducted by operators skilled in the echocardiographic assessment of prosthetic heart valves. If serial echocardiography is required, the examination should be performed in the same laboratory each time, preferably by the same operator.

**Identification and Monitoring of Excessive Pannus Formation**

In some patients with Silzone valves, the local response to the presence of silver seems to be excessive pannus formation. This excessive pannus may eventually interfere with the mechanism of the prosthesis, limiting full leaflet movement, resulting in either incomplete opening or incomplete closure or both. If this process affects only one leaflet of the prosthesis, it may not cause symptoms. Therefore another purpose of a baseline echocardiography (TTE and TEE) and cinefluoroscopy in all patients who have not had these investigations performed previously is to detect excessive pannus formation. As with the complications mentioned above, TTE and TEE are complementary. It should be noted that it is often difficult or even impossible in some cases to distinguish between pannus and thrombus, even with TEE, particularly as the two may co-exist.

Cinefluoroscopy is a very useful adjunct to the investigation of suspected prosthesis obstruction whether by pannus, thrombus or a combination of the two. It involves radiological screening of the prosthesis with the X-ray beam orientated to place the prosthesis in profile, so as to accurately measure the opening and closing angles of the radio-opaque leaflets (Fig. 5). Subtle degrees of incomplete opening or incomplete closure can be detected using this technique, which makes it very useful for serial follow-up. The combination of incomplete leaflet excursion on cinefluoroscopy and TTE Doppler detection of a high transprosthetic gradient provide sufficient information to diagnose prosthetic obstruction but TEE is often necessary also to provide qualitative data on the extent of pannus and/or thrombus and to quantify any associated regurgitation, particularly in the mitral position.

If investigation detects excessive pannus formation on the sewing ring which is not associated with any other complication (i.e. there is no associated thrombus and no paravalvular leak) and the pannus formation is not interfering with normal leaflet excursion or narrowing the orifice, no action is required other than optimisation of anticoagulation management (as above) and regular follow-up with further cinefluoroscopy and TEE. Excessive pannus formation has a tendency to increase in extent and is also a predisposing factor for thrombus formation. There are no guidelines as to how frequently investigation should be performed under this circumstance, but given the progressive nature of pannus and the associated risk of thrombosis, cinefluoroscopy and TTE Doppler should be performed at least every six months if the patient remains asymptomatic and more frequently if there is a change in symptoms, with TEE reserved for deterioration in cinefluoroscopy appearances and Doppler-derived valve area calculations.

As with other complications mentioned above, if comprehensive investigation with cinefluoroscopy, TTE and TEE shows no evidence of excess pannus formation when performed for the first time after the first five years and there are no other indications for enhanced follow-up, the patient can be returned to routine follow-up.

If cinefluoroscopy and TEE reveals excess pannus which is interfering with the normal excursion of one or both leaflets (i.e. $\geq 10^\circ$ loss of movement in association with increased Doppler gradients and reduced valve area), or if it is complicated by thrombus formation, there is a strong indication for re-operation to prevent progressive obstruction of the prosthesis (see Protocol E in Appendix 2).

**<u>Prevention and Detection of Prosthetic Endocarditis</u>**

In addition to sterile silver-induced toxic necrosis leading to paravalvular leak, and cases reported as 'culture-negative endocarditis' which may have the same aetiology, the AVERT data[13] and St. Jude's own Field Experience Reports (Appendix 3) suggest that patients with Silzone valves may be more susceptible to true (culture-positive) prosthetic endocarditis, possibly as the result of the mechanisms described on pages 44 and 45.

Whilst all patients with prosthetic valves should have full prophylactic antibiotic cover for interventional procedures which could introduce bacteria into the blood stream (including, for example, dental procedures),[76] this is particularly important for patients with Silzone valves. There is no evidence that patients undergoing TEE require antibiotic prophylaxis and the AHA Recommendations on Prevention of Bacterial Endocarditis regard antibiotic cover as optional for this procedure **in high risk patients.**[77]

In all patients with prosthetic valves, the possibility of prosthetic endocarditis should always be considered if the patient develops unexplained fever and general malaise which persists for more than a few days, particularly if accompanied by new cardiovascular symptoms. Risk factors for prosthetic endocarditis include diabetes, renal dysfunction, cardiac failure, poor anticoagulation control, double valve replacement, and a previous history of endocarditis. Blood cultures and blood tests for inflammatory markers should be taken prior to any antibiotic treatment. TEE is required to make the diagnosis as it is two to three times more sensitive than TTE in detecting the features of prosthetic endocarditis.[78] It should be considered even when blood cultures are negative if other diagnostic criteria are present (Duke criteria).[79] Because Silzone valves appear more susceptible to endocarditis, a lower threshold should be adopted for recommending TEE in all doubtful cases.

**Monitoring for Tumour Development**

In view of the possible carcinogenic effect of silver referred to earlier in this report, there is a case for considering regular echocardiography for this indication also. However, given that only one case has been reported in the literature, the risk of tumour development is almost certainly extremely low and it is difficult to be prescriptive about the frequency of echocardiography which would be necessary. Indeed, it could be argued that the risk is so low and the likelihood of surgical cure so remote that it is unnecessary to alarm the patient by suggesting regular echocardiographic screening, if there are no other indications for it. In practice, many patients will require TEE screening for other reasons, as described in previous sections of this report. During those examinations, vigilance for tumour development should also be maintained. As discussed in the following section of this report on long-term independent data collection, post-mortem examinations should be

carried out on all patients who die with a Silzone valve in situ. Only then will the true incidence of complications become apparent, including that of tumour development.

**LONG-TERM INDEPENDENT DATA COLLECTION**

According to St. Jude's own records, approximately 36,000 Silzone valves have been implanted worldwide, but the only database which has accrued data in more than small numbers of patients is the AVERT study and that is limited to only 403 Silzone patients, as enrolment was stopped in January 2000 when the Silzone valve was withdrawn from the market. Taking all Silzone publications into account, only about 2% of patients with Silzone valves have been studied and reported in the medical literature. There are several reasons why large scale independent data collection is necessary in patients with Silzone valves:

1. Correspondence between St. Jude employees and the AVERT investigators suggests that St. Jude Medical is far too closely involved with the AVERT study for it to be truly independent (Appendix 3).

2. There are concerns that many patients in the AVERT study have been lost to follow-up or have refused follow-up echocardiography. The methodology of data collection on thromboembolism was flawed, as detailed earlier in this report. Echocardiographic data are also incomplete, limited to TTE, limited to a single examination in most patients, and of poor quality in a high proportion of patients (Appendix 3).

