# CURRICULUM VITAE

## November 2005

**Name:** Eric Gordon Butchart

**Date of Birth:** 29th March, 1943

**Title and Affiliations:** Senior Consultant Cardiothoracic Surgeon, University Hospital of Wales, Cardiff, U.K.

Clinical Teacher in Cardiothoracic Surgery, University of Wales College of Medicine, Cardiff, U.K.

**Appointed:** 1st July, 1978

**Qualifications:**
MB, BS Dunelm 1965
FRCS England 1970
FETCS 1998
FESC 1998

**Distinction Award** Award status A since 1994

**Societies**:

**British**

Society of Thoracic and Cardiovascular Surgeons of Great Britain and Ireland

British Cardiac Society.

British Thoracic Society

Welsh Thoracic Society

Cardiac Surgical Research Club.

**European**

European Society of Cardiology

European Society of Cardiology Working Group on Valvular Heart Disease (Chairman 2000 – 2002).

European Association for Cardiothoracic Surgery.

**U.S.A.**

Society of Thoracic Surgeons

## Editorial Activities

European Surgical Editor of the *Journal of Heart Valve Disease*, since its first issue in September 1992 until January 1998.

Associate Editor of *Heart*, since January 2003.

Member of Editorial Board of the *Journal of Thoracic and Cardiovascular Surgery.*

Senior Editor of Book, *Current Issues in Heart Valve Disease: Thrombosis, Embolism and Bleeding*, published by ICR Publishers, London 1992.

Senior Editor of Book, *Heart Valve Disease: A Guide to Patient Management after Surgery.* Taylor and Francis, London, in press.

Member of the Scientific Committee of the European Society of Cardiology, abstract grading for the Annual Congresses.

Manuscript reviewer for *'Circulation', 'Annals of Thoracic Surgery' 'Journal of Thoracic and Cardiovascular Surgery', 'Thorax', 'European Journal of Cardiothoracic Surgery', 'Heart', European Heart Journal, 'British Journal of Surgery'* and '*Lancet*'.

Reviewer of grant applications for the British Heart Foundation.

## Visiting Professorships

Visiting Professor in Cardiothoracic Surgery, Yale University, New Haven, CT, USA, April 1996.

Visiting Professor in Cardiothoracic Surgery, University of Linköping, Sweden, December 1997.

Invited Visiting Professor in Cardiothoracic Surgery, University of British Columbia, Vancouver, Canada, 2006.

**Relevant Offices**:

**Current**

Past-Chairman of European Society of Cardiology (ESC) Working Group on Valvular Heart Disease.

Chairman, ESC Guidelines Committee on Management of Patients after Heart Valve Surgery.

Member of ESC Task Force on Management of Heart Valve Disease.

Member of the Scientific Committee of the Euro Heart Survey (Valve Disease section).

Member of WHO Guidelines Committee on Rheumatic Heart Disease.

Specialist Adviser to the National Institute of Clinical Excellence (NICE) Interventional Procedures Programme.

Expert adviser to the Medical Devices Agency (an executive agency of the Department of Health) on cardiovascular devices and reporting guidelines on prosthetic heart valves.

Member of Advisory Board of Anticoagulation Europe, a registered charity devoted to improving the quality of life of anticoagulated patients.

Member of the International Mesothelioma Interest Group.

**Previous**:

Organiser and Chairman of Symposium on Thrombosis, Embolism and Bleeding in Heart Valve Disease, Washington DC, May 1991.

Organiser and Chairman of Workshop on Valve Surgery in Developing Countries, Sydney, Australia, October 1997.

Member of British Cardiac Society (BCS) Working Group on Investigation and Management of Valvular Heart Disease.

Member of Joint BCS/British Society of Haematology Working Group on Anticoagulation Guidelines.

Member of Board of Governors of World Congress on Cerebral Embolism, New Orleans, November 12-15th, 1998.

Course Director of ESC Education and Training Programme: "Difficult Situations in the Management of Valve Disease", March 2001.

Member of Scientific Committee of "Update on Valvular Heart Disease 2002" – a joint symposium of the ESC WG on Valvular Heart Disease and the Portuguese Society of Cardiology, Sintra, Portugal, October 25-26, 2002.

Member of Organising Committee of EuroEcho 6, Munich, Germany, December 4-7, 2002.

Course Director of ESC Education and Training Programme: "Difficult Situations in the Management of Valve Disease", Florence, Italy, April 10-12, 2003.

Member of Organising Committee of International Congress on Valvular Heart Disease – a joint congress of the ESC WG on Valvular Heart Disease and the Polish Cardiac Society, Krakow, Poland, May 8 – 10, 2003.

**Contributions in Wales**

Previously Director of Cardiothoracic Surgery at the University Hospital of Wales, 1990-1997, until the post was abolished in a management reorganisation.

Director of the Cardiff Embolic Risk Factor Study, a major research project supported by the British Heart Foundation, employing two research fellows and three haematology technicians. Analysis has been performed in collaboration with Dr. Gary Grunkemeier, Albert Starr Cardiac Center, Portland, Oregon.

Trustee and committee member of the Heart Research Fund for Wales, a registered charity dedicated to research and treatment of heart and lung disease.

Member of several planning committees on the future of cardiac and thoracic surgery in Wales from 1980 onwards, under the aegis of the Welsh Medical Committee. Reports were produced in 1981 and 1983.

