Levy Angstreich Finney
Baldante Rubenstein & Coren P.C.

Mark S. Levy ★✱
Steven E. Angstreich ✱
Lawrence D. Finney ✓✱
John W. Baldante ✱
Martin G. Rubenstein ✱
Michael Coren ✱
Carolyn C. Lindheim ✱
Thomas S. Harty, LL.M ✱
Amy R. Brandt ✱
Melissa T. Herskowitz ✱
Jack S. Cohen ✱
Silvia M. Ferri ✱
Paul N. Bonavita ✱
Theresa S. Corson ✱
R. Erick Chizmar ✱ ¥
ElizaBeth W. Finizio ✱ ✕
Pamela S. Augustin ✱
Laura Federico ✱

★ *Certified by the Supreme Court of New Jersey as a Civil Trial Attorney*
✓ *National Board of Trial Advocacy Certified Civil Trial Attorney*
✱ *Also Member of PA Bar*
✱ *Member of PA Bar Only*
¥ *Also Member of New York Ba*
✕ *Also Member of Florida Bar*

Woodcrest Pavilion
Suite 100
Ten Melrose Avenue
Cherry Hill, NJ 08003

856-424-8967
800-601-1616
Fax: 856-795-7447

1616 Walnut Street
5th Floor
Philadelphia, PA 19103

215-735-1616
Fax: 215-545-2642

www.levyangstreich.com

November 30, 2005

**VIA E-MAIL**

David E. Stanley, Esquire
Reed Smith Crosby Heafey
355 South Grant Ave
Ste 2900
Los Angeles, Ca. 90071

**RE: ST. JUDE MEDICAL INC.**
**Our File No: 34713-J**

Dear David:

Supplementing Dr. Butchart's report, and per F.R.C.P. 26, Mr. E. Butchart has received £ 36, 300 sterling. His trial and deposition charges will be at the rate of £ 150 per hour and days away from practice will be charged as an 8 hour day (£ 1, 200 sterling) per day.

Very truly yours,

STEVEN E. ANGSTREICH
MICHAEL COREN
CAROLYN C. LINDHEIM

SEA/amc
cc: E. Butchart
MDL PSC
James Newland, Esq.