IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

- - -

IN RE: : MDL DOCKET NO.
ST. JUDE MEDICAL, INC.; : 1396
SILZONE HEART VALVES :
PRODUCTS LIABILITY :
LITIGATION : ORIGINAL

- - -

June 26, 2006

- - -

Oral deposition of ERIC G. BUTCHART, held in the offices of Reed Smith, LLP, One Liberty Place, Conference Room 24A, Philadelphia, Pennsylvania 19103 commencing at 9:00 a.m., on the above date, before Harvey Krauss, a Federally-Approved Registered Professional Reporter and a Commissioner of the Commonwealth of Pennsylvania.

- - -

ESQUIRE DEPOSITION SERVICES
Four Penn Center
1600 John F. Kennedy Boulevard
Suite 1210
Philadelphia, Pennsylvania 19103
(215) 988-9191

A. No.
Q. Do you have any formal training in biomaterial science?
A. No.
Q. Do you have any formal training in hematology?
A. No. I mean, other than obviously the, you know, what one learns in medical school as part of acquiring a medical degree. All of those subjects are covered.
Q. So no further specialized training in hematology after medical school?
A. No. That's correct.
Q. So you wouldn't have any other -- any further specialized training than any other physician, essentially?
A. Well, it depends what you mean by training. Certainly no formal training, but as I said before, I've made myself very familiar with the relevant parts of the literature relevant for the problems of thromboembolism after heart

valve surgery.

Q. Can you be more specific then? You wouldn't have any other formal training on hematology than any other medical -- than any other physician?

A. Not formal training, but I think I would say that I have, you know, interested myself perhaps more in those specialties than the average cardiovascular surgeon because of my particular research interest.

Q. How about echocardiography, do you have any formal training in echocardiography?

A. No, I do not.

Q. Have you ever performed an echocardiographic exam?

A. No. That's because surgeons do not perform echocardiography but, however, increasingly now a days surgeons are familiar with echocardiographic appearances because that is part of day-to-day life as a surgeon. Echocardiography is used routinely in the

operating room now, in the preoperative and postoperative assessment of patients. So most cardiovascular surgeons nowadays have at least a working knowledge of echocardiography even though they would probably not be regarded as experts in that field.

Q. Well, that's a good clarification. Do you consider yourself an expert in echocardiography?

A. I would not say I was an expert in echocardiography, no, but I -- again I would say that I'm familiar with the basic techniques and interpretation because it's part of the, you know, day-to-day practice.

Q. Do you consider yourself an expert in hematology?

A. Again, I would answer in the same way. No, I'm not an expert in hematology. But on the other hand I have made myself familiar with the relevant aspects of hematology as they applied to the problems of thromboembolism after

heart valve surgery.

Q. Do you consider yourself an expert in biomaterial science?

A. I, again, would answer in the same way, I've made myself familiar with those aspects of biomaterial science that apply to the -- my field of research interests. And I also would say that I edited a book in 1992, on the problems of thrombosis, embolism and bleeding which included a chapter on biomaterial sciences which I edited as part of my editorial work for that book. So I regard myself as familiar with the basics of biomaterial science.

Q. You didn't author that chapter?

A. I did not author that chapter. I edited the chapter.

Q. Who was the author of that chapter?

A. Dr. Schonn was one of the authors of that chapter.

Q. Which book was that? Can

you point that out on your CV, please?

A. Yes, certainly. Yes. The book was entitled Current Issues in Heart Valve Disease Thrombosis, Embolism and Bleeding published in 1992, and it appears on page 11 of my CV.

Q. Do you have any formal training in epidemiology, other than what you have received in medical school?

A. No.

Q. Do you consider yourself an expert in epidemiology?

A. Again, I would answer in the same way. I have made myself familiar with the aspects of epidemiology as they apply to the problems of interpreting data about heart valve disease in general, and in particular the literature relating to heart valve replacement and its problems.

Q. How about toxicology? Do you have any formal training in toxicology?

A. Not other than what I

received in part of my medical training.

Q. Do you consider yourself an expert in toxicology?

A. No. Again, I would answer in the same way to that question. I've made myself familiar with the aspects of toxicology as they apply to this particular case.

Q. And do you have any formal training in metallurgy?

A. No, I do not have any formal training, but, again, I would answer in the same way as the previous questions.

Q. Do you consider yourself an expert in metallurgy?

A. No, but, again, I would answer in the same way as your previous questions.

Q. And the last time, do you have any formal training in pathology other than what you received in medical school?

A. Again, sounds like repetitive, but I would have to answer

exactly the same way as I did to the previous question.

Q. Do you consider yourself an expert in pathology?

A. I would answer the same way as I have answered the previous questions. I made myself familiar with those aspects of pathology that apply to this particular field.

Q. And when you say you've made yourself familiar with aspects of those disciplines, does that include anything other than review of the literature?

A. It includes, you know, talking to other experts in -- in those particular fields.

Q. Anything else?

A. Well, I attend, of course, many medical conferences and I listen to other experts talking. I read the literature.

Q. Anything else?

A. No.

Q. Are you licensed to practice

medicine in the United States?

