[redacted] [redacted]

...IVE
DEC - 2 1998

**Platelet Interaction with Silver Treated Sewing Rings of Mechanical Heart Valves: Potential Effects on Tissue Ingrowth and Healing**

Steven L. Goodman, William R. Holmberg*, Katherine S. Tweden**, J. Douglas Cameron***

Center for Biomaterials & Biomaterials Design Initiative, Univ. Conn. Health Center, Farmington, CT
*St. Jude Medical, Inc., St. Paul, MN
**Heartstent, St. Paul, MN
***Hennipen County Medical Center, Minneapolis, MN

Endocarditis is an infrequent (overall occurrence rate of 1%-6%) but major complication of prosthetic heart valve replacements with mortality rates in excess of 50%. This infection is commonly associated with the heart valve sewing cuff. [1] In the last few decades, silver has been widely used for the prevention of infection in the cardiovascular, dental, dermatology and orthopedic device areas. The application of metallic silver via Spire Corporation's Ion Beam Assisted Deposition process (IBAD) on Meadox double velour polyester (PET) fabric has been investigated [2,3]. In vitro studies included the Dow Shaker Flask Test and the NYS63 Test have shown effective inhibition of microbial colonization with a greater than 98% reduction of colony forming units [2], and have also demonstrated that the silver coating is tightly adherent and low leaching. Animal studies using sheep have confirmed the in vivo biocompatibility of the silver coating and suggest that silver accelerates the formation of a thin, ideal pannus. [2,3] This provides intriguing evidence for improved healing of the sewing ring. Why this occurs is not understood but may be related to the interaction of the first (tissue) to encounter the fabric once implanted, that is, blood and blood platelets. Platelet interactions are also of importance in the assessment of material thrombogenicity.

In the present study, the interaction of platelets on the silver coated fabric surface is examined and compared to untreated, conventional, fabric used in mechanical heart valve sewing rings. Meadox Medicals, Inc. (Oakland, NJ) double velour polyester fabric tubes were processed by Spire Corporation (Bedford, MA) using the SPI-ARGENT™ process. The fabric was then steam sterilized (121C, 40 minutes) prior to use, similar as that used for clinical applications. Column-washed platelets (CWPs) were prepared from ACD anticoagulated fresh human blood using previously described protocols. [4] The CWPs were then applied to both silver treated and untreated polyester fabric, and commonly used clinical and research biomaterials including NIH-reference polyethylene and silicone rubber, and pyrolytic carbon. All materials were previously hydrated for at least one hour in protein free HEPES-Tyrodes buffer. CWPs were permitted to adhere to material samples for 10 and 45 minutes at 37 C. Although leaching of silver has been previously shown to be negligible [2,3], all silver coated sample were kept separate from uncoated materials during hydration and platelet incubations. The samples were then fixed and prepared for high resolution SEM examination using established fixation, dehydration, and drying protocols. Samples were then mounted, conductively coated with approximately 5-10 nm Pt, and imaged at 1.5 to 2.5 keV using field emission SEM.

Scanning Electron Imaging showed that platelet interaction with silver coated fabric was quite different to that on the untreated polyester fabric. On the silver-treated materials, platelets were much more spread, and after 45 minutes of incubation almost all platelet membranes were disrupted such that their cytoskeleton was exposed. On the control polyester fabric, the level of disruption was much less and the extent of platelet aggregation was also much greater. Platelet responses to the control polyethylene material were exactly as previously observed, with extensive spreading and platelet-platelet cohesion. Using three-dimensional stereo-pair imaging it appears that approximately 30-50% of the visible fiber surface area is covered with platelets and platelet cytoskeletal remnants on the silver treated fabric, while there is less than 25% platelet coverage on the untreated fabric. For comparison, the coverage on NIH reference polyethylene is about 90%.

The observation of greater surface coverage, increased platelet spreading, and extensive disruption of platelets on the silver treated fabric may provide an explanation for the reduced pannus formation observed in vivo. Since platelet spreading and disruption are a normal part of wound healing processes it is possible that the rapid disruption and coverage of the silver coated fabric by the platelets may more rapidly initiate later stages of healing. That is, the flat, spread ,platelet cytoskeletons may provide a matrix for the adhesion and ingrowth of cells necessary for healing. Hence, silver coating may not only reduce bacterial infection by virtue of its bacterial toxicity, but may also reduce infection by initiating a more rapid healing of the sewing ring. This would then reduce the fabric surface area available for bacterial adhesion and colonization. Of course, more rapid healing may also have benefits with respect to device thrombogenicity.

This study was supported by St. Jude Medical, Inc.

References

1. Cowgill LD, et al. Ann. of Thoracic Surgery, Apr 1987.
2. Tweden KS, et al. ASAIO Journal in press.
3. Tweden KS, et al. Journal of Heart Valve Dis., Sep 1997.
4. S. L. Goodman, K. S. Tweden, R. M. Albrecht, J. Biomed. Mater. Res. 32, 249-258 (1996).
5. S. L. Goodman, Trans Soc Biomat 20, 20 (1997).



RTS-011