# DEVELOPMENT AND IN VIVO EVALUATION OF METALS FOR HEART VALVE PROSTHESES

P. N. Sawyer, S. Srinivsan, S. A. Wesolowski, K. E. Berger,
A. A. Campbell, A. A. Samma, S. J. Wood and L. R. Sauvage

Sawyer and co-workers in 1964 reported that various corrosive metals high in the electromotive series above +0.4 volts versus the normal hydrogen electrode (NHE) are very resistant to thrombosis when used as tubular prostheses to replace segments of the thoracic aorta and thoracic inferior vena cava in dogs[1-3]. The metals originally tested included magnesium, a magnesium alloy (AZ31), aluminum, stainless steel (304), copper, silver[4] and platinum[5]. Metals higher than stainless steel (iron) in the electromotive series were found to be relatively resistant to thrombosis while those below were not. Stellite, the standard of comparison, is a metal-cobalt alloy which develops a potential in contact with blood approximating +0.1 volts versus the normal hydrogen electrode.

The results immediately suggested that less thrombogenic metals would be useful as housings for heart valves and vascular fittings. However, correlated findings indicated that both magnesium and its alloys were extraordinarily destructive of blood cells and the plasma proteins[6].

## MATERIALS AND METHODS

Ball valve type heart valve housings were constructed from metals tested. All were cast from a single mold designed to specification (Figure 1). The cages were skirted by Dr. S. A. Wesolowski, using a number of different Dacron fabrics and attachment techniques, and were implanted in the aortic annulus of the calf in the Reconstructive Cardiovascular Laboratory in Seattle, Washington, by Dr. Lester Sauvage and his group.

Initially, because of the non-thrombogenic characteristics of magnesium surface the valve housings were made of either magnesium or several magnesium alloys (AZ91, AZ31 and EZ33A). A protective flouride coating on magnesium was also briefly tested.

Pure magnesium valve housings dissolved at a rapid rate. After implantation for 7-44 days the most stable of the magnesium alloys still displayed marked pitting, oxidation and thrombus deposition in the corrosion interstices. Therefore attention was turned to the more corrosion resistant alloys and metals lower in the electromotive series which gave promise of developing an interface potential in contact with blood and plasma more negative than the critical thrombosis voltage (+0.3 volts NHE), and were in addition more stable, and hopefully less destructive of blood. These metals included aluminum, cobalt, several stainless steel alloys including inconel, (S. S. 304 and 309) hastalloy A, hastalloy B, pure aluminum and stellite 21. Finally, a nickel alloy of iron (N-155) was tested.

In all instances the skirts for these valves, though of different conformation and texture, were of Dacron*. Silastic balls were made from Silastic #2000+.

Implantation Site. In all instances the valves were implanted in the aortic annulus of the calf.

Anti-coagulants. Anti-coagulants were not used post operatively.

## RESULTS

The results are tabulated in Table I.

Magnesium and Magnesium Alloys. Magnesium valve castings implanted into the aortic annulus, dissolve extraordinarily rapidly after implantation into the blood stream with almost total dissolution of the valve cage in 2-3 weeks time (Figures 2A and B). While the magnesium alloys AZ91 (Figure 3) and EZ33A did not go into solution as easily, they nevertheless pitted. A rather fibrinous looking white precipitate, perhaps a magnesium proteinate, deposited in the corrosion sites. Correlated information provided by the disc exposure technique revealed that magnesium and its alloys were also quite destructive of blood cells and blood proteins in a closed recirculation test system.

From the Vascular Surgical Services and the Electrochemistry and Biophysical Laboratories of the Departments of Surgery and Surgical Research, State University of New York, Downstate Medical Center, Brooklyn, New York and the Reconstructive Cardiovascular Research Laboratory, Providence Hospital, Seattle, Washington.

Supported in part by Grants HE-07371-04, 05 and HE-10795-01 from the National Heart Institute, The National Institutes of Health, Bethesda, Maryland to the Downstate Medical Center and by a grant from the John A. Hartford Foundation, Inc., New York to Providence Hospital, Seattle, Washington.

*Mr. William Liebig, Meadox Medicals, Inc., Haledon, New Jersey.

+Dow Corning Corp., Midland, Michigan.



Figure 1. Photograph of ball valve type used in these experiments.




Figure 2A. Superior view of magnesium valve with attached mural thrombus on outer casing.



Figure 2B. Erosion of struts after 7 days implantation in aortic annulus.




Figure 3. Thrombus deposition on magnesium alloy (AZ91) valve ring and on annulus, implanted 6 days.

