IN AND FOR THE IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE ST. JUDE MEDICAL, INC., SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION | MDL NO. 01-1396 (JRT/FLN) |

ORIGINAL

DEPOSITION OF KEVIN E. HEALY, Ph.D.

Volume I

Thursday, May 18, 2006

Reported by ELIZABETH J. WOOD

CSR License No. 5134

**WORLD RECORD REPORTERS**

worldrecordreporters@comcast.net

41 Sutter Street #1406
San Francisco, CA 94104
(415)781-6669

FAX (510)525-7838

1442A Walnut Street #335
Berkeley, CA 94709
(510)525-1578

A. I haven't -- so you've given me five minutes to evaluate this. So I would decline really commenting on it further.

Q. So was the answer to my question, you can't agree or disagree with it?

A. Correct.

Q. Okay. Can you go to paragraph D? Would you read the first sentence in paragraph D on page 5?

A. "The latest data from AVERT likewise demonstrates no evidence of a long-term increased risk of thromboembolic events in AVERT Silzone valve recipients compared to the patients with nonSilzone valves."

Q. Would you read the next sentence, too?

A. "The life table method demonstrates that there is no statistically significant difference in the rates of patients experiencing thromboembolic events between Silzone and nonSilzone valve recipients."

Q. Were you aware of any data that supports those statements?

MR. CAPRETZ: Object to the form.

THE WITNESS: Well, I am not aware of data that -- that either supports or refutes those statements, because I don't -- wouldn't expect thrombosis to be an enormous risk factor with this

device because of the high blood flow rate.

And if there is thrombosis, it is certainly -- probably would be cleared rapidly from the local environment.

MR. JEFFREY:

Q. So you don't believe that there is an increased risk of thrombosis with the Silzone valve?

A. We can go back to the materials argument, which we know the materials are thrombogenic, but thrombosis in the location of the device due to the high rate of -- oh, so of -- well, the blood fluid dynamics and the blood flow rate -- you would probably have a very low incidence of thrombosis; so I think statistically it would almost be impossible to achieve any statistically significant results between patients treated -- patients treated with Silzone and patients not treated with silver coating.

Q. And that's what you would expect, even taking into consideration the different material, that is to say, the Silzone coating being used?

A. True, because -- because it goes back to my explanation earlier, that -- that, you know, thrombogenic materials are used in cardiovascular devices, but -- but in certain privileged cases where you have a high enough blood flow rate, then you don't

really have a -- the time sequence for a full thrombus to form.

Q. So other factors are predominant in the formation of a thromboembolism in regards to heart valves?

A. With the caveat that we're taking about an exposed surface for thrombus formation, right, as opposed to certainly thrombus on the cuff side, which is more of the tissue reaction, which is -- which is where personally I feel there's a -- the greater issue exists with the Silzone and the silver coating.

Q. At this point in time, more than five years after these patients have received a heart valve, is that any longer an issue?

A. What part is?

Q. You said a thrombus formation on the cuff itself.

A. No, it would be remodeled. It would be remodeled fairly rapidly. So a fibrous clot would form and that would typically be remodeled by fibrosis or fibrous tissue.

Q. So the increased thrombogenicity that we were just discussing is a risk that would have been possible during the immediate aftermath of the implantation of the valve?

A. I think you have to pars out the question in two ways. One is, you know, what one would safely say, that silver is probably more thrombogenic than PET, which is your Dacron coating.

In an in vitro controlled study, one would probably show -- I believe even -- even this is mentioned in some of the previous studies that was done by Tweden's group, that you certainly are going to see greater adhesion of blood components to metal and metal oxide like silver compared to the PET, so you have that in vitro data.

But that -- that doesn't always manifest itself into something that you can completely see again in the clinical environment.

So initially you probably would have a great deal of thrombosis or -- thrombosis may not be the correct word because I think that's used specifically by a clinician -- but you would certainly have a great deal of -- of clot formation when exposed to blood as you're sewing this cuff in, and to the silver, which gets remodeled.

Q. When you say remodeled, you mean covered up by tissue?

A. Well, the -- the clot is formed of proteins and cells then migrate through that clot by

expressing different enzymes, mostly enzymes then cleave the proteins in the clot, particularly proteins that are enzymes that then remodel, so as to the -- as the cell comes in, let's say, the fibroblast comes in, it remodels that clot and by -- and, also, at the same time, it's expressing it is own proteins that then fill in the Dacron mesh.

Q. So the area of the clot -- when you say remodeled, you mean tissue moving in there and eventually grows in the area then?

A. Eventually grows in. That's true.

Q. Once that happens, there is no greater risk for a thromboembolic event related to the actual material of the cuff itself?

A. Well, let's take the -- the standard, the PET. Because cells can grow into that material, and although it is a thrombogenic material -- so growth in that material is quite good. So you don't have really the potential for I think reexposure of that material, other than maybe some other factor, you know, damaged in some other way. You wouldn't normally expect this to change.

Um, in the case of silver, because the silver concentrations are -- gets so high in the local environment, then one would expect -- one would expect

that the silver-coated system -- you would have less cell growth.

And there are some in vitro papers I cited in my deposition showing that silver -- silver-coated systems, when the concentration gets too high, these materials lead to, you know, appreciable cell death and toxicity in the near -- we'll call it the near implant region or peri-implant region.

With that said, then if you're reexposing the silver coating to the blood contacting environment, then there could be a thrombogenic capacity that might be increased; however, I don't think this is going to be a large scale statistically significant problem.

Q. So it may happen in an idiosyncratic case?

A. I don't think I would phrase it that way, but it certainly could happen in some portion of the population.

And, one, let's take some of the -- as I said, this newer study that I -- that I briefly looked at where you have a higher -- let's say a mean value for a particular metric you're looking at for the Silzone valve, yes, it is -- it's not statistically significant.

Q. So there is no way to measure whether or not that has happened then?

A. You would have to go -- no. I mean, you

would have to -- histological analysis would be the only real way.

Q. So let me just recap to see if I actually understood that.

There's a possibility -- you're saying that there might be a possibility of a thromboembolic event because the silver has caused tissue degeneration and, therefore, a new clot has to form and new tissue has to form, and during that process, a clot could be given off; but there is no way to statistically measure that because it's so small and there has been no histological evidence of it in actual people who have a Silzone valve today?

MR. CAPRETZ: Objection as to form.

THE WITNESS: The way I would also -- I would also add to that statement is that really the blood contacting the -- the blood flowing through the valve is not really hitting the cuff, right. The cuff is on the outside of it anyway. So I think the chances of this being, you know, statistical significant are low, yes.

MR. JEFFREY:

Q. Okay. Could you take a look at paragraph G on page 6 and read the first sentence?

MR. JEFFREY: Are you meaning for him to