C PY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE: ST. JUDE MEDICAL,
INC., SILZONE HEART VALVES MDL Docket No. 1396
PRODUCTS LIABILITY LIGATION,

VIDEOTAPED DEPOSITION
OF
GARY LEE GRUNKEMEIER, PH.D.
Taken on behalf of Plaintiffs

March 31, 2005

* * *

the AVERT trial, whether or not site-to-site differences were important when you looked at multi-center studies.

Do you recall?

A. Uh-huh.

Q. Have you looked at all at the site-to-site differences within the top account study?

A. I may have at one time, but I don't recollect the result.

Q. Would it be important to do that in order to assess the significance, if any, to attach to the overall linearized rates that you derive from such a study?

A. Yeah, it does. Because even to be justified in pooling together the data from separate studies like this you should first make sure that they are homogeneous to some extent.

Q. For example, if three-quarters of the thromboembolic events came from two of eight institutions that were in the top accounts, that would raise a question about whether it's proper to pool the data, wouldn't it?

A. Yes, it would, I would say.

Q. And the same would be true for the complication we've been calling thrombus? If it turned out that two of the centers accounted for three-quarters of

the thrombus events, that would also call the
pooling of the data into question?

A. Yes.

Q. Another thing you'd want to know is whether or not there was any adjudication process for either -- for thromboembolic events; isn't that true?

A. Yes. That would be part of the data quality.

Q. And typically when a study is submitted for peer review, those are things -- adjudication and also whether or not the data can be pooled are things that are taken into account by peer reviewers; is that true?

A. Data pooling certainly is. I'm not as certain that adjudication of events is always challenged by peer reviewers.

Q. Go back for one second to the 2003 paper that you are the co-author of. Here it is. No. 24. In particular I want to ask you about table four on page 1058.

A. Okay.

Q. Is it true that two of the thromboembolic events amongst the Silzone patients occurred in the first 30 days after operation?

A. Yes.

Q. So for purposes of making a comparison to the OPC