ReedSmith

J. David Bickham
Direct Phone: 510.466.6775
Email: dbickham@reedsmith.com

Reed Smith LLP
1999 Harrison Street
Suite 2400
Oakland, CA 94612-3572
510.763.2000
Fax 510.273.8832

January 18, 2007

VIA FACSIMILE
Michael Coren, Esq.
Levy Angstreich Finney Baldante
Rubenstein & Coren P.C.
Woodcrest Pavillion, Suite 100
Ten Melrose Avenue
Cherry Hill, NJ 08003

**Re: St. Jude Medical - Silzone Heart Valve Litigation**
**<u>Our Reference Number: 350152.00830</u>**

Dear Michael:

During the deposition of Mr. Eric Butchart, I requested that a number of points of information and documents regarding the evidence on which Mr. Butchart is relying upon for his opinions in this case. We received the requested information correlating the echocardiography reports produced from the CERF study with the data provided regarding the CERF study, but have not received a response to the remaining requests. Accordingly, we are renewing our requests for that information and documents, which are summarized as follows:

- A key or explanation of the data from the CERF study reflected in the Excel spreadsheets that are marked as Defendant's exhibits #3-7 of Mr. Butchart's deposition transcript (pp. 33-35 and 45);
- The complete multivariate statistical analysis relied upon by Mr. Butchart in opining that Silzone is a risk factor for embolic events, which would include the analysis of patients who experienced TIAs, all of the risk factors that were considered, and the data on which that analysis was based (pp. 64-67 and 538);
- The email from Dr. Wilson regarding the findings from his analysis of the Silzone valve explanted by Mr. Butchart due to valve thrombosis (pp. 172-75);
- The photographs that were taken of the Silzone valve explanted by Mr. Butchart due to valve thrombosis (p. 175);
- The data regarding significant embolic risk factors found in the CERF study that are not included in Table 1 of Mr. Butchart's article, *Incidence of embolism and paravalvular leak after St. Jude Silzone valve implantation: experience from the Cardiff Embolic Risk Factor Study* (Defendant's Exhibit #15) (p. 213);

ReedSmith

- The linearized rates calculated for the TIA events that have occurred in all the patients in the CERF study, and the number of events that occurred beyond 30 days (p. 222-23);
- The confidence intervals for the event rates seen by Mr. Butchart in the patients involved in the CERF study (pp. 276-77);
- Confirmation of whether the combination of mitral and double valve rates are reported correctly in Table 3 of Mr. Butchart's report (pp. 289-90);
- The data regarding INR levels in the patients included in the Cardiff Late Review (p. 475-76);
- The submissions made to R & D and for ethics approval of Mr. Butchart's longer-term study of the Silzone and non-Silzone valve patients in the CERF study, including the protocol for that study (pp. 479-80 and 595).

In addition, without the key to the data provided in the Excel spreadsheet marked as Defendant's exhibits #3 – 7, neither Mr. Butchart nor I was able to confirm during his deposition whether these Excel spreadsheets include all of the data collected for the standard and Silzone valve recipients in the CERF study, and therefore, I would appreciate it if you could confirm whether all of that data has, in fact, been produced.

Please call me with any questions regarding the above and I look forward to receiving your response.

Very truly yours,

J. David Bickham

JDB:tab