----- Original Message -----
From: Michael Coren <mcoren@levyangstreich.com>
To: Bickham, J. David
Cc: carol@patrickmurphylaw.com <carol@patrickmurphylaw.com>; DMC@zimmreed.com <DMC@zimmreed.com>; Fernando Bermudez <Bermudez@stlouislaw.com>; fletcher@fletcherjohnsonlaw.com <fletcher@fletcherjohnsonlaw.com>; J. Gordon Rudd Jr. <JGR@zimmreed.com>; JCAPRETZ@capretz.com <JCAPRETZ@capretz.com>; jtc@capretz.com <jtc@capretz.com>; mbosko@stanfordalumni.org <mbosko@stanfordalumni.org>; Mgslaw@aol.com <Mgslaw@aol.com>; farlite@aol.com <farlite@aol.com>; murphylaw@msn.com <murphylaw@msn.com>; dsigelman@CMHT.com <dsigelman@CMHT.com>; stjude@stlouislaw.com <stjude@stlouislaw.com>; Carolyn Lindheim <clindheim@levyangstreich.com>; Steven E. Angstreich <sangstreich@levyangstreich.com>
Sent: Wed Jan 31 11:02:48 2007
Subject: RE: Evidence Relied Upon By Dr. Butchart

David,

Sorry for the delay in responding. There are something's the PSC will be providing in response to the requests outlined in your letter, such as the CERFS database field key. There are things your letter asked for that the PSC needs to discuss with Mr. Butchart. In view of his schedule and other commitments, we hope to have his attention on this next week. I will be back in touch.

Kind regards,

Michael Coren
Levy, Angstreich, Finney, Baldante,
Rubenstein & Coren, P.C.
(800) 601-1616 (215) 735-1616 (856) 424-8967

---

This e-mail and any document(s) accompanying this transmittal contains information from Levy, Angstreich, Finney, Baldante, Rubenstein & Coren, P.C. that is confidential and /or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action in reliance upon the contents of this transmittal information is strictly prohibited and the document(s) should be returned to this firm immediately. If you have received this transmittal in error, please notify this firm immediately at (800) 601-1616 or (215) 735-1616 or (856) 424-8967 or by return e-mail.

Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter that is contained in this document.

---

From: Bickham, J. David [mailto:dbickham@reedsmith.com]
Sent: Monday, January 29, 2007 1:47 PM
To: Michael Coren
Subject: Evidence Relied Upon By Dr. Butchart

Michael,
I would appreciate it if you would let me know when we can expect a response to our request for the evidence relied upon by Dr. Butchart, as set forth in my letter of January 18, 2007.

Regards,
Dave

J. David Bickham, Esq.
510.466.6775
dbickham@reedsmith.com

Reed SmithLLP
1999 Harrison Street
Oakland, CA 94612
510.763.2000 (reception)
510.273.8832 (fax)
<file://www.reedsmith.com> www.reedsmith.com
This e-mail is confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. To do so could violate state and Federal privacy laws. Thank you for your cooperation. Please contact J David Bickham at 510-466-6775 or e-mail dbickham@reedsmith.com if you need assistance.