IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE ST. JUDE MEDICAL, INC. | : | |
| SILZONE® HEART VALVE PRODUCTS | : | |
| LIABILITY LITIGATION | : | MDL DOCKET NO. 1396 |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2007, I caused the following documents:

1. St. Jude Medical's Motion to Preclude Testimony of Plaintiffs' Expert Eric C. Butchart;
2. St. Jude Medical's Notice of Motion to Preclude Testimony of Plaintiffs' Expert Eric G. Butchart;
3. Memorandum of Law in Support of Motion to Preclude Testimony of Plaintiffs' Expert Eric G. Butchart; and LR 7.1(c) Word Count Compliance Certificate; and
4. Affidavit of Tracy J. Van Steenburgh in Support of Motion to Preclude Testimony of Plaintiffs' Expert Eric G. Butchart with exhibits (Exhibit 8 filed under seal)

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Steven E. Angstreich: sangstreich@levyangstreich.com
James T. Capretz: jcapretz@capretz.com
Joe D. Jacobson: jacobson@stlouislaw.com; jdjacobson@sbcglobal.net
Carolyn Lindheim: clindheim@levyangstreich.com
J. Gordon Rudd: jgr@zimmreed.com, jlt@zimmreed.com
Richard B. Solum: solum.rick@dorsey.com
Charles S. Zimmerman: csz@zimmreed.com

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

The Honorable John R. Tunheim - tunheim_chambers@mnd.uscourts.gov'

and I certify that I caused a copy of the proposed order to be e-mailed to the following:

Steven E. Angstreich: sangstreich@levyangstreich.com
James T. Capretz: jcapretz@capretz.com
Joe D. Jacobson: jacobson@stlouislaw.com; jdjacobson@sbcglobal.net
Carolyn Lindheim: clindheim@levyangstreich.com
J. Gordon Rudd: jgr@zimmreed.com, jlt@zimmreed.com
Richard B. Solum: solum.rick@dorsey.com
Charles S. Zimmerman: csz@zimmreed.com

Dated: February 14, 2007

HALLELAND LEWIS
NILAN & JOHNSON, P.A.

By: s/ Tracy J. Van Steenburgh

Tracy J. Van Steenburgh, Reg. No. 141173
U.S. Bank Plaza South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
Telephone: (612) 338-1838

Attorneys for Defendant St. Jude Medical, Inc.