IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE ST. JUDE MEDICAL, INC., SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1396 |

**ST. JUDE MEDICAL'S MOTION FOR PROTECTIVE ORDER**

TO: Plaintiffs and their counsel, J. Gordon Rudd Jr., Esq., Zimmerman Reed, 651 Nicollet Mall, Suite 501, Minneapolis, MN 55402, Steven E. Angstreich, Esq., Levy Angstreich Finney Baldante Rubenstein & Coren, 10 Melrose Avenue, Suite 100, Cherry Hill, NJ 08003, Joe D. Jacobson, Esq., Green Schaaf & Jacobson, 7733 Forsyth, Suite 700, St. Louis, MO 63105, and James T. Capretz & Associates, 5000 Birch Street, Suite 2500, Newport Beach, CA 92660.

**PLEASE TAKE NOTICE** that Defendant St. Jude Medical, Inc. hereby moves for an order to temporarily stay the trial preservation deposition of plaintiffs' generic expert witness, Eric G. Butchart. St. Jude Medical should not be expected to cross-examine Plaintiffs' key expert for use at trial until Plaintiffs have produced all of the requested data and information upon which Dr. Butchart relies in forming his opinions.

The motion is based upon all the files, records and proceedings herein, including the memorandum and Declarations of J. David Bickham and Steven M. Kohn submitted herewith.

Dated: March 12, 2006

HALLELAND LEWIS NILAN & JOHNSON, P.A.

By s/ Tracy J. Van Steenburgh

Tracy J. Van Steenburgh, Reg. No. 141173
U.S. Bank Plaza South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
(612) 338-1838

REED SMITH LLP
Steven M. Kohn
1999 Harrison Street, Suite 2400
Oakland, CA 94612

Attorneys for Defendant St. Jude Medical, Inc.