IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE ST. JUDE MEDICAL, INC., SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1396 |

**ST. JUDE MEDICAL'S NOTICE OF MOTION FOR PROTECTIVE ORDER**

TO: Plaintiffs and their counsel, J. Gordon Rudd Jr., Esq., Zimmerman Reed, 651 Nicollet Mall, Suite 501, Minneapolis, MN 55402, Steven E. Angstreich, Esq., Levy Angstreich Finney Baldante Rubenstein & Coren, 10 Melrose Avenue, Suite 100, Cherry Hill, NJ 08003, Joe D. Jacobson, Esq., Green Schaaf & Jacobson, 7733 Forsyth, Suite 700, St. Louis, MO 63105, and James T. Capretz & Associates, 5000 Birch Street, Suite 2500, Newport Beach, CA 92660.

**PLEASE TAKE NOTICE** that at a date and time to be determined by the Court, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the undersigned will bring a motion on for hearing before the Honorable John R. Tunheim, in Courtroom 13E, United States Federal District Court, 300 South Fourth Street, Minneapolis, Minnesota 55415, for a protective order.

Dated: March 12, 2006

HALLELAND LEWIS NILAN & JOHNSON, P.A.

By s/ Tracy J. Van Steenburgh
Tracy J. Van Steenburgh, Reg. No. 141173
U.S. Bank Plaza South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
(612) 338-1838

REED SMITH LLP
Steven M. Kohn
1999 Harrison Street, Suite 2400
Oakland, CA 94612

Attorneys for Defendant St. Jude Medical, Inc.