IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE ST. JUDE MEDICAL, INC. | : | MDL DOCKET NO. 1396 |
| SILZONE® HEART VALVES PRODUCTS | : | |
| LIABILITY LITIGATION | : | |

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PROTECTIVE ORDER TO TEMPORARILY STAY THE TRIAL PRESERVATION DEPOSITION OF PLAINTIFFS' GENERIC EXPERT WITNESS, ERIC G. BUTCHART, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(C)**

I, Tracy J. Van Steenburgh, certify that the Memorandum In Support of Motion for Protective Order to Temporarily Stay the Trial Preservation Deposition of Plaintiffs' Generic Expert Witness, Eric G. Butchart, Pursuant to Federal Rule of Civil Procedure 26(C) complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft® Word Version 2002, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 2,751 words.

Dated: March 12, 2007

HALLELAND LEWIS NILAN & JOHNSON, P.A.

By s/ Tracy J. Van Steenburgh
Tracy J. Van Steenburgh, Reg. No. 141173
U.S. Bank Plaza South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
(612) 338-1838

ATTORNEYS FOR ST. JUDE MEDICAL, INC.