IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE ST. JUDE MEDICAL, INC., SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1396 |

**CERTIFICATION OF STEVEN M. KOHN RE GOOD FAITH CONFERRAL TO RESOLVE DISCOVERY DISPUTE IN SUPPORT OF MOTION FOR PROTECTIVE ORDER TO TEMPORARILY STAY THE TRIAL PRESERVATION DEPOSITION OF PLAINTIFFS' GENERIC EXPERT WITNESS, ERIC G. BUTCHART, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(C)**

I, Steven M. Kohn, declare:

1. I am an attorney at law licensed to practice in the State of California. I am a partner with Reed Smith, LLP, attorneys of record for defendant St. Jude Medical, Inc. in this action. I make this Certification in support of St. Jude Medical, Inc.'s Motion for Protective Order To Temporarily Stay The Trial Preservation Deposition Of Plaintiffs' Generic Expert Witness, Eric G. Butchart, Pursuant To Federal Rule Of Civil Procedure 26(c). I have personal knowledge of the facts set forth below, and if called as a witness, could competently testify thereto under oath.

2. Before filing the Motion, I have in good faith attempted to confer with Mr. Steve Angstreich, counsel for Plaintiffs, by telephone on March 8, 2007. We, however, could not reach an agreement.

3. Although we both remain hopeful that the dispute regarding the production of the evidence relied on by Dr. Butchart will be resolved informally, Mr. Angstreich was unwilling to

reschedule Dr. Butchart's deposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: March 9, 2007

Steven M. Kohn