IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE ST. JUDE MEDICAL, INC. :
SILZONE® HEART VALVE PRODUCTS :
LIABILITY LITIGATION : MDL DOCKET NO. 1396

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2007, I caused the following documents:

1. St. Jude Medical's Motion for Protective Order;
2. St. Jude Medical's Notice of Motion for Protective Order;
3. Memorandum of Law in Support of Motion for Protective Order to Temporarily Stay the Trial Preservation Deposition of Plaintiffs' Generic Expert Witness, Eric G. Butchart, Pursuant to Federal Rule of Civil Procedure 26(c), and LR 7.1(c) Word Count Compliance Certificate
4. Declaration of J. David Bickham in Support of Motion for Protective Order to Temporarily Stay the Trial Preservation Deposition of Plaintiffs' Generic Expert Witness Eric G. Butchart, Pursuant to Federal Rule of Civil Procedure 26(c); and
5. Certification of Steven M. Kohn re Good Faith Conferral to Resolve Discovery Dispute in Support of Motion for Protective Order to Temporarily Stay the Trial Preservation Deposition of Plaintiffs' Generic Expert Witness Eric G. Butchart, Pursuant to Federal Rule of Civil Procedure 26(c)

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Steven E. Angstreich: sangstreich@levyangstreich.com
James T. Capretz: jcapretz@capretz.com
Joe D. Jacobson: jacobson@stlouislaw.com; jdjacobson@sbcglobal.net
Carolyn Lindheim: clindheim@levyangstreich.com
J. Gordon Rudd: jgr@zimmreed.com, jlt@zimmreed.com
Richard B. Solum: solum.rick@dorsey.com
Charles S. Zimmerman: csz@zimmreed.com

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

The Honorable John R. Tunheim - tunheim_chambers@mnd.uscourts.gov'

and I certify that I caused a copy of the proposed order to be e-mailed to the following:

Steven E. Angstreich: sangstreich@levyangstreich.com
James T. Capretz: jcapretz@capretz.com
Joe D. Jacobson: jacobson@stlouislaw.com; jdjacobson@sbcglobal.net
Carolyn Lindheim: clindheim@levyangstreich.com

J. Gordon Rudd: jgr@zimmreed.com, jlt@zimmreed.com
Richard B. Solum: solum.rick@dorsey.com
Charles S. Zimmerman: csz@zimmreed.com

Dated: March 12, 2007

HALLELAND LEWIS
NILAN & JOHNSON, P.A.

By: s/ Tracy J. Van Steenburgh
Tracy J. Van Steenburgh, Reg. No. 141173
U.S. Bank Plaza South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
Telephone: (612) 338-1838

Attorneys for Defendant St. Jude Medical, Inc.