IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE ST. JUDE MEDICAL, INC., SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1396 |

**ST. JUDE MEDICAL'S NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER**

TO: Plaintiffs and their counsel, J. Gordon Rudd Jr., Esq., Zimmerman Reed, 651 Nicollet Mall, Suite 501, Minneapolis, MN 55402, Steven E. Angstreich, Esq., Levy Angstreich Finney Baldante Rubenstein & Coren, 10 Melrose Avenue, Suite 100, Cherry Hill, NJ 08003, Joe D. Jacobson, Esq., Green Schaaf & Jacobson, 7733 Forsyth, Suite 700, St. Louis, MO 63105, and James T. Capretz & Associates, 5000 Birch Street, Suite 2500, Newport Beach, CA 92660.

**PLEASE TAKE NOTICE** that Defendant St. Jude Medical, Inc. hereby withdraws its motion for an order to temporarily stay the trial preservation deposition of plaintiffs' generic expert witness, Eric G. Butchart, which was originally served and filed on March 12, 2007.

Dated: March 15, 2007

HALLELAND LEWIS NILAN & JOHNSON, P.A.

By s/ Tracy J. Van Steenburgh
Tracy J. Van Steenburgh, Reg. No. 141173
U.S. Bank Plaza South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
(612) 338-1838

REED SMITH LLP
Steven M. Kohn
1999 Harrison Street, Suite 2400
Oakland, CA 94612

Attorneys for Defendant St. Jude Medical, Inc.