# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE ST. JUDE MEDICAL, INC., SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1396<br><br>**NOTICE OF APPEARANCE** |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Cortney G. Sylvester, shall appear as counsel of record for Defendant St. Jude Medical, Inc. in this case.

Dated: March 16, 2007

HALLELAND LEWIS NILAN & JOHNSON, P.A.

By: s/ Cortney G. Sylvester
Tracy J. Van Steenburgh, Reg. No. 141173
Cortney G. Sylvester, Reg. No. 231514
U.S. Bank Plaza South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
(612) 338-1838

REED SMITH LLP
Steven M. Kohn
1999 Harrison Street, Suite 2400
Oakland, CA 94612

Attorneys for Defendant St. Jude Medical, Inc.