**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **IN RE ST. JUDE MEDICAL, INC.** | **:** | |
| **SILZONE HEART VALVES** | **:** | |
| **PRODUCTS LIABILITY** | **:** | **MDL DOCKET NO. 1396** |
| **LITIGATION** | **:** | |

**AFFIDAVIT OF J. GORDON RUDD, JR.,**
**IN OPPOSITION TO ST. JUDE MEDICAL, INC.'S**
**MOTIONS TO PRECLUDE EXPERT TESTIMONY**

**STATE OF MINNESOTA )**
**)ss.**
**COUNTY OF HENNEPIN )**

J. Gordon Rudd, Jr., being duly sworn upon oath, deposes and says:

I am a partner at the law firm of Zimmerman Reed, P.L.L.P. I represent the Plaintiffs in the above-referenced matter and submit this Affidavit in opposition to St. Jude Medical, Inc.'s Motions to Preclude Expert Testimony of Eric G. Butchart, M.D., Kevin E. Healey, and Gregory J. Wilson, M.D.

Attached to this Affidavit are true and correct copies of the following Exhibits:

| | |
|---|---|
| 1 | Invitation of EACT's Secretary General asking Dr. Butchart to serve on the Committee Revising the Edmunds criteria. |
| 2 | Tweden 1993 Letter to EGB re TELIOS R& D Meeting |
| 3 | *Andersen v. St. Jude Medical Inc*, Slip. Op, October 9, 2003 (Ontario Superior Court of Justice). |
| 4 | Jagdish Butany, Richard L. Leask, Nimesh Desai, *et al.*, *Pathologic analysis of 19 heart valves with silver-coated sewing rings.* 21 *J Card. Surgery* 530-38 (2006) |
| 5 | *Synergetics, Inc. v. Hurst*, No. 06-1146, 2007 U.S. App. LEXIS 2470 (8th Cir. Feb. 5, 2007) |

| | |
|---|---|
| 6 | Curriculum *Vitae* of Eric G. Butchart |
| 7 | Curriculum *Vitae* of Gregory J. Wilson |
| 8 | Curriculum *Vitae* of Kevin E. Healy |
| 9 | *R. v. J-l.-J.*, 2 S.C.R. 600 (Can. 2000) |
| 10 | *Hammes v. Yamaha Motor Corp. U.S.A., Inc.*, No. 03-6456, 2006 WL 1195907 (D. Minn. May 4, 2006). |
| 11 | E-mail of David Stanley Esq. to Michael Coren, Esq re: spoliation |
| 12 | Excerpt from FDA Circulatory System Devices Panel, Transcript of November 20, 2003 Meeting |
| 13 | Healy Volume I 5-18-06 Deposition Excerpts. |
| 14 | Healy Volume II 5-19-06 Deposition Excerpts |
| 15 | Document bates # 0224973 |
| 16 | Document bates # 0064749 |
| 17 | Document bates # 0033444 |
| 18 | Document bates # 0124795 |
| 19 | Document bates # 0034073 |
| 20 | Dr. Gregory Wilson 6-21-06 Deposition Excerpts |
| 21 | Document bates # 0069075 |
| 22 | Document bates # 0631958 |
| 23 | William Holmberg 10-10-02 Deposition Excerpts |
| 24 | Donald Guzik Vol I 10-15-02 Deposition Excerpts |
| 25 | Donald Guzik Vol II 10-16-02 Deposition Excerpts |
| 26 | Document bates # FDA 18584 |
| 27 | Document bates # FDA 18052 |
| 28 | Document bates # 18733 |
| 29 | Document bates # 0028305 |
| 30 | Terry Shepherd 5-21-04 Deposition Excerpts |
| 31 | Monica Schultz MDL 10-20-05 Deposition Excerpts |
| 32 | Kevin Healy 5-18-06 Deposition Excerpts |
| 33 | Katherine Tweeden 2-14-03 Deposition Excerpts |

| | |
|---|---|
| 34 | Gary Grunkmeier 4-4-05 Deposition Excerpts |
| 35 | Frederick Schoen 8-9-06 Deposition Excerpts |
| 36 | Frater 5-14-04 Deposition Excerpts |
| 37 | Franssen-Brader, D. 9-28-04 Deposition Excerpts |
| 38 | Flory CNCA Day 7 10-25-05 Deposition Excerpts |
| 39 | Flory MDL Class Cert 3-20-02 Deposition Excerpts |
| 40 | Flory MDL Preemption & Merits 11-12-02 Deposition Excerpts |
| 41 | Eric Butchart Day 1 6-26-06 Deposition Excerpts |
| 42 | Document bates # 0027270 |
| 43 | Document bates # 0027348 |
| 44 | Document bates # 0070554 |
| 45 | Document bates # 0071153 |
| 46 | Document bates # 0072535 |
| 47 | Document bates # 0125095 |
| 48 | Document bates # 0539323 |
| 49 | Document bates # 0564510 |
| 50 | Document bates # 0630602 |
| 51 | Document bates # 0665077 |
| 52 | Gary Greenstein, 134 J. Amer. Dent. Assoc. 583 (May 2003). |
| 53 | Document bates # 0531805 (P. Tozzi, *Silver-coated prosthetic heart valve: a double-bladed weapon*, 19 Eur. J. of Cardio-thoracic Surg. 729 (2001)) |
| 54 | Dr. Gregory Wilson 6-22-06 Deposition Excerpts |
| 55 | Jonas Runquist 12-11-02 Deposition Excerpts |
| 56 | Dr. Del Rizzo 8-1-06 Deposition Excerpts |
| 57 | Dr. B. Goldman Deposition Excerpts11-3-06 |
| 58 | Dr. J. Butany 4-26-02 Deposition Excerpts |
| 59 | Document bates # 0027348 |
| 60 | Document bates # 0060082 |
| 61 | Document bates # 0151372 |
| 62 | Document bates # 0486414 |

| | |
|---|---|
| 63 | *Cook v. Rockwell Int'l Corp.*, No. 90-cv-00181, 2006 U.S. Dist. LEXIS 89121, 75-81 (D. Colo. Dec. 7, 2006) |

**FURTHER YOUR AFFIANT SAYETH NOT.**

s/J. Gordon Rudd, Jr.
J. Gordon Rudd, Jr.

Subscribed and sworn to before me
this 19th day of March, 2007.

s/Julie L. Tinkham
Notary Public