# Exhibit 7

# CURRICULUM VITAE

**GREGORY JOHN WILSON** Revised November 17, 2005

**Business Address**:
Room 5446, Division of Pathology, Department of Pediatric Laboratory Medicine, The Hospital for Sick Children, 555 University Avenue, Toronto, Ontario M5G 1X8 Telephone: 416-813-5965, Fax: 416-813-7927

**Qualifications**

1969 - B.Sc. Electrical Engineering (honours), University of Manitoba
1972 - M.Sc. Physiology, Oxford University
1975 - M.D. McMaster University, Hamilton, Ontario
Fellow of the Royal College of Physicians and Surgeons of Canada - Anatomic Pathology 1981-present.
Diplomate of the American College of Pathologists - Anatomic Pathology (since 1981).
General Medical Licensure, College of Physicians and Surgeons of Ontario CPSO Registr No. 32370.

**Current Appointments:**

Senior Scientist and Senior Staff Pathologist: The Research Institute, Division of Cardiovascular Research and Division of Pathology, Dept. of Pediatric Laboratory Medicine, The Hospital for Sick Children.
Consultant, Department of Pathology, University Health Network, Toronto General Hospital.
Affiliated Scientist, Division of Cell and Molecular Biology, Toronto General Research Institute, University Health Network.

**1992 - Present:** **Primary Appointment**: Professor, Department of Laboratory Medicine and Pathobiology University of Toronto

**1992 - Present:** **Cross Appointments:** Professor, Dept. of Surgery, Dept. of Physiology, Institute of Medical Science, Institute of Biomaterials & Biomedical Engineering(IBBME) Faculty of Applied Science and Engineering, Faculty of Dentistry and Faculty of Medicine, University of Toronto

**Previous Primary Appointments**:

1984 - 1992: Associate Professor, Department of Pathology, University of Toronto
1981 - 1984: Assistant Professor, Department of Pathology, University of Toronto

**Internship and Residency:**

1980 - 1981 Chief Resident, Anatomic Pathology, Toronto General Hospital.
1979 - 1980 Resident, Anatomic Pathology, The Hospital for Sick Children, Toronto.
1977 - 1978 Chief Resident, Anatomic Pathology, Mount Sinai Hospital, Toronto.
1976 - 1977 Assistant Resident, Anatomic Pathology, Toronto General Hospital
1975 - 1976 Straight Internship, Internal Medicine, Toronto General Hospital

**Research Experience – Appointments and Fellowships**

1981-Present Senior Scientist, The Research Institute, The Hospital for Sick Children
1983 - 1986 Director, Cardiovascular Laboratories, Banting Institute, Department of Surgery, University of Toronto.
1980 - 1983 Co-director, Cardiovascular Laboratories, Banting Institute, Department of Surgery, University of Toronto.
1978 - 1979 Research Fellow of the Canadian Heart Foundation, Departments of

Surgery and Pathology, University of Toronto.

1972 - 1980 Research Associate, Cardiovascular Laboratories, Banting Institute, Department of Surgery, University of Toronto.

1970 - 1972 Graduate Student (Rhodes Scholar) in Cardiovascular Physiology, Oxford University.

1964 - 1968 Research Assistant, full-time, summers and part-time during academic year, Departments of Mechanical and Electrical Engineering, University of Manitoba.

**Honours & Awards / Scholarships**

1999 Fellow of Biomaterials Science and Engineering (FBSE) awarded by the World Biomaterials Congress, International Union of Societies for Biomaterials Science and Engineering

1990-1999 Career Investigator Award: Heart and Stroke Foundation of Ontario:

1987-1990 Research Scholarship: Heart and Stroke Foundation of Ontario.

1981 - 1987 Senior Research Fellowship, Canadian Heart and Stroke Foundation

1980 Starr Medal, Faculty of Medicine, University of Toronto.

1979 Penner Prize, Canadian Association of Pathologists

1978 - 1979 Research Fellow of the Canadian Heart Foundation,

1978 Penner Prize*, Canadian Association of Pathologists

1969 Rhodes Scholarship

**Research Endeavours**

Myocardial Ischemia/Reperfusion Injury, especially in relation to cardiac and vascular surgery, with a special focus on pediatrics.

Cardiovascular Prosthetic Devices, especially the development and experimental evaluation of design improvements including cardiac pacing systems, heart valve prostheses and synthetic and biological vascular grafts.

**Peer Reviewed Research Grants- Current**

Gregory J. Wilson, Principal Investigator, with Dr. P.H. Backx, co-investigator: Heart and Stroke Foundation of Ontario. "Ischemic preconditioning of the myocardium: role of cell volume regulation" July 1, 2002 to June30, 2006. ($121,801 - July1/05-June30/06).

**Research Grants - Previously Held**

Gregory J. Wilson and DW Courtman: Canadian Institutes for Health Research. "Acellular matrix: tissue engineering approaches for pediatric cardiovascular reconstruction"April 2000–03, $78,937/year, # MOP 38053.

Note: This funding is incorporated into a program grant "Interdisciplinary program in vascular development and disease - CORE, CIHR #MGC-13920 in Dept of Cardiovascular Research with about $44,635 per year/investigator

Gregory J. Wilson: Heart and Stroke Foundation of Ontario (HSFO) with Dr. Peter Backx, # B-3536, Ischemic preconditioning of the myocardium." July /97-June 30 /99, $97,803.00 & $98,302.00 respectively.

Dr. G.J. Wilson & Dr. P. Backx: HSFO # T4179, July/99 - June 30/2002 :"Ischemic preconditioning of the myocardium: role of chloride channels." 99/00 $103,179; 00/01 $105,240 and 01/02 $107,353.

Gregory J. Wilson & Dr. David Courtman: "Thromboresistance of acellular matrix vascular bioprostheses" #NA-3773. July 1/98 to June 30/2000. $63,008 (July/98-June 30/99; $63782 July/99 to June/00).
Gregory J. Wilson and Kim Woodhouse: Materials Manufacturing Ontario. Acellular matrix technology for multiple tissue implant applications. Materials Manufacturing Ontario BM 338 June/98 - May/00 $80,000/yr.
Dr. Gregory Wilson. Ontario Research and Development Challenge Fund (ORDCF): Acellular Matrix Technology Research and Development Program. The Hospital for Sick Children. July /99 to June/00. $210,000
Gregory J. Wilson: Ontario Centre for Materials Research Cooperative Research Award #TB2-261 Chemical processing of acellular matrix vascular grafts for improved biocompatibility. 1994-1997,$17,000/yr.
Dr. Gregory J.Wilson: OHSF Grant # B2452 Heart & Stroke Foundation of Ontario. Acellular Matrix as a Biomaterial for Heart Valve Bioprostheses: July 1/93-June 30/95 ($57,000/year)
Gregory J. Wilson: HSFO: T-2687 "Ischemic preconditioning of the myocardium". July 94-June 30/97 (approx $95,000/yr). OHSF #B2271 July/92-June 30/94. ($96,554; $101,383).
Dr. Gregory J. Wilson: Medical Research Council of Canada (MRC) MRC #6449 "Acellular Matrix Vascular Prostheses: Design Issues". July 1/93-June 30/96 ($88,642/yr). This MRC grant is incorporated into a Program Grant # PG-12351 (Co-ordinator Dr. M. Rabinovitch) Title: "Interdisciplinary program in vascular development and disease". The Hospital for Sick Children. July 1/93 to June 30/96. Wilson GJ, Lee JM: "The use of porous surface structured surgical implants." MRC MT#6449. 1983 - 1989 (89/90 $122,153; 90/92 $154,396; 92-94 $154,538/yr
Wilson GJ: Acellular Matrix as a biomaterial for heart valve bioprostheses. HSFO #B2452. 93/94 $55,219; 94/95 $57,980.
Wilson GJ, Romaschin AD, Coles JG and Benson LN: "Myocardial protection in pediatric cardiac surgery" HSFO #T-1376 (T-528). 1981 – 1991 (88/89 $165,000; 89/90 $171,600; 90/91 $178,464).
Coles JG, Taylor M, Wilson GJ: "Cerebral protection in cardiac surgery." HSFO #AN-017. 1984-1987 (84/85 - $68,703; 85/86 - $68,880; 86/87 - $65,054).
Coles JG, Shore A, Wilson GJ: "Donor specific immunosuppression in pediatric cardiac transplantation" HSFO #AN-625. 1986 - 1991. (88/89 $90,297; 89/90 and 90/91 $86,764).
Superina R, Wilson GJ: "Class one MHC antigen induces suppression of rejection" HSFO #AN1538. 1989-91. 89/90 and 90/91 $48,541/year).

**Patents Awarded**
United States Patent. Klement P, Wilson GJ and Yeger H: "Process for preparing biological mammalian implants" Patent # 4,776,853, Dated October 11, 1988.
Canadian Patent: # 1261290 dated Sept 26, 1989: Process for preparing biological mammalian implants.

**Professional Affiliations**
American Society for Investigative Pathology; International Academy of Pathology (North American Section)
United States and Canadian Academy of Pathology;International Society for Heart Research (North American Section)
Canadian Biomaterials Society; Canadian and Ontario Medical Associations;Canadian Cardiovascular Society

## Committee Memberships

**Provincial/National:**

1997 - 1999: Internal Reviewer, Senior Personnel Committee, Heart and Stroke Foundation of Canada

1983 - 1988: Scientific Officer, Cardiovascular Surgery/Stroke/Pulmonary Committee (National Grants Review) Canadian Heart Foundation

1982 - 1985: Medical Committee (Grant Review), Ontario Heart and Stroke Foundation

**Hospital and University:**

2001 - Present Member of Animal Care Committee, The Hospital for Sick Children
2001 - Present Member of Animal Facility Management Committee, The Hospital for Sick Children
1999- Present: Chairman of the Hospital for Sick Children Morbidity and Mortality Committee
1981 - Present - External Referee - Medical Research Council of Canada (CIHR)
1981 - Present - External Referee - Heart & Stroke Foundation of Ontario
1991 - Present - Peer Reviewer for manuscripts submitted to Cardiovascular Research, American Journal of Pathology, Journal of Vascular Surgery, Circulation, Journal of Cellular and Molecular Cardiology.
1996 - 1998 Conflict of Interest and Technology Transfer Committees, The Hospital for Sick Children
1985 - 1987: Chairman, Animal Care Committee, Toronto General Hospital
1984 - 1986: Chairman, Animal Services Committee, Faculty of Medicine, University of Toronto

## Teaching and Administrative Responsibilities, University of Toronto and Affiliated Teaching Hospitals

Supervision of graduate students as primary supervisor or co-supervisor and serving on various graduate student committees at University of Toronto as well as supervising post-doctoral fellows.
Supervising two or more summer students annually.

## Theses Supervised, University of Toronto

Primary Supervisor (or Co-Supervisor) Details from 1998-2005
Career total: 2 Ph.D and 10 M.Sc.

1. Azadeh Boloorchi, M.Sc. Ischemic preconditioning of the myocardium, cell volume regulators. Department of Laboratory Medicine and Pathobiology. September/04 – June/06.
2. Hin-Yee (Elsa) Liu – M.Sc. Immunological responses in rat tissue. Laboratory Medicine and Pathobiology. Co-Supervisor, Dr. David Courtman Jan 2001-2004
3. Michelle Batthish: Ischemic Preconditioning of the myocardium. M.Sc. Department of Physiology. Sept/99 -June 01.
4. Meredith Ford: Ischemic preconditioning of the myocardium. M.Sc. thesis. Dept. Physiology. Sept 1996 - June 1998.

## PUBLISHED PAPERS

**Note:** **P research arising primarily from my own laboratories**
**S or C research on which my role was secondary or collaborative**

1 MacGregor DC, Wilson GJ, Holness ED, Lixfield W, Yasui H, Tanaka S, Silver MD and Gunstensen J: Intramyocardial carbon dioxide tension… J Thorac Cardiovasc Surg 68: 101-107, 1974. P

2 Wilson GJ and Bergel DH: Continuous measurement of left ventricular volume using a single dimensional transducer... Cardiovasc Res 9: 327-335, 1975. **P**

3 MacGregor DC, Wilson GJ, Tanaka S, Holness DE, Lixfield W, Silver MD, Rubis LJ, Goldstein W and Gunstensen J: Ischemic contracture of the left ventricle. J Thorac Cardiovasc Surg 70: 945-954, 1975. **P**

4 Wilson GJ, Goldstein W and MacGregor DC: The metabolic response of the heart to ischemic arrest in cardiovascular surgery. Microcirculation Vol 1, 316-317, Plenum Press, 1976. **P**

5 Wilson GJ, Hill TJ, Goldstein W and MacGregor DC: Induced ischemic arrest of the heart. J Extracorporeal Tech 8(1): 20-29, 1976. **P**

6 MacGregor DC, Pilliar RM, Wilson GJ, Goldstein W, Rubis LJ, Blackwell R, Lixfeld W, Scully HE and Silver MD: Porous metal surfaces. A radical new concept in prosthetic heart valve design. Trans Amer Soc Artif Internal Organs 22: 646-653, 1976. **P**

7 Wilson GJ and MacGregor DC: The measurement of myocardial gas tensions by mass spectrometry. J Crit Care Med 4: 248-252, 1976. **P**

8 Silver MD, Wilson GJ, Lixfeld W, Trimble AS and MacGregor DC: Aorto-coronary bypass graft in dogs. Pathology 8: 343-351, 1976. **P**

9 Silver MD, and Wilson GJ: The pathology of wear in the Beall model 104 heart valve prosthesis. Circulation 56: 617-622, 1977. **P**

10 MacGregor DC, Covvey HD, Wilson GJ, Schwartz L, Scully HE and Wigle ED: Computer-assisted Reporting System for the Follow-up of Patients with Prosthetic Heart Valves: Am J Cardiol 42: 444-452, 1978. **S**

11 MacGregor DC, Wilson GJ, Lixfeld W, Pilliar RM, Bobyn JD, Silver MD, Smardon S and Miller SL: The porous surfaced electrode: A new concept in pacemaker lead design. J Thorac Cardiovasc Surg. 78: 281-291, 1979. **P**

12 Walters FJM, Wilson GJ, Steward DJ, Domenech RJ and MacGregor DC: Intramyocardial pH as an index of myocardial metabolism during cardiac surgery. J Thorac Cardiovasc Surg. 78: 319-330, 1979. **P**

13 Wilson GJ, MacGregor DC, Bobyn JD, Lixfeld W, Pilliar RM, Miller SL and Silver MD: Tissue response to porous surfaced electrodes: Basis for a new atrial lead design. Meere C, (ed). Cardiac Pacing, Proceedings of the VIth World Symposium on Cardiac Pacing, Montreal, Quebec, October 2-5, 1979, Chap. 29-12. P

14 MacGregor DC, Wilson GJ, Dutcher RD, O'Neill EG, Lixfeld W, Busch RH and Scholmeyer MP: A positive fixation endocardial pacemaker lead using an extendable/retractable helix. Meere C (ed): Cardiac Pacing, Proceedings of the VIth World Symposium on Cardiac Pacing, Montreal,Quebec,Oct 2-5,1979,Chap 29-14 **P**

15 MacGregor DC, Wilson GJ, Scully HE, Lixfeld W, Bobyn JD, Pilliar RM and Silver MD: Improved thromboresistance of mechanical heart valves achieved by endothelialization of porous metal surfaces. Surgical Forum 30: 239-241, 1979. **P**

16 Lee BY, Wilson GJ, Domenech RJ and MacGregor DC: Relative roles of edema versus contracture in the myocardial post-ischemic "no-reflow" phenomenon. J Surg Res 29:50-61, 1980. **P**

17 Wilson GJ, Robertson JM, Walter FJM, Steward DJ and MacGregor DC: Intramyocardial pH during elective arrest of the heart: Relative effects of hypothermia versus potassium cardioplegia on anaerobic metabolism. Annals Thorac Surg 30: 472-481, 1980. **P**

18 MacGregor DC, Covvey HD, Nobel EJ, Smardon SD, Wilson GJ, Goldman BS and Wigle ED: Computer-assisted reporting system for the follow-up of patients with cardiac pacemakers. Pacing and Clinical Electrophysiology 3: 568-584, 1980. **S**

19 Heineman FW, MacGregor DC, Wilson GJ and Ninomiya J: Regional and transmural temperature distribution in cold chemical cardioplegia. J Thorac Cardiovasc Surg 81: 851-859, 1981. **P**

20 Schaffer MS, Zuberbuhler P, Wilson GJ and Rose V: Catecholamine cardiomyopathy: An unusual presentation of pheochromocytoma in children. J Pediatrics 99: 276-279, 1981. S

21 Bobyn JD, Wilson GJ, Mycyck TR, Klement P, Tait GA, Pilliar RM, MacGregor DC: Comparison of a porous-surfaced with a totally porous ventricular endocardial pacing electrode, Pacing and Clinical Electrophysiology 4: 405-416, 1981. **P**

22 Bobyn JD, Mycyck TR, Wilson GJ, Klement P, MacGregor DC: Improved electrophysiological performance using porous-surfaced electrodes for ventricular endocardial cardiac pacing. Ferugilo GA, (ed.): Cardiac Pacing, Electrophysiology, and Pacemaker Technology; Proceedings of the 2nd European Symposium on Cardiac Pacing, Florence, Italy, May 4-6, 1981. Padova: Piccin Medical Books; 1137-1143, 1981. **P**

23 Coles JG, Wilson GJ, Tait GA, Klement P, Coles JC, Weisel RD, Baird RJ: Cardioplegia for severe coronary artery disease: An improved technique using direct coronary artery infusion. Ann Thorac Surg 33:234-237,1982.**P**

24 Tait GA, Booker PD, Wilson GJ, Coles JG, Steward DJ and MacGregor DC: Effect of multidose cardioplegia and cardioplegic solution buffering on myocardial tissue acidosis. J Thorac Cardiovasc Surg 83: 824-829, 1982. **P**

25 Rose V, Steiner G, Wilson GJ: Familial hypercholesterolemia - report of coronary death at age 3 in a homozygous child and parental diagnosis in a heterozygous sibling. J Pediatrics 100: 757-759,1982. **S**

26 Coles JG, Wilson GJ, Sima AAF, Klement P and Tait GA: Intraoperative detection of spinal cord ischemia using somatosensory cortical evoked potentials (SCEP) during thoracic aortic occlusion. Ann Thorac Surg. 33: 234-237, 1982. **P**

27 Tait GA, Young RG, Wilson GJ, Steward DJ, MacGregor DC: Myocardial pH during regional ischemia: Evaluation of a fiberoptic photometric probe. Amer J Physiol 243: H1027-H1031, 1982. **P**

28 Bobyn JD, Wilson GJ, MacGregor DC, Pilliar RM, Weatherly GC: Effect of pore size on the peel strength of attachment to porous-surfaced implants. J Biomed Mater Res 16: 571-584, 1982. **P**

29 Silver MD, Wilson GJ: The pathology of cardiovascular prostheses. Chapter 35, pp 1225-1296. In Cardiovascular Pathology, Silver MD (ed). Churchill Livingstone, 1983. S

30 Wilson GJ: The pathology of cardiac pacing, Chapter 36, pp 1297-1328. In Cardiovascular Pathology, Silver MD (ed). Churchill Livingstone, 1983. **P**

31 Coles JG, Wilson GJ, Sima AAF, Klement P, Tait GA, Williams WG and Baird RJ: Intraoperative management of thoracic aortic aneurysm: Experimental evaluation of perfusion cooling of the spinal cord. J Thorac Cardiovasc Surg 83: 824-829, 1983. **P**

32 Leidner J, MacGregor DC, Wilson GJ, Wong E: A novel process for the manufacturing of porous grafts: Process description and product evaluation. J Biomed Mater Res 17: 229-247, 1983. **P**

33 Freedom RM, Wilson GJ, Trusler GA, Williams WG, Rowe RD: Pulmonary atresia and intact ventricular septum: A review of the anatomy, myocardium and factors influencing right ventricular growth and guidelines for surgical intervention. Scand J Thorac Cardiovasc Surg. 17: 1-28, 1983. **S**

34 Wilson GJ, MacGregor DC, Klement P, Lee JM, Wong E, Leidner J: Anisotropic polyurethane non-woven conduits: A new approach to the design of a vascular prosthesis. Proc Am Soc Artif Intern Organs. 29: 260-268, 1983. **P**

