-----Original Message-----
**From:** **David Stanley [mailto:dstanley@chrm.com] <mailto:[mailto:dstanley@chrm.com]>**
**Sent:** Tuesday, September 24, 2002 12:04 PM
**To:** Steve Kohn; tvan@halleland.com <mailto:tvan@halleland.com>; Michael Coren
**Cc:** dansigel@aol.COM <mailto:dansigel@aol.COM>; JCAPRETZ@capretz.com <mailto:JCAPRETZ@capretz.com>; jtc@capretz.com <mailto:jtc@capretz.com>; mbosko@capretz.com <mailto:mbosko@capretz.com>; Carolyn Lindheim; Steven E. Angstreich; stjude@stlouislaw.com <mailto:stjude@stlouislaw.com>
**Subject:** Re: St Jude -- Animal study hearts

The animal hearts and other organs were not preserved.
"Michael Coren" <mcoren@levyangstreich.com <mailto:mcoren@levyangstreich.com>> 9/19/2002 3:04:33 PM >>>
David,
Could you please find out from your client whether the Silzone related animal study hearts (and other organs) that were removed and examined by St Jude and/or its consultants are still available?
Thank you.
Michael Coren
(215) 735-1616 / (856) 424- 8967 / (800) 601-1616