UNITED STATES OF AMERICA

FOOD AND DRUG ADMINISTRATION

CENTER FOR DEVICES AND RADIOLOGICAL HEALTH

* * *

CIRCULATORY SYSTEM DEVICES PANEL

* * *

MEETING

* * *

THURSDAY,

NOVEMBER 20, 2003

* * *

The Panel met in the Grand Ballroom of the Gaithersburg Hilton Washington D.C./North, 620 Perry Parkway, Gaithersburg, Maryland, at 9:00 a.m., Dr. Warren K. Laskey, Chairman, presiding.

PRESENT:

| | |
|---|---|
| WARREN K. LASKEY, M.D. | Chairman |
| SALIM AZIZ, M.D. | Voting Member |
| JOHN W. HIRSHFELD, M.D. | Consultant |
| ALLEN A. HUGHES, Ph.D. | Consumer Representative |

PRESENT:

WILLIAM MAISEL, M.D., M.P.H. Voting Member

SHARON-LISE T. NORMAND, Ph.D. Voting Member

DOUGLAS A. MORRISON, M.D. Consultant

MICHAEL MORTON

JUDAH Z. WEINBERGER, M.D., Ph.D.

CHRISTOPHER J. WHITE, M.D.

CLYDE YANCY, M.D.

GERETTA WOOD Executive Secretary

SPONSOR REPRESENTATIVES:

JAMES BARRY

WILLIAM KRAMER, Ph.D.

DENNIS OCWIEJA

RICHARD CHIACCHIERINI, Ph.D.

JEFFREY POPMA, M.D.

ERIC ROWINSKY, M.D.

MARY E. RUSSELL, M.D., F.A.C.C.

ROBERT SCHWARTZ, M.D.

GREGG W. STONE, M.D., F.A.C.C.

NEIL WEISSMAN, M.D.

GREG WILSON, M.D.

FDA REPRESENTATIVES:

ASHLEY BOAM

JENNIFER GOODE

STEPHEN L. HILBERT, M.D., Ph.D.

HENG LI, Ph.D.

JOHN STUHLMULLER, M.D.

BRAM ZUCKERMAN, M.D.

C O N T E N T S

PAGE

Conflict of Interest Statement .................... 5

Introductions ...................................... 8

Open Public Session:

Kevin McKim ................................ 11

P030025: TAXUS Express2 Paclitaxel-eluting Coronary Stent Systems:

Sponsor's Presentation:

Dennis Ocwieja ............................. 15
Mary E. Russell, M.D. ................. 20, 84
Gregg W. Stone, M.D. ...................... 45

FDA Presentation:

Jennifer Goode ............................ 129
Stephen Hilbert, M.D., Ph.D. .............. 140
John Stuhlmuller, M.d. .................... 147
Heng Li, Ph.D. ............................ 156

Committee Reviewers:

Christopher J. White, M.D. ................ 172
Judah Z. Weinberger, M.D., Ph.D. .......... 185

Questions to the Committee ..................... 234

Open Public Session:

Jim Gustafson ............................. 289

P-R-O-C-E-E-D-I-N-G-S

(9:02 a.m.)

CHAIRMAN LASKEY: This being the magic hour, I'd like to call this meeting to order.

The topic today that the Circulatory System Device Panel will consider, the discussion of the pre-market application for the Boston Scientific Corporation, TAXUS Express2 Paclitaxel-eluting coronary stent systems, P030025.

I'd like to ask the Executive Secretary to read the conflict of interest statement

MS. WOOD: The following announcement addresses conflict of interest issues associated with this meeting and is made part of the record to preclude even the appearance of an impropriety.

To determine if any conflict existed, the agency reviewed the submitted agenda for this meeting and all financial interests reported by the committee participants. The conflict of interest statutes prohibit special government employees from participating in matters that could affect their or their employer's financial interest.

DR. HILBERT: I'm Steve Hilbert, and I'm an experimental pathologist and served as the pathology reviewer for the preclinical in vivo studies that were provided in this submission.

This first slide provides the animal justification for the use of normal swine. Comparable vascular and cardiac anatomy were present. Vessel diameter suitable for the delivery and the deployment of the clinical version of the device, and this model certainly allows for comparisons of findings to, you know, historical data.

I focused my review in the following areas. Looking at handling characteristics, meaning, you know, delivery and deployment safety, and then within the safety areas, I focused on tissue or -- sorry -- device tissue responses, you know, addressing general healing characteristics, device related pathology, again focusing on device specific findings.

The experimental design of this series of studies consisted of deployment in all three

coronary arteries, dual antiplatelet treatments using ASA and clopidogrel. These treatments started 72 hours before the implantation and were continued through the duration of the study.

The target artery to the balloon ratio is one to one to one to 1.2. The duration of implant ranged from 28 days to 90, 180, and 360 days.

The very stent platforms evaluated in this series of studies consisted of a bare metal stent, polymer coated metal stent, polymer drug coated stent, and the drug dose density was one microgram per millimeter squared, using two formulations, the moderate release and the slow release formulation.

The sponsor is accommodated or is commended for the extensive data set that was provided, as well as the high quality of the studies that were conducted by both the animal study investigators and the study pathologists.

The following graded pathology endpoints were used: neural thrombus, endothelialization,

neointima, luminal area or -- sorry -- luminal narrowing, a para-strut amorphous material which will be referred to as PAM, medial alterations, IEL or internal elastical lamina disruption, EEL, external elastic lamina disruption, and inflammatory response.

The studies also included morphometric measurements, luminal area, IEL area, EEL area, neointimal area, luminal equivalent diameter, intimal thickness, medial area, stent profile, and percent stenosis.

You know, I've estimated that greater than 400 stents have been implanted in over 200 swine and the various safety studies that are directly applicable to this marketing application, which resulted in, you know, well over 1,000 sections being evaluated in this series of safety studies.

The sponsor has presented this morning micrographs illustrating the findings of these studies. I will briefly summarize my observations by grouping the findings into similar and different

categories, comparing the various stent platforms.

And the next series of slides really go through some of the criteria of the different studies that were used for the safety studies. There were studies focusing on the bare metal stent, on the polymer coated metal stent, again the polymer drug coated stent and metal stent, a safety margin study that included the moderate release formulation of one microgram per millimeter squared, and then there was an overlapping stent study using both the moderate release as well as the slow release product at one microgram per millimeter squared.

And, you know, there were similarities as I mentioned across all of these stent platforms, and the similarities were in the areas of neointimal formation, endothelialization, no neural thrombus or thrombosis, and inflammatory response.

And continuing on with the similarities, medial remodeling is demonstrated by ingrowth of fibrous tissue and morphometric measurements which demonstrated a stable EEL and luminal area, again reflecting medial remodeling.