# Exhibit 46

**Flory, Alan R**

**From:** julian dussek [julian.dussek@tebolds.demon.co.uk]
**Sent:** 14-Nov-1999 7:56 AM
**To:** aflory@sjm.com
**Subject:** Valves

Dear Alan, This is just to confirm our telephone conversation. I understand that the complete report only contains more details of the method of analysis of the data but does not reveal any new data.

I do not think it is appropriate for the Society to review all available clinical information and make a recommendation to the MDA. It would be more appropriate for the MDA to construct a panel of experts to review such data and I would envisage that the panel would be drawn from a larger pool than our Society. We would obviously be prepared to recommend experts from within our Society from which MDA could choose should they wish to take that route.

I have seen the short section of the MDA notice which refers to our validation of the Cardiff data and I think it is fair. It does include the caveat on the small number of patients.

Best wishes,

Jules Dussek





CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

# Exhibit 47

## *SJM® Masters Series Valve with Silzone™ Coating*

Silzone™

## *Silzone Training*

- One-shot comprehensive training
- FDA review of all written materials

## *SJM® Masters Series Valve with Silzone™ Coating*

- Situational Analysis
- Review of Endocarditis
- Design Input and Development Process
- Testing
- Product Strategy
- Features and Benefits
- Launch Plan
- Common Objections

## *Overall Objectives*

- Per Strategic Plan, products are to be sought after that:
  - Address the diagnosis, treatment, or management of heart valve disease
  - Leverage our franchise and strategic relationships
- Maintain leadership position worldwide by:
  - Creating new products as defense against patent expiration
  - Maintain SJM's barrier to entry versus competitors

## *Product Life Cycle*




## *Situational Analysis:*
### *International Success to Date*






CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER

## *Situational Analysis:*
*U.S. Market*




## *Situational Analysis:*
*U.S. Market*

- CarboMedics:
  - Prioritizing SJM knock-off valve development
  - Rumors of development work on antibiotic cuff but no visible progress
  - Continuing consignment/pricing pressure
- ATS: increased number of IDE sites
- Monostrut valve: Recently FDA approved
- On-X valve: First U.S. implants have occurred
- Mira valve: Seeking IDE approval




## So What…
*An Unmet Critical Clinical Need*

Current technologies are ineffective and the disease is dangerous…

> "The occurrence of PVE is such a catastrophe that logic would appear to indicate the strongest attempt to try to avoid it."
>
> B. Lytle

## *Endocarditis Defined*

- Inflammation of the valvular and parietal endocardium caused by infection
- Bacterial endocarditis caused by:
  - Bacteria
  - Fungi
  - Viruses
- Can occur whenever bacteria circulate in the bloodstream



## *Endocarditis Terminology*

- Bacteria:
  - A group of microorganisms all of which have a distinct nuclear membrane and have a cell wall of unique composition
- Fungus:
  - A simple plant that lacks the green pigment chlorophyll
- Microorganism/microbe:
  - Any organisms too small to be visible to the naked eye
  - Includes bacteria, fungi, viruses, etc.

ATTORNEY-CLIENT OR WORK PRODUCT PRIVILEGED - OR CONFIDENTIAL OR PROPRIETARY

## *Prosthetic Valve Endocarditis*

- Microbial infection of prosthetic heart valves
- Characterized by two forms:
  - Early PVE
  - Late PVE
- Infection usually begins in the valve's sewing cuff
- Develops in 3-6% of prosthetic heart valve patients
- Linearized incidence rate = <1% per patient year post-op

## *Prosthetic Valve Endocarditis*

- Early PVE: Less than 60 days post op
  - Mortality 30-80%
  - Results from perioperative bacteria (skin, wound infections, contaminated devices)
    - Staph. epidermidis
    - Staph. aureus
    - Fungi

## *Prosthetic Valve Endocarditis*

- Late PVE: Greater than 60 days post-op
  - Mortality 20-40%
  - Results from organisms also responsible for native valve endocarditis
    - Streptococci
    - Staph. Epidermidis
    - Fungi
    - Others

## *Current Treatment Options*

- Prophylaxis
  - Current standards for prophylaxis include antibiotic therapy pre/post-op
  - Rinse annulus in antibiotics
  - Soak valve in antibiotics
- No studies have been published which indicate how effective these procedures are in reduction/prevention of endocarditis

## *Current Treatment Options*

- Medical Treatment
  - 4-6 weeks of antibiotic therapy
    - Effective in 43% of cases
- Surgical
  - Includes debridement, repair or replacement
    - Required in 57% of Cases
  - If valve replaced, options include:
    - Allografts (in aortic position if available)
    - Bioprosthesis
    - Mechanical heart valve

## *Cost of Treatment*

Weighted average cost for one PVE case:

→ $36,216

Average cost composed of:

→ $17,982 for medical management

→ $60,000 for surgical management

Source: Cam et al. 1996.

