# Exhibit 53

ELSEVIER

European Journal of Cardio-thoracic Surgery 19 (2001) 729–731

EUROPEAN JOURNAL OF CARDIO-THORACIC SURGERY

www.elsevier.com/locate/ejcts

Case report

# Silver-coated prosthetic heart valve: a double-bladed weapon

Piergiorgio Tozzi*, Assad Al-Darweesh, Pierre Vogt, Frank Stumpe

*Department of Cardiovascular Surgery, Sion Regional Hospital, Sion, Switzerland*

Received 18 December 2000; received in revised form 2 March 2001; accepted 10 March 2001

**Abstract**

A St. Jude Medical Silzone was implanted in a 72-year-old female, suffering from mitral valve disease. Four months later, the patient had acute cardiac failure due to partial detachment of the prosthetic valve. The mitral annulus was ulcerated and there were multiple erosions in the myocardial tissue in contact with the prosthetic valve. Histological examination revealed chronic inflammation with hemosiderine deposits and giant cells. No allergy to silver ions was found. The silver-coated sewing cuff had caused a chronic inflammatory reaction due to a toxic reaction to silver. The Silzone valve was withdrawn from the market on January 2000. © 2001 Elsevier Science B.V. All rights reserved.

*Keywords*: Silver toxicity; Endocarditis; Prosthetic heart valve

## 1. Introduction

Prosthetic valve endocarditis (PVE) is one of the complications of heart valve replacement and its treatment represents a challenge to the surgeon. The incidence of PVE ranges up to 0.5%/patient-year for mechanical mitral valves and up to 1%/patient-year for other mechanical valves [1]. PVE is a foreign body infection predominantly based in the sewing cuff of a prosthetic heart valve. The mortality rates are high: 75% for infection occurring up to 2 months (early PVE) and 43% for infection occurring thereafter (late PVE) [1].

Many techniques have been developed to reduce the incidence of PVE, such as antimicrobial treatment (topic and systemic) and also, the use of homographs. The newest and the most promising one consists of a silver-coated, sewing cuff heart valve (St. Jude Medical Silzone) [2]. The Silzone coating is a dense layer of metallic silver deposited on the surface of individual fabric fibrils (polyethylene tetraphthalate polyester) that acts as a source of silver ions that inhibit colonization and attachment of microorganisms to the sewing cuff [2]. Several animal and clinical studies [3–5] have proven the anti-infective efficacy of silver-coated prostheses. The Artificial Valve Endocarditis Reduction Trial (AVERT), a multicenter, randomized trial, was created to assess the clinical efficacy of Silzone in the prevention of PVE [6]. This report describes a patient enrolled in the AVERT that developed a type IV immune response in the periprosthetic tissue after mitral valve implantation.

## 2. Case report

A 72-year-old female, suffered from mitral valve disease and chronic atrial fibrillation. She referred an allergic reaction (rash) after co-trimoxazole ingestion 10 years before. Echocardiography showed severe mitral regurgitation. The patient was enrolled in the AVERT and in August 1999, underwent mitral valve replacement. A St. Jude Medical Silzone, Ø 29 mm, was implanted using the interrupted suture technique (2/0 pledgetted Ticron sutures). Echocardiography showed no periprosthetic leakage and the patient was discharged 9 days after the operation.

Four months later, the patient was re-admitted because of progressive heart failure. Trans-esophageal echocardiography showed severe mitral insufficiency due to a partial detachment of the prosthetic valve, mostly on the interventricular septum side. Right basal pneumonia was diagnosed as well. An emergency prosthetic mitral valve replacement was necessary. At re-operation, the prosthetic valve was detached from the interventricular septum. All sutures and pledgets were in place, but on 1/3 of the circumference, sutures were detached from the mitral annulus. The annulus corresponding to the interventricular septum was ulcerated and there were multiple erosions in the myocardial tissue in contact with the prosthetic valve. No tissue covered the sewing cuff. We implanted a standard valve (St. Jude Medi-

* Corresponding author. Service de Chirurgie Cardiovasculaire – BH10, Centre Hospitalier Universitaire Vaudois, Rue du Bugnon 46, 1011 Lausanne, Switzerland. Tel.: +41-21-314-2280; fax: +41-21-314-2278.

*E-mail address:* tozzig@hotmail.com (P. Tozzi).

