**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2007, I caused the following documents:

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO ST. JUDE MEDICAL, INC. 'S MOTION TO PRECLUDE TESTIMONY OF PLAINTIFFS' EXPERT, ERIC G. BUTCHART, M.D., FRCS, FETCS, FESC**

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO ST. JUDE MEDICAL, INC.'S MOTION TO PRECLUDE TESTIMONY OF PLAINTIFFS' BIOMATERIALS EXPERT KEVIN E. HEALY**

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO ST. JUDE MEDICAL, INC. 'S MOTION TO PRECLUDE TESTIMONY OF PLAINTIFFS' EXPERT, GREGORY J. WILSON, M.D.., FRCS, FETCS, FESC**

**AFFIDAVIT OF J. GORDON RUDD, JR., IN OPPOSITION TO ST. JUDE MEDICAL, INC.'S MOTIONS TO PRECLUDE EXPERT TESTIMONY**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Steven E Angstreich sangstreich@levyangstreich.com

James T Capretz jcapretz@capretz.com, jtc@capretz.com

Joe D Jacobson jacobson@stlouislaw.com, jdjacobson@sbcglobal.net

Steven M Kohn skohn@reedsmith.com, msabraw@reedsmith.com; bgthompson@reedsmith.com

Carolyn Lindheim clindheim@levyangstreich.com

Michael T Nilan mnilan@halleland.com, NGordon@halleland.com

J Gordon Rudd , Jr jgr@zimmreed.com, jlt@zimmreed.com

Richard B Solum solum.rick@dorsey.com

David E Stanley dstanley@reedsmith.com, dlevenstein@reedsmith.com

Cortney G Sylvester CSylvester@halleland.com, mpiepho@halleland.com

Tracy J Van Steenburgh tvan@halleland.com, LClark@halleland.com

Charles S Zimmerman csz@zimmreed.com

Dated: March 19, 2007

s/J. Gordon Rudd, Jr.
J. Gordon Rudd, Jr.