IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE ST. JUDE MEDICAL, INC., SILZONE® HEART VALVES PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1396 |

**DEFENDANT ST. JUDE MEDICAL, INC.'S MOTION FOR PERMISSION TO EXCEED WORD LIMIT**

Defendant St. Jude Medical, Inc. ("SJM") hereby moves the Court for entry of an Order for permission to exceed the word limitations imposed by District Court of Minnesota Local Rule 7.1(c) as follows:

- SJM requests a maximum of 3,000 words for its Reply to Plaintiffs' Memorandum In Opposition To St. Jude Medical, Inc.'s Motion To Preclude Testimony Of Plaintiffs' Expert Eric G. Butchart, M.D., FRCS, FETCS, FESC. Given the word count of SJM's opening brief (9,975 words), this would be only 975 words over the 12,000 total words allowed by Rule 7.1 for both the opening and reply brief.
- SJM also requests a maximum of 3,000 words for its Reply to Plaintiffs' Memorandum In Opposition To St. Jude Medical, Inc.'s Motion To Preclude Testimony Of Plaintiffs' Biomaterials Expert Kevin E. Healy. This would be only 2,003 words over the 12,000 word limit.

The additional words are necessary because SJM's Motions and Plaintiffs' Oppositions address highly complex medical and scientific issues, which Eric G. Butchart and Kevin E. Healy raised in multiple, lengthy declarations submitted with their Rule 26 Disclosures. For example, Dr. Healy submitted four (4) extensive declarations which Plaintiffs incorporated into his Rule 26 report covering biomaterials issues, toxicology issues, the appropriateness of SJM's regulatory submissions, regulatory opinions on whether the device should have been classified as a combination drug and device, clinical opinions, and theories on pathology/tissue growth. Likewise, Dr. Butchart has proffered a report exceeding 100 pages on a variety of epidemiological, medical, clinical trial, and causation issues. Plaintiffs have no opposition to SJM's request for additional words. Furthermore, SJM is not requesting permission to exceed the word limit for Plaintiffs' remaining generic causation expert, Gregory J. Wilson, thus demonstrating its reasonableness and good faith. SJM believes that the extra length for its replies is critical to resolving the motions pertaining to Eric G. Butchart and Kevin E. Healy, and that good cause exists to exceed the word limitation.

Respectfully submitted,

DATED: March 26, 2007.

HALLELAND LEWIS NILAN &
JOHNSON, P.A.

By s/ Cortney G. Sylvester
Tracy J. Van Steenburgh, # 141173
Cortney G. Sylvester, #231514
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4501
Telephone: (612) 338-1838

REED SMITH LLP
Steven M. Kohn
1999 Harrison Street, Suite 2400
Oakland, CA 94612
Telephone: (510) 763-2000

Attorneys for Defendant St. Jude Medical, Inc.