IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE ST. JUDE MEDICAL, INC., SILZONE® HEART VALVES PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1396 |

**DEFENDANT ST. JUDE MEDICAL, INC.'S NOTICE OF MOTION FOR PERMISSION TO EXCEED WORD LIMIT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that as soon as the matter can be heard, before the Honorable John R. Tunheim, Defendant St. Jude Medical, Inc. will move the Court for an Order for permission to exceed the word limitations imposed by District Court of Minnesota Local Rule 7.1(c) for its Reply to Plaintiffs' Memorandum In Opposition To St. Jude Medical, Inc.'s Motion To Preclude Testimony Of Plaintiffs' Expert Eric G. Butchart, M.D., FRCS, FETCS, FESC, and its Reply to Plaintiffs' Memorandum In Opposition To St. Jude Medical, Inc.'s Motion To Preclude Testimony Of Plaintiffs' Biomaterials Expert Kevin E. Healy.

Respectfully submitted

DATED: March 26, 2007.

HALLELAND LEWIS NILAN &
JOHNSON, P.A.

By s/ Cortney G. Sylvester
Tracy J. Van Steenburgh, # 141173
Cortney G. Sylvester, #231514
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4501
Telephone: (612) 338-1838

REED SMITH LLP
Steven M. Kohn
1999 Harrison Street, Suite 2400
Oakland, CA 94612
Telephone: (510) 763-2000

Attorneys for Defendant St. Jude Medical, Inc.