IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE ST. JUDE MEDICAL, INC. | : | |
| SILZONE® HEART VALVE PRODUCTS | : | |
| LIABILITY LITIGATION | : | MDL DOCKET NO. 1396 |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2007, I caused the following documents:

1. Defendant St. Jude Medical, Inc.'s Motion for Permission to Exceed Word Limit;
2. Defendant St. Jude Medical, Inc.'s Notice of Motion for Permission to Exceed Word Limit

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Steven E. Angstreich: sangstreich@levyangstreich.com
James T. Capretz: jcapretz@capretz.com
Joe D. Jacobson: jacobson@stlouislaw.com; jdjacobson@sbcglobal.net
Carolyn Lindheim: clindheim@levyangstreich.com
J. Gordon Rudd: jgr@zimmreed.com, jlt@zimmreed.com
Richard B. Solum: solum.rick@dorsey.com
Charles S. Zimmerman: csz@zimmreed.com

Dated: March 26, 2007

HALLELAND LEWIS
NILAN & JOHNSON, P.A.

By: s/ Cortney G. Sylvester
Cortney G. Sylvster, Reg. No. 231514
U.S. Bank Plaza South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
Telephone: (612) 338-1838

Attorneys for Defendant St. Jude Medical, Inc.

DN: 315137