IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE ST. JUDE MEDICAL, INC., SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1396 |

**SUPPLEMENTAL AFFIDAVIT OF CORTNEY G. SYLVESTER IN SUPPORT OF ST. JUDE MEDICAL'S MOTION TO PRECLUDE TESTIMONY OF PLAINTIFFS' BIOMATERIALS EXPERT KEVIN E. HEALY PURSUANT TO FEDERAL RULE OF EVIDENCE 702**

I, Cortney G. Sylvester, after being duly sworn upon oath, state as follows:

1. I am an attorney licensed to practice before the Courts of the State of Minnesota and the United States District Court for Minnesota. I am a shareholder in the law firm of Halleland Lewis Nilan and Johnson, P.A., attorneys for Defendant St. Jude Medical, Inc. I make this Supplemental Affidavit in support of St. Jude Medical, Inc.'s Motion to Preclude Testimony of Plaintiffs' Biomaterials Expert Kevin E. Healy Pursuant to Federal Rule of Evidence 702. I have personal knowledge of the matters set forth in this Supplemental Affidavit. If called as a witness, I could and would competently testify to these matters.

2. Attached as Exh. 8 is a true and correct copy of the following article: Gary L. Grunkemeier et al., *Time-Related Risk of the St. Jude Silzone Heart Valve*, 30 European J. Cardio-Thoracic Surgery 20, 26 (2006).

I declare under penalty of perjury of the laws of the United States that the foregoing is true.

Further affiant sayeth not.

HALLELAND LEWIS NILAN & JOHNSON PA

Dated: April 3, 2007. By s/ Cortney G. Sylvester

Tracy J. Van Steenburgh Reg. No. 141173
Cortney G. Sylvester Reg. No. 231514
U.S. Bank Plaza South, Suite 600
220 South Sixth Street
Minneapolis, MN 55402-4501
Telephone: (612) 338-1838

Subscribed and sworn to before me
this 3rd day of April, 2007

s/ Mary B. Piepho
Notary Public