IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE ST. JUDE MEDICAL, INC. | : | |
| SILZONE® HEART VALVE PRODUCTS | : | |
| LIABILITY LITIGATION | : | MDL DOCKET NO. 1396 |

**CERTIFICATE OF WORD COUNT**

I, Cortney G. Sylvester, certify that Defendant's Reply in Support of Motion to Preclude Testimony of Plaintiffs' Biomaterials Expert Kevin E. Healy Pursuant to Federal Rule of Evidence 702, complies with Local Rule 7.1(c). I further certify that, in preparation of this brief, I used Microsoft Word, Version 2002, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that the above referenced brief contains 2,980 words, which complies with this Court's Order of March 29, 2007 (attached) granting Defendant a maximum of 3,000 words for its Reply.

HALLELAND LEWIS NILAN & JOHNSON PA

Dated: April 3, 2007.

By s/ Cortney G. Sylvester

Tracy J. Van Steenburgh Reg. No. 141173
Cortney G. Sylvester Reg. No. 231514
U.S. Bank Plaza South, Suite 600
220 South Sixth Street
Minneapolis, MN 55402-4501
Telephone: (612) 338-1838