**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

MDL No. 01-1396 (JRT/FLN)

IN RE: ST. JUDE MEDICAL, INC.
SILZONE HEART VALVES
PRODUCTS LIABILITY LITIGATION

**MEMORDANDUM OPINION AND ORDER**

---

David M. Cialkowski, J. Gordon Rudd, Jr., and Charles S. Zimmerman, **ZIMMERMAN REED, P.L.L.P.**, 651 Nicollet Mall, Suite 501, Minneapolis, MN 55402; Steven E. Angstreich and Carolyn Lindheim, **LEVY, ANGSTREICH, FINNEY, BALDANTE, RUBENSTEIN & COREN, P.C.**, 10 Melrose Avenue, Suite 100, Cherry Hill, NJ 08003; James T. Capretz, **CAPRETZ & ASSOC.**, 5000 Birch Street, Suite 2500, West Tower, Newport Beach, CA 92660; Joe D. Jacobson, **GREEN JACOBSON & BUTSCH, P.C.**, 7733 Forsyth Boulevard, Suite 700, St. Louis, MO 63105; and Daniel W. Sigelman, **COHEN, MILSTEIN, HAUSFIELD & TOLL, P.L.L.C.**, 1100 New York Avenue N.W., West Tower, Suite 500, Washington, D.C. 20005, for plaintiffs.

Tracy J. Van Steenburgh, **HALLELAND, LEWIS, NILAN, SIPKINS & JOHNSON**, 220 South Sixth Street, Suite 600, Minneapolis, MN 55402; David E. Stanley, **REED SMITH**, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071; Steven M. Kohn, **REED SMITH**, 1999 Harrison Street, Suite 2400, Oakland, CA 94612, for defendant.

This matter came before the Court upon the motion of defendant St. Jude Medical ("SJM") for permission to exceed word limit imposed by District Court of Minnesota Local Rule 7.1(c).

Having reviewed the motion documents and arguments of counsel and being duly advised, the Court hereby orders, adjudges, and decrees as follows:

1. SJM is granted a maximum of 3,000 words for its Reply to Plaintiffs' Memorandum In Opposition To St. Jude Medical, Inc.'s Motion To Preclude Testimony Of Plaintiffs' Expert Eric G. Butchart, M.D., FRCS, FETCS, FESC. This is 975 words over the 12,000 word limit.

2. SJM is also granted a maximum of 3,000 words for its Reply to Plaintiffs' Memorandum In Opposition To St. Jude Medical, Inc.'s Motion To Preclude Testimony Of Plaintiffs' Biomaterials Expert Kevin E. Healy. This is 2,003 words over the 12,000 word limit.

DATED: March 29, 2007
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge