IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE ST. JUDE MEDICAL, INC., :
SILZONE HEART VALVES PRODUCTS :
LIABILITY LITIGATION : MDL DOCKET NO. 1396

# JOINT REMAND REPORT

Pursuant to PTO 20, the parties jointly submit the following list of cases that Plaintiffs propose be remanded to their home jurisdictions and outlining any outstanding discovery issues.

| **Case** | **Home Jurisdiction** | **Have the parties stipulated to remand** | **Outstanding Discovery Issues** |
|---|---|---|---|
| Daugherty | Western District of Arkansas | Yes | None |
| Holt | Northern District of Texas | Yes | None |
| Jones | Northern District of Indiana | Yes | None |
| Maronen | District of Nevada | Yes | None |
| Wood | District of Nevada | Yes | None |



DOCSLA-15447764.2-DSTANLEY

DOCSLA-15595661.1 6/28/07 2:03 PM