**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **IN RE: ST. JUDE MEDICAL, INC., SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION** | : | **MDL DOCKET NO. 1396** |
| | : | |
| **THIS DOCUMENT RELATES TO ALL CASES** | : | |

**Status Conference**
**July 9, 2007, 2:00 (Central Time)**

**AGENDA**

1. Report on 8th Circuit Appeal;

2. Review of status of pending claims in the MDL and Report on Cases to be Remanded and Case Management Order / Trial Date for *Jurgena v. St. Jude Medical*.

3. Report on Ramsey County Litigation and Canadian Class Litigation; and

4. Next Status Conference.