IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE ST. JUDE MEDICAL, INC. | : | |
| SILZONE® HEART VALVE PRODUCTS | : | |
| LIABILITY LITIGATION | : | MDL DOCKET NO. 1396 |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2007, I caused the following documents:

**Agenda for July 9, 2007 Status Conference**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Steven E. Angstreich: sangstreich@levyangstreich.com
James T. Capretz: jcapretz@capretz.com
Joe D. Jacobson: jacobson@stlouislaw.com; jdjacobson@sbcglobal.net
Carolyn Lindheim: clindheim@levyangstreich.com
J. Gordon Rudd: jgr@zimmreed.com, jlt@zimmreed.com
Richard B. Solum: solum.rick@dorsey.com
Charles S. Zimmerman: csz@zimmreed.com

Dated: July 9, 2007

HALLELAND LEWIS
NILAN & JOHNSON, P.A.

By: s/ Tracy J. Van Steenburgh
Tracy J. Van Steenburgh, Reg. No. 141173
U.S. Bank Plaza South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
Telephone: (612) 338-1838

Attorneys for Defendant St. Jude Medical, Inc.

DN: 326361