**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| **IN RE: ST. JUDE MEDICAL, INC. SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION** | **MDL No. 01-1396 (JRT)** |
| | **ORDER OF REMAND** |
| This document also relates to: | |
| Daugherty v. St. Jude Medical Inc. | Civil No. 03-1075 JRT |
| Holt v. St. Jude Medical Inc. | Civil No. 02-2509 JRT |
| Jones v. St. Jude Medical Inc. | Civil No. 02-3659 JRT |
| Maronen v. St. Jude Medical Inc. | Civil No. 01-681 JRT |
| Wood v. St. Jude Medical Inc. | Civil No. 02-677 JRT |

---

J. Gordon Rudd, Jr., **ZIMMERMAN REED, P.L.L.P.**, 651 Nicollet Mall, Suite 501, Minneapolis, MN 55402; Steven E. Angstreich, **LEVY, ANGSTREICH, FINNEY, BALDANTE, RUBENSTEIN & COREN, P.C.**, 10 Melrose Avenue, Suite 100, Cherry Hill, NJ 08003; James T. Capretz, **CAPRETZ & ASSOCIATES**, 5000 Birch Street, Suite 2500, West Tower, Newport Beach, CA 92660; Patrick Murphy, **MURPHY LAW OFFICE**, 844 East Sahara Avenue, Las Vegas, NV 89104, for plaintiffs.

Tracy J. Van Steenburgh and Cortney G. Sylvester, **HALLELAND, LEWIS, NILAN & JOHNSON**, 220 South Sixth Street, Suite 600, Minneapolis, MN 55402; David E. Stanley, **REED SMITH**, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071; Steven M. Kohn, **REED SMITH**, 1999 Harrison Street, Suite 2400, Oakland, CA 94612; for defendant.

Plaintiffs filed numerous lawsuits across the nation following defendant St. Jude Medical's voluntary recall of its Silzone prosthetic heart valve. The cases were ultimately consolidated for pretrial matters in the District of Minnesota. Pursuant to the Court's Pretrial Order No. 20, the Court may order cases remanded to their home jurisdiction upon receipt of a remand report from the parties. On June 28, 2007, the parties submitted a Joint Remand Report

requesting that five cases be remanded to their home jurisdictions.[1] The parties represent that there are no outstanding discovery issues remaining in these cases, and have jointly stipulated to the remand. As such, the Court remands these cases to their home jurisdictions pursuant to Pretrial Order No. 20.

## ORDER

The Court hereby **REMANDS** the cases submitted by the parties in the Joint Remand Report [Docket No. 516] to their home jurisdictions, as follows:

1. The *Daugherty* case (03-1075) is remanded to the United States District Court for the Western District of Arkansas.

2. The *Holt* case (02-2509) is remanded to the United States District Court for the Northern District of Texas.

3. The *Jones* case (02-3659) is remanded to the United States District Court for the Northern District of Indiana.

4. The *Maronen* case (01-681) is remanded to the United States District Court for the District of Nevada.

5. The *Wood* case (02-677) is remanded to the United States District Court for the District of Nevada.

DATED: August 6, 2007
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

[1] One of the five cases (*Holt*) was subsequently settled.