A CERTIFIED TRUE COPY

SEP - 6 2007

ATTEST Tecca Thompson
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 21 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## *MDL NO. 1396*

## *IN RE St. Jude Medical, Inc., Silzone Heart Valves Products Liability Litigation*

## *(SEE ATTACHED SCHEDULE )*

## *CONDITIONAL REMAND ORDER*

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the actions on this conditional remand order have been completed and that remand to the transferor courts, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the actions on this conditional remand order be remanded to their respective transferor courts.

IT IS ALSO ORDERED that, pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 436-38 (2001) (Rules), the transmittal of this order to the transferee clerk for filing shall be stayed 15 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the District of Minnesota.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), the parties shall furnish the Clerk for the District of Minnesota with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP - 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**CONDITIONAL REMAND ORDER**
**MDL NO. 1396**
**IN RE St. Jude Medical, Inc., Silzone Heart Valves Products Liability Litigation**

| --- TRANSFEREE --- | | | --- TRANSFEROR --- | | | |
|---|---|---|---|---|---|---|
| **DIST.** | **DIV.** | **C.A. NO.** | **DIST.** | **DIV.** | **C.A. NO.** | **CASE CAPTION** |
| MN | 4 | 03-1075 | ARW | 6 | 02-6207 | *Coy Daugherty v. St. Jude Medical, Inc.* |
| MN | 4 | 02-3659 | INN | 2 | 02-193 | *Jacqueline Jones, et al. v. St. Jude Medical, Inc.* |
| MN | 4 | 01-681 | NV | 2 | 00-1439 | *Patricia Maronen v. St. Jude Medical, Inc.* |
| MN | 4 | 02-677 | NV | 2 | 01-1521 | *Homer L. Wood, Jr. v. St. Jude Medical, Inc.* |
| MN | 4 | 02-2509 | TXN | 4 | 02-472 | *Golden Holt, Jr. v. St. Jude Medical, Inc* |

# UNITED STATES JUDICIAL PANEL
on
# MULTIDISTRICT LITIGATION

**CHAIRMAN:**
**Judge John G. Heyburn II**
**United States District Court**
**Western District of Kentucky**

**MEMBERS:**
**Judge D. Lowell Jensen**
**United States District Court**
**Northern District of California**

**Judge J. Frederick Motz**
**United States District Court**
**District of Maryland**

**Judge Robert L. Miller, Jr.**
**United States District Court**
**Northern District of Indiana**

**Judge Kathryn H. Vratil**
**United States District Court**
**District of Kansas**

**Judge David R. Hansen**
**United States Court of Appeals**
**Eighth Circuit**

**Judge Anthony J. Scirica**
**United States Court of Appeals**
**Third Circuit**

**DIRECT REPLY TO:**

**Jeffery N. Lüthi**
**Clerk of the Panel**
**One Columbus Circle, NE**
**Thurgood Marshall Federal Judiciary Building**
**Room G-255, North Lobby**
**Washington, D.C. 20002**

**Telephone: [202] 502-2800**
**Fax: [202] 502-2888**
**http://www.jpml.uscourts.gov**

September 6, 2007

RECEIVED BY MAIL
SEP 1 0 2007
CLERK US DIST COURT MINNEAPOLIS MN

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: MDL-1396 -- IN RE St. Jude Medical, Inc., Silzone Heart Valves Products Liability Litigation

(See Attached CRO and Scheduled of Actions)

Dear Mr. Sletten:

I am enclosing a certified copy and one additional copy of a conditional remand order filed by the Panel in the above-captioned matter on August 21, 2007. The order was entered pursuant to 28 U.S.C. § 1407(a) which provides that "[E]ach action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred...."

Please note that transmittal of the order was stayed 15 days to give any party an opportunity to oppose the remand. The 15-day period has now elapsed, no opposition has been received, and the order is directed to you for filing.

Pursuant to Rule 7.6(g) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 438 (2001), parties are to furnish you with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to enable you to comply with the remand order.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By Mecca Thompson
Mecca S. Thompson
Deputy Clerk

Enclosures

cc: Transferee Judge: Judge John R. Tunheim
Transferor Clerks: Christopher R. Johnson; Karen S. Mitchell; Lance S. Wilson; Stephen R. Ludwig