UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE ST. JUDE MEDICAL, INC., SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION

MDL DOCKET NO. 1396

**NOTICE OF APPEARANCE**

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Bradley J. Betlach, shall appear as counsel of record for Defendant St. Jude Medical, Inc. in this case.

HALLELAND LEWIS NILAN & JOHNSON, P.A.

Dated: February 4, 2008.

By: s/ Bradley J. Betlach
Tracy J. Van Steenburgh, Reg. No. 141173
Cortney G. Sylvester, Reg. No. 231514
Bradley J. Betlach, Reg. No. 209806
U.S. Bank Plaza South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
(612) 338-1838

REED SMITH LLP
Steven M. Kohn
1999 Harrison Street, Suite 2400
Oakland, CA 94612

Attorneys for Defendant St. Jude Medical, Inc.