IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE ST. JUDE MEDICAL, INC. | : | |
| SILZONE® HEART VALVE PRODUCTS | : | |
| LIABILITY LITIGATION | : | MDL DOCKET NO. 1396 |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2008, I caused the following document:

1. Notice of Appearance of Bradley J. Betlach

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Steven E. Angstreich: sangstreich@levyangstreich.com
James T. Capretz: jcapretz@capretz.com
Joe D. Jacobson: jacobson@stlouislaw.com; jdjacobson@sbcglobal.net
Carolyn Lindheim: clindheim@levyangstreich.com
J. Gordon Rudd: jgr@zimmreed.com, jlt@zimmreed.com
Richard B. Solum: solum.rick@dorsey.com
Charles S. Zimmerman: csz@zimmreed.com

HALLELAND LEWIS NILAN & JOHNSON, P.A.

Dated: February 4, 2008.

By: s/ Bradley J. Betlach
Tracy J. Van Steenburgh, Reg. No. 141173
Cortney G. Sylvester, Reg. No. 231514
Bradley J. Betlach, Reg. No. 209806
U.S. Bank Plaza South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
(612) 338-1838

DN: 345340