**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| HOWARD R. WILKINSON, Plaintiff | ) | |
| | ) | |
| VERSUS | ) | MDL DOCKET NO. 01-1396 JRT/FLN |
| | ) | |
| ST. JUDE MEDICAL, INC. Defendant | ) | |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1).

IT IS FURTHER STIPULATED by and between the parties that, in the event that Howard R. Wilkinson files another action against St. Jude Medical, Inc. due to a change in his condition, St. Jude Medical, Inc. will not assert the defenses of res judicata or collateral estoppel based on this action.

DATED: April 14, 2008

s/Edward J. Walters, Jr.
Edward J. Walters, Jr. (#13214)
Darrel J. Papillion (#23243)
Julie J. Baxter (#29756)
**MOORE, WALTERS, THOMPSON, THOMAS, PAPILLION & CULLENS**
6513 Perkins Road
Baton Rouge, LA 70808
Attorney for Plaintiff, Howard R. Wilkinson

DATED: April 16, 2008

s/Terry Christovich Gay
Terry Christovich Gay
**CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street
Suite 2300 Pan American Life Center
New Orleans, LA 70130-6078
Attorney for Defendant, St. Jude Medical, Inc.