# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE

| | | |
|---|---|---|
| In re: St. Jude Medical, Inc. Silzone Heart Valves Products Liability Litigation, | ) | **COURT MINUTES** |
| | ) | BEFORE: John R. Tunheim |
| | ) | U.S. District Judge |
| Plaintiff, | ) | |
| | ) | Case No: 01-1396 JRT |
| v. | ) | Date: June 11, 2008 |
| | ) | Deputy: Holly Morley |
| , | ) | Court Reporter: Kristine Mousseau |
| | ) | Time Commenced: 2:25 p.m. |
| Defendant. | ) | Time Concluded: 2:45 p.m. |
| | ) | Time in Court: 20 Minutes |

Hearing on: **Telephone Conference**

The Court held a status conference at 2:00 p.m. on June 11, 2008. Counsel for plaintiffs noted that the parties had stipulated to dismissal of the Jurgena case, and noted that they would be filing a new individual case. The parties also discussed the status of plaintiffs' petition for en banc review of the Eighth Circuit's recent ruling on class certification. Plaintiffs stated that the Eighth Circuit has denied the petition for en banc review. Plaintiffs also stated that they intend to file a new motion for class certification for a consumer fraud class based on material omissions, and will file a supporting memorandum on or before July 15, 2008.

The parties also provided a brief update of the Ramsey County litigation and the Canadian class litigation. Counsel for plaintiffs indicated that the Ramsey County district court has denied plaintiffs' motion for class certification in that case. There were no developments to discuss in the Canadian class litigation. The Court set the next status conference for July 24, 2008, at 11:00 a.m., and will establish a briefing schedule at that time with respect to plaintiffs' motion for class certification.

## APPEARANCES:

Plaintiff: James T. Capretz, Steven E. Angstreich, J. Gordon Rudd, Jr., and David Cialkowski
Defendant: Steven M. Kohn, David E. Stanley, Bradley J. Betlach, and Liz Porter

s/Holly A. Morley
Calendar Clerk