**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| IN RE: ST. JUDE MEDICAL, INC., SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 01-1396 (JRT/FLN) |

**PLAINTIFF'S SECOND RENEWED MOTION**
**TO CERTIFY CONSUMER PROTECTION CLASS**

**TO:** DEFENDANT ST. JUDE MEDICAL, INC., AND ITS COUNSEL OF RECORD, STEVEN M. KOHN, REED SMITH CROSBY HEAFEY, 1999 HARRISON STREET, OAKLAND, CALIFORNIA, 94612; DAVID E. STANLEY, REED SMITH, 355 SOUTH GRAND AVENUE, SUITE 2900, LOS ANGELES, CA 90071; AND, TRACY VAN STEENBURGH, HALLELAND, LEWIS NILAN & JOHNSON, 220 SOUTH SIXTH STREET, SUITE 600, MINNEAPOLIS, MINNESOTA 55402.

PLEASE TAKE NOTICE, the undersigned will bring the following motion on for hearing before this Court at United States District Court House, 300 South Fourth Street, Minneapolis, Minnesota, before the Honorable Judge John R. Tunheim.

**MOTION**

Plaintiff Lester Grovatt moves this Honorable Court under the Federal Rules of Civil Procedure for an Order certifying a nationwide consumer protection class under Minnesota's consumer protection statutes and the Private Attorney General Act defined as follows: All Silzone prosthetic heart valve patients in the United States, except for those living in the states of Indiana, Rhode Island, Virginia, Wisconsin, or Wyoming, who have neither had their Silzone valve explanted nor have developed a manifest and diagnosed injury from the Silzone implant of a degree or severity that would permit him or her to bring an individual personal injury lawsuit in his or her state of residence. Further excluded from the class are those implantees who are or were officers, directors, or employees (and their immediate family members) of the Defendant, St. Jude Medical, Inc.

This motion is based upon the file, record, and proceedings herein, and upon plaintiff's memorandum and affidavit.

Plaintiff further moves the Court pursuant to Minn. Stat. § 480.065 for certification to the Minnesota Supreme Court of certain issues of Minnesota state law that are set forth in plaintiff's accompanying memorandum should the Court deem certification of same warranted.

Respectfully submitted,

**ZIMMERMAN REED, P.L.L.P.**

Dated: July 15, 2008

s/J. Gordon Rudd, Jr.
CHARLES S. ZIMMERMAN
J. GORDON RUDD, JR.
DAVID M. CIALKOWSKI
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
(612) 341-0400

**LEVY, ANGSTREICH, FINNEY, BALDANTE, RUBENSTEIN & COREN, PC**
STEVEN E. ANGSTREICH
MICHAEL COREN
CAROLYN C. LINDHEIM
Woodcrest Pavilion, Suite 100
Ten Melrose Avenue, Suite 450
Cherry Hill, New Jersey 08003
(856) 424-8967

**GREEN, JACOBSON & BUTSCH, P.C.**
JOE D. JACOBSON
7733 Forsyth, Suite 700
St. Louis, MO 63105
(314) 862-6800

**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C**
DANIEL W. SIGELMAN
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
(202) 408-4600

**MURPHY SMALL & ASSOCIATES**
PATRICK J. MURPHY
MICHAEL R. SMALL
1100 East Bridger
Las Vegas NV 89101
(702) 259-4600

**THE LAW OFFICE OF FLETCHER M. JOHNSON LLC**
FLETCHER M. JOHNSON, JR.
14 Westbury Park Way, Suite 100
Bluffton, South Carolina 29910
(843) 757-6444

Counsel for Plaintiff Lester Grovatt