**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2008, I caused the following placeholders for the following documents:

1. Plaintiff's Second Renewed Motion to Certify Consumer Protection Class;

2. Memorandum in Support of Plaintiff's Second Renewed Motion to Certify Consumer Protection Class; and

3. Affidavit of Kirsten D. Hedberg in Support of Plaintiff's Second Renewed Motion to Certify Consumer Protection Class.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Steven E Angstreich sangstreich@levyangstreich.com

James T Capretz jcapretz@capretz.com, jtc@capretz.com

Joe D Jacobson jacobson@stlouislaw.com, jdjacobson@sbcglobal.net

Steven M Kohn skohn@reedsmith.com, msabraw@reedsmith.com; bgthompson@reedsmith.com

Carolyn Lindheim clindheim@levyangstreich.com

Michael T Nilan mnilan@halleland.com, NGordon@halleland.com

J Gordon Rudd , Jr jgr@zimmreed.com, jlt@zimmreed.com

Richard B Solum solum.rick@dorsey.com

David E Stanley dstanley@reedsmith.com, dlevenstein@reedsmith.com

Cortney G Sylvester CSylvester@halleland.com, mpiepho@halleland.com

Tracy J Van Steenburgh tvan@halleland.com, LClark@halleland.com

Charles S Zimmerman csz@zimmreed.com

Additionally, I served the following documents via e-mail and via U.S. Mail:

1. Memorandum in Support of Plaintiff's Second Renewed Motion to Certify Consumer Protection Class; and

2. Exhibits A and C to the Affidavit of Kirsten D. Hedberg in Support of Plaintiff's Second Renewed Motion to Certify Consumer Protection Class.

on the following:

**Carolyn Lindheim**
Levy Angstreich Finney Baldante
Rubenstein & Coren
10 Melrose Ave Ste 450
Cherry Hill, NJ 08003

**Charles S Zimmerman**
Zimmerman Reed, PLLP
651 Nicollet Mall Ste 501
Mpls, MN 55402-4123

**David E Stanley**
Reed Smith
355 S Grand Ave Ste 2900
Los Angeles, CA 90071

**J Gordon Rudd, Jr**
Zimmerman Reed, PLLP
651 Nicollet Mall Ste 501
Mpls, MN 55402-4123

**James T Capretz**
Capretz & Associates
5000 Birch St Ste 2500
Newport Beach, CA 92660

**Joe D Jacobson**
Green Jacobson & Butsch, PC
7733 Forsyth Blvd Ste 700
St Louis, MO 63105

**Michael T Nilan**
Halleland Lewis Nilan & Johnson PA
220 S 6th St Ste 600
Mpls, MN 55402-4501

**Patrick Murphy**
Murphy Law Office
844 E Sahara Ave
Las Vegas, NV 89104

**Steven E Angstreich**
Levy Angstreich Finney Baldante
Rubenstein & Coren
10 Melrose Ave Ste 450
Cherry Hill, NJ 08003

**Steven M Kohn**
Reed Smith
1999 Harrison St Ste 2400
Oakland, CA 94612

**Tony Jensen**
Capretz & Assoc
5000 Birch St Ste 2500
Newport Beach, CA 92660

**Tracy J Van Steenburgh**
Halleland Lewis Nilan & Johnson PA
220 S 6th St Ste 600
Mpls, MN 55402-4501

**Bradley J Betlach**
Halleland Lewis Nilan & Johnson PA
220 S 6th St Ste 600
Mpls, MN 55402-4501

**Cortney G Sylvester**
Halleland Lewis Nilan & Johnson PA
220 S 6th St Ste 600
Mpls, MN 55402-4501

Dated: July 15, 2008

s/J. Gordon Rudd, Jr.
J. Gordon Rudd, Jr.