**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **IN RE ST. JUDE MEDICAL, INC.,** | : | |
| **SILZONE HEART VALVES PRODUCTS** | : | |
| **LIABILITY LITIGATION** | : | **MDL DOCKET NO. 1396** |

## NOTICE OF CONVENTIONAL FILING

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**MEMORANDUM IN SUPPORT OF**
**PLAINTIFF'S SECOND RENEWED MOTION**
**TO CERTIFY CONSUMER PROTECTION CLASS**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal* (Document number of protective order: 15)

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)

(Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.

This Notice is e-filed as a place holder in ECF for the documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).