UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE: ST. JUDE MEDICAL, INC., SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 01-1396 (JRT/FLN) |

**AFFIDAVIT OF KIRSTEN D. HEDBERG IN SUPPORT OF PLAINTIFF'S SECOND RENEWED MOTION TO CERTIFY CONSUMER PROTECTION CLASS**

Kirsten D. Hedberg, being of legal age, states as follows:

I am an attorney at the law firm of Zimmerman Reed, P.L.L.P. I represent Plaintiffs in the above-referenced matter and submit this Declaration in support of Plaintiff Lester Grovatt's Second Renewed Motion to Certify to Certify a Consumer Protection Class in the captioned matter.

1. Supplied as Exhibit A is a true and correct copy of the June 13, 2002, Affidavit of Dr. Alan R. Flory, DVM, previously filed in this matter by Defendant St. Jude Medical, Inc.

2. Supplied as Exhibit B are Plaintiff's Analytical Tables of State UDAP Laws for the states Plaintiff requests be included in the geographic definition of the renewed class.

3. Supplied as Exhibit C is a true and correct copy of the Declaration of Eric G. Butchart M.D., FRCS, FETCS, FESC.

**FURTHER YOUR AFFIANT SAYTH NOT.**

s/Kirsten D. Hedberg
Kirsten D. Hedberg

Subscribed and sworn to before me
this 15th day of July, 2008.

s/Julie L. Tinkham
Notary Public