**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **IN RE: ST. JUDE MEDICAL, INC., SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION** | : : : | **MDL NO. 01-1396 (JRT/FLN)** |

I certify that this brief complies with the type-volume limitation set forth in L.R. 7.1(c). This brief contains 4,448 words, counted by Microsoft Word's word-counting function. The Brief was prepared using Microsoft Word in 13 point Times New Roman type style.

**ZIMMERMAN REED, P.L.L.P.**

Dated: July 15, 2008

/J. Gordon Rudd, Jr.
CHARLES S. ZIMMERMAN
J. GORDON RUDD, JR.
DAVID M. CIALKOWSKI
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
(612) 341-0400

**LEVY, ANGSTREICH, FINNEY, BALDANTE, RUBENSTEIN & COREN, PC**
STEVEN E. ANGSTREICH
MICHAEL COREN
CAROLYN C. LINDHEIM
Woodcrest Pavilion, Suite 100
Ten Melrose Avenue, Suite 450
Cherry Hill, New Jersey 08003
(856) 424-8967

**GREEN, JACOBSON & BUTSCH, P.C.**
JOE D. JACOBSON
7733 Forsyth, Suite 700
St. Louis, MO 63105
(314) 862-6800

**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C**
DANIEL W. SIGELMAN
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
(202) 408-4600

**MURPHY SMALL & ASSOCIATES**
PATRICK J. MURPHY
MICHAEL R. SMALL
1100 East Bridger
Las Vegas NV 89101
(702) 259-4600

**THE LAW OFFICE OF FLETCHER M. JOHNSON LLC**
FLETCHER M. JOHNSON, JR.
14 Westbury Park Way, Suite 100
Bluffton, South Carolina 29910
(843) 757-6444

Counsel for Plaintiffs