# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# TELEPHONE CONFERENCE

| | | |
|---|---|---|
| In re: St. Jude Medical, Inc. Silzone Heart Valves Products Liability Litigation, | ) | **COURT MINUTES** |
| | ) | BEFORE: John R. Tunheim |
| | ) | U.S. District Judge |
| Plaintiff, | ) | |
| | ) | Case No: 01-1396 JRT |
| v. | ) | Date: July 29, 2008 |
| | ) | Deputy: Holly Morley |
| , | ) | Court Reporter: Kristine Mousseau |
| | ) | Time Commenced: 2:05 p.m. |
| Defendant. | ) | Time Concluded: 2:30 p.m. |
| | ) | Time in Court: 25 Minutes |

Hearing on: **Telephone Conference**

The Court held a status conference at 2:00 p.m. on July 29, 2008. Counsel for plaintiffs discussed their recently filed motion for class certification. Defense counsel responded that they intended to file a motion to strike class allegations pursuant to Federal Rule of Civil Procedure 23(d)(1)(D), and asked that the Court first entertain that motion prior to considering plaintiffs' renewed motion for class certification. The Court requested that defendants file their motion and supporting memorandum by Wednesday, September 3, 2008, and that plaintiffs file a responsive memorandum within the following two weeks after defendants file their motion and memorandum. The Court will resolve the motion shortly after the briefs are filed and will then hold the next status conference. The Court also noted that if, following resolution of defendants' motion, the parties proceed on plaintiffs' renewed motion for class certification, defendants should be prepared to respond to the motion within a relatively short timeframe.

The parties briefly discussed the status of pending individual MDL cases. The Court asked defense counsel Steven Kohn to provide an updated case list to the Court by September 15, 2008. The parties discussed the pending litigation in Ramsey County, noting that a trial date has been set and that several of the individual cases in Ramsey County have settled. The parties also noted that there had been no significant developments in the Canadian litigation.

APPEARANCES:

Plaintiff: James T. Capretz, Steven E. Angstreich, J. Gordon Rudd, Jr., and David Cialkowski
Defendant: Steven M. Kohn, David E. Stanley, Bradley J. Betlach, and Liz Porter

s/Holly A. Morley
Calendar Clerk