UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE ST. JUDE MEDICAL, INC. SILZONE® HEART VALVES PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 1396 (JRT/FLN) |

**ST. JUDE MEDICAL'S NOTICE OF MOTION TO STRIKE CLASS ALLEGATIONS IN PLAINTIFFS' SECOND RENEWED MOTION FOR CLASS CERTIFICATION**

TO: Plaintiffs and their counsel, J. Gordon Rudd Jr., Esq., Zimmerman Reed, 651 Nicollet Mall, Suite 501, Minneapolis, MN 55402, Steven E. Angstreich, Esq., Levy Angstreich Finney Baldante Rubenstein & Coren, 10 Melrose Avenue, Suite 100, Cherry Hill, NJ 08003, Joe D. Jacobson, Esq., Green Jacobson & Butsch, 7733 Forsyth, Suite 700, St. Louis, MO 63105, Daniel W. Sigelman, Cohen, Milstein, Hausfeld & Toll, P.L.L.C., 1100 New York Avenue N.W., West Tower, Suite 500, Washington, D.C. 20005, Patrick J. Murphy, Murphy Small & Associates, 100 East Bridger, Las Vegas, NV 89101 and Fletcher M. Johnson, Law Offices of Fletcher M. Johnson LLC, 14 Westbury Park Way, Suite 100, Bluffton, South Carolina, 29910.

**PLEASE TAKE NOTICE** that at a date and time to be determined by the Court, pursuant to Rule 23 and Rule 15 of the Federal Rules of Civil Procedure, the undersigned will bring a motion on for hearing before the Honorable John R. Tunheim, in Courtroom 13E, United States Federal District Court, 300 South Fourth Street, Minneapolis, Minnesota 55415, to strike the class allegations in Plaintiff's Second Renewed Motion for Class Certification.

Dated: September 3, 2008

HALLELAND LEWIS NILAN & JOHNSON, P.A.

By <u>s/Bradley J. Betlach</u>

Bradley J. Betlach, #209806
Susan E. MacMenamin, #304396
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4501
Telephone: (612) 338-1838
Facsimile: (612) 338-7858

REED SMITH LLP
Steven M. Kohn
James C. Martin
David Stanley
David J. de Jesus
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Telephone: (510) 763-2000
Facsimile: (510) 273-8832

*Counsel for St. Jude Medical, Inc.*