UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE ST. JUDE MEDICAL, INC. SILZONE® HEART VALVES PRODUCTS LIABILITY LITIGATION : | MDL No. 1396 (JRT/FLN) |

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT ST. JUDE MEDICAL, INC.'S MOTION TO STRIKE CLASS ALLEGATIONS IN PLAINTIFFS' SECOND RENEWED MOTION FOR CLASS CERTIFICATION**

I, Bradley J. Betlach, certify that St. Jude Medical's Memorandum Of Law In Support of Defendant St. Jude Medical, Inc.'s Motion To Strike Class Allegations In Plaintiffs' Second Renewed Motion For Class Certification complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 8956 words.

Date: September 3, 2008

HALLELAND LEWIS NILAN & JOHNSON, P.A.

By s/Bradley J. Betlach
Bradley J. Betlach, #209806
Susan E. MacMenamin, #304396
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4501
Telephone: (612) 338-1838
Facsimile: (612) 338-7858

REED SMITH LLP
Steven M. Kohn
James C. Martin
David Stanley
David J. de Jesus
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Telephone: (510) 763-2000
Facsimile: (510) 273-8832

*Counsel for St. Jude Medical, Inc.*



ND: 4810-5022-8738