UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE ST. JUDE MEDICAL, INC. SILZONE® HEART VALVES PRODUCTS LIABILITY LITIGATION | MDL No. 1396 (JRT/FLN) |

I hereby certify that on September 3, 2008, I caused the following documents:

1. St. Jude Medical's Notice of Motion to Strike Class Allegations in Plaintiffs' Second Renewed Motion for Class Certification;
2. Memorandum of Law in Support of Defendant St. Jude Medical, Inc.'s Motion to Strike Class Allegations in Plaintiffs' Second Renewed Motion for Class Certification;
3. L.R. 7.1 Word Count Compliance Certificate;
4. Affidavit of Bradley J. Betlach; and
5. Proposed Order

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- Steven E Angstreich - sangstreich@levyangstreich.com
- James T Capretz - jcapretz@capretz.com
- Joe D Jacobson - jacobson@stlouislaw.com
- Steven M Kohn - skohn@reedsmith.com
- Carolyn Lindheim - clindheim@levyangstreich.com
- Michael T Nilan - mnilan@halleland.com
- J Gordon Rudd , Jr - jgr@zimmreed.com
- Richard B Solum - solum.rick@dorsey.com
- David E Stanley - dstanley@reedsmith.com
- Cortney G Sylvester - CSylvester@halleland.com
- Tracy J Van Steenburgh - tvan@halleland.com
- Charles S Zimmerman - csz@zimmreed.com

and I certify that I caused a copy of the above documents and proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

Date: September 3, 2008

s/Bradley J. Betlach
Bradley J. Betlach