UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE ST. JUDE MEDICAL, INC. SILZONE® HEART VALVES PRODUCTS LIABILITY LITIGATION | MDL No. 1396 (JRT/FLN) |

**AFFIDAVIT OF BRADLEY J. BETLACH IN SUPPORT OF DEFENDANT ST. JUDE MEDICAL, INC.'S MOTION TO STRIKE PLAINTIFFS' SECOND RENEWED MOTION FOR CLASS CERTIFICATION**

Bradley J. Betlach, being first duly sworn upon oath, states as follows:

1. I am an attorney and Shareholder at Halleland Lewis Nilan & Johnson, P.A., 600 U.S. Bank Plaza South, 220 South Sixth Street, Minneapolis, Minnesota. I am counsel for Defendant St. Jude Medical, Inc., working on cases in the Multidistrict Litigation currently pending in the United States District Court for the District of Minnesota entitled, *In re St. Jude Medical, Inc. Silzone Heart Valves Products Liability Litigation*, MDL Docket No. 01-1396 and various cases pending in Ramsey County and elsewhere. I make this Affidavit in support of St. Jude Medical's Motion To Strike Plaintiffs' Second Renewed Motion for Class Certification.

2. Attached as Exhibit 1 is a true and correct copy of the Class Action Complaint in this matter, *Lester Grovatt v. St. Jude Medical, Inc.*, filed June 2, 2000.

3. Attached as Exhibit 2 is a true and correct copy of the Consolidated Amended Class Action Complaint in this matter, dated June 5, 2002.

4. Attached as Exhibit 3 is a true and correct copy of this Court's March 27, 2003 Memorandum Opinion and Order on Motion For Class Certification.

5. Attached as Exhibit 4 is this court's January 5, 2004 Memorandum Opinion and Order on Motion For Class And Subclass Certification.

6. Attached as Exhibit 5 is a true and correct copy of this Court's July 15, 2004 Memorandum Opinion and Order.

7. Attached as Exhibit 6 is a true and correct copy of St. Jude Medical's Rule 23(f) Petition For Permission To Appeal A Class Certification Order, dated July 29, 2004.

8. Attached as Exhibit 7 is a true and correct copy of Plaintiff's Opposition to St. Jude Medical's Rule 23(f) Petition For Permission To Appeal A Class Certification Order, dated August 13, 2004.

9. Attached as Exhibit 8 is a true and correct copy of St. Jude Medical's Reply In Support Of Rule 23(f) Petition For Permission To Appeal A Class Certification Order, dated August 18, 2004.

10. Attached as Exhibit 9 is a true and correct copy of St. Jude Medical's Appellant's Opening Brief From An Order Granting Class Certification, dated October 22, 2004.

11. Attached as Exhibit 10 is a true and correct copy of Appellee's Brief in Opposition, dated November 22, 2004.

12. Attached as Exhibit 11 is a true and correct copy of Appellant's Reply Brief, dated January 4, 2005.

13. Attached as Exhibit 12 is St. Jude Medical's Rule 28(j) Letter filed in support of its Appeal, dated September 14, 2005.

14. Attached as Exhibit 13 is a true and correct copy of Plaintiff's Memorandum In Support Of Renewed Motion To Certify Consumer Protection Class, dated January 10, 2006.

15. Attached as Exhibit 14 is a true and correct copy of St. Jude Medical's Opposition to Renewed Motion to Certify Consumer Protection Class.

16. Attached as Exhibit 15 is a true and correct copy of Plaintiff's Reply In Support of Renewed Motion To Certify Consumer Protection Class.

17. Attached as Exhibit 16 is a true and correct copy of St. Jude Medical's Surreply To Plaintiff's Renewed Motion to Certify Consumer Protection Class.

18. Attached as Exhibit 17 is a true and correct copy of this court's October 13, 2006 Memorandum Opinion and Order on Plaintiffs' Renewed Motion For Class Certification.

19. Attached as Exhibit 18 is a true and correct copy of St. Jude Medical, Inc.'s Petition under Federal Rule of Civil Procedure 23(f) for Permission to Appeal a Class Certification Order, dated October 27, 2006.

20. Attached as Exhibit 19 is a true and correct copy of Plaintiff's Opposition to St. Jude Medical's Rule 23(f) Petition For Permission To Appeal a Class Certification Order, dated November 7, 2006.

21. Attached as Exhibit 20 is a true and correct copy of St. Jude Medical, Inc.'s Reply In Support Of Petition under Federal Rule of Civil Procedure 23(f) for Permission to Appeal a Class Certification Order, dated November 9, 2006.

22. Attached as Exhibit 21 is a true and correct copy of Appellant's Opening Brief filed in the Court of Appeals for the Eighth Circuit, dated January 22, 2007.

23. Attached as Exhibit 22 is a true and correct copy of Respondent's Brief In Opposition filed in the Court of Appeals for the Eighth Circuit, dated March 16, 2007.

24. Attached as Exhibit 23 is a true and correct copy of St. Jude Medical's Reply Brief filed in the Court of Appeals for the Eighth Circuit, dated April 20, 2007.

25. Attached as Exhibit 24 is a true and correct copy of a 2006 article from the European Journal of Cardio-Thoracic Surgery by Grunkmeier, et al. entitled "*Time-Related Risk of the St. Jude Silzone Heart Valve.*"

Further affiant sayeth not.

Date: September 3, 2008

s/Bradley J. Betlach
Bradley J. Betlach

Subscribed and sworn to before me
this 3rd day of September, 2008.

s/Christene Bazinet
Notary Public