ReedSmith

Reed Smith LLP
1999 Harrison Street
Suite 2400
Oakland, CA 94612-3572
510.763.2000
Fax 510.273.8832

**Steven M. Kohn**
Direct Phone: 510.466.6727
Email: skohn@reedsmith.com

September 12, 2008

Hon. John R. Tunheim
United States District Judge
United States District Court for the District of Minnesota
300 South 4th Street, 13E
Minneapolis, MN 55415

Re: St. Jude Heart Valve Litigation; MDL 1396

Dear Judge Tunheim:

At our Status Conference on July 29, 2008, you requested an update regarding the number of pending cases in the MDL. Currently, the Docket for the MDL shows only the following cases still active:

(1) *Bailey v. St. Jude Medical, Inc.* (00-cv-01025-JRT)

(2) *Sanchez v. St. Jude Medical, Inc.* (01-cv-00678-JRT)

(3) *Grovatt, et al v. St. Jude Medical, Inc.* (01-cv-00678-JRT)

(4) *Hasenbank v. St. Jude Medical, Inc.* (01-cv-00922-JRT)

The Hasenbank case has been settled and the dismissal should be filed within the next 30 days. The parties have circulated a stipulation which would withdraw plaintiffs Bailey and Sanchez as class representatives and allow them to proceed in the MDL with individual cases. Once completed, the stipulation will be submitted to the Court for approval. The parties are also discussing settlement of the Bailey and Sanchez individual cases.

ReedSmith

This will confirm that the following individual cases, which were previously listed as active, have been dismissed: Bagala, Wilkinson, Cohen, Meaux, Darley, Van Gilder, Stanton, Michel, Martin, Brunett, Vadala, Banks, De la Cruz, and Jurgena.

Very truly yours

Steven M. Kohn

SMK/mes

cc: James T. Capretz, Esq.
Steven E. Angstreich, Esq.
Bradley Betlach, Esq.