**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **IN RE ST. JUDE MEDICAL, INC.** | **:** | |
| **SILZONE HEART VALVES** | **:** | |
| **PRODUCTS LIABILITY** | **:** | **MDL DOCKET NO. 1396** |
| **LITIGATION** | **:** | |

**AFFIDAVIT OF DAVID M. CIALKOWSKI**
**IN OPPOSITION TO MOTION TO STRIKE AND**
**IN SUPPORT OF SECOND RENEWED CLASS CERTIFICATION MOTION**

**STATE OF MINNESOTA** )
)**ss.**
**COUNTY OF HENNEPIN** )

David M. Cialkowski., being duly sworn upon oath, deposes and says:

I am a partner at the law firm of Zimmerman Reed, P.L.L.P. I represent the Plaintiffs in the above-referenced matter and submit this Affidavit in opposition to Motion to Strike and in support of Plaintiffs' Second Renewed Class Certification Motion.

1. Attached as Exhibit A is a true and correct copy of *Burtch v. Oakland Park, Inc.*, No. A05-1588, 2006 WL 1806196 (Minn. Ct. App. July 3, 2006).

2. Attached as Exhibit B is a true and correct copy of *Cavanaugh v. Hometown Am., LLC*, No. A05-595, 2006 WL 696259 (Minn. Ct. App. Mar. 21, 2006).

3. Attached as Exhibit C is a true and correct copy of *Chutich v. Green Tree Acceptance, Inc.*, No. 3-88-869, 1990 WL 82385 (D. Minn. Feb. 22, 1990).

4. Attached as Exhibit D is a true and correct copy of *Schaff v. Chateau Communities, Inc.*, No. A04-1246, 2005WL 1734031 (Minn. Ct. App. Jul. 26, 2005).

5. Attached as Exhibit E is a true and correct copy of *Yarrington v. Solvay Pharms., Inc.*, No. A-05-2288, 2006 WL 2729463 (Minn. Ct. App. Sep. 26, 2006).

FURTHER YOUR AFFIANT SAYETH NOT.

s/David M. Cialkowski
David M. Cialkowski

Subscribed and sworn to before me
this 18th day of September, 2006.

s/Julie L. Tinkham
Notary Public