**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: ST. JUDE MEDICAL, INC. SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION | MDL No. 01-1396 (JRT) |

| | |
|---|---|
| LEVI REDDEN, <br><br>  Plaintiff, <br><br> v. <br><br> ST. JUDE MEDICAL, INC., <br><br>  Defendant. | MDL Case Specific No. 01-0926 (JRT) <br><br> **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

James Capretz, **CAPRETZ & ASSOCIATES**, 500 Birch Street, Suite 2500, West Tower, Newport Beach, CA 92660, for plaintiff Bailey.

Bradley Betlach, **HALLELAND, LEWIS, NILAN & JOHNSON**, 400 One Financial Plaza, 120 South Sixth Street, Minneapolis, MN 55402, for defendant.

Pursuant to the parties fully executed Stipulation of Dismissal without Prejudice filed with this Court [Docket No. 573], **IT IS SO ORDERED** that this lawsuit is hereby **DISMISSED WITHOUT PREJUDICE** and without costs or disbursement to any party.

| | |
|---|---|
| DATED: January 14, 2010 <br> at Minneapolis, Minnesota. | s/ John R. Tunheim <br> JOHN R. TUNHEIM <br> United States District Judge |