3. Because of its relatively small numbers due to the study being terminated prematurely, and because so many events were removed from analysis following adjudication, the AVERT study almost certainly has insufficient statistical power to compare rates for many types of event between the Silzone valve and the standard St. Jude valve. This is particularly the case for thrombosis and thromboembolism in the mitral position where numbers of patients are too small to conclude, on conventional statistical grounds, that no difference exists between the two prostheses. Therefore, much larger numbers of patients are required to compare event rates between the two prostheses. Clearly, randomisation will now be impossible but it should be

possible to assemble a control group of matched standard St. Jude valve patients for comparison, matching by approximate date of operation, age, sex, risk factors, etc. Statistical advice will be necessary to determine the correct methodology and to identify the number of patients required for such a comparison.

4. A large database would enable much more accurate event rates to be calculated and hazard function curves to be created which would provide much needed guidance on which patients require increased surveillance and for how long it should be continued.

5. Stratification of patients according to their risk of particular complications would enable some patients to be reassured that their Silzone valve is no longer a threat to their well-being. On the other hand, for those patients identified as still at risk of various complications, better guidance for further management should emerge. Ultimately, both patients and the physicians caring for them should benefit enormously from the increased knowledge that a large database would provide.

6. Because there is no long-term study on the effects of implanted silver on human tissue available, a compelling need exists to document these effects, not only for the health and safety of Silzone patients, but to determine in general the toxic effects of long-term silver implantation in humans.

The organisation of a large independent database would inevitably be complex but is feasible and practical and not unprecedented in pharmaceutical trials. Having defined the number of patients required with statistical advice, participating centres would need to be recruited which were representative of the worldwide distribution of Silzone valves. Considerable staffing and resources would be required to collect the data, and data management and analysis would need to be centralised.

Data which would need to be collected include the following:

1. Basic patient demographics and the indication for the original Silzone valve implantation.

2. Operative data from the Silzone valve implantation, including surgical approach (full sternotomy, lateral thoracotomy, minimal access, port access, robotic, etc.), valve site, valve size, type of implantation (intra-annular or supra-annular), type of chordal preservation if performed (MVR only), suture technique and post-implantation echo data (with image quality assessment).

3. Baseline data on co-morbidities and risk factors to allow risk profiling, as discussed in the section of this report devoted to risk stratification for thromboembolism. In terms of blood tests, these should include those mentioned in Table 4. This would allow validation of the proposed risk scoring system.

4. All the complications normally reported after prosthetic heart valve replacement, i.e. valve thrombosis, thromboembolism, bleeding, excess pannus formation, paravalvular leak, endocarditis (both culture positive and culture negative) and excessive haemolysis.

5. Full drug history, including specific anticoagulant drug and specific antiplatelet drug (if used) and all cardiac-related medication. Although warfarin is the commonest drug used for oral anticoagulation with a 'medium' length of action, some countries use the long-acting phenprocoumon (e.g. Germany and Netherlands) whilst others use the short-acting acenocoumarol (e.g. France, Italy and Spain).

6. All INR values should be recorded during follow-up, together with the method used for monitoring (e.g. private physician, nurse practitioner, anticoagulation clinic, patient self-monitoring, etc.).

7. TTE, TEE and cinefluoroscopy findings at each examination should be documented.

8. For patients undergoing explantation of their Silzone valve, the reason for explantation and the operative details and findings should be recorded, particularly findings in relation to the sewing ring, for example, degree of tissue coverage and attachment, extent of pannus formation, extent of thrombus formation, and extent of paravalvular leak. The prosthesis should be photographed in situ and after explantation and retained for independent pathological examination and measurement of residual silver content. Any annular tissue removed as part of the normal debridement process prior to the implantation of another prosthesis should be retained for quantitative analysis of silver content.

9. Ideally, post-mortem examination should be mandatory in all patients who die with a Silzone valve still in situ. Relatives should certainly be advised to request it. This recommendation applies particularly to patients whose death is unexpected or unwitnessed, or who die from 'heart failure' without the benefit of prior investigation. Only then will the true incidence of Silzone-related complications be accurately documented. Post-mortem examination would also allow annular tissue samples to be taken for quantitative analysis of silver content and histological examination to detect early malignant change. In this way the long-term effects of silver on human tissue can be properly evaluated.

**PATIENT AND PHYSICIAN INFORMATION BOOKLETS**

In the AVERT study the incidence of all valve-related complications was 11.9%/year for AVR and 26.3%/year for MVR in Silzone valve patients, in comparison to 4.7%/year and 9.4%/year respectively in standard valve patients.[13] Based on these data, the Silzone prosthesis exposes patients to a higher risk of valve-related complications than the standard uncoated St. Jude valve. Patients with Silzone prostheses therefore not only need special follow-up arrangements as described in this report, but they also require detailed information about their specific risk of the various complications, how these should be monitored and what measures they can take themselves to reduce the risk of complications. These should include:

1. Advice on the importance of strict anticoagulation control. This should include education about anticoagulation, drug interactions and the advantages of self-management.

2. The avoidance of anticoagulation interruption except under controlled hospital conditions, as explained in this report.

3. The importance of diet, risk factor modification and a healthy lifestyle in reducing the impact of risk factors for thromboembolism.

4. The avoidance or reduction wherever possible of trigger factors for thromboembolism, e.g. the avoidance of dehydration and the prompt treatment of all infections.

5. Prophylactic measures to reduce the risk of endocarditis.

6. The significance of new symptoms and the importance of reporting these promptly.

All of this information could, and in my opinion should, be made available to patients in the form of a small booklet. A better understanding of possible complications and how to

prevent them by a combination of prophylactic measures and heightened monitoring should provide reassurance to patients rather than alarming them. A corresponding guide for physicians, necessarily more detailed and scientific, should also be made available to all physicians caring for Silzone patients, so that they are fully informed of the problems associated with the Silzone prosthesis and the additional measures necessary to reduce risks.

## CONCLUSION

In the absence of sufficient good quality data to accurately define the long-term risk of the Silzone valve over and above that of the standard St. Jude valve, and given that approximately 36,000 patients received a prosthesis which, on currently available evidence, has already exposed them to a higher risk of complications, I have erred on the side of caution in making recommendations for more intensive follow-up and management. I believe that these patients who have received a defective prosthesis, now withdrawn from the market, deserve the best possible care in order to reduce the risk of valve thrombosis and thromboembolism and to detect, as early as possible, valve thrombosis, paravalvular leak, excess pannus formation and endocarditis before these complications lead to progressive deterioration with increased operative risk at re-operation or worse still to irreversible deterioration and death. For this reason, the recommendations are for much more intensive follow-up than the 'average' prosthetic valve patient with greater use of TEE and cinefluoroscopy and more intensive, risk-stratified antithrombotic management. I have also emphasised the need for large scale, accurate, independent data collection during long-term follow-up to guide future management.

Eric G. Butchart FRCS FETCS FESC
Consultant Cardiothoracic Surgeon

November 29, 2005

## REFERENCES


1. Grunkemeier GL, Li HH, Naftel DC, Starr A, Rahimtoola SH. Long-term performance of heart valve prostheses. *Curr Probl Cardiol* 2000;**25**:73-156.

2. Office of Device Regulation. Replacement Heart Valve Guidance. US Department of Health and Human Services, Food and Drug Administration Center for Devices and Radiological Health, October 1994.