Member of All Wales Thoracic Surgery Review Group, set up in 2002 to advise the Health Commission for Wales on future provision of Thoracic Surgery Services.

Development of radical surgery for diffuse malignant pleural mesothelioma, leading to tertiary referrals of patients from the whole of the UK and from abroad. I developed the first pathological staging system for mesothelioma in 1976, a system which is still referred to as the Butchart staging system internationally. I am collaborating with local pathologists and oncologists in an ongoing research study.

Member of Clinical Governance Committee of University Hospital of Wales, 2000 – 2001.

## PUBLICATIONS IN CARDIAC SURGERY/CARDIOLOGY

### Publications in Peer-reviewed Journals


Kay HR, Rao S, **Butchart EG**, Sbokos C, Austen WG, McEnany MT: Correlation between ischaemic metabolism and post-ischaemic cardiac function.
*J Surg Res* 1978; 24: 193-200.

Kay HR, Grötte GJ, **Butchart EG**, McEnany MT, Austen WG, Buckley MJ: Effects of cross-clamp time, temperature and cardioplegic agents on myocardial function after induced arrest.
*J Thorac Cardiovasc Surg.* 1978; 76: 590-603.

Grötte GJ, Kay H, Levine FH, Rao, **Butchart EG**, McEnany MT, Austen WG, Buckley MJ: Relation between subendocardial blood flow and restoration of left ventricular function after global ischaemia.
*Surg Forum 1978;* 29: 263-264.

**Butchart EG**, McEnany MT, Strich G, Sbokos C, Austen WG: The influence of pre-arrest factors on the preservation of left ventricular function during cardiopulmonary bypass.
*J Thorac Cardiovasc Surg* 1980; 79: 812-821.

Grötte, GJ, **Butchart EG**: Impaction of intra-aortic balloon due to dislocation of central stylet.
*J Thorac Cardiovasc Surg 1980*; 80: 228-232.

**Butchart EG**, Austen WG, McEnany MT: Influence of contractility on myocardial water distribution during cardiopulmonary bypass.
*J Thorac Cardiovasc Surg 1981*; 82: 38-44.

**Butchart EG**, Griffiths BE, Breckenridge IM: Clinical and echocardiographic assessment of the Medtronic Hall Valve.
*Thorac Cardiovasc Surgeon 1983*; 31: 81-84.

Angelini GD, **Butchart EG**, Armistead SH, Breckenridge IM: Comparative study of leg wound skin closure in coronary artery bypass operations.
*Thorax 1984*; 39: 942-945.

Angelini GD, Breckenridge IM, **Butchart EG**, Middleton KM, Henderson AH, Newby AC: Metabolic damage to human saphenous vein during preparation for coronary artery bypass grafting.
*Cardiovasc Res 1985*; 19: 326-334.

**Butchart EG**, Breckenridge IM: The timing of prosthetic valve re-operations based on an analysis of risk factors.
*Z Kardiol* 1986; 75(Suppl.2): 155-159.

Angelini GD, El-Gamary F, **Butchart EG**: Pseudo-arthrosis of the sternum following median sternotomy.
*Eur J Cardiothorac Surg 1987; 1: 120-130.*

Angelini GD, Penny WJ, El-Gamary F, **Butchart EG**, West RR, Breckenridge IM, Henderson AH: The incidence and significance of early pericardial effusion after open heart surgery.
*Eur J Cardiothorac Surg 1987; 1: 165-168.*

**Butchart EG**, Lewis PA, Kulatilake ENP, Breckenridge IM: Anticoagulation variability between centres: implications for comparative prosthetic valve assessment.
*Eur J Cardiothorac Surg* 1988; 2: 72-81.

**Butchart EG**, Lewis PA, Grunkemeier GL, Kulatilake ENP, Breckenridge IM: Low risk of valve thrombosis and serious embolic events despite low intensity anticoagulation.
*Circulation* 1988; 78 (Suppl.1): I 66-77.

Angelini GD, Fraser AG, **Butchart EG**: Left atrial myxoma: not always a benign tumour.
*Eur J Cardiothorac Surg* 1988; 2: 456-468.

Fraser AG, Angelini GD, Ikram S, **Butchart EG**: Left atrial ball thrombus: echocardiographic features and clinical implications.
*Eur Heart J* 1988; 9: 672-677.

Angelini GD, Penny WJ, Ruttley MST, **Butchart EG**, West RR, Henderson AH, Breckenridge IM: Post-infarction ventricular septal defect: the importance of right ventricular coronary perfusion in determining surgical outcome.
*Eur J Cardiothorac Surg* 1989; 3: 156-161.

Lewis PA, **Butchart EG**: Long-term evaluation of mechanical heart valves.
*Lancet* 1989; 1: 1020 (letter).

**Butchart EG**: Surgery for heart valve disease.
*Hosp Update 1990*; 16: 963-976.

**Butchart EG**, Lewis PA, Bethel JA, Breckenridge IM: Adjusting anticoagulation to prosthesis thrombogenicity and patient risk factors.
*Circulation* 1991; 84 (Suppl. III): III 61-69.

**Butchart EG**: Thrombogenesis and anticoagulation in heart valve disease: towards a rational approach (editorial).
*J Heart Valve Dis* 1993; 2: 1-6.