A. No.

Q. How about in Canada?

A. No.

Q. When was it that you became a member of the Society of Thoracic Surgeons?

A. I cannot recall. I've been a member of the Society of Thoracic Surgeons for many years. I would say more than ten years. I've been a member of the American Association for Thoracic Surgery, only this year I was elected to membership.

Q. Are you a member of any U.S. based cardiology society?

A. No.

Q. Do you have any teaching appointments at any other facility than the University of Hospital of Wales?

A. No, but I have been a visiting professor at other institutions, and next month I'm going to be visiting professor at the University of British

day? What types of cases do you see patients?

A. Day to day cardiac surgery includes coronary surgery and valve surgery predominantly and other aspects also. Thoracic surgery involves the surgery of the lung, the mediastinum, the esophagus. I've done all of those things over the last 28 years.

Q. Can you give me an estimate of how many prosthetic valves you've implanted?

A. I haven't counted up, but I would say probably several thousand.

Q. Can you give me the number of Silzone valves you've implanted over the years?

A. I can't give you the exact number. I know how many were implanted in our institution. That's 83, but I didn't implant all of those myself. Those were implanted by five surgeons, including myself in the department.

Q. Can you give me an estimate

of how many of those 83 Silzone valves implanted at your facility were implanted by you?

A. I can't give you the exact number.

Q. More or less than 20 percent?

A. Probably a little bit more than 20 percent.

Q. 25 percent be an estimate, ballpark?

A. I would be guessing. I would be guessing. I certainly didn't implant all of them.

Q. So that's in the range of 20, would that be fair?

A. Probably something like that, uh-huh.

Q. All right.

A. I could provide you with the exact number at a later date if you need that. It certainly wouldn't be too difficult.

Q. Can you give me an estimate

which is a valve mounted in a -- in a vascular graft because for a while that was the only type of conduit that we had.

Q. How many Silzone valves have you explanted?

A. Three.

Q. Can you give me an estimate of the dates on which those valves were explanted?

A. Not exactly. I know -- I know that the first one was explanted in August 1998, because that's when we first developed concerns about the Silzone valve.

That valve was explanted for valve thrombosis. I -- sometime after that I explanted a valve for paravalvular leak. And in, I think it was November last year I explanted a Silzone valve for valve thrombosis.

Q. Can you give me the year in which you explanted the Silzone valve for paravalvular leak?

A. I cannot recall. I think it

would be probably 1999, but I cannot recall.

Q. How many standard St. Jude medical valves have you explanted?

A. None.

Q. How many valve explantations have you performed in your career?

A. Again, that's very difficult to recall over a period of 28 years. But I would say probably of the order of 50, 60, perhaps more. Perhaps 100.

Q. Between 50 and 100?

A. Something like that, yeah. But, again, that's an estimate. I don't have those exact numbers.

Q. Certainly. I'm only entitled to your best recollection, and if an estimate is the best you can do, that's perfectly fine.

A. Okay. Yeah.

Q. I appreciate your efforts.

Dr. Butchart, I'd like to go through now some of the material that you and the plaintiff's counsel Mr. Coren

(Pause.)

I could tell you it's my understanding that this is an Excel spreadsheet that sets forth the data that was collected for the Cardiff Embolic Risk Factor study which, for this deposition we'll call the CERF's study, C-E-R-F, and if you could just take a look at that and confirm that whether or not my understanding is correct?

A. Well, it has no heading. But it would make sense, yeah.

Q. But it appears to be the case that Defendant's Exhibits Number 3 through 7 is an Excel spreadsheet that sets forth the data collected for the Cardiff Embolic Risk Factor study, correct?

A. Correct. As far as I can tell. I did not supply this directly. So this I assume was supplied in the statistical documents that were supplied.

Q. Okay. We weren't supplied with a key to the column headings here.

So I was hoping you could shed some light on that.

A. I cannot. And I'll tell you why not. This -- the analysis was done by two statisticians working with us, Nicola Payne and Gary Grunkemeier. And the -- we left the statistical analysis entirely to them. So the column headings they would clearly understand much more than I would, I'm afraid.

Q. So you have no understanding as to what the column headings refer to in defendant's exhibit?

A. Not without a key. There must be a key somewhere that indicates what the column headings are but I don't have that key. As I say, this was handled entirely by the statisticians.

Q. Do you have any understanding as to what would indicate a positive finding in any of these columns?

A. I cannot help you there. I'm sorry. As I say, we left the statistical analysis entirely to the

statistician.

MR. BICKHAM: Mr. Coren, do you know if there is a key for the database that you provided us with?

MR. COREN: No, I don't.

A. Undoubtedly a key will exist, but I don't have it.

Q. You would expect a key would also provide some information as to what is or how a positive finding is indicated in each of the columns?

MR. COREN: Form. Objection you may answer.