TABLE I

| Metal* | No. | Period of implant. Days | Results (gross findings) | Usefulness graded 0 - 5 |
|---|---|---|---|---|
| Magnesium | 4 | 1-14 | Dissolved, eroded, inflow thrombus, Mg proteinate on metal surfaces. | 0 |
| Magnesium alloy | 6 | 1-44 | Same, much thrombus formation. | 0 |
| Aluminum | 4 | 93 | Animals alive. | - |
| Aluminum alloys | | - | Insufficient information. | - |
| Cobalt | 1 | 113 | No thrombus. Tissue growth extends out on inflow side. Fenestra. | 1 |
| Stellite #21 | 6 | 9-133 | Occasional thrombus. Fenestra. Tissue over sewing ring. | 3 |
| Stainless steels | | | | |
| Inconel | 1 | ) | Clean, no thrombus. | ) |
| Hastelloy A, B | 3 | )10-326 | One thrombosed. | )3 |
| 304 | 2 | ) | Clean cage. No thrombus. Tissue over sewing ring. | ) |
| 309 | | ) | | ) |
| Nickel Cobalt alloy N-155 | 9 | 8-189 | Only 2 displayed any thrombus deposit on inflow orifice. All of these were clean. | 3-4 |
| Copper | 2 | 6-9 | Considerable thrombus, inflow and outflow tract. | 0 |
| Silver | 2 | 5,8 | One thrombosed, one clean. | 0 |
| Gold | 2 | 15-32 | One thrombosed, discoloration of ball. | 2 |

* In approximate order of work function

Aluminum. More will be reported about the aluminum valves in subsequent publications. The majority of these castings, implanted in the aortic annulus have not been removed, therefore only a preliminary comment can be made concerning their effectiveness. They have not been lethal in the experimental animals into whom they have been implanted and do not appear to have a tendency to deposit thrombus on the surface.

Cobalt. A single cobalt cage implanted 113 days displayed thrombus formation over the inflow aspect of the cage with yellowish discoloration of the ball and fenestra formation (Figure 4).

Stellite 21. Six stellite 21 castings have been inserted for a period of 9-133 days, and have been removed. Two of these 6 displayed makred evidence of thrombus, subtotally occluding the valve inlet.

Stainless Steels. Several of the stainless steels, inconel, hastalloy A, hastalloy B and stainless steel 304 and 309, displayed more or less similar types of reaction (Figures 5 and 6). Of all the stainless steel cages implanted only 2 displayed minimal thrombus deposition on the outflow cage. Occasional connective tissue overgrowth onto the metal cage and struts was seen.

N-155. Nine N-155 valves have been implanted in the aortic annulus for 14-196 days. In only 2 instances was evidence of thrombus formation found on the valve surfaces, skirt, or in the outflow tract. Some evidence of tissue proliferation over the skirt is visible in 2 of the valves. The majority of the calves containing the N-155 valves are still alive.

Copper. Copper valves are unsatisfactory because of marked thrombogenesis and toxicity to surrounding tissue (Figures 7A and B).

Silver. These did not rapidly and invariably thrombose as had been expected (Figures 8A and B). The reason for this is not entirely known.

Gold. Gold did not cause thrombosis on initial implantation but did on secondary implantation. The valves were in 15-32 days, and still displayed only minimal thrombosis on primary insertion. The




Figure 4. Pitting and minimal thrombus formation on valve ring constructed of cobalt implanted 113 days.




Figure 5. Relatively clean surface of a stainless steel (#304) valve implanted 51 days.




Figure 6. Extremely clean surface of an Inconel valve implanted in the aortic annulus 85 days.

continued patency without thrombus formation appears related to the interface potential produced by blood flow past the valve cage when inserted.

## DISCUSSION

It is now known from a number of different experiments carried out in the combined laboratories that magnesium and its alloys do not represent useful metals or alloys for construction and long term implantation as cardiac or vascular prostheses. The high surface activity of magnesium results not only in resistance to thrombosis but rapid dissolution of the metal and marked hemolytic blood destruction. Information concerning the remainder of the metals and alloys tested must be considered preliminary because of the small number tested.

Many of the intermediate metal alloys implanted including the stainless steels, stellites and N-155, appear moderately useful as valve castings. The most useful of these at the present time appears to be N-155, but considerable additional testing will be required before this is entirely proven.

Copper valves have been found markedly thrombogenic. In addition they display characteristic toxic effects in the areas, into which they have been implanted as valve castings, quite similar to those found when copper is implanted as copper tubes in the vascular tree.