35 MacGregor DC, Wilson GJ, Klement P and Pilliar RM: Improved electrophysiological performance using porous-surfaced electrodes for atrial epicardial pacing. Steinback K, Glogar D, Laszkovics A, Scheibelhofer W and Weber H (eds): Cardiac Pacing, Proceedings of the VII World Symposium on Cardiac Pacing, Vienna, Austria, May 1-5, 1983. Steinkopff, Publishers; 345-352, 1983. **P**

36 Feindel CM, Tait GA, Wilson GJ, Klement P, MacGregor DC: Multidose blood versus crystalloid cardioplegia: Comparison by quantitative assessment of irreversible myocardial injury. J Thorac Cardiovasc Surg 87: 585-595, 1984. **P**

37 Prickaerts JP, Wilson GJ, Bayliss CE, Baffour R: Influence of fixative osmolality on the morphometric determination of extracellular space in normal and reperfused myocardium. J Micorscopy 135: 169-179, 1984. **P**

38 LeBlanc J, Arbus R, Williams WG, Moes CAF, Wilson GJ, Freedom RM, Trusler GA: Serous fluid leakage: A complication following modified Blalock-Taussig shunt. J Thorac Cardiovasc Surg 88: 259-262, 1984. **S**

39 Rowe RD, Rose V, Heilbut M, Wilson GJ: Kawasaki disease: An important cardiac disorder in children. Clinical Pediatrics, Vol 1. Common Pediatric Disorders: Metabolism, Heart Disease, and Trauma. Lifshitz F (ed), pp 143-159, Marcel Dekker, 1984. **S**

40 Rowe RD, Schuh S, Wilson GJ, Cook D, Rose V: Dilated and hypertrophic forms of cardiomyopathy in children. Clinical Pediatrics, Vol 1. Common Pediatric Disorders: Metabolism, Heart Disease and Trauma. Lifshitz F (ed), pp 161-187, Marcel Dekker, 1984. **S**

41 Miller SL, MacGregor DC, Margules GS, Bobyn JD and Wilson GJ: Theoretical Justification for Size Reduction of Porous-surfaced Electrodes. Aubert A and Ector H, (eds): Pacemaker Leads. Amsterdam: Elsevier Science Publishers; 57-62, 1985. **P**

42 Miller SL, MacGregor DC, Klement P, van Werven M and Wilson JG: Performance of a platinium-iridium porous-surfaced electrode. Aubert A and Ector H (eds) Pacemaker Leads. Amsterdam: Elsevier Science Publishers: 337-342, 1985. **P**

43 Wilson GJ, MacGregor DC, Klement P, Saulson SH and Pilliar RM: Porous metal surface coating for improved soft tissue fixation of pacemaker pulse generators. Auber A and Ector H (eds). Pacemaker Leads Amsterdam: Elsevier Science Publishers: 309-316, 1985. **P**

44 Klement P, del Nido PJ, Wilson GJ: The use of cardiac pacemakers in veterinary practice. Compendium on Continuing Education for the Practicing Veterinarian 6: 893-902, 1985. **P**

45 del Nido PJ, Wilson GJ, Mickle DAG, Klement P, Tait GA: The role of cardioplegic buffering in myocardial protection: A biochemical and histopathological assessment. J Thorac Cardiovasc Surg. 89: 689-699, 1985. **P**

46 Canny GJ, Arbus GS, Wilson GJ, Newth CJ: Fatal pulmonary hypertension following renal transplantation. Br. J. Dis. Chest. 79(2): 191-195, 1985. **S**

47 del Nido PJ, Williams WG, Wilson GJ, Coles JG, Moes CAF, Hosokawa Y, McLaughlin PR, Fowler RS, Izukawa T, Rowe RD, Trusler GA: Synthetic patch angioplasty for repair of coarctation of the aorta: experience with aneurysm formation. Circulation 74: (Suppl I) I-32 - I-36, 1986. **P**

48 Harris K, Walker PM, Mickle DAG, Harding R, Gatley R, Wilson G, Van denberge H, Romaschin AD: Metabolic response and reoxygenation injury of reversibly and irreversibly ischemic skeletal muscle. Amer J Physiol (250,2 Pt.2) (Heart Circ Physiol 191): H213-H220, 1986. **S**

49 Mickle DAG, del Nido PJ, Wilson GJ, Harding RD, Romaschin AD: Exogenous substrate preference of the post-ischemic myocardium. Cardiovasc Res. 20: 250-263, 1986. **P**

50 Mickleborough LL, Wilson GJ, Weisel RD, Mackay CA, Seawright SJ, Ivanov J, Taqaki S, Akaqawa H, Houle S, McLaughlin PR, Baird RJ: Endocardial excision versus encircling endocardial ventriculotomy: a comparison of effects on ventricular structure and function. J Thorac Cardiovasc Surg 91: 779-787, 1986. **S**

51 Mickleborough LL, Wilson GJ, Rebeyka I and Gray G: Improved results with left ventricular assist versus intra-aortic balloon counterpulsation during early reperfusion after global myocardial ischemia. Surgical Forum, pp 208-210, 1986. **S**

52 Wilson GJ, Klement P and MacGregor DC: A comparison of the Dardik biograft with a reinforced ovine collagen tube vascular graft: Preliminary findings. Proceedings of the International Congress of Angiology, Athens, Greece, June 9-14, Edizioni Minerva Medica-Corse Bramante, Turin pp. 413-416, 1986. **P**

53 Friedell ML, Parsonnet V, MacGregor DC, Wilson GJ, Villaneuve A and Klement P: Initial experience with polyester mesh-reinforced ovine fibrocollagenous tubes as arterial xenografts in dogs. Proceedings of the International Congress of Angiology, Athens, Greece. June 9-14, Edizioni Minerva Medica-Corse Bramante, Turin pp. 607-610, 1986. **S**

54 Wilson GJ, MacGregor DC, Feitler DA, Klement P, Tillery BC and Miller SL: A comparison of macroporous and microporous pacing electrodes. Proceedings of IEEE Engineering in Medicine and Biology Society 8th Annual Conference: Frontiers of Engineering and Computing in Health Care. Vol 1. pp 20-22, 1986. **P**

55 Lee JM, Wilson GJ: Anisotropic tensile viscoelastic properties of vascular graft materials tested at low strain rates. Biomaterials 7:423-431, 1986. **P**

56 Nahon D, Lee JM, Wilson GJ: A two-dimensional incremental analysis of the static mechanical properties of vascular grafts. Clinical Materials 1:177-197, 1986. **P**

57 Benson LN, Freedom RM, Wilson GJ, Halliday WC: Cerebral complications following balloon angioplasty of coarctation of the aorta. Cardiovasc and Interventional Radiol. 9:184-196, 1986. **S**

58 Miller SL, Krug R, Wesner W, Klement P, Wilson GJ, Feitler DA, Tillery BC and MacGregor DC: Carbon: The ideal material for cardiac pacing electrodes? Proceedings of the IEEE Engineering in Medicine and Biology Society 8th Annual Conference: "Frontiers of Engineering and Computing in Health Care - 1986" **S**

59 Kim MS, Wilson GJ, Holland FJ, Kovacs K: ACTH-producing microadenoma of the pituitary in a young female infant with Cushing's disease: report of a case including immunocytologic and ultrastructural studies. Pediatr Pathol 6(2-3): 151-159, 1986. **S**

60 Rebeyka IM, Coles JG, Wilson GJ, Watanabe T, Taylor MJ, Adler SF, Mickle DAG, Romaschin AD, Burrows FA, Williams WG, Trusler GA: The effect of low-flow cardiopulmonary bypass on cerebral function: An experimental and clinical study. Ann Thorac Surg 43:391-396, 1987. **P**

61 Mickleborough LL, Rebeyka IM, Wilson GJ, Gray G, Desrosiers A: A comparison of left ventricular assist and intra-aortic balloon counterpulsation during early reperfusion after ischemic arrest of the heart. J Thorac Cardiovasc Surg 93:597-608, 1987. **S**

62 Romaschin AD, Rebeyka I, Wilson GJ, Mickle DAG: Conjugated dienes in ischemic and reperfused myocardium: an in vivo chemical signature of oxygen free radical mediated injury. J Molec Cell Cardiol 19:289-302, 1987. **S**

63 Klement P, del Nido PJ, Mickleborough L, MacKay C, Klement G and Wilson GJ: Technique and postoperative management for successful cardiopulmonary bypass and open heart surgery in dogs. J Amer Vet Med Assoc 190:869-874, 1987. **P**

64 Klement P, Feindel CM, Scully HE, Mesher E, Klement G, del Nido P and Wilson GJ: Mitral valve replacement in Dogs: Surgical Technique and postoperative management. J Vet Surg 16:231-237, 1987. **P**

65 del Nido PJ, Mickle DAG, Wilson GJ, Benson LN, Coles JG, Trusler GA, Williams WG: Evidence of myocardial free radical injury during elective repair of tetralogy of Fallot. Circulation 76 (Suppl. V), V 174 - V 179, 1987. **S**

66 del Nido PJ, Benson LN, Mickle DAG, Kielmanowicz S, Coles JG, Wilson GJ: Impaired left ventricular post-ischemic function and metabolism in chronic right ventricular hypertrophy. Circulation (Suppl. V), V 168 - V 173, 1987. **P**

67 Smallhorn JF, Burrows P, Wilson GJ, Coles JG, Gilday DL, and Freedom RM: Two-dimensional and pulsed doppler echocardiography in the post-operative evaluation of total anomalous pulmonary venous connection. Circulation 76(2):289-305, 1987. **S**

68 Coles JG, Watanabe T, Wilson GJ, Benson LN, Kent GM, Mickle DAG, Romaschin AD, Villamater J, Uje H, Williams WG, and Trusler GA: Age-related differences in the response to myocardial ischemic stress. J Thorac and Cardiovasc Surg 94:526-534, 1987. **P**

69 Teoh K, Christakis GT, Weisel RD, Madonik MM, Ivanov J, Warbick-Cerone A, Johnston LG, Cawthorn RH, Mullen JC, Glynn MFX, Wilson GJ and Salerno TA: Dipyridamole reduced myocardial platelet and leukocyte deposition following ischemia and cardioplegia: J Surg Res 42:642-652, 1987. **S**

70 Rowe RD, Rose V, Wilson GJ, Lightfoot N: Kawasaki disease: a measles cover-up? (letter) Can Med Assoc J 136(11): 1146, 1987. **S**

71 del Nido PJ, Mickle DAG, Wilson GJ, Benson LN, Weisel RD, Coles JG, Trusler GA, Williams WG: Inadequate myocardial protection with cold cardioplegic arrest during repair of Tetralogy of Fallot. J Thorac & Cardiovasc Surg. 95(2): 223-229, 1988. **P**

72 Labbe R, Lindsay T, Gatley R, Romaschin A, Mickle D, Wilson GJ, Houle S, Walker P: Quantitation of post-ischemic skeletal muscle necrosis: Histochemical and radioisotope techniques. J Surg Res 44:45-53, 1988. **S**

73 Dasmahapatra HK, Coles GJ, Wilson GJ, Sherret H, Adler S, Williams WG, Trusler GA: Relationship between cerebral spinal fluid dynamics and reversible spinal cord ischemia during experimental thoracic aortic occlusion. J Thorac Cardiovasc Surg 95:920-923, 1988. **S**

74 Dasmahapatra HK, Wilson GJ, David SL, Kielmanowicz S, Kent G, Gokhale SN, Coreczynski R, Shore A, Coles JG: A new technique of experimental heterotopic cardiac transplantation. Cardiovasc Res.22 (4): 296-299, 1988. **S**

75 Axford-Gatley RA, and Wilson GJ: The "border zone" in myocardial infarction: An ultrastructural study in the dog using an electron-dense blood flow marker Amer J. Path. 131(3):452-464, 1988. **P**

76 Bjork VO, Wilson GJ, Sternlieb JJ and Kaminsky DB: The porous metal-surfaced heart valve, long-term study without long-term anticoagulation in mitral position in goats. J Thorac and Cardiovasc Surg. 95:1067-1082,1988. **P**

77 Koike K, Hesslein PS, Dasmahapatra HK, Wilson GJ, et al: Telemetric detection of cardiac allograft rejection. Circ. suppl I 78:I-106-I-112, 1988. **S**

78 Wilson GJ, Rebeyka IM, Coles JG, et al: Loss of somatosensory evoked response as an indicator of reversible cerebral ischemia during hypothermic, low-flow cardiopulmonary bypass Ann Thorac Surg 45:206-209, 1988. **P**

79 Ino T, Sherwood WG, Benson LN, Wilson GJ, Freedom RM, Rowe RD: Cardiac manifestations in disorders of fat and carnitine metabolism in infancy. J Am. Coll. Cardiol. 11(6) 1301-1308, 1988. **S**

80 Weygang ML, Lee JM, Wilson GJ, et al: Static mechanical properties of helically constructed polyurethane vascular grafts before and after implantation. Mat Res Soc Symp Proc. vol 110: 63-69, 1989. **P**

81 Mickleborough LL, Ovil Y, Wilson GJ, et al: A simplified concept for a bileaflet atrioventricular valve that maintains annular-papillary muscle continuity. J Cardiac Surg. 4:58-68, 1989. **S**

82 Mickleborough LL, Wilson GJ, Harris L, Tashiro T, Parson I, Gray G: Balloon electric shock ablation. J Thorac Cardiovasc Surg. 97:135-146, 1989. **S**

83 Rebeyka IM, Wilson GJ, et al: Asanguinous reperfusion in a canine model of cardiopulmonary bypass and controlled post-ischemic work. Ann Thorac Surg. 48:397-403, 1989. **P**

84 Wilson GJ, Freedom RM, Koike K, Perrin D: The coronary arteries: anatomy and histology. In: Pulmonary Atresia with Intact Ventricular Septum (Freedom RM, ed). Futura, Mt. Kisco, N.Y., 1989. pp 75-88. **P**

85 Freedom RM, Wilson GJ: Endomyocardial abnormalities. In: Pulmonary Atresia with Intact Ventricular Septum (Freedom RM, ed). Futura, Mt. Kisco, N.Y., 1989: pp 89-100. **S**

86 Koike K, Perrin D, Wilson GJ, Freedom RM: Myocardial ischemia and coronary arterial involvement in newborn babies less than one week old with pulmonary atresia and intact ventricular septum. In: Pulmonary Atresia with Intact Ventricular Septum (Freedom RM, ed). Futura, Mt. Kisco, N.Y., 1989: pp 101-108. **S**

87 Wilson GJ, Axford-Gatley RA, Bush BG, et al: European versus North American Cardioplegia: comparison of Bretschneider's and Roe's cardioplegic solutions in a canine model of cardiopulmonary bypass. The Thoracic & Cardiovascular Surgeon 38:10-14, 1990. **P**

88 Rebeyka IM, Axford-Gatley RA, Bush BC, del Nido PJ, Mickle DAG, Romaschin AD and Wilson GJ: Calcium paradox in an in vivo model of multidose cardioplegia and moderate hypothermia: Prevention with diltiazem or trace calcium levels. J Thorac Cardiovasc Surg: 99:475-483, 1990. **P**

89 Teoh KH, Mickle DAG, Weisel RD, Madonik M, Ivanov J, Harding RD, Romaschin AD, Wilson GJ and Mullen JC: The effect of lactate infusion on myocardial metabolism and ventricular function following ischemia and cardioplegia. Can J Cardiol 6(1): 38-46, 1990. **S**

90 Romaschin A, Wilson GJ, Thomas U, Tumiati L, Feitler DA and Mickle DAG: Subcellular distribution of phospholipid peroxidation products in reversibly ischemic and reperfused canine myocardium: Am J Physiol. 259: H116-H123, 1990. **P**

91 Burrows P.E. Freedom R.M., Benson L.N., Moes C.A.F. Wilson G, Koike K, Williams W.G.: Coronary angiography of pulmonary atresia, hypoplastic ventriculo- coronary communications. Am J Roetgen. 154:789-795, 1990. **S**

92 Caspi J, Herman SL, Coles JG, Benson LN, Radde I, Augustine J, Hamilton F, Castellarin S, Kumar R, Wilson GJ: Effects of low perfusate $Ca^{2+}$ concentration on newborn myocardial function after ischemia. Circulation Suppl. IV, Vol. 82 (5) IV-371-379, 1990. **P**

93 Caspi J, Herman SL, Wilson GJ, et al: Neonatal autoperfused working heart-lung preparation: assessment of factors determining survival. J Heart Transplantation. 9(4):435-440, 1990. **S**

94 Axford-Gatley RA, Wilson GJ, and Feindel CM: Comparison of blood-based and asanguineous cardioplegic solutions administered at 4°C: an ultrastructural morphometric study in the dog. J Thoracic Cardiovasc Surg 100:400-409, 1990. **P**

95 Wilson G, Yeger H, Klement P, Lee M, Courtman D: Acellular matrix allograft small caliber vascular prostheses. ASAIO Transactions 36 (3) M340-M343, 1990. **P**

96 Drasler WJ, Wilson GJ, Jenson ML, Klement P, George SA, Protonotarios EI, Dutcher RG, Possis ZC: Venturi grafts for hemodialysis access. ASAIO Transactions, 36(3) M753-M757, 1990. **S**

97 Caspi J, Coles JG, Rabinovitch MR, Cohen D, Trusler GA, Williams WG, Wilson GJ, Freedom RM. Morphological findings contributing to a failed Fontan procedure 12 year experience. Circulation Suppl.IV Vol. 82 (5) IV-177-182, 1990. **S**

98 Axford-Gatley RA and Wilson GJ: Reduction of experimental myocardial infarct size by oral administration of Vitamin E. Cardiovascular Research 25:89-92,1991. **P**

99 Caspi J, Coles JG, Benson LN, Herman SL, Diaz RJ, Augustine J, Brezina A, Kolin A, Wilson GJ: Age-related response to epinephrine induced myocardial stress: A functional and ultrastructural study. Circ. Suppl.III 84(5): 394-399, Nov, 1991. **P**

100 Drasler WJ, Jenson ML, Wilson GJ, Thielen JM, Protonotarios EI, Dutcher RG, Possis ZC: A rheolytic system for percutaneous coronary and peripheral plaque removal. Angiology 42(2):90-98, 1991. **S**

101 Chan KY, Iwahara M, Benson L, Wilson G, Freedom RM: Immunosuppressive therapy in the management of acute myocarditis in children. J Am Coll Cardiol 17(2): 458-460, 1991. **S**

102 Tsao PW, Diaz RJ, Radde IC, Wong PY, Martell MF, Augustine JM, Wilson GJ, Coles JG: Age-related differences in the effects of cyclosporine on lymphocyte intracellular free calcium. Transplantation 52(2):345-349, Aug. 1991. **S**

103 Wilson GJ, MacGregor DC, Klement P, et al: The composite Corethane/Dacron vascular prosthesis. ASAIO Transactions 37(3): M475-M476, July-Sept. 1991. **P**

104 McKeown NB, Chang G, Niven J, Romaschin AD, Wilson GJ, et al: Facilitation of endothelial cell growth on hydroxylated ePTFE vascular grafts. ASAIO Transactions 37(3): M477-M478, July-Sept. 1991. **S**

105 Wilson GJ: The Pathology of Cardiac Pacing. In: Cardiovascular Pathology, Second Edition (Silver MD, ed). Churchill Livingstone, New York, 1991: Vol. 2 pp 1429-1464 (Chapter 38). **P**

106 Silver MD, Wilson GJ: Pathology of mechanical heart valve prostheses and vascular grafts made of artificial materials. In: Cardiovascular Pathology, Second Edition (Silver MD, ed). Churchill Livingstone, New York, 1991: Vol. 2 pp 1487-1545 (Chapter 40). **S**

107 Feindel CM, Cruz J, Sandhu R, Wilson GJ: The effectiveness of various modes of nonsynchronized retrovenous perfusion in salvage of ischemic myocardium in the pig. Can J. Cardiol 7(8):357-365, Oct 1991. **P**

108 Akagi T, Benson LN, Lightfoot NE, Chin K, Wilson G, Freedom RM: Natural history of dilated cardiomyopathy in children. Am Heart J 121(5):1502-1506, May 1991. **S**

109 Drasler WJ, Jenson ML, Wilson GJ: Rheolytic catheter for percutaneous removal of thrombus. Radiology 182:263-267, Jan. 1992. **S**

110 Klement P, Borm A, Hirsh J, Maraganore J, Wilson G, Weitz J: The effect of thrombin inhibitors on tissue plasminogen activator induced thrombolysis in a rat model: Thrombosis & Hemostasis 68(1):64-68, 1992. **S**