ATTORNEY-CLIENT OR WORK PRODUCT PRIVILEGED - OR CONFIDENTIAL OR PROPRIETARY

## Technology
*Product Objectives*

- Develop a product that protects patients against prosthetic valve endocarditis
- Antimicrobial Treatment
- Effective
- Permanent
- Safe

## Technology
*Product Objectives*

- Same Manufacturing Process
- No Changes to the Valve Design
- No Special Handling
  - Same Sizing
  - Same Package
  - No Special Preparation

## Technology
*Other Approaches*

- Current Approaches for Infection Prevention
  - Antibiotics
  - Non-adhesive coatings (silicone, PTFE, hydrogels)
  - Anti-inflammatory drugs

*Drugs wash out, coatings fail early*
*Not permanent, effective?*

## Technology
*Silver*

- Silver
  - NOT AN ANTIBIOTIC
  - Shown to have broad spectrum effectiveness, few microorganisms develop resistance
  - Used as an antimicrobial for hundreds of years
  - Shown to reduce infections when coated on catheters and their subcutaneous cuffs, sutures, vascular grafts, orthopedic devices

## Technology
*Silver*

| | |
|---|---|
| • Egyptians, Alexander the Great | • Quality of Water |
| • Middle Ages | • Salts - Epilepsy |
| • 1884 | • $AgNO_3$ Eye drops |
| • 1893 - onward | • Profusion of silver for many purposes |
| • 1950s | • Antibiotics |
| • 1968 | • Silver sulfadiazine (SSD) |
| • 1980s | • Medical Devices |

## Technology
*Silver*

- Silver Mechanism - How Does It Work?
  - Bacteriostatic- Binds with DNA of cell to prevent replication of the organism
  - Bactericidal - Binds with metabolic proteins to "starve" or kill the cell

## *Silzone Production*

- SJM obtains tubes of polyester from manufacturer
- SJM send polyester tubes to Spire Corporation
- Spire coats polyester with silver using IBAD
- Coated polyester is sent back to SJM
- SJM cuts tubes to proper length for cuffs
- Cuff manufactured by SJM in normal fashion

## *Testing*

- Material tests (coated fabric)
  - Confirm that the addition of Silzone™ doesn't degrade the polyester
  - Ensure that cuff with Silzone™ coating is within SJM specifications
- Assembly tests (assembled valve)
  - Confirm that the assembled valve is within SJM specifications
  - Ensure that the Silzone™ coating is not adversely affected by the assembly process
- *In vitro* & *In vivo* tests
  - Show antimicrobial effectiveness and safety of Silzone™ coated sewing cuff

## *In vitro Efficacy*

- Qualitative Testing
- Quantitative Testing
  - NYS63
  - Dow Shaker
- Tested multiple organisms commonly associated with endocarditis



Staphylococcus

## *In vitro Efficacy*

*S. epidermidis*

*P. aeruginosa*



Control Treated

## *In vitro Efficacy*

*A. Niger*

*C. Tropicalis*



Control Treated

## *In vitro Efficacy*

Percent (%) Reduction of Organisms




ATTORNEY-CLIENT OR WORK PRODUCT PRIVILEGED - OR CONFIDENTIAL OR PROPRIETARY

## Silzone Production

- SJM obtains tubes of polyester from manufacturer
- SJM send polyester tubes to Spire Corporation
- Spire coats polyester with silver using IBAD
- Coated polyester is sent back to SJM
- SJM cuts tubes to proper length for cuffs
- Cuff manufactured by SJM in normal fashion

## Testing

- Material tests (coated fabric)
  - Confirm that the addition of Silzone™ doesn't degrade the polyester
  - Ensure that cuff with Silzone™ coating is within SJM specifications
- Assembly tests (assembled valve)
  - Confirm that the assembled valve is within SJM specifications
  - Ensure that the Silzone™ coating is not adversely affected by the assembly process
- *In vitro* & *In vivo* tests
  - Show antimicrobial effectiveness and safety of Silzone™ coated sewing cuff

## In vitro Efficacy

- Qualitative Testing
- Quantitative Testing
  - NYS63
  - Dow Shaker
- Tested multiple organisms commonly associated with endocarditis



Staphylococcus

## In vitro Efficacy

*S. epidermidis*

*P. aeruginosa*



Control Treated

## In vitro Efficacy

*A. Niger*

*C. Tropicalis*



Control Treated

## In vitro Efficacy




ATTORNEY-CLIENT OR WORK PRODUCT PRIVILEGED - OR CONFIDENTIAL OR PROPRIETARY

## *In vitro Efficacy*




## *Animal Testing*

- Purpose:
  - Quantify release of silver into the bloodstream
  - Evaluate tissue response to silver coating
  - Identify any potential complications