1010-7940/01/$ - see front matter © 2001 Elsevier Science B.V. All rights reserved.
PII: S1010-7940(01)00675-3

CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER SJM2350531805MDL

cal Ø 31) with the same surgical technique. All bacteriological examinations were negative, except for the expectoration, in which we found *Pseudomonas aeruginosa*. Histological examination was carried out on three fragments of the mitral valve annulus of $0.7 \times 0.3 \times 0.2$ cm, and revealed chronic inflammation with giant cells and hemosiderine deposits (Fig. 1). The patient was discharged 20 days after. A skin patch test carried out 3 months later, was negative for a type IV reaction to silver nitrate (maximal concentration, 0.7%). An international set of skin patch tests (24 classic allergens) was negative as well.

## 3. Discussion

When it first appeared, the prosthetic heart valve with a silver-coated sewing cuff seemed to be an easy and smart way to approach the PVE problem. Animal experiences showed that silver coating reduces inflammation in direct contamination models using a strain of *Staphylococcus epidermidis* that is capable of producing a biofilm [2]. De la Riviere et al. [3] studied any adverse effects of the silver coating in humans by determining blood silver levels by graphite furnace atomic absorption spectrometry, before and after the valve implantation, and nothing was detected. All the encouraging data led us to enroll our patients in the AVERT in order to asses the clinical efficacy of the silver-coated sewing cuff in reducing PVE incidence.




Fig. 1. Light micrograph of the mitral valve annulus 4 months after implantation of the silver-coated sewing cuff mitral valve. (A) Lymphocyte infiltration; (B), giant cells and hemosiderine deposits characterized the histological pattern.

PVE was our diagnostic hypothesis when the patient was re-admitted, but intraoperatory findings were very far from a classic PVE. The mitral valve annulus was partially destroyed and no abscess, fibrin deposits or vegetation were found. The periprosthetic tissue had multiple erosions and the interventricular septum near the valve was ulcerated. It looked like the valve burned the surrounding tissue. The histological examination of periprosthetic tissue showed a chronic inflammatory reaction with hemosiderine deposits and giant cells (Fig. 1). This histological pattern is unusual after the implantation of standard mechanic heart valves and it probably involves components of the immune system, such as T-cell lymphocytes (immune reaction type IV) [7]. No microorganisms were found in the sewing cuff, in the periprosthetic tissue or in the blood stream. Surgical, histological and bacteriological findings supported the hypothesis that this valve caused a chronic inflammatory reaction leading to its detachment. Assuming that the only difference between silver-coated sewing cuff valves and standard St. Jude Medical valves is the silver coating, there are two possible mechanisms that can produce the described histological pattern: allergy and toxic reaction to silver. Silver allergy is a well-known problem in oral pathology [8] as well as in jewelry manufacturing: 2–5% of the silver exposed population develops an allergic dermatitis [9]. Our patient had a negative silver nitrate patch test at a standard concentration of 0.7%, so we cannot evoke an allergic reaction as the mechanism behind the observed lesions. We can speculate that the lesions described are due to a direct toxic effect of silver ions on the myocarde. As Kraft et al. [10] demonstrated, pure silver implanted in striate muscle induces a persistent activation of leukocytes combined with a marked disruption of the microvascular endothelial integrity, massive leukocyte extravasation, and considerable venular dilation, probably due to the production of intracellular superoxide anions. A high silver concentration in the periprosthetic tissue could reasonably explain the described histological and clinical patterns.

The reported experience has played a major role in the interruption of the AVERT study and in the withdrawal of the Silzone valves from the market on January 2000.

Patients enrolled in the AVERT study need a more vigilant follow-up and greater attention to the signs and symptoms of paravalvular leak. Moreover, a reaction to the silver coating should be taken into account if PVE is suspected.

## 4. Conclusions

The use of the silver-coated sewing cuff heart valve should be critically judged despite its bactericidal proper-

ties. The silver-coated sewing ring, in some patients, can be a potential source of chronic inflammation that could have clinical consequences as dramatic as PVE. The reported experience has played a major role in the interruption of the AVERT study and in the withdrawal of the Silzone valves from the market, awaiting more data concerning the safeness of silver-coated medical prostheses. We believe that patients enrolled in the AVERT study need special surveillance for early detection of potential inflammatory reactions to the silver-coated sewing ring.

## References

[1] Vlessis AA, Khaki A, Grunkemeier GL, Li H, Starr A. Risk, diagnosis and management of prosthetic valve endocarditis: a review. J Heart Valve Dis 1997;6(5):443–465.

[2] Illingworth BL, Tweden K, Schroeder RF, Cameron JD. In vivo efficacy of silver-coated (Silzone) infection-resistant polyester fabric against a biofilm-producing bacteria, *Staphylococcus epidermidis*. J Heart Valve Dis 1998;7(5):524–530.

[3] Brutel de la Riviere A, Dossche KM, Birnbaum DE, Hacker R. First clinical experience with a mechanical valve with silver coating. J Heart Valve Dis 2000;9(1):123–129.