3. International Standard: Cardiovascular implants – cardiac valve prostheses. ISO 5840, 2005.

4. Edmunds LH Jr, Clark RE, Cohn LH, Grunkemeier GL, Miller DC, Weisel RD. Guidelines for reporting morbidity and mortality after cardiac valvular operations. *Ann Thorac Surg* 1996:**62**:932-5.

5. Grunkemeier GL, Wu YX. The Silzone effect: how to reconcile contradictory reports? *Eur J Cardiothorac Surg* 2004;**25**:371-5.

6. Tweden KS, Cameron JD, Razzouk AJ, Holmberg WR, Kelly SJ. Biocompatibility of silver-coated polyester for antimicrobial protection of prosthetic heart valves. *J Heart Valve Dis* 1997;**6**:553-61.

7. Schaff H, Carrel T, Steckelberg JM, Grunkemeier GL, Holubkov R. Artificial Valve Endocarditis Reduction Trial (AVERT): protocol of a multicenter randomized trial. *J Heart Valve Dis* 1999;**8**:131-9.

8. Ellender G, Ham KN. Connective tissue responses to some heavy metals. III Silver and dietary supplements of ascorbic acid. Histology and ultrastructure. *Br J Exp Path* 1989;**70**:21-39.

9. McCauley RL, Linares HA, Pelligrini V et al. In vitro toxicity of topical antimicrobial agents to human fibroblasts. *J Surg Res* 1989;**46**:267-74.

10. Hemmerlein JB, Trerotola SO, Kraus MA et al. In vitro cytotoxicity of silver-impregnated collagen cuffs designed to decrease infection in tunnelled catheters. *Radiology* 1997;**204**:363-7.

11. Kraft CN, Hansis M, Arens S et al. Striated muscle microvascular response to silver implants: a comparative in vivo study with titanium and stainless steel. *J Biomed Mater Res* 2000;**49**:192-9.

12. Garner M, Reglinski J, Smith EW, Stewart MJ. The interaction of colloidal metals with erythrocytes. *J Inorg Biochem* 1994;**56**:283-90.

13. Schaff HV, Carrel TP, Jamieson WRE et al. Paravalvular leak and other events in Silzone-coated mechanical heart valves: a report from AVERT. *Ann Thorac Surg* 2002;**73**:785-92.

14. Ionescu A, Payne N, Fraser AG, Giddings J, Grunkemeier GL, Butchart EG. Incidence of embolism and paravalvular leak after St. Jude Silzone valve implantation: experience from the Cardiff Embolic Risk Factor Study. *Heart* 2003;**89**: 1055-61.

15. Sawyer PN, Srinivsan S, Wesolowski SA et al. Development and in vivo evaluation of metals for heart valve prostheses. *Trans Am Soc Artif Intern Organs* 1967;**13**:124-30.

16. Lee ME, Murakami T, Stanczewski B et al. Etiology of thrombus formation on prosthetic metal heart valves. *J Thorac Cardiovasc Surg* 1972;**63**:809-19.

17. Baier RE, Dutton RC, Gott VL. Surface chemical features of blood vessel walls and of synthetic materials exhibiting thromboresistance. In Blank M (ed): Surface Chemistry of the Biological System. New York, Plenum Press. 1970; 236-60.

18. Acar J, Iung Boissel JP et al. AREVA: Multicenter randomized comparison of low-dose versus standard-dose anticoagulation in patients with mechanical prosthetic heart valves. *Circulation* 1996;**94**:2107-12.

19. Butchart EG, Nair R, Ionescu A et al. Risk scoring predicts patients at higher risk of thromboembolic complications after valve replacement. *J Heart Dis* 2005;**4**:138.

20. Grunkemeier GL, Wu YX. "Our complication rates are lower than theirs": statistical critique of heart valve comparisons. *J Thorac Cardiovasc Surg* 2003;**125**:290-300.

21. Edmunds LH Jr. Thrombotic and bleeding complications of prosthetic heart valves. *Ann Thorac Surg* 1987;**44**:430-45.

22. Bodnar E. A critical assessment of thrombosis and embolism reporting methods. In Butchart EG, Bodnar E (Eds). *Current Issues in Heart Valve Disease: Thrombosis, Embolism and Bleeding.* ICR Publishers, London, 1992;476-84.

23. Akins CW. Results with mechanical cardiac valvular prostheses. *Ann Thorac Surg* 1995;**60**:1836-44.

24. Engelberger L, Carrel T, Schaff HV, Kennard ED, Holubkov R. Differences in heart valve procedures between North American and European centers: a report from the Artificial Valve Endocarditis Reduction Trial (AVERT). *J Heart Valve Dis* 2001;**10**: 562-71.

25. Brutel de la Riviere A, Dossche KME, Birnbaum DE, Hacker R. First clinical experience with a mechanical valve with silver coating. *J Heart Valve Dis* 2000;**9**: 123-30.

26. Auer J, Berent R, Ng CK et al. Early investigation of silver-coated Silzone heart valves prosthesis [sic] in 126 patients. *J Heart Valve Dis* 2001;**10**:717-23.

27. Houël R, Kirsch M, Hillion ML, Loisance D. Silzone-coated St. Jude Medical Valve: a safe valve. *J Heart Valve Dis* 2001;**10**:724-7.

28. Stalenhoef JE, Mellema EC, Veeger NJGM, Ebels T. Thrombogenicity and reoperation of the St. Jude Medical Silzone valve: a comparison with the conventional St. Jude Medical valve. *J Heart Valve Dis* 2003;**12**:635-9.

29. Horstkotte D, Bergemann R. Thrombogenicity of the St. Jude Medical prosthesis with and without Silzone-coated sewing cuffs (letter to the Editor). *Ann Thorac Surg* 2001; **71**:1065.

30. Butchart EG, Ionescu A, Payne N, Giddings J, Grunkemeier GL, Fraser AG. A new scoring system to determine thromboembolic risk after heart valve replacement. *Circulation* 2003;**108**(Suppl.II):68-74.

31. Butany J, Scully HE, VanArsdell G, Leask R. Prosthetic heart valves with silver-coated sewing cuff fabric: early morphological features in two patients. *Can J Cardiol* 2002;**18**:733-8.

32. Aoyagi S, Nishimi M, Kawano H et al. Obstruction of St. Jude Medical valves in the aortic position: significance of a combination of cineradiography and echocardiography. *J Thorac Cardiovasc Surg* 2000;**120**:142-7.

33. Hiratsuka R, Fukunaga S, Tayama E et al. High-intensity transient signals due to prosthetic valve obstruction: diagnostic and therapeutic implications. *Ann Thorac Surg* 2004;**77**:1615-21.

34. Weinstein G, Franzone AJ, Stertzer SH, Walsh E. Subvalvular stenosis of aortic prostheses. *J Thorac Cardiovasc Surg* 1974;**68**:17-20.