Gohlke-Barwolf C, Acar J, Burckhardt D, Oakley C, **Butchart EG**, et al: Guidelines for prevention of thromboembolic events in valvular heart disease.
*J Heart Valve Dis* 1993; 2: 398-410.

**Butchart EG**, Moreno de la Santa P, Rooney SJ, Lewis PA: The role of risk factors and trigger factors in cerebrovascular events after mitral valve replacement.
*J Card Surg* 1994; 9: (Suppl): 228-236.

**Butchart EG:** Editorial comment on aortic valve replacement without anticoagulation.
*J Heart Valve Dis* 1993; 2: 423.

**Butchart EG**: The significance of sudden and unwitnessed death after heart valve replacement (editorial).
*J Heart Valve Dis* 1994; 3: 1-4.

Rooney SJ, Moreno de la Santa P, Lewis PA, **Butchart EG**: Sudden death in a large prosthetic valve series based on a single prosthesis: experience with the Medtronic Hall valve.
*J Heart Valve Dis* 1994; 3: 5-9.

Bodnar E, **Butchart EG**, Bamford J, van den Besselaar AMHP, Grunkemeier GL, Frater RWM: Proposals for reporting thrombosis, embolism and bleeding after heart valve replacement.
*J Heart Valve Dis* 1994; 3: 120-123.

**Butchart EG**: Anticoagulation management during non-cardiac surgery – time for common sense (editorial).
*J Heart Valve Dis* 1994; 3: 313-314.

**Butchart EG,** Moreno de la Santa P, Rooney SJ, Lewis PA: Arterial risk factors and cerebrovascular events following aortic valve replacement.
*J Heart Valve Dis* 1995; 4: 1-8.

**Butchart EG**: Rationalising antithrombotic management for patients with prosthetic heart valves (editorial).
*J Heart Valve Dis* 1995; 4: 106-113.

Gohlke-Barwolf C, Acar J, Oakley C, **Butchart EG**, Burckhardt D, et al: Guidelines for prevention of thromboembolic events in valvular heart disease. Study group of the Working Group on Valvular Heart Disease of the European Society of Cardiology.
*Eur Heart J* 1995; 16: 1320-1330.

Gohlke-Barwolf C, Acar J, Oakley C, **Butchart EG**, Burckhardt D, et al: Recommendations for prevention of thromboembolism in heart valve diseases. Working Group on Valvular Heart Disease, European Society of Cardiology.
*Z Kardiol* 1995; 84: 1018-1032.

Bryan AJ, **Butchart EG**: Prosthetic heart valves and anticoagulant management during non-cardiac surgery.
*Br J Surg* 1995; 82: 577-578.

Kuo J, **Butchart EG**: Sternal wound dehiscence.
*Care Crit Ill* 1995; 11: 244-248

Working Group of British Cardiac Society: Valvular heart disease: recommendations for investigation and management.
*J Roy Coll Phys* 1996; 30: 309-315.

Bodnar E, Arru P, **Butchart EG** et al. Wear in mechanical heart valves.
*J Heart Valve Dis* 1996; 5 (Suppl I): S149-S156.

**Butchart EG**: Fibrinogen and leukocyte activation: the keys to understanding prosthetic valve thrombosis?
*J. Heart Valve Dis.* 1997; 6: 9-16.

Ionescu AA, Newman GR, **Butchart EG**, Fraser AG. Morphologic analysis of a strand recovered from a prosthetic mitral valve: no evidence of fibrin.
*J Am Soc Echocardiogr* 1999; 11: 5-20.

Ionescu AA, Moreno de la Santa P, Dunstan FD, **Butchart EG**, Fraser AG: Mobile echoes on prosthetic valves are not reproducible.
*Eur Heart J* 1999; 20: 140-147.

Pitsis, AA, Cullen HC, Musumeci F, Zaman AG, **Butchart EG**. A new strategy of total arterial revascularisation.
*Ann Thorac Surg* 1999; 67: 1186-1187.

Ionescu AA, **Butchart EG**. The vegetation that was not a vegetation: excusable misinterpretation of transesophageal echocardiography findings in late infective endocarditis of a prosthetic mitral valve.
*J Am Soc Echocardiogr 2000; 13: 322-324.*

**Butchart EG**, Li HH, Payne N, Buchan K, Grunkemeier GL. Twenty years experience with the Medtronic Hall valve.
*J Thorac Cardiovasc Surg* 2001; 121:1090-1100.

**Butchart EG**. Invited commentary on: Intermediate-term results with 1,019 Carbomedics aortic valves.
*Ann Thorac Surg* 2001; 71: 1187-1188.

Ionescu AA, West RR, Proudman C, **Butchart EG**, Fraser AG. Prospective study of routine perioperative transesophageal echocardiography for elective valve replacement: clinical impact and cost-saving implications.
*J Am Soc Echocardiogr* 2001; 14: 659-667.

**Butchart EG**. Invited commentary on: Self-managed anticoagulation.
*Ann Thorac Surg* 2002; 72: 1527.

**Butchart EG**, Payne N, Li HH, Buchan K, Mandana K, Grunkemeier GL. Better anticoagulation control improves survival after valve replacement.
*J Thorac Cardiovasc Surg:* 2002; 123: 715-723.