A. Yes.

Q. Do you have any understanding as to who would have possession of that key?

A. Yes. The two statisticians who were involved, that's Nicola Payne and Gary Grunkemeier.

Q. Anyone else?

A. No, probably not.

Q. But, Dr. Butchart, can you

provide any insight into what data is reflected in Defendant's Exhibit Number 3 through 7?

A. Well, it's simply the basic data collection for the embolic risk factor study, which was, you know, a complex study, involved something like 340 separate items of data collection. This is why this is, you know, a large and complex data base, and that's why I'm sorry that I can't help you, not that I don't want to help you. I cannot help you. I'm sorry.

Q. Well, have you made any efforts to confirm the accuracy of the data reflected in Defendant's Exhibit Number 3 through 7?

A. I relied entirely on the statisticians, particularly Dr. Gary Grunkemeier, who has an international reputation as a biostatistician, and I trusted him and the other statistician to give me accurate results from this database.

A. I cannot tell you because I'm not familiar with the spreadsheet.

Q. Dr. Butchart, I'd like to mark Defendants next in order. We can start as Defendant's Exhibit Number 9. It's a two-page document entitled AVR Late Review 2004.

(Marked as Exhibit Number 9 for identification.)

BY MR. BICKHAM:

Q. Would you tell me what Defendant's Exhibit Number 9 is, please, Doctor?

A. Yes. This is a table tabulating the results of the late review that we did of the Silzone patients in 2004.

Q. Who prepared that table?

A. I did.

Q. So the first column, could you tell me what that -- what sort of data is reflected in that column?

A. The name and the Cardiff Embolic Risk Factor study number for

those patients who were in the study. The patients that have no number that were in the study. So basically I should explain. I think I did in the report, but of the 83 patients with Silzone valves that we had in Cardiff 51 were part of the Cardiff Embolic Risk Study. The other patients did not wish to participate in that study, so were not included. But, nevertheless, we felt it important to bring all of our patients back for review in 2004.

Q. And then the next column stands for follow-up years?

A. Follow-up years.

Q. And the next is risk score that you assigned to those patients?

A. The risk score was assigned at the time of their operation in patients who were in the embolic risk factor study, which is risk scores only appears on those lines where there are study numbers.

Q. INR control, what does that

A. Dr. Frazer.

Q. And the last question, at least for now on Defendant's Exhibits 9 through 11. Anywhere there's a question mark is that considered to be a positive finding?

A. No. It's kind of, you know, it's suspicious but not definite. So it's not recorded as a definite event.

Q. So are those events reflected in any of the tables or charts that are provided in Defendant's Exhibit Number 2?

A. No. I'm sorry. I apologize for interrupting. No.

Q. Doctor, I'd like to mark next in order what was represented to me to be a multi-variant analysis concerning your patients. That's Defendant Exhibit Number 12.

(Marked as Exhibit Number 12 for identification.)

BY MR. BICKHAM:

Q. If you could please take a

look at that, Dr. Butchart, and tell me what this is, please.

A. This is a multi-varied analysis clarifying one of the points that I made in my report which we were asked to provide documentary evidence for, and it shows that for the mitrals and doubles, Silzone was the strongest predictor of thromboembolism over and above other risk factors in the analysis. The hazard ratio of 10.3. It also shows that's probably most clearly demonstrated in the graphs at the end of this short report, that there is an interaction between Silzone and other risk factors. In other words, Silzone appears to magnify the effect of other risk factors in terms of thromboembolism.

Q. And who prepared this analysis?

A. Nicola Payne.

Q. Anyone else?

A. No.

Q. Were you involved in this

analysis as well?

A. No. As I said, this is a statistical analysis.

Q. Now, you said this supports your opinion that Silzone worked to increase the risk of thromboembolism for other risk factors.

A. Yes.

Q. It looks to me like this only includes the CVA or peripheral embolism event; is that correct?

A. Yes.

Q. Is there any reason why it doesn't include TIA's in the analysis, since you did say it supports your opinion that as far as the risk of thromboembolism?

A. I think the analysis was done on the major events because they are the most -- the more serious events, obviously.

Q. So the multi-varied analysis was never done that included TIA's?

A. I don't know the answer to

evidence that the risk scoring is effective and simply apply that to Silzone patients. I think if more data were collected, then obviously that would be very helpful, of course.

Q. Well, has anyone else validated your risk scoring system?

A. Not as far as I know.

Q. Has anyone tested it?

A. Well, we have tested it in the Silzone patients in terms of not just using thromboembolism, but using other end points, using embolism, using sewing ring thrombus, and using limitation of leaflet movements on cinefluoroscopy, and there it did indeed seem to be very helpful, and I've put the tables and the graphs into my report. So to that extent it's been validated in Silzone patients, yes. It hasn't been validated by another group, another group of researchers, no.

Q. Has it been accepted in the medical community as a valid means of evaluating the risk for a prosthetic

valve recipient?

MR. COREN: Form. Objection.

A. I think --

MR. COREN: Go ahead.

A. I think that's a very hard question to answer, actually. I know that we received after we published the paper in circulation, we received a lot of interest and a lot of people complemented me on the usefulness and importance of the paper. Whether other groups are now applying that risk scoring system to their own patients, Silzone or other patients, I don't know.