Several noble metal valves have also been implanted. Preliminary studies with silver, gold and platinum suggest that those noble metals are not as thrombogenic in valve prostheses as in tubes. The reason for this can perhaps be further explained by the fact that pure gold inserted into the dog artery in vivo, frequently develops an interfacial potential approximating +200 mV. NHE, 100 mV. short of the thrombogenic potential. Thus flow rate and interreaction between noble metals and blood made the special conditions, seen following implantation into the aortic annulus, produce a potential negative to the thrombogenic potential.

More will have to be determined concerning the aluminum valves before anything can be stated concerning its potential usefulness as a valve casting. Aluminum does not have great tensile strength, which represents something of a liability in terms of its use as a valve housing in normal mammalia.

It can now be ascertained with reasonable scientific accuracy that metal valve casting surfaces, not only of pure metals, but of alloys of metals which reach a potential more negative than +0.3 to +0.4 volts NHE will not collect large amounts of thrombus following implantation into the aortic annulus of the calf. This finding seems to correlate rather well with similar findings in both the dog and human.

Metals in valve castings which have marked durability and remain at potentials more negative than the critical potential while at the same time not displaying marked hemolytic and blood destructive characteristics would seem to be potentially of real use as heart valves.

## SUMMARY

It has been found that the various metals which are non-thrombogenic in the form of tubular prostheses in the vascular tree of dogs are also non-thrombogenic when inserted as valve castings in the aortic annulus of the calf. However, magnesium and its alloys are markedly destructive of blood, dissolve rapidly, and last for very short time periods in the vascular tree of mammalia.

As one descends the electromotive series and tests metals of the stainless steel, stellite, nickel, iron, alloy category, one finds several which are not immediately thrombogenic. Stellite 21, the metal currently used in the Starr-Edwards valve is the standard for comparison in this area.

Copper is thrombogenic and destructive of cells. The thrombogenic characteristics of the more noble metals appear to be modified by insertion into the high flow blood stream in the aortic annulus. If the surface of the metals develops a potential more positive than +0.3 to +0.4 volts NHE a potential which they generally tend to approach spontaneously, the surfaces of the metal cages become very rapidly thrombogenic and occlude with the developed thrombus. The development of more useful, non-thrombogenic, non-hemolytic valve cages would now appear to be capable of evaluation on a scientific basic.




Figure 7A. Copper valve - covered with large amounts of thrombus following implantation in the aortic annulus for 9 days. Note polishing of copper surface produced by exposure to blood.




Figure 7B. Marked thrombus formation over valve seat of copper valve skirt and aortic annulus.

REFERENCES


1. Sawyer, P. N. and Pate, J. W. Bioelectric phenomena as an etiologic factor in intravascular thrombosis. Amer. J. Physiol., 175:113, 1953.
2. Sawyer, P. N., Brattain, W. H. and Boddy, P. J. Electrochemical precipitation of human blood cells and its possible relation to intravascular thrombosis. Proc. Nat. Acad. Sci., 51:428, 1964.
3. Sawyer, P. N., Wu, K. T., Wesolowski, S. A., Brattain, W. H. and Boddy, P. J. Long term patency of solid wall vascular prosthesis. Arch. Surg., 91:735, 1965.
4. Sadd, J. R., Koepke, D. E., Daggett, R. L., Zarnstorff, W. C., Young, W. P. and Gott, V. L. Relative ability of different conductive surfaces to repel clot formation on intravascular prostheses. Surg. Forum, 12:252, 1961.
5. Edwards, E. S. Personal communication.
6. Afshar, A., Dennis, C., Fries, C. C. and Sawyer, P. N. Evaluation of surgical usefulness of various reactive metal-blood interfaces. Surg. Forum, 17:138, 1966.








Figure 8A and B. Fibrin and red thrombus formation over surface of silver valve implanted 5 days. Pigmentation of surrounding tissues is also beginning.

# TRANSACTIONS

# AMERICAN SOCIETY FOR ARTIFICIAL INTERNAL ORGANS

## VOLUME XIII

Chicago, Illinois

April 15 and 16, 1967

George E. Schreiner, M.D. ...... Editor
James M. Hayes, M.B. .......... Associate Editor
Joan P. Ryan .................. Assistant Editor

All material is reprinted from manuscripts supplied by the authors. Discussion is edited from tape recordings, and all speakers identified where possible. The Editor has attempted to preserve the air of spontaneity which typifies these meetings.