111 Ropchan GV, Feindel CM, Wilson GJ, Boylen P, and Sandhu R: Salvage of ischemic myocardium by non-synchronized coronary retroperfusion in the pig. J of Thorac & Cardiovasc Surg. 104:619-625, Sept. 1992. **S**

112 See YP, Weisel RD, Mickle DAG, Teoh KH, Wilson GJ, et al: Prolonged hypothermic cardiac storage for transplantation: the effects on myocardial metabolism and mitochondrial function. Journal of Thoracic & Cardiovascular Surgery, 104:817-824, Sept. 1992. **S**

113 Mickleborough LL, Wilson GJ, et al: Surgical treatment of ventricular tachycardia - balloon electric shock ablation: Potential effects on the mitral valve apparatus. J Thorac Cardiovasc. Surg. 103:629-637, April, 1992. **S**

114 Coles JG, Romaschin AD, Wilson GJ, Mickle DAG, et al: Oxygen free radical-mediated lipid peroxidation injury in acute cardiac allograft rejection. Transplantation 54(1):175-178, July, 1992. **S**

115 Pereira CA, Courtman DW, Langdon S, Lee JM, Wilson GJ: The effect of cell extraction or cryopreservation on the mechanical properties of porcine aortic valve leaflets. Proceedings of Canadian Medical and Biological Engineering Society Conference, pp. 86-87. Toronto June, 1992. **P**

116 Feindel CM, Sandhu R, Cruz J, Wilson GJ: The effect of delay in retroperfusion therapy on infarct size reduction. Annals of Thoracic Surgery 54:1120-1125, Dec. 1992. **S**

117 Tsao P, Wong PY, Radde IC, Young DS, Bryson S, Caspi J, Diaz RJ, Martell MF, Augustine JM, Wilson GJ, Coles JG: Pharmacodynamics and pharmacokinetics of cyclosporine A in the newborn. Developmental Pharmacology and Therapeutics. 18(2): 20-25, 1992. **S**

118 Courtman DW, Lee JM, Yeger H, Wilson GJ: The acellular matrix vascular prosthesis: investigation of its potential as a xenograft for clinical application. Biomaterial Tissue Interfaces. Advances in Biomaterials #10. pp. 241-246. 1992. Proceedings of 9th European Conference on Biomaterials, Chester UK, Sept/91. (Eds. Doherty PJ et al.) Elsevier Science Publishers, Netherlands. **P**

119 Coles J, Tsao P, Wilson G, Mills G. Tyrosine kinase-dependent lymphocyte signaling during allograft rejection. Transplantation Proceedings 25(1):877, Feb. 1993. **S**

120 Caspi J, Coles JG, Benson LN, Herman SL, Augustine J, Tsao P, Brezina A, Kolin A and Wilson GJ: Effects of high plasma epinephrine and $Ca^{2+}$ concentrations on newborn myocardial function following ischemia. J Thoracic & Cardiovasc.Surg. 105(1):59-67, Jan 1993. **P**

121 Axford-Gatley RA, Wilson GJ: Myocardial infarct size reduction by single high dose or repeated low dose vitamin E supplementation in rabbits. Can J Cardiol. 9(1):94-98, Jan-Feb 1993. **P**

122 Tsao PW, Mills GB, Diaz RJ, Radde IC, Martell MF, Augustine JM, Parkinson D, Waddell J, Wilson GL, Coles JG: Identification of a subpopulation of reactive large granular mononuclear cells in allogenic heart transplantation J Heart Lung Transplant 12(2):230-238, Mar-Apr, 1993. **S**

123 Caspi J, Coles JG, Benson LN, Herman SL, Diaz RJ, Augustine J, Brezina A, Wilson GJ: The protective effect of magnesium on acute catecholamine toxicity in the neonate. J Thorac and Cardiovascular Surgery 105(3):525-531, March 1993. **P**

124 Drasler WJ, Wilson GJ, Stenoien MD, Jenson ML, George SA, Dutcher RG, Possis ZC: A spun elastomeric graft for dialysis access. ASAIO Journal39(2): 114-119, April-June 1993. **S**

125 Sandhu R, Diaz R, Wilson GJ: A comparison of ischemic preconditioning in blood perfused and buffer perfused isolated heart models. Cardiovascular Research 27(4) 602-607, April 1993. **P**

126 Wilson GJ, MacGregor DC, Klement P, Weber BA, Binnington AG, Pinchuk L: The compliant Corethane/Dacron composite vascular prosthesis: comparison with 4 mm ePTFE grafts in a canine model. ASAIO Journal Vol 39(3): M526-M531, July-Sept, 1993. **P**

127 Tsao PW, Mills GB, Diaz RJ, Radde IC, Martell MF, Augustine JM, Parkinson D, Waddell J, Wilson GJ, Coles JG: Identification of a subpopulation of reactive large granular mononuclear cells in allogeneic heart transplantation. J Heart Lung Transplant 12(2):230-238, March-April, 1993. **S**

128 Coles J, Tsao P, Wilson G, Mills G: Tyrosine Kinase-dependent lymphocyte signaling during allograft rejection. Transplantation Proceedings 25(1) p. 877, Feb. 1993. **S**

129 He, Guo-Wei, Yang C-Q, Wilson GJ, Rebeyka IM: Tolerance of coronary endothelium and smooth muscle to hyperkalemia. Annals of Thoracic Surg 57:682-688, March 1994. **S**

130 Christodoulou J, McInnes RR, Jay V, Wilson G, Becker LE, Lehotay DC, Platt B-A, Bridge PJ, Robinson BH, Clarke JTR: Barth Syndrome: Clinical observations and genetic linkage studies. American Journal of Medical Genetics 50(3):255-264, April 1994. **S**

131 Courtman DW, Pereira CA, Kashef V, McComb D, Lee JM and Wilson GJ: Development of a pericardial acellular matrix biomaterial. J of Biomedical Materials Research Vol 28(6):655-666, June 1994. **P**

132 Szwarc RS, Mickleborough LL, Mizuno S, Wilson GJ, et al: Conductance catheter measurement of left ventricular volume in the intact dog. Cardiovascular Research 28(2):225-228, 1994. **S**

133 Lee JM, Haberer SA, Pereira CA, Naimark WA, Courtman DW, Wilson GJ: "High strain rate testing and structural analysis of pericardial bioprosthetic materials". ASTM Special Technical Publication 11: Biomaterials' Mechanical Properties (HE Kambic, A.T. Yokobori, ed.), Philadelphia, pp.19-42, 1994. **S**

134 Mickleborough LL, Mizuno S, Usui A, Wilson GJ, McComb D, Gray G: Balloon electric shock ablation. A surgical technique for treatment of ventricular tachycardia: Influence of endocardial scar on depth of ablation. Journal of Thoracic and Cardiovascular Surgery 108(5):855-861, Nov. 1994. **S**

135 Mickleborough LL, Maruyama H, Szwarc R, Wilson GJ, Sun Z, Mohamed S: A new canine model of left ventricular dysfunction due to regional infarction. Surgical Forum, Vol. XLV:235-236, 1994. **S**

136 Tsao PW, Mills GB, Diaz RJ, Radde IC, Parkinson D, Waddell J, Wilson GJ and Coles JG: Evidence that increases in lymphocyte tyrosine phosphorylation precede cardiac allograft rejection. Transplantation 58 (4): 451-457, August 1994. **S**

137 Wilson GJ, Courtman DW, Klement P, Lee JM and Yeger H: Acellular matrix: A biomaterials approach for coronary artery bypass and heart valve replacement Annals Thorac Surg 60:S353-S358, August, 1995. **P**

138 Wilson GJ, MacGregor DC, Bridgeman J, Weber BA, Binnington AG, Pinchuk L: A Corethane™/Polyester composite vascular prosthesis for vascular access: Comparison with ePTFE grafts in a canine model. American Society for Artificial Internal Organs Journal 41(3): M728-M734, July-Sept. 1995. **P**

139 Coles JG, Yemets I, Najim HK, Lukanich JM, Perron J, Wilson GJ, Rabinovitch M, Nykanen DG, Benson LN, Rebeyka LM, Trusler GA, Freedom RM, Williams WG: Experience with repair of congenital heart defects using adjunctive endovascular devices. J Thorac Cardiovasc Surg, 110:1513-1520, Nov. 1995. **S**

140 Courtman DW, Pereira C, Omar S, Langdon SE, Lee JM and Wilson GJ: Biomechanical and ultrastructural comparison of cryopreservation and a novel cellular extraction of porcine aortic valve leaflets. Journal Biomedical Materials Research, 29:1507-1516, 1995. **P**

141 Sandhu R, Thomas U, Diaz RJ, Wilson GJ: Effect of ischemic preconditioning of the myocardium on cyclic AMP. Circulation Research 78:137-147, Jan. 1996. **P**

142 Cowan B, Baron O, Crack J, Coulber C, Wilson GJ, Rabinovitch M: Elafin, a serine elastase inhibitor, attenuates post-cardiac transplant coronary arteriopathy and reduces myocardial necrosis in rabbits after heterotopic cardiac transplantation. J Clin Invest. 97(11):2452-2468, June 1996. **S**

143 Li R-K, Mickle DAG, Weisel RD, Carson S, Omar SA, Tumiati LC, Wilson GJ, and Williams WG: Human pediatric and adult ventricular cardiomyocytes in culture: assessment of phenotypic changes with passaging. Cardiovascular Research 32:362-373, 1996. **S**

144 Wilson GJ, Klement P, Kato YP, Martin JB, et al: A self-expanding bifurcated endovascular graft for abdominal aortic aneurysm repair. American Society for Artificial Internal Organs Journal 42:M386-M393, June, 1996. **P**

145 Diaz R, Wilson GJ: Selective blockade of AT1 angiotensin II receptors abolished ischemic preconditioning in isolated rabbit hearts. Journal of Molecular and Cellular Cardiology 29:129-139, Jan. 1997. **P**

146 Walker AM, Benson LN, Wilson GJ and Arbus GS: Cardiomyopathy: a late complication of hemolytic uremic syndrome. Pediatr Nephrol 11:221-222, April, 1997. **S**

147 Sandhu R, Diaz RJ, Mao GD, Wilson GJ: Ischemic preconditioning differences in protection and susceptibility to blockade with single versus multi-cycle transient ischemia. Circulation 96(3):984-995, August, 1997. **P**

148 Sharafuddin MJ, Hicks ME, Jenson LM, Morris JE, Drasler WJ, Wilson GJ: Rheolytic thrombectomy with use of the AngioJet-F105 catheter: preclinical evaluation of safety. J Vasc.& Intervent. Radiol. 8(6):939-45,1997, Nov-Dec. **S**

149 Beghetti M, Wilson GJ, Bohn D, Benson L: Hypersensitivity myocarditis caused by an allergic reaction to cefaclor. Journal of Pediatrics 132(1): 172-173, January, 1998. **S**

150 Caspi J, Coles JG, Benson LN, Wilson GJ: Brain damage and myocardial dysfunction: protective effects of magnesium in the newborn pig. Annals of Thoracic Surgery 65(6): 1730-1736, June, 1998. **S**

151 Losito VA, Tsushima G, Diaz RJ, Wilson GJ, Backx PH: Preferential regulation of rabbit cardiac L-type $Ca^{2+}$ current by glycolytic derived ATP via a direct allosteric pathway. Journal of Physiology 511:(Pt. 1): 67-78, August, 1998. **S**

152 Leveillee RJ, Pinchuk L, Wilson GJ, Block NL: A new self-expanding lined stent-graft in the dog ureter: radiological, gross, histopathological and scanning electron microscopic findings. Journal of Urology 160(5): 1877-1882, November, 1998. **S**

153 Courtman DW, Cho A, Langille L, Wilson GJ: Eliminating arterial pulsatile strain by external banding induces medial but not neointimal atrophy and apoptosis in the rabbit. American Journal of Pathology 153(6): 1723-1729, December 1998. **P**

154 Diaz RJ, Losito VA, Ford MK, Mao GD, Backx PH, Wilson GJ: Chloride channel inhibition blocks the protection of ischemic preconditioning and hypo-osmotic stress in rabbit ventricular myocardium. Circulation Research 84:763-775, April, 1999. **P**

155 Lee KJ, McCrindle BW, Bohn DJ, Wilson GJ, Taylor GP, Freedom RM, Smallhorn JF, Benson LN: Clinical outcomes of acute myocarditis in childhood. Heart 82(2):226-33, Aug, 1999. **S**

156 Henry TD, Setum CM, Wilson GJ, Morris JE, Johnston RB, Jenson ML: Preclinical evaluation of a rheolytic™ catheter for percutaneous coronary artery/saphenous vein graft thrombectomy. J Invasive Cardiol. 11(8) 475-484, August, 1999. **S**

157 Merguerian PA, Reddy PP, Barrieras DJ, Wilson GJ, Woodhouse K, Bagli D, McLorie GA, Khoury AE: Acellular bladder matrix allografts in the regeneration of functional bladders: evaluation of large segment (<24 $cm^2$) substitution in a porcine model. British Journal of Urology International 85:894-898, May, 2000. **P**

158 Reddy PP, Barrieras DJ, Wilson G, Bagli DJ, McLorie GA, Khoury AE, Merguerian PA.: Regeneration of functional bladder substitutes using large segment (<40 cm2) acellular matrix allografts in a porcine model: long term results. Journal of Urology. 164(3) Pt 2 of 2 936-941, September 2000. **S**

159 Courtman DW, Errett BF, Wilson GJ: The role of cross-linking in modification of the immune response elecited against xenogenic vascular acellular matrices.Journal of Biomedical Materials Research 55(4):576-586,June 2001.**P**

160 Diaz RJ, Batthish M, Backx PH, Wilson GJ: Chloride channel inhibition does block the protection of ischemic preconditioning in myocardium. J Mol Cell Cardiol. 33(10): 1887-1889, Oct. 2001. **P**

161 Brown AL, Farhat W, Merguerian PA, Wilson GJ, Khoury AE, Woodhouse KA: 22 week assessment of bladder acellular matrix as a bladder augmentation material in a porcine model. Biomaterials 2002 May, 23(10):2179-90. **S**

162 Suto F, Cahill SA, Wilson GJ, Hamilton RM, Greenwald I, Gross GJ: A novel rabbit model of variably compensated complete heart block. Journal of Applied Physiology 2002 Mar; 92(3):1199-204. **S**

163 Sah R, Oudit GY, Nguyen T-TT, Lim HW, Wickenden AD, Wilson GJ, Molkentin JD, Backx PH: Inhibition of calcineurin and sarcolemmal Ca2+ influx protects cardiac morphology and ventricular function in K(v)4.2N transgenic mice. Circulation 2002, April 16; 105(15):1850-1856. **S**

164 Batthish M, Diaz RJ, Backx PH, Wilson GJ: Pharmacological preconditioning in rabbit myocardium is blocked by chloride channel inhibition. Cardiovascular Research 55:660-671, Aug, 2002. **P**

165 Renaud DL, Edwards V, Wilson GJ, Tein I: Glucose-free medium exacerbates microvesicular steatosis in cultured skin fibroblasts of genetic defects of fatty acid oxidation. A novel screening test. J Inherit Metab Dis. Nov;25(7):547-55, 2002.**C**

165 Diaz RJ, Armstrong S, Batthish M, Backx PH, Ganote C and Wilson GJ: Enhanced cell volume regulation: a key protective mechanism of ischemic preconditioning in rabbit ventricular myocytes. J.Mol. Cell Cardiol. 35(1):45-58. Jan, 2003. **P**

166 Zobel C, Cho HC, Nguyen TT, Pekhletski R, Diaz RJ, Wilson GJ and Backx PH: Molecular dissection of the inward rectifier potassium current (IK1) in rabbit cardiomyocytes: evidence for heteromeric co-assembly of Kir2.1 and Kir2.2. J Physiol., July15;550(Pt2):365-72, June, 2003. **P**

167 Oudit GY, Sun H, Trivier MG, Koch SE, Dawood F, Ackerley C, Yazdanpanah M, Wilson GJ, Schwartz A, Liu PP, Backx PH: L-type Ca2+ channels provide a major pathway for iron entry into cardiomyocytes in iron-overload cardiomyopathy. Nature Medicine 9(9) pp. 1187-1194, Sept 2003.

168 Diaz RJ, Wilson GJ: Modifying the first minute of reperfusion: potential for myocardial salvage. Editorial. Cardiovasc. Res. April 1, 2004; 62(1):4-6. **P**

169 Oudit GY, Trivieri MG, Khaper N, Hussain T, Liu P, Wilson GJ, Liu P, Sole MJ, Backx PH: Taurine supplementation reduces oxidative stress and improves cardiovascular function in an iron-overload murine model. Circulation, 109(15):1877-85, April 20, 2004 **C**

170 Taketazu M, Barrea C, Smallhorn JF, Wilson GJ, Hornberger LK: Intrauterine pulmonary venous flow and restrictive foramen ovale in fetal hypoplastic left heart syndrome. J Am Coll. Cardiol. 43(10):1902-7, May 19, 2004: **S**

171 Diaz RJ, Zobel C, Cho H-C, Batthish M, Hinck A, Backx PH, Wilson GJ: Selective inhibition of inward rectifier K+ channels (Kir2.1 or Kir2.2) abolished protection by ischemic preconditioning in rabbit ventricular cardiomyocytes. Circulation Research, July 1, 2004; Aug 6; 95(3):325-32, 2004 **P**

172 Fan X, Ang A, Pollock-Barziv SM, Dipchand AI, Ruiz P, Wilson G, Platt JL, West LJ: Donor-specific B-cell tolerance after ABO-incompatible infant heart transplantation. Nature Med, Nov; 10(11):1227-33, 2004. S

173 Sommers GR, Smith CR, Wilson GJ, Zielenska M, Tellier R, Taylor GP: Association of drowing and myocarditis in a pediatric population: an autopsy-based study. Arch Pathol Lab Med. 129(2):205-9, Feb 2005. **C**

174 Veldtman GR, Wilson GJ, Peirone A, Hartley A, Estrada M, Norgard G, Leung RK, Visram N, Benson LN: Radiofrequency perforation and conventional needle percutaneous transseptal left heart access: Pathological features. Catheter Cardiovasc Interv. Jul 11:65(4):556-563; 2005. **C**

# Exhibit 8

# CURRICULUM VITAE

KEVIN EDWARD HEALY
PROFESSOR
DEPARTMENTS OF BIOENGINEERING AND
MATERIALS SCIENCE AND ENGINEERING
UNIVERSITY OF CALIFORNIA, BERKELEY
370 HEARST MEMORIAL MINING BUILDING #1760
BERKELEY, CALIFORNIA 94720-1760

## EDUCATION

B.S. **University of Rochester**, Rochester, NY, Chemical Engineering, 1983

M.S. **University of Pennsylvania**, Philadelphia, PA, Bioengineering, 1985

Ph.D. **University of Pennsylvania**, Philadelphia, PA, Bioengineering, 1990

## EMPLOYMENT HISTORY

1982 **Research Assistant**
Dept. of Surgery, Univ. of Rochester, Rochester, New York

1983 **Research Assistant**
*Dept. of Radiation Biology and Biophysics, Univ. of Rochester, Rochester, New York*

1984 - 1989 **Teaching and Research Fellow**
*Dept. of Bioengineering, Univ. of Pennsylvania, Philadelphia, Pennsylvania*

1989 - 1995 **Assistant Professor**
*Division of Biological Materials, Northwestern Univ., Chicago, Illinois*

1990 - 1995 **Assistant Professor**
*Dept. of Biomedical Engineering, Northwestern Univ., Evanston, Illinois*

1995 - 1999 **Associate Professor**
*Division of Biological Materials, Northwestern Univ., Chicago, Illinois*
*Dept. of Biomedical Engineering, Northwestern Univ., Evanston, Illinois*

2000 - 2003 **Associate Professor**
*Departments of Bioengineering, and Material Science and Engineering*
*University of California at Berkeley, Berkeley, California*

2003 – **Professor**
*Departments of Bioengineering, and Material Science and Engineering*
*University of California at Berkeley, Berkeley, California*

## HONORS AND AWARDS

1979 National Honor Society

1984 - 1989 Teaching and Research Fellowships, University of Pennsylvania

1989 Society for Biomaterials Student Scholarship

1992 Bayne Scholar, Northwestern University

1998 Omicron Kappa Upsilon (Dental)

2001 Fellow, American Institute for Medical and Biological Engineering

## PROFESSIONAL ORGANIZATIONS

American Association for the Advancement of Science

American Chemical Society

American Institute for Medical and Biological Engineering

Biomedical Engineering Society

Materials Research Society

Society for Biomaterials

## INDUSTRIAL EXPERIENCE

| | |
|---|---|
| 1991 - | Founder, BioEngineered Materials Inc. (BEM) |
| 1991 - 2001 | Consultant for B. Braun America, Inc. |
| 1995 | Consultant for Abbott Laboratories |
| 1996 | Consultant for Becton Dickinson and Company |
| 1998 | Consultant for Merck & Co., Inc. |
| 2002 | Consultant for Medtronic/AVE, Inc. |
| 2003 - | Founder, Cardiomimetix Inc. |
| 2004 - | Consultant for DePuy Products Inc., a Johnson & Johnson Company |

## EXPERT WITNESS

| | |
|---|---|
| 1992 | American Dental Association |
| 1999 - 2001 | Boston Scientific Corp. |
| 2002 | Ciphergen Biosystems, Inc. |
| 2002 - | Grovatt *et al*. v. St. Jude Medical, Inc. (U.S.) (In Re: St. Jude Silzone Heart Valves Products Liability Litigation, MDL No. 1396) |
| 2002 - | Erik Andersen v. St. Jude Medical, Inc. and St. Jude Medical Canada, Inc. (Canada) |

## INVENTIONS/PATENTS

| | |
|---|---|
| 1997 | Bioabsorbable Intravascular Stents (U.S. Patent 5,670,161: Approved 4/97) |
| 1998 | A Novel Method to Fabricate Porous Bioabsorbable Scaffolds Useful for Controlled Delivery of Protein-Based Drugs and Tissue Regeneration (U.S. Patent 5,723,508: Approved 3/3/98) |
| 1999 | Interfacial Coatings for Medical Devices (U.S. Patent 5,863,650: Approved 1/26/99) |
| 2000 | Biodegradable Stent (European Patent Application, EP 0 809 981 A1: Filed 5/7/97) |
| 2002 | Drug Delivering IPN Coating for Biomedical Devices, UC Invention Disclosure. |
| 2003 | Method for Deploying a Thermo-mechanically Expandable Stent (U.S. Patent 6,607,553 B1: Approved 8/03) |
| 2004 | Thermo-mechanically Expandable Stent (U.S. Patent 6,736,842: Approved 5/18/04) |
| 2004 | Tunable, Semi-Interpenetrating Polymer Networks (sIPNs) for Medicine and Biotechnology, patent pending. |

2005 Controlling Stem Cell Density with Tunable, Semi-Interpenetrating Polymer Networks (sIPNs), provisional patent application

## DIRECTORSHIP OF STUDENTS

***Doctor of Philosophy***

1. Chien-Hwa Chiu, B.S., M.S., (Biological Materials Dept., Northwestern University Dental School) "Study and Control of the Weathering-Induced Polymer Degradation for a Prosthetic and Orthotic Thermoplastic," Ph.D. granted June 1993.