## *Animal Testing*

- Methods:
  - Sheep Model
  - Mitral Valve Replacement
  - 16 Total Implants
  - 10 Week Follow-Up
  - Sacrifice
    - Organs analyzed
    - Tissue response

## *Animal Testing*
### *Silver Concentrations*



## *Animal Testing*
### *Valve Explants*



5 Week 1/2 and 1/2 — 10 Week Control — 10 Week Treated

## *Animal Testing*
### *Histology Sewing Cuff*



Control, 100x



Treated, 100x

ATTORNEY-CLIENT OR WORK PRODUCT PRIVILEGED - OR CONFIDENTIAL OR PROPRIETARY

## *Animal Testing*
### *Histology*

MICROSCOPIC EXAMINATION (Histopathology)
OF IMPLANTED VALVE PROSTHESIS

| | Coated (N=6) | Non-Coated (N=3) | P |
|---|---|---|---|
| Foreign body response | 2.50 | 2.67 | NS |
| Fibrous tissue integration | 2.75 | 2.17 | NS |
| Pannus thickness inflow surface (µm) | 0.312 | 0.572 | NS |

## *Animal Testing*
### *Organ Histology*




Control, 100x    Treated, 100x

## *Animal Testing*
### *Organ Response*

Silver Concentrations (ug/g)

| | Mitral Annulus | Liver | Kidney |
|---|---|---|---|
| Coated | 6.01 | 6.13 | 4.44 |
| Control | N/D | 2.02 | 0.99 |

## *Clinical Assessment*
### *Objectives*

- Verify human reaction to silver in sewing cuff is similar to animals (no issues)
  - Perform in controlled setting
    - ⇨ Limited patient and center enrollment
  - Monitor silver concentrations over time
  - Monitor complications
  - Follow a minimum of 20 patients for 2 months

## *LIMRA*
### *Human Safety*

- Purpose: Measure silver concentrations in HUMAN PATIENTS, assure that silver coating is non-toxic
- First implant of Silzone valve = January 1997
- Two locations = The Netherlands, Germany
- Study population = 20 patients
  Completed July 1997
- Results:
  - Blood silver levels all very low
  - Silver levels mimic animal results
  - Four patients who had pre-operative endocarditis included in twenty patients

## *Clinical Assessment*
### *Silver Concentrations*

Silver Concentrations in Blood Serum
(Average, 32 patients)




ATTORNEY-CLIENT OR WORK PRODUCT PRIVILEGED - OR CONFIDENTIAL OR PROPRIETARY

## *Clinical Assessment*
*Silver Concentrations*

Silver Concentrations in Blood Serum
(Average, 32 patients)




## *Clinical Assessment*
*Handling Response*

Needle & Suture Penetration:

| | |
|---|---|
| Easy | 14 |
| Meets needs | 14 |
| Difficult | 0 |

Implant Characteristics:

| | |
|---|---|
| Better | 0 |
| Same | 28 |
| More difficult | 0 |

## *In vivo Efficacy*

- Purpose
  - Determine ability of Silzone™ to kill &/or inhibit bacteria in subcutaneous in vivo model
  - Analyze tissue response of inoculated treated and control fabric

## *Gross Macrographs*
*Efficacy*

**Inoculated w/ *S. epidermidis*** — **Uninoculated**



Control Treated Control Treated

## *Histology*
*Efficacy*

**Uninoculated** — **Inoculated w/ *S. epidermidis***



Control Treated Control Treated

## *Infection Scores*

| | Gross Infection* | Inflammation score* |
|---|---|---|
| Uncoated (n=6) | 1.83 (.39) | 3.6 (1.1) |
| Coated (n=6) | 1.17 (.39) | 1.83 (.41) |

*Statistically significant difference (student's t-test)

## *Animal Efficacy Testing*

Guinea pig subdermal implants of inoculated fabric

→ Silzone™ clears 94% of *p. aeruginosa* 3 days post-implant




## *Conclusions*

- Silver technology is effective against organisms common to PVE (*in vitro*)
- Silver concentrations well below toxic levels - no systemic adverse affects and end organ damage
- Tissue response not adversely affected
- No adverse complications identified
- Shows promise in treating PVE

## *Product Strategy*

Branding

Silzone™

St. Jude Medical® Mechanical Heart Valve
SJM® Masters Series with Silzone™ Coating

## *Product Positioning*

*The SJM® Masters Series valve with Silzone™ coating, used prophylactically, provides the most advanced antimicrobial protection available for valve patients within the unique, trusted design of the St. JudeMedical® mechanical heart valve SJM ® Masters Series valve.*

## *Targeting*

- Initial target:
  - Scientific Advisory Board members
  - Competitive accounts
  - Accounts considering other valves
- Full target:
  - All cardiovascular surgeons for prophylactic use in all patients requiring valve replacement

## *Product Claims*

- Initial product claims:
  - Resistant to microbial attachment
  - Resistant to microbial colonization
- SJM selling story:

⇨ SJM Claim:
  - Silzone™ kills many microorganisms on contact, including *S. epidermidis* and *S. aureus*, which frequently cause prosthetic valve endocarditis.