[4] Bertrand S, Houel R, Vermes E, Soustelle C, Hillion ML, Loisance L. Preliminary experience with Silzone-coated St. Jude Medical in acute infective endocarditis. J Heart Valve Dis 2000;9(1):131–134.

[5] Darouiche RO. Anti-infective efficacy of silver-coated medical prostheses. Clin Infect Dis 1999;29:1371–1377.

[6] Schaff H, Carrel Th, Steckelberg JM, Grunkemeier GL, Holubkov R. Artificial Valve Endocarditis Reduction Trial (AVERT): protocol of a multicenter randomized trial. J Heart Valve Dis 1999;8(2):131–139.

[7] Sell S. Immunopathology. In: Rich RR, Fleisher TA, Schwartz BD, Shearer WT, Strober W, editors. Clinical immunology: principles and practice, St Louis, MO: Mosby, 1996. pp. 449–477.

[8] Holmstrup P. Reaction of the oral mucosa related to silver amalgam: a review. J Oral Pathol Med 1991;20(1):1–7.

[9] Mc Kenna SR, Latenser BA, Jones LM, Barrette RR, Sherman HF, Varcelotti JR. Serious silver sulphadiazine and mafenide acetate dermatitis. Burns 1995;21(4):310–312.

[10] Kraft CN, Hansis M, Arens S, Menger MD, Vollmar B. Striated muscle microvascular response to silver implants: a comparative in vivo study with titanium and stainless steel. J Biomed Mater Res 2000;49:192–199.

CONFIDENTIAL OR PROPRIETARY - SUBJECT TO PROTECTIVE ORDER SJM2350531807MDL

# Exhibit 54

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

IN RE ST. JUDE MEDICAL, INC. }
SILZONE HEART VALVES } MDL DOCKET NO. 1396
PRODUCTS LIABILITY }
LITIGATION }

--------

--- This is the Continued Deposition of Dr. Gregory J. Wilson, taken at the offices of Lerners LLP, 130 Adelaide Street West, Suite 2400, on the 22nd day of June, 2006.

--------

Are you able to tell me one way or the other whether the silver concentration level in the annulus of sheep number 8 did or didn't exceed the known threshold for toxicity?

A. Well, I -- I don't think I can say that I know for certain that.

Q. What is the threshold for toxicity in annular tissue? I'm talking about silver toxicity, of course.

A. I don't think that that's -- to my knowledge, that has not been determined precisely.

Q. So we can't go to the peer-reviewed medical or scientific literature and find out the answer to that question; is that correct?

A. I think that's fair to say. However, I would add that this particular case, and this is a point that I made in my declaration, had the highest silver concentration of all of these sheep, the other six -- it was one of six -- with the Silzone coating, and it also was the only one that had this very extensive pannus buildup.

So you know, it is only one, but it is an interesting -- you know, is that a coincidence that you have the highest silver concentration, several times higher than all the other valves, and extensive pannus

silver concentration in the annular tissue of that animal. I know of no scientific evidence that would support this proposition and Dr. Wilson has not cited any medical or scientific literature in support of his hypothesis. Dr. Wilson's hypothesis is unproven and is not generally accepted in the medical or scientific community."

Did I read that correctly?

A. You did read it correctly.

Q. Now, can you now today cite to us any scientific evidence that supports your hypothesis?

A. Well, I think there is a well-established literature on silver toxicity that was reviewed extensively and I think very well by Dr. Healy in an affidavit and further declaration in early 2003. I made reference to his review in my affidavit that dealt with silver toxicity, amongst many other things, in February 2003. And much of the information on silver toxicity in general was well known by 1996, at the time this study was being done.

The fact is that in this particular case, the silver concentration in the annular tissue was,

as I have said earlier this morning, the highest in the whole group. There was an association between that and a very extensive, thick pannus buildup.

And so my position on this is -- and was in the affidavit and, actually the declaration I filed in May of 2003 -- that St. Jude should have reported this to the FDA, drawn attention to it and should have looked into it and investigated it further.

Q. Doctor, all I'm asking you for is the scientific evidence that supports your hypothesis, not what St. Jude Medical should or shouldn't have done.

A. Well, in terms of knowing --

Q. And all you have identified to me so far are some references in Dr. Healy's affidavit. What else?

MR. BERMUDEZ: That is incomplete. Go ahead.

BY MR. KOHN:

Q. Show me an article, cite me an article in the peer-reviewed medical literature that stands for the proposition that silver concentration in the annular tissue of a sheep causes excess pannus?

MR. BERMUDEZ: Of a sheep or sheep II-8?