35. Tozzi P, Al-Darweesh A, Vogt P, Stumpe F. Silver-coated prosthetic heart valve: a double-bladed weapon. *Eur J Cardiothorac Surg* 2001;**19**:729-31.

36. Davila-Roman VG, Waggoner AD, Kennard ED et al. Prevalence and severity of paravalvular regurgitation in the AVERT echocardiography study. *JACC* 2004;**44**: 1467-72.

37. Rallidis LS, Moyssakis IE, Ikonomidis I, Nihoyannopoulos P. Natural history of early aortic paraprosthetic regurgitation: a five year follow-up. *Am Heart J* 1999;**138**:351-7.

38. O'Rourke DJ, Palac RT, Malenka DJ et al. Outcome of mild periprosthetic regurgitation detected by intraoperative transoesophageal echocardiography. JACC 2001;**38**:163-6.

39. Movsowitz HD, Shah SI, Ioli A et al. Long-term follow-up of mitral paraprosthetic regurgitation by transesophageal echocardiography. *J Am Soc Echocardiogr* 1994;**7**: 488-92.

40. Ellender G, Ham KN. Silver wire implant of 40 years' duration: influence on local tissues. *J Oral Implantology* 1989;**15**:47-51.

41. Costerton JW, Cheng KJ, Geesey GG et al. Bacterial biofilms in nature and disease. *Ann Rev Microbiol* 1987;**41**:435-64.

42. Ikonomidis JS, Kratz JM, Crumbley AJ et al. Twenty year experience with St. Jude Medical mechanical valve prosthesis. *J Thorac Cardiovasc Surg* 2003;**126**:2022-31.

43. Butany JW, Leask R, Ivanow J, David TE. Silzone coated sewing rings increase risk of prosthetic valve dehiscence and pannus formation. Abstract presented at the Society for Heart Valve Disease. www.shvd.org/file/6822_1.htm

44. Cook G, Costerton JW, Darouiche RO. Direct confocal microscopy studies of the bacterial colonization in vitro of a silver-coated heart valve sewing cuff. *Antimicrobial Agents* 2000;**13**:169-73.

45. Schierholz JM, Wachol-Drewek Z, Lucas LJ, Pulverer G. Activity of silver ions in different media. *Zent Bakteriol* 1998;**287**:411-20.

46. Schierholz JM, Rump AFE, Pulverer G, Beuth J. Anti-infective catheters: novel strategies to prevent nosocomial infections in oncology. *Anticancer Research* 1998; **18**:3629-38.

47. Anderson JM, Schoen FJ. Interactions of blood with artificial surfaces. In Butchart EG, Bodnar (Eds). *Current Issues in Heart Valve Disease: Thrombosis, Embolism and Bleeding.* London, ICR Publishers, 1992;160-71

48. Hyde JAJ, Darouiche RO, Costerton JW. Strategies for prophylaxis against prosthetic valve endocarditis: a review article. *J Heart Valve Dis* 1998;**7**:316-26.

49. Steffensen IL, Mesna OJ, Andruchow E et al. Cytotoxicity and accumulation of Hg, Ag, Cd, Cu, Pb and Zn in human peripheral T and B lymphocytes and monocytes in vitro. *Gen Pharmacol* 1994;**25**:1621-33.

50. Seipelt RG, Vazquez-Jimenez JF, Seipelt IM et al. The St. Jude Silzone valve: midterm results in treatment of active endocarditis. *Ann Thorac Surg* 2001;**72**:758-63.

51. Oppenheimer BS, Oppenheimer ET, Danishefsky I, Stout AP. Carcinogenic effect of metals in rodents. *Cancer Res* 1956;**16**:439-41.

52. Furst A, Schlauder MC. Inactivity of two noble metals as carcinogens. *J Environ Pathol Toxicol* 1977;**1**:51-7.

53. Schmahl D, Steinhoff D. Versuche zur krebserzeugung mit kolloidalen silber- und goldlösungen an ratten. *Zeitschrift für Krebsforschung* 1960;**63**:586-91.

54. Grubitzsch H, Wollert HG, Eckel L. Sarcoma associated with silver coated mechanical heart valve prosthesis. *Ann Thorac Surg* 2001;**72**:1739-40.

55. ACC/AHA Task Force on Practice Guidelines. ACC/AHA Guidelines for the Management of Patients with Valvular Heart Disease. *JACC* 1998;**32**:1486-1588.

56. Butchart EG, Gohlke-Barwolf C, Antunes MJ et al. Recommendations for the management of patients after heart valve surgery. *Eur Heart J* 2005; **26**:2463-2471.

57. ACC/AHA Task Force on Practice Guidelines. ACC/AHA Guidelines for the clinical application of echocardiography. *Circulation* 1997;**95**:1686-1744.

58. Bach DS. Transesophageal echocardiographic (TEE) evaluation of prosthetic valves. *Cardiol Clin* 2000;**18**:751-71.

59. Daniel WG, Mugge A, Grote J et al. Comparison of transthoracic and transesophageal echocardiography for detection of abnormalities of prosthetic and bioprosthetic valves in the mitral and aortic positions. *Am J Cardiol* 1993;**71**:210-15

60. Daniel WG, Erbel R, Kasper W et al. Safety of transesophageal echocardiography: a multicenter survey of 10,419 examinations. *Circulation* 1991;**83**:817-21.

61. Montorsi P, De Bernardi F, Muratori M et al. Role of cine-fluoroscopy, transthoracic and transesophageal echocardiography in patients with suspected prosthetic heart valve thrombosis. *Am J Cardiol* 2000;**85**:58-64.

62. Goldberg L, Bortz P, Mekel J. Echocardiographic evaluation of bileaflet mechanical prosthetic valves. *Cardiovasc J S Africa* 2001;**12**:215-22.

63. Butchart EG. Thrombogenicity, thrombosis and embolism. In Butchart EG, Bodnar E (Eds): *Current Issues in Heart Valve Disease: Thrombosis, Embolism and Bleeding*. London, ICR Publishers, 1992;172-205.

64. Salem DN, Stein PD, Al-Ahmad A et al. Antithrombotic therapy in valvular heart disease – native and prosthetic. *Chest* 2004;**126**(Suppl.):457S-482S.

65. Butchart EG, Moreno de la Santa P, Rooney SJ, Lewis PA: The role of risk factors and trigger factors in cerebrovascular events after mitral valve replacement: implications for antithrombotic management. J Card Surg 1994;**9**(Suppl):228-236.

66. Butchart, EG: Fibrinogen and leukocyte activation - the keys to understanding prosthetic valve thrombosis? J. Heart Valve Dis 1997;**6**:9-16.

67. Palareti G, Leali N, Manotti C et al. Bleeding complications of oral anticoagulant treatment: an inception-cohort, prospective collaborative study (ISCOAT). *Lancet* 1996;**348**:423-8.