Iung B, Gohlke-Bärwolf C, Tornos P, Tribouilloy C, Hall R, **Butchart EG**, Vahanian A. Recommendations on the management of the asymptomatic patient with valvular heart disease.
*Eur Heart J: 2002;* 23: 1253-1266.

Shaaban-Ali M, Harmer M, Vaughan RS, Dunne JA, Latto IP, Haaverstad R, Kulatilake EN, **Butchart EG**. Changes in serum S100beta protein and Mini-Mental State Examination after cold (28 degrees C) and warm (34 degrees C) cardiopulmonary bypass using different blood gas strategies (alpha-stat and pH-stat).
Acta Anaesthesiol Scand 2002; 46: 10-16.

Zamvar VY, Khan NU, Madhaven A, Kulatilake N. **Butchart EG**. Clinical outcomes in coronary artery bypass graft surgery: comparison of off-pump and on-pump techniques.
*Heart Surg Forum* 2002; 5: 109-13.

**Butchart EG**, Ionescu AA, Payne N, Giddings JC, Grunkemeier GL, Fraser AG. A new scoring system to determine thromboembolic risk after heart valve replacement.
*Circulation*: 2003; 108 (Suppl II): 68-74.

Blackstone EH, Cosgrove DM, Jamieson WRE, Birkmeyer NJ, Lemmer JH, Miller DC, **Butchart EG**, Rizzoli G, Yacoub M, Chai A. Prosthesis size and long-term survival after aortic valve replacement.
J Thorac Cardiovasc Surg: 2003; 126; 783-796.

Iung, B, Baron G, **Butchart EG**, Delahaye F, Gohlke-Bärwolf C, Levang OW, Tornos P, Vanoverschelde J-L, Vermeer F, Boersma E, Ravaud Ph, Vahanian A. A prospective survey of patients with valvular heart disease in Europe: The Euro Heart Survey on Valvular Heart Disease.
*Eur Heart J* 2003; 24: 1231-1243.

Ionescu A, Payne N, Fraser AG, Giddings J, Grunkemeier GL, **Butchart EG**. Incidence of embolism and paravalvular leak after St. Jude Silzone valve implantation.
*Heart* 2003; 89: 1055-1061.

Ionescu A, Fraser AG, **Butchart EG**. Prevalence and clinical significance of incidental paraprosthetic valvar regurgitation: a prospective study using transoesophageal echocardiography.
*Heart* 2003; 89: 1316-1321.

Raja SG, **Butchart EG**. Delayed onset adrenal insufficiency after cardiac surgery despite perioperative steroid supplementation.
J Cardiothorac Vasc Anesth 2003; 18: 80-81.

**Butchart EG**, Gohlke-Bärwolf C. Anticoagulation management of patients with prosthetic heart valves.
*J Am Coll Cardiol* 2004; 44: 1143-1144.

Tornos P, Permanya-Miralda G, Iung B, Baron G, Delahaye F, Gohlke-Bärwolf C, **Butchart EG,** Ravaud P, Vahanian A. Infective endocarditis in Europe: lessons from the Euro Heart Survey.
*Heart* 2005;91: 571-575.

**Butchart EG**, Gohlke-Bärwolf C, Antunes M, Tornos P, De Caterina R, Cormier B, Prendergast B, Iung B, Bjornstad H, Leport C, Hall RJC, Vahanian A. Recommendations for the management of patients after heart valve surgery. *Eur Heart J* 2005; 26:2463-2471.

Rahman M, BinEsmael T, Payne N, **Butchart EG**. Increased sensitivity to warfarin after heart valve replacement. *Ann Pharmacother* 2005; in press.

**Books**

**Butchart EG**, Bodnar E (Eds): *Current Issues in Heart Valve Disease: Thrombosis, Embolism and Bleeding.* London, ICR Publishers, 1992.

**Butchart EG**, Gohlke-Barwolf C, Antunes MJ, Hall RJC (Eds): *Heart Valve Disease: A Guide to Patient Management after Surgery.* Taylor and Francis, London, March 2006.

**Book Chapters**:

**Butchart EG**: Prosthetic valve re-operations. Chapter 24 in *Heart Valve Replacement and Reconstruction.* (Ed. Starek P). Published by Year Book Medical Publishers, Chicago, 1987, pp 293-303.

**Butchart EG**: The complications of heart valve replacement and their prevention: technical considerations. Chapter 4 in *Heart Valve Replacement: Current Status and Future Trends.* (Eds. Rabago G, Cooley DA). Published by Futura Publishing, New York, 1987, pp 31-53.

**Butchart EG**, Lewis PA, Coombes JA, Breckenridge IM: Moving towards prosthesis-specific anticoagulation. In *Surgery for Heart Valve Disease.* (Ed. Bodnar E). Published by ICR Publishers, London 1990, pp 174-183.

**Butchart EG**: Thrombosis, Embolism and Bleeding. Chapter 4 in *Replacement Heart Valves.* (Eds. Bodnar E, Frater RWM). Published by Persimmon Press, New York, 1991, pp 77-98.

**Butchart EG**: Thrombogenicity, Thrombosis and Embolism. Chapter 2.4 in *Current Issues in Heart Valve Disease: Thrombosis, Embolism and Bleeding.* (Eds. Butchart EG, Bodnar E). Published by ICR Publishers, London, 1992, pp 172-205.