Q. You have no knowledge if its been implemented by any other group or any other physicians?

A. I have no knowledge of that, but that's --

Q. That hasn't been published anywhere that that is the case, that is a fact that other individuals are using your risk scoring system?

MR. COREN: Form.
Objection. You can answer, Doctor.
A. I -- I don't know what the answer to the question is. As far as I know, other institutions have not used it, but they may be using it for all I know, and just have not yet reported it.
Q. Referring to the last page of Defendant's Exhibit Number 12. Can you tell me if there's a significantly, significant difference between the categories one through four on the bottom?
A. I can't tell you that. As I said, I would have to ask the statistician, but I think the purpose of creating these graphs was to draw a distinction between the graph above for all non-Silzone valves and the graph below for all Silzone valves, and I think you can see the curves look very different.
Whether they're

statistically different, I can't tell you.

Q. I should have asked. The individuals that are reflected in Defendant's Exhibit Number 12, is that from the Cardiff Late Review or is that from the CERF study?

A. That is from the -- that is from the CERF study, yes, indeed, yes.

MR. BICKHAM: Why don't we take a break.

(Short recess was then taken.)

BY MR. BICKHAM:

Q. Ready?

A. Yes.

Q. Dr. Butchart, if you could take a look at the very last tab of the binder that I handed you that you said was Appendix 3. It's actually Appendix 3 plus a collection of echo reports and cinefluoroscopy reports.

A. Yes.

MR. COREN: You're referring

A. I agree with the statement, you know, that I made at the time. I don't think that's the case now, because thankfully the U.S.A. has started to use INR as a means of monitoring anticoagulation intensity. So I think when you -- you concentrate on that particular sentence, you have to look at what went above it in that paragraph. This paper was published in...

Q. 1988.

A. 1988. And at a time when the U.S.A. had not gone to using INR for measuring anticoagulation intensity. It began in the -- thankfully in the 1990s, and then has continued since then, and I think now most centers do use INR as a means of measuring anticoagulation intensity.

Q. Okay. Things have changed. That's fair.

A. Things have changed.

Q. Moving to the conclusion section then. The first sentence, "It is

a basic principle of statistics that one variable can only be compared if all other variables are standardized." Do you agree with that?

A. I think one would have to ask a statistician really. That may have been somewhat of an overstatement because I think there are means of making comparisons. So I'm not sure that I would still agree with that statement really.

Q. And moving down, "Considerable variability and anticoagulation exists in any one patient, from patient to patient, from year to year, from clinic to clinic, from center to center and from country to country." Would you agree with that statement, Doctor?

A. I think there's less variability from center to center and country to country now because now the anticoagulation measurement has been standardized. I think that there is less

significance of the results you reported at Cardiff and compared to other studies?

A. I think the -- the differences -- a lot has been made of the differences between our findings and the findings of the AVERT study, but, in fact, they I think are remarkably similar, the overall finding.

Q. Have you taken a look at the recent data from AVERT?

A. I have, yes.

Q. And what was the source of that data?

A. The source of that data I think was from AVERT investigators' meeting in 2005.

Q. And in what month, do you remember?

A. I don't, but it's in the Appendix 3 documents. Do you want me to look for it?

Q. Not yet. Let's get to that later.

Is there a reason why you

didn't refer to that data or used those rates in your report?

A. Yeah, because it wasn't available to me at the time I wrote the report.

Q. It wasn't available or hadn't been provided to you by plaintiff's attorney?

A. Had not be provided to me, at that time.

Q. So your report and at least the opinions that you expressed based on the rates that you assign the AVERT data were all based on the reported events and rates in the Schaff paper published in 2002?

A. Correct. And also in other papers that I referred to in my report.

Q. Are you aware of when the data on which that Schaff paper was collected -- was based -- was collected?

A. I think it was collected in 2001.

Q. November 2000.

A. 2000.
Q. Would it be more legitimate to assess the risks posed by the Silzone valve on the latest data or the data that was collected back in 2000?
MR. COREN: Form, objection.
You can answer.
A. My concern with the later data is that there are -- well, I have several concerns about the later data. One is the completeness of follow-up. Secondly, is the rather hazard method of data. And thirdly, is the, what I regard as the flawed adjudication process. So I find it difficult to rely on the AVERT data, any aspect of the AVERT data for those reasons.
Q. So that was lack of sufficient follow-up, haphazard data collection and the adjudication methodology?
A. Was flawed.
Q. For what types of events?
A. Well, predominantly for the

A. Well, it's true that there are obviously two possible sources of thrombus or embolism. But in practice it doesn't seem to make a great deal of difference.

Q. So it's your understanding that double valve recipients are not at any greater risk of experiencing a thromboembolic event than a single valve recipient?

A. Probably slightly higher.

Q. Doctor, on page 16, you state that it's your opinion that Silzone has a direct -- well, strike that. You state that your opinion is that silver has a direct effect on blood components. Is that correct?