Printed by the Georgetown University Printing Department for the A.S.A.I.O.
Copyright reserved.

Copies may be ordered from Dr. George E. Schreiner, Department of Medicine, Georgetown University Hospital, Washington, D.C. 20007

Price $12.00

# Etiology of thrombus formation on prosthetic metal heart valves

## *The role of spontaneous in vivo interfacial potentials and their measurements*

*M. E. Lee, T. Murakami, B. Stanczewski, A. Parmeggiani, S. Srinivasan,* and P. N. Sawyer, Brooklyn, N. Y.*

The development of artificial heart valves presents problems of hemodynamic design, implantation technique, durability, blood and protein destruction, thrombosis, embolization, and fibroblastic overgrowth. A description of many of these problems is outlined in the report published in the Second Artificial Heart Valve Conference held in Los Angeles in May and June, 1968. The two major divisions into which these problems fall are (1) physics of valve function[1] and (2) biological acceptability in the recipient. The available information indicates that thrombosis is a physicochemical reaction[2-4] and that the phenomena triggering thrombosis are interfacial.[5,6] The chemical manifestations of interreactions between biological fluid (blood) and solid (prosthetic) surface are being studied more intensively and are now at least partially understood.[7,8]

From the Electrochemical and Biophysical Laboratories of the Vascular Surgical Services, Department of Surgery and Surgical Research, State University of New York, Downstate Medical Center, Brooklyn, N. Y. 11203.

This study was supported by Grant No. HE 10795 and Contract No. PH 43-68-75 from the National Heart Institute, National Institutes of Health, Bethesda, Md.

Received for publication Oct. 14, 1971.

*Recipient of Career Scientist Award from the Health Research Council, City of New York (Contract No. I 542).

We have completed a large series of experiments demonstrating that progressive thrombosis on pure metal and alloy surfaces is related to the interfacial potential which these metals develop in contact with blood.[9,10] These studies have defined various electrochemical factors in the genesis of thrombosis on metal surfaces:

1. The normal blood vessel wall has a uniform, negatively charged surface and, in addition, many negatively charged pores.[10-12] The surface-charge density of the vessel wall and cells in the vascular tree is established, modulated, and maintained by a series of electrochemical and metabolic events.

2. Interfacial potentials more positive than +0.1 to +0.3 volt with reference to the normal hydrogen electrode (NHE) induce thrombosis both on the walls of normal blood vessels and on artificial intravascular surfaces.[6,13]

3. Interfacial potentials more negative than 0.0 volts per NHE tend not to induce thrombosis.

4. At least one metal that is high in the electromotive series, magnesium, has a uniform net negative interfacial potential in blood and tends not to induce thrombosis. However, it is very destructive of blood ele-




**Fig. 1A.** Metal and alloy valves (14 mm. internal diameter) used in the aortic annulus of the calf by Sauvage and our group. The interfacial potential of these valves in blood is indicated with reference to the normal hydrogen electrode (NHE).




**Fig. 1B.** Representative valve castings of the tricuspid valve prostheses demonstrating the flaring of the inflow orifice to direct blood around the ball occluder.

ments.[6] An additional defect is that magnesium rapidly goes into solution, often dissolving to a significant degree in only a few days. This is not true of aluminum, which develops a passivating aluminum oxide ($Al_2O_3$).

5. The more noble metals, such as copper, gold, silver, and platinum, which develop a positive interfacial potential in blood, almost invariably cause thrombosis.

It now appears equally critical that prosthetic surfaces, in order to have a uniform negative surface charge density in blood, must be clean.[14] Surface contaminants such as metallic impurities, oxide formation in the air or the bloodstream, silicates still present from the casting sand used in manufacture, and organic contaminants from handling (including fingerprints and steam autoclaving) disrupt the uniformity of a prosthetic surface, thus creating a mixed surface potential. Thrombosis may occur under these conditions in spite of a net negative surface potential at implantation.

There are a number of methods for eliminating mixed surface potentials: (1) The surface of the prosthesis should be kept physically clean; (2) the metallic constituents of an alloy should be close to one another in the electromotive series; (3) metallic impurities (especially impurities in more noble metals) should be removed from commercially pure metals; and (4) surface oxides (which increase positive surface charge densities) should be reduced with concentrated hydrochloric acid to produce a clean, uniform, chemically-reduced surface.