2. Barbara Lom, B.S., (P. Hockberger, Primary Advisor, Physiology Dept., Northwestern University), "Investigation of Molecular Cues Underlying Guidance of Cerebella Granule Cells on Microfabricated Surfaces," Ph.D. granted August 1994.

3. Kyumin Whang, B.S., M.S., (BME Dept., Northwestern University), "Development of an Extracellular Matrix Analog Capable of Delivering Protein-based Growth Factors," Ph.D. granted December 1997.
   **1993 Annual Young Investigator Research Award, Chicago Section, International Association of Dental Research**

4. Alirezia Rezania, B.S., M.S., (BME Dept., Northwestern University) "Biomimetic Peptide Surfaces that Enhance Bone Cell Adhesion and Formation of Mineralized Tissue," Ph.D. granted August 1998.
   **1995 Annual Young Investigator Research Award, Chicago Section, International Association of Dental Research**
   **1995 Northwestern University Sigma Xi Research Award, Finalist**

5. Carson H. Thomas, B.S., M.S. (BME Dept., Northwestern University) "Behavior of Single Cells Isolated on Materials with Patterned Surface Chemistry," Ph.D. granted August 1999.
   **1995 Northwestern University Sigma Xi Research Award, Finalist**
   **1996 Annual Young Investigator Research Award, Chicago Section, International Association of Dental Research**

6. Ranee A. Stile, B.S., M.S., (BME Dept., Northwestern University) "Thermal-reversible Hydrogels as Scaffolds for Tissue Engineering," Ph.D. granted May 2002.
   **Gold Medal Graduate Award, MRS Spring 1999 Meeting Student Competition**
   **Whitaker Foundation Fellowship Grantee**

7. Susan Park, B.S., M.S., (BME Dept., Northwestern University) "Development of Poly(Lysine-*g*-(lactide-b-ethylene glycol)) Terpolymers for Nanoparticulate DNA Packaging," Ph.D. granted December 2003.

8. Greg M. Harbers, B.S., M.S., (BME Dept., Northwestern University) "Biomimetic Surface Engineering to Study Osteoblast Adhesion and Matrix Mineralization," Ph.D. granted December 2003.

9. Thomas A. Barber, B.S. M.S., (BioE Dept.) "Biomimetic Surface Engineering to Control Matrix Mineralization," Ph.D. granted May 2004.
   **Mayfield Fellowship Grantee**

10. Eugene Chung, B.S., (BioE Dept.) "The Effect of Mechanical Properties of Biomimetic Hydrogels on Bone Regeneration," Ph.D. expected May 2006.
    **Whitaker Foundation Fellowship Grantee**

11. Elizabeth Francis Irwin, (BioE Dept.) "Protein Adsorption to Hydrogel Surfaces," Ph.D. expected May 2007.
    **Whitaker Foundation Fellowship Grantee**

12. James Ho, (BioE & MSE Depts.) "Intracellular Response to Biomimetic Materials," M.S. (MSE) granted December 2005, Ph.D. expected May 2006.

13. Samuel Wall, B.S., (BioE Dept.) "Matrix-assisted Myocardium Regeneration," Ph.D. expected May 2007.
    **Whitaker Foundation Fellowship Grantee**
14. Ying Li, B.S., (BioE Dept.) "Novel Synthetic Niches for the Self-Renewal of Human Embryonic Stem Cells," Ph.D. expected May 2007.
    **NDSEG Graduate Fellow**
15. Krishanu Saha, B.S., (ChemE Dept./joint with Prof. David Schaffer) "Synthetic Niches to Control Neural Stem Cell Fate," Ph.D. expected May 2007.
    **NSF Graduate Fellow**
    **GREAT Fellowship Grantee**
16. Raymond Schmidt, B.S., (BioE Dept.) "Nanoscale Surfaces to Control Cell Fate," Ph.D. expected May 2008.
17. Jacob Pollock, B.S., (BioE Dept.) "Novel Biological Adhesives," Ph.D. expected May 2009.
    **NSF Graduate Fellow**
18. Mathew Harris, B.S., (MSE Dept.) "Artificial ECMs for Cell Transplantation in the Infarcted Myocardium," Ph.D. expected May 2008.
19. Naomi Kohen, B.S., (MSE Dept.) Ph.D. expected May 2010.

***Master of Science***

1. David Dobin, D.D.S., M.S.(Master of Science, Advanced Dental Education Program), "An Autoradiographic Study of the Retrofilling Sealing Ability of A Lased Hydroxyapatite Compound," M.S. granted 1991.
2. Steve Gupta, B.S., M.S. (Master of Science, Biotechnology Program), "Bone Cell Adhesion to Chemically Modified Materials," M.S. granted September 1994.
3. Jim Wakefield, B.S., M.S. (Master of Science, Biotechnology Program), "Chemical and Biological Modification of Implant Materials," M.S. granted September 1994.
4. Justin Chen, B.S., M.S. (Master of Science, Biotechnology Program), "Synthesis of Low Protein Binding Polymers for Applications in Biotechnology," M.S. granted September 1995.
   **1995 Award for Outstanding Academic Research, Biotechnology Program**
5. Carson H. Thomas, B.S., M.S. (BME Dept.) "The Effects of Serum Proteins on the Attachment and Spatial Distribution of Bone-Derived Cell on Materials With Patterned Surface Chemistry," M.S. granted June 1996.
6. Jane P. Bearinger, B.S., M.S. (BME Dept.) "Surface Engineering of Materials to Control Cell Function," M.S. granted June 1997.
7. Sujal Shah, B.S., M.S. (BME Dept.) "Embryologic Stem Cells in Tissue Engineering," M.S. granted June 1998.
8. Sharleen Tan, D.D.S., M.S. (Master of Science, Advanced Dental Education Program), "Controlled Delivery of Bisphosphonates from Biodegradable Nanoparticles," M.S. granted June 1998.
9. Kim T. Komutanon, B.S., M.S. (Master of Science, Biotechnology Program), "Drug Delivery from Polymer Scaffolds for Bone Regeneration," M.S. granted September 1998.
10. Bagyashree Sundaram, B.S., M.S. (Master of Science, Biotechnology Program), "Biodegradable Nanoparticles for Gene Therapy," M.S. granted September 1998.
11. Ranee A. Stile, B.S., M.S. (BME Dept.), "Injectable Thermo-Responsive Hydrogels that Support Cell Growth and Tissue Formation," M.S. granted June 1998.

12. Gregory M. Harbers, B.S., M.S. (BME Dept.), "Computer-Aided Biomolecular Surface Engineering of Peptide Modified Materials," M.S. granted June 1998.

13. Thomas A. Barber, B.S., M.S. (BME Dept.), "Engineered Titanium Surfaces to Modulate Osteoblast Behavior," M.S. granted December 2000.

14 Tim Kirk, B.E., (MSE Dept.) "Hydrogels for Cardiac Tissue Engineering," M.S. granted May 2003.

15. James Ho, (MSE Dept.) "In Vitro Response to Biomimetic Materials," M.S. granted December 2005

***Undergraduate Students***

1. Marissa Yanez, (MSE Dept.), "Polymer Coatings on 316L Stainless Steel" B.S. granted 2000.
   **SUPURB Fellowship Grantee**
   **SHPE 23rd National Technical and Career Conference Competition, 1st place winner**

2. Elizabeth Francis Irwin, (BioE Dept.) "Protein Adsorption to IPN Surfaces for Stent Applications," B.S. granted December 2001. **Guidant Fellowship Grantee**

3. Harry Benjamin Larman, (Engineering Physics Dept.) "Biomimetic Surface Modification for Vascular Technology," B.S. granted May 2002. **Guidant Fellowship Grantee**

4. Amrita Bhagat, (BioEDept.) "Controlled Drug Delivery from p(AAm-co-EG/AA) IPN," B.S. granted May 2002.

5. Kerstin Cleek, (BioE Dept.) "Mineralization of Bone Cells Exposed to Peptide-Modified Surfaces," B.S. granted December 2002. **Guidant Fellowship Grantee**

6. Nathaniel Huebsch, (BioE Dept.) "Electrical Properties of a Semi-IPN Hydrogels," B.S. granted May 2003. **Guidant Fellowship Grantee**

7. Kellen Mazzarella, (BioE Dept.) "Conjugation of a RGD Peptide to Poly(Acrylic Acid) and Verification of Peptide Density," B.S. granted May 2003.

8. Jonathan Chen, (BioE Dept.) "Patterned Substrates for Tissue Equivalents," B.S. granted December 2004.

9. Julia Kozhukh, (Chem. Dept.) "Control of Neural Stem Cell Differentiation in Synthetic Environments," B.S. granted June 2006.

***Dental and Medical Students***

1. Davis Tsai, B.S., M.D., "Surgical Models for Bone Graft Substitutes," M.D. granted June 1994

2. Charles Inga, B.S., "Bone Cell Response to Polymeric Bone Graft Substitutes," D.D.S. granted June 1995.

3. Ellis Nam, B.S., "Primary Bone Cell Response to Porous Biodegradable Polymers," M.D. granted June 1997.

4. Jung E. Kim, B.S., "Bone Cell distribution Dictated by Material Surface Chemistry," M.D. granted June 1999.

5. Marguerite Aikens, B.S., "Osteogenic Potential of Bone Morphogenetic Protein Loaded Polymer Scaffolds," M.D. granted June 1999.

***Post-doctoral Students and Medical Residents***

1. Doug Elenz, B.S., M.D., "Bone Regeneration with Polymeric Bone Graft Substitutes," orthopaedic resident research requirement, 1993 - 1995.

2. Davis Tsai, B.S., M.D., "Effect of rhBMP-2 on Bone Regeneration with a Polymeric Bone Graft Substitute," orthopaedic resident research requirement, 1995 - 1998.

3. So Yeon Kim, Ph.D., "Thermoreversible and Injectable Polymer Scaffolds that Contain both Biomimetic Peptide Chemistry that Facilitates Proliferation of Osteogenic Cells and Peptide Crosslinkers that Are Cleaved by Matrix Metalloproteinases," 2001 - 2004.
4. Michele Gilbert, Ph.D., "Activation of ERK 1,2 Expression in Osteoblasts Exposed to Peptide-Modified Surfaces," 2002 – 2004.
5. Jai young Koak, D.D.S., "Surface Modification of Dental Implants," 2004-2006.

### *Visiting Faculty and Students*

1. Elizabeth M. Brindise, M.S., Anatomy and Physiology Faculty, Triton College, "Preliminary Analysis of a Polymer-Based Drug Delivery System for Administration of a Contraceptive Vaccine," Participant in the Research Experience for Science Teachers Program, NSF Summer Materials Institute for Teachers.
2. Shuming Zheng, Ph.D., Assistant Professor of Chemistry, Olive-Harvey College, "Biodegradable Poly(lactide-*co*-glycolide) Polymer Scaffolds for Controlled Drug Delivery and Tissue Regeneration," Participant in the Research Experience for Science Teachers Program, NSF Summer Materials Institute for Teachers.
3. Roger Michel, Ph.D., Visiting Scholar, ETH Zürich, Switzerland (2002)
4. Beatrice Barbato, Italian reciprocity student studying materials science and engineering, University of Trento, Trento Italy, (2003).
5. Laura Povlich, visiting summer student, University of Michigan (2003).
6. Angelique Saulnier, French reciprocity student studying materials science and engineering, Polytechnique Shool of Engineering, Grenoble University, Grenoble, France (2004).

### *Senior Design Projects*

1. Peter Min, (MSE), "A Method to Fabricate Degradable Polymer Foams," 1992.
2. Jung Kim, (MSE), "Methods to Co-dissolve Synthetic Polymers and Proteins," 1993.
3. J. Chung, K. Garimella, R. Nagesetty, S. Rao, (BME) "Chemical Modification of Synthetic Vascular Grafts," 1993.
4. E. Dick, J. Dietzman, S. Osborne, S. Pope, C.H. Thomas, (BME) "Polymer Scaffold for Liver Regeneration," 1993.
5. L. Chen, Jim Kim, Jung Kim, S. Reddy, (BME) "Biodegradable-Bioactive Orthopaedic Knee Meniscus Tack," 1993.
6. P. Buhay, S. Hung, P. Parikh, and S. Sayena, (BME) "Artificial Extracellular Matrix to Promote Bone Regeneration," 1994.
7. L. DeLaitsch, C. Ferraro, L. McClelland, H. Webb (BME) "Smart Nanospheres for Gene Therapy," 1999.

## PUBLICATIONS

### *Peer Reviewed Papers*

1. Ducheyne, P., and **Healy, K.E.**, "The Effect of Plasma-sprayed Calcium Phosphate Ceramic Coatings on the Metal Ion Release from Porous Titanium and Cobalt-Chromium Alloys," *J. Biomed. Mater. Res.*, **22**, 1137-1163 (1988).

2. **Healy, K.E.**, and Ducheyne, P. "A Physical Model for the Titanium-Tissue Interface," *American Society for Artificial Internal Organs Trans.*, **37(3)**, M150-M151 (1991).

3. **Healy, K.E.**, and Ducheyne, P., "The Mechanisms of Passive Dissolution of Titanium in a Model Physiological Environment," *J. Biomed. Mater. Res.*, **26**, 319-338 (1992).

4. **Healy, K.E.**, and Ducheyne, P., "Oxidation Kinetics of Titanium Thin Films in Model Physiologic Environoment," *J. Colloid and Interface Science*, **150(2)**, 404-417 (1992).

5. **Healy, K.E.**, Tsai, D., and Kim, J.E., "Osteogenic Cell Attachment to Degradable Polymers," *Mat. Res. Soc. Symp. Proc.*, **252**, 109-114 (1992).

6. **Healy, K.E.**, and Ducheyne, P., "Hydration and Preferential Molecular Adsorption on Titanium *In Vitro*," *Biomaterials*, **13(8)**, 553-561 (1992).

7. **Healy, K.E.**, and Ducheyne, P., "Passive Dissolution Kinetics of Titanium *In Vitro*," *J. Mat. Sci.: Materials in Medicine*, **4**, 117-126 (1993).

8. Lom, B., **Healy, K.E.**, and Hockberger, P.E., "A Versatile Technique for Patterning Biomolecules onto Glass Coverslips," *J. Neruo. Sci. Methods*, **50**, 385-397 (1993).

9. Lom, B., **Healy, K.E.**, and Hockberger, P.E., "Controlled Cell Distribution and Outgrowth on Coplanar Chemically Defined Surfaces," *Polymer Preprints*, **34(2)**, 88- 89 (1993).

10. **Healy, K.E.**, Lom, B., and Hockberger, P.E., "Spatial Distribution of Mammalian Cells Dictated by Material Surface Chemistry," *Biotechnology and Bioengineering*, **43**, 792-800 (1994).

11. Whang, K., Nuber, G., Thomas, C.H., and **Healy, K.E.**, "A Novel Method to Fabricate Bioabsorbable Scaffolds," *Polymer*, **36(4)**, 837-842 (1995).

12. Chiu, C.-H., Lautenschlager, E.P., Greener, E.H., Childress, D., and **Healy, K.E.**, "Prediction of Service Lifetime and Performance of a Prosthetic Thermoplastic," *J. Applied Polymer Science,* **58**, 1661-1668 (1995).

13. **Healy, K.E.**, Thomas, C.H., Rezania, A., Kim, J.E., McKeown, P., Lom, B., and Hockberger, P.E., "Kinetics of Bone Cell Organization and Mineralization on Materials with Patterned Surface Chemistry," *Biomaterials*, **17**, 195-208 (1996).

14. Rezania, A., Thomas, C.H., and **Healy, K.E.**, "A Probabilistic Approach to Measure the Strength of Bone Cell Adhesion to Chemically Modified Surfaces," *Annals of Biomedical Engineering*, **25**, 190-203 (1997).

15. Rezania, A., Thomas, C.H., and **Healy, K.E.**, "Detachment Strength and Morphology of Bone Cells Contacting Materials Modified with a Peptide Sequence Found within Bone Sialoprotein," *J. Biomedical Materials Res.*, **37(1)**, 9-19 (1997).

16. Thomas, C.H., McFarland, C.D., Rezania, A., Steele, J., and **Healy, K.E.**, "The Role of Vitronectin in the Attachment and Spatial Distribution of Bone-derived Cells on Materials with Patterned Surface Chemistry," *J. Biomedical Materials Res.*, **37(1)**, 81-93 (1997).

17. Bearinger, J.P., Castner, D.G., Chen, J., Hubchak, S., Golledge, S.L., and **Healy, K.E.**, "P(AAm-*co*-EG) Interpenetrating Polymer Networks Grafted to Oxide Surfaces: Surface Characterization, Protein Adsorption, and Cell Detachment Studies," *Langmuir*, **13(19)**, 5175-5183 (1997).

18. Bearinger, J.P., Castner, D.G., and **Healy, K.E.**, "Biomolecular Modification of P(AAm-*co*-EG/AA) IPNs Supports Osteoblast Adhesion and Phenotypic Expression," *J. Biomaterials Science:Polymer Ed.*, **9(7)**, 629-652 (1998).

19. Whang, K., Atkins, M., Nam, E.K., Tsai, D.C., Sprague, S.M., Patel, P., and **Healy, K.E.**, "Ectopic Bone Formation via rhBMP-2 Delivery from Porous Bioabsorbable Polymer Scaffolds," *J. Biomed. Mater. Res.*, **42**, 491-499 (1998).

20. Thomas, C.H., L'Hoest, J-B., Castner, D.G., McFarland, C.D., and **Healy, K.E.**, "Materials Designed to Control and Examine the Function of Single Cells," *Mat. Res. Soc. Symp. Proc.*, **530**, 55 - 58 (1998).