⇨ Inference but not an SJM claim:
  - Silzone™ reduces the incidence of prosthetic valve endocarditis.

## *FDA Disclaimer*

All written materials must be clearly labeled with:

The trademark "Silzone" represents a proprietary metallic silver coating which is applied to the valve sewing cuff. No clinical studies have been performed to evaluate the effect of the Silzone™ coating on reducing the incidence of endocarditis.

## *Patent Protection*

- Spire Corporation:
  - -Patents on IBAD process
- St. Jude Medical:
  - -Patents pending on use of silver as antimicrobial agent
  - -Applies to heart valve repair and replacement products and accessories including valves, rings, sutures, pledgets, etc.

## *Features and Benefits Summary*

- Silzone™ coating:
  - Permanent/minimally leaching
  - Biocompatible/non-toxic
  - Kills microorganisms on contact *in vitro*
  - No effect on tissue ingrowth
  - Established tissue response
  - Uniform
  - No effect on handling of sewing cuff
- Rotatable design
- Radiopaque rotation ring
- MRI compatible
- Suture indicators on rotators
- St. Jude Medical® mechanical heart valve features

*Feature:* Silzone™ Coating

*Benefit:* Minimally Leaching



*Feature:* Silzone™ Coating

*Benefit:* Non-toxic

| Sample | Average silver level per patient (ppb) Lab A (detects >2 ppb) | n | Average silver level per patient (ppb) Lab B (detects >.3 ppb) | n |
|---|---|---|---|---|
| Pre-operative | <2.0 | 10 | <.30 | 10 |
| 24 hours | 2.4 | 10 | 1.22 | 10 |
| 72 hours | 3 | 10 | 1.54 | 9 |
| Pre-discharge | 2.5 | 10 | 1.93 | 10 |
| 30 days | 2 | 9 | 1.55 | 10 |
| 60 days | 2.4 | 9 | 1.81 | 10 |

*Feature:* Silzone™ Coating

*Benefit:* Kills microorganisms on contact *in vitro*



Uncoated



Coated

ATTORNEY-CLIENT OR WORK PRODUCT PRIVILEGED - OR CONFIDENTIAL OR PROPRIETARY

*Feature:* Silzone™ Coating

*Benefit:* No effect on tissue ingrowth



Uncoated
10 week sheep explant



Coated
10 week sheep explant

*Feature:* Silzone™ Coating

*Benefit:* Established Tissue Response



Control, 100x



Treated, 100x

*Feature:* Silzone™ Coating

*Benefit:* Uniform, dense coating

*Benefit:* No effect on handling



*Feature:* Radiopaque

*Benefit:* Enhanced visualization

*Feature:* MRI compatible

*Benefit:* Patient safety and convenience

*Feature:* Suture indicators on holder rotator

*Benefit:* Guiding suture placement



*Feature:* St. Jude Medical® Mechanical Valve

*Benefit:* Trusted design and performance



*Feature:* Rotatable design

*Benefit:* Ease of implantation




## *U.S. Launch Plan*

- Submitted to FDA as PMA Supplement on May 14, 1997
- Approval received March 24, 1998
- 3500+ units currently in inventory
- Product configurations:
  - AS, MS, AHPS, AECS, MECS
- All Silzone valves are rotatable
  - Dropped the "J" and added "S"

## *Packaging*

- Silzone only packaged in next generation package
  - Current inventory with "collar" design
  - Hinged design for all subsequent units
- Distinct silver labels on box and trays
- Five year shelf life
- Can be resterilized once
- Compatible with all existing sizer sets and accessories

## *Pricing*

- $300 premium above list/contract price for Masters Series
  - 6% increase in price
  - Discounting by as much as $200 per valve permitted with RD approval
  - Premiums of less than $100 must be approved by RD and Steve Healy

## *Inventory Upgrade Program For All Products*

- All product exchanges require a billable P.O.
- Product will be invoiced at time of shipment
- Weekly reports will be sent to reps with list of accounts that have pending returns
- If billable P.O. is not available, inventory upgrades can only be done by shipping product to the rep. Rep will be responsible for personally making the exchange and sending valves back to St. Paul via FedEx.