BY MR. KOHN:

Q. And we are talking about reasonable possibilities of silver toxicity but not proven; you agree with that, don't you? Not proven to this day in either animal, either in the long-term or in the short-term study?

A. Yes, but I would add that those hearts are, as far as I know, not available.

Q. I didn't ask you about that. All I asked you was, yes or no, to this day there is no proven evidence of toxicity, either in the short- or in the long-term study; all you have are reasonable suspicions?

A. That's true, because I have not been able to pursue the matter further by actually looking at those cases.

I'm suggesting to you that, with those hearts, if those hearts still existed or if they could be produced, that a very significant additional workup could be done on them in terms of various testing, histological, including testing on silver levels, to actually really look into in detail and get a much better idea of whether the paravalvular leak in KTMV-2, that made at least a significant contribution to the death of this animal, likely killed the animal, and the extensive pannus buildup in SJMII-8 --

Q. Well --

A. So I'm just putting that on --

Q. Well, you are hypothesizing on what might or might not be determined from an evaluation of animal hearts. Not having done the analysis, there is no way for any of us to really know one way or another what such an evaluation would reveal; isn't that right?

A. That's true, but the reason we are in that situation is, as I understand it, St. Jude is either --

Q. I didn't ask you the reason we are in that situation. I just asked you to agree with what I said and you did.

So let's take a break.

-- RECESSED AT 10:31 A.M.

-- RESUMED AT 10:40 A.M.

BY MR. KOHN:

Q. Dr. Wilson, you had an opportunity to chat with counsel during the break. Can you tell me the substance of what you talked about?

A. Okay, Mr. Bermudez was sort of explaining to me that I should be more focussed and brief and direct in responding to your questions. I was getting off the point a number of times when you were asking me questions earlier this morning.

And we spoke briefly about my

Silzone.

And what I have opined here is that St. Jude should have pursued this. They should have --

Q. Well, how do you know they didn't?

A. Well, because -- well, when I say "pursued" it, I am being a bit vague. What I mean specifically is to have done a pathology workup on these cases to find out what the cause of the paravalvular leaks was as best they could, to relate it to Silzone, and specifically to look at issues of silver toxicity.

And you know, St. Jude was paying some attention to silver in this study. You mentioned the primary objective of the study was to evaluate a bioprosthetic valve for leaflet calcification, and I agree with that; that was I think the main focus of the study, or certainly a central focus.

But there was tissue levels of silver being done on the study. In fact, there was a poster presentation of this work by Ogle and others from the company, which was a disclosure from St. Jude, and the tissue silver levels are progressively rising in this study, the Epic study, between 12 weeks, going up further to 20 weeks, going up further to one year. And there is no follow-up after a year, but the level at the year is approximately, for silver, this is the average, is about

twice what it was at 12 weeks.

So you have this data on silver coming in, Butany and Butchart raising concerns about the Silzone valve clinically, the mechanical valve -- and I have gone into this in great detail or some detail in the declaration -- that I think clearly much more should have been done here; and speaking from the perspective of a pathologist, those hearts should have been worked up in detail for the paravalvular leaks, what caused them, to what extent that was related or not to silver toxicity. And that information should have been reported, and it should have been reported to the FDA as well.

Q. Well, that would depend on what the outcome was; isn't that right? If the outcome was that there was no evidence of silver toxicity and no evidence of statistical significance and no evidence of any kind of effect of the silver and that the paravalvular leaks had some other explanation, there wouldn't be any reason to report that to the FDA, would there?

A. I think that, provided the evaluation was done in a really fulsome, detailed, scientifically valid way, I agree with what you said. If there was a really proper investigation, detailed workup, and it was very clear that the causes of these paravalvular leaks had nothing to do with the silver, not

Q. All right. So you know, ignoring the power of the study, whatever opinion you might have about that, the fact of the matter is that these patients have been closely monitored as part of the clinical trial, and only three events have occurred for major paravalvular leak, the same number of events that have occurred in the conventional arm?

MR. BERMUDEZ: And I'll object to the foundation again.

THE WITNESS: Well, again, I can't and won't ignore the power of the study. That's fundamental to making conclusions from a clinical study such as this. And this has been spoken to in the affidavit and the declaration of Sackett, which I referred to yesterday, and then the recent report, November 2005, of Dr. Butchart, both of -- I indicated yesterday I found their analysis, and they are much more expert on these matters than I, very persuasive.

So I think the statistical power is fundamental.