68. Taylor TN, Davis PH, Torner JC et al. Lifetime cost of stroke in the United States. *Stroke* 1996;**27**:1459-66.

69. Cannegieter SC, Rosendaal FR, Wintzen AR et al. Optimal oral anticoagulant therapy in patients with mechanical heart valves. *N Engl J Med* 1995;**333**:11-17.

70. Gadisseur AP, Breuking-Engbers WG, van der Meer FJ et al. Comparison of the quality of oral anticoagulant therapy through patient self-management of oral anticoagulation. *Arch Intern Med* 2003;**163**:2639-46.

71. Weitz JI, Hirsh J, Samama MM. New anticoagulant drugs. *Chest* 2004;**126**:265S-286S.

72. Barbetseas J, Nagueh SF, Pitsavos C et al. Differentiating thrombus from pannus formation in obstructed mechanical prosthetic valves: an evaluation of clinical, transthoracic an transesophageal echocardiographic parameters. *JACC* 1998;**32**: 1410-17.

73. Roudaut R, Lafitte S, Roudaut M et al. Fibrinolysis of mechanical heart valve thrombosis. *JACC* 2003;**41**:653-8.

74. Tong AT, Roudaut R, Ozkan M et al. Transoesophageal echocardiography improves risk assessment of thrombolysis of prosthetic valve thrombosis: results of the international PRO-TEE Registry. *JACC* 2004;**43**:77-84.

75. Ionescu A, Moreno de la Santa P, Butchart EG, Fraser AG. High inter-centre variability in reporting mobile echoes on prosthetic heart valves: urgent need for consensus. *Eur Heart J* 1997;**18**:137.

76. Task Force on Infective Endocarditis of the European Society of Cardiology. Guidelines on prevention, diagnosis and treatment of infective endocarditis. *Eur Heart J* 2004;**25**:267-76.

77. Dajani AS, Taubert KA, Wilson W et al. Prevention of bacterial endocarditis. Recommendations by the American Heart Association. *JAMA* 1997;**277**:1794-1801.

78. Jacob S, Tony AT. Role of echocardiography in the diagnosis and management of infective endocarditis. *Curr Opin Cardiol* 2002;**17**:478-85.

79. Durak DT, Lukes AS, Bright DK (Duke Endocarditis Service). New criteria for diagnosis of infective endocarditis: utilization of specific echocardiographic findings. *Am J Med* 1994;**96**:200-9.

# REPORTED LINEARISED EVENT RATES (%/YR) OF CURRENTLY AVAILABLE MECHANICAL VALVES

| | AVR | | | MVR | | |
|---|---|---|---|---|---|---|
| | lowest rate | highest rate | OPC | lowest rate | highest rate | OPC |
| valve thrombosis | 0.0 (0.0) | 0.5 (0.5) | 0.8 | 0.0 (0.0) | 0.51 (0.45) | 0.8 |
| thromboembolism | 0.0 (0.62) | 5.9 (4.48) | 3.0 | 0.21 (0.21) | 7.53 (7.15) | 3.0 |
| bleeding | 0.0 (0.21) | 7.58 (7.58) | 3.5 | 0.06 (0.17) | 9.25 (9.25) | 3.5 |
| paravalvular leak | 0.0 (0.0) | 2.75 (0.33) | 1.2 | 0.0 (0.0) | 2.08 (1.52) | 1.2 |
| endocarditis | 0.08 (0.08) | 1.26 (1.10) | 1.2 | 0.0 (0.0) | 1.06 (0.56) | 1.2 |

OPC = objective performance criteria

Numbers in brackets represent event rates for SJM standard valves

Data from Grunkemeier et al. Curr. Probl Cardiol 2000; 25: 73-156

# TABLE 2

## REPORTED LINEARISED LATE EVENT RATES (%/YR) OF ST. JUDE SILZONE VALVES AVR

| | OPC | STANDARD SJM | | SILZONE | | | |
|---|---|---|---|---|---|---|---|
| | | Literature average | AVERT | AVERT | TAS | CERFS | CLR |
| Valve thrombosis | 0.8 | 0.15 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 (0.36) |
| All TE | 3.0 | 1.58 | 1.4 | 2.6 | 2.09 | 3.9 | 4.67 |
| Stroke | | | 0.0 | 0.4 | | 0.0 | 1.44 |
| TEB | | 3.05 | 2.8 | 6.5 | 5.75 | 8.8 | 6.11 |
| Endocarditis | 1.2 | 0.40 | 1.0 | 1.9 | 0.52 | 0.0 | 0.0 |
| Major PVL | 1.2 | 0.17 | 0.0 | 3.5 | 0.52 | 1.0 | 0.36 |
| All events | | 3.62 | 4.7 | 11.9 | 6.79 | 8.8 | 6.47 |

TAS = Top Account Study, CERFS = Cardiff Embolic Risk Factor Study, CLR = Cardiff Late Review, OPC = Objective Performance Criterion, AVR = aortic valve replacement, TE = thromboembolism, TEB = thrombosis, embolism and major bleeding combined event rate (TEB is thought to provide a better index of thrombogenicity as it takes into account the effect of higher anticoagulation intensity used to lower thrombosis and TE rates). The figures in brackets in the CLR column (0.36) represents the incidence of sewing ring thrombus on TEE.

## TABLE 3

## REPORTED LINEARISED LATE EVENT RATES (%/yr) OF ST. JUDE SILZONE VALVES MVR AND DVR

| | OPC | STANDARD SJM | | SJLZONE | | | |
|---|---|---|---|---|---|---|---|
| | | Literature average | AVERT | AVERT | TAS | CERFS | CLR |
| Valve thrombosis (MVR) | 0.8 | 0.17 | 0.0 | 1.0 | 2.37 | 4.18 | 1.55(4.66) |
| Valve thrombosis (DVR) | 0.8 | | 0.0 | 5.3 | | | |
| All TE (MVR) | 3.0 | 2.45 | 3.8 | 9.0 | 6.51 | 12.8 | 10.88 |
| All TE (DVR) | 3.0 | | 3.3 | 7.9 | | | |
| Stroke (MVR) | | | 0.8 | 3.0 | | 10.5 | 7.77 |
| Stroke DVR) | | | 0.0 | 2.7 | | | |
| TEB (MVR) | | 3.88 | 4.6 | 16.0 | 11.84 | 18.88 | 14.69 |
| TEB (DVR) | | | 3.3 | 21.1 | | | |
| Endocarditis (MVR) | 1.2 | 0.22 | 3.3 | 3.3 | 0.59 | 2.1 | 0.78 |
| Endocarditis (DVR) | 1.2 | | 0.0 | 0.0 | | | |
| Major PVL (MVR) | 1.2 | 0.33 | 1.5 | 7.0 | 1.78 | 0.0 | 0.78 |
| Major PVL (DVR) | 1.2 | | 0.0 | 5.3 | | | |