**Butchart EG**: Prosthesis-specific and patient-specific anticoagulation. Chapter 3.4 in Current Issues in Heart Valve Disease: Thrombosis, Embolism and Bleeding (Eds. Butchart EG, Bodnar E). Published by ICR Publishers, London, 1992, pp 293-317.

**Butchart EG**: Thrombogenesis and its management: Chapter 10.3 in *Textbook of Acquired Heart Valve Disease.* (Eds. Acar J, Bodnar E). ICR Publishers, London 1995, pp 1048-1120 (502 references).

**Butchart EG**: Prosthetic heart valves. Chapter 22 in *Cardiovascular Thrombosis.* 2nd Edition (Eds. Verstraete M, Fuster V, Topol EJ). Published by Lippincott-Raven, Philadelphia 1998, pp 399-418.

**Butchart EG**: The surgery of rheumatic heart valve disease. In *Rheumatic Fever and Rheumatic Heart Disease.* WHO Technical Report Series 923.
World Health Organisation, Geneva, 2004, pp 73-81.

**Butchart EG**, Gohlke-Bärwolf C, De Caterina R. Antithrombotic management in patients with prosthetic valves. Chapter 14 in *Therapeutic Strategies in Thrombosis* (Eds. Kristensen SD, De Caterina R, Moliterno DJ). Published by GPS, London, 2005.

**Butchart EG**, Gohlke-Bärwolf C, Renda G, De Caterina R. Antithrombotic management. Chapter 8 in *Heart Valve Disease: A Guide to Patient Management after Surgery* (Eds. Butchart EG, Gohlke-Bärwolf C, Antunes MJ, Hall RJC). Published by Taylor and Francis, London. Publication date March 2006.

**Abstracts**:

Ionescu A, Moreno de la Santa P, **Butchart EG**, Fraser AG. Is there a place for routine early post-operative transoesophageal echocardiography in prosthetic heart valve recipients?
*Heart* 1995; 75 (Suppl. 2): 45 (Abstract).

Moreno de la Santa P, Ionescu A, Fraser AG, **Butchart EG**. HITS during TCD monitoring in prosthetic heart recipients. A comparative study between single disc and bileaflet prostheses.
*Cerebrovasc Dis* 1996; 6 (Suppl. 3): 1-70 (Abstract).

Ionescu A, Moreno de la Santa P, **Butchart EG**, Fraser AG. Routine post-operative transoesophageal echocardiography in prosthetic heart valve recipients: is it worth the trouble?
*Eur Heart J* 1996: 17 (Abstract Suppl.): 229.

Ionescu A, Moreno de la Santa P, Giddings J, **Butchart EG**, Fraser AG. Cerebral embolic events on transcranial Doppler monitoring in prosthetic heart valve recipients: incidental finding or valve-related problem?
*Eur Heart J* 1996: 17 (Abstract Suppl.): 249.

Ionescu A, Moreno de la Santa P, **Butchart EG**, Fraser AG. Benign clinical course of paraprosthetic regurgitation detected at early post-operative transoesophageal echocardiography.
*Heart* 1997; 77 (Suppl. 1): P42 (Abstract).

Ionescu A, Moreno de la Santa P, **Butchart EG**, Fraser AG. Markers of embolic risk after heart valve replacement: a prospective study using transoesophageal echocardiography.
*Echocardiography* 1997; 14 [6 pt. 2] S7: Abstract 479.

Ionescu A, Moreno de la Santa P, Dunstan F, **Butchart EG**, Fraser AG. High inter-centre variability in reporting mobile echoes on prosthetic heart valves: urgent need for consensus.
*Eur Heart J* 1997; 18 (Abstract Suppl.): 137.

Moreno de la Santa P, Ionescu A, Giddings J, Fraser AG, **Butchart EG**. Prevalence of high intensity transient signals in patients with bioprosthetic heart valves.

7th International symposium on Cardiac Bioprostheses, Barcelona, Spain, June 1997.

Ionescu A, Moreno de la Santa P, West RR, Fraser AG, **Butchart EG**. Is it justified to perform routine intra-operative transoesophageal echocardiography in patients having elective valve replacement? Clinical impact and cost-effectiveness.
*Eur Heart J* 1998; 19: 66.

Ionescu A, Moreno de la Santa P, West RR, Fraser AG, **Butchart EG**. High prevalence of atherosclerosis in patients with aortic stenosis. Chance finding or causal link?
*Euro Heart J 1998; 19: 653.*

Ionescu A, West R, Proudman C, **Butchart EG**, Fraser AG. Impact of routine intraoperative TEE on valve replacement operations: a cost benefit analysis.
*J Am Coll Cardiol* 1999; 33 (Suppl A): 547A.

Ionescu A, Fraser AG, **Butchart EG**. High incidence of embolism after St. Jude Silzone prosthetic valve implantation.
*Circulation* 1999; 100 (Suppl I): 524.

**Butchart EG**, Grunkemeier GL, Li HH, Buchan K. Evaluation of results after aortic valve replacement: comparison to general population data facilitates standardisation.
*Cardiovasc Engineer 2000; 5: 113.*

Ionescu A, **Butchart EG**, Fraser AG. The fate and significance of small paraprosthetic jets after valve replacement: is transoesophageal echocardiography too sensitive?
*Eur Heart J 2000; 21: 692.*

Ionescu A, **Butchart EG**, Fraser AG. Prevalence, clinical significance and time course of small paraprosthetic jets after elective valve replacement: a prospective transoesophageal echocardiographic study.
*Circulation* 2000; 102 (Suppl II): 462.