A. That is correct.

Q. Is it your opinion that that is a mechanism as to how Silzone increases the risk of thromboembolic events?

A. Yes.

Q. And do you hold that opinion

to a reasonable degree of medical probability?

A. Yes.

Q. What is that based on?

A. Well, it's based on a number of things. First of all, it's based on some data from the literature from 35 years ago which showed that heart valves constructed from silver were more thrombogenic. It's based on my own observation of the different nature of valves thrombosis in Silzone valves, and what I mean by that is that in two patients in which I explanted a thrombosed valve, the thrombus had no secure attachment to the sewing ring and could be wiped off the sewing ring. And I think you're looking at the relevant picture in my report on page 17, and it could be wiped off the surface of the sewing ring in the same way one would wipe a thrombus off a piece of glass or a piece of metal. And it seemed as if the thrombus was reacting to a metal surface

rather than a fabric surface.

And that particular prosthesis is illustrated in that figure on page 17 was returned to the manufacturers and was examined by a pathologist who could find no evidence of any tissue ingrowth or any healing of that sewing ring two months after implantation, which is very unusual. So that's one of the reasons that I conclude that silver is, silver coated sewing ring is different. The other component I suppose is the -- the work of an investigator, whose name is going out of my head just for a moment. Goodman -- Dr. Goodman. And his earlier experiments looking at platelet reaction to silver.

Q. The literature on silver that you referenced from 1960, that's two articles?

A. Yes.

Q. And how did you come to find those articles?

A. I looked for them in the

is irrelevant. Because what is -- what is important is the amount of silver on the sewing ring in contact with the blood, not the concentration of silver in the bloodstream.

Q. You mentioned, you explained that one patient with a Silzone valve when they had thrombosis. What about the other patients, what were the circumstances there?

A. That patient also had endocarditis, but at operation, and there is a photograph of that patient, also of that patient's valve. Also the appearances were of a thrombosed valve, and I think what had happened is that because of the excessive amount of thrombus on the valve that it increased the risk of infection. And the endocarditis was probably a secondary event to the thrombosis. But, again, it was a similar story, that the thrombus could be very readily wiped off the sewing ring. So it was qualitatively

different to other types of prosthesis that I've explanted.

Q. And do you consider that experience with two Silzone valves to be an adequate sample size to base your opinion that Silzone has a direct affect on tissue and blood components?

MR. COREN: Form, objection. You can answer.

A. I think given that this we've already discussed was a small study. Those two patients represented a significant percentage of the total. So -- and since then there have been two further explantations of valve thrombosis.

Q. And what were the findings there?

A. In those -- in those two cases there was pannus overgrowth in addition to thrombosis. They were later. They were I think seven and a half years postoperatively.

Q. Both cases involved pannus

overgrowth?

A. Yes.

Q. And what was the condition of the thrombosis?

A. It was thrombus around the rim of the valve attached to the pannus and attached to the sewing ring. But in the case of the valve that I explanted myself at seven and a half years, there was no obvious silver coating remaining on the valve at that stage. All the silver had worn off and I sent that valve to be examined by a pathologist who confirmed that he could find only microscopic particles of silver. So, in other words, almost all of the silver had gone from the valve in seven and a half years.

Q. And who was that pathologist?

A. Dr. Wilson.

Q. The two further explantations of Silzone valves, did it have the thrombus that could be easily

wiped away?
A. No, but that was a later date, as I've explained. Both of those cases had pannus covering most of the sewing ring. And certainly in the one case that I explanted myself there was no silver remaining on the small amount of the sewing rings that was still visible.
Q. Have you done any testing to confirm your opinion that Silzone has a direct affect on tissues and on blood components?
A. What did you mean by testing?
Q. Any type of testing to confirm that.
A. You mean laboratory work or --
Q. Laboratory work, any type of testing.
A. No.
Q. So you base that opinion on literature search you had conducted and the experience you've had with Silzone

explanted valves, correct?

A. Yes, and on the experimental work of Dr. Goodman.

Q. That was not published?

A. It was not published.

Q. It wasn't peer reviewed?

A. Well, it wasn't published at all.

Q. So it wasn't peer reviewed?

A. I assume not.

Q. And the valve that you sent to Dr. Wilson, did you have a report for that? Did he prepare a report for you?

A. He, I think, sent me an e-mail with his findings.

Q. Specifically what were those findings?

A. That he could find virtually no silver remaining on the valve.

Q. Anything else?

A. Found only on microscopic -- occasional microscopic flecks of silver.

MR. BICKHAM: Could we get a copy of that e-mail?

A. Dr. Youhanna. Mr. Youhanna, Y-o-u-h-a-n-n-a.

Q. Have any other Silzone valves been explanted at your hospital?

A. No. Well, apart from the one I mentioned to you this morning that I explanted for paravalvular leak.

Q. So we have one paravalvular leak. One for thrombosis with endocarditis and --

A. One for valve thrombosis alone, and two more for valve thrombosis.

Q. Now, you also mentioned two different possible mechanisms by which Silzone might cause the damage to tissue and blood components. One is platelet adhesion and one is depletion of intracellular glutathione.