**Experimental**

A series of metal valves with an internal diameter of 21 mm. was cast with the use of

Volume 63
Number 5
May, 1972






**Fig. 2.** The method employed for in vivo measurements of interfacial potentials. The negative pole of a voltmeter was attached to a calomel cell placed in saturated potassium chloride solution. The positive pole was connected to the insulated wire attached to the valve, which is shown emerging from the chest wall of the calf. By means of an agar bridge, the potassium chloride solution contacted the animal's bloodstream through an indwelling polyethylene catheter, which was left in the external jugular vein. The readings obtained were referred to the normal hydrogen electrode (NHE) by adding +240 mv.

the Sawyer modification of the Starr-Edwards ball-valve prosthesis. Sauvage[13] originally implanted 14 mm. valves of several alloys in the aortic annulus of the calf (Fig. 1).

Cages for implantation into the tricuspid annulus were cast from the nine metals or alloys which appeared useful from previous aortic implantations. These include the following: commercially pure aluminum, Stellite 21, N-155 (a ferrous-nickel alloy), stainless steel 304, stainless steel 309, Inconel, Hastalloy B, titanium, and copper (a highly thrombogenic control surface).

The valves were implanted into the slow-flow, low-pressure tricuspid annulus of calves that were 6 to 8 weeks old and weighed 130 to 150 pounds. Thrombus formation on metal and alloy surfaces in this area is much more likely than in the aortic annulus due to low, essentially nonpulsatile flow rates. The valves were implanted after being handled in one of several ways: (1) Some were implanted "dirty," as they came from the casting mold; (2) others were cleaned with 16N nitric acid to produce a pure oxide surface; (3) a third group were inserted after a reduced surface had been produced with 10N hydrochloric acid; and



**Fig. 3.** A dirty aluminum valve implanted into the tricuspid annulus of a calf for 24 hours. Thrombosis on the uncleaned surface was almost instantaneous. This appears related to the mixed interfacial potential produced by the uncleaned surface.

(4) the last group of valves had wires attached to permit a correlation of possible thrombus deposition with the development of chronic interfacial potentials measured daily in vivo.

The interfacial potential, developed by placing a valve in the blood of the animal




**Fig. 4.** Potential of an aluminum valve (cleaned with hydrochloric acid) as a function of time of implantation. Photographs show that there are no thrombus deposits on the valve. The animal was put to death after 35 days.




**Fig. 5.** Starr-Edwards Stellite 21 valve implanted into the tricuspid annulus for 8½ months.



**Fig. 6.** Unpolished, untreated commercial Stellite 21 valve. Note the large amount of thrombus present on the valve at the time of the calf's death 21 hours after implantation.

Case 0:01-md-01396-JRT-FLN Document 483-2 Filed 02/14/2007 Page 13 of 19





Fig. 7. Unpolished commercial Stellite 21 implanted 5 months, pretreated with 16N nitric acid. A pannus grew over the entire surface.



Fig. 8. A partially cleaned N-155 valve totally thrombosed after 57 days of implantation.



Fig. 9. Copper valve, implanted in the tricuspid annulus for 32 days, is filled with well-organized thrombus. It had been cleaned with 10N hydrochloric acid.

into which it was to be implanted, was measured with a high-impedance millivoltmeter (potentiometer). The voltmeter was attached to a calomel cell and agar-bridged to a glass beaker which contained the test valve and the animal's blood. The readings were referenced to the NHE by adding 240 mv. Values were obtained before and after the various treatments.

In order to measure in vivo interfacial potentials, fine wires made of the same material as the valve were tightly wrapped around the base of the valve. They were insulated with silicone rubber tubing. The ends of the tubing were sealed around the wires with medical-grade silicone adhesive type A. In those cases in which the wire and the valve were of different metals and gave different interfacial potentials in blood, an appropriate correction was made in readings obtained through the wire. A sewing ring of Dacron tricot was placed on all valves after acid reduction, and a silicone rubber 2000 ball produced in our laboratory was inserted into the cage.

In vivo measurements could then be made by connecting the negative pole of a voltmeter to a calomel cell placed in saturated potassium chloride solution. The positive pole was connected to the wires attached to the valve and emerging from the chest wall of the calf. An agar bridge was used to contact the potassium chloride solution and the animal's bloodstream through an indwelling polyethylene catheter, which was left in the external jugular vein (Fig. 2).