21. Rezania, A., and **Healy, K.E.,** “Biomolecular Surface Engineering of Materials for Controlling Bone Cell Adhesion and Spreading,” *Mat. Res. Soc. Symp. Proc.*, **530**, 99 - 103 (1998).

22. Rezania, A., and **Healy, K.E.,** “Biomimetic Peptide Surfaces that Regulate Adhesion, Spreading, Cytoskeletal Organization, and Mineralization of the Matrix Deposited by Osteoblast-like Cells,” *Biotechnology Progress*, **15(1)**, 19-32 (1999).

23. Whang, K., Elenz, D.R., Nam, E.K., Tsai, D.C., Thomas, C.H., Nuber, G.W., Glorieux, F.H., Travers, R., Sprague, S.M., and **Healy, K.E.**, "Engineering Bone Regeneration with Bioabsorbable Scaffolds with Novel Microarchitecture," *Tissue Engineering*, **5(1)**, 35-51 (1999)

24. Thomas, C.H., L’Hoest, J-B., Castner, D.G., McFarland, C.D., and **Healy, K.E.**, “Surfaces Designed to Control the Projected Area and Shape of Individual Cells,” *J. Biomechanical Engineering*, **121(1)**, 40-48 (1999).

25. Model, M., and Healy, K.E., “Optimization of the Cost and Sensitivity of Receptor- and Enzyme-Based Assays,” *Analytical Biochemistry*, **271**, 59-69 (1999).

26. **Healy, K.E.**, Rezania, A., and Stile, A., “Designing Biomaterials to Direct Biological Responses,” *Annals of the New York Academy of Sciences*, **875**, 24-35 (1999).

27. Rezania, A., and **Healy, K.E.,** “Integrins Subunits Responsible for Adhesion of Human Osteoblast-Like Cells to Biomimetic Peptide Surfaces,” *J. Ortho. Res.*, **17(4)**, 615-623 (1999).

28. Rezania, A., Johnson, B., Lefkow, A.R., and **Healy, K.E.**, “Bioactivation of Metal Oxide Surfaces: I. Surface Characterization and Cell Response,” *Langmuir*, **15**, 6931-6939 (1999).

29. Stile, R.A., Burghardt, W.R., and **Healy, K.E.**, “Synthesis and Characterization of Injectable Poly(N-isopropylacrylamide)-based Hydrogels that Support Tissue Formation *In Vitro*,” *Macromolecules*, **32**, 7370-7379 (1999)

30. **Healy, K.E.**, “Molecular Engineering of Materials for Bioreactivity,” *Current Opinion in Solid State and Materials Science*, **4**, 381-387 (1999).

31. Collier, T.O., Thomas, C.H., Anderson, J.A., and **Healy, K.E.**, “Surface Chemistry Control of Monocyte and Macrophage Adhesion, Morphology, and Fusion,” *J. Biomed. Mater. Res.*, **49(1)**, 141-145 (2000).

32. McFarland, C.D., Thomas, C.H., DeFilippis, C., Steele, J.G., and **Healy, K.E.** “Protein Adsorption and Cell Attachment to Patterned Surfaces,” *J. Biomed. Mater. Res.*, **49(2)**, 200-210 (2000).

33. Model, M., and Healy, K.E., “Quantification of the Surface Density of a Fluorescent Label with the Optical Microscope,” *J. Biomed. Mater. Res.*, **50**, 90-96 (2000).

34. Park, S., Bearinger, J.P., Lautenschlager, E.P., Castner, D.G., Healy, K.E., “Surface Modification of Poly(ethylene terephthalate) Anigoplasty Balloons with a Hydrophilic Poly(acrylamide-co-ethylene glycol) Interpenetrating Network Coating,” *J. Biomed. Mater. Res.*, **53(5)**, 568-576 (2000).

35. Rezania, A., and **Healy, K.E.,** “The Effect of Peptide Surface Density on the Kinetics of Mineralization of the Matrix Synthesized by Osteogenic Cells,” *J. Biomed. Mater. Res.*, **52**, 595-600 (2000).

36. Whang, K., Goldstick, T.K., **Healy, K.E.**, “A Biodegradable Polymer Scaffold for Delivery of Osteotropic Factors,” *Biomaterials*, **21**, 2545-2551 (2000).

37. Veis, A., Tompkins, K., Alvares, K., Wei, K., Wang, L., Wang, X.-S., Brownell, A.G., Jengh, S.-M., and **Healy, K.E.**, “Specific Amelogenin Gene Splice Products have Signaling Effects on Cells in Culture and in Implants In Vivo,” *J. Biological Chemistry*, **275(52)**, 41263-41272 (2000).

38. Stile, R.A., and **Healy, K.E.**, “Thermo-Responsive Peptide-Modified Hydrogels for Tissue Regeneration,” *Biomacromolecules*, **2**, 185-194 (2001).

39. Waters, C.M., Glucksberg, M.R., Lautenschlager, E.P., Lee, C.-W., Van Matre, R.M., Warp, R.J., Savla, U., **Healy, K.E.**, Moran, B., Castner, D.G., and Bearinger, J.P., “A System to Impose Prescribed Homogeneous Strains on Cultured Cells,” *J. Appl. Physiol.*, **91**, 1600-1610 (2001).

40. Thomas, C.H., Collier J.H., Sfeir, C.S., and **Healy, K.E.**, “Engineering gene expression and protein synthesis by modulation of nuclear shape,” *PNAS*, **99(4)**, 1972-1977 (2002).

41. Stile, R.A., and **Healy, K.E.**, “Poly(N-isopropylacrylamide)-based Semi-Interpenetrating Polymer Networks for Tissue Engineering Applications Effects of Linear Poly(acrylic acid) Chains on Phase Behavior,” *Biomacromolecules*, **3**, 591-600 (2002).

42. Stile, R.A., Barber, T.A., Castner, D.G., and **Healy, K.E.**, “Sequential Robust Design Methodology and X-Ray Photoelectron Spectroscopy to Analyze the Grafting of Hyaluronic Acid to Glass Substrates,” *J. Biomed. Mater. Res.*, **61(3)**, 391-398 (2002).

43. Dehart, G.W., **Healy, K.E**., and Jones, J.C.R., “The role of alpha 3 beta 1 integrin in determining the supramolecular organization of laminin-5 in the extracellular matrix of keratinocytes,” *Experimental Cell Res*., **283(1)**, 67-79 (2003).

44. Stile, R. A., Shull, K.R., and **Healy, K. E., “**Axisymetric Adhesion Test to Examine the Interfacial Interactions between Biologically-Modified Networks and Models of the Extracellular Matrix,**”** *Langmuir*, **19**, 1853-1860 (2003).

45. Park, S., and **Healy, K.E.**, “Nanoparticulate DNA Packaging Using Terpolymers of Poly(lysine-*g*-lactide-*b*-ethylene glycol),” *Bioconjugate Chemistry*, **14(2)**, 311-319 (2003).

46. Barber, T.A., Golledge, S.L., Castner, D.G, and **Healy, K.E.**, “Peptide-modified p(AAm-*co*-EG/AAc) IPNS Grafted to Bulk Titanium Modulate Osteoblast Behavior *In Vitro*,” *J. Biomed. Mater. Res.*, **64A**, 38-47 (2003).

47. A. Tourovskaia, Barber, T., Wickes, B.T., Hirdes, D., Grin, B., Castner, D.G., **Healy, K.E.**, and Folch, A. “Micropatterns of Chemisorbed Cell Adhesion-Repellent Films Using Oxygen Plasma Etching and Elastomeric Masks,” *Langmuir*, **19(11)**, 4754-4764 (2003).

48. Kim, S.-Y., and **Healy, K.E.**, “Synthesis and Characterization of Injectable Poly(N-isopropylacrylamide-co-Acrylic acid) Hydrogels with Proteolytically Degradable Cross-links,” *Biomacromolecules*, **4**, 1214-1223 (2003).

49. Griffin, M.A., Engler, A.J., Barber, T.A., **Healy, K.E.**, Sweeney, H.L., and Discher, D.E., “Patterning, Prestress, and Peeling Dynamics of Myocytes,” *Biophysical Journal*, **86**, 1209-1222 (2004).

50. Park, S., and **Healy, K.E.**, “Compositional Regulation of Poly(lysine-*g*-(lactide-*b*-ethylene glycol))-DNA Complexation and Stability,” *Journal of Controlled Release*, **95**, 639 - 651 (2004).

51. Collier T.O., Anderson J.M., Brodbeck W.G., Barber T., **Healy K.E.**, “Inhibition of Macrophage Development and Foreign Body Giant Cell Formation by Hydrophilic Interpenetrating Polymer Network,” *J. Biomed. Mater. Res. Part A*, **69A(4)**, 644-650 (2004).

52. Kuroda, S., Virdi, A.S., Li, P., **Healy, K.E.**, Sumner, D.R., “A Low-Temperature Biomimetic Calcium Phosphate Surface Enhances Early Implant Fixation in a Rat Model,” *J. Biomed. Mater. Res. Part A*, **70A(1)**, 66-73 (2004).

53. Stile R.A., Chung E., Burghardt, W.R., **Healy, K.E.**, “Poly(N-isopropylacrylamide)-based Semi-Interpenetrating Polymer Networks for Tissue Engineering Applications. Effects of Linear Poly(acrylic acid) Chains on Rheology,” *J. Biomater. Sci. Polym. Ed.*, **15(7)**, 865-878 (2004).

54. Irwin, E.F., Ho, J.E., Kane, S.R., **Healy, K.E.**, “Analysis of Interpenetrating Polymer Networks via Quartz Crystal Microbalance with Dissipation Monitoring,” *Langmuir*, **21(12)**, 5529-5536 (2005).

55. Huebsch, N., Gilbert, M., **Healy, K.E.**, “Analysis of Sterilization Protocols for Peptide-Modified Hydrogels,” *J. Biomed. Mater. Res. Part B*, **74B(1)**, 440-447 (2005).

56. De Ranieri, A., Virdi, A.S., Kuroda, S., **Healy, K.E.**, Hallab, N.J., Sumner, D.R., "Saline Irrigation Does Not Affect Bone Formation or Fixation Strength of Hydroxyapatite/Tricalcium Phosphate-Coated Implants in a Rat Model," *J. Biomed. Mater. Res. Part B*, **74B(2)**: 712-717 (2005).

57. Harbers G.M., Gamble L.J., Irwin E.F., Castner D.G., **Healy K.E.**, "Development and Characterization of a High-Throughput System for Assessing Cell-Surface Receptor-Ligand Engagement," *Langmuir*, 21(18), 8374-84 (2005).

58. Kim, S.-Y., Chung, E., Gilbert, M., and **Healy, K.E.**, "Synthetic MMP-13 Degradable ECMs Based on Poly(N-isopropyl acrylamide-co-Acrylic acid) Semi-Interpenetrating Polymer Networks I. Degradation and Cell Migration," *J. Biomed. Mater. Res. Part A*, **75(1)**, 73-88 (2005).

59. Barber, T.A., Harbers, G.M., Park, S., Gilbert, M., **Healy, K.E.**, "Ligand Density Characterization of Peptide-Modified Biomaterials," *Biomaterials*, **26(34)**, 6897-6905 (2005).

60. Harbers G.M., **Healy, K.E.**, "The Effect of Ligand Type and Density on Osteoblast Adhesion, Proliferation, and Matrix Mineralization," *J. Biomed. Mater. Res. Part A*, [Epub ahead of print]

***Chapters in Books***

1. Ducheyne, P., and **Healy, K.E.**, "Surface Spectroscopy of Calcium Phosphate Ceramic and Titanium Implant Materials," In *Surface Characterization of Biomaterials*, B. Ratner (Ed.), Elsevier, Amsterdam, 1988, pp. 175-192.

2. Ducheyne, P., and **Healy, K.E.**, "The Effect of Plasma Spraying Bioactive Ceramic Coatings on the Ion Release from Metallic Substrates," In *Bioceramics*, H. Oomishi, H. Aoki and K. Sawai (Eds.), Ishiyaku Euroamerica, Tokyo, 1989, pp. 359-364.

3. Ducheyne, P., and **Healy, K.E.**, "Titanium: Immersion-Induced Surface Chemistry Changes and the Relationship to Passive Dissolution and Bioactivity," In *The Bone-Biomaterial Interface*, J.E. Davis (Ed.), University of Toronto Press, Toronto, 1991, pp. 62-67.

4. Hockberger, P., Lom, B., Soekarno, A., and **Healy, K.E.**, "Cellular Engineering: Control of Cell-Substrate Interactions," In *Nanofabrication and Biosystems: Integrating Material Science, Engineering, and Biology*, H. Hoch, L. Jelinski, and H. Craighead (Eds.), Cambridge University Press, 1996, pp.276-299.

5. **Healy, K.E**., and Ducheyne, P., "Passive Dissolution of Titanium in Biological Environments (Review)," *Medical Applications of Titanium and its Alloys: the Material and Biological Issues, ASTM STP 1272*, S.A. Brown and J.E. Lemons, Eds., American Society for Testing and Materials, Philadelphia, 1996.

6. **Healy, K.E.**, "Physical and Chemical Properties of Human Dentin and Enamel," In *Handbook of Biomaterials Properties*, J. Black and G. Hastings (Eds.), Chapman & Hall, London, 1998, pp. 24-39.

7. Grainger, D.W., and **Healy, K.E.**, "Biomaterials Surface Characterization," In *Handbook of Biomaterials Evaluation*, A.F. von Recum (Ed.), Macmillan Publishing Company, New York, 1998, pp.115-141.

8. **Healy, K.E.**, Harbers, G.M., Barber, T.A., and Sumner, D.A., "Osteoblast Interactions with Engineered Surfaces," In *Bone Engineering*, J.E. Davis (Ed.), em squared incorporated, Toronto, 2000, pp.268-281.

9. Whang, K. and **Healy, K.E.**, "Fabrication of Porous Biodegradable Bodies by Emulsion Freeze Drying," In *Methods of Tissue Engineering*, A. Atala and R. Lanza (Ed.), Academic Press, 2002, pp.697-702.

10. Stile, R.A., and **Healy, K.E.**, "Poly(NIPAAm-co-AAc) Hydrogels for Tissue Engineering of Bone and Cartilage," In *Methods of Tissue Engineering*, A. Atala and R. Lanza (Ed.), Academic Press, 2002, pp.663-676.

11. Harbers, G.M., Barber, T.A., **Healy, K.E.**, Stile, R.A., and Sumner, D.R., "Mimetic Peptide-Modified Materials for Control of Cell Differentiation," In *Biomimetic Materials and Design*, A. Dillow and A. Lowman (Ed.), Marcel Dekker, Inc., 2002, pp.55-90.

***Peer Reviewed Abstracts***

1. Ducheyne, P., **Healy, K.E.** and Black, J., "Enhanced Metal Ion Release from Titanium and its Alloys," *Trans. Soc. for Biomaterials*, **9**, 183 (1986).

2. Ducheyne, P., **Healy, K.E.**, Black, J. and Cuckler, J.M., "The Effect of Hydroxyapatite Coatings on the Metal Ion Release from Porous Titanium and Cobalt-Chromium Alloys," *Trans. Orthopaedic Res. Soc.*, **13**, 315 (1987).

3. Ducheyne, P., Radin, S., **Healy, K.E.** and Cuckler, J.M., "The Effect of Plasma Spraying on the Structure and Properties of Calcium Phosphate Ceramics," *Trans. Orthopaedic Res. Soc.*, **14**, 50 (1988).

4. Ducheyne, P., Cuckler, J.M., Radin, S., **Healy, K.E.** and Nazar, E., "Bioactive Calcium Phosphate Ceramic Linings on Porous Metal Coatings for Bone Ingrowth," *Trans. Soc. for Biomaterials*, **11**, 309 (1988).

5. **Healy, K.E.**, and Ducheyne, P., "Titanium Release Rate Kinetics in Biological Environments," *Trans. Soc. for Biomaterials*, **12**, 147 (1989).

6. **Healy, K.E.**, and Ducheyne, P., "Surface Spectroscopic Characterization and Oxidation Kinetic Measurements of Titanium Thin Films in Biological Environments," *Trans. Soc. for Biomaterials*, **12**, 30 (1989).

7. **Healy, K.E.**, and Ducheyne, P., "The Interaction of Titanium with Biological Environments," *Extended Abstracts American Institute of Chemical Engineers Summer National Meeting*, 35c (1989).

8. **Healy, K.E.**, and Ducheyne, P., "The Mechanisms of Passive Dissolution of Titanium in Biological Environments," *Trans. Soc. for Biomaterials*, **13**, 278 (1990).

9. **Healy, K.E.**, and Ducheyne, P., "The Mechanisms of Passive Dissolution of Titanium in Biological Environments," Proceedings from *BIOINTERACTIONS '90: NEW BIOMATERIALS for the NINETIES*, Oxford, UK, August (1990).

10. Chiu, C.-H., **Healy, K.E**., and Lautenschlager, E.P., "The Degradation Mechanisms and Toughening Technique for Polyethylene Biomaterials," *Trans. Soc. for Biomaterials*, **14**, 213 (1991).

11. **Healy, K.E.**, and Ducheyne, P., "Interactions Between Titanium Surface Chemistry, Adsorbed Molecules, and Tissue Response," *Surfaces in Biomaterials Symp.*, Minneapolis MN, October 9th-11th (1991).

12. Chiu, C.-H., **Healy, K.E.**, and Lautenschlager, E.P., "Variations Between the Processing Treatments and Physical Properties of Prosthetic and Orthotic Polymers," *Proceedings, 7th World Congress of International Society for Prosthetics and Orthotics*, June 28th-July 3rd, 239 (1992).

13. Chiu, C.-H., **Healy, K.E.**, and Lautenschlager, E.P., "A Method to Predict the Clinical Service Life of Prosthetic and Orthotic Polyethylene," *Proceedings, 7th World Congress of International Society for Prosthetics and Orthotics*, June 28th-July 3rd 413 (1992).

14. **Healy, K.E.**, Whang, K., and Kim, J.E., "Bioabsorbable Scaffolds Useful for Bone Regeneration," *J. Dent. Res.*, **72**, 258 (1993).

15. **Healy, K.E.**, and Malone, J., "Biological Modification of Implant Materials," *J. Dent. Res.*, **72**, 228 (1993).

16. Lee, S-Y., Lautenschlager, E.P., Gilbert, J.L., **Healy, K.E.**, Dong, D-E., and Monaghan, P., "Models of Fluoride Ion Diffusion from Glass-Ionomer Cement," *J. Dent. Res.*, **72**, 284 (1993).

17. **Healy, K.E.**, Whang, K., and Kim, J.E., "A Method to Co-dissolve Absorbable Polymers and Water-soluble Proteins," *Trans. Soc. for Biomaterials*, **16**, 294 (1993).

18. Whang, K., Thomas, C.H., and **Healy, K.E.**, "A New Method to Fabricate Porous Bioabsorbable Scaffolds," *J. Dent. Res.*, **73**, 294 (1994).

19. **Healy, K.E.**, Lom, B., and Hockberger, P., "Material Surface Chemistry Dictates Spatial Distribution of Bone Cells," *J. Dent. Res.*, **73**, 342 (1994).

20. **Healy, K.E.**, Lom, B., Kim, J., Rezania, A., and Hockberger, P., "Spatial Distribution of Osteogenic Cells Guided by Material Surface Chemistry," *Trans. Soc. for Biomaterials*, **17**, 289 (1994).

21. Thomas, C.H., Rezania, A., Kim, J., and **Healy, K.E.**, "Kinetics of Primary Bone Cell Organization on Materials with Patterned Surface Chemistry," *Trans. Soc. for Biomaterials*, **18**, 131 (1995). **[Note: selected for an Excellence Session]**

22. Rezania, A., Thomas, C.H., Kim, J., and **Healy, K.E.**, "Measurement of Primary Bone Cell Adhesion to Organosilane Modified Surfaces," *Trans. Soc. for Biomaterials*, **18**, 118 (1995).

23. Malone, J., and **Healy, K.E.**, "Molecular Modeling of a RGD Containing Polypeptide Immobilized on Solid Supports," *Trans. Soc. for Biomaterials*, **18**, 252 (1995).

24. **Healy, K.E.**, Chen, J., and Rezania, A., "Interfacial Polymerization of PEG-co-AAm Copolymers Grafted to Metal Oxides," ASAIO J., **41(1) Suppl.**, 16 (1995).