## *If Hospital Has Consigned Inventory...*

- Send Silzone™ valves in, return existing inventory immediately
- When Silzone™ valve get implanted, hospital gets billed at premium price

ATTORNEY-CLIENT OR WORK PRODUCT PRIVILEGED - OR CONFIDENTIAL OR PROPRIETARY

## *Inventory Management*

- Evaluations are for 60 days only
- Each rep will have a maximum of 40 valves at any point in time that can go out on consignment for Silzone™ evaluation purposes
- No Silzone™ evaluations are allowed if account has any expired evaluation agreements, or any other product on consignment with no agreement

## *If Hospital Owns Their Inventory...*

- Can upgrade to Silzone™ at a premium
- Must return existing inventory immediately
- Per Region Director's discretion, can waive the premium for the upgraded inventory units only
- When they use and replenish a Silzone™ unit, hospital will be billed at the premium
- Sales rep must prepare account for premium charge

## *Sky Inventory Management*

- Can stock Silzone™ at Skys but...
- Must maintain the total number of units at the Sky site by returning one valve for each Silzone™ valve going to Sky

## *Promotional Support*

- Training manual
- Specifications sheet
- Technical papers
- Blow-up photos
- Advertising in U.S. journals starting in June
- Scripted sales presentation and cassette tape
- Updated mechanical valve wall chart and spec sheet
- Booth graphics
- Sales demos and swatches
- Doctor letters
- Pieces to come:
  - Brochure
  - Slide set

## *Proof Sources*

- Vlessis/Grunkemeier review of endocarditis
- Vongpatanasin review of endocarditis
- Razzouk poster on animal safety results
- Tweden paper from Journal of ASAIO
- Tweden paper from Journal of HVD
- Bricault abstract on in vitro effectiveness
- Caro paper on cost of endocarditis
- Bambauer papers on effectiveness on coated catheters
- French paper on short-term activity of antibiotic impregnation
- Actis Dato Letter to the Editor on failure of antibiotic soaking

## *Publication Strategy*

- LIMRA results (Brutel, submitted to EACTS 1998 for presentation)
- Case study on Silzone™ valve (Carrel, 1998 letter to the editor)
- Animal efficacy studies (Bianco, late 1998)
- Endocarditis model study (Bianco, late 1998)
- Randomized multi-center study of complication rates (AVERT study)
  - Publish protocol in late 1998
  - Publish interim results in 1999
  - Final final results in 2002
- TE complications/comparison with uncoated valves (Butchart, 1999)

ATTORNEY-CLIENT OR WORK PRODUCT PRIVILEGED - OR CONFIDENTIAL OR PROPRIETARY

## *What's CMI Doing About Silzone?*

- Have worked with biomaterials company on binding antibiotics to the cuff
- Prioritizing SJM knock-off over antibiotic cuff
- Attacking Silzone™:
  - Only effective when bacteria come in contact
  - Bacteria live in a biofilm which protects them them from antimicrobials, including antibiotics
  - Bacteria on the rest of the valve not affected
  - Silver is old technology - replaced by antibiotics
  - No published *in vivo* efficacy data

## *Common Objections/Issues*

- Can patients become toxic to the Silzone™ valve?
- Will the coating wear off?
- Does silver affect the carbon or rings/spring in any way?
- Does Silzone™ affect MRI?
- Are there any contraindications to Silzone™?
- Do I need to test patients pre-operatively for silver allergies?
- Will silver change the implantability of the valve?
- These valves don't have suture markers.
- Will the Silzone™ inhibit tissue ingrowth?
- Does Silzone™ affect the patient's anticoagulation regimen?
- What about sutures and pledgets?

## *Common Objections/Issues*

- Why didn't you do this years ago?
- Endocarditis is not an issue at my hospital.
- I want proof this will reduce prosthetic valve endocarditis.
- How exactly does the silver work?
- Does the silver leach into the annulus/bloodstream?
- What you really want is an antibiotic...
- Should I only use this with patients with native/PV endocarditis?
- But in acute endocarditis we only use allografts...
- Won't our competitors copy us?

## *Conclusion: Future Activities...*

- Application to other valve-related products:
  - Suture
  - Pledgets
  - Tailor annuloplasty ring (fall 1998)
  - Seguin annuloplasty ring (1998)
  - Epic valve (1998)
  - Regent valve (1998)
  - Patches (1999)
  - TSPV II (1999)

## Conclusion: Sales Message

Bacteria Causes Endocarditis

→ Endocarditis Is Bad

→ Silzone™ Stops Bacteria

→ Silzone™ Is the Treatment of Choice for All Valve Procedure Patients

# Exhibit 48

# CONFIDENTIAL

**From:** Grunkemeier, Gary
**To:** 'MSchultz@sjm.com'
**CC:**
**BCC:**
**Subject:** St. Jude Reports{F}
**Date:** 2/22/2000 12:55:30 PM

---

**Attachments:**

---

Thx. Do you agree with the idea of putting BOTH event-free curves (OBS, MAX
fu) in the figs?