BY MR. KOHN:

Q. If your theory that silver is toxic and has a continuing toxic effect leading to an increased incidence of adverse events were correct, wouldn't you expect to see more than three events out of 300 patients

purposes, either for submission in Canada or in the U.S.?
A. Not exclusively, but there have been some studies where it has occurred where the results of the study are being submitted for regulatory purposes in the U.S. and in Canada.
Q. And what was the nature of the device?
A. The nature of the device was a stent, a metal stent used to prop open a coronary artery.
Q. Okay, and was the --
A. Oh, and I should mention also there have been some involving a vascular graft, a synthetic material vascular graft used in the animal to direct blood flow from the aorta to basically what is known as an aorto-iliac bypass.
Q. And is either the stent or the vascular graft on the market today?
A. The vascular graft is not; the stent is.
Q. And can you tell me the name of the stent?
A. The stent is the Boston Scientific Taxus stent.
Q. T-a-x-i-s?
A. No, T-a-x-u-s.

Q. And were you the principal investigator on the animal study for that?
A. No.
Q. You did the pathology?
A. I did the pathology.
Q. Did you have anything to do with putting together the regulatory submission for the Taxus stent?
A. I did.
Q. And you did the pathology sections?
A. Yes, not for the whole submission, but I did some pathology on the studies that were put in for that stent.
Q. And was that a PMA Supplement or a PMA?
A. It was a PMA. There was -- it was a PMA. There has been some additional development in that type of stent with modifications where there has been an IDE submitted as well on a new generation, so it is -- I mean, the overall work has been a mixture of PMA and IDE.
Q. And were there early animal deaths in connection with the Taxus stent?
A. Well, in terms of the animal studies, there are so-called test stents, that is, having

the drug coating -- this is a drug-coated stent -- and those that are the controls don't have the coating.

As we sit here, in those particular studies there were so few deaths that I would have to go back to the records to say whether it was in a drug-coated stent or in the bare metal control stent.

Q. Well, what I am wanting to find out here is whether or not the early deaths in the animal studies for the Taxus stent were reported to the FDA in the submission?

A. Oh, certainly.

Q. And were you the one who authored the portions where those were described?

A. Yes. And again, I want to emphasize that in the particular example that we got into, there is very few.

When I was answering your question more generally, I was also talking about previous studies that primarily involved vascular grafts, and I think it is fair to say there was more deaths, more early deaths in those early studies. So I just wanted to make that distinction.

Q. Okay. Now, was the vascular graft that you were working on in those animal studies, did that ever get submitted to the FDA for approval?

A. Yes, there were submissions to FDA for the purposes of doing an investigational device exemption.

Q. And who was the manufacturer for the vascular graft?

A. That manufacturer was a company called Corvita Corporation.

Q. And did it ever reach the IDE stage?

A. There was a submission for IDE, but the graft was not implanted in patients in the United States. There were implants that were done in Europe, but the graft did not actually come to be implanted in patients in the U.S.

Q. This was not a silver-coated vascular graft?

A. No, it was not.

Q. And were the early deaths reported to FDA as part of the IDE?

A. Yes, definitely.

Q. Did you author those sections of the IDE?

A. I authored the pathology, you know, the pathology component of what was reported.

Q. How many early deaths were there in

# Exhibit 55

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

-------------------------

IN RE: : MDL DOCKET NO. 1396

ST. JUDE MEDICAL, INC., : (Videotaped)

SILZONE HEART VALVE PRODUCTS: Deposition of:

LIABILITY LITIGATION : JONAS RUNQUIST

-------------------------

TRANSCRIPT of the stenographic notes of the proceedings in the above-entitled matter, as taken by and before, BARBARA J. CAREY, a Registered Professional Reporter and Notary Public of the State of Minnesota, held at the offices of HALLELAND & LEWIS, 220 South Sixth Street, Suite 600, Minneapolis, Minnesota on Wednesday, December 11, 2002, commencing at 9:08 a.m.

component had not been previously tested by SJM for hemolysis."
That's correct, right?
A No, we were relying on -- on Spire data for that.
Q And in fact, it says, "Regulatory submissions incorporated data from Spire indicating the coating was nonhemolytic and data from SJM indicating the complete finished device was nonhemolytic," correct?
A That's correct.
Q And in fact, that's what, indeed, did happen; you relied on regulatory submissions incorporating data from Spire, correct?
A That's correct.
Q "But recent results from recent testing of the Silzone MHV" -- that's mechanical heart valve? --
A That's correct.
Q -- "have shown an increase in hemolysis level from the original validation," correct?
A That's what it says.
Q Did you know that?
A Again, I -- I don't recall.
Q That's not unique to the Epic Valve, is it, sir?
A That's -- according to this document, that's true.