TAS = Top Account Study, CERFS = Cardiff Embolic Risk Factor Study, CLR = Cardiff Late Review, OPC = Objective Performance Criterion, MVR = mitral valve replacement, DVR = double valve replacement, TE = thromboembolism, TEB = thrombosis, embolism and major bleeding combined event rate (TEB is thought to provide a better index of thrombogenicity as it takes into account the effect of higher anticoagulation intensity used to lower thrombosis and TE rates). The figure in brackets in the CLR column (4.66) represents the incidence of sewing ring thrombus on TEE

## TABLE 4

### RISK FACTORS INCREASING THE RISK OF THROMBOEMBOLISM

### CLINICAL

**Previous TE event**

- Systemic hypertension
- Diabetes
- Concomitant CABG
- Previous cancer history
- Previous mitral valvotomy
- Postoperative infection

## LABORATORY

- Chronic Chlamydia pneumoniae infection
- Increased mean platelet volume
- Raised eosinophil count
- Factor VII 'resistance' to warfarin
- Raised fibrinogen
- Raised reticulocyte count

**The greater the number of risk factors, the larger the risk**

**From Butchart et al, Circulation 2003; 108: (Suppl II): 68-74**

# TABLE 5

## RISK FACTOR MODIFICATION TO REDUCE THROMBOEMBOLIC RISK

| | MODIFIABLE RISK FACTORS | ACTION REQUIRED |
|---|---|---|
| CERFS | Systemic hypertension | Good blood pressure control |
| | Diabetes | Good diabetic control |
| | Chronic Chlamydial infection | Antibiotic treatment |
| | Increased mean platelet volume | Consider antiplatelet drug |
| | Raised eosinophil count | Investigate and treat cause e.g. allergic conditions, parasites, suspected malignant disease |
| | Factor VII 'resistance' to warfarin | Monitor Factor VII level in addition to INR to optimise warfarin dose |
| | | Reduce fat intake / statin therapy |
| | Raised fibrinogen | Investigate and treat cause, e.g. chronic infection, chronic inflammation, dental disease |
| | Raised reticulocyte count | Investigate cause of increased haemolysis (including TEE) and treat cause |
| OTHER STUDIES | Atrial fibrillation | Conversion to sinus rhythm pharmacologically or electrically |
| | Cigarette smoking | Stop smoking |
| | Poor left ventricular function/ NYHA class IV / heart failure | Optimise drug treatment including ACE-inhibitors |
| | Hypercholesterolaemia* | Statin therapy – anti-inflammatory and anti-thrombotic effects beneficial also |
| | Obesity* | Reduce weight. Increase exercise |
| | Pulmonary infection * ‡ (as an acute trigger factor) | Treat pulmonary infections promptly and vigorously |

* identified as risk factors for stroke in general, through prothrombotic and/or atherogenic mechanisms

‡ indirect evidence in prosthetic heart valve patients also

# TABLE 6A

## CAUSES OF DEATH IN PATIENTS WITH SILZONE VALVES

### AVR - 9/50 deaths. Late death rate 2.5%/yr

| Patient & FU yrs. | Risk Score | PM | Non-valve-related death | Probable valve-related death | Definite valve-related death |
|---|---|---|---|---|---|
| JS 0.0 | – | YES | Low CO | | |
| IE 0.0 | – | YES | GI bleed | | |
| GH 0.08 | – | NO | | | |
| GD 0.25 | – | | | | |
| VM 1.58 | 2 | NO | | Rapid onset CHF. AVgr 30 with EF 20%. Very suspicious of prosthetic obstruction | |
| SF 1.83 | 5 | NO | GI bleed | [but also in CHF ? cause] | |
| DT 2.67 | 2 | NO | | Mod AR + AVgr 53 ? thrombosis ? pannus † CHF and MOF | |
| KD 4.67 | – | YES | Traumatic ICH | | |
| WJ 4.83 | 3 | NO | | severe CHF due to PVL – also had ca prostate | |

PM = post-mortem examination, CO = cardiac output, CHF = congestive heart failure, AVgr – aortic valve gradient, MOF = multiorgan failure, PVL = paravalvular leak, PVD = peripheral vascular disease

## TABLE 6B

## CAUSES OF DEATH IN PATIENTS WITH SILZONE VALVES

**MVR - 8/24 deaths. Late death rate 5.6%/yr**

| Patient & FU yrs. | Risk Score | PM | Non-valve-related death | Probable valve-related death | Definite valve-related death |
|---|---|---|---|---|---|
| EN 0.0 | – | NO | Low CO | | |
| ALJ 0.0 | – | YES | Low CO | | |
| CE 0.0 | 4 | NO | Ischaemic leg due to PVD | | |
| VD 0.08 | 3 | NO | | | |
| RE 0.33 | 3 | NO | | CHF, never investigated | |
| MO 0.5 | 4 | NO | | | Valve thrombosis + PVE + Low CO following re-operation |
| AB 4.5 | 2 | NO | | | |
| OW 6.17 | 4 | NO | | Stroke, following period of anticoagulation interruption | |

# TABLE 6C

## CAUSES OF DEATH IN PATIENTS WITH SILZONE VALVES

**DVR - 3/9 deaths. Late death rate 5.0%/yr**

| Patient 7 FU yrs. | Risk Score | PM | Non-valve-related death | Probable valve-related death | Definite valve-related death |
|---|---|---|---|---|---|
| KJ 0.0 | – | YES | Low CO | | |
| ED 1.0 | 4 | NO | | | |
| ME 2.08 | | | | | |

## TABLE 7

### ECHOCARDIOGRAPHIC AND CINEFLUOROSCOPIC FINDINGS in patients attending for the Cardiff 'late review'

| | AVR n = 33 | MVR n = 13 | DVR n = 6 |
|---|---|---|---|
| Thrombus on sewing ring | 3.0% | 30.8% | 0.0% |
| Asymmetric / restricted leaflet movement * | 27.3% | 0.0% | 16.7% (AVR only) |
| Minor PVL | 9.1% | 0.0% | 0.0% |

* $\geq 5^{o}$ loss of travel angle in one or both leaflets

Mitral patients with sewing ring thrombus detected on TEE were all asymptomatic at the time of late review in 2004, although one patient had multiple small cerebral infarcts on CT scan and subsequently had his prosthesis explanted after suffering a major stroke, and another subsequently developed TIAs and then suffered a stroke (see Appendix 1).

The high incidence of abnormal leaflet movement among aortic patients may be simply indicative of a wider problem with all St. Jude valves in the aortic position. See text for further discussion.