**Butchart EG**, Ionescu A, Payne N, Westmoreland D, Fraser AG. Serological evidence of previous infection with Chlamydia pneumoniae is the strongest predictor of thromboembolism after valve replacement.
*Circulation* 2001; 104 (Suppl II): 762.

**Butchart EG**, Payne N, Li HH, Buchan K, Mandana K, Grunkemeier GL. Determinants of long-term survival after mitral valve replacement: experience from a 20 year study.
*J Am Coll Cardiol* 2002; 39 (Suppl B): 297B.

Ionescu A, Payne N, Fraser AG, **Butchart EG**, Microembolic signals on transcranial Doppler are not associated with embolism after valve replacement: a large prospective study.
*J Am Coll Cardiol* 2002; 39 (Suppl B): 295B.

Ionescu A, Payne N, **Butchart EG**, Fraser AG. Strands on native heart valves: innocent bystanders, not markers of thromboembolism.
*J Am Coll Cardiol* 2002; 39: (Suppl B): 296B.

**Butchart EG**, Payne N, Ionescu AA, Grunkemeier GL, Giddings JC, Fraser AG. A new scoring system to determine thromboembolic risk after heart valve replacement based on clinical inflammatory and haematological markers.
*Circulation* 2002; 106 (Suppl II): 554.

Gohlke-Barwolf C, lung B, **Butchart EG**, Tornos Mas P, Vanovderschelde JL, Vermeer F, Zeymer U, Vahanian A. Unexpected findings in anticoagulation management in patients with valvular heart disease after valve surgery.
*Eur Heart J 2003; 24 (Suppl): Abstract # 2278.*

lung B, Tornos Mas P, Baron G, Vermeer F, **Butchart EG**, Gohlke-Barwolf C, Behar S, Vahanian A. Current management of asymptomatic patients with severe aortic regurgitation.
*Eur Heart J* 2003; 24 (Suppl ): Abstract # 3541.

**Butchart EG**, Payne N, Li, HH, Buchan K, Grunkemeier GL. Patient risk factors for prosthetic endocarditis.
*J Cardiovasc Surg* 2003; 44 (Suppl 1): 34.

lung B, Fondard O, Gilon D, Baron G, Vermeer F, **Butchart EG**, Cachier A, Vahanian A. Prediction of operative mortality during valve surgery. Lessons from the Euro Heart Survey on Valvular Heart Disease.
*Euro Heart J* 2004; 25(Suppl): Abstract # 3778.

lung B, Baron B, Fondard O, Gilon D, Vermeer F, **Butchart EG**, Cachier A, Vahanian A. Is the Euroscore reliable in the prediction of operative mortality in valve surgery?
*J Am Coll Cardiol* 2005;45(Suppl A):357A.

**Butchart EG**, Payne N, Grunkemeier GL. Factors determining bleeding risk after mechanical valve replacement – 20 years experience in 1,776 patients.
*J Heart Dis* 2005; 4: 61.

**Butchart EG**, Payne N, Grunkemeier GL. Low thrombogenicity mechanical aortic prosthesis with low intensity anticoagulation – a safe option for the elderly.
*J Heart Dis* 2005; 4: 122.

**Butchart EG**, Nair R, Ionescu A, Payne N, Fraser G. Risk scoring predicts patients at higher risk of thromboembolic complications after valve replacement.
*J Heart Dis* 2005; 4: 138.

## PUBLICATIONS IN THORACIC SURGERY

### Publications in Peer-reviewed Journals

Lawson RA, **Butchart EG**, Soriano A, Barnsley WC: Spontaneous rupture of the oesophagus.
*J Roy Coll Surg Edin* 1974; 19: 363-369.

**Butchart EG**, Grötte GJ, Barnsley WC: Spontaneous rupture of an intercostal artery in a patient with neurofibromatosis and scoliosis.
*J Thorac Cardiovasc Surg* 1975; 69: 919-921.

**Butchart EG**, Ashcroft T, Barnsley WC, Holden MP: Pleuropneumonectomy in the management of diffuse malignant mesothelioma of the pleura.
*Thorax* 1976; 31: 15-24.

**Butchart EG**, Urquhart W, Porteous IB, Barnsley WC: Granular cell myoblastoma of the bronchus.
*Brit J Radiol* 1976; 49: 87-90.

**Butchart EG**: Pleuropneumonectomy in diffuse malignant mesothelioma of the pleura.
**In Year Book of Cancer 1977**
Published by Year Book Medical Publishers, Chicago, 1977.

**Butchart EG**, Ashcroft T, Barnsley WC, Holden MP: The role of surgery in diffuse malignant mesothelioma of the pleura.
*Semin Oncol* 1981; 8: 321-328.

Allen SC, Riddell GS, **Butchart EG**: Bleomycin therapy and anaesthesia; the possible hazards of oxygen administration to patients after treatment with bleomycin.
*Anaesthesia* 1981; 36: 60-63.

Ashour M, **Butchart EG**, Breckenridge IM: Phreno-oesophageal muscle: anomaly or rudimentary oesophageal sphincter.
*J Roy Coll Surg Edin* 1984; 29: 387-388.

Angelini GD, **Butchart EG:** Lymphoma mimicking cardiomegaly.
*Thorax* 1984; 39: 72-73.