A. Which page are you on now?

Q. I'm just referring to my own notes, actually.

A. I think it's page 18, actually.

Q. Do you have an opinion as to

whether either of those mechanisms are, in fact, the mechanisms by which Silzone might cause these reactions to a reasonable medical probability?

A. I think the -- what I've put there is a hypothesis based upon my own findings, based upon the findings of Dr. Goodman and based upon the paper that I reference in the literature about silver toxicity to red cells.

Q. So at this point that hypothesis hasn't been proven or disproven?

A. I think it would be very difficult to prove it except perhaps by, you know, more animal experiments.

Q. And continuing with page 18, you state in the middle that the rates of Silzone valve thrombosis in the AVERT study are high.

A. Yeah. That's right.

Q. Are you aware of the linearized rate of valve thrombosis in the latest data from the AVERT study?

adverse event rates between Silzone and non-Silzone valves; is that correct?

A. Well, I think that's self-evident, because the Silzone valve was not in the study to begin with.

Q. So the standard group of valve patients was not intended at least initially to be a control group for comparison of the Silzone valve?

A. That is correct. However, I should add I think that St. Jude were quite happy with the planned comparison between the standard valve and the Silzone valve, despite the consecutive, in fact, slightly overlapping period of time in which the two valves were implanted. It was never intended to be a randomized comparison.

Q. Well, do you consider the standard St. Jude Medical valves to be an appropriate control group to compare the adverse event rates with the Silzone valve?

A. Yes, because essentially

only between the two prosthesis is that one had a silver coating and the other didn't. The valve mechanism was identical.

Q. So in your view, would the standard valve adverse event rate and the CERF study be an important consideration in the evaluation of the risk posed by the Silzone valve?

A. Yes.

Q. As you said, the CERF study was not a randomized study.

A. No, it was never set up that way.

Q. Would you agree that a randomized study is the best way of eliminating bias in a clinical study?

MR. COREN: Form, objection you can answer.

A. Ideally, yes, but that doesn't, you know, mean that you don't take other studies into consideration also.

Q. Well, Doctor, would you

agree that a randomized study is a more scientifically reliable method of evaluating causation than the method used in the CERF study?

MR. COREN: Form, objection. You can answer.

A. Well, I think most people would accept that a randomized study is a better way of comparing one, whatever it is, with another, yes.

Q. Well, how were Silzone valve recipients selected to participate in the CERF study?

A. They were simply consecutive patients undergoing valve replacement who met the criteria of the study. And obviously who agreed to participate in the study.

Q. But there was some overlap between standard and Silzone valves?

A. Very small amount. I think for about two months or something like that.

Q. How was that selection made

placement) and so patients who have now had Silzone valve implanted for several years may not be at higher risk." Do you still agree with that statement?

A. No.

Q. And why is that?

A. Because since writing this paper, of course, we've had the opportunity to bring back these patients for what we've called the late review, and it looks as though the problem has gone away, much as we'd hoped it might have done.

Q. Have you published that revision of your assessment of the data anywhere?

A. It's been published as an abstract, and that's referred in the report.

Q. Where is that reference?

A. Reference number 19.

Q. "Risk scoring predicts patients at higher risk of thromboembolic complications after valve replacement."

A. Yes.
Q. And that has a publication date of 2005.
A. Yes.
Q. So it's -- I thought you said it's being published as a --
A. No, it has been published.
Q. Oh, it has been.
A. Published only in abstract form.
Q. Was that presented anywhere?
A. It was presented at a world Congress of heart disease meeting in Vancouver in the form of a poster. Basically, the same information that's included in this report, actually.
MR. COREN: I think we've been gone for over an hour and a half now. Why don't we take a quick break now.
(Short recess was then taken.)
BY MR. BICKHAM:
Q. Dr. Butchart, I've got a

this valve that I explanted.

Q. What do you base that two-month time period on?

A. Again, on what is well known from the literature and from basic research done years and years ago, and also personally from seeing other valves at that time period that have been explanted that they have a covering on them. It's very unusual to have no covering whatsoever on a valve two months after implantation.

Q. Is that time frame variable from patient to patient?

A. Yes. I mean, it's bound to be variable from patient to patient, but broadly speaking within two to three months you expect to have the valve covered, and this is the reason, for example, why patients with bioprosthesis are recommended to take anticoagulants for the first three months until there is healing of the sewing ring.

Q. Dr. Butchart, do you have

any understanding as to what the toxic level of silver is?

A. What do you mean by that? Do you mean in the bloodstream or locally?

Q. Well, let's limit it to the sewing ring of a heart valve.

A. I don't know how you'd assess that really, other than probably in animal experiments. I mean, silver is coming into direct contact with tissues, is coming into direct contact with the bloodstream. So it's hard to measure a concentration in those. It's a direct opposition of silver to tissue.

Q. Do you have any understanding as to what the concentration of silver might be in the tissues adjacent to the cuff in a Silzone valve, in an implanted Silzone valve?