## Results

**Aluminum.** Aluminum, in contaminated and clean conditions, presents a negative surface potential in contact with blood. However, 4 calves into which dirty valves were inserted died within 24 hours with totally thrombosed valve orifices in spite of a nega-




**Fig. 10.** Potential of a stainless steel 304 valve (cleaned with hydrochloric acid) as a function of time of implantation. Photographs of valve after removal show thrombus deposits on struts of valve cage. The animal was put to death after 13 days.

tive potential in blood approaching –400 to –500 mv. vs. NHE (Fig. 3) at implantation. Sequential cleaning with concentrated nitric acid to produce a uniform oxidized surface and then with concentrated hydrochloric acid to produce a uniformly reduced surface resulted in an increasingly satisfactory antithrombogenic interface (Fig. 4). Attempts at recording spontaneous in vivo interfacial potentials on aluminum valves through aluminum wires were frustrating over the long term due to repeated intrathoracic breakage of the fragile Al wire.

**Stellite 21.** Stellite 21 develops an interfacial potential of –185 to –285 mv. vs. NHE when in contact with blood. Stellite valve cages from the Edwards Laboratories were remarkably clean when the animals were put to death at 8½ months. These cages are reported to have an additional antithrombogenic surface conferred by the stearate polish used in their manufacture. Some of the animals bearing these valves have survived for almost 1 year. However, in the specimens studied after the animals had been put to death, there was a 40 per cent reduction of the cross-sectional area of the inflow orifice by pannus (Fig. 5). Dirty commercial Stellite 21 (Arwood Corporation) rapidly collected thrombus on the valve struts and on the base within 21 hours (Fig. 6). Commercial Stellite 21 from Arwood Corporation, cleaned with 16N nitric acid but otherwise unpolished, functioned well for 5 months. At sacrifice, the struts were covered with a thin uniform pannus (Fig. 7). Because the metal components of stellite 21 are closely allied in the electromotive series and form surface oxides slowly, the alloy tends to function rather well as an antithrombogenic surface.

**N-155 (ferrous-nickel alloy).** N-155 pre-

Volume 63
Number 5
May, 1972








**Fig. 11.** Potential of a stainless steel 309 valve (cleaned with hydrochloric acid) as a function of time after implantation. Photographs of valve after removal show massive thrombus deposits. The animal died of occlusion of the tricuspid valve 18 days after implantation.

sents a slightly positive potential (+70 to +120 mv. vs. NHE) on its surface, a marginal point on the thrombogenic scale. Although developing a negative interfacial potential in blood after reduction with hydrochloric acid, N-155 oxidizes and develops a potential positive to the NHE shortly after implantation. Thus, four of five valves became totally thrombosed in periods of 18 hours to 57 days, unrelated to treatment (Fig. 8). The thrombogenic tendency of N-155 may be attributed to the broad scattering of its components in the electromotive series as well as to the difficulty of reducing the oxide of tungsten, one of its components, prior to implantation.

**Copper.** Because copper is a known thrombogenic material against which the other materials could be compared, two copper valves were implanted, one dirty and the other after reduction of surface oxides with hydrochloric acid. Both valves were totally thrombosed within 1 month (Fig. 9). Commercial copper contains a variety of impurities at both ends of the electromotive series, including boron, silver, and lead, which may contribute to its marked thrombogenicity.

**Stainless steel 304** (Fig. 10). Only 1 animal in this series recovered from the operation to provide experimental data. The others died immediately from difficulties related to the surgical procedure or too rapid thrombosis. The results show that, in spite of a significant increase in negativity following reduction with hydrochloric acid, the surface rapidly developed a positive interfacial potential 2 hours after implantation into the bloodstream. Some of this may have resulted from oxidation in the steam autoclave. The surface potential gradually increased over a 12 day period. When the animals were put to death on the thirteenth day because of inanition, organized throm-




**Fig. 12.** Potential of untreated Inconel valve as a function of time of implantation. Photographs of valve after removal show thrombus deposits extending into inflow orifice, immobilizing the ball. The animal was put to death 15 days after implantation.

botic material was found on the struts of the valve cage. The surface potential on the valve had risen from –160 mv. vs. NHE at implantation to +60 mv. vs. NHE at autopsy.

**Stainless steel 309** (Fig. 11). In spite of reduction of surface oxides with concentrated hydrochloric acid, both valves in this group rapidly acquired positive interface potentials in blood. In each case, death occurred from thrombosis of the valve—in 1 case causing a functional occlusion of the inflow orifice and in the other actually trapping the silicone rubber ball. The measured potentials were more positive than with stainless steel 304, and thrombosis was significantly greater.