25. Whang, K., and **Healy, K.E.**, "Controlled Release of Proteins from Emulsion Freeze-Dried PLGA Scaffolds," *Proceed. Intern. Symp. Control. Rel. Bioact. Mater.*, **22**, 536 (1995).

26. **Healy, K.E.**, Thomas, C.H., Rezania, A., Hockberger, P.E., and McKeown, P., "Kinetics of Bone Cell Organization and Mineralization on Materials with Patterned Surface Chemistry," *2nd International Conference on Cellular Engineering*, San Diego, CA, August 19th–22nd (1995).

27. Thomas, C.H., Rezania, A., McKeown, P., and **Healy, K.E.**, "Kinetics of Bone Cell Organization and Mineralization on Materials with Patterned Surface Chemistry," *Surfaces in Biomaterials Symp.*, Minneapolis, MN, September 5th–7th (1995).

28. Rezania, A., Thomas, C.H., and **Healy, K.E.**, "Strength of Bone Cell Adhesion to Materials with Defined Surface Chemistry," *Surfaces in Biomaterials Symp.*, Minneapolis, MN, September 5th–7th (1995).

29. McKeown, P., Stickle, W.F., Thomas, C.H., Rezania, A., and **Healy, K.E.**, "Characterization of Patterned Surfaces Used for Guided Cell Organization by Time-of-Flight Mass Spectrometry and X-Ray Photoelectron Spectroscopy," *Surfaces in Biomaterials Symp.*, Minneapolis, MN, September 5th-7th (1995).

30. **Healy, K.E.**, Thomas, C.H., Rezania, A., Hockberger, P.E., and McKeown, P.J., "Engineering Bone Cell Organization in Two Dimensions," *Annals of Biomedical Engineering*, **23(1) Suppl.**, S-45 (1995).

31. **Healy, K.E.**, Thomas, C.H., Rezania, A., Bearinger, J.P., and McFarland, C.D., "Patterned Endowment with Proteins and Peptides to Control Cell Function," Keystone Symposia on *Tissue Engineering(J3)*, p.9., Taos, NM, January 23rd–29th (1996).

32. **Healy, K.E.**, Elenz, D.R., Whang, K., Thomas, C.H., Tsai, D.C., Nam, E., Nuber, G.W., and Bowen, M.K. "Bone Regeneration Employing Bioabsorbable Scaffolds with Unique Microarchitecture," 1996 Keystone Symposia on *Tissue Engineering(J3)*, p. 17., Taos, NM, January 23rd-29th (1996).

33. Elenz, D.R., Whang, K., Thomas, C.H., Tsai, D.C., Nam, E., **Healy, K.E.**, Nuber, G.W., and Bowen, M.K., "Treatment of Experimental Bone Defects with Porous Bioabsorbable Copolymers Scaffolds," *Trans. Orthopaedic Research Society*, **21**, 448 (1996).

34. Bearinger, J.P., Rezania, A., Chen, J., **Healy, K.E.**, "Ultrathin Polymer Coatings for the Prevention of Material-Centered Infection of P(AAm-*co*-EG) on Metal Oxides," *J. Dent. Res.*, **75**, 79 (1996).

35. Thomas, C.H., McFarland, C.D., Gilbert, J.L., Hockberger, P.E., and **Healy, K.E.**, "Spatial Control of Mineralization on Biomaterials with Modified Surface Chemistry," *J. Dent. Res.*, **75**, 181 (1996).

36. Elenz, D.R., Whang, K., Thomas, C.H., Tsai, D.C., Nam, E., **Healy, K.E.**, Nuber, G.W., and Bowen, M.K., "Treatment of Experimental Bone Defects with Porous Bioabsorbable Scaffolds," *Fourteenth Annual Meeting of the Mid-American Orthopaedic Association,* San Antonio, TX, April, 20th (1996).

37. McFarland, C.D., Thomas, C.H., **Healy, K.E.**, Jenkins, M.L., and Steele, J.G., "The Role of Serum Glycoproteins in Determining the Spatial Organization of Bone Cells on Patterned Surfaces," *The 5th World Biomaterials Congress Transactions*, p.980, Toronto, Canada, May 29th-June 2nd (1996).

38. Bearinger, J., Rezania, A., Chen, J., **Healy, K.E.**, "Minimization of Protein Adsorption and Cell Adhesion to a Grafted Copolymer of P(AAm-*co*-EG)," *The 5th World Biomaterials Congress Transactions*, p.308, Toronto, Canada, May 29th-June 2nd (1996).

39. Whang, K., Elenz, D.R., Nam, E.K., Tsai, D.C., Thomas, C.H., Nuber, G.W., Bowen, M.K., and **Healy, K.E.**, "Bone Regeneration Using an Emulsion Freeze-Dried PLGA Scaffolds with Median Pore Sizes Less Than 50 μm," *The 5th World Biomaterials Congress Transactions*, p.292, Toronto, Canada, May 29th - June 2nd (1996).

40. Thomas, C.H., McFarland, C.D., Gilbert, J.L., and **Healy, K.E.**, "Preferential Mineralized Tissue Formation on Materials with Patterned Surface Chemistry," *The 5th World Biomaterials Congress Transactions*, p.946, Toronto, Canada, May 29th-June 2nd (1996).

41. Whang, K., Goldstick, T.K., and **Healy, K.E.**, "Control of Protein Release from Emulsion Freeze-Dried Scaffolds with Unique Microarchitecture," *The 5th World Biomaterials Congress Transactions*, p.774, Toronto, Canada, May 29th-June 2nd (1996).

42. Rezania, A., Thomas, C.H., Bearinger, J., and **Healy, K.E.**, "Cell-Binding Peptides for Enhancing the Strength of Osteoblast Adhesion," *The 5th World Biomaterials Congress Transactions*, p.891, Toronto, Canada, May 29th-June 2nd (1996).

43. **Healy, K.E.**, Thomas, C.H., Rezania, A., McKeown, P., McFarland, C.D., and Steele, J.G., "Correlative ToF-SIMS and fluorescence microscopy analyses of surfaces used to control mammalian cell function," *Proceeding of Microscopy and Microanalysis 1996*, G.W. Bailey *et al.* Eds., p.1044-1045, San Francisco Press, Inc. (1996).

44. Rezania, A., Thomas, C.H., and **Healy, K.E.**, "Immobilization of Biomimetic Cell-Adhesive Peptides on Model Biomaterials for Enhancing Bone Cell Adhesion," *Surfaces in Biomaterials Symp.*, p.147-151, Phoenix, AZ, September 4th-7th (1996).

45. Rezania, A., Thomas, C.H., and **Healy, K.E.**, "Grafting of Cell-Adhesive Peptides for Enhancing Cell Adhesion," presented at the MRS Fall Meeting, Boston, MA, December 2nd-4th (1996).

46. **Healy, K.E.,** Thomas, C.H., and Bearinger, J.P., "Control of Cell Shape and Function on Solid Surfaces," presented at the *Workshop on Biomaterials and Tissue Engineering*, Hilton Head, S.C., February 19th-23rd (1997).

47. Thomas, C.H., McFarland, C.D., Bearinger, J.P., and **Healy, K.E.,** "Non-Adhesive Polymer Surfaces that Spatially Control Cell-Mediated Mineralization," *J. Dent. Res.*, **76**, 286 (1997).

48. Bearinger, J.P., and **Healy, K.E.,** "Non-Adhesive Polymer Coatings Modified to Induce Cell Adhesion and Spreading," *J. Dent. Res.*, **76**, 382 (1997).

49. Bearinger, J.P., Thomas, C.H., and **Healy, K.E.**, "Biological Modification of P(AAm-*co*-EG) Networks to Target Bone Cell Adhesion and Growth," *Trans. Soc. for Biomaterials*, **19**, 54 (1997).

50. Thomas, C.H., Bearinger, J.P., McKeown, P.J., and **Healy, K.E.**, "Long-Term Control of the Spatial Distribution of Bone-Derived Cells," *Trans. Soc. for Biomaterials*, **19**, 132 (1997).

51. Rezania, A., Johnson, R.W., and **Healy, K.E.**, "Characterization of an ARG-GLY-ASP-Containing Peptide on Metal Oxides Using Spectroscopic Ellipsometry," *Trans. Soc. for Biomaterials*, **19**, 222 (1997).

52. Bearinger, J.P., Castner, D.G., and **Healy, K.E.,** "Modulation of Protein Adsorption and Cell Adhesion with Interpenetrating Polymer Network Coatings of P(AAm-*co*-EG)," Proceeding of the American Chemical Society Division of Polymeric Materials: Science and Engineering, **77**, 582-583 (1997).

53. Whang, K., Tsai, D.C., Nam, E.K., Goldstick, T.K., and **Healy, K.E.**, "Controlled Release of Bioactive Factors from Bioabsorbable Emulsion Freeze-Dried Scaffolds for Tissue Engineering," Proceedings of the

Topical Conference on *Biomaterials, Carriers for Drug Delivery, and Scaffolds for Tissue Engineering,* American Institute of Chemical Engineers, p.284-286, Los Angeles, CA, November 17th-19th (1997).

54. **Healy, K.E.**, Rezania, A., Thomas, C.H., Bearinger, J.P., and Castner, D.G., "Biomolecular Engineering of Surfaces to Modulate Mineralized Tissue Formation," presented at Keystone Symposia on *Tissue Engineering(J3)*, Copper Mountain, CO, January 10th-15th (1998).

55. Stile, R.A., and **Healy, K.E.**, "Injectable Thermo-Responsive Hydrogels for Articular Cartilage Regeneration," presented at Keystone Symposia on *Tissue Engineering(J3)*, Copper Mountain, CO, January 10th-15th (1998).

56. Whang, K., Tsai, D.C., Nam, E.K., Aiken, M.E., Patel, P., and **Healy, K.E.**, "Bone Regeneration Using Controlled Release of rhBMP-2 from Bioabsorbable Scaffolds," *The 17th Southern Biomedeical Engineering Conference Proceedings,* San Antonio, TX, p.143 (1998).

57. **Healy, K.E.,** "Biomimetic Materials for Rehabilitation," Invited poster presented at the NIH Bioengineering Symposium *Bioengineering: Building the Future of Biology and Medicine*, NIH, Bethesda, MD, February 27th-28th (1998).

58. Rezania, A., and **Healy, K.E.**, "Biomolecular Engineering of Surfaces to Manipulate Mineralized Tissue Formation," *Trans. Orthopaedic Research Society*, **23(1)**, 145, (1998)

59. Rezania, A., and **Healy, K.E.**, "Biomimetic Surfaces than Regulate Mineralization of the Extracellular Matrix," presented at the MRS Spring Meeting, San Francisco, CA, April 13th-14th (1998).

60. Thomas, C.H., Sfeir, C., McFarland, C., and **Healy, K.E.**, "Materials Designed to Control and Examine the Function of Single Cells," presented at the MRS Spring Meeting, San Francisco, CA, April 13th-14th (1998).

61. Rezania, A., and **Healy, K.E.**, "Covalent Immobilization of Cell-Binding and Heparin-Binding Peptides for Promoting Bone-Derived Cell Adhesion," *Trans. Soc. for Biomaterials*, **21**, 162 (1998).

62. Harbers, G., Rezania, A., and **Healy, K.E.,** "Computer-Aided Biomolecular Surface Engineering of Peptide Modified Materials," *Trans. Soc. for Biomaterials*, **21**, 170 (1998).

63. **Healy, K.E.**, Rezania, A., and Stile, R., "Biomimetic Materials that Regulate Bone Formation," *Annals of Biomedical Engineering*, **26**, S-140 (1998).

64. **Healy, K.E.**, "Biomimetic Hydrogels for Tissue Engineering," presented at the MRS Fall Meeting, Boston, MA, November 30th, (1998).

65. Keller, J.C., MacDougall, M., **Healy, K.E.**, and Tonetti, M., "Paths to Engineering Craniofacial and Oral Tissue Behavior," *J. Dent. Res.*, **78**, 123 (1999).

66. Thomas, C.H., Sfeir, C.S., McFarland, C.D., and **Healy, K.E.**, "Control and Investigation of Single Cell Gene Expression," *J. Dent. Res.*, **78**, 455 (1999).

67. Park, S., and **Healy, K.E.**, "Fabrication of Targeted-Stealth Nanospheres based on poly(lactide-co-glycolide)-block-poly(etheylene glycol) Chemistry," *J. Dent. Res.*, **78**, 523 (1999).

68. Stile, R.A., Burghardt, W.R., and **Healy, K.E.**, "Injectable Thermo-Responsive Hydrogels as Scaffolds for Tissue Engineering," presented at the MRS Spring Meeting, San Francisco, CA, April 5th-9th (1999). **R.A. Stile, Graduate Student Gold Award Recipient**.

69. Thomas, C.H., L'Hoest, J.B., Castner, D.G., Sfeir, C.S., McFarland, C.D., and **Healy, K.E.**, "Single Cell Isolation and Gene Expression," *Trans. Soc. for Biomaterials*, **22**, 112 (1999).

70. Stile, R.A., Burghardt, W.R., and **Healy, K.E.**, "Injectable Thermo-Responsive Hydrogels that Support Tissue Formation *In Vitro*," *Trans. Soc. for Biomaterials*, **22**, 248 (1999).

71. **Healy, K.E**. "Synthesis and Surface Characterization of Peptide-Modified Interpenetrating Polymer Networks that Control Biomineralization," 46th American Vacuum Society (AVS) International Symposium, Seattle, WA, October 28th (1999).

72. Park, S., and **Healy, K.E.**, "Synthesis and Development of a Novel Copolymer for Gene Therapy," presented at Keystone Symposia on *Experimental and Clinical Regulation of Angiogenesis*, p.69, Salt Lake City, UT, March 3rd-5th (2000).

73. **Healy, K.E.**, "Peptide-Modified Hydrogels for Connective Tissue Regeneration," presented at the Symposium on *Tissue Engineering*, p.69, Davos, Switzerland, February 18th-21st (2000).

74. Stile, R.A., Fabbroni, E., Shull, K.R., and **Healy, K.E.**, "Adhesion of Injectable Semi-interpenetrating Polymer Networks," presented at the MRS Spring Meeting, San Francisco, CA, April 26th (2000).

75. Stile, R.A., and **Healy, K.E.**, "Peptide-modified Thermoreversible Hydrogels for Tissue Regeneration," *Abstr. Pap. Am. Chem. Soc.*, 584-POLY, p.2, March 26th (2000).

76. Kohn, D.H., Hollister, S.J., and **Healy, K.E.**, "Biomimetic Strategies to Enhance Osseointegration," *J. Dent. Res.*, 79 (4 SI) (2000).

77. Collier, T.O., Collier, J., **Healy, K.E.**, Anderson, J.M., "Control of Monocyte/Macrophage Adhesion, Morphology and Fusion with Micropatterned Surface Chemistry," *The 6th World Biomaterials Congress Transactions*, p.3, Kamuela, HI, May 15th-20th (2000).

78. Stile, R.A., and **Healy, K.E.**, "Peptide-Modified Hydrogels for Bone Regeneration," *The 6th World Biomaterials Congress Transactions*, p.108, Kamuela, HI, May 15th-20th (2000).

79. Barber, T.A., Harbers, G.M., Golledge, S.L., Castner, D.G., **Healy, K.E.**, "Peptide-modified IPNs Grafted to Tissue Culture Polystyrene," *The 6th World Biomaterials Congress Transactions*, p.217, Kamuela, HI, May 15th-20th (2000).

80. Rezania, A., and **Healy, K.E.**, "The Effect of Peptide Surface Density on Mineralization of Matrix Deposited," *The 6th World Biomaterials Congress Transactions*, p.240, Kamuela, HI, May 15th-20th (2000).

81. Stile, R.A., Fabbroni, E., Shull, K.R., **Healy, K.E.**, "Injectable Semi-Interpenetrating Networks for Cartilage Regeneration," *The 6th World Biomaterials Congress Transactions*, p.653, Kamuela, HI, May 15th-20th (2000).

82. Collier, J.H., Thomas, C.H., and **Healy, K.E.**, "A Technique for Regioselective Coupling of Biomolecules to Non-fouling IPN Surfaces," *The 6th World Biomaterials Congress Transactions*, p.1219, Kamuela, HI, May 15th-20th (2000).

83. Thomas, C.H., Collier, J.H., Golledge, S.L., Castner, D.G., **Healy, K.E.**, "Behavior of Single Osteogenic Cells Isolated on Materials with Patterned Surface Chemistry," *The 6th World Biomaterials Congress Transactions*, p.1222, Kamuela, HI, May 15th-20th (2000).

84. **Healy, K.E.**, "Combining Polymer Chemistry and Photolithography to Manipulate Gene Expression and Protein Synthesis," *smallTalk 2000*, p.74, San Diego, CA, July 8th-12th (2000).

85. **Healy, K.E.**, Engineering Regiospecific Bioactive Surfaces with Interpenetrating Polymer Networks (IPNs) of p(AAm-*co*-EG), *Abstr. Pap. Am. Chem. Soc.*, 210-COLL, August 20th (2000).

86. **Healy, K.E.**, "Combining Polymer Chemistry and Photolithography to Manipulate Gene Expression and Protein Synthesis," 47th American Vacuum Society (AVS) International Symposium, Boston, MA, October 4th (2000).

87. Stile, R.A, and **Healy, K.E.**, "Semi-Interpenetrating Polymer Networks for Use in Tissue Engineering Applications," *5th Annual Hilton Head Workshop, Engineering Tissues*, Hilton Head, S.C., p.43, February 21st-25rd (2001).

88. Barber, T.A., Castner, D., and **Healy, K.E.** "Peptide-modified IPNs Grafted to Bulk Titanium Modulate Osteoblast Behavior In Vitro," *Trans. Soc. for Biomaterials*, **24**, 109 (2001).

89. Harbers, G. M., T. A. Barber, Yanez, M. E., Larman, H. B., **Healy, K. E.** "IPN Modified 316L SS: Surface Characterization and HCAEC Adhesion Studies," *Trans. Soc. for Biomaterials*, **24**, 275 (2001).

90. Park, S. and **Healy, K.E.** "Development of a Poly-L-lysine Based Terpolymer Capable of DNA Condensation," *Trans. Soc. for Biomaterials*, **24**, 335 (2001).

91. Barber, T.A., Stile, R.A., Castner, D.G., and **Healy, K.E.**, "XPS-Mediated Robust Design Used to Optimize Hyaluronic Acid Surface Immobilization," 48th American Vacuum Society (AVS) International Symposium, San Francisco, CA, October 30th (2001).

92. Harbers, G.M., Barber, T.A., Yanez, M.E., Larman, H.B., and **Healy, K.E.**, "Surface Characterization and HCAEC Adhesion Studies of IPN Modified 316L Stainless Steel," 48th American Vacuum Society (AVS) International Symposium, San Francisco, CA, November 1st (2001).

93. **Healy, K.E.**, "Exploiting Complementary Surface Analtical and Microscopy Techniques to Develop Biomimetic Materials," Materials Research Society, Fall Meeting, Boston, MA, November 26th (2001).

94. **Healy, K.E.**, "Tuning the Properties of Artificial Extracellular Matrices," *Materials Research Society*, Fall Meeting, Boston, MA, November 27th (2001).

95. **Healy, K.E.**, "Biomimetic Materials for Tissue Engineering," *Materials Research Society*, Spring Meeting, San Francisco, CA, April 5th (2002).

96. Park, S. and **Healy, K.E.**, "Self Assembling poly(lysine-*g*-lactide-*g*-ethylene glycol)-DNA Complexes," *Trans. Soc. For Biomaterials*, **25**, 64 (2002).

97. Harbers, G.M. and **Healy, K.E.**, "IPN Modified Polystyrene for High-Throughput Screening: Surface Characterization and Cell Adhesion," *Trans. Soc. For Biomaterials*, **25**, 250 (2002).

98. Stile, R.A., Shull, K.R. and **Healy, K.E.**, "Injectable Semi-Interpenetrating Polymer Networks for Use in Tissue-Adhesive Applications," *Trans. Soc. For Biomaterials*, **25**, 272 (2002).

99. Harbers, G.M., Barber, T.A., **Healy, K.E**., Golledge, S.L. and Castner, D.G., "Development of a Fluorescent Based Assay for Quantifying Ligand Surface Density on IPN-Modified PS for High Throughput Applications," *AVS 49th International Symposium*, (2002).