-----Original Message-----
From: MSchultz@sjm.com [mailto:MSchultz@sjm.com]
Sent: Tuesday, February 22, 2000 12:49 PM
To: GGrunkemeier@providence.org
Subject: RE: St. Jude Reports

St. Vincent is site 09. Providence Hospital is site 08.

-----Original Message-----
From: Grunkemeier, Gary
[mailto:GGrunkemeier@providence.org]
Sent: Tuesday, February 22, 2000 2:52 PM
To: 'MSchultz@sjm.com'
Subject: RE: St. Jude Reports

OK. Can you tell me what the AVERT ID for our hospital (St. Vincent) is?

-----Original Message-----
From: MSchultz@sjm.com [mailto:MSchultz@sjm.com]
Sent: Tuesday, February 22, 2000 12:46 PM
To: GGrunkemeier@providence.org
Subject: RE: St. Jude Reports

Al's been talking about getting his bike out to train for Cycle Oregon since

Christmas. I think you can count on Terry and Al to bike it again this
year. . .

I dropped it off in his mailbox. . .

-----Original Message-----
From: Grunkemeier, Gary
[mailto:GGrunkemeier@providence.org]
Sent: Tuesday, February 22, 2000 2:45 PM
To: 'MSchultz@sjm.com'
Subject: RE: St. Jude Reports

Thx.

-----Original Message-----
From: MSchultz@sjm.com [mailto:MSchultz@sjm.com]
Sent: Tuesday, February 22, 2000 12:40 PM
To: GGrunkemeier@providence.org
Subject: RE: St. Jude Reports

Yup - I'll go get it and bring it to him.

-----Original Message-----
From: Grunkemeier, Gary
[mailto:GGrunkemeier@providence.org]
Sent: Tuesday, February 22, 2000 2:40 PM
To: 'MSchultz@sjm.com'
Subject: RE: St. Jude Reports

i just sent a fax for Al to your # - his does not work for me. is that ok?

-----Original Message-----
From: MSchultz@sjm.com [mailto:MSchultz@sjm.com]
Sent: Tuesday, February 22, 2000 12:34 PM
To: GGrunkemeier@providence.org
Subject: RE: St. Jude Reports

I know. Sadness. But all the thromboses occurred at one site. I think the

TEs were more evenly, spread, though.

M

-----Original Message-----
From: Grunkemeier, Gary
[mailto:GGrunkemeier@providence.org]
Sent: Tuesday, February 22, 2000 2:20 PM
To: 'MSchultz@sjm.com'
Subject: RE: St. Jude Reports

Thanks for the report. I had done much the same thing already, and got the same results. The TE and thrombosis rates don't look too good, esp. the mitral position - in the range of Eric B.'s results...

-----Original Message-----
From: MSchultz@sjm.com [mailto:MSchultz@sjm.com]
Sent: Monday, February 21, 2000 5:45 PM
To: GGrunkemeier@providence.org
Subject: FW: St. Jude Reports

Hi Gary. This email is only for your information - no more work (at least for now). The data coordinating site for the "top survey" project forwarded the database to the U of Minnesota biostatistics department. Attached is a preliminary report.

Hope your getting at least some free time these days. I took the day off and visited a local stable. Ran with the horses up and down the fences. They had a beautiful Arabian, a couple Trekehners (sp?) and a Swedish Warmblood (BIG horse). Feeling a bit guilty, but it was worth it.

Talk to ya later,

Monica

> -----Original Message-----
> From: Petersen, Becky [mailto:Bpetersen@csa-heart.com]
> Sent: Monday, February 21, 2000 5:20 PM
> To: 'Monica Schultz'
> Subject: FW: St. Jude Reports
>
> Monica,
>
> Here is the file....I let messages with Al and you. We can talk tomorrow
> morning. Pat will not be in the office until later in the day and I have
> to be at the big "M" for a meeting from 8:30 - 12:30. I can be reached by
> pager if you like. I will take the report with me so will have it for
> reference.
>
> Becky
>
> -----Original Message-----
> From: Bruce Lindgren [SMTP:bruce@biostat.umn.edu]
> Sent: February 21, 2000 4:57 PM
> To: Petersen, Becky
> Subject: Re: St. Jude Reports
>
> Becky,
>
> Here is the same report I just sent you with the 95% CI for the linearized
> rates included.
>
> Bruce
>
> On Mon, 21 Feb 2000, Petersen, Becky wrote:
>
> > Bruce,
> >
> > Pat has to leave the office this afternoon, can you please e-mail me
> with
> > the results so that we get it to St. Jude. Thank you.
> >
> > Becky

> > <<>>

# Exhibit 49

# CONFIDENTIAL

**From:** Guzik, Don S
**To:** Healy, Steven J
**CC:**
**BCC:**
**Subject:** Explant Silzone AVERT site Sion Switzerland{F}
**Date:** 12/16/1999 12:57:43 PM

---

**Attachments:**

---

Steve, FYI.