Q They're talking about the Master Series Valve
that was pulled from the shelf, correct?
A Again, I --
MR. KOHN: Object to the form.
THE WITNESS: I do not know
where this document came from. I don't know what
date it was written. I don't know who did the
testing. I don't know much about this document
at all. I don't know, again, if this was a
preliminary test someone was doing, if they were
trying to develop a test for doing hemolysis.
Again, I really don't know much about the origin
of this document at all.
BY MR. SIGELMAN:
Q All right. What was being done in Japan for
which you had contact with Koizumi?
A I just don't remember to be honest. I -- I think
they were having some issues with hemolysis
testing they were doing as well.
Q You do recall that now?
A Well, vaguely.
Q Okay. And were they -- was that with respect to
the Master Series Valve?
A I believe so, yes.
Q All right. So now you recall that. You didn't

recall it when I first asked you about
Mr. Koizumi?
A Yep.
Q Okay. So they had hemolysis failures with
respect to the Master Series Valve that you heard
about?
MR. KOHN: Object to the form.
THE WITNESS: I do not want to
say that conclusively because I just don't
remember all the details.
BY MR. SIGELMAN:
Q All right. Were you seeking approval of the
Master Series Valve in 1998 in Japan?
A We were looking into it.
Q All right.
A I don't know if we were actually seeking approval
at that time, but we were looking into --
Q All right.
A -- seeking approval.
Q At that time, was your -- was St. Jude's primary
interest with respect to Silzone Valves in Japan
concerning the Master Series Valve with Silzone?
A I believe so, yes.
Q All right. So to the extent you were doing
hemolysis testing on valves for possible

for any Silzone product, including the Master Series Valve with Silzone?
A That's correct.
Q All right.
A If we would have had conclusive evidence from the testing that was done that the Silzone coating was, in fact, causing hemolysis, that would have been sent to FDA.
Q Do you know for a fact that the evidence wasn't conclusive?
A For a fact sitting here today?
Q Right.
A No.
Q All right. Thank you. Let's go back, if we could for a minute, to the Exhibit Number 12, and I would like, if possible, sir, for you to go to page 3499.
A Where is that in the document, approximately?
Q It -- well, I have a somewhat abridged version, but I would say it's probably past the middle.
A Okay.
Q And the previous page says Attachment 14, correct?
A That's correct.
Q Could you pull out pages 3498 through 3500 and

# Exhibit 56

STATE OF MINNESOTA

COUNTY OF RAMSEY

\- - - - - - - - - - - - - - x
SHAWN MacLELLAN and KIM :
HOLLISTON MacLELLAN, :
Plaintiffs, :
vs. :
ST. JUDE MEDICAL CENTER, :
Defendant. :
\- - - - - - - - - - - - - - x

Toronto, Ontario, Canada
Tuesday, August 1, 2006

Deposition of:

DR. DARIO DEL RIZZO

the witness, called for examination by counsel for the Defendant, pursuant to notice and agreement, commencing at 2:00 p.m., at 8333 Weston Road, Suite 409, Woodbridge, Ontario, before Virlana Kardash, RPR, CSR, Commissioner of Oaths, when were present on behalf of the respective parties:

BY MR. NEWLAND:

Q This person was apparently implanted on March 23, '99?

A Correct.

Q And explanted August 6, '99; correct?

A Correct.

Q And there was dehiscence over 40 percent of the sewing ring?

A Correct.

Q And no tissue?

A Correct.

Q And is the reason that there was no tissue in that vicinity because you had removed it, or because there was simply no tissue?

A When this valve was put in place, it was a well-seated valve with good tissue around the sewing ring at all places. You would not get out of the operating room with 40 percent of your valve not sewn in.

Q Right.

A What struck me -- again, if we refer to the model, what we are looking at is this area. And you have to imagine that it's going to be closed like that. This area from here to here. And in this area, the annulus of the heart, the actual native heart

tissue had disappeared.

There was no tissue left. And as I described to you earlier, it was as if that tissue had been burned away literally and that the sutures with the knots and the pledgets were on the sewing ring, but the sewing ring was -- had torn away from the heart or had dissolved away from the heart and it was only being tethered on the other side.

Q Is it fair to say that was a highly abnormal and alarming situation?

A That was an extremely unusual situation that I had never seen before. And it did not appear that there was any endocarditis. The endocarditis has a particular appearance to it. It looks like a -- almost like a raspberry material that is growing on to the heart. That's what endocarditis looks like. There's no evidence of endocarditis here.

Q And it says here that infectious disease consultants were on the case; fair?

A Where does it say that? I'm sorry.

Q It's the third paragraph down on page 1.

A Okay. Here we go. "At no time could they see any vegetations on the annulus. Could not find any evidence of endocarditis. Blood cultures returned negative, and the patient was not running a fever."