## TABLE 8

### RELATION OF RISK SCORE TO TE EVENTS AND ABNORMAL ECHOCARDIOGRAPHIC AND CINEFLUOROSCOPIC FINDINGS

### (CERFS SILZONE PATIENTS ONLY)

| RISK SCORE | NO. OF PATIENTS | NO. OF PATIENTS WITH ANY TE EVENT AND/OR SEWING RING THROMBUS AND/OR ASYMMETRIC LEAFLET MOTION | PERCENTAGE | 5-YEAR FREEDOM FROM MAJOR TE |
|---|---|---|---|---|
| 0 | 5 | 1 | 20% | 100% |
| 1 | 9 | 2 | 22% | 86% |
| 2 | 9 | 4 | 44% | 78% |
| 3 | 15 | 6 | 40% | 83% |
| 4 | 8 | 6 | 75% | 71% |
| 5 | 5 | 5 | 100% | 40% |
| | | | | * |

* Logrank $p < 0.05$

**APPENDIX 1**

Between September 1997 and October 1998, 83 patients received one or more Silzone valves at the University Hospital of Wales, Cardiff (50 AVR, 24 MVR, 9 DVR). Of these 83 patients, 51 agreed to participate in a research study, the Cardiff Embolic Risk Factor Study (CERFS) which had also recruited patients with other types of prosthetic valve. Other prosthetic valves included in the CERFS were standard St. Jude, Medtronic Hall, Ultracor and Carpentier Edwards Perimount.

Rather than comparing one prosthesis with another, the primary aim of the CERFS was to identify patient characteristics at the time of surgery which would predict thromboembolism during long-term follow-up. Over 300 variables were recorded for each patient including clinical risk factors, echocardiographic measurements, transcranial Doppler, and a large number of blood tests (haematology, biochemistry and microbiology), many not performed on a routine basis.

Analysis of this large database revealed that certain risk factors were indeed predictive of later thromboembolic events (Table 4) and that these risk factors were additive in their effect, enabling a risk scoring system to be developed. The greater the number of risk factors in any given patient, the higher the risk of suffering an event during follow-up (see fig. 4). The results of this analysis were published in Circulation in 2003.[26]

The risk scoring system was predictive of future events whether applied to all patients in the database, Silzone patients only or non-Silzone patients only. However, it was clear that patients with Silzone valves were at higher risk than the other patients and, on multivariate analysis, the presence of a Silzone valve in the mitral position was the strongest predictor of thromboembolism, ahead of other risk factors in the scoring system. This prompted the publication of a comparison between the Silzone valve and the standard St. Jude valve.[14]

All patients in the CERFS, including the Silzone patients, received more detailed follow-up in the first year after surgery with additional blood tests, echocardiography and transcranial Doppler. Patients with Silzone valves who had not agreed to participate in the CERFS received routine follow-up.

In view of on-going concern about the long-term safety of the Silzone valve, it was considered prudent to recall all living patients with Silzone valves for clinical, echocardiographic (TTE and TEE) and cinefluoroscopic assessment. Of the original 83 patients (i.e. participants and non-participants in the CERFS), 20 had died (6 in the early postoperative period and 14 late deaths), 2 had received Medtronic Hall valves following explantation of their Silzone valves, 4 patients could not be contacted, 4 declined follow-up (but provided information over the telephone) and one 84-year-old lady was suffering from dementia in a nursing home. The remaining 52 patients attended for detailed assessment between July and November 2004 (the majority in July and August). Echocardiographic studies were carried out by an experienced senior cardiologist with extensive experience in echocardiographic evaluation of prosthetic heart valves, Dr. Alan G Fraser, currently the President of the European Association of Echocardiography.

Longest follow-up (FU) was 6.8 years and a total of 407.33 FU years were available for analysis (AVR 278.67 FU years, MVR 88.59 FU years, DVR 40.07 FU years), including follow-up years contributed by deceased patients prior to their death. Event rates are included in Tables 2 and 3 in the column CLR (Cardiff Late Review) to facilitate comparison with the literature and other studies. MVR and DVR were amalgamated for event calculations in view of the relatively small number of FU years in each.

The University Hospital of Wales (UHW) medical records of all 20 patients who had died were reviewed. However, many patients died at other hospitals or at home. The causes of death, where known, are summarised in Tables 6A, 6B and 6C. Late death rates are included for each valve position. The late death rates in MVR and DVR are similar to those reported in the AVERT study, rather higher than rates for the standard valve. Among the AVR deaths, 4 of 7 late deaths were probably valve-related but the patients died in other hospitals or other departments of UHW and no autopsies were performed. At the time of writing, information on 5 late deaths is incomplete due to deaths at home or to missing records from other hospitals still being sought.

Abnormal echocardiographic and/or cinefluoroscopic findings revealed by the recall of the Silzone patients are summarised in Table 7. It is important to stress that the sewing

ring thrombus identified on mitral Silzone prostheses was only evident on TEE in 3 out of 4 patients.

Only patients who had been participants in the CERFS had calculated risk scores. These were correlated with events and abnormal findings and the results are shown in Table 8 and graphically in Figs. 2 and 3.

Since the late review was carried out, patients with identified abnormalities on TEE or cinefluoroscopy have been followed up more closely with repeat examinations and closer anticoagulation supervision.

Of the 4 patients with sewing ring thrombus, two have had progression of the thrombosis and a third has suffered a TIA and a stroke.

1) One patient, a retired physician, had suffered two probable TIAs in 2002 and CT scan of the brain in 2005 showed multiple cerebral infarcts (Fig. 10).



*Fig. 10.* CT scan of brain with arrows showing the sites of three of the larger cerebral infarcts. Note that these images need to be printed at high resolution or viewed on-screen in order to see the areas of infarction clearly.

He had his thrombus treated initially with higher intensity anticoagulation and subsequently intravenous hirudin (an antithrombin), with incomplete resolution. He was reluctant to undergo reoperation and was discharged on higher intensity anticoagulation. Unfortunately he subsequently developed two subdural haematomas within a month of each other (both evacuated at another hospital) and then suffered a large ischaemic stroke. His

thrombosed prostheses was explanted at that hospital and the operative photographs (Fig. 11) demonstrate a combination of pannus and thrombus on the prosthesis. The surgeon commented that the prosthesis was exceptionally easy to remove as the sewing ring had no firm attachment to the annulus, being held in place largely by the pannus overgrowth from the left atrial wall. The patient has spent 7 months in hospital and has been left profoundly disabled by a dense hemiplegia and grossly impaired vision.



*Fig. 11.* The left-hand photograph shows the prosthesis being explanted. The overgrowth of pannus from the left atrial wall (which has been incised) can be clearly seen, together with fresh pink thrombus around the margins of the mechanism. The right-hand photograph shows the explanted valve. The arrow points to an area of the silver-coated sewing ring which is still exposed to the bloodstream, where it has been the site of repeated thrombus formation.

2) The second patient had an apparent initial response to higher intensity anticoagulation with no obvious thrombus seen on TEE in December 2004. She has remained asymptomatic, but recently her husband has noticed that the valve sounds are less crisp and repeat TEE has shown recurrence of thrombus, on this occasion larger and more mobile than before. She is scheduled for reoperation and explantation of the Silzone prosthesis.

3) The third patient suffered a transient neurological event and transient visual loss in December 2004 and a stroke in August 2005. A CT scan at another hospital showed three cerebral infarcts. Repeat TEE has shown suspicion of thrombus at one hinge point of the mitral prosthesis and thrombus in the left atrial appendage. Anticoagulation intensity has been increased. She

remains under close observation and may need reoperation, but she is elderly and frail and reoperation would carry a high risk.