Sherani TM, Angelini GD, Passani SP, **Butchart EG**: Vocal cord paralysis associated with coal workers' pneumoconiosis and progressive massive fibrosis.
*Thorax* 1984; 39: 683-684.

Ashour M, Campbell IA, Umachandran V, **Butchart EG**: Late complication of plombage thoracoplasty.
*Thorax* 1984; 40: 394-395.

Ashour M, **Butchart EG**, Breckenridge IM: Simultaneous intrathoracic and peritoneal splenosis with spontaneous regression of intrathoracic splenosis.
*J Roy Coll Surg Edin* 1985; 30: 261-263.

Gough JD, Williams AB, Vaughan RS, Khalil JF, **Butchart EG**: The control of post-thoracotomy pain: a comparative evaluation of thoracic epidural fentanyl infusions and cryoanalgesia.
*Anaesthesia* 1988; 43: 780-783.

**Butchart EG**, Gibbs AR: Pleural mesothelioma.
*Curr Opin Oncol* 1990; 2: 352-358.

Davis CJ, **Butchart EG**, Gibbs AR: Neurilemmoma of the intrathoracic vagus nerve.
*Eur Respir J* 1991; 4: 508-510.

Davis CJ, **Butchart EG**, Gibbs AR: Nodular pulmonary amyloidosis occurring in association with pulmonary lymphoma.
*Thorax* 1991; 46: 217-218.

Maddox PR, Mansel RE, **Butchart EG** Traumatic rupture of the diaphragm, a difficult diagnosis.
*Injury* 1991; 22: 299-302.

Adams H, Bernard MS, **Butchart EG:** Computed tomographic appearances following pleuropneumonectomy for malignant mesothelioma.
*Radiol and Oncol* 1991; Brighton, UK. 1991: 7-8.

Adams H, **Butchart EG**: Computed tomographic assessment of patients following radical surgery for malignant mesothelioma.
*Clin Radiol* 1992; 45: 120-124.

White PG, Adams H, Crane MD, **Butchart EG**: Pre-operative staging of carcinoma of the bronchus: can CT reliability identify stage III tumours?
*Thorax* 1994; 49: 951-957.

Moreno de la Santa P, **Butchart EG**: Therapeutic options in mesothelioma.
*Curr Opin Oncol* 1995; 7: 134-137.

International Mesothelioma Interest Group: A proposed new international TNM staging system for Malignant Pleural Mesothelioma.
*Chest* 1995; 108: 1122-1128.

**Butchart EG**. Contemporary management of malignant pleural mesothelioma.
*Oncologist* 1999; 4: 488-500.

Zaidi A, Zamvar V, Macbeth F, Gibbs AR, Kulatilake N, **Butchart EG**. Pulmonary blastoma – medium term results from a regional centre.
*Ann Thorac Surg* 2002; 73: 1572-1575.

Jacob R, Hawkes ND, Dallimore N, **Butchart EG**, Thomas GAO, Maughan TS: Squamous carcinoma in an oesophageal foregut cyst.
*Br J Radiol* 2003; 76: 343-346.

Jasani B, Coleman S, **Butchart EG**, Evans EML Adams M, Mason M, Gibbs A, Tabi Z: Assessment of immunological competence and SV40 specific recall immunity in malignant pleural mesothelioma.
*Vaccine* 2005; 23: 2399-402.

Luckraz H, Morgan M, Gibbs AR, **Butchart EG**. Pseudomesothelioma resulting from a metastatic malignant melanoma.
*Eur J Cardiothorac Surg* 2005; 28: 655-6.

Luckraz H, Amer K, Thomas L, Gibbs AR, **Butchart EG**. Long term outcome of bronchoscopically resected endobronchial typical carcinoid.
Submitted to *J Thorac Cardiovasc Surg*

**Book Chapter:**

**Butchart EG**: The surgery of mesothelioma.
Chapter 39 in *Thoracic Oncology*. (Eds. Roth JA, Ruckdeschel JC, Weisenburger TH). Published by WB Saunders Co., Philadelphia, 1989, pp 566-587).

**Abstract:**

Rahman M, Payne N, Lester J, Moreno de la Santa P, Gibbs AR, **Butchart EG**. Comparison of pleurectomy/decortication and pleuropneumonectomy in the treatment of mesothelioma: a 22 year experience.
*Lung Cancer* 2003; 41 (Suppl 2): S59.

## CHAIRMANSHIP OF INTERNATIONAL MEETINGS

### Meeting Chairman

1981 International Valve Symposium, Palma, Majorca.

1991 Symposium on Thrombosis, Embolism and Bleeding in Heart Valve Disease, Washington DC.

1997 Workshop on Valve Surgery in Developing Countries, Sydney, Australia.

2001 ESC Education and Training Programme: 'Difficult Situations in the Management of Valve Disease', European Heart House, Sophia Antipolis, France.

2003 ESC Education and Training Programme: Difficult Situations in the Management of Valve Disease', Florence, Italy.

### Session Chairman

1985 Spanish Thoracic Surgery Postgraduate Course, Madrid, Spain (Co-moderator with Dr. Nael Martini).

1995 Meetings at Royal Society of Medicine, London, on 'Left Ventricular Function in Valve Disease' and 'The Small Aortic Root.