A. We know from some of the sheep experiments that silver did leach out into the -- into the tissues of the sewing ring of the -- of the annulus --

of the patient's annulus. In some cases very rapidly. And it varied from one animal to another. Presumably the same sort of thing happens in patients, but we don't know that for certain.

Q. Dr. Butchart, in the middle of page 1059 of Defendant's Exhibit 15, you state that, "It seems likely that the toxic effect of silver on tissues and the fibroblasts inhibition is also responsible for the increased rate of paravalvular leak associated with the Silzone valve reported by AVERT trial." What is the basis for your opinion that the direct toxic effect of silver on the tissues in general and fibroblasts in particular is causing an increased rate of paravalvular leak?

A. Well, first of all, the AVERT investigators actually said that themselves in their own paper, as I've just mentioned a few minutes ago. And I think the, you know, the evidence that's -- that silver inhibits

leading to cognitive impairment. That's a concern that exists for any patient who's received a mechanical valve, isn't it?

A. That is correct, yes.

Q. And on page 20, Doctor, what is it about the toxic effect of silver on platelets and red cells that would lead to a larger and less cohesive and less adherent thrombus?

A. Well, one of the things that struck me when I read Dr. Goodman's paper, which, as you say, was never published, is that what he described was the toxic effect of silver on platelets. He wasn't looking at red cells, but he was looking at platelets. What he found was something that I think is unique to silver and that platelets were completely disrupted when they became attached to the silver coating. And that subsequently there was less cohesion of other platelets to the initial layer of platelets. And I've hypothesized that

that might make the thrombus more unstable and, therefore, likely to detach in the form of embolism. And it would fit with what we saw at operation in the first patient that I described to you with thrombus that essentially wiped off the sewing ring very easily, because it didn't have the normal adhesion to the sewing ring. What Dr. Goodman's paper may have explained is, you know, the cellular basis for that lack of adhesion. That's what I felt. That was why I wrote that.

Q. Is that an opinion you hold to a reasonable degree of medical probability?

A. It is, having read that paper in detail that is my opinion, yes. And it fits with, you know, what I saw at operation.

Q. Are you aware of any evidence that would confirm that hypothesis?

A. You mean other than Dr.

Goodman's paper?

Q. Yes.

A. No, because I don't think anybody else has done the same experiments that he did, to the best of my knowledge.

Q. And, again, that's not a peer review publication?

MR. COREN: Objection to form.

A. No, it wasn't. It was never published. I don't know whether it was peer reviewed or not.

Q. And, Doctor, on page 21 you reference the two possible explanations for the differences between the CERF TE rates and those in the AVERT study and St. Jude top account study. If those differences are real, what do you mean by that?

A. Well, I -- if you look at the 95 percent confidence intervals between the -- the AVERT 2002 in the figure, the figure two, the AVERT 2002

A. Well, prospective follow-up means that you collect the data, obviously, as you go along. Retrospective means that you only collect it after a time period has elapsed, and it has been shown in one study from Germany, for example, that retrospective or retrospective collection of data can influence TE event rates by a factor of more than two, underestimated by a factor of two. Because if you collect data after a long period of time, for example, some studies in the literature report after say ten years and they send a questionnaire out to patients at ten years. A lot of patients will have forgotten relatively minor events during that ten-year period, and so you will get an underestimate of events. So that's what I mean about, you know, the difference between prospective and retrospective data collection.

Q. Back to the confidence intervals. Did someone calculate the

confidence intervals for the CERFS 2002 data?

A. I would have to ask the statisticians about that, but I would imagine they probably did, but, you know.

Q. Will you provide that information?

A. We could provide it, yes.

Q. And I know you can't provide a specific amount, but the confidence intervals for CERFS 2002 certainly wouldn't fit on that graph, would they?

A. The upper confidence interval probably would not, no, but equally you got a pretty wide confidence interval in the AVERT data two entry.

Q. And you have designated --

A. No.

Q. And in this graph or AVERT 2002, is that based on the Schaff study?

A. Yes.

Q. And as we discussed, that data was collected in 2000. Would it be more accurate to say that that's the

Q. Which one is that one?

A. That's the one where he's comparing St. Jude and Carbomedics published in 2003 entitled, "Our Complication Rates Are Lower Than Theirs, Statistical Critique of Heart Valve Comparisons."

Q. What's the other one?

A. And the other one is...

Q. Current Problems in Cardiology?

A. Yes.

Q. Number one?

A. Yeah. Sorry, I missed it. It says number one, you're right, yeah.

Q. And number one includes endocarditis, number 20 does not. That's the main difference at least?

A. I think so. From memory I think the -- the comparison with Carbomedics does not include endocarditis and PVL. I took that from the other publication.

Q. And we went through a lot of

criticisms of literature averages earlier today in your publications. Could you tell me why it's appropriate to use this literature average to compare the performance of the St. Jude Silzone valve?