**Inconel.** The untreated valve in this series (Fig. 12) functioned for 15 days. The animal gradually weakened and, at autopsy, the silicone rubber ball was found immobilized by a thick irregular deposit extending into the inflow orifice and also attached to the struts. Although no postmortem measurement is available, the association of increased positivity and the thrombus formation is significant. The second animal in this series died within 12 hours in spite of surface oxide reduction with hydrochloric acid. The increase in positivity, from –120 mv. vs. NHE at implantation to +90 mv. vs. NHE at autopsy, suggests that the thrombus developed antemortem.

**Hastalloy B.** The animal bearing the untreated valve died in 16 hours from low flow secondary to iatrogenic heart block. A partially organized thrombus deposit was found on the inflow orifice and struts. The interfacial potential had risen in blood from –160 mv. vs. NHE to +170 mv. vs. NHE

Volume 63
Number 5
May, 1972






**Fig. 13.** Potential of polished titanium (Smeloff-Cutter) valve as a function of time after implantation. Photographs of the valve, free of thrombus deposits, are shown. The animal was put to death 12 months after implantation.

at autopsy. The treated valve became functionally occluded in less than 16 hours by occlusive membranes to which partially organized material was attached. The measured potentials rose from −185 mv. vs. NHE at implantation to +110 mv. vs. NHE at autopsy.

**Titanium** (Fig. 13). One Smeloff-Cutter valve made of titanium was implanted and functioned for 12 months until the animal was put to death. The inflow struts and valve orifice were partially imbedded by a smooth pannus. No thrombus formation was evident. Although there was a decrease in negativity during the experiment and at autopsy, the potential was not near the thrombogenic range (+40 mv. vs. NHE).

**Discussion**

The first surface that blood contacts on an intravascular prosthesis is probably the most important. Historically, it would appear that this first look predicts the subsequent thrombogenicity of the prosthesis. The surface should bear a uniform stable net negative surface charge in blood, approaching that of the normal blood vessel wall, to be maximally antithrombogenic. The elemental composition of an alloy surface must be of components closely allied in the electromotive series. The surface must be free of the contaminants of manufacture, handling, exposure to the atmosphere, and steam autoclaving. If these criteria are met, the possibility for development of mixed interfacial potentials following contact with

blood appear to be minimized; the net negative surface charge becomes more uniform, and thrombosis is less likely to occur.

The in vivo measurements of interfacial potentials in this series for periods of up to 31 days suggest that the alloys and pure metals tested undergo oxidation in the bloodstream. Oxidation of such surfaces is associated with an increasingly positive interfacial potential. Chemical reduction with concentrated hydrochloric acid prior to implantation consistently made the interfacial potentials in blood more negative, often by several hundred millivolts, as in the case of stainless steel 309. These studies suggest that there is a positive correlation between oxidation in the bloodstream and thrombus formation.

**Summary**

1. The thrombotic history of a prosthetic material begins at the time of its manufacture. Metallic impurities widely separated in the electromotive series, silicates, fingerprints, and oxide formation all create mixed interfacial potentials which may induce thrombosis in spite of a net negative surface charge.

2. Surface oxide formation (due to corrosion) has been shown to occur on stainless steel 304, stainless steel 309, Inconel, Hastalloy B, and titanium valve castings while the valves are in the bloodstream.

3. Surface oxidation results in increasingly positive interfacial potentials between blood and the metal tested. If mixed interfacial potentials are created which disrupt the electrical uniformity of the surface, the surfaces tend to be thrombogenic.

4. The intelligent choice of a prosthetic material must take into account the total electrochemical corrosion reaction pattern at the prosthetic-blood interface, as well as biological reactions at the site of implantation.

The authors wish to thank the following companies for the supply of materials without which it would not have been possible to carry out this work: Arwood Corporation, Division of Ethicon, Inc., Rockleigh, N. J., for provision of a number of different metal surfaces in the form of heart valves; Bentley Laboratories, Inc., Santa Ana, Calif., for oxygenators; Travenol Laboratories, Morton Grove, Ill., for oxygenators and the loan of pumps and heat exchangers early in the course of these experiments; Mr. Silas Braley, Dow Corning Center for Aid to Medical Research, Midland, Mich., for silicone rubber tubing; Mr. William Liebig, President, Meadox Medicals, Inc., Haledon, N. J., for Dacron tricot for skirting the valves; The Unique Wire Weaving Company, Inc., Haledon, N. J., for various steel wires; Cutter Laboratories, Inc., Berkeley, Calif., for providing us with several of the Smeloff-Cutter valves; John B. Jewell, M.D., Executive Vice President and Medical Director, Ayerst Labs., New York, N. Y., for fluothane. Technical assistance from Mr. R. Morrison is greatly appreciated.