100.Miller, W.M., Chow, D.C., King, J.A., Chenoweth, T.L., Papoutsakis, E.T., Harbers, G.M., **Healy, K.E.**, Immobilized Stem Cell Factor Prolongs Activation of MAP Kinease Pathway and Enhances Ex Vivo Expansion of Peripheral Blood CD34+ Cells," *Blood*, **100(11)**, 2037 Part 1 Nov 16 (2002).

101. Kim, S., and **Healy, K.E.**, "Proteolytically Degradable Poly(N-isopropylacrylamide-co-acrylic acid)-Based Semi-Interpenetrating Polymer Networks as Injectable Scaffold Materials," *Engineering Tissues 2003, 7th Annual Hilton Head Workshop & Engineering Tissue workshop,* 103 (2003).

102**. Healy, K.E.**, Kim, S.Y., Chung, E., and Krik, T.V**,** "Challenges Involving Hydrogel ECMs for Tissue Engineering," *Engineering Tissues 2003, 7th Annual Hilton Head Workshop & Engineering Tissue workshop* (2003).

103. Barber, T.A., Harbers, G.M. and **Healy, K.E**., "Evidence Supports In Vitro Correlation Between Apoptosis and Mineralization," *49th Annual Orthopaedic Research Society*, (2003).

104. Irwin, E.F., Barber, T., Green, H., Harbers, G.M. and **Healy, K.E**., "Interpenetrating Polymer Networks Minimize Adsorption of Fibrinogen to Surfaces," *Trans. Soc. For Biomaterials*, **26**, 466 (2003).

105. Harbers, G.M., Barber, T.A., Sumner, D.R. and **Healy, K.E**., "RCO Cell Adhesion and Modulated Behavior on Peptide Functionalized IPN on Polystyrene," *Trans. Soc. For Biomaterials*, **26**, 13 (2003).

106. Barber, T.A., Harbers, G.M. and **Healy, K.E**., "Understanding Mineralization and Apoptosis in primary Osteogenic Cultures," *Trans. Soc. For Biomaterials*, **26**, 188 (2003).

107. Park, S. and **Healy, K.E.**, "Modulation of terpolymer composition to alter DNA binding and complex stability," *Trans. Soc. For Biomaterials*, **26**, 556 (2003).

108. Kim, S., and **Healy, K.E.**, "Injectable poly(N-isopropylacrylamide-co-acrylic acid) hydrogels with proteolytically degradable cross-links," *Trans. Soc. For Biomaterials,* **26**, 635 (2003).

109. Chung, E.H., Kim S. and **Healy, K.E.**, "Support of Osteoblasts within N-Isopropylacrylamide-Based P(AAc)-Graft-RGD Semi-IPNs," *Trans. Soc. For Biomaterials*, **26**, 65 (2003).

110. **Healy, K.E.**, “Newly Minted Materials that Mimic Biology,” EURESCO Conference (European Research Conferences), Biological Surfaces and Interfaces, Castelvecchio Pascoli, Italy, June 21-26 (2003)

111. Saha, K., **Healy, K.E.**, and Schaffer, D.V., "Bioactive Hydrogels For Control of Stem Cell Function," *American Institute of Chemical Engineers Annual Meeting*, 89a (2004).

112. **Healy, K.E.**, “Challenges Involving Biologically-Inspired Hydrogel ECMs for Tissue Engineering,” *Materials Research Society*, Symposium W (W9.7/O5.7), p.434, Spring Meeting, San Francisco, CA, (2004)

113. Elfick, APD, Zhao, J.M., Unsworth, A., Healy, K.E., and Pruitt, L.A.,”Lateral Force Microscopy Study of Physisorbed Protein,” Abstracts of the Papers of The American Chemical Society, 227: U820 110-COLL Part 1 Mar 28 (2004).

114. **Healy, K.E.**, “Attempts at Controlling Wound Healing with Polymers Containing Biomimetic Chemistry,” ACS Division of Polymer Chemistry Biennial Meeting, *Polymer Design for Biology: Activity and Structure*, Savannah, GA, October 3rd – 6th (2004).

115. **Healy, K.E.**, “Control of Cell Adhesion, Shape, and Function by Material Biophysical Chemistry,” *Materials Research Society*, Symposium AA (AA4.1), p.619, Fall Meeting, Boston, MA, (2004).

116. Chung, E.H., Sumner, D.R. and **Healy, K.E.**, "Effect of Hydrogel Modulus and RGD Ligand Density on osteoblast proliferation," Society for Physical Regulation in Biology and Medicine *(SPRBM)* Symposium, Lake Tahoe, CA (2005).

117. Saha, K., Schaffer, D.V., and **Healy, K.E.**, "Controlling Neural Stem Cell Behavior Via Peptide-Modified Hydrogels," Abstracts of the Papers of The American Chemical Society, 229: U200 139-BIOT Part 1 MAR 13 (2005).

118. Li, Y.J., Chung, E.H., Rodriguez, R.T., Firpo M.T., **Healy, K.E.**, "Maintenance of Undifferentiated Human Embryonic Stem Cells on RGD Functionalized Hydrogels," *Materials Research Society*, Symposium N (N4.8), p.143, Spring Meeting, San Francisco, CA (2005)

119. Ho, J., **Healy, K.E.**, “Viscoelastic properties of hyaluronic acid thin films as measured using a quartz crystal microbalance with dissipation,” *Materials Research Society*, Symposium N, Spring Meeting, San Francisco, CA (2005).

120. Chung, E.H., Sumner, D.R. and **Healy, K.E.**, "Biodegradable and Thermoresponsive Poly(N-isopropylacrylamide) Hydrogels for Bone Tissue Engineering," *Materials Research Society*, Symposium K (K8.3), p.303, Spring Meeting, San Francisco, CA (2005).

121. Saha, K., Schaffer, D.V., and **Healy, K.E.**, "Peptide-Modified Hydrogels for Neural Stem Cell Control," *Materials Research Society*, Materials Research Society Symposium Proceedings Series, volume 873E, K8.1, p.303, Spring Meeting, San Francisco, CA (2005).

122. Irwin, E.F. and **Healy, K.E**., “Physical Properties of Interpenetrating Polymer Networks Determined by QCM-D,” *Materials Research Society*, Symposium N (N6.4), p.144, Spring Meeting, San Francisco, CA, (2005).

123. Lam, K. B., Irwin, E. F., **Healy, K. E.**, and Lin, L., "Immobilization of Thylakoid Membranes via Self-Assembled Monolayers," *Materials Research Society*, Symposium K (K3.23), p.128, Spring Meeting, San Francisco, CA (2005).

124. Li, Y.J., Chung, E.H., Rodriguez, R.T., Firpo M.T., Healy, K.E., "Undifferentiated Growth of Human Embryonic Stem Cells on Peptide Functionalized Hydrogels," *Trans. Intern. Soc. for Stem Cell Res.*, p. 166, 3rd Annual Meeting, San Francisco, CA (2005).

125. Lam, K.B., Irwin, E.F., Healy, K.E., and Lin, L., "Biological Self-Assembled Monolayers for Photosynthetic Solar Cell and Sensing Applications," *The 13th International Conference on Solid-State Sensors, Actuators and Microsystems*, Seoul, Korea, p. 1772-1775, June 5th – 9th (2005).

***Non-peer Reviewed Abstracts***

1. Lom, B., **Healy, K.E.**, and Hockberger, P.E., "An Improved Method for Creating Well-Defined, Patterned Substrates for Studies of Neuronal Adhesion and Guidance," *Society for Neuroscience Abstracts*, **18**, 39 (1992).

2. Lom, B., **Healy, K.E.**, and Hockberger, P.E., "Cell Alignment on Chemically-patterned Surfaces Reveals a Hierarchy of Preferences," *Society for Neuroscience Abstracts*, **19**, 1291 (1993).

## INVITED LECTURES & WORKSHOPS

1. "Metal Ion Release from Porous Coated Implant Alloys," University of Pennsylvania Biomaterials Seminar Series, Philadelphia, PA, April 18th, 1986.

2. "The Interaction of Titanium with Biological Environments," Department of Biomedical Engineering, Southwest Medical Center, University of Texas, Dallas, TX, June 4th, 1989.

3. "Biological Performance of Titanium Implant Materials," Division of Biological Materials, Northwestern University, Chicago, IL, June 10th, 1989.

4. "The Mechanisms of Passive Dissolution of Titanium in Biological Environments," Department of Biomedical Engineering, Rensselaer Polytechnic Institute, Troy, NY, September 12th, 1990.

5. "The Interactions Between Titanium Implants and Biological Tissue," Department of Biomedical Engineering, Northwestern University, Evanston, IL, January 23rd, 1991.

6. "Absorbable Polymers for Fracture Fixation," Department of Orthopaedics, Northwestern University, Chicago, IL, April 6th, 1991.

7. "Interactions Between Titanium Surface Chemistry, Adsorbed Molecules, and Tissue Response," Department of Chemical Engineering, University of Rochester, Rochester, NY, April 12th, 1991.

8. "Interfacial Reactions and Passive Dissolution of Titanium Implants," Materials week '91, ASM International, Cincinnati, OH, October 23rd, 1991.

9. "The Interactions between Cells and Biologically Modified Materials," Technology Corporate Partners Symposium on Bioengineering and Biomaterials, Evanston, IL, November 11th, 1991.

10. "Biological Modification of Implant Materials," American Association for Dental Research, Chicago Chapter, Chicago, IL, September 24th, 1992.

11. "The Merging of Materials Science and Biotechnology," Technology Reviews: Executive Briefings for Managers of Technology, Evanston, IL, November 9th, 1992.

12. "The Application of Materials Science and Biotechnology to Improve Implant Function," Department of Oral Biology and Connective Tissue Research Laboratory, Northwestern University, Chicago, IL, December 3rd, 1992.

13. "The Use of Biomimetic Materials to Enhance Bone Regeneration," Abbott Laboratories, Abbott Park, IL, June 14th, 1993.

14. "Osteogenic Cell Adhesion and Movement on Chemically Defined Surfaces," Gordon Conference on *The Science of Adhesion*, New Hampton, NH, August 15th-20th, 1993.

15. "Computer-Aided Design of Biomimetics Surfaces," Abbott Laboratories, Abbott Park, IL, February 21st, 1995.

16. "Spectroscopic Testing of Biomaterials Surfaces," ASTM F-4 Workshop on *The Characterization & Performance of Articular Surfaces*, Denver, CO, May 16th-17th, 1995.

17. “Surface Engineering of Materials to Control Mammalian Cell Function,” Department of Biomedical Engineering, Duke University, Durham, NC, July 6th, 1995.

18. “Engineering Bone Cell Organization in Two Dimensions,” Biomedical Engineering Society Annual Meeting, Special Session on Tissue Engineering in Bone, Boston, MA, October 5th, 1995.

19. “Surface Engineering of Materials to Control Osteoblast Function,” University of Connecticut, Farmington/Storrs (via electronic link), CN, November 11th, 1995.

20. “Patterned Endowment with Peptides and Proteins to Promote Cell Organization,” Keystone Symposia conference on Tissue Engineering, Taos, NM, January 27th, 1996.

21. “Polymer Scaffolds in Hard Tissue Engineering,” Department of Orthopaedics, Northwestern University, Chicago, IL, March 2nd, 1996.

22. “The Use of Surface Chemistry to Control Cell Behavior *In Vitro*,” Becton, Dickinson and Company, Bedford, MA, July 19th, 1996.

23. “Correlative ToF-SIMS and Fluorescence Microscopy Analyses of Surfaces Used to Control Mammalian Cell Function,” Microscopy and Microanalysis ‘96, Minneapolis, MN, August 15th, 1996.

24. Invited participant in a NIH-NIDR sponsored workshop on “Biomimetics, Tissue Engineering, and Biomaterials,” Bethesda, MD, September 25th-26th, 1996.

25. Invited participant in a NSF sponsored workshop on “Nanotechnology: New Frontiers in Biology,” Cornell University, Ithaca, NY, November 20th-21st, 1996.

26. “Biomaterials and Hard Tissue Engineering,” Connective Tissue Workshop, Rush-Presbyterian-St. Luke’s Medical Center, Chicago, IL, December 9th, 1996.

27. Invited participant in a Whitaker Foundation sponsored Workshop on Biomaterials and Tissue Engineering, “Control of Cell Shape and Function on Solid Surfaces,” Hilton Head, S.C., February 19th-23rd, 1997.

28. Invited participant in a ASTM F04 Committee sponsored Workshop on Tissue Engineering: The Role of ASTM, “Standards Issues in Hard Tissue Engineering,” St. Louis, MO, May 6th, 1997.

29. “Biomolecular Engineering of Surfaces to Manipulate Cell Function,” Biochemical Engineering X, Engineering Foundation Conference, Kananaskis, Alberta, Canada, May 21st, 1997.

30. “Engineering Biomaterials to Promote Hard Tissue Regeneration,” Oregon Medical Laser Center, Providence St. Vincent Medical Center, Portland, OR, June 26th, 1997.

31. “Modulation of Protein Adsorption and Cell Adhesion with Interpenetrating Polymer Network Coatings of P(AAm-*co*-EG),” ACS Symposium *Polymer Surface Modification for Adhesion and Deposit Resistance,* ACS Division of Polymeric Materials: Science and Engineering, Las Vegas, NV, September 11th, 1997.

32. “Engineering Surfaces to Support Hard Tissue Regeneration,” Department of Biomedical Engineering, University of Michigan, Ann Arbor, MI, December 1st, 1997.

33. “Physical Chemistry and Interdiffusion Properties of Thermo-reversible Hydrogels,” Genzyme Corp., Framingham, MA, January 29th, 1998

34. “Functional Biomaterials,” Panelist at the NIH Bioengineering Symposium *Bioengineering: Building the Future of Biology and Medicine*, NIH, Bethesda, MD, February 27th-28th, 1998.

35. “Bone Cell Distribution, Cytoskeletal Organization, Gene Expression, and Mineral Deposition on Microfabricated Surfaces,” *Microsystems Technology in Medicine and Biology*, Cambridge Healthtech Institute, Cambridge, MA, April 15th-16th, 1998.

36. “Materials that Regulate Tissue Development,” Department of Materials, Chemical, and Biochemical Engineering, University of California at Irvine, Irvine, CA, April 24th, 1998.

37. “Biomimetic Materials for Tissue Engineering,” Department of Biomedical Engineering, Case Western Reserve University, Cleveland, OH, April 27th, 1998.

38. “Designing Implant Surfaces to Direct Biological Responses,” *Bioartifical Organs*, International Engineering Foundation Conference, Banff, Alberta, Canada, July 18th-22nd, 1998.

39. “Designing Implant Surfaces to Direct Biological Responses,” *28th International Workshop on Hard Tissue Biology*, Sun Valley, Idaho, August 3rd-7th, 1998.

40. “Control of Osteogenic Cell Behavior with Biomimetic Materials and Microfabricated Devices,” Bone and Mineral Group, Indiana University-Purdue University, Indianapolis, IN, September 23rd, 1998.

41. “Biomimetic Materials that Regulate Bone Formation,” Biomedical Engineering Society Annual Meeting, Special Session on Tissue Engineering in Bone, Cleveland, OH, October 13th, 1998.

42. “Biomimetic Materials The Regulate Tissue Formation,” Pittsburgh Tissue Engineering Initiative (PTEI), Pittsburgh, PA, November 11th, 1998.

43. “Biomimetic Hydrogels for Tissue Engineering,” Materials Research Society 1998 Fall Meeting, Boston, MA, November 30th, 1998.

44. “Designing Materials the Control the Behavior of Mammalian Cells,” Department of Materials Science and Mineral Engineering, University of California at Berkeley, Berkeley, CA, December 4th, 1998.

45. “Surfaces that Direct the Behavior of Living Cells,” Lawrence Berkeley National Laboratory, Advanced Light Source, University of California at Berkeley, Berkeley, CA, December 16th, 1998.

46. “Engineering Biomimetic Materials to Regulate Cell Behavior and Tissue Regeneration,” Northwestern University, Provost’s Domain Dinner Lecture Series, January 12th, 1999.

47. “Manipulating Mammalian Cell Behavior via Material Surface Chemistry,” Departments of Bioengineering and Chemical Engineering, University of Minnesota, Minneapolis, MN, January 19th, 1999.

48. “Manipulation of Cell Architecture and Gene Expression on Microfabricated Surfaces,” Department of Bioengineering, Center for Nanotechnology, University of Washington, Seattle, WA, March 9th, 1999.

49. “Developments in Polymer Templates for Tissue Engineering,” International Association for Dental Research (IADR) Meeting and Exposition, *Tissue Engineering in the Crain facial Complex*, Vancouver, BC, Canada, March 11th, 1999.

50. “Biomimetic Strategies for Designing Synthetic Materials,” Departments of Bioengineering and Chemical Engineering, University of Wisconsin, Madison, WI, April 19th, 1999.

51. “Biomimetic Strategies for Designing Synthetic Materials,” Laboratoire de Recherches sur les Macromolécules (LRM), Institut Galilée, Université Paris XIII, Villetaneuse, France, May 11th, 1999.

52. “Microfabricated Surfaces of Interpenetrating Polymer Networks (IPNs) to Manipulate Cell Architecture and Gene Expression,” Laboratoire de Recherches sur les Macromolécules (LRM), Institut Galilée, Université Paris XIII, Villetaneuse, France, May 27th, 1999.

53. “Smart Biomaterials,” 45th Annual Conference & Exposition of the American Society for Artificial Internal Organs (ASAIO), June 3rd, 1999

54. “Biomimetic Strategies for Designing Synthetic Materials,” Department of Bioengineering, University of California at Berkeley, Berkeley, CA, June 4th, 1999.

55. “Microfabricated Materials for Tissue Development,” Gordon Conference on *Biomaterials: Biocompatibility and Tissue Engineering*, Holderness School, Holderness, NH, July 23rd, 1999.

56. “Biomimetic Materials that Regulate Bone Formation,” 12th Annual International Symposium for Technology in Arthroplasty ISTA’99, Chicago, IL, September 24th, 1999.

57. “Designing Materials to Control Tissue Regeneration,” Johnson & Johnson Corporation, Corporate Biomaterials Center, Somerville, NJ, September 30th, 2000.

58. "Synthesis and Surface Characterization of Peptide-Modified Interpenetrating Polymer Networks that Control Biomineralization," 46th American Vacuum Society (AVS) International Symposium, Seattle, WA, October 28th, 1999.

59. "Osteoblast Interaction with Engineered Surfaces," The Bone Engineering Workshop, Toronto, Ontario, Canada, December 2nd-3rd, 1999.

60. "Mimetic Peptide Surfaces to Enhance Osseointegration," International Association for Dental Research (IADR) Meeting and Exposition, *Biomimetic Strategies to Enhance Osseointegration*, Washington, D.C, April 5th, 2000.

61. "Exploiting Peptide-Receptor Engagement for the Surface Engineering of Polymers," Symposium on *Interfacial Aspects of Soft Biomaterials*, Materials Research Society 2000, Spring Meeting, San Francisco, CA, April 25th, 2000. (Substitute for Dr. L. Griffith)

62. "The Design, Synthesis, Characterization and *In Vitro* and *In Vivo* Testing of Peptide Modified Surfaces," *BELACT VII Cells/Biomaterials: from In Vitro Cultivation to In Vivo Implantation*, Château de Colonster, Lèige, Belgium, May 5th, 2000.

63. "Nanotechnology and Tissue Engineering," Panelist at the NIH BECON Symposium *Nanoscience and Nanotechnology: Shaping Biomedical Research*, NIH, Bethesda, MD, June 25th-26th, 2000.

64. "Combining Polymer Chemistry and Photolithography to Manipulate Gene Expression and Protein Synthesis," smallTalk 2000 (the microfluidics and microarrays conference), San Diego, CA, July 12th, 2000.

65. "Engineering Gene Expression and Protein Synthesis with Microfabricated Bioactive Surfaces," BioMEMS & Biomedical Nanotechnology World 2000, Columbus Ohio, OH, September 25th, 2000.

66. "Biomimetic Materials that Regulate Tissue Formation," Department of Bioengineering, Clemson University, Clemson, SC, November 3rd, 2000.

67. "Challenges in Achieving Direct Skeletal Attachment," NIH BECON Symposium *Rehabilitation on the Move*, NIH, Bethesda, MD, January 4th, 2001.

68. "Current Perspectives on Biomaterials: *Biomimetic Materials that Modulate Cell and Tissue Function*," University of Alaska at Fairbanks EPSCORE Meeting, Fairbanks, AK, February 9th, 2001.