Don

-----Original Message-----
From: Johnson, Denise H
Sent: Thursday, December 16, 1999 2:53 PM
To: Guzik, Don S
Subject: FW: Explant Silzone AVERT site Sion Switzerland

FYI:

Denise

-----Original Message-----
From: Declercq, Veronique
Sent: Thursday, December 16, 1999 10:04 AM
To: Chase, Tim J; Franssen-Brader, Dickey; Johnson, Denise H
Cc: Eggenschwiler, Erwin; Flory, Alan R
Subject: FW: Explant Silzone AVERT site Sion Switzerland

Dear All

I just got of the phone with Dr Stumpe. I called after Erwin informed me that a Silzone valve in mitral position was explanted in this hospital and that Dr Stumpe was concerned. The patient was part of the AVERT study.

Dr Stumpe informed me that the patient needed to be explanted in urgency after approx 3 months post implant due to heart decompensation caused by severe paravalvular leak.

During the explantation surgery he found out that the sewing ring was not recovered with tissue ingrowth except on some small locations. He told that he could very easily remove the valve out of the annulus.

He observed at the native annulus level, an erosion/ necrosis of the tissue who had been in contact with the sewing cuff . He believes that this caused the paravalular leak.

The patient received a non silzone mechanical valve and is recovering.

He says that this tissue erosion looks similar to erosion caused by endocarditis with the difference that in his case the area is only limited to the site where the sewing cuff was in touch with the annulus. No bacterial infection has been observed or identified so far. Of course histopathological analysis is ongoing in order to exclude endocarditis.

He informed me that he has already experienced a similar case of paravalvular leak in a young patient who received a Silzone valve.He reoperated the patient and reused the same valve . After this surgery, the patient experienced again paravalvular leak and is followed up closely by the cardiologist.

Dr Stumpe was concerned about this case and called Professor Carrel. Prof Carrel told him he had experienced similar cases in the past.

During the AVERT investigator's meeting in Glasgow, Dr Stumpe informed us that Dr Jamieson has also informed him that he had experienced a similar situation.

Based upon these comments, Dr Stumpe thinks that there is probably a link between the Silver coating and the tissue erosion. He thinks that probably a certain type of patients (of whom we do not know the characteristics yet) develop what he thinks looks like a "toxicological reaction" to the Silzone coating,

He is concerned and would like to receive feedback from us.

Erwin Eggenschwiler will send the explant back to St Paul.

Erwin suggested to discuss the case tomorrow with Professor Carrel during the conference call with Steve and Al

With kind regards

Veronique

# Exhibit 50

# CONFIDENTIAL

**From:** Kelly, Sheila J
**To:** Schultz, Monica M
**CC:**
**BCC:**
**Subject:** Investigation on Silzone potential effect on platelet activation{F}
**Date:** 12/1/1999 1:29:01 PM

---

**Attachments:**

---

Monica,

I don't think this study would be a good idea. The likelihood of any real difference in platelet activation being statistically significant and then correlating that to Silzone is very unlikely. Besides, platelets do play a major role in thrombosis.

Your response is fine, but I would suggest that you review your response for grammatical errors. I'm sure you wrote it very quickly!!

Let me know if I can be of further help.

Sheila

-----Original Message-----
From: Schultz, Monica M
Sent: Wednesday, December 01, 1999 2:23 PM
To: Kelly, Sheila J; Ogle, Matthew F
Subject: FW: Investigation on Silzone potential effect on platelet activation

Dear Sheila and Matt,

Below is a response for the study proposal below. I know very very little about the coagulation cascade and platelet activation, so I don't know if my response is on track. Could your review???

Thanks! Monica

******************************************

Dear Philippe,

After discussing this with several individuals, I think it would be to not be too enthused about this study. At the very least, we would need a detailed protocol to make a funding decision. My main concern is the assumption of a causal link between platelet activation and TE or thrombosis. The platelet activiation chain is a long one, and greatly affected by anticoagulation. Even if a difference in platelet activation was found, I don't know if it could be linked to Silzone.