# Exhibit 57

IN THE STATE OF MINNESOTA DISTRICT COURT

COUNTY OF RAMSEY, SECOND JUDICIAL DISTRICT

B E T W E E N:

ADA RANDALL a/k/a )
"Ada Perch" )
Plaintiff )
vs. ) Court File No. C6-02-5854
ST. JUDE MEDICAL INC. )
Defendant )
----------------------)

--- This is the videotaped Deposition of DR. BERNARD GOLDMAN, taken at Sunnybrook & Women's College Health Sciences Centre, 2075 Bayview Avenue, H Wing, 4th Floor, Room H441, Toronto, Ontario, on the 3rd day of November, 2006.

--------

REPORTED BY: Kimberley A. Neeson, RPR, CRR, CSR, CCP

A. If we attended a meeting that had to do with investigators, we were given an honorarium. I don't remember ever getting $2,000 though. I must call St. Jude. I always thought it was $1,000 per meeting. There were different strata of surgeon and payment.

Q. I didn't know that. That's interesting. Is hemolysis something, a factor that's important to you in determining whether to use a medical device in one of your patients?

A. Hemolysis in a patient before surgery?

Q. No, whether -- thank you, I didn't realize how ambiguous that was, I apologize. If a valve -- you do know they test medical devices that are implanted to see whether they're hemolytic?

A. Right.

Q. Hemolytic is rupture or tearing apart red blood cells?

A. Right.

Q. And if a device causes hemolysis, that's not a good thing, correct?

A. Correct.

Q. You as a surgeon do not want to put a device in that is hemolytic?

A. That can cause hemolysis.

Q. That is correct. And if we could just -- because of the nomenclature used at St. Jude, they would refer to that phenomenon, whether it is a device or a component, as hemolytic. It may not be accurate from your point of view but I'm just learning from how the company viewed it.
A. Um-hmm.
Q. Now, did you ever come to learn that St. Jude was aware that the Silzone coating was hemolytic?
A. No. Do you mean in patients without any other structural abnormality that hemolysis was associated with?
Q. I'm talking about when they test the valve in premarket or even post-market sometimes if there's an issue, whether or not the component has the capacity of causing hemolysis to occur?
A. We had over 20 years' experience with the St. Jude mechanical valve and one of the beauties was that it did not have -- it had such good flow characteristics that hemolysis was not a problem in existing patients who were predisposed to hemolysis or who had a leakage around the valve.
Q. Now, hemolysis can occur in several ways, fair?

A. Yes.
Q. One way I think you were describing is shear hemolysis?
A. Shearing of the cells.
Q. It's really a physical pulling or disruption of them?
A. Right.
Q. Chemicals could cause hemolysis too, correct?
A. Presumably.
Q. And that's one of the reasons why the components in a static position are tested under ISO regulations, Health Canada regulations and FDA regulations; do you have an understanding as to that?
A. I assume that's part of the protocol. You mean without blood flow?
Q. In some kind of animal assay or scientific assay they will do these in vitro?
A. Right. But when you say static, that means no blood flow.
Q. Yes, okay, but they're done in vitro -- well, yes, you can do, I assume, some kind of flow testing, but there's accepted ISO and FDA, GLP type of study standards that they use and St. Jude did these testing. What are we up to, 20? The last one was 20?

A. That's 20.

Q. Thank you, doctor. Doctor, I'm going to give you an internal memo from St. Jude. I'm marking it Goldman 21.

EXHIBIT NO. 21: Summary of Hemolysis Testing Issue.

BY MR. COREN:

Q. Now, to go along with this I'm going to give you a computer listing of biocompatibility testing from St. Jude's record and mark that Goldman 22.

EXHIBIT NO. 22: Biocompatibility Testing record.

BY MR. COREN:

Q. Now, in this internal memorandum they are indicating at the first headline, this is referring to 21, that:

"The initial failure of the hemolysis tests for the Epic covered stent has been traced to the silver coating."

And that's referring to the Silzone coating. Were you aware of that at all?

A. No.

Q. Once again as a doctor going to prescribe a valve that has a Silzone coating, that it was

hemolytic, this would be something you would want to know in making the decision?

MR. KOHN: Object to the form.

THE WITNESS: True.