4) The fourth patient remains asymptomatic with no definite thrombus on recent repeat TEE, although leaflet motion looks abnormal with leaflets opening in two phases, full leaflet opening occurring only during the boost of atrial systole, suggesting the possibility of impingement on thrombus or pannus. She also remains under close observation.

APPENDIX 2




N.B. It should be emphasised that participation in the protocols is entirely voluntary and that the claimant can exit the protocol at any stage if he/she wishes


PROTOCOL A
claimant wishes to have further investigation
claimant does not wish further investigation
EXIT AND RETURN TO ROUTINE FOLLOW-UP
clinical history/exam and blood tests from protocol A1 to determine risk score
risk score 0 or 1 and claimant does not wish to proceed
risk score 0 or 1 and no echo studies performed since operation
risk score ≥ 2
TTE/TEE + cinefluoroscopy
unless already performed since operation with negative findings
TTE/TEE mainly to exclude PVL
NO THROMBUS NO PVL
NORMAL FINDINGS
RESTRICTED LEAFLET MOVEMENT
THROMBUS ON PROSTHESIS
PVL
protocol G
protocol D
protocol E

PROTOCOL $A_1$

DETERMINATION OF RISK SCORE

| Risk Score | Score |
|---|---|
| MVR or DVR | 1 |
| Atrial fibrillation | 2 |
| Left ventricular ejection fraction < 25% and / or NYHA class IV / heart failure | 2 |
| Previous TE event | 2 |
| Diabetes | 2 |
| Previous cancer history | 2 |
| Previous closed mitral valvotomy | 2 |
| Chronic Chlamydia pneumoniae infection | 2 |
| Factor VII 'resistance' to warfarin (insufficient fall in Factor VII despite therapeutic INR) * | 2 |
| Concomitant CABG | 1 |
| Persistent cigarette smoking | 1 |
| Systemic hypertension (uncontrolled) | 1 |
| Increased mean platelet volume * | 1 |
| Raised fibrinogen level * | 1 |
| Raised eosinophil count * | 1 |
| Raised reticulocyte count * | 1 |

SCORE IS DETERMINED BY ADDING POSITIVE FACTORS

* upper limit of normal defined by local laboratory


PROTOCOL B
claimant has suffered one or more events suspicious of TE
claimant has developed new cognitive dysfunction since recovery from operation
TTE/TEE + cinefluoroscopy
CT or MRI scan of brain and neurological opinion
NORMAL FINDINGS
RESTRICTED LEAFLET MOVEMENT
THROMBUS ON PROSTHESIS
MULTIPLE SMALL CEREBRAL INFARCTS
Determine Risk Score (see Protocol A) and treat modifiable risk factors
YES but normal prosthetic findings
NO
protocol E
[redacted]
no other reason for enhanced follow-up
investigate for non-prosthetic sources of embolism
EXIT AND RETURN TO ROUTINE FOLLOW-UP
negative
positive
protocol D
treat source


PROTOCOL C
claimant has failed to improve since operation or has developed new symptoms suggestive of prosthesis malfunction
TTE/TEE + cinefluoroscopy
NORMAL FINDINGS FOR PROSTHESIS
RESTRICTED LEAFLET MOVEMENT
THROMBUS ON PROSTHESIS
PVL
protocol E
protocol G
investigate other causes of symptoms
treat appropriately
risk score 0 or 1 no H/O embolism
also H/O embolism
risk score ≥ 2
protocol B
protocol D
EXIT AND RETURN TO ROUTINE FOLLOW-UP




* N.B. antiplatelet drugs increase the risk of bleeding


PROTOCOL E
N.B. Restricted leaflet movement may be due to a small thrombus rather than pannus
restricted movement progressing on serial cinefluoroscopy despite optimization of anticoagulation
Evidence of significant restricted leaflet movement
Associated symptoms, e.g. incr. SOB TE event(s)
TEE evidence of thrombus or pannus
NO
YES
YES
NO
E1
Doppler evidence of high gradient / reduced valve area
YES
NO
E1
CONSIDER SURGERY DEPENDING ON EXTENT OF OBSTRUCTION
optimization of anticoagulation (see protocol D)
re-assess in one month and every 6 months if no progression or movement normalizes
moderate/severe
mild/moderate
surgery advisable depending on patient co-morbidities




* N.B. risk of embolism and bleeding

‡ or CT/MRI evidence of cerebral infarction


PROTOCOL G
PVL on TTE/TEE
claimant is asymptomatic, PVL is minor and there is no haemolytic anaemia
PVL is small but claimant has haemolytic anaemia not responding to medical $R_x$
PVL is haemodynamically significant and claimant is symptomatic
annual FBC and TTE/TEE for 2 years
PVL progresses and becomes symptomatic or causes haemolytic anaemia not responding to medical $R_x$
CONSIDER SURGERY
PVL remains unchanged and there is no haemolytic anaemia
EXIT AND RETURN TO ROUTINE FOLLOW-UP

## APPENDIX 3

The following unpublished documents have been supplied to me in confidence by Messrs. Levy, Angstreich, Finney, Baldante and Coren, PC in the USA and Messrs. Lerner in Canada, to facilitate the preparation of my report.

1. Declaration of Dr. Suzanne Parisian, dated May 2003, concerning the antimicrobial testing carried out by St. Jude Medical (SJM), the results of Dr. Goodman's studies on the potential thrombogenicity of Silzone, and data from Field Experience Reports.

2. Field Experience Reports submitted to SJM, reporting complications of the Silzone prosthesis.

3. The unpublished paper of Steven Goodman et al entitled "*Platelet interaction with silver treated sewing cuff fabric of mechanical heart valves: potential effects on tissue ingrowth and healing*".

4. The results of SJM's 'Top Accounts Study'.

5. e-mail from Lisa Kennard to Richard Holubkov attaching Kaplan-Meier analyses, January 16, 2001.

6. Subanalysis of thromboembolism in the AVERT study by Holubkov et al, submitted to an American Heart Association meeting as an abstract, and a further more detailed (unpublished) paper entitled "*Silzone valves are not associated with elevated rates of thromboembolism*".

7. Presentations given at the AVERT investigators meeting in January 2003.

8. AVERT adjudication data.

9. The analysis of explanted Silzone valves performed by Dr. Gregory Wilson.

10. Declaration of Dr. Gregory Wilson dated May 2003, concerning SJM's sheep experiments.

11. Declaration of Kevin Healy, PhD, dated May 2003, concerning issues of silver toxicity and the variability of leaching of silver from the Silzone coating.

12. Various relevant e-mail correspondence between SJM employees with regard to Silzone complications.

13. Various relevant e-mail correspondence between SJM employees and AVERT investigators.

14. Presentations given at the AVERT co-ordinators' meeting, January 2005, identifying missing follow-up data.