1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005 European Society of Cardiology annual meetings.

2001, 2002, 2003 French Society of Cardiology, Paris.

2002 German Cardiac Society, Mannheim (joint meeting with ESC WG).

2002 Portuguese Society of Cardiology, Sintra (joint meeting with ESC WG).

2002 EuroEcho, Munich, Germany.

2003 Polish Cardiac Society, Krakow, Poland (joint meeting with ESC WG).

2004 International Mesothelioma Interest Group, Brescia, Italy

## INVITED LECTURES TO INTERNATIONAL SOCIETIES AND ORGANISATIONS

| | |
|---|---|
| 1981 | Surgical Society of the GDR, Halle, East Germany. |
| 1985 | Spanish Thoracic Surgery Postgraduate Course, Madrid, Spain |
| 1987 | Asian Congress on Thoracic and Cardiovascular Surgery, Singapore. |
| 1988 | Royal Australasian College of Surgeons, Brisbane, Australia. |
| 1988 | Cardiac Society of Australia and New Zealand/Royal Australasian College of Physicians joint meeting, Sydney, Australia. |
| 1992 | International Society of Cardiovascular Surgery, Seville, Spain. |
| 1993 | International Workshop on Mesothelioma Staging, IASLC meeting, Colorado Springs, USA. |
| 1994 | European Association for Cardiothoracic Surgery, Paris, France. |
| 1996 | Review Course in Cardiothoracic Surgery, Birmingham, UK. |
| 1996 | European School of Oncology, London, UK. |
| 1996 | Japanese Association for Thoracic Surgery, Kyoto, Japan. |
| 1997 | European School of Oncology, Bari, Italy. |
| 1997 | Dubai International Cardiology Conference, Dubai. |
| 1997 | International Congress on Thorax Surgery, Athens, Greece. |
| 1997 | Scandinavian Association for Thoracic Surgery, Trondheim, Norway. |
| 1997 | Asian Congress on Thoracic and Cardiovascular Surgery, Sydney, Australia. |
| 1997 | Japanese Society for Cardiovascular Surgery, Tokyo, Japan. |
| 1998 | American Association for Thoracic Surgery, Boston, USA. (postgraduate course) |
| 1998 | European Society of Cardiology, Vienna, Austria. |
| 1998 | World Congress on Cerebral Embolism, New Orleans, USA. |
| 2000 | European Society of Cardiology, Amsterdam, Holland. |
| 2001 | French Society of Cardiology, Paris, France. |
| 2001 | International Cardiology Congress of the South Pacific, Tahiti, French Polynesia. |
| 2001 | European Society of Cardiology, Stockholm, Sweden. |
| 2001 | Symposium on Progress in Cardiovascular Disease, Rome, Italy. |
| 2002 | European Society of Cardiology, Berlin, Germany. |
| 2002 | EuroEcho meeting, Munich, Germany. |
| 2003 | Polish Cardiac Society, Krakow, Poland. |
| 2003 | Portuguese Society of Cardiology, Sintra, Portugal. |
| 2003 | European Society of Cardiology, Vienna, Austria. |

| | |
|---|---|
| 2003 | EuroEcho meeting, Barcelona, Spain |
| 2004 | Norwegian Cardiothoracic Surgical Association, Oslo, Norway. |
| 2004 | European Society of Cardiology, Munich, Germany. |
| 2004 | EuroEcho meeting, Athens, Greece |
| 2005 | French Society of Cardiology, Paris, France |
| 2005 | American College of Cardiology, Orlando, Florida |
| 2005 | Norwegian Congress on Preventive Cardiology and Cardiac Rehabilitation, Tønsberg, Norway. |

## PRESENTATIONS OF PAPERS SUBMITTED TO INTERNATIONAL SOCIETIES

Thoracic Society of Australia, 1984.

European Society of Cardiology (annual meetings and Working Group meetings), 1987, 1989, 1992, 1993 and 1998.

European Association for Cardiothoracic Surgery, 1987.

American Heart Association, 1987, 1990, 1999, 2000, 2001, 2002

World Society of Cardiothoracic Surgeons, 2000, 2003

Western Thoracic Surgical Association, USA, 2001.

World Congress of Cardiology, 2002.

World Congress on Heart Disease, 2005.

## INVITED LECTURES TO INTERNATIONAL SYMPOSIA ON VARIOUS ASPECTS OF HEART VALVE DISEASE

Lisbon, Portugal (1981), Palma, Majorca (1982), Bermuda (1984), Dusseldorf, Germany (1985), Lanzarote, Spain (1987), Paris, France (1987), London, England (1989), Washington DC, USA (1991), Sheffield, England (1991), Turnberry, Scotland (1991), Boston, USA (1993), Naples, Italy (1994), Tampa, Florida (1995), Visby, Sweden (1995), Aarhus, Denmark (1995), Paris, France (1996), San Diego, USA (1996), Bermuda (1996), Naples, Florida (1997), Edinburgh, Scotland (1998), Phoenix, USA (1998), Paris, France (1999), Bad Oeynhausen, Germany (1999), Colorado Springs, USA (1999), St. Petersburg, Florida, USA (2001), Chicago, USA (2001), Sardinia, Italy (2001), Phoenix, AZ, USA (2002), Faro, Portugal (2002), Toronto, Canada (2002), Trondheim, Norway (2002), Berlin (2003).