A. Well, we have certainly, as far as our own data is concerned or are concerned, as I explained to you earlier, we haven't yet had the opportunity of comparing the Silzone valve to our own standard St. Jude valves. That is something we're going to do. In the meantime the only thing that we have to compare with is a literature average for the standard St. Jude valve. And although there can be, you know, wide differences from series to series, if you averaged together a lot of series you're likely to end with something that is more meaningful, and that's the best we can do really at present I think.

Q. Well, you haven't had a chance to analyze the patients who were

involved in the CERF study for your Cardiff Late Review?

A. That's right.

Q. But you have had an opportunity to analyze the standard valve recipients for the data collected back in 2001, 2002 for the CERF study publication, correct?

A. Correct.

Q. Wouldn't that be a better comparison than a literature average, the actual controls that you used in the publication, and it's exhibit number?

A. I'm not just comparing our own data. I'm comparing the AVERT data to the literature average. And I'm comparing the top account study to the literature average. That's why I've used that for consistency.

Q. And is it your opinion that the literature average is a better comparator than the data from the standard valve in the CERF study?

A. Well, it represents a much

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

- - -

| | |
|---|---|
| IN RE: | : MDL DOCKET NO. |
| ST. JUDE MEDICAL, INC.; | : 1396 |
| SILZONE HEART VALVES | : |
| PRODUCTS LIABILITY | : ORIGINAL |
| LITIGATION | : |

- - -

June 27, 2006

- - -

Continued oral deposition of ERIC G. BUTCHART, held in the offices of Reed Smith, LLP, One Liberty Place, Conference Room 24A, Philadelphia, Pennsylvania 19103 commencing at 8:10 a.m., on the above date, before Harvey Krauss, a Federally-Approved Registered Professional Reporter and a Commissioner of the Commonwealth of Pennsylvania.

- - -

ESQUIRE DEPOSITION SERVICES
Four Penn Center
1600 John F. Kennedy Boulevard
Suite 1210
Philadelphia, Pennsylvania 19103
(215) 988-9191

aortic position. I think in order to demonstrate a difference in the aortic position you need a very much larger cohort of patients than we have in the embolic risk factor or indeed in AVERT, because as we know, AVERT was stopped prematurely and the -- the number of patients in that study I think still probably doesn't have enough statistical power to test that hypothesis sufficiently.

Q. My question, though, Doctor, was, do you have an opinion to a reasonable medical probability as to whether Silzone has caused an increased risk in TE complications? Your answer was it's likely. Is your opinion that it's likely to a reasonable medical probability or --

A. Yes.

Q. -- it is likely there is a reasonable medical probability?

A. Yes.

Q. You can't say for certain

that there's a reasonable medical probability that Silzone has increased the risk of complications in aortic Silzone valve recipients?

MR. COREN: Form, objection. You can answer.

A. As I've explained this, I don't think there are enough data to evaluate that properly. There's not enough statistical even in the AVERT study to answer that question, which is one of the reasons why I believe that more data collection is necessary.

Q. Doctor, the echocardiograms in the Cardiff Late Review, were they done by a reviewer who was blinded to the fact that the reviewer was looking at a Silzone valve?

A. No. Because as I explained yesterday, the only valves that were brought back were Silzone valves. Patients with Silzone valves.

Q. Doctor, you're familiar with Dr. Gary Grunkemeier?

A. Yes.

Q. Do you have an opinion as to his competency as a statistician in research?

A. Yeah, he is internationally recognized as biostatistician.

Q. Very competent, would that be your opinion?

A. Yes.

Q. Have you discussed your concerns about what you perceive to be the flaws in the AVERT data, in the AVERT trial with Dr. Grunkemeier?

A. No.

Q. Do you have an understanding as to whether Dr. Grunkemeier places greater weight on the data from the AVERT study than you do?

A. I don't know that.

Q. Doctor, are you familiar with the manner in which the FDA applies the objective performance criteria when evaluating a valve?

A. Yes.

A. No, not in detail. But he is another independent pathologist who has found the same thing.

Q. Do you know if Dr. Butany has found pannus formation in non-Silzone valves?

A. I don't know that.

Q. All right.

A. I do know that he regarded it as sufficiently different. That he felt it necessary to report it in the medical literature.

Q. Did the findings in the CERF study support your opinion that Silzone causes abnormal pannus formation?

A. As we discussed yesterday, we found a rather high incidence of restricted leaflet movement on cinefluoroscopy, which would tend to suggest that pannus may be causing the problem in at least some of those patients.

Q. Back to Dr. Wilson for a

moment. Dr. Butchart, are you aware that Dr. Wilson has never seen an explanted non-Silzone valve from an adult?

A. I'm aware that he based his observations on photographs of explanted valves.

Q. But he's never seen the actual valves?

A. I don't know that actually.

Q. Would that impact your opinion if that was the case?

A. No, I don't think so, because if there is a good photograph showing pannus, then it's -- it's very easy to see that, and I've reproduced one of those illustrations in my report.

Q. All right. Dr. Butchart, you mentioned on page 33 of your report that consistent loss of the normal leaflet travel angle is highly suspicious of -- well, you say it's highly suspicious. First of all, what did you mean by consistent loss of the