REFERENCES

1 Davila, J. C.: The Mechanics of Cardiac Valves: Consideration Pertinent to the Design and Construction of Prostheses, *in* Merendino, K. A., editor: Prosthetic Valves for Cardiac Surgery, Springfield, Ill., 1966, Charles C Thomas, Publisher, pp. 3-47.

2 Boddy, P. J., Brattain, W. H., and Sawyer, P. N.: Some Electrochemical Properties of Solid-Liquid Interfaces and the Electrode Behaviour of Erythrocytes, *in* Sawyer, P. N., editor: Biophysical Mechanisms in Vascular Homeostasis and Intravascular Thrombosis, New York, 1965, Appleton-Century-Crofts, Inc., pp. 30-41.

3 Sawyer, P. N., and Srinivasan, S.: Metallic and Plastic Prosthetic Devices as Vascular Wall Substitutes: Biophysical Criteria and Methods for Evaluation, J. Biomed. Mater. Res. **1:** 83, 1967.

4 Sawyer, P. N., Brattain, W. H., and Boddy, P. J.: A Case for Considering Electrochemical Criteria in the Choice of Materials Used in Vascular Prostheses, *in* Sawyer, P. N., editor: Biophysical Mechanisms in Vascular Homeostasis and Intravascular Thrombosis, New York, 1965, Appleton-Century-Crofts, Inc., pp. 337-345.

5 Falb, R. D., Grode, G. A., Anderson, S. J., and Leininger, R. I.: Physical-Chemical Aspects of Blood-Surface Interaction, *in* Brewer, L. A., III, editor: Prosthetic Heart Valves, Springfield, 1969, Charles C Thomas, Publisher.

6 Chopra, P. S., Srinivasan, S., Lucas, T., and Sawyer, P. N.: Relationship Between Thrombosis on Metal Electrodes and the Position of Metal in the Electromotive Series, Nature **215:** 1494, 1967.

7 Vroman, L.: Behaviour of Coagulation Factors at Interfaces, *in* Sawyer, P. N., editor: Bio-

physical Mechanisms in Vascular Homeostasis and Intravascular Thrombosis, New York, 1965, Appleton-Century-Crofts, Inc., pp. 81-95.

8 Sawyer, P. N., and Srinivasan, S.: Studies on the Biophysics of Intravascular Thrombosis, Am. J. Surg. **113:** 42, 1967.

9 Sawyer, P. N., Brattain, W. H., and Boddy, P. J.: Electrochemical Precipitation of Human Blood Cells and Its Possible Relation to Intravascular Thrombosis, Proc. Nat. Acad. Sci. **51:** 428, 1964.

10 Sawyer, P. N., and Harshaw, D. H.: Electro-osmotic Characteristics of Canine Aorta and Vena Cava Wall, Biophys. J. **6:** 653, 1966.

11 Sawyer, P. N., Burrowes, C. B., Ogoniak, J. C., Smith, A. O., and Wesolowski, S. A.: Ionic Architecture at the Vascular Wall Interface, Trans, Am. Soc. Artif. Intern. Organs **10:** 316, 1964.

12 Sawyer, P. N., Ziskind, H. S., and Harshaw, D. H.: Ion Metabolism by the Blood Vessel Wall, *in* Wesolowski, S. A., and Dennis, C., editors: Fundamentals of Vascular Grafting, New York, 1963, McGraw-Hill Book Company, Inc., pp. 3-31.

13 Afshar, A., Dennis, C., Fries, C. C., and Sawyer, P. N.: Evaluation of the Surgical Usefulness of Various Reactive Metal-Blood Interfaces, Surg. Forum **17:** 138, 1966.

14 Sawyer, P. N., Srinivasan, S., Lee, M. E., Martin, J. G., Murakami, T., and Stanczewski, B.: The Influence of Interface Charge on Long Term Function of Prosthetic Heart Valves, *in* Brewer, L. A., III, editor: Prosthetic Heart Valves, Springfield, Ill., 1969, Charles C Thomas, Publisher, pp. 198-213.

15 Sawyer, P. N., Srinivasan, S., Wesolowski, S. A., Berger, K. E., Campbell, A. A., Samma, A. A., Wood, S. J., and Sauvage, L. R.: Development and In Vivo Evaluation of Metals for Heart Valve Prostheses, Trans. Am. Soc. Artif. Intern. Organs **13:** 124, 1967.