69. "Nanotechnology in Cell and Tissue Engineering?" National Association of Science Writers Nanotechnology Workshop, *Small is Beautiful*, Berkeley, CA February 14th, 2001.

70. "Biomimetic Strategies for Controlling Cell-Materials Interactions and Tissue Formation," Department of Materials Science and Engineering, Stanford University, Palo Alto, CA, March 16th, 2001.

71. "Biomaterials and Intravascular Stent Activities at Berkeley," Department of Bioengineering, Industrial Advisory Board Meeting, Berkeley, CA, April 5th, 2001.

72. "The Multi-factorial Process of In-stent Restenosis: Materials-based Solutions," Medtronic LC Inc., Santa Rosa, CA, May 16th, 2001.

73. "Newly Minted Materials that Mimic Biology," Berkeley in Silicon Valley: New Directions in Chemistry and Engineering Symposium, Santa Clara, CA, June 11th, 2001.

74. "Newly Minted Materials that Mimic Biology," Department of Biological Science and Technology, The University of Tokushima, Tokushima, Japan, June 22nd, 2001.

75. "Biomimetic Materials for Tissue Regeneration," Department of Materials Chemistry, Kyoto University, Kyoto, Japan, June 27th, 2001.

76. "Newly Minted Materials that Mimic Biology," Institute of Biomedical Engineering, Tokyo Women's Medical University, Tokyo, Japan, June 30th, 2001.

77. "Biomimetic Strategies for Controlling Cell-Materials Interactions and Tissue Formation," Department of Biomedical Engineering, Graduate School of Medicine, Kyushu University, Fukuoka, Japan, July 3rd, 2001.

78. "Newly Minted Materials that Mimic Biology," Division of Biological Science, Hokkaido University, Sapporo, Japan, July 4th, 2001.

79. "The Multi Factorial Problem of In-stent Restenosis: Materials-Based Treatments," Surfaces in Biomaterials Foundation, Scottsdale Princess Resort, Scottsdale, Arizona, August 31st, 2001.

80. "Surface Engineering of Materials for Biomimetic Implants and Cell-Based Sensors" Biosurf IV conference, Ecole Polytecnique Federale de Lausanne, Lausanne, Switzerland, September 20th-Sptember 21st, 2001.

81. "Biomimetic Strategies for Controlling Cell-Materials Interactions and Tissue Formation," Department of Materials Science and Engineering, University of Michigan, Ann Arbor, MI, September 28th, 2001.

82. "Biomimetic Strategies for Controlling Cell-Materials Interactions and Tissue Formation," Department of Chemical Engineering, University of California at Berkeley, Berkeley, CA, October 10th, 2001.

83. "Newly Minted Materials that Mimic Biology," Department of Bioengineering, University of Pennsylvania, Philadelphia, PA, October 18th, 2001.

84. "Newly Minted Materials that Mimic Biology," Departments of Chemical Engineering and Bioengineering, Columbia University, New York, NY, October 19th, 2001.

85. "Exploiting Complementary Surface Analytical and Microscopy Techniques to Develop Biomimetic Materials," Symposium on Physical Characterization of Biological Materials and Systems, Materials Research Society 2001, Fall Meeting, Boston, MA, November 26th, 2001.

86. "Tuning the Properties of Artificial Extracellular Matrices," Symposium on Polymeric Biomaterials for Tissue Engineering, Materials Research Society 2001, Fall Meeting, Boston, MA, November 27th, 2001.

87. "The Multi-factorial Problem of In-stent Restenosis: Materials-based Treatment," Medtronic LC Inc., Minneapolis, MN, November 28th, 2001.

88. "Biomimetic Strategies for Controlling the Biological-Synthetic Interface," Surface Science and Catalysis Science Seminars, Materials Sciences Division, Lawrence Berkeley National Laboratory, Berkeley, CA, February 21st, 2002.

89. "Tuning the Properties of Artificial Extracellular Matrices," Biologically-Based Materials for Tissue Engineering Short Course, Georgia Institute of Technology, Atlanta, GA, March 11th, 2002.

90. "Surface Engineering of Materials to Manipulate Interactions with Biological Systems," Solid State Technology and Devices Seminar, University of California at Berkeley, Berkeley, CA, March 22nd, 2002.

91. "Biomimetic Materials for Tissue Engineering," Symposium on Biological and Biomimetic Material Properties to Function, Materials Research Society 2002, Spring Meeting, San Francisco, CA, April 5th, 2002.

92. "Surface Engineering Strategies to Control Wound Healing Surrounding Medical Implants," Surfaces in Biomaterials Course, Food and Drug Administration (FDA), Center for Devices and Radiological Health (CDRH), Rockville, MD, June 17th, 2002.

93. "Thin Polymer Hydrogel Coatings Containing Hydrogen-Bond Donors that Prevent Protein Adsorption and Mammalian Cell Adhesion," UWEB 2nd Symposium on Non-Fouling Surfaces, University of Washington, Seattle, WA, August 1st, 2002.

94. "Controlling Cell Function and Tissue Formation via Biomimetic Polymers," 4th International Symposium on Biomimetic Interfaces, Intellectual Biointerface Engineering Center (IBEC), College of Dentistry, Seoul National University, Seoul, Korea, August 30th, 2002.

95. "Biomimetic Strategies for Regenerating Bone," Third Smith & Nephew International Symposium, Translating Tissue Engineering Into Products, hosted by the Georgia Institute of Technology, Atlanta, Georgia, October 14th, 2002.

96. "Biomimetic Polymers that Control Cell Function," Polymers in Medicine and Biology: 2002 Workshop, American Chemical Society, Sonoma, California, November 15th, 2002

97. "N(IPAAm) gels, viable cells, and cigars," Gels, Genes, Grafts & Giants, hosted by University of Washington Engineered Biomaterials, Ka'anapali, Maui, HI, December 18th, 2002.

98. "Newly Minted Materials that Dictate Biological Function," Division of Engineering, Harvard University, Cambridge MA, February 25th, 2003.

99. "Challenges Involving Hydrogel ECMs for Tissue Engineering," Engineering Tissues 2003, 7th Annual Hilton Head Workshop on Engineering Tissues, hosted by Georgia Institute of Technology, Hilton Head, South Carolina, February 27th, 2003.

100. "The Role of Surface Chemistry in Dictating Biologic Function," University of Delaware, Department of Chemistry, Division of Analytical Chemistry, Newark, Delaware, April 16th, 2003.

101. "The Challenges in Modulating Gene Expression via Nuclear Shape," Conference on Biophysical Complexity, sponsored by the Biophysical Chemistry Group of the Royal Society of Chemistry (U.K.) and by the British Biophysical Society, University of Southampton, Southampton, United Kindom, April 24th, 2003.

102. "Newly Minted Materials that Mimic Biology," European Research Conference (EURESCO) on Biological Surfaces and Interfaces, European Science Foundation, Castelvecchio Pascoli, Italy, June 25th, 2003.

103. "Exploiting Surface Chemistry to Control Biological Systems," IBM Almaden Research Center, San Jose, California, July 8th, 2003.

104. "Challenges in Designing Materials that Dictate Tissue Regeneration," NSF Sponsored Indo-U.S. Workshop on Tissue Engineering and Stem Cell Technologies, SCTIMST, Trivandrum, India, February 2nd, 2004.

105. "Challenges in Designing Materials that Dictate Tissue Regeneration," Bioengineering & Biodesign Seminar, Stanford University, Stanford, California, March 8th, 2004.

106. "Advanced Materials with Drug-like Qualities for Fracture Healing and Implant Fixation," Annual Meeting of the American Academy of Orthopaedic Surgeons, Symposium on *The Role of Pharmacological Agents in Fracture Healing and Implant Fixation*, San Francisco, California, March 10th, 2004.

107. "Designing Materials that Mimic Biology," McMaster University, Department of Chemical Engineering, Hamilton, Ontario, Canada, April 5th, 2004.

108. "Challenges Involving Biologically-Inspired Hydrogel ECMs for Tissue Engineering," *Materials Research Society*, Spring Meeting, San Francisco, CA, Symposium W, November, 30th, 2004.

109. "Challenges in Crossing the Biomimetics Chasm: What Will it Take for Clinical Success?," Medtronic Forum, 2004 Medtronic Biomaterials Symposium, Medtronic Corporate Headquarters, Minneapolis, MN, April 19th, 2004.

110. "Biomimetic Surface 'Tissue' Engineering: Challenges in Transferring Physical Surface Chemistry into Clinical Success," International Conference and Workshop on the *Physical Chemistry of Bio-Interfaces*, Barossa Valley (Adelaide), Australia, May 25th, 2004.

111. "Biologically-Inspired Hydrogel ECMs for Bone Tissue Engineering," The Regenerate International Conference and Exposition, Seattle, WA, June 11th, 2004.

112. “Can We Engineer Gene Expression via Matrix Biophysical Chemistry?,” Gordon Research Conference, *Signal Transduction By Engineered Extracellular Matrices,* Bates College, Lewiston, ME, June 30th, 2004.

113. “Engineering Cell-Based Matrix Mineralization via Material Chemistry,” Gordon Research Conference, *Biomineralization*, Colby-Sawyer College, Knew London, NH, August 10th, 2004.

114. “Attempts at Controlling Wound Healing with Polymers Containing Biomimetic Chemistry,” ACS Division of Polymer Chemistry Biennial Meeting, *Polymer Design for Biology: Activity and Structure*, Savannah, GA, October 5th, 2004.

115. “Biologically-Inspired Hydrogel ECMs for Cardiac Tissue Engineering,” Symposium on *Cardiovascular Development in the Era of Tissue Engineering*, Antequera (Málaga), Spain, October 7th, 2004.

116. “Challenges in Designing Materials that Dictate Tissue Regeneration,” University of Texas-Austin, Department of Bioengineering, Austin, TX, November 18th, 2004.

117. “Control of Cell Adhesion, Shape, and Function by Material Biophysical Chemistry,” *Materials Research Society*, Fall Meeting, Boston, MA, Symposium AA, November 30th, 2004.

118. “Control of Stem Cell Function by Material Biophysical Chemistry,” Joint United Kingdom & California Stem Cell Symposium, San Francisco, CA, December 7th, 2004.

119. “Attempts at Controlling Tissue Regeneration with Biomimetic Hydrogels,” Clemson University, Department of Bioengineering, Clemson, SC, March 9th, 2005.

120. “Stem Cells in Tissue Engineering,**”** Symposia on Stem Cells, University of California-Berkeley, Department of Bioengineering, Berkeley, CA, April 28th, 2005.

121. “Biomimetic Nanostructured Materials that Control Cell Fate,” University of California-Berkeley, Nanoscience and Nanoengineering Seminar, Berkeley, CA, May 6th, 2005.

122. “Stem Cells and the Promise of Regenerative Medicine,” Berkeley in Silicon Valley Symposium, *Engineering a Better World, Our Environment, Our Health*, Santa Clara, CA, May 7th, 2005.

123. “Challenges in Crossing the Biointerface Chasm: What Will it Take for Clinical Success?,” International Biointerfaces Symposium (Duke University), New Bern, NC, May 12th, 2005.

124. “The Role of Materials Science in Regenerative Medicine,” Stem Cell Panel, *Biotechnology Summit at University of California-Berkeley*, Berkeley, CA, June 1st, 2005.

125. “Human Stem Cells in Tissue Engineering,” Palo Alto Research Center (PARC), Palo Alto, CA, May 6th, 2005.

126. “Interpenetrating Polymer Networks as Practical Biointerfaces,” Gordon Research Conference, *Organic Thin Films*, Salve Regina University, Newport, RI, July 11th, 2005.

127. “Biomimetic Synthetic Environments to Control Stem Cell Function,” Geron Corporation, Menlo Park, CA, July 21st, 2005.[joint with Prof. David Schaffer, UCB Chemical Engineering]

## CURRENT SUPPORT

### *Principal Investigator*

1. NIH-NIAMS R01 AR47304-01: Biomimetic Hydrogels for Bone Regeneration. 4/1/00 - 2/01/06, $1,296,429.

2. NIH-NIAMS R01 AR43187-07: Biomimetic Materials Useful for Rehabilitation. 9/30/01-7/31/06, $1,470,989.

3. NIH-NIDCR R13 DE016780-01:2005 Biomaterials Gordon Conference. 2/05-12/31/05, $35,000.

4. NIH-NIBIB R21 BE005812-01: Nanopatterned Surfaces to Control Cell Fate. 9/1/05-8/31/07, $382,222.

5. Berkeley Research Futures Grant Program: Engineering Synthetic Environments that Control hESC Self-Renewal & Fate. 5/1/05- 4/30/06, $50,000.

***Co-PI***

1. NSF- Engineering Directorate: IGERT: Nanoscale Science and Engineering- From Building Blocks to Functional Systems. 10/1/03-9/30/08, $3,803,593. Role: E. Weber, P.I., Healy and 3 others Co-PIs

## SERVICE

***University Committees***

| | |
|---|---|
| 1993 | Health Sciences Library Planning Committee |
| 1993 - 1999 | Division Seminar Organization |
| 1994 | Chair, Division Curriculum Revision |
| 1995 - 1999 | Chair, Safety Committee for Dept. of Basic Sciences (Dental School) |
| 1995 - 1998 | Materials World Modules, Biodegradable Materials Module Development |
| 1996 - 1998 | Dental Council (Basic Sciences representative) |
| 1997 | Dental School Strategic Planning Committee |
| 2001 - 2002 | Faculty Search Committee, Department of Bioengineering |
| 2001 - 2002 | Biological Sciences Dean’s Search Committee, Department of Molecular and Cell Biology |
| 2001 - 2003 | Executive Committee, Joint Graduate Group in Bioengineering (UCB/UCSF) |
| 2001 - | Graduate Advisor, Joint Graduate Group in Bioengineering (UCB/UCSF) |
| 2001 - | Curriculum Committee, Department of Bioengineering |
| 2002 - | Executive Committee, The Industry-University Cooperative Research Program (IUCRP) |
| 2002 - 2005 | Chancellor's Advisory Committee on Biology (CACB) |
| 2002 - 2003 | Head Graduate Advisor, Joint Graduate Group in Bioengineering (UCB/UCSF) |
| 2002 - 2004 | Academic Affairs Committee, Department of Materials Science and Engineering |
| 2003 | Faculty Search Committee, Department of Bioengineering |
| 2003 - 2004 | Ad Hoc Committee, Promotion Case, College of Engineering |
| 2003 - 2004 | Ad Hoc Committee, Tenure Case, College of Engineering |
| 2003 - 2005 | Space Committee, College of Engineering Rep., Stanley Hall Replacement Building |
| 2003 - 2005 | Review Committee, Faculty Research Fund for the Biological Sciences |
| 2003 - 2005 | Nanoscience and Nanoengineering (NSE) Executive Committee |
| 2003 - 2005 | IGERT: Nanoscale Science and Engineering Executive Committee |
| 2003 - 2005 | Curriculum Committee, Nanoscience and Nanoengineering Designated Emphasis |
| 2004 | Faculty Search Committee, Department of Bioengineering (2 searches) |
| 2004 | Faculty Search Committee, Department of Materials Science and Engineering |
| 2005 | Ad Hoc Committee, Promotion Case, College of Engineering |
| 2005 | Faculty Search Committee, Department of Materials Science and Engineering |

| | |
|---|---|
| 2005 | Faculty Search Committee, Nanoscience and Nanoengineering Search (Bionanotechnology) |
| 2005 | Hellman Family Faculty Fund Award, Review Committee |

***International and National Conference Organization***

| | |
|---|---|
| 1989 | Session Chair, The 15th Annual Meeting of the Society for Biomaterials |
| 1993 | Annual Meeting Program Committee, Society for Biomaterials |
| 1993 | Session Chair, The 19th Annual Meeting of the Society for Biomaterials |
| 1994 | Session Chair, The 20th Annual Meeting of the Society for Biomaterials |
| 1994 | Annual Meeting Program Committee, Surfaces in Biomaterials Foundation |
| 1995 | Annual Meeting Program Committee, American Society for Artificial Internal Organs |
| 1995 | Annual Meeting Program Committee, Society for Biomaterials |
| 1995 - 2002 | Session Chair, The Annual Meeting of the Society for Biomaterials |
| 1996 | Session Chair, The 5th World Biomaterials Congress |
| 1996 | Society for Biomaterials, Membership Committee Chair |
| 1998 | Materials Research Society, Topical Symposium Chair |
| 1999 | Materials Research Society, Topical Symposium Chair |
| 2000 | World Biomaterials Congress, Symposium Organizer and Session Chair |
| 2000 – 2001 | Awards Committee, Materials Research Society |
| 2000 | AVS 47th International Symposium, Biomaterials Interfaces Group Program Committee |
| 2000 | Biomedical Engineering Society (BMES) Symposium Organizer and Session Chair |
| 2001 | Session Moderator, Gordon Conference on *Biomaterials and Tissue Engineering* |
| 2001 | AVS 48th International Symposium, Biomaterials Interfaces Group Program Committee |
| 2001 | Session Chair, AVS 48th International Symposium |
| 2001 | Co-organized the Nanobiomaterials Workshop for The 28th Annual Meeting of the Society for Biomaterials |
| 2001 | Awards Committee, Society for Biomaterials |
| 2001 | Organized AVS Biomaterials Interfaces Group Satellite Meeting on *Future Directions of the Biointerfaces Group* |
| 2002 | AVS 49th International Symposium, Biointerfaces Division Program Chair |
| 2002 – 2003 | Chair, Biointerfaces Division AVS |
| 2003 | Vice Chair, Gordon Research Conference, Biomaterials: Biocompatibility and Tissue Engineering |
| 2003 | Annual Meeting Program Committee, California Tissue Engineering Meeting |
| 2004 | Annual Meeting Program Committee, California Tissue Engineering Meeting |
| 2005 | Annual Meeting Program Committee, California Tissue Engineering Meeting |
| 2005 | Chair, Gordon Research Conference, Biomaterials: Biocompatibility and Tissue Engineering |

2005 Annual Meeting Program Committee, The Regenerate International Conference and Exposition

***Scientific Grants Review Committees***

1993 - 2005 NIH, Ad hoc reviewer for Standing Study Sections, Special Study Sections, and Small Business Innovative Research (SBIR) Applications

1994 - MRC (Canada), Ad Hoc Reviewer

2000 - NIH Special Emphasis Panel, National Institute of Dental and Craniofacial Research

2001 - 2005 The Industry-University Cooperative Research Program (IUCRP), Biotechnology Sector [Formerly BioSTAR]

2002 - NIH Special Emphasis Panel, National Heart, Lung, and Blood Institute

2004 - 2005 NIH Bioengineering Research Partnership (BRP), National Institute of Biomedical Imaging and Bioengineering (NIBIB).

2004 American Chemical Society, Proposal Review

2005 - Irish Research Council for Science, Engineering and Technology (IRCSET), proposal development and review

***Advisory Boards***

1994 - 1997 Advisory Board, Academic Member, Surfaces in Biomaterials Foundation

2003- Scientific Advisory Committee, California Tissue Engineering Meeting

2004 International Program Review, Innovative Manufacturing & Construction Centre (IMCRC), Healthcare Engineering Sector, Wolfson School of Mechanical & Manufacturing Engineering, Loughborough University, Loughborough, Leicestershire, England

2004 Program Review, Materials Research Science and Engineering Center (MRSEC), California Institute of Technology, MRSEC preproposal evaluation

## EDITORIAL PARTICIPATION

***Membership on Editorial Board***

1993 - 1998 Journal of Biomedical Materials Research

1998 - *Assistant Editor*, Journal of Biomedical Materials Research

***Ad Hoc Review of Manuscripts***

1988 -1989 The Journal of Bone and Joint Surgery

1990 -2000 The International Journal of Oral and Maxillofacial Implants

1992 - Biotechnology and Bioengineering

1994 - Journal of Applied Biomaterials

1994 - Dental Materials

1994 - Biomaterials

1995 - J. Dental Research

1996 - Tissue Engineering

1997 - J. American Chemical Society (JACS)

| | |
|---|---|
| 1997 - | AIChE Journal |
| 1997 - | J. Biomaterials Science: Polymer Edn. |
| 1998 - | Langmuir |
| 1998 - | Plasmas and Polymers |
| 1999 - | J. Bone and Mineral Research |
| 2000 - | Macromolecules |
| 2001 - | Biomacromolecules |
| 2001- | Advanced Materials |
| 2002- | Cytokine |
| 2002- | P.N.A.S., U.S.A. |
| 2004- | Nature Materials |
| 2005 | Journal of Cardiac Failure |