Best regards,

Monica

-----Original Message-----
From: King, Tina M
Sent: Wednesday, December 01, 1999 1:45 PM
To: Schultz, Monica M
Subject: RE: Investigation on Silzone potential effect on platelet activation

sorry for the tardy reply. I don't know if anybody has responded on this message, yet?
I think your right, though. last we discussed the goodman, I think we decided to stay away from this issue.
I didn't know this could be so easily evaluated? how is this done?
tk

-----Original Message-----
From: Schultz, Monica M
Sent: Tuesday, November 30, 1999 8:02 AM
To: King, Tina M
Subject: FW: Investigation on Silzone potential effect on platelet activation
Importance: High

FYI. I think we'll need more detail than just a short synopsis. Should we forward protocol to Shelly, Matt or Bill M.? - Monica

-----Original Message-----

From: Remi, Philippe
Sent: Tuesday, November 30, 1999 4:15 AM
To: Wallner, Maggie A; Carpenter, Louann M.
Cc: Declercq, Veronique; Schultz, Monica M; Franssen-Brader, Dickey; Crijns, Raf; Chase, Tim J; Fraser, Fiona
Subject: Investigation on Silzone potential effect on platelet activation
Importance: High

Dear all,

Most of you know Mr. Patel, cardiac surgeon at the Walsgrave Hospital, Coventry, UK. .

He is the main investigator of the Quasar study (European multicentric on Séguin ring) and uses now the Séguin with Silzone. He is not affected by the MDA letter in his decision.

I saw him last week and he told me that as he discussed with Tim lately, he would like to make a study comparing platelet activation after SAR implant versus SARS (with Silzone). He will forward us a short synopsis draft. His idea is to compare two groups of ten patients each. This cohort should be sufficient if there are no differences but should eventually be enlarged if there is a difference, he stated.

If he proceeds, he expects the study to be funded by SJM.

This study could be highly sensitive.

I asked him if an increased platelet activity with the SARS could per se mean that Silzone could be thrombogenic. He answered that today, according to him, no evidences where established in this direction (higher platelet activity systematically engenders higher thrombolic risks) . However, comparable levels of platelet activity should definitely demonstrate that the coating has not such effects, he said.

So, according to him, either the study concludes with a question mark (we have no evidences of higher risk in case SARS pl. activity > SAR pl. activity) or the study demonstrates that we have not more risks (in case the activity is the same).

I will forward you the synopsis as soon as available. In the meanwhile, I would appreciate to have your first comments as well as the feedback of some specialists (R&D or external consultants) to see if they confirm Mr. Patel's assumptions and share his interpretation of the potential results.

Waiting for your comments, I'll keep you posted on what I hear from Mr. Patel.

Best regards,

Philippe

# Exhibit 51

# CONFIDENTIAL

**From:** Schultz, Monica M
**To:** Hosek, Roy C
**CC:**
**BCC:**
**Subject:** Silzone - Butchart Thrombosis Concerns, Response{F}
**Date:** 10/20/1998 1:52:35 PM

---

**Attachments:**

---

Thanks Roy for copying me on this. I hope he can come. . .
- M

-----Original Message-----
From: Hosek, Roy C
Sent: Tuesday, October 20, 1998 3:11 PM
To: Braunsky, Jane
Cc: Wallner, Maggie A; Illingworth, Barbara L; Bergman, Darrin J; 'Franssen-Brader, Dickey'; Mirsch, Bill; Schroeder, Richard F; Schultz, Monica M; Declercq, Veronique
Subject: Silzone - Butchart Thrombosis Concerns, Response

Jane,

Welcome back. We (Barb, Darrin, Maggie and I) have met to discuss the Mr. Butchart concerns regarding thrombosis with the Silzone valve. Our consensus is that we should ask Butchart for his ideas regarding an appropriate study to investigate thrombosis. After all, he is an expert on the subject as well as a surgeon. We would like to invite him to Minnesota, where he could talk to SJM scientists as well as U of Minnesota (Bianco) people and potentially some experts in the field like a Dr. Schoen (who just gave a seminar for our R&D group). It was thought that we could ask him to present his preliminary data (from the early TE study) while he was here.

We would like to get Mr. Butchart to consider the details of a potential study that would be clinically relevant. By doing so, he could help us construct a good study, or at worst realize how difficult such a design would be...
Answering questions such as these would be appropriate:

* Dogs v. pigs for the appropriate thrombosis model?
* Valves required, or Silzone coated dacron in the aorta close enough?
* The number of animals required to be significant?
* A yes/no endpoint to be considered, or a scaled (quantified) endpoint?
* Etc.

I know Butchart is busy, especially as his center is one surgeon under-staffed. What are the odds he would take us up on an offer to visit?

I'm out of the office until Thursday. Let's talk then, when I'll fill you in on the details of our discussions. Thanks.

Roy