BY MR. COREN:

Q. Knowing that it's hemolytic, would that have caused you to use the Silzone coated valve or not use it?

A. If I thought that it had the potential for hemolysis in the human, I would not have used it.

Q. If we can look at Exhibit 22, if we could turn, and I'm going to use these numbers in the right-hand corner, if we turn it you'll be -- I guess it's on the left-hand corner at the moment if you turn it so you can read it on the right-hand, we use --

A. Here?

Q. No, here, these are, the lawyers call these Bates numbers.

A. I've got it.

Q. It's the last ones and it makes it easier. If I could ask you to find page 30 just using the last two digits.

A. Yes.

Q. Okay?

A. Okay.
Q. If you -- you'll notice that when a test is abnormal, they bold it? For example, where it's hemolytic? Okay?
A. Yes.
Q. If you take a look where it says hemolytic, and you go to the left, to the left-hand margin, it says "stent BioCor Silzone covered, hemolysis in vitro direct contact," and they found that to be hemolytic. That test was done in 1998. That's what that column is telling us after it says "RAW"?
A. Right.
Q. So in 1998 we know that when they're looking at the BioCor stent, the stented BioCor valve, that was coming back hemolytic. If you drop down to the next series of hemolytic, they are all the Silzone covered stent again, where several test assays once again are showing it to be hemolytic. This information was not provided to you at any time, was it?
A. No, it was not.
Q. Do you find it troubling that information like this was not given to you by the company?
A. Yes, I do.
Q. And if we could turn to page 33.

And while you're doing that, they need to change the tape.

THE VIDEOGRAPHER: This concludes videotape number 4 in the deposition of Dr. Bernard Goldman. Going off the record. The time is 1:43 p.m.

-- RECESS AT 1:43 --

-- UPON RESUMING AT 1:48 --

THE VIDEOGRAPHER: Here begins videotape number 5 in the deposition of Dr. Bernard Goldman. We are going back on the record at 1:48 p.m.

BY MR. COREN:

Q. Once again if we look down the right-hand column for where they bold the hemolytic results, they're bolding the Regent valve in 1998 at a time that the Regent valve was the Silzone coated cuffed valve. Was that something that you were aware of at that time?

A. No.

Q. It's fair to say at least as to the 1998 results when you met in Toronto in 1999, in May, that this was information that they did have that, in fairness, should have been shared with you while you were trying to figure out what is going on with the phenomenon you were observing; is that a fair statement?

A. Yes.

Q. And that's information for the benefit and protection of patients' health, you would have wanted to have that information?

A. Yes.

MR. COREN: Thank you. That's all I have.

THE VIDEOGRAPHER: Going off the record at 1:49 p.m.

-- OFF THE RECORD --

THE VIDEOGRAPHER: We're back on the record at 1:50 p.m.

EXAMINATION BY MR. KOHN:

Q. Dr. Goldman, again I'm Steve Kohn, I represent St. Jude Medical. I'm going to try and be as brief as I can and not replow a lot of the ground that's already been covered but I'm going to have to jump around from topic to topic to do that, so if you would be patient and bear with me, I'll try to get through this quickly.

Let me start with talking about Mrs. Perch or Ms. Randall. You have before you a set of records that were sent to you by my office at your request that consists of various medical records related to Ms. Perch, including some of the Sunnybrook records, correct?

# Exhibit 58

STATE OF SOUTH CAROLINA

COUNTY OF GREENVILLE

IN THE COURT OF COMMON PLEAS

DAVID MICHAEL BRIDGES and )BONNIE BRIDGES, his spouse, )
) No. 2001-CP-23-4773 Plain
vs. ) )
ST. JUDE MEDICAL, INC., et al., ) )
Defendants. ) )
)JANICE SPAIN as personal )
representative of SARA YVONNE )PAIGE, deceased, )
) No. 2001-CP-23-4970 Plain
) vs. )
)ST. JUDE MEDICAL, INC., )
et al., ) Defendants. )
)

DEPOSITION OF

JAGDISH BUTANY, MBBS, MS, FRCPC

VOLUME I (Pages 1 - 344)

April 26, 2002

REPORTED BY: SANDRA MacNEIL, CSR 9013 JOB #01-119412

get them from others. I'm not sure if they necessarily would have ended up with them at that stage, but they certainly should have been able to or could have asked for them.

MR. SIGELMAN: Q Tirone David is who?

A Dr. David is the head of cardiac surgery at Toronto General Hospital.

Q Now, I understand that you are a consultant at this time for St. Jude with respect to the Silzone valve; is that correct?

A Yes, sir.

Q And have you received and/or generated any documents in connection with your role as a consultant?

A No, sir.

Q Not one piece of paper?

A Not that I can remember.

Q Are you doing any work for St. Jude as their consultant?

A No, sir.

Q Have you ever done any work for St. Jude as their consultant?

MR. KOHN: I'm going to interpose an objection here, Counsel. Anything that he's done for St. Jude as a consultant is confidential, and I'm going to advise Dr. Butany he doesn't have to